Roberts, George
CONFIDENTIAL
6/22/2006

Certified Copy

1          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION
3
   IN RE:  ORACLE CORPORATION     )
4                                 )
   SECURITIES LITIGATION          )
5                                 )
                                  ) Master File
6  This Document Relates To:      ) No. C-01-0988
                                  ) MJJ
7       ALL ACTIONS.              )
8
9                    CONFIDENTIAL
10
11      The videotaped deposition of
12 GEORGE J. ROBERTS, taken in the
13 above-entitled cause before Cheryl L.
14 Sandecki, a notary public within and for the
15 County of Lake and State of Illinois, taken
16 pursuant to the Federal Rules of Civil
17 Procedure for the United States District
18 Courts, at 203 East Wisconsin Avenue,
19 Milwaukee, Wisconsin, on the 22nd day of
20 June, A.D., 2006, commencing at 8:02 a.m.
21
22
23
24

LiveNote World Service          800.548.3668 Ext. 1

| | |
|---|---|
| 1 | Q. Right, for December. |
| 2 | A. That's what the E-mail says for the |
| 3 | month of December. |
| 4 | Q. And do you know what -- well, |
| 5 | withdrawn. |
| 6 | And for OPI it would have been |
| 7 | negative 85 percent? |
| 8 | A. That's what the E-mail says. |
| 9 | Q. Uh-huh. And do you recall any |
| 10 | discussions surrounding the December results |
| 11 | during the EC -- I am sorry, during any EC |
| 12 | meetings? |
| 13 | A. I don't remember the discussion or |
| 14 | the results. |
| 15 | Q. Uh-huh. Okay. |
| 16 | A. I apologize. |
| 17 | Q. Down on the fourth bullet down, do |
| 18 | you see where it says applications growth was |
| 19 | 216 percent? |
| 20 | A. Yes. |
| 21 | Q. ERP at 365 and CRM down 58 percent? |
| 22 | A. Uh-huh. |
| 23 | Q. Do you know whether in January of |
| 24 | 2001 Oracle had any customers live on Oracle |

```
 1   CRM, 11i CRM?
 2           MS. KYROUZ:  Objection, vague.
 3           THE WITNESS:  I don't know.
 4   Wouldn't know.
 5   BY MR. WILLIAMS:
 6       Q.  Okay.  Based on your understanding
 7   of the December fiscal '01 results, do you
 8   believe that -- withdrawn.
 9           Based on the December results and at
10   least David Winton's E-mails that the pipe
11   had not grown as expected at least for NAS,
12   did you have any opinion about the condition
13   of the -- of the -- the condition of Oracle's
14   forecast and ability to meet the forecast in
15   Q3 '01?
16           MS. KYROUZ:  Objection, vague,
17   misstates the document, lacks foundation.
18           THE WITNESS:  I think -- I mean,
19   based at the time this occurred, we thought
20   we could make the forecast.  It says so in
21   the E-mails.
22   BY MR. WILLIAMS:
23       Q.  All right.
24       A.  And, by the way, it was not unusual
```

```
 1   that one month you might be down versus a
 2   month a year ago and the next month you might
 3   be up.  I mean, the ability to get revenue in
 4   on a consistent basis month to month to month
 5   is not applicable to the kind of business you
 6   deal with when you sell enterprise software
 7   in a direct organization.  It is more
 8   applicable than a call center.  It is very --
 9   because call centers have a higher volume of
10   deals.  A field organization like Covisint
11   and OPI, they tend to live and die by large
12   deals.  And the ability to -- if you can
13   break them up and go monthly, it would be
14   great.  But that's not the way the business
15   works.
16       Q.   Okay?
17       A.   It is a term called lumpy.
18   Sometimes you have lumpy business.
19       Q.   Okay.
20       A.   Because, unfortunately, you can't
21   say that, you know, if you have a forecast
22   and it says 70 percent chance of closing, you
23   can't say that you are going to get --
24   guaranteed to get 70 percent of that dollar
```

1  interested in the outcome thereof.
2  　　　　I further certify that this
3  certificate applies to the original signed IN
4  BLUE and certified transcripts only.  I
5  assume no responsibility for the accuracy of
6  any reproduced copies not made under my
7  control or discretion.
8  　　　　IN TESTIMONY WHEREOF, I have hereunto
9  set my hand and affixed my notarial seal this
10 _23rd_ day of _June_____, 2006.
11
12
13 　　　　_Cheryll Sandecki_
　　　　　　　Notary Public, Lake County, Illinois
14
15 My Commission Expires
16 June 13, 2007
17
18
19
20
21
22
23
24

Case: In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness: George Roberts

Date: June 22, 2006

Reporter: Linda D. White, CSR No. 12009

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

___ No changes need to be made to the transcript.

_X_ Changes listed below.

_____    9/2/06
WITNESS SIGNATURE                  DATE SIGNED

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the exact words you want to add. If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page | Line | + | - | |
|------|------|---|---|---|
| 17 | 2 | + Staff on anything | - Staff to anything | Misspelling |
| 25 | 1 | + he | - I | wrong word |
| 37 | 17 | - JANE ABDOUN | + JAY NUSSBAUM | wrong word |
| 47 | 1 | - GENERATION | + GENERALIZATION | MISSPELLING |
| 56 | 16 | - TEN | + THIN | MISSPELLING |
| 77 | 21 | - COAST | + CODE | MISSPELLING |
| 102 | 18 | - VAC | + APPLICATION | WRONG WORD |
| 105 | 11 | - IS | + WE | WRONG WORD |
| 217 | 7 | - ROCELLI | + ROSELLI | |
| 223 | 4 | - SCHEME UP | + SCHEMA | |
| 220 | 1 | - OTM | + OTN | |
| 291 | 23 | - Q2 | + Q3 | |
| 339 | 10 | - EVERYBODY | + ANYBODY | |

SF\555398.1

**Page 357**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Oracle Corporation )
SECURITIES LITIGATION )
) Master File
This Document Relates To: ) No. C-01-0988
ALL ACTIONS. ) MJJ

I, GEORGE J. ROBERTS, state that I have read the foregoing transcript of the testimony given by me at my deposition on the 22nd day of June 2006, and that said transcript constitutes a true and correct record of the testimony given by me at

**Page 358**

said deposition except as I have so indicated on the errata sheets provided herein.

_____
GEORGE J. ROBERTS

No corrections (Please initial)_____
Number of errata sheets submitted ___7___ (pgs)

SUBSCRIBED and sworn to before me this _22_ day of _August_, 2006.

_____
Notary Public

**Page 359**

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF LAKE )

I, Cheryl L. Sandecki, Illinois C.S.R. No. 084-03710, registered Professional Reporter and Notary Public in and for the County of Lake, State of Illinois, do hereby certify that previous to the commencement of the examination, said witness was duly sworn by me to testify the truth; that the said deposition was taken at the time and place aforesaid; that the testimony given by said witness was reduced to writing by means of shorthand and thereafter transcribed into typewritten form; and that the foregoing is a true, correct, and complete transcript of my shorthand notes so taken as aforesaid.

I further certify that there were present at the taking of the said deposition the persons and parties as indicated on the appearance page made a part of this deposition.

I further certify that I am not counsel for nor in any way related to any of the parties to this suit, nor am I in any way

**Page 360**

interested in the outcome thereof.

I further certify that this certificate applies to the original signed IN BLUE and certified transcripts only. I assume no responsibility for the accuracy of any reproduced copies not made under my control or discretion.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal this _____ day of _____, 2006.

_____
Notary Public, Lake County, Illinois

My Commission Expires
June 13, 2007

Pages 357 to 360