1        CONFIDENTIAL                    **Certified Copy**

2

3    IN THE UNITED STATES DISTRICT COURT

4      NORTHERN DISTRICT OF CALIFORNIA

5        SAN FRANCISCO DIVISION

6              —  —  —

7  In re ORACLE CORPORATION

8  SECURITIES LITIGATION

9          Master File No. C-01-0988-MJJ

10  This Document Relates To:

11    ALL ACTIONS.

12              —  —  —

13      Philadelphia, Pennsylvania

     Wednesday, May 24, 2006

14

              —  —  —

15

16      Videotaped Deposition of JOHN

17  NUGENT, taken pursuant to notice, at the law

18  offices of Lerach, Coughlin, Stoia, Gellar,

19  Rudman & Robbins, 1845 Walnut Street, 23rd

20  Floor, on the above date, beginning at

21  approximately 9:11 a.m., before Debra Ann

22  Whitehead, an Approved Reporter of the United

23  States District Court and Notary Public.

24

25

```
 1            Do you remember what you intended to
 2   convey with that?
 3      A.    Similar to my earlier comment; going
 4   after some dot coms, packaging up the licenses
 5   for the new dot coms, and working with the
 6   VCs.
 7      Q.    The next slide down says, "Dot
 8   conference.  Six-city tour dot com community"?
 9      A.    Yes, that was just -- yes, that was
10   part of an overall demand generation, and
11   marketing awareness, and going to the -- where
12   the dot coms were primarily being birthed, and
13   presenting some of these packages that we had
14   for them.
15      Q.    Did you do that personally?
16      A.    I did a few of them.
17      Q.    And where did you go?
18      A.    I don't know, but I remember I did
19   one or two of them.
20      Q.    East Coast, West Coast?
21      A.    I think one was in the West Coast.
22      Q.    And where did you give those
23   presentations?
24      A.    Where?
25      Q.    Yes.
```

Nugent, John
**CONFIDENTIAL**

5/24/2006

```
 1      A.   Gees, I don't know.

 2      Q.   A hotel or an investment banking

 3  firm, brokerage firm?

 4      A.   I don't recall.

 5      Q.   Anything like that?

 6           Was it to the dot com corporations

 7  themselves?

 8      A.   Yes.

 9      Q.   Turn to Page 9.  This is your

10  heading for market observations.  So you were

11  presenting what --

12           MS. KYROUZ:  I will show you.

13      This is...

14           THE WITNESS:  I understand.

15  BY MR. BRITTON:

16      Q.   You were presenting what you had

17  observed in the market; is that fair?

18      A.   These?  No.  What I -- this is --

19  this is market data.  This is data that I --

20  the market observations; picked it up from

21  pundits' articles, and so forth.

22      Q.   And why were you presenting those

23  market observations to George Roberts?

24           MS. KYROUZ:  Objection.

25      Mischaracterizes testimony.
```

1      A.   Oh, giving him market -- interesting

2   article, giving him just market observations

3   that cover a whole host of different topics

4   here.

5      Q.   So you told him about a sluggish

6   economic outlook?

7      A.   I told him about each one of these

8   slides here.

9      Q.   First one is sluggish economic

10  outlook?

11     A.   Yes.

12     Q.   Next page, second slide says, "CIOs

13  on shorter leash"?

14     A.   Uh-huh.

15     Q.   What was the observation there?

16     A.   The pundits at that time were saying

17  that the CIOs needed to be able to make

18  technology decisions, along with their

19  business partners.  They couldn't do it

20  unilaterally anymore; they needed to work with

21  their business partners.

22     Q.   And a year earlier, they could?

23     A.   They could -- yes.

24     Q.   The next page, Page 11, second slide

25  down, says, "Market concerned with ASP model."

 1            What was the observation there?

 2      A.    These are the observations.

 3            So the pundits were saying at that

 4   time, security issues, vendor viability issues

 5   with some ASPs, they needed to bring down

 6   their fees.  They had high service fees at

 7   that time; so they had to rationalize those

 8   fees, et cetera.

 9      Q.    And the loss of low-hanging dot com

10   fruit?

11      A.    So the marketplace is saying, in

12   conjunction with the ASPs, that the ASPs at

13   that time were going after very small deals,

14   going after some dot com low deals, and that

15   that business was not going to be there for

16   the ASPs for that model.

17      Q.    And then the last market observation

18   you have is, the dot com fishing hole is

19   drying up?

20      A.    Yes.  So, again, the pundits were

21   saying at that time -- this is just a catch

22   phrase, picked it up from the marketplace.

23      Q.    That's the same thing you had

24   experienced in your business, isn't it?

25            MS. KYROUZ:  Objection.

```
 1        Misstates prior testimony.  Lacks
 2        foundation.
 3   BY MR. BRITTON:
 4        Q.   You told them about a dramatic
 5   decline in dot com business on Page 27.
 6                MS. KYROUZ:  Objection.
 7   BY MR. BRITTON:
 8        Q.   You experienced it, too; right?
 9                MS. KYROUZ:  Mischaracterizes
10        the document and his testimony.
11        A.   Yes; at that time we were seeing
12   what level, but we were seeing some of it in
13   certain cases.
14        Q.   It was dramatic, wasn't it?
15                MS. KYROUZ:  Objection.
16        Mischaracterizes the time of the
17        document.
18        A.   I don't recall if it was dramatic.
19        Q.   That's what you wrote, isn't it?
20                MS. KYROUZ:  Same objection.
21        A.   But I can't quantify that or qualify
22   that for you.
23        Q.   So the -- going back to Page 12, the
24   market observation was the VC funding was
25   nonexistent; right?
```

1     A.    That was from the pundits.

2     Q.    You were experiencing that, too, the

3  VC funding was getting tighter?

4              MS. KYROUZ:  Objection.  Lacks

5        foundation.  Mischaracterizes his

6        testimony and the document.

7     A.    We were experiencing that VC funding

8  was getting tighter.

9     Q.    And then development license only,

10  you guys were experiencing that, too; right?

11              MS. KYROUZ:  Same objections.

12     A.    Development licenses only?

13        So referring to dot coms buying some

14  development licenses for their solutions, but

15  maybe not buying all the run time licenses

16  that they needed.

17        Maybe buy some development, some run

18  time, but no forward buying for year two, year

19  three.

20     Q.    So you were seeing that, too?

21     A.    We were seeing -- you are saying --

22  some of it.  Not to affect my forecast; we

23  were seeing some of it.

24     Q.    You were certainly seeing it in your

25  business; right?

```
 1      A.   I saw a lot of things.

 2           MS. KYROUZ:   Same objections.

 3      A.   (Continued.)  I saw a lot of things

 4   in my business.

 5      Q.   Next one Page 12, 41,515 layoffs in

 6   Calendar Year 2000.

 7           What was the observation there?

 8      A.   The pundits were saying there was a

 9   lot of -- I mean, there were so many dot coms

10   that had come onboard, and sort of the -- it

11   was getting more Darwinian now.  And that a

12   lot of the smaller dot coms who didn't get the

13   funding, et cetera, they were being laid off.

14      Q.   They were being laid off.

15           Now, if you go to Page 15.  This is

16   where you are presenting your second-half

17   adjustments; right?

18      A.   Yes.

19      Q.   And you say in the second slide

20   under the next-to-the-first bullet point,

21   "Consolidate dot com territories."

22           What did you mean by that?

23      A.   That we would consolidate dot com

24   territories.  So we might take two territories

25   and consolidate it to one territory.
```

```
 1        Q.    For general business, $759,000 in
 2   business closed during this month of January?
 3        A.    January -- yes, 13 --
 4              MS. KYROUZ:   Objection.   Lacks
 5        foundation.   Asked and answered as to the
 6        prior document.
 7        A.    (Continued.)   Looking at this
 8   report, that's correct.
 9        Q.    So a total of $13.8 million as of
10   January 29?
11        A.    Yes.
12              MS. KYROUZ:   Objection.   Lacks
13        foundation.
14   BY MR. BRITTON:
15        Q.    Is that right?
16        A.    That's correct.
17        Q.    Now, if you compare it to 32, the
18   page that we were looking at, general business
19   is 17.7, but you noted that it may have been
20   off a little bit.
21              So getting a lasso around it, it is
22   somewhere between 13.8 million and 17.7
23   million --
24              MS. KYROUZ:   Objection.
25        Misstates.
```

```
 1

 2        Q.    -- during the month of January;

 3   right?

 4             MS. KYROUZ:   Misstates his

 5        prior testimony, misstates the documents.

 6        Lacks foundation.

 7        A.    There are too many variables here.

 8        Q.    Okay.  So let's take it as of

 9   January 29.

10             You hadn't closed very much business

11   in January; is that right?

12             MS. KYROUZ:   Objection.

13        Argumentative.  Lacks foundation.

14        A.    This report shows 759.

15        Q.    759,000?

16        A.    Right.

17        Q.    So tough January, wasn't it?

18             MS. KYROUZ:   Objection.  Lacks

19        foundation.  Argumentative.

20        A.    I never look at -- I don't look at

21   how we do and how much is closed on each

22   monthly basis.

23        Q.    You don't?

24        A.    No; I look at the forecast, look at

25   the detail of the forecast to this day.  I
```

1   don't look at what did we close, what are we

2   committing to.  Not what the pipeline might

3   say, not what's in the bank, so to speak; it

4   is what's the forecast.  You look at each

5   individual line item, do you still feel good

6   about that forecast.

7        And, so, at this point, obviously,

8   I'm still feeling good about the forecast.  I

9   manage my business the same way today.

10       Q.   Do you know what you closed in

11  business as of this same time period in Q3

12  2000?

13       A.   No.

14       Q.   Look at Exhibit 17.

15       A.   I tell you what, if you want to read

16  it, I'll believe you.

17       Q.   Good.

18       A.   17?

19       Q.   Exhibit 17.

20       A.   What page?

21       Q.   Page with Bates 38259.

22       A.   Okay.

23       Q.   And if you look at the Closed

24  column, it has your business closing $56.4

25  million in business.

1     A.   That's what the report reads.

2     Q.   Through January.

3     A.   That's what the report reads.

4     Q.   So there is a dramatic difference

5   between the first two months of Q3 2000 and

6   the first two months of Q3 2001, wasn't there?

7         MS. KYROUZ:  Objection.  Lacks

8     foundation.

9     A.   Mathematically.  Mathematically,

10   yes.

11         (Document marked for

12     identification as Nugent Exhibit 34.)

13   BY MR. BRITTON:

14     Q.   I placed in front of you what's been

15   marked as Exhibit 34.  Take a moment to review

16   this exhibit.

17         MR. BRITTON:  For the record,

18     Exhibit 34 starts at Bates NDCA-ORCL

19     078520 and ends at 524.

20     A.   Okay.  Yes, I have the document.

21     Q.   Do you recognize Exhibit 34?

22     A.   Yes.

23     Q.   What is Exhibit 34?

24     A.   A summary of the GB forecast.

25     Q.   And you and Bill Roselli prepared

```
 1              MS. KYROUZ:  Why don't you let
 2       him finish his answer.
 3              MR. BRITTON:  Because it is
 4       nonresponsive.
 5              MS. KYROUZ:  How is that
 6       nonresponsive?
 7              MR. BRITTON:  Because --
 8              MS. KYROUZ:  He is telling you
 9       exactly why he didn't know that.
10              MR. BRITTON:  He is telling me
11       about a catastrophic collapse at the
12       beginning.
13  BY MR. BRITTON:
14       Q.   I am asking you whether you knew in
15  the beginning, back in Q2 '01, not what was
16  going to happen at the end of the quarter,
17  whether you knew that emerging companies were
18  willing to buy forward as much as three years;
19  but, because of those presentations, now it
20  was all about profitability.
21          We saw that in previous letters,
22  didn't we?
23              MS. KYROUZ:  Objection.
24       Mischaracterizing his testimony.
25  BY MR. BRITTON:
```

```
 1        Q.    Go ahead.
 2        A.    There was never to the point of ever
 3   discussing my forecast, never bringing down my
 4   forecast.  It was news in the marketplace, and
 5   we were picking up that news.  Those losses
 6   and layoffs were news in the marketplace.
 7             And we were all -- so we picked up
 8   on that news in the marketplace, like I pick
 9   up a lot of different news in the marketplace.
10             The guys in Boucher's presentation
11   or in, you know, something -- who is out in
12   the west, their presentation, they would see
13   it.  But nobody was -- nobody said it is going
14   to affect my forecast.
15             We looked at the deals, said, hey,
16   it's coming.  We don't know if it's little, we
17   don't know if it's medium, we don't know if
18   it's big.  We're just getting some signals.
19   But when it comes to the actual forecast, none
20   of it affected the forecast.
21        Q.    Right.  And my question to you --
22   and I understand what you are saying about
23   your forecast -- but my question to you is
24   whether you were told back in Q2 '01 that
25   emerging companies were willing to buy forward
```

1    as much as three years, but Q3 '01 -- Q2 '01

2    it was all about profitability?

3             MS. KYROUZ:  Objection asked

4       and answered.

5    BY MR. BRITTON:

6       Q.    That simple fact.

7       A.    Yes, they're just slowdowns,

8    different little snippets that were not

9    affecting the forecast, counselor.

10      Q.    Today emerging companies are only

11   willing to part with the necessary dollars to

12   purchase the development licenses and maybe

13   six months of production licenses.

14           You had a presentation on that back

15   in January, didn't you?

16           MS. KYROUZ:  Objection.

17      Mischaracterizes.

18      A.    There was a reference to that, sure.

19      Q.    Down four paragraphs, you say,

20   Technology sales reps have to understand that

21   we are no longer selling in the boom period,

22   but post -- but post-boom period.

23           And you knew that back in January?

24      A.    That's not true.

25           This, the loss of forecast was so

1    catastrophic that we could get very edgy and

2    say, oh, my gosh, what has just happened, what

3    has just happened.

4            And, so, therefore, we said we have

5    to go back some drastic changes here.  We just

6    lost 50 percent of our forecast.  We were

7    doing so well.

8            And you saw in Q1, Q2, we were just

9    doing so, so well, we are swimmingly along.

10   Catch a couple of whiffs here.  Everybody's

11   forecast okay?  Everybody's forecast is fine.

12           We didn't know what type of

13   adjustment was going to be in the marketplace;

14   was it going to be little, medium, large,

15   nobody had any idea.

16           But our current forecast that we had

17   running up, we were secure with that, with

18   that forecast.

19           With that knowledge of, hey, we

20   smell a little slowdown here, a little VC

21   slowing down there, a little bit of this here,

22   a little bit of that there, different market

23   news.  But, we get a lot of market news in a

24   quarter.

25           But all that market news doesn't

1   affect my forecast.  If all of the sudden the

2   government says the economy is starting to

3   pick up, I don't raise my forecast.

4          All of the sudden new technology

5   industry is doing so well, I don't raise my

6   forecast in that particular technology

7   industry.  I look at my individual deals.

8          And if I am comfortable with those

9   individual deals, regardless of the

10  dynamics -- if a competitor comes out with a

11  competitive product, I don't lower my

12  forecast.

13         Whatever these dynamics are, I look

14  at forecast.  Are we okay with the forecast?

15  Yes, we are fine.

16         I felt absolutely fine with the

17  forecast.

18     Q.   So there was a dramatic decline in

19  half of your business.  Dot coms represented

20  over half of your business in Q -- in Fiscal

21  Year 2001; isn't that right?

22         MS. KYROUZ:  Objection.

23     A.   For the full fiscal year, I'm not

24  sure.

25     Q.   But it was a very large part of your

1   business; isn't that right?

2      A.   Dot com business was a good

3   percentage of our business.

4      Q.   And you saw a dramatic decline in

5   that business as of January 9, 2001?

6           MS. KYROUZ:   Objection.

7      Mischaracterizes the document.

8   BY MR. BRITTON:

9      Q.   That's what you said.

10     A.   In relationship to the forecast,

11  there is no relationship to that in the

12  forecast.

13     Q.   Not in relationship to the forecast.

14          The economy was, obviously,

15  affecting your business.

16          MS. KYROUZ:   Objection.  Lacks

17     foundation.  Misstates all of his prior

18     testimony.

19     A.   Yes, I mean, the overall economic

20  situation at that time I don't believe was the

21  best; but I forecast in all sorts of economic

22  conditions, good or bad.

23          You know, if the news gets worse, I

24  don't necessarily bring my forecast down.  If

25  the economic news gets better, I don't

1   necessarily bring my forecasts up, either.  It

2   doesn't affect what I am committing to the

3   corporation.

4       Q.   I am asking you in Q3 2001 -- not

5   whether it affected your forecast -- did it

6   affect your business negatively?

7               MS. KYROUZ:  Objection.  Vague

8       as to what you mean by "business," as

9       opposed to his forecast.

10      A.   My business is my forecast.  My

11  business is all about the numbers.  Whether or

12  not I can put a number and make it happen,

13  that's the business I am in.

14      Q.   You can't tell me one deal that

15  didn't close that you expected to close?

16      A.   I can't tell you one deal I won,

17  either.

18      Q.   I am placing in front of you what

19  has been marked as a series of exhibits during

20  Nic Classick's deposition, 14 through 26.

21          Do you remember a deal by the name

22  of Chiliad Publishing?

23      A.   Am I supposed to be looking at a

24  page?

25      Q.   Before you look at the documents, I

1    am asking you if you recognize --

2        A.    Who?

3        Q.    -- a deal with Chiliad Publishing?

4        A.    No.

5        Q.    What about with Veritas?

6        A.    No.

7        Q.    What about with Acterna?

8        A.    No.

9        Q.    Americredit?

10       A.    Vague recollection of the name

11   Americredit.

12       Q.    And Myraid?

13       A.    No.

14       Q.    Let's look at Chiliad Publishing,

15   Exhibit 16 in this.

16            Do you recognize Exhibit 16?

17       A.    A vague recollection -- I don't

18   know.  It is a vague recollection.  It looks

19   like -- I'm only speculating.  I don't know.

20       Q.    If you look at the third page --

21       A.    Okay.

22       Q.    -- of Exhibit 16.

23       A.    86?

24       Q.    Yes, 586.

25       A.    Sure.

1            I HEREBY CERTIFY that the

2      proceedings and evidence are contained

3      fully and accurately in the stenographic

4      notes taken by me upon the foregoing

5      matter on Wednesday, May 24, 2006, and

6      that this is a correct transcript of

7      same.

8

9

10

11

12

13      ---------------------------------

14            Debra Ann Whitehead

15

16

17

18

19            (The foregoing certification of

20      this transcript does not apply to any

21      reproduction of the same by any means,

22      unless under the direct control and/or

23      supervision of the certifying reporter.)

24

25