oracle

1

```
1              Larry Ellison Conference Call
2    _____
3         MR. ELLISON:  Thank you.  I'd really like to
4    just spend a couple of minutes, make a few opening
5    remarks and then just open up to questions as quickly
6    as we can.  I want to talk about Oracle strategy, and
7    why we did what we did in terms of building the e-
8    business suite.
9         Oracle has been heavily criticized recently
10   for this whole notion of going against everything
11   everyone else is doing. Everyone is going with best of
12   breed.  i2 is specializing on supply chain, Epiphany is
13   specializing in marketing, Siebel is specializing in
14   sales automation, Clarify, service automation.  SAP,
15   manufacturing, i2 -- excuse me, Ariba internet
16   procurement, Commerce One, auctions -- buyer and seller
17   auctions, and PeopleSoft [inaudible] we're really
18   focusing on HR primarily.
19        Why would Oracle -- when everyone else is
20   specializing, focusing, like a laser -- why would
21   Oracle go ahead and tackle all of it?  Why would we
22   elect to compete with every single one of those
23   companies?  It seems like a, you know, Herculean task.
24   Well actually, it's an easy task compared with the task
25   every single customer faces when they try to assemble
```

2

```
1    all of these different products from all of these
```



oracle

2    different customers -- all these different companies --

3    software vendors.

4          (To lighting tech) Can we just turn the

5    lights down just a little bit so I can -- that's great.

6    Thank you very much.

7          The idea -- it seems to me there's something

8    fundamentally wrong with the notion that the

9    responsibility for making Siebel work with Epiphany and

10   BroadVision is not the responsibility of Siebel,

11   Epiphany, and BroadVision, but responsible to the

12   customer who bought those three products. The

13   responsibility of making i2 work with SAP work with

14   Ariba is not the responsibility of SAP, Ariba and i2,

15   it's the responsibility of every single customer who

16   bought those products.

17         Where the responsibility for systems

18   integration lies -- this whole notion of system

19   integration -- it lies with the customer.  Customers go

20   out and figure out the best products to buy in each

21   area:  the best accounting product, the best HR

22   product, the best supply chain product, the best

23   marketing product, the best service product, the best

24   sales automation product. They figure out which of the

25   best products to buy, they get the pieces and then

⧠

3

1    they, the customer, becomes responsible of gluing these

2    pieces together.  Of course the customer often doesn't

3    have the skills to do this and so they go out and hire

4    a company called -- a consulting firm or system

oracle

5    integrator to do this.  And IBM staff is growing

6    business's systems integration.  IBM has a 130,000

7    consultants eager to help companies as they assemble

8    these pieces together and everyone is different.

9    Everyone is different.

10           The connection -- these guys with glue --

11   these 130,000 guys with glue guns, I mean think about

12   it.  130,000 glue guns trying to make Siebel attach to

13   SAP, trying to attach i2 to SAP, trying to attach all

14   these -- glue in Ariba, glue in BroadVision to web

15   stores.  Think about that.

16           It's systems integration after the fact.

17   They're taking a bunch of software written by different

18   companies at different times with different standards

19   and trying to make them all work together.  They're not

20   doing that once, they're doing that every single

21   customer site separately.  It's a bizarre notion.  This

22   is my point of view.  It seems crazy.

23           It seems to me -- it seems to me if you want

24   to make the marketing system work with the sales

25   automation system, you should engineer the products to

4

1    fit together.  You shouldn't build the products

2    separately by separate teams and then figure out how to

3    make them work together after the fact.  Why not

4    engineer the products to fit together so you don't need

5    any glue.  They just click together.

6           And shouldn't service, you know, also just

7    click together?

Page 3

oracle

8      I mean, the whole notion of systems

9   integration's a flawed notion.  It's so labor

10   intensive.  It's so time consuming.  It's so error-

11   prone.  With the amount of money that's spend on

12   systems integration usually exceeds the amount of money

13   spent for software by a factor of five to ten.  If you

14   spend $50 million buying your enterprise software,

15   you've probably spent $250 to $500 million glueing it

16   together.  There are SAP implementations that cost well

17   in excess of a billion dollars and take years and year

18   to accomplish, they're so labor intensive.

19      And every company is different.  Exxon is

20   different than Compaq.  All these different projects

21   are different.

22      So that seems like a very strange thing to

23   me.  And it seems, again, like some company -- some

24   company that was large -- some big company that had a

25   lot of resource and a lot of technical talent should

5

1   try to build all of these pieces and engineer these

2   pieces from the ground up.  You can't do this with

3   acquisition, by the way.  You can't acquire 10

4   different companies.  We're not talking about, you

5   know, all of the different products being sold by the

6   same vendor.  We're talking about all of these

7   different products actually being engineered and built

8   to fit together from the ground up.

9      And that's what we did.  We did it because

10   the systems integration process, we think, is ungodly

oracle

11  costly, incredibly error prone, time consuming and it's

12  very, very high risk.  An awful lot of these systems

13  integration projects just ultimately fail.

14          So everyone's building these big systems

15  integration businesses.  IBM -- I mean, it's IBM's

16  growth engine.  We're saying as a business, it should

17  largely not exist.

18          All these specialized companies building

19  these specialized products.  You know, it really won't

20  work because you can't ever make them work together.

21  Let me explain why.

22          What is systems integration?  Everyone talks

23  about it like they actually understand what the thing

24  is.  What does it mean when you hook the BroadVision

25  store to the -- you know, and the Epiphany marketing

                                                        6

1   system and the Siebel sales automation system together?

2   What does that mean?  What are you actually doing?

3   Well, let's say you run a marketing campaign.  You run

4   an e-mail marketing campaign and you want to send out -

5   - I don't know, a million direct mails to a million

6   different companies.  Or 100,000, you know, companies

7   and ten people in each of those companies.  Something

8   like that.  It means you have to have a database in

9   your Epiphany marketing system that keeps track of

10  everyone you're marketing to.  And the Epiphany system

11  comes with its own database, it's own way of keeping

12  track of perspective customers you're marketing to.

13  That's built into the Epiphany system.  You've got to

oracle

14    keep track of who you market to.

15          Now, it's also true that the BroadVision web

16    store also has to keep track of customers, right?

17    Because customers visit the store.  You've got to keep

18    track of who just visited, ask you your name.  "who do

19    you work for?  What do you do?"  "I'm a manager.  I

20    work for Oracle."  So you're keeping track of customers

21    over in the Epiphany system.  You're keeping track of

22    customers over in the web store because when you market

23    to somebody, you really want that person to come to

24    your web store and take a look at your products, do

25    some shopping around, get more information.  When you

7

1    go and send these direct mails, you say, "Come on over

2    to the store.  Take a look around."  So you've got to

3    copy the customer information out of the Epiphany

4    database into the BroadVision database.

5          Now, let's say someone has visited the web

6    store and you want to give them a call.  They seemed

7    interested.  They left some information.  They asked

8    for more information.  You want to give them a call.

9    Maybe call from a call center -- your sales call

10   center.

11          Oh, you've got to move the customer

12   information out of your web BroadVision web store into

13   your Siebel sales system.  That's a third copy.  That's

14   your third customer database.

15          Oh, let's say the customer, if he buys

16   something, you're going to send him a bill.  Oh, you've

oracle

17   got to move that customer information out of the Siebel

18   system into the SAP accounting system.

19          Oh, the customer needs service?  You've got

20   to move that customer information out of the accounting

21   system into the Clarify system to provide service.

22          That's at least five different customer

23   databases.  The information is just fragmented across

24   five different databases.

25          What's meant by "systems integration" is

8

1   writing customer computer programs to move information

2   between all of these separate databases back and forth

3   and trying to keep it synchronized and up to date.

4   Now, this is what we do for a living, this database

5   stuff and we used to do Best of Breed.  We sell i2.  We

6   used to re-sell Manugistics.  We usually re-sell all

7   this stuff.  We used to -- we had a whole program -- we

8   had a whole bunch of executives at Oracle out selling

9   this whole notion of Best of Breed saying, "We'll

10   integrate all this stuff for you and we'll make it work

11   together."  That's when I learned how hard it was.  So

12   hard that it's impossible to do well.  You're lucky if

13   you get it to work at all.

14          That's when it became very clear to me,

15   anyway, that we needed to take a completely different

16   approach to building business systems.  You couldn't

17   just build one piece because there was no really good

18   way to glue one piece to another piece.  You had to

19   have one common database [indecipherable] -- one common

Page 7

oracle

20    database, one customer database where all of the

21    customer information was available.  So if you marketed

22    to somebody in your marketing system, the name of that

23    customer would be in your customer database.  And so if

24    that customer came to the web store, well, the web

25    store uses the same list of customers that the

9

1    marketing system uses.  There is no integration.  It's

2    just -- it's shared data.

3         Oh, and the call center.  You want to call

4    that person?  Well, the call center system uses the

5    same customer database.

6         The field sales force, you want to invite

7    that person to a seminar, it's the same customer

8    database.

9         The information exists in one and only one

10   place.  There's one customer database inside the

11   company, not dozens or hundreds.

12        The difference is really quite extraordinary.

13   The quality of information is dramatically better.

14   When you have a system that's integrated by

15   engineering, integrated by design that shares

16   information, versus a bunch of systems built by

17   separate companies that someone, after they're all

18   built, tries to glue together.

19        My favorite metaphor -- and I'll stop my

20   presentation in a second with this metaphor -- my

21   favorite metaphor is if the people running enterprise

22   software business were in the automobile business, they

oracle

23  wouldn't build cars.  That would be stupid.  They would

24  build best of breed catalytic converters.  And best of

25  breed fuel injection systems.  And best of breed engine

10

1   blocks and pistons and suspensions and windshields and

2   bodies and the customers would come in and pick out

3   their favorite fuel injection system, their favorite

4   engine block, their favorite piston rings and

5   suspension system and then hire a bunch of mechanics

6   from Anderson Consulting and IBM to assemble this into

7   a best of breed car.  That's exactly how our industry

8   works.  It's extremely bizarre.  No one makes cars.

9   Everyone makes really good engine blocks.  Well, guess

10  what?  We think people want to buy cars.

11        Now, maybe we're wrong.  Maybe everybody else

12  is right because we're on one side of this thing and

13  theoretically everyone else is on the other side.  But

14  I think there's another possible explanation why we're

15  on one side and everyone else is on the other side.  I

16  think that other possible explanation is we're the only

17  one with a suite.  I just don't think our competitors

18  are going to say, "Oh my god, we're totally wrong and

19  they're right and they're the only ones that are

20  right."

21        One example.  A little company called General

22  Electric, from the time they signed the contract to

23  time the first factory goes live is six months using

24  the e-business software -- the 11i e-business Suite

25  software.  Six months from contract signing to going

Page 9

oracle

1   live.  A year and a half to do it completely -- to
2   route the GE power.
3           I know Greg Baer [phonetic].  I come to his
4   house [indecipherable] he says that he never sees us.
5   He must not have been at Motorola yesterday because he
6   just lost a deal to us at Motorola.  So maybe he
7   doesn't use mobile phones or something like that.
8   Maybe he's got a good Nokia phone.
9           But not only are we beating them at places
10  like Motorola.  There are places that are throwing them
11  out.  Now, it's not because i2's a bad product.  But
12  the complexity of glueing i2 into all of these other
13  products, that's the flaw in what they're doing.  They
14  might have very good components, but people don't want
15  components.  People want complete running business
16  systems.  They don't want to buy the parts and assemble
17  them themselves.  At least I don't think so.  But
18  that's what they're being asked to do.
19          IBM's software business is getting smaller
20  while their systems integrations business is getting
21  bigger.  Our systems integration business is getting
22  smaller while our software business is getting bigger.
23          One of the things I'm most proud about is the
24  only business at Oracle that's getting smaller is our
25  consulting business because we're desperately trying to

oracle

1   take the labor out of installing and "integrating our
2   software."  No systems integration required.
3            By the way, General Electric is installing
4   our manufacturing software and out accounting software
5   and our supply chain automation software and our
6   procurement software, GE power.  Do you know how many
7   changes they're putting into our e-business suite?
8   Does anyone want to guess how many modifications?
9   None.  Do you want to know how many other software
10  packages they're using as a part of this project?
11  Would you like to guess?  None.
12           Now, I know GE's a small and simply company
13  with not a lot of requirement.  But if it can work
14  there, it can work any place.  And it's unimaginable to
15  me that we got this one wrong.  In 1995 at the height -
16  - just a little patting of Oracle on the back -- at the
17  height of Windows 95 -- do you remember when the Empire
18  State Building was dressed up with the Windows logo and
19  all this stuff when Window 95 came out, and everyone
20  said, "Microsoft will just go on forever."  That was
21  the year that we decided to stop doing all desktop
22  software.  That was the year that we said, "The PC's a
23  ridiculous complex device," and came under very heavy
24  criticism for saying this.  A lot of people said, "This
25  is just sour grapes."  I mean, obviously, Microsoft and

13

1   the PC's is the wave of the future.  It goes on
2   forever.  We have never been more criticized than that
3   statement back in 1995.  "We're going to move

oracle

4   everything to internet servers.  We think desktop

5   software is ridiculous.  We think share information and

6   shared applications belong on big internet servers, not

7   on desktop computers.  We think client servers are

8   ridiculously complex.  We're getting out of that

9   business."  We decided to do that in 1995.  We got that

10  right.  Everyone else said that was ridiculous when we

11  did it.  Now, everyone else is in the process of doing

12  it themselves.

13          This is even bigger.  This is even bigger.

14  We are treating our customers as computer hobbyists,

15  expecting them -- literally -- literally, we're asking

16  our customers to go into the software business to try

17  to make these best of breed components work.  "Buy the

18  parts, hire a bunch of consultants and you, the

19  customer, figure out how to take these parts and take

20  this labor -- parts and labor -- and try to build a

21  complete and running business system out of its parts

22  and labor.  And you, the customer, run the project,

23  pick the technology and make it all work."  That's the

24  current model for enterprise software.  And it's wrong.

25          The right model for enterprise software is

☐

14

1   "Here are all the pieces.  They've all been engineered

2   to work together.  No systems integration required.

3   You can install it in a matter of months in the largest

4   and most complex operations.  All the pieces are there:

5   marketing, sales, web store, service, internet

6   procurement, auctioning, supply chain automation,

oracle

7   manufacturing, human resources, everything.  And all
8   the pieces fit together."  And no one else has it.
9           I think I've never felt more optimistic about
10   how we're doing as a company right now.  We're winning
11   some fantastic deals, some marquis names on the e-
12   business suite.  And the e-business suite just came out
13   six months ago.  We now have 64 companies live on
14   release 11i, the E-business suite.  And larger and
15   larger companies are adopting this technology.
16           But we're still in this interesting
17   transitionary phase where everyone's saying, "Oracle,
18   what are they doing?  They can't possibly make all
19   these -- you know, do all this stuff," where just the
20   opposite is true.  There's no way customers can make
21   all this stuff work together.  I don't care how good
22   the components are.  The components could be fabulous.
23   They were never designed to fit together.  And a bunch
24   of IBM engineers -- you know, a bunch of IBM
25   programmers can't make them work together.  The whole

15

1   idea of repeating labor -- every time someone buys
2   these components, they're reassembled again at every
3   customer's site by IBM labor and Anderson Consulting
4   labor.  Which model to you think is better?
5           So in the early stages -- the very early
6   stages of this release 11i, we're saying, "We're right.
7   The rest of the world is wrong," where there's all this
8   controversy where we can't show lots and lots of
9   companies up and running -- big companies up and

oracle

10    running -- they're just beginning to come live now,

11    already we're getting tremendous traction in the

12    market.  And it will be far and away the biggest

13    success in the history of our company, much bigger than

14    the database.

15            Now, the strategy -- again, back to the

16    strategy, why did Oracle try to do this?  Oracle tried

17    to do this because Oracle's a big company and Oracle

18    had to adopt a strategy that its competitors could not

19    adopt.  There's no way i2 can do this.  i2 can't go out

20    and build -- it can't even build internet procurement

21    for God's sakes.  They're teaming with Ariba and that's

22    a little thing.  So Siebel can't do this.  They can't

23    go out and build human resources and accounting and

24    supply-chain automation and procurement and auctioning.

25    They can't even build a web store.  None of these

                                                        16

1    companies have the scale to tackle building a complete

2    automobile.  All these other companies can do is build

3    carburetors and engine blocks and suspension systems.

4    If we can be the first car company -- be the first

5    company that builds these complete business systems,

6    how do you think we'll do?  I'll give you an answer.

7    About as well as Microsoft did when they built the

8    complete office suite.  You could say that Microsoft

9    had no chance, and how could they build a better

10    spreadsheet than Lotus?  How could they build a better

11    word processor than WordPerfect?  How could they build

12    better presentation graphics than Harvard Graphics?  Or

oracle

13    better database than D-base?  There's no way.  Those

14    companies were all focused.  They were all specialized.

15    There's no way someone building a complete and

16    integrated suite could ever compete with those highly

17    specialized competitors.  What chance did Microsoft

18    have?  The same chance as we have.  I think we'll roll

19    up the entire enterprise software business because

20    companies don't want to glue this stuff together.  They

21    don't know how.

22            That's the end of my opening remarks.  Anyone

23    want to talk about it?

24            AUDIENCE MEMBER:  [indecipherable]

25            MR. ELLISON:  If I was running BroadVision or

17

1    --

2            AUDIENCE MEMBER:  [indecipherable]

3            MR. ELLISON:  What would I do?  Well, I would

4    say that Larry Ellison's nuts.

5            AUDIENCE MEMBER:  [indecipherable]

6            MR. ELLISON:  Seriously.  The question was,

7    "If I was running BroadVision, what would I do?"  I

8    would just say that no one company could every -- you

9    know, we're going to build a better store, that our web

10   store is going to be better than their web store and no

11   one could build a better web store than us because all

12   we do it web stores.  So we have the best of breed web

13   store and our web store is better than Oracle's web

14   store.

15            It's a little bit like saying that Bob's fuel

oracle

16  injection system is better than the fuel injection
17  system you get in your Mercedes 600SL.  That may be
18  true, but I'm not sure that anyone cares.  So --
19       But again, I would keep on trying to, you
20  know, I would keep saying, "Our product is better than
21  their product.  What you do is buy BroadVision and
22  Epiphany and Siebel and all these pieces and you should
23  glue them together yourself."
24       Now, even if it's true that their web store
25  is better than ours -- and I would argue that -- but I

                                                          18

1  don't think that's the important point.  Is it so
2  difficult to link up their web store to the Epiphany
3  marketing system, the Siebel sales system and all of
4  these other systems that even if the components are
5  fabulous, once you glue them together, you have a
6  mongrel.  You know, you have a Frankenstein monster.
7  "It's alive!"  But not very often.
8       AUDIENCE MEMBER:  Larry, how long will it
9  take Oracle to convince the largest customers, i.e. the
10  Global 100, Global 500, that the pains of integration
11  are far greater than best of breed?  I.e., once you
12  start rolling out the e-business suite, the theory is
13  that you should be able to knock down some very large
14  customers.  What are some realistic metrics that people
15  could expect?
16       MR. ELLISON:  Well, I think it's going to
17  vary from customer to customer.  Again, we've seen a
18  company that's very -- you know, Jack Welsh [phonetic],
                    Page 16

oracle

19  bless his heart, committed to save $20 billion dollars
20  by taking advantage of, you know, the internet and GE's
21  our biggest customer.  And they're moving incredibly
22  aggressively towards installing the e-business suite.
23  So there's a company -- an extremely well-managed
24  company that's moving very, very aggressively, very,
25  very fast, you know, to put in this technology.  Not

☐

19

1  only are they not doing systems integration, they're
2  making the other big leap which is they're not going to
3  modify the software either.  They're going to use
4  unmodified relief 11i software to run GE Power.
5          Now, we also have a big deal with GE Capital
6  and so on but, again -- you know, that's an example of
7  a very aggressive, very well-managed company that
8  quickly sees the advantage.  "You mean I don't have to
9  be in the software business?  I can get a massive
10  implementation done in six months from the time we sign
11  the contract until the factory goes live?"
12          And here's an interesting argument.  Which
13  would you rather have?  Just in terms of software
14  modifications.  You could probably -- clearly, everyone
15  can make our software better by modifying it -- kind
16  of.  Now, it's very expensive to modify our software.
17  It take a long time to modify our software.  You might
18  break it as you modify it.  But, you know, in theory,
19  you know, theoretically you can make it better.  But
20  which would you rather have?  80% of the benefits in
21  six months, or hope of 100% of the benefits in two

oracle

22    years?  And it's becoming very clear to more and more

23    executives.  "I'll take the 80% in six months

24    guaranteed."  It costs me a lot less money because the

25    benefits are much sooner.

1           And there's another one, without getting too

2     complex about all this, is if you make heavy

3     modifications to our software -- that's the other thing

4     we'd like you not to do, make heavy modifications to

5     our software -- and we come out with a new version,

6     release 12, you can't take it.  If you modify our

7     software, or if you did systems integration -- this is

8     another thing about systems integration, I love this

9     story -- okay, you finally get all of this stuff glued

10    together and working at Company X.  And then Siebel

11    comes out with their new version.  What do you do?

12    Well, you call Anderson back or you call IBM back and

13    they rip out the old version of Siebel and plug in the

14    new one.  Systems integration and best in breed's a

15    never ending process.

16           Companies, you know, shouldn't do this.  And

17    we'll see.  Maybe we're totally wrong.  Maybe people

18    like putting all this stuff together.  Maybe it's just

19    fun, you know?  I could be missing something.  "You

20    know, what I'd love to do, hooking that Siebel system

21    up to that Epiphany system was great.  I was going to

22    go to the game this weekend but, you know, I had a

23    chance to do some re-load of programs and move data out

24    of the Siebel database into the Epiphany database and

oracle

25   man, that was so cool.  Now, it means my company

21

1   couldn't use either one of these systems for a couple

2   years, but man, writing this program was" -- why?  Yes?

3          AUDIENCE MEMBER:  Larry, yesterday Scott

4   Crins [phonetic] in making the case for best of breed

5   for Juniper Networks used Oracle as an example as well

6   as Intel and Sun and Microsoft.  For why?  Because IBM

7   couldn't do everything in computing, your company and

8   others were able to thrive.  So I'm wondering what your

9   thoughts are and if your ideas on best of breed are

10   enterprise software specific, or if they also apply to

11   enterprise hardware.

12          MR. ELLISON:  I don't believe we have to -- I

13   think you have to make automobiles.  I don't believe

14   you also have to have gas stations and all of these

15   other -- and make steel and make the little computers

16   that go inside of the automobiles and make all -- you

17   know.  But I think we have to make automobiles.  So

18   what is the right boundary?  I think you're asking me,

19   you know, "Where is the boundary?  Where can you

20   reasonably buy products from multiple vendors?"  And I

21   think the right boundary is, you know, enterprise

22   software, you know, the business to run your

23   enterprise.  Assembling best of breed is near

24   impossible, you know, with those software vendors I

25   talked about.  I just don't know how to do it.

oracle

1           You know, find some big projects.  Find out

2    how long it takes to install i2, how much you spend to

3    -- I believe Siemens, which they're very proud of, like

4    they're trumpeting the deal, but Siemens is going to

5    spend, what, $600 million in labor to install i2?  They

6    [indecipherable] but they spend $120 million -- IT

7    talks about it -- it's a $120 million software sale and

8    $600 million of labor to install it.  Now, I wouldn't

9    talk about the second part.  I think it's great work

10   while it lasts, you know?  If there's no one -- if all

11   there is is best of -- if all there is is components --

12   because that's the way the world has been -- that's all

13   there was was components.  There was no complete and

14   integrated suite.  And before there was a complete and

15   integrated -- if the only way you can have a car is to

16   buy components and put the components together, that's

17   the only way to have a car, then you're probably going

18   to buy components and put the car together.  But if

19   there's an alternative, if someone's delivering

20   complete vehicles, you'll probably buy one of those.

21          So an enterprise software, to me, is, you

22   know, one thing you'd want to -- yeah, I think you'd

23   want to buy where all the pieces fit together.  You

24   certainly can buy your computer from Sun and your

25   network from Juniper Networks and lots of other pieces,

23

1    you know.  Operating systems from other people, we

oracle

2    don't need to worry about.  Even databases can come

3    from someone else.  But the enterprise software suite,

4    you know, those pieces are inextricably linked.  You

5    really can't get those from separate companies, I don't

6    think.  I don't think you want them.

7                AUDIENCE MEMBER:  When you declare a victory,

8    what evidence will you be able to point to that shows

9    that you are right and everybody else is wrong?

10               MR. ELLISON:  Well, I think the same way we

11   declared victory on the internet, you know?  When

12   everyone was saying we're crazy back in `95 -- and

13   again, you've got to remember, in 1995 around

14   Christmas, the Empire State Building was covered with

15   all of the Windows' colors.  This was the zenith of

16   Microsoft Windows.  And everyone said is was just sour

17   grapes and jealousy and I was jealous of Bill and all

18   of this stuff and that's why -- "They're crazy.

19   They're going to run themselves out of business if they

20   stop doing Windows software and desktop software is

21   where it's at."  And we declared victory when everyone

22   was saying -- when PeopleSoft [indecipherable] client

23   servers that -- when everyone started saying -- you

24   know, Siebel said, "We're an internet software

25   company," PeopleSoft said, "We're an internet software

                                                          24

1    company," everyone had talked about their internet

2    release.  It's all people wanted to talk about was

3    their great internet release.  We declared victory when

4    everyone tries to copy.  Everyone starts pretending.

Page 21

oracle

5    So we're already seeing the beginning of

6  that.  I think PeopleSoft is already saying, "We have a

7  suite."  They don't have a suite, by the way.  But the

8  suite does not mean if one company buys Siebel,

9  Clarify, Epiphany, you know, SAP, PeopleSoft, if one

10 company buys all those companies and it's all Brand X

11 software, it doesn't mean suddenly those different

12 pieces of technology are now integrated.  You can't --

13 i2 has a problem because they've got five separate

14 products that are still not integrated.  i2 is the

15 result of acquisitions.  Ariba had trouble was having

16 trouble trying to acquire their acquisitions.  Commerce

17 One's having trouble integrating their acquisitions.

18 The reason we have to build all of this stuff ourselves

19 is not because we didn't have money to go out and buy

20 companies and buy technology.  You can't do it through

21 acquisitions.  You can't do it through acquisitions

22 because the pieces have to be engineered -- built to

23 fit together.  It's not one-stop shopping.  It's

24 unified engineering.  You've got to build the pieces to

25 fit together.

25

1    So I believe that we've declared victory very

2  simply when almost everyone buys our stuff.  And I

3  think that's what's going to happen.

4    I don't understand, you know, why anyone

5  would buy WordPerfect and Lotus 1-2-3 and all these

6  other pieces and try to make them work together.  I

7  just don't understand it.

oracle

8          Joe -- in the back.

9          AUDIENCE MEMBER:  Do you think you'll have to

10   go outside to replace either Ray Lane or Gary Bloom and

11   what kind of time table and what kind of priority do

12   you attach to it?

13          MR. ELLISON:  No, absolutely not.  I mean,

14   Oracle -- keep in mind almost every software company --

15   Greg Brady worked for Oracle, Craig Conway worked for

16   Oracle.  Greg Brady's i2, Craig Conway's PeopleSoft,

17   Tom Siebel, you know, worked for Oracle.  All these

18   guys are -- you know, and on and on and on, you know.

19   Those software companies in Silicon Valley of any size

20   are run by people who worked at Oracle at one time.

21   And I think, you know, that's kind of interesting, you

22   know.  We're very proud of that, actually.  But we have

23   so many talented people inside of the company that my

24   problem is not finding, you know, management talent

25   from the outside and bringing them in.  It's hoping not

26

1    to lose some of the very, very talented people we have

2    inside the company because they don't have an option to

3    get promoted and get more responsibility.

4          So, you know, we're promoting a guy named

5    Mike Rocha who has become responsible for a lot of

6    things Gary Bloom is doing and he's a spectacular guy.

7    But we have a whole bunch of other guys that are really

8    good.  I mean, Safra Katz is spectacular.  You know,

9    Jeff Hanley's been around -- and these guys have been

10   around for a long time.  Do you know Safra?

Page 23

oracle

11      The average tenure of an Oracle senior

12  executive is more than 10 years.  These people have

13  been around for a very, very long time.  We have 12

14  executives that run the company and somebody -- oh,

15  I've been asked when will we appoint one other person?

16  Well, you know, GE's a lot bigger than Oracle and they

17  never had a chief operating officer.  They had a broad

18  route of very talented executives running their

19  business.  And we don't want to be totally reliant on

20  one person, you know?  We'd like to have -- I love the

21  way Jack ran GE -- still runs GE -- in that up until

22  the very end, you had a bunch of very senior executives

23  who all had the potential of succeeding and running the

24  company.  And I think that's the way you retain your

25  talent.

27

1       No, we will never again go to concentrating

2   to much authority in anyone other than a chief

3   executive.  Not in a company our size.  And if GE

4   didn't go it, why would a little company like Oracle do

5   it?

6       So [indecipherable] Jack Welch, I think the

7   way he ran GE, runs GE today, not -- he assigned a

8   successor to him, you know, but Jack's 65.  I'm not.

9   So when I'm 65, I'll pick someone.  Until then, expect

10  to have a number of executives, many of whom will be

11  qualified to run the company.  And that's what Oracle

12  wants.  We want to have four or five people inside of

13  the company running divisions inside of Oracle, all of

oracle
14    whom are capable of running the company, all of whom
15    are competing to succeed me.  Work at GE?  You should
16    work at Oracle.
17              AUDIENCE MEMBER:  If a customer moves from
18    best of breed to Oracle e-business suite, would they
19    need fewer Oracle databases?
20              MR. ELLISON:  Well, we fill the Oracle
21    database by user or by employee.  But the answer, to be
22    very precise, is the license would be the same
23    regardless of which way you went.  So the database
24    license, it would be the same because typically we
25    might license a company, a large customer that has

28

1     10,000 employees, we'd license all 10,000 employees for
2     Oracle usage.  So if they had 50 different systems on
3     top of Oracle or one integrated system on top of
4     Oracle, then the point of view of database fees would
5     make no difference at all.  We're agnostic from a
6     database point of view as to whether people go have
7     lots of separate systems that they've integrated
8     together after the fact with glue guns or they run the
9     e-business suite, it doesn't really make any difference
10    for database revenue.
11              But again, I'll go back to "why would anyone
12    want to assemble a bunch of components and hire IBM to
13    glue them together for them if they could buy the
14    components that were engineered to fit together where
15    no systems integration's required and no software
16    modification's required?"  Can anyone explain to me why

oracle

17    anyone would do that?  No one's going to be able to

18    come here.  No one's going to be able to explain it to

19    me.

20             AUDIENCE MEMBER:  [indecipherable]

21             MR. ELLISON:  Oh, so why would they go ahead

22    and install the e-business suite?

23             AUDIENCE MEMBER:  [indecipherable]

24             MR. ELLISON:  Well, I think if you want to

25    save -- ask Jack.  I don't know.  Ask General Electric.

29

1    Ask Motorola.  Ask, you know, a whole bunch of

2    different companies.  You do it because you run your

3    business vastly more efficiently with an integrated

4    suite of products.  You don't have to throw out

5    everything.  It doesn't have to be a big bang approach.

6    We're putting the e-business suite [indecipherable] SAP

7    and ended up being Oracle.  They used to be a part of

8    HP.  And they are, you know, installing it over time,

9    you know?  Pieces over time.  You'll see lots of

10    companies, you know, we'll put in the accounting system

11    first and then the sales automation system and they'll

12    be replacing -- they'll have to be taking best of breed

13    out, putting in an Oracle component.  They'll

14    decommission another best of breed piece, another

15    Oracle component.  So there is a step by step process

16    whereby you can decommission SAP or decommission

17    Epiphany.  You can start with just our marketing system

18    and then you put in our -- you know, the web store, and

19    then you put in the sales automation system.  You don't

oracle

20    have to just big-bang it, throw everything out at once

21    and bring in -- nobody's doing that.  We didn't even do

22    that ourselves at Oracle.  We took, you know, 18 months

23    to two years to finish the transition and we moved

24    pretty fast.

25            But as a long-term strategy, the idea that

30

1    all these pieces would fit together, that there would

2    be no systems integration required when a new version

3    of the software came out, you could actually take it.

4    Understand that if you've done systems integration and

5    you get new versions of all these separate components

6    when they come out, you've got to re-do the systems

7    integration.  It's never ending pain.

8            So, there is a clear strategy where you can

9    step by step replace component by component so after

10   some number of years eventually end up with a complete

11   and integrated e-business suite.  And we have a number

12   of companies going through that step by step process

13   now and these are large companies.

14           Now in the mid-market, it's a no-brainer.  In

15   the mid-market, they never could afford systems

16   integration.  They had no choice.  But that I'm just

17   kind of accepting as a given.  I know we're going to

18   win the mid-market because none of these companies can

19   be -- it's not possible.  They can't afford to hire

20   analysts and IBM to do all this stuff.  It's the very

21   wealthy companies who actually can -- who think they

22   can afford it that we're really contending for.  And

oracle

23    when the leaders -- like, when general electric goes

24    with us, that's a good sign.

25              AUDIENCE MEMBER:  Larry, Motorola spent

1     millions already on Ariba and i2.  Can you give us a

2     sense of their thinking behind abandoning that

3     investment and then hewing further money into Oracle?

4              MR. ELLISON:  Yeah.  Again, the major issue

5     is talk to a bunch of i2 customers.  Go and call their

6     customers.  Not the references they give.  Call their

7     customers and ask them how long it took to integrate

8     all of that stuff with their ERP system, with their

9     internet procurement system, what it takes, how much

10    labor is involved in doing all of this.  And Motorola,

11    I mean, [indecipherable] just basically give up.  Just

12    can't do it.  It's unbelievably hard.  It's

13    unbelievably costly.  It's far more costly than what

14    you pay for the software.  It's all about labor.  Labor

15    is expensive, it's time consuming, it's error-prone.

16    These systems are very fragile.  I mean, think of that.

17    Consultants from just out of college working for

18    Anderson Consulting or from IBM coming in and basically

19    hand-building your business system, you know?  Writing

20    codes that connects Siebel to SAP.  And it's that code

21    you're relying on written by this consultant that

22    exists only in your company.  You paid for it.  You own

23    that code.  If something breaks, you're responsible for

24    fixing it.  You paid them -- when IBM and Anderson

25    leave, all the code that they wrote for you for hire,

oracle

1   you own.  They don't own.  We don't care how you fix
2   it.  You own it.  The customer owns it.  Every customer
3   is in the software business.  It's a really crazy idea.
4           AUDIENCE MEMBER:  How do you actually build a
5   single-enterprise application suite so that it can be
6   utilized across a wide range of industries?  Perhaps
7   all of them have quite different requirements.
8           MR. ELLISON:  Right.  Well, in some
9   industries we do better than others.  There's no
10  question that we are extremely strong in discreet
11  manufacturing for electronics, for example.  I mean,
12  we've owned that industry for a very, very long time.
13  We're weaker in other industries.  So we're very strong
14  in financial services.  Our contracts module makes us
15  extremely strong there, so there's certainly industries
16  where our e-business suite is stronger than some other
17  industries, but we're filling it out.
18          So again, very strong in telecommunications.
19  We pretty much own the telecommunications industry.
20  We're getting very strong in utilities.  We're not as
21  strong in the energy sector, for example.  And some
22  process -- we're not as strong in process manufacturing
23  as discreet manufacturing so we can discriminate which
24  industry the software's better at and where it's not.
25  And we will be adding features and functions to go

oracle

1   after industries and, in fact, we applaud our future.

2   what we need to do is add certain features to the suite

3   to make it more appropriate for specific industries.

4   And again, there's no question.  There's some

5   industries that are much stronger in that than other

6   industries.

7          But the notion of the suite, the notion of

8   all the pieces engineered to fit together, is

9   absolutely a winning idea.  And we have to fill out our

10  features set to make sure we can address virtually

11  every industry in the world.  From retail to process

12  manufacturing to industries that we're incredibly

13  strong in now like telecommunications, financial

14  services and discreet manufacturing.

15         AUDIENCE MEMBER:  Using your Microsoft Office

16  analogy as a backdrop, how easy or difficult is it for

17  you to continuously improve various portions of your

18  enterprise software suite and have it all work

19  together?  And how long do you think it would take

20  before you get to their kind of market share?

21         MR. ELLISON:  Well, the good news is we're

22  pushing our customers very hard not to modify our

23  software, and it's really interesting.  Well, Ariba and

24  Commerce One have sold slightly more exchanges --

25  marketplaces -- than we have.  Almost every working

34

1   market place in the world is ours.  Almost every single

2   one is ours.  And an interesting thing about the market

3   place, these market places, is that we did not let our

Page 30

oracle

4   customers modify the software.  We forbade them.  We

5   would not let them modify the software at all.  In

6   fact, we ran the exchanges for them on our computers,

7   if you will.  Our exchanges would act as an ASP for

8   exchanges.  We are pushing our customers very, very

9   hard not to modify the software.  What that means is

10  our customers are pushing us very, very hard to extend

11  the software to meet requirements for their specific

12  industries.  You know, we have a retail exchange, we

13  have the automobile exchange, we have a variety of

14  different exchanges that we're running.

15          And we see us over the next several years

16  putting in features to better and better handle

17  specific industries.  Again, some are very strong.  And

18  again, telecommunications and discreet manufacturing

19  we're incredibly strong in today.

20          But we'll be continuously adding features, I

21  think, for several years to get all these different

22  industries.  But our customers, the new model is the

23  customers want us to change our software as opposed to

24  them changing our software.  And that's the right

25  model.  This is the thing we could have had out with

☐

35

1   General -- I go back to General -- sometimes it's

2   called the General Electric methodology.  We're going

3   to install it fast, we're going to install it with no

4   modifications, we're not going to do any systems

5   integration.  In six months, we're going to start

6   getting benefits out of working systems.  Then it's up

oracle

7    to you, Mr. Customer, whether it's General Electric or
8    anybody else to lobby us to change our software.  If
9    we're missing a feature that's important to you, the
10   old way was, "Hey, just have IBM hack the feature in.
11   Have some 22 year old kids, you know, write the feature
12   for you."  Now, the new model is, "No, we don't want to
13   do that because Oracle, when you come up with release
14   12, we don't have a heavily modified release 11 that
15   prevents us from migrating to release 12."  When you
16   modify this stuff, you can't take the new version.
17   It's your own code.  You changed it.  Does everyone
18   understand that?  If you make heavy modification and do
19   systems integration, someone comes out with the new
20   version, it's not operably compatible, you can't do,
21   you can't migrate to the new version.
22           So don't modify our code.  Force us to modify
23   our code.  Work more closely with us to modify our
24   code.
25           We are developing -- we have to develop a

36

1    closer and closer relationship with our customers where
2    we better understand their requirements and they push
3    us very hard to put the features in that they need and
4    to run their businesses better.  And then when we put
5    the feature into our product as opposed to them hacking
6    it into their implementation at their site, all of our
7    customers benefit.
8           So we are working much more closely with our
9    customers, we're enhancing our product at a much faster

oracle

10    rate.   And customers are getting immediate benefit,

11    albeit maybe it's not the fantasy 100% of everything

12    they wanted, but it's enough to run their business and

13    they get 80% of the benefit in six months with very

14    little risk and no money spent on systems integration,

15    and no money spent on modification.

16              And by the way, that is 80% of the cost, the

17    systems integration and modification.   The other 20% is

18    software and hardware.

19              So we see several years of working with our

20    clients and filling out all of the features that

21    optimally address all of the different industries that

22    we need to address.   But again, we're the only ones

23    that can do this because we're the only ones that have

24    a suite.

25              AUDIENCE MEMBER:   Just to come back on this

37

1    suite, why do you think a company would let you modify

2    the program and then it would also benefit its own

3    competitor?   In that case, how would they differentiate

4    themselves?

5              MR. ELLISON:   Well, that's a very interesting

6    question and, by the way, customers do ask that

7    question.   We hear that all the time.   And if you're a

8    bank and you want us to make a certain change to the

9    software and, my god, the bank says, "Now the other

10    banks who use your software, Oracle will get that

11    benefit."   And the answer is, "You bet.   They

12    absolutely will."   So if you think -- if you're a bank

oracle

13   and you want to differentiate yourself from other banks

14   by virtue of the quality of your computer software, you

15   know, you shouldn't be working with us.  I think if

16   you're a bank and you want to differentiate yourself

17   from other banks, there are better ways to

18   differentiate yourself than the quality of your

19   computer software.

20          They're just like car companies.  It

21   shouldn't be "the company with the best software is not

22   necessarily the company that makes the best car."  The

23   bank with the best software is not necessarily the best

24   bank.  There are all sorts of other things and other

25   ways for banks and car companies and manufacturing

                                                        38

1   companies to differentiate themselves.  Innovative

2   products, creative products and whole bunch of things

3   you can do.  It shouldn't be your computer automation

4   software.

5          And I will say to that bank, "Okay, if you're

6   ING Bank and you have a really clever idea and we put

7   that into our software, and Citibank has a really

8   clever idea and we put it into the software, you're

9   sharing.  And it's making the whole industry more

10   efficient.  It's lifting up the entire industry.  And

11   you're all benefitting from this common foundation."

12   And it's becoming very common to do that.  Oh my god,

13   the big three automobile makers got together and formed

14   an automobile exchange for god sakes.

15          So they're not differentiating on the basis

Page 34

oracle

16    of that procurement technology.  There are lots of

17    other ways to differentiate yourself.  There are other

18    wants than by your computer software.  We don't think

19    it's a good way to differentiate yourself by computer

20    software because usually if you try to use computer

21    software to differentiate yourself, you will

22    differentiate yourself in the wrong way.  Because more

23    people aren't very good at writing computer software.

24         AUDIENCE MEMBER:  Do you see anyone out there

25    with the capacity or the product space existing or

                                                          39

1    emerging in this space to challenge you?  Specifically,

2    one might look at somebody like SAP who also claim to

3    have an integrated application set.  I realize that's

4    on the risk of getting you to say something

5    contentious.

6         MR. ELLISON:  No, no.  Actually, the -- me?

7    Me?  Upset?  Contentious?  No.  You misjudge me.

8         You know, it's very interesting.  I compared

9    us to Microsoft earlier and the Microsoft Office.  Now,

10   let me compare Oracle to SAP -- the strategy.

11        When SAP was a great company, when SAP was

12   succeeding in the applications business, they had a

13   very simply message.  A complete and integrated suite.

14   All the pieces fit together because they were all

15   engineered to fit together.  Remember that?  They

16   invented this notion of ERP and all the pieces fit

17   together and everyone's buying it because it's kind of

18   cool.  No systems integration required.  Very cool.

oracle

19          Now SAP's got a new message.  We're
20   partnering with Commerce One, and we're partnering with
21   this guy and we're partnering with that guy, we're
22   partnering with Clarify and we're doing systems
23   integration.  We're going to make all these -- guess
24   what?  It's not working.  SAP went best of breed on us.
25   SAP, when they were a great company, weren't an

                                                           40


1    integrated suite company, remember?  It wasn't that
2    long ago.  When SAP was succeeding, when everyone was
3    buying SAP it was a complete and integrated suite they
4    were buying.  There was no notion of CRM in those days.
5    There was no initial automating of [indecipherable]
6    office.  There was no market.  ERP, manufacturing,
7    accounting, human resources, order management.  A
8    little bit of splotching.
9          Now SAP is having an alliance with i2 which
10   has now broken off and they've got a new alliance with
11   Commerce One and an alliance with Clarify and they're
12   doing joint engineering and they're doing systems
13   integration and they're no longer selling this complete
14   integrated suite, then they're no longer succeeding.
15          So if you don't buy the Microsoft analogy,
16   take a look at SAP.  When they were winning, they were
17   in the suite business.  Now that they're losing,
18   they're in the best of breed business.
19          No systems integration required, install the
20   whole thing in six months, save 80%.  The risk of the
21   project failing has gone down dramatically.  Do you

oracle

22    know how many of these systems integrations projects
23    just fail?  They just get cancelled?  Half.  50% of
24    them are just cancelled.  They just give up.
25              Now people don't typically advertise that.

41

1     It's a little bit embarrassing.  "Yeah, we bought SAP.
2     We bought these five pieces and we're putting it all
3     together.  We spent $700 million and we decided to
4     write the whole bloody thing off."  But they never
5     write it off.  They stop after a partial
6     implementation.  "We have it running in this one small
7     division.  We're done.  We've consumed our whole $700
8     million budget.  So we're going to depreciate that
9     slowly, but we're not going to throw any more money
10    down this sink hole."
11              But just look around.  Go call customers.
12    Talk to customers.  Take a look at all this stuff.
13    It's all very interesting.  But it's got to be simp --
14    this stuff is too complicated.  Another way just to
15    look at the issue: it's just too complicated.  We're
16    trying to make this very, very simple.  You engineer
17    the pieces to fit together, they come out of the box,
18    and all the pieces fit together.  It's still hard to
19    install.  You still have to convert your data and train
20    people and do stuff.  It's still not 15 minutes.  It's
21    still a real project to install this.  This is taking
22    us 6 months to get just the first factory up and
23    running at General Electric.  It still not like you
24    just walk in -- it's not like installing a new word

oracle

25   processor.  It's still pretty complicated stuff.

42

1           But compared to the whole notion of
2    assembling five or six best of breed components and
3    hiring Anderson Consulting and IBM and glueing all this
4    stuff together, then converting all your data, then
5    changing all your business processes, doing all of that
6    -- I mean, this is tough.
7           AUDIENCE MEMBER:  I'm certainly not
8    suggesting that your strategy isn't the right one.  But
9    aren't you challenging the same sort of inertia as
10   those who are peddling the idea of a flat tax for
11   example?
12          MR. ELLISON:  Well, I don't know.  I think
13   the same kind of inertia [indecipherable] client
14   server.  You know, we said client server -- that PC's
15   were stupid, desktop software was stupid, the PC was an
16   unnecessary complex device, Microsoft was building all
17   the wrong software, they were trying to make the PC
18   more powerful and all they were doing was making it
19   more complex?  They were going to try to make the PC
20   operating system more powerful so it could support more
21   applications.  We said applications should get off the
22   PC and get onto big internet servers where they can be
23   professionally managed where you get economy to scale?
24          No, I think there's only one way to succeed
25   in this business and that's to do something different.

oracle

1   If we just keep on -- you know, I suppose we could --
2   you can't have a big win, and Oracle needs another big
3   win, right?  Oracle needs another big win.  You've got
4   a big win in databases, going pretty well.  We need a
5   big win.  We can't just do what everyone else is doing.
6           Now we've done something completely different
7   and it's -- everyone -- by the way, everyone I talk to,
8   every CEO, every executive, "God, I love the idea.  The
9   idea is great."  The real question that they have is,
10  "But can you do it?"  I mean, that's really the issue.
11  And that's what's so interesting about this very moment
12  in time -- it's difficult for me -- this very moment in
13  time because [indecipherable], "Yeah, yeah.  Sounds
14  great.  Sounds great.  You mean just all the pieces
15  really can run my business really works?  It's
16  incredible.  I don't need the guys from Anderson
17  Consulting and IBM in here billing me by the hour and,
18  you know, the stuff just works and I'm going to take a
19  new version that just works and runs my business and
20  everything's there?  You're telling me the truth?  Are
21  you lying?  I want this, I want this.  But have you
22  really got it?"  And that's where we are right now.
23  We're in the process of proving we've really got it.
24  And that's what makes this a very interesting time for
25  me personally and for Oracle and our sales force and

1   everybody else because we're in this transitional phase

oracle

2   where it came out six months ago, we have 64 customers

3   live.  But seeing isn't exactly believing, right?  64

4   is not enough.  I don't know when people really start

5   to believe it's real because conceptually is it so

6   compelling.  It is such an easy sale.  And it's so

7   different than the way the other guys sell.

8          You know, i2 comes in and gives you a million

9   incredible details about i2, and these guys give you

10  incredible details about BroadVision and they give you

11  all -- it's all crazy.  You can never make this stuff

12  work.  That may all be true, very nice components, but

13  the car will never leave the garage.

14         So now we're in this interesting transitional

15  state where we need some number -- I know there's a

16  hundred customers live or someone at GE saying, "Oracle

17  helped us save $20 billion," or at some point, people

18  say, "My god, this really works.  This works for a

19  company like mine.  And we have enough references, this

20  works in a company like mine," and it just takes off

21  and I don't see why everyone won't buy it.  I really

22  don't because it's 80% cheaper -- I mean, it's much,

23  much cheaper and there's comparatively little risk.  I

24  mean, you're live in 6 months, not two years.  You

25  know, not this vast sum of money, these projects that

45

1   never ever complete.  So -- and we're very close.  At

2   some time over the next few months, it'll click.  I'm

3   serious.  We'll win every deal.  Every deal.

4          AUDIENCE MEMBER:  Did those 64 customers pay

Page 40

oracle

5    for the system or did they agree to go along as a

6    guinea pig?

7           MR. ELLISON:  Oh no.  Even our guinea pigs we

8    charge.  You want to be one of those cute little guinea

9    pigs, you've got to write us a check.  No, we don't --

10   I know of know case where we've given away the

11   software.

12          AUDIENCE MEMBER:  When you started Oracle --

13          MR. ELLISON:  I'm sure some of you would love

14   for us to give away the software.  They're a tough

15   customer in terms of how hard they negotiate.  But no,

16   we've resisted and insist on charging money for our

17   software.  It's our business.

18          AUDIENCE MEMBER:  When you started Oracle, if

19   you wanted to add a feature, you could probably do it

20   in day or a week when it was a small company.  And now

21   you're going to have all these systems that are all

22   integrated.  And now when you make changes, can you

23   give us a sense of how you organize your internal

24   engineering?  How many engineers are working on this

25   one product and how you manage the complexity so that

⬜

46

1    when you make a change the whole thing doesn't stop?

2           MR. ELLISON:  Yeah, in fact we've had to

3    build our own source control system.  We have 7,000

4    engineers working together.  We are the largest

5    employer of Cal-Tech engineers in the world.  We're the

6    largest employer of Stanford engineers in the world.

7    We're the largest employer of Carnegie Mellon engineers

oracle

8    in the world.  The largest employer of Harvard

9    mathematicians in the world.  We have lots and lots of

10   really smart people and this has been true of Oracle

11   for a decade.

12          Now that's all kind of cool but they are,

13   themselves, components in a larger system and they are

14   fabulous components.  And the real challenge is making

15   these fabulous components work well together.  And that

16   is actually where I spend the bulk of my time.  I've

17   run engineering at Oracle since the day we started the

18   company.  And I still spend the bulk of my time running

19   engineering.  And the most interesting thing about my

20   job right now is managing engineering at this scale,

21   getting the different teams all to work together,

22   getting them all to communicate.  It is an incredible

23   challenge.  It's been the hardest thing I've ever done

24   in my life including the race through the hurricane.

25   And actually that was the most painful thing I've ever

47

1    done in my life.  All those smart engineers can be

2    difficult at times.

3          The good news is this is such an enormous

4    task.  It takes so many talented people working in a

5    coordinated fashion to tackle a job of this size that

6    the barrier to entry -- the barrier for a competitor --

7    the question which I didn't completely ask or answer

8    before, "Who do I see as a competitor?"  I don't know.

9    Because the scale of this thing -- I'm serious.  I

10   don't know.  Who else has 7,000 engineers?  It's not

oracle

11    IBM.   IBM doesn't make any enterprise software, right?

12    They don't even make one thing.   IBM is a distributor

13    of Ariba and a distributor of Siebel and a distributor

14    if i2 and all this stuff.   But there's no other

15    engineering company with the possible exception of

16    Microsoft that has this kind of scale.   And Microsoft

17    doesn't make enterprise software either.   They don't

18    make any of this stuff.

19            AUDIENCE MEMBER:   [indecipherable]

20            MR. ELLISON:   Well, in a sense there are

21    diseconomies of scale in terms our engineering making

22    all these cats, you know, march together in unison like

23    a band or an army is very, very difficult and there are

24    certain diseconomies of scale.   What we end up with is

25    a piece of software that no one else in the world can

                                                          48

1    build where the barriers are huge.   Where people -- you

2    can get a small team to build an auctioning system over

3    at Commerce One.   You get a small team to build

4    internet procurement over at Ariba.   But you can't get

5    a large team to build all of those things such that all

6    of the pieces fit together.   And it is a bigger job --

7    you know, building each one of those separately is a

8    smaller job than building each one of those together

9    that work together.   That's a much bigger job.   But we

10   are bigger.   We have bigger engineering teams than

11   Ariba + Commerce One + i2 + la dee da dee da dee,

12   Siebel and all the rest, [indecipherable], Epiphany.

13   Our engineering teams are larger.   And we've done it.

oracle

14  The pieces actually work together.  And the barrier to

15  entry, I think, is insuperable.  I don't think anyone

16  else can do it.  And I also think it's viral.  I think

17  once one company starts running their business this

18  way, other companies have to start running their

19  business that way.

20        So I'm pretty optimistic and pretty excited

21  about this whole thing.

22        And it's going to be obvious.  One of those

23  points, it's going to be like the internet.  It's

24  exactly the same thing.  When we said, "Hey, no more

25  desktop software, we're just going to do the internet,"

49

1  we cancelled all existing projects for desktop software

2  on Windows and went to the internet.  We were heavily

3  criticized for that.  We were the only ones that did

4  it.  Now everyone's doing it but they're late.  This is

5  even worse because this isn't a matter of changing your

6  existing technology of the internet.  This is building

7  a whole bunch of pieces that fit together.  Small

8  companies can't do this.  There's just no way to do it.

9  The barriers are insuperable.  Like Microsoft, we're

10  the only ones that will have the complete suite.  We'll

11  just have an enterprise software versus personal

12  productivity software.  And enterprise software is a

13  $70 billion market.

14        AUDIENCE MEMBER:  So in a six month cycle

15  from sales to going live, how much of that time is

16  spent actually installing the software?  How much is

oracle

17    spent debugging it?  How do you break it down?

18         MR. ELLISON:  Well, the interesting thing --

19    that's a very interesting question.  We can install our

20    software -- actually, we have this thing called -- and

21    it's going to sound very shocking -- this thing called

22    the "one hour install."  It takes about three or four

23    hours.  You know, it used to take about one hour and we

24    never renamed it.  And with release 11.0 we had to

25    think -- "one hour install," and it sounded so good.

                                                         50

1     When the one hour install started taking longer and

2     longer, we decided not to change the name of it.

3            Anyway, in selling our software, the whole

4     11i suite, the whole business suite is about a four

5     hour project.  So installing it is not very long.  What

6     you're really doing, unlike the past, rather than

7     hacking the code to make the code automate your

8     existing business processes which is the old style of

9     installing these things, what you're doing is

10    simplifying and standardizing your business processes

11    around the internet because the old way you did

12    business didn't take into account this kind of

13    automation system, this kind of integration between

14    marketing and sales.  By the way, if you have marketing

15    and sales tightly coupled, if a marketing program sends

16    people to the web store and the web stores queues

17    people for callback from the sales call center, if

18    that's how the computer system works, clearly your

19    business processes have to change.  So what we do

oracle

20    during an installation of the 11i e-business suite has

21    very little to do with automation -- with computer

22    technology.  It has everything to do with business

23    process mapping, looking at the current way you sell

24    and market and manage your sales force and changing

25    those business processes and simplifying those business

51

1    processes and mapping those business processes to the

2    internet.

3          We put every Oracle business process on the

4    net.  You've heard this before.  Oracle saved $1

5    billion dollars last year, and we'll save a second

6    billion this year by -- it was not simply a matter of

7    us putting in all this cool software.  It was a matter

8    of us dramatically changing our business processes, the

9    way we compensate business sales people, the way we

10   train sales people, the way we sell to our customers,

11   the way we support our customers.  All of that has

12   changed because of the internet.

13         So if you're really going to take full

14   advantage of one of these systems, it's not simply,

15   "Get rid of systems integration," which you should do,

16   "get rid of software modification," which you should

17   do.  It doesn't mean there's nothing left to do.  What

18   you need to do when you install the system is take a

19   look at symptomatically simplifying your business

20   processes and mapping them to the internet because it

21   will change the way you market.  It will change the way

22   you sell.  It will change the way you compensate your

**Page 46**

oracle

23  sales force.  It will change the way you account for

24  things.  It will change the way you manage your people.

25  The way people book travel, the way people get

52

1  reimbursed for expenses.  All of that changes.  All of

2  that get much simpler.  And that's what you've got to

3  do, really, when you install the software.  That's the

4  big opportunity.

5          So what Oracle Consulting is in the process

6  of becoming is less a group of people to go our and

7  hack the code and make modifications and a group of

8  people that go out and look at business processes and

9  map and simplify the business processes to the

10  internet.

11         One of the things, the process we went

12  through at GE Power, is when we said "We're not going

13  to modify the software, we're just going to keep on

14  simplifying and simplifying the processes and mapping

15  it to the software."  So we have teams of people on the

16  GE side who really understand the business that want to

17  simplify these processes, that want to explain the

18  possibilities of the internet, and that's what's going

19  on.  That's the process of installation.  That's the

20  way the six months goes.  That and just moving the data

21  out of the old system and into the new internet

22  systems.

23         But it's fascinating because there's no codes

24  being written.  There's no programs being written.

25              AUDIENCE MEMBER:  Since you mentioned

oracle

53

1    BroadVision, I'm interested in your view about a move
2    from vendors like BroadVision to make the product more
3    Java compliant.  BroadVision announced that even though
4    they won't re-write the software, they will supposed
5    Java-based application service from BA.  In a world
6    where the software's written in different way, the
7    other vendors like ARC technology which do it from the
8    ground up.  Siebel and Epiphany may do it in the
9    future.  It will become easier, the integration between
10   different software.  Does this threaten your view of
11   the world?
12          MR. ELLISON:  Well, if it were true it would.
13   But it's not true.  I've been in this business for a
14   very, very long period of time and in fact, most of our
15   new software is written in Java.  We use all the latest
16   technology.  We are one of the definers of XML, SDL,
17   all of this stuff.  We are a technology -- we're the
18   only application software company that's also a
19   technology company.  We're the only one.  We make
20   databases and application servers and networking
21   systems, you know.  We're deep into technology.  It's a
22   bigger business than our application design and we
23   think we know how this integration technology works.
24   We know what's possible with XML and what kind of
25   integration is possible.  And no way in hell.  Does it

54

oracle

1  make it easier to integrate?  Yes.  It went from
2  totally impossible to pretty much impossible.  And
3  because the issue is you'll still have a separate
4  database in the Epiphany system.  I don't care if it's
5  written in Java or, you know, Esperanto.  It's a
6  separate database for Epiphany, a separate database for
7  Siebel, a separate database for BroadVision because the
8  systems were designed to work independently.  The have
9  to have their own customer database.  They have to.
10  They are designed to work by themselves.  Putting them
11  together is an afterthought.

12          And even using XML to move things back and
13  forth, it helps a little bit.  Tools help a little bit.
14  There's a lot of integration tools.  We make
15  integration tools.  We're in this business.  We were in
16  the best of breed business.  We make integration tools,
17  we sold best of breed applications, we did systems
18  integration, we did all this stuff.  That's exactly why
19  we got a new strategy.

20          I wish -- you know, five years ago I said,
21  "Oh and by the way, not only are we dropping the
22  internet, in terms of applications we're building a
23  complete e-business suite and getting the hell out of
24  systems integration because it doesn't work," you know,
25  that took a while.  We had to fail first at best of

55

1  breed to understand just how complicated it was.
2          UNKNOWN SPEAKER:  Larry, I think we're out of
3  time.

Page 49

oracle

4          MR. ELLISON:  Thank you all very much.

5          UNKNOWN SPEAKER:  Thank you.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

☐

                                                                  56

1    STATE OF COLORADO    )

2                         )  ss.      CERTIFICATE

3    COUNTY OF DENVER     )

4

5          I, Christopher Boone, Digital Reporter and

6    Notary Public within and for the State of Colorado,

oracle

7   certify that the foregoing is a correct transcription

8   from the digital recording of the proceedings in the

9   above-entitled matter.

10

11         I further certify that I am neither counsel

12   for, related to, nor employed by any of the parties

13   to the action in which this hearing was taken, and

14   further that I am not financially or otherwise

15   interested in the outcome of the action.

16

17         In witness whereof, I have affixed my

18   signature and seal this 17th day of July, 2007.

19

20

21   My commission expires August 16, 2010.

22

23

24   _____

25     Christopher Boone, Digital Reporter

```
 1    STATE OF COLORADO      )

 2                           )  ss.        CERTIFICATE

 3    COUNTY OF DENVER       )

 4

 5           I, Christopher Boone, Digital Reporter and

 6    Notary Public within and for the State of Colorado,

 7    certify that the foregoing is a correct transcription

 8    from the digital recording of the proceedings in the

 9    above-entitled matter.

10

11           I further certify that I am neither counsel

12    for, related to, nor employed by any of the parties

13    to the action in which this hearing was taken, and

14    further that I am not financially or otherwise

15    interested in the outcome of the action.

16

17           In witness whereof, I have affixed my

18    signature and seal this 17th day of July, 2007.

19

20

21    My commission expires August 16, 2010.

22

23

24    _____

25       Christopher Boone, Digital Reporter
```