# Declaration of Brooks L. Hilliard  CMC CCP

**in the Matter of**

## Oracle Corporation ("Oracle") Securities Litigation

**United States District Court**
**Northern District of California**
**San Francisco Division**

## Case No. C-01-0988-MJJ

**May 25, 2007**

# INTRODUCTION

I was engaged in this matter in May 2006 and was asked to:

(a)     Review the functionality, internal integration and quality (as those characteristics are customarily understood by users and developers of complex business software) of the Oracle 11*i* E-Business Suite during the Class Period from December 14, 2000 to March 1, 2001;

(b)     Develop opinions on whether, during that period, Oracle 11*i* delivered the functionality, internal integration and quality Oracle had publicly represented it would have; and

(c)     Prepare a report stating the opinions I had developed and explain the facts supporting the opinions along with my reasoning in reaching them.

This declaration, which consists of the nine sections listed below, is my report.

- My expert qualifications
- A brief statement of my opinions
- The steps I took to reach my opinions
- Background: The Oracle representations
- A detailed explanation of how each opinion was reached and supported
- My publications
- My prior expert witness testimony
- My compensation
- Concluding comments

# Table of Contents

**Page**

INTRODUCTION .......................................................................................................................2

1.   EXPERT QUALIFICATIONS .........................................................................................1

2.   STATEMENT OF OPINIONS ........................................................................................4

3.   PROCEDURES USED .................................................................................................6

   3.1   THE ORACLE 11*i* SOFTWARE ..................................................................................6
   3.2   MY PROCESS ...........................................................................................................9

4.   BACKGROUND: THE ORACLE REPRESENTATIONS .............................................10

   4.1   REPRESENTATIONS PRIOR TO THE CLASS PERIOD ...............................................10
   4.2   REPRESENTATIONS DURING THE CLASS PERIOD ..................................................12
   4.2.1   REPRESENTATION #1: INTEGRATION OF THE SUITE COMPONENTS ...................13
   4.2.2   REPRESENTATION #2: SUPPORT FOR GLOBAL OPERATIONS ............................15

4.2.3   REPRESENTATION #3:  GLOBALLY ACCESSIBLE REAL-TIME DATA .....................16

   4.2.4   REPRESENTATION #4: EXTREMELY RAPID IMPLEMENTATION ...........................16
   4.2.5   REPRESENTATION #5: COMPREHENSIVE FUNCTIONALITY ...............................17
   4.2.6   REPRESENTATION #6:  IMMEDIATE AVAILABILITY ............................................19
   4.2.7   ADDITIONAL REPRESENTATIONS: ...................................................................20

5.   BASIS FOR OPINIONS ..............................................................................................22

   5.1   OPINION #1: ...........................................................................................................22
   5.1.1   REGARDING FUNCTIONAL DEFECTS ...............................................................28
   5.1.1.1   ORDER MANAGEMENT (A CRITICAL DEFICIENCY) ..........................................31
   5.1.2   REGARDING GLOBAL OPERATIONS .................................................................37
   5.1.3   REGARDING RAPID IMPLEMENTATION .............................................................42
   5.1.4   REGARDING IMMEDIATE AVAILABILITY .............................................................50
   5.1.5   REGARDING THE NEED FOR SYSTEMS INTEGRATION .......................................59
   5.1.6   SUMMING UP .................................................................................................61
   5.2   OPINION #2: ...........................................................................................................63
   5.2.1   ORACLE'S INTERNAL ASSESSMENT OF 11*i* INTEGRATION .............................70
   5.2.2   CUSTOMER EXPERIENCE WITH ORACLE 11*i*'S LACK OF INTEGRATION ............74
   5.2.3   SUMMING UP .................................................................................................74
   5.3   OPINION #3: ...........................................................................................................77
   5.3.1   ORACLE 11*i*'S INSTABILITY ..........................................................................80
   5.3.1.1   INSTABILITY IN ORACLE'S OWN IMPLEMENTATION .......................................93
   5.3.2   UNACCEPTABLE SUPPORT FOR ORACLE 11*i* ..............................................95
   5.3.3   PERFORMANCE DEFICIENCIES WITH ORACLE 11*i* .......................................101

5.3.4    SUMMING UP ...................................................................................................................107

6.    PUBLICATIONS ...................................................................................................................110

7.    PRIOR EXPERT WITNESS TESTIMONY ....................................................................110

8.    EXPERT COMPENSATION .................................................................................................111

9.    CONCLUDING COMMENTS ..............................................................................................112

Declaration of Brooks Hilliard, dated 5/25/2007, page 1

# 1.    <u>Expert Qualifications</u>

I am one of fewer than 15 professionals in the world to be both a Certified Management Consultant (see Exhibit #1) and a Certified Computing Professional (see Exhibit #2), the only internationally recognized independently awarded certifications in each field.  To achieve this distinction, I have undergone peer reviews, client audits, competency tests and oral interviews.  I comply with continuing education requirements for both certifications and have pledged to uphold the respective Codes of Ethics for both certifying authorities.  The CMC certification also includes a requirement of at least five years of experience in the full-time practice of management consulting (I have more than 25 years) with major responsibility for client projects during at least one of those years and multiple references, most of which must be provided by officers or executives.

My formal educational background includes a Baccalaureate degree in Mechanical Engineering with Deans' List academic honors from the Massachusetts Institute of Technology and an M.B.A. from Harvard Business School.  I have also lectured as a Faculty Associate on computer systems and programming for the Arizona State University School of Business, and have taught seminars for the American Management Association.

I am the owner and founder of Business Automation Associates, Inc., an Information Technology and management consulting firm, based in Phoenix, Arizona.  In this capacity, and over the past 26 years, I have assisted more than 200 companies, governmental agencies and not-for-profit organizations in the evaluation, selection and implementation of business computer software to perform enterprise-wide computing functions such as Enterprise Resource Planning (ERP), Supply Chain Management (SCM) and Customer Relationship Management (CRM) of comparable functionality and complexity to those in the Oracle E-Business Suite 11$i$.  These engagements have involved definition of business computing needs, system evaluation, contract and price negotiation with systems and software vendors, implementation project supervision, and Information Technology systems/strategy advisory services.  The implementation portions of these assignments typically include regular progress reviews, consultation on current and upcoming milestones and issues, and–when needed–development and supervision of remedial action plans to resolve implementation deficiencies.  These projects have

Declaration of Brooks Hilliard, dated 5/25/2007, page 2

been done for clients in a wide range of industries, including manufacturing, distribution, construction, professional services, consumer services, not-for-profit, and government, among others.  In addition to the Information Technology consulting and expert witness engagements, I also do professional speaking on computer and Internet topics, in which capacity I have been hired by dozens of businesses and industry groups throughout the United States.

Over the course of the past 20 years, I have been engaged as an expert witness/consultant in more than 100 legal disputes.  Of these, the most common types of matters I have been involved in have related to the implementation and/or performance of various enterprise software products (sometimes also including the hardware and/or systems software platforms they run on), both as a plaintiff's and a defense witness. I have also been engaged as a consulting or testifying expert in matters with issues relating to intellectual property (patents, copyrights and trade secrets), electronic discovery, data authentication, system and software valuation, criminal prosecution, and regulatory matters.  Although most of these disputes have been settled out of court, I have given testimony more than three dozen times in depositions, hearings, arbitrations and trials.

Prior to founding Business Automation Associates in 1980, I held both line and staff positions for several major computer companies where I had responsibilities in the areas of product management, product designing, software development, marketing planning, direct sales and system support for a wide variety of computer hardware and computer software products used in both business and government applications.  A copy of my professional biography is attached (see Exhibit #3).

In addition to my full-time consulting activities, I have served as a member of the Arizona State Bar Technology Task Force developing technology policies for the Bar Association, written a book on computer selection ("Buying a Computer for Your Growing Business, An Insiders' Guide", published by Dow Jones), published my own hard copy and electronic computer newsletters on computer system and software selection, provided commentary on computer and Internet issues for the nationally-syndicated MARKETPLACE news program on Public Radio International, hosted a local call-in radio program on computers and computer use, and been active in several civic organizations.

Declaration of Brooks Hilliard, dated 5/25/2007, page 3

My professional affiliations include serving as a current or past Board of Directors member for the Institute of Management Consultants USA (including terms on both the national and local chapter's board of directors), the Arizona Harvard Business School Alumni Association, the Arizona Chapter of the National Conference of Christians and Jews, Devereux Foundation (Arizona), Junior Achievement of Central Arizona and the Phoenix 100 Rotary.  I also maintain membership (as a corporate or individual member) in the Arizona Technology Council (formerly Arizona Software Association), Independent Computer Consultants Association, Forensic Expert Witness Association and the IEEE.

## 2.    Statement of Opinions

As a result of the steps described in the procedures section below, I have reached the following opinions:

*Opinion #1:  Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period (i.e., from December 14, 2000 to March 1, 2001), Oracle and the individual defendants[1] made public representations about the functionality of the Oracle 11i E-Business Suite (and the component software modules comprising it) that they knew or should have known were false at the time they made them.*

*Opinion #2:  Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period, Oracle and the individual defendants made public representations about the pre-integration[2] of the components of the Oracle 11i E-Business Suite that they knew or should have known were false at the time they made them.  Specifically, Oracle and the individual defendants consistently represented and promoted the product on the basis that all of its component parts were fully integrated and interoperable "out-of-the-box".  This representation was false, and Oracle knew or should have known of this falsity.*

---

[1]    I understand that the named individual defendants in this matter are L. Ellison, J. Henley and E. Sanderson.

[2]    Throughout this declaration, I use the terms pre-integrated and integrated synonymously.

Declaration of Brooks Hilliard, dated 5/25/2007, page 5

*Opinion #3:  Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period, Oracle and the individual defendants made public representations about the quality of the Oracle 11i E-Business Suite. Specifically, Oracle and the individual defendants consistently represented and promoted the availability of the product for normal commercial use. However, Oracle knew or should have known that the Oracle 11i Suite of software shipped to customers (and all or most of its components) was so unstable and unsupportable, and its performance was so inferior that the product could not be considered of commercial quality and ready for commercial use in a "live" environment.*

Declaration of Brooks Hilliard, dated 5/25/2007, page 6

## 3.   <u>Procedures Used</u>

In order to reach the opinions above, I reviewed the relevant pleadings in this case as well as numerous documents, deposition transcripts and industry analyses and reviews.  I also had electronic access to all of the Bates stamped documents produced in this matter via an electronic document management system maintained by Lerach Coughlin Stoia Geller Rudman & Robbins LLP that I understand to be dedicated to this litigation.  The majority of the documents and testimony that I relied on are referenced in footnotes herein.

### 3.1   The Oracle 11*i* software

In addition to reviewing the documents in this matter, I had access to a copy of the Oracle 11*i* E-Business Suite software[3] that was represented as capable of being installed and tested.  The software produced by Oracle was provided on more than 300 CDs, most of which are marked as installable on a Sun SPARC computer.[4] However, no minimum computer configuration and no installation instructions or manuals were provided.  After serious consideration, I elected not to attempt to install and test the software because I determined that such a test would not be practical and would have no significant value in reaching my opinions.  Business

---

[3]     See NDCA-ORCL 050681-051015.  Note: These Bates-numbered items are CDs (not documents) containing Oracle 11*i* and associated software, versions 1 through 5, with dates ranging from May 2000 to May 2001.

[4]     SPARC computers are what the computer industry refers to as "mid-range" systems, meaning they are bigger, more powerful and considerably more expensive than PCs, and smaller, less powerful and less expensive than "mainframe" computers.  SPARC systems, of the size that would typically be used to run ERP or CRM software, are manufactured and sold only by Sun Microsystems, use a Sun-proprietary version of the Unix operating system (not Microsoft Windows) and typically sell for tens of thousands to hundreds of thousands of dollars.

Declaration of Brooks Hilliard, dated 5/25/2007, page 7

software, of the complexity of Oracle 11*i*, is designed to have hundreds of built-in options which can be combined in thousands of permutations and combinations. It could have taken months of non-stop 24-hour testing of Oracle 11*i* in a single test setup to simulate even a fraction of the permutations and combinations of options that were exercised in the course of the dozens of attempted live implementations about which I reviewed data.

Thus I concluded that such a test could not provide more valid information regarding the characteristics of the Oracle 11*i* product or how it operated as compared to its documentation than what was already available in the contemporaneous documentation of actual Oracle 11*i* use and experience of Oracle's sales, consulting and development organizations before, during and after the Class Period. Specifically,

- The available records document what actually occurred during real, "live" implementations and attempted implementations of the Oracle 11*i* software, as experienced by Oracle customers, by its consulting organization, and by Oracle itself, in its own January 2001 implementation of Oracle 11*i*.

- Even if it were possible to set up a valid test environment equivalent to what Oracle 11*i* customers were using in attempting to implement and run the software in 2000 and 2001, no actual customer data was available for testing.

- The time and cost needed to (a) rent a Sun SPARC computer and any required peripheral devices, (b) hire qualified Oracle consultants to install and implement the Oracle 11*i* software,[5] (c) set up a multi-user test

---

[5]     "Installation" refers to the process of loading the Oracle 11*i* software and all prerequisite software (database software, application server software, etc.) onto the computer where it will run, which typically takes on the order of a few days to a week. "Implementation" refers to the process of configuring the Oracle 11*i* software for each of the applications to be tested, loading the data to be used and ensuring

Declaration of Brooks Hilliard, dated 5/25/2007, page 8

network of equivalent size and capacity to those at actual Oracle 11*i* user sites, (d) develop valid test scripts to test all of the Oracle 11*i* software modules and their integration with one another, (e) train hundreds of testers[6] to use those test scripts, and (f) to compile and analyze the results, was not justified by the unreliable quality of the resulting information that could be learned without actual Oracle 11*i* customer data and customer knowledge.[7]

---

that the configuration and data work together properly, which typically takes several months (Wohl deposition transcript, page 249, where he explains this process as the necessary preparatory effort prior to "going live"). If only one set of customer data was being tested, the implementation time frame could likely be reduced to a few weeks if the implementation were being done only for testing purposes, but it would have to be re-done for each set of customer data if multiple sets were being tested (as would be necessary to get anything remotely comparable to the customer experiences that have been evaluated in this report).

[6]     Software developers do not customarily use hundreds of testers to test their products. For products of the complexity of Oracle 11*i*, they would typically use dozens of testers, plus an automated testing tool (one called Mercury LoadRunner is most popular) to simulate the effect of running the software with hundreds of users. However, in order to have a test environment that is as valid as the real Oracle 11*i* customers whose experiences were analyzed for this report, using hundreds of live testers would have been more accurate than using automated load simulation software.

[7]     Note: In the Special Litigation Committee Report dated 22 November 2002, the authors point out that ". . . simulating the real world in a testing environment is difficult because of the range of customer application environments" (see NDCA-ORCL 295328). Although this is no excuse for a company to skip testing before delivering a complex software product to the market, its logic was applicable to my analysis efforts now that the real life results are in and available for analysis.

## 3.2    My process

It is my normal practice, when rendering opinions in legal matters, to use a rigorous and standardized methodology, and that is what I have done here.  My methodology follows all industry-accepted guidelines.  I use the same basic methodology with legal clients for assignments related to computer system quality and acceptability that I use with consulting clients for computer system selection.[8]  And, in reaching my opinions, I rely only on factors that are generally relied upon and considered reliable by experts in my field.

In addition, since my opinions in this matter address areas that require specialized computer and software industry knowledge, I have taken care to explain critical computer industry terms of art in a manner that does not favor either plaintiff or defendant.  As is my normal practice, I have taken care to apply my expertise related to the computer industry customs and practices and accepted standards of care relevant to this matter in an objective manner.  My ability to do this is evidenced by the fact that I have maintained consistency in my reasoning in all engagements, regardless of whether I was engaged by counsel for customers or counsel for vendors of computer and software systems.

---

[8]    Note: Because expert assignments occur after the fact, some adjustments are made to accommodate the difference in the information and other resources that are available.

## 4.   Background: The Oracle Representations

Each of the opinions, explained below, relates to specific representations that Oracle made in the period leading up to the Class Period and during the Class Period itself. Therefore, the following paragraphs are included to provide the exact wording of each of the representations referenced in the support for Opinions #1 through #3 and describing when and where they were made.

### 4.1   Representations prior to the Class Period

On 24 May 2000 Oracle issued a Press Release announcing the availability of the product it formally dubbed the "Oracle E-Business Suite 11*i*"[9] (often referred to as "Oracle 11*i*" or "Release 11*i*"). In that announcement, it referred to several specific functional software capabilities of Oracle 11*i*, all of which are commonly categorized in the software industry as belonging to one of two broad business processing areas: Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM). The representations made in this initial product announcement prominently included the following:[10]

---

[9]     See NDCA-ORCL 014906-08. Note: It is the custom and practice of the business software industry to use the term "suite" to refer to a software product that is made up of multiple component parts (usually called "modules" or "applications") that are typically sold as a package. It is customary that some or all of these modules are optional, giving the customer the opportunity to license only those suite modules that it needs (and thus avoid having to pay for modules it does not need). The term "E-Business" is customarily understood to refer to computer software (in this case a suite of software) that has some involvement with Internet-based business transactions.

[10]    See NDCA-ORCL 014906, "Oracle Ships 11*i*, Industry's First Integrated E-Business Suite".

Oracle E-Business Suite 11*i* provides out-of-the-box[11] integration of e-Business applications throughout the extended enterprise from customers and partners to suppliers.  This allows companies to completely automate their e-Businesses from web selling and marketing, all the way through to Internet supply chain and procurement.

The Oracle [11*i*] E-Business Suite . . . supports global operations, multiple languages, multiple currencies. . .

Truly global operations can be achieved through real-time business intelligence via a single, centralized information set.

[C]ompanies can adopt Oracle E-Business Suite 11*i* in a matter of days rather than months. . .

[Oracle 11*i* provides] the ability to manage key customer processes, such as 'campaign to order, order to cash,'[12] - the ability to design and execute a

---

[11]    The term "out-of-the-box" is customarily used in the business software industry to indicate that an application can be installed and operational for production work, quickly and without custom software modifications.  See CMP TechWeb's Tech Encyclopedia, <http://www.techweb.com/encyclopedia/defineterm.jhtml?term=outofthebox> ("[S]oftware just removed from its original package and installed."); Wikipedia ("Items, functionalities, or features provided out of the box are those that do not require any additional installations, plug-ins, expansion packs, or products. In addition to being used for tangible products, the phrase is often used in a less literal sense for software, which may not be distributed in any box but offer certain functions "out of the box.").

[12]    Note: These phrases "campaign to order" and "order to cash" refer to what Oracle calls "business flows", which are pre-built interfaces between two or more Oracle 11*i* modules that are constructed (and presumably tested) such that the module-to-module integration works.  The campaign-to-order-to-cash description (which is so general in nature that it could be used to describe nearly any type of

Declaration of Brooks Hilliard, dated 5/25/2007, page 12

marketing campaign, ship the order and collect payment, all from the same system.

The Oracle E-Business Suite 11*i*, is available immediately either as a complete suite or on a standalone basis in key business areas.

These statements (all of which turned out to be false and misleading) were reiterated by Oracle and the individual defendants in this litigation in various forms numerous times over the course of the next 12 months (and beyond), including several statements, specifically noted below, during the Class Period.

The representations that Oracle 11*i* included full functionality and supported global operations were repeated and amplified in Oracle's 2000 Annual Report, where Oracle CEO L. Ellison wrote:

Today the suite includes every application you need to run your business . . . It works in every country and in every language.[13]

## 4.2   Representations during the Class Period

The following paragraphs review each of the major representations made at the time of the Oracle 11*i* product launch and document how it was repeated during the Class Period by senior Oracle spokesmen including–in many cases–one or more of the individual defendants.  In the following sections, which describe the basis for each of the opinions, it will be shown that each of these representations was false and/or misleading at the time it was made, and that Oracle either knew or should have known that it was false and misleading.

business) strongly suggests that any and all business processes that might loosely fit this "flow"–i.e., everything from sales planning, through the delivery of products and/or services, to receipt of payment - work together in a coordinated and integrated manner.

[13]     See NDCA-ORCL 141273-74.

## 4.2.1 Representation #1: Integration of the Suite components

The first representation made in the Oracle 11*i* E-Business Suite Launch announcement, and the one that was–to many–the most revolutionary and the most exciting was the one dealing with the "integration of E-Business applications".  This representation was repeated many times during the Class Period, including the following assertion reported by Salomon Smith Barney, after a meeting with Oracle Executive Vice President for Consulting E. Sanderson on 9 January 2001:

> The suite is pre-integrated and fully interoperable out of the box, helping to lower consulting costs and time-to-value.[14]

In addition, Oracle CEO L. Ellison was quoted on this topic by the PR Newswire on 14 December 2000, saying:

> All the applications in our suite are designed and engineered to work together, so customers buying the entire suite don't need to do any systems integration.[15]

Oracle Executive Vice President for Consulting E. Sanderson clarified and expanded on this representation in a mid-February 2001 investor conference at Goldman Sachs, where he represented that Oracle 11*i* was fully integrated, including both CRM and ERP,[16] by describing a typical example of integration that would necessarily include modules from both parts of the Oracle 11*i* product:

> . . . we've opted to take the Integrated Solution strategy . . . Common architecture, common technology, and a common single view of the customer . . .

---

[14]    See NDCA-ORCL 005785-88.

[15]    See PR Newswire, December 14, 2000.

[16]    ERP and CRM are acronyms for "Enterprise Resource Planning" and "Customer Relationship Management", the two categories or software applications—defined below–that comprised the Oracle 11*i* E-Business Suite.

> whether you touch that customer through creating a lead with that customer in marketing, selling to them within sales, servicing them in the after market . . . Whether you're touching them through once you've taken their order, through orders that once you capture that order, that that impacts your manufacturing, if it's available to promise, for example, that impacts the supply chain.  That impacts manufacturing.  That impacts logistics.  It impacts collecting the money from the customer . . . all of that integration, that's built in.[17]

He summarized it more concisely in that same presentation, when he said:

> [W]e have . . . an E-Business Suite . . . it's basically ERP and CRM all integrated together.[18]

In that same presentation referring to Oracle 11*i* and Oracle's e-business initiative (Oracle Exchange),[19]  E. Sanderson described Oracle's representation that the Oracle 11*i* integration included the Internet-readiness of the product and its consequent ability to facilitate data integration with customers and vendors:

---

[17]    See NDCA-ORCL 03286-92 (i.e., the 13 February 2001 presentation to Goldman Sachs).  Note: This statement is illustrated on the 14th slide of E. Sanderson's PowerPoint presentation that was used during this presentation, which (although there are legibility problems with the copy produced) illustrates integration between CRM and ERP modules (see NDCA-ORCL 016282).

[18]    See NDCA-ORCL 03285.

[19]    Note: Sanderson explained that Oracle had represented that the 11*i* E-Business Suite was integrated with Oracle Exchange in his deposition testimony where he acknowledged that he had written and agreed with the statement that "Oracle's 11*i* E-Business Suite includes modules for traditional ERP (HR, financials), CRM (sales and marketing), eProcurement, supply chain management (SCM), and exchanges . . . that was one of our key messages around 11*i*" (emphasis added) (see Sanderson deposition transcript, pages 412-13).

> . . . here's this integration story.  It's about seamless integration across the marketplace . . . It's about supply chain where you're capturing the demand from the manufacturer and feeding that back to the suppliers. . . . So we have an integrated solution around–in our exchange space around the marketplace . . .[20]

## 4.2.2 Representation #2:  Support for global operations

The second major representation in the Oracle 11*i* launch announcement was the one regarding the "global operations, multiple languages, multiple currencies" representation:  That statement was repeated during the Class Period by Oracle in its 6 February 2001 CRM Technical White Paper, which stated:

> . . . every application works in every country, every major language, and every major currency.[21]

Mr. Sanderson expanded on that in his Goldman Sachs presentation in mid-February 2001 where he represented:

> . . . our applications are written in 23 different languages . . . [We have] an E-Business Suite . . . written in 23 different languages . . . we have also taken care of the localization requirements for all of these countries around the world as well.  So fiduciary requirements that are in these countries, we've addressed that as well.[22]

---

[20]     See NDCA-ORCL 03303-06.  Note: This statement is illustrated with seven PowerPoint slides including the text "Seamless Integration Delivers Productivity . . . Oracle Supply Chain Management The New Way–On The Internet . . . Oracle Transportation Exchange The New Way–On The Internet"  (See NDCA-ORCL 016295-301).

[21]     See NDCA-ORCL 061852.

[22]     See NDCA-ORCL 03285 (emphasis added).  Note: This is also illustrated in the accompanying PowerPoint presentation (see NDCA-ORCL 016281).

Declaration of Brooks Hilliard, dated 5/25/2007, page 16

### 4.2.3 Representation #3:  Globally accessible real-time data

The essence of the third major representation, that Oracle 11*i* supported global operations "through real-time business intelligence via a single, centralized information set", was repeated during the Class Period in an "Oracle Corporation Technical White Paper" dated 6 February 2001, which read:

> The Oracle E-Business Suite can enable any Oracle customer to realize the same prodigious business benefits that Oracle has.  Customer employees, anywhere on the globe, can use a consistent and intuitive interface to access business data . . . The central database will enable fully integrated e-business flows that span all major corporate applications. . . .[23]

### 4.2.4 Representation #4:  Extremely rapid implementation

The next major representation from the Launch announcement, that Oracle 11*i* could be implemented "in a matter of days rather than months", needs to be viewed in the context of what is normal and customary in the business software industry. Enterprise-type software–including such software categories as Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) software–has historically taken customers a year or more to implement; six months would be extremely fast.  So when Oracle represented that the Oracle E-Business Suite 11*i* could be implemented in "days" instead of "months", it would not be reasonable to interpret this as meaning 30 days or less.  Instead, I interpreted it to mean some period of time–quoted in days–that is considerably shorter than the minimum amount of time that it has historically taken to implement such applications.  Thus, when Oracle CEO L. Ellison addressed a group of financial analysts in a conference call on 14 December 2000, his statement (following) that Oracle 11*i* could be implemented within 90 days, constituted a reasonable confirmation of the "days rather than months" representation made at the time of the launch.  What Mr.

---

[23]     See NDCA-ORCL 061850.

Ellison said on that day was:

> Oracle affirms that the business of any purchaser of the E-Business Suite can go
> live on the Suite within 90 days of purchase.  This option does not cover data
> migration or integration with third-party systems, but it does cover setup
> procedures, [resolution of] performance issues, user acceptance testing,
> internationalization initiatives, and purchaser signoff standards.  It includes most
> of the capabilities of the CRM Suite, in particular the complete business flows
> defined.[24]

In addition to the 90-day representation, during a press conference at the January
2001 AppsWorld conference, Mr. Ellison also represented–without all of the
qualifications included above–that Oracle 11*i* could be implemented significantly
faster and less expensively than competitors' products:

> All the [Oracle 11*i* modules] fit together.  And we can install it in a matter of
> months . . . and give you benefits in a matter of months, in a short period of
> time.[25]

## 4.2.5 Representation #5: Comprehensive functionality

The next major representation was that Oracle 11*i* provided a complete complement
of applications "to manage [the full range of] key customer processes . . . all from the
same system."[26]  During the Class Period, Oracle CEO L. Ellison was paraphrased in
a Bloomberg article on 14 December 2000 confirming the representation as saying
"Oracle 11*i* can run virtually every important business function from processing to
payroll and completing human resources paperwork to running customer call

---

[24]     See NDCA-ORCL 061874.

[25]     See NDCA-ORCL 141553-54.

[26]     See NDCA-ORCL 027782-84.

centers."[27]  Mr. Ellison was also quoted on the PR Newswire that same day saying:

> Oracle's new e-business suite [which includes] every aspect of a business–marketing, sales, service, procurement, supply chain, manufacturing, accounting, human resources–[puts] everything, on the Internet.[28]

The representation regarding the comprehensiveness of the Oracle 11*i* product was made again in an "Oracle Corporation Technical White Paper" dated 6 February 2001:

> Oracle's CRM suite is both complete and integrated . . . No systems integration is required to install the Oracle CRM suite.[29]

It should be noted that the term "systems integration" is widely used in the business software industry to refer to the process of interfacing software from different developers together so that they can exchange information and use data from a common database.  There is a class of companies, known as "systems integrators", that perform this service for clients on a consulting basis (as well as other services, such as implementing software).  Thus, when Oracle represented that no "systems integration" was needed, customers and industry analysts understood that to mean that such services would not be required because the Oracle 11*i* software itself provided all of the functionality that its customers needed.  Then, later in the Class Period, Oracle Executive Vice President for Consulting E. Sanderson covered the same point, but with reference to ERP (and Oracle Exchange) as well as CRM in his mid-February financial analysts presentation:

> . . . we're talking about all the processes in buying and selling . . . here's this

---

[27]     See Bloomberg News, "Oracle 2nd-Qtr Profit Seen Higher as Other Tech Leaders Stumble", December 14, 2000.

[28]     See PR Newswire, December 14, 2000.

[29]     See NDCA-ORCL 061851.

> integration story.  It's about seamless integration across the marketplace . . . It's
> about supply chain where you're capturing the demand from the manufacturer
> and feeding that back to the suppliers.  It's about transportation and getting that
> good once it's been procured to that particular plant or location that's needed . . .
> the way it works now is now in supply chain by doing it over the Internet . . .
> Same thing in transportation.  The issue there is now with the Internet in our
> transportation exchange . . .[30]

## 4.2.6 Representation #6:  Immediate availability

The last of the Launch-time representations was that the Oracle 11*i* E-Business
Suite was "available immediately".  From that time forward, through the end of the

---

[30]    See NDCA-ORCL 03303-06.  Note: The point here is that (although this
portion of Mr. Sanderson's presentation focuses primarily on the functionality of
Oracle Exchange) Mr. Sanderson is representing that Oracle Exchange and Oracle
11*i* are intimately woven together and therefore Oracle 11*i* includes all of these
capabilities.  This connection is actually tied together through the PowerPoint slides
Mr. Sanderson was showing when he made this section of the presentation (see
NDCA-ORCL 016294-301), specifically:

[30]    "Seamless Integration Delivers Productivity" (see NDCA-ORCL 016295),

[30]    "Oracle Supply Chain Management The New Way – On The Internet . . .
Collect demand with Oracle CRM" (see NDCA-ORCL 016297), and

[30]    "Oracle Transportation Exchange The New Way – On The Internet" (see
NDCA-ORCL 016301).

[30]    It should also be noted that Mr. Sanderson acknowledged in his deposition
testimony that one of Oracle's "key messages" was that "Oracle's 11*i* EBusiness
Suite includes [among other modules] exchanges" (see Sanderson deposition
transcript, pages 412-13).

Declaration of Brooks Hilliard, dated 5/25/2007, page 20

Class Period and beyond, whenever Oracle spoke about the Oracle E-Business Suite 11*i*, it was understood by all that its statements were in the context of ongoing Oracle 11*i* deliveries to customers. Oracle CEO L. Ellison confirmed this availability publicly at the beginning of the Class Period in a financial analysts' conference call on 14 December 2000:

> [Regarding] whether we can deliver (the suite) . . . not only [can we] deliver the suite, but we have delivered the suite . . . The question [in the marketplace] is, could we actually deliver a complete and integrated e-business suite?  The answer is yes.[31]

## 4.2.7 Additional representations:

In addition to these representations from the official press release at the launch of the Oracle 11*i* E-Business Suite, Oracle Chief Executive Officer L. Ellison, and other senior Oracle executives made several additional claims and representations during the Class Period regarding the functionality and operation of the Oracle 11*i* applications including, but not limited to:

> [Y]ou can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required.  It's up and running in months.  You get the savings in months.  It costs you less, and it takes less time to install.[32]

> There's no systems integration required.  No software modifications required to use our E-Business Suite.[33]

---

[31]    See NDCA-ORCL 128982-85.

[32]    See NDCA-ORCL 128983 (recorded text of L. Ellison comments during 14 December 2000 conference call with financial analysts).

[33]    See NDCA-ORCL 141655 (L. Ellison interview script dated 15 December 2000 regarding Oracle's 2nd Quarter Results).

Declaration of Brooks Hilliard, dated 5/25/2007, page 21

. . . systems integration labor usually runs many times the cost of the software or the hardware needed to run the system–and the customer gets to pay for it.  To install the Oracle CRM suite, no systems integration is required.  And because the CRM suite consists of true Internet applications, every application works in every country, every major language, and every major currency.[34]

In fact, we recommend that you start with, you try a component of the suite and then you add it in.  Now the nice thing is it's like Lego blocks.  Once you have one piece in, the other pieces just snap together.  There's no systems integration required.  The key thing is, you can install just one piece and then again install another piece.  No systems integration.  You just basically turn it on or snap it together....  Plug and play. It is absolutely, all the pieces within the suite are literally plug and play.[35]

. . . customers buying the entire suite don't need to do any systems integration.[36]

---

[34]      See NDCA-ORCL 061852.

[35]      See NDCA-ORCL 141590-91 (L. Ellison press conference at Oracle-sponsored "AppsWorld" meeting in January 2001).

[36]      See PR Newswire, December 14, 2000.

## 5.   <u>Basis for opinions</u>

This section of the report refers to the representations Oracle and the individual defendants made about the Oracle 11*i* E-Business Suite, starting from the product launch in May 2000 and continuing through the end of the Class Period on March 1, 2001, with specific reference to those representations that were made during the Class Period and those that were made previously. The following paragraphs explain the basis for each of the four opinions, describing specifically how the actual Oracle 11*i* product, once delivered to the field (i.e., sales representatives, consultants and customers), failed to meet the functionality, integration and quality representations the company had made for it, and discusses why Oracle's excuse, that defects encountered by customers who had "customized" the Oracle 11*i* software, is not valid.

### 5.1   <u>Opinion #1</u>:

> *Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period (i.e., from December 14, 2000 to March 1, 2001), Oracle and the individual defendants made public representations about the functionality of the Oracle 11i E-Business Suite (and the component software modules comprising it) that they knew or should have known were false at the time they made them.*

ERP software (a term that first came into widespread use in the early 1990s) is widely understood within the business software industry to include the entire spectrum of enterprise-wide operations and ACCOUNTING capabilities including, but not limited to, manufacturing, order entry, accounts receivable and payable, general ledger, purchasing, warehousing, transportation and human resources.[37]

---

[37]     See Computer Desktop Encyclopedia. Computer Language Company Inc., 2007. Answers.com. <http://www.answers.com/topic/enterprise-resource-planning>.

Over time, as new business software functionality has been introduced into the market, software developers (such as Oracle and its competitors) began incorporating these new functions (i.e., functions that relate to business operations, order fulfillment and bookkeeping) into their ERP software products.  This understanding of the meaning of ERP software is consistent with Oracle's usage in its categorization of the functional modules that make up its 11*i* software suite.[38]

CRM software is widely understood within the business software industry to include the entire spectrum of enterprise-wide customer record-keeping and support capabilities including, but not limited to, those related to the enterprise's call center(s), sales force, marketing, technical support and field service.[39]  One of the very first applications of CRM functionality, for example, was in banks that realized their existing systems gave them no information on what banking products and services each of their customers used, a deficiency that prevented them from most effectively selling additional services to existing, and presumably happy, customers (e.g., marketing small business loans to commercial checking account customers, selling trust services to customers with large savings deposits, etc.).  By the late 1990s, CRM's potential for such "cross-selling" and "up-selling" spread throughout the banking industry and into many other industries (well after ERP usage was already well established).

---

[38]     See Table 1, *infra*.

[39]     See Computer Desktop Encyclopedia. Computer Language Company Inc., 2007. Answers.com.
<http://www.answers.com/topic/customer-relationship-management>.

Declaration of Brooks Hilliard, dated 5/25/2007, page 24

Thus, during the Class Period, the Oracle 11*i* software components were divided between ERP and CRM as follows:

**TABLE 1**[40]

| ERP | CRM |
|---|---|
| Assets | Marketing Online |
| Financial Analyzer | iMarketing |
| Financial Intelligence | Marketing Encyclopedia |
| General Ledger | Marketing |
| Global Consolidation | Sales |
| Internet Receivables | ipayment |
| Payables | iStore |
| Receivables | iSupport |
| Self-Service Expenses | Sales Online |
| Internet Procurement | Telesales |
| Purchasing | Mobile Field Sales |
| Purchasing Intelligence | Sales Compensation |
| Internet Supplier Portal | Configurator |
| Supplier Scheduling | Order Capture |
| Human Resources | Sales Intelligence |
| Payroll | Oracle Telephony Manager |
| Advanced Benefits | Advanced Inbound/Outbound |
| Training Administration | eMail Center |
| Self-Service | Scripting |
| Flow Manufacturing | IC Intelligence |
| Process Manufacturing | Connectors |
| Advanced Supply Chain Management | IC for Business |

---

[40]    See NDCA-ORCL 022795-96.

Declaration of Brooks Hilliard, dated 5/25/2007, page 25

| | |
|---|---|
| Demand Planning | Customer Care |
| Global ATP Server | Contracts |
| Order Management | Field Service |
| Activity Management | Mobile Field Service |
| Billing Projects | Scheduler/Dispatch |
| Projects Analysis | Spares Management |
| Self Service Time & Expense | Customer Intelligence |

According to company records, the Oracle 11*i* software was initially released for customer use in May 2000 and then, between the release and the end of the Class Period, as discussed in detail in the explanation of Opinion #3 below, Oracle issued 5,000 or more software "fixes"[41] and released three revisions of the Oracle 11*i* software. These revisions purportedly added some functionality and fixed some of the outstanding software bugs,[42] but–even with these revisions–Oracle 11*i* still did not work as the company and the individual defendants were consistently representing it did, and it still suffered from severe deficiencies with respect to its integration and its quality. The timing of the availability of the initial release and these two revisions is, according to Oracle, as follows:[43]

- Initial Oracle 11*i* product launch (i.e., Version 1)–May 2000

---

[41]    The term "fixes" is widely used in the software industry to refer to solutions (usually software changes, called "patches" by many including Oracle) to defects encountered in a software product.

[42]    The term "bug" is widely used in the software industry to refer to a defect or malfunction in the software that can only be repaired by "debugging", a process of determining what portion or portions of the software are causing the bug and modifying it to repair the bug.

[43]    See NDCA-ORCL 028638.

Declaration of Brooks Hilliard, dated 5/25/2007, page 26

- Oracle 11*i* Version 2–October 2000
- Oracle 11*i* Version 3–January 2001[44]
- Oracle 11*i* Version 4–March 2001 (or June 2001[45])

Oracle issued these fixes, and the three major software revisions, to address the thousands of user-reported software defects[46] that were (a) delaying and/or preventing Oracle's customers from "going live"[47] with Oracle 11*i*, (b) resulting in

---

[44]     In mid-February 2001, E. Sanderson told a group of financial analysts that ". . . our third release of 11*i* shipped in January [which was] a significant challenge building a completely integrated E-Business Suite . . ." (see NDCA-ORCL 03298), but even this representation, that Oracle 11*i*'s integration was finally there, proved to be false as documented in Opinion #2, below.

[45]     See NDCA-ORCL 621422.

[46]     Throughout this report the terms "defect" and "bug" are used interchangeably, unless stated otherwise, since that is the common usage at Oracle and in the business software industry (see Barrenechea deposition transcript, pages 151 and 216; and Wohl deposition transcript, pages 137-38). Any defects that could possibly result from something other than an error in the software code (e.g., missing functionality) is so noted unless that distinction is irrelevant.

[47]     The term "go live" is a term of art in the software industry meaning the point in time, after installation and testing, when an organization begins using the software in question in its daily operations (i.e., for the actual purposes it was acquired to perform). This definition is essentially identical to the definition of going live given by several key Oracle personnel in their deposition testimony. For example, Oracle ERP Chief R. Wohl testified that "We would consider a customer live if they were using it to run—to run their business operations or a portion of their business operations" (see Wohl deposition transcript, pages 260-61). Several other Oracle employees said virtually the same thing (e.g., see Cochran deposition transcript, page 72; Abassi deposition transcript, pages 53-55; Kendig deposition

implementation cost overruns calculated by Oracle's customers to run up into the millions of dollars[48] borne by Oracle's customers and Oracle itself, and (c) preventing Oracle from delivering Oracle 11*i* software that performed as publicly represented and privately committed to customers.  In fact, some of the fixes, while designed to address specific problems, created new problems themselves.[49]  This is a known risk and is prevented by a type of testing, known as "regression testing".  In his 2005 deposition, Oracle's Vice President of Operations for CRM acknowledged that after Oracle had adopted automated testing software because:

> We started using Mercury's automated testing software since it was a better solution than the proprietary testing software we had been using up to that point.[50]

Approximately seven months passed between the May 2000 announcement and the beginning of the Class Period in December 2000.  During that time all, or nearly all, of the representations listed above were restated in one of multiple ways by the company and the individual defendants.  These statements were reiterated publicly

---

transcript, page 156; Thill deposition transcript, page 151; Summers deposition transcript, page 93; Sultan deposition transcript, page 139; Sellers deposition transcript, page 39; Anthony deposition transcript, page 65).

[48]    In many such cases, customers were demanding–and sometimes getting–full or partial reimbursement from Oracle for all or part of these overruns (e.g., NDCA-ORCL 035243-47, 094138-39, 159567-69, 279322-24, 1056918-21, et al.).

[49]    Note: The Special Litigation Committee Report dated 22 November 2002 states "The Committee's investigation indicates that some patches did have an adverse affect on other modules" (see NDCA-ORCL 295345).

[50]    See Fletcher deposition transcript, page 169, regarding adopting the automated test software and "Making the World Safe for Software" article dated 1 June 2003 (Fletcher Exhibit 7) to date the adoption as being after the Class Period.

during the 22-month Class Period as well, as noted in the following paragraphs.

The representations beginning with the 24 May 2000 press release and the public pronouncements made by senior Oracle executives at that time, and reiterated continuously into at least March 2001, were false and misleading from the time when they were made through the end of the Class Period. The remaining paragraphs in this opinion discuss each of these representations in some detail, except those that relate to the integration between the various applications that make up the Oracle 11*i* E-Business Suite and Oracle's assertion Oracle 11*i* was complete and ready for "live" use by business customers, which are covered in Opinions #2 and #3, below.

### 5.1.1 Regarding functional defects

The evidence I have reviewed shows that throughout the Class Period that Oracle 11*i* was not delivering all of the functionality the company and the individual defendants had represented it would have. One acknowledgment of these deficiencies is described in a 29 January 2001 e-mail that went to senior Oracle executives including E. Sanderson and J. Nussbaum dealing with Oracle's own January 2001 internal implementation of 11*i* of Oracle 11*i* Self-Service and Project Accounting:

> Self Service . . . consultants unable to override default date . . . not able to enter time in appropriate dates . . . Project Accounting: [Work-In-Process]/Utilization Reports are incorrect . . . Self Service Expense–The application is not running. Other problems such as entering expenses and submitting, many how to questions, the download worksheet sometimes doesn't populate correctly, not able to print out expense report, not able to view expenses on projects . . . Self Service Time–The application is not running. Other problems such as time that is submitted not showing up on Project, Unable to charge to internal Projects.[51]

---

[51]     See NDCA-ORCL 034382-83.

Declaration of Brooks Hilliard, dated 5/25/2007, page 29

In a 1 February 2001 e-mail responding to E. Sanderson, responding to a product status inquiry he had made, Oracle Sales Consulting Vice President J. Cullivan gave him a two-page list of one- and two-line descriptions of 60 serious defects that were being experienced with the demonstration system in the field.  Included among these were:

> [Order Management] continues to be very buggy and slow

> Surcharges and manual charges do not work correctly

> Shipping–Containers do not work . . . Ship sets do not work

> Order capture does not leverage Advance[d] Pricing

> Advanced Pricing does not work with service items

> Entering new customer addresses errors out on order submit

> CANNOT SHOW A COMPLETE INTEGRATED CRM DEMO LET ALONE A COMPLETE EBIZ SUITE (CRM/ERP) INTEGRATED DEMO

> Trading Community Architecture–Issues between CRM and ERP use of the customer master.  Customers set up in CRM app[lication] do not always work or show up in ERP

> NO quote flow available at all

> Service does not recognize parties to a service contract, it only validates against the end customer of an install base product

> A single Call Center Agent would use different [user interfaces] for the following products: Universal Work Queue, eMail Center, Scripting, Contact Center, iSupport, Field Service, [Business Intelligence]

> Project Manufacturing workflows do not work

> iProcurement not working with or not set up to work with Project Manufacturing

> Planners workbench particularly slow

> Weak overall reporting capabilities [in Business Intelligence]

> Inconsistent [user interfaces] across the Ebiz Suite[52]

There are numerous other reports of similar specific application bugs at Oracle 11*i* customer implementations such as ValueVision (a home shopping marketer principally owned by GE and its NBC subsidiary), which had experienced defects in other specific features that Oracle had demonstrated to them and then left out of the delivered product, as documented in a 25 January 2001 e-mail:

> These [missing] order capture issues are not simply issues of convenience, they are fundamental business requirements . . . New Customer Button . . . Color, Style, Size . . . Split Payments . . . Bill to/Ship to addresses with different names . . . [Business Intelligence Suite] does not work on [IBM] AIX [operating system][53]

These deficiencies were *still* not solved as of 11 May 2001, as described in a ValueVision e-mail sent to G. Roberts and copied to L. Ellison:

> **Installment Payments/Split Payments/More than one form of payment:** This was demonstrated to ValueVision on March 13, 2000 and is part of the [version 3] documentation. **Status:** We have learned that this functionality has been removed from Order Capture due to Order Management not being able to handle it. We have been in discussion with development from both CRM and ERP to resolve this issue for three months. We still do not have a resolution as of May 11, 2001.

> **Entering Customers and allowing a different Ship to Location at one data entry point (Order Capture)** Status: Currently this functionality does not work as is stated in the documentation . . . the [CRM and ERP] development teams agree that the Customer Model is inconsistent and they are trying to fix by . . . June of 2002. ValueVision cannot wait another year to obtain this core functionality.

---

[52]    See NDCA-ORCL 061313-15 (emphasis in original).

[53]    See NDCA-ORCL 063555-56.

> **BIS [Business Intelligence Suite] for Financials** . . . ValueVision was told by development that [BIS] will not be released on the AIX Platform . . . All during the sales cycle ValueVision was assured the AIX is a tier one platform and there are no issues with AIX.[54]

Another report was from GE in Houston in July 2001, which is particularly significant because Oracle CEO L. Ellison had heavily promoted GE for its success at the AppsWorld conference[55] just six months earlier:

> We've just completed our [Conference Room Pilot] and the [Project Management] & [Project Accounting] solution failed because the wrong accounting results were showing up.[56]

### 5.1.1.1   Order management (a critical deficiency)

Of all of the Oracle 11*i* modules, Order Management was widely acknowledged to be, in the words of Oracle CEO L. Ellison, "the heart of the sell side of our e-business suite".[57]  Mr. Ellison's characterization comes from a 2003 book, "SOFTWAR", authored (with Mr. Ellison's cooperation and his personally written commentary) by Matthew Symonds.

---

[54]   See NDCA-ORCL 094128-37 (emphasis in original).

[55]   The AppsWorld presentation referred to a different GE specifically, but also to the whole of GE generally (see NDCA-ORCL 141544-45).

[56]   See NDCA-ORCL 056364-65.

[57]   See "SOFTWAR" by Matthew Symonds with commentary by Larry Ellison, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, page 192.  In the transcript of his interviews with Mr. Symonds, Mr. Ellison was even more pointed, describing Order Management as "kind of the centre of everything" (see NDCA-ORCL 1529167).

Oracle's Executive Vice President R. Wohl was the top executive with responsibility for the ERP portion of Oracle 11*i*, including the Order Management module.  He spoke with Mr. Symonds for the "SOFTWAR" book and put an even sharper focus on how crucial this one module was to the success of the entire Oracle E-Business Suite when he said:

> Technically, we really had to include [Order Management] to fulfill the objectives of the E-Business Suite . . . if it doesn't [have the needed flexibility and functionality], you don't really have an E-Business Suite.[58]

Because of the criticality of Order Management, its defects were a central factor in Oracle 11*i* not living up to the representations that Oracle had made about it.  In fact, the defects in Order Management came as no surprise to Oracle, as CEO L. Ellison acknowledged, rather it was a known risk that Mr. Ellison chose to take.  The author of the book quotes (and Mr. Ellison's commentary does not dispute) Mr. Ellison as telling him about the five stages he and Mr. Wohl went through in deciding whether Oracle should include the version of Order Management into the Oracle 11*i* product that was ultimately shipped.  He told the author of an early reaction (which he later described as "Stage two") in this way:

> We had just finished a complete rewrite of our order management system.  It was a huge job.  The new order management system was dramatically better than the old one, but it hadn't been tested yet,[59] so we thought it was much to risky to put into the suite.[60]

---

[58]     Ibid, page 193.

[59]     In the transcript of Mr. Ellison's conversation with the book's author, Mr. Ellison described this lack of testing as "It hadn't been used anywhere it had just been finished, the paint was drying" (see NDCA-ORCL 1529167).

[60]     Ibid, page 192.  Note: In the Special Litigation Committee Report dated 22 November 2002, the authors note that, "The question is always how much testing is

But, as quoted in the book, when Mr. Ellison and Mr. Wohl got to the final stage (i.e., "Stage five") after concluding that they did not like any of the alternatives, they decided to put in that version of Order Management in spite of the risks and lack of testing.  Mr. Ellison added his own personal commentary on this:

> I understood the uncertainty surrounding the release of the new order management system.  And I made the decision to release it.[61]

On this same subject, the book quotes Oracle's Senior Vice President M. Barrenechea, the top executive with responsibility for the CRM portion of Oracle 11*i*, but had extensive knowledge about the Order Management module (because CRM and Order Management are so closely related).  Mr. Barrenechea acknowledged the widespread understanding within Oracle management, prior to the beginning of the internal Order Management implementation, that it was not working properly:

> Everyone except Ron knew that we could not place an order with the new system.[62]

However,  in his personally written commentary, Mr. Ellison disagreed, acknowledging that ERP Chief R. Wohl knew of the impending problems as well:

---

enough?" (see NDCA-ORCL 295321); this can be a legitimate question.  However, it is fair to say that *no* testing–particularly for crucial Suite 11*i* components like the Oracle 11*i* Order Management module–is not enough.  This observation applies not only to the Order Management portion of the E-Business Suite, but to the absence of integration testing discussed in Opinion #2, below.  The Special Litigation Committee Report tacitly acknowledged this when it wrote, "Oracle could have done a better job testing Suite 11*i* before the initial release" (see NDCA-ORCL 295328).

[61]     Ibid, page 193.

[62]     Ibid, page 196.

Declaration of Brooks Hilliard, dated 5/25/2007, page 34

> Of course Ron knew about the problems with our internal order management implementation. He was personally running the project to put it in and make it work. We planned to be down for and a while, and we were.[63]

The magnitude of this mistake, also explained in the book, is well illustrated by the results of Oracle's own implementation of the Order Management module in December 2000 and January 2001, in the words of Mr. Barrenechea:

> So we upgraded, and Oracle went down.  We were down for fourteen days.  For fourteen days that January, Oracle could not place a single order.  It was frightening . . . At that point I became acutely aware of the customer dissatisfaction . . .[64]

Mr. Ellison downplayed the two-week interruption of business when he was talking to "SOFTWAR" author M. Symonds, according to the transcript of his 18 January 2002 discussion,[65] but four months later he had another meeting in which he acknowledged (in a discussion about Oracle customer Alcoa Aluminum) his understanding of just now devastating and unacceptable such long downtimes really were:

> The biggest issue we have right now [with Alcoa] is the rolling mill can't ever stop . . . So when we come out with a new version of 11*i* or a  patch release or something like that, they can't be down for a weekend.  They can't be down for

---

[63]    Ibid.

[64]    Ibid (emphasis added).

[65]    Mr. Ellison corroborated Mr. Barrenechea's account of the long outage, but passed it off as normal, telling Mr. Symonds: ". . . I know we were down for a couple of weeks . . . it's not unusual when you are installing a huge system"  (see NDCA-ORCL 1529169).

more than a few minutes.  So it has not been smooth by any means.[66]

Mr. Barrenechea was right to call attention to the customer dissatisfaction because nearly every customer that wrote about the problems it was experiencing singled out Order Management as one of the most significant sources of these problems. These customers included, among others, ValueVision (see above), Paxar, Silterra (in Malaysia), Kyocera Mita, Toshiba and Huewei (referenced Opinion #3, below).

One of the first places where the Oracle 11*i* Order Management defects were particularly evident was in Oracle's demonstration system used by sales representatives and others in the field.  This was particularly devastating because just about every business receives orders and the field personnel needed to be able to demonstrate Order Management in order to sell.

One customer with particularly severe Order Management defects was a Maryland-based manufacturer, Brock Tool.  Brock's situation was described in an e-mail "chain" originating with a reseller in Maryland and going up through top Oracle management, with copies all the way to L. Ellison.  The reseller's CEO started by writing to R. Wohl on 11 December 2000:

> We are a small IT firm (about 50 people) delivering Oracle Apps solutions worldwide.  *I am writing to share my frustration with Oracle, especially as related to our 11i implementation of Order Management* for Brock Tool and Supply.  To make a long story short, had it not been for revenues from other clients . . . [my firm] would be bankrupt today because of Oracle . . . [In May 2000] armed with confidence in R11*i* we had garnered at [the Oracle Applications Users Group meeting], we convinced two customers to purchase the product . . . Given our experience and expertise and the [small] size of Brock . . . we were convinced we could complete the implementation in about two months.  It has now been six months with no end in sight . . . Order Management has been disastrous. Over

---

[66]     See NDCA-ORCL 1529217.

> 100 TARs have been logged, and most of the OM related.[67]

In an e-mail just over one week later, included in the same chain of e-mails, the reseller's CEO wrote:

> I have still not received any reply from [the prior e-mail] . . . the CEO of Brock Tool, our client, is ready to ship the software back to you.  The only reason he hasn't is that we have talked him out of it (many times) . . . If we don't see any improvement . . . we will reluctantly have to throw in the towel and stop the implementation of the Order Management software for Brock Tool.[68]

That e-mail followed a letter that had been sent directly to Oracle CEO L. Ellison by the customer, Brock Tool, approximately a month earlier, and the importance was explained in an internal e-mail dated 19 December 2000 that was distributed throughout top Oracle management:

> I cannot answer the questions for this partner and as you can see it is a very poor reflection on the partner program and Oracle overall when we are not able to address the quality issues we are facing with 11*i* [Order Management] right now across all of our partners . . . They all have significant backlogs of implementation service they are trying to deliver and cannot either install our products successfully in a reasonable amount of time, manage their customer's order processing with our [Order Management] due to outstanding and answered Tars/Bugs, nor stabilize their customer's environments with our patches.[69]

UPS was another customer still experiencing severe defects with Order Management during and after the Class Period, as evidenced by a 7 May 2001 e-mail to Oracle Vice President G. Fitzpatrick from A. Perrigan, an Oracle employee who, according to the e-mail, was urgently seeking help with UPS's problems:

---

[67]   See NDCA-ORCL 035245-47 (emphasis added).

[68]   Ibid.

[69]   See NDCA-ORCL 035243-44 (emphasis in original).

Declaration of Brooks Hilliard, dated 5/25/2007, page 37

> This customer is continuing to have major problems with Oracle Order
> Management release 11*i*. The customer is considering shutting the project down.
> Support has been escalated for 6 months . . . If the project gets shut down due to
> reliability/stability/bugs we should expect very negative press. Which we do not
> need right now.[70]

## 5.1.2 Regarding global operations

When E. Sanderson told Goldman Sachs in his presentation in mid-February 2001
that:

> . . . our applications are written in 23 different languages . . . we have also taken
> care of the localization requirements for all of these countries around the world
> as well.  So fiduciary requirements that are in these countries, we've addressed
> that as well.[71]

That statement served to confirm Oracle's earlier representations, including the
May 2000 press release.[72]

It should be noted that building business software to "work in every country"
involves more than just use of the countries' languages.  It requires development of:

- Accurate translation of all screens, user prompts, reports, user
  documentation and "help" text,

---

[70]    See NDCA-ORCL 617667.

[71]    See NDCA-ORCL 03285.  Note: This is also illustrated in the accompanying
PowerPoint presentation (see NDCA-ORCL 016281).

[72]    Note: In the second quarter of its fiscal year 2001, Oracle's Quarterly Review
for investors reported that 43% of its revenues was generated outside of the United
States (see NDCA-ORCL 016456), so its commitment to full global availability was
not only clear, but also very meaningful.

- Software modifications needed to comply with all relevant business and tax laws in each country, and
- Currency-to-currency monetary conversion, using current exchange rates at the time of the conversion.

The evidence I reviewed suggests that customers and Oracle's own executives communicated to Oracle management at the most senior level that, with respect to the local language functionality, Oracle 11*i* just did not function as represented. As documented below, these failures included translations, localizations and currency conversions for many of what Oracle described as both major and minor countries.

It should be noted that Mr. Ellison's explanation that Oracle 11*i* was "engineered to do all of those things" is an endemic explanation used by Oracle and its spokespersons in many situations to justify all manner of failures of Oracle 11*i* to deliver on the representations the company had made for it. *There is a difference between **being engineered such that–at some future time–a product could be further developed to provide** some functionality or level of performance and actually **delivering a product that does provide** that functionality or level of performance.* The relevant issue is not what engineering goals may or may not have been set for the software, but whether the product did what it was represented to do (if not perfectly, then at least perfectly enough that it was usable as represented).[73] It is Oracle's failure to deliver usable 11*i* software functioning as represented that constitutes the basis of the support for this opinion and the others.

In the context of the launch announcement (which also claimed that Oracle 11*i* was

---

[73]     Note: Neither this opinion, nor any of the others, are based on an assumption that Oracle 11*i* had to be 100% free of defects in order to be usable. No software of the complexity of Oracle 11*i* ever reaches zero-defect levels. Thus, the standard that is used in this report is whether the software operated well enough that it was suitable for normal commercial use for the business applications for which it was licensed. This is the standard I refer to as being "of commercial quality".

available immediately) and the annual report, these representations tell the reader that the deliverable Oracle 11$i$ software included operational multi-language and multi-currency capability for all the major countries where Oracle markets its software and/or its customers could not reasonably be expected to have operations or trading partners (i.e., at a minimum, all of the major industrialized countries in North and South America, Europe, Asia, and the Middle East). In his 2006 deposition, Oracle CEO L. Ellison, acknowledged that Oracle 11$i$ did not support every country and every language, as represented, and–five years after the fact– attempted to retract every language and every country representation as stated in the Oracle 2000 Annual Report statement to the shareholders by limiting it to "every major country."[74]

It is clear that Oracle's representations regarding the support of global operations were false. In January 2001, Oracle's Area Vice President for accounts in the Northeast US, M. Cochran, wrote that one of his customers with international operations was complaining that it could not go live because:

> The biggest issues are the global roll out and the over 300 tars associated with language and localization issues.[75]

---

[74]     See Ellison deposition transcript, page 131. Note: As documented below, Oracle 11$i$ turned out not to be fully operational in many major countries, as well as "minor" ones.

[75]     See NDCA-ORCL 013048-50. Notes: (a) The term "tar" (Technical Assistance Request) refers to the Oracle document that is created when a problem is reported by an Oracle software user. Not every "TAR" is related to an underlying software defect (although many are), but all are related to problems, bugs and usability issues severe enough that a user takes the time and effort required to report it and request a solution (see Wohl deposition transcript, pages 141-42, Rocha deposition transcript, pages 176-77, and Fletcher deposition transcript, pages 101-02). (b) The term "localization" is commonly used in the business software industry to refer to

Declaration of Brooks Hilliard, dated 5/25/2007, page 40

The local language and global support defects were still not resolved as late as 7 June 2001 (more than three months after the end of the Class Period), when Oracle's Executive Vice President for Sales and Consulting in Europe, the Middle East and Africa, S. Giacoletto, was explaining the poor sales result for Oracle 11*i* in his region to Oracle CEO L. Ellison and Oracle's CRM Chief M. Barrenechea, by noting:

> Even as of today, [version 4 of Oracle 11*i*] which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001.[76]

An e-mail to L. Ellison from the Executive Vice President for Sales and Consulting in Europe, the Middle East and Africa, S. Giacoletto, dated approximately 21 January 2001, described the global version defect in more detail:

> Larry . . . we are now facing three process issues, which I believe must be resolved to enable the international operations to successfully deploy the applications [including National Language Support (NLS)] availability time gap The gap between code freeze and NLS availability is growing again.  For example, [version 3] NLS will not be fully translated including help until May 2001 for the first languages and August 2001 for the last language.  The code was frozen (I believe) in October of 2000 . . . [W]e just completed testing of the translation of [version 1] and found almost 5,000 translation issues to be fixed.[77]

The delay in availability of full global versions of Oracle 11*i* was confirmed in Oracle CFO J. Henley's Fiscal 2002 Budget presentation (months after the end of

---

foreign language, currency and accounting rules (see, e.g., Cochran deposition transcript, pages 229-30 and Rocha deposition transcript, page 149.)

[76]     See Barrenechea deposition transcript, page 231-32; NDCA-ORCL 013402; and NDCA-ORCL 162215.

[77]     See NDCA-ORCL 028542-43.

the Class Period), where he wrote:

> Critical products (modules) are not implemented in several countries (Order Management, Oracle Contracts, Oracle Projects), creating an incomplete technology solution.[78]

At the time Oracle and the individual defendants were making the representations about Oracle 11*i* being available for every country and in every language they had to have known that their broad claims were false because the necessary development needed to make Oracle 11*i* available globally had not yet been done. In order for Oracle 11*i* to operate as represented, at a minimum, all of the following tasks would have had to have been done:

   (a)  translation for the screens, messages, prompts and documentation into all user-country languages,

   (b)  software development needed to handle domestic and foreign currencies appropriately throughout all the Oracle 11*i* applications,

   (c)  software development needed to handle multi-currency conversion as required for customers with global operations,

   (d)  development of software logic needed to handle localized laws and regulations, and

   (e)  testing and quality control for global capabilities.

And there are numerous contemporaneous documents that show that–for many foreign countries (including such major industrialized countries as Austria, Belgium, Canada, Czechoslovakia, Denmark, France, Germany, Greece, Israel, Italy, Korea, the Netherlands, South Africa, Spain, Taiwan, the United Arab Emirates, and the UK)–at least one (and in most cases more than one) of these

---

[78]    See NDCA-ORCL 190274.

Declaration of Brooks Hilliard, dated 5/25/2007, page 42

tasks had never been completed.[79]

Indeed, the sheer number of "localization" defects and deficiencies that arose during and after the Class Period made it clear that Oracle could not have adequately tested the global operation in order to assure that Oracle's global operability representations were accurate, and thus Oracle 11*i* did not accomplish the global availability.

## 5.1.3 Regarding rapid implementation

As with the claims regarding global operations, Oracle's product launch representation that "companies can adopt Oracle E-Business Suite 11*i* in a matter of days rather than months" was similarly false.  It is common knowledge in the business community that enterprise software (e.g., ERP, CRM, etc.) has always been difficult and time consuming to implement.  So when Oracle made the overt statement that Oracle 11*i* could be implemented in "days" not "months" (thereby implicitly contrasting it with competitors products and its own prior products), it knew or should have known that such an achievement (even if the software had been fully tested and free of all significant software defects, which it was not) could <u>not</u> reasonably be expected to occur serendipitously or without proven rapid-implementation methodologies.  Nonetheless, Oracle repeated its "within days" fast implementation promises stating that "Oracle affirms that the business of any purchaser of the E-Business Suite can go live on the suite within 90 days of purchase",[80] contingent on customers not customizing or doing systems integration.  However, I found little if any evidence that any significant percentage of even those customers who did refrain from customization[81] and integration with other software

---

[79]    See NDCA-ORCL 057060-61, 063711-28, 131672-76, 617459, et al.

[80]    See NDCA-ORCL 061874.

[81]    Oracle's warnings to customers that any customization of the Oracle 11i

software was not acceptable was nothing more than a self-serving method of "blaming the customer" for the poor quality of the product.  The term "customization" is widely understood–when used to refer to complex business software applications–to refer to the practice of making custom changes to the application's standard software code, which is essentially the same as the definition Oracle CEO L Ellison's gave in deposition in this case: (i.e., "when [customers] write their own custom software [modifications]", see Ellision deposition transcript, pages 361–62).

In his address to Oracle's AppsWorld conference in February 2001, Mr. Ellison qualified earlier statements that Oracle 11$i$ could be implemented without customization, noting that it would be able to satisfy 80% to 85% of its customers' needs without customization and that Oracle would be upgrading and improving it over time, in line with customer demands, so that eventually it would meet much more.  Of course, all percentage estimates of this type are arbitrary, since it is not really possible to compute a meaningful number of needs met and unmet (particularly since some needs have more value than others).

Ellison acknowledged in his discussions with "SOFTWAR" author M. Symonds, explaining how it was so normal to customize complex business software that Oracle had done it and was continuing to do it with the E-Business Suite (see NDCA-ORCL 1529172)

> [T]here's these functional gaps which [are] traditionally solved by . . . customizing the software what we did . . . we actually customized the software and got it working.

After a period of time, the self-serving nature of Mr. Ellison's warning to its customers against customization became obvious, not only to insiders such as those quoted above. Shortly after the end of the Class Period, a Forrester Research analyst authored what it calls a "Forrester Brief", which it published on 19 March 2001 (see NDCA-ORCL 068004-06, emphasis in original) which said:

**Memo To Oracle: Stop Blaming Customers**

Declaration of Brooks Hilliard, dated 5/25/2007, page 44

and started their implementations before or during the Class Period were able to "go live on the Suite within 90 days of purchase."[82]

In analyzing whether Oracle 11*i* really was implementable faster than competing products, I interpreted Oracle's representations having been meant to be taken literally (rather than as "marketing puff") because Oracle repeatedly and clearly described why Oracle 11*i* was different from prior products in this regard.

---

> Oracle has stooped to a new low blaming its unhappy 11*i* [applications] customers for doing too much customization.  Meanwhile, sales are off and the 11*i* bug list has passed the 5,000-item mark.  Forrester's recommendation?  Less blame and more customer support . . .
>
> SKIP THE BLAME -- FIX THE RELEASE PROBLEM . . .
>
> ADVICE TO CUSTOMERS: . . . Current customers should sit on their hands until the software stabilizes.[81]

The Forrester Brief is correct.  Every company that uses ERP and CRM software has known for years that customizing that software is undesirable and they did not need Mr. Ellison to tell them that.  By insisting that customers do *no customization* instead of *minimum* customization, Oracle simply built an excuse to hide behind, knowing full well that its base of customers would be forced by their own business realities to violate the warning.

[82]     According to M. Anthony, who was the Oracle employee responsible for counting the number of "live" customers, any Oracle 11*i* customer that had even one module of the Suite running in a production environment was counted as live (see Anthony deposition transcript, pages 65-66).  There were undoubtedly examples of customers who were able to implement and begin using a few isolated modules.  But I do not consider such customers a "live" on the Suite unless they had several modules running, using the claimed inherent integrated capability of the Suite to share common data in an integrated environment.

Declaration of Brooks Hilliard, dated 5/25/2007, page 45

However, what I found was that despite Oracle's claims, there is no substantive evidence to show the representation to be true.[83]  To the contrary, there is ample evidence and admissions by Oracle executives to indicate that Oracle 11*i* was no more capable of being implemented in "days instead of months" than any other software product of comparable functionality.

It seems clear that Oracle understood that not every Oracle 11*i* customer would eschew third-party software integration and/or software customization from statements made by Mr. Ellison[84] and others.  In fact, in a book about Oracle authored by Mr. Matthew Symonds that included Mr. Ellison's personally written commentary, Mr. Ellison acknowledged that he had misstated the case in his presentation to AppsWorld in 2001, writing:

> Worse than being overzealous in [the AppsWorld] presentation, I was ambiguous, imprecise, and easily misunderstood . . . Of course customers can tailor our applications to their business processes, but they should never modify our software.  Customers can add to our applications and connect to our applications to non-Oracle Applications . . .[85]

But even in those cases where customers did implement Oracle 11*i* without either customization and systems integration, the standard unmodified modules of the

---

[83]    Although it may have been possible for an unusual Oracle customer with very limited and well defined needs to install and implement some portion of Oracle 11*i* in a few weeks, the evidence does not support the representation that this type of rapid implementation is a typical outcome that any normal Oracle 11*i* customer could expect.

[84]    See NDCA-ORCL 141582 and NDCA-ORCL 128983.

[85]    See "SOFTWAR" by Matthew Symonds with commentary by Larry Ellison, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, page 200.

Declaration of Brooks Hilliard, dated 5/25/2007, page 46

Oracle 11*i* the Oracle customers were implementing were not reliable enough or implementable enough to live up to Oracle's representations.

Oracle knew even before the Class Period that the product could not be implemented as quickly as Oracle was promising. This is acknowledged in a 4 October 2000 e-mail analyzing "who's to blame" for the implementation difficulties at Hostcentric, described as Oracle's "best reference for CRM", by stating:

> Oracle Sales/Management [is to blame for the implementation problems because it] Set expectations inappropriately that the product can be implemented very quickly.[86]

Another example is the Pepsi Cola concentrate manufacturing facility in Cork, Ireland. In a 15 December 2000 e-mail to L. Ellison, the director of finance at that facility wrote:

> Our oracle project has been an unmitigated disaster . . . We have spent a fortune (to us) on consultants trying merely to get your product to work and months later we still do not have even have a system to test.[87]

When Mr. Ellison asked, in an answering e-mail, whether Pepsi Cola had modified the 11*i* software, the finance director wrote back:

> Our intention is to go as much as possible with 'vanilla' oracle software and to avoid modifications. As we cannot load 11*i* no modifications have been made.[88]

---

[86]     See NDCA-ORCL 101663-64.

[87]     See NDCA-ORCL 028798-99. Note: The e-mail refers to the use of Oracle 11*i* as a replacement for a competitor's "financials" software. Financials modules are generally considered to be among the most straight-forward and easiest type of modules to install and test.

[88]     Ibid.

Declaration of Brooks Hilliard, dated 5/25/2007, page 47

One notable example of how long it took to install Oracle 11*i* was illustrated by the experience of UBS Warburg, one of Oracle's "Major Oracle 11*i* Escalated Customers", as documented in a 27 March 2001 e-mail (nearly a month after the end of the Class Period) which described its attempts to implement the Oracle 11*i* software as follows:

> UBS Warburg is implementing [release] 11.5.3 CRM . . . UBS has not yet successfully installed 11*i* (11.5.3). It takes them approximately 5 days to get through the install process . . . [and they] have attempted the install several times over the past month with no success.[89]

An independent research firm, AMR Research with the cooperation of the Oracle Applications User Group, did a survey of 115 Oracle 11*i* customers approximately a year after the completion of the Class Period and found that:

> Companies spending an average of 43% more than expected to upgrade or implement 11*i* . . . The time required to install 11*i* is 39% longer than users anticipate [running on average] 295 Days [to implement small projects] 291 Days [for medium projects] 319 Days [for large projects] 379 Days [for very large projects].[90]

The notable part about this research finding is not the specific numbers of days, which, in my experience, are within the normal range for implementations of ERP and CRM systems. Rather, it is the fact that–with Oracle having represented that Oracle 11*i* could be implemented quickly–*these Oracle customers believed their implementations took approximately 40% longer than what they expected*.[91]

---

[89]    See NDCA-ORCL 617282.

[90]    See NDCA-ORCL 061339-40.

[91]    Note: In the Special Litigation Committee Report dated 22 November 2002, the authors point out that Mr. Ellison had told customers that "the process was faster than the alternative" (see NDCA-ORCL 295291), so it is not surprising the its

Declaration of Brooks Hilliard, dated 5/25/2007, page 48

By January 2002, Oracle CEO L. Ellison was ready to acknowledge that Oracle 11*i* was not really rapidly installable after all, as the transcript of his interview with "SOFTWAR" author M. Symonds shows:

> [Oracle 11*i*] was just to hard to install . . . the customer got in trouble because the installation was too complex . . . it's just too hard . . . sometimes it was a functional gap, sometimes it was just general defects in order management . . . it was a little like watching Michael Angelo paint the ceiling in the chapel, a brush stroke at a time.[92]

Given its own experience with earlier ERP software (and that of its competitors), it is evident that Oracle knew that a defined set of rapid deployment procedures would be needed make the major reductions in implementation time it was promising for Oracle 11*i* because it began promoting just such a rapid deployment process in 2001, with the proprietary name "FastForward". FastForward, which was the *only* methodology that even purported to be able to facilitate the type of expedited implementation that Oracle had promised for 11*i*,[93] involved the use of what Oracle called "flows", which were intended to be used to facilitate the accelerated implementation.[94]  However, since the first two FastForward flows for

---

customers believed this and were surprised to find that the time savings did not materialize.

[92]     See NDCA-ORCL 1529173.

[93]     There is also an Oracle process called "Rapid Install", but this was used for the computer operations process done by a systems administrator (see NDCA-ORCL 058525) of loading the Oracle 11*i* code and bringing up on a new computer, rather than the business process of implementing the software to meet customer needs.

[94]     See Borthwick deposition transcript, pages 31-32, 63-64, 90-91, 105-10, and 214; and NDCA-ORCL 159552.

Declaration of Brooks Hilliard, dated 5/25/2007, page 49

CRM were not even ready for use until May 2001,[95] Oracle had no means of delivering on its rapid implementation representations for any customers who licensed one or more of Oracle 11*i*'s CRM applications.[96]

Perhaps most telling, however, regarding the falsity of the fast and easy to implement representation was the fact that even Oracle itself could not implement it quickly for its own needs. Even though Oracle had developed the Oracle 11*i* software with full knowledge of its own needs and even though it used its own personnel to test the software, it still could not begin implementing it for more than six months after the product launch. Oracle Executive Vice President R. Wohl, who was responsible for the Oracle 11*i* ERP product line, acknowledged in his deposition that Oracle itself could not even begin installing Oracle 11*i* until November 2000 because of all the preparation that it needed:

> The preparatory effort for the IT group to configure–to load the software into a test environment, do a test upgrade . . . run through all the their test plans, train the new users, determine the new functionality they wish to turn on, figure out how to change the business processes to take advantage of that new functionality, that was a multi-month process. And for Oracle that was a multi-month process as well.[97]

---

[95]     See NDCA-ORCL 051239.

[96]     There is little indication in the evidence I reviewed that any FastForward flows had been created for the Oracle 11*i* ERP applications before or during the Class Period either, however some ERP FastForward flows apparently existed from prior versions of the Oracle Applications, which may or may not have functioned properly with 11*i*.

[97]     See Wohl deposition transcript, page 249.

Declaration of Brooks Hilliard, dated 5/25/2007, page 50

## 5.1.4 Regarding immediate availability

The last representation in the May 2000 press release (other than those relating to the integration, stability, supportability and performance of the Oracle 11*i* applications, which are discussed in Opinions #2 and #3) is that "The Oracle E-Business Suite 11*i*, is available immediately either as a complete suite or on a standalone basis in key business areas." The term "available"[98] is commonly used in the computer industry that, in the words of Oracle's Senior Vice President for CRM M. Barrenechea, means:

> [Available means the software is] tested, that it's functionally complete, documented.  It's in a position to be sold, in a position for customers to go live on.[99]

The representation of immediate availability was first stated when Oracle 11*i* was launched in May 2000, and was confirmed by Oracle CEO L. Ellison in a financial analysts' conference call on 14 December 2000, as stated previously.  But it turned out Mr. Ellison was more candid three years later, admitting that Oracle 11*i* was not really ready for customers when it was released in mid-2000.  In the Symonds book, "SOFTWAR", with Mr. Ellison's commentary, Mr. Ellison acknowledged:

> We were getting a lot of pressure from our customers [in late 1999 and early 2000] to deliver the 11*i* applications.  I made a lot of them mad by delaying the release for several months.  I should have delayed it even longer.[100]

---

Other widely used terms with the same meaning include "general availability", "released" and "general release".

[99]     See Barrenechea deposition transcript, pages 233-34.

[100]     See "SOFTWAR" by Matthew Symonds with commentary by Larry Ellison, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, page 189.

Indeed, Oracle *was* delivering computer software to customers continuously from May 2000 onward.  However the results in the field, where its customers were trying to implement the Oracle 11*i* software were far different from what Oracle and its top executives were saying, and they knew it.  At an Oracle-user organized meeting (i.e., the Oracle Applications User Group or OAUG) in late-October 2000, several senior executives at Oracle led by Executive Vice President and ERP Chief R. Wohl, along with several other applications and support Vice Presidents, got direct feedback from customers who were attempting to implement Oracle 11*i*, including the following criticism spoken by Oracle 11*i* customers:

> One of the biggest challenges during upgrades and implementations is the poor quality of Oracle Support . . . how will you be addressing that? [followed by applause by other users]

> We started our 11*i* conversion four months ago.  We've logged about 100 issues.  I appreciate that [version 2] is coming out, but why did we have to live with 5,000 bugs? . . . We have 20 programs that take longer than ten hours to run . . . I'm glad you're working on it⎯but when will it be ready?  One year from now is too long. [more applause]

> Our greatest risk factor in [Human Relations] is stability and integrity . . . There are significant performance issues in Payroll.

> We upgraded to 11*i* this past weekend, with a vanilla core financials implementation.  It's beyond me that after all this testing, I still have three show-stopper issues that were just basic functionality.

> What is Oracle doing to train technical support analysts to understand the functionality?  My developers are telling Oracle what the answer is.  [more applause]

> There are common themes here⎯patching and support.  You will never be successful if you keep having to support buggy software . . . What can you do to

Declaration of Brooks Hilliard, dated 5/25/2007, page 52

fix testing and the [quality assurance] function?  It's broken.[101]

At the end of the questions, Mr. Wohl acknowledged the users' points when he said:

> We have too many bugs and too many patches . . . Testing alone is not the
> answer.  You'll see a lot of improvement.[102]

But the improvement did not arrive in time to satisfy all these users' concerns, as evidenced by a 7 November 2000 e-mail to Mr. Wohl:

> On Oct 24, 2000, at the [Oracle Applications User Group] Conference in Hawaii
> you told us in a blanket statement that [Release 2] was shipping . . . Two (2)
> weeks have elapsed and still no shipable code for [Hewlett-Packard computers]
> . . . The fact that [Release 2] is not available has required that I keep this
> implementation team intact at costs which exceed my budget, while our schedule
> slips further and further behind . . . Bottom-lines: When will [Release 2] be
> available for HP-UX?  And why, with all of my good faith, should I think that your
> forthcoming response will contain anymore credibility than your prior statements
> of commitment?[103]

As of 2 November 2000, there were still no live CRM installations and the North American Sales (NAS) organization was aware that the lack of live referenceable sites was likely to hurt Oracle competitively, as described in the agenda for a North American Sales Dialog meeting on that date, which reported the "Main Issue" of the CRM session was:

> No live sites.  The field needs live, 11*i*, customer referenceable sites to go up
> against Siebel C We need a few ready to go by Q3 and a dozen are needed by

---

[101]    See NDCA-ORCL 101777-88.

[102]    See NDCA-ORCL 101788.

[103]    See NDCA-ORCL 012377.

**Business Automation Associates, Inc.**
11811 North Tatum Boulevard; Suite 3031-113; Phoenix, Arizona 85028-1632
Office: (602) 264-9263   On the web: http://www.ComputerExpertWitness.com  FAX: (602) 532-7244

Q4.[104]

According to M. Anthony, Oracle's director of Product Planning, before and during the Class Period the company held weekly meetings of the AMCM (Application Management Committee Meeting) to continually review the status of the 11*i* applications.  The meeting agendas, which were distributed by e-mail prior to each meeting, document that Oracle knew of the software defects that were affecting Oracle 11*i* users and the impact they were having before the beginning of the Class Period and that these defects continued through and beyond the end of the Class Period:

- From a 27 November 2000 AMCM agenda:

  There are several issues with NT . . . there are a series of . . . bugs that won't be fixed until [an upcoming release of the Oracle database].  These bugs severely impact [Purchase Orders], Inventory and HR.[105]

- From a 15 January 2001 AMCM agenda:

  Several customers are complaining about performance, for example, [a large manufacturer] in China, delayed their go-live due to performance problems when running a large number of concurrent users . . . Customers continue to delay the go-live dates for product stability and performance issues.[106]

- From a 29 January 2001 AMCM agenda:

  Recent survey comments on product quality . . . From [an NT customer] – This may be the buggiest, most ill-behaved software I have ever tried to run' . . . From [a manufacturing company] – It just doesn't work.  Who tested this stuff?  This

---

[104]    See NDCA-ORCL 617456, a "NAS Executive Dialog", dated November 2, 2000.

[105]    See NDCA-ORCL 098810.

[106]    See NDCA-ORCL 058351-52.

Declaration of Brooks Hilliard, dated 5/25/2007, page 54

has been a frustrating and disappointing journey with Oracle' . . . Marketing has experienced some turnover in the E-Leaders[107] program . . .[108]

- From a 5 February 2001 AMCM agenda:

There is a concern about the time to resolution and the quality of the patch sets . . . There have been several problems with customers who are being implemented by KPMG . . . is there a specific issue with KPMG or is it the problem with partner training in general?[109]

The AMCM was told that Oracle 11*i* was beginning to stabilize in a 19 March 2001 agenda (after the end of the Class Period):

The good news is . . . representatives from consulting and support are reporting that 11*i* is starting to stabilize.[110]

However, a 9 April 2001 AMCM agenda indicated the prior optimism may have been premature:

Several Customers are experiencing performance problems . . . several customers did not meet their go-live milestones over the past 2 weeks due to product and tech stack issues.[111]

---

[107]    Oracle E-Leaders was a marketing program of "global customer references". (See Baseline magazine, March 2002, "Odwalla Plugs Oracle To Get Its Way", <ftp://ftp.baselinemag.com/pub/ baselinemag/pdf/printpub/volume01/04/p32-48.pdf>).

[108]    See NDCA-ORCL 056802-03.

[109]    See NDCA-ORCL 056802.

[110]    See NDCA-ORCL 058611.

[111]    See NDCA-ORCL 058723.

Declaration of Brooks Hilliard, dated 5/25/2007, page 55

The same agenda listed only five referenceable customers among the marketing E-Leaders group for Oracle 11*i* (one of which was not live yet), and two customers from the marketing E-Leaders group that were "on hold due to product issues", out of a claimed total of "250+ live customers".[112]

Then, two months after the optimistic 19 March assessment, the 14 May 2001 AMCM agenda acknowledged its inaccuracy:

> We still have customers complaining about performance and product stability.[113]

According to Oracle's Northeast Area Sales and Consulting Vice President M. Cochran, where many of the large early implementers of Oracle 11*i* were located, nearly every deficiency his customers were experiencing was due to the functional deficiencies and poor quality of the Oracle 11*i* software.  In his 2006 deposition testimony, he acknowledged:

> We were having problems with a lot of the 11*i* installs at the time just because it was the new product, and it had a lot of bugs in it.[114]

In explaining several of the specific problems his customers had encountered, he continually made the argument that such problems were normal and reasonable because each of these customers was doing something new that no other Oracle 11*i* customer had done before.  Here are some of his statements:

---

[112]    It turned out that, during this time period, Oracle was claiming references that it did not have.  A report, described by L. Ellison as most likely having been produced by competitor Siebel (see Ellison deposition transcript, page 317), documents 12 companies claimed by Oracle as live customers for its CRM product that had not actually done a significant implementation of Oracle CRM, many of which were actually using Siebel CRM (see NDCA-ORCL 397378-80).

[113]    See NDCA-ORCL 019712.

[114]    See Cochran deposition transcript, page 187.

**Business Automation Associates, Inc.**
11811 North Tatum Boulevard; Suite 3031-113; Phoenix, Arizona 85028-1632
Office: (602) 264-9263   On the web: http://www.ComputerExpertWitness.com  FAX: (602) 532-7244

Declaration of Brooks Hilliard, dated 5/25/2007, page 56

- Regarding defects at A&P:

  [A&P] was the first one putting in the HR module that dealt with a lot of part-time employees. . . the HR module had to compensate for that, and they were the very first ones installing it with those features.[115]

- Regarding defects at TMP:

  . . . they were the first ones in the world to go live on 11*i* Financials Global in a single instance using local concrete currency . . . rolling up in currency on a single instance.[116]

- Regarding defects at Paxar:

  This is a small $800 million company that was basically putting in the whole suite, and they were one of the very first ones in the country that were being this ambitious with the entire suite at once.[117]

- Regarding difficulties implementing the Oracle 11*i* Projects module at Grey Global:

  . . . projects was for their billing systems, and there was no other advertising agencies using our projects . . . So they were going to be like one of the first ones in the street actually doing it on Madison Avenue . . .[118]

- Regarding additional defects at Paxar:

  . . . they're the biggest ones in the industry that do that, so order management for them is . . . it's volumes, and they had a configurator, because they have to configure every single order differently . . . they were the first ones implementing

---

[115]   Ibid, page 188.

[116]   Ibid, page 194.

[117]   Ibid, page 195.

[118]   Ibid, page 225.

**Business Automation Associates, Inc.**
11811 North Tatum Boulevard; Suite 3031-113; Phoenix, Arizona 85028-1632
Office: (602) 264-9263   On the web: http://www.ComputerExpertWitness.com  FAX: (602) 532-7244

these products with 11*i* . . .[119]

- Regarding defects at Liberty Mutual (related by L. Summers, not Mr. Cochran):

   Liberty Mutual was implementing our HR payroll system in an aggressive time frame.  They ran into problems in implementing that and had notified Oracle executives to that fact. . .[120]

However, Mr. Cochran's logic does not stand up to scrutiny.  Oracle's constant representation, starting in May 2000 and continuing through the Class Period and beyond, was that the Oracle E-Business Suite 11*i* was "available" and, therefore, ready for customer implementation.  But, if the software fails every time a customer receives delivery and tries to implement some normal type of function (such as those described above) for the first time, then the representation of "available" and ready for use can not be true.

In addition to the above, Mr. Cochran acknowledged that there had been installation and stability deficiencies at a smaller customer in New Jersey that was one of Oracle's first customers attempting to implement Oracle 11*i* on a server running Microsoft's Windows NT operating system.[121]  This is particularly important—even though there were few Windows NT customers for Oracle 11*i* during the Class Period—because of Microsoft's influence on business, which had made Windows NT the operating system of choice for a very large segment of what is known as the "SMB" (Small and Midsize Business) market.  Oracle referred to this as its "General Business" (or GB) market, described by Oracle's consulting Chief E. Sanderson in mid-February 2001 as "the mid-market space".[122]  This is

---

[119]    Ibid, page 250.

[120]    See Summers deposition transcript, pages 52-53.

[121]    See Cochran deposition transcript, pages 208-09.

[122]    See NDCA-ORCL 03288.

precisely the market segment where Oracle needed to be successful in order to fulfill its promise to vastly increase its customer base.  In June 2002, while speaking with "SOFTWAR" author M. Symonds, according to the transcript of the discussion, Oracle CEO L. Ellison agreed, saying:

> There aren't that many big companies [available to sell to] . . . The mid-market is where the action is going to be for the next few years.[123]

Indeed, by January 2004, Windows NT accounted for 29% of Oracle 11*i* (version 9) shipments and 19% of Oracle 11*i* (version 9) downloads, accounting for more deliveries than any other operating system.[124]  Thus, because the deficiencies experienced by this small New Jersey customer could be expected to occur throughout the SMB market segment, they are actually much more important than they might seem from the small number of Windows NT customers for Oracle 11*i*.

The views about the readiness of the Oracle 11*i* software were not limited to the field staff.  C. Kendig, Oracle's Vice President for Quality for most of the service industries,[125] acknowledged that as of July 2001, more than a year after the Oracle 11*i* launch and months after the end of the Class Period:

> From where I sat, my view was [Oracle 11*i*] wasn't ready.[126]

---

[123]  See NDCA-ORCL 1529311.

[124]  See NDCA-ORCL 621425-26  (Note: By January 2004, according to this document, approximately 85% of Oracle's 11*i* customers were working with version 9 of Oracle 11*i*).

[125]  See Kendig deposition transcript, pages 51-52, which describes Mr. Kendig's quality responsibilities as covering all service industries other than telecommunications, utilities and financial services.

[126]  See Kendig deposition transcript, page 291.

Declaration of Brooks Hilliard, dated 5/25/2007, page 59

Mr. Kendig's judgment in this regard is particularly important in that he was seemingly the *only* vice president for quality at Oracle during the Class Period.  No other executive deposed in this litigation acknowledged "Quality" as his/her primary area of responsibility, nor could any other deposed executive name anyone other than Mr. Kendig who had "quality" as his/her primary area of responsibility.[127]  This apparent lack of quality oversight at Oracle would be ample explanation for Mr. Kendig's admission in a July 2001 e-mail that:

> With over 60,000 TARs logged to date, we don't understand the perception that [Oracle 11*i*] is ready for prime time.[128]

Mr. Kendig was not the only one who looked back on the Class Period later.  Oracle CEO L. Ellison had a few observations about the early days of the Oracle E-Business Suite 11*i* that he related to "SOFTWAR" author M. Symonds in June 2002:

> This is hard stuff . . . [I have] some of the smartest people in the world . . . and they were having a hard time doing it, getting the E-Business Suite [right].  It's taken a hell of a long time, longer even than I thought, which is a sign that I'm not capable of learning because I've been through this thing.  ***There was no reason I should have believed we could do that in the timeframe but I thought . . . other than denial.***[129]

## 5.1.5 Regarding the need for systems integration

Another one of the false representations in Mr. Ellison's 2000 Annual Report message was that Oracle 11*i* was capable of being implemented with no systems

---

[127]    See Sellers deposition transcript, page 120-21, where he testified that "There is no such position at Oracle [other than Mr. Kendig]."

[128]    See NDCA-ORCL 120700.

[129]    See NDCA-ORCL 1529302 (emphasis added).

Declaration of Brooks Hilliard, dated 5/25/2007, page 60

integration support from third-party integration firms.  This claim was repeated in numerous Oracle executive pronouncements, press releases and marketing materials for Oracle E-Business Suite 11*i*.

The term "systems integration" refers to the practice–in the words of Mr. Ellison, as quoted in an Oracle December 14, 2000 press release[130]–of "connect[ing] our applications with applications from other vendors."  This practice almost always involves custom program modifications to the software of one or all of the applications so that they can exchange information as needed for them to work together.  Depending on the resources and capabilities of the business in question, this adaptation is customarily done by some mix of internal IT personnel, consultants provided by one or more of the software developers and/or third-party consulting firms, known as "systems integrators".[131]

The fact that Oracle 11*i* did not, as represented, eliminate or make major steps toward eliminating systems integration was confirmed by Oracle's Vice President for Product Support for the Americas, R. Sellers, who acknowledged in his deposition that:

> When you think of something like a 10.7 or an 11*i*, . . . that is a complex product. And almost no one ever installs it that way.  They don't just come in and install it and now it's running every part of their company.  They integrate it with something or some little piece of software that they just think they have to have.

---

[130]   See NDCA-ORCL 085067-68.

[131]   It is important to understand that "integration" and "systems integration" are two distinctly different –and only marginally related–terms.  Specifically: (a) "Systems integration" refers to the interfaces between applications with different developers and is typically done by consultants, and (b) "Integration" (in the context used by Oracle in reference to the 11*i* E-Business Suite) refers to the relationship between modules within a single product or suite of products, and is typically done by the product's developers.

Declaration of Brooks Hilliard, dated 5/25/2007, page 61

> So all of these installations aren't installations; they're integrations.[132]

## 5.1.6 Summing up

During the course of my 40+ years as a professional in the computer and software industry, I have worked in both software development and software/systems sales, and in my consulting capacity I have evaluated and been involved in the implementation of several hundred enterprise-wide business software products for clients in a wide variety of industries.  In these capacities–as a vendor of computer software and systems, and as the representative of buyers of computers software and systems–I have both: (a) made hundreds of representations of the types made by Oracle, and (b) evaluated hundreds of such representations for potential buyers.  In addition, I have been qualified as an expert in both federal and state courts, and testified in more than two dozen lawsuits dealing with issues relating to representations very similar to those made by Oracle regarding Oracle 11$i$, and whether or not the systems involved did or did not perform as represented.  It is this experience, and the expertise gained in the course of acquiring it, that has given me the judgment needed to weigh the representations Oracle and the individual defendants made regarding Oracle 11$i$, in the context of the normal customs and practices of the business software industry, and assess their meaning to potential Oracle 11$i$ licensees and software industry analysts.

In reaching my opinion on the functionality of the Oracle E-Business Suite 11$i$, I have professionally reviewed both Oracle-internal communications and the experiences of outsiders, including customers and industry analysts.  This review, in combination with my industry experience, has allowed me to reach the opinion that representations made by Oracle relating to the 11$i$ functionality, support for global operations, rapid implementation, availability for commercial use and need for systems integration were not only false and misleading, but that Oracle and the individual defendants either knew or should have known they were false and

---

[132]    See R. Sellers deposition transcript, page 94.

Declaration of Brooks Hilliard, dated 5/25/2007, page 62

misleading.  Nothing sums it up better than a 30 August 2001 e-mail from Oracle
Chief Marketing Officer M. Jarvis (the primary Oracle executive responsible for
communicating Oracle's message to customers and the financial community) in
which he wrote to veteran Oracle developer B. Souder (in reference to the prior
year, including the Class Period):

> We are going through a rough patch because _11i did not work_ (but it does now),
> we missed two quarters and we pissed off a lot of customers with the
> [applications] upgrade to 11*i*.[133]

---

[133]    See NDCA-ORCL 062223 (emphasis added).

## 5.2    Opinion #2:

> *Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period, Oracle and the individual defendants made public representations about the pre-integration of the components of the Oracle 11i E-Business Suite.  Specifically, Oracle and the individual defendants consistently represented and promoted the product on the basis that all of its component parts were fully integrated and interoperable "out-of-the-box".  This representation was false, and Oracle knew or should have known of this falsity.*

As presented in the May 2000 press release announcing the launch of the Oracle E-Business Suite 11*i* product and in the bold assertions by Mr. Ellison and the other top Oracle executives during the period from May 2000 until, at least, the end of the Class Period, there is no representation that is more crucial to the claims made for the product than the representation that all of its component applications were "fully integrated".  Without this attribute, few–if any–of the other representations could be realized.

"Integration" is a commonly used term, widely understood in the business software industry to mean a complete communication between one or more applications such that:

- All data created, modified and/or maintained in one of the integrated applications and relevant to the other application(s) is communicated freely, and usually immediately (unless there is some reason for delay) between the applications.

- Any data that is updated in any of the integrated applications is immediately (as needed) available to and reflected in the results generated by the other application(s).

Sometimes this definition can also imply that the applications work similarly and share a common user interface.  In his deposition, Mr. C. Godwin, Oracle's Senior Vice President for Applications Technology, agreed with all of this (including the

Declaration of Brooks Hilliard, dated 5/25/2007, page 64

similarity of operation) when he described integrated applications as:

> [A]pplications [that] would operate in the same environment.  They would share the same data.  They would have some of the same behaviors . . .[134]

In his 2006 deposition, Oracle's ERP Chief M. Wohl, explained the meaning of integration as:

> . . . [T]o have CRM pieces and ERP pieces be part of the same system drawing upon the same data . . . [including] not just ERP, not just CRM, but [including] the combination.[135]

Further, it is my understanding that, for the purposes of discovery in this action, Oracle has conceded that, at a minimum, "integration" means:

> . . . the ability of modules of Suite 11*i* to work together and share information.[136]

It is well documented, as explained in the following paragraphs, that the Oracle 11*i* delivered to customers up to and beyond the end of the Class Period did not operate in an integrated manner, as defined above.  Indeed, these integration defects are easily understood in the context of the documents and testimony from Oracle software developers (including those specifically responsible for integration) stating that little if any integration testing was done to ensure the truth of Oracle's public statements that the product was pre-integrated and interoperable "out-of-the-box".  Even months after the end of the Class Period, internal e-mails between members of Oracle's development staff acknowledged that the company was *still* shipping Oracle 11*i* to customers without having done any integration testing.

---

[134]    See Godwin deposition transcript, page 23.

[135]    See Wohl deposition transcript, page 150.

[136]    See Discovery Plan, page 8, dated 10 March 2005.

Declaration of Brooks Hilliard, dated 5/25/2007, page 65

The reason why Oracle 11*i* was still being shipped to customers without having done any significant integration testing more than four months after the Class Period had ended, was that *Oracle did not have the facilities needed to do the testing*. This is explained in a 9 July 2001 e-mail from D. Klaiss (a Senior Vice President in the ERP products area) to M. Barrenechea, R. Wohl and others, describing the fact that Oracle did not have a test environment set up capable of doing such testing in a comprehensive and rigorous manner, and stating:

> Today's situation is that we cannot test integrated business flows prior to customer shipment.  We are releasing new ERP & CRM Family Packs regularly but do not test them against each other–clearly a bad situation.[137]

Mr. Klaiss's complaint was amplified in an attached e-mail on the same date:

> At this time, we do not have a controlled environment where complete integrated systems testing for the whole ERP/CRM suite can take place.  The [demonstration system] environments are the only place where all of the code comes together, but they are too dated for systems testing of developing releases.  We have had to rely on limited 'rifle shot' tests for the key [Order Management] flows . . . but there is really a need for a more thorough and repeatable set of tests that can prove that all of the integrated flows.[138]

Another e-mail that started this chain (dated 4 July 2001, five days before being forwarded to Mr. Barrenechea and Mr. Wohl) came from Oracle employee H. Raman who explained why the missing ability was so crucial to the future sales of Oracle 11*i*:

> Objective of this email . . . To get an environment to system test ERP and CRM . . . This effort becomes critical with many customers now opting to buy [ERP-CRM] as a combination.  This testing will be beyond integration testing which

---

[137]    See NDCA-ORCL 056440.

[138]    See NDCA-ORCL 056440-41.

<u>may be a rifle shot through the system.</u>[139]

In his deposition Oracle's ERP Chief R. Wohl acknowledged the causality between the integration defects and the lack of testing Oracle 11*i* for the integration between the ERP and CRM modules, when he said:

> In terms of the interaction between the groups, clearly in retrospect as well, just as there should have been more testing of the ERP product stand-alone, there should have been more testing of the CRM product stand-alone, there should have been more testing of the boundary points between ERP and CRM, and there should have been better–there should have been better coordination of processes.[140]

Not only did Oracle lack the ability to test the integration of the ERP and CRM applications but, according to Oracle's Senior Vice President for Applications Technology C. Godwin, it had not even assigned any individual or any group to ensure that the critical ERP/CRM integration actually functioned properly.  During his 2006 deposition, when Mr. Godwin was asked whether any individual or group had responsibility for determining the ability of the ERP and CRM applications to "communicate with one another", he answered:

> I don't really understand.  There is no single person with that [integration testing] responsibility . . . that's not something that had a named responsibility and an associated person with it . . . there is no individual who is performing that specific task or group that is performing that specific task.[141]

---

[139]    See NDCA-ORCL 056441 (emphasis in original).

[140]    See Wohl deposition transcript, page 106.

[141]    See Godwin deposition transcript, pages 32-33.  Note: The specific questions were (a) whether G. Seiden (Oracle's nominal Vice President for Application Integration) was "responsible for developing how the various applications [in the E-

Declaration of Brooks Hilliard, dated 5/25/2007, page 67

Although Mr. Godwin, a Senior Vice President, had no understanding of the concept that some single person might have responsibility for ensuring that the E-Business Suite integration functioned properly, Oracle did have a Vice President of Application Integration, Mr. G. Seiden.  And Mr. Seiden did understand the concept.  But according to Mr. Seiden's 2006 deposition testimony–despite his "Application Integration" title–Mr. Godwin was correct; neither Mr. Seiden nor anyone in his application integration group was testing whether ERP and CRM "information could flow" between the two sets of applications.  He (Mr. Seiden) explained his failure to do the testing as follows:

> The bulk of my team was focused on ERP [rather than testing the ERP/CRM integration].  I was growing a CRM team [during the months that included the Class Period] . . . [b]ecause that's what we had done historically.  CRM was a new addition to the suite.[142]

Pressed further, Mr. Seiden admitted to doing some limited testing, but he continued to disclaim responsibility for anything resembling comprehensive testing:

> We did some testing of the integration between CRM and ERP, but ultimately we were just an audit group.  Testing was the responsibility of the individual product organizations.[143]

---

Business Suite] would communicate with one another", "who was responsible for that?", and "[w]as there a group with that responsibility?"

[142]     See Seiden deposition transcript, page 65.

[143]     Ibid, pages 67-68.  Note: He explained that the "testing" just consisted of identifying "eighteen to twenty key business flows" and running them.  According to Mr. Seiden, the results of these limited tests were compiled in what was referred to as the "smiley face bomb report" where "for each of the eighteen to twenty key business flows, its status would be marked with either a smiley face, meaning that the test went through successfully, some squiggly lines, meaning that there was an

Declaration of Brooks Hilliard, dated 5/25/2007, page 68

Oracle, and the individual defendants, clearly knew about the lack of integration prior to the Class Period because of the failure to do integration testing, but Oracle's Executive Vice President of North American Sales G. Roberts was made aware of it from his sales organization in the field as well.  Specifically, he received a 6 October 2000 e-mail from one of his regional sales managers that spelled out the integration defects they had observed in Oracle's own demonstration system:

> Simply put, all of our demo issues have to do with our key marketed strength, INTEGRATION . . . We cannot show what the customer wants to see when it comes to the combination of CRM and ERP . . . The product is the demo . . . In addition [the field personnel] are tasked with doing integration testing of ERP and CRM . . . something is broken . . . when fundamental product and integration testing appears incomplete prior to handing code to [the demo system].[144]

Two days later on 8 October 2000, he received another e-mail from Oracle Vice President G. Fitzpatrick, who was responsible for the Oracle 11*i* demonstration system, detailing specific integration defects occurring during customer demonstrations:

> The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from [demo] scripts . . . The lack of integration between [iProcurement] and Purchasing [at a Pier One demo] was inconvenient since we could not show the entire flow without using fake data . . . The need for an integrated demo is high.[145]

Another document showing that Oracle had knowledge of the lack of integration of

---

upstream bug that prevented them from completing the test, or a bomb, meaning that they encountered a bug directly in that test" (see Seiden deposition transcript, page 79).

[144]    See NDCA-ORCL 617112-14 (emphasis in original).

[145]    See NDCA-ORCL 619062-65.

Declaration of Brooks Hilliard, dated 5/25/2007, page 69

the Oracle 11*i* modules in advance of the Class Period is documented in a 23 October 2000 e-mail from a senior Oracle manager who was responsible for implementing major customers in Malaysia (including Silterra), who wrote:

> Generally the new modules are very buggy.  Culprits are [Advanced Planning and Scheduling, Order Management] and CRM.  <u>I think the products have not undergone any form of integration testing and</u> [they are] failing in this area . . . the patches are not well tested especially with other modules to ensure it does not impact the system.  Very often the patches break a heck of a lot of stuff.[146]

A 30 January 2001 e-mail exchange between CRM and ERP personnel describes an integration deficiency in the pricing functionality in the demonstration system that the ERP team was unwilling or unable to fix.  The CRM group wrote:

> [Please] provide an alternative solution to this.  If we cannot apply any more pricing patches required for CRM products impacted by ERP bugs, there is no way we can complete the build  . . .[147]

And the ERP group responded:

> It's important that . . . we coordinate patching with the appropriate leads so that we can we
>
> avoid applying unnecessary and potentially destabilizing patches.[148]

---

[146]     See NDCA-ORCL 056051-52 (emphasis added).  This same document describes the author, Chuan Yew, and his implementation group as follows "His team really is out on the cutting edge, they were the 2d live 11*i* client . . . [H]e is seeing it all.  His staff is strong, but not gurus.  In other words if they are struggling so hard, the rest of the world is also in deep pain. . . .  He really knows his stuff and one of his key customers is on the bleeding edge with 11*i*."

[147]     See NDCA-ORCL 078408-09.

[148]     Ibid.

Declaration of Brooks Hilliard, dated 5/25/2007, page 70

As stated above, as of July 2001, the demonstration system was the first place that ERP and CRM came together so that it could be determined whether their modules were integrated.  A 20 April 2001 e-mail to top ERP executive and corporate Executive Vice President R. Wohl, listed and gave detailed descriptions of 49 integration deficiencies that had been encountered with the demonstration system.  This was not a rigorous or compressive listing of all integration defects, just the ones that field personnel had encountered doing demonstrations for potential clients that needed the integrated functionality.  A selection of the defects described includes:

> 1.  [Oracle Sales Order] to Projects–immensely important in the [Engineer-to-order] market . . . 5. Depot Repair (Incoming Inspection]) to Quality–feedback to [Engineering] from [Quality Assurance] . . . 11. Contracts to Cost–how do you know this Contract has a positive margin? . . . 16. iStore/iSupport to [Purchase Orders]/Supplier Portal–Can't see drop ship info from [Purchase Orders] side in CRM . . . 23. Projects Integration: If companies treat their service/support organizations as a profit center, there is no true cost tracking . . . 25. If iStore is used to place an order into Order Management, change orders are not supported such as a cancellation, quantity increase, data change . . . 36. CRM's contracts module does not support a party of 'vendor' that is actually functional with Procurement . . . 44. Project Manufacturing scripts do not exist and CRM products do not reflect Projects at all . . . 47. Rentals: We can build a rental contract which supposedly is integrated with Billing.  We can: have the asset in Fixed Assets, store the asset in Inventory, and we can ship the asset using [Order Management].  Although we have the basic pieces, essentially, we need a lot of double entry . . .[149]

## 5.2.1 Oracle's internal assessment of 11*i* integration

The depth of the integration defects and deficiencies, and how they affected nearly every component of the Oracle E-Business Suite 11*i* is described in detail in an internal Oracle report completed more than a year after the end of the Class Period.

---

[149]    See NDCA-ORCL 617307-11.

As described in this report, these integration failures not only existed during the third quarter of Fiscal 2001, they still existed at the beginning of Fiscal 2003.  The report titled "E-Business Suite High Level Requirements Document" and dated 6 June 2002, was distributed to L. Ellison, S. Catz, R. Wohl, S. Giacoletto and numerous other Oracle Vice Presidents and Directors.

The internal report detailed specific deficiencies in the development and functionality of the Oracle 11*i* E-Business Suite and outlines particular purported capabilities, including integration, as ones that simply did not work and that the software apparently was never built in such a manner that it could work.  Some of the failures outlined in the report were among the key product benefits being marketed to prospective customers:

> Currently the E-Business Suite contains two item master definitions (Inventory and iProcurement) . . . This is causing synchronization issues . . .

> We need a single unified eBusiness solution . . . referenced in [Product Data Exchange], iSupport and Quality Online . . . [so that customers would not have] one system for developing a product and another one for maintaining it.

> There are several planning/scheduling engines [in nine different modules] in the ERP- and CRM-Suite . . . Sometimes [they] are running separately . . . creating independent results.  Conflicts could result in Planning/Scheduling of resources between . . . internal and external activities . . . two internal activities . . . [and/or] two external activities.

> Companies should ideally be able to track cost not only for development of a product/service, but the costs throughout the whole lifecycle . . . [but that] would require a unified definition of foundation elements . . . which is defined for CRM . . . but [has] a different and mutually exclusive definition in Projects . . .

> Specifically within [the Asia Pacific region], lack of Multibyte support[150] across the

---

[150]     "Multibyte" is a way of coding the complex characters used by Japanese, Chinese and other Asian languages, requiring at least two bytes for every character

various front-office systems . . . [prevents use of Asian character sets in the] Global Contact Database

Unlike Oracle Manufacturing, [Contracts] cannot identify accrued costs against a Contract over time . . . [so that customers can see] Contract Price / Value compared to Billed to Date, compared to Actual Cost to Date, by Contract, by Contract Category, by Customer, . . .

The capabilities to perform an integrated planning (sic) in the E-Business Suite is broken . . . [Sales forecasts] are not able to be transmitted to the Forecasts used in Demand Planning, or Manufacturing Planning . . . customers [who use forecasts for planning] have to manually rekey the information entered in CRM into [ERP] . . . totally undermining our "integrated Suite" message . . .

[B]udget and funds control functionality [is] spread across [eight different modules of] the E-Business Suite . . . sometimes the integration between the various modules is lacking.

iLearning is currently not fully integrated with the E-Business Suite, and even some of the basic integrations (i.e., iLearning <> HRMS) is not completed . . .

Customers want the ability to track quality issues in the installed base, ie are particular components or model items failing regularly, can we predict the chance of failure . . . we would need to integrate Oracle Quality to the Installed Base to leverage the powerful inquiry & reporting features of Oracle Quality.

Currently there are two technology frameworks used for the CRM-side and the ERP-side of the E-Business Suite . . . CRM development is using [Java] and the ERP Development is [using Oracle's proprietary] OA Framework . . .

Within the different teams (CRM/ERP) the development is [using] different [User Interface] Strategies . . . .[151]

---

instead of the single byte that is sufficient for English and most European languages.

[151]    See NDCA-ORCL 069907-39.

Declaration of Brooks Hilliard, dated 5/25/2007, page 73

In the introduction to the report, the authors make the point, obvious from the nature of the deficiencies listed above, that:

> [These are] fundamental gaps, inconsistencies or duplication of effort . . . serious enough [that they] should be prioritized and addressed by [Oracle] development. [152]

Yet, in spite of the fact that the defects and deficiencies described in the report had been in existence since the introduction of the product through the end of the Class Period and beyond (i.e., the report describes the structural basis for most of them, meaning they could not have been recent), as of well over a year after the end of the Class Period, they were still in need of repair.

As extensive as the scope of the integration defects and deficiencies described in the "E-Business Suite High Level Requirements Document" were, and the fact that they still existed months after the end of the Class Period, most of them are not disputed by Oracle management.  Indeed many of them were even acknowledged by Oracle CEO L. Ellison in his deposition testimony regarding the report:

> . . . [N]ot all the pieces [of Oracle 11*i*] worked together as well as they could have, and we had to constantly make improvements, and  we were constantly making improvements, and *this document helped us pinpoint some of the things we had to work on* . . . one of the things they are pointing out is an integration failing.  It's really not an integration failing at all.  It's a–the fact that a feature is just missing.  Therefore, *using that plug [and play] analogy, you know, there would be the receptacle but no prong in one of the plugs, just– it was a pretty new product.  You know, the plug wasn't complete.*[153]

---

[152]      See NDCA-ORCL 069913.

[153]      See Ellison deposition transcript, pages 534-35 (emphasis added).

## 5.2.2 Customer experience with Oracle 11*i*'s lack of integration

The lack of integration in the Oracle E-Business Suite 11i was evident not only to the Oracle personnel who were trying to demonstrate it, but also to the many Oracle customers who were trying to implement and use the applications in their businesses.

The lack of an adequate integration testing environment at Oracle, even a full year after the May 2000 Oracle 11i release, resulted in Oracle's customers (during the Class Period and beyond) having their implementations become an unplanned integration test.  This is reflected in a 23 May 2001 e-mail (more than one year after Oracle 11i was released to customers) sent to several of the most senior Oracle executives when Oracle Quality Vice President C. Kendig wrote about one specific Oracle 11i customer, Yale University:

> Yale is generally happy with the response to issues involving [General Ledger] and [Accounts Payable], however, problem resolution time for [the education industry modules] is just too long/painful for them.  *Integration testing is what is taking so much time*.[154]

## 5.2.3 Summing up

In my experience, Oracle was correct to emphasize the value of integration to potential buyers of ERP and CRM software.  It is crucially important to companies, when different departments need to have access to common data, that they can rely on their systems to ensure that everyone has access to the very same data and that the data is current.  Where Oracle's planning and execution went wrong (and what caused its representations to be false and misleading) was a nonsequitur it was using to sell the Oracle 11i product, that saying "Software is integrated" and is the same thing as saying "software is designed [or engineered] to be integrated".  Specifically,

---

[154]    See NDCA-ORCL 621302 (emphasis added).

- The statement, "Oracle 11*i* is integrated", often made by Oracle before and during the Class Period, was (as experienced by its users) false.

- The statement, "Oracle 11*i* is designed [or engineered] to be integrated", made from time to time with little explanation (whenever questions were raised about the first statement) was misleading.

The reason the second statement was misleading was that it broadly and falsely implied that the "Oracle 11*i* is integrated" statement was true.  The connection between the two statements is Oracle's implied, but false, assumption that--without testing or quality assurance --if all of the component parts of the Oracle E Business Suite used the same database and the same development tools and coding rules (which, as it turned out, the ERP and CRM groups did not uniformly do), the commonality of the data would just fall into place.

Based on my review of the empirical evidence recounting all of the integration defects that turned up in the demonstration system and in customer sites, in combination with my business software experience, it is my considered and unequivocal opinion that Oracle's assumption was wrong.  Furthermore, this was an assumption that Oracle had to have known would be wrong from the outset, but ignored in its haste (as described by Mr. Ellison in "SOFTWAR" commentary) to comply with customer demands to ship the software as soon as possible.  Having worked in software development myself (albeit many years ago), I learned in my earliest years that just because the software tools and facilities are in place to reach some goal (in this case the goal being the integration of the entire E-Business Suite), does not ensure that two or more disparate developers or development groups will use those tools and facilities in such a way that the goal is met.  The only way, in my experience, to ensure that the goal is met is to test and do rigorous quality assurance.[155]  Because Oracle failed to do this, the predictable result was

---

[155]    Note: It is customary, when testing a complex software product such as Oracle 11*i*, to do both "unit testing" (i.e., testing each module individually to ensure that it operates as specified) and "integration testing" (i.e., testing to ensure that when the modules are executed together, all of the logical and necessary interfaces

Declaration of Brooks Hilliard, dated 5/25/2007, page 76

that it failed to deliver the integrated product it promised and that its customers relied on it to deliver.

and data dependencies operate as specified).  I found little evidence to indicate how much unit testing was done (but do not doubt that some was).  However, it was clear that no significant integration was done at all, for two reasons: (a) no adequate integration test environment was available, and (b) no individual or group had assumed responsibility to ensure that it was satisfactorily completed.

## 5.3    Opinion #3:

> *Starting with the announcement of the commercial availability of Oracle 11i in May 2000, and continuing from the beginning through the end of the Class Period, Oracle and the individual defendants made public representations about the quality of the Oracle 11i E-Business Suite.  Specifically, Oracle and the individual defendants consistently represented and promoted the availability of the product for normal commercial use.  However, Oracle knew or should have known that the Oracle 11i Suite of software shipped to customers (and all or most of its components) was so unstable and unsupportable, and its performance was so inferior that the product could not be considered of commercial quality and ready for commercial use in a "live" environment.*

When Oracle or any other software developer releases a product, as Oracle did with Oracle 11*i* in mid-2000, the term "release" has a well understood meaning to customers and to those who follow the business software industry.  It means that the software is of normal deliverable quality and ready for delivery and use, which is fully consistent with Oracle's May 2000 Oracle 11*i* announcement and subsequent statements by Oracle's senior executives.  However, the evidence that I have reviewed shows not only that the Oracle 11*i* software quality was unacceptable and below prevailing commercial standards, but that Oracle and its key executives knew of its inferior quality and did nothing that significantly improved the quality through at least the end of the Class Period.

Throughout the discussions of this opinion, I have used the term "commercial quality" to describe the minimum quality level at which a business software product must perform in order to be usable by typical business customers, consistent with the custom and practice of the industry.  Because of the differences between the needs of different types of business software customers, there is no formal and universally accepted standard or reference authority that provides metrics to measure such quality, however, it is my experience that an overwhelming consensus of computer industry professionals could reach a consensus that software, in order to be of "commercial quality", must provide a level of reliability and functionality

Declaration of Brooks Hilliard, dated 5/25/2007, page 78

suitable for commercial usage for the purposes it is promoted and sold to perform. For example:

- Software that is sold to do business accounting must be capable of maintaining accounting records that meet the standards required for accounting certification appropriate to businesses of the size and complexity it is sold to (e.g., in the United States this would be Generally Accepted Accounting Principles);

- Software that is sold to manage inventory, must (among other things) be able to maintain reliable and accurate inventory records; and

- Software that is sold, for example, to be used by call center personnel (often referred to as customer support or sales representatives, or CSRs) must perform fast enough (for a full-complement of users) that the CSRs can interact smoothly with callers, without being unduly delayed waiting for the system to respond to their inputs and inquiries.

In addition, all software must be able to operate reliably enough that business users can depend on it to perform its functions when they need it to. This does not mean that the software must be perfect . . . only that it performs at a level of reliability sufficient to meet the business needs it is sold to meet. Since Oracle 11$i$ was widely marketed to businesses of all sizes, in a wide variety of industries in the United States and worldwide, I have used the expressed needs of these actual Oracle 11$i$ customers as the standard.[156]

This definition of "commercial quality" is fully consistent with Oracle's own definition of quality, as expressed by Oracle CRM Chief M. Barrenechea in his 2006

---

[156]     In a few instances, if–in my professional judgment–I felt that a particular Oracle 11$i$ customer's expressed needs were significantly more demanding than would be typical for a business of its size in its industry, and if Oracle had no way of knowing this before selling Oracle 11$i$ to that customer, I have relaxed my interpretation of what would be acceptable quality accordingly.

deposition.  In his testimony, he defined what he called "viable software in the marketplace" (which is, for all practical purposes, the same as what I call "commercial quality") in the following way:

> [Viable software in the marketplace means] the product was of, you know, sufficient merchantability to sell in the marketplace . . . the quality of general availability . . . it's tested, that it's functionally complete, documented.  It's in a position to be sold, in a position for customers to go live on.[157]

It should be noted that my opinion on the quality of the Oracle 11*i* product is based on the severity and the criticality of the software defects (i.e., bugs) in the Oracle 11*i* software, not on the sheer number of such defects alone.  This evaluation is quite similar to the approach that Oracle CEO L. Ellison told "SOFTWAR" author M. Symonds in January 2002, where he says:

> I don't really care about the defect I care about how many people are having problems with the product[158]

However, I have considered the sheer numbers of defects in cases where:

1. Actual Oracle 11*i* customers were aware of the publicized number of such defects,

2. Those customers were experiencing significant implementation and/or usage problems as a result of such defects, and

3. Those customers were complaining to Oracle that the problems they were experiencing and the publicized number of defects was unacceptable to them.

I have considered this to be clear evidence that the software was below the

---

[157]    See Barrenechea deposition transcript, page 233.

[158]    See NDCA-ORCL 1529159.

Declaration of Brooks Hilliard, dated 5/25/2007, page 80

minimum acceptable standards of commercial quality.

There are numerous examples of how the Oracle 11*i* product was not ready for commercial use.  The following examples address the issues of (a) stability (the absence of software defects and the ability of the software to operate continuously without failing), (b) supportability (the availability, knowledgeability and responsiveness of the product support personnel available to provide implementation and post-implementation assistance) and (c) performance (the ability of the software to operate at a speed fast enough that the intended users can adequately perform the intended tasks).  In fact, as established by Oracle's own records, the Oracle 11*i* E-Business Suite was deficient in all of these areas during the Class Period and Oracle's top executives knew this.

### 5.3.1 Oracle 11*i*'s instability

The term "stability" is widely used in the computer industry to characterize whether a software product is free of software defects that could cause a program to either (a) produce erroneous results or (b) "crash" (i.e., to stop abnormally).  The following examples show that Oracle management and the individual defendants were aware that the 11*i* E-Business Suite had debilitating stability deficiencies throughout the Class Period and beyond.

Leading up to the Class Period and through its end, Oracle had one executive whose responsibility was product quality, Charles Kendig, the Oracle Vice President of Quality for the Service Industries[159] reporting to  Oracle Executive Vice President and member of the Oracle Executive Committee, J. Nussbaum.[160]  As the sole senior

---

[159]     See Kendig deposition transcript, page 52.

[160]     See NDCA-ORCL 607747-48 and Nussbaum deposition transcript, page 60.

Declaration of Brooks Hilliard, dated 5/25/2007, page 81

quality executive in the entire corporation,[161] Mr. Kendig had an important and unique perspective within Oracle's management team as what I would consider the quality conscience of the company. Thus, when Mr. Kendig freely acknowledged in his deposition testimony that there were quality deficiencies with Oracle 11*i* and the fact that software defects were responsible for them, his view demands serious consideration. He stated that succinctly, as follows:

> . . . there were a lot of things going on that people thought there were bugs. There were a lot of bugs. It was buggy software.[162]

Oracle CEO L. Ellison had basically the same reaction as Mr. Kendig. In a transcript of his interviews by M. Symonds in January 2002, preparing for what would ultimately become the book "SOFTWAR", Mr. Ellison said:

> [In late 2001] I invented the phrase "brand damage", basically to emphasis how serious an issue this was that we had to have a get out of the box experience . . . we just had keep working on getting rid of bugs and mainly making it much easier to install and much more standard and much more standard software and focus on quality, quality, quality . . .[163]

> . . . our stuff needs to not break all the time . . .[164]

---

[161]    According to Oracle Group Vice President for Customer Support for the Americas, R. Sellers, Mr. Kendig was "the only [quality manager] in the corporation" (see Sellers deposition transcript, page 120). This is basically the same as Mr. Kendig's own testimony who, when asked whether there were any other Vice Presidents of Quality at Oracle, answered "There were not" (see Kendig deposition transcript, page 48).

[162]    See Kendig deposition transcript, page 130.

[163]    See NDCA-ORCL 1529157.

[164]    See NDCA-ORCL 1529175.

Declaration of Brooks Hilliard, dated 5/25/2007, page 82

> I thought by leaving it 1 more year in tests it wouldn't get any better . . . The big mistake I made was delivering it to existing customers with upgrade rather than to new customers . . . all the problems we've had, have been with the upgrades . . . I hate to use the word test but to refine, to fix bugs and fix functional gaps and a lot of things we've been doing with 11*i* and not just this bug business, it's been filling in functional gaps.[165]

Two years later, in the first half of 2004, Mr. Kendig made a presentation to Oracle's senior staff members[166] acknowledging the severe quality deficiencies during calendar year 2001, which includes the Class Period:

> [Calendar Year] 2001–Spent Reacting to the Issues–1by1 . . . Big Quality Blackeye for Oracle.[167]

Mr. Kendig was not alone in this assessment.  In his 2006 deposition, Oracle ERP Chief R. Wohl expressed the same conclusion:

> . . .[I]n the early days of 11*i* there were too many bugs . . . and that caused some number of customer issues.[168]

> . . . What I believe now is we had too many bugs in the ERP side of things, and there were flaws in the development processes. . .[169]

The instability of the Oracle 11*i* product as a whole carried over to the demonstration package, which (according to an internal e-mail from Oracle 11*i* ERP Chief R. Wohl dated 20 October 2000) was hurting Oracle 11*i* sales in competitive

---

[165]    See NDCA-ORCL 1529279–80.

[166]    See Kendig deposition transcript, pages 324-27.

[167]    See NDCA-ORCL 621428.

[168]    See Wohl deposition transcript, page 88.

[169]    Ibid, page 105.

Declaration of Brooks Hilliard, dated 5/25/2007, page 83

situations in large accounts.  The e-mail detailed seven specific prospective Oracle 11*i* customers where instability was to blame for the deficiencies being encountered, including:

> . . . 5 system hangs during the one day demo . . . the system would hang for no explainable reason . . .  drop ship functionality was not working . . . connection losses every fifteen to thirty minutes . . . [during the use of] java-based applications.[170]

In an e-mail, forwarded to top Oracle executives including M. Wohl and R. Barrenechea, Oracle customer Ingersoll Rand wrote:

> The system is running in an Oracle center, managed by Oracle DBA's and Oracle Unix people, and supported by on-site Oracle consultants.  Yet we cannot get the software to function.  We have little confidence in Oracle's ability to provide a stable working environment . . . Our on-site consultants are spending valuable time debugging the software instead of working on project activities.[171]

In early November of 2000, the stated "Main Issue" at an Oracle North American Sales meeting was that Oracle 11*i* had:"

> No live sites . . . The instability of 11*i* CRM code is putting Oracle behind Siebel . . . Product Quality needs to improve particularly around Sellingpoint and iStore.[172]

---

[170]     See NDCA-ORCL 617806-09.  Note: Although some of the defects described in this e-mail were stated as being attributable to data communications or network deficiencies (which would not normally be caused by software defects), the ones quoted experienced the instability during demonstrations at Oracle offices.

[171]     See NDCA-ORCL 039549-51.

[172]     See NDCA-ORCL 617456.

Declaration of Brooks Hilliard, dated 5/25/2007, page 84

The agenda even includes a quoted e-mail from the Executive VP of an Oracle customer, who wrote:

> . . . the product is not fully developed, and is being developed on the fly by your support and development organization . . . I am irate.[173]

In a 9 November 2000 e-mail to his seniors in the Oracle sales organization, an Oracle account representative wrote about three customers he was responsible for:

> We have escalated all the way to Ron Wohl who has been involved directly but Oracle can not get the release to be stable.[174]

The quality deficiencies that Oracle 11*i* encountered during the Class Period could not have been a surprise to the company since only a month before (15 November 2000) its most senior executives for the ERP and CRM applications were bickering (in e-mails between them) about which one of their applications was creating more problems for the other one.  M. Barrenechea wrote to R. Wohl:

> The bug counts are at an 11 week high . . . Over 100 P[riority]1 and P[riority]2 issues that must be resolved in 10 days . . . Find/Fix ratios have not declined in two weeks . . . No real performance testing . . . The 11.5.2 upgrade CD has been broken until this week.

And R. Wohl replied to M. Barrenechea:

> The way your team can help the most is by fixing your 2 products' bugs with as few remaining patches as possible . . . Those issues labelled [sic] p[riority]2 are by definition . . . not needed for December.[175]

---

[173]     See NDCA-ORCL 617456.

[174]     See NDCA-ORCL 101671.

[175]     See NDCA-ORCL 024862-64.

CFO Henley acknowledged the stability deficiencies with Oracle 11*i* again approximately three months after the end of the Class Period, in his Fiscal 2002 Budget presentation which read:

> 11*i* e-business suite instability issues . . . Took one full year to stabilize.[176]

A 26 December 2000 e-mail from Area Vice President M. Cochran that was forwarded to L. Ellison the following day described a problem with a major Oracle 11*i* customer (Paxar) which stated that

> . . . Paxar's Vice Chairman first expressed his dissatisfaction with the 11*i* quality and stability . . . [resulting from] hundreds of patches and a significant number of severity 1 bugs which prevented . . . acceptance testing [and leading to] Paxar . . . refusing to pay [the contracted] $1.8 [million dollar] license fee . . .[177]

The software deficiencies were confirmed by Oracle's Executive Vice President for Technical Operations M. Rocha, who acknowledged that when he assumed responsibility for Oracle product support in December 2000 or January 2001, that:

> . . . there was a tremendous backlog, and that needed to be fixed.  That was a problem I inherited with the rest of the problems.[178]

In January 2001, Oracle CFO J. Henley wrote himself an e-mail:

---

[176]    See NDCA-ORCL 190255.  Note: Although this PowerPoint presentation is not dated, it would naturally have been done around June 2001, when the 2002 fiscal year began, and must have occurred in that time frame to have been able to refer to a year of history for Oracle 11*i*,  which was not introduced until May 2000.

[177]    See NDCA-ORCL 039325-27.

[178]    See Rocha deposition transcript, pages 17 and 155.

Declaration of Brooks Hilliard, dated 5/25/2007, page 86

[Oracle] 11*i* is much more stable than in [October-December 2000] . . .[179]

Defects at the highest priority level plagued the Oracle 11*i* software in the Microsoft Windows NT environment, according to an R. Wohl e-mail dated 24 January 2001:

. . . our [Priority 1] NT problems are still not resolved despite having persisted for months.  We've had to repeatedly advise NT customers to delay go live [and they] are livid with us.[180]

Among the numerous documents and Oracle executives' admissions in deposition testimony acknowledging the early defects in the Oracle 11*i* software during the first year after the product's introduction, Mr. E. Sanderson, Executive Vice President for Oracle Consulting Services (the Oracle division with direct in-the-field responsibility for assisting Oracle 11*i* customers in their implementation projects), acknowledged in a presentation to Goldman Sachs *in mid-February 2001* that:

. . . with the Release 3 of 11*i*, **_we_** [Oracle] **_think we now have got a product that is clearly stable_** and meets the needs.  And we just launched that at the end of January [2001].[181]

It is noteworthy that this tentatively stated prediction by Mr. Sanderson turned out to be significantly premature, as explained below, in that while Release 3 may or may not have fixed some of the defects in the Oracle 11*i* software, numerous defects remained.  The Oracle 11*i* software remained unstable, and the commitments made at the time of the software launch remained unfulfilled for several months (or

---

[179]     See NDCA-ORCL 03418.

[180]     See NDCA-ORCL 221215.

[181]     See NDCA-ORCL 03299 (emphasis added) and Sanderson deposition transcript, pages 452-53.  The presentation script document is undated, but Mr. Sanderson acknowledged in his deposition that it was presented to Goldman Sachs on approximately 13 February 2001.

longer) after that January 2001 release.

In a 22 February 2001 e-mail, Oracle CFO J. Henley acknowledged that software releases up to that point in time had stability deficiencies, stating:

> I think [version] 11.5.3 will be better and more stable‚hopefully it will be enough although I'll be[t] you'll need [version] 11.5.4 to really get to ideal stability. . .[182]

On the same date, 22 February 2001, even Oracle Financials 11*i* was experiencing bugs with arithmetic calculations in basic accounting reports, as reflected in an R. Wohl e-mail on that date:

> [These bugs] are keeping us from reconciling [Accounts Payable] to the [General Ledger] . . . Negative amounts showing in Trial Balance . . . Monthly withholding report doesn't match with [Accounts Payable] Trial Balance or [General Ledger] . . . [Accounts Payable] Trial Balance not reporting correct data. . .[183]

Some Oracle 11*i* customers continued attempting to implement the product even though they were experiencing huge numbers of software "patches", as evidenced by a 3 March 2001 e-mail following a less than satisfactory meeting between Oracle and Paxar, one of Oracle's "Major Oracle 11*i* Escalated Customers", which stated:

> . . . [Oracle has] caused a minimum five months of delays . . . We cannot complete conversions due to bugs.[184]

This is confirmed and amplified in a 27 March 2001 e-mail:

> Paxar is implementing [Order Management], [Advanced Planning and Scheduling] and configurator . . . Implementation ([Order Management]

---

[182]   See NDCA-ORCL 061306.

[183]   See NDCA-ORCL 052567.

[184]   See NDCA-ORCL 147820-22.

Declaration of Brooks Hilliard, dated 5/25/2007, page 88

> especially) has been problematic due to large number of patches (330+) and they are 7 months behind schedule.  No integration testing has even been done yet so all problems have not been uncovered.  The number of critical TARs is increasing, not decreasing.[185]

Mr. Ellison was aware of defects halting 11*i* product deliveries, as described in an 8 March 2001 e-mail he wrote to S. Catz and R. Wohl:

> We are still having very significant problems with the 11*i* roll out of Indirect Procurement . . . They have caused us to halt the continuation of the roll out until they are fixed.  I'm having a difficult time keeping the business motivated to go forward.[186]

Oracle 11*i* was experiencing stability deficiencies even in simple implementations, also as described in the 27 March 2001 e-mail where it describes the situation at Kyocera Mita America, another one of Oracle's "Major Oracle 11*i* Escalated Customers":

> Mita is implementing [11*i*] Order Management, Purchasing/Procurement, and Service (tele-service, service online, spares management, contracts), and Financials . . . Mita has been trying to install software since March 3rd and they do not yet have a stable environment.  The issue is a large number of patches, prerequisite patches, and minimal instructions.  *The implementation is a plain*

---

[185]     See NDCA-ORCL 617280.  Note: The term "patches" refers to short-term repairs to software defects, "integration testing" is a specific type of testing that is done to ensure that multiple modules (which may work individually) work properly together, and "TARs" is Oracle's acronym for "technical assistance requests", which are customer problem reports.  If Oracle 11*i* were a stable product in March 2001, the number of TARs would normally be decreasing rather than increasing.

[186]     See NDCA-ORCL 053228.

> *vanilla implementation*."[187]

By the end of March 2001, CRM had started doing regular report e-mails to L. Ellison, E. Sanderson, M. Barrenechea, R. Wohl and other high ranking Oracle executives, showing the status of its highest priority and most highly escalated customer problems, including:

> Bell South . . . performance . . . Forms Lockup
>
> Cellulares Telefonica . . . iStore . . . iSupport
>
> Franklin Covey . . . iStore
>
> Toshiba Medical Systems . . . [Oracle Contracts] . . .[Order Management]
>
> Xerox . . . Sales Compensation
>
> Canon [Asia Pacific] . . . Service, Contracts . . . Sales Compensation
>
> Epicenter [Asia Pacific] . . . eMail Center
>
> Hitachi . . . Sales Online . . . Spares [Management]
>
> Posco . . . Support
>
> Value Vision . . . Order Capture[188]

Even a customer that had previously endorsed Oracle 11*i* as a speaker at Oracle's AppsWorld conference in February 2001 was experiencing stability deficiencies a

---

[187]    See NDCA-ORCL 617281 (emphasis added). Note: The term "plain vanilla" refers to an implementation without custom software modifications, but despite this it is notable that the instability still existed and large numbers of patches were still required.

[188]    See NDCA-ORCL 054235-44.

Declaration of Brooks Hilliard, dated 5/25/2007, page 90

few months later, as evidence by a 4 April 2001 e-mail to a senior Oracle sales executive, G. Roberts:

> Bank of Montreal . . . is an important reference for us (AppsWorld speaker) and an excellent prospect for future business.  They are experiencing a number of problems with iStore.  The number of patches . . . has led to a cost overrun which the customer does not want to bear.[189]

Mr. Kendig, Oracle's Quality Vice President, considered himself an "ombudsman" for Oracle customers.[190]  As such, he sent a 5 April 2001 e-mail to several senior Oracle executives (including M. Rocha and J. Nussbaum) forwarding an e-mail he had received from an anonymous Oracle employee (obviously judging it accurate enough to merit consideration) regarding the experiences of Oracle customers upgrading from version 10.7 to 11*i*, which included the following:

> Product Quality is THE primary issue . . . You [Kendig] said it yourself, 'For example, they recently were given an HR patch that did not work . . . The time has come to admit that in Oracle Applications the 'king has no clothes'  There are in excess of 500 customers on 11*i*.  Can we name one, five, fifty[,]  five hundred that has successfully implemented ERP and/or CRM in production?[191]

In a 14 May 2001 e-mail sent to C. Kendig by Oracle's Vice President for State and Local eBusiness applications, Oracle employee D. Natelson described the situation at Oracle customer San Diego County (during the Class Period and beyond), described as "on[e] of our most important state/local accounts", as follows:

> [San Diego County] upgraded from 11.0 to 11*i* when 11*i* was shipped and *we have been fighting 11i fires all year* . . . We faced some serious pressure from

---

[189]   See NDCA-ORCL 617279.

[190]   See Kendig deposition transcript, pages 209-10.

[191]   See NDCA-ORCL 121624-25.

Declaration of Brooks Hilliard, dated 5/25/2007, page 91

> [San Diego County] in Q1 because our software didn't work and they had certain conference room pilot milestones to meet.  At some point, too many bugs just cannot be overcome.  We are not at the point where the customer is exercising the real system . . . as we enter Q1FY02, more and more customers are going to reach this point of their implementation . . . failed implementations are putting us out of business in [the state and local government industry].  You can only hide them so long.[192]

Another major Oracle customer, Yale University, was experiencing similar quality deficiencies in the same period, from the Oracle 11*i* introduction through the Class Period and beyond, as described in a series of e-mails during May and June 2001 relating to Yale's demand for a significant monetary concession from Oracle.  Yale described the defect as follows:

> In June, 2000, we began [an upgrade process from version 10.7 to 11*i*] . . . At that time, neither organization expected the project to last more than six months . . . [but by May 2001] it has not yet resulted in an R11*i* application suite that is ready for implementation . . . It appears, based on current testing progress, that our upgrade suite will not be ready before July, and could even slip into the fall.[193]

C. Kendig described the situation as follows:

> Product quality is the preeminent issue for Yale . . . The quality of the software has caused Yale to incur high costs . . . schedule slips and instability of product . . .[194]

In another e-mail during the same period, C. Kendig elaborated on the issue:

> . . . Yale believed the work would be completed within 3 months and we're still working on it 11 months later . . . Yale is very concerned about the quality of our

---

[192]   See NDCA-ORCL 121280-82 (emphasis added).

[193]   See NDCA-ORCL 621290-91.

[194]   See NDCA-ORCL 621274.

Declaration of Brooks Hilliard, dated 5/25/2007, page 92

products.  Thirty-eight percent of the patches they receive from us are faulty.[195]

The instability of the Oracle 11*i* product affected Oracle's resellers, the sales channel best equipped to reach the SMB (i.e., Small and Medium-sized Business) market where much of Oracle's future growth was expected to come from, as much as from its large customers.

In an 11 December 2001 e-mail–well after the end of the Class Period–sent to a financial analyst at Morgan Stanley (who forwarded it on to R. Wohl and M. Barrenechea at Oracle), an Oracle customer wrote:

> Is our disastrous experience with Oracle 11*i* typical? . . . We have [several of the ERP and CRM modules with] several customizations . . .  but in most cases our modules are fairly out-of-the-box . . . we have been extremely disappointed with the quality of the software . . .[196]

In a 22 March 2002 e-mail to three very senior Oracle executives, L. Ellison acknowledged that Oracle 11*i* still had significant quality deficiencies a year after the Class Period had ended, when he wrote:

> Our top priority is to get Oracle users [who] are 'delighted' with the quality and functionality of our CRM products . . . The biggest problem is missing features as opposed to *show stopper bugs*.  (There are a few of those as well but they are much easier to fix.) . . . We cannot remain in denial . . .[197]

---

[195]    See NDCA-ORCL 621295-97.

[196]    See NDCA-ORCL 061302.

[197]    See NDCA-ORCL 059745-46  (emphasis added).  Notes: (1) The reference is to "show stopper bugs" (which one would not expect nearly two years after product introduction, particularly if they were so easy to fix), not ordinary bugs. (2) According to two senior Oracle executives, a "show stopper" bug is "A very important bug that will stop the show.  I mean, something that needs to be fixed in

### 5.3.1.1  Instability in Oracle's own implementation

Even Oracle's own 11*i* implementation was experiencing instability.  Oracle CFO J. Henley was concerned about this possibility even before the implementation began, as he wrote in an e-mail in October 2000, specifically relating to the Oracle Sales Online, the portion of Oracle 11*i* that Oracle used to track new sales:

> We hear it's all new code for [Oracle Sales Online].  Historically this requires longer testing to identify and resolve bugs . . . As of today we still don't have a test system and only have a week and one-half for testing.[198]

As the implementation approached on 1 December 2000, M. Barrenechea wrote an e-mail to L. Ellison with a dire warning:

> My team feels the Dec 15th is wacko and I received the threat of two resignations today . . . Worst case scenario: –Dec 15th is not real–People resign–People work straight through the holidays (another one)–I piss off [Ingersoll Rand, Xerox and NCR by stopping work supporting them] when I do not have to–We deploy some time in Jan, or even beyond that.[199]

As the implementation got closer on 6 December 2000, Oracle's Senior Vice President for Service Industries R. Police wrote an e-mail stating his concern that it had not been tested thoroughly enough to begin implementation:

> Every sales organization has currently outstanding testing issues.  The largest issues evolve around the application/system not giving the [User Acceptance Testing] teams the ability to complete the acceptance testing . . . this is the most

---

order to move forward to the next step" (see Wohl deposition transcript, page 241), or a bug that is "impeding progress in some area of an implementation" (see Fletcher deposition transcript, page 109).

[198]     See NDCA-ORCL 040638-40.

[199]     See NDCA-ORCL 308087.

> critical area to have tested . . . there is a concern over the above point.[200]

Once implementation began, the defects Mr. Henley predicted began to occur, as described in his e-mail to S. Catz (and forwarded to L. Ellison) on 9 January 2001:

> Subject: Re: GSI[201] Call . . . Self-Service [Applications] $ Was down for 3 hours . . . QuoteBuilder is still down, booking those orders in [Order Management] . . . Project Accounting $ Slow Concurrent Manager is impacting productivity . . . Collections at 50% of normal due to sluggishness.[202]

The results of the GSI implementation turned out far worse than any of these warnings could have predicted; as Mr. Barrenechea recounted in "SOFTWAR", the company endured a catastrophic 14-day failure which led to lost revenues totaling at least $30 million:[203]

> So we upgraded, and Oracle went down. We were down for fourteen days. For fourteen days that January, Oracle could not [accept] a single order. It was frightening . . . At that point I became acutely aware of the customer dissatisfaction . . .[204]

A series of e-mails between M. Barrenechea and R. Wohl (and copied to L. Ellison), dated 22 February 2001, showed that the defects were still persisting six weeks

---

[200]    See NDCA-ORCL 086728.

[201]    GSI ("Global Single Instance") is what Oracle calls its own implementation of Oracle 11*i* on its own servers for its own use.

[202]    See NDCA-ORCL 610546-48.

[203]    See NDCA-ORCL 190268.

[204]    See "SOFTWAR" by Matthew Symonds with commentary by Larry Ellison, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, page 196.

later, causing Oracle not to be able to track its revenues:

> [We] are not long releasing revenue numbers (or numbers of any kind) . . . GSI was down for 2 half-days in the last 2 days.[205]

## 5.3.2 Unacceptable support for Oracle 11*i*

It is widely recognized among buyers of business software that one of the major characteristics that distinguishes the quality of "Tier 1" software products (e.g., products from software companies such as Oracle and SAP) from their "Tier 2" and "Tier 3" competitors is the understanding that these top quality products will not only have good performance and stability, but that they will include full user documentation and be backed by ample support staff that was adequately trained and qualified to provide accurate and timely product support.  Any deficiencies in these areas are just as serious, in terms of a product's readiness of implementation, as software defects or poor performance.  In order to meet the minimum acceptable level of supportability (i.e., to be of commercial quality), the software developer's support personnel must, at a minimum: (a) be trained and knowledgeable about the products, (b) be available in sufficient numbers to ensure that implementations are not delayed and live users can get reasonably rapid and accurate responses to high priority questions and problems,[206] and (c) be staffed and organized to answer customers' support requests promptly and to begin providing support rapidly,

---

[205]    See NDCA-ORCL 052556-57.  Note: R. Wohl explained that 22 days down time was due to a database bug, but this is a bug affecting *Oracle* application software running on an *Oracle* database.

[206]    Oracle and most other software firms classify the urgency of customer problems on a priority basis, with the highest priority being those problems that halt operations, the second level priority being those problems that significantly impede or disrupt operations, third level priority being those problems that cause minor disruptions and the lowest level being those that cause inconveniences.

consistent with the priority of the request.

The following examples show that Oracle management had many warnings about support problems before the Class Period began, and then kept aware that the support for Oracle 11*i* did not meet minimally acceptable levels throughout the Class Period and beyond.

- During the fall of 2000, Hostcentric was considered "Oracle's best reference for CRM", but it experienced significant quality deficiencies related to [along with other causes] poor support, as described in a 4 October 2000 e-mail analyzing "who's to blame", as follows:

    Oracle Consulting . . .  [for providing] "brains on a stick" resources with limited knowledge of products being implemented . . .

    Oracle Development . . . [for] poor 11*i* documentation [and] No 11*i* training for consulting or customers . . .

    Oracle Support . . . [for] Initially slow response . . . [and] questionable and often contradictory directions.[207]

- Oracle had not trained its support personnel sufficiently, according to a 4 October 2000 e-mail from a senior Oracle consulting executive who asked:

    [W]hy can't we deliver product that works?  this will require another super human effort from consulting?  to make things worse, there is no training for a product that was released in may, 5 months ago.[208]

- In a 10 October 2000 e-mail to R. Wohl and M. Barrenechea, the account manager for Oracle customer Ingersoll Rand, described a meeting with Ingersoll Rand's CIO as "not a pleasant meeting" and put Oracle on notice that it was in danger of losing substantial additional business to

---

[207]    See NDCA-ORCL 101663-64.

[208]    See NDCA-ORCL 056045.

competitors because, in part,

> There appears to be little 11*i* documentation . . . [and] little 11*i* training . . . [Oracle should] [D]evelop alternative approaches to training if none exists (i.e., SWAT teams doing training on site).[209]

- Oracle should have foreseen the support deficiencies before the Class Period, since they were reported, among other sources, by a highly regarded implementation team in Malaysia in a 23 October 2000 e-mail, which said:

> I think support is not moving TARS to BUGS quickly enough . . . the last CRM support call with development and support, the CRM development team mentioned repeatedly they cannot see Silterra TARs . . . CRM Support/Service have massive problems.  Patches are patchy in the sense what is published to be avail[able] is not fully available and what is released may not be working and causes massive problems . . . Support–They want to help but lack the expertise.  Interface between Support and Development is poor leading to long response times.[210]

- One large Oracle customer wrote directly to L. Ellison on 7 November 2000 to voice its dissatisfaction with Oracle 11*i*'s poor product quality and support, stating that it had

> purchased the Oracle 11*i* Human Resource Management System . . . based on your team's explicit commitment to delivery of a product that would perform as intended . . . we have encountered multiple software quality problems and we have struggled to get appropriate support and response to our issues.  The situation here is dire . . . we have continually

---

[209]    See NDCA-ORCL 039547-48.

[210]    See NDCA-ORCL 056051-52.  This is the document, cited above, that describes the author, Chuan Yew and his implementation group as ". . . really is out on the cutting edge . . . if they are struggling so hard, the rest of the world is also in deep pain . . . He really knows his stuff."

faced serious issues with your technical assistance request process . . . issues appear to get a flurry of action, but the number of issues do not appear to diminish, and your customer support process has not been effective in resolving flaws in what would appear to be basic functionality . . . we do not get a sense from your people of the appropriate urgency around resolving ALL of these outstanding issues.[211]

- Oracle did not have enough support personnel to provide commercial quality support for the product.  Mr. Godwin acknowledged this in an e-mail on 30 January 2001, where he was trying to explain why there was a large backlog of customer-reported problems that had not even been looked at, a prerequisite to solving them and responding to the customers who had reported them.  He wrote

    . . . more people . . . are needed to clear the backlog.[212]

- An "Escalation Management" report, current as of 27 March 2001, shows that neither Oracle's on site consultants nor Oracle's support organization was able to support the CRM iStore module nearly a month after the end of the Class Period:

    The situation at the Bank of Montreal is becoming extremely sensitive. Support is receiving a number of critical issues/questions from the consulting team on site and is having a very difficult time resolving these issues to [the Bank's] expectations . . . many of the issues that are holding up the implementation are business requirement questions and how the business requirements map to the iStore.  *We do not have*

---

[211]    See NDCA-ORCL 018739-42.

[212]    See NDCA-ORCL 057116.  On page 234 of his deposition, Mr. Godwin acknowledged this situation, explaining "we need some more people, maybe not like a guy leading the group, but just some more feet on the ground to try to analyze this backlog of issues and properly characterize them so it can be worked correctly in development."

Declaration of Brooks Hilliard, dated 5/25/2007, page 99

_anyone with this knowledge this early in the products life cycle_ . . . A once a week conference call that the consulting group cannot even attend is not providing the team with enough support.  We desperately need to establish a working support structure for this client with a resource available that is knowledgeable . . .[213]

- Oracle's poor support was causing its customers significant delays in implementation, as evidenced by a 27 March 2001 e-mail describing A&P, one of Oracle's "Major Oracle 11*i* Escalated Customers":

    A&P bought the e-Business suite . . . This is a very intensive HR application due to Union and high turnover of temporary employees . . . The length of time it is taking to address/fix HR bugs is excessive . . . The current issues are keeping them from testing basic functionality and thus moving forward in their implementation plans.[214]

- Oracle Quality Vice President C. Kendig reported on the support deficiencies at Sierra Healthcare, described as "one of our most valued Healthcare accounts", in a 4 April 2001 e-mail distributed to numerous top Oracle executives.

    _[Sierra's] perspective is kind of what we hear from many of our clients_ that are upgrading to 11*i* . . . They currently feel that they are paying a great deal of money (c. $500k) for Silver Support from which they are getting very little value . . . They are feeling that there is very little capable technical assistance with respect to upgrades from 10.7 to 11*i* . . . They continue to experience problems and delays in accessing support . . .[215]

- Unlike what would be expected for a mature product of commercial quality, Oracle 11*i* faced continuously growing quality and support

---

[213]    See NDCA-ORCL 063999-064005 (emphasis added).

[214]    See NDCA-ORCL 617280.

[215]    See NDCA-ORCL 019708-09 (emphasis added).

deficiencies for at least a year following its introduction, including the Class Period and beyond, as described in a 29 May 2001 e-mail from Oracle Quality Vice President C. Kendig:

> The TAR backlog for 11*i* continues to grow . . . and as more customers implement 11*i*, the more demand there will be on the Support organization as more and more TARs/BUGs are identified.[216]

- An e-mail string during June and July of 2001 describes the circumstances relating to Oracle customer Ferrofluidics' threats to "pull the plug" on Oracle 11*i* due largely to the poor support it was still receiving months after the end of the Class Period:

> *This one is fairly typical* . . . Ferrofluidics was an early R11*i* implementation . . . The latest problems are primarily product bugs and performance (slow system response) . . . [Oracle] has been analyzing TARs–82% have required more than 4 weeks to resolve . . . Ferrofluidics has spent more [than] $0.5 Million more than budgeted to implement the Oracle Applications . . . They have 20+ TARs open [as of 27 June 2001] and claim that Oracle.com response time is extremely poor . . . [on 19 June 2001] Guys, I received a call from [the implementor] telling me [Ferrofluidics] is saying it is likely they will pull the plug on Oracle.com due to ongoing dissatisfaction with the level of service.[217]

- In a 13 December 2001 e-mail–well after the end of the Class Period–sent to a financial analyst at Morgan Stanley (who forwarded it on to R. Wohl and M. Barrenechea at Oracle), an Oracle customer wrote:

> The responsiveness & quality from Oracle support has been spotty at best. Our local Oracle developers have been able to provide very little value-add . . . they spend nearly all of their time acting as an interface

---

[216]   See NDCA-ORCL 121280.

[217]   See NDCA-ORCL 120934-39 (emphasis added).

between end user and Oracle support.[218]

## 5.3.3 Performance deficiencies with Oracle 11*i*

The term "performance" refers to the speed with which software applications respond to user input.  Because applications vary widely in their need for speedy operation, the adequacy of performance levels is customarily determined by measuring response times to user inputs in comparison with the need when the system is fully loaded (i.e., it has the maximum number of users it was intended to support).  As a rule of thumb, anything worse than a three-second response to routine inquiries is generally considered unacceptable for most industries and most applications.  However certain applications, including support for telephone support representatives in a customer center environment, can require much faster performance than this.  In the case of Oracle 11*i*, numerous complaints (including the following examples) of significantly inadequate performance were both reported and brought to the attention of upper management.

- The slow performance existed in Oracle's own implementation of Oracle 11*i*, as well as that of its customers, and Oracle's senior executives were well aware of this, as shown in an e-mail exchange running from 30 December 2000 to 2 January 2001 in which R. Wohl wrote:

    > I'd like to reinforce the urgency of the performance bugs.  We are going live knowing that we have unacceptable performance . . .[219]

and one of the developers responded:

    > I've been through the bugs and most of the p[riority]1 performance bugs

---

[218]     See NDCA-ORCL 061302.

[219]     See NDCA-ORCL 078388-90.

Declaration of Brooks Hilliard, dated 5/25/2007, page 102

are either in hand or *have no short term solution*.[220]

- The performance of the Self Service application within Oracle 11*i* was unacceptable, as documented in a status report for Liberty Mutual (an insurance company) attached to a 3 January 2001 e-mail from Oracle Global HRMS[221] Development Vice President J. Summers to Mr. Godwin. The status memo states:

  > [Liberty Mutual] reports 1 to 10 minute response time on the Self Service interface.[222]

- Another serious performance deficiency was reported at Liberty Mutual on the same day in an e-mail to Mr. Godwin from Mr. Summers:

  > [Liberty Mutual] indicated that both forms and self-service performance is "'atrocious'–degrading over the course of the day as the number of concurrent users increase. (Performance is good under limited load conditions.)[223]

- Mr. Summers received similar information about Bimbo Bakeries in a 7 January 2001 e-mail from Oracle field personnel:

  > Performance of the system is unacceptable. e.g.. Payroll processing is about 150 employees/hour as opposed to being around 2000

---

[220]   See NDCA-ORCL 078388 (emphasis added).

[221]   Human Resources Management System.

[222]   See NDCA-ORCL 058294.  On page 214 of his deposition, Mr. Godwin acknowledged that the problem was broader than just the Self Service application, stating he was aware of Liberty Mutual's slow performance "reported against a wide variety of things . . ."

[223]   See NDCA-ORCL 058291.

Declaration of Brooks Hilliard, dated 5/25/2007, page 103

employees/hour.[224]

- In fact, many of the major Oracle 11*i* modules were exhibiting poor performance well into the Class Period.  An 18 January 2001 e-mail that went to E. Sanderson, J. Nussbaum and many other senior Oracle executives disclosed how much slower Oracle 11*i* was than Oracle 11.0 (the prior product release):

    Order Management . . . Performance slow today–80% of 11.0.3.

    Accounts Receivable . . . Performance about 80% of 11.0.3.

    Purchasing . . . Performance slow today–about 60% of 11.0.3.

    Payables and Expenses . . . Poor performance during the day–about 50% of 11.0.3.

    Fixed Assets . . . Poor performance today–about 65% of 11.0.3.[225]

- Nearly a month later the performance deficiencies were still causing major problems, as described in a 26 January 2001 e-mail directly to L. Ellison:

    Yesterday the [Oracle] call centers started using GSI/11*i*.  The following note highlights a critical performance issue . . . the average time to handle a call was 24 minutes instead of the historical average of 6 minutes.  The average hold time for customers was 42 minutes instead of 45 seconds  The abandonment rate was 83% instead of the average 8%.  As a result, we processed 175 calls instead of an average of 1000.[226]

---

[224]    See NDCA-ORCL 418713.

[225]    See NDCA-ORCL 056207-12.

[226]    See NDCA-ORCL 034365-67.  Note: "GSI/11*i*" is the Oracle abbreviation for "Global Single Instance/11*i*", which is the name of Oracle's own implementation, and

- The performance deficiencies affected both customer installations of Oracle 11*i* and "hosted" implementations (i.e., implementations on Oracle-owned and operated servers) of the 11*i* product, the latter being exemplified by the McDonald's subsidiary Chipotle Grill implementation, described as "a marquee reference for Oracle Business Online" (i.e., the product name for "hosted" implementations). This is described in a series of e-mails going to top Oracle executives in late January 2001 as follows:

  > Chipotle has finished an upgrade to 11*i* that was done by [Oracle Consulting]. . . They are experiencing major performance problems with 11*i* . . . [which] could be network issues, DB/App tuning, 11*i* product issues or combinations of all three.[227]

- One critical performance slowdown, in the Oracle Contract System (OKS), was impeding Oracle's own efforts to renew its support contracts with its customers, as described in a series of e-mails involving Oracle Senior Vice President for Operations M. Rocha in mid-February 2001:

  > OKS issues are contributing to a 25%-30% productivity impact . . . [it takes a sales representative] on average, one hour [to prepare] a simple quote . . . there is not an automated way to track bookings [which] is a time consuming process [and] we have no way of verifying that the information is 100% accurate due to human error.[228]

- The unsatisfactory performance of the product was mirrored with the

---

"abandonment rate" refers to the percentage of callers who hung up before Oracle was able to answer the call.

[227]   See NDCA-ORCL 034377-78.  Note: Since this is a "hosted" implementation done entirely by Oracle personnel on Oracle servers and networks, and running the Oracle database software, all three types of deficiencies listed were Oracle's, rather than Chipotle's responsibility.

[228]   See NDCA-ORCL 100279-81.

Declaration of Brooks Hilliard, dated 5/25/2007, page 105

demonstration system, which runs in a "hosted" manner like Oracle Business Online.  Sales personnel were continually complaining about this, as evidenced by a 16 February 2001 e-mail that was forwarded to R. Wohl:

> It took 1 1/2 hours to load the [demo application] at [Research Electo-Optics in Colorado] and the demo performance was so terrible that we only presented [two modules] . . . from the same PC that we were attempting to [use the demonstration system] from, we were able to go to other web sites and surf with no system performance issues.[229]

- This defect experienced by Oracle itself exemplified the kind of negative impact on customers that slow performance can cause.  In his Fiscal 2002 Budget presentation, Oracle CFO J. Henley wrote:

  > US GSI implementation led to revenue loss of $30M[illion] due to system availability and very long hold times.[230]

- Additional performance deficiencies occurred in the global versions of Oracle 11*i*, as evidenced by a 27 March 2001 e-mail describing TMP Worldwide, one of Oracle's AMajor Oracle 11*i* Escalated Customers:

  > TMP Worldwide is implementing Oracle Financials, Project and HR in English, Dutch, French, Spanish and Italian . . . there are significant performance issues with using [a particular software patch] on the TMP system.  There are six large patches being applied (one for each language) . . .[231]

- Performance is important to every customer, but it is particularly critical for customers that intend to use a system for telephone support or order-

---

[229]    See NDCA-ORCL 063432.

[230]    See NDCA-ORCL 190268.

[231]    See NDCA-ORCL 617280.

taking.  Papa John's, another one of Oracle's "Major Oracle 11*i* Escalated Customers", performance deficiencies (like Oracle's own, described above) were particularly representative of what such customers could expect, also as described in the 27 March 2001 e-mail referenced above:

> Papa Johns is implementing iStore and CallCenter . . . Papa Johns is judging our solution based on . . . [in part] ability to meet projected load (90 pizza orders/min–John Schnatter's (CEO) break even point for profitability . . . the peak load [so far] at the busiest time (Saturday night) has only been 35 orders/min . . . [but even at this low level a 'custom procedure' implemented to resolve a software issue for Papa Johns] is creating an undue burden on the system that causes poor performance at peak times.[232]

- The slow performance continued after the end of the Class Period, according to a 27 March 2001 e-mail updating the status at Chipotle Grill:

> In January, Chipotle was having major 11*i* [Accounts Payable] performance issues . . . it is serious enough that Chipotle has removed themselves from the reference program [and it has] caught the attention of the McDonald's global ERP evaluation team.[233]

- As of 9 April 2001, significantly slow performance was still being reported as customers tried to implement Oracle 11*i*:

> We are continuing to experience slow resolution to performance problems at Huawei and Foster's . . . 5 [Order Management] performance issues are in the critical path [at Huawei] . . . Huawei International went 'live' on R11*i* recently [and] they were experiencing performance issues with just core Financials . . . Recent performance issues [at Foster's were] 'slowly resolved' [then] Month-end processing started last week and the overload

---

[232]   See NDCA-ORCL 617281.

[233]   See NDCA-ORCL 058656-58.

situation returned[234]

- A similar e-mail was sent to Oracle's Executive Vice President for North American Sales on 19 April 2001 regarding another demonstration performance problem, which stated:

  > Customer Support/TeleService was extremely slow.  Specifically, drilling into open orders, open service requests, etc... took a long time–I didn't time it but it was MINUTES–probably in the 5 minute range.  I know it wasn't the connection.[235]

- Another comment later in the same e-mail stated:

  > We were in our Miami office using our corporate network (no excuses) and the response time was [worse] than acceptable.  The prospect inquired about the slowness of the system and the fact that we were disconnected multiple times.[236]

In his 2006 deposition, Oracle Senior Vice President for Applications Technology C. Godwin acknowledged that he was aware of numerous performance problems, testifying:

> I'm aware that their individual performance problems reported against a wide variety of things [that] turn out to be due to a wide variety of reasons.[237]

## 5.3.4 Summing up

The evidence cited above can, perhaps, be well summarized by an internally

---

[234]    See NDCA-ORCL 058705-06.

[235]    See NDCA-ORCL 061371.

[236]    See NDCA-ORCL 061372.

[237]    See Godwin deposition transcript, page 214.

Declaration of Brooks Hilliard, dated 5/25/2007, page 108

distributed summary of the status of the product as of May 2001 which revealed the following:

> Here is what we know about the subject of Release 11*i*, as of May 19 . . . 352+ customers are live . . . 4,000+ New ERP R11*i* TARs are being generated each week . . . TAR backlog is approaching 11,000 . . . 32% of TARs are bugged . . . 60,225 ERP TARs have been logged against R11*i* to date–a significant number considering the small number of installations.[238]

By these calculations:

- Nearly 1,300 new bugs were still being reported each week,

- There were over 3,500 bugs still outstanding and unsolved, and

- More than 19,000 bugs had been reported in the first year of Oracle 11*i* deliveries.

And this only covers ERP, leaving CRM bugs out entirely.  It should be noted that, though the e-mail does not tell whether the TARs were increasing or decreasing as of the May 2001 date, 1,300 new TARs per week is more than three and a half times as high as the average for the year.[239]  At about the same time as these statistics were compiled, Oracle was telling its clients that Oracle 11*i* bugs had dropped from approximately 1.3 bugs per customer to 0.5 bugs per customer since Oracle 11*i* was first delivered,[240] compared to the more than 50 bugs per customer[241] (100 times

---

[238]    See NDCA-ORCL 121507.

[239]    19,000 bugs divided by 52 weeks is approximately 365 bugs per week, compared to more than 1,280 bugs per week in May 2001.

[240]    See NDCA-ORCL 419046.

[241]    19,000 bugs divided by 352 customers is approximately 54 bugs per customer.

Declaration of Brooks Hilliard, dated 5/25/2007, page 109

higher) than the internal statistics showed.[242]  The internal statistics–along with all the other facts cited above–all support my opinion that the quality of the Oracle 11*i* E-Business Suite (before, during and after the Class Period) never achieved minimally acceptable standards for commercial business software.

The quality deficiency of the product was evident to nearly everyone who had interaction with the Oracle 11*i* product.[243]  Oracle Consulting Vice President J. Cullivan summed it up well in a 31 January 2001 e-mail to E. Sanderson in which she described the status of Oracle's own demonstration system as follows:

> The consistent themes continue to be Poor Performance, Inability to Prove our EBusiness Suite Integration Story, and Product Stability/Quality Issues.[244]

---

[242]    It should be noted that even the 54 bugs per customer calculation is artificially low, because (a) it excludes CRM, (b) it does not account for bugs affecting multiple customers (as is normally the case), and (c) it does not account for the fact that most customers were only beginning to implement the product and likely to encounter more bugs as they continued implementing additional modules.

[243]    Note: Even Oracle's Special Litigation Committee Report dated 22 November 2002 noted that "The Committee concluded that the initial releases of Suite 11*i* suffered from some bugs and some limits to functionality [with respect to its integration]" (see NDCA-ORCL 295299).

[244]    See NDCA-ORCL 061313-15.

Declaration of Brooks Hilliard, dated 5/25/2007, page 110

## 6.  Publications

I have authored a book, "Buying a Computer for Your Growing Business, An Insider's Guide," which was published by Dow Jones-Irwin in 1984.  Within the last ten years I have also published three articles:

- "Hard Drive Archaeology: Digging It Up with Forensic Data Recovery," For The Defense, July 2002.
- "Seven Keys to a Successful Internet Strategy," Association Trends, 2002.
- "Businesses Must Respond to Growing Demands of Customers in The Global-communications Age," Jewish News of Greater Phoenix, 1997.

In addition, I previously self-published two e-mail newsletters, the CEO's Web Review and the Management Consultants' Web Review and a printed newsletter, the Business Automation Bulletin, which was mailed to a private mailing list.

## 7.  Prior expert witness testimony

Within the past four years, I have testified in the following cases:

- Appeal of DLT Solutions, Inc.; Armed Services Board of Contract Appeals; Falls Church, Virginia (hearing testimony).
- Agilisys v. Vipond and NVision Networking; United States District Court, District of Arizona (trial testimony).
- ePlus v. SAP America; United States District Court, Eastern District of Virginia (deposition and trial testimony).
- Vanstar Corporation v. AT&T Solutions Inc.; California Superior Court, Alameda County (deposition testimony).
- Broadband Management Solutions v. Dish Network Service; United States District Court, District of Colorado (deposition testimony).
- Chisholm v. Hickman's Egg Ranch; Arizona Superior Court in Maricopa County, Phoenix, Arizona (deposition testimony).

- Texas Health and Human Services Commission v. National Heritage Insurance Company; AAA Austin, Texas (deposition testimony).

- Advance PCS v. Cap Gemini Ernst & Young; AAA Phoenix, Arizona (deposition testimony).

- Three-Five Systems v. J.D. Edwards; AAA Denver, Colorado (arbitration testimony).

- Life Extension Foundation Buyers Club v. Ecometry Corp.; Palm Beach County Circuit Court, Florida (deposition testimony).


## 8.   __Expert Compensation__

The compensation to be paid for services rendered in this matter is as follows: preparation, research and consulting at $450 per hour plus expenses; deposition testimony at $2,750 per half day plus expenses; and trial testimony at $6,000 per day plus expenses.

Declaration of Brooks Hilliard, dated 5/25/2007, page 112

## 9.   <u>Concluding comments</u>

This declaration has summarized my opinions and has presented the basis on which they were formed.  I expect that additional documents and information may well become available as a part of the ongoing discovery process and I do plan to continue my review and analysis as I receive this information.  I therefore reserve the right to supplement or update this declaration, and the opinions and the bases for them stated herein (as well as, potentially, adding new opinions if appropriate), as this further information becomes available.

Signed,



Brooks Hilliard is one of fewer that 15 consultants in the world to have achieved both the Certified Management Consultant (CMC) and Certified Computing Professional (CCP) designations, the only internationally recognized certifications in each field.

To achieve this distinction, Mr. Hilliard has undergone peer reviews, client audits, competency tests and oral interviews; he has complied with continuing education requirements and has pledged to uphold the Codes of Ethics for both organizations.

Brooks L. Hilliard CMC CCP, President
Business Automation Associates, Inc.

Enclosures



**Certified
Management Consultant**

**Certification**

When you see the initials "CMC" following a consultant's name, it means that he or she is a Certified Management Consultant and has met the strict certification requirements of the Institute of Management Consultants. The Institute was founded in 1968 by the principal associations in the consulting field to establish publicly recognized standards of competence and professional conduct for the individual management consultant. Applicants for certification undergo a thorough investigation of their consulting experience: A panel of senior consultants interviews them to verify their technical competence, and they must pass a written examination demonstrating their familiarity with the Institute's Code of Ethics.

**A Code of
Ethics**

CMCs pledge in writing to abide by the Institute's Code of Ethics. Their adherence to the Code signifies voluntary assumption of self-discipline above and beyond the requirements of law. Key provisions of the Code require that CMCs:
- Safeguard confidential information.
- Render impartial, independent advice.
- Accept only those client engagements they are qualified to perform.
- Agree with the client in advance on the basis for professional charges.
- Develop realistic and practical solutions to client problems.

The Institute enforces the Code by receiving and investigating complaints of violations and by taking disciplinary action, including revocation of certification against any member who is found guilty of Code violation.

**Standards of
Competence**

Every step leading to the CMC designation has been designed to verify the candidate's professional competence. A Certified Management Consultant has:
- At least five years of experience in the full-time practice of management consulting, with major responsibility for client projects during at least one of those years.
- Multiple references, most of them officers or executives of client organizations. These references have been investigated to assure that the consulting relationships were satisfactory.
- Provided written summaries of five client assignments (disguised to protect client identity).
- Passed a qualifying interview by senior CMCs, demonstrating professional competence, currency in areas of specialization, application of experience, and understanding of the management consulting process.

**The Mark of
Excellence**

In selecting management consultants, managers are well advised to seek individuals who meet the profession's standards of competence and ethics. The CMC designation is a valuable aid in this quest. Certification by the Institute of Management Consultants is the mark of excellence among management consulting professionals.


Copyright © 2002 Institute of Management Consultants USA

**<u>VALUE of HIRING and WORKING</u>      with Certified Computing Professionals**



The world relies heavily on technology to perform vital personal, public and business functions.   It is imperative that the individuals involved in the design and delivery of the systems behind that technology

- Uphold ethical practices in their day to day activities
- Master the body of knowledge of the profession
- Ensure that access to computerized information remains confidential
- Provide open and complete communications to clients, employers and the public
- Act to ensure that information technology serves and benefits society at large

The CCP designation ensures that its holder is committed to these principles.  It also helps consumers to identify superior suppliers of Information and Communications Technologies' (ICT) products and services that can help enhance the effectiveness of their organizations.

<u>1. BENEFITS OF THE CCP TO PURCHASERS OF ICT SERVICES AND EQUIPMENT:</u>

- Reduce risk: CCP holders undergo rigorous admission criteria
- Improve quality: CCP holders must complete ongoing professional development to remain current with technologies and techniques
- Identify superior service providers: Reduce time spent searching for qualified service
- Obtain recourse for unprofessional activity: CCP holders are accountable to the Certification Council and panels of peer evaluations

<u>2. BENEFITS OF THE CCP TO INFORMATION SYSTEMS MANAGERS:</u>

- Improve service: CCP certified staff ensure timely and proper delivery to clients
- Control costs: 65000 certified holders ensure needs can be met at the highest levels of professional work
- Maintain industry knowledge: CCP holders have increased access to educational and professional development opportunities and often at lower costs
- Streamline recruiting: Narrow candidate searches and identify candidates quickly
- Enhance confidentiality: ICCP Code of Ethics guarantees confidentiality at all times
- Develop staff: Ensure ongoing professional development and tracking for existing staff through ICCP's transcript system

<u>3. BENEFITS OF THE CCP TO HUMAN RESOURCE PROFESSIONALS:</u>

- Narrow candidate searches: CCP as a base requirement for applications reduces total number of applicant candidates to those fully qualified
- Deeper evaluation of selected/qualified applicants: The ICCP H R assessment system allows you to assess, externally & impartially, the strength of knowledge and skills of individual applicants for specific technology areas
- Simplify application screening: CCP helps identify qualified applicants quickly
- Control costs: large base of CCP holders ensures that your needs can be met
- Enhance company marketability: CCP holders enhance an organization's image
- Develop staff: Ensure ongoing commitment by staff towards maintaining the currency of their knowledge and skills

<u>4. FINDING A CCP HOLDER IN YOUR COMMUNITY</u>

- The public may request a search for a registered CCP holder(s) in your state or province.  Contact the ICCP office through email at office@iccp.org  to request this service.
- Please note there is a fee for service for this activity.

ICCP, 2350 East Devon Ave, Suite 115, Des Plaines, Illinois 60018- 4610, USA
phone:847-299-4227 or 800-843-8227 fax: 847-299-4280 email: office@iccp.org
web site: www.iccp.org



## PROFESSIONAL BIOGRAPHY OF BROOKS L. HILLIARD  CMC CCP

Brooks Hilliard is a Certified Management Consultant (CMC) and a Certified Computing Professional (CCP), and is president of Business Automation Associates, Inc., an independent consulting firm based in Scottsdale, Arizona and specializing in computer system selection and problem resolution.  In his consulting capacity, Mr. Hilliard has been engaged by over 200 firms in a wide variety of industries and professions.  Although it has no affiliation with any supplier of computer products or services, Business Automation has recommended systems incorporating products from nearly every major hardware manufacturer and software developer.  In order to maintain its objectivity and avoid any possibility of conflict of interest, Business Automation does not do software development, implement computer software or systems, or sell any computer products or services.

Approximately thirty percent of Business Automation's engagements have been expert witness/consultant projects.  Mr. Hilliard has testified more than 30 times and has been engaged for several dozen expert assignments in more than 25 states, including matters relating to computer system non-performance (both software and hardware), recovery of missing and deleted data, the use of fraudulent computer evidence, intellectual property and computer security. His activities have included assistance with case evaluation, development of pre-trial and deposition strategies, evaluation of damages, development of expert opinions and deposition/courtroom testimony.  He has been successfully Daubert tested and qualified as in expert in both state and federal jurisdictions.  Prior to founding Business Automation in the 1980s, Mr. Hilliard worked for several computer companies where his responsibilities included positions in software development, sales, marketing, field service, contract negotiations and general management.

Brooks Hilliard is the only actively practicing expert witness in the world who is both a Certified Management Consultant (CMC) and a Certified Computing Professional (CCP).  The CMC designation is awarded by the Institute of Management Consultants, USA, the US chapter of the only world-wide certifying body for management consultants.  The CCP designation is awarded by the Institute for the Certification of Computer Professionals, an international certifying authority sponsored by more than twenty domestic and international computer professional associations.  To achieve these certifications, Mr. Hilliard has undergone peer reviews, client audits, competency tests and oral interviews; he has complied with continuing education requirements and has pledged to uphold the Codes of Ethics for both organizations.  He also serves as a national board member for the Institute of Management Consultants, USA.

In addition to his consulting activities, Mr. Hilliard has served as an officer or

PROFESSIONAL BIOGRAPHY OF BROOKS L. HILLIARD CMC CCP (CONTINUED)

board member for the Arizona Chapter of the Institute of Management Consultants, the Arizona Harvard Business School Association, MIT Alumni Club of Phoenix, the Arizona Chapter of the National Conference of Community and Justice (NCCJ), Devereux Foundation Arizona Advisory Board and the Phoenix 100 Rotary.  He has also been an active participant in the Arizona State Bar Technology Task Force, the Arizona Technology Council, the Independent Computer Consultants Association and the College of Certified Management Consultants.  He has done commentary for Public Radio International's nationally-syndicated MARKETPLACE news program, led seminars for the American Management Association and spoken at numerous computer, management, professional, corporate and trade association meetings.

Mr. Hilliard has also authored a book, "Buying a Computer for Your Growing Business, An Insider's Guide", which was published by Dow Jones.

Mr. Hilliard's educational background includes an M.B.A. from Harvard Business School with emphasis on small business management and marketing.  He also holds a Baccalaureate degree in mechanical engineering with Deans' List academic honors from the Massachusetts Institute of Technology.  In addition, Mr. Hilliard has served as a Faculty Associate with the Arizona State University School of Business.

Born and raised in Los Angeles, Mr. Hilliard has lived in Arizona, California, Massachusetts and Washington, D.C. (where he served as an officer in the U.S. Coast Guard).