CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re: ORACLE CORPORATION SECURITIES LITIGATION
_____ /

Master File No. C-01-0988-MJJ (JCS)
CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

Thursday, June 28, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75262

Esquire Deposition Services
800.770.3363

| | | |
|---|---|---|
| 17:27:39 | 1 | management problems in a wide var- -- you know, in larger |
| 17:27:43 | 2 | numbers of customers, but not naming them. |
| 17:27:54 | 3 | Q.  Beginning at page 38, you talk about global |
| 17:27:58 | 4 | operations, and you write that with respect to local |
| 17:28:00 | 5 | language functionality, Oracle 11i just did not function |
| 17:28:04 | 6 | as represented. |
| 17:28:09 | 7 | First question has to do with local language |
| 17:28:12 | 8 | availability.  I understand you have drawn a distinction |
| 17:28:15 | 9 | between translation, on the one hand, and localizations |
| 17:28:20 | 10 | for legal issues or currency and things like that.  I |
| 17:28:23 | 11 | want to focus on language right now. |
| 17:28:25 | 12 | A.  Sure. |
| 17:28:26 | 13 | Q.  Is it your understanding that as of the class |
| 17:28:29 | 14 | period, Suite 11i was not available in multiple |
| 17:28:33 | 15 | translations? |
| 17:28:36 | 16 | A.  I wouldn't characterize it that way.  I would |
| 17:28:41 | 17 | characterize it that the translations that were available |
| 17:28:49 | 18 | were incomplete, in some cases missing, and in some cases |
| 17:28:57 | 19 | there but only for certain modules and not for other |
| 17:29:02 | 20 | modules. |
| 17:29:04 | 21 | The UTF8 multi-byte capability, which is |
| 17:29:11 | 22 | required to do the Asian, like Japanese and Chinese |
| 17:29:14 | 23 | Korean character sets, and probably Arabic and Hebrew as |
| 17:29:18 | 24 | well, although I'm not -- wasn't available in some |
| 17:29:24 | 25 | modules. |

| | | |
|---|---|---|
| 17:29:26 | 1 | So it's -- wasn't my opinion that there was |
| 17:29:33 | 2 | no translation.  It was my opinion that translation was |
| 17:29:40 | 3 | defective in large -- in many major countries, including |
| 17:29:49 | 4 | most of the European common market countries, which by |
| 17:29:53 | 5 | any stretch of the imagination would have to be |
| 17:29:56 | 6 | considered major, and including many of the Asia Pacific |
| 17:30:00 | 7 | countries. |
| 17:30:01 | 8 | Q.  So you don't think that potential customers |
| 17:30:07 | 9 | would have understood Mr. Ellison's statement that Suite |
| 17:30:11 | 10 | 11i works in every country and in every language to mean |
| 17:30:14 | 11 | that it was literally translated into every single |
| 17:30:18 | 12 | language in use in the world, do you? |
| 17:30:19 | 13 | MR. WILLIAMS:  Objection.  Form, calls for |
| 17:30:22 | 14 | speculation. |
| 17:30:22 | 15 | THE WITNESS:  I think I backed away from the |
| 17:30:28 | 16 | every single language, every single country in my |
| 17:30:35 | 17 | evaluation.  I don't know what Mr. Ellison's intent was. |
| 17:30:43 | 18 | It wasn't -- I didn't deem it useful to try and figure |
| 17:30:48 | 19 | out whether it worked in every -- and was translated into |
| 17:30:52 | 20 | every single language for every single country, but there |
| 17:30:58 | 21 | were later statements staying major countries or 30 major |
| 17:31:02 | 22 | countries or something like that, which by every stretch |
| 17:31:04 | 23 | of the imagination would have to include countries like |
| 17:31:08 | 24 | France, Germany, Italy, Spain, Netherlands, Japan, China, |
| 17:31:18 | 25 | and so forth.  And there were translation defects in all |

| | | |
|---|---|---|
| 17:31:25 | 1 | of those. |
| 17:31:26 | 2 | So, you know, after having just looked at |
| 17:31:29 | 3 | those major countries, it didn't seem to me to be useful |
| 17:31:34 | 4 | to try and carry out and say, well, you know, also every |
| 17:31:37 | 5 | country.  I just didn't do that analysis. |
| 17:31:40 | 6 | Q.  So you refer in some places to statements |
| 17:31:42 | 7 | that identify a specific number of languages that Oracle |
| 17:31:48 | 8 | 11i had been translated into.  You mentioned, I think 23 |
| 17:31:52 | 9 | as an example.  Maybe 29.  There are different numbers |
| 17:31:54 | 10 | out there. |
| 17:31:54 | 11 | A.  Something like that.  There are numbers, |
| 17:31:55 | 12 | yeah. |
| 17:31:56 | 13 | Q.  Your testimony is not that that number of |
| 17:31:59 | 14 | translations literally had not been made available, but |
| 17:32:04 | 15 | that significant translation defects existed? |
| 17:32:09 | 16 | A.  Yes.  Oh, in some cases, they weren't made |
| 17:32:17 | 17 | available. |
| 17:32:18 | 18 | Q.  Which specific ones? |
| 17:32:19 | 19 | A.  I believe Mr. Giacoletto talks about -- I |
| 17:32:24 | 20 | think it's Mr. Giacoletto -- G-i-a-c-o-l-e-t-t-o, I |
| 17:32:33 | 21 | believe. |
| 17:32:35 | 22 | Q.  We can get it to her. |
| 17:32:37 | 23 | A.  Being the senior executive in Europe, Middle |
| 17:32:41 | 24 | East, and Africa, talks about whole portions of |
| 17:32:47 | 25 | translations that weren't available for certain |

216

| | | |
|---|---|---|
| 17:32:52 | 1 | languages.  Might be help text or it might be something |
| 17:32:55 | 2 | like that, just where no translation was done. |
| 17:33:04 | 3 | Q.  No translation at all or no translation of a |
| 17:33:09 | 4 | particular release, do you recall? |
| 17:33:10 | 5 | A.  It may have been no -- I don't recall.  It |
| 17:33:15 | 6 | could have been either one of those.  But -- |
| 17:33:16 | 7 | Q.  Is there a difference, in your view? |
| 17:33:18 | 8 | A.  Well, there were three releases during -- |
| 17:33:24 | 9 | that -- no, I guess there were two releases that were in |
| 17:33:28 | 10 | use during the class period, release 2 and release 3.  So |
| 17:33:33 | 11 | those would be the ones of greatest interest. |
| 17:33:37 | 12 | And probably there were -- there may well |
| 17:33:40 | 13 | have been some users still using release 1 during the |
| 17:33:45 | 14 | class period.  So that might be of interest as well. |
| 17:33:48 | 15 | Release 4 didn't occur until after the class period. |
| 17:33:51 | 16 | Q.  Okay.  Let me ask you a few questions about |
| 17:34:01 | 17 | immediate availability.  We've talked about bugs, and I |
| 17:34:06 | 18 | think it's clear that the presence of bugs by itself does |
| 17:34:09 | 19 | not mean that the software is not available.  Correct? |
| 17:34:12 | 20 | A.  Correct.  Depending on the level of bugs. |
| 17:34:17 | 21 | Q.  Depending on number and severity? |
| 17:34:19 | 22 | A.  Number and severity. |
| 17:34:21 | 23 | Q.  Is there any particular standard for judging |
| 17:34:26 | 24 | number and severity that tells you you're over the line |
| 17:34:29 | 25 | to not available? |

```
 1                    REPORTER'S CERTIFICATE
 2        I certify that the witness in the forgoing
 3   deposition,
 4
 5   was by me duly sworn to tell the truth, the whole truth
 6   and nothing but the truth in the within-entitled cause;
 7   that said deposition was taken at the time and place
 8   herein named; that the testimony of said witness was
 9   reported by me, a duly certified shorthand reporter and
10   a disinterested person, and was thereafter transcribed
11   under my direction into typewriting.
12        I further certify that I am not of counsel or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said caption.
16        Dated
17                       JUN 2 9 2007
18
19                       Leslie Rockwood
                         Leslie Rockwood
20                       Certified Shorthand Reporter
                         State of California
21                       Certificate No. 3462
22
23
24
25
```