```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                            - - -
4   In re ORACLE CORPORATION    )
    SECURITIES LITIGATION,      )
5                               )
                                ) No. C-01-0988-MJJ
6   This Document Relates To:   )
                                )
7       ALL ACTIONS.            )
                                )
8   _____)
9
10
11               VIDEOTAPED DEPOSITION OF
12                   GREGORY SEIDEN
13              SAN FRANCISCO, CALIFORNIA
14                   May 16, 2006
15
16
17
18
19
                 SHEILA CHASE & ASSOCIATES
20                    REPORTING FOR:
                  LiveNote World Service
21              221 Main Street, Suite 1250
               San Francisco, California 94105
22                Phone: (415) 321-2311
                   Fax: (415) 321-2301
23
24  REPORTED BY:
25  RICHARD M. RAKER, CSR NO. 3445
```

                                                        **Certified Copy**

1   customers using that?

2       A.   Oh, no.  No.  The implication is that

3   the customer has another way of conducting the

4   business or entering the transaction other than the

5   way that it was documented or intended.

6       Q.   So there is a way for the customer to

7   get by --

8       A.   Yes.

9       Q.   -- while it's being worked on?

10      A.   Correct.

11      Q.   And what is the web report review in

12  Suite 11i?

13      A.   I'm not sure.

14      Q.   Earlier we talked a little bit about the

15  translation patches and your role in that.  Now, do

16  you recall problems -- severe problems that TMP

17  Worldwide was encountering with respect to the

18  translations?

19      A.   I remember that TMP Worldwide was a

20  customer that had problems with the translations,

21  but I don't remember what their specific issues

22  were.

23           MS. ANDERSON:  I'll show you this and

24  I'll ask you some questions about it.  Marking this

25  Seiden Exhibit 11.

```
 1              (Exhibit No. 11 was marked for
 2    identification by the reporter.)
 3    BY MS. ANDERSON:
 4         Q.    If you could just take a look at that
 5    and let me know when you've had an opportunity to
 6    leaf through it.
 7         A.    Okay.
 8         Q.    Okay.  Have you seen this document
 9    before?
10         A.    I was copied on this document.
11         Q.    Okay.  And this document is from Julie
12    Thiemann.  Do you know who she is?
13         A.    I don't know.
14         Q.    And this is with respect to TMP
15    Worldwide and some problems they were having in March
16    of 2001.  Does that seem accurate?
17         A.    Yes.
18         Q.    Now, does this refresh your memory as to
19    the problems that they were having with languages?
20         A.    It gives me examples of problems they
21    were having with languages.
22         Q.    Okay.  Now, when -- when did Oracle have
23    basic language patching in place?
24              MR. GIBBS:  Objection; vague.
25              Answer if you can.
```

```
 1    BY MS. ANDERSON:
 2          Q.    For Suite 11i.
 3                MR. GIBBS:  Same objection.
 4                THE WITNESS:  I don't recall.  One of
 5    the improvements we made over the life of 11i was
 6    to be able to release software patches
 7    simultaneously on -- in English and then in all
 8    languages, but I don't believe that was in place at
 9    the time of 11.5.1.  But I don't know how much post
10    11i -- 11.5.1 the first languages became available.
11    BY MS. ANDERSON:
12          Q.    Okay.  Well, this e-mail is dated March
13    of 2001.  So would that be the third release?
14          A.    Well, this customer is using the
15    languages, so it's not a question of language
16    availability for TMP.  They've got bugs in the
17    languages.
18          Q.    Bugs that are preventing them from going
19    live.
20          A.    The assertion in this report is that
21    they have users that don't speak English and can
22    only work in their native language.  And then there
23    are seven problems in this report related to
24    translation that all have the same theme.
25                A customer applied the German
```

1   translation, and there were some words that weren't
2   translated. The customer applied the Spanish
3   translation, and there were some words that weren't
4   translated. The Italian translation, some words
5   weren't translated.
6           So the issue here is that -- I don't
7   know what the ultimate solution is, but that could
8   be for a variety of different reasons. But they
9   have the translations. And the issue is that on
10  any given form where there might be a hundred words
11  they're finding some of those words were in
12  English.
13          Q.   And this is for Oracle 11i Financials,
14  correct?
15          A.   The products that they're reporting
16  these against are all Financials products.
17          Q.   Okay. And they are looking to use it in
18  six languages, it indicates in this first paragraph.
19          A.   Correct.
20          Q.   And it lists languages like French,
21  German, Italian, Spanish and Dutch. And yet it says
22  that they have an urgent need for patch translations
23  in multiple languages. What's going on here? Do you
24  know what -- I mean, it sounds pretty critical.
25              MR. GIBBS:   Objection; lack of

```
 1   foundation, argumentative.
 2              THE WITNESS:  I don't characterize it
 3   as sounding critical.  TMP -- you know, based on
 4   Julie's title, she's a manager in the -- she's the
 5   senior escalation manager.
 6              So TMP is a customer that is unhappy
 7   at this point and encountering problems with the
 8   product.  In this report, they are reporting thirty
 9   problems, seven of which have to do with patches
10   that they received for translations.
11   BY MS. ANDERSON:
12        Q.    Okay.  Are you familiar with the other
13   problems that they were experiencing?
14        A.    No.
15        Q.    And were you aware that they missed
16   their January '01 go-live date?
17        A.    No, I'm not.
18        Q.    Why had you been -- why are you copied
19   on this e-mail, if you know?  What issues are
20   pertinent to your practice?
21        A.    The translation.
22        Q.    And what action was taken by your group
23   to remedy these translation issues?
24        A.    I can only speculate what action was
25   taken.  But in these cases, what we would do is we
```

## REPORTER'S CERTIFICATE

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.

_____
RICHARD M. RAKER, C.S.R. No. 3445

page 1 of 3

# ERRATA Sheet

**Depostion of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

**I wish to make the following changes for the following reasons:**

| Page | Line | Change | Reason |
|---|---|---|---|
| 7 | 4 | change: "1215 U Street" to: "1215 Yew Street" | spelling correction |
| 13 | 20 | change: "senior staff manager" to: "senior staff, manager" | these are two different titles |
| 16 | 10 | change: "platforms. So they're" to: "platforms, other" | transcription error |
| 16 | 22 | change: "sequence" to: "Sequent" | transcription error |
| 17 | 5 | change: "pyramid" to: "Pyramid" | company name, proper noun |
| 17 | 8 | change: "IBM VMS" to: "IBM MVS" | transcription error |
| 20 | 8 | change: "Lilly Chang" to: "Lily Chang" | spelling correction |
| 41 | 21 | change: "upgrade is a self-code" to: "upgrade is itself code" | transcription error |
| 52 | 10 | change: "a current version" to: "the current version" | transcription error |
| 64 | 4 | change: "Customer relations management" to: "Customer Relationship Management" | transcription error |
| 69 | 5 | change: "answer a quote" to: "enter a quote" | transcription error |
| 80 | 23 | change: "Internet" to: "intranet" | transcription error |
| 100 | 17 | change: "Ash" to: "Ashok" | transcription error |
| 102 | 11 | change: "database client's" to: "database client" | transcription error |
| 109 | 20 | change: "any when" to: "any. Then" | transcription error |

Witness Signature/Date _____ _[signature]_ 6/30/06

FROM LATHAM & WATKINS LLP Fax Machine #2        (WED) 7. 5' 06  9:32/ST. 9:30/NO. 4861909527 P  4
Case 3:01-cv-00988-SI   Document 1243-14   Filed 10/09/07   Page 9 of 11

page 2 of 3

# ERRATA Sheet

Depostion of: <u>Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation</u>

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 124 | 9 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 124 | 10 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 126 | 11 | change: "Alvin Russel, R-u-s-s-e-l"<br>to: "Alvin Roussel, R-o-u-s-s-e-l" | transcription error |
| 134 | 24 | change: "Glenn Ong"<br>to: "Glen Ong" | spelling correction |
| 156 | 5 | I don't know what I said here, but transcript doesn't make sense. | |
| 219 | 21 | change: "created in Vision demo"<br>to: "created, and the Vision demo" | transcription error |
| 221 | 14 | change: "apple top"<br>to: "APPL_TOP" | apple top is the pronounciation - the spelling is still properly APPL_TOP |
| 221 | 14<br>23 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 222 | 25 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 223 | 5 | change: "and laid down"<br>to: "and lay down" | transcription error |
| 227 | 14 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 15 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 17 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 231 | 24 | change: "weakened"<br>to: "weekend" | spelling correction |
| 235 | 21 | change: "division demo database"<br>to: "Vision demo database" | transcription error |

Witness Signature/Date _____  6/30/06

# ERRATA Sheet

**Depostion of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 237 | 24 | change: "apple top" to: "APPL_TOP" | spelling correction |
| 244 | 21 | change: "documentation library, CD" to: "documentation library CD" | transcription error |
| 246 | 15 | change: "Rick Jewel" to: "Rick Jewell" | spelling correction |
| Exhibit 6 | N/A | please note that exhibit 7 was appended to exhibit 6, and all subsequent tabs are incorrect | production issue |

Witness Signature/Date _____  6/30/06

1    STATE OF CALIFORNIA      )
2                             )  ss.
3    COUNTY OF SAN FRANCISCO  )
4
5
6
7         I, the undersigned, declare under penalty of
8    perjury that I have read the foregoing transcript,
9    and I have made any corrections, additions, or
10   deletions that I was desirous of making; that the
11   foregoing is a true and correct transcript of my
12   testimony contained therein.
13        EXECUTED this __16th__ day of __June__,
14   2006, at __Redwood City__, __CA__.
15              (City)              (State)
16
17

23
24
25

                                    GREGORY SEIDEN
                                    6/30/06