# LIVENOTE | World Service℠

*A new perspective on court reporting.*

Certified Copy

In The United States District Court
Northern District of California
San Francisco Division

**CONFIDENTIAL**

Deposition

Of

**Ronald Wohl**

Volume I

**March 23, 2006**

In re: Oracle Corporation Securities Litigation

A LiveNote World Service Transcript. Reported by CLSP, Sheila Chase & Associates
LiveNote Inc. • 221 Main Street, Suite 1250, San Francisco, California 94105 • 1-800-LIVENOTE

1   proportional to the number of words that you're
2   translating.  So we had to make decisions for any given
3   module of functionality, for any given language did we
4   want to translate it.  Because we did not intend to
5   translate every element of the software into every
6   language.
7       Q.   So the 11i was not fully translated in every
8   language as of January 21st, 2001?
9            MR. GIBBS:  Objection; misstates his
10  testimony.
11           MR. WILLIAMS:  Q.  Is that fair to say?
12      A.   It is fair to say exactly what I have said,
13  that Oracle made decisions in terms of which modules to
14  translate into which languages, and did not choose to
15  translate every module into every language.  And to add
16  to the complexity, some modules were translated only
17  for -- only for the on-screen type of words, and some
18  were translated into a given language, and some were
19  translated into a given language more fully in terms of
20  help.
21           Sergio, as head of sales for Europe, was
22  always lobbying for more translation.  And Mike Rocha,
23  who was responsible for the translation budget, you
24  know, would have opinions on that.
25           And my group would help prioritize with Sergio

```
 1   and try to come up with decisions that made sense for
 2   what to translate, in what order, which modules, et
 3   cetera, for which languages.
 4        Q.   And that means that not every module was
 5   translated into every language?
 6        A.   That is correct.
 7        Q.   Did you -- is this a document that you
 8   reviewed yesterday?
 9        A.   No, I did not.
10        Q.   Do you see on the second page where Sergio
11   writes, "We just completed the testing of translation of
12   11.5.1 NLS."
13        A.   Yes.
14        Q.   "And we found almost 5,000 translation issues
15   to be fixed"?
16        A.   Yes, I see that.
17        Q.   Are translation issues similar to bugs?
18        A.   It depends on the type of translation issue.
19   A translation issue could be that someone found the word
20   choice that a translator used to be inappropriate, and
21   desired a different word, a simpler word or so.  A
22   translation issue could be something that the translated
23   word was supposed to show up, but for whatever reason it
24   didn't, and the English word showed up by mistake.
25             So they were a different category of issue.
```

```
 1    The software clearly continued to operate despite
 2    translation issues.  It might be someone would look at a
 3    screen and find a word funny or it might be they would
 4    see a word in a language they didn't expect, like
 5    English.
 6        Q.   Same page, just a little further up on the
 7    page, he writes, "The code was frozen, I believe, in
 8    October of 2000."
 9             Do you know what he meant by that as it
10    relates to translation issues?
11        A.   Frozen is usually a term used in development,
12    which is an internal time period where you're trying to
13    stabilize the code, you're locked down on new features
14    and changes, and you're only permitting things that come
15    up -- you're only permitting changes that come about as
16    a result of testing.
17             It is not the same time that you release,
18    because, obviously the testing process takes some period
19    of time.
20             As you are going through it, you make changes
21    to the code, but you are trying to progressively
22    stabilize the code with fewer and fewer changes prior to
23    release.  So you start out trying to freeze it.
24        Q.   Does that mean whatever software that he's
25    referring to, including the translation software, has
```

```
 1   not changed since October of 2000?
 2       A.   No, it doesn't.
 3       Q.   No?
 4       A.   No.  What it means is that development had
 5   started clamping down on that particular release in
 6   October.  The software was still changing while
 7   development went through testing on bug fix cycle until
 8   release.  Basically in this note Sergio was trying to
 9   exaggerate a point, he was trying to argue for faster
10   translation, so he was trying to pick not the release
11   date of English and compare it to the release date of
12   translations, he was trying to pick an internal,
13   in-process date within development and compare that to
14   release date to show how it was longer, as part of his
15   argument in favor of faster translations.
16       Q.   And that's because the more translation he has
17   in Europe, I guess the easier it is for him to sell to
18   European customers?
19       A.   Right.
20       Q.   Now, you see on the same page he writes,
21   "Platinum is helping a lot but is only available in
22   English and we still need to apply manually."
23            Do you know what he's referring to?
24       A.   Platinum was a different form of installation
25   process that Mark Barrenechea's group used for the CRM
```

```
 1   products.  It was something that Mark had been
 2   prototyping and using.  And he was complaining that it
 3   was available only in English, when he would have
 4   preferred it to be available in the other languages as
 5   well.
 6        Q.   So the platinum installation process was not
 7   just for translation; it was just installation for CRM
 8   products generally?
 9        A.   I'm trying to remember, because I wasn't so
10   associated with the platinum, since it really was for
11   CRM.  It was a form of laying down a whole environment
12   in a different way than the alternate installation
13   approach we had on the ERP side.
14        Q.   Okay.
15        A.   It was an alternate installation approach,
16   keep it simple.
17        Q.   Finally he writes, "The patching process is
18   broken to errors.  There is no central patch log
19   database and automation could be improved."
20             Do you know what he meant when he wrote --
21        A.   I think what he's referring to is the kind of
22   thing --
23        Q.   Let me finish the question.  "There is no
24   central patch log database"?
25        A.   I -- well, he meant one of two things here.
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16              I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20              In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 31st day of March 2006.
22
23
24                              _____
25                         for  DIANA NOBRIGA, CSR NO. 7071
```