```
 1              IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4
 5
 6   In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7
                                    FILE NO. C-01-0988-MJJ
 8   This Document Relates To:

     _____/
 9
10
11              HIGHLY CONFIDENTIAL
12       VIDEOTAPED DEPOSITION OF MICHAEL COCHRAN
13                Friday, June 16, 2006
14
15            SHEILA CHASE & ASSOCIATES
16                  REPORTING FOR:
17              LiveNote World Service
18          221 Main Street, Suite 1250
19         San Francisco, California 94105
20              Phone: (415) 321-2310
21              Fax:   (415) 321-2301
22
23
24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

Certified Copy

```
 1    what Cendant wanted in the contract, and it looks like
 2    it was easily approved by HQ without no issues.
 3    BY MS. RADCLIFFE:
 4        Q   And do you have any reason to believe that
 5    the copy of the document that you have there doesn't
 6    accurately reflect the e-mail communication that you
 7    received reflected on this document?
 8            MS. BUSBY:  Objection; vague as to which
 9    specific e-mail.
10            THE WITNESS:  I'm -- I'm not sure I followed
11    that.
12    BY MS. RADCLIFFE:
13        Q   Sure.
14            With respect to the e-mail communications we
15    just read beginning on 236573 --
16        A   Right.
17        Q   -- continuing to 236574 --
18        A   Right.
19        Q   -- do you have any reason to believe that the
20    information in that document is incorrect?
21        A   No.
22        Q   You can go ahead and put that document aside.
23            Go ahead and mark this exhibit next in order.
24            (Document marked Exhibit No. 11
25              for identification.)
```

Cochran, Michael
HIGHLY CONFIDENTIAL
6/16/2006

| | |
|---|---|
| 1 | BY MS. RADCLIFFE: |
| 2 | Q   For the record, it's a three-page document |
| 3 | NDCA ORCL 013048 to 013050.  Go ahead and take a look |
| 4 | at that document, Mr. Cochran. |
| 5 | A   Okay. |
| 6 | Q   Does this document refresh your recollection |
| 7 | with respect to the TMP account? |
| 8 | A   It does. |
| 9 | Q   And with respect to the e-mails on 013048 and |
| 10 | continuing to 01305, are you either a recipient or |
| 11 | receiver of those e-mails?  I should say a recipient |
| 12 | or author of those e-mails. |
| 13 | A   I was just going to say and/or author, yes. |
| 14 | Q   Do you recall drafting these e-mails? |
| 15 | A   Vaguely. |
| 16 | Q   With respect to the very first e-mail, the |
| 17 | second sentence says "They have been struggling big |
| 18 | time with their 11i implementation.  The biggest |
| 19 | issues are the global roll out and the over 300 tars |
| 20 | associated with language and localization issues." |
| 21 | Are those -- are the language issues |
| 22 | different than the currency issues we discussed |
| 23 | earlier? |
| 24 | A   In financial roll outs, there's always |
| 25 | localization issues.  Like United States has FASB |

```
 1    rules for accounting, and France has probably similar
 2    accounting rules, so everybody has what they call
 3    localization issues.
 4         All those have to be in the financial
 5    product, and since they were the first one rolling
 6    this out on a global basis in those currencies -- so
 7    it's actually a combination of both.
 8         The local country, quote, unquote, "FASB
 9    rules," as well as the roll up of the financials in
10    their currencies.
11    Q    Based on this e-mail, is it fair to say that
12    as of January 12, 2001, TMP had not completed its
13    implementation of Oracle's Suite 11i product?
14    A    It's fair to say.
15    Q    In the second paragraph of this e-mail, it
16    says "This e-mail is an FYI for your purpose. We are
17    very involved with them and it may cost us a few
18    bucks -- familiar to the other 3 big 11i
19    implementations I have going on."
20         What did you refer -- what did you mean by
21    that statement?
22    A    Well, the big bucks means we may have to put
23    in some consultants in there to help them out, and the
24    other implementations are probably the other two we've
25    been talking about, Paxar and AMP. I don't know what
```

```
 1   the third one is.
 2       Q   If you turn to the second page, which appears
 3   to be an e-mail from Jane Aboyoun at TMP to yourself
 4   at Oracle.
 5       A   Uh-huh.
 6       Q   And do you see where she writes in the second
 7   paragraph "As you know, our corporate goal was to be
 8   live on the financials suite January 1, 2001.  We
 9   missed that date because Oracle's software is still
10   not ready for production."
11       A   Uh-huh.
12       Q   "The TAR list continues to be expensive, and
13   many of those TARs are listed as severity 1 or 2.
14   Since there are no workarounds for the issues, we are
15   prevented from going live."
16           Do you know when TMP eventually went live?
17       A   I don't recall.  I think it was later that
18   year.
19       Q   Do you recall whether it was delays in
20   Oracle's software being ready for production that
21   caused the delays in TMP's ability to go live?
22           MS. BUSBY:  Objection; vague; lacks
23   foundation.
24           THE WITNESS:  It -- I'm sure it had something
25   to do with the TARs and whatnot in the system, their
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8        That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16   action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 22nd day of June 2006.
20
21        _____
22        ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```

LIVENOTE | World Service℠

Worldwide Deposition Reporting & Legal Videography

# ERRATA Sheet

Deposition of: __MICHAEL COCHRAN__

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
|      |      |        |        |
|      |      | Look okay, some minor mistakes | spelling |
|      |      |        |        |

Witness Signature/Date __Michael Cochran   7/14/06__

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com