IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION.

                  Master File No. C-01-0988-MJJ

This Document Relates To:

    ALL ACTIONS.

_____    _____/

---oOo---

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON

Volume II

Thursday, September 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

1   2001, that those three customers were not live?
2   A    GE has lots and lots of systems.  I'm not
3   sure what their -- what they mean when they say GE
4   isn't live yet.
5   Q    And Honeywell?
6   A    I'm not familiar with Honeywell or Agere.
7   Q    Okay.
8   A    In fact, down below, it says GE Aircraft --
9   Q    Okay.
10  A    -- as opposed to GE Power or GE Medical.
11  Q    Okay.  Did you know at that time -- I'm
12  talking about June 2001 -- where Alcoa was with their
13  implementation?
14  A    I don't recall.
15  Q    Okay.  And did you know that UPS was live
16  but was experiencing issues and, hence, was not
17  referenceable?
18       MR. LINDSTROM:  Objection; assumes facts.
19       THE WITNESS:  I don't -- no, I did not.
20       MR. SOLOMON:  Okay.  So we have marked as
21  the next exhibit document produced by the defendants
22  with the control numbers 162213 through 16.
23       (Exhibit No. 77 was marked for
24        identification.)
25       THE WITNESS:  Okay.

```
 1   BY MR. SOLOMON:
 2       Q    Okay.  So this is dated 7th of June 2001
 3   from Sergio Giacoletto to Mark Barrenechea, copied a
 4   number of people, including yourself?
 5       A    Yes.
 6       Q    And subject is "CRM Business Update - my
 7   feedback."
 8            You see that on the first page?
 9       A    Yes.
10       Q    And then skipping the second page onto the
11   third page, it begins, at the top, "Mark, I also
12   disappointed by the results," ellipsis, "but,"
13   ellipsis, "as you know, we had six to nine months of
14   product issues which caused loss of confidence by
15   sales, partners, analysts and customers.  Even as of
16   today, R11.5.4, which is the first stable release
17   is," and then in capitals, "NOT AVAILABLE in local
18   language and we will only get it between July and
19   October 2001.  This continued delay between the
20   American English release and the local language is
21   hurting us."
22            Do you see that?
23       A    I do.
24       Q    And were you aware, as of June 2001, that
25   local languages, other than the American English
```

```
 1  release, still were not available?
 2      A    Local languages were available; they just
 3  weren't available for -- there's a delay -- they
 4  weren't available for the latest release.
 5      Q    Okay.  But it's your testimony that they
 6  were -- they were available for all the prior
 7  releases as of that date?
 8      A    I don't know offhand about all the prior
 9  releases, but there was a delay -- whenever a new
10  release comes out, like 11.5.4, it comes out first in
11  American English which then goes into translation.
12      Q    Okay.  And this would have been in your
13  files as of June 7, 2001?
14      A    Yes.
15      Q    And you cannot -- and it wasn't produced
16  from your file and you cannot explain why; is that
17  right?
18      A    That's correct.
19           MR. SOLOMON:  Have marked as the next two
20  exhibits, the first exhibit document produced by the
21  defendants with the control numbers 121067 through
22  095, and the second exhibit produced by the
23  defendants with the control numbers 121145 through
24  175.
25           (Exhibit Nos. 78 and 79 were marked for
```

```
 1              identification.)
 2   BY MR. SOLOMON:
 3       Q    Again, Mr. Ellison, these are lengthy
 4   exhibits, and I don't intend to examine you in detail
 5   about them, but I would like to ask you first if you
 6   recognize them.
 7       A    Okay.
 8       Q    And looking at the first exhibit, it's
 9   dated Monday, the 11th of June 2001?
10       A    Yes.
11       Q    Do you see that?
12            And you will see that you are involved in
13   an exchange from you -- excuse me, from Mike Runda to
14   you and to others.
15            You see that?
16       A    I do.
17       Q    Do you know who Mike Runda is?
18       A    I don't.
19       Q    And do you recognize the document?
20       A    I do -- well, I recognize that the -- not
21   the specific instance of the document, but it's a
22   list of escalated customers.
23       Q    And you don't dispute this would have been
24   in your file in mid-June 2001?
25       A    I do not.
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2          I, RACHEL FERRIER, CSR, CSR No. 6948, duly
 3   authorized to administer oaths pursuant to Section
 4   8211 of the California Code of Civil Procedure,
 5   hereby certify that the witness in the foregoing
 6   deposition was by me sworn to testify to the truth,
 7   the whole truth and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place therein stated; that the
10   testimony of said witness was reported by me and was
11   thereafter transcribed by me or under my direction by
12   means of computer-aided transcription; that the
13   foregoing is a full, complete and true record of said
14   testimony; and that the witness was given an
15   opportunity to read and correct said deposition and
16   to subscribe same.
17          I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said caption.
22          IN WITNESS WHEREOF, I have hereunto subscribed
23   by my hand this 28th day of September, 2006.
24   _____Rachel Ferrier_____
25              RACHEL FERRIER, CSR No. 6948
```