```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
                                          )        CERTIFIED COPY
 4   In re ORACLE CORPORATION             )
     SECURITIES LITIGATION                ) Master File No.
 5   _____ )
                                          ) C-01-0988-MJJ
 6   THIS DOCUMENT RELATES TO:            )
                                          )
 7        ALL ACTIONS.                    )
     _____ )
 8
 9
10                         CONFIDENTIAL
11
12                          VOLUME I
13    VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.
14                   Tuesday, July 25, 2006
15
16                       VIDEOTRACK LLC
                         Reporting For:
17
18                   LiveNote World Service
                 221 Main Street, Suite 1250
19               San Francisco, California  94105
                     Phone:  (415) 321-2300
20                   Fax:    (415) 321-2301
21
22
23
24   REPORTED BY: KAE F. GERNANDT
                  CSR No. 5342
25
```

```
 1   see that?
 2        A.   Yes, I do.
 3        Q.   You didn't disagree with that statement
 4   by Sergio, did you?
 5        A.   I don't recall.  I -- I don't recall.
 6        Q.   As you sit here today, do you disagree
 7   that there were months of product issues in fiscal
 8   2001 which caused the loss of confidence by Oracle
 9   salespeople, its partners, analysts and customers?
10        A.   Generally speaking, that's right.  We
11   launched a brand-new product, and it was
12   challenging.  It was a challenging period.
13        Q.   And you see where he writes, "Even as of
14   today, release 11.5.4, which is the first stable
15   release, is not available in local language, and we
16   will only get it between July and October 2001"?
17   See that?
18        A.   Yes.
19        Q.   You didn't disagree that 11.5.4 was the
20   first stable release, did you?
21        A.   I don't recall.
22        Q.   And do you have any reason to believe
23   that Sergio's view of -- of the stability of 11i or
24   11.5.4 was inaccurate?
25        A.   Shawn, you're asking me to recall
```

```
 1   something that is over five years ago.  And to say
 2   do I have any reason to agree or disagree with it, I
 3   think, is somewhat of an unfair question.
 4           I mean, I -- I think the product in
 5   Europe was a little bit different than the U.S.
 6   because of the nature of the language that was
 7   associated with it.  And if I had to speculate, I'd
 8   probably say that we were more stable more quickly
 9   in the U.S. because the language that it was
10   developed for was the English -- U.S. English, not
11   U.K. English.
12       Q.   Well, if you don't recall, you can just
13   say you don't recall.
14       A.   I don't recall.
15       Q.   I'm not trying to trick you or anything.
16       A.   Okay.  I don't recall.
17       Q.   You see where he writes that -- again,
18   the same sentence, "Even as of today, release
19   11.5.4, which is the first stable release, is not
20   available in local language"?  Did you know whether
21   or not as of June 2001 11i was available in European
22   local languages?
23       A.   I don't recall that.  I don't recall.
24       Q.   Do you recall -- withdrawn.
25           Do you know whether this issue was
```

1    discussed at executive committee meetings in June of
2    2000, specifically the issue of the availability of
3    11i in European local language?
4         A.   I don't recall discussing that at the
5    executive committee.  It was not unusual that when
6    you released a new product that other languages for
7    other countries would come at a later date.
8         Q.   You see that Sergio writes "not
9    available" in capital letters.  Did you know why?
10        A.   Sergio's got a big sales number that he
11   has to achieve, revenue number.  And he is going to
12   do everything he can to make sure he's got the
13   product that he needs.  If he doesn't, he's going to
14   make sure Larry knows that so that when negotiations
15   for revenue targets are understood that Sergio's got
16   something like this to point to.
17        Q.   Okay.  Great.  I'm going to show you
18   what's been previously marked as Borthwick No. 17.
19   It's Bates numbered NDCA-ORCL 131696 through 702.
20   I'll ask you to take a look at this document and let
21   me know when you're done.
22        A.   Okay.
23        Q.   Okay.  You recognize what's been
24   previously marked as Borthwick No. 17?
25        A.   I do not.

```
 1          Q.   Okay.  Appears to be an e-mail from
 2   Ivgen Guner to Keith Block and Valerie Borthwick,
 3   right?
 4          A.   Correct.
 5          Q.   Both in your organization?
 6          A.   No -- yes.  I'm sorry.  Correct.
 7          Q.   Right.  And it's in June of 2001,
 8   actually, June 11th, 2001, right?
 9          A.   Correct.
10          Q.   Subject line is the board meeting input?
11          A.   Correct.
12          Q.   All right.  And Ivgen is asking Valerie
13   and Keith to go over his PowerPoint presentation
14   with you before they give it to Jeff Henley; is that
15   fair?
16          A.   That's what it says here, correct.
17          Q.   And the name of it is actually the
18   "Sanderson PowerPoint," right, the file?
19          A.   Yes.
20          Q.   And was it customary for Keith and
21   Valerie to help prepare presentations for the
22   consulting organization for either Larry Ellison and
23   Jeff Henley or the board of directors?
24          A.   Yes.  The only qualification I give,
25   Shawn, is for the board of directors, not directly,
```

1
2
3                    REPORTER'S CERTIFICATE
4
5          I, KAE F. GERNANDT, a Certified Shorthand
6   Reporter for the State of California, do hereby certify:
7          That the witness in the foregoing deposition
8   was by me duly sworn; that the deposition was then taken
9   before me at the time and place herein set forth; that
10  the testimony and proceedings were reported by me
11  stenographically and were transcribed through
12  computerized transcription under my direction; and the
13  foregoing is a true and correct record of the testimony
14  and proceedings taken at that time.
15         IN WITNESS WHEREOF, I have subscribed my
16  name this 2nd day of August, 2006.
17
18
19
20                        _____
21                        Kae F. Gernandt, CSR No. 5342
22
23
24
25

Case:        In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:     Edward J. Sanderson, Jr.

Date:        July 25, 2006 and August 7, 2006

Reporter:    Kae F. Gernandt, CSR No. 5342

I HAVE READ THE EXAMINATION AS REQUESTED.   PLEASE NOTE THE FOLLOWING:

_____   No changes need to be made to the transcript.

\_\_X\_\_     Changes listed below.

_[Signature: Edward Sanderson]_                         9/3/06
WITNESS SIGNATURE                                       DATE SIGNED

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to add anything to the deposition, use the exact words you want to add.  If you wish to delete anything from the deposition, please use the exact words you want to delete.  Thank you.

| Page:Line | + | - | Change |
|---|---|---|---|
| 205:18 | | | Change "to" to "into" |
| 247:17 | | | Change "SalesOnline" to "Sales Online" |
| 248:1 | | | Change "SalesOnline" to "Sales Online" |
| 252:23 | | | Change "SalesOnline" to "Sales Online" |
| 255:17 | | | Change "SalesOnline" to "Sales Online" |
| 258:1 | | | Change "SalesOnline" to "Sales Online" |
| 266:23 | | | Change "SalesOnline" to "Sales Online" |
| 268:5 | | | Change "SalesOnline" to "Sales Online" |
| 268:23 | | | Change "SalesOnline" to "Sales Online" |
| 269:5 | | | Change "SalesOnline" to "Sales Online" |
| 269:15 | | | Change "SalesOnline" to "Sales Online" |
| 270:17 | | | Change "SalesOnline" to "Sales Online" |
| 275:25 | | | Change "SalesOnline" to "Sales Online" |
| 316:12 | | | Change "req" to "rec" |

SV\521217.1                                                Page 1 of 2

| | |
|---|---|
| 317:25 | Change "Caulter" to "Coulter" |
| 344:14 | Change "at" to "of" |
| 370:12 | Change "Tool" to "Tools" |
| 387:14 | Change "SalesOnline" to "Sales Online" |
| 403:19 | Change "SalesOnline" to "Sales Online" |
| 425:23 | Change "meet" to "mean" |
| 467:5, 7, 8, 18 | Change "SalesOnline" to "Sales Online" |
| 472:6 | Change "SalesOnline" to "Sales Online" |
| 499:25 | Change "req" to "rec" |
| 532:7 | Change "inversion" to "version" |
| 563:18 | Change "SalesOnline" to "Sales Online" |
| 43:10 | Change "MCKENZIE" to "M$^c$Kinsey" |
| 43:09 | " " " " |
| 314:22 | Change "focus to book to bill" to "Focus on book to bill" |
| 315:6 | Change "worthy of note" to "worthy to note" |

SV\521217.1

Page 2 of 2