1   IN THE UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   ---oOo---

**Certified Copy**

6   In Re ORACLE CORPORATION
    SECURITIES LITIGATION
7                                           FILE NO. C-01-0988-MJJ
8   This Document Relates To:
    _____/

11   CONFIDENTIAL
12   VIDEOTAPED DEPOSITION OF GARY MATUSZAK
13   Tuesday, August 1, 2006

15   SHEILA CHASE & ASSOCIATES
16   REPORTING FOR:
17   LiveNote World Service
18   221 Main Street, Suite 1250
19   San Francisco, California 94105
20   Phone: (415) 321-2311
21   Fax:   (415) 321-2301

24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

Matuszak, Gary
CONFIDENTIAL
8/1/2006

1  this appears to be a slide presentation.  It has
2  Arthur Andersen on the top.  It says "Audit Committee
3  Meeting January 5, 2001."
4       Actually it goes -- it appears that it
5  goes -- well, I'll just direct your attention to that
6  page ended 752, and I'll take you through the pages
7  that I want you to look at.
8       A    Okay.
9       Q    So if you look at the -- well, have you seen
10 this?
11      Well, if you flip through, it appears to be a
12 slide presentation made by Arthur Andersen at the
13 finance and audit committee meeting; am I correct?  Is
14 that right?
15      A    Yes.
16      Q    Have you seen this slide presentation before?
17      A    I did.
18      Q    Did you make this slide presentation to
19 Oracle?
20      A    Most likely I did.
21      Q    All right.
22      Is this the -- is this kind of the standard
23 presentation that you would make during each -- during
24 the finance and audit committee meetings in the
25 quarters fiscal year 2001?

```
 1         MR. SIDORSKY:  Objection to form.
 2         THE WITNESS:  This looks familiar in terms of
 3    the overall format and the content of what we would
 4    cover in our quarterly meetings with the audit
 5    committee.
 6         MR. GREENSTEIN:  Okay.
 7    Q    And it appears that it was made on
 8    January 5th, 2001; right?
 9    A    That's correct.
10    Q    So that would be -- well, if you turn to the
11    next page, 081753, see how it says "Results of Second
12    Quarter Review"?
13    A    Yes.
14    Q    And it says "Overall Results.  No adjustments
15    proposed"; do you see that?
16    A    Yes.
17    Q    What is -- okay.  What does that mean, "No
18    adjustments proposed"?
19    A    That means that as part of our quarterly
20    review, we did not come up with any differences
21    between what the company recorded in the financial
22    statements and what we felt should have been recorded
23    in the quarterly financial statements.  So we didn't
24    propose an adjustment to -- to reflect changes in the
25    financial statements.
```

Matuszak, Gary
CONFIDENTIAL
8/1/2006

```
 1        Q    So no adjustment was made to the final
 2   numbers that Oracle presented as part of their
 3   earnings press release at the end of the quarter --
 4        MR. SIDORSKY:  Objection --
 5        MR. GREENSTEIN:  Q.  -- right?
 6        MR. SIDORSKY:  -- to form.
 7        THE WITNESS:  I think that's -- yes, that's
 8   correct.
 9        MR. GREENSTEIN:  Q.  So, in other words,
10   the -- does that mean that during those closing
11   meetings when you -- when you're discussing the
12   quarter -- the quarterly results, financial results,
13   that Andersen didn't have any adjustments to those
14   results that were in that press release?
15        MR. SIDORSKY:  Objection to form.
16        THE WITNESS:  I -- yes, I believe that's
17   correct based on your -- your question.
18        MR. GREENSTEIN:  Okay.
19        THE WITNESS:  We did not propose adjustments
20   to change the balance sheet or income statement
21   presented in the press release.
22        MR. GREENSTEIN:  Q.  Well, is that -- is that
23   just the balance sheet and the income statement, or
24   does that mean any -- any information, any financial
25   information in the press release?
```

| | |
|---|---|
| 1 | MR. SIDORSKY: Objection to form. |
| 2 | THE WITNESS: Well, this review is the result |
| 3 | of our quarterly review which entails the balance |
| 4 | sheet and the income statement. The information in |
| 5 | the press release is the company's information, not |
| 6 | ours. We don't have responsibility with respect to |
| 7 | the press release. |
| 8 | MR. GREENSTEIN: Q. But you tick -- you go |
| 9 | through the information and tick it, and you help |
| 10 | craft the language/the verbiage, as you said, in the |
| 11 | press release before it goes out; right? |
| 12 | MR. SIDORSKY: That is not what he said, and |
| 13 | I'm going to object to rehashing what has been clearly |
| 14 | been stated on the record now several times that you |
| 15 | persist in going back over and misstating, so -- |
| 16 | MR. GREENSTEIN: I'll withdraw the question |
| 17 | so you don't continue to talk. |
| 18 | MR. SIDORSKY: Yeah. |
| 19 | MR. GREENSTEIN: Q. Do you see on 081753, |
| 20 | the second -- kind of the second prong of the overall |
| 21 | results. You see where it says "Quality of Earnings |
| 22 | discussion - no issues"? |
| 23 | A    I do see that. |
| 24 | Q    What does that mean? |
| 25 | A    My recollection is at some point in time |

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 14 day of August 2006.

_____
ANDREA M. IGNACIO HOWARD CSR No. 9830