CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re: ORACLE CORPORATION SECURITIES LITIGATION
_____________________________/

Master File No. C-01-0988-MJJ (JCS)
CLASS ACTION

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

D. PAUL REGAN, CPA, CFE

_____________________________

Monday, July 9, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75266

your opening report and your rebuttal report, one of the things that's noticeably absent in your discussion of these transfers and their impact on the financial statements is the fact that you never take the position that the misstatements in the second quarter of fiscal year 2001 were quantitatively material or material from a quantitative perspective.

MR. GREENSTEIN: Objection. I don't know if that's a question, but I'll object to the form of that question.

Q. BY MR. GLENNON: My question is: Is it your position that the $20 million adjustment and its resulting financial statement impact in the second quarter of fiscal year 2001 is quantitatively material?

A. Well, I notice that comment in Mr. Duross's report, and it appeared to me that it conflicted with page 2 of my expert report, paragraph 1, paragraph 2, and paragraph 3. It conflicted with page 4 of my expert report, particularly paragraph 1. Conflicted with page 20 of my expert report, particularly footnote 37 and footnote 72. It conflicted with page 21, footnotes 39, 40, and 41. And at that point, I stopped because I thought that was a criticism that was completely off base.

In addition, I don't think you -- as an

expert, when you say that some financial statements were materially misstated, you don't have to say whether they're quantitatively misstated or qualitatively misstated. It's not a determination that one needs to make. But I think I did make a quantitative as well as qualitative determination. And for at least those paragraphs and sections that I cited. So I think it's a -- it's a misstatement of my expert report.

Q. BY MR. GLENNON: What was the impact of the $20 million bad debt adjustment at the end of the second quarter on Oracle's net income after taxes?

A. You're talking about the debit memo?

Q. No, I'm talking about the bad debt adjustment.

MR. GREENSTEIN: Objection. Form.

THE WITNESS: The debit memo bad debt adjustments. I mean there's two $20 million adjustments. HP is a $20 million adjustment. So if you asked me a question --

Q. BY MR. GLENNON: Well, I'm talking about the bad debt reserve adjustment.

A. It's calculated on page 21. And it's 12.9 million. And it increased earnings per share by one penny.

Q. Well, would it have increased earnings per

share by one penny or would it have increased earnings per share of .22 of a cent?

MR. GREENSTEIN: Objection. Form.

THE WITNESS: It increased earnings per share by portion of a cent, which has the effect of increasing earnings per share from 10 cents to 11 cents.

Q. BY MR. GLENNON: Once EPS crosses 10.5, isn't Oracle required under GAAP to round that cent up?

MR. GREENSTEIN: Objection. Form.

THE WITNESS: That's certainly the custom and practice in the issuance of financial statements.

Q. BY MR. GLENNON: What percentage of the net income did the impact of the bad debt -- let me start that question over again.

The $12.9 million increase in the net income that you just referenced, what percentage of Oracle's overall net income for the quarter did that represent?

A. It's a little over 2 percent.

Q. Of the $20 million that was released into revenue, what percentage of Oracle's quarterly revenues did that $20 million represent?

MR. GREENSTEIN: Objection. Form.

THE WITNESS: Rounds to -- it's less than 1 percent.

Q. BY MR. GLENNON: Mr. Regan, would you agree

with me that had the bad debt transfers never occurred and had the subsequent adjustment never occurred in the second quarter of fiscal year 2001, Oracle still would have reported EPS of 10 cents?

MR. GREENSTEIN: Objection. Form.

THE WITNESS: Well, I don't know what they would have done. But assuming they wouldn't have utilized some other element in the absence of any other element of -- to be used, they would have reported EPS of 10 cents.

Q. BY MR. GLENNON: Well, let's take it a slightly different way. If you were to reverse the adjustment out of revenue, would Oracle still have reported EPS of 10 cents in the second quarter of fiscal year 2001?

MR. GREENSTEIN: Objection. Form.

THE WITNESS: Well, I think it's complicated by the fact that the HP transaction, because the HP transaction also brings it over 10.5, which rounds to 11. So you have to -- in getting to your answer, you have to eliminate both HP and the bad debt writeoff.

Q. BY MR. GLENNON: Let's put HP aside for a second. Let's just focus on the bad debt adjustment. If you were to reverse the $20 million release at the end of the second quarter, would that bring Oracle down to below

CONFIDENTIAL

REPORTER'S CERTIFICATE

I certify that the witness in the forgoing deposition,

was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place herein named; that the testimony of said witness was reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed under my direction into typewriting.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said caption.

Dated

Leslie Rockwood

Leslie Rockwood
Certified Shorthand Reporter
State of California
Certificate No. 3462