**From:** Tom Williams
**Sent:** Thu, 02 Nov 2000 04:57:45 GMT
**To:** Jennifer Minton
**CC:**
**BCC:**
**Subject:** [Fwd: Giveback Analysis]

---

---

Confidential - Pursuant To Protective Order NDCA-ORCL 1607461

carryforward schedule we discussed.

Confidential - Pursuant To Protective Order

NDCA-ORCL 1607462

Tom,

Per your request.

Tammy

Confidential - Pursuant To Protective Order                                                                 NDCA-ORCL 1607463

0000007_59417.xls

# ORACLE USA
## BAD DEBT RESERVE AN
## Q3FY98 - Q3FY00

| | A / B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 7 | **AS OF January 31, 2000** | **Q1FY01** | **Q4FY00** | **Q3FY00** | **Q2FY00** | **Q1FY00** |
| 8 | | **Total** | **Total** | **Total** | **Total** | **Total** |
| 9 | **SPECIFIC RESERVE** | | | | | |
| 10 | **Trade Receivables: >$100,000** | | 12,768,338 | $ 17,251,038 | $ 30,783,104 | $ 33,414,045 |
| 11 | **Receivables in Legal** | | 13,460,391 | $ 21,222,669 | | |
| 12 | **Receivables in Litigation** | | 11,141,481 | $ 2,286,523 | $ 2,228,644 | $ 2,228,644 |
| 13 | **CPG & Other AR with claims** | | 7,372,351 | $ 5,156,849 | $ 4,687,974 | $ 6,364,821 |
| 14 | **Lease Receivables - In House** | | 751,808 | $ 73,318 | $ 271,361 | $ 271,361 |
| 15 | **AR-->GL Out of Balance** | | - | $ - | | |
| 16 | **OCC Loss Pool** | | - | $ - | | $ 705,029 |
| 17 | | | | | | |
| 18 | **Total Specific Reserve** | $ - | $ 45,494,369 | $ 45,990,397 | $ 37,971,083 | $ 42,983,900 |
| 19 | | | | | | |
| 20 | **GENERAL RESERVE** | | | | | |
| 21 | **Trade Receivables: <$100,000** | | 26,086,283 | $ 25,239,898 | $ 26,865,816 | $ 25,634,155 |
| 22 | **Unbilled Technical Support** | | 2,434,229 | $ 1,630,871 | $ 1,601,804 | $ 1,445,739 |
| 23 | **Lease Receivables - In House** | | 701,650 | $ 619,228 | $ 803,124 | $ 590,212 |
| 24 | **Lease Receivables - In House (.com)** | | 2,598,793 | $ 5,116,515 | $ 2,000,000 | |
| 25 | **Accrued Revenue** | | 3,163,213 | $ 3,715,802 | $ 3,000,000 | $ 12,139,289 |
| 26 | **OCC Loss Pool** | | 17,600,000 | $ 5,505,000 | $ 3,000,000 | $ 2,294,971 |
| 27 | **OCC Loss Pool ( May Activity)** | | | | | |
| 28 | **OCC Loss Pool - .com** | | 2,400,000 | $ 1,500,000 | | |
| 29 | **Management Judgment** | | 26,000,000 | $ 10,000,000 | $ 15,000,000 | $ 10,000,000 |
| 30 | | | | | | |
| 31 | **Total General Reserve** | $ - | $ 80,984,168 | $ 53,327,314 | $ 52,270,743 | $ 52,104,366 |
| 32 | | | | | | |
| 33 | **TOTAL RESERVE** | | | | | |
| 34 | **Trade Receivables: >$100,000** | | 12,768,338 | $ 17,251,038 | $ 30,783,104 | $ 33,414,045 |
| 35 | **Trade Receivables: <$100,000** | | 26,086,283 | $ 25,239,898 | $ 26,865,816 | $ 25,634,155 |
| 36 | **CPG & Other AR with claims** | | 7,372,351 | $ 5,156,849 | $ 4,687,974 | $ 6,364,821 |
| 37 | **Unbilled Technical Support** | | 2,434,229 | $ 1,630,871 | $ 1,601,804 | $ 1,445,739 |
| 38 | **Receivables in Legal** | | 13,460,391 | $ 21,222,669 | | |

Confidential - Pursuant To Protective Order

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | **ALYSIS** | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | **Q4FY99** | **Q3FY99** | **Q2FY99** | **Q1FY99** | **Q4FY98** | **Q3FY98** |
| 8 | **Total** | **Total** | **Total** | **Total** | **Total** | **Total** |
| 9 | | | | | | |
| 10 | $ 23,371,888 | $ 29,181,740 | $ 24,773,800 | $ 30,211,272 | $ 16,773,138 | $ 19,286,436 |
| 11 | | | | | | |
| 12 | $ 1,220,565 | $ 908,238 | $ 908,239 | $ 908,239 | $ 908,239 | $ 902,092 |
| 13 | | | | | | |
| 14 | $ 433,658 | $ 643,248 | $ 666,690 | $ 692,204 | $ 781,300 | $ 42,712 |
| 15 | | | | $ 883,137 | $ 672,431 | $ 858,249 |
| 16 | $ 41,663 | $ 154,047 | | $ 76,659 | $ 171,552 | $ 708,361 |
| 17 | | | | | | |
| 18 | $ 25,067,774 | $ 30,887,273 | $ 26,348,729 | $ 32,771,511 | $ 19,306,660 | $ 21,797,850 |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | $ 25,634,155 | $ 36,191,132 | $ 52,410,620 | $ 46,225,729 | $ 42,086,750 | $ 39,896,073 |
| 22 | $ 942,228 | $ 796,892 | $ 625,386 | $ 553,467 | $ 362,996 | $ 509,120 |
| 23 | $ 60,755 | $ 83,381 | $ 111,476 | $ 64,256 | $ 109,208 | $ 31,217 |
| 24 | | | | | | |
| 25 | $ 8,870,073 | $ 7,455,965 | $ 1,273,990 | $ 1,477,936 | $ 824,803 | $ 674,587 |
| 26 | $ 6,958,337 | $ 2,845,953 | $ 2,221,834 | $ 2,163,881 | $ 1,937,940 | $ 717,710 |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | $ 26,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 19,283,424 | $ 11,000,000 |
| 30 | | | | | | |
| 31 | $ 68,465,547 | $ 57,373,323 | $ 66,643,306 | $ 60,485,269 | $ 64,605,121 | $ 52,828,707 |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | $ 23,371,888 | $ 29,181,740 | $ 24,773,800 | $ 30,211,272 | $ 16,773,138 | $ 19,286,436 |
| 35 | $ 25,634,155 | $ 36,191,132 | $ 52,410,620 | $ 46,225,729 | $ 42,086,750 | $ 39,896,073 |
| 36 | | | | | | |
| 37 | $ 942,228 | $ 796,892 | $ 625,386 | $ 553,467 | $ 362,996 | $ 509,120 |
| 38 | | | | | | |



Confidential - Pursuant To Protective Order

0000007_59417.xls

ORACLE USA
BAD DEBT RESERVE AN/
Q3FY98 - Q3FY00

| | A / B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 7 | AS OF January 31, 2000 | Q1FY01 | Q4FY00 | Q3FY00 | Q2FY00 | Q1FY00 |
| 8 | | Total | Total | Total | Total | Total |
| 39 | Receivables in Litigation | | 11,141,481 | $ 2,286,523 | $ 2,228,644 | $ 2,228,644 |
| 40 | Lease Receivables - In House | | 1,453,458 | $ 692,546 | $ 1,074,485 | $ 861,573 |
| 41 | Lease Receivables - In House (.com) | | 2,598,793 | $ 5,116,515 | $ 2,000,000 | |
| 42 | AR-->GL Out of Balance | | - | $ - | | |
| 43 | Accrued Revenue | | 3,163,213 | $ 3,715,802 | $ 3,000,000 | $ 12,139,289 |
| 44 | OCC Loss Pool | | 17,600,000 | $ 5,505,000 | $ 3,000,000 | $ 3,000,000 |
| 45 | OCC Loss Pool ( May Activity) | | | | | |
| 46 | OCC Loss Pool - .com | | 2,400,000 | $ 1,500,000 | | |
| 47 | Management Judgment | | 26,000,000 | $ 10,000,000 | $ 15,000,000 | $ 10,000,000 |
| 48 | | | | | | |
| 49 | TOTAL RESERVE | $ - | $ 126,478,537 | $ 99,317,711 | $ 90,241,827 | $ 95,088,266 |
| 50 | | | | | | |
| 51 | Rounding | | $ (655,714) | $ (516,582) | $ 133,957 | $ (215,600) |
| 52 | Reserve Requirement - End of Month 2 | | $ 125,822,823 | $ 98,801,128 | $ 90,375,783 | $ 94,872,666 |
| 53 | General Ledger Reserve Balance - End of Month 2 | | $ 125,822,823 | $ 98,801,128 | $ 115,375,783 | $ 112,872,666 |
| 54 | Reserve Adjustment | | $ - | $ - | $ (25,000,000) | $ (18,000,000) |
| 55 | Month 3 Provision | | $ 18,012,115 | $ 13,888,928 | $ 534,213 | $ 3,900,000 |
| 56 | General Ledger Reserve Balance - End of Quarter | | $ 143,834,938 | $ 112,690,056 | $ 90,909,996 | $ 98,772,666 |
| 57 | | | | | | |
| 58 | INVOICES SPECIFICALLY REVIEWED | | | | | |
| 59 | Trade Receivables: >$100,000 | | 969,632,599 | $ 783,813,311 | $ 775,225,425 | $ 1,135,415,941 |
| 60 | Receivables in Legal | | 13,460,391 | $ 21,222,669 | | |
| 61 | Receivables in Litigation | | 11,141,481 | $ 2,286,523 | $ 2,228,644 | $ 2,228,644 |
| 62 | CPG & Other AR with claims | | 7,372,351 | $ 5,156,849 | | |
| 63 | Lease Receivables - In House | | 751,808 | $ 73,318 | $ 271,361 | $ 271,361 |
| 64 | AR-->GL Out of Balance | | (15,584,872) | $ 27,057,169 | $ (14,268,436) | $ (22,979,104) |
| 65 | OCC Loss Pool | | - | $ - | | |
| 66 | | | | | | |
| 67 | Total | $ - | $ 986,773,758 | $ 839,609,839 | $ 763,456,993 | $ 1,114,936,842 |

Confidential - Pursuant To Protective Order

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | ALYSIS | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | Q4FY99 | Q3FY99 | Q2FY99 | Q1FY99 | Q4FY98 | Q3FY98 |
| 8 | Total | Total | Total | Total | Total | Total |
| 39 | $ 1,220,565 | $ 908,238 | $ 908,239 | $ 908,239 | $ 908,239 | $ 902,092 |
| 40 | $ 494,412 | $ 726,629 | $ 778,166 | $ 756,460 | $ 890,508 | $ 73,929 |
| 41 | | | | | | |
| 42 | | | | $ 883,137 | $ 672,431 | $ 858,249 |
| 43 | $ 8,870,073 | $ 7,455,965 | $ 1,273,990 | $ 1,477,936 | $ 824,803 | $ 674,587 |
| 44 | $ 7,000,000 | $ 3,000,000 | $ 2,221,834 | $ 2,240,540 | $ 2,109,492 | $ 1,426,071 |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | $ 26,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 19,283,424 | $ 11,000,000 |
| 48 | | | | | | |
| 49 | $ 93,533,322 | $ 88,260,596 | $ 92,992,035 | $ 93,256,780 | $ 83,911,781 | $ 74,626,557 |
| 50 | | | | | | |
| 51 | $ (2,911) | $ (392,928) | $ 64,799 | $ (146,611) | $ 72,710 | $ 161,779 |
| 52 | $ 93,530,411 | $ 87,867,668 | $ 93,056,833 | $ 93,110,169 | $ 83,984,491 | $ 74,788,337 |
| 53 | $ 98,530,411 | $ 99,867,668 | $ 111,056,833 | $ 117,110,169 | $ 93,201,067 | $ 80,288,337 |
| 54 | $ (5,000,000) | $ (12,000,000) | $ (18,000,000) | $ (24,000,000) | $ (9,216,576) | $ (5,500,000) |
| 55 | $ 19,489,964 | $ 5,180,000 | $ 4,254,776 | $ 16,016,317 | $ 14,596,849 | $ 8,379,014 |
| 56 | $ 113,020,375 | $ 93,047,668 | $ 97,311,609 | $ 101,093,852 | $ 98,581,340 | $ 83,167,351 |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | $ 1,135,415,941 | $ 655,689,187 | $ 648,233,939 | $ 838,586,977 | $ 689,103,050 | $ 618,930,922 |
| 60 | | | | | | |
| 61 | $ 1,220,565 | $ 908,238 | $ 908,239 | $ 908,239 | $ 908,239 | $ 902,092 |
| 62 | | | | | | |
| 63 | $ 714,561 | $ 898,368 | $ 118,455 | $ 672,816 | $ 1,024,701 | $ 42,712 |
| 64 | $ (22,979,104) | $ (21,686,606) | $ (14,237,156) | $ 883,137 | $ 672,432 | $ 858,249 |
| 65 | | $ 1,405,806 | | $ 531,061 | $ 1,143,676 | $ 2,384,054 |
| 66 | | | | | | |
| 67 | $ 1,114,371,962 | $ 637,214,993 | $ 635,023,477 | $ 841,582,230 | $ 692,852,098 | $ 623,118,029 |

Confidential - Pursuant To Protective Order

## ORACLE USA
## BAD DEBT RESERVE ANA
## Q3FY98 - Q3FY00

| Row | A / B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 7 | AS OF January 31, 2000 | Q1FY01 | Q4FY00 | Q3FY00 | Q2FY00 | Q1FY00 |
| 8 | | Total | Total | Total | Total | Total |
| 68 | | | | | | |
| 69 | INVOICES NOT SPECIFICALLY REVIEWED | | | | | |
| 70 | Trade Receivables: <$100,000 | | 314,049,562 | $ 282,664,797 | $ 296,801,499 | $ 293,611,553 |
| 71 | Unbilled Technical Support | | 24,342,292 | $ 16,308,714 | $ 16,018,036 | $ 14,457,389 |
| 72 | Lease Receivables - In House | | 35,082,475 | $ 30,961,394 | $ 40,156,183 | $ 29,510,609 |
| 73 | Lease Receivables - In House (.com) | | 17,325,287 | $ 34,110,097 | | |
| 74 | OCC Loss Pool | | 7,600,000 | $ 5,505,000 | | |
| 75 | OCC Loss Pool ( May Activity) | | 10,000,000 | | | |
| 76 | OCC Loss Pool - .com | | 2,400,000 | $ 1,500,000 | | |
| 77 | Accrued Revenue | | 51,700,588 | $ 69,869,694 | $ 3,000,000 | $ 129,385,573 |
| 78 | | | | | | |
| 79 | Total Invoices not Specifically Reviewed | $ - | $ 462,500,204 | $ 440,919,696 | $ 355,975,718 | $ 466,965,124 |
| 80 | | | | | | |
| 81 | INVOICE POPULATION | | | | | |
| 82 | Trade Receivables: >$100,000 | | 969,632,599 | $ 783,813,311 | $ 775,225,425 | 1,135,415,941 |
| 83 | Trade Receivables: <$100,000 | | 314,049,562 | $ 282,664,797 | $ 296,801,499 | 293,611,553 |
| 84 | Unbilled Technical Support | | 24,342,292 | $ 16,308,714 | $ 16,018,036 | 14,457,389 |
| 85 | CPG & Other AR with claims | | 7,372,351 | $ 5,156,849 | | |
| 86 | Receivables in Legal | | 13,460,391 | $ 21,222,669 | | |
| 87 | Receivables in Litigation | | 11,141,481 | $ 2,286,523 | $ 2,228,644 | $ 2,228,644 |
| 88 | Lease Receivables - In House | | 35,834,283 | $ 31,034,712 | $ 40,427,544 | $ 29,781,969 |
| 89 | Lease Receivables - In House (.com) | | 17,325,287 | $ 34,110,097 | | |
| 90 | AR-->GL Out of Balance | | (15,584,872) | $ 27,057,169 | $ (14,268,436) | $ (22,979,104) |
| 91 | OCC Loss Pool | | 7,600,000 | $ 36,700,000 | $ 20,905,000 | $ 20,905,000 |
| 92 | OCC Loss Pool ( May Activity) | | 10,000,000 | | | |
| 93 | OCC Loss Pool - .com | | 2,400,000 | $ 6,000,000 | | |
| 94 | Accrued Revenue | | 51,700,588 | $ 69,869,694 | $ 3,000,000 | $ 129,385,573 |
| 95 | | | | | | |
| 96 | Total Accounts Receivable | $ - | $ 1,449,273,962 | $ 1,316,224,535 | $ 1,140,337,712 | $ 1,602,806,965 |

Confidential - Pursuant To Protective Order

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | ALYSIS | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | Q4FY99 | Q3FY99 | Q2FY99 | Q1FY99 | Q4FY98 | Q3FY98 |
| 8 | Total | Total | Total | Total | Total | Total |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | $ 293,611,553 | $ 308,533,574 | $ 342,054,207 | $ 332,453,834 | $ 333,950,973 | $ 312,160,131 |
| 71 | $ 9,422,281 | $ 7,968,920 | $ 6,253,860 | $ 5,534,668 | $ 3,629,964 | $ 5,091,203 |
| 72 | $ 3,037,727 | $ 4,169,063 | $ 6,122,036 | $ 3,232,225 | $ 4,534,297 | $ 1,560,840 |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | $ 76,931,868 | $ 75,601,398 | $ 63,699,519 | $ 73,896,793 | $ 41,240,145 | $ 33,729,346 |
| 78 | | | | | | |
| 79 | $ 383,003,429 | $ 396,272,955 | $ 418,129,622 | $ 415,117,520 | $ 383,355,379 | $ 352,541,520 |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | $ 1,135,415,941 | $ 655,689,187 | $ 648,233,939 | $ 838,586,977 | $ 689,103,050 | $ 618,930,922 |
| 83 | $ 293,611,553 | $ 308,533,574 | $ 342,054,207 | $ 332,453,834 | $ 333,950,973 | $ 312,160,131 |
| 84 | $ 9,422,281 | $ 7,968,920 | $ 6,253,860 | $ 5,534,668 | $ 3,629,964 | $ 5,091,203 |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | $ 1,220,565 | $ 908,238 | $ 908,239 | $ 908,239 | $ 908,239 | $ 902,092 |
| 88 | $ 3,752,287 | $ 5,067,431 | $ 6,240,491 | $ 3,905,041 | $ 5,558,998 | $ 1,603,552 |
| 89 | | | | | | |
| 90 | $ (22,979,104) | $ (21,686,606) | $ (14,237,156) | $ 883,137 | $ 672,431 | $ 858,249 |
| 91 | $ 20,905,000 | $ 20,905,000 | | $ 531,061 | $ 1,143,676 | $ 2,384,054 |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | $ 76,931,868 | $ 75,601,398 | $ 63,699,519 | $ 73,896,793 | $ 41,240,145 | $ 33,729,346 |
| 95 | | | | | | |
| 96 | $ 1,518,280,391 | $ 1,052,987,142 | $ 1,053,153,099 | $ 1,256,699,750 | $ 1,076,207,476 | $ 975,659,549 |

Confidential - Pursuant To Protective Order

**ORACLE USA**
**BAD DEBT RESERVE ANA**
**Q3FY98 - Q3FY00**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 7 | **AS OF January 31, 2000** | | **Q1FY01** | **Q4FY00** | **Q3FY00** | **Q2FY00** | **Q1FY00** |
| 8 | | | **Total** | **Total** | **Total** | **Total** | **Total** |
| 97 | | | | | | | |
| 98 | **Reserve Percentages** | | | | | | |
| 99 | | **Specific** | | 3% | 4% | 3% | 3% |
| 100 | | **General** | | 6% | 4% | 5% | 3% |
| 101 | | **Total** | 0% | 9% | 8% | 8% | 6% |

Confidential - Pursuant To Protective Order

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | **ALYSIS** | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | **Q4FY99** | **Q3FY99** | **Q2FY99** | **Q1FY99** | **Q4FY98** | **Q3FY98** |
| 8 | **Total** | **Total** | **Total** | **Total** | **Total** | **Total** |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | 2% | 3% | 3% | 3% | 2% | 2% |
| 100 | 5% | 5% | 6% | 5% | 6% | 5% |
| 101 | 7% | 8% | 9% | 8% | 8% | 7% |

Confidential - Pursuant To Protective Order

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Quarter | Management Judgement | Giveback | Comments |
| 2 | Q2FY01 | $ 15,000,000 | $ - | |
| 3 | Q1FY01 | $ 14,000,000 | $ 33,000,000 | Less KPMG $7M, Revlon $3M, change in OFD loss pool assumptions |
| 4 | Q4FY00 | $ 26,000,000 | $ - | |
| 5 | Q3FY00 | $ 10,000,000 | $ - | |
| 6 | Q2FY00 | $ - | $ 25,000,000 | Mgmt Judgment was $15M. |
| 7 | Q1FY00 | $ 14,000,000 | $ 18,000,000 | |
| 8 | Q4FY99 | $ 26,000,000 | $ 15,000,000 | |
| 9 | Q3FY99 | $ 10,000,000 | $ 25,000,000 | |
| 10 | Q2FY99 | $ 10,000,000 | $ 18,000,000 | |
| 11 | Q1FY99 | $ 10,000,000 | $ 24,000,000 | |
| 12 | Q4FY98 | $ 19,283,424 | $ - | See Notes below |
| 13 | Q3FY98 | $ 12,500,000 | $ 4,000,000 | |
| 14 | Q2FY98 | $ 10,000,000 | $ 5,000,000 | |
| 15 | Q1FY98 | $ 10,000,000 | $ 23,000,000 | |
| 16 | | | | |
| 17 | Notes for Q4FY98 | | | |
| 18 | | 7,019,036 | | JE Description: Revenue Backouts (from all cost centers) |
| 19 | | 2,197,540 | | JE Description: Additional cancellations Rev JE (EEX Corp & United Tech) |
| 20 | | 9,216,576 | | - Total amount was reversed in 06/98. |
| 21 | | (3,716,576) | | Amount deducted from Management Judgement ($23M before deduction) |
| 22 | | 5,500,000 | | Difference |

Confidential - Pursuant To Protective Order

**Trade Receivables: >$100,000**

| Quarter | Beginning | Ending | Difference | Percentage |
|---|---|---|---|---|
| Q2FY98 | 25,180,291 | 14,274,723 | 10,905,568 | 43% |
| Q3FY98 | 24,994,885 | 17,902,815 | 7,092,070 | 28% |
| Q4FY98 | 24,163,866 | 15,206,414 | 8,957,452 | 37% |
| Q1FY99 | 40,200,213 | 30,211,272 | 9,988,941 | 25% |
| Q2FY99 | 33,798,436 | 24,773,800 | 9,024,636 | 27% |
| Q3FY99 | 40,982,517 | 29,181,740 | 11,800,777 | 29% |
| Q4FY99 | 32,583,566 | 23,371,888 | 9,211,678 | 28% |
| Q1FY00 | 39,254,645 | 32,484,305 | 6,770,340 | 17% |
| Q2FY00 | 36,170,195 | 30,783,104 | 5,387,091 | 15% |
| Q3FY00 | 23,436,305 | 16,309,760 | 7,126,545 | 30% |
| Q4FY00 | 25,356,778 | 12,768,338 | 12,588,440 | 50% |
| Q1FY01 | 21,727,932 | 16,116,375 | 5,611,557 | 26% |
| Q2FY01 | | | | #DIV/0! |
| | | | | |
| | | | | 30% |

•

---

**First Name:** Tammy
**Last Name:** Pinnick
**Fax:** 253.399.6782
**Home:** 916.344.5567
**Business:** 916.315.4100
**Company:** ***USA Revenue Accounting***
**Department:** Tammy Pinnick

Confidential - Pursuant To Protective Order NDCA-ORCL 1607474