COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
 skaplan@csgrr.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION  _____  This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ  CLASS ACTION  NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  DATE:    November 16, 2007 TIME:    1:30 p.m. COURTROOM:  The Honorable                                Martin J. Jenkins |

**PREVIOUSLY FILED ON SEPTEMBER 6, 2007**
**Docket No. 1049**

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Plaintiffs submit this Notice of Errata and Errata to correct several clerical errors in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Opposition"). A [corrected] copy of Plaintiffs' Opposition is filed concurrently herewith.

    Plaintiffs' [Corrected] Opposition to Defendants' Motion for Summary Judgment contains the following corrections:

- Page 2, line 12, the reference to "[O]racle individuals. . ." should read "[Oracle] individuals. . ."

- Page 2, footnote 2, line 27, the reference to Ex. 7 should read "7 at 440832."

- Page 3, line 14, the reference to "the bucket" should read "a bucket"

- Page 5, line 11, the reference to Ex. 14 should read "Ex. 14 at 100-01."

- Page 5, footnote 7, line 21, the reference to Ex. 193 should read "Ex. 194 at 22."

- Page 5, footnote 8, line 24-25, the reference to Exhibits should read "Exs. 3 at 41-42; 8 at 25-50; 14 at 46:16-47:17."

- Page 5, footnote 8, line 27, the reference to Ex. 16 now reads "Ex. 16 at 16-17."

- Page 6, line 5, the citiation now reads "*TSC Indus., Inc. v. Northway, Inc*., 426 U.S. 438 (1976)."

- Page 6, line 19, the reference to Ex. 18 now reads "Ex. 18 at 5."

- Page 7, footnote 9, line 20, the sentence now reads "In the four months (August 2000-November 2000) preceding the Class Period (December 14, 2000-March 1, 2001), the NASDAQ plummeted 1300 points or approximately 30% of its market capitalization."

- Page 7, footnote 10, line 26, the reference to Ex. 12 now reads "Ex. 18 at 4."

- Page 8, line 4, the reference to Ex. 25 now reads "Ex. 25 at 021389."

- Page 8, line 14, the reference to "Exs. 27-29" should read "Ex. 27 at 3042910; Ex. 29 at 1607434-437."

- Page 8, footnote 11, line 19-20, the reference to Ex. 22 now reads "22 at 308891."

- Page 8, footnote 11, line 22, the reference to Ex. 24 now reads "24 at 420588."

- Page 9, line 3 now reads "could report $0.11 per share."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ     - 1 -

1 • Page 9, line 7, the reference to Ex. 31 now reads "31, ¶¶3-4, 31."

2 • Page 9, line 7, the reference to "Exs. H at 116:25-117:18" should read "Exs. H at 179:15-19, 397:24-398:12."

3

4 • Page 9, line 8, the reference to "Ex. D at 105:22-25" should read "Ex. D at 1:25."

5 • Page 9, line 8, the reference to Ex. 32 now reads "32, ¶¶3-5."

6 • Page 9, line 8, the reference to Ex. 193 now reads "193 at 208835."

7 • Page 9, line 11, the reference to Ex. 205 should read "Ex. 205 at 1532805."

8 • Page 9, line 13, the reference to Ex. 33 should read "Ex. 33 at 440761."

9 • Page 9, footnote 27, line 27, the reference to Ex. D at 184:17-21 should be removed.

10

11 • Page 10, line 11, the heading now reads "The 46,000 Debit Memos on November 17, 2000 Raise Genuine Issues of Material Fact and Evidence Spoliation"

12 • Page 10, footnote 15, line 27, the reference to Ex. 2 should read "Ex. 2 at 2."

13 • Page 11, line 8, the reference to Ex. 188 should be deleted.

14

15 • Page 11, footnote 16, line 19, the reference to Ex. 41 should read "Ex. 41 at 048672."

16 • Page 11, line 7-8, the reference to Exs. 42-44 should read "Exs. 42-45; 46 at 1534169."

17 • Page 11, line 8, the reference to Exs. 185-188 should be deleted.

18 • Page 11, footnote 17, line 22, the reference to Ex. 184 should read "Ex. 184 at EY 000011."

19

20 • Page 11, footnote 17, line 24, the quote should read "there is nothing in the materials that E&Y had reviewed that indicated to E&Y that plaintiffs' claims about the November 17, 2000 debit memos had any veracity."

21

22 • Page 11, footnote 17, line 24, the reference to Ex. 185 should read "Exs. 184 at EY000011; 185 at EY0000143-46."

23

24 • Page 11, footnote 17, line 25-26, the reference to "*Id.*" should read "*Id.* at 050221."

25 • Page 12, line 1, the reference to Ex. 117 should read "Ex. M at 231:24-232:16."

26 • Page 12, line 5, the reference to Ex. 128 should read "Ex. E at 103:24-104:11."

27 • Page 12, footnote 18, line 25-26, the reference to Ex. 1 should read "Ex. 1, ¶5 nn.10-14."

28

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                          - 2 -

1
2
- Page 12, footnote 18, line 27, the reference to Ex. 49 should read "Ex. 49 at 1865593."

3
- Page 13, line 12, the reference to Ex. 60 should read "Ex. 60 at 055957."

4
- Page 13, footnote 20, the reference to Ex. 55 at 11-20 should read "Ex. 55 at 11-22."

5
- Page 13, footnote 21, line 23, the reference to Ex. 58 should read "Ex. 58 at 028736."

6
- Page 13, footnote 21, line 23.5 [email to Ellison] should be deleted.

7
8
- Page 13, footnote 21, line 27, the reference to Ex. 63 at 028737-38 should read "Ex. 63 at 020839." Ex. 63 has been replaced by NDCA-ORCL 020839-43.

9
- Page 14, line 2, the reference to Ex. 80 should read "Ex. 180."

10
11
- Page 14, line 5, the reference to Ex. 1 should read "(Ex. 1, ¶¶112, 114-117, Ex. 188)."

12
- Page 14, line 10, the reference to Ex. P at 339:19-340:21 should read Ex. P at "338:19-340:21."

13
14
- Page 14, lines 17-18, the quote now reads, "suite [11i was] pre-integrated and fully interoperable out of the box."

15
16
17
- Page 14, line 18.5 – Page 15, line 1, the sentence now reads "Nor does their motion for summary judgment mention statements that Suite 11i was "Plug and Play" and "up and running in months. You get the savings in months. It costs you less, and it takes less time to install."

18
- Page 15, line 1, the reference to "*Id.* at 50" now reads "*Id.* at 50, 68."

19
- Page 15, line 7, the reference to Defs' Mem. at 37 now reads "*Id*. at 37"

20
- Page 15, line 8, the reference to Defs' Mem. at 39 now reads "*Id*. at 39"

21
- Page 15, footnote 24, line 23, the quote now reads "tightly integrated [applications]."

22
23
- Page 15, footnote 25, lines 26.5-27.5, the quote now reads "expose[d] [Oracle's 11i] development environment as 'best of breed' rather than one unified."

24
- Page 15, fn 25, line 27.5, the reference to Ex. 149 now reads "Ex. 149 at 069913."

25
- Page 16, line 7, the reference to Exs. 68; 71 now reads "Ex. 68."

26
- Page 16, line 14, the reference to Exs. 72-73 now reads "Ex. 73."

27
28
- Page 16, line 15, the reference to Exs. 74; 114 now reads "Exs. 74; 114 at 25."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                                          - 3 -

1     •     Page 16, line 16, the reference to "$852,000" now reads "$632,000."

2     •     Page 16, line 16, "Oracle had to pay," has been removed.

3     •     Page 16, line 17, the reference to Ex. 114 now reads "Ex. 114 at 25."

4     •     Page 16, line 19, the reference to Exs. 77, 114 now reads "Exs. 77; 114 at 24."

5     •     Page 16, footnote 26, line 22.5, the word "who" has been changed to "which."

6     •     Page 16, footnote 26, line 23, the word "they" has been changed to "defendants."

7

8     •     Page 16, fn. 28, line 27.5, the quote now reads "[Papa John's] feels as though they have paid for some amount of 'fixing bad software.'"

9     •     Page 17, line 1, the reference to Ex. 114 now reads "Ex. 114 at 25."

10

11     •     Page 17, line 3, the quote now reads "voic[ing] loud concern over the poor quality of [their] 11i implementation."

12     •     Page 17, line 4, the reference to Ex. 80 now reads "Ex. 81."

13     •     Page 17, line 6, the reference to Ex. 81 now reads "Ex. 80."

14

15     •     Page 17, line 7, the sentence ending in "on 11i Order Management" now includes a reference to Ex. 84.

16     •     Page 17, line 8, the reference to Exs. 82-84 now reads "Exs. 82-83."

17

18     •     Page 17, lines 14-15, the quote now reads "[M]y team performed high-level quality assurance, or 'QA,' audits to test the integration. . . . ***This . . . was not a substitute for the integration testing*** . . . ."

19

20     •     Page 17, line 19, the reference to Exs 67, 149, 152-153, now reads "Exs. 149, 152-153."

21

22     •     Page 17, fn. 29, lines 23.5-24, the quotation now reads "Xerox is under heavy cost cutting pressure and [extended payment terms] will ease their economic burden in 2001 . . . ."

23

24     •     Page 17, fn. 29, line 25.5, the reference to Exs. 86, 114 now reads "Ex. 114 at 24."

25     •     Page 18, line 4, the reference to Exs. 91 at 5; 92 now reads "Exs. 91 at 5; 92 at 028638."

26

27     •     Page 18, line 8, the quotation now reads "third party program from Mercury Interactive."

28     •     Page 18, line 9, the reference to *Id.* now reads "Fletcher Decl., ¶17."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                      - 4 -

1. • Page 18, line 13.5, the word "not" has been changed to "neither."

2. • Page 18, line 21.5, the reference to Ex. 99 now reads "Ex. 97."

3. • Page 19, line 1, the reference to *id.* now reads "Exs. 98-99."

4. • Page 19, line 1, the reference to Ex. 100 at 035263-64 now reads "Ex. 99 at 035263-64."

5. • Page 19, line 5-7, the quote now reads "[m]ajor issue is that CRM and Order Management are ***not integrated as we told them. . . . Customer is really mostly upset about the lack of integration*** . . ."

6. • Page 19, line 11, the reference to Ex. 81 at 014105 now reads "Ex. 80."

7. • Page 19, line 15, the reference to Exs. 66, 106-108 now reads "Exs. 107-108."

8. • Page 19, line 19, the reference to Exs. 109; 97; 22; Q, now reads "Exs. 109; Q at 68:7-70:22."

9. • Page 20, line 15, the reference to Ex. 171 now reads "Ex. 171 at 179355."

10. • Page 20, fn. 33, line 27, the reference to Ex. 135 now reads "Ex. S at 89:1-11."

11. • Page 21, line 4, the reference to Ex. 121 now reads "Ex. 121 at 621428."

12. • Page 21, line 8.5, the reference to "Ex. 26 at 234436."

13. • Page 21, line 15.5, the quote now reads "[p]rove our EBusiness Suite Integration Story."

14. • Page 21, line 16, the reference to Ex. 127 at 617970-74 now reads "Ex. 127 at 617971."

15. • Page 21, line 16.5, the reference to Ex. 380 now reads "*id.*"

16. • Page 21, line 24.5, the quotation marks have been removed.

17. • Page 21, line 24.5-Page 22 line 1, the reference to Ex. 134 at 061370; Exs. 128, 136-137 now reads "Exs. 128, 134, 137."

18. • Page 22, lines 2-4, the quote now reads "***[W]e have halted the demonstration to Schneiders . . . problems with the functionality of the software, integration between OM and OPM*** . . . ."

19. • Page 22, line 3, the reference to Ex. 7 at 0616523 has been removed.

20. • Page 22, line 8.5, the reference to Ex. 12 now reads "Ex. 12, ¶¶ 50, 58, 63."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                                           - 5 -

1    • Page 22 line 9.5, the reference to Ex. N now reads "Ex. N at 234:24-25."

2    • Page 22, line 10.5, in between the two quotations in parentheses now has a citation,
3      "*id*. at 237:10-13."

4    • Page 22, line 16.5, the word "the" has been added before the word "release."

5    • Page 23, line 1, the reference to Ex. S at 57 now reads "Ex. S at 56:25-57:5."

6    • Page 23, line 4, the reference to Ex. S at 212 now reads "*Id*. at 212:11-12."

7    • Page 23, line 14, the sentence now reads "Don Klaiss warned of the problem about
8      the Company's inability to test integration: "We do not have a system where
       complete integrated systems testing fo rthe ERP and CRM suite can take place . . .
9      that can prove that all of the integrated flows."

10   • Page 23, line 17, the reference to Ex. 147 at 056441 now reads "Ex. 147 at 056441;
       *see also id.* at 056440."
11
     • Page 24, line 7, the reference to Ex. 149 now reads "*Id.* at 069920; *see also id.* at
12     069922."

13
     • Page 24, lines 7-8, quotation marks have been added around "***The capabilities to
14     perform an integrated planning in the E-Business Suite is broken.***"

15   • Page 24, line 8, before the quote beginning with "The integration," a reference to "*id.*
       at 069925" has been added.
16
     • Page 24, line 12, the reference to *Id.* now reads "*Id.* at 069929."
17
     • Page 25, line 6, the reference to Ex. 150 at 7-8 has been removed.
18
19   • Page 25, lines 8-9, the reference to Ex. 37, Exs. 46, 151, 156 at 03285 now reads
       "Exs. 151 at 4; 155 at 106691; 156 at 03285."
20
     • Page 25, line 18, the reference to Ex. 203 now reads "Ex. 203 at 050623."
21
     • Page 25, line 19, now reads "into many languages."
22
23   • Page 25, line 20, the reference to Ex. 154 at 162215-16 now reads "Ex. 154 at
       162215."
24
     • Page 25, line 23, the reference to Exs. 155-156 has been removed.
25
     • Page 26, lines 10.5-14.5, the quote now reads "What happened was one of the most
26     dramatic moments I'd seen during my five years at Oracle.  Everyone knew that we
       could not place an order with the new system. . . .  So we upgraded [to 11i], and
27     Oracle went down.  We were down for fourteen days . . . . It was frightening. . . . At
28     that point I became acutely aware of the customer dissatisfaction . . . ."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                              - 6 -

- Page 26, lines 17.5-18.5, the quote now reads "***The bug counts are at an 11 week high . . . 18 OM, P1s, 40 P2s . . . no real performance testing***."

- Page 27, line 13.5, the reference to Ex. 167 has been removed.

- Page 27, line 21, the reference to Ex. 206 now reads "Ex. 206 at 03218, 03221-22, 03224."

- Page 27, line 23, the reference to Exs. 211, 212-217 now reads "211-216; 217 at 03279-80."

- Page 27, line 24, the reference to Ex. 223 now reads "Ex. 223 at 005609."

- Page 27, footnote 40, line 26.5, the reference to "at 14:125" has been deleted.

- Page 27, footnote 40, line 27, the reference to Ex. 219 now reads "219 at 14, ¶125 and 47, ¶125."

- Page 27, footnote 40, line 27, the reference to Exs. 221-223 now reads "221-222."

- Page 28, line 18, the reference to Ex. 228 now reads "228 at §IV.D.1.d."

- Page 28, footnote 41, line 23, the language "argue that that" has been changed to "argue that the."

- Page 28, footnote 41, line 25.5, the word "disclosing" has been changed to "foreclosing."

- Page 29, line 14, the reference to Ex. 234 now reads "234 at 1917."

- Page 29, line 15, the reference to Ex. 235 now reads "235 at 180188."

- Page 29, line 18, the reference to Ex. 241 now reads "241 at 350284-87, 350302."

- Page 29, line 18, the reference to Ex. 235 now reads "235 at 180188."

- Page 30, footnote 45, line 24, the reference to Ex. 246 now reads "246 at 156724.0001."

- Page 31, line 8, the reference to Ex. 226 now reads "Ex. 17 at 226."

- Page 31, line 12.5, Exs. 194-196, 202-203 now reads "Exs. 194-96, 202-03."

- Page 31, footnote 48, line 25, the reference to Exs. 358 and 17 now reads "Exs. 253 at 609246; 17 at 114-16."

- Page 32, footnote 49, line 23, the Second Ex. J pin-cite reference has been added to the first, *i.e.*, "Exs. J at 68:7-74:13, 105:7-8."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ - 7 -

1 • Page 32, footnote 49, line 23, the reference to 260, 261 has been deleted.

2 • Page 32, footnote 49, line 23.5, the reference to Exs. 262; 263; 264 now reads "260-264."

3

4 • Page 32, line 19.5 – page 33, line 1.5, the addition of "***" has been added to reflect omission.

5

6 • Page 33, line 8, the reference to Ex. 228 now reads "228 at 34-37."

7 • Page 33, line 12, the reference to Ex. 17 has been deleted.

8 • Page 33, footnote 52, line 25, the reference to Exs. 274-275 now reads "Ex. 292 at 3747."

9

10 • Page 34, line 6.5, the second reference to Ex. 17 has been combined with the first which now reads "17 at 179-80, 285, 287."

11 • Page 34, footnote 53, line 24, the reference to Ex. J has been deleted.

12 • Page 35, line 24, the reference to Ex. 284 now reads "284 at 033449."

13 • Page 35, line 27, the language "that standard" now reads "that a standard."

14

15 • Page 36, line 2, the reference to *Id.* now reads "Ex. 283."

16 • Page 36, line 4, the reference to Exs. 285-291, 292-298 now reads "285-298."

17 • Page 36, line 24, the reference to Ex. 124.5 now reads "300 at 131789."

18 • Page 37, line 3, the following reference has been added to the exhibit string citation: "230 at Ex. 5."

19

20 • Page 37, line 13, the language "$365 million" has been corrected to read "$360 million."

21 • Page 37, line 13, the reference to Ex. 274 now reads "Ex. 274 at 440114."

22 • Page 37, lines 21-22, the sentence beginning with "Throughout 3Q01" now reads "In 3Q01, despite its negative pipeline growth, OSI's revenue growth was forecasted as high as 32%."

23

24

25 • Page 37, lines 22-23, the string citation exhibit reference beginning with Ex. 209 now reads "Exs. 285-298."

26 • Page 38, line 9, the reference to Ex. 214 now reads "Ex. 274 at 440114."

27 • Page 38, line 19, the reference to ¶9, Ex. 5 now reads "¶9 & Ex. 5."

28

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                          - 8 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Page 38, line 26, the first "only" in "would only make its forecast only" has been deleted.

- Page 39, line 2, the reference to Ex. 313 now reads "Ex. 313 at 293931, 293938."

- Page 39, line 2, the reference to Ex. 314 has been deleted.

- Page 39, line 4, the reference to "at 252257" now reads "321 at 252257."

- Page 40, line 6, the word "[CHECK]" has been deleted.

- Page 40, line 17, the reference to Ex. 379 now reads "Ex. 206 at 03224."

- Page 40, line 18, the reference to Ex. 340 now reads "Ex. 340 at 141677."

- Page 40, footnote 57, line 21, the reference to Ex. EEE now reads "Ex. EEE at 110:22-111:1, 128:11-21."

- Page 40, footnote 58, line 27, the reference to Exs. 286-288 now reads "Exs. 286; 288."

- Page 41, line 8, the citation now reads "*Helwig v. Vencor, Inc.*, 251 F3d. 540, 559 (6th Cir. 2001)."

- Page 41, line 12, the word "conference" has been added after "December 14, 2000" and the word "Form" has been added before "10-Q."

- Page 41, line 16, the reference to Ex. 56 at 003218-19 now reads "Harrison Decl., Ex. 56 at 003218-19."

- Page 41, line 19, the word "Form" has been added before "10-Q."

- Page 42, line 15, the reference to Exs. 341-343 now reads "341-342; 343 at Ex. A."

- Page 43, line 43, the citation now reads "*In re Daou Sys., Inc., Sec. Litig.*, 411 F.3d 1006, 1020 (9th Cir. 2005), *cert. denied*, 546 U.S. 1172 (2006)."

- Page 43, footnote 62, line 22, the reference to Exs. 342-343 now reads "342; 343 at Ex. B."

- Page 44, line 22, the reference to Exs. 351-352 now reads "351 at 092603, 092608; 352 at 050621-24, 050655-56."

- Page 45, line 1, the reference to Ex. 363 now reads "356 at 318, 323."

- Page 45, line 13, the reference to Exs. 365-368 now reads "365 at 297312; 366-368."

- Page 45, line 23, the reference to Exhibit 375 now reads "Exhibit 376."

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                                                              - 9 -

- Page 47, line 10, the reference to *Id.* now reads "2006 U.S. Dist. LEXIS 32893, at *22."

- Page 47, line 25.5, the word "Order" has been added after "Judge Ware's July 18, 2007."

- Page 50, line 7, the word "integrated" should read "intrigued."

- Page 50, footnote 70, line 26.5, the quotation in bold should read "We expect ORCL's applications revenue to grow at a healthy pace as ORCL continues to penetrate its installed base of applications customers, . . .and also attracts new customers with its integrated one stop shop value proposition . . . ."

- Exhibit 370 has been intentionally left blank.

DATED: October 9, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN


                                /s/
                        MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\NOT00046297_dkt 1049.doc

NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ                                                     - 10 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

/s/
MARK SOLOMON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: MarkS@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

   bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111