1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7         – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   DANIEL J. PFEFFERBAUM (248631)
10 100 Pine Street, Suite 2600
   San Francisco, CA  94111
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 shawnw@csgrr.com
   willowr@csgrr.com
13 moniquew@csgrr.com
   elig@csgrr.com
14 dpfefferbaum@csgrr.com

15 Lead Counsel for Plaintiffs

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| 18 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 19 | | ) ) | CLASS ACTION |
| 20 | This Document Relates To: | ) ) | NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 21 | ALL ACTIONS. | ) ) ) | |
| 22 | | | DATE:  November 16, 2007<br>TIME:  1:30 p.m. |
| 23 | | | COURTROOM:  The Honorable Martin J. Jenkins |

26        **PREVIOUSLY FILED ON SEPTEMBER 6, 2007**
                     **(DOCKET NO. 1062)**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs submit this Notice of Errata and Errata to correct several clerical and citation errors in Plaintiffs' Amended Notice of Motion and Motion for Partial Summary Judgment ("Plaintiffs' Amended Motion"). A corrected copy of Plaintiffs' Amended Motion is filed concurrently herewith.

Plaintiffs' [Corrected] Amended Motion contains the following corrections:

- Page 1, line 12, the reference to "Customer Resource Planning" should read "customer relationship management."

- Page 1, line 18, the reference to Exs. 12-13 should read "Exs. 10, 12-13."

- Page 2, line 3, the reference to Ex. 29 should read "Ex. 29 at 234429." Ex. 29 has had an unrelated document removed from it.

- Page 2, footnote 3, the reference to "November 6, 2000 Salomon Smith Barney report" should read "Ex. 143". A copy of Ex. 143 is attached hereto.

- Page 7, footnote 10, the reference to Ex. 131 should read "Ex. 131 at 32-33."

- Page 9, line 10, the reference to Ex. 108 should read "Ex. 108, ¶31."

- Page 9, line 11, the reference to Ex. 109 should read "Ex. 109, ¶3."

- Page 10, line 19, "more that likely" should read "more than likely."

- Page 13, footnote 17, Ex. 43 should be deleted.

- Page 13, footnote 18, Ex. 131 should be deleted.

- Page 14, line 13, a copy Ex. 20 is attached hereto.

- Page 14, footnotes 19 and 20 should be switched. Footnote 19 now reflects the information previously set forth in footnote 20, and vice versa.

- Page 15, line 4, the reference to Ex. 45 should read "Ex. 45 at 617970-74 ("Cannot show a complete integrated CRM demo let alone a complete EBiz Suite (CRM/ERP) integrated demo.")."

- Page 15, footnote 22 should read "Sales managers prior to 3Q01 reported that among other things, few new opportunities available, Suite 11i stability, and integration were already impacting sales."

- Page 16, line 23, the reference to Exs. 35 and 30 should read "Ex. 35 at 014105; Ex. 30 at 019800."

- Page 17, Heading D should read "Undisputed Facts Demonstrate that Suite 11i Did Not Work in Every Language."

- Page 17, line 10, the reference to Ex. 10 should read "*Id.*"

NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL
SUMMARY JUDGMENT - C-01-0988-MJJ                                                                                          - 1 -

- Page 17, line 13, the reference to Ex. 63 should read "Ex. 63 at 159568."
- Page 17, line 16 should read "'pre-integrated and interoperable out of the box,' (Ex. 40)."
- Page 17, line 17 should read "Ex. 37; *see also* Ex. 10."
- Page 17, line 18 should read "*Id.* at 4."
- Page 17, footnote 24, the reference to Ex. 135 should read "Ex. 135 at 89:2-5."
- Page 19, Heading E should read "Undisputed Facts Demonstrate that Oracle's Internal Upgrade to Suite 11i Cost Oracle Millions."
- Page 19, line 7 should read "Everyone except Ron [Wohl] knew that we could not place an order with the new system."
- Page 20, line 1 should read "touted."
- Page 21, line 3 should read "integration responsibility."
- Page 21, line 4 should read "front – our QA [quality assurance] ***procedures didn't work*** ...."
- Page 21, line 7 should read "CR[M]."
- Page 21, line 11 should read "nothing more."
- Page 21, lines 14-15 should read "[OM] is the funnel that captures the information about the sale."
- Page 21, lines 16-17 should read "order management system.... [B]ut it hadn't been tested yet, so .... It was my decision."
- Page 21, line 21 should read "othere [sic]."
- Page 22, lines 8-9 should read "so fundamental, that it exposes [Oracle's] development environment as 'best of breed' rather than one unified software vendor."
- Page 22, lines 23-24, the reference to Ex. 79 should read "See Ex. 79; id. at 069925 (***"The integration between HRMS/Payroll and CRM is not complete."***)."
- Page 22, line 27 should read "underlying technology differences ....") *Id.* at 69929."
- Page 23, line 14, the reference to Ex. 13 should read "Ex. 133 at 7-8 (an absence or failure of any one of these four can render software not integrated)."
- Page 24, line 12, the reference to Exs. 140 and 58 should read "(see Exs. 140 at ¶130, 58)."
- Page 25, line 2, the reference to Ex. 30 should read "Exs. 29-30."
- Page 25, line 9, the reference to Ex. 141 should read "Ex. 141 at 17-18."

NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL
SUMMARY JUDGMENT - C-01-0988-MJJ                                                                     - 2 -

| | | |
|---|---|---|
| 1 | DATED: October 9, 2007 | Respectfully submitted, |

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM

                /s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\NOT00046293.doc

NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL
SUMMARY JUDGMENT - C-01-0988-MJJ     - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2007.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111