# Exhibit 20

**From:** J. Michael Barrette
**Sent:** Wed, 11 Oct 2000 16:54:58 GMT
**To:** Mary P. Delaney
**CC:** Stephan Enevold; John Barrette; Ghejna; gfitzpat@oracle.com
**BCC:**
**Subject:** Re: [Fwd: Majors Applications Demo Issues]

Mary,
The part of Ron Wohl's statement which I can verify is the point about
11i being more sensitive to drops and connection problems than 11.03.
Our experience with 11.03 was very good using customer networks, lines,
and going through firewalls. Our experience with 11i has been quite the
opposite. I'm glad to read that Ron's group is investigating why this
is different with 11i.

Thanks,
Michael Barrette

"Mary P. Delaney" wrote:

> All - is statement # 2 from Ron Wohl accurate? This note is NOT for
> general distribution.
>
> Michael - Dennis Bautista and Dave O'Connor will be called upon by
> Gayle
> shortly to work with people in Sohaib's group on perfecting the
> shortcomings in the ADS demo wrt connectivity, latency, line dropping,
> etc.
>
> Thanks,
>
> Mary
>
> --------------------------------------------------------------
>
> Subject: Re: Majors Applications Demo Issues
> Date: Tue, 10 Oct 2000 18:10:09 -0700
> From: Ron Wohl <ron.wohl@oracle.com>
> Organization: Oracle Corporation
> To: George Roberts <george.roberts@oracle.com>
> CC: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>,
> mary.anne.gillespie@oracle.com, kenneth.hamel@oracle.com,
> "Delaney,Mary" <MDELANEY@US.ORACLE.COM>,
> "Paulino,Lee" <LPAULINO@US.ORACLE.COM>,
>
> "Franjione,Grant" <GFRANJIO@US.ORACLE.COM>, marina.zago@oracle.com,
>
> safra.catz@oracle.com, lellison@oracle.com,
> "Sanderson,Edward" <ESANDERS@US.ORACLE.COM>,
>
> "Henley,Jeffrey" <JHENLEY@US.ORACLE.COM>, jay.nussbaum@oracle.com,
>
> john.nugent@oracle.com, "Abbasi,Sohaib" <SABBASI@US.ORACLE.COM>
>



**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

NDCA-ORCL 617116

> eferences: <39E105C0.A7E153A1@oracle.com> <39E33DD6.47754F3C@oracle.com>
>
> Thanks George and Gayle. We are aggressively attacking these issues
> on two broad fronts:
>
> 1. The new version of Vision that we have been working on for the
> last couple of months rolls out next week. This will include just
> about all parts of the e-Business suite other than the sales products
> in one integrated environment, and should address many of the issues
> of fragmented demo environments listed below.
>
> 2. The instability of the demo under various network circumstances --
> we don't understand the cause yet, but are attacking this under the
> assumption that some element of our technology software or
> configuration is more sensitive to network timeouts/dropouts than the
> equivalent in 11.0, for which we had good reliability under the same
> network conditions. The appropriate experts from my group and
> Sohaib's are reviewing the configuration. I'll keep you apprised as
> we make progress -- the team is working this with p1 urgency.
>
> George Roberts wrote:
>
>> I have asked the team to get more specific on our ADS system issues.
>> Below is the Majors detail. I know it goes against our message but
>> do we need to stop doing demos at the client site wherever possible
>> and pull them into the offices for better integrity?
>>
>> As we stated in our meeting last week these difficulties are now
>> common knowledge by our competition and they position our inability
>> to competently pull these off as "proof" that the e business suite
>> is not a reality.
>>
>> Gayle Fitzpatrick wrote:
>>
>>> George,
>>>
>>> Here are the details of the numerous applications demo issues that
>>> Majors has encountered over the past several weeks, as we discussed
>>> at the OPS review. This note is rather lengthy, but is covers many
>>> key issues we are facing today.
>>>
>>> The problems fall into 3 categories: 1) system stability and
>>> performance, 2) product integration and stability, and 3) deviation
>>> from the ADS scripts. The system stability and performance issues,
>>> and our inability to show an integrated demo leaves doubt in our
>>> customers mind that Oracle can show or deliver the e-Business
>>> solution.
>>>
>>> The "typical" demo scenario for Majors is usually multiple days of
>>> demos showing many business flows, where we have to stay connected
>>> for many hours. The demos are usually the result of a RFI/RFP
>>> response yielding custom demo scripts with custom data. The
>>> majority of our demos are at the customers site or at a neutral
>>> site if the evaluation is run by a third party.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **NDCA-ORCL 617117**

>>>
>>> Detailed below are specific examples of the problems we have
>>> encountered. I have also attached a spreadsheet that maps some of
>>> these demos to the feedback entered into the ADS demo feedback
>>> system. It appears that we need to work on how the SCÂ's rate demos
>>> where we encounter problems, and work on a problem resolution
>>> process for some of the issues that are more system stability and
>>> performance related. The ADS support team has done a great job in
>>> trying to resolve some of these issues with us, but I am not sure
>>> they are equipped to deal with the complexity of the solutions we
>>> need to show the customer. The end result is a poor showing in
>>> front of the customer, and we need to be able to demonstrate that
>>> our e-Business solution and architecture are better performing than
>>> our competitors, particularly those who bring in their own servers.
>>>
>>> Pier One
>>> The demo at Pier One was on September 14 and featured the Financial
>>> and Procurement applications. During the three days prior to the
>>> demo, we experienced major network connection issues and this
>>> severely hampered prep time. Don Warren worked with the ADS team
>>> and after three days determined that the problem was an updated
>>> network server in the Dallas office. During the demo, we connected
>>> through the clients WWW and once again experienced 5 system hangs
>>> during the one day demo. The problems were unpredictable again.
>>> Subsequent to the demo, Don Warren worked with ADS to understand
>>> the system problems. They asked him to reinstall the Jinitiator and
>>> tweak some desktop set-ups to resolve the hanging problems. The
>>> effect of these changes is still being evaluated. Based on
>>> results, we will roll them across the team. The lack of
>>> integration between IP and Purchasing was inconvenient since we
>>> could not show the entire flow without using fake data.
>>>
>>> Litton
>>> Our primary challenges at Litton Interconnect were around system
>>> hangs while on ADS and non-integrated instances. While demoing in
>>> any of the products (HR, Mfg/Dist, Fin) hosted on ADS, the system
>>> would hang for no explainable reason. Over the three day demo, we
>>> had hung the system in this manor at least 12 times. The system
>>> hangs had no associated error message and were not consistent. The
>>> other distraction was the inability to demo all of the integrated
>>> suite from ADS which made the demo choppy from a flow perspective.
>>> We were connected via the WWW and the post demo report submitted to
>>> ADS.
>>>
>>> Clopay
>>> The first Clopay demo was held in the Oracle office in Cincinnati
>>> with our internal Web connection. Response time was awful. Mike
>>> Metcalf described it as worse than 2400 baud. In addition, drop
>>> ship functionality was not working and fake data was required.
>>> After the demo, ADS informed Mike that they could have fixed the
>>> performance problem. This is still an open issue for the team.
>>>
>>> Warner Bros.
>>> The Warner Bros. demo was held in their Glendale office, using

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**       **NDCA-ORCL 617118**

>>> their network, their IP addresses, our laptops, and accessing
>>> Oracle through their firewall and using the WWW demo capabilities
>>> of ADS. During the demo there were frequent dropping of
>>> connection, requiring closing the applications and reconnecting
>>> through ADSWEB. The network connections in their demo room were
>>> stress tested for an hour (during business hours) the week before
>>> the demo, and for two hours the night before, with no connection
>>> losses. During the demo, however, we experienced these connection
>>> losses every fifteen to thirty minutes. The HTML files were
>>> retrieved rapidly without any errors. The connection errors
>>> occurred using the java-based applications. The errors were
>>> related to latency, not true network errors such as FRM-99999 that
>>> would typically be experienced if the ADS server was down. Dennis
>>> Bautista determined it was a latency issue by running several tests
>>> from Warner Bros. back to the ADS server. Because the network
>>> connection became so unreliable, we eventually used our planned
>>> backup of an analog phone connection. This dropping of our
>>> connection occurred at least four times, and required a lengthy
>>> process to dial in and sign on to the ADS site. During the
>>> demonstration we had two laptops connected, so that when one
>>> connection dropped we used a switch box to continue the demo on the
>>> backup laptop. The prospect, however, was able to observe the
>>> frequent connection losses and questioned the stability of our
>>> system. During the iProcurement and Exchange demonstration, we
>>> successfully linked out to Exchange from iProcurement. When a
>>> product search was made in Exchange, however, the screen became
>>> blank. We tried again after clearing all cache in the browser and
>>> the flow then worked as expected.
>>>
>>> McGraw-Hill
>>> The McGraw-Hill demo was at their location in Columbus, Ohio. Most
>>> recently, on October 5th. McGraw-Hill had two of three ports open
>>> through the firewall and would not open the third. Dial-up went
>>> through an analog-digital-analog conversion yielding a 32Kbps max
>>> modem connect speed direct to the ADS modem bank. The Self Service
>>> Expense form took over three minutes to paint. Jim McHugh was
>>> unable to show live product and had to resort to screen shots and
>>> powerpoints. As this was the IT crowd, the powerpoints replaced
>>> showing our new OM Flex-Field capability live and online, workflow
>>> in action, and the balance of configuration abilities within the
>>> applicaitons.
>>>
>>> J&J
>>> Presented IP and Purchasing at the J&J HQ location Central NJ. J&J
>>> would not open ports nor provide us with network access. Dial-up
>>> access was at 40kbps, and the system performance was slow.
>>>
>>> Presented Financials to J&J at the Oracle Iselin office. With an
>>> audience in attendance of over 20, one hour into the demo we
>>> experienced extreme performance degradation (latency was well above
>>> 250ms). Jim McHugh immediately called the ADS hotline. ADS said
>>> the issue was not with the data center and referred him to the
>>> Corporate Help Desk. Upon calling the Corporate Help Desk Jim was
>>> immediately placed on hold for several minutes before the call was

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    NDCA-ORCL 617119

>>> handled. Both ADS and the Corporate Help Desk said there was
>>> nothing they could do. Meanwhile, the prospect (J&J) was asking if
>>> the demo performance was illustrative of expected post
>>> implementation performance. After several additional minutes, the
>>> Corporate Help Desk issued a P1. Issues were resolved after one
>>> hour of SC dancing/powerpoints waiting for the situation to
>>> improve.
>>>
>>> Schreiber Foods
>>> The Schreiber Foods demo was on Sept. 6 and the team lost the
>>> connection 5 times. This caused Schreiber Foords to ask about
>>> performance with Oracle. The morning seemed to go smoothly, but
>>> the afternoon, as is typical with demos in the central time zone,
>>> is when the team lost the connections the most. When the system
>>> wasn't disconnecting them, the performance was extremely slow.
>>>
>>> General comments on performance:
>>> Dial up issues - the problem there is that with dial up you are at
>>> the mercy of your connection speed. Some have been averaging 33k
>>> hook up even though they have a 56k modem. This, though, has
>>> nothing to do with the demo environment and more to do with the
>>> phone lines and system being used to dial out.
>>>
>>> Marina Zago, John Asheim and Mary Delaney brainstormed on ways to
>>> make large, "Majors" style, 3-5 day remote demos successful using
>>> the services ADS can provide today. The current solution is to
>>> install a dedicated 128 kb ISDN line at the demo site that will
>>> connect directly into the ADS server. We then need to borrow an
>>> ISDN router (the actual physical device) pre-configured from ADS,
>>> have it shipped to the demo site and work with ADS and one of our
>>> "networking guru" type SCs to get the device installed. It maybe a
>>> single point of failure being that ADS owns only one of these
>>> devices. This will give us a fast digital phone connection(128kb)
>>> from the demo site to the ADS server bypassing firewalls, bypassing
>>> the WWW, etc. Cost to setup will be approx. $1000 plus long
>>> distance phone charges for as long the actual demo to the
>>> customer. If this is what we have to do to guarantee system
>>> performance, we need to reevaluate how we are delivering demos to
>>> our customer.
>>>
>>> Summary
>>> Our demo deployment/methodology strategy is the right one.
>>> However, the lead time between the release of our products to the
>>> market, and our ability to show these to our customers is hurting
>>> the business. The uncontrollable elements between the data center
>>> and demo site need to be addressed. These elements; equipment (demo
>>> laptops), connection method, port restrictions, poor modem speeds
>>> and Oracle's own internal network and office performance need to be
>>> performing, controllable and quantifiable elements to ensure a
>>> favorable customer perception of our architecture and applications
>>> performance. The need for an integrated demo is high. I know
>>> that it is coming soon, but we have had to stall on scheduling
>>> demos to customers so that we can show them their business
>>> requirements in the demo. Our competitors know that we are

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **NDCA-ORCL 617120**

```
>> > struggling with this, and do an outstanding job of setting up our
>> > customers to see a "live integrated demo" from Oracle. Once the
>> > integrated demo environment is available we have to be able to
>> > customize the demos to meet our customers requirements. This is
>> > key to our success in Majors.
>> >
>> > We can't keep going back to the customer to ask for a "do-over"
>> > when it comes to demos. This has been the norm rather than the
>> > exception of late.
>> >
>> > Thanks,
>> >
>> > /Gayle
>>
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**         **NDCA-ORCL 617121**