# Exhibit 143

# SALOMON SMITH BARNEY

**2H** Outperform, High Risk
(NEW COVERAGE)

**EQUITY**
**RESEARCH:**
**UNITED STATES**

**LARGE-CAP**
**$186 bil.**

## B2B Enterprise Software

**November 6, 2000**

Gretchen Teagarden, CPA
212-816-8362
gretchen.teagarden@ssmb.com

# Oracle Corporation

## (ORCL–$31.38)

### Initiating Coverage

➤ **We initiated coverage on ORCL shares on September 5 at a price of $45.53, with a 2H rating and price target of $47, based on a discounted cash flow analysis**

➤ **Recent initiatives have resulted in impressive operating margin improvements. Operating margin reached 30.4% at the end of fiscal 2000 versus 21.2% in the prior year.**

➤ **We believe sustainable growth in the database market coupled with new revenue opportunities due to Oracle's new eBusiness Suite will result in earnings reaching $2.8 billion and $3.3 billion in fiscal 2001 and 2002, respectively.**

S&P 500: 1421

| FY May | 2000A | 2001E | 2002E |
|---|---|---|---|
| Revenues (mil.) | $10,130.0 | $11,935.0 | $13,924.0 |
| Current EPS | $0.38 | $0.48 | $0.56 |
| Previous EPS | — | NA | NA |
| P/E | 82.6x | 65.4x | 56.0x |

| Price Performance | 1999 | 2000 | YTD |
|---|---|---|---|
| Absolute | 93.3% | 289.8% | 12.0% |
| Relative | 66.6% | 270.3% | 15.3% |

| | |
|---|---|
| 52-Week Range | $46-$13 |
| Dividend/Yield | Nil |
| Shares Out (mil.) | 5,932.0 |
| Float (mil.) | 4,271.9 |
| Est. 5-Year EPS Growth | 18% |
| L-T Debt/Capital | 8.2% |
| ROE (1999E) | NA |
| Current Book Value | $0.91 |
| Price/Book | 34.5x |

United States

Oracle Corporation – November 6, 2000

# Oracle Corporation
**Gretchen Teagarden**

## (ORCL-NASD)
212-816-8362

| Rating: | Price (10/30/2000): | Price Target: | 52-Week Range: | Dividend: | Yield: |
|---|---|---|---|---|---|
| 2H (Outperform, High Risk) | $31.63 | $47.00 | $46–$13 | Nil | Nil |

### COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest independent software company with a presence in over 145 countries. Oracle Corporation develops, manufactures, markets and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be categorized into two broad categories: systems software and business applications software.

### SALES AND EARNINGS ($ in millions, except per-share data)

| FY ends: | Revs. | EBITDA | Net Income | Shares (mil.) | EPS | CF/S | Div. | EBITDA Margin | Tax Rate | Net Margin | ROE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/02(E) | $13,924.0 | $5,002.0 | $3,288.0 | 5,922 | $0.56 | $2.03 | NA | 35.9% | 35.5% | 23.6% | NA |
| 5/01(E) | 11,935.0 | 4,159.0 | 2,864.0 | 5,926 | 0.48 | 1.44 | NA | 34.8% | 35.5% | 24.0% | NA |
| 5/00(A) | 10,130.0 | 3,080.0 | 2,291.0 | 5,996 | 0.38 | 1.29 | NA | 30.4% | 36.4% | 22.6% | NA |
| 5/99(A) | 8,827.0 | 1,873.0 | 1,290.0 | 5,937 | 0.22 | 0.43 | NA | 21.2% | 34.9% | 14.6% | NA |

**5-Year Growth Rates:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-05(E) | 13.5% | 18.3% | 17.0% | NA | 17.2% | 26% | NA | | | | |
| 96-00(A) | 19.1% | 36.5% | 39.0% | NA | 36.6% | 63% | NA | | | | |

### QUARTERLY EPS

| FY ends: | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| 5/02(E) | $0.07 E | $0.11 E | $0.14 E | $0.24 E | $0.56 |
| 5/01(E) | $0.09 A | $0.09 E | $0.11 E | $0.19 E | $0.48 |
| 5/00(A) | $0.04 A | $0.06 A | $0.13 A | $0.15 A | $0.38 |

### BALANCE SHEET SUMMARY ($ in millions, as of 08/2000)

| | | | |
|---|---|---|---|
| Current assets | $7,259.0 | Current liabilities | $3,663.0 |
| Other assets | 1,247.0 | Other liabilities | |
| | | Equity | 5,371.0 |
| Total assets | 9,513.0 | Total liabilities & equity | 9,513.0 |
| | | L-T debt/capital | 8.2% |

### VALUATION

| | | | |
|---|---|---|---|
| P/E 5/02(E) | 56x | Price/BV | 34.5x |
| P/E 5/01(E) | 65x | TEV/EBITDA | 60x |
| Rel P/E 2000(E) | NA | Beta | 1.91 |
| Price/revs 5/01(E) | NA | Technical rating | 1 |

### SHARE DATA

| | | | |
|---|---|---|---|
| Market cap (mil.) | $187,629.2 | Convertible shares | No |
| Primary shares (mil.) | 5,932.0 | Institutional ownership | 45.7% |
| Float (mil.) | 4,271.1 | Insider ownership | NA |
| Avg. daily volume (mil.) | 26.5 | Weight in S&P 500 | 1.53% |

### RATING CHANGES

| From | To | Date | Price |
|---|---|---|---|
| | 2H | 09/05/00 | $45.53 |

### RECENT PUBLICATIONS

| Title | Date | No. |
|---|---|---|
| | | |

*Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions.*

## Will Oracle do to Enterprise computing what Microsoft did to desktop computing?

We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications — commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but abroad the entire software industry.

If it's free, how do they make money? Oracle will charge a storage fee if business users use the web-based service. Effectively, Oracle will sell application functionality but with a services model based on required data storage capacity versus a traditional license fee. It is still too early to tell how successful Oracle will be at delivering competitive applications over the web; however, we think Oracle will continue to drive the free service with volume-based-fee model throughout multiple application products (i.e., web-based procurement, sell-side e-business solutions).

## Oracle's dominant position in the database market is a strong platform for dominating e-business applications.

We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. Typically, applications were separated from databases, in that the application encompassed the application logic that needed to be executed while the data were inserted only when necessary for purposes of computing the answer to different business problems. The application logic resided on the desktop so that users could have access to the functionality. The operating system in the PC was critical to processing the required application logic and was a central part of application functionality delivery.

The Web has eliminated the need for the operating system logic at the client side to run the application. Because users can gain access to application functionality with a browser (without needing a client-centric operating system), the application logic can reside on the server side or, more importantly, it can reside on the database. Since the new Web architecture reduces the need for application logic to be executed at the client side, it makes it much easier to build more applications on top of the database. We believe Oracle has been an early mover among enterprise software vendors to capitalize on this trend. The recent announcement of Oraclesalesonline.com is the first sign of Oracle's ability to capitalize on its database as the platform for delivery of web-based applications.

Executive Summary

Oracle Corporation – November 6, 2000

# Table of Contents

Executive Summary ..................................................................................................................... 3

Company Description ................................................................................................................. 5

Investment Highlights ............................................................................................................... 6

Investment Risks ....................................................................................................................... 8

Financial Model and Analysis .................................................................................................. 9

Recent Results ........................................................................................................................... 9

Operating Margins Improvements........................................................................................... 10

Market Overview..................................................................................................................... 12

Systems Software ..................................................................................................................... 12

Business Applications Software ............................................................................................... 13

Competition ............................................................................................................................. 18

Systems Software ..................................................................................................................... 18

Business Applications Software ............................................................................................... 20

Strategy and Value Proposition ............................................................................................. 22

Products, Technology and Services........................................................................................ 24

Systems Software ..................................................................................................................... 25

Business Applications Software ............................................................................................... 26

Services .................................................................................................................................... 28

Business Model Overview....................................................................................................... 29

Customers ............................................................................................................................... 31

Cost of Services....................................................................................................................... 33

Research and Development ..................................................................................................... 34

Sales and Marketing............................................................................................................... 35

Strategic Partnerships and Alliances..................................................................................... 36

Management Team................................................................................................................... 37

Valuation................................................................................................................................. 39

Methodology ............................................................................................................................ 39

SALOMON SMITH BARNEY

# Company Description

Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software.

Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. The Internet platform includes database management systems and development tools, which enable users to create, retrieve, and modify the various types of data stored in a computer system.

Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management. The company's principal products allow businesses to engage in commerce electronically and run on a broad range of computers, including mainframes, minicomputers, workstations, personal computers, laptop computers, and information appliances (such as handheld devices and cell phones) and more than 85 different operating systems, including UNIX, Windows, Windows NT, OS/390, and Linux.

# Investment Highlights

## Early to Embrace the New Market Created By the Internet

Oracle has been developing Internet-enabled applications for the past three years while other traditional ERP vendors have been late to the game. Oracle has developed an entire eBusiness suite to provide one-stop shopping for companies seeking to quickly deploy a comprehensive e-business solution. The Oracle eBusiness Suite includes CRM, ERP, e-procurement, and SCM.

## Proven Ability to Quickly Enter and Be Competitive in New Applications Markets

Oracle has proven its ability to leverage its installed database customer base into cross-selling its applications products. For example, Oracle has grown its applications business by 64.4% to $923.2 million at the end of fiscal 2000 from $561.5 million at the end of fiscal 1998. The CRM product suite, introduced approximately two years ago, reached $241 million in revenues at the end of fiscal 2000. We project CRM to grow at a CAGR of 57.2%, reaching $2.3 billion by 2005.

## Oracle Is Successfully Offering "Network Commerce"- Type Services with Oracle Business OnLine

Oracle's Business OnLine is a new service that delivers enterprise applications and technology across a network hosted in a professionally managed environment. It offers a hosting service that delivers the enterprise applications across a network that can be accessed using a browser. At this time, Oracle does not break out revenues from this segment.

## Building the E-Business Machine Is Improving Margins

Oracle has declared an aggressive strategy to increase its operating margins by "Webifying" its internal operations ("building a machine" is how management described it). The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction. The company's internal e-business strategy includes the consolidation of its IT data centers, reducing headcount associated with product customer support, and achieving internal efficiencies through its own web-based procurement solution. The company has proven its ability to execute on this strategy, as reflected in a 920-basis-point increase in its operating margin to 30.4% at the end of fiscal 2000 versus 21.2% the prior year. The company was able to reduce headcount by 2,480 over the last year to 41,320 as of May 2000.

## Sustainable Growth in the Database Market

Because the database market is projected to reach $12.7 billion by 2004 from $8 billion at the end of 1999, Oracle's dominant position in this market should facilitate continued revenue growth.

## Attractive Strategy and Value Proposition

With "Old Economy" corporations scrambling to implement Internet-enabled applications, Oracle's comprehensive eBusiness Suite provides an attractive value proposition. Oracle uses the database as a building block for its e-business applications, which enables customers to get all the requisite technologies and applications from a single vendor. Ideally, this reduces integration, multivendor updates, time-to-market, and costs.

## Large Installed Customer Base

According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell its eBusiness Suite to its existing installed base of database customers. Additionally, Oracle has also proven that it can win new E2E marketplace clients with its announcement of the HomebuildersXchange.

## Solid Balance Sheet and Cash Flow

Oracle has a 8.2% debt-to-total-capital ratio, with $5.1 billion in cash and equivalents. We estimate the company will continue to grow annual free cash flow in the low double-digits for the next ten years.

# Investment Risks

## Speculative Revenue Stream

In our opinion, much of Oracle's current valuation reflects the realization of the projected revenues associated with its new eBusiness Suite. Although the company has demonstrated growth in this area, this revenue stream lacks visibility. The failure of the company to fully develop this revenue stream could result in the company not reaching our long-term projections.

## Migration to Web-Based Hosted Services

We highlight the potential pricing pressure that could occur as Oracle migrates its business model to more of a services model from a traditional, upfront-license-fee-based model. For example, Oracle recently launched OracleSalesOnline.com as a free service with a subscription fee based on storage requirements and volume requirements. We believe that over the long term, migrating to this model could provide better revenue visibility and recurring revenues. However, in the short term, it could be difficult to transition to a services model from a license model, and this could slow short-term revenue growth.

## Valuation Risk

Oracle's EBITDA multiple is at a ten-year high. Our DCF model yields a stock price target of $47.

# Financial Model and Analysis

## ▌Recent Results

*Oracle exceeded our estimate for database revenue growth, but this was offset by lower-than-anticipated growth in its applications segment.*

Oracle reported a solid fiscal first quarter 2001, reporting EPS of $0.09. This number included a gain on the sale of marketable securities of $15 million. Oracle reported total revenues of $2.26 billion, slightly lower than our $2.3 billion estimate. More importantly, Oracle exceeded our estimate for database revenue growth, but this was offset by lower-than-anticipated growth in its applications segment. We were projecting 20% and 57% growth in database and applications, respectively.

Although we were impressed with the 32% growth in the database segment, the shortfall in applications is cause for concern. The outperformance of the database segment resulted from a portion of fourth quarter 2000 sales being pushed to the first quarter. Because we feel that the company's valuation is contingent on its ability to move into e-business applications categories (eCRM, SCM and e-procurement), which currently command a higher multiple, Oracle's ability to ramp up its applications division is critical. *Accordingly, we will monitor this category carefully going forward.*

We believe the shortfall in applications was likely a result of the sales force not being fully trained on the recently released Oracle 11i, which is a bundled suite of applications. This solution is sold at a higher level within a corporation, and it therefore requires a different skill set than Oracle's traditional applications. We expect to see improvements going forward and estimate 50% growth in the applications segment for fiscal 2001. We will look to raise this number based on second quarter performance in applications.

EBITDA margin increased by more than 11.7 percentage points to 29.1% over first quarter 2000 EBITDA margin of 17.4%. This resulted from continued productivity improvements and headcount reductions and a lower-than-expected services contribution. Additionally, the company exhibited considerable operating leverage with an 80-basis-points decrease in R&D as a percentage of sales.

### Figure 1. Financial Projections

($ in millions, except per share data)

|  | May-00A | 1Q01A | 2Q01E | 3Q01E | 4Q01E | May-01E | May-02E |
|---|---|---|---|---|---|---|---|
| **Income Statement:** |  |  |  |  |  |  |  |
| Revenue | $10,130 | $2,262 | $2,722 | $2,876 | $4,074 | $11,935 | $13,924 |
| Gross Profit | 7,187 | 1,588 | 1,909 | 2,044 | 3,193 | 8,734 | 10,087 |
| Sales and Marketing | 2,617 | 573 | 715 | 644 | 1,027 | 2,959 | 3,315 |
| Research and Development | 1,010 | 251 | 283 | 290 | 304 | 1,128 | 1,236 |
| General and Administrative | 481 | 106 | 122 | 126 | 134 | 487 | 535 |
| EBITDA | 3,080 | 658 | 789 | 984 | 1,728 | 4,159 | 5,002 |
| EPS | $0.38 | $0.09 | $0.09 | $0.11 | $0.19 | $0.48 | $0.56 |
| **Balance Sheet:** |  |  |  |  |  |  |  |
| Accounts Receivable | $ 2,534 | $ 1,696 | $ 2,042 | $ 2,157 | $ 3,081 | $ 3,081 | $ 3,641 |
| Deferred Revenue | 1,133 | 1,270 | 1,085 | 1,197 | 1,369 | 1,369 | 1,618 |
| DSO | 91 | 68 | 68 | 68 | 69 | 94 | 95 |

Source: Company reports and Salomon Smith Barney

### Potential Upside

Potential upside to our existing estimates could result from the following:

➤ Higher-than-anticipated demand for the Oracle eBusiness Suite. We are currently estimating close to 50% growth in the applications unit for fiscal 2001 and 2002. These growth rates could be conservative given the insatiable demand for e-business products.

➤ Faster-than-anticipated realization of operating targets. We predict gross margin expands to 73.2% in fiscal 2001. Ultimately, we believe Oracle has the exceptional horsepower to operate at a 55.7% EBITDA margin by 2010. The early realization of this goal presents considerable upside potential to our model.

## Operating Margins Improvements

Figure 2. Overview of Company IT Reduction Targets

($ in millions)

| Date | May, 1999 | May, 2000 | Dec., 2000 | May, 2001 |
|------|-----------|-----------|------------|-----------|
| Approximate Costs | $600 | $500 | $450 | $400 |
| Headcount | 1,500 | 1,200 | 1,000 | 800 |

Source: Oracle Presentation

### Consolidation of IT

➤ single data center;

➤ single instance;

➤ shared service center;

➤ minimal customization; and

➤ e-business suite.

### Sell-Side Efficiencies

#### License

Cost reductions related to the license sales effort consist of a reduction in sales overlay and overhead, increased use of the iStore for simplification and standardization, heavier telesales mix, iMarketing (Internet technology to market and sell), and sales automation.

#### Sell-Side Support.

Oracle hopes to reduce expenses associated with customer support by migrating the majority of support requests to the Internet. Product simplification, reduced overhead (reorganization), and better, consolidated data should also contribute to sell-side support savings.

#### Sell-Side Consulting.

Sell-side consulting is a significant expense from which Oracle could extract considerable cost savings through headcount reduction. Initiatives in this area

SALOMON SMITH BARNEY

include value-based iSpeed implementation, service-based delivery, ReUse, eWorx Centers, OC on Oracle Store (simplification, standardization), and concentration on profitable business (regain utilization).

**Sell-Side Education.**

The company plans to eliminate nonessential classes, incorporate more non-classroom training, and consolidate internal and external training (mostly telesales).

## Buy-Side Efficiencies

By monitoring its own procurement practices, Oracle now hopes to extract $200 million in operating expenses from its current structure. Stated buy-side initiatives include the following:

➤ global i-procurement deployment;

➤ leverage OracleExchange.com;

➤ supply-chain/direct ship;

➤ simplified BOM;

➤ e-travel ticketing;

➤ self-service expense reports, purchase requisitions, hiring, etc.; and

➤ extension of model outside the United States.

The company has proven its ability to execute on its stated goals, as reflected in the operating margin improvement exhibited in fiscal 2000. We estimate additional operating margin expansion based on the continued execution of the above initiatives and an emphasis on services. We project EBITDA of $4.2 billion and $5.0 billion by year-end fiscal 2001 and fiscal 2002, respectively. This represents a 440-basis-points and 550-basis-points EBITDA margin improvement from the 30.4% reported for fiscal 2000.

Assuming steady tax allowances and interest income from steady cash-flow growth and constant interest expense (we are not projecting any additional debt financing), we arrive at net income for fiscal 2001 and 2002 of $2.8 billion and $3.3 billion, respectively. Our EPS estimates are $0.48 and $0.56 for fiscal 2001 and 2002, respectively.

Oracle Corporation – November 6, 2000

# Market Overview

*The two broadly defined markets that the company competes in are systems software and business applications software.*

Oracle Corporation competes in multiple markets. The two broadly defined markets in which the company competes are systems software and business applications software. The company plans to expand IT business applications practice into the rapidly growing e-commerce applications market.

The company's target market segments are enterprise businesses and general businesses. Enterprise businesses are characterized as companies with total revenues of at least $500 million. General businesses are those with total revenues of less than $500 million.

## Systems Software

Systems software represents a complete data management platform comprising relational database management systems, online analytical processing (OLAP), and development tools. The database market is a large market with stable growth prospects. Trends that should propel growth in the database market include Internet applications, e-business applications, e-commerce, evolving business intelligence solutions, and growth of wireless communications applications.

### Relational Database Management System (DBMS)

*The trend toward inter-enterprise collaboration creates a need for web-enabled DBMS.*

The database market has historically focused on internal data management. The trend toward inter-enterprise collaboration creates a need for web-enabled DBMS. The worldwide database industry is projected to grow at a CAGR of 9.7%, reaching $12.7 billion by 2004, up from about $8 billion in 1999, according to Dataquest.

**Figure 3. Database Management Systems Market, 1998-2004E**

(\$ in billions)



Source. Dataquest

### Online Analytical Processing (OLAP)

Online analytical processing (OLAP) is enterprise software that helps companies analyze, optimize, and operate their businesses. OLAP is often referred to as business intelligence. For example, an OLAP application may allow project cost-benefit analysis and identify budget trends for the CFO of a corporation.

In 1999, the OLAP market was $2.5 billion according to "The OLAP Report," and it is expected to grow to $4 billion by 2002 due to increased demand. This market growth would reflect a CAGR of 23.4%. The OLAP Report indicates that OLAP demand should increase as major database vendors seek to offset slowing growth in the database market by promoting OLAP solutions.

**Figure 4.  Worldwide OLAP Market Size, 1997-2002E**

($ in billions)



Source: The OLAP Report

## Business Applications Software

The business applications software market consists of solutions that automate the performance of specific business-data processing functions. Within the business applications software market, there are four main categories:  customer relationship management (CRM), supply-chain management (SCM), Enterprise Resource Planning (ERP), and e-commerce applications.

### **Customer Relationship Management (CRM)**

Customer relationship management applications broadly include marketing automation, sales automation, services automation, and e-mail automation. Companies in this market provide applications aimed at improving the end-user experience. Figure 5 shows the projected growth for the CRM market (it includes Sales Automation, Services Automation, and e-mail Automation).

**Figure 5. Customer Relationship Management Applications Market**

(\$ in billions)



Source: IDC

#### **Marketing Automation**

Market automation applications target the analysis, execution, and management of marketing initiatives. The market has benefited from the lower costs associated with online marketing.

#### **Sales Automation**

The sales automation market comprises solutions to optimize sales distribution, increase sales productivity, and enable collaboration. This market has benefited from the need to support sales efforts in the Internet economy.

#### **Services Automation**

Services automation solutions attempt to improve the effectiveness of customer service using the Internet. The Internet provides a low-cost method for improving satisfaction without a significant increase in customer service representatives. As corporations seek to lower costs by migrating their existing customer service organizations online, the market for services automation applications could experience growth.

**E-Mail Automation**

The market for e-mail automation requires the management of inbound and outbound e-mail to improve accuracy of Internet marketing activity and customer support. This market has experienced a direct benefit from the emergence of the Internet as a communication medium.

## Supply-Chain Management (SCM)

*The traditional market for supply-chain management is benefiting from the Internet's ability to enable real-time collaboration between trading partners.*

Supply-chain management solutions enable companies to achieve cost reductions through production planning and supply-chain optimization. The traditional market for supply-chain management is benefiting from the Internet's ability to enable real-time collaboration between trading partners.

**Figure 6. Supply-Chain Management Applications Market, 1998-2003E**

(**$ in billions**)



Source: IDC

## Enterprise Resource Planning (ERP)

Enterprise resource planning has historically been associated with applications that automate internal back-office processes such as human resources, financial, and manufacturing. The recent pervasiveness of the Internet has created a trend toward "Internet-enabling" back-office ERP applications.

## E-Commerce Applications

AMR Research forecasts the total market for e-commerce applications will reach $6 billion by 2004, representing a 56% CAGR. Oracle's e-commerce applications fall into two markets: the procurement applications market and trading exchange platforms applications.

## Procurement Applications

*The indirect goods e-commerce applications market is in its infancy and has developed due to the proliferation of the Internet.*

This market includes applications that enable the procurement of both indirect and direct goods electronically. Indirect goods include nonoperating resources that are not direct inputs of the final product. Examples of indirect goods include MRO, IT, travel services, and plant shop maintenance. Direct goods are the resources that go directly into the end product. The indirect goods e-commerce applications market is in its infancy and has developed due to the proliferation of the Internet. The direct goods market has historically been dominated by EDI vendors.

**Figure 7. Procurement Applications Market, 1999E - 2004E**

(\$ in billions)



Source: AMR Research

## Trading Exchange Platform Applications

*The major trend visible in this market is the large number of traditional applications vendors (e.g., SCM, ERP, CRM) beginning to enter the market.*

Trading exchange platform applications enable companies to create online trading communities. The major trend visible in this market is the large number of traditional applications vendors (e.g., SCM, ERP, CRM) beginning to enter the market.

**Figure 8. Trading Exchange Platform Applications Market, 1999-2004E**

(\$ in billions)



Source: AMR Research

# **Competition** ·

Oracle competes in multiple markets. The following is an overview of each of the major markets and the main competitors in each of those markets.

**Figure 9. Overview of Competition by Market**

| **DBMS**<br>*Database Management Software* | **OLAP**<br>*Online Analytical Processing* | **CRM**<br>*Customer Relationship Management* | **SCM**<br>*Supply-Chain Management* | **ERP**<br>*Enterprise Resource Management* | **ASP**<br>*Application Service Providers* | **Internet Procurement** | **Exchange Platform** |
|---|---|---|---|---|---|---|---|
| IBM | Hyperion Solutions | Siebel | i2 Technologies | SAP AG | Corio | Commerce One | Commerce One |
| Microsoft | Oracle | PeopleSoft (Vantive) | J.D. Edwards (Numetix) | PeopleSoft | US Internet Working | Ariba | Ariba |
| Informix | Cognos | Broadvision | Manugistics | Bann Co | | | i2 |
| Sybase | Micro Strategy | Octane | SynQuest | J.D. Edwards | | | |
| | Microsoft | Clarify | Descartes Systems | | · | | |
| | Business Objects | Silknet | | | | | |
| | Other | Epiphany | | | | | |
| | | Kana | | | | | |
| | | eGain | | | | | |

Source: Salomon Smith Barney

## ▍**Systems Software**

### **Database**

According to Dataquest, Oracle gained 40 basis points of market share in 1999. By comparison, Microsoft exhibited considerable market share gain, with a 200-basis-points increase in market share, validating the success of the release of its SQL Server 7.0.

**Figure 10. Market Share Analysis**



1998 Market Share                    1999 Market Share

Source: Dataquest

*The Internet has created a new paradigm in the database market.*

The Internet has created a new paradigm in the database market. Each of the main competitors in this market is releasing new Internet-enabled database platforms. Due to the new paradigm in database functionality requirements, the competitive landscape might experience some volatility. The main competitive factor in the database market is the ability to quickly provide a database platform that is Internet enabled.

Oracle Corporation – November 6, 2000

.

The primary competitors in this market include IBM and Microsoft and, to a lesser extent, Sybase and Informix Corporation.

The release of IBM's DB2 7.1 and Microsoft's SQL Server 2000 could pose a competitive threat to Oracle in the future. Although Microsoft's SQL 2000 is still in beta testing, its expected increased functionality (mainly data mining and a more-robust storage engine) may put pressure on the two dominant players, IBM and Oracle.

### Online Analytical Processing (OLAP)

The major competitive factors in this market are Internet functionality and price. OLAP encompasses business intelligence and decision support. The dominant player in this market, with 28.4% market share in 1999, was Hyperion Solutions, while Oracle held a distant second place, with 11% of the market. Major competitors in this market include Hyperion Solutions, Cognos, MicroStrategy, Microsoft, and Business Objects. In 1999, Microsoft entered the OLAP market, capturing considerable market share from existing competitors due to competitive pricing. According to "The OLAP Report," increased pricing pressure offset by growing product demand due to the Internet will likely continue.

**Figure 11. Market Share Analysis**

1998 Market Share

1999 Market Share




Source: The OLAP Market

### Tools Applications Software

*Oracle faces competition from Microsoft, Sybase, Inc., and Rational Software Corporation in the tools applications software market.*

Tools applications software automate the design and development of software applications. The main competitive factors are product architecture, functionality, product quality, performance, ease of use, price, and customer service.

Required product functionality includes rapid deployment, software quality, and application performance improvements , as well as the ability to manage change more effectively. An easy solution for automating software development is a critical differentiating factor. An emerging competitive factor facing this market is the

ability to provide design and development tools not only in a client/server scenario but also in an Internet-based environment.

Oracle faces competition from Microsoft, Sybase, Inc. and Rational Software Corporation in the tools applications software market.

## Business Applications Software

### Customer Relationship Management (CRM)

In the CRM market, Oracle competes broadly with a number of players. Within each niche of the CRM market, Oracle competes with different companies.

#### Marketing Automation

The main competitive factors in the marketing automation market include functionality requirements such as list management, multichannel campaign, event planing, budget management, marketing intelligence, campaign to order, and online marketing. The company competes with E.piphany and Prime Response in this segment of CRM.

#### Sales Automation

The main competitive factors in the sales automation market include functionality requirements such as Palm Pilot application, integrated sales compensation, sales intelligence, global sales forecasting, global single instance, web storefront, product catalog, merchandising, promotions, customer service, order status, configurator, order management, payment processing, integration, digital content distribution, and global functionality. The company competes with Siebel and BroadVision in this segment of CRM

#### Service Automation

The main competitive factors in the services automation market include functionality requirements such as computer intelligence, single customer master, self-service, complete field service, globalization, resource availability, order status, contracts entitlements, shipping, billing, and inventory status. The company competes with Clarify and Kana/Silknet in this segment of CRM.

#### E-Mail Automation

The main competitive factors in the e-mail automation market include functionality requirements such as email management, high-performance agent desktop, integration to call center, and data model integration with applications. The company competes with Kana and e-Gain in this segment of CRM.

#### ERP

*Ease of integration between existing "back-office" applications and new inter-enterprise application will be a competitive advantage.*

The main competitive factor facing this market is the ability to Internet-enable existing internal ERP applications. Ease of integration between existing "back-office" applications and new inter-enterprise application will be a competitive advantage. Traditional ERP solutions providers need to provide a competitive e-commerce solution to existing and potential clients to provide a complete, end-to-end solution.

Oracle competes with traditional ERP vendors such as SAP JD Edwards, PeopleSoft, and Baan.

### Supply-Chain Management

A competitive Internet-based supply-chain management application must provide the following functionalities: inter-enterprise demand forecasting, demand fulfillment, collaborative product development, customer management, and strategic planning. Major competitors in this market are i2 Technologies, Atalas Commerce, Logility, Manugistics, MatrixOne, NexPrise, Oracle Corporation, supplyForce.com, and SynQuest.

### Procurement

Procurement applications must accommodate both indirect and direct goods procurement. Functionality requirements include identification of the appropriate supplier, purchase order processing, RFQ functionality, and incorporation of existing business rules.

Competitors in this market include Ariba, Commerce One, Procurenet, Rightworks, Concur, and Intelisys.

### Trading Exchange Platform Applications

The competitive factors in this market center around functionality and time-to-market. Functionality requirements include dynamic pricing, auction capabilities, XML tagging, integrated supply-chain management, supplier content availability, and an open platform. The company competes against Ariba, Clarus, Commerce One, i2 Technologies, Ventro, and VerticalNet.

# **Strategy and Value Proposition**

### **Strategy**

*The database product is pervasive in both the enterprise market and the general business market.*

The company has identified two key market segments in which its products are sold: the enterprise business market and the general business market. The enterprise business market segment is defined by the company as those businesses with total revenues of $500 million and above. In the enterprise business market segment, the company believes the most important considerations for end user software customers are performance, functionality, product reliability, ease of use, quality of technical support, and total cost of ownership, including initial price and deployment costs as well as ongoing maintenance costs.

The general business market segment is defined by the company as those businesses with total revenues of $500 million and less. In the general business market segment, the company believes that the principal competitive factors are strength in distribution and marketing, brand name recognition, price/performance characteristics, ease of use, ability to link with enterprise systems, and product integration.

Oracle's strategy for success in the two aforementioned markets is as follows:

➤ establish the database product, which is pervasive in both the enterprise market and the general business market, as a building block to sell other applications; and

➤ continue to promote the Oracle eBusiness Suite as the first complete set of e-business tools.

The company will also apply this strategy to establish itself as a leader in e-business-enabled organizations. Oracle has set the following goals in order to establish itself as the leader in e-business initiatives:

➤ reduce operating costs by $1 billion;

➤ showcase e-business "best practices";

➤ gain a 360 degree view of customers;

➤ increase research and development as well as marketing spending; and

➤ have Internet technology pervasive through its entire product line.

Oracle Corporation – November 6, 2000

**Figure 12. Value Proposition**

| Oracle's Value Proposition | |
|---|---|
| **Systems Software** | **Business Applications Software** |
| • Centralized data from remote sites | • Connect customers and employees |
| • Cost of technology ownership is reduced | • Rapid deployment for competitive edge |
| • Better decision making through the use of analytical tools | • Targeted product offerings based on customer information |
| • Improved operating efficiencies | • New revenue opportunities |
| | • Improved ROI on IT investments |

Source. Oracle and Salomon Smith Barney Internet Research

# Products, Technology and Services

*Product-related revenues are derived from two main sources: support and services.*

Oracle derives revenues from two main product lines, broadly categorized as systems software and business applications software. Product-related revenues are derived from two main sources: support and services. Figure 13 gives an overview of Oracle's annual and quarterly historical revenues by product line and product-related revenues.

### Figure 13. Annual Revenue Analysis

($ in billions)

| | FY-End May-93 | FY-End May-94 | FY-End May-95 | FY-End May-96 | FY-End May-97 | FY-End May-98 | FY-End May-99 | FY-End May-00 |
|---|---|---|---|---|---|---|---|---|
| **Reported Revenue:** | | | | | | | | |
| Servers | $ 457.0 | $ 679.0 | $ 1,111.0 | $ 1,577.0 | $ 2,010.0 | $ 2,202.2 | $ 2,646.8 | $ 3,100.3 |
| Tools | 278.0 | 326.0 | 341.0 | 361.0 | 334.0 | 324.9 | 293.0 | 291.5 |
| Total Database License Revenue | 735.0 | 1,005.0 | 1,452.0 | 1,938.0 | 2,344.0 | 2,527.0 | 2,939.8 | 3,391.8 |
| Total Applications License Revenue | 71.0 | 94.0 | 154.0 | 295.0 | 478.0 | 561.5 | 651.0 | 923.2 |
| Total License Revenue | 806.0 | 1,099.0 | 1,606.0 | 2,233.0 | 2,822.0 | 3,088.5 | 3,590.9 | 4,315.0 |
| Support | 284.0 | 383.0 | 585.0 | 905.0 | 1,320.0 | 1,794.2 | 2,345.5 | 2,978.9 |
| Consulting & Education | 323.0 | 454.0 | 710.0 | 1,020.0 | 1,468.0 | 2,156.6 | 2,793.4 | 2,704.5 |
| Total Services Revenue | 607.0 | 837.0 | 1,295.0 | 1,925.0 | 2,788.0 | 3,950.8 | 5,138.9 | 5,683.3 |
| Other | 81.0 | 59.0 | 66.0 | 65.0 | 74.0 | 105.0 | 97.5 | 131.8 |
| Total Revenue | $ 1,494.0 | $ 1,995.0 | $ 2,967.0 | $ 4,223.0 | $ 5,684.0 | $ 7,144.3 | $ 8,827.3 | $10,130.1 |
| **Product Mix:** | | | | | | | | |
| Total License Revenue | | 55.1% | 54.1% | 52.9% | 49.6% | 43.2% | 40.7% | 42.6% |
| Total Services Revenue | | 42.0% | 43.6% | 45.6% | 49.0% | 55.3% | 58.2% | 56.1% |
| Other | | 3.0% | 2.2% | 1.5% | 1.3% | 1.5% | 1.1% | 1.3% |
| Total Revenue | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Servers | | 34.0% | 37.4% | 37.3% | 35.4% | 30.8% | 30.0% | 30.6% |
| Tools | | 16.3% | 11.5% | 8.5% | 5.9% | 4.5% | 3.3% | 2.9% |
| Total Database License Revenue | | 50.4% | 48.9% | 45.9% | 41.2% | 35.4% | 33.3% | 33.5% |
| Total Applications License Revenue | | 4.7% | 5.2% | 7.0% | 8.4% | 7.9% | 7.4% | 9.1% |
| Support | | 19.2% | 19.7% | 21.4% | 23.2% | 25.1% | 26.6% | 29.4% |
| Consulting & Education | | 22.8% | 23.9% | 24.2% | 25.8% | 30.2% | 31.6% | 26.7% |
| Total Services Revenue | | | | | 49.0% | 55.3% | 58.2% | 56.1% |
| Other | | 3.0% | 2.2% | 1.5% | 1.3% | 1.5% | 1.1% | 1.3% |
| Total Revenue | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Yr/Yr Percentage Change:** | | | | | | | | |
| Total License Revenue | | 36.4% | 46.1% | 39.0% | 26.4% | 9.4% | 16.3% | 20.2% |
| Total Services Revenue | | 37.9% | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.6% |
| Total Revenue | | 33.5% | 48.7% | 42.3% | 34.6% | 25.7% | 23.6% | 14.8% |
| Servers | | 48.6% | 63.6% | 41.9% | 27.5% | 9.6% | 20.2% | 17.1% |
| Tools | | 17.3% | 4.6% | 5.9% | (7.5%) | (2.7%) | (9.8%) | (0.5%) |
| Total Database License Revenue | | 36.7% | 44.5% | 33.5% | 20.9% | 7.8% | 16.3% | 15.4% |
| Total Applications License Revenue | | 32.4% | 63.8% | 91.6% | 62.0% | 17.5% | 15.9% | 41.8% |
| Support | | 34.9% | 52.7% | 54.7% | 45.9% | 35.9% | 30.7% | 27.0% |
| Consulting & Education | | 40.6% | 56.4% | 43.7% | 43.9% | 46.9% | 29.5% | (3.2%) |
| Total Services Revenue | | 37.9% | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.6% |
| Other | | (27.2%) | 11.9% | (1.5%) | 13.8% | 41.9% | (7.1%) | 35.1% |

Source: Oracle Corporation

SALOMON SMITH BARNEY

## ▌Systems Software

Systems software revenues are derived from database products, applications servers, online analytical processing, and application development tools.

### Relational Database Management System (DBMS)

Figure 14.  Core Database Product-Oracle8 and Oracle8i

|  | May 1999 | June 1997 |
|---|---|---|
| **Product Name** | Oracle8i Relational DBM's | Oracle8 |
| **Functional Overview** | Enables storing, manipulating and retrieving relational, object-relational, multi-dimensional and other types of data specifically designed as a foundation for Internet development and deployment. | Allowed users to manage unstructured information, such as text, spatial, video, messaging, multi-dimensional data, as well as, object-relational information. |
| **Key New Features** | Java Server (Jserver) Internet File System (iFS), Internet Directory, Internet Security, Intermedia Supports client service. | Object-relational technology, data partioning, server-managed back-up & recovery advanced queuing, heterogeneous services, index-only tables and binary-large obieu? |

Source: Salomon Smith Barney

*Oracle8i is a database specifically designed as a foundation for Internet development and deployment.*

The Oracle8i relational database management system (DBMS), the key component of Oracle's Internet platform, enables the storage, manipulation, and retrieval of relational, object-relational, multidimensional, and other types of data.  Oracle8i is a database specifically designed as a foundation for Internet development and deployment, and it extends Oracle's technology in the areas of data management, transaction processing, and data warehousing to the new medium of the Internet. Built directly inside the database, Internet features, such as a Java Server (Jserver), Internet File System (iFS), Internet Directory, Internet Security, and Intermedia, help companies and developers build applications that lower costs, enhance customer and supplier interaction, and provide global information access across different computer architectures and across the enterprise.  In addition to Internet architecture, Oracle8i supports traditional client/server applications and architecture.

### Oracle8i Lite

Oracle 8i is a mobile database for Internet computing.  The product is less complex than 8i, requires no administration, and can be used to temporarily store data and apps to be replicated to 8i.  Oracle8i Lite is aimed at enabling wireless communications devices.  It is run principally on laptops and information appliances.

### Oracle Application Server

With the introduction of its Internet computing architecture, the company introduced Oracle Application Server, an open-software platform for developing, deploying, and managing distributed software application programs.  This product accounted for 30.6% of revenues at the end of fiscal 2000.  Oracle Application Server provides

the infrastructure necessary to run today's Internet-computing applications on all generation languages (Enterprise Java Beans, Java CORBA server-side components, C/C++, Java, PL/SQL, COBOL) applications. Oracle Application Server allows distributed transaction processing with large numbers of users and data while improving performance and lowering incremental deployment and maintenance costs.

### Application Development Tools

Application Development tools contributed 2.9% to total revenues in fiscal 2000. The company provides application development tools supporting different approaches to software development for deployment while running a web browser.

For a model-based approach to development, Oracle offers two products: Oracle Designer and Oracle Developer. Oracle Designer allows business processes to be visually modeled and enterprise database applications to be generated. Oracle Developer is a fourth-generation language-development tool for building database applications that can be deployed, unchanged, in both Internet-based environments and client/server environments. For Java programmers, Oracle offers Oracle Jdeveloper, a Java development tool suite for building enterprise applications for use on the Internet. The Oracle Jdeveloper Suite provides a complete Java development environment for developing and deploying applications from Java and HTML clients to server-based business components across the enterprise. Oracle WebDB is a solution for building, deploying, and monitoring web database applications and content-driven Web sites. By combining an HTML interface with a complete set of browser-based HTML tools, Oracle WebDB enables users to develop Web database applications quickly and easily.

## Business Applications Software

At the end of fiscal 2000, total applications license revenues were $923.2 million, representing 9.1% of total revenues. This 170-basis-points increase over the prior year resulted from the accelerated growth in applications license revenues due to new product offerings.

### Rlli eBusiness Suite

The Rlli eBusiness Suite provides Internet-business applications for ERP — 50 integrated software modules to automate business functions such as financial management, SCM, procurement, manufacturing, project systems, and HR for large and mid-sized commercial and public sector organizations.

### CRM

CRM applications provide the following benefits to customers:

➤ extension of business to the Internet;

➤ complete management of customer relations; and

➤ integration services through the Internet, call center, and field sales.

Figure 15 shows the last two years' performance of Oracle's CRM business unit.

**Figure 15. Last Two Fiscal Years CRM Business Performance**

($ in thousands)

|  | 1QA Aug-99 | 2QA Nov-99 | 3QA Feb-00 | 4QA May-00 | 1QA Aug-00 | 2QA Nov-00 | 3QA Feb-00 | 4QA May-00 |
|---|---|---|---|---|---|---|---|---|
| CRM Revenues | $9,200 | $12,171 | $17,615 | $43,134 | $31,085 | $48,735 | $49,075 | $112,515 |
| Yr/Yr Growth, CRM Revenue | 104% | 23% | 674% | 156% | 238% | 300% | 179% | 161% |
| CRM Revenue as a % Total Business Applications Software Revenue | 9.4% | 9.5% | 12.0% | 15.6% | 28.5% | 29.0% | 24.7% | 25.1% |
| CRM Revenue as a % Total License Revenue | 1.6% | 1.6% | 2.2% | 2.9% | 5.2% | 5.6% | 4.7% | 6.3% |
| Total Busines Application Software Revenue | $98,090 | $128,451 | $147,351 | $277,150 | $109,143 | $167,818 | $198,830 | $447,413 |
| Total License Revenue | $557,613 | $745,247 | $804,607 | $1,483,401 | $602,646 | $877,171 | $1,043,206 | $1,792,006 |

Source: Company reports and Salomon Smith Barney

*CRM applications software exhibited a 194% growth in fiscal 2000.*

Oracle's CRM applications offering consists of 35 integrated modules designed to improve marketing, sales, services, and e-mail automation.

Oracle's CRM applications include iMarket, iSell, iStore, iBilol, iPay, and iSupport. With more than 400 customers, CRM applications software exhibited a 194% growth in fiscal 2000.

### SCM

The Oracle Internet Supply Chain Applications provide the client with the following functionality:

➤ single technology vendor with end-to-end solutions;

➤ reduced procurement costs;

➤ ability to manufacture personalized products;

➤ efficient distribution of products; and

➤ key features that address planning and scheduling, order management, procurement, manufacturing, and logistics.

### ERP

Despite sluggish growth in the general EPP market, Oracle's ERP applications revenues grew by 20% to $681.8 million in fiscal 2000. Oracle's ERP offering consists of more than 50 integrated software modules to automate business functions such as financial management, supply-chain management, procurement, manufacturing, project systems, and human resources.

Figure 16 shows the last two years' performance of Oracle's ERP business unit.

**Figure 16. Last Two Fiscal Years ERP Business Performance**

($ in thousands)

|  | 1QA Aug-99 | 2QA Nov-99 | 3QA Feb-00 | 4QA May-00 | 1QA Aug-00 | 2QA Nov-00 | 3QA Feb-00 | 4QA May-00 |
|---|---|---|---|---|---|---|---|---|
| ERP Revenues | $88,890 | $116,280 | $129,736 | $234,016 | $78,058 | $119,083 | $149,755 | $334,898 |
| Yr/Yr Growth, ERP Revenue | (5.0%) | 18.0% | (6.0%) | 18.0% | (12.0%) | 2.0% | 15.0% | 43.0% |
| ERP Revenue as a % Total Business Applications Software Revenue | 90.6% | 90.5% | 88.0% | 84.4% | 71.5% | 71.0% | 75.3% | 74.9% |
| ERP Revenue as a % Total License Revenue | 15.9% | 15.6% | 16.1% | 15.8% | 13.0% | 13.6% | 14.4% | 18.7% |
| Total Busines Application Software Revenue | $98,090 | $128,451 | $147,351 | $277,150 | $109,143 | $167,818 | $198,830 | $447,413 |
| Total License Revenue | $557,613 | $745,247 | $804,607 | $1,483,401 | $602,646 | $877,171 | $1,043,206 | $1,792,006 |

Source: Company reports and Salomon Smith Barney

### General Business eBusiness Suite

Oracle introduced the Fast Forward initiative to reduce time-to-market and address the needs of mid-sized business.

Figure 17.  Overview of IIi eBusiness Suite - Fast Forward Initiative

| Aplication | Implementation | Volume | Cost |
|---|---|---|---|
| CRM | | | |
| iStore/iPayment | 60 days | | $300K |
| Sales | 60 days | 100, 300, 500 sales reps | $210-$379K |
| ERP | | | |
| Financials | 60 days | (25, 35, 50) user names | $270K-$351.9K |
| HR | 45 days | 500, 750, 1000 employees | $150K-$177.5K |
| B2B Commerce | | | |
| Manufacturing | less than 90 days | 30-60 users | $520K-$680K |
| Process Manufacturing | | 25-50 users | $625K-$765K |
| Manufacturing, HiTech | 90 days | 30-60 users | $530K-$700K |
| Distribution | | 25-50 users | $375K-$495K |

Source  Aberdeen Group and Salomon Smith Barney

### Services

In addition to computer software products, Oracle offers consulting, education, support, and systems integration services in support of its customers' use of its products.  The services component of revenues made up 56.1% of total revenues in fiscal 2000.  Consultants and instructors supplement the company's product offerings by providing services to assist customers in the implementation of applications based on Oracle's products.

### Hosted Business Services

*Oracle's Business OnLine offers a hosting service that delivers enterprise applications across a network that can be accessed using a browser.*

For customers who choose not to install their own applications, Oracle's Business OnLine offers a hosting service that delivers enterprise applications across a network that can be accessed using a browser.  Oracle's Business OnLine is a new service that delivers enterprise applications and technology across a network hosted in a professionally managed environment.

# Business Model Overview

Oracle derives revenues from sales of software licenses, services, and other sources. Figure 18 illustrates the percentage contribution to total revenues of each respective revenue source.

**Figure 18. Fiscal Year End 2000 - Percentage Revenue Mix**



Source: Oracle Corporation and Salomon Smith Barney Internet Research

## Licenses

License revenues represent fees earned for granting customers licenses to use the company's software products. License and other revenues also include documentation revenues and other miscellaneous revenues. License and other revenues increased by approximately $758 million, or 21%, to $4.4 billion for the year ended May 2000 from $3.7 billion for the year ended May 1999.

Oracle's standard end user license agreement provides for an initial fee to use the product in perpetuity up to a maximum number of concurrent or named users. The company also enters into other types of license agreement, typically with major end-user customers, which allow for the use of the company's products, usually restricted by the number of employees, the number of users, the license term, or the number of power units (processing power).

The company receives sublicense fees from its Oracle Alliance partners (value-added reseller, hardware providers, systems integrators, and independent software vendors) based on the sublicenses granted by the partner. Sublicense fees typically

are based on a percentage of the company's list price and are generally recognized as they are reported by the reseller.

## Services

Services revenues consist of support, including update rights, consulting, and education services revenues. Services revenues increased by approximately $544 million to $5.7 billion for the year ended May 2000.

In general, Oracle prices its support services based on the level of support services provided and the number of users authorized to access the company's software products. Most customers purchase support initially and renew their support agreements annually.

# Customers

## ▌Globally Diverse Client Base

During the past three fiscal years, Oracle's customer and product base has broadened as the company has increased both the number of channels that it uses to market its products, as well as the number of computers and operating systems on which its products operate.

Figure 19 shows the company's license revenues according to geographic region.

**Figure 19. Fiscal Year End 2000 - License Revenue Mix by Region**



**Fiscal Year End 2000
License Revenue Mix By Region**

Asia Pacific
15%

EMEA
27%

Americas
58%

Source: Oracle Corporation and Salomon Smith Barney Internet Research

## ▌E-Commerce Initiatives and Clients

*The AutoXchange, now called Covisint, has become the bellwether consortium exchange, elevating Oracle to the forefront of B2B-enabling technology.*

With the unveiling of its agreement with Ford to develop AutoXchange in November 1999, Oracle announced its plans to compete in the B2B e-commerce sector. The AutoXchange, now called Covisint, has become the bellwether consortium exchange, elevating Oracle to the forefront of B2B-enabling technology, which we believe is reflected in the considerable appreciation in the stock since the announcement. Following this catalyst, Oracle signed a number of additional exchange agreements with various industries.

The significance of these new exchange clients is twofold. First, large industry and branded-client wins provide market validation that Oracle is a viable B2B e-commerce platform provider. Secondly, electronic marketplaces create a powerful distribution network for Oracle's database products to a captive client base. Figure 20 provides an overview of each of the large vertical marketplaces with the relevant data points.

Oracle Corporation – November 6, 2000

Figure 20. Overview of E-Commerce Exchanges

| Exchange Name | Description | Other Participants |
|---|---|---|
| **Industry Exchanges** | | |
| Covisint* | Electronic marketplace for the automotive industry | Ford, GM, DaimlerChrysler, Commerce One |
| RetailersMarketXchange | Electronic marketplace for convenience stores and suppliers | Chevron and McLane |
| GlobalNetXchange | Electronic Marketplace for direct and indirect goods for retailers | Sears, Carrafour, Kroger, Metro AG and J Sainsbury |
| FP-Xchange | Electronic marketplace for the forest products industry. | fibermarket.com |
| GlobalTransportXchange | Electronic exchange for the transportation services community | Hutchison Port Holdings |
| **Branded Exchanges** | | |
| Cable & Wireless Hong Kong Telecom | Electronic, horizontal marketplace targeting the Greater China region | Cable & Wireless HKT |
| Belgacom | Electronic Belgian marketplace | |
| Dubai Digital Marketplace | | Dubai Ports Authority and Jebel Ali Free Zone |

Source: Salomon Smith Barney Internet Research

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000

# Cost of Services

*Cost of services revenues decreased by $122 million to $2.9 billion in the year ended May 2000. This is primarily a result of reduced sales and services headcount.*

The cost of providing services consists largely of consulting, education, and support personnel expenses. Cost of services revenues decreased by $122 million to $2.9 billion in the year ended May 2000. This is primarily a result of reduced sales and services headcount. At year-end fiscal 2000, sales and services headcount decreased by 3,492 to 29,564 from 33,056 at year-end fiscal 1999, representing a 10.6% reduction. As a percentage of services revenue, cost of services was 52%, representing an eight-percentage-point decrease from the previous fiscal year-end. Figure 21 provides an overview of Oracle's annual cost-of-services revenues.

**Figure 21. Annual Cost of Services Revenue Analysis**

($ in millions)

|  | \multicolumn{6}{c}{Fiscal Year-End} |
|---|---|---|---|---|---|---|
|  | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
| Total Services Revenue | $1,295.0 | $1,925.0 | $2,788.0 | $3,950.8 | $5,138.9 | $5,683.3 |
| Cost of Services | $779.0 | $1,096.0 | $1,550.5 | $2,273.6 | $3,064.1 | $2,942.7 |
| Cost of Services/Total Services Revenue | 60.2% | 56.9% | 55.6% | 57.5% | 59.6% | 51.8% |
| Sales and Services Headcount | 11,775 | 16,807 | 21,617 | 27,523 | 33,056 | 29,564 |
| *Yr/Yr Growth:* |  |  |  |  |  |  |
| Total Services Revenue | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.6% |
| Cost of Services | 56.0% | 40.7% | 41.5% | 46.6% | 34.8% | (4.0%) |
| Sales and Services Headcount | 42.7% | 42.7% | 28.6% | 27.3% | 20.1% | (10.6%) |
| *Efficiency Analysis:* |  |  |  |  |  |  |
| Services Revenue/Sales and Service Representative | $ 0.11 | $ 0.11 | $ 0.13 | $ 0.14 | $ 0.16 | 0.19 |
| Cost of Services/Sales and Services Representative | $ 0.07 | $ 0.07 | $ 0.07 | $ 0.08 | $ 0.09 | 0.10 |

Source: Company reports and Salomon Smith Barney

# Research and Development

Research and development expenses were $1 billion for the fiscal year ended May 2000, representing 10% of total revenues. This reflects an increase from the previous fiscal year, when research and development was $841.4 million. As a percentage of total revenues, however, research and development were unchanged from the prior period. The increases in the dollar amount of research and development expenses were due to the hiring of additional research and development personnel and other related costs incurred to support the company's growth. Research and development headcount was 6,650 for the fiscal year ended May 2000. Headcount grew from 5,781 in fiscal 1999, representing a 15% increase. Figure 22 presents a research and development expense analysis, highlighting the historical increase in license revenues associated with an increase in the cash spending on research and development.

**Figure 22. Annual Research and Development Expense Analysis**

(\$ in millions)

| | Fiscal Year-End | | | | | |
|---|---|---|---|---|---|---|
| | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
| Research and Development Expense | $260.6 | $389.1 | $555.5 | $719.1 | $841.4 | $1,009.9 |
| Plus Adjustments to Research and Development: | | | | | | |
| In-process Research and Development From Acquisitions | $0.0 | $50.9 | $36.8 | $167.1 | | |
| Developed Technology | | | $13.5 | $11.4 | | |
| New Capitalized Software* | $48.2 | $48.0 | $28.1 | $38.1 | $32.9 | $12.9 |
| Less Amortization of Capitalized Software*: | $48.7 | $48.8 | $28.2 | $38.0 | $33.0 | $12.6 |
| Total Research and Development Cash Spend | $211.9 | $391.2 | $577.6 | $859.6 | $808.4 | $997.3 |
| Total License Revenue | $1,673.7 | $2,296.6 | $2,896.7 | $3,193.5 | $3,688.4 | $4,446.8 |
| Total Revenue | $2,966.9 | $4,223.3 | $5,684.3 | $7,143.9 | $8,827.3 | $10,130.1 |
| Increase in Product License Revenue | $509.9 | $622.9 | $600.1 | $296.8 | $494.9 | $758.4 |
| % Increase in Product License Revenue | 43.8% | 37.2% | 26.1% | 10.2% | 15.5% | 20.6% |
| **Ratio Analysis:** | | | | | | |
| R&D Cash Spend/Total License Revenue | 0.13 | 0.17 | 0.20 | 0.27 | 0.22 | 0.22 |
| R&D Cash Spend/Total Revenue | 0.07 | 0.09 | 0.10 | 0.12 | 0.09 | 0.10 |
| New Capitalized Software/Total R&D Cash Spend | 22.7% | 12.3% | 4.9% | 4.4% | 4.1% | 1.3% |
| Increase in Product License Revenue/Prior Year Cash Spend on R&D | 2.59 | 2.94 | 1.53 | 0.51 | 0.58 | 0.94 |

*Note: In fiscal year end May 2000, new capitalized software and amortization of capitalized software includes only nine months ended.

Source: Company reports and Salomon Smith Barney

SALOMON SMITH BARNEY

# **Sales and Marketing**

## **Direct and Indirect Sales Organization**

Domestically, the company markets its products and services primarily through its own direct sales and service organization. Sales and service groups are based in the company's headquarters in Redwood City, California, and in field offices that, as of May 31, 1999, were located in approximately 90 metropolitan areas within the United States.

Outside the United States, the company markets its products primarily through the sales and service organizations of approximately 60 subsidiaries. These subsidiaries license and support the company's products both within their local countries and certain other foreign countries where the company does not operate through a direct sales subsidiary.

*The company also markets its products through indirect channels, which are called Oracle Alliance partners.*

The company also markets its products through indirect channels, which are called Oracle Alliance partners. The partners include value-added relicensers, hardware providers, systems integrators, and independent software vendors that combine the Oracle relational DBMS, application development tools, and business applications with computer hardware or software application packages for redistribution. Additionally, the company markets its products through independent distributors in international territories not covered by its subsidiaries' direct sales organizations.

As of May 31, 1999, the company employed 15,649 sales, service, and marketing employees in the United States, while the international sales, service, and marketing groups consisted of 18,401 employees.

Figure 23 shows Oracle's sales and marketing expense remaining constant from year-end fiscal 1999 through year-end fiscal 2000. Figure 23 provides and analysis of Oracle's sales and marketing cash spending relative to license revenues.

### Figure 23. Annual Sales and Marketing Expense Analysis

**($ in millions)**

| | Fiscal Year-End | | | | | |
|---|---|---|---|---|---|---|
| | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
| Sales and Marketing Expense | $1,103.3 | $1,549.2 | $1,970.4 | $2,371.3 | $2,622.4 | $2,616.7 |
| Total License Revenue | $1,673.7 | $2,296.6 | $2,896.7 | $3,193.5 | $3,688.4 | $4,446.8 |
| Total Revenue | $2,966.9 | $4,223.3 | $5,684.3 | $7,143.9 | $8,827.3 | $10,130.1 |
| Increase in License Revenue | $509.9 | $622.9 | $600.1 | $296.8 | $494.9 | $758.4 |
| Increase in Sales and Marketing Expense | $353.6 | $445.9 | $421.2 | $400.9 | $251.1 | ($5.7) |
| **Ratio Analysis:** | | | | | | |
| Sales and Marketing Cash Spend/Total License Revenue | 66% | 67% | 68% | 74% | 71% | 59% |
| Sales and Marketing Cash Spend/Total Revenue | 37% | 37% | 35% | 33% | 30% | 26% |
| New Capitalized Software/Total R&D Cash Spend | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Increase in License Revenue/Prior Year Cash Spend on Sales and Marketing | 0.680X | 0.565X | 0.387X | 0.151X | 0.209X | 0.289X |

Source: Company reports and Salomon Smith Barney

Oracle Corporation – November 6, 2000

# Strategic Partnerships and Alliances

**Figure 24.  Strategic Partnerships and Alliances**

| Company | Nature of Relationship | Strategic Value |
|---------|------------------------|-----------------|
| Sun Microsystems VERITAS Software | The three companies announced a joint initiative (VOS) that will set a new standard for quality and interoperability from the industry leading vendors in e-business. | The three companies will provide joint customers with a set of well integrated, high quality services to help customers rapidly build more robust e-business infrastructures. |
| Compaq | The two companies will jointly develop and test the Compaq and Oracle E-Business Platform and deliver the offering through their professional services organizations. | Compaq will offer the Oracle Internet Platform across its full line of server and storage offerings to provide customers of all sizes a reliable, scalable, and complete mission critical e-business platform. |
| DELL | Dell, through its DellPlus Custom Factory install service, is able to custom-install Oracle Financials applications on Dell PowerEdge servers. | Mid-sized companies are able to rapidly implement Oracle Financials and begin realizing the benefits of their applications, while gaining the traditional price advantages that come with buying direct from Dell. |
| Hewlett-Packard | Relationship is a series of agreements aimed at expanding the companies' ability to jointly develop and deliver Oracle Internet solutions on the HP platform | The Internet-enabled Oracle CRM products combined with HP's and Oracle's sales forces can provide companies with a detailed view of joint opportunities and can act quickly to close deals that give customers what they want. |

Source: Oracle Corporation and Salomon Smith Barney Internet Research

Other Oracle platform partners include Bull, Data General, EMC, Fujitsu, Hitachi, IBM, Intel, Linus, NCR, NEC, Novell, NT, SCO, Siemens, SGI, and Unisys.

# Management Team

### Larry Ellison, CEO and Chairman of the Board

Mr. Ellison founded the company in 1977. Mr. Ellison has received numerous honors and awards, including Entrepreneur of the Year from the Harvard School of Business. Mr. Ellison sits on the board of Apple Computer, Inc. and the Diane Fossey Gorilla Fund.

### Jeff Henley, Executive Vice President and CFO

Prior to joining Oracle in 1991, he served as executive vice president and CFO of Pacific Holding Company.

### Gary Bloom, Executive Vice President

Mr. Bloom oversees database and application server product development, marketing, support education, partner programs, global information technology, and mergers and acquisitions. Prior to joining Oracle, Mr. Bloom worked at IBM and at Chevron Corporation, where he held various technical positions in their mainframe system areas.

### Jay Nussbaum, Executive Vice President, Oracle Service Industries

Jay Nussbaum is responsible for the operation of Oracle Service Industries, based in Reston, Va. Prior to joining Oracle, Mr. Nussbaum worked at Xerox Corporation, where he held various management roles during his 24-year career, including President of Integrated Systems Operations.

### George Roberts, Executive Vice President, U.S. Sales

In fiscal year 1993, Mr. Roberts piloted and developed the U.S. Sales Model and restructured the compensation model for U.S. Sales. Previously, Mr. Roberts managed Oracle's Business OnLine hosting initiative.

### Edward Sanderson, Jr., Executive Vice President

Mr. Sanderson is responsible for the Oracle Product Industries (OPI), Consulting and Latin American Division, and Oracle Exchanges. Before joining Oracle, Mr. Sanderson served as president of Worldwide Information Services for Unisys Corporation. Prior to Unisys, he was a partner at McKinsey & Company and Andersen Consulting.

### Safra Catz, Executive Vice President

Safra Catz has been executive vice president of Oracle Corp. since November 1999 and was a senior vice president between April 1999 and October 1999. Prior to joining Oracle, Ms. Catz was at Donaldson, Lufkin & Jenrette, a global investment bank, where she was a managing director from 1997, and she had previously held various investment banking positions since 1986.

### Charles Rozwat, Executive Vice President, Server Technologies

Mr. Rozwat is responsible for product strategy, development, and delivery of Oracle's Database products. Before joining Oracle, Mr. Rozwat spent 17 years with Digital Equipment Corporation, where he held several management positions.

### Ronald A. Wohl, Executive Vice President, Applications Development

Ronald A. Wohl is responsible for the development of Oracle's application line, including Oracle's manufacturing, financials, distribution, business productivity, human resources, and government financials applications. Before joining Oracle in 1986, Mr. Wohl was a consultant with the management consulting firm Boston Consulting Group.

Oracle Corporation – November 6, 2000

# Valuation

## Methodology

For purposes of valuing ORCL, we used a ten-year discounted cash flow analysis to arrive at our stock price target of $47. We also performed a comparable company P/E multiple analysis. However, we do not use this analysis for determining valuation.

### Discounted Cash Flow Analysis

We used a discounted cash flow analysis to arrive at our stock price target of $47. We assumed a 70x terminal multiple on year 2010 free cash flow and a 12.5% discount rate. Our assumptions are as follows:

➤ Applications revenues grow at a CAGR of 28.2%, reaching $3.2 billion by 2005, and in 2010 reach $6.4 billion;

➤ The database market grows by a steady 10%;

➤ Oracle controls 46% of the total database market by 2010; and

➤ Total headcount grows to 66,450 at the end of 2010 from 41,320 as of May 2000.

Note: Microsoft's EBITDA Margin is currently 48%.

### Comparable Company Analysis

We have chosen to compare Oracle to large software vendors BMC Software, Computer Associates, and Microsoft; enterprise software vendors i2, Peoplesoft, SAP, and Siebel; and database vendors Informix and Sybase. Currently, ORCL is trading at 69.5x current fiscal year EPS versus 97.5x for the comparable company group.

### Discounted Cash Flow Analysis

We used a discounted cash flow analysis to arrive at our year-end 2001 stock price target of $47. We assumed a 70x terminal multiple on year 2010 free cash flow and a 12.5% discount rate. The assumptions underlying our ten-year model are highlighted in Figure 25.

### Figure 25. Overview of Ten-Year Model Assumptions

($ in millions)

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 10,130 | 11,935 | 13,924 | 15,606 | 17,275 | 19,047 | 20,968 | 23,106 | 25,408 | 27,873 | 30,542 | $30 Billion in Total Revenues |
| Revenue Growth | | 17.8% | 16.7% | 12.1% | 10.7% | 10.3% | 10.1% | 10.2% | 10.0% | 9.7% | 9.6% | |
| EBITDA | 3,080 | 4,159 | 5,002 | 5,137 | 6,095 | 7,142 | 8,664 | 10,393 | 12,459 | 14,711 | 17,016 | Assumes EBITDA Reaches 55.7% |
| Sales & Marketing Headcount | 1,145 | 1,215 | 1,240 | 1,252 | 1,265 | 1,217 | 1,290 | 1,303 | 1,316 | 1,329 | 1,342 | |
| Projected Database Market Share | 35.7% | 38.7% | 40.1% | 40.4% | 40.5% | 40.6% | 41.0% | 42.0% | 43.0% | 45.0% | 46.0% | |

Source: Salomon Smith Barney and Company Reports

### Figure 26. Oracle Comparable Company Analysis

| Company | Ticker | SSB Rating | Price on 10/26/00 | Shares Out (in 000s) | Market Cap ($ 000s) | TEV* | LFY Date | Historical and Projected EPS | | | | | P/E Ratio | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | LFY | LTM | CFY | NFY** | 5 Yr. CAGR | LFY | LTM | CFY | NFY |
| Oracle Corp | ORCL | 2H | 34.06 | 5,597.4 | 190,663.1 | 185,904.9 | M | 0.34 | 0.41 | 0.49 | 0.60 | 25% | 100.2 | 83.1 | 69.5 | 56.8 |
| **Comparable Companies** | | | | | | | | | | | | | | | | |
| Bmc Software Inc | BMCS | NR | 18.13 | 254.4 | 4,611.0 | 4,541.2 | 3/00 | 1.76 | 1.54 | 1.40 | 1.84 | 22% | 10.3 | 11.8 | 12.9 | 9.9 |
| Computer Associates Intl Inc | CA | NR | 31.00 | 606.4 | 18,797.0 | 23,338.0 | 3/00 | 3.28 | 2.93 | 2.66 | 3.21 | 15% | 9.5 | 10.6 | 11.7 | 9.7 |
| I2 Technologies Inc | ITWO | 2H | 161.00 | 199.9 | 32,176.8 | 31,802.9 | 12/99 | 0.18 | 0.33 | 0.42 | 0.63 | 45% | 894.4 | 487.9 | 383.3 | 255.6 |
| Informix | IFMX | NR | 3.81 | 301.9 | 1,151.2 | 910.6 | 12/99 | 0.42 | 0.44 | 0.19 | 0.33 | 17% | 9.1 | 8.7 | 20.1 | 11.6 |
| Microsoft Corp* | MSFT | 2H | 64.44 | 5,283.0 | 340,423.3 | 315,712.3 | 6/00 | 1.71 | 1.71 | 1.88 | 2.12 | 23% | 37.7 | 37.7 | 34.3 | 30.4 |
| Peoplesoft Inc | PSFT | NR | 46.38 | 280.6 | 13,013.2 | 12,220.3 | 12/99 | 0.10 | 0.16 | 0.26 | 0.55 | 22% | 463.8 | 289.8 | 178.4 | 84.3 |
| Sap Ag Adr | SAP | 6H | 47.88 | 586.1 | 28,058.2 | 26,486.5 | 12/99 | 0.39 | 0.37 | 0.51 | 0.92 | 20% | 122.8 | 149.6 | 93.9 | 52.0 |
| Siebel Systems Inc | SEBL | NR | 101.00 | 421.2 | 45,072.4 | 44,204.1 | 12/99 | 0.53 | 0.72 | 0.88 | 1.17 | 45% | 201.9 | 148.6 | 121.6 | 91.5 |
| Sybase | SYBS | NR | 21.38 | 93.6 | 2,000.7 | 1,733.7 | 12/99 | 0.71 | 0.96 | 1.01 | 1.18 | 15% | 30.1 | 22.3 | 21.2 | 18.1 |
| | | | | | | | | | | Comparables Average | | 25% | 197.7 | 129.7 | 97.5 | 62.5 |

Total Enterprise Value
FactSet and IBES
Note: MFST is covered by Richard Gardner, SAP is covered by Marc Geall

Source: Salomon Smith Barney, FactSet, and IBES estimates for nonrated companies

*Within the past year, Oracle's trailing-EBITDA multiple has exhibited impressive expansion, reaching a ten-year high.*

Figure 27 highlights ORCL's ten-year trailing EBITDA multiple, which is at a ten-year high, further evidence of ORCL's relatively rich valuation at these levels.

### Figure 27: Oracle Trailing-12-Months EBITDA Multiple at Fiscal Year End



Source: Salomon Smith Barney and Company reports

Oracle Corporation – November 6, 2000

## Figure 28.  Valuation — Discounted Cash Flow Analysis, FY99 - FY2002E

(\$ in millions, except per share data)

|  |  |  | Year-End Dec-02 | Year-End Dec-03 | Year-End Dec-04 | Year-End Dec-05 | Year-End Dec-06 | Year-End Dec-07 | Year-End Dec-08 | Year-End Dec-09 | Year-End Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA |  |  | 5,002 | 5,137 | 6,095 | 7,142 | 8,664 | 10,393 | 12,459 | 14,711 | 17,016 |
| Income Tax Expense |  |  | (1,810) | (1,905) | (2,306) | (2,748) | (3,350) | (4,101) | (4,950) | (5,928) | (6,970) |
| Changes in Working Capital |  |  | 586 | 634 | 617 | 519 | 563 | 627 | 675 | 722 | 782 |
| Computer SW Dev. & Cap Ex. |  |  | (369) | (387) | (406) | (427) | (448) | (470) | (494) | (519) | (545) |
| Free Cash Flow |  |  | 3,410 | 3,478 | 4,000 | 4,487 | 5,428 | 6,448 | 7,689 | 8,986 | 10,283 |

**Present Value**

| Cash Flows: |  |  | Year-End Dec-02 | Year-End Dec-03 | Year-End Dec-04 | Year-End Dec-05 | Year-End Dec-06 | Year-End Dec-07 | Year-End Dec-08 | Year-End Dec-09 | Year-End Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Discount Rate | 10.0% | 3,100 | 2,874 | 3,005 | 3,064 | 3,371 | 3,640 | 3,946 | 4,192 | 4,361 |
|  |  | 12.5% | 3,031 | 2,748 | 2,809 | 2,801 | 3,012 | 3,181 | 3,371 | 3,502 | 3,563 |
|  |  | 15.0% | 2,965 | 2,630 | 2,630 | 2,565 | 2,699 | 2,788 | 2,891 | 2,938 | 2,923 |
|  |  | 17.5% | 2,902 | 2,519 | 2,465 | 2,354 | 2,424 | 2,450 | 2,487 | 2,473 | 2,409 |
|  |  | 20.0% | 2,842 | 2,415 | 2,315 | 2,164 | 2,182 | 2,159 | 2,146 | 2,090 | 1,993 |

|  |  |  | **Terminal Multiple** | | | | |
|---|---|---|---|---|---|---|---|
|  |  |  | 80x | 75x | 70x | 65x | 60x |
| **Terminal Value** |  |  | 822,670 | 771,253 | 714,695 | 668,420 | 617,003 |
|  | Discount Rate | 10.0% | 348,893 | 327,087 | 303,100 | 283,475 | 261,669 |
|  |  | 12.5% | 285,005 | 267,193 | 247,598 | 231,567 | 213,754 |
|  |  | 15.0% | 233,854 | 219,238 | 203,161 | 190,007 | 175,391 |
|  |  | 17.5% | 192,701 | 180,658 | 167,409 | 156,570 | 144,526 |
|  |  | 20.0% | 159,439 | 149,474 | 138,513 | 129,544 | 119,579 |

|  |  |  | **Terminal Multiple** | | | | |
|---|---|---|---|---|---|---|---|
| **Total Value** |  |  | 80x | 75x | 70x | 65x | 60x |
|  | Discount Rate | 10.0% | 380,446 | 358,640 | 334,654 | 315,028 | 293,223 |
|  |  | 12.5% | 313,024 | 295,211 | 275,617 | 259,585 | 241,773 |
|  |  | 15.0% | 258,882 | 244,267 | 228,189 | 215,035 | 200,419 |
|  |  | 17.5% | 215,185 | 203,141 | 189,893 | 179,053 | 167,009 |
|  |  | 20.0% | 179,744 | 169,779 | 158,818 | 149,849 | 139,884 |

| Less: Net Debt |  |  | (4,584) |
|---|---|---|---|
| Share Outstanding |  |  | 5,932 |

| **Per Share Value** |  |  | **Terminal Multiple** | | | | |
|---|---|---|---|---|---|---|---|
|  |  |  | 80x | 75x | 70x | 65x | 60x |
|  | Discount Rate | 10.0% | 65 | 61 | 57 | 54 | 50 |
|  |  | 12.5% | 54 | 51 | 47 | 45 | 42 |
|  |  | 15.0% | 44 | 42 | 39 | 37 | 35 |
|  |  | 17.5% | 37 | 35 | 33 | 31 | 29 |
|  |  | 20.0% | 31 | 29 | 28 | 26 | 24 |

Source. Company reports and Salomon Smith Barney

Or.    ...oration – November 6, 2000

## Figure 29. Income Statement, FY99-FY2002E

($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QA Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and Other | 3,688 | 632 | 903 | 1,071 | 1,841 | 4,447 | 807 | 1,109 | 1,280 | 2,284 | 5,480 | 886 | 1,286 | 1,478 | 2,677 | 6,327 |
| Services | 5,139 | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,613 | 1,596 | 1,790 | 6,455 | 1,684 | 1,879 | 1,895 | 2,139 | 7,597 |
| Total Revenue | 8,827 | 1,985 | 2,322 | 2,449 | 3,374 | 10,130 | 2,262 | 2,722 | 2,876 | 4,074 | 11,935 | 2,570 | 3,165 | 3,373 | 4,815 | 13,924 |
| Cost of Services | 3,064 | 757 | 753 | 707 | 725 | 2,943 | 674 | 814 | 833 | 881 | 3,201 | 899 | 950 | 979 | 1,008 | 3,837 |
| Gross Profit | 5,763 | 1,228 | 1,569 | 1,742 | 2,649 | 7,187 | 1,588 | 1,909 | 2,044 | 3,193 | 8,734 | 1,671 | 2,215 | 2,394 | 3,807 | 10,087 |
| Sales and Marketing | 2,622 | 538 | 631 | 595 | 852 | 2,617 | 573 | 715 | 644 | 1,027 | 2,959 | 617 | 793 | 721 | 1,184 | 3,315 |
| Research and Development | 841 | 236 | 248 | 256 | 270 | 1,010 | 251 | 283 | 290 | 304 | 1,128 | 288 | 315 | 310 | 322 | 1,236 |
| General and Administrative | 426 | 108 | 113 | 122 | 138 | 481 | 106 | 122 | 126 | 134 | 487 | 131 | 132 | 133 | 139 | 535 |
| EBITDA | 1,873 | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 789 | 984 | 1,728 | 4,159 | 635 | 974 | 1,230 | 2,163 | 5,002 |
| Amort. of Goodwill & Intangibles | 0 | | | | | 0 | | | | | 157 | 64 | 64 | 64 | 64 | 255 |
| Net Inv. Gains on Marketable Securities | | | | | | | | | | | 15 | | | | | 0 |
| Operating Income / (Loss) | 1,873 | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 789 | 984 | 1,676 | 3,987 | 571 | 910 | 1,166 | 2,099 | 4,747 |
| Other Income / (Expense), net | 109 | 18 | 15 | 440 | 48 | 522 | 103 | 53 | 51 | 60 | 266 | 93 | 88 | 80 | 90 | 351 |
| Pre-Tax Income | 1,982 | 364 | 592 | 1,209 | 1,437 | 3,602 | 776 | 842 | 1,035 | 1,788 | 4,441 | 664 | 998 | 1,246 | 2,189 | 5,098 |
| Effective Tax Rate | 34.9% | 35.0% | 35.0% | 36.9% | 36.9% | 36.4% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Provision for Income Taxes | 692 | 127 | 207 | 446 | 530 | 1,311 | 276 | 299 | 367 | 635 | 1,577 | 236 | 354 | 442 | 777 | 1,810 |
| Net Income / (Loss) | 1,290 | 237 | 384 | 763 | 907 | 2,291 | 501 | 543 | 668 | 1,153 | 2,864 | 428 | 644 | 804 | 1,412 | 3,288 |
| EPS | $0.22 | $0.04 | $0.06 | $0.13 | $0.15 | $0.38 | $0.09 | $0.09 | $0.11 | $0.19 | $0.48 | $0.07 | $0.11 | $0.14 | $0.24 | $0.56 |
| Fully-Diluted Shares Outstanding | 5,937 | 5,965 | 6,013 | 5,996 | 6,010 | 5,996 | 5,932 | 5,931 | 5,924 | 5,918 | 5,926 | 5,919 | 5,921 | 5,923 | 5,925 | 5,922 |
| **Common Size:** | | | | | | | | | | | | | | | | |
| Licenses and Other | 41.8% | 31.9% | 38.9% | 43.7% | 54.5% | 43.9% | 35.7% | 40.7% | 44.5% | 56.1% | 45.9% | 34.5% | 40.6% | 43.8% | 55.6% | 45.4% |
| Services | 58.2% | 68.1% | 61.1% | 56.3% | 45.5% | 56.1% | 64.3% | 59.3% | 55.5% | 43.9% | 54.1% | 65.5% | 59.4% | 56.2% | 44.4% | 54.6% |
| Total Revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Gross Profit | 65.3% | 61.9% | 67.6% | 71.1% | 78.5% | 71.0% | 70.2% | 70.1% | 71.1% | 78.4% | 73.2% | 65.0% | 70.0% | 71.0% | 79.1% | 72.4% |
| Sales and Marketing | 29.7% | 27.1% | 27.2% | 24.3% | 25.3% | 25.8% | 25.3% | 26.3% | 22.4% | 25.2% | 24.8% | 24.0% | 23.1% | 21.4% | 24.6% | 23.8% |
| Research and Development | 9.5% | 11.9% | 10.7% | 10.4% | 8.0% | 10.0% | 11.1% | 10.4% | 10.1% | 7.5% | 9.5% | 11.2% | 10.0% | 9.2% | 6.7% | 8.9% |
| General and Administrative | 4.8% | 5.5% | 4.9% | 5.0% | 4.1% | 4.7% | 4.7% | 4.5% | 4.4% | 3.3% | 4.1% | 5.1% | 4.2% | 3.9% | 2.9% | 3.8% |
| EBITDA | 21.2% | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 29.0% | 34.2% | 42.4% | 34.8% | 24.7% | 30.8% | 36.5% | 44.9% | 35.9% |
| Operating Income | 21.2% | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 28.4% | 27.1% | 32.4% | 41.1% | 33.4% | 22.2% | 28.8% | 34.6% | 43.6% | 34.1% |
| Net Income / (Loss) | 14.6% | 11.9% | 16.6% | 31.2% | 26.9% | 22.6% | 22.1% | 19.9% | 23.2% | 28.3% | 24.0% | 16.7% | 20.3% | 23.8% | 29.3% | 23.6% |
| **Y/Yr Percentage Change:** | | | | | | | | | | | | | | | | |
| License and Other | | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% | 27.7% | 22.9% | 19.4% | 24.1% | 23.2% | 9.8% | 16.0% | 15.5% | 17.2% | 15.5% |
| Services | | 15.9% | 10.1% | 10.0% | 7.2% | 10.6% | 7.6% | 13.1% | 15.9% | 16.7% | 13.6% | 15.8% | 16.5% | 18.7% | 19.5% | 17.7% |
| Total Revenue | | 13.5% | 12.9% | 17.8% | 14.0% | 14.8% | 14.0% | 17.2% | 17.4% | 20.7% | 17.8% | 13.6% | 16.3% | 17.3% | 18.2% | 16.7% |
| Gross Profit | | 14.8% | 22.9% | 34.4% | 24.3% | 24.7% | 29.3% | 21.7% | 17.3% | 20.6% | 21.5% | 5.2% | 11.0% | 17.2% | 19.2% | 15.5% |
| Sales and Marketing | | 5.6% | 6.7% | 4.9% | (10.7%) | (0.2%) | 6.4% | 13.2% | 8.3% | 20.5% | 13.1% | 7.7% | 11.0% | 12.0% | 15.2% | 12.0% |
| Research and Development | | 25.8% | 23.7% | 21.8% | 11.1% | 20.0% | 6.4% | 14.1% | 13.4% | 12.6% | 11.7% | 14.8% | 11.4% | 7.1% | 5.7% | 9.5% |
| General and Administrative | | 14.1% | 11.3% | 17.9% | 8.7% | 12.7% | (1.5%) | 7.8% | 2.7% | (3.0%) | 1.3% | 23.2% | 8.2% | 6.1% | 4.1% | 9.8% |
| EBITDA | | 24.5% | 50.8% | 89.3% | 72.2% | 64.5% | 90.3% | 36.9% | 27.9% | 24.5% | 35.0% | 23.5% | 24.9% | 24.9% | 25.2% | 20.3% |
| Net Income / (Loss) | | 21.4% | 40.3% | 160.2% | 71.9% | 77.6% | 111.5% | 41.2% | 23.2% | 27.2% | 25.0% | (14.4%) | 18.6% | 20.4% | 22.5% | 14.8% |

Marketable Securities in the Quarter ended May 31, 2000 of $15.8 million Related to the Gain on Sale of Existing Shares in Oracle Japan

Source: Salomon Smith Barney

SALOMONSMITHBARNEY

Ora ...poration – November 6, 2000

**Figure 30. Balance Sheet, FY99 - FY2002E**

($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QA Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | 2,563 | 2,722 | 2,134 | 2,768 | 7,762 | 7,762 | 5,063 | 4,855 | 5,614 | 8,508 | 8,508 | 8,063 | 7,382 | 8,291 | 12,017 | 12,017 |
| Trade Receivables | 2,479 | 1,676 | 1,940 | 2,032 | 2,534 | 2,534 | 1,696 | 2,042 | 2,157 | 3,081 | 3,081 | 2,113 | 2,601 | 2,773 | 3,641 | 3,641 |
| Prepaid Expenses & Other Current Assets | 406 | 391 | 326 | 345 | 587 | 587 | 500 | 463 | 489 | 693 | 693 | 437 | 538 | 573 | 819 | 819 |
| Total Current Assets | 5,447 | 4,769 | 4,400 | 5,145 | 10,883 | 10,883 | 7,259 | 7,359 | 8,260 | 12,281 | 12,281 | 10,613 | 10,521 | 11,637 | 16,477 | 16,477 |
| PP&E, net | 987 | 966 | 966 | 967 | 934 | 934 | 937 | 1,228 | 1,263 | 1,298 | 1,298 | 1,327 | 1,355 | 1,384 | 1,412 | 1,412 |
| Long-Term Cash Investments | 250 | 208 | 193 | 120 | 110 | 110 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Computer Software Development Costs | 99 | 99 | 99 | 99 | 95 | 95 | 89 | 116 | 116 | 114 | 114 | 101 | 135 | 137 | 135 | 135 |
| Intangibles and Other Assets | 476 | 517 | 717 | 1,018 | 1,054 | 1,054 | 1,158 | 841 | 1,195 | 1,273 | 1,273 | 1,316 | 978 | 1,402 | 1,505 | 1,505 |
| Total Assets | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 13,077 | 9,513 | 9,614 | 10,905 | 15,037 | 15,037 | 13,427 | 13,059 | 14,629 | 19,598 | 19,598 |
| **Liabilities and Stockholders' Equity:** | | | | | | | | | | | | | | | | |
| Accounts Payable | 284 | 255 | 245 | 225 | 287 | 287 | 257 | 287 | 264 | 347 | 347 | 292 | 334 | 309 | 410 | 410 |
| Income Taxes Payable | 278 | 157 | 112 | 270 | 2,322 | 2,322 | 873 | 131 | 317 | 383 | 383 | 992 | 153 | 372 | 453 | 453 |
| Accrued Compensation | 694 | 386 | 513 | 501 | 500 | 500 | | 601 | 588 | 604 | 604 | 0 | 699 | 690 | 714 | 714 |
| Deferred Revenue | 1,007 | 1,090 | 925 | 1,020 | 1,133 | 1,133 | 1,270 | 1,085 | 1,197 | 1,369 | 1,369 | 1,443 | 1,261 | 1,404 | 1,618 | 1,618 |
| Other Accrued Liabilities ** | 781 | 657 | 673 | 792 | 1,617 | 1,617 | 1,263 | 1,292 | 1,652 | 4,295 | 4,295 | 2,233 | 1,502 | 1,938 | 5,076 | 5,076 |
| Total Current Liabilities | 3,043 | 2,546 | 2,468 | 2,807 | 5,860 | 5,860 | 3,663 | 3,395 | 4,019 | 6,998 | 6,998 | 4,959 | 3,947 | 4,713 | 8,270 | 8,270 |
| Long-Term Debt | 522 | 533 | 508 | 558 | 758 | 756 | 479 | 305 | 305 | 305 | 305 | 305 | 305 | 305 | 305 | 305 |
| Total Liabilities | 3,564 | 3,079 | 2,976 | 3,365 | 6,615 | 6,615 | 4,142 | 3,700 | 4,324 | 7,303 | 7,303 | 5,264 | 4,252 | 5,018 | 8,575 | 8,575 |
| Total Stockholders' Equity | 3,695 | 3,500 | 3,401 | 3,984 | 6,461 | 6,461 | 5,371 | 5,914 | 6,582 | 7,735 | 7,735 | 8,163 | 8,807 | 9,611 | 11,023 | 11,023 |
| Total Liabilities and Stockholders' Equity | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 13,077 | 9,513 | 9,614 | 10,905 | 15,037 | 15,037 | 13,427 | 13,059 | 14,629 | 19,598 | 19,598 |
| **Drivers:** | | | | | | | | | | | | | | | | |
| DSOs | 103 | 77 | 76 | 76 | 91 | 91 | 68 | 68 | 68 | 94 | 94 | 75 | 75 | 75 | 69 | 95 |
| Prepaid Expenses & Other Current Assets | 4.6% | 19.7% | 14.0% | 14.1% | 5.8% | 5.8% | 22.1% | 17.0% | 17.0% | 17.0% | 5.8% | 17.0% | 17.0% | 17.0% | 17.0% | 5.9% |
| Computer Software Development Costs | 1.1% | 5.0% | 4.3% | 4.0% | 0.9% | 0.9% | 3.9% | 4.3% | 4.0% | 2.8% | 1.0% | 3.9% | 4.3% | 4.0% | 2.8% | 1.0% |
| Intangibles and Other Assets | 5.4% | 26.1% | 30.9% | 41.6% | 10.4% | 10.4% | 51.2% | 30.9% | 41.6% | 31.2% | 10.7% | 51.2% | 30.9% | 41.6% | 31.2% | 10.8% |
| Accounts Payable | 3.2% | 12.9% | 10.5% | 9.2% | 8.5% | 2.8% | 11.4% | 10.5% | 9.2% | 8.5% | 2.9% | 11.4% | 10.5% | 9.2% | 8.5% | 2.9% |
| Income Taxes Payable | 3.1% | 7.9% | 4.8% | 11.0% | 66.8% | 22.9% | 38.6% | 4.8% | 11.0% | 9.4% | 3.2% | 38.6% | 4.8% | 11.0% | 9.4% | 3.3% |
| Accrued Compensation | 7.9% | 19.5% | 22.1% | 20.5% | 14.8% | 4.9% | 0.0% | 22.1% | 20.5% | 14.8% | 5.1% | 0.0% | 22.1% | 20.5% | 14.8% | 5.1% |
| Deferred Revenue | 11.4% | 54.9% | 39.8% | 41.6% | 33.6% | 11.2% | 56.1% | 39.8% | 41.6% | 33.6% | 11.5% | 56.1% | 39.8% | 41.6% | 33.6% | 11.6% |
| Accrued Liabilities | 15.2% | 48.6% | 47.3% | 57.4% | 105.4% | 28.4% | 56.9% | 47.4% | 57.4% | 105.4% | 36.0% | 86.9% | 47.4% | 57.4% | 105.4% | 36.5% |

* Includes computer software development costs net of accumulated amortization of $54,381 in 1999 & $37,473 in 1998

** Includes value added tax and sales tax payable

Source: Company reports and Salomon Smith Barney

SALOMON SMITH BARNEY

Or_ ...rporation – November 6, 2000

Figure 31. Cash Flow Statement, FY99 - FY2002E

($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QE Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (Loss) | 1,290 | 237 | 384 | 763 | 907 | 2,291 | 501 | 543 | 668 | 1,153 | 2,864 | 428 | 644 | 804 | 1,412 | 3,288 |
| Depreciation and Amortization | 320 | 77 | 77 | 82 | | 236 | | | | | 0 | | | | | 0 |
| Amort. of Stock-Based Compensation | 56 | 18 | 19 | 19 | | 57 | | | | | 0 | | | | | 0 |
| Other Non - Cash Addbacks | 73 | 16 | 24 | (392) | | (352) | | | | | 0 | | | | | 0 |
| Changes in Working Capital | 69 | 308 | (393) | 498 | 2,309 | 2,722 | (1,271) | (576) | 482 | 1,851 | 486 | (815) | (1,602) | 560 | 2,443 | 586 |
| Cash Flow From Operations (footnote) | 1,807 | 656 | 112 | 970 | 3,216 | 4,954 | (771) | (33) | 1,150 | 3,004 | 3,350 | (386) | (958) | 1,363 | 3,855 | 3,875 |
| Capital Expenditures | (379) | (59) | (74) | (87) | 32 | (187) | (2) | (291) | (35) | (35) | (364) | (28) | (28) | (28) | (28) | (113) |
| Acquisitions | (226) | (9) | (27) | 296 | (36) | 224 | (104) | 318 | (355) | (78) | (219) | (43) | 339 | (425) | (103) | (232) |
| Investments | (195) | (185) | 202 | 390 | 15 | 421 | 46 | (28) | 0 | 2 | 20 | 13 | (35) | (1) | 2 | (21) |
| Cash Flow From Investments | (802) | (253) | 102 | 599 | 11 | 458 | (60) | (1) | (390) | (111) | (562) | (58) | 276 | (464) | (129) | (366) |
| Payment of Capital Leases | (1) | | | | | | | | | | | | | | | |
| Long-Term Debt | 1 | (4) | (1) | 3 | 198 | 197 | (277) | (174) | 0 | 0 | (451) | 0 | 0 | 0 | 0 | 0 |
| Sale of Preferred/Common Stock | (485) | (493) | (631) | (597) | 1,571 | (150) | (1,591) | 0 | 0 | 0 | (1,591) | 0 | 0 | 0 | 0 | 0 |
| Cash Flow From Financing | (485) | (496) | (631) | (593) | 1,766 | 47 | (1,868) | (174) | 0 | 0 | (2,042) | 0 | 0 | 0 | 0 | 0 |
| Effect of Foreign Currency Translation | (6) | 26 | 16 | (25) | | 18 | | | | | | | | | | |
| Net Increase (Decrease) in Cash & Equi | 644 | 159 | (588) | 634 | 4,994 | 5,199 | (2,699) | (208) | 760 | 2,893 | 746 | (444) | (682) | 909 | 3,726 | 3,509 |
| Cash and Equivalents, Beg | 1,919 | 2,563 | 2,722 | 2,134 | 2,768 | 2,563 | 7,762 | 5,063 | 4,855 | 5,614 | 7,762 | 8,508 | 8,063 | 7,382 | 6,291 | 8,508 |
| Cash and Equivalents, End | 2,563 | 2,722 | 2,134 | 2,768 | 7,762 | 7,762 | 5,063 | 4,855 | 5,614 | 5,508 | 8,508 | 8,063 | 7,382 | 6,291 | 12,017 | 12,017 |

footnote (a) For modeling purposes, projected depreciation and amortization is shown on the income statement only

Source: Company reports and Salomon Smith Barney

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000

## Notes

Oracle Corporation – November 6, 2000

## Notes

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

USIIH068

# Within the past three years, Salomon Smith Barney, including its parent, subsidiaries, and/or affiliates, has acted as manager or co-manager of a public offering of the securities of this company.

Salomon Smith Barney ("SSB"), including its parent, subsidiaries, and/or affiliates ("the Firm"), usually makes a market in the U.S.-traded over the counter securities recommended in this report and may sell to or buy from customers, as principal, securities recommended in this report. The Firm or employees preparing this report may have a position in securities or options of any company recommended in this report. An employee of the Firm may be a director of a company recommended in this report. The Firm may perform or solicit investment banking or other services from any company recommended in this report.

Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources SSB believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions and estimates constitute SSB's judgment as of the date of the report and are subject to change without notice. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security.

This report has been approved for distribution in the United Kingdom by Salomon Brothers International Limited, which is regulated by the Securities and Futures Authority. The investments and services contained herein are not available to private customers in the UK. This report was prepared by SSB and, if distributed in Japan by Nikko Salomon Smith Barney Limited, is being so distributed under license. This report is made available in Australia through Salomon Smith Barney Australia Securities Pty Ltd. (ACN 003 114 832), a Licensed Securities Dealer, and in New Zealand through Salomon Smith Barney New Zealand Limited, a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives or financial situation of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision.

Guide to investment ratings: RANK is a guide to the expected total return over the next 12-18 months. The total return required for a given rank depends on the degree of risk (see below) in a stock. The higher the risk, the higher the required return. For example, a 1 (Buy) rating indicates a total return ranging from 15% or greater for a low-risk stock to 30% or greater for speculative stocks. Estimated returns for other risk categories are scaled accordingly. RISK takes into account predictability of earnings and dividends, financial leverage, and stock price volatility. L (Low Risk): predictable earnings and dividends, suitable for conservative investors. M (Medium Risk): moderately predictable earnings and dividends, suitable for average equity investors. H (High Risk): earnings and dividends are less predictable, suitable for aggressive investors. S (Speculative): very low predictability of fundamentals and a high degree of volatility, suitable only for investors/traders with diversified portfolios that can withstand material losses. V (Venture): indicates a stock with venture capital characteristics that is suitable for sophisticated investors with a high tolerance for risk and broadly diversified investment portfolios. A thorough explanation of the ratings system is available upon request.

Investing in non-U.S. securities, including ADRs, by U.S. persons may entail certain risks. The securities of non-U.S. issuers may not be registered with, or be subject to, the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Investors who have received this report from the Firm may be prohibited in certain U.S. states from purchasing securities mentioned in this report from Salomon Smith Barney. Please ask your Financial Consultant for additional details.

The research opinions herein may differ from those of The Robinson-Humphrey Company, LLC, a wholly owned brokerage subsidiary of Salomon Smith Barney Inc.

Salomon Smith Barney is a service mark of Salomon Smith Barney Inc.

© Salomon Smith Barney Inc., 2000. All rights reserved. Any unauthorized use, duplication, or disclosure is prohibited by law and will result in prosecution.

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000

## Notes .