COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| ALL ACTIONS. | |
| | DATE: November 16, 2007<br>TIME: 1:30 p.m.<br>COURTROOM: The Honorable<br>Martin J. Jenkins |

**PREVIOUSLY FILED ON SEPTEMBER 10, 2007**
**Docket No. 1070**

1        Plaintiffs hereby correct the version of the following exhibits currently attached to the Appendix of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

       1.     Exhibit 63 – Sanderson deposition exhibit 32 is hereby replaced with Sanderson deposition exhibit 34 (NDCA-ORCL 020839-43).  See new Exhibit 63 attached hereto;

       2.     Exhibit 256 – The last page of this exhibit is extraneous and should be removed, *i.e.*, Ellison July 13, 2006 deposition transcript page;

       3.     Exhibit 333 – Only the first page of this document was submitted and, accordingly, should be replaced with the entire document (NDCA-ORCL 078985-90).  See new Exhibit 333 attached hereto; and

       4.     Exhibit 370 – The current placeholder for Exhibit 370 is being replaced with another which states:  "This Exhibit Was Intentionally Left Blank."  See new Exhibit 370 attached hereto.

DATED:  October 9, 2007        Respectfully submitted,

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN

       /s/
       DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF
PLTFS' OPPOSITION TO DEFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ     - 1 -

1
2
3
4
5     COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      SHAWN A. WILLIAMS
      WILLOW E. RADCLIFFE
      MONIQUE C. WINKLER
      ELI R. GREENSTEIN
      DANIEL J. PFEFFERBAUM
      100 Pine Street, Suite 2600
      San Francisco, CA  94111
6     Telephone:  415/288-4545
      415/288-4534 (fax)
7
      Lead Counsel for Plaintiffs
8
T:\CasesSF\Oracle3\MIS00046299_Corrected Exs_dkt 1070.doc
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF
PLTFS' OPPOSITION TO DEFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ       - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

/s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111