Exhibit 63

```
.Dec 01 00 10:48a    Bardwick              415 567 5587         P.1
                                                                @001
11/30/00  THU 23:45 FAX 415 833 3880   COMM SALE SF REGION      @001
```

CONFIDENTIAL

*[Handwritten: THE REAL STORY...]*

*[Handwritten margin notes: "to demonstrate partnership", "I made $30M deal happen this way...", "SUN is really unhappy the way", "Is this the way we are going to do deals", "Each day we buy something"]*

Letter Agreement between Oracle Corporation ("Oracle") and Hewlett-Packard Company ("HP") on November 30, 2000

This Letter Agreement constitutes the agreement of Oracle, for good and valuable consideration received, to complete the following obligations as a result of Oracle's issuance of a non-cancellable blanket purchase order to HP in the amount of US$30,000,000 (exclusive of taxes, shipping and handling) for HP UNIX servers, associated peripherals and data storage systems ("Hardware") that are available during the term of this Letter Agreement, such as Superdome, and shall otherwise be subject to the terms of Agreement AWC56 ("Production Agreement") or Agreement A39Q9 ("Development Agreement") between HP and Oracle, as applicable ("Agreements"):

1) Oracle will complete configuration activity and submit releases from the blanket purchase order to HP no later than December 28, 2000 for the first $15,000,000 (exclusive of taxes, shipping and handling) of HP UNIX servers, associated peripherals and data storage systems.

2) Oracle will schedule delivery dates for these products as follows:
   $10.0 million of products, that are not later than January 31, 2001; and
   $5.0 million of products, that are not later than April 30, 2001.

3) Oracle will schedule deliveries only to Oracle locations in the United States of America.

4) If Oracle does not complete the commitments in 1 through 3 above, then, Oracle will pay a cancellation fee of $15,000,000 (less the invoiced amount of products delivered from this blanket purchase order and paid for by June 15, 2001). This cancellation fee shall take the form of a check in the amount of the applicable fee delivered to HP no later than June 30, 2001.

5) Oracle will complete configuration activity and submit releases from the blanket purchase order to HP no later than September 30, 2001 for an additional $15,000,000 (exclusive of taxes, shipping and handling) of HP UNIX servers, associated peripherals and data storage systems.

6) Oracle will schedule delivery dates for these products that are not later than October 31, 2001.

7) Oracle will schedule deliveries only to Oracle locations in the United States of America.

8) If Oracle does not complete the commitments in 5 through 7 above, then, Oracle will pay a cancellation fee of $15,000,000 (less the invoiced amount of products delivered from this blanket purchase order and paid for by December 15, 2001). This cancellation fee shall take the form of a check in the amount of the applicable fee delivered to HP no later than January 31, 2002.

Products ordered under the blanket purchase order are for Oracle's internal use only and are not for resale. Product support and consulting services will be in addition to these amounts. Terms and conditions governing the HP products will be those of the Agreements between Oracle and HP, or their successor agreements in effect at the time of shipment by HP, and discounts will be 50% for Hardware purchased for use in a

Page 1 of 3

ORACLE
CONFIDENTIAL

Δ π EXHIBIT 34
Deponent Sanderson
Date 7/26/06  Rptr. KG
WWW.DEPOBOOK.COM

CA-ORCL 017624

NDCA-ORCL 020839

00 10:49a   Bardwick                    415 567 5587        P.2
.30/00  THU 23:46 FAX 415 833 3880   COMM SALE SF REGION

CONFIDENTIAL

production environment and 55% for Hardware purchased for a development environment as defined in the Agreements, with the exception of the A and R classes which will be 17% for both the production and the development environments). In the event that the Agreements expire or terminate without replacement, the parties agree that their terms will continue in effect for HP products delivered as a result of this Letter Agreement.

In addition, Oracle commits to the following:

1) Oracle agrees to move 100% of Oracle's production data to HP UNIX servers by May 31, 2001.
2) Oracle agrees to move 100% of Oracle's CRM development servers to HP UNIX servers by November 1, 2001.
3) Oracle will operate all CRM online services, the Oracle Store, the Oracle web-based customer interaction database and the Oracle defect management database on HP UNIX servers by November 1, 2001.
4) The Oracle Platinum Systems (CRM training, education and consulting implementation pilots) will operate on HP UNIX servers by November 1, 2001.
5) Following the migrations described in 1 through 4 above, for a period of three (3) years after the date of this Letter Agreement, HP will be the exclusive provider to Oracle for the above uses, so long as HP provides products with the technical and quality standards necessary for the level of Oracle operations in these environments and at prices no higher than offered to similar customers ordering for their own use making similar commitments.
6) Oracle will commit the necessary funds and resources, and will complete a project plan and schedule together with HP, by January 31, 2001, that will provide support to HP in parity with the support provided to Sun Microsystems in the areas of:
   a. Production Code
   b. Beta code
   c. Patch bundles
   d. Nightly builds of Oracle applications
   e. Code quality, and
   f. Support quality.

Oracle agrees to maintain this level of support for a minimum of three (3) years after the date of this Letter Agreement.

7) Oracle agrees to assist HP in producing a press release regarding the commitments in 1 through 4 above to be issued on or before January 31, 2001.

In the event of a conflict between the terms of the Agreements and of this Letter Agreement, the terms of this Letter Agreement will prevail.

Page 2 of 3

ORACLE
CONFIDENTIAL

Dec 01 00 10:49a    Bardwick                    415 567 5587         P.3
                                                                     ☒003
11/30/00  THU 23:48  FAX 415 833 3898   COMM SALE SF REGION          ☒003

CONFIDENTIAL

The parties agree that the terms and conditions of this Letter Agreement will be Confidential Information between them and will be protected according to the terms of the Agreements.

Each party represents that the individual signing below is properly authorized to bind that party to the commitments contained herein.

Agreed to and accepted this 30th day of November, 2000.

HEWLETT-PACKARD COMPANY              ORACLE CORPORATION

NAME  PHILIP MAY                     SAFRA A. CATZ
TITLE GEN. MGR ORACLE Div            EXECUTIVE VICE PRESIDENT
ADDRESS                              500 ORACLE PARKWAY, REDWOOD SHORES, CA.

Page 3 of 3

ORACLE CONFIDENTIAL

CA-ORCL 017626

NDCA-ORCL 020841



# ORACLE

### Oracle/HP Tier 1 Partnership Summary

- Unprecedented Letter of Agreement signed 11/30/00
    - Oracle to place $30M purchase order with HP
    - 100% of Oracle Production Data on HP Servers by 6/01
    - 100% of Oracle CRM Development on HP Servers by 11/01
    - CRM online services, Oracle Store, Oracle web-based customer interaction database, Oracle defect management database on HP Servers by 11/01
    - Oracle Platinum Systems (CRM training, education & consulting implementation on HP Servers by 11/01
    - Oracle to provide parity for HP with Sun for the following:
        - Production code
        - Beta code
        - Patch bundles
        - Nightly builds of Oracle application
- Purchase order placed on 12/28/00 for $17.4M for Platform Technologies, Global IT, and CRM development
    - Purchase order allocation:
        - Platform Technologies         $ 1.2M
            - 13 L3000 Servers
            - Disk Rackmount Cabinets
        - Global IT                     $ 3.5M
            - 21 L3000 Servers
            - 2 V2600 Servers
            - 1 DLT Tape Drive
        - CRM Development               $12.1M
            - 26 N4000 Servers
            - 7 L2000 Servers
            - 3 L3000 Servers
            - 3 XP 512 Disk Storage
            - Openview Software
        - Support                       $  .6M
                                  Total $17.4M
- Additional $15M in hardware to be configured by 9/01
    - Delivery of hardware by 10/01
    - Need to help validate and create demand
    - Specific additional needs by functional area TBD
    - Various proposals requested & submitted; more to follow
- On-site Support services due for HP hardware valued at approximately $3M
- HP's perceived project list as submitted by HP sales (HP Hardware2.xls-attached)

ORACLE
CONFIDENTIAL          CA-ORCL 017627

NDCA-ORCL 020842

HP's Potential Projects w/Oracle

| STORAGE OPPORTUNITIES | | | | | | |
|---|---|---|---|---|---|---|
| Project Name Email | Contact | Phone | Rolls up | | Amount | Oracle Internal Feedback |
| Consolidation Rocky Mt Center | Bob Lofton | 719-767-2637 | Roberts | $ | 3,330,000 | Valid Project/Prefer HP-waiting on Larry |
| | Bob Lofton | 719-757-2637 | Roberts | $ | 2,100,000 | Valid Project/prefer Network Appliance, HP #2 Waiting on Larry |
| Internet File System | Suzanne Amman | 650-506-3894 | Rozwats | $ | 1,450,000 | Valid/Prefer 1#HP, 2#EMC,3#NA, Datacenter's Team also factoring in decision. Mike Rocca/Larry |
| BOL | Steve Huey | 650-506-3084 | Roberts | $ | 2,500,000 | No, Larry choose Sun last week |
| Enterprise Sys Eng Dev | Kevin Byrd | 650-506-5548 | Wohl | $ | 1,500,000 | Left Message, Cell 280-4656 |
| | | | Total Storage | $ | 10,880,000 | |
| SERVER OPPORTUNITIES | | | | | | |
| Product Family Server Consolidation | Kevin Byrd | 650-506-5548 | Wohl | $ | 150,000 | Left Message, Cell 280-4656 |
| OSS Project | Karl Heitz Deday | 407-468-6022 | Rocha | $ | 225,000 | Valid project, slightly out of budget. If HP can come down slightly on price, would be approved. This is for a support application. |
| Education Servers | Nitin Mehta/Kurt Andes | 650-506-6065 | Roberts | $ | 471,000 | Valid Project Oracle WW Education Servers |
| WESIEP | Peter Lee | 650-833-8552 | Roberts | $ | 3,600,000 | Valid Project, want to move with HP 2 v class machines, this would host all fin apps outside of americas. Waiting on Larry |
| Sale On Line R&D | Huy Ly | 650-506-2797 | Barreneches | $ | 659,000 | Left message |
| Planet Write | Mike Burkett | 650-506-0332 | Barreneches | $ | 375,000 | Not valid, application is up and running on existing HP HW |
| IFS | Suzanne Amman | 650-506-3894 | Rozwats | $ | 500,000 | Valid, she believes Requisition already in place to order |
| 111 Implementation of Email | Kurt Andes | 301-807-2749 | Roberts | $ | 220,000 | Left message |
| BOL | Steve Huey | 650-506-3084 | Roberts | $ | 1,500,000 | No, Larry choose Sun last week |
| | | | Total Servers | $ | 7,700,000 | |

Confidential - Page 1

831.
461.1911

ORACLE
CONFIDENTIAL

CA-ORCL 017628

NDCA-ORCL 020843