# Exhibit 256

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

```
         Message-ID: <3A56738E.937B2145@oracle.com>
               Date: Fri, 05 Jan 2001 17:23:26 -0800
               From: Anil Vora <anil.vora@oracle.com>
           X-Mailer: Mozilla 4.7 [en] (Win95; I)
  X-Accept-Language: en
       MIME-Version: 1.0
                 To: lowry fenton <lfenton@oracle.com>
            Subject: [Fwd: Fwd: Critical Account Concession Request for Paxar
                     Corporation]]]
       Content-Type: multipart/mixed;boundary="------------8F616AD86F51A957AD541305"
    X-Mozilla-Status: 8001
   X-Mozilla-Status2: 00000000
```

lets try to close on Monday

--
Anil Vora
Vice-President - Oracle Financing Division
650-506-5246
650-506-7392 (Fax)

Susie Marshall
650-506-1847
samarsha@us.oracle.com
500 Oracle Parkway, Lgn-1, Ste 120
Redwood Shore, CA 94065

Any proposed payment structure is subject to credit and documentation
approval and shall expire at the end of Oracle's current fiscal quarter.
Any extension requires additional OFD approval. Until contract
execution, payment amounts are subject to change due to changes in
credit and economic conditions.

```
       Return-Path: <michael.cochran@oracle.com>
          Received: from oracle.com (whq4op3u33-ppp-sfc2-54.us.oracle.com
                    [130.35.36.140])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                    OAA09240for <ANIL.VORA@ORACLE.COM>; Fri, 5 Jan 2001 14:00:34
                    -0800 (PST)
        Message-ID: <3A564304.CE738F00@oracle.com>
              Date: Fri, 05 Jan 2001 16:56:21 -0500
              From: Michael Cochran <michael.cochran@oracle.com>
      Organization: Oracle Corporation
          X-Mailer: Mozilla 4.7 [en] (Win95; I)
 X-Accept-Language: en
      MIME-Version: 1.0
                To: "ANIL.VORA" <ANIL.VORA@oracle.com>
           Subject: Fwd: Critical Account Concession Request for Paxar Corporation]]
      Content-Type: multipart/mixed;boundary="------------BCCB76E37D3CD4662620CB6C"
```

Anil, have you made any progress on this? The late payment date you
mentioned is fast approaching... also, we need to get back to Paxar.

ORACLE
CONFIDENTIAL   CA-ORCL 037142



NDCA-ORCL 039324

Tks -- Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

Return-Path: <George.Roberts@oracle.com>
Received: from oracle.com (whq4op3x38-rtr-opo0-17.us.oracle.com
    [130.35.31.109])by gmgw01.oraclecorp.com (8.8.8D.8.8) with ESMTP id
    JAA23883;Wed, 27 Dec 2000 09:07:15 -0800 (PST)
Message-ID: <3A4A0ADE.C5DEBD23@oracle.com>
Date: Wed, 27 Dec 2000 09:29:34 -0600
From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.74 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: larry.ellison@oracle.com, ron.wohl@oracle.com, safra.catz@oracle.com,
    jeff.henley@oracle.com, mary.anne.gillespie@oracle.com,
    michael.cochran@oracle.com, sandy.sanderson@oracle.com,
    carolyn.balkenhol@oracle.com
Subject: [Fwd: Critical Account Concession Request for Paxar Corporation]
X-Priority: 2 (High)
Content-Type: multipart/mixed;boundary="----------D132CB11D97F744E9E907B2A"

Larry,

You should be aware of this one in case it continues to escalate. It may
make sense to discuss this one and any additional critical situations at
the next EC. As you know some of our earliest 11i clients (especially
CRM and Order Management) are exhausted from the effort of implementing
the products.

ORACLE
CONFIDENTIAL

2

CA-ORCL 037143

NDCA-ORCL 039325

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

```
        Return-Path: <michael.cochran@oracle.com>
           Received: from oracle.com (whq4op3u33-ppp-sfc2-66.us.oracle.com
                     [130.35.36.152])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                     KAA27955;Tue, 26 Dec 2000 10:07:54 -0800 (PST)
          Message-ID: <3A48DD7D.1B0A0687@oracle.com>
                Date: Tue, 26 Dec 2000 13:03:41 -0500
                From: Michael Cochran <michael.cochran@oracle.com>
        Organization: Oracle Corporation
            X-Mailer: Mozilla 4.7 [en] (Win95; I)
   X-Accept-Language: en
        MIME-Version: 1.0
                  To: "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
                      "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
                      "Wohl,Ronald" <RON.WOHL@oracle.com>,
                      "Vora,Anil" <ANIL.VORA@oracle.com>,
                      Mary Anne Gillespie <mgillesp@us.oracle.com>,
                      "Snyder,Allen" <ALLEN.SNYDER@oracle.com>
                  CC: "Meehan,Timothy" <TIMOTHY.MEEHAN@oracle.com>,
                      ESANDERS <SANDY.SANDERSON@oracle.com>,
                      "Block,Keith" <KEITH.BLOCK@oracle.com>,
                      "Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
                      "Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>
             Subject: Critical Account Concession Request for Paxar Corporation
        Content-Type: multipart/mixed;boundary="-----------DDE95D6AFF80354CC64AF96A"
```

Victor Heschaft, Paxar's Vice Chairman, has been dealing with an extremely critical 11i implementation. By all accounts from those involved, this has been very ugly.... and we've put the customer through extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded worldwide enterprise that manufactures identification and tracking products, systems and services to manufacturers and retailers. Their products are primarily labeling and tagging products for the apparel market. Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in Ohio had implemented 10.7 in the 1997 timeframe.The implementation was painful, late and over budget but Paxar decided that they needed one global system for all their businesses and that since Oracle was already implemented at one of their divisions it made sense to implement Oracle Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and reassurances from Drew Campbell and Ron Wohl that 11i (specifically Order Management) would be a tested and stable release they decided to go forward with Oracle. Paxar signed a $1.8M license contract on 2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt., Discrete Mfg., APS, Configurator, iStore and HR. The $1.8M was financed by OFC at 0% interest to the customer as one lump sum payment due 1/1/01 to offset the fact that 11i was not yet in production status. Paxar would be given early access to 11i code in beta form. Paxar was one of the EARLIEST customer to commit to a large scale, single instance implementation of 11i. Release 11 was not an option because of required

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC. The Agreement was a $2M fixed bid for
implementation of the pilot plant. The original go live date for the
pilot plant was 11/1/00. Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 3/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability. A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist. The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing. OCS has logged over 1,700
hours of non-billable time on such issues. The APS
development Swat team has been dispatched to Paxar to assist in
resolution also. Andria Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $1.8M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28/00. Although support
has been responsive, Paxar claims they are "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 11i. They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales -  I will continue to be responsible for discussions around relief
on license and support payments. Paul
Seminara will assist on these issues.  Sales has agreed to fund some
support relief  for Paxar.


OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and Development
will agree to. OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - Al Snyder has agreed to  fund some support relief  to be

4       ORACLE       CA-ORCL 037145
        CONFIDENTIAL

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

shared with Sales. Al , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and APS) needs to validate the OCS project plan and
provide escalated support and counsel for critical Paxar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

Area Vice President
NE Majors

---

George Roberts <George.Roberts@oracle.com>

---

Area Vice President
NE Majors

**ORACLE
CONFIDENTIAL**

5

**CA-ORCL 037146**