# Exhibit 333

Q3 FY01 Week 11
February 12, 2001

ORACLE

## License & Consulting
$ in 000's at Budget Rates

| LICENSE | | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % | CONSULTING | | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | | | | | | **Total Revenue** | | | | | |
| OSI - Nussbaum | | $ 210,000 | $ 210,000 | - | 15% | OSI - Nussbaum | | $ 125,113 | $ 125,113 | - | 21% |
| NAS - Roberts | | 336,000 | 335,995 | 4 | 9% | EJS - Sanderson | | 194,203 | 193,167 | 1,036 | 1% |
| OPI - Sanderson | | 144,500 | 149,999 | (5,499) | 77% | LA - Sanderson | | 22,430 | 22,368 | 62 | 4% |
| LA - Sanderson | | 46,544 | 46,520 | 24 | 19% | | | | | | |
| | Total | $ 737,044 | $ 742,515 | (5,471) | 21% | | Total | $ 341,746 | $ 340,648 | 1,098 | 7% |
| **Expenses** | | | | | | **Expenses** | | | | | |
| OSI - Nussbaum | | 96,362 | 96,362 | - | 31% | OSI - Nussbaum | | 105,100 | 105,100 | - | 35% |
| NAS - Roberts | | 135,098 | 139,090 | (3,992) | 47% | EJS - Sanderson | | 149,329 | 149,795 | (465) | 2% |
| OPI - Sanderson | | 49,000 | 49,000 | - | 32% | LA - Sanderson | | 19,073 | 18,971 | 102 | 13% |
| LA - Sanderson | | 27,968 | 29,838 | (1,869) | 20% | | | | | | |
| | Total | $ 308,428 | $ 314,289 | (5,862) | 37% | | Total | $ 273,502 | $ 273,866 | (364) | 0% |
| **Margin** | | | | | | **Margin** | | | | | |
| OSI - Nussbaum | | 113,638 | 113,638 | - | 4% | OSI - Nussbaum | | 20,013 | 20,013 | - | -21% |
| NAS - Roberts | | 200,902 | 196,905 | 3,997 | -7% | EJS - Sanderson | | 44,874 | 43,372 | 1,502 | -4% |
| OPI - Sanderson | | 95,501 | 101,000 | (5,499) | 114% | LA - Sanderson | | 3,357 | 3,397 | (40) | -29% |
| LA - Sanderson | | 18,576 | 16,683 | 1,893 | 18% | | | | | | |
| | Total | $ 428,617 | $ 428,225 | 391 | 11% | | Total | $ 68,244 | $ 56,782 | 1,462 | -11% |
| **Margin %** | | | | | | **Margin %** | | | | | |
| OSI - Nussbaum | | 54% | 54% | | | OSI - Nussbaum | | 16% | 16% | | |
| NAS - Roberts | | 60% | 59% | | | EJS - Sanderson | | 23% | 22% | | |
| OPI - Sanderson | | 66% | 67% | | | LA - Sanderson | | 15% | 15% | | |
| LA - Sanderson | | 40% | 36% | | | | | | | | |
| | Total | 58% | 58% | | | | Total | 20% | 20% | | |

Oracle Corporation Confidential

**CONFIDENTIAL**

NDCA-ORCL 078985

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

Q3 FY01 Week 11
February 12, 2001

# Product Forecast

$ in 000s at Budget Rates

ORACLE®

| | Revenue | | | | Target | Pipeline | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Growth vs. PY % | 30% Growth | Q3 FY01 Pipeline | Prior Week Pipeline | Var $ From Pr. Week | Pipeline Conversion Ratio | Growth vs. PY % |
| **Total Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 210,000 | $ 210,000 | $ - | 15% | $ 237,533 | $ 354,200 | $ 376,362 | $ (22,162) | 59% | 14% |
| NAS - Roberts | 336,000 | 335,995 | 4 | 9% | 399,482 | 638,623 | 740,647 | (102,024) | 53% | 13% |
| OPI - Sanderson | 144,500 | 149,999 | (5,499) | 77% | 106,138 | 358,060 | 351,928 | 6,132 | 40% | 65% |
| LA - Sanderson | 46,544 | 46,520 | 24 | 19% | 50,726 | 85,886 | 89,648 | (3,762) | 54% | 43% |
| Total | $ 737,044 | $ 742,515 | $ (5,471) | 21% | $ 793,878 | $ 1,436,769 | $ 1,558,585 | $ (121,816) | 51% | 25% |
| **Technology Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 154,943 | $ 154,943 | $ - | 10% | $ 182,430 | $ 264,300 | $ 275,004 | $ (10,704) | 59% | 7% |
| NAS - Roberts | 234,006 | 231,461 | 2,546 | -9% | 333,148 | 424,410 | 471,033 | (46,623) | 55% | 8% |
| OPI - Sanderson | 65,946 | 65,718 | 228 | 54% | 55,538 | 185,459 | 178,097 | 7,362 | 36% | 72% |
| LA - Sanderson | 38,348 | 40,645 | (2,297) | 16% | 42,991 | 65,087 | 68,088 | (3,001) | 59% | 51% |
| Total | $ 493,243 | $ 492,766 | $ 477 | 4% | $ 614,107 | $ 939,256 | $ 992,222 | $ (52,966) | 53% | 19% |
| **Applications Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 55,057 | $ 55,057 | $ - | 30% | $ 55,102 | $ 89,900 | $ 101,358 | $ (11,458) | 61% | 42% |
| NAS - Roberts | 101,993 | 104,535 | (2,542) | 100% | 66,334 | 214,213 | 269,614 | (55,401) | 48% | 25% |
| OPI - Sanderson | 78,554 | 84,281 | (5,727) | 102% | 50,600 | 172,601 | 173,831 | (1,230) | 46% | 59% |
| LA - Sanderson | 8,196 | 5,875 | 2,321 | 38% | 7,735 | 20,799 | 21,560 | (761) | 39% | 24% |
| Total | $ 243,801 | $ 249,748 | $ (5,948) | 76% | $ 179,771 | $ 497,513 | $ 566,363 | $ (68,850) | 49% | 38% |

| License Scenario Analysis | Worst | Most Likely | Total License Revenue | | |
|---|---|---|---|---|---|
| | | | Commit | Mgmt Judgmt | Forecast |
| | | | Best | | |
| OSI - Nussbaum | $ - | $ 210,000 | $ 135,000 | $ 75,000 | $ 210,000 |
| NAS - Roberts | 326,149 | 336,000 | 264,820 | 71,180 | 336,000 |
| OPI - Sanderson | 120,000 | 144,500 | 142,308 | 2,193 | 144,500 |
| LA - Sanderson | 40,149 | 46,545 | 46,545 | - | 46,545 |
| Total | $ 486,298 | $ 737,045 | $ 588,672 | $ 148,373 | $ 737,045 |

(License Scenario Analysis also shows Best column: OSI 346,034 reformatted)

| | Worst | Most Likely | Best | Commit | Mgmt Judgmt | Forecast |
|---|---|---|---|---|---|---|
| OSI - Nussbaum | $ - | $ 210,000 | $ - | $ 135,000 | $ 75,000 | $ 210,000 |
| NAS - Roberts | 326,149 | 336,000 | 346,034 | 264,820 | 71,180 | 336,000 |
| OPI - Sanderson | 120,000 | 144,500 | 225,000 | 142,308 | 2,193 | 144,500 |
| LA - Sanderson | 40,149 | 46,545 | 52,862 | 46,545 | - | 46,545 |
| Total | $ 486,298 | $ 737,045 | $ 623,896 | $ 588,672 | $ 148,373 | $ 737,045 |

**CONFIDENTIAL**

Oracle Corporation Confidential

NDCA-ORCL 078986

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Americ... ...umulative Weekly License Pipeline Trends ... .3 FY01

| Forecast Week | OSI | | | | | | | NAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pipeline $M | | | Cumulative % Change | | | | Pipeline $M | | | Cumulative % Change | | | |
| | Apps | Tech | Total | Apps | Tech | Total | | Apps | Tech | Total | Apps | Tech | Total | |
| **Q1 FY01** | | | | | | | | | | | | | |
| W2 | 209.7 | 234.0 | 443.7 | 0% | 0% | 0% | | 232.6 | 213.7 | 446.3 | 0% | 0% | 0% |
| W4 | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% | | 248.3 | 247.2 | 495.5 | 7% | 16% | 11% |
| W6 | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% | | 217.4 | 245.2 | 462.7 | -7% | 15% | 4% |
| W8 | 84.2 | 161.3 | 245.5 | -60% | -31% | -45% | | 182.1 | 327.1 | 509.2 | -22% | 53% | 14% |
| W10 | 59.2 | 157.7 | 217.0 | -72% | -33% | -51% | | 156.3 | 304.8 | 461.0 | -33% | 43% | 3% |
| W11 | 52.5 | 158.4 | 210.9 | -75% | -32% | -52% | | 133.0 | 290.5 | 423.5 | -43% | 36% | -5% |
| W12 | 47.6 | 144.8 | 192.4 | -77% | -38% | -57% | | 113.3 | 271.7 | 384.9 | -51% | 27% | -14% |
| W13 | 33.5 | 142.2 | 175.7 | -84% | -39% | -60% | | 105.3 | 270.8 | 376.1 | -55% | 27% | -16% |
| **Q2 FY01** | | | | | | | | | | | | | |
| W2 | 157.6 | 250.9 | 408.5 | 0% | 0% | 0% | | 271.1 | 415.8 | 686.8 | 0% | 0% | 0% |
| W4 | 142.6 | 238.1 | 380.7 | -10% | -5% | -7% | | 315.6 | 402.0 | 717.6 | 16% | -3% | 4% |
| W6 | 132.6 | 248.3 | 380.9 | -16% | -1% | -7% | | 332.4 | 465.5 | 797.9 | 23% | 12% | 16% |
| W8 | 122.1 | 245.1 | 367.2 | -23% | -2% | -10% | | 324.8 | 470.5 | 795.3 | 20% | 13% | 16% |
| W10 | 74.6 | 229.5 | 304.2 | -53% | -9% | -26% | | 265.6 | 454.8 | 720.4 | -2% | 9% | 5% |
| W11 | 73.3 | 221.3 | 294.6 | -54% | -12% | -28% | | 231.5 | 427.5 | 659.0 | -15% | 3% | -4% |
| W12 | 66.3 | 197.7 | 264.1 | -58% | -21% | -35% | | 214.0 | 386.8 | 600.8 | -21% | -7% | -13% |
| W13 | 59.8 | 175.7 | 235.5 | -62% | -30% | -42% | | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| **Q3 FY01** | | | | | | | | | | | | | |
| W2 | 272.6 | 279.6 | 552.2 | 0% | 0% | 0% | | 353.2 | 488.9 | 842.0 | 0% | 0% | 0% |
| W4 | 71.2 | 216.6 | 287.8 | -74% | -23% | -48% | | 330.6 | 501.3 | 831.9 | -6% | 3% | -1% |
| W6 | 126.0 | 310.9 | 435.8 | -54% | 11% | -21% | | 320.6 | 505.4 | 826.0 | -9% | 3% | -2% |
| W8 | 126.7 | 294.9 | 421.5 | -54% | 5% | -24% | | 301.9 | 487.5 | 789.3 | -15% | 0% | -6% |
| W10 | 101.4 | 275.0 | 376.4 | -63% | -2% | -32% | | 269.6 | 471.0 | 740.6 | -24% | -4% | -12% |
| W11 | 89.9 | 264.3 | 354.2 | -67% | -5% | -36% | | 214.2 | 424.4 | 638.6 | -39% | -13% | -24% |
| W12 | . | . | . | . | . | . | | . | . | . | . | . | . |
| W13 | | | | | | | | . | . | . | . | . | . |

Oracle Corporation Confidential

CONFIDENTIAL

NDCA-ORCL 078987

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Americ... Cumulative Weekly License Pipeline Trends                                                                                                    Q3 FY01

### OPI

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2  | 103.8 | 66.1  | 169.9 | 0%   | 0%   | 0%   |
| W4  | 123.4 | 72.1  | 195.5 | 19%  | 9%   | 15%  |
| W6  | 102.3 | 70.8  | 173.1 | -1%  | 7%   | 2%   |
| W8  | 74.5  | 63.6  | 138.0 | -28% | -4%  | -19% |
| W10 | 52.3  | 59.5  | 111.8 | -50% | -10% | -34% |
| W11 | 49.0  | 61.0  | 110.0 | -53% | -8%  | -35% |
| W12 | 56.4  | 63.0  | 119.4 | -46% | -5%  | -30% |
| W13 | 49.3  | 49.1  | 98.4  | -52% | -26% | -42% |
| Q2 FY01 | | | | | | |
| W2  | 150.3 | 122.5 | 272.8 | 0%   | 0%   | 0%   |
| W4  | 145.9 | 129.4 | 275.3 | -3%  | 6%   | 1%   |
| W6  | 145.6 | 119.0 | 264.7 | -3%  | -3%  | -3%  |
| W8  | 131.0 | 119.5 | 250.5 | -13% | -2%  | -8%  |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4%  | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5%  | -15% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8%   | -12% |
| W13 | 81.4  | 131.1 | 212.5 | -46% | 7%   | -22% |
| Q3 FY01 | | | | | | |
| W2  | 221.8 | 195.9 | 417.6 | 0%   | 0%   | 0%   |
| W4  | 211.3 | 172.9 | 384.2 | -5%  | -12% | -8%  |
| W6  | 184.3 | 164.9 | 349.2 | -17% | -16% | -16% |
| W8  | 187.5 | 181.0 | 368.4 | -15% | -8%  | -12% |
| W10 | 173.8 | 178.1 | 351.9 | -22% | -9%  | -16% |
| W11 | 172.6 | 185.5 | 358.1 | -22% | -5%  | -14% |
| W12 | .     | .     | .     | .    | .    | .    |
| W13 | .     | .     | .     | .    | .    | .    |

### LAD

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2  | 34.4 | 42.6 | 77.0  | 0%   | 0%   | 0%   |
| W4  | 33.1 | 39.9 | 73.0  | -4%  | -6%  | -5%  |
| W6  | 28.1 | 36.4 | 64.5  | -18% | -15% | -16% |
| W8  | 28.1 | 36.4 | 64.5  | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4  | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1  | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9  | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3  | -44% | -27% | -35% |
| Q2 FY01 | | | | | | |
| W2  | 33.4 | 52.3 | 85.7  | 0%   | 0%   | 0%   |
| W4  | 29.2 | 52.3 | 81.5  | -13% | 0%   | -5%  |
| W6  | 29.4 | 57.7 | 87.2  | -12% | 10%  | 2%   |
| W8  | 28.0 | 56.6 | 84.6  | -16% | 8%   | -1%  |
| W10 | 36.5 | 43.3 | 79.9  | 10%  | -17% | -7%  |
| W11 | 19.0 | 52.2 | 71.2  | -43% | 0%   | -17% |
| W12 | 14.4 | 53.9 | 68.3  | -57% | 3%   | -20% |
| W13 | 14.4 | 56.0 | 70.3  | -57% | 7%   | -18% |
| Q3 FY01 | | | | | | |
| W2  | 50.0 | 80.0 | 130.0 | 0%   | 0%   | 0%   |
| W4  | 33.2 | 76.5 | 109.7 | -34% | -4%  | -16% |
| W6  | 32.0 | 72.7 | 104.7 | -36% | -9%  | -19% |
| W8  | 27.0 | 69.1 | 96.1  | -46% | -14% | -26% |
| W10 | 21.6 | 68.1 | 89.6  | -57% | -15% | -31% |
| W11 | 20.8 | 65.1 | 85.9  | -58% | -19% | -34% |
| W12 | .    | .    | .     | .    | .    | .    |
| W13 | .    | .    | .     | .    | .    | .    |

CONFIDENTIAL

Oracle Corporation Confidential

NDCA-ORCL 078988

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Q3 FY( Week 11
February 12, 2001

ORACLE

$ in Millions

| Consulting Bookings | Q300 Actual | Bookings Q301 Forecast | Growth % | Forecast Q301 Book to Bill | Q301 Revenue |
|---|---|---|---|---|---|
| OSI - Consulting | $ 128.7 | $ 136.3 | 6% | 1.09 | 125.11 |
| OPI - Consulting | $ 47.2 | $ 60.0 | 27% | 1.51 | 39.70 |
| MA/GB | $ 171.3 | $ 170.0 | -1% | 1.15 | 147.75 |
| (1) Divisional/Regional | - | - | 0% | | 4.00 |
| Total US EJS | 171.3 | 170.0 | -1% | 1.12 | 151.75 |
| Canada | 6.8 | 12.6 | 85% | 4.60 | 2.75 |
| Latin America | 23.6 | 26.4 | 12% | 1.18 | 22.43 |
| Total EVP | $ 377.5 | $ 405.4 | 7% | 1.19 | 341.75 |

Note 1: Divisional/Regional consulting consists of groups without booking responsibility.
Note 2: Booked to Bill ratios are as reported and do not reflect pullthrough. Billings are P&L revenue.

Oracle Corporation Confidential

**CONFIDENTIAL**

NDCA-ORCL 078989

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Q4 FY01 Data as of:
February 12, 2001

## License & Consulting
$ in 000's at Budget Rates

| LICENSE | Q4 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % | CONSULTING | Q4 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % |
|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | | | | | **Total Revenue** | | | | |
| OSI - Nussbaum | $ 320,000 | $ 320,000 | - | -6% | OSI - Nussbaum | $ 130,279 | $ 130,279 | - | 14% |
| NAS - Roberts | 610,812 | 620,812 | (10,000) | 17% | EJS - Sanderson | 217,004 | 217,004 | - | 6% |
| OPI - Sanderson | 167,000 | 167,000 | - | -16% | LA - Sanderson | 23,688 | 23,055 | 633 | 12% |
| LA - Sanderson | 60,625 | 60,635 | (10) | -8% | | | | | |
| Total | $ 1,158,437 | $ 1,168,447 | (10,010) | 3% | Total | $ 370,971 | $ 370,338 | 633 | 9% |
| **Expenses** | | | | | **Expenses** | | | | |
| OSI - Nussbaum | 115,246 | 115,246 | - | 8% | OSI - Nussbaum | 100,792 | 100,792 | - | 20% |
| NAS - Roberts | 225,985 | 225,985 | - | 12% | EJS - Sanderson | 141,284 | 141,284 | - | 2% |
| OPI - Sanderson | 55,108 | 55,108 | - | -18% | LA - Sanderson | 18,781 | 18,535 | 247 | 21% |
| LA - Sanderson | 27,909 | 28,434 | (525) | 3% | | | | | |
| Total | $ 424,247 | $ 424,772 | (525) | 5% | Total | $ 260,858 | $ 260,611 | 247 | 10% |
| **Margin** | | | | | **Margin** | | | | |
| OSI - Nussbaum | 204,754 | 204,754 | - | -12% | OSI - Nussbaum | 29,487 | 29,487 | - | -1% |
| NAS - Roberts | 384,827 | 394,827 | (10,000) | 21% | EJS - Sanderson | 75,720 | 75,720 | - | 12% |
| OPI - Sanderson | 111,893 | 111,893 | - | -15% | LA - Sanderson | 4,906 | 4,520 | 385 | -11% |
| LA - Sanderson | 32,716 | 32,201 | 515 | -15% | | | | | |
| Total | $ 734,189 | $ 743,675 | (9,485) | 2% | Total | $ 110,113 | $ 109,727 | 385 | 7% |
| **Margin %** | | | | | **Margin %** | | | | |
| OSI - Nussbaum | 64% | 64% | | | OSI - Nussbaum | 23% | 23% | | |
| NAS - Roberts | 63% | 64% | | | EJS - Sanderson | 35% | 35% | | |
| OPI - Sanderson | 67% | 67% | | | LA - Sanderson | 21% | 20% | | |
| LA - Sanderson | 54% | 53% | | | | | | | |
| Total | 63% | 64% | | | Total | 30% | 30% | | |

6

Oracle Corporation Confidential

**CONFIDENTIAL**

NDCA-ORCL 078990

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER