1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   DANIEL J. PFEFFERBAUM (248631)
10 100 Pine Street, Suite 2600
   San Francisco, CA  94111
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 shawnw@csgrr.com
   willowr@csgrr.com
13 moniquew@csgrr.com
   elig@csgrr.com
14 dpfefferbaum@csgrr.com

15 Lead Counsel for Plaintiffs

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ

CLASS ACTION

SUPPLEMENTAL DECLARATION OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE

Date:        November 16, 2007
Time:        1:30 p.m.
Courtroom:   Honorable Martin J. Jenkins |
| 20 | This Document Relates To: | |
| 21 | ALL ACTIONS. | |
| 23 | PREVIOUSLY FILED ON OCTOBER 5, 2007 (DOCKET NO. 1181) | |

1     I, MONIQUE C. WINKLER, declare as follows:

2     1.     I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

      2.     Attached are true and correct copies of the following exhibits:

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Chart of Documents Produced Belatedly in January-February 2007 that Expressly Relate to November 2000 Debit Memos | Various | A |
| Chart of Defendants' Belated Productions in Connection with the October 19, 2005 Order | Various | B |
| Chart of Defendants' Belated Productions in Connection with the July 17, 2006 Order | Various | C |
| Declaration of Edward J. Sanderson, Jr., in Support of Defendants' Motion for Summary Judgment | July 19, 2007 | D |
| Examples of/Excerpts from E-mails Received and Sent by Larry Ellison after the Class Period that Were Not Produced from His Files | Various | E |
| Chart of Forecasting Documents/Reports Defendants Failed to Preserve and Produce | Various | F |
| *In re Oracle Corp. Derivative Litig.*, Consolidated Civil Action Number 18751, Affidavit of Raymond J. Lane (Del. Chancery Court Apr. 10, 2003) (without exhibits) | April 10, 2003 | G |
| E-mail from Mark Solomon to Shawn Williams regarding January 4, 2007 telephone conference with Patrick Gibbs | January 4, 2007 | H |
| North American Sales presentation at General Business Managers Meeting, Dallas, TX | April 2, 2001 | I |
| Page 1 of e-mail from Sarah Kopp to Jennifer Minton re "OSI Projections" (NDCA-ORCL 03427) | January 18, 2001 | J |
| US Weekly Revenue Analysis for FY2001 (NDCA-ORCL 252686-89) | April 11, 2002 | K |
| Third-Party Witness Matthew Symonds' Memorandum of Points and Authorities Regarding Applicability of Fifth Amendment Privilege to Questions Identified by the Court | August 10, 2007 | L |

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed this 9th day of October, 2007, at San Francisco, California.

/s/
MONIQUE C. WINKLER

T:\CasesSF\Oracle3\DEC00046089_mcw_1(dkt1181).doc

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: MoniqueW@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111