# EXHIBIT A

**Documents Produced Belatedly in January-February 2007 that Expressly Relate to November 2000 Debit Memos**

| Exhibit | Date; To; From | Subject | References to Debit Memos | Date Produced |
|---|---|---|---|---|
| Ex. 16[1] | Oct. 22, 2002<br><br>To: Megan Birkler<br>From: Greg Myers | "*Debit Memo Listing*" | "*Attached is the listing of the 47k debit memo's created on November 17, 2000* (Transactions_Register). I have also a breakdown of the GL side in the 25005 account (25005)." | January 30, 2007 |
| Ex. 17 | Oct. 15, 2002<br><br>To: Thomas Williams<br>From: Greg Myers | "*DM List*" | "Tom-*List of 11/17 debit memo's*." | January 30, 2007 |
| Ex. 18 | Date: Oct. 23, 2002<br>To: Thomas Williams<br>From: Greg Myers<br>Cc: Michael Quinn; Lauren Segal | "*DM for Specific Customers*" | "Tom-Attached is the modified list of *debit memos for the customers mentioned in the document*." | January 30, 2007 |
| Ex. 19 | Dec. 20, 2004<br>To: Molly Littlefield<br>From: Colleen Calandra | "*Unapplied cash word doc attached*" | "Matching remaining debit balances to the *Debit Memo Report for 11/17/00 and the Debit Memo Report for post 11/17/00 activity . . . . Also in some cases on miscellaneous receipt can relate to a combination of debit memos and vice versa.*" | February 5, 2007 |

---

[1] The Exhibit references are to the Declaration of Monique C. Winkler in Support of Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence (emphasis is added).

| Ex. 20 | Oct. 22, 2002<br>From: Greg<br>Myers<br>To: Michael<br>Quinn | *"Misc.*<br>*Documents"* | "*DM's reviewed*-Terry<br>and I reviewed all items ><br>$1MM and any item ><br>10K for customers<br>mentioned in the<br>document.  This is the<br>detail.  Transactions<br>Register – *A list of all*<br>*Debit Memo's for*<br>*November 17.*" | January 30, 2007 |