# EXHIBIT B

**Defendants' Belated Productions in Connection with the October 19, 2005 Order**

| Date of Production | Approximate Number of Pages |
| --- | --- |
| November 21, 2005 | 31,444 pages |
| November 23, 2005 | 94,555 pages |
| February 13, 2006 | 4,646 pages |
| February 16, 2006 | 209 pages |
| April 27, 2006 | 2,697 pages |
| June 26, 2006 | 1,357 pages |
| August 3, 2006 | 51 pages |
| September 12, 2006 | 47 pages |
| April 17, 2007 | 9 pages |
| April 24, 2007 | 99 pages |