# EXHIBIT C

**Defendants' Belated Productions in Connection with the July 17, 2006 Order**

| Date of Production | Approximate Number of Pages |
|---|---|
| September 1, 2006 | 2,640 pages |
| September 8, 2006 | 137,888 pages |
| September 15, 2006 | 92,774 pages |
| October 27, 2006 | 14,809 pages<br>69 pages<br>6,507 pages |
| November 3, 2006 | 197 pages |
| November 9, 2006 | 66,898 pages |