# EXHIBIT E

**Examples of/Excerpts from E-mails Received and Sent by Larry Ellison after the Class Period that Were Not Produced from His Files**

- An e-mail forwarded to him on March 20, 2001 from a customer that included an article critical of Suite 11i (Ex. 117 at 272:19-24; Ex. 118).[1]

- A March 23, 2001 e-mail to Mark Jarvis that provided in part:

  ***[W]e need your help to counter an increasing number of negative comments on the quality of our applications products***. The latest is the attached PUBLIC note from Forrester of March 19th. If this continues it will slow down our sales and the migration of existing customers until 11.5.4 or 11.5.5.

  This has just costed [sic] us one loss at a client! Unfortunately many new prospects listen to and believe to analysts [sic].

Ex. 119; Ex. 117 at 274:10-275:21.

- An e-mail from the Executive VP of Europe, Middle East and Africa to Barrenechea, Suite 11i CRM development head, that provided in part:

  I also [am] disappointed by the results . . . but . . . as you know, we had six-nine months of product issues which caused loss of confidence by sales, partners, analysts and customers.

  ***Even as of today, R11.5.4 which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001.***

  This continued delay between the American English release and the local language is hurting us.

Ex. 121; Ex. 117 at 306:20-308:18.

- An e-mail regarding a "very escalated" situation with Suite 11i customer Value Vision (Ex. 117 at 293:19-294:17; Ex. 122).

- An e-mail detailing a behind schedule Suite 11i CRM implementation at customer Pizza Hut (Ex. 117 at 294:18-295:11; Ex. 123).

- An e-mail about General Business demo scores that were not "heading in the right direction" because "***[p]erformance and product issues continue to hinder us every day***" (Ex. 117 at 295:12-296:2; Ex. 124).

- An e-mail describing "growing concerns" surrounding Suite 11i CRM demos (Ex. 117 at 297:9-297:23; Ex. 125).

---

[1]   The Exhibit references are to the Declaration of Monique C. Winkler in Support of Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence (emphasis is added).

- An escalated customer management report with over 20 Suite 11i CRM and ERP customers listed with a "HOT" escalation status (Ex. 117 at 299:25-301:5; Ex. 126).

- An e-mail regarding a delayed Suite 11i ERP implementation at customer NCR (Ex. 117 at 330:9-14; Ex. 129).

- An e-mail pulling the Company's "#1 in CRM" advertisement because it was not true (Ex. 117 at 331:24-333:12; Ex. 130).

- An e-mail Ellison sent on March 23, 2001 that provided in part:

  OK. I want all escalated customers to belong to development managers. Mark B. will own Papa John. Mark, I need daily reports until the customer is happy.

  *I need a list of the other escalated customers and I need it now. And I need support to resurrect the reports grading whether products are within the agreed quality parameters.* Mike R. is responsible for delivering the reports.

  *We will meet on this on Wednesday to review every escalated customers and every product quality rating. Until further notice every Thursday applications meeting will begin with a review of all escalated customers and application product quality. The only allowed topics will be demo status and internal implementation requirements.*

Ex. 133; Ex. 117 at 283:16-22.

- An e-mail Ellison sent in response to a critical situation at a customer, Tropicana: "I want a detailed postmortem on why Tropicana was taken down in the middle of the day. First who [was] responsible for keeping that computer up. I need a name – and I need it now" (Ex. 117 at 303:3-305:10; Ex. 134).

- An e-mail Ellison sent regarding Suite 11i CRM that stated, "Our top priority is to get Oracle users . . . 'delighted' with – the quality and functionality [of] our CRM products. *Until that happens I doubt we will achieve success in the market.*" (Ex. 135; Ex. 117 at 326:12-329:11).