# EXHIBIT F

**Forecasting Documents/Reports Defendants Failed to Preserve and Produce**

| UPSIDE REPORTS | |
|---|---|
| Fiscal Quarter | Missing Reports |
| Q1'99 | weeks 4, 6, 8 |
| Q2'99 | weeks 2, 6, 8, 11, 12, 13 |
| Q3'99 | weeks 2, 4 |
| Q4'99 | weeks 4, 6, 8 |
| Q1'00 | weeks 2, 4, 11 |
| Q3'00 | week 4 |
| Q4'01 | week 8 |

| MONTHLY FINANCIAL REFERENCE BOOKS | |
|---|---|
| Fiscal Quarter | Missing Reports |
| 3Q'00 | December, January |

| AMERICAS FORECAST PACKAGES | |
|---|---|
| Fiscal Quarter | Missing Reports |
| Q1'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q3'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q1'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'00 | weeks 2, 4, 6, 8, 10, 11, 13 |
| Q3'00 | week 4 |
| Q4'00 | week 10 |
| Q4'01 | weeks 8, 10, 11, 12, 13 |

| GARNICK FLASH REPORTS | |
|---|---|
| Fiscal Quarter | Missing Reports |
| Q1'99 | June, July |
| Q2'99 | September, October |
| Q3'99 | December, January |
| Q4'99 | March, April |
| Q1'00 | June, July |
| Q2'00 | September, October |
| Q3'00 | January |
| Q4'00 | March |

| MONTHLY FLASH REPORTS ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'99 | August |
| Q2'99 | November |
| Q3'99 | January, February |
| Q4'99 | March, April, May |
| Q1'00 | June, July, August |
| Q2'00 | September, October, November |
| Q3'01 | January, February |
| Q4'01 | March, April |

| PIPELINE REPORTING PACKAGES ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q3'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q1'00 | weeks 2, 4, 6 |
| Q2'00 | weeks 11, 12, 13 |
| Q3'00 | weeks 4, 8, 10, 12, 13 |
| Q4'00 | weeks 4, 8, 11, 12, 13 |
| Q3'01 | weeks 4, 8, 11, 12, 13 |
| Q4'01 | weeks 4, 8, 10, 11, 13 |

| NAS FORECASTS ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13, 14 |
| Q2'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13, 14 |
| Q3'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13, 14 |
| Q4'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13, 14 |
| Q1'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13, 14 |
| Q2'00 | weeks 2, 4, 6, 13 |
| Q4'00 | week 14 |
| Q2'01 | week 8 |

| GENERAL BUSINESS FORECASTS ||
| Fiscal Quarter | Missing Reports |
|---|---|
| Q1'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q3'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q1'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q3'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'01 | weeks 2, 4, 6 |
| Q3'01 | weeks 2, 6, 11, 12, 13 |
| Q4'01 | weeks 2, 8, 10, 11, 12, 13 |

| MAJORS FORECASTS ||
| Fiscal Quarter | Missing Reports |
|---|---|
| Q1'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q3'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'99 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q1'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q2'00 | weeks 2, 4, 6, 8, 10, 11 |
| Q3'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |
| Q4'00 | weeks 2, 4, 6, 8, 10, 11, 12, 13 |

| DEAL REPORTS USED DURING AMERICAS FORECAST CALLS ||
| Fiscal Year | Missing Reports |
|---|---|
| FY'99 | All |
| FY'00 | All but four |

| AMERICAS REPORTING PACKAGES ||
| Fiscal Quarter | Missing Reports |
|---|---|
| Q1'99 | All |
| Q2'99 | All |
| Q3'99 | All |
| Q4'99 | All |
| Q1'00 | All |

| EXECUTIVE COMMITTEE WORLDWIDE FORECASTS ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'99 | June 8, 1998 |
|  | June 22, 1998 |
| Q2'99 | September 21, 1998 |
|  | November 16, 1998 |
| Q4'99 | April 5, 1999 |
|  | May 3, 1999 |
| Q2'00 | November 15, 1999 |
| Q3'00 | December 13, 1999 |
|  | December 27, 1999 |
| Q2'01 | November 6, 2000 |

| NAS BIG DEAL SCENARIOS ||
|---|---|
| **Fiscal Year** | **Missing Reports** |
| FY '99 | All |
| FY '00 | All |

| BIG DEAL UPDATES ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'00 | All |
| Q2'00 | All |
| Q3'00 | All but three (should be at least 8 reports) |
| Q1'01 | missing three |
| Q2'01 | missing two |
| Q4'01 | missing four |

| OSI PIPELINE HISTORY REPORTS ||
|---|---|
| **Fiscal Year** | **Missing Reports** |
| FY'99 | All |
| FY'00 | All |

| OPI FORECAST PACKAGES ||
|---|---|
| **Fiscal Quarter** | **Missing Reports** |
| Q1'99 | All |
| Q2'99 | All |
| Q3'99 | All |
| Q4'99 | All |
| Q1'00 | All |
| Q2'00 | All |
| Q3'00 | All |
| Q4'00 | All |
| Q1'01 | weeks 2, 6, 11, 13 |
| Q4'01 | week 10 |

| OSI FORECAST PACKAGES ||
|---|---|
| **Fiscal Year** | **Missing Reports** |
| FY'99 | All but one |

| OSI BIG DEAL SCENARIOS ||
|---|---|
| **Fiscal Year** | **Missing Reports** |
| FY'99 | All |
| FY'00 | All |

| OPI BIG DEAL SCENARIOS ||
|---|---|
| **Fiscal Year** | **Missing Reports** |
| FY'99 | All |
| FY'00 | All |