# EXHIBIT H

## Shawn Williams

| | |
|---|---|
| **From:** | Mark Solomon |
| **Sent:** | Thursday, January 04, 2007 6:00 PM |
| **To:** | Shawn Williams |
| **Subject:** | Reminder |

Gibbs stated today that he is dealing with the Softwar issues for defendants and does not know - even today - whether their position will be that the tapes ad transcripts no longer exist, or that Symonds refuses to turn them over.