# EXHIBIT I

# North America Sales

## General Business
## Managers Meeting, Dallas TX

John Nugent, SVP

April 2, 2001

NDCA-ORCL 179335



EXHIBIT

Roberts 27

4/22/06   CLS

# Well…so how is everyone feeling right now….a little shell shocked!

NDCA-ORCL 179336

# Q2 YTD Y/Y Comparison

Q2 YTD Y/Y Comparison
- Technology Grew 25%
- Applications Grew 119%
- HC Grew 38%

Month of December
- Pipeline to Budget Reduction
- AVPs Beginning to Voice Concern

Month of January
- AVPs Reluctant to Raise Their Forecast
- Deals Begin to Shrink & Get Delayed

NDCA-ORCL 179337

# Month of February

- NASDAQ off 22%
- Blue Chip Co. Announce Massive Layoffs
- SUN & EMC Reduce Earning Estimates
- Oracle Pre-Announces Lower Performance
- GB Forecast Drops Precipitously

NDCA-ORCL 179338

# Q3 & Q3YTD Actuals ($M)

| | Q3 FY01 | | | Q3 YTD FY01 | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Yr/Yr Growth | Actual | Budget | Yr/Yr Growth |
| Tech | $ 93.1 | $ 154.2 | -24.4% | $ 273.7 | $ 326.6 | 11% |
| Other | 1.6 | | 558.4% | 5.9 | - | #DIV/0! |
| Total Tech | 94.7 | 154.2 | -23.3% | 279.6 | 336.6 | 3.3% |
| Apps | 14.9 | 12.1 | 59.9% | $ 37.1 | $ 25.9 | -35.4% |
| Fus | 24.5 | 37.1 | -13.0% | 87.1 | 79.8 | 409.4% |
| Total Apps | 39.4 | 49.2 | 10.2% | 124.2 | 105.7 | 66.7% |
| TOTAL Revenue | $ 134.1 | $ 203.4 | -15.8% | $ 403.8 | $ 442.3 | 17.0% |
| Expenses | 44.5 | 59.2 | 21.9% | 127.1 | 147.8 | 37.0% |
| GM | $ 89.6 | $ 144.2 | 27.0% | $ 276.7 | $ 294.5 | 9.6% |
| GM% | 66.8% | 70.9% | -13.3% | 68.5% | 66.6% | -6.3% |
| Headcount | 825 | 764 | 29.3% | 825 | 764 | 39.1% |

NDCA-ORCL 179339

# Q3 & Q3YTD '01 Financial Metrics Field ($M)

**NDCA-ORCL 179340**

# The Best Thing About Q3 ....
# it's OVER !!!

## Now it's Time ...

To reflect on the marketplace and
our response

NDCA-ORCL 179341

# The Question...

Was GBs Q3 Collapse Due to the
Rapid Deterioration of US Economy
or Poor Execution on Our Parts?

80/20 Rule

NDCA-ORCL 179342

# GB Experienced a Double Hit...

- DotCom E/C Market Bust

- Rapid Deterioration of US Economy

NDCA-ORCL 179343

# DotCom/EC Sector…Bad News

- 61,000 Layoffs
- 50% of named DotCom list out of business
- Trillions lost in market valuation
- Pink Slip parties
- DotCom's … DotGone
- 100's of VCs turn off Funding Spicket

NDCA-ORCL 179344



NDCA-ORCL 179345

# DotCom/EC Conundrum

|                  | FY99  | FY00  | FY01  | FY02  |
|------------------|-------|-------|-------|-------|
| EC Technology    | 36.0  | 354.0 | 227.0 | 238.0 |
| Total Technology | 287.3 | 504.9 | 422.5 | 445.7 |
| % EC to Total    | 13%   | 70%   | 54%   | 53%   |

NDCA-ORCL 179346



NDCA-ORCL 179347

# Q3 Realization

- US Economy Contraction eliminated hope of E/C Upswing and Resulted in Dramatic Decrease in Market Oppt'y
- Discovered That we Had Excess Sales Capacity
- Slow Down in Deal "Turnover" Requires Greater Knowledge of Forcasted Acc'ts

NDCA-ORCL 179348

# The Economy... Bad News

- Recognized Economic Contraction
- Consumer Confidence Trending Down
- Lower Demand/Rising Inventory Levels
- Tight Credit Market

NDCA-ORCL 179349

# Software Sector Stock Performance

### *YTD Stock Performance*

| | |
|------|------|
| PSFT | -36% |
| CMRC | -41% |
| | |
| BEA | -48% |
| SEBL | -50% |
| ITWO | -58% |
| ARBA | -73% |

NDCA-ORCL 179350



NDCA-ORCL 179351



NDCA-ORCL 179352

# Oracle's Performance...Bad News

- Missed Analysts Earnings Forecast
  by Two Cents
- Lower Than Expected License Growth
- Reluctant to Forecast Revenue

NDCA-ORCL 179353

# Oracle's Performance...Good News

- Generated 900M in Profit
- Net Income in Q3 up 16% to 33%
- We are Saving Billions
- Oracle's Size, Financial Strength, Market Presence

NDCA-ORCL 179354

# Our Products….Bad News

- II*i* Quality Issues
- Lack of References/Demo Issues
- *i*AS Slow to Market
- Lots of Tough Competition

| APPS | Tech |
|------|------|
| PeopleSoft | IBM |
| *i*2 | BEA |
| SAP | MS |
| Siebel | |
| Ariba/C1 | |

NDCA-ORCL 179355

# Our Products…Good News

- Strategy Gaining Traction
- Very Difficult & Complex Integration Development Completed
- 11*i* R3 Putting Quality Issues Behind Us
- Continued Dominance in DB Market
- #1 ERP Vendor in US
- #1 Apps Vendor in Midmarket

NDCA-ORCL 179356

# Your Responsibility...

- Be Punctual
- Generate Five Take Aways Per Presentation
- If You Don't Understand or Agree,
     Raise Your Hand
- Discuss What You Hear With Your Peers
- Begin to Visualize Your FY02 Organization & GTM Strategy

NDCA-ORCL 179357

One More Thing…

Meet Your Q4 Target Number

It's Non-negotiable!

NDCA-ORCL **179358**

# Q4 FY01 Forecast by Area ($M)

| Area | Forecast | Most Likely | Best |
|---|---|---|---|
| Northeast | $    34.4 | $   37.4 | $   39.4 |
| Mid Atlantic | 49.5 | 54.5 | 57.5 |
| Central | 37.0 | 39.0 | 42.0 |
| West | 80.0 | 80.0 | 80.0 |
| General Business | $   200.9 | $ 210.9 | $ 218.9 |

NDCA-ORCL **179359**



NDCA-ORCL 179360