# EXHIBIT J

OSI Projections

Lucent
100mil → 11c

**Subject:** OSI Projections
**Date:** Thu, 18 Jan 2001 17:29:09 -0500
**From:** Sarah Kopp <Sarah.Kopp@oracle.com>
**To:** "Minton, Jennifer" <JENNIFER.MINTON@oracle.com>

Jennifer,

I have attached the package I provide to Jay so that you can see by vertical what the pipeline conversion and judgment are to get to this forecast. Again, I'm including my projection based upon discussions with his directs.

He would like to sit in tomorrow; just called me from the road and went over his numbers with Larry. He is still confident in the 225, as long as none of the very large opportunities drop out.

| Vertical (iSD incl) | Pipe | SVP Commit | SVP "Best" Case | My Projection | Jay's Forecast | Deals Required for Forecasted Number |
|---|---|---|---|---|---|---|
| Federal | 80 | 30 | 45 | 47 | 50 | 7.5 NAVAIR MUST come in |
| S & L | 81 | 28 | 34 | 33 | 35 | 3.4 Palm Beach County 3.6 Texas ISD Finapps rest all small deals |
| Higher Ed | 37 | 12 | 22 | 20 | 20 | 13.1 at Univ of Texas MUST close; This may break down into smaller deals or move to Q4 → mid Feb |
| Healthcare | 28 | 9 | 18 | 10 | 15 | May have upside; Diebold? |
| Fin Services | 45 | 15 | 17 | 25 | 25 | 10.0 at Capital One MUST close 2.0 Upside at Credit Suisse First Boston |
| Comms/Util | 150 | 40 | 49 [Lucent -80mil SAP replacement] | 70 | 80 | 10.0 Upside on AT&T transactions (up to 25.0M) 15.0 Upside on Lucent (up to 25.0M) 25.0 opportunity Bell South 3.0 Worldcom Deal (missing from OSO)  +20mil  not in Fcst 10-25m |
| TOTAL OSI | 422 | 134 | 185 | 205 | 225 | — 75% confidence level |

* Pipeline is $119M iSD, $303M Field

There is $91M in judgment at Jay's level to get to the 225 number and he gets the attached from me each week so he is aware of the difference. My sense still is that we'll come out around 210 as it stands today.

Conversion rates across the board (except S&L) are North of 50%; Federal would have to close 62% of

1 of 2

ORCL 0109623
NDCA-ORCL 03427
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
01/19/2001 8:23 AM