# EXHIBIT K

Date: 4/11/2002
Prepared By: Roberta Ronsse
Subject: Attorney Work Product - US Weekly Revenue Analysis for FY2001

## FY2001 US Weekly License Revenues

| | Week1 | Week2 | Week3 | Week4 | Week5 | Week6 | Week7 | Week8 | Week9 | Week10 | Week11 | Week12 | Week13 | Week14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | 732,498 | 41,774,507 | 2,807,728 | (32,369,352) | 3,832,199 | 7,169,126 | 14,812,965 | 5,295,860 | 41,095,374 | 39,377,678 | 17,287,447 | 9,991,730 | 28,413,775 | 184,483,378 | 364,704,913 |
| Q2FY01 | (4,065,452) | 5,901,494 | 4,774,294 | 9,708,440 | 26,675,887 | 11,133,973 | (4,254,629) | 11,010,139 | 21,799,215 | 24,409,132 | 10,617,342 | 39,574,501 | 75,723,922 | 299,333,005 | 532,341,263 |
| Q3FY01 | (26,252,058) | 63,011,476 | 5,830,399 | 34,448,231 | 14,616,847 | (18,390,403) | 11,353,522 | 8,124,931 | 12,449,195 | 72,576,234 | 10,391,405 | 60,503,453 | 16,291,719 | 268,932,442 | 533,767,393 |
| Q4FY01 | (3,895,027) | 18,957,817 | 14,799,365 | 6,846,499 | 25,584,393 | 4,420,468 | 4,802,611 | 25,234,307 | 21,368,566 | 68,946,740 | 24,271,237 | 48,670,855 | 142,339,493 | 451,482,699 | 853,830,023 |

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | W14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | 0% | 11% | 1% | -9% | 1% | 2% | 4% | 1% | 11% | 11% | 5% | 3% | 8% | 51% | 100% |
| Q2FY01 | -1% | 1% | 1% | 2% | 5% | 2% | -1% | 2% | 4% | 5% | 2% | 7% | 14% | 56% | 100% |
| Q3FY01 | -5% | 12% | 1% | 6% | 3% | -3% | 2% | 2% | 2% | 14% | 2% | 11% | 3% | 50% | 100% |
| Q4FY01 | 0% | 2% | 2% | 1% | 3% | 1% | 1% | 3% | 3% | 8% | 3% | 6% | 17% | 53% | 100% |



US Weekly License Revenue Distribution

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 252686

Date: 6/7/2002
Prepared By: Roberta Ronsse
Subject: Attorney Work Product - US Weekly Support Revenue Analysis for FY2001

### FY2001 US Weekly Support Revenues

|        | Week1      | Week2     | Week3      | Week4      | Week5      | Week6      | Week7      | Week8      | Week9      | Week10      | Week11     | Week12     | Week13     | Week14      | Total       |
|--------|------------|-----------|------------|------------|------------|------------|------------|------------|------------|-------------|------------|------------|------------|-------------|-------------|
| Q1FY01 | 14,159,258 | 9,678,596 | 12,837,156 | 18,208,895 | 99,461,581 | 8,582,903  | 10,403,124 | 17,366,568 | 53,584,765 | 68,959,488  | 7,595,616  | 14,921,176 | 26,173,325 | 77,165,708  | 439,098,219 |
| Q2FY01 | 15,613,402 | 10,941,117| 13,804,326 | 14,074,817 | 90,861,815 | 17,223,338 | 12,807,265 | 14,056,188 | 38,598,781 | 100,523,806 | 9,536,434  | 14,740,698 | 21,984,523 | 88,661,887  | 463,428,397 |
| Q3FY01 | 13,815,057 | 9,876,576 | 11,143,408 | 18,426,593 | 71,550,049 | 42,546,626 | 9,724,810  | 13,020,545 | 29,575,456 | 115,843,066 | 9,197,835  | 12,658,358 | 18,093,267 | 109,100,694 | 484,572,341 |
| Q4FY01 | 12,773,484 | 9,600,790 | 11,765,976 | 17,135,719 | 99,817,591 | 15,822,149 | 10,420,856 | 12,629,896 | 46,480,294 | 87,666,360  | 12,919,021 | 15,094,427 | 29,686,708 | 119,735,254 | 501,548,525 |

|        | W1 | W2 | W3 | W4 | W5  | W6 | W7 | W8 | W9  | W10 | W11 | W12 | W13 | W14 | Total |
|--------|----|----|----|----|-----|----|----|----|-----|-----|-----|-----|-----|-----|-------|
| Q1FY01 | 3% | 2% | 3% | 4% | 23% | 2% | 2% | 4% | 12% | 16% | 2%  | 3%  | 6%  | 18% | 100%  |
| Q2FY01 | 3% | 2% | 3% | 3% | 20% | 4% | 3% | 3% | 8%  | 22% | 2%  | 3%  | 5%  | 19% | 100%  |
| Q3FY01 | 3% | 2% | 2% | 4% | 15% | 9% | 2% | 3% | 6%  | 24% | 2%  | 3%  | 4%  | 23% | 100%  |
| Q4FY01 | 3% | 2% | 2% | 3% | 20% | 3% | 2% | 3% | 9%  | 17% | 3%  | 3%  | 6%  | 24% | 100%  |



US Weekly Support Revenue Distribution

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 252687

Date: 6/7/2002
Prepared By: Roberta Ronsse
Subject: Attorney Work Product - US Weekly Consulting Revenue Analysis for FY2001

### FY2001 US Weekly Consulting Revenues

| | Week1 | Week2 | Week3 | Week4 | Week5 | Week6 | Week7 | Week8 | Week9 | Week10 | Week11 | Week12 | Week13 | Week14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | (21,141,634) | - | 23,598 | 48,034 | 138,748,966 | (31,660,419) | (25,559,957) | (58,561) | (468,555) | 111,709,249 | (20,291) | 3,614,330 | (2,649,887) | 122,535,739 | 295,120,612 |
| Q2FY01 | (43,513,134) | (4,893,308) | 18,779 | - | 136,127,139 | (7,783,928) | (7,332) | 16,837 | (127,272) | 94,747,776 | 50,964 | 97,903 | 75,112 | 133,988,460 | 308,797,996 |
| Q3FY01 | (26,701,605) | | 21,000 | (382,441) | 45,752,676 | 84,732,256 | (21,285,026) | (1,203,357) | (1,425,247) | 105,885,094 | (2,095,902) | (192,633) | (296,520) | 126,876,090 | 309,684,385 |
| Q4FY01 | (26,458,112) | - | 46,646 | 237,103 | 131,460,355 | (21,629,709) | (22,678) | 1,020,486 | (2,229,824) | 82,882,925 | (85,295) | (98,107) | 96,122 | 129,987,278 | 295,207,200 |

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | W14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | -7% | 0% | 0% | 0% | 47% | -11% | -9% | 0% | 0% | 38% | 0% | 1% | -1% | 42% | 100% |
| Q2FY01 | -14% | -2% | 0% | 0% | 44% | -3% | 0% | 0% | 0% | 31% | 0% | 0% | 0% | 43% | 100% |
| Q3FY01 | -9% | 0% | 0% | 0% | 15% | 27% | -7% | 0% | 0% | 34% | -1% | 0% | 0% | 41% | 100% |
| Q4FY01 | -9% | 0% | 0% | 0% | 45% | -7% | 0% | 0% | -1% | 28% | 0% | 0% | 0% | 44% | 100% |



US Weekly Consulting Revenue Distribution

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 252688

Date: 6/7/2002
Prepared By: Roberta Ronsse
Subject: Attorney Work Product - US Weekly Education Revenue Analysis for FY2001

### FY2001 US Weekly Education Revenues

|        | Week1     | Week2     | Week3       | Week4     | Week5      | Week6     | Week7     | Week8     | Week9     | Week10      | Week11    | Week12    | Week13    | Week14       | Total       |
|--------|-----------|-----------|-------------|-----------|------------|-----------|-----------|-----------|-----------|-------------|-----------|-----------|-----------|--------------|-------------|
| Q1FY01 | 23,586    | 1,372,745 | (1,156,230) | 250,486   | 13,086,378 | 145,948   | 3,437,565 | 4,008,651 | 4,145,979 | 6,853,729   | 3,973,306 | 3,849,456 | 4,020,146 | (12,637,733) | 31,374,112  |
| Q2FY01 | (7,659)   | (208,367) | 3,689,243   | 4,537,149 | 6,955,018  | 2,001,467 | 2,840,991 | 4,169,187 | 3,741,169 | (5,660,686) | 3,905,697 | 4,462,464 | 1,065,400 | 11,020,225   | 42,511,298  |
| Q3FY01 | 6,964     | 3,288,237 | 3,685,928   | 3,353,810 | 693,030    | 3,145,371 | 294,964   | 549,754   | 108,695   | 11,727,652  | 2,187,432 | 1,190,670 | 629,991   | 4,548,024    | 35,410,522  |
| Q4FY01 | 3,228,934 | 1,305,396 | 775,082     | 966,025   | 5,582,674  | 8,452,064 | 1,339,679 | 2,424,976 | 1,160,149 | 18,700,276  | 1,581,315 | 3,820,499 | 1,428,679 | (4,361,389)  | 46,404,309  |

|        | W1  | W2 | W3  | W4  | W5  | W6  | W7  | W8  | W9  | W10  | W11 | W12 | W13 | W14  | Total |
|--------|-----|----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|------|-------|
| Q1FY01 | 0%  | 4% | -4% | 1%  | 42% | 0%  | 11% | 13% | 13% | 22%  | 13% | 12% | 13% | -40% | 100%  |
| Q2FY01 | 0%  | 0% | 9%  | 11% | 16% | 5%  | 7%  | 10% | 9%  | -13% | 9%  | 10% | 3%  | 26%  | 100%  |
| Q3FY01 | 0%  | 9% | 10% | 9%  | 2%  | 9%  | 1%  | 2%  | 0%  | 33%  | 6%  | 3%  | 2%  | 13%  | 100%  |
| Q4FY01 | 7%  | 3% | 2%  | 2%  | 12% | 18% | 3%  | 5%  | 3%  | 40%  | 3%  | 8%  | 3%  | -9%  | 100%  |



US Weekly Education Revenue Distribution

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 252689