# EXHIBIT L

# DOCUMENT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER