1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
3 | STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
4 | San Diego, CA  92101
Telephone:  619/231-1058
5 | 619/231-7423 (fax)
marks@csgrr.com
6 | dougb@csgrr.com
skaplan@csgrr.com
7 |      – and –
SHAWN A. WILLIAMS (213113)
8 | WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
9 | ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
10 | 100 Pine Street, Suite 2600
San Francisco, CA  94111
11 | Telephone:  415/288-4545
415/288-4534 (fax)
12 | shawnw@csgrr.com
willowr@csgrr.com
13 | moniquew@csgrr.com
elig@csgrr.com
14 | dpfefferbaum@csgrr.com

15 | Lead Counsel for Plaintiffs

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | In re ORACLE CORPORATION
SECURITIES LITIGATION

) Master File No. C-01-0988-MJJ

19 | )

) CLASS ACTION

20 | This Document Relates To:

) DECLARATION OF MARK SOLOMON IN
) SUPPORT OF PLAINTIFFS' MOTION TO

21 |     ALL ACTIONS.

) COMPEL TESTIMONY AND DETERMINE
) THE APPLICABILITY OF THE FIFTH

22 | AMENDMENT RIGHT AGAINST SELF-
INCRIMINATION TO FOREIGN CITIZEN

23 | AND NON-U.S. RESIDENT MATTHEW
SYMONDS

24 |

25 |

26 | **PREVIOUSLY FILED ON MARCH 30, 2007
DOCKET NO. 753
REDACTED VERSION**

27 |

28 |

1    I, MARK SOLOMON, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3 California.  I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of

4 the counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the

5 matters stated herein and, if called upon, I could and would competently testify thereto.

6    2.    Attached are true and correct copies of the following exhibits:

7    Exhibit A:    Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel
Defendants' Production of Documents Concerning and Created in
8    Preparation for the Book Softwar, dated January 2, 2007 (Restricted
Document filed under seal);

9
Exhibit B:    Defendants' Opposition to Plaintiffs' Motion to Compel Production of
10    Documents Concerning and Created in Preparation for the Book Softwar,
dated November 13, 2006 (Restricted Document filed under seal);

11
Exhibit C:    Declaration of Matthew Symonds dated November 9, 2006;

12
Exhibit D:    Letter from Mark Solomon to Patrick E, Gibbs, dated January 5, 2007;

13
Exhibit E:    Letter from Patrick E. Gibbs to Mark Solomon, dated January 11, 2007;

14
Exhibit F:    Letter from Matthew Symonds to Patrick E. Gibbs, dated January 14, 2007
15    (Restricted Document filed under seal);

16    Exhibit G:    Letter from Patrick E. Gibbs to Mark Solomon, dated February 22, 2007;

17    Exhibit H:    Order from Master Whitaker, dated March 2, 2007 (Restricted Document
filed under seal);

18
Exhibit I:    Letter from letter from Farrer & Co. to Harbottle & Lewis, dated March 7,
19    2007;

20    Exhibit J:    March 19, 2007 Draft Deposition Transcript of Matthew Symonds
(Restricted Document filed under seal);

21
Exhibit K:    March 20, 2007 Deposition Transcript of Matthew Symonds (Restricted
22    Document filed under seal);

23    Exhibit L:    Letter from Eli R. Greenstein to Edward W. Swanson, dated March 29, 2007;

24    Exhibit M:    Request for International Judicial Assistance Pursuant to the Hague
Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or
25    Commercial Matters, filed February 1, 2007 (Restricted Document filed
under seal);

26
Exhibit N:    Defendants' Opposition to Plaintiffs' [Renewed] Motion to Compel
27    Additional Time for the Depositions of Larry Ellison and Safra Catz, dated
March 2, 2007 (Restricted Document filed under seal);

28

DECL OF MARK SOLOMON IN SUPPORT OF PLTFS' MTN TO COMPEL TESTIMONY & DETERMINE THE
APPLICABILITY OF 5TH AMEND RIGHT AGAINST SELF-INCRIMINATION  - C-01-0988-MJJ          - 1 -

1         Exhibit O:     Defendants' Second Supplement to Motion to Reverse Special Master's Order Re: Softwar Materials, dated March 14, 2007 (Restricted Document filed under seal);

2

3         Exhibit P:     Letter from Mark Solomon to Hon. Edward A. Infante, dated March 8, 2007 (Restricted Document filed under seal); and

4

        Exhibit Q:     Letter from Rees F. Morgan to Shawn A. Williams, dated January 16, 2007.

5

        I declare under penalty of perjury under the laws of the State of California that the foregoing

6

is true and correct. Executed this 10th day of October, 2007, at San Francisco, California.

7

8                                                /s/
                                        MARK SOLOMON

9

T:\CasesSF\Oracle3\10-10-07 continuation of under seal docs\DEC00046308_Redacted.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2     I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List.

5     I certify under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.  Executed on October 10, 2007.

7

_____/s/_____

8                                        MARK SOLOMON

9                                        COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                       655 West Broadway, Suite 1900
                                         San Diego, CA  92101-3301
11                                       Telephone:  619/231-1058
                                         619/231-7423 (fax)
12

13                                       E-mail:marks@csgrr.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

> bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

Case 3:01-cv-00988-SI   Document 1295   Filed 10/10/07   Page 7 of 7

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111