

**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Mark Solomon
msolomon@lerachlaw.com

January 5, 2007

VIA FACSIMILE
650/463-2600

Patrick E. Gibbs, Esq.
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA 94025

Re: *In re Oracle Corporation Sec. Litig.*
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Patrick:

When we discussed the status of the case yesterday in advance of our submission to Judge Jenkins today, we requested that you describe the type and quantity of documents you will be producing pursuant to Judge Infante's orders, in order that we can meaningfully assess the schedule. You stated, I recall, that you believed there would be no more documents produced concerning escalations, concessions, or settlements. You stated further that you were not familiar with the status of the accounting documents because the issues were being handled by a colleague. You told us, however, that you were dealing with the Softwar issues.

As you know Judge Infante has ordered defendants to produce the hundreds of hours of tapes and transcripts created in connection with the research and writing of the Softwar book, as well as the final agreement between Ellison and the author. You told us that you were not yet in a position to advise us whether defendants were going to take the position that the materials have been destroyed or that Mr. Symonds is refusing to turn them over. Apparently, you plan on taking one of those two positions.

Your uncertainty regarding the Softwar materials raises many concerns – it seems inconceivable that you do not know if the materials have been destroyed. It is highly unlikely that the author of the biography of one of the richest men on the planet would destroy tapes and transcripts of interviews with his subject. Mr. Symonds indicated they exist still when he signed his November 9, 2006 declaration, procured by you, where he testified under oath that the materials "are" his sole property to which no one else "has" any right of access. Mr. Symonds also testified that he has retained copies of Oracle's Annual Reports that were sent to him. If the tapes and transcripts truly no longer exist, I believe you are well aware of the implications.



LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

Patrick E. Gibbs, Esq.
January 5, 2007
Page 2

     Please let us know whether today, you are in a better position to advise us of the status of the Softwar materials. Your prompt response would be appreciated.

                      Sincerely

                      MARK SOLOMON

MS:mmh
cc:   Shawn Williams

S:\CasesSD\Oracle3\Corres\gibbs 010507 - ms.doc