Patrick E. Gibbe
Direct Dial: (650) 463-4688
patrick.gibbe@lw.com

140 Scott Drive
Menlo Park, California  94025
Tel: (650) 328-4600  Fax: (650) 463-2600
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

January 11, 2007

## BY FACSIMILE AND E-MAIL

Mark Solomon
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301

          Re:   In re Oracle Corporation Securities Litigation

Dear Mark:

          I write to provide you with additional information regarding Defendants' efforts to obtain and produce materials called for by Special Master Infante's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar (the "Order"). As you know, the Order provides that, by January 16, 2007, defendants shall produce to Plaintiffs, among other things, "any and all tape recordings and/or transcripts of interviews with Ellison created in the preparation of the book." Today, I spoke to Matthew Symonds for the first time since defendants received the Order. During our call today, Mr. Symonds informed me, for the first time, that he no longer has possession of certain audio files containing recordings of interviews that he conducted with Larry Ellison in connection with his research for Softwar. Mr. Symonds has informed me that he believes he has some hard copies of interview transcripts. Although he does not know the precise volume, he believes it is not substantial. He will be providing us with copies of whatever hard copy transcripts he has as soon as possible. We will, of course, produce them to you as soon as possible after receiving them from Mr. Symonds.

          With regard to the audio files no longer in Mr. Symonds' possession, I provide the following background: When I spoke to Mr. Symonds last November in connection with Plaintiffs' motion to compel Softwar-related materials, Mr. Symonds told me that he still had copies of the materials that he had created in the course of his research for the book, including several audio files containing recordings of interviews he conducted with Mr. Ellison. These audio files and some other Softwar-related materials were stored on a laptop computer then in Mr. Symonds' possession. During our conversation last November, although Mr. Symonds told me that he considered these materials to be his sole property (as reflected in his declaration), I asked Mr. Symonds to maintain possession of the laptop and other materials pending the

01/11/2007  17:16       6504632600              LATHAM WATKINS                      PAGE  03/03

Mark Solomon
January 11, 2007
Page 2

**LATHAM•WATKINS**ᴸᴸᴾ

resolution of Plaintiffs' motion. During our call today, Mr. Symonds told me that after speaking
to me last November, Mr. Symonds attempted to access that laptop computer (which he had not
used since writing the book) and found that it had become inoperable (due to a virus, he
believes); as such, he was not able to access the audio files or any other materials stored on that
computer. Mr. Symonds brought the laptop to a repair shop, which told him that the cost of
attempting to fix the computer was approximately the same as the cost to purchase a new
computer. Because he believed the materials on the computer were his property (and without
contacting me or any of the Defendants), Mr. Symonds instructed the repair shop to dispose of
the computer rather than trying to repair it. After receiving our request to provide us with copies
of all tapes and transcripts called for by the Order, Mr. Symonds contacted the repair shop,
which confirmed that it has disposed of the computer.

            We will continue to keep you apprised of our efforts to obtain and produce the
materials called for by the Order.

                                        Very truly yours,

                                        Patrick E. Gibbs
                                        of LATHAM & WATKINS LLP

cc:     Shawn Williams