


IN THE HIGH COURT OF JUSTICE                               Claim number: CR2007 89

QUEEN'S BENCH DIVISION

**Before Master Whitaker**
In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

In the matter of a civil proceeding now pending before United States District Court, Northern District of California entitled as follows:

In re Oracle Corporation Securities Litigation
Case No. C-01-0988-MJJ

**UPON AN APPLICATION** having been made by Application Notice dated 2 March 2007

**IT IS ORDERED** that:

1. The Orders dated 21 February 2007 made by Master Yoxall be amended in accordance with the copy attached hereto.

Dated: 2 MARCH 2007



1362242-1

IN THE HIGH COURT OF JUSTICE                    Claim number: CR2007 89

QUEEN'S BENCH DIVISION

Before Master Yoxall

In the ~~matter~~Matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

In the ~~matter~~Matter of a civil proceeding now pending before United States District Court, Northern District of California entitled as follows:

In re Oracle Corporation Securities Litigation
Case No. C-01-0988-MJJ

AN APPLICATION was made by Application Notice dated 9 February 2007

The Master read the written evidence filed and the Letter of Request dated from United States District Court, Northern District of California, USA from which it appears that proceedings are pending in that court and that that court seeks to obtain the testimony of Matthew Symonds of 16 St Peters Road, Twickenham, Middlesex TW1 1QX.

IT IS ORDERED that:

1. the witness Matthew Symonds attend before Adam Fenton QC an Examiner of the Court who is hereby appointed Examiner at the offices of Harbottle & Lewis LLP, 14 Hanover Square, London, W1S 1HP on Monday 12 March 2007 at 10am, or on such other day and time as the Examiner may appoint, to be examined on oath or affirmation in respect of the required testimony for use at trial and that the contents of the deposition remain confidential.

2. The Claimants do supply to Mr. Symonds a paginated bundle of the documents upon which it is intended to rely at the examination together with a written indication of the proposed lines of questioning.

3. That Matthew Symonds do produce in accordance with s.2(2)(b) & (c) of the Evidence (Proceedings in Other Jurisdictions) Act 1975 the personal laptop computer referred to in Request Number 3 in the Letter of Request dated 2 February 2007 for inspection, preservation or custody at the deposition; and that the following documents be produced from the computer:

    a) the tapes, files or other audio or video recordings of interviews with Larry Ellison conducted each month between March 2001 and August 2002 in preparation of the book: *Softwar: An Intimate Portrayal of Larry Ellison and Oracle*,

    b) Documents evidencing transcription of interviews with Larry Ellison conducted each month between March 2001 and August 2002 in preparation of the book: *Softwar: An Intimate Portrayal of Larry Ellison and Oracle*.

4. Mr Symonds shall not disclose the contents of the deposition and the contents of Letter of Request to any person other that his legal advisors.

1311238_1

~~1251500_1~~

1363131-1

1363134-1

5. The examination be conducted in private.

6. The documents retained on the Court file in relation to this application and any deposition shall not to be open to inspection by an application under r.5.4 of the CPR without the prior permission of the Court on notice to the Applicant.

7. 3. the Examiner record in writing or cause to be recorded in writing the evidence of the witnesses Matthew Symonds according to the rules and practice of Her Majesty's High Court of Justice relating to the examination and cross-examination of witnesses.

8. 4. the Examiner (a) request the witnesses to each sign their deposition in the examiner's presence, (b) sign the deposition and (c) when completed, send it together with this Order and the Letter of Request to the Senior Master, Foreign Process Section, Room E02, Royal Courts of Justice, Strand, London WC2A 2LL for transmission to the Court requesting the evidence of the witness.

9. 5. Any person affected by this order may apply to set aside or vary this order within 7 days of service of the order.

Dated the 20th February 2007

1311238_1

1351600-1

1363131_1

1363134_1

IN THE HIGH COURT OF JUSTICE                    Claim number:

QUEEN'S BENCH DIVISION

Before MASTER YOXALL

In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

In the matter of a civil proceeding now pending before United States District Court, Northern District of California entitled as follows:

In re Oracle Corporation Securities Litigation
Case No. C-01-0988-MJJ

AN APPLICATION was made by Application Notice dated 9 February 2007

The Master read the written evidence filed and the Letter of Request dated from United States District Court, Northern District of California, USA from which it appears that proceedings are pending in that court and that that court seeks to obtain the testimony of Kevin Prendergast, General Manager of the Brentford branch of the company trading as PC World but registered as DSG Retail Limited of Marylands Avenue, Hemel Hempstead, Hertfordshire HP2 7TG.

IT IS ORDERED that:

1. the witness Kevin Prendergast attend before Adam Fenton QC an Examiner of the Court who is hereby appointed Examiner at the offices of Harbottle & Lewis LLP, 14 Hanover Square, London, W1S 1HP on Tuesday 13 March 2007 at 10am, or on such other day and time as the Examiner may appoint, to be examined on oath or affirmation in respect of the required testimony and produce the property and documents listed in Annex 1 of this Order and that the contents of the deposition remain confidential.

2. the Examiner record in writing or cause to be recorded in writing the evidence of Kevin Prendergast, the General Manager of the Brentford branch of the company trading as PC World but registered as DSG Retail Limited, according to the rules and practice of Her Majesty's High Court of Justice relating to the examination and cross-examination of witnesses.

3. Mr Prendergast shall not disclose the contents of the deposition and the contents of Letter of Request to any person other that his legal advisors.

4. The examination be conducted in private.

5. The documents retained on the Court file in relation to this application and any deposition shall not to be open to inspection by an application under r.5.4 of the CPR without the prior permission of the Court on notice to the Applicant.

6. 3. the Examiner (a) request the witnesses to each sign their deposition in the examiner's presence, (b) sign the deposition and (c) when completed, send it

1311238_1

1351684-1

1362506-1

1363136-1



together with this Order and the Letter of Request to the Senior Master, Foreign Process Section, Room E02, Royal Courts of Justice, Strand, London WC2A 2LL for transmission to the Court requesting the evidence of the witness.

7.   4. Any person affected by this order may apply to have it set aside or varied within 7 days of service of the order.

Dated the 20th February 2007

1311238_1

~~1351684-1~~

1362506_1

1363136_1

In the matter of a civil proceeding now pending before United States District Court, Northern District of California entitled as follows:

In re Oracle Corporation Securities Litigation
Case No. C-01-0988-MJJ

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**

**B E T W E E N:**

LOCAL 144 NURSING HOME PENSION FUND (1)
ROBERT D. SAWYER (2)

**Plaintiff**

And

ORACLE CORPORATION (1)
LAWRENCE J. ELLISON (2)
JEFFREY O. HENLEY (3)
EDWARD J. SANDERSON (4)

**Defendant**

---

**Draft ORDER**

---

Harbottle & Lewis LLP
Hanover House
14 Hanover Square
London W1S 1HP

Tel: 020 7667 5000
Fax: 020 7667 5100
Ref: 131/337
**Solicitors for the Plaintiffs/Applicants**

1362242-1