07/03 '07 19:07 FAX 02079177323    FARRER & CO LLP                    ☒001
                                   02079177323

                                                                    INCOMING

# FARRER&Co

Harbottle & Lewis  
DX 44617 Mayfair

Your reference    131/337/00307204/3  
Our reference     RAS/SLV  
Direct telephone  +44 (0) 20 7917 7526  
Direct facsimile  +44 (0) 20 7917 7323  
Direct email      ras@farrer.co.uk

7 March 2007                              By facsimile and by DX - 7667 5100

Dear Sirs

**Second Letter**
**Oracle Corporation Securities Litigation -- our client Mr Matthew Symonds**

Thank you for your letter of 6 March by courier and two letters of 7 March by fax.

We refer to your first letter of 7 March 2007 and our subsequent conversation with your Mr Abramson, when we confirmed that Master Whitaker had made no order this afternoon. Having taken instructions, we respond to the points raised in the numbered paragraphs of your letter as follows:

1. Our client accepts the deletion of the five proposed lines of questioning (2, 11, 13, 14 and 15), but with two provisos. The first is that your clients accept our request that the deposition be postponed (we have suggested that it be postponed to Monday, 19 March 2007), to allow our client further time to consider his position and take advice. The second proviso, bearing in mind the objections expressed previously to the proposed lines of questioning in our letter of 6 March 2007, but in the interests of saving costs if possible, is that our client must reserve the right to argue before the Examiner on the day that the other lines of questioning to which we have referred are also irrelevant and, if necessary, apply to the court at that point.

We infer from your letter of 6 March that you will not object to this second proviso, because at the foot of the first page of that letter, when you invoked the discretion of the Examiner, you said that:

"In the event of either party being dissatisfied with the decision of the Examiner, then at that point the deposition can be adjourned and the urgent assistance of the Court obtained, with the obvious costs risk to the unsuccessful party."

2. We note and accept the assurance contained in this paragraph.

Farrer & Co LLP  66 Lincoln's Inn Fields  London  WC2A 3LH  Telephone +44 (0)20 7242 2022  Facsimile +44 (0)20 7242 9899
DX 32 Chancery Lane  Website www.farrer.co.uk

Farrer & Co LLP is a limited liability partnership registered in England and Wales, registered number OC323570, and is regulated by the Law Society.
A list of the members of the LLP is displayed at the above address, together with a list of those non-members who are designated as partners.      FARDM1-528234.1

# FARRER&Co

Harbottle & Lewis
7 March 2007

3. We note what you say but, as previously pointed out in our second letter of 6 March 2007, the absence of such an undertaking may limit the questions which our client is advised that he ought to answer.

We now look forward to hearing from you that you agree to adjournment of the deposition as suggested above. If so, it will not be necessary for our client to apply to the court before the examination takes place to vary the orders of Master Yoxall and Master Whitaker, although (depending on the Examiner's response to any submissions) it may of course be necessary to do so once the Examiner has ruled. However, you should be in no doubt that if your clients are not prepared to agree to pay the costs thrown away by your failure to serve the evidence promptly, and in particular by your failure to comply with the original order of Master Yoxall, an application to the court for those costs will be necessary in any event.

Yours faithfully

Farrer & Co