# Document Filed Under Seal Pursuant to Protective Order