1  LATHAM & WATKINS LLP                          LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                      Patrick E. Gibbs (SBN 183174)
2    Michele F. Kyrouz (SBN 168004)              140 Scott Drive
   505 Montgomery Street, Suite 2000             Menlo Park, California 94025
3  San Francisco, CA 94111-2562                  Telephone: (650) 328-4600
   Telephone: (415) 391-0600                     Facsimile: (650) 463-2600
4  Facsimile: (415) 395-8095                     E-mail: patrick.gibbs@lw.com
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
8  Phone: (212) 906-1200
   Fax: (212) 751-4864
9  E-mail: jamie.wine@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
   ORACLE CORPORATION
12   Dorian E. Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
13 500 Oracle Parkway
   Mailstop 5OP7
14 Redwood Shores, California 94065
   Telephone: (650) 506-5200
15 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
16
   Attorneys for Defendant ORACLE CORPORATION
17

18                        UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| 20 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|---|
| 21 | | |
| 22 | | CLASS ACTION |
| 23 | This Document Relates To: | DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS |
| 24 | ALL ACTIONS. | |
| 25 | | Date: April 3, 2007 |
| 26 | | Time: 9:30 a.m. Judge: Martin J. Jenkins |
| 27 | | FILED UNDER SEAL |
| 28 | | |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' SECOND SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

1  Defendants submit this brief to further supplement the record and clarify their
2  prior submissions to the Court and the Special Master (as well as correspondence with Plaintiffs'
3  counsel filed as exhibits to those submissions) regarding the laptop computer on which Matthew
4  Symonds claims to have stored audio files and transcripts of his interviews with Mr. Ellison. *See*
5  Declaration of Sean P.J. Coyle in Support of Defendants' January 22, 2007 Motion to Reverse
6  Special Master's Order Re: *SOFTWAR* Materials ("Coyle Decl."), at Exhibit 16 (January 15,
7  2007 Letter From P. Wald to Special Master Infante); Defendants' January 22, 2007 Motion to
8  Reverse Special Master's Order Re: *SOFTWAR* Materials ("January 22, 2007 Motion"), attached
9  hereto as Exhibit A; Defendants' February 22, 2007 Supplement to Motion to Reverse Special
10 Master's Order Re: *SOFTWAR* Materials ("February 22, 2007 Supplement"), attached hereto as
11 Exhibit B; Declaration of Matthew D. Harrison in Support of Defendants' Second Supplement to
12 Motion to Reverse Special Master's Order Re: *SOFTWAR* Materials ("Harrison Decl."), filed
13 concurrently herewith, at Exhibit 1 (February 23, 2007 Letter From S. Coyle to Special Master
14 Infante).

15  On January 11 and January 15, 2007, we disclosed to counsel and the Special
16 Master that Mr. Symonds had told Defendants' counsel that the computer on which he claimed to
17 have stored audio files and transcripts of his interviews with Larry Ellison had been taken to a
18 repair shop and then destroyed. *See* Coyle Decl., at Exhibit 12 (January 11, 2007 Letter From P.
19 Gibbs to M. Solomon); *Id.* at Exhibit 16 (January 15, 2007 Letter from P. Wald to Special
20 Master Infante). Our January 11 and 15, 2007 letters to counsel and the Special Master were
21 referenced in the factual background of Defendants' January 22, 2007 Motion.

22  On February 22 and 23, 2007, we disclosed to counsel, the Court and the Special
23 Master that Mr. Symonds had altered his account of these events to say that he had disposed of
24 the computer himself. *See* Harrison Decl., at Exhibit 2 (February 22, 2007 Letter From P. Gibbs
25 to M. Solomon); *Id.* at Exhibit 1 (February 23, 2007 Letter From S. Coyle to Special Master
26 Infante); February 22, 2007 Supplement, attached hereto as Exhibit B.

27  Mr. Symonds has since retained counsel in connection with this matter, and his
28 counsel has declined to shed any further light on Mr. Symonds' story or the status of Mr.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' SECOND SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

1  Symonds' computer. We write to make clear that, in addition to conversations between
2  Defendants' counsel and Mr. Symonds recounted above, Mr. Ellison also has had conversations
3  with Mr. Symonds regarding the *Softwar*-related materials that are the subject of the Special
4  Master's December 29, 2006 Order. Mr. Symonds is currently scheduled to be deposed in
5  London on March 19, 2007. Mr. Ellison is scheduled to sit for four additional hours of
6  deposition testimony on March 30, 2007, although the parties are discussing the possibility of
7  alternative dates in April.

8  Dated: March 14, 2007                                   Respectfully submitted,

                                                           LATHAM & WATKINS LLP
                                                             Peter A. Wald
                                                             Michele F. Kyrouz
                                                             Patrick E. Gibbs
                                                             Jamie L. Wine

                                                           By: _____
                                                           for Patrick E. Gibbs
                                                           Attorneys for Defendants ORACLE
                                                           CORPORATION, LAWRENCE J.
                                                           ELLISON, JEFFREY O. HENLEY,
                                                           and EDWARD J. SANDERSON

FROM LATHAM & WATKINS LLP Fax Machine #2        (WED) 3.14'07 17:43/ST. 17:42/NO. 4861909255 P 5

| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|   | Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| 2 | Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
|   | Matthew D. Harrison (SBN 210981) | Menlo Park, CA 94025 |
| 3 | 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
|   | San Francisco, CA 94111-2562 | Facsimile: (650) 463-2600 |
| 4 | Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
|   | Facsimile: (415) 395-8095 | |
| 5 | E-mail: peter.wald@lw.com | |
|   | michele.kyrouz@lw.com | |
| 6 | matt.harrison@lw.com | |

7  LATHAM & WATKINS LLP
      Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Phone: (212) 906-1200
   Fax: (212) 751-4864
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13    Dorian E. Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18

19                    UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| 22 | | CLASS ACTION |
| 23 | | DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS |
| 24 | This Document Relates To: | |
| 25 | ALL ACTIONS. | |
| 26 | | |
| 27 | | Honorable Martin J. Jenkins |
| 28 | FILED UNDER SEAL | |

I, Matthew D. Harrison, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Second Supplement to Motion to Reverse Special Master's Order re: Softwar Materials.

3. Attached hereto as Exhibit 1 is a true and correct copy of a February 23, 2007 letter from S. Coyle of Latham & Watkins LLP ("Latham"), attorneys for defendants, to Special Master Infante.

4. Attached hereto as Exhibit 2 is a true and correct copy of a February 22, 2007 letter from P. Gibbs of Latham to M. Solomon of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP ("Lerach"), attorneys for plaintiffs.

5. I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2007 in San Francisco, California.

Matthew D. Harrison