Rees F. Morgan
Direct: 415-395-8222
rees.morgan@lw.com

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 038128-0025

January 16, 2007

### VIA HAND DELIVERY AND FACSIMILE

Shawn Williams, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

   Re:   In re Oracle Securities Litigation

Dear Shawn:

   Pursuant to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar* (the "Order"), enclosed please find a CD stamped ORC 177, containing documents bates labeled NDCA-ORCL 1529156 - 1529393. Per the Order, this CD contains the final agreement between Mr. Ellison and Mr. Symonds, as well as transcripts of interviews with Mr. Ellison created in preparation for the book, which Mr. Symonds voluntarily produced to Defendants on Friday, January 12, 2006.

Very truly yours,

Rees Feriter Morgan
of LATHAM & WATKINS LLP

Enclosures

cc:   Mark Solomon (*via facsimile; w/o enclosures*)

 

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 2, 2007, declarant served the **DECLARATION OF MARK SOLOMON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION TO FOREIGN CITIZEN AND NON-U.S. RESIDENT MATTHEW SYMONDS [FILED UNDER SEAL]** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2007, at San Francisco, California.

_____
JOHN MAYER