| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | marks@csgrr.com |
| 6 | dougb@csgrr.com |
|   | skaplan@csgrr.com |
| 7 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 10 | 100 Pine Street, Suite 2600 |
|    | San Francisco, CA  94111 |
| 11 | Telephone:  415/288-4545 |
|    | 415/288-4534 (fax) |
| 12 | shawnw@csgrr.com |
|    | willowr@csgrr.com |
| 13 | moniquew@csgrr.com |
|    | elig@csgrr.com |
| 14 | dpfefferbaum@csgrr.com |
| 15 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ )  ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) DECLARATION OF MARK SOLOMON IN ) SUPPORT OF PLAINTIFFS' REPLY RE ) PLAINTIFFS' MOTION TO COMPEL THE ) TESTIMONY OF MATTHEW SYMONDS ) |

**PREVIOUSLY FILED ON APRIL 20, 2007**
**DOCKET NO. 824**
**REDACTED VERSION**

1  I, MARK SOLOMON, declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of
3  California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of
4  the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the
5  matters stated herein and, if called upon, I could and would competently testify thereto.

6  2.  Attached are true and correct copies of the following exhibits:

7  Exhibit 1:  Excerpts from the Deposition of Matthew Symonds (filed under seal);

8  Exhibit 2:  Deposition of Lawrence Ellison, Volume III, taken March 30, 2007 (filed under seal); and

9  Exhibit 3:  Letter from Larry Ellison to Matthew Symonds, dated January 10, 2007 (filed under seal).

10  I declare under penalty of perjury under the laws of the State of California that the foregoing
11  is true and correct. Executed this 10th day of October, 2007, at San Diego, California.

                                                                /s/
                                                           MARK SOLOMON

T:\CasesSF\Oracle3\10-10-07 continuation of under seal docs\DEC00046306_Redacted.doc

DECL OF MARK SOLOMON IN SUPPORT OF PLTFS' REPLY RE PLTFS'
MOTION TO COMPEL TESTIMONY OF MATTHEW SYMONDS - C-01-0988-MJJ         - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2007.

/s/
MARK SOLOMON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:MarkS@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111