Patrick E. Gibbs
Direct Dial: (650) 463-4696
patrick.gibbs@lw.com

# LATHAM&WATKINS LLP

140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600 Fax: (650) 463-2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 16, 2007

**BY FACSIMILE AND E-MAIL**

Mark Solomon
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

    Re:    In re Oracle Corporation Securities Litigation

Dear Mark:

    I write in response to your letter of today's date. It is ironic that you would accuse me of ignoring your request for further information. As you know, I called you last Friday morning at around 11:00 a.m. to discuss deposition scheduling. During that call you told me, for the first time, that you planned to request an emergency hearing with Judge Infante that afternoon to seek further information. I specifically asked you what additional information you wanted, but you refused to discuss the matter with me further, telling me instead that "all would be revealed" in a letter I would be receiving in 30 or 45 minutes. Several hours later I received your letter to Judge Infante. Had you simply told me what specific information you wanted Friday morning, I could have told you. Your repeated posturing on this issue is neither helpful nor constructive.

    In any event, as with everything else regarding Mr. Symonds' *Softwar*-related materials, I can only pass along what Mr. Symonds has told me, some of which I learned as recently as this morning. Mr. Symonds has told me that he attempted to have the computer repaired at a store called PC World in Brentford, outside of London. From the company's web site (http://www.pcworld.co.uk), it appears that this store is located at 6 West Cross Way, BRENTFORD, Middlesex, TW8 9DE; the telephone number is 0870 2420444. Mr. Symonds does not know the name of the individual(s) with whom he dealt at the store. According to Mr. Symonds, by the time I spoke to him for the first time regarding Judge Infante's order, Mr. Symonds had already contacted the store to determine whether it still had his computer. According to Mr. Symonds, the store has no record of Mr. Symonds or his computer, apparently (Mr. Symonds believes) because he decided not to try to repair the computer, and therefore did not pay the store for any services.

Mark Solomon
January 16, 2007
Page 2

LATHAM&WATKINS LLP

        The answer to your second question—what steps we have taken to attempt to recover the computer—is that we have contacted Mr. Symonds (the other party to the contract through which Judge Infante concluded that Mr. Ellison has "control" over the tapes and transcripts at issue) and asked him to confirm for us the steps he has taken in an attempt to retrieve the computer. As discussed above, according to Mr. Symonds, those efforts have been unsuccessful.

Very truly yours,

*[signature]*

Patrick E. Gibbs
of LATHAM & WATKINS LLP

cc:    Shawn Williams