#1687

VM93

LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

E-FILED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DEFENDANTS' SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS** |
| | Date: April 3, 2007<br>Time: 9:30 a.m.<br>Judge: Martin J. Jenkins |

**FILED UNDER SEAL**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

02.22.07

487

V√93

1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
7  885 Third Avenue, Suite 1000
   New York, NY 10022-4834
8  Phone: (212) 906-1200
   Fax: (212) 751-4864
9  E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

REC'D FEB 23 2007

10  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
    ORACLE CORPORATION
12    Dorian E. Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
13  500 Oracle Parkway
    Mailstop 5OP7
14  Redwood Shores, California 94065
    Telephone: (650) 506-5200
15  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
16
    Attorneys for Defendant ORACLE CORPORATION
17

18                    **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DEFENDANTS' SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS** |
| | Date: April 3, 2007<br>Time: 9:30 a.m.<br>Judge: Martin J. Jenkins |
| **FILED UNDER SEAL** | |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

|   |   |
|---|---|
| 1 | Defendants respectfully submit this supplemental brief to inform the Court about |
| 2 | developments that have occurred since Defendants' filed their Motion to Reverse the Special |
| 3 | Master's Order Re: *SOFTWAR* Materials. Specifically, Matthew Symonds (who authored the |
| 4 | book *SOFTWAR* and who has had physical possession of the interview recordings and transcripts |
| 5 | called for by the Special Master's Order) informed Defendants' counsel for the first time today |
| 6 | that some of the information he previously supplied to Defendants' counsel is false. |

### Background

|   |   |
|---|---|
| 8 | On January 22, 2007, Defendants filed a motion with this Court seeking to reverse |
| 9 | the Special Master's Order requiring Defendants to produce "any and all tape recordings and/or |
| 10 | transcripts of interviews with [Defendant Larry] Ellison created in the preparation of the book |
| 11 | [*SOFTWAR: An Intimate Portrait of Larry Ellison and Oracle*]." *See* Motion to Reverse Special |
| 12 | Master's Order Re: *SOFTWAR* Materials (the "Motion") (attached hereto as Exhibit A). In |
| 13 | support of that Motion, Defendants relayed information that had been provided to Defendants by |
| 14 | Matthew Symonds, the author of *SOFTWAR* who had physical possession of the recordings and |
| 15 | transcripts called for by the Order. *See* Motion at pp. 8-9. Among other things, Mr. Symonds |
| 16 | had informed Defendants' counsel that a number of electronic files in which he had stored audio |
| 17 | recordings and transcripts of his interviews with Mr. Ellison had been lost as the result of a |
| 18 | computer virus. *See id.* Defendants' counsel relayed this information to Plaintiffs and the |
| 19 | Special Master in a series of letters, and those letters, in turn, were cited as part of the factual |
| 20 | background in the Motion. *See id.* Defendants did not have (and did not purport to have) |
| 21 | personal knowledge of the facts as represented by Mr. Symonds, but instead simply relayed what |
| 22 | Mr. Symonds had said. *See id.* Indeed, in their January 15, 2007, letter to Special Master |
| 23 | Infante, Defendants noted that the dispute regarding Mr. Symonds' handling of these tapes and |
| 24 | transcripts "involves two parties – Plaintiffs and Defendants – who have NO personal knowledge |
| 25 | of the facts." *See* Declaration of Sean P.J. Coyle in Support of Defendants' Motion (attached |
| 26 | hereto as Exhibit B), at Ex. 16, p. 4 (Jan. 15, 2007 Letter from P. Wald). |
| 27 | / / / |
| 28 | / / / |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

**Recent Developments**

Today, Mr. Symonds told Defendants' counsel, for the first time, that some of the information he previously provided to Defendants' counsel was false. Specifically, today Mr. Symonds told Defendants' counsel that:

- He did not try to have his laptop computer repaired, contrary to his prior statement to Defendants' counsel that he took his laptop to a computer shop to be repaired;
- He was never told that the laptop had a virus, contrary to his representation to Defendants' counsel that he was told that the files at issue had been rendered inaccessible due to a computer virus;
- He was never told (as he previously told us) that the data files on the computer were inaccessible; and
- He did not instruct any repair shop to dispose of the laptop, contrary to his representation to Defendants' counsel that he asked an employee of a repair shop to dispose of his computer.

Mr. Symonds' new story is that, some time after becoming aware of Plaintiffs' motion to compel the production of materials related to *SOFTWAR*, Mr. Symonds attempted to use the laptop on which the audio files and transcripts were stored, and because it was not performing properly, he simply disposed of the computer himself, dropping it off at a facility for the "ecological" disposal of computers and similar items. Mr. Symonds claims that the rest of the information he provided to Defendants' counsel was correct.

As before, Defendants have no personal knowledge about the events most recently described by Mr. Symonds. Defendants are supplying this information to the Court (and have already supplied it to Plaintiffs) so that the record on this Motion accurately reflects what Mr. Symonds has told Defendants' counsel. Defendants do not know whether Mr. Symonds' latest version of events is true.

Having asked Mr. Symonds in November of 2006 to preserve these materials, and having demanded that Mr. Symonds produce these materials to Defendants for production to

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFS' SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ

1  Plaintiffs in accordance with the Special Master's Order, Defendants are extremely troubled by
2  Mr. Symonds' most recent version of events, and by Mr. Symonds' failure to provide a truthful
3  explanation regarding what happened to the computer files at issue.

### Mr. Symonds' Behavior Demonstrates That Defendants Have No Control Over This Witness

As demonstrated by Mr. Symonds' conduct, and by his failure to tell Defendants' counsel the truth about his handling of the materials called for by the Order, Defendants have no control over Mr. Symonds or the interview recordings and transcripts of his interviews with Mr. Ellison. If Defendants had control over those materials, they would have produced them in this case. If Defendants had any control over Mr. Symonds' actions, he would have preserved these materials (as Defendants' counsel asked him to do); he would have provided all of the materials at issue to Defendants (as Defendants' counsel asked him to do); and Defendants would have produced them. (As noted in Defendants' Motion, Mr. Symonds did produce some hard copy transcripts to Defendants, which Defendants, in turn, produced to Plaintiffs.)

Defendants have moved to reverse the Special Master's Order both because Defendants believe the ruling was legally incorrect and because it would be fundamentally unfair to hold Defendants responsible for the actions of a person who is outside their control. Mr. Symonds' actions over the past two months amply confirm that Defendants have no control over this witness, and lacking such control, Defendants should not be penalized for his improper conduct.

Dated: February 22, 2007

Respectfully submitted,
LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Patrick E. Gibbs
Jamie L. Wine

By: /s/ Patrick E. Gibbs
Patrick E. Gibbs
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFS' SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ