FROM LATHAM & WATKINS LLP Fax Machine #2      (WED) 3.14' 07 17:43/ST. 17:42/NO. 4861909255 P 2

1  LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
2  Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
8  Phone: (212) 906-1200
   Fax: (212) 751-4864
9  E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
   ORACLE CORPORATION
12.   Dorian E. Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
13 500 Oracle Parkway
   Mailstop 5OP7
14 Redwood Shores, California 94065
   Telephone: (650) 506-5200
15 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
16
   Attorneys for Defendant ORACLE CORPORATION
17

18              UNITED STATES DISTRICT COURT
19        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  In re ORACLE CORPORATION<br>   SECURITIES LITIGATION<br>21<br>22 _____<br>   This Document Relates To:<br>23<br>   ALL ACTIONS.<br>24 | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' SECOND SUPPLEMENT<br>TO MOTION TO REVERSE SPECIAL<br>MASTER'S ORDER RE: SOFTWAR<br>MATERIALS** |
| 25<br>26 | Date:  April 3, 2007<br>Time:  9:30 a.m.<br>Judge: Martin J. Jenkins |

27                         FILED UNDER SEAL

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' SECOND SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS
Master File No. C-01-0988-MJJ

1   Defendants submit this brief to further supplement the record and clarify their
2   prior submissions to the Court and the Special Master (as well as correspondence with Plaintiffs'
3   counsel filed as exhibits to those submissions) regarding the laptop computer on which Matthew
4   Symonds claims to have stored audio files and transcripts of his interviews with Mr. Ellison. *See*
5   Declaration of Sean P.J. Coyle in Support of Defendants' January 22, 2007 Motion to Reverse
6   Special Master's Order Re: *SOFTWAR* Materials ("Coyle Decl."), at Exhibit 16 (January 15,
7   2007 Letter From P. Wald to Special Master Infante); Defendants' January 22, 2007 Motion to
8   Reverse Special Master's Order Re: *SOFTWAR* Materials ("January 22, 2007 Motion"), attached
9   hereto as Exhibit A; Defendants' February 22, 2007 Supplement to Motion to Reverse Special
10  Master's Order Re: *SOFTWAR* Materials ("February 22, 2007 Supplement"), attached hereto as
11  Exhibit B; Declaration of Matthew D. Harrison in Support of Defendants' Second Supplement to
12  Motion to Reverse Special Master's Order Re: *SOFTWAR* Materials ("Harrison Decl."), filed
13  concurrently herewith, at Exhibit 1 (February 23, 2007 Letter From S. Coyle to Special Master
14  Infante).

15  On January 11 and January 15, 2007, we disclosed to counsel and the Special
16  Master that Mr. Symonds had told Defendants' counsel that the computer on which he claimed to
17  have stored audio files and transcripts of his interviews with Larry Ellison had been taken to a
18  repair shop and then destroyed. *See* Coyle Decl., at Exhibit 12 (January 11, 2007 Letter From P.
19  Gibbs to M. Solomon); *Id.* at Exhibit 16 (January 15, 2007 Letter from P. Wald to Special
20  Master Infante). Our January 11 and 15, 2007 letters to counsel and the Special Master were
21  referenced in the factual background of Defendants' January 22, 2007 Motion.

22  On February 22 and 23, 2007, we disclosed to counsel, the Court and the Special
23  Master that Mr. Symonds had altered his account of these events to say that he had disposed of
24  the computer himself. *See* Harrison Decl., at Exhibit 2 (February 22, 2007 Letter From P. Gibbs
25  to M. Solomon); *Id.* at Exhibit 1 (February 23, 2007 Letter From S. Coyle to Special Master
26  Infante); February 22, 2007 Supplement, attached hereto as Exhibit B.

27  Mr. Symonds has since retained counsel in connection with this matter, and his
28  counsel has declined to shed any further light on Mr. Symonds' story or the status of Mr.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' SECOND SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS
Master File No. C-01-0988-MJJ

1  Symonds' computer. We write to make clear that, in addition to conversations between
2  Defendants' counsel and Mr. Symonds recounted above, Mr. Ellison also has had conversations
3  with Mr. Symonds regarding the *Softwar*-related materials that are the subject of the Special
4  Master's December 29, 2006 Order. Mr. Symonds is currently scheduled to be deposed in
5  London on March 19, 2007. Mr. Ellison is scheduled to sit for four additional hours of
6  deposition testimony on March 30, 2007, although the parties are discussing the possibility of
7  alternative dates in April.

8  Dated: March 14, 2007                                    Respectfully submitted,

                                                            LATHAM & WATKINS LLP
                                                              Peter A. Wald
                                                              Michele F. Kyrouz
                                                              Patrick E. Gibbs
                                                              Jamie L. Wine

                                                            By: _____
                                                            ﬀᵦᵧ Patrick E. Gibbs
                                                              Attorneys for Defendants ORACLE
                                                              CORPORATION, LAWRENCE J.
                                                              ELLISON, JEFFREY O. HENLEY,
                                                              and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFS' SECOND SUPPL. TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS
Master File No. C 01 0988 SI