# EXHIBIT 1

1 | Richard M. Heimann (Bar No. 063607)
Elizabeth J. Cabraser (Bar No. 083151)
2 | Joy A. Kruse (Bar No. 142799)
Daniel E. Barenbaum (Bar No. 209261)
3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
4 | 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
5 | Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

6

7 | Steven E. Fineman (Bar No. 140335)
Daniel P. Chiplock
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8 | 780 Third Avenue, 48th Floor
New York, New York  10017
9 | Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

10

Attorneys for Plaintiffs

11

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

12

IN AND FOR THE COUNTY OF SAN FRANCISCO

13

| | |
|---|---|
| 14  MERRILL LYNCH FUNDAMENTAL GROWTH FUND, INC. AND MERRILL LYNCH GLOBAL VALUE FUND, INC., | Case No.  CGC-02-405792 |
| 15 | **FOURTH AMENDED COMPLAINT FOR:** |
| 16  Plaintiffs, | **(1) VIOLATIONS OF CAL. CORP. SECURITIES LAW OF 1968;** |
| 17  v. | |
| 18  McKESSON HBOC, INC., HBO & COMPANY, ARTHUR ANDERSEN, LLP, CHARLES W. | **(2) VIOLATIONS OF CAL. BUS. PROF. CODE §§17200 ET SEQ.** |
| 19  MCCALL, JAY P. GILBERTSON, JAY M. LAPINE, MICHAEL SMERASKI, MARK A. | **(3) VIOLATIONS OF COMMON LAW OF FRAUD AND DECEIT AND** |
| 20  PULIDO, RICHARD H. HAWKINS, ALBERT J. BERGONZI, HEIDI YODOWITZ, BEAR | **NEGLIGENT MISREPRESENTATION** |
| 21  STEARNS & CO., GENERAL ELECTRIC CAPITAL CORPORATION, INC., WEBMD | |
| 22  CORP., COMPUTER ASSOCIATES INTERNATIONAL, INC. AND DOES 4-200, | **(4) VIOLATIONS OF NEW JERSEY STATE LAW** |
| 23  Defendants. | **(5) VIOLATIONS OF GEORGIA STATE LAW** |
| 24 | |
| 25 | <u>JURY TRIAL DEMANDED</u> |

26

27

28

278758.1

## JURISDICTION AND VENUE

20.    This Court has jurisdiction over all causes of action asserted in this Amended Complaint pursuant to the California Constitution, Article VI, §10, because this is a cause not given by statute to other trial courts. The claims asserted herein arise under §§25400 and 25500 of the Cal. Corp. Code; §17200 et seq. of the Cal. Bus. & Prof. Code; §§10-5-12, 10-5-14, 16-14-4(b) and 16-14-4(c) of the Official Code of Georgia Annotated; New Jersey Statutes Annotated §§2C:41-2 and 2C:41-4; and common law.

21.    Venue is proper in the Superior Court for the County of San Francisco because defendants offered shares of McKesson HBOC stock for sale in this county, concealed material facts and made material misrepresentations and omissions in this county, and offered and sold shares and induced the continued retention of shares by material misrepresentations and by concealment of material facts, which were made in this county. In addition, McKesson HBOC has its headquarters and principal place of business in San Francisco, California. All of the defendants maintain offices and/or conduct business or have conducted business in San Francisco, California.

22.    The amount in controversy exceeds the jurisdictional minimum of this Court.

23.    This action is not preempted by the Federal Securities Litigation Uniform Standards Act of 1998, Pub. L. No. 105-353 (1998) ("SLUSA"), because this Complaint only asserts state law claims, and is not a class action, an action brought by a representative party, or an action that seeks damages on behalf of more than fifty persons.

## THE PARTIES

### Plaintiffs

24.    Plaintiff Merrill Lynch Fundamental Growth Fund, Inc. ("ML Fundamental Growth Fund") is incorporated in Maryland, with its principal place of business in New Jersey. ML Fundamental Growth Fund is the successor to all of the rights and liabilities of the Merrill Lynch Growth Fund ("ML Growth Fund"), pursuant to a merger with the ML Growth Fund effective January 1, 2002. ML Growth Fund purchased 2,632,800 shares of McKesson HBOC