# EXHIBIT 2

Draft: New terminology on Forecasting... Page 1 of 1

From: Patricia McManus
Sent: Fri, 06 Oct 2000 11:47:03 GMT
To: James English
CC: Patricia McManus
BCC:
Subject: Draft: New terminology on Forecasting...

EXHIBIT 110
Rachel A. Ferrier
CSR No. 6948
Date: 9/27/06
Witness:
Ellison

file://\\Anthony-master\C\May1\Final%20Confidential%20Responsive\Final%20Confide...   10/25/2004
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203681

```
begin:vcard
n:McManus;Patricia
tel;fax:610-722-2000
tel;work:610-722-2173
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:patricia.mcmanus@oracle.com
fn:Patricia McManus
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 203682

Hi,

Jim, we can talk through the recommendation, let me know your thoughts...

Recently Larry has changed the way that he is interpreting our forecast. He would like us to reflect our numbers as follows...

Worst - this is our bottom threshold - minimum 80% probability for opportunity - our old thinking of "commit"
Forecast - some risk included, potentially 50% of the time you make it and 50% of the time you don't - minimum 60% probability for an opportunity
Best - the top threshold for the quarter - minimum 40% probability for an opportunity

This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment. It was the amount that you believed you could deliver at a minimum. That emphasis has shifted to "worst" and now our forecast is a number that includes more risk than in the past. Best case should not be our entire quarter pipeline. As deals cross the 40% win probability threshold, they enter our best case.

The win probabilities are guidelines and should be adjusted as you move through the quarter., Obviously, a 60% win probability the last week of the quarter is probably not a "forecast" item. Common sense has to prevail. The win probabilities are in OSO and should be reviewed for accuracy with the reps. The win probabilities have to be updated on a timely basis.

We will incorporate this in our OSO 11i training that is tentatively scheduled the week of 10/23.

Please let us know if you have any questions!

Thanks,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 203683