# EXHIBIT 3

confidential: License Revenue Forecast Accuracy

**Subject:** confidential: License Revenue Forecast Accuracy
**Date:** Tue, 19 Sep 2000 06:49:51 -0700
**From:** Sandy Sanderson <sandy.sanderson@oracle.com>
**Organization:** Oracle Corporation
**To:** Sebastian J Gunningham <sebastian.gunningham@oracle.com>,
Frank Varasano <frank.varasano@oracle.com>,
"English,James" <JTENGLIS@US.ORACLE.COM>,
Cheryl <cheryl.mcdowell@oracle.com>

larry wants the evp's to do a better job of forecasting than we have in
the past. he says we continually understate where we are going to
land. this is typically true except for this last quarter. let's make
sure we factor in this historical perspective on our forecast calls.
how, i am not sure. but, let's make sure we atleast consider this
information.

for obvious reasons, pls don't forward this email due to sensitive info.

sandy

---

**Subject:** License Revenue Forecast Accuracy
**Date:** Mon, 18 Sep 2000 14:51:30 -0700
**From:** Lia Burke <lia.burke@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>,
"Catz,Safra" <SCATZ@US.ORACLE.COM>,
"Henley,Jeffrey" <JHENLEY@US.ORACLE.COM>,
Jennifer Minton <jminton@US.ORACLE.COM>,
"Roberts,George" <GROBERTS@US.ORACLE.COM>,
"Nussbaum,Jay" <JNUSSBAU@US.ORACLE.COM>,
"Sanderson,Edward" <ESANDERS@US.ORACLE.COM>,
"Bloom,Gary" <GBLOOM@US.ORACLE.COM>,
"Wohl,Ronald" <RWOHL@US.ORACLE.COM>, sgiacole@ch.oracle.com
**CC:** Ivgen Guner <iguner@US.ORACLE.COM>,
"Ronsse,Roberta" <RRONSSE@US.ORACLE.COM>

All,

Attached is an analysis I prepared for Jeff last week comparing the
license revenue forecast at various points over the past 5 quarters with
the actuals for that quarter. On average at the total company level our
final license revenue forecast is generally between 84% and 89% of our
final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

| Forecasttrends.xls | Name: Forecasttrends.xls<br>Type: Microsoft Excel Worksheet (application/vnd.ms-excel)<br>Encoding: base64 |
|---|---|

CA-ORCL 025231

ORACLE CONFIDENTIAL

NDCA-ORCL 028211

confidential: License Revenue Forecast Accuracy

Lia Burke <lia.burke@oracle.com>
Director, Worldwide Finance
Visit us at http://www.oracle.com

2

CA-ORCL 025232

ORACLE CONFIDENTIAL

NDCA-ORCL 028212