# EXHIBIT 4

**From:** Jennifer Minton  
**Sent:** Tue, 19 Sep 2000 20:50:24 GMT  
**To:** WILLIAM PLANT; DAVIES; Greg; Mcdowell; Cheryl; Winton; David; Ford; Terrence; English; James; Guner; Ivgen  
**CC:**  
**BCC:**  
**Subject:** [Fwd: License Revenue Forecast Accuracy]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 151956

```
begin:vcard
n:;Jennifer
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:jennifer.minton@oracle.com
fn:Jennifer Minton
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 151957

```
begin:vcard
n:Burke;Lia
tel;fax:(650) 506 7107
tel;work:(650) 506 2534
x-mozilla-html:FALSE
org:<A HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/"><imgsrc="http://www.oracle.com/signature/obanner.gif"></A>;<A HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at http://www.oracle.com</A>
adr:;;;;;
version:2.1
email;internet:lia.burke@oracle.com
title:Director, Worldwide Finance
fn:Lia Burke
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 151958

# LICENSE REVENUE FORECAST ACCURACY

## Q1FY00

| Constant $ (May 99) License | Actuals Q1FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 70,496 | | $ 68,796 | $ 62,839 | $ 70,174 | nm | 98% | 89% | 100% | $ (322) |
| NAS - Roberts | 127,869 | | 99,549 | 118,415 | 119,021 | nm | 78% | 93% | 93% | (8,848) |
| OPI - Varasano | 49,767 | | 40,998 | 40,559 | 40,441 | nm | 82% | 81% | 81% | (9,326) |
| LA - Sanderson | 23,021 | | 26,325 | 25,052 | 23,733 | nm | 114% | 109% | 103% | 712 |
| Europe - Giacoletto | 186,571 | | 183,624 | 173,911 | 172,668 | nm | 98% | 93% | 93% | (13,903) |
| APAC - Williams | 51,526 | | 49,657 | 51,437 | 51,047 | nm | 96% | 100% | 99% | (479) |
| Japan - Sano | 66,608 | | 64,310 | 63,531 | 63,630 | nm | 97% | 95% | 95% | (2,978) |
| Corporate Adjustments | 36,471 | | - | 4,618 | 5,947 | nm | nm | 13% | 16% | (30,524) |
| Total | $612,329 | $ - | $ 533,259 | $ 540,362 | $546,661 | nm | 87% | 88% | 89% | $ (65,668) |

## Q2FY00

| Constant $ (May 99) License | Actuals Q2FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 125,915 | $ 132,473 | $ 132,474 | $ 145,018 | $ 144,977 | 105% | 105% | 115% | 115% | $ 19,062 |
| NAS - Roberts | 197,813 | 133,856 | 133,694 | 138,587 | 151,694 | 68% | 68% | 70% | 77% | (46,119) |
| OPI - Varasano | 54,404 | 57,429 | 57,357 | 61,556 | 54,862 | 106% | 105% | 113% | 101% | 458 |
| LA - Sanderson | 33,507 | 36,345 | 35,086 | 34,579 | 34,566 | 108% | 105% | 103% | 103% | 1,059 |
| Europe - Giacoletto | 286,306 | 234,530 | 235,488 | 239,978 | 238,464 | 82% | 82% | 84% | 83% | (47,842) |
| APAC - Williams | 55,365 | 64,129 | 63,063 | 59,301 | 57,788 | 116% | 114% | 107% | 104% | 2,423 |
| Japan - Sano | 94,807 | 88,243 | 88,013 | 85,825 | 86,963 | 93% | 93% | 91% | 92% | (7,844) |
| Corporate Adjustments | 26,493 | - | 4,812 | 3,939 | 6,491 | nm | 18% | 15% | 25% | (20,002) |
| Total | $874,610 | $ 747,005 | $ 749,987 | $ 768,783 | $775,805 | 85% | 86% | 88% | 89% | $(98,805) |

## Q3FY00

| Constant $ (May 99) License | Actuals Q3FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 188,953 | $ 130,000 | $ 130,000 | $ 129,981 | $ 130,009 | 69% | 69% | 69% | 69% | $ (58,944) |
| NAS - Roberts | 311,818 | 176,356 | 187,205 | 211,642 | 237,279 | 57% | 60% | 68% | 76% | (74,539) |
| OPI - Varasano | 83,272 | 49,992 | 69,700 | 69,985 | 70,029 | 60% | 84% | 84% | 84% | (13,243) |
| LA - Sanderson | 41,243 | 32,175 | 32,500 | 33,130 | 37,435 | 78% | 79% | 80% | 91% | (3,808) |
| Europe - Giacoletto | 279,644 | 262,100 | 262,844 | 263,316 | 267,153 | 94% | 94% | 94% | 96% | (12,491) |
| APAC - Williams | 66,796 | 59,795 | 59,850 | 58,084 | 59,601 | 90% | 90% | 87% | 89% | (7,195) |
| Japan - Sano | 80,453 | 84,347 | 76,567 | 76,387 | 75,448 | 105% | 95% | 95% | 94% | (5,005) |
| USA Sales & Operations | 8 | - | - | 609 | 90 | nm | nm | 7613% | 1125% | 82 |
| Corporate Adjustments | (2,666) | 5,350 | 5,348 | 5,785 | 6,496 | -201% | -201% | -217% | -244% | 9,162 |
| Total | $1,049,521 | $ 800,115 | $ 824,014 | $ 848,919 | $883,540 | 76% | 79% | 81% | 84% | $(165,981) |

## Q4FY00

| Constant $ (May 99) License | Actuals Q4FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 345,055 | $ 259,963 | $ 260,003 | $ 290,030 | $ 310,040 | 75% | 75% | 84% | 90% | $ (35,015) |
| NAS - Roberts | 523,431 | 385,489 | 387,989 | 423,572 | 436,484 | 74% | 74% | 81% | 83% | (86,947) |
| OPI - Varasano | 198,499 | 105,008 | 120,000 | 130,003 | 160,011 | 53% | 60% | 65% | 81% | (38,488) |
| LA - Sanderson | 70,474 | 50,000 | 53,628 | 54,101 | 57,925 | 71% | 76% | 77% | 82% | (12,549) |
| Europe - Giacoletto | 471,729 | 428,360 | 429,406 | 431,135 | 431,089 | 91% | 91% | 91% | 91% | (40,640) |
| APAC - Williams | 100,550 | 75,880 | 75,605 | 74,907 | 75,947 | 75% | 75% | 74% | 76% | (24,603) |
| Japan - Sano | 113,603 | 102,065 | 102,179 | 102,237 | 107,473 | 90% | 90% | 90% | 95% | (6,130) |
| USA Sales & Operations | 18 | - | - | (1) | (1) | nm | nm | nm | nm | (19) |
| Corporate Adjustments | 7,397 | 2,931 | 740 | (5,574) | (3,689) | 40% | 10% | nm | nm | (11,086) |
| Total | $1,830,756 | $ 1,409,696 | $ 1,429,550 | $ 1,500,410 | $1,575,279 | 77% | 78% | 82% | 86% | $(255,477) |

License 4/28/2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 151959

All,

Attached is an analysis I prepared for Jeff last week comparing the license revenue forecast at various points over the past 5 quarters with the actuals for that quarter. On average at the total company level our final license revenue forecast is generally between 84% and 89% of our final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL-151961

FYI. We need to work closely with management to improve the accuracy of the forecast. Larry made it clear that he wants everyone to submit realistic forecasts - he is not interested in "commit" numbers.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER