# EXHIBIT 5

### Page 1

```
00001:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
      02        IN AND FOR THE COUNTY OF SAN MATEO
      03                  ---oOo---
      04   COORDINATION PROCEEDING
      05
      06
      07             PROCEEDING NO. 4180
      08   THIS DOCUMENT RELATES TO:
      09   ALL ACTIONS
      10
      11
      12          DEPOSITION OF JEFFREY O. HENLEY
      13             Tuesday, March 2, 2004
      14             Volume I (Pages 1 - 274)
      15
      16   CONFIDENTIAL: THIS TRANSCRIPT IS DESIGNATED AS
      17   THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARK
      18   EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORD
      19
      20   REPORTED BY:
      21   HOLLY MOOSE, RDR-CRR-CRP
      22
      23
      24          Certified Shorthand Reporters
      25          San Francisco, California  94102
```

### Page 2

```
00002:01   IN THE COURT OF CHANCERY OF THE STATE OF DELAWA
      02         IN AND FOR NEW CASTLE COUNTY
      03
      04   IN RE ORACLE CORPORATION
      05   DERIVATIVE LITIGATION
      06   _____/
      07
      08
      ...
      25
```

### Page 3

```
00003:01              A P P E A R A N C E S
      02
      03   FOR CALIFORNIA PLAINTIFFS:
      04   BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
      05       ELIZABETH GUARNIERI, ESQ.
      06   San Francisco, CA  94104
      07
      08
      09   BY: DAVID PEREZ, LAW CLERK
      10   Suite 1000, Tenth Floor
      11
      12
      13
      14   BY: DOUGLAS WILENS, ESQ.
      15   Boca Raton, FL  33432
      16
      17
      18
      19   BY: ALAN N. SALPETER, ESQ.
      20   190 South La Salle Street
      21   (312)782-0600
      22
      23
      24
      25
```

```
1   00063:01 assumed they were current.
2   02   Q. Okay. Okay, Mr. Henley, I'd like to move on
3   03 to a more broader discussion regarding Oracle and some
4   04 of its business terms and processes.
5   05      Can you explain for me what the term
6   06 "pipeline" means, as used at Oracle during Q3 2001.
7   07   A. Sure. It's a -- it's a amalgamation of all
8   08 the transactions that the sales force around the world
9   09 is pursuing. These are -- there are a variety of
10  10 stages, from very early "Gee, there's something here we
11  11 gotta look into," to very late stages of negotiating
12  12 contracts, and all that sort of thing.
13  13      So it's a summation of all -- hundreds and
14  14 hundreds of different transactions that the company has,
15  15 the sales force is working on in some stage.
16  16   Q. Okay. Does the company use different forms
17  17 of -- strike that. Let me ask a different question.
18  18      Is a pipeline number something that is used --
19  19 that is constant and always used in the same way at the
20  20 company at all levels, or is the information that's
21  21 contained in a pipeline number sometimes filtered or
22  22 weighted differently?
23  23      MR. SALPETER: Objection to form.
24  24      THE WITNESS: I think I understand what you're
25  25 asking me. There is a process that salespeople and
```

```
1   00064:01 sales management all the way up the chain use to try to
2   02 enter in deals they're working on, assign values of the
3   03 deal, the probability of closing, close dates.
4   04      There's a -- management reviews that.
5   05 Management sometimes questions dates. Sometimes the
6   06 dates are changed. There's -- there is some management
7   07 judgment as to how people assess probabilities and
8   08 things like that. But, you know, there is human
9   09 judgment, I guess, in some of the stuff.
10  10      But the attempt is that we get something that
11  11 by the time Larry and I get it, it's a amalgamation of
12  12 deals that is consistently put together as well as we
13  13 can do. But there is human judgment on probabilities
14  14 and things like that.
15  15      MS. LAVALLEE: Q. Okay. In terms of the
16  16 numbers for pipelines that you and Larry get, the --
17  17 what -- you get pipeline information in what form? Do
18  18 you get it in a particular report?
19  19   A. I typically get a summary that is a part of
20  20 our forecast document. And there we have the forecast
21  21 for the quarter. There's a column that shows pipeline
22  22 information for all the various summary -- Europe, Asia,
23  23 that sort of thing.
24  24   Q. Okay. And it sounds like you're --
25  25      MS. SEGAL: Nicole, can I just -- what time
```

```
1   00065:01 frame are you talking about?
2   02      MS. LAVALLEE: Q3 2001.
3   03      THE WITNESS: That -- my assumption, right.
4   04      MS. LAVALLEE: Okay.
5   05   Q. Now, it sounds as though you're talking about
6   06 a specific document. Are you indeed?
7   07   A. Yes. Yes, I am.
8   08   Q. Okay. And what is the name of that document?
9   09   A. I'm not even certain. It's what -- our
10  10 standard global forecast reports. You know, it's the
11  11 most critical report that I review, obviously. And it
12  12 shows the latest up -- latest forecast that we have from
13  13 around the world at a summary level by major geography,
14  14 by major management, member of the executive committee.
15  15   Q. Okay. And is that a document that's sometimes
16  16 referred to as an upside report, do you know, or is that
17  17 something different?
18  18   A. I don't call it that. But it includes a
19  19 column that tries to factor in judgment on top of what
20  20 the particular business units have turned in.
21  21   Q. Okay. Now, the number that -- the pipeline
22  22 number that you're talking about on these particular
23  23 reports, is that something that includes closed deals?
24  24   A. The pipeline would include closed deals. We
25  25 don't literally take closed deals out until the end of
```

```
1   00066:01 the quarter.
2   02   Q. Okay.
3   03   A. So throughout the quarter, it would include
4   04 closed deals, as well as all open deals that the field
5   05 feels have a chance of closing that quarter.
6   06   Q. And you said it's up until the end of the
7   07 quarter. Is there a period of time at which you
8   08 actually do remove the closed deals?
9   09   A. Once the quarter's over.
10  10   Q. Okay.
11  11   A. Mm-hm.
12  12   Q. And what is the source of the data -- or what
13  13 is the source of the pipeline figure that you're
14  14 referring to in this report?
15  15   A. It's varied over the years, but in the most
16  16 recent years, it's a report we call our -- the OSO
17  17 report. It's an application that Oracle developed over
18  18 the last several years that we sell to customers. We
19  19 use it ourselves. And so that has become the universal
20  20 global report.
21  21      But years before, they used spreadsheets.
22  22 There were a variety of ways. But the methodology's
23  23 always been the same, that people enter in all their
24  24 transactions, we sum it up around the world and get a
25  25 sense of what people's pipelines are.
```

## Page 113

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00113:01  one time and announced the results at an analyst day.
02  And at that point -- and I don't remember when it was,
03  whether it was before or after. The data I looked at
04  had been over the last three or six months or something,
05  but I thought at that time it was representative. And
06  it was about 50 cents on the dollar.
07      So I said for every dollar -- said this at one
08  of our analyst days -- for every dollar of applications,
09  we drag along 50 cents of technology, primarily
10  database.
11  Q.  Okay. And why is it that the company looks at
12  those figures?
13  A.  Well, let's see. Why did -- I'm -- I can't
14  answer for the company. I can tell you why I was
15  interested, why I thought analysts would be interested.
16  Q.  Please do.
17  A.  And we have not routinely measured this, by
18  the way. So if we were really interested, I guess we
19  would measure it every quarter, but ...
20      I felt that the -- the analysts would just be
21  interested in knowing how much our applications business
22  helps our database business. We'd gotten questions
23  about that from time to time.
24  Q.  Okay.
25  A.  And we've also published information on how
```

## Page 114

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00114:01  much our competitor -- applications competitors -- what
02  percentage of their wins usually have an Oracle database
03  associated with them too. So they're always interested
04  in that as well.
05  Q.  Okay. Now, other than -- we've looked at two
06  types of reports here today. Other than the data that's
07  compiled in these reports, can you tell me how you
08  personally were able to access information regarding
09  forecasts, numbers, or potential numbers during Q3 2001.
10  A.  How I was able to access?
11  Q.  Or how you were able to learn of the potential
12  or forecast numbers.
13  A.  Oh. Two -- you know, basically two ways.
14  One, looking at the reports. And we did share some of
15  the report with other members of the EC; we just didn't
16  give them the full financial forecast.
17      But we'd typically go around the room, and the
18  sales executives talk about their license numbers. So
19  that, they know; they just don't know the full financial
20  forecast. So we give them one or two pages out of this
21  report and they comment on how they were doing.
22      And there's obviously always narrative that
23  goes on in these meetings about, you know, how good they
24  think their forecast is, what the upside, the downside.
25  They typically talk in a range of how -- you know, what
```

## Page 115

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00115:01  do they think they may end up, up or down.
02  And so in the quarter, we had that
03  conversation. And I typically will, you know, bore in
04  on them and ask them, or Larry will ask them, questions,
05  that sort of thing. So we certainly try to get
06  commentary, perspective, beyond just looking at the
07  numbers.
08      And Jennifer Minton, as I said earlier, has
09  talked to finance people, and she's done her own work.
10  But I'm also kind of trying to judge what they say and
11  what she says and just -- you know, Larry is too. We're
12  trying to figure out what the range of possibilities
13  are.
14  Q.  Okay. And you're talking now about
15  conversations during -- are you talking now about
16  conversations during the EMC meetings?
17  A.  Yes.
18  Q.  And other than the EMC meetings, what other
19  types of methods do you use to obtain information
20  regarding these figures in Q3 2001?
21  A.  I don't remember. I mean, it's certainly --
22  over the years I've had ad hoc conversations sometimes
23  with people. Sometimes they've sent e-mails in from
24  time to time, you know, and we'll talk about how their
25  business is.
```

## Page 116

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00116:01      In the U.S., I should say -- in the U.S.,
02  we've also had typically what we call a weekly forecast
03  call. And so it's not a global meeting. And I
04  sometimes am on those calls; I sometimes am not.
05      But that's another way that I listen to what
06  they think. But it's basically a regurgitation of what
07  I hear in the EC meeting. There's generally not a whole
08  lot of difference. But it's an opportunity again to ask
09  questions or, you know, get a sense for how they think
10  things are going, that sort of thing.
11  Q.  Okay. And any other sources?
12  A.  I don't think so.
13  Q.  All right. Going back now to the EMC
14  meetings. Does that stand for executive committee
15  meetings?
16  A.  Yeah. Some people call them executive
17  committee; some people call them executive management
18  committee. They're the same meeting.
19  Q.  Okay. And do they typically occur on Mondays?
20  A.  If Larry's in town. Sometimes he's traveling
21  or on vacation. But short of that, they typically
22  always occur -- and he always has them at the same -- he
23  has -- all my 13 years -- he was doing it before I got
24  there, so ...
25  Q.  Okay. And can you tell me who would be in
```

```
 1   00117:01 attendance at these meetings typically in the third
 2   02   quarter of 2001.
 3   03   A.   Individuals?
 4   04   Q.   Correct.
 5   05   A.   Well, we've talked about some of them earlier.
 6   06   Q.   Right.
 7   07   A.   Safra Catz, Larry Ellison, Jeff Henley,
 8   08   Jennifer Minton. She joined the EC meetings at some
 9   09   point. And again, I could be wrong. She might have
10   10   joined after. I can't remember. But the last several
11   11   years she's been in there.
12   12        But the other names I'm certain of, Jay
13   13   Nussbaum, George Roberts, Sandy Sanderson, representing
14   14   the Americas. And then I think Sergio Giacoletto.
15   15   There was a guy ahead of him, Pierre Carlo. I think he
16   16   was gone by then, so I think it would have been Sergio
17   17   Giacoletto. Derrick Williams, who's run Asia Pacific
18   18   for us for many years.
19   19   Q.   Anybody else?
20   20   A.   We've had several development people over the
21   21   years. And I don't remember exactly who would have been
22   22   there at that time. I believe Ron Wohl. I don't know
23   23   about Chuck Rozwat. I just don't remember.
24   24        But typically -- we've typically had one or
25   25   more development SVPs or executive vice presidents there
```

```
 1   00118:01 as well.
 2   02        And Mike Rocha, I believe, was there. Mike
 3   03   was running support. I'm pretty sure Mike Rocha would
 4   04   have been there. So I don't -- again, I don't
 5   05   recollect. I know who's on the -- today. I just forget
 6   06   when some of these people sequenced into the meetings.
 7   07        But the sales executives are the guys that
 8   08   make the forecasts for license revenue. I think I've
 9   09   accurately named all those people.
10   10   Q.   Okay. And typically were there agendas for
11   11   these meetings in Q3 2001?
12   12   A.   I don't remember if there was a agenda. There
13   13   is today. When Safra Catz came into the company, she
14   14   began to publish an agenda. So since she was there, I
15   15   suspect there was an agenda.
16   16   Q.   Okay.
17   17   A.   In the earlier day -- my earlier years we just
18   18   sort of showed up and sometimes just sort of -- we still
19   19   do that, by the way. Sometimes people add things that
20   20   they want to talk about that aren't on the agenda.
21   21   Q.   Okay. And in terms of notes, do you
22   22   personally take notes at these meetings?
23   23   A.   Rarely. Rarely. Sometimes I'll make a
24   24   notation to go call or do something like that. But I
25   25   certainly don't keep formal notes or something like
```

```
 1   00119:01 that.
 2   02   Q.   Okay. And would you keep the notes that you
 3   03   take?
 4   04   A.   Typically no. Usually it's, again, reminding
 5   05   myself to follow up something, to call somebody. And I
 6   06   do it and throw the note away.
 7   07   Q.   Okay. And other than the reports -- I think
 8   08   you indicated earlier that the report that we looked at
 9   09   that was marked as Exhibit 134 was some -- was a portion
10   10   of what you saw or that was reviewed at the EMC meetings
11   11   by some of the members, correct, or am I misstating
12   12   that?
13   13   A.   Yes, yes, yes. I think I testified that, yes.
14   14   Q.   Okay. Were there any other documents, other
15   15   than that report, that was reviewed at the EMC meetings?
16   16   A.   I don't -- I mean, that's a broad question.
17   17   What do you mean by -- financial documents or ...
18   18   Q.   Yeah.
19   19   A.   Boy. I don't recollect. That's the primary
20   20   document. But from time to time, somebody would come in
21   21   and make a report on their business or something. So
22   22   there could have been financial information in
23   23   somebody's PowerPoints or something, but ...
24   24   Q.   Okay. And of the people you mentioned that
25   25   you described who were in attendance at the meeting, who
```

```
 1   00120:01 are the people who were actually provided with copies --
 2   02   actually, I think I asked that question.
 3   03   A.   Yes, you did.
 4   04   Q.   Yeah. In the SLC interview notes summary, it
 5   05   indicates that you basically describe the meetings as
 6   06   "candid, free-range discussions of the business. There
 7   07   is no incentive not to be honest."
 8   08        Is that an accurate statement of what you told
 9   09   the SLC?
10   10   A.   Absolutely.
11   11   Q.   And do you believe that that was the situation
12   12   at Oracle in fiscal year 2001?
13   13   A.   I always say what I believe, yes.
14   14   Q.   Okay. I assume as chief financial officer you
15   15   probably receive a lot of forecasting and financial-type
16   16   data. But during the third quarter of 2001, can you
17   17   tell me what reports that you would have received, other
18   18   than the two we've described here, that relate to
19   19   forecasting-type information.
20   20   A.   I'm typically sent a U.S. report.
21   21   Q.   Yeah, let's limit it to U.S.
22   22   A.   Right. We have this -- what I call this
23   23   weekly forecast meeting. And it's a report what the
24   24   guys' latest forecasts are. In those days it would have
25   25   been those three individuals I mentioned running the
```

```
 1   00121:01 Americas for us.
 2       02       And it has a list of big deals. And sometimes
 3       03 I get on the call and sometimes I don't. But, I mean,
 4       04 if I care to, I'll get on the call and listen to what
 5       05 these guys have to say. But they're all in the same
 6       06 meeting on Mondays. And so that's where I, you know,
 7       07 usually get information, so forth.
 8       08       But that's another source of information,
 9       09 somewhat duplicative and more detailed in that we get
10       10 the big deals. We typically review all those at the EC
11       11 meeting.
12       12   Q. Okay. So let me just step back here.
13       13       On the forecasting calls, were those held
14       14 generally on Thursdays; is that your understanding?
15       15   A. Yes. That was the U.S., or the Americas call.
16       16 It excluded the rest of Europe and Asia.
17       17   Q. Okay. And were there documents that were
18       18 disseminated prior to or for that particular phone call?
19       19   A. Yes.
20       20   Q. What were those reports called; do you know?
21       21   A. I don't remember the name. One was the big
22       22 deal -- I call it the big deal, just a detail of the
23       23 larger deals in the pipeline and what the status was and
24       24 were people putting them in their forecast or not.
25       25       And then there was a report that kind of just
```

### Page 204

```
00204:01  A.  Well, we thought so.  You never know where you
     02  find the bottom.  But clearly we had seen a precipitous
     03  decline, and so I think our forecast -- I can't remember
     04  exactly.  But it reflected a significant year over year
     05  change because of that.
     06       Whether in the final analysis it was accurate
     07  or not, I can't remember.  But we thought we had
     08  certainly reflected a significant slowdown that we'd
     09  been seeing for several quarters.
     10       The bigger concern was the general economy and
     11  whether this was going to be a really serious economic
     12  slowdown or whether this was going to be sort of a soft
     13  landing.
     14  Q.  Okay.  And focusing now on the dot-com issue,
     15  as you moved through December and into January, did you
     16  start to see a bigger impact because of the dot-com
     17  slowdown?
     18       MR. SALPETER:  Objection to form.  Impact on
     19  Oracle?
     20       MS. LAVALLEE:  On Oracle.
     21       THE WITNESS:  I don't recall.
     22       MS. LAVALLEE:  Okay.
     23  Q.  And speaking now generally about the market,
     24  you mentioned manufacturing industry and the general
     25  slowdown in the market.  Did you start to see more and
```

### Page 205

```
00205:01  more impact as you moved through December and into
     02  January, beginning and middle of January?
     03  A.  Impossible to tell.
     04  Q.  It's impossible to tell?  None of your
     05  indicators would allow you to determine that?
     06  A.  None.
     07  Q.  Okay.  And --
     08  A.  I already described the various indicators.
     09  Q.  Yes.
     10  A.  I look at our competitors are saying [sic]; I
     11  look at my pipeline; I look -- I look at my forecast; we
     12  go back, we double-check the forecast.  All those
     13  indicators still said we'd make the 25 percent and the
     14  12 cents a share.
     15  Q.  Okay.  Other than -- apart from making you the
     16  12 cents a share [sic], did you see any slowdown where
     17  you could still make your 12 cents, but yet it was still
     18  impacting, the deals were still coming in slower than
     19  you would have expected?
     20  A.  I -- I -- I had no substantive information to
     21  prove or disprove that.
     22  Q.  Okay.
     23  A.  Had a concern, as I said earlier.  But till
     24  the last week of the quarter, we still thought we'd make
     25  that forecast.
```

### Page 206

```
00206:01  Q.  All right.
     02  A.  And you can go look at all the other
     03  competitors and what they said when they missed their
     04  March quarters.  They had all the same observations.
     05       Until you get to the end of the quarter,
     06  unfortunately, in this crazy business I'm in, you really
     07  don't test your customer to see what they really think
     08  about their business and what they really think about
     09  the economy.  And then they have to vote 'cause they
     10  gotta sign a contract or not.  They voted in a big way
     11  at the end of February.
     12  Q.  And did you have any concerns regarding the
     13  pipeline, as you went into -- moved into Q3 2001?
     14  A.  I thought, if anything, it was probably a
     15  little overstated.  I thought it was too good to be
     16  true.  I discounted it to some degree.  And, you know,
     17  we talked earlier about cleaning up pipelines and that
     18  sort of thing.
     19       So I -- I thought it would be great if it was
     20  really that strong.  I knew it was strong, it continued
     21  to look good, but I wasn't sure it was quite as strong
     22  as it said -- as the absolute number it started at.
     23  Q.  Okay.  And did you start to see the
     24  pipeline -- did you see the pipeline continue to grow in
     25  the December/January time frame?
```

### Page 207

```
00207:01  A.  The pipelines never grow.  The pipelines
     02  typically, as I described earlier, get scrubbed; deals
     03  start slipping.  So the process is by -- I would say by
     04  the end of the first month, you kind of got a stability
     05  point, and they just slide from there because deals slip
     06  or deals get lost, or whatever.
     07  Q.  Okay.  And are you familiar with the term
     08  called "backfilling"?
     09  A.  Some people have used -- I -- I -- I -- that's
     10  not a industry term, per se.  I mean ...
     11  Q.  In what context have you heard it be used?
     12  A.  It's been used inside the company where
     13  somebody will say "This deal slipped, but I think I can
     14  fill it or cover it with another deal that we -- now
     15  looks like we'll be able to close."
     16       So if that's what you mean by "backfilling" --
     17  I'm guessing that's what you mean by "backfilling."
     18  Q.  Okay.  And working off that definition of
     19  "backfilling," did you have any understanding of whether
     20  or not the field had a problem backfilling deals in Q3
     21  2001?
     22  A.  No.  As I testified earlier, you know, there's
     23  always deals slip, deals come in, there's always
     24  backfilling.  At the end of the day, what I care about
     25  is "Are you going to make -- are you confident that this
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

208

| | | |
|---|---|---|
| 1 | 00208:01 | forecast is going to happen, that you're going to stick |
| 2 | 02 | with your forecast, you're going to -- the cumulative |
| 3 | 03 | thing adds up to 25 percent?  What kind of risk do we |
| 4 | 04 | have?  Are we going to make it?" |
| 5 | 05 | Q.  So that was your only -- |
| 6 | 06 | A.  As I said, there is -- "Guys, we keep reading |
| 7 | 07 | about the economy.  I'm concerned.  Is this going to |
| 8 | 08 | affect our business?" |
| 9 | 09 | Q.  And when you asked -- |
| 10 | 10 | A.  "No, no."  Kept coming back "No, we'll make |
| 11 | 11 | our forecast." |
| 12 | 12 | Q.  Okay. |
| 13 | 13 | A.  And we had the same conversation in Q2, by the |
| 14 | 14 | way, 'cause I said by the early fall we knew there was |
| 15 | 15 | an economic concern out there.  We asked them all the |
| 16 | 16 | same questions.  We ended up overachieving our number, |
| 17 | 17 | so -- but it was a continual conversation. |
| 18 | 18 | And I went so far as to put in the queue |
| 19 | 19 | because the $64,000 question was, were we going to have |
| 20 | 20 | a really serious down point at some point in time? |
| 21 | 21 | Nobody knew. |
| 22 | 22 | Q.  When you were asking your field, the |
| 23 | 23 | salespeople and I guess their managers, were you asking |
| 24 | 24 | them particularly whether or not they were going to make |
| 25 | 25 | their numbers or were you asking other questions? |

```
00221:01  with a bang. We've had some quarters where -- we've had
02  some quarters where we start high, in terms of growth
03  rate, and end up well below that for the quarter.
04       So didn't have any unusual concerns about it,
05  no.
06  Q.  Okay. And did the first month of December --
07  did the first month for the third quarter of a year
08  typically average to a certain amount -- percentage of
09  the quarter? When you looked back historically, did it
10  run a particular range generally?
11  A.  As I said earlier, I'm recalling -- I gave you
12  a rough range of 15 to 20 -- and again, it could be
13  different in various quarters. So there was a range.
14  It's not ten to 50, or something like that. But there
15  isn't a tight little number, every quarter you can count
16  on a certain percentage coming in the first quarter.
17       But I did tell you it's always -- typically
18  it's the lowest month usually. It's the lowest -- that
19  first month is usually the lowest. The quarter tends to
20  build, and then there's a very significant
21  disproportionate amount that happens in the last month.
22  And certainly the bulk of that happens in the last
23  couple of days of the quarter.
24  Q.  Okay. Now, speaking now -- you mentioned
25  something that you referred to as seasonality earlier.
```

```
00222:01  Typically do you recall whether or not the December as
02  the first month of the third quarter represented a
03  larger percentage of the first -- of the final actual
04  results for the quarter than other first months did
05  historically?
06  A.  I don't remember.
07       MS. LAVALLEE: Okay. Actually, I think I'd
08  like to take a four-minute or three-minute break.
09       THE VIDEOGRAPHER: This marks the end of
10  videotape number 3 in Volume I in the deposition of
11  Jeffrey Henley on March 2nd, 2004. We're going off
12  the record. The time is 3:23.
13       (Recess taken).
14       THE VIDEOGRAPHER: This marks the beginning of
15  videotape number 4 in Volume I in the deposition of
16  Jeffrey Henley on March 2nd, 2004. We're going back
17  on the record. The time is 3:31.
18       MS. LAVALLEE: Q. Okay, Mr. Henley. I'd like
19  to mark as Exhibit No. -- oh, I'm sorry. This is a
20  document that has been previously marked as DC-109. And
21  if I could ask you to take a look at the document and
22  then identify it for the record.
23  A.  So it says "December flash report," dated
24  January 17th.
25  Q.  Okay. And is this a document --
```

```
00223:01  A.  2001, sorry.
02  Q.  And is this a document that you received on or
03  about January 17th, 2001?
04  A.  I'm sure I got it right after, sure.
05  Q.  Okay. And if I look at this document
06  correctly, I see there's a fair bit of historical data
07  in terms of year over year growth rates, and it's
08  divided up by month.
09  A.  Mm-hm.
10  Q.  Okay. Now, in his e-mail, Mr. Garnick has
11  given numbers for what percentage of the quarter the
12  December actuals represented.
13  A.  Mm-hm.
14  Q.  Would he have derived that from this chart, to
15  your -- is that your understanding?
16  A.  I don't know. It may well. I mean,
17  clearly -- got it somewhere. But it could well have
18  been here.
19  Q.  Okay.
20  A.  This is a report I've -- format I've looked at
21  for a number of years.
22  Q.  And this is a document that you rely on?
23  A.  Definitely. It's another one of the many
24  things I look at to give me perspective.
25  Q.  Okay. In the third bullet point on
```

```
00224:01  Exhibit No. --
02       MR. SALPETER: 108. The Garnick thing?
03       MS. LAVALLEE: Yeah.
04       MR. SALPETER: 108.
05       MS. LAVALLEE: Thanks.
06  Q.  In the third bullet point, he indicates that,
07       "December license results represent
08  19 percent of the total forecast for Q3" --
09  A.  Okay, sure, mm-hm.
10  Q.  -- "Q3 FY '01."
11  A.  Right.
12  Q.  And then he refers to, "In FY '00 and
13  FY '99, December represented 16 and
14  19 percent respectively of the quarter
15  total."
16  A.  Right.
17  Q.  Can you tell me why he engaged in this
18  analysis?
19       MR. SALPETER: Objection to form.
20       MS. LAVALLEE: Or let me ask a different
21  question.
22  Q.  Can you tell me why it is that this is
23  something the company considered, if at all it was?
24  A.  Again, there's a variety of analysis we do to
25  kind of get some perspective on how well we started the
```