# EXHIBIT 6

```
 1   00001:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2         02         IN AND FOR THE COUNTY OF SAN MATEO
 3         03                 —o0o—
 4         04   COORDINATION PROCEEDING
 5         05
 6         06
 7         07              PROCEEDING NO. 4180
 8         08   THIS DOCUMENT RELATES TO:
 9         09   ALL ACTIONS
10         10
11         11
12         12         DEPOSITION OF LAWRENCE J. ELLISON
13         13           Thursday, February 26, 2004
14         14             Volume I (Pages 1 - 221)
15         15
16         16
17         17
18         18
19         19   REPORTED BY:
20         20   HOLLY MOOSE, RDR-CRR-CRP
21         21
22         22
23         23         Certified Shorthand Reporters
24         24         San Francisco, California  94102
25         25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00075:01           (Recess taken).
      02           THE VIDEOGRAPHER: This marks the beginning of
      03   Volume I, tape 2 in the deposition of Lawrence J.
      04   Ellison on February 26, 2004. The time 12:07 p.m. We
      05   are on the record.
      06           MR. DE GHETALDI: Q. Mr. Ellison, what are
      07   Oracle's revenue sources?
      08       A. We have a software business, which is divided
      09   up into two groups: the technology business, where the
      10   primary product is the database, and we have an
      11   applications business, where the primary product is the
      12   eBusiness Suite. The database technology business is
      13   about three, four times larger than the applications
      14   business.
      15           We have a consulting business and education
      16   business. And then we have something that's sometimes
      17   called support, though it's not -- what it really is is
      18   our license -- our software license renewal business.
      19   So it's not really a support service at all; it is
      20   people who buy our products -- let's say you spend a
      21   million dollars to purchase an Oracle database. You
      22   give us $200,000 a year, 20 percent of the cost of
      23   purchasing the software, to receive new versions of the
      24   software.
      25           So you -- if you will, it's a subscription
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00076:01   right on your license that allows you to get the latest
      02   version of the software without having to rebuy the
      03   software.
      04           And there's two models. One is you buy
      05   version 6 -- this is Microsoft's old model -- you buy
      06   version 6; when version 6 is dead, you have to rebuy
      07   version 7; you have to rebuy version 8.
      08           We don't do that. When you buy version 6,
      09   then you get version 7 for free and version 8 for free
      10   and version 9 for free, so long is "for free" is defined
      11   as you're paying your subscription fees annually. Maybe
      12   for no additional charge, so long as you pay your annual
      13   subscription fee.
      14           So our software business has two -- there's
      15   two orthogonal ways to look at our software business.
      16   One is it's our application business and our database
      17   business; the other one is new license sales and
      18   subscriptions, people who bring new -- bought the year
      19   before and the year before that, who are then
      20   subscribing -- giving us our subscription fees and
      21   paying that annual fee.
      22           Right now -- it's a long answer. Right now
      23   our subscription business is actually larger than our
      24   license business, but it's all software.
      25       Q. Going back just for a second, I think that one
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00077:01   of the questions I asked you before the break, I'm not
      02   sure if it was actually answered. And that was the
      03   question of whether you actually made an active inquiry
      04   into Oracle's business prior to directing Mr. Simon to
      05   begin trading.
      06       A. I received -- on a weekly basis, I received
      07   forecast reports. I stayed in contact with our
      08   salespeople, albeit less so over the holiday, over the
      09   Christmas holiday, but certainly starting early January.
      10   The -- got -- I had actuals -- had the actual results
      11   from December before we started trading. So yeah, I
      12   think I was up-to-date.
      13           So you're saying before trading commenced on
      14   the 22nd, was I pretty much up-to-date with all of the
      15   information, all the financial information available,
      16   then available? And the answer's yes.
      17       Q. And you made no special inquiry other than
      18   what you learned in the normal course of business?
      19       A. Which is made up of lots of special inquiries.
      20       Q. Yes.
      21       A. But yes. Yes. Normal course of business is
      22   for me to keep pretty up-to-date as to the state of our
      23   business.
      24       Q. Okay. Now, going back to the revenue sources.
      25   In some of the financial documents that have been
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00078:01   provided to us, there's a category called tools. What
      02   are tools?
      03       A. We used to have a category called tools where
      04   we -- it's our Java application development product, our
      05   report writer. It's a relatively small portion of our
      06   technology business. Used to be known as tools, and
      07   then we took all of those tools and rolled them into a
      08   product we called the application server.
      09           So we really don't have a tools business at
      10   all anymore. We decided to create a bundle, take a
      11   bunch of separate products and put them into the
      12   application server.
      13       Q. But in Q3 '01 tools were reported as a
      14   separate category?
      15       A. I think we were in the process at that time of
      16   moving tools from separate to -- yeah, we were halfway
      17   between moving all the tools from separate reported
      18   items to being bundled in with the application server.
      19       Q. Okay.
      20       A. I think. I have to go back and look, you
      21   know.
      22       Q. Okay.
      23       A. Okay.
      24       Q. The application, you said, is essentially now
      25   the eBusiness Suite. Was applications divided up into
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00112:01  A.  Good question. Yeah, there are different --
    02  different ways of filtering the pipeline. The pipe --
    03  usually -- there are different -- there's total
    04  pipeline, which is just everything. There's weighted
    05  pipeline, which is everything multiplied times the
    06  probability of close. There's weighted pipeline for --
    07  there's pipeline for this quarter, which is what can
    08  potentially close this quarter.
    09      So there's the quarter pipe -- you know, the
    10  quarter pipeline -- there are -- it's -- basically it's
    11  all of our opportunities. And then we start filtering
    12  it and qualifying it by probability of close and by
    13  date.
    14  Q.  Okay. Okay. And just going back a second to
    15  the constant dollar and the effect of the currency
    16  rates. You were talking about how a currency rate
    17  change might adversely affect revenue numbers. Does
    18  that change also affect expense numbers?
    19  A.  Yes, of course.
    20  Q.  In a direct mirror image or ...
    21  A.  No, direct -- well, no -- if -- if revenue
    22  goes up, expenses will also go up. If revenue goes
    23  down, expenses will go down. So if the euro is getting
    24  more valuable -- to give you another example, if I'm
    25  paying you a hundred thousand euros a year and that euro
```

Oracle Related Cases    Page 112

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00113:01  is worth 85 cents, I'm paying you $85,000 -- $85,000
    02  U.S. dollars a year.
    03      If the euro's worth 1.20, I'm paying you
    04  $120,000 a year. As the euro becomes more valuable,
    05  your salary effectively goes up.
    06  Q.  But Oracle's cost of paying the salary, what
    07  happens to that?
    08  A.  Oracle's ability to pay the salary is based on
    09  how much we sell, our revenue. Our revenue also goes
    10  up. So as the euro -- so as we sell a million-euro
    11  deal, we get 120 -- 1.2 million euros -- $1.2 million
    12  for that.
    13  Q.  Okay.
    14  A.  So as European currency becomes more valuable,
    15  our expenses go up and our sales go up correspondingly
    16  because everything's denominated in euros. If -- in
    17  Argentina where the peso dropped 60 percent, salaries
    18  dropped -- salaries denominated in U.S. dollars
    19  dropped -- they didn't change at all in pesos. Nothing
    20  changed from the point of view in Argentina. But once
    21  it's converted to U.S. dollars, our Argentinian sales
    22  went down 60 percent when we converted from pesos to
    23  dollars. And our Argentinian expense went down
    24  60 percent when we converted from pesos to U.S. dollars.
    25  Q.  Okay. In Q3 '01, what information sources
```

Oracle Related Cases    Page 113

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00114:01  were available to you for these pipeline numbers?
    02  A.  We got regular pipeline reports as part of our
    03  weekly review.
    04  Q.  Okay. So you got -- so weekly pipeline
    05  reports. Did those weekly pipeline reports include
    06  these weighted pipelines, the total pipeline and
    07  quarterly pipeline and weighted according to likelihood
    08  of deal closing?
    09  A.  Yeah, I think when you see the pipeline
    10  numbers, they're weighted -- that's a filtered pipe
    11  that's weighted. And it is -- it is weighted and -- for
    12  point of view of probability and bounded in terms of
    13  close date.
    14      So that's not the total -- you're not looking
    15  at the mass of deals, everyone at Oracle's been talking
    16  to. You're looking at the deals that potentially will
    17  close this quarter, weighted by probability.
    18  Q.  Okay. And filtered for close date?
    19  A.  And filtered for close date, that's correct.
    20  Q.  So you got those weekly reports. Was that
    21  pipeline information available to you in electronic form
    22  of any kind?
    23  A.  It was.
    24  Q.  Where?
    25  A.  Oracle Sales On-line.
```

Oracle Related Cases    Page 114

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00115:01  Q.  How about the forecast numbers; what
    02  information sources were available to you in Q3 '01 to
    03  show you what the forecast numbers were?
    04  A.  Everything was -- I shouldn't say everything.
    05  The sales forecasts and the pipeline data was in Oracle
    06  Sales On-line. The upside reports -- the finance
    07  forecasts were available only with the -- in the
    08  finance -- in the reports I received weekly. And in
    09  fact, I didn't use Oracle Sales On-line at this time.
    10  Q.  Okay.
    11  A.  So I relied on the weekly reports I got from
    12  finance.
    13  Q.  How about expenses; what information sources
    14  were available to you in Q3 '01 to show you what
    15  expenses were?
    16  A.  The same weekly reports.
    17  Q.  Now, how about revenue as the quarter went on;
    18  what -- what information sources were available to you
    19  in Q3 '01?
    20  A.  We got monthly results for the first and
    21  second months of the quarter. I think they called those
    22  flash reports.
    23  Q.  Did you get any other -- other than monthly
    24  results, did you receive any other information about
    25  actual revenues or expenses during Q3 '01?
```

Oracle Related Cases    Page 115

| | | | | |
|---|---|---|---|---|
| 1 | 00116:01 A. Certainly not expenses, and except discussing | | 1 | 00117:01 A. Individual salespeople and sales managers |
| 2 | 02 a deal here and there, no, that's primarily what I | | 2 | 02 would enter -- enter the data directly. |
| 3 | 03 received. | | 3 | 03 Q. All right. Who at Oracle had access to |
| 4 | 04 Q. Did you receive any oral reports at any time | | 4 | 04 viewing that data in Q3 '01? |
| 5 | 05 on a regular basis from anyone in Q3 '01 about the | | 5 | 05 A. Viewing all of the data? |
| 6 | 06 status of closed deals? | | 6 | 06 Q. In OSO. |
| 7 | 07 A. I would talk to people on the phone | | 7 | 07 A. All of it? |
| 8 | 08 periodically, but -- so -- about specific deals -- | | 8 | 08 Q. Yeah. |
| 9 | 09 Q. Okay. | | 9 | 09 A. 'Cause every salesperson could view their own |
| 10 | 10 A. -- and the status of the quarter. | | 10 | 10 data. |
| 11 | 11 Q. How about division level, the status on | | 11 | 11 Q. Okay. |
| 12 | 12 division level for closed deals? | | 12 | 12 A. But you're asking who could look at |
| 13 | 13 A. All of -- no, we -- we had a monthly report. | | 13 | 13 everything -- |
| 14 | 14 Again, we have a centralized accounting system, global | | 14 | 14 Q. Yeah. |
| 15 | 15 accounting system. And we get -- all the division | | 15 | 15 A. -- around the world -- |
| 16 | 16 results come out at once. So I get to see these -- you | | 16 | 16 Q. Yeah. |
| 17 | 17 know, our results for December and our results for | | 17 | 17 A. -- had a global view? The people in finance, |
| 18 | 18 January, you know, a few days after they're -- after | | 18 | 18 Jennifer Minton's group. |
| 19 | 19 they're -- you know, the month is over. | | 19 | 19 Q. Okay. Anybody else? |
| 20 | 20 Q. Okay. Now, OSO, you said, I think, had | | 20 | 20 A. Well, I could look at it globally. |
| 21 | 21 forecast and pipeline in it -- information in it as of | | 21 | 21 Q. Okay. Safra Catz? |
| 22 | 22 Q3 '01, correct? | | 22 | 22 A. Sure. |
| 23 | 23 A. Yes. | | 23 | 23 Q. And Jeff Henley? |
| 24 | 24 Q. And what was the source of that data? Where | | 24 | 24 A. I'm sure. I don't know if they used it, but |
| 25 | 25 did -- how did that data enter that system? | | 25 | 25 they certainly were authorized to. |

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00121:01  It's where people type in the details of the order:
2   02  General Electric buys a million dollars' worth of
3   03  database software from Oracle to be delivered to this
4   04  address --
5   05     Q.  Okay.
6   06     A.  -- under these terms and conditions, and
7   07  here's the contract ID, that stuff.
8   08     Q.  Okay. And did Order Entry have a mechanism
9   09  for summing up orders?
10  10     A.  It does now, but it did not then. That I
11  11  could actually view -- I could actually watch orders as
12  12  they came in and ...
13  13     Q.  Or ask -- put in a query.
14  14     A.  I think that's what Rev Manager was. I think
15  15  Rev Manager was a little application on top of Order
16  16  Entry that summed up the orders, but I'm guessing.
17  17     Q.  Okay.
18  18     A.  But I'm pretty -- that's a pretty good guess.
19  19     Q.  Okay. And how about something called Project
20  20  Accounting?
21  21     A.  Project Accounting was used by our consulting
22  22  organization to keep track of complicated -- complicated
23  23  projects: how many people were billable, how many
24  24  people -- how much of the project was complete. There
25  25  are different accounting rules for complex projects.
```

Oracle Related Cases                                           Page 121

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00122:01     Q.  Now, written reports -- what sort of written
2   02  reports did you regularly receive during a quarter in
3   03  fiscal year '01?
4   04     A.  I'll get a weekly status that we review at our
5   05  management committee meetings on Monday, and that
6   06  includes pipeline information, sale -- you know, actual
7   07  sales completed, expense information, forecast
8   08  information, both from the sales force and from the
9   09  finance group, currency -- you know, currency
10  10  fluctuations. Anything that might affect our quarterly
11  11  financial results. I shouldn't say anything. Those
12  12  things --
13  13     Q.  Those things.
14  14     A.  -- all of which affect -- you know, could
15  15  affect our quarterly financial results.
16  16     Q.  All right. And this was a report that you
17  17  received weekly in advance of these Monday meetings?
18  18     A.  No, I received them at the -- they're
19  19  distributed at the Monday meetings and they're collected
20  20  when the Monday meetings are over.
21  21     Q.  Okay.
22  22     A.  So no one leaves the room with those reports
23  23  but Jennifer.
24  24     Q.  These reports have a title?
25  25     A.  Forecast report maybe.
```

Oracle Related Cases                                           Page 122

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00123:01     Q.  Aside from this weekly forecast report, or
2   02  whatever it's called, what other written reports did you
3   03  regularly receive in fiscal year '01?
4   04     A.  Those are the only -- I'm not sure -- well, I
5   05  received audit reports. Again, I'm not sure what you
6   06  mean. That's a long list. I receive 10Ks -- I mean
7   07  10Qs. I receive reports from our auditors in regards to
8   08  a lot of our individual subsidiaries. I receive lots of
9   09  reports. I shouldn't say lots of reports. In fact,
10  10  those are the only ones I can think of. Sorry.
11  11     Q.  Oracle publishes -- I don't want to call them
12  12  coloring books, but they're identified by color.
13  13     A.  Yes, right. Right. Analyses of our different
14  14  businesses by product, analysis by product, analysis by
15  15  geographic region, analysis by industry. So we have a
16  16  variety of ways of cutting our business and analyzing
17  17  it.
18  18     Q.  Different perspectives to take. So there's
19  19  something called the oatmeal book?
20  20     A.  Yeah, sure is. That's the color, not the
21  21  cereal.
22  22     Q.  Yeah, right. Americas Consulting?
23  23     A.  Sure.
24  24     Q.  Is that what that book is?
25  25     A.  I'm not sure what the oatmeal -- I can't
```

Oracle Related Cases                                           Page 123

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1    00126:01  otherwise known as the white packages.
 2        02   A.   I know them as board packages.
 3        03   Q.   And that's something that you regularly
 4        04   received in fiscal year '01?
 5        05   A.   As often as we had board meetings, yes.
 6        06   Q.   And how about something called an executive
 7        07   committee worldwide forecast?
 8        08   A.   I think that's my -- that is the name of
 9        09   my weekly report, what I'm referring to as the forecast
10        10   report. The executive committee worldwide forecast, I
11        11   think. My guess is what that means. That's the weekly
12        12   report that I get -- I get and we review that Jennifer
13        13   Minton distributes in the Monday meetings and collects.
14        14   Q.   Okay. Apparently there are five different
15        15   kinds of executive committee worldwide forecasts. One
16        16   is for the entire flash report, one is for constant
17        17   dollar, one is for head count, one is for U.S. dollar,
18        18   and one is for product summary. Does that sound
19        19   familiar?
20        20   A.   Yeah, and we get them -- we get them all,
21        21   though we tend to forecast -- we tend to focus in very
22        22   closely on actual dollars 'cause that's what we -- we're
23        23   interested in how we're going to do this quarter, so we
24        24   focus in pretty much on actual dollars and focus in on
25        25   the license business, which is the business that's
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1    00127:01  subject to large fluctuations.
 2        02   Q.   And when you say "actual dollars," is that
 3        03   U.S. dollars?
 4        04   A.   It's always U.S. dollars. It's our reporting
 5        05   currency.
 6        06   Q.   Yeah, but it's not constant dollars?
 7        07   A.   No, we look -- again, we look at -- the
 8        08   reports have -- it's all there if you want to look.
 9        09   Q.   Sure.
10        10   A.   What I'm most interested in is how we're going
11        11   to do in the quarter. And how we're going to do in the
12        12   quarter is not constant dollar-based.
13        13   Q.   All right.
14        14   A.   It's actual -- actual exchange rates and what
15        15   are the actual exchange rates currently and how our
16        16   businesses look currently.
17        17   Q.   We talked about Mr. Garnick's flash reports.
18        18   A.   Larry Garnick.
19        19   Q.   Are those the flash reports that you're
20        20   talking about, or are you talking about something else?
21        21   A.   Again, I'm not sure who produces -- I'm not
22        22   sure what a flash report is.
23        23   Q.   Okay.
24        24   A.   I get -- I get -- at the end of every month --
25        25   the first two months of every quarter, we get our actual
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1    00128:01  results. I think that's what's called a flash report.
 2        02   Q.   What form does that come in?
 3        03   A.   E-mail.
 4        04   Q.   E-mail, okay.
 5        05   A.   I get an e-mail that shows me our license
 6        06   sales. There's a product analysis that follows it in 24
 7        07   to 48 hours, but ... it shows me the different
 8        08   geographic regions, what the license sales were, what
 9        09   total sales were, and what expenses actually were. So
10        10   if you actually want to look at our different
11        11   businesses --
12        12        THE REPORTER: I'm going to have to slow you
13        13   down. What total sales were ...
14        14        THE WITNESS: What total sales were, what
15        15   expenses were in all of the different geographic regions
16        16   in which we do business.
17        17        MR. DE GHETALDI: Q.   And then you said
18        18   something about a product revenue report following in a
19        19   day or two?
20        20   A.   And then there's a breakdown that shows up
21        21   that tells me the database business was so large and
22        22   then the application business was so large.
23        23   Q.   And the e-mail flash report, is that more
24        24   division- or geographic-oriented than product-oriented?
25        25   A.   The first -- it comes out both ways. The
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1    00129:01  first cut we get is by sales region or geography, which
 2        02   is usually geographic, but not exactly, 'cause we have a
 3        03   federal division in the United States. So it's not
 4        04   exact. It's either. And then we have the commercial
 5        05   division in the United States. But it's usually by
 6        06   geography.
 7        07        So we have -- we get our results by sales
 8        08   unit: France, Germany, Brazil. And then we get our
 9        09   results by database. So cut a couple different ways.
10        10   So two different ways of looking at the business: how
11        11   much database did we sell; how much software did we sell
12        12   in the United States.
13        13   Q.   Monthly financial reference books, is that
14        14   something that you regularly got?
15        15   A.   I'm sure.
16        16   Q.   North America license results, is that
17        17   something you regularly got?
18        18   A.   I guess. I mean -- seriously, I'm on all
19        19   these distribution lists, and we produce -- we produce
20        20   vast amounts of paper, as you probably found out.
21        21   And -- but what I focused -- you know, what I -- I
22        22   did -- I did a certain amount of analysis looking back
23        23   insofar as to help me forecast the future. Really most
24        24   of the data that I needed and relied on were in those
25        25   weekly reports.
```

```
00130:01   Q. Okay. Did you ever receive division-level
02 forecast packages in Q3 '01?
03     A. I might have received them. I don't think I
04 looked at them.
05     Q. And how about pipeline reporting packages?
06         MR. SALPETER: At a divisional level, you
07 mean?
08         MR. DE GHETALDI: No, no, I'm sorry. Thank
09 you.
10     Q. Something that would be called a pipeline
11 reporting package at a -- companywide and broken down by
12 division.
13     A. Those weekly reports did have pipeline data in
14 it.
15     Q. Okay.
16     A. So ...
17     Q. Then product revenue reporting package, sound
18 familiar? Yellow?
19     A. I suspect if it's something called a reporting
20 package, they put me on the distribution list.
21     Q. And upside?
22         MR. SALPETER: Just to ask for clarification,
23 are you asking him if he got these reports --
24         MR. DE GHETALDI: Yeah.
25         MR. SALPETER: -- as opposed to got them and
```

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
00142:01  A.  Some of them like to play things close to the
      02  vest.  So individual -- so, you know, we're subject to
      03  human behavior.  The system is -- you know, underlying
      04  the system, and it only can add up what's -- you know,
      05  what's been entered.
      06      Some salespeople don't like to enter
      07  opportunities.  Some salespeople will be very
      08  conservative -- won't -- every time they talk to a
      09  customer, they won't go back and update the opportunity
      10  record saying "I just talked to Bob or Sally today, and
      11  looks like they're going to do the deal next week."
      12  They won't enter that -- they won't bother to type that
      13  in into the system, so ...
      14      The system can collect all that information,
      15  but not all the salespeople are religious about entering
      16  that information into the system.
      17  Q.  Okay.  How did you -- or did Oracle try to
      18  make improvements on that issue in fiscal year 2001?
      19  A.  You try to do it several ways.  You try to do
      20  it on making the system easier to use.  You try to do it
      21  by looking at how much activity -- what salespeople are
      22  using the system, what salespeople aren't.
      23      For example, it would be very surprising if a
      24  $2 million deal closed on Thursday when it wasn't
      25  even -- it was only an opportunity on Wednesday.  That
```

Oracle Related Cases                                      Page 142

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
00143:01  would be a heck of a -- gee, 24 hours.  It's a big deal
      02  to close in 24 hours.
      03      So we -- you know, so we try -- you know, we
      04  had policies and practices, system improvements
      05  encouraging people to increase their use of the system.
      06  But these systems are -- you know, salespeople don't
      07  love these systems.
      08      Sales managers like them 'cause they want to
      09  see what their salespeople are doing.  You know, the
      10  salespeople aren't always happy about someone looking
      11  over their shoulder.
      12  Q.  Okay.  You said that the reports that you got
      13  at the Monday executive committee meetings included
      14  closed deal information.  Do you recall -- can you tell
      15  me about what sort of information about closed deals
      16  those reports contained.
      17  A.  Yeah, well, we got actual -- as I've said
      18  before, we got these things called flash reports, or how
      19  we did -- how much was closed in the first month of the
      20  quarter, how much was closed in the second month of the
      21  quarter.
      22      And then in the last two weeks of the quarter,
      23  we got the big deals, how many big deals had actually
      24  been closed.
      25      So we routinely, you know, saw how much
```

Oracle Related Cases                                      Page 143

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
00144:01  business -- how much business was already in.  There
      02  were -- so we had a fairly good handle on how much
      03  business had already been closed in the quarter.
      04  Q.  Maybe we're not understanding each other.  I
      05  was asking about the packet that you got for the
      06  executive management meetings on Mondays.  Are you
      07  saying that the flash reports were part of those
      08  packets?
      09  A.  We had -- yeah, information was duplicated --
      10  again, this is a fairly large -- yeah, fairly large
      11  packet of information.
      12  Q.  Okay.
      13  A.  And it would show you how much -- how much
      14  business was already in on the first month, how much
      15  business was already in on the second month.
      16  Q.  But would they show the same information
      17  weekly?
      18  A.  The last two weeks of the quarter, yes.  Daily
      19  the last two weeks of the quarter, but only for a large
      20  deal.  Let me be precise here.  So no, we would not get
      21  a daily or a weekly how much business we sold the
      22  previous week, how much business we sold the previous
      23  week.
      24      We would -- we would -- the individual sales
      25  managers would know approximately how much we had sold.
```

Oracle Related Cases                                      Page 144

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
00145:01  So we'd have that information.  Was it in the packets?
      02  No, it was not.
      03  Q.  But it was something that was discussed at the
      04  meeting?
      05  A.  It was something -- how much we had -- how
      06  much we had left to go, yes.
      07  Q.  Okay.
      08  A.  So every sale -- so we went around and talked
      09  to the salespeople.  They would say "My forecast is
      10  $300 million.  I've got 180 million in so far.  Two
      11  weeks to go," like that.
      12  Q.  Okay.  Were there any changes in the
      13  definition of what goes into pipeline in the two years
      14  preceding Q3 '01?
      15  A.  Not really, but that's -- you know, constant
      16  discussion at Oracle.  I mean, is pipeline being used
      17  consistently?  If the system gets easier to use, what
      18  does that mean?  Does it make, you know, the numbers
      19  harder to compare?
      20      So if the people are using -- you know, if we
      21  have stronger policies insisting on using the system,
      22  you know, what does that -- what does that mean?  Are we
      23  really -- are these really apples-to-apples comparison?
      24      But the fact is no, it was largely the same
      25  system, you know, with the same policies.
```

Oracle Related Cases                                      Page 145

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00155:01 in certain geographic locales, the state of our
02 products, the state -- the maturity of our managers and
03 their ability to add people. How easy it was to hire
04 people? It's hard to believe that back in 2000 it was
05 very difficult to hire people. People were talking
06 about a shortage of engineers. And there was also a
07 limited growth.
08      So yeah, I think we considered a lot of
09 different things. And some geographic regions were
10 weaker -- back to your original question. Some
11 geographic regions were certainly weaker than others.
12 Our database business is a much bigger and -- you know,
13 we're the number one database company in the world. We
14 were, at the time, only the number two applications
15 company in the world. So our database business was
16 stronger than our applications business. Better to be
17 first than second.
18   Q. It's true. Were any -- were any aspects of
19 your license business facing particular challenges in
20 fiscal year '01?
21   A. Not that I recall.
22   Q. When does the budgeting process usually begin?
23   A. March.
24   Q. Okay.
25   A. After Q3 has just been completed, but before
```

Oracle Related Cases                                Page 155

```
00156:01 Q4.
02   Q. Okay.
03   A. So we got three quarters of the year finished.
04   Q. All right. Let's go back to the Monday
05 meetings. Was there a regular time set for those
06 meetings?
07   A. 11 a.m.
08   Q. Were they held in a particular place?
09   A. The boardroom.
10   Q. Okay. At Oracle?
11   A. Yes.
12   Q. Okay. How long did they usually last?
13   A. Three hours.
14   Q. And were those meetings usually attended by
15 certain people?
16   A. All of my direct reports. Everyone who worked
17 directly for me.
18   Q. And who would that be, please?
19   A. Let's see. Derrick Williams, who runs Asia
20 Pacific. Let's see. Oh, at the time, so --
21   Q. Right.
22   A. Jay Nussbaum, who ran OSI, Oracle Service
23 Industries. George Roberts, who ran, you know, North
24 American commercial sales. Oracle Service Industries
25 included federal. So Sergio Giacoletto, who ran Europe,
```

Oracle Related Cases                                Page 156

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
00157:01 Middle East, Africa. And I think Sebastian Gunningham,
02 who ran Latin America. I think those are the sales
03 executives. And Safra Catz. Mike, who was our chief of
04 operations.
05   Q. Mike who?
06   A. Mike Rocha.
07   Q. Okay.
08   A. Who's head of customer support. Jeff Henley,
09 who's our chief financial officer. His lieutenant,
10 Jennifer Minton, would also attend. I'm sure I'm
11 missing somebody. Our head of marketing then was Mark
12 Jarvis. I think that's right.
13   Q. Somebody from OPI?
14   A. I'm trying to remember who was running OPI at
15 the time. Was Sebastian running OPI at the time? I
16 can't remember. He was either Latin America -- I don't
17 remember who was running OPI right then.
18   Q. Let's see. Who was it?
19   A. I don't know. You probably could --
20   Q. Verasano?
21   A. Could have been. I have no idea.
22      MR. SALPETER: We can tell you.
23      MR. DE GHETALDI: Go ahead.
24      MR. SALPETER: Sanderson.
25      THE WITNESS: Oh, Sandy Sanderson, right.
```

Oracle Related Cases                                Page 157

```
00158:01      MR. DE GHETALDI: Q. Were there regular
02 agendas for these meetings?
03   A. There was -- there was a standing agenda which
04 was review the forecast and the condition of the
05 business, and then there were specific additional agenda
06 items that people could give -- fire an e-mail off to
07 Safra and say they want to discuss topic A, B or C.
08   Q. Did Safra Catz prepare a written agenda for
09 these meetings to include those specific topics?
10   A. Sometimes she just walked in with a list of
11 three things that -- but -- I believe these days we
12 actually get a single sheet of paper with an agenda.
13   Q. All right. In fiscal year '01, did you have
14 these Monday meetings every Monday?
15   A. 52 -- did we religiously, 52 times a year?
16   Q. Yeah.
17   A. No, didn't have them during the holidays,
18 during the Christmas/New Year holiday. I was gone,
19 probably missed four of them a year.
20   Q. Okay, so --
21   A. Four or five a year.
22   Q. Did they have the meetings when you were gone?
23   A. Not as a rule. Sometimes I would call in,
24 so -- I've achieved my goal. If I'm out of town on a
25 Monday, I still can attend by phone.
```

Oracle Related Cases                                Page 158

```
00159:01   Q.  Okay.
      02   A.  But sometimes we'd have a budgeting meeting on
      03   a Monday and then we'd just cancel that meeting.
      04   Q.  Okay.
      05   A.  Everyone -- some people were traveling and
      06   visiting customers; we'd just cancel meetings. I'm
      07   guessing 40 -- 43 -- 45, 46 times a year we had the
      08   meetings.
      09   Q.  Okay. These meetings weren't held, then,
      10   twice a month in the first two months and weekly in the
      11   last month --
      12   A.  No.
      13   Q.  -- of the quarter?
      14   A.  No. They're scheduled every week.
      15   Q.  Every week, okay. Were minutes of these
      16   meetings prepared?
      17   A.  No.
      18   Q.  Were these meetings your chief source of
      19   current information on Oracle's finances in fiscal year
      20   '01?
      21   A.  Yes.
      22   Q.  You mentioned budgeting meetings on Monday.
      23   Were those also a regular -- regularly-scheduled meeting
      24   for you in fiscal year '01?
      25   A.  Now, when we started our annual budget
```

```
00160:01   meetings -- so in March -- so if we're having a large
      02   budget -- three-day budgeting session for the new fiscal
      03   year, and we set it up for Sunday, Monday, Tuesday -- so
      04   that's an example of when this management committee
      05   meeting might just be cancelled.
      06   Q.  I see.
      07   A.  When there's another meeting scheduled on top
      08   of it.
      09   Q.  I see. Okay. In fiscal year '01 did you have
      10   regular meetings on Tuesdays?
      11   A.  Yes.
      12   Q.  What were they?
      13   A.  It was a meeting with the engineering team
      14   from the database technologies.
      15   Q.  Okay. Going back to the Monday meetings, did
      16   they have a regular start time?
      17   A.  11 a.m.
      18   Q.  They ran through lunch?
      19   A.  Yes.
      20   Q.  People ate lunch during the meeting or after
      21   the meeting?
      22   A.  During the meeting.
      23   Q.  Okay. For the -- did you have any other
      24   meetings on Mondays in fiscal year '01 that were
      25   regularly scheduled?
```