# EXHIBIT 7

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

                        )

4     In re ORACLE CORPORATION        )

      SECURITIES LITIGATION        ) Master File No.

5     _____)

                    ) C-01-0988-MJJ

6     THIS DOCUMENT RELATES TO:      )

                    )

7       ALL ACTIONS.        )

      _____)

8

9

10

11              CONFIDENTIAL

12

13              VOLUME II

14    VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.

15          Wednesday, July 26, 2006

16

17            VIDEOTRACK LLC

                Reporting For:

18

19          LiveNote World Service

            221 Main Street, Suite 1250

20         San Francisco, California  94105

            Phone:  (415) 321-2300

21          Fax:  (415) 321-2301

22

23

24    REPORTED BY: KAE F. GERNANDT

            CSR No. 5342

25

1  document?

2     A.  It's -- it is from having used the

3  reports.  If you see the category that says

4  "Forecast Analysis" on 643, about two-thirds of the

5  way down, these closed deals were license closed

6  deals.

7     Q.  Are you saying that based on your

8  recollection of --

9     A.  Yes.

10     Q.  -- how things worked with the company?

11     A.  Yes.

12     Q.  Is there anything on the document

13  objectively that indicates that the large deals are

14  license transactions?

15     A.  No.  But again, this wasn't designed at

16  the time to be used by an outside party.  It was to

17  be used by me, and I knew what it meant.

18     Q.  I understand.

19     A.  Yep.

20     Q.  I just wanted to make sure that I wasn't

21  missing something here.

22     A.  Yep.

23     Q.  I want to follow up.  Could it be both?

24  Could it be both license and consulting?  Only --

25     A.  Go ahead.

---

1     Q.  This is what I'm asking.

2     A.  Yeah.

3     Q.  Because the top of the document begins

4  with the license line of the business.

5     A.  Right.

6     Q.  And then the second half is the

7  consulting line of business.  And then the large

8  deal impact kind of trails off at the end.  It

9  appears, logically, that it might relate to the

10  second half.

11     A.  It doesn't relate to Consulting.  And I

12  mean, it's not consulting as well.  If you notice

13  under "Consulting LOB," the very first bullet on

14  11/22, it says revenue forecast is 38 million.

15        If you see on November 10th revenue

16  forecast is 38 million.  We didn't even put judgment

17  against consulting because you can project out

18  billable hours and that kind of thing.  Where you

19  had the more -- you know, the -- where things were

20  less defined was on the sales side, and so, you

21  would track those deals.

22        I also tracked deals, what -- one of the

23  things I did when I took over OPI, I wanted to track

24  the deals in each month of the quarter.  And as you

25  can see, September, October, and November, I saw it

---

1  shows what deals we closed and what the trend is.

2        And, not surprisingly, particularly in a

3  sales organization, you're closing more deals in the

4  last month of the quarter than you did in the first

5  month.

6     Q.  Okay.  Just going to 620717.

7     A.  New quarter.

8     Q.  Right, the beginning of the third

9  quarter, right?

10     A.  Correct.

11     Q.  It -- maybe about a quarter of the way

12  down the page, it has the pipeline.

13     A.  Uh-huh.

14     Q.  And it indicates that the pipeline is

15  down 33 million from last week, right?

16     A.  Correct.

17     Q.  But it doesn't offer reasons here?

18     A.  No.  But it was not unusual -- right

19  after a quarter starts, it's when the reps go back

20  and everybody starts focusing on that quarter, and

21  they look at which deals are going to happen this

22  quarter and which deals are going to happen next

23  quarter or not at all.  So, they're cleaning up

24  their pipeline for the new quarter.

25     Q.  Yesterday we talked a little bit about

---

1  reps updating the pipeline prior to, I think it was,

2  December 15th --

3     A.  At that point, we were -- as I recall,

4  we were implementing OSO internally, and Mark

5  Barrenechea was just simply putting a request out

6  that --

7     Q.  That people update.

8     A.  -- we make sure because the system was

9  going to be down for a period of time as we went to

10  the new application.

11     Q.  Right.  So, he wanted everyone to update

12  it before the system went down, right?

13     A.  Until the old system was -- was stopped

14  so that they could begin the preparation to

15  implement OSO, correct.

16     Q.  Do you think that this pipeline

17  reference is a number that's before or after it was

18  updated by the sales reps?

19     A.  I -- I don't recall.

20     Q.  Okay.  Going down to Consulting --

21     A.  Uh-huh.

22     Q.  -- looking at, I guess, the sixth or

23  seventh bullet point down, it has the utilization at

24  57 percent.

25     A.  Uh-huh.

1    person that she would connect with.

2    Q.   Okay. Let's take a look at page 11 --

3    A.   Okay.

4    Q.   -- and from line 12 down to 25. If you

5    can just read that to yourself.

6    A.   Okay.

7    Q.   Okay. Here's what you're talking about,

8    the E-Business Suite, right?

9    A.   It is, but particularly a subset of the

10   E-Business Suite, and that is the one -- the concept

11   of one data model for all the applications.

12   Q.   Right. And then you talk about that,

13   the single customer database. And line 22, you say,

14   "Whether you're touching them there. Whether you're

15   touching them through once you've taken the order,

16   through orders that once you capture that order,

17   that that impacts your manufacturing," et cetera,

18   are you referring to order management or supply

19   chain management there?

20   A.   What I'm talking about is, regardless of

21   the application, if -- within the E-Business Suite

22   or the module within the E-Business Suite, if it's

23   touching the customer, it's going to go to one

24   database.

25         So, to answer your question, if it's

1    accounts receivable, if it's taking an order, if

2    it's -- if it has something to do with manufacturing

3    a product, a discrete product for a particular

4    customer, that would all be captured in that single

5    database.

6    Q.   Okay. So, you're not talking about a

7    specific module in that section?

8    A.   No. It's actually a series of

9    modules --

10   Q.   Okay.

11   A.   -- just showing that the architecture of

12   the product was that you had one database, which was

13   a real advantage over best-of-breed solution because

14   then everybody brings their own customer database

15   in, and that's when you have to do the interfacing.

16   Q.   Okay. If you go to page 13 at the

17   bottom --

18   A.   Okay.

19   Q.   -- you -- looks like you're talking

20   about -- well, you say, "For example, in the sales

21   area, the sales automation area, I can now -- Larry

22   can look at, for example, our forecast on a global

23   basis, our forecast around the world up to the

24   minute at any level of detail you want to see. You

25   can go down to that account rep in Hungary or you

1    can look at it on a global around the world." See

2    that?

3    A.   Yes, I do.

4    Q.   And that's referring to Oracle

5    SalesOnline there?

6    A.   That would be -- yes. At least -- I

7    can't say it's only Oracle SalesOnline but, clearly,

8    Oracle SalesOnline is the module that comes to my

9    mind that does that.

10   Q.   Okay. And that's what -- well,

11   withdrawn.

12         Then later on page 14, you say, "Now

13   I can see every deal out there that my reps around

14   the world are working. So, that's a significant

15   benefit."

16   A.   Yeah.

17   Q.   Still talking about Oracle

18   SalesOnline --

19   A.   Most likely, yes.

20   Q.   -- mostly?

21         On the bottom of page 15, you say, "It's

22   all about 11i. That's our E-Business Suite. Here's

23   the status of our internal rollout because we're

24   implementing these in Oracle." Right?

25   A.   Uh-huh.

1    Q.   It appears that maybe you had a

2    PowerPoint presentation or something like that?

3    A.   It does appear like that, yeah.

4    Q.   And you say, as you can see here, "We've

5    made significant progress around marketing, sales

6    compensation, contract, sales online, financials,

7    telesales, all those applications have been

8    implemented at Oracle worldwide. Worldwide." You

9    see that?

10   A.   Yes, I do.

11   Q.   Do you know whether any of those modules

12   had been at the time of -- as of February 13th of

13   2001, implemented and working at Oracle?

14   A.   What I recall is, marketing, sales

15   compensation, sales online, financials and

16   telesales, to my best of my recollection. I can't

17   remember contracts. I just don't recall it. But

18   I -- that we had -- were using those applications.

19   Q.   Okay. Isn't it true that contracts, in

20   fact, was not working at Oracle in February of 2001

21   or at least as of February 13th?

22   MR. GIBBS:  Objection. Asked and answered.

23   THE WITNESS:  I would only base it on -- I

24   mean, as far as -- I can't recall. The way that I'd

25   base it is on the discussion yesterday in the

1    but I don't recall who they are.

2        Q.  Do you have any recollection of actually

3    talking to Safra about this deal approximately --

4    well, withdrawn.

5        Do you recall talking to Safra with Tom

6    Williams on or around November 17th?

7        A.  I don't -- I don't recall.  As you can

8    see, what's implied in my message as well is I found

9    that when you have issues of disagreement that I

10   felt talking to each other on the phone was a better

11   way to resolve than firing e-mails back and forth at

12   each other.

13       Q.  Right.

14       A.  Thus the term "e-mail hell."

15       MR. WILLIAMS:  Why don't we take five.  I'm

16   almost done.

17       Do you intend to have a lot of cross

18   or some?

19       MR. GIBBS:  Very little.

20       MR. WILLIAMS:  Okay.  All right.  Take five.

21       THE VIDEOGRAPHER:  Off the record at

22   5:12 p.m.

23       (A brief recess was taken.)

24       THE VIDEOGRAPHER:  We are back on at

25   5:17 p.m.

---

1        MR. WILLIAMS:  I'm going to ask the reporter

2    to mark this document as Sanderson No. 40.  It's

3    Bates numbered NDCA-ORCL 027949.

4        (E-mail dated 9/19/00 re OPI Forecast

5    marked Exhibit 40 for identification.)

6    BY MR. WILLIAMS:

7        Q.  Ask you to just take a look at it and

8    let me know when you're done.

9        Don't write on the document.

10       A.  You're right.  Thank you.

11       MR. GIBBS:  You can write on this one if you

12   like.

13       THE WITNESS:  Yeah.  Let me -- okay.

14   BY MR. WILLIAMS:

15       Q.  You recognize the document?

16       A.  I do not.

17       Q.  It's an e-mail written by you to Frank

18   Varasano, Jim English and Ivgen Guner on

19   September 19th of 2000, right?

20       A.  Correct.

21       Q.  And the subject line is the "OPI

22   Forecast"?

23       A.  Yes.

24       Q.  And this is just a couple months after

25   you took over OPI; is that fair?

---

1        A.  Correct.

2        Q.  So, you're sending an e-mail to Frank

3    Varasano, and it appears that you're discussing one

4    of the forecast packages or something like that.

5        A.  Right.  And, specifically, the results

6    or projected results for the first month of the

7    quarter.

8        Q.  Right.  And you write Frank, "As I

9    mentioned in a prior e-mail, I most likely won't be

10   on the forecast call today.  I looked at the

11   forecast package, and there are three things I'd

12   like you to pursue on the call."

13       The first thing you say is the number of

14   September -- "The number for September has dropped

15   by half."

16       Do you know what you meant by that?

17       A.  I don't remember that specific point,

18   but I know what's behind it.  One of the things that

19   I was encouraging OPI to do was to not be so

20   back-end loaded in a quarter and that we delivered

21   revenue in all three months so that at the back end

22   we weren't having to work extra hard to make the

23   number.

24       And so, I had started the process of

25   asking OPI to forecast their numbers for each month

---

1    of the quarter.  That was new.  They had not done

2    that in the past.  We had gotten them to do it, and

3    then you can see right after I had done that or

4    sometime after I had done that, they originally said

5    that they would deliver -- OPI would deliver

6    20 million -- the sales team would deliver

7    20 million in September, the first month of the

8    quarter, and in fact it dropped to 10 million.

9        Q.  Okay.  And then you say "and this drop

10   is concerning.  My view is there are a number --

11   there are some October/November deals that should

12   fall into September.  Let's make sure we don't let

13   half the year go by before we start to deliver,

14   e.g., November."

15       What do you mean by that?

16       A.  I believe -- and that's why I underlined

17   a point.  I believe I meant that let's don't let

18   half the quarter go by before we start to deliver.

19       Q.  Well, end of November would be half the

20   fiscal year, wouldn't it?

21       A.  You're right.  You're right.  Maybe I

22   did -- you may -- I stand corrected.  Maybe that is

23   correct, the way the e-mail's written.

24       Q.  Okay.  The next thing you write second

25   is "Steve's management judgment."  Talking about

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

1    Steve McLaughlin there?

2        A.  Yeah.

3        Q.  And he was in the East, right?

4        A.  Correct.

5        Q.  Area vice --

6        A.  He was the East AVP.

7        Q.  Right.  And you write, "His positive

8    judgment is as big as OPI's negative judgment."

9           What does that mean?

10       A.  What Steve was doing was projecting a

11   number, a revenue number, for the quarter.  And what

12   I take from this is that he was putting a lot of

13   judgment against his number.  So, he wouldn't have

14   deals against it; he just had management judgment in

15   there of some millions of dollars.

16          And -- and then OPI -- and I would

17   assume this is Frank Varasano at this point since he

18   was the AVP responsible for OPI reporting in to

19   me -- is he was applying negative judgment overall,

20   which meant he was taking the forecast from the

21   three AVPs and bringing it down.

22       Q.  Okay.  And based on what Mark

23   Barrenechea wrote to Safra and Jeff Henley in

24   December, Steve McLaughlin didn't bring in anything

25   for Q2; is that fair?

Oracle                                    Page  554