# EXHIBIT 8

"The access [Symonds] got is apparent.... This access gives the reader a rare window on Ellison's mind." —*The New York Times*

"A sympathetic and revealing portrait of an idiosyncratic executive and company.... Entertaining." —*Harvard Business Review*

IN A BUSINESS where great risks, huge fortunes, and even bigger egos are common, Larry Ellison stands out as one of the most outspoken, driven, and daring leaders of the software industry. The company he cofounded and runs, Oracle, is the number one business software company. Perhaps even more than Microsoft's, Oracle's products are essential to today's networked world.

In *Softwar*, journalist Matthew Symonds gives readers exclusive and intimate insight into both Oracle and the man who made it and runs it. As well as relating the story of Oracle's often bumpy path to industry dominance, Symonds deals with the private side of Ellison's life. With unlimited insider access granted by Ellison himself, Symonds captures the intensity and, some would say, the recklessness that have made Ellison a legend.

With a new and expanded epilogue for the paperback edition that tells the story behind Oracle's epic struggle to win control of PeopleSoft, *Softwar* is the most complete portrait undertaken of the man and his empire—a unique and gripping account of both the way the computing industry really works and an extraordinary life.



MATTHEW SYMONDS is currently political editor of *The Economist*, but before that was the magazine's technology and communications editor for nearly four years. He has also been a founding editorial director of *The Independent* and strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.

"Software titan Larry Ellison has been busy scribbling footnotes to the most detailed account yet of his outsized life.... He also responds and sometimes challenges the account of author Matthew Symonds—a twist in presentation that adds a real-time feel to the 500-page biography." —Lisa Baertlein, Reuters

"An unusually candid study of how a tiny start-up... grew—sometimes painfully—into a Silicon Valley institution." —*Financial Times*



Cover design by Michael Accordino
Cover photograph by Oliver Laude
Author photograph by Jenny Gedden

Visit us online at www.simonsays.com

ISBN 0-7432-2505-8



"Symonds excels at letting readers into the 59-year-old Ellison's often turbulent personal life.... [and] provides a wonderful image of Ellison who is far from..."

# SOFTWAR

AN INTIMATE PORTRAIT OF
## LARRY ELLISON AND ORACLE
## MATTHEW SYMONDS

# SOFTWAR

An Intimate Portrait of Larry Ellison and Oracle

MATTHEW SYMONDS

with Commentary by Larry Ellison

Simon & Schuster Paperbacks
New York   London   Toronto   Sydney


SIMON & SCHUSTER PAPERBACKS
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2003 by Matthew Symonds and Larry Ellison
Epilogue copyright © 2004 by Matthew Symonds and Larry Ellison
All rights reserved, including the right of reproduction
in whole or in part in any form.

First Simon & Schuster trade paperback edition 2004

SIMON & SCHUSTER PAPERBACKS and colophon are registered trademarks of
Simon & Schuster, Inc.

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798 or
business@simonandschuster.com

Designed by Karolina Harris
Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data
Symonds, Matthew.
  Softwar : an intimate portrait of Larry Ellison and Oracle / Matthew Symonds with
commentary by Larry Ellison.
    p.  cm.
  1. Ellison, Larry.  2. Oracle Corporation—History.  3. Computer software
industry—United States—History.  4. Businessmen—United States—Biography.
I. Ellison, Larry.  II. Title.
HD9696.63.U62E4478  2003
338.7'610053'0973—dc22                                           2003058989

ISBN 0-7432-2504-X
     0-7432-2505-8 (Pbk)

*To Alison and the children with all my love*

# ACKNOWLEDGMENTS

There are many people without whose help and advice this book could not have been written. Above all, I'm grateful to Larry Ellison, whose enthusiasm and commitment never wavered even after it became clear that the story would not only have its share of twists and turns but would have a conclusion somewhat less clear cut than he had hoped. My thanks also to Melanie Craft, who bore with fortitude my invasion of her and Larry's privacy. Very many Oracle executives, both past and present, gave freely of their time and thoughts. It's not possible to mention everyone; they know who they are, and they are quoted in the book. But with Mark Jarvis, Jeff Henley, Safra Catz, Mark Barrenechea, Jay Nussbaum, and Ron Wohl I enjoyed a kind of extended conversation over a period getting on for two years. I was continually struck by the frankness and openness of those working for Oracle today, even when it came to talking about their boss. I would also like to record my thanks to Ray Lane. He understood that my relationship with Ellison was collaborative, but he still consented to be interviewed on two occasions, each time for several hours. He may not realize it, but he still has some good friends at Oracle. I also want to mention Joshua Lederberg, Steve Jobs, Jimmy Linn, Jon Bannenberg, and Laura Seccombe, who, in their different ways, gave me insights into Ellison's life that were unique. I must thank, too, those who helped me in practical ways, in particular Joyce Higashi, Carolyn Balkenhol, and Judy Sim. Without them there really would have been no book. I should pay tribute to my literary agent, Andrew Wylie, and my editor at Simon & Schuster, Geoff Kloske. From the outset, Andrew helped shape and define the project and continually buoyed me with his confidence

ACKNOWLEDGMENTS

and support; Geoff honed, tightened, and, where necessary, discreetly made me intelligible to Americans. Finally, my thanks to Bill Emmott, the editor of *The Economist*, who graciously allowed me a year's leave to pursue this project and whose imaginative suggestion in 1997 that I should write about the unfolding drama of the Internet led directly to my meeting Larry Ellison.

# CONTENTS

*Author's Note* — xi

1  Larry and Me — 1
2  On the Road — 11
3  The War on Complexity — 36
4  Beginnings — 54
5  To the Limit — 75
6  Growing Up — 90
7  Best-of-Breed — 112
8  Falling Out — 136
9  The Laboratory — 161
10  Ready or Not... — 184
11  Taking Stock — 205
12  Hungarian Lessons — 227
13  Hill by Hill — 233
14  The Last Database — 246
15  Enemies — 263
16  Chained to the Job — 285

x    CONTENTS

| 17 | Alternative Stress | 302 |
| 18 | *Sayonara* Swan Song | 322 |
| 19 | Family Values | 331 |
| 20 | Three Strikes, You're Out | 347 |
| 21 | Larryland | 369 |
| 22 | A Life Beyond Oracle | 380 |
| 23 | "A Scrap of Information" | 400 |
| 24 | The Golden Nugget | 418 |
| 25 | A Perfect Storm | 433 |
| 26 | "The First Loser" | 454 |
| 27 | The Biggest Water Bottle | 471 |
|    | Epilogue | 487 |
|    | Index | 499 |

# AUTHOR'S NOTE

In March 2000, I received a telephone call from Larry Ellison. He had an idea for doing a book about e-business and globalization and wanted to know if I would be interested in coauthorship. I was flattered, but it wasn't something I wanted to do for a number of reasons. In the first place, a relationship with Ellison of that kind would mean I would have to give up writing about the technology business for *The Economist* because of the potential for conflict of interest. Second, I had no desire to add to the torrent of indifferent books about the e-business phenomenon that were then flooding the business publishing market. Third, although we shared many views and I had grown to like Ellison and enjoy his company in the brief time I had known him, I thought that coauthoring a book with him would be a nightmare.

But while we were talking, a much more appealing proposition began to form in my mind: what I would be interested in doing was writing an intimate portrait of Ellison and his company on the basis of having a very high degree of access to both him and Oracle. I explained that I would have to have complete editorial control and that it might be some time before I could take leave of absence from *The Economist*. Ellison's answer was immediate: he'd love me to do it, and he was prepared to wait until I was ready.

Nine months later, in December 2000, accompanied by my New York-based literary agent, Andrew Wylie, I met with Ellison at his Japanese-style villa in Atherton, a leafy and very expensive suburb some twenty miles to the southwest of San Francisco that is home to much of the Silicon Valley establishment. The meeting had three purposes. First, I

needed to establish the basis of my working relationship with Ellison: Wylie had concluded that there should be a formal collaboration agreement between us. Second, although Ellison and I had recently discussed the book over dinner at my house in London, I did not yet have a settled idea of what it should be, although I had already ruled out doing a conventional biography. I knew that if the project was to engage Ellison it would have to be relevant to his current concerns. Most of all, I wanted to test Ellison's claim that Oracle was poised for true greatness.

One of the things I had noticed while covering the technology business was that many of its key players had extraordinarily little interest in even the recent past. It was as much as most of them could do to remember what it was that Microsoft had done to end up in court. Even Marc Andreessen was much keener to talk about the new businesses he was investing in than his epic struggle against Bill Gates while at Netscape. His attitude was: been there; done that; move on. When Microsoft's witnesses were confronted with damning e-mails they'd written only a couple of years before, it is just possible their surprise and struggle to guess what they might have meant at the time wasn't completely phony. Ellison doesn't suffer from that kind of amnesia, but even though he reads history voraciously and tries to learn from it, what really interests him is not the last five years but the next five. To Ellison, the present and the near future elide so gracefully as to be almost indistinguishable. And when talking about software, last year is another country.

A collaboration agreement that gave me everything I would need was quickly reached. An innovative twist, devised by Andrew Wylie, was that Ellison would have a kind of right of reply or commentary within the book, which he could use either to express a counterpoint to any of my conclusions that he disagreed with or to amplify things that he thought important. Neither of us would be able to alter the words of the other. It is a unique form of joint copyright. I think it has worked.

There is one other thing I would like to say about my relationship with Ellison. In the course of my research, I met, somewhat to my surprise, a number of people who assumed that Ellison was paying me to write what he hoped would be a sympathetic account of his life. This is not the case. My compensation and expenses have been covered in full by the advance from my publisher. That said, I have stayed as his guest during my many visits to Oracle and have traveled with him on his boats, recording extensive interviews during his vacations and, most recently, joining him in Auckland to report at first hand on his America's Cup campaign. Has this degree of inti-

macy undermined my ability to be objective about Ellison? It is hard for me to say, but I don't believe so. I like Ellison and there is much about him that I admire, but I am frequently critical of him. Most of us, I think, are able to reach reasonably objective judgments about even our closest friends. Liking them does not mean being oblivious to their faults. I have written the truth about Ellison as I have found it and reported faithfully, for better or ill, the words of the many people who know him whom I have interviewed. When Ellison's version of events appears questionable or his behavior less than admirable, I have said so. But to a great extent, the picture of Ellison that emerges is one formed by his own words during innumerable, at times brutally frank, conversations conducted over a period of two years. Ellison is, more often than not, his own harshest and most unrelenting critic.

mostly earnest and respectful, although one, Paul Mason, a senior analyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacentric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the proprietary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. Burton volunteers that one of the benefits of this is that it "reduces conflicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demonstrate the speed of their hardware with their own database? You guys always say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the computers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's running in a standard certified configuration, you can put hardware wherever you want and we'll run it for you. And another thing: everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-

gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early.*

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Oracle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. financial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and contrarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Oracle, Burton said, would have to: provide "proof points" for 9i's "clustering scalability," and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sustained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; deliver CRM product parity with Siebel; make sure that Oracle consulting

---

*LE writes: *If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. However, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing* On the Origin of Species *and* The Descent of Man *for more than twenty years, but that judicious delay did not save him from vicious personal attacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.*

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

# 15
# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd-effect of this was to diminish Oracle's own extraordinary suc-

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.