# EXHIBIT B

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
          In re ORACLE CORPORATION
 4        SECURITIES LITIGATION
                 Master File No. C-01-0988-MJJ
 5        This Document Relates To:
 6        ALL ACTIONS.
                                              /
 7
 8
 9              ---oOo---
10        DEPOSITION OF JENNIFER MINTON
11           Thursday, April 21, 2005
12              ---oOo---
13
14        SHEILA CHASE & ASSOCIATES
              25 Otsego Avenue
15        San Francisco, California 94112
              Phone: (415) 333-7474
16            Fax: (415) 333-7412
17
18
19
20   Reported by:
     SANDRA L. CARRANZA, CSR, RPR, CRR
21   CSR No. 7062
22
23
24
25
```

**Page 2 — INDEX PAGE (continued)**

| # | Description | Page |
|---|---|---|
| 10 | 11/29/00 e-mail from "forecast" to pateam, et al., Bates stamped 040601 - 040602 | 130 |
| 11 | Document entitled, "November Flash Report," from Ivgen Guner to Jeff Henley, Bates stamped 019803 | 132 |
| 12 | String of e-mails; first is dated 12/11/00, from Jeff Henley to "saas," Bates stamped 020731 | 134 |
| 13 | Document entitled, "Americas Cumulative Weekly License Pipeline Trends," Bates stamped 008131 | 150 |
| 14 | String of e-mails; first is dated 9/15/00, from David Winton to George Roberts, Bates stamped 040837 | 156 |
| 15 | Document Bates stamped 024454, ending with 24464 | 161 |
| 16 | Document entitled, "Oracle Corp. Pipeline Reporting Package, January 15, 2001," Bates stamped 00514 - 00523 | 161 |
| 17 | Document entitled, "Large Deals in Q3," Bates stamped 042297 - 042356 | 175 |
| 18 | Document entited, "Big Deal Update, November 17 Workday 8," Bates stamped 025049 - 025067 | 181 |
| 19 | Document entitled, "Sanderson-Q201 Oracle Product Industries Q3 Week 7," Bates stamped 016213 - 016240 | 187 |
| 20 | Document entitled, "Oracle Product Industries Q3 '01 and Q4 '01 Forecast Package Week 10 - January 31, 2000," Bates stamped 036971 - 039178 | 196 |

**Page 1 — INDEX**

INDEX OF EXAMINATION

| | PAGE |
|---|---|
| MR. BRITTON | 7 |
| AFTERNOON SESSION | 103 |

---oOo---

INDEX OF EXHIBITS

| # | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Plaintiffs' Notice of Deposition of Oracle Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6) | 11 |
| 2 | Document entitled, "Week 2 of Budget Meetings, Bates stamped 028477 - 028480 | 57 |
| 3 | Document entitled, "Budget Growth Rate Comparison - License, Bates stamped 041949 | 67 |
| 4 | Document entitled, "Oracle Fiscal 2001 Budget," Bates stamped 039895 - 039918 | 69 |
| 5 | String of e-mails; first is dated 6/19/00, from Lawrence Ellison to Jeff Henley, Bates stamped 028499 | 82 |
| 6 | 7/28/00 e-mail from Jennifer Minto to Terry Ford, Bates stamped 041952 | 87 |
| 7 | Document entitled, "License Revenue FOrecast Accuracy, Bates stamped 040637 | 91 |
| 8 | 1/18/01 e-mail from Jennifer Minton to Ivgen Guner, Bates stamped 039315 | 95 |
| 9 | String of e-mails; first is dated 10/18/00 from Jennifer Minton to Jeff Henley, Safra Catz, Mark Barrenechea, Sukumar Rathnam | 114 |

**Page 3 — INDEX PAGE (continued)**

| # | Description | Page |
|---|---|---|
| 21 | Document entitled, "Product Revenues," Bates stamped 024411 - 024429 | 199 |
| 22 | Document entitled, "Approvals/2000 Forecast Report," Bates stamped 041923 | 200 |
| 23 | Document entitled, "Q3 FY '01 Week1, December 4, 2000," Bates stamped 039448 - 039477 | 201 |
| 24 | Document entitled, "Total Company Q3 FY01 Forecast," Bates stamped 039819 - 039850 | 204 |
| 25 | Document entitled, "Total Company - 3 Year Forecast," Bates stamped 03944 - 03956 | 229 |
| 26 | Document entitled, "Oracle Corporation Executive Committee Worldwide Forecast FY01 Management Summary, January 22, 2001, Week 6, Bates stamped 008755 - 008776 | 231 |

---oOo---

134

1  Jennifer Minton, this marks the beginning of Tape 3,
2  Volume I. Going on the record. The time is 12 -- 2:13,
3  excuse me.
4       MR. BRITTON: Q. Okay. I placed in front of
5  you what's been marked as Minton Exhibit 12.
6       And for the record, it starts with Bates 20731
7  and ends at 32.
8       Do you recognize Exhibit 12?
9    A. Yes, I do.
10   Q. And what is Exhibit 12?
11   A. It's an e-mail note that Larry Garnick
12  prepared, which he forwarded to me, and I subsequently
13  forwarded to Jeff, and he then subsequently responded
14  to, that itemized what our earnings per share were for
15  Q2 and Q3 for fiscal '98 through fiscal 2000.
16   Q. Okay. And did this analysis affect your
17  forecast at all for the third quarter of 2001?
18       MR. RUBENSTEIN: And, again, you are just
19  focusing on general process, right?
20       MR. BRITTON: Process. Yes.
21       THE WITNESS: No. This is not something that
22  we would generally have as a general process.
23       MR. BRITTON: Q. Did you use this process at
24  all for the third quarter of '01?
25   A. For developing the -- the forecasts that I

135

1  developed is the upside report.
2   Q. Right.
3   A. And I did not use this to develop the upside
4  report.
5   Q. The upside report, okay. Okay. Put that
6  aside.
7       Okay. Now going back to the pipeline
8  calculation that you performed, or that you looked in
9  connection with the upside report, did you adjust that
10  conversion rate to take into account any external
11  factors that may cause one year's results to be
12  different than the prior year's results?
13   A. No.
14   Q. Any economic factors whatsoever?
15   A. No.
16   Q. No. Okay.
17       So even though the market had changed
18  significantly in terms of like dot-com business, the
19  conversion rate, you didn't adjust for that at all when
20  you converted it over for purposes of making your upside
21  adjustments?
22       MR. RUBENSTEIN: Object to the form.
23       THE WITNESS: I did not consider any economic
24  factors when performing the license -- when we prepared
25  the license pipeline conversion package, it is solely

136

1  based on applying the historical conversion rates for
2  the same prior year corresponding period to the current
3  pipeline to determine what the upside would be.
4       MR. BRITTON: Q. Okay. And then you would
5  make your adjustments upward based upon that conversion
6  rate, plus talking to the financial heads in other
7  conversations that you had with business heads; is that
8  fair?
9    A. Yes. I would use a variety of data inputs to
10  come up with what I felt was the appropriate upside
11  number to get to the total consolidated forecast for the
12  quarter.
13   Q. Did you ever adjust those numbers down based
14  upon the conversion rate and your conversations? Did
15  you ever, in preparing the -- the consolidated upside
16  report, did you ever make adjustments downward to the
17  license revenues?
18   A. Sure.
19   Q. Okay. And what circumstances would cause you
20  to make the adjustments down?
21   A. In the event that the pipeline -- historical
22  pipeline conversion rate may have indicated a -- a lower
23  license forecast than what was submitted, that would be
24  one reason. Another reason is there could have been an
25  error in the forecast submission that came to my

137

1  attention, and, therefore, I needed to adjust the
2  forecast down.
3       So, you know, it -- it -- the upside column was
4  not just, you know, to make changes based on upside
5  reports or other additional information that I received.
6  It was also used to reflect any errors -- any
7  corrections to errors that were made in the underlying
8  forecast that was originally submitted in OFA.
9    Q. Okay. So if, say, for example, Jay Nussbaum
10  submitted his forecast that said a million dollars for
11  the quarter, and that analysis was based upon deals that
12  were in the pipeline that were likely -- likely to
13  close, you would actually make an adjustment downward
14  for -- for the upside forecast if circumstances
15  warranted -- if circumstances warranted it?
16   A. If -- if there was an error in the original
17  forecasts that were submitted, I would have adjusted it
18  downward. If the historical pipeline conversion ratio
19  told me that his forecast did not seem achievable based
20  on his historical conversion trends for the like for
21  like periods, then I would adjust it down.
22   Q. Now, did the business -- the individual
23  business units have access to their historical
24  conversion rates for them, those periods?
25   A. Yes, they did.