# EXHIBIT C

Ellison, Lawrence 9/21/2006 10:57:00 AM

229

```
1         IN THE UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3
4
5   In re ORACLE CORPORATION
6   SECURITIES LITIGATION.
7           Master File No. C-01-0988-MJJ
8   This Document Relates To:
9
10  ALL ACTIONS.
11  _____ ____/
12
13              ---oOo---
14           CONFIDENTIAL
15   VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON
16              Volume II
17        Thursday, September 21, 2006
18              ---oOo---
19       SHEILA CHASE & ASSOCIATES
           REPORTING FOR:
20       LiveNote World Service
         221 Main Street, Suite 1250
21       San Francisco, California 94105
         Phone: (415) 321-2300
22       Fax: (415) 321-2301
23
24  Reported by:
    RACHEL FERRIER, CSR
25  CSR No. 6948
```

383

1  Q  Okay. Do you remember him asking for an
2  example of an 11i implementation that had stood the
3  test of time?
4  A  I -- I don't.
5  Q  Do you -- did you point out the suite had
6  been only out a year but that a few customers had
7  adopted the no-modifications model out of poverty?
8  A  I certainly -- yes. Yeah. Techtronics
9  specifically, yeah.
10 Q  You don't recall Techtronics; is that
11 what --
12 A  No, I said I do vividly recall Techtronics.
13 Q  So is it accurate, then, that as of the
14 date of this -- of the meeting that's being referred
15 to here, the only examples offered by Oracle
16 personnel at the meeting of 11i up and running that
17 had stood the test of time was or were Techtronics
18 and Cisco?
19 A  No.
20 Q  Okay. And what you are saying, then, is --
21 A  They were just specific examples.
22 Q  Right.
23    As Matthew Symonds -- in other words, has
24 Matthew Symonds omitted other examples that were
25 given at that meeting?

384

1  A  I believe so.
2  Q  That's very misleading if he has, isn't it?
3    MR. LINDSTROM: Objection; argumentative.
4    THE WITNESS: No, I don't think so, but --
5  BY MR. SOLOMON:
6  Q  Okay. And then you enter a footnote or
7  clarification which reads: "As I've said before, our
8  forecasting system is not clairvoyant. Our
9  forecasting does statistical extrapolations based on
10 historical trends. If something that's outside our
11 mathematical model of the business changes, like a
12 war in the Middle East, our forecasting becomes
13 inaccurate."
14    Do you see that?
15 A  Yes, I do.
16 Q  Okay. And you stand by that?
17 A  Absolutely.
18 Q  Now, it wouldn't -- a war in the Middle
19 East is just one example. There could be who knows
20 how many examples; right?
21 A  Price of oil goes over a hundred dollars a
22 barrel, lots of things.
23 Q  And the point you are making is that while
24 your forecasting system does extrapolations based on
25 historic trends, if something is happening that would

385

1  suggest that the historical trend is not necessarily
2  reliable, then your forecasting will not be reliable;
3  is that right?
4  A  Right. Major macroeconomic change;
5  sudden -- sudden growth in the economy or sudden
6  shrinkage in the economy would cause -- you can't
7  extrapolate anymore.
8    MR. SOLOMON: Okay. Have marked as the
9  next exhibit another excerpt from the Softwar book.
10   (Exhibit No. 98 was marked for
11   identification.)
12 BY MR. SOLOMON:
13 Q  And you will see that this chapter is
14 called "Hungarian Lessons," and in chapter -- it says
15 Chapter 12, "Hungarian Lessons." I'm looking at the
16 language, "But the bit of GE he's" -- and it's
17 referring to you -- "improbably declared a model 11i
18 customer is in a far-flung outpost of Jack Welch's
19 sprawling imperium."
20    Do you see that?
21 A  I do.
22    MR. SOLOMON: Then I'm going to have marked
23 as the next exhibit another excerpt from the Softwar
24 book.
25    (Exhibit No. 99 was marked for

386

1  identification.)
2  BY MR. SOLOMON:
3  Q  When you referenced GE Power's
4  implementation of 11i, were you careful to say that
5  it was the Hungarian operation that was implemented?
6  A  Sometimes I mentioned Hungary specifically
7  as a green field; sometimes not. It was more than
8  just Hungary, but the very first one we did was in
9  Hungary.
10 Q  And I'm looking at the paragraph on
11 page 229 at the bottom that begins with, "The
12 contract."
13   Do you see that?
14 A  Okay.
15 Q  It says, "The contract was signed in late
16 October with a clear understanding that if Oracle
17 delivered at" -- and I'm not going to try and
18 pronounce the name.
19   Can you pronounce the name of that place?
20 A  I can't.
21 Q  It's V-e-r-e-s-e-g-y-h-a-z with an accent
22 z.
23   I'll continue: "GE would start rolling out
24 11i across its thirty or so other turbine plants.
25 Within a month, the project was in trouble."