# EXHIBIT D

"The access [Symonds] got is apparent.... This access gives the reader a rare window on Ellison's mind." —*The New York Times*

"A sympathetic and revealing portrait of an idiosyncratic executive and company.... Entertaining." —*Harvard Business Review*

IN A BUSINESS where great risks, huge fortunes, and even bigger egos are common, Larry Ellison stands out as one of the most outspoken, driven, and daring leaders of the software industry. The company he cofounded and runs, Oracle, is the number one business software company. Perhaps even more than Microsoft's, Oracle's products are essential to today's networked world.

In *Softwar*, journalist Matthew Symonds gives readers exclusive and intimate insight into both Oracle and the man who made it and runs it. As well as relating the story of Oracle's often bumpy path to industry dominance, Symonds deals with the private side of Ellison's life. With unlimited insider access granted by Ellison himself, Symonds captures the intensity and, some would say, the recklessness that have made Ellison a legend.

With a new and expanded epilogue for the paperback edition that tells the story behind Oracle's epic struggle to win control of PeopleSoft, *Softwar* is the most complete portrait undertaken of the man and his empire—a unique and gripping account of both the way the computing industry really works and an extraordinary life.



MATTHEW SYMONDS is currently political editor of *The Economist*, but before that was the magazine's technology and communications editor for nearly four years. He has also been a founding editorial director of *The Independent* and strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.

"Software titan Larry Ellison has been busy scribbling footnotes to the most detailed account yet of his outsized life.... He also responds and sometimes challenges the account of author Matthew Symonds—a twist in presentation that adds a real-time feel to the 500-page biography." —Lisa Baertlein, Reuters

"An unusually candid study of how a tiny start-up ... grew—sometimes painfully—into a Silicon Valley institution." —*Financial Times*

Cover design by Michael Accordino
Cover photograph by Oliver Laude
Author photograph by Jenny Gedden



Visit us online at www.simonsays.com

U.S. $16.00 Can. $24.00

ISBN 0-7432-2505-8



"Symonds excels at letting readers into the 59-year-old Ellison's often turbulent personal life.... [and] provides a wonderful image of Ellison who is far from..."

# SOFTWAR

### AN INTIMATE PORTRAIT OF
## LARRY ELLISON AND ORACLE
## MATTHEW SYMONDS

# SOFTWAR

## An Intimate Portrait of Larry Ellison and Oracle

MATTHEW SYMONDS

with Commentary by Larry Ellison

Simon & Schuster Paperbacks
*New York   London   Toronto   Sydney*


SIMON & SCHUSTER PAPERBACKS
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2003 by Matthew Symonds and Larry Ellison
Epilogue copyright © 2004 by Matthew Symonds and Larry Ellison
All rights reserved, including the right of reproduction
in whole or in part in any form.

First Simon & Schuster trade paperback edition 2004

SIMON & SCHUSTER PAPERBACKS and colophon are registered trademarks of
Simon & Schuster, Inc.

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798 or
business@simonandschuster.com

Designed by Karolina Harris
Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data
Symonds, Matthew.
  Softwar : an intimate portrait of Larry Ellison and Oracle / Matthew Symonds with
commentary by Larry Ellison.
    p.  cm.
  1. Ellison, Larry.  2. Oracle Corporation—History.  3. Computer software
industry—United States—History.  4. Businessmen—United States—Biography.
I. Ellison, Larry.  II. Title.
HD9696.63.U62E4478   2003
338.7'6100531'0973—dc22                                        2003058989

ISBN 0-7432-2504-X
    0-7432-2505-8 (Pbk)

*To Alison and the children with all my love*

# ACKNOWLEDGMENTS

There are many people without whose help and advice this book could not have been written. Above all, I'm grateful to Larry Ellison, whose enthusiasm and commitment never wavered even after it became clear that the story would not only have its share of twists and turns but would have a conclusion somewhat less clear cut than he had hoped. My thanks also to Melanie Craft, who bore with fortitude my invasion of her and Larry's privacy. Very many Oracle executives, both past and present, gave freely of their time and thoughts. It's not possible to mention everyone; they know who they are, and they are quoted in the book. But with Mark Jarvis, Jeff Henley, Safra Catz, Mark Barrenechea, Jay Nussbaum, and Ron Wohl I enjoyed a kind of extended conversation over a period getting on for two years. I was continually struck by the frankness and openness of those working for Oracle today, even when it came to talking about their boss. I would also like to record my thanks to Ray Lane. He understood that my relationship with Ellison was collaborative, but he still consented to be interviewed on two occasions, each time for several hours. He may not realize it, but he still has some good friends at Oracle. I also want to mention Joshua Lederberg, Steve Jobs, Jimmy Linn, Jon Bannenberg, and Laura Seccombe, who, in their different ways, gave me insights into Ellison's life that were unique. I must thank, too, those who helped me in practical ways, in particular Joyce Higashi, Carolyn Balkenhol, and Judy Sim. Without them there really would have been no book. I should pay tribute to my literary agent, Andrew Wylie, and my editor at Simon & Schuster, Geoff Kloske. From the outset, Andrew helped shape and define the project and continually buoyed me with his confidence

and support; Geoff honed, tightened, and, where necessary, discreetly made me intelligible to Americans. Finally, my thanks to Bill Emmott, the editor of *The Economist*, who graciously allowed me a year's leave to pursue this project and whose imaginative suggestion in 1997 that I should write about the unfolding drama of the Internet led directly to my meeting Larry Ellison.

# CONTENTS

| | | |
|---|---|---|
| | *Author's Note* | xi |
| 1 | Larry and Me | 1 |
| 2 | On the Road | 11 |
| 3 | The War on Complexity | 36 |
| 4 | Beginnings | 54 |
| 5 | To the Limit | 75 |
| 6 | Growing Up | 90 |
| 7 | Best-of-Breed | 112 |
| 8 | Falling Out | 136 |
| 9 | The Laboratory | 161 |
| 10 | Ready or Not... | 184 |
| 11 | Taking Stock | 205 |
| 12 | Hungarian Lessons | 227 |
| 13 | Hill by Hill | 233 |
| 14 | The Last Database | 246 |
| 15 | Enemies | 263 |
| 16 | Chained to the Job | 285 |

x                    CONTENTS

17   Alternative Stress                302
18   *Sayonara* Swan Song              322
19   Family Values                     331
20   Three Strikes, You're Out         347
21   Larryland                         369
22   A Life Beyond Oracle              380
23   "A Scrap of Information"          400
24   The Golden Nugget                 418
25   A Perfect Storm                   433
26   "The First Loser"                 454
27   The Biggest Water Bottle          471

     Epilogue                          487
     Index                             499

# AUTHOR'S NOTE

In March 2000, I received a telephone call from Larry Ellison. He had an idea for doing a book about e-business and globalization and wanted to know if I would be interested in coauthorship. I was flattered, but it wasn't something I wanted to do for a number of reasons. In the first place, a relationship with Ellison of that kind would mean I would have to give up writing about the technology business for *The Economist* because of the potential for conflict of interest. Second, I had no desire to add to the torrent of indifferent books about the e-business phenomenon that were then flooding the business publishing market. Third, although we shared many views and I had grown to like Ellison and enjoy his company in the brief time I had known him, I thought that coauthoring a book with him would be a nightmare.

But while we were talking, a much more appealing proposition began to form in my mind: what I would be interested in doing was writing an intimate portrait of Ellison and his company on the basis of having a very high degree of access to both him and Oracle. I explained that I would have to have complete editorial control and that it might be some time before I could take leave of absence from *The Economist*. Ellison's answer was immediate: he'd love me to do it, and he was prepared to wait until I was ready.

Nine months later, in December 2000, accompanied by my New York-based literary agent, Andrew Wylie, I met with Ellison at his Japanese-style villa in Atherton, a leafy and very expensive suburb some twenty miles to the southwest of San Francisco that is home to much of the Silicon Valley establishment. The meeting had three purposes. First, I

needed to establish the basis of my working relationship with Ellison: Wylie had concluded that there should be a formal collaboration agreement between us. Second, although Ellison and I had recently discussed the book over dinner at my house in London, I did not yet have a settled idea of what it should be, although I had already ruled out doing a conventional biography. I knew that if the project was to engage Ellison it would have to be relevant to his current concerns. Most of all, I wanted to test Ellison's claim that Oracle was poised for true greatness.

One of the things I had noticed while covering the technology business was that many of its key players had extraordinarily little interest in even the recent past. It was as much as most of them could do to remember what it was that Microsoft had done to end up in court. Even Marc Andreessen was much keener to talk about the new businesses he was investing in than his epic struggle against Bill Gates while at Netscape. His attitude was: been there; done that; move on. When Microsoft's witnesses were confronted with damning e-mails they'd written only a couple of years before, it is just possible their surprise and struggle to guess what they might have meant at the time wasn't completely phony. Ellison doesn't suffer from that kind of amnesia, but even though he reads history voraciously and tries to learn from it, what really interests him is not the last five years but the next five. To Ellison, the present and the near future elide so gracefully as to be almost indistinguishable. And when talking about software, last year is another country.

A collaboration agreement that gave me everything I would need was quickly reached. An innovative twist, devised by Andrew Wylie, was that Ellison would have a kind of right of reply or commentary within the book, which he could use either to express a counterpoint to any of my conclusions that he disagreed with or to amplify things that he thought important. Neither of us would be able to alter the words of the other. It is a unique form of joint copyright. I think it has worked.

There is one other thing I would like to say about my relationship with Ellison. In the course of my research, I met, somewhat to my surprise, a number of people who assumed that Ellison was paying me to write what he hoped would be a sympathetic account of his life. This is not the case. My compensation and expenses have been covered in full by the advance from my publisher. That said, I have stayed as his guest during my many visits to Oracle and have traveled with him on his private planes. I have also spent time with Ellison on his boats, recording extensive interviews during his vacations and, most recently, joining him in Auckland to report at first hand on his America's Cup campaign. Has this degree of inti-

macy undermined my ability to be objective about Ellison? It is hard for me to say, but I don't believe so. I like Ellison and there is much about him that I admire, but I am frequently critical of him. Most of us, I think, are able to reach reasonably objective judgments about even our closest friends. Liking them does not mean being oblivious to their faults. I have written the truth about Ellison as I have found it and reported faithfully, for better or ill, the words of the many people who know him whom I have interviewed. When Ellison's version of events appears questionable or his behavior less than admirable, I have said so. But to a great extent, the picture of Ellison that emerges is one formed by his own words during innumerable, at times brutally frank, conversations conducted over a period of two years. Ellison is, more often than not, his own harshest and most unrelenting critic.

"CRM in ninety days" initiative is licking his lips nervously and starting to sweat despite the air-conditioning. He agrees that the product isn't ready. Ellison says with rising incredulity, "You want to announce this, but not deliver until May . . . can anyone tell me why we're doing this? Why should we announce it now? Why shouldn't we wait until it works?"* It's a nasty moment, but Ellison is assured that the other flows are ready. The decision is made to pull the sales force compensation package until the problems are resolved and go ahead with launching the other flows on Tuesday.

. . .

When the day is over, Ellison and I drive the half mile to a canalside house he owns in Redwood Shores, where we can sit on the deck and watch the pelicans. Ellison's earlier belief (sincerely held) that Oracle alone might miraculously escape the recession sweeping through the rest of the technology industry now seems ludicrously optimistic. What really happened during those last few days in February at the end of the quarter? Was it a question of two or three big deals falling through at the last moment, as Ellison had earlier appeared to suggest, or was something more fundamental going on?

"No. It was a lot of deals—dozens, I'd say. Sometimes a deal was delayed. Sometimes the size of the deal dropped from $6 million to $2 million. All of a sudden people stopped buying in anticipation of their needs for the next couple of years. Instead they bought exactly what they needed for the next three months. There were even cases where companies that were already using our software were trying to find ways not to pay for it. I'm not going to mention names, but a very large wireless company that was supposed to give us $15 million or $20 million this quarter, based on their own published subscriber numbers, decided to dispute the amount. It was just a negotiating tactic. If we lowered their bill, they'd pay us this quarter. We didn't. Lots of tech companies and telcos are under financial stress, so they're being much more careful with their cash these days. The dot-com die-out is getting worse. Suddenly, moving all your business processes to the Internet doesn't seem so important anymore. It seems like e-business and the Internet are going out of fashion."

---

*LE writes: It made no sense to release the compensation flow until it was working successfully at Oracle. I had made this mistake too many times in the past. Never again.



Matthew Symonds, Melanie Craft, Larry Ellison at Woodside in 2002



I suggested that perhaps companies were no longer worried about Web-based "stealth competitors" coming from nowhere to eat their lunch. "That's exactly right," said Ellison. "Wal-Mart is no longer worried about Amazon.com—if Wal-Mart ever was worried about Amazon. A lot of companies have realized they don't have to move quite so quickly. They can be more deliberate and automate at a more rational rate. Flying the Internet flag isn't so cool anymore." Perhaps another factor was that simply making an announcement about what you were doing on the Internet was no longer likely to have a major impact on their stock price? "Absolutely," replied Ellison. "All these B2B exchanges . . . there were lots of companies that issued a press release about a B2B exchange and saw their stock price shoot up. Commerce One dished out about three of these B2B press releases for every one that we sent out. They killed us in the press release war. But that exchange business is gone now. And it's not just the exchange business that's dried up. Companies are much more cautious about buying any kind of new technology."

It is almost as if Ellison were talking about some semi-mythical period remembered only through the mists of time. I can't help reminding him that in mid-February, only ten weeks ago, he still thought Oracle would make its number. "Absolutely," he says. "We went into that quarter extremely confident. We got off to a great start. If you look at our quarter month by month, we had great growth in December, we were still way ahead in January, and then we hit the wall in February." When did he first know that something big had changed, and why didn't Oracle's own much-vaunted e-business systems provide any warning? "Our sales-forecasting system tells us how many deals are in the pipeline and multiplies their value by a historic close rate. If there's a change in close rate we detect that, but in our case we don't detect it until the last day or two of the quarter, because that's when we close so much of our business. I hate that. Consulting firms actually go out and train software buyers to negotiate right up until the last hour of the last day of our quarter before signing a multimillion-dollar deal. Most software companies will increase the discount on the last day just to get the deal into the quarter. It's a monster the industry has created by mapping its sales compensation plans to its fiscal reporting. I think that's a bad practice, and we've tried to put a stop to it at Oracle. But that hasn't stopped our big customers from asking—and taking us right up to the end of quarter before they sign."

I asked Ellison what he had expected the reaction to be when he issued the earnings warning. He said, "Well, the reaction had already occurred. The stock had already gone down dramatically. It was one very loud 'I

told you so.' It turns out that the analysts were looking at the macroeconomic forecast and that proved to be more accurate than our internal systems sales forecast." So how bad did he think things were going to get, and how did he plan to adjust to the new circumstances? "Well, first off, I thank God that we spent the last two years reengineering our company into an efficient global e-business. If we had just started the process of moving to the Internet now, we would really be in trouble. Yeah, we were disappointed in the quarter, but it wasn't a disaster: our sales went up, our margins went up, and our profits went up. I'm not happy, but I'm not going to go out and kill myself. We're really in pretty good shape. We're making a lot of money, and our products have never been stronger. We have release 9i of the database coming out soon. We have a cool new version of the application server that's going to drive BEA nuts. Our products are competitive, and our organization is efficient. Those two things allow me to sleep at night. The last time the economy slowed down [in 1991], Oracle lost money."

Even if the product cycle was in good shape, it was clear from the "CRM in ninety days" initiative that the marketing message was changing with the times. "That's true. Without the same sense of urgency about moving to the Internet, we have to sell differently. What we're selling now are very rapid, low-cost, low-risk implementations of automated business flows. The E-Business Suite contains several separate business flows. We can automate one flow at a time—like "procure-to-pay" or "opportunity-to-global-sales-forecast" and so on. We provide the software and the labor to get it up and running for a guaranteed fixed price, so customers get a guaranteed return on their investment with a minimum of risk. That's what's selling these days—return on investment. People have lost their appetite for risk.

"Selling separate flows solved another key problem for us. By talking about the E-Business Suite as complete, people thought that you have to buy and install the entire suite all at once. It's an all-or-nothing kind of deal. No, no, no. Not true. But our competitors used it against us quite effectively. So we thought that we had better start talking about the separate E-Business Suite flows inside the suite. That also lets us sell better against the best-of-breed specialists. We'll sign a contract guaranteeing to do a CRM flow in ninety days for X number of dollars. We tell our prospects to go ask IBM and Siebel how long it will take and how much it will cost for them to do the same thing. It was the best way we could think of to drive home the point that Oracle applications install faster and are much less expensive to run than the competition. Even today

mostly earnest and respectful, although one, Paul Mason, a senior analyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacentric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the proprietary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. The Burton volunteers that one of the benefits of this is that it "reduces conflicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demonstrate the speed of their hardware with their own database? You guys always say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the computers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's running in a standard certified configuration, you can put hardware wherever you want and we'll run it for you. And another thing: everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-

gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early."*

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Oracle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. financial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and contrarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Oracle, Burton said, would have to: provide "proof points" for 9i's "clustering scalability," and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sustained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; deliver CRM product parity with Siebel; make sure that Oracle consulting

---

*LE writes: *If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. However, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing* On the Origin of Species *and* The Descent of Man *for more than twenty years, but that judicious delay did not save him from vicious personal attacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.*

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

---

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

## 15

# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd-effect of this was to diminish Oracle's own extraordinary suc-

---

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.

cess. Surely it was better to be known as the world's biggest enterprise software firm than to be seen as Microsoft's perennial challenger. As for Ellison's attacks on Gates, they could make him seem "chippy" and resentful, both of which were far from the truth. What made it even stranger was the fact that Microsoft and Oracle compete only at the margins. To be sure, Microsoft has a database product, originally licensed from Oracle's old rival, Sybase, more than a decade ago. But despite attempts by Microsoft to present the latest versions of its SQL Server as being sufficiently capable for data center duty, its deployment is still mostly departmental. Although Microsoft would like nothing better than to destroy Oracle's profitability by commoditizing the database business, the demands of Internet computing have so far thwarted that ambition. SQL Server remains essentially a "good enough" database that's bundled into Microsoft's BackOffice server suite to put some price pressure on Oracle at the low end of the market. As for applications, Microsoft has remained content to dominate the desktop with Office, preferring to partner with Oracle's competitors, such as SAP, than to compete with Oracle head-on.

However, from Ellison's perspective, the assault on Microsoft and all its works, which he initiated in September 1995 when deriding the PC as "a ridiculous device," had not only evolved into the much broader war on complexity, but created an awareness both of Oracle and of its vision of computing that nothing else could have achieved. Since then, although Microsoft's wealth had grown almost exponentially thanks to its near-monopoly profits from Windows and Office, it no longer had quite the aura of invincibility it had previously enjoyed. Thanks to the Internet, computing had moved decisively toward a model that played much more to Oracle's strengths than to Microsoft's. As for the antitrust case against Microsoft that had arisen from its brutal suppression of Netscape, it had not only hugely distracted its senior management but done great damage to the company's reputation. A few days after, I discussed these issues with Ellison. The Washington, D.C., Court of Appeals found Microsoft guilty of serially abusing its monopoly power while rejecting the controversial remedy of District Court Judge Thomas Penfield Jackson that it should be broken into two companies.

Ellison's antipathy toward Microsoft seemed to go much further than simply seeing it as a dangerous business adversary. He once said to me that what he really didn't like about Microsoft was that it didn't have any taste. What did he mean? "Well, actually I was quoting Steve Jobs. He said that the thing that really bothers him most about Microsoft is not

how successful they are or how much money they have; it's the tasteless mediocrity of their software.*

"I totally agree with Steve, Microsoft's software is rarely first rate. They never, ever innovate, but they're pretty good copiers. All those bright people up in Redmond remind me of the guys you see sitting in museums making beautiful copies of great art. Their pictures are beautiful, but they're copies—forgeries. Ever since the guilty verdict in the antitrust case, Bill began chanting Microsoft's new mantra: 'Please, please don't take away our right to innovate.' Microsoft innovate! Give me a fucking break. The innovation for the Internet came from Netscape. All Microsoft did was copy Netscape's browser and bundle a 'free' copy of the browser with Windows. But it wasn't really 'free' at all. Microsoft got paid for its 'free' browser by raising the price of Windows. But Netscape couldn't charge for its browser because Microsoft included a 'free' browser as a part of Windows. It was a brilliant business strategy. It killed Netscape. But it's illegal. Now Microsoft is trying to do the exact same thing to RealNetworks [the innovators of Internet streamed video and audio] by bundling a 'free' media player with Windows. They'll just keep doing it over and over again until somebody penalizes them for doing it. You've got to give them credit for balls, but not for innovation. Even Bill's business strategy is just a copy of Standard Oil's strategy back in the 1870s. But when Rockefeller used his monopoly to crush his competitors, it wasn't illegal. There were no antitrust laws back then.

"So what's Microsoft's single greatest innovation? Take your time. It's a trick question. There aren't any. All that money Microsoft spends on research; what have they got to show for it? Nothing! Compare that to IBM's research results. IBM invented the disk drive, they invented core memory, they invented the scanning tunneling microscope, they invented fractal geometry. The list of IBM inventions goes on and on. IBM researchers have won Nobel Prizes. IBM, at the height of their greatness, was a national treasure, an institution that anyone would be proud to be a part of. They don't do software very well anymore, but their old mainframe stuff was great. I make fun of a lot of other databases—all other

---

*LE writes: What bothers me most about Microsoft is the fact that they've been found guilty of repeatedly violating our antitrust laws but they've escaped all punishment—so far, anyway. Those guys are lucky as well as smart. I hate that.

ful impact on the packed hall. But maybe because this is Europe rather than America, I detect a slight uneasiness in the nervous laughter that greets some of Ellison's jokes. Impressive proof though Daily Business Intelligence is of the computing philosophy behind the E-Business Suite, how many people would really welcome the introduction of such brutal transparency into their working lives? If Ellison has his way, it's something they'll just have to get over.*

Before going onstage, Sergio Giacoletto, Oracle's Italian head of European sales, has asked Ellison not to mention two things that are in the pipeline. The first is the "outsourcing with a twist" offer, which first broke cover at the New York CEO roundtable back in October. This is the deal in which Oracle proposes to take over a customer's entire IT budget and provide all the software (suite, apps server, database), hardware, and networking gear that's needed for a state-of-the-art computer system. Each year for the five-year term of the contract, Ellison commits to reducing that IT budget by 5 percent. Giacoletto reckons that it will give Oracle a formidable weapon to fight SAP in the European midmarket, which neither of the two rivals has penetrated much. But he wants to announce it when he's good and ready. However, when someone asks about Oracle's ASP (application service provider) strategy, Ellison can't resist the opportunity to pitch his new deal.

The second thing that the Oracle execs want kept under wraps is a radical new pricing plan for the E-Business Suite, which has barely been signed off on back at Redwood Shores. But at the press conference after his keynote speech, once again, Ellison can't help himself. From now on, he declares, the E-Business Suite will be sold to every customer in its entirety, and there will be just two license prices: $4,000 a year for power users and $400 for occasional users. What it means for the customer is that it will no longer be necessary to work out minutely in advance what modules in the suite are likely to be needed and how many licenses should be purchased, say, for financial users or sales-force users. As Ellison says, "Our pricing didn't match our product. Our product was an integrated suite, but our pricing was component by component. That meant when you were buying the suite you had to decide in advance how many users to buy for each-application component: marketing, sales, service, financial, manufacturing, and so on. If you guessed wrong, you had

---

*LE writes: Your best people want management to know how well they're doing their job. Keeping relative performance a secret is not fair to them.

---

to come back and negotiate a new license." In other words, customers had to predict their future business needs and processes in a way that was inherently spurious. From now on, they would be able to turn on whatever parts of the suite their evolving requirements justified, and users would be allowed access to any applications they wanted to work with.

From Oracle's perspective, the new pricing model made even better sense. The bundling of features into the database and the apps server that customers could either use or not use was a neat way of locking competitors out of profitable niche markets—as Microsoft had proved over and over again (the legal difference was that, sadly for Ellison, Oracle was not a monopoly). If an ERP customer had already installed the whole suite and was thinking about deploying CRM, why not just switch on the Oracle stuff it already had rather than go to all the bother of buying and implementing a system from Siebel? The new pricing model leveraged the completeness of the suite without imposing it.

There were two further advantages from Ellison's point of view: first, it would no longer be a stretch to claim every 11i customer as a suite customer;* second, it might help to diminish some of the internal sniping between the Wohl and Barrenechea teams. Ellison told me later, "We'll now be measuring Suite sales in total, rather than ERP and CRM sales separately. That should take some of the edge off the intramural competition that's been going on between the different applications development groups. When a customer buys the entire suite, our sales system will record it as a Suite sale, but our support system will tell us exactly which applications in the Suite are actually being used."

Ellison's premature announcement at the press conference had two effects, one predictable, the other less so. The first was to send Oracle's marketing machine into a spin. When Ellison started to reveal the new pricing plan, Mark Jarvis exclaimed, "Oh my God. He said he wasn't going to do it. He always does this. This will be running on the wires, and the press will start calling Safra in a couple of hours [it was still 7 A.M. in California], and she won't know what the hell's going on." Jarvis had to prepare a detailed press statement in a couple of hours. The second, more positive, was that for the first time in a large gathering of skeptical journalists, not a single question was asked about the value of the suite versus best-of-breed had been asked. A corner turned.

---

*LE writes: Not quite. Customers still have the option of buying the applications à la carte, which they do about half the time.

On the plane from Amsterdam to London, I discussed the last few days with Ellison, including an edited version of Barrenechea's attack on Ron Wohl. As to the latter, his reply is terse: "You know, Mark Barrenechea is a very smart guy, and he has some interesting theories that explain our CRM sales results. Indeed, our CRM sales are influenced by lots of things beyond Mark's control: the quality of our ERP software, the size and experience of our CRM sales force, the state of the economy, and the relative strength of the CRM competition." I asked him whether he agreed with Jarvis that Oracle had suffered real brand damage during the last twelve months.

He sighed; the expression "brand damage" had come from him a few months earlier, when he had wanted to draw attention to the fact that the quality issues affecting some 11i customers were the overriding priority for development. "We were all very pleased with the progress being made on our applications product quality issues, but I didn't want to let up. I wanted our developers to stay intensely focused on quality, quality, quality. So I casually said that the early versions of 11i had done some 'brand damage' to Oracle, and to repair that damage we'd have to constantly improve quality. I'm sorry I ever used the expression 'brand damage.' The phrase 'brand damage' caught on, and everyone started using it. A sale didn't close because of 'brand damage.' I've been plagued by the expression 'brand damage' ever since I first used it. Never use catchy phrases to describe something negative about your own company. Aim the dark marketing at the competition, not yourself." Interestingly, Ellison added that the rollout of Daily Business Intelligence within Oracle had made it much easier to dig down into finding where the problems were and who should be responsible for fixing them: the transparency ended what had been a blame game between support and development.*

For all that, I suggested that from what I had seen over the last few

---

*LE writes: As we started to put in Daily Business Intelligence, I realized that Oracle had the wrong product-quality metrics; we had been measuring the wrong things for years. Oracle had held engineering accountable for product defects—bugs—rather than service requests. A product can be bug-free and still generate too many service requests because it's difficult to install or difficult to use. We decided that our primary measure of product quality would be the number of service requests, not the number of defects or bugs. Once we got the metrics right, the squabbling between support and development ended, the number of service requests started trending downward, and customer satisfaction went

---

days of Oracle's customers and integration partners, the technology press, and even some of the analysts, the idea that a corner had been turned in Amsterdam didn't seem far-fetched. Ellison wants to agree, but he also wants to put things into context: "A big technology transition—a massive rewrite of one of our major products—happens infrequently, once every ten or fifteen years. When it does happen, it puts a huge strain on us and our customers. It's a little bit like childbirth. It's painful for what seems like a very long time, but the pain is suddenly forgotten when you see the beautiful baby. When Oracle 7 came out, nobody remembered the pain of Oracle 6. Rewriting the applications was a much easier transition than rewriting the database. But nobody remembers the extent of the problems we had with Version 6 of the database. Everyone's repressed it. It's just fascinating. Somebody said to Jeff Henley, 'Oh my God, this is as bad as the database rewrite back in 1991.' Jeff and I had to laugh. During the database rewrite we almost went bankrupt. Today we have $6 billion in cash and profit margins of around thirty-five percent. But more important, we now have the only suite of applications integrated around a single applications database. We have the only applications database with built-in business intelligence. In other words, we have the smartest, best-looking baby in town."

Maybe the only thing that mattered was a return to sales growth? Ellison had said to me more than once that the one thing that would make a difference was a quarter that beat expectations. "Analysts don't try to foretell the future; they try to explain the recent past. If you have a series of bad quarters, they explain that it must be because you have product problems. If you then have a series of good quarters, they explain that it's because you've overcome your product problems. They'll conclude that our E-Business Suite product problems are over when we start growing faster than our applications competitors. It's that simple—they just look at the numbers." *

* * *

The tension in Amsterdam between Ron Wohl and Mark Barrenechea would soon be resolved. Getting Daily Business Intelligence to perform

---

up dramatically. Daily Business Intelligence is a powerful tool for changing behavior, but be careful of what you measure. If you measure the wrong things, behavior will change the wrong way.

*LE writes: Not all the analysts. A few good ones actually survey customers.

all its tricks proved to be difficult, and as a consequence, soon after returning to Redwood Shores, Ellison, threw himself into the effort to get the product finished: "We were getting most of the data we wanted out of Daily Business Intelligence, but not everything. There was some data that I considered very important that we were unable to track for some reason. I wanted to understand why." As usual when an engineering problem struck, he insisted on embarking on a process of highly detailed reviews of every product element to try to identify the issues.

The urgent need to make Daily Business Intelligence a reality had an unforeseen effect: it exposed weaknesses in the integration between the ERP and CRM sides of the suite that neither Ellison nor anyone else had been fully aware of. The more Ellison drilled down into the code, the more alarmed he became: "By March, I had found a couple of database schema errors that seemed to be the source of the Daily Business Intelligence problems I was working on. But schema errors were only a symptom of the real underlying problem: the ERP and CRM components of the suite were not as tightly integrated as they should have been, because our two development teams were not working as closely together as I thought they were. I discovered I had a serious organizational problem in applications engineering. I should have seen it and fixed it a while ago. I totally screwed up."

It may have taken Ellison longer than it should have to discover the defects in his applications development organization, but once he did, he acted decisively. Ellison says, "Once it's clear to me that I've made a mistake, I move pretty quickly to fix it." He determined that CRM would, in effect, be merged into Wohl's side of the house, with John Wookey, the senior development manager who had delivered Oracle's financials application and was currently working on health care, becoming responsible for the CRM sales and marketing modules; Don Klaiss, who was responsible for Oracle manufacturing products, would take over the CRM service modules. If there ever had been an argument for nurturing a "creative tension" between the two sides of Oracle's applications business, by now there was none. While CRM was newer and sexier than ERP, Ellison reckoned that it was nonetheless a lot easier to do: "I believe that CRM is a layer or feature set on top of your ERP customer database. CRM is pretty easy to build if and only if you have a unified customer database, but near-impossible to build if you don't. Once again, a single database and integration is the key. CRM applications should not be separated from the ERP applications, and we got ourselves into trouble when we tried to build them separately. The organizational structure I set up was wrong; it was my fault, my mistake—*mea culpa*."

# 25
# A PERFECT STORM

For Larry Ellison, Thursday, May 2, 2002, was meant to be a routine working day. Through the morning he had worked on the deck of his home in Atherton, taking the usual mix of calls from his senior executives, business partners, and customers. Much of the rest of the day, as had been the pattern for several months, was scheduled to be spent in the eleventh-floor boardroom at 500 Oracle Parkway hammering out problems with the newly unified applications development team. But by late afternoon, Ellison found himself engulfed in what soon became known within Oracle as the "perfect storm"—a vicious combination of political feuding driven by large egos and the impending gubernatorial election, a fashionable post-Enron obsession with "corporate wrongdoing," and a hyperaggressive media that had worked itself into a feeding frenzy. It was the worst crisis the company had faced in more than a decade.

The telephone call announcing the storm's arrival was from Ken Glueck, Oracle's Washington-based senior political operative. Glueck is a big, unflappable man whose calm and geniality were never threatened even at the height of the "Dumpster diving" brouhaha (when Glueck had helped to expose Microsoft's secret bankrolling of purportedly independent industry lobbying groups that just happened to take the software giant's side during the epic antitrust case). But now Glueck was agitated.

Alerted by an Oracle lobbyist in Sacramento, Glueck had been watching live TV coverage of the California Highway Patrol raiding the state's own Department of Information Technology (DOIT) "to secure all shredders and trash." The news bulletins were also carrying reports that DOIT's director, Elias Cortez, had been suspended by Governor Gray