# EXHIBIT E

        **Subject:** **Re: Thanks for taking my call: The Daily Business Close**
            **Date:** Tue, 08 Jan 2002 14:20:46 -0800
           **From:** Ivgen Guner <Ivgen.Guner@oracle.com>
**Organization:** Oracle Corporation
              **To:** Mark Barrenechea <Mark.Barrenechea@oracle.com>
             **CC:** Jennifer Minton <Jennifer.Minton@oracle.com>,
                  "Schireson,Max" <MAX.SCHIRESON@oracle.com>,
                  "Bonvanie,Rene" <RENE.BONVANIE@oracle.com>,
                  IGUNER <IVGEN.GUNER@oracle.com>

Mark,

The package is attached. Please call me if any questions.

Ivgen


Mark Barrenechea wrote:

> The historical information is now a priority.
>
> The data we are looking for includes (previous 4 qtrs, current qtr, and next:
>   1. Consulting Booking Forecast and Billings Actual
>   2. License Revenue and Forecasts
>   3. Education Revenue and Forecasts
>   4. Support Renewal Revenues and Forecasts
>   5. Total revenues ( lets call the difference "other") and Total Forecast
>
> What ever we have, we will use. It is an interesting notion of all lines of business forecasting. We need to be in a position no later then June 1, 2002, that we have this functionality in production. Sooner, if possible.
>
> --mark

Jennifer Minton wrote:

> The spreadsheet I am forwarding is not from OFA but excel. The data is obtained from OSO and retained in excel files since we don't archive history in OSO. We have asked for this enhancement request for over two years as we like to keep historical data so we can evaluate the following trends:
>
> - license pipeline growth, qtr over qtr for the same week (eg week 2 in a given quarter). In addition, we also look at sequential pipeline growth.
> - forecast coversion ratios -- forecast as a % of pipeline. We track this for every forecast period within a quarter. This enables us to evaluate conversion rates. The conversion rates have been declining over historical periods due to the economic recession. When we were going through the dot.com bubble, the field would generally "sandbag" their forecast. By evaluating historical trends, Jeff and I would be able to determine what the true forecast was by applying historical

conversion rates to the pipeline. As a side note, my upside analysis was usually spot on!

Ivgen will forward the excel analyses from last quarter to help you design the formats. We are willing to assist in any way possible.

Mark Barrenechea wrote:

* Jennifer, Rene is working on the visualization and Max on "Numbers".
We are iterating daily in preparation for Monday's Board Meeting;

** Rene and Max, we should review our daily changes with Jennifer ...
even if just via email.

*** Max, Jennifer will be forwarding a spread sheet from OFA to me.
Would be great if Max and Rene can get a demo from OFA.

--mark


| Pipeline Package.xls | Name: Pipeline Package.xls<br>Type: EXCEL File (application/msexcel)<br>Encoding: base64 |
|---|---|

Ivgen Guner <Ivgen.Guner@oracle.com>

ORACLE CONFIDENTIAL

NDCA-ORCL 132079

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER