# EXHIBIT F

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004   8:51:00 AM

### 1

| | | |
|---|---|---|
| 1 | 00001:01 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | IN AND FOR THE COUNTY OF SAN MATEO |
| 3 | 03 | ---oOo--- |
| 4 | 04 | COORDINATION PROCEEDING |
| 5 | 05 | |
| 6 | 06 | |
| 7 | 07 | PROCEEDING NO. 4180 |
| 8 | 08 | THIS DOCUMENT RELATES TO: |
| 9 | 09 | ALL ACTIONS |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | DEPOSITION OF JEFFREY O. HENLEY |
| 13 | 13 | Tuesday, March 2, 2004 |
| 14 | 14 | Volume I (Pages 1 - 274) |
| 15 | 15 | |
| 16 | 16 | CONFIDENTIAL: THIS TRANSCRIPT IS DESIGNATED AS |
| 17 | 17 | THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARK |
| 18 | 18 | EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORD |
| 19 | 19 | |
| 20 | 20 | REPORTED BY: |
| 21 | 21 | HOLLY MOOSE, RDR-CRR-CRP |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | Certified Shorthand Reporters |
| 25 | 25 | San Francisco, California 94102 |

### 2

| | | |
|---|---|---|
| 1 | 00002:01 | IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE |
| 2 | 02 | IN AND FOR NEW CASTLE COUNTY |
| 3 | 03 | |
| 4 | 04 | IN RE ORACLE CORPORATION |
| 5 | 05 | DERIVATIVE LITIGATION |
| 6 | 06 | _____ / |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

### 3

| | | |
|---|---|---|
| 1 | 00003:01 | A P P E A R A N C E S |
| 2 | 02 | |
| 3 | 03 | FOR CALIFORNIA PLAINTIFFS: |
| 4 | 04 | BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO |
| 5 | 05 | ELIZABETH GUARNIERI, ESQ. |
| 6 | 06 | San Francisco, CA 94104 |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | BY: DAVID PEREZ, LAW CLERK |
| 10 | 10 | Suite 1000, Tenth Floor |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | BY: DOUGLAS WILENS, ESQ. |
| 15 | 15 | Boca Raton, FL 33432 |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | BY: ALAN N. SALPETER, ESQ. |
| 20 | 20 | 190 South La Salle Street |
| 21 | 21 | (312)782-0600 |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

### 4

| | | |
|---|---|---|
| 1 | 00004:01 | A P P E A R A N C E S (continued) |
| 2 | 02 | |
| 3 | 03 | FOR ORACLE CORPORATION: |
| 4 | 04 | MORRISON & FOERSTER |
| 5 | 05 | 755 Page Mill Road |
| 6 | 06 | (650)813-5818 |
| 7 | 07 | AND |
| 8 | 08 | ORACLE CORPORATION |
| 9 | 09 | 500 Oracle Parkway |
| 10 | 10 | (650)506-9221 |
| 11 | 11 | |
| 12 | 12 | ALSO PRESENT: Joanna Lenn, Videographer |
| 13 | 13 | Jill Weader, Berman paralegal |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | 425 California Street, Suite 2025 |
| 17 | 17 | (415)433-3200 |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | ---oOo--- |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

205

```
1    00205:01  more impact as you moved through December and into
2        02  January, beginning and middle of January?
3        03     A.  Impossible to tell.
4        04     Q.  It's impossible to tell?  None of your
5        05  indicators would allow you to determine that?
6        06     A.  None.
7        07     Q.  Okay.  And --
8        08     A.  I already described the various indicators.
9        09     Q.  Yes.
10       10     A.  I look at our competitors are saying [sic]; I
11       11  look at my pipeline; I look -- I look at my forecast; we
12       12  go back, we double-check the forecast.  All those
13       13  indicators still said we'd make the 25 percent and the
14       14  12 cents a share.
15       15     Q.  Okay.  Other than -- apart from making you the
16       16  12 cents a share [sic], did you see any slowdown where
17       17  you could still make your 12 cents, but yet it was still
18       18  impacting, the deals were still coming in slower than
19       19  you would have expected?
20       20     A.  I -- I -- I had no substantive information to
21       21  prove or disprove that.
22       22     Q.  Okay.
23       23     A.  Had a concern, as I said earlier.  But till
24       24  the last week of the quarter, we still thought we'd make
25       25  that forecast.
```

206

```
1    00206:01     Q.  All right.
2        02     A.  And you can go look at all the other
3        03  competitors and what they said when they missed their
4        04  March quarters.  They had all the same observations.
5        05         Until you get to the end of the quarter,
6        06  unfortunately, in this crazy business I'm in, you really
7        07  don't test your customer to see what they really think
8        08  about their business and what they really think about
9        09  the economy.  And then they have to vote 'cause they
10       10  gotta sign a contract or not.  They voted in a big way
11       11  at the end of February.
12       12     Q.  And did you have any concerns regarding the
13       13  pipeline, as you went into -- moved into Q3 2001?
14       14     A.  I thought, if anything, it was probably a
15       15  little overstated.  I thought it was too good to be
16       16  true.  I discounted it to some degree.  And, you know,
17       17  we talked earlier about cleaning up pipelines and that
18       18  sort of thing.
19       19         So I -- I thought it would be great if it was
20       20  really that strong.  I knew it was strong, it continued
21       21  to look good, but I wasn't sure it was quite as strong
22       22  as it said -- as the absolute number it started at.
23       23     Q.  Okay.  And did you start to see the
24       24  pipeline -- did you see the pipeline continue to grow in
25       25  the December/January time frame?
```

207

```
1    00207:01     A.  The pipelines never grow.  The pipelines
2        02  typically, as I described earlier, get scrubbed; deals
3        03  start slipping.  So the process is by -- I would say by
4        04  the end of the first month, you kind of got a stability
5        05  point, and they just slide from there because deals slip
6        06  or deals get lost, or whatever.
7        07     Q.  Okay.  And are you familiar with the term
8        08  called "backfilling"?
9        09     A.  Some people have used -- I -- I -- I -- that's
10       10  not a industry term, per se.  I mean ...
11       11     Q.  In what context have you heard it be used?
12       12     A.  It's been used inside the company where
13       13  somebody will say "This deal slipped, but I think I can
14       14  fill it or cover it with another deal that we -- now
15       15  looks like we'll be able to close."
16       16         So if that's what you mean by "backfilling" --
17       17  I'm guessing that's what you mean by "backfilling."
18       18     Q.  Okay.  And working off that definition of
19       19  "backfilling," did you have any understanding of whether
20       20  or not the field had a problem backfilling deals in Q3
21       21  2001?
22       22     A.  No.  As I testified earlier, you know, there's
23       23  always deals slip, deals come in, there's always
24       24  backfilling.  At the end of the day, what I care about
25       25  is "Are you going to make -- are you confident that this
```