# EXHIBIT G

221

```
 1   00221:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2      02          IN AND FOR THE COUNTY OF SAN MATEO
 3      03                  —oOo—
 4      04 COORDINATION PROCEEDING
 5      05
 6      06
 7      07              JUDICIAL COUNCIL COORDINATION
 8      08
 9      09
10      10 _____/
11      11
12      12
13      13       DEPOSITION OF LAWRENCE J. ELLISON
14      14         FRIDAY, FEBRUARY 27, 2004
15      15         Volume II (Pages 222 - 428)
16      16
17      17
18      18
19      19
20      20
21      21 CSR NO. 2792
22      22
23      23       ROBERT BARNES ASSOCIATES
24      24       760 Market Street, Suite 844
25      25         Phone: (415)788-7191
```

223

```
 1   00223:01            A P P E A R A N C E S
 2      02
 3      03 FOR CALIFORNIA PLAINTIFFS:
 4      04      BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
 5      05         ELIZABETH GUARNIERI, ESQ.
 6      06         425 California Street, Suite 2025
 7      07         (415)433-3200
 8      08
 9      09
10      10      BY:  DARIO DE GHETALDI, ESQ.
11      11         AMANDA L. RIDDLE, ESQ.
12      12         Millbrae, CA  94030
13      13
14      14
15      15
16      16 FOR DELAWARE PLAINTIFFS:
17      17
18      18      BY:  ROBERT WEISER, ESQ.
19      19         Bala Cynwyd, PA  19004
20      20
21      21
22      22 FOR ORACLE CORPORATION:
23      23      MORRISON & FOERSTER
24      24      425 Market Street
25      25      (415)268-7126
```

222

```
 1   00222:01   IN THE COURT OF CHANCERY OF THE STATE OF DELAW
 2      02          IN AND FOR NEW CASTLE COUNTY
 3      03
 4      04 IN RE ORACLE CORPORATION
 5      05 DERIVATIVE LITIGATION
 6      06 _____/
 7      07
 8      08
 9      09
10      10
11      11
12      12
13      13
14      14
15      15
16      16
17      17
18      18
19      19
20      20
21      21
22      22
23      23
24      24
25      25
```

224

```
 1   00224:01            A P P E A R A N C E S
 2      02               (Continued)
 3      03
 4      04 FOR INDIVIDUAL DEFENDANTS ELLISON AND HENLEY:
 5      05      MAYER BROWN ROWE & MAW, LLP
 6      06         JAVIER RUBINSTEIN, ESQ.
 7      07         Chicago, IL 60603-3441
 8      08
 9      09
10      10 ALSO PRESENT:  ANDREW MARTIN, Videographer
11      11
12      12
13      13
14      14 TAKEN AT:
15      15      BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
16      16      San Francisco, CA  94104
17      17
18      18
19      19               —oOo—
20      20
21      21
22      22
23      23
24      24
25      25
```

285

00285:01 the quarter, and I'm not sure what she base -- quite
02 frankly, I'm not sure what she based that on.  She has
03 conversations with salespeople.  She has conversations
04 with finance people in the sales divisions.  So I'm not
05 exactly sure why she lowered her -- lowered the upside.
06      And I think she very well might have said --
07 again, in the meeting -- that the sales -- the sales
08 forecasts are not going up.  Therefore, I think there is
09 not as much upside.  There's not as much as she initially
10 thought in the quarter.
11      But again, I'm -- best I recall.
12      Q.  Okay.  That's fair.
13      On the next page, on page 7, the second
14 paragraph, the third sentence says:
15      "In Ellison's opinion, the forecasts tend
16      toward the same number and understate the
17      upside as well as the downside."
18      Is that your opinion about --
19      A.  Well, if you just -- where are you?
20      Q.  I'm sorry.  I'm in the second full paragraph --
21      A.  Second full paragraph.
22      Q.  -- page 7.
23      A.  Okay.
24      Q.  The third sentence.
25      A.  Okay.

286

00286:01      Q.  Was that your opinion about the tendency of the
02 forecasts in fiscal year '01?  That is --
03      A.  I think all I'm trying to say here is that people
04 are making judgments based on conversations with people.
05 The salespeople are making judgments.  Jennifer is making
06 judgments as well.  So what we're dealing with here are
07 people making judgments.
08      Q.  Okay.
09      A.  And -- and in my -- you know, my inclination is
10 to work off hard data rather than judgment -- it's very
11 valuable -- and hard data, to me, is Jennifer has been
12 more accurate in forecasting than the salespeople have.
13 That, to me, is hard data.  So I tend to listen to her
14 more carefully than I listen to the salespeople.
15      On the other hand, when I analyze the data
16 personally.  I look at the actual size of the pipe, the
17 size of the pipeline and how much has actually -- has
18 actually been sold.
19      So I -- my inclination, how I differ from
20 Jennifer in doing forecasts -- and we're all different --
21 is I tend to look at more hard data, where I think she --
22 you know, she talks to more people and exercises more
23 judgment.
24      Q.  Uh-huh.  Okay.
25      A.  But again, having said that, she does a pretty

287

00287:01 good job of forecasting.
02      Q.  So going back, I think -- I'm not sure that my
03 question was really answered.  Going back to the page 6,
04 the sentence in paragraph B, that says:
05      "In Q3 '01, the forecasts remained
06      consistent, i.e., did not rise over the
07      course of the quarter, giving
08      Jennifer Minton a basis for her decreased
09      'upside.'"
10      And my question was whether the decreased upside
11 was a reflection of softening in Oracle's business, to
12 you.
13      A.  Again, let me read this again carefully --
14      Q.  Sure, sure.
15      A.  Because I'm not sure whether I'm commenting on
16 Jennifer's methods or -- (reading document).
17      It would be helpful if I was on the right page.
18      Q.  Page 6.
19      A.  Paragraph A or B?
20      Q.  B.
21      A.  All right.  I'm there.
22      Q.  Third sentence.
23      A.  I think it's -- but I think it says exactly what
24 I said, is that the sales forecast, the field sales
25 forecast, did not grow during the quarter, and Jennifer

290

```
00290:01        back-end loaded that the flash reports for
02        the first two months provide very little
03        information about quarterly earnings."
04        Is that an accurate reflection of your beliefs as
05   to the value of the flash reports?
06        A. The majority of our revenue happens in the last
07   month of the quarter.
08        Q. Yes.
09        A. In fact, the majority of that quarter [sic]
10   happens in the last week.
11        Q. Yes.
12        A. And the majority of the big deals happen in the
13   last few days.
14        Having said all that, it's much better to get off
15   to a good start in the quarter than a bad start.  So it's
16   good to get ahead.
17        In the specific example of Q3, we had signed a
18   very, very large deal, Covisint.
19        Q. Yes.
20        A. So -- and -- well, it's by no means a perfect
21   predictor, it's a useful predictor.  Being off to a good
22   start is better than being off to a bad start.  Being off
23   to a very good start is better than -- is better still.
24        Q. The second full paragraph -- in the second full
25   paragraph, the interview summary says:
```

291

```
00291:01        "Even absent Covisint, the company had a
02        solid start, in Ellison's view, given the
03        holidays are always slow sales in the
04        third quarter."
05        Is that -- does that accurately reflect what you
06   told the SLC?
07        A. Again, to amplify, we were -- we had a very, very
08   strong pipeline at the beginning of the quarter.  So we
09   started the quarter with an extremely strong pipeline.
10   Then we closed this very, very large deal.  So the
11   combination of having closed a very, very large deal and
12   very strong year-over-year pipeline growth led me to
13   believe we're off to a heck of a start.
14        Q. So was the sentence that I read an accurate
15   reflection of what you told the SLC?
16        A. Incomplete but accurate, yes.
17        Q. Okay.  What is your understanding of the relative
18   importance of the first month's revenues to the quarter's
19   revenues?
20        A. In general --
21        Q. Yes.
22        A. -- again, it's a reasonable -- I've never gone --
23   I have not gone back and looked at how often, when we get
24   off to a good start, that's a predictor of a good
25   quarter.  It's an interesting question.  I really -- I
```

292

```
00292:01   don't know the answer to it.  My sense is if we're off to
02   a good start in the first month and second month, that
03   it's a reasonable predictor that we're going to have a
04   good quarter.  So it's not a hundred percent correlated.
05   Maybe it's only 60 percent correlated.  But it's
06   useful -- it's useful in predicting the quarter.  It is
07   not an accurate -- by no means an accurate predictor --
08   sometimes I think -- I think the quarter before this, in
09   Q2, we had a phenomenal number of big deals come in in
10   the last couple of days.  We were behind, well behind,
11   and made it up.  So there are certainly examples of being
12   behind and making it up and being ahead and falling --
13   and not making it up.
14        So there is some correlation to being off to a
15   good start.
16        Q. All right.  This -- the sentence that I read seems
17   to indicate that December is, in your view, usually not a
18   good month.
19        A. Oh, it's normally a terrible month.  So --
20   because of the holidays.  A, it's -- we just finished a
21   quarter in November, so the salespeople are scrubbing
22   their pipelines and trying to come up with a forecast for
23   the remaining -- for the next quarter.  They're taking
24   off, going -- so they're not doing a lot of selling in
25   the first couple of weeks of December.  They're -- then
```

293

```
00293:01   take off for holiday for a couple of weeks, over
02   Christmas-New Year's.  So it is not typically a good
03   month, and it's unusual for us to have a very strong
04   December.
05        We had a very strong December because of
06   Covisint.
07        Q. Does the fact that a number of your customers
08   have fiscal years that are the same as the calendar year
09   have an effect on Oracle's December revenues in
10   comparison to other months?
11        A. You would think so.  Nonetheless, December is
12   not -- typically, not a good month for us, compared
13   with -- I mean, it's much -- November is a much bigger
14   month than December.  So there's more of a correlation to
15   the end of our quarter than to the end of the customers'
16   fiscal year.
17        Q. What if you're just talking about first months of
18   quarters?  What's your sense of how --
19        A. How is December?
20        Q. How is December, yes.
21        A. Versus a June?
22        Q. Yes.
23        A. Which is also a first month of a quarter.
24        Q. Right.
25        A. Complicated answer.  If we had a number of big
```