# EXHIBIT H
# PART 1 OF 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------------------------)
IN RE ORACLE CORPORATION                )        MASTER FILE NO:
SECURITIES LITIGATION                            )        C01-0988-MJJ
---------------------------------------------------------)

EXPERT REPORT OF R. GLENN HUBBARD

I. INTRODUCTION .................................................................................................. 3
   A. Assignment ................................................................................................... 3
   B. Qualifications ............................................................................................... 3
   C. Summary of Opinions .................................................................................. 5
   D. Bases of Opinions ........................................................................................ 5
II. BACKGROUND ON ORACLE ............................................................................ 9
   A. Lines of Business ......................................................................................... 9
   B. Geographic Organization ........................................................................... 12
   C. The Hockey Stick Effect, Low Levels of Recurring License Revenue ..... 15
III. ORACLE'S 3Q FY2001 GUIDANCE and subsequent statements ..................... 17
   A. December 14, 2000 Guidance ................................................................... 17
   B. Other Alleged Statements During 3Q FY2001 ......................................... 19
IV. SECTOR-SPECIFIC OUTLOOK ....................................................................... 21
   A. The Industry Outlook Was Positive Through February 2001 ................... 21
   B. An Examination of Analyst Reports Corroborates Oracle's Statements ... 28
   C. Software Sector Indices Did Not Indicate Trouble ................................... 42
   D. Oracle's Customer Base Was Diversified ................................................. 46
   E. Summary of Sector-Specific Outlook ....................................................... 50
V. GENERAL MACROECONOMIC OUTLOOK ................................................. 52
   A. Production Outlook ................................................................................... 52
   B. Employment Outlook ................................................................................ 57
   C. Personal Income and Consumer Confidence Outlook .............................. 60
   D. Leading, Coincident, and Lagging Composite Economic Indicators ....... 64
   E. Federal Open Market Committee .............................................................. 67
   F. Macroeconomic Forecasts ......................................................................... 71
   G. National Bureau of Economic Research Business Cycle Dating Committee ... 74
   H. Summary of Macroeconomic Outlook ..................................................... 76
VI. ORACLE'S FORECASTING PROCESS AND INTERNAL FINANCIAL DATA ... 78
   A. Introduction ............................................................................................... 78
   B. Description of Oracle's Forecast Process ................................................. 79
   C. Historical Performance of Oracle's Forecast Process .............................. 92
   D. Oracle's Forecasting During its Fiscal Year Third Quarter of 2001 ........ 94
VII. CONCLUSION .................................................................................................. 103

*Confidential*

## I. INTRODUCTION

### A. Assignment

1. I have been retained by counsel for Oracle to address the following questions:

    a. What was the outlook for Oracle's business sector and the U.S. economy during Oracle's 3Q FY2001?

    b. Was Oracle's public guidance during its 3Q FY2001 consistent with the outlook for Oracle's business sector, the U.S. economy, and Oracle's own internal information?

2. I have also been retained to respond to opinions offered by Plaintiffs' expert(s). My work in this matter is ongoing, and to the extent that my opinions and conclusions are dependent on depositions, Expert Reports, and other evidence that may be produced after the submission of this Report, I may supplement or amend my opinions.

3. I am compensated for my work in this matter at my regular hourly rate of $1,000. My compensation is not contingent on the outcome of this litigation.

### B. Qualifications

4. I am the Dean of the Graduate School of Business of Columbia University, where I also hold the Russell L. Carson Professorship in Finance and Economics. I am also a Professor of Economics in the Department of Economics, Faculty of Arts and Sciences, Columbia University.

5. I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees from the University of Central Florida, *summa cum laude*. My fields of specialization include macroeconomics, corporate finance and financial institutions, industrial organization, public economics, public policy, and natural resource economics. I have authored more than 100 research articles, edited a number of books, and authored a leading textbook on money and financial markets and a new textbook on principles of economics.

6. From February 2001 to March 2003, I served as Chairman of the President's Council of Economic Advisers ("CEA"). Over that time period, I also served as Chair of the Economic Policy Committee for the Organization for Economic Co-operation and Development

*Confidential*

# VI. ORACLE'S FORECASTING PROCESS AND INTERNAL FINANCIAL DATA

## A. Introduction

157. The Hockey Stick Effect and low level of recurring revenue, both noted earlier, make Oracle's quarterly license sales – its largest single revenue area – relatively uncertain. Nonetheless, Oracle has established a structured and rigorous process for forecasting that has historically had a high degree of accuracy. This process is similar to those of competitors and is used both internally to manage the business and externally to provide financial guidance. As in past quarters, the forecasting process for 3Q FY2001 was the basis for any guidance given, and the forecast process was used throughout the quarter to monitor progress.

158. The forecast process began with sales representatives reporting to their business units their forecasts of projected sales to specific customers during the quarter. Business unit executives assessed these forecasts by evaluating specific deals in progress and created an overall forecast for their own business unit. Jennifer Minton, Senior Vice President and Corporate Controller, assessed these forecasts through discussions with business unit leaders and comparison with historical performance,[138] made additional revisions, aggregated the forecasts, and presented the results to Oracle's Executive Management Committee, which included the company's CFO, Jeff Henley and the CEO, Larry Ellison.

159. Macroeconomic conditions were incorporated in the forecast through both sales representatives' estimates of the likely purchasing behavior of their prospective customers and the informed judgment of more senior executives based on their critical review of forecasting information received from their direct reports.[139] This process is exactly what one would expect in Oracle's type of business, in which software sales are the result of individual business purchasing decisions rather than a direct function of economic conditions.

---

[138] As discussed later, Ms. Minton compared the conversion ratio implied by that quarter's forecast to the conversion ratio in the same quarter of the previous fiscal year.

[139] Minton testified that during 3Q FY2001 "we were pushing [the sales executives] to find out whether or not there was any changes in their forecast which is a result of the macroeconomic conditions that were prevalent in the news, but nobody was moving off their forecast." Deposition of Jennifer Minton, July 7, 2006, pp. 237-38.

160. In developing projections and forecasts, it is appropriate for a company to start by asking the front line sales representatives for their sales prospects. However, it is also appropriate for more senior executives to evaluate these forecasts critically by assessing deals in progress and asking more detailed questions. This process incorporates current information on customer behavior and customer perceptions of the product (to the extent they are communicated to the sales representatives), while building in checks against the common tendency of sales representatives and executives to lower expectations for their performance by under-estimating their quarterly sales, a tendency known as "sandbagging."

161. Oracle's forecast and guidance to the market in 3Q FY2001 followed its past practices, which had proven to be accurate. Throughout the quarter, Oracle's internal forecast was based on deal level analyses adjusted by management judgment. As I discuss below, the forecasts provided a reasonable basis for the belief that Oracle would achieve its EPS guidance of 12 cents throughout the quarter, and notwithstanding the decline in the forecasts over the course of the quarter, it was still reasonable for Oracle executives to believe that the quarterly guidance would be achieved.

### B. Description of Oracle's Forecast Process

#### i. Overview

162. Oracle's forecast and guidance were based primarily on the Upside Report. Upside Reports were prepared throughout the quarter[140] in a multi-stage process, integrating the perspectives of staff and executives from multiple levels of the company. Sales representatives reported their projected sales for the quarter into Oracle Sales Online ("OSO"), a database of sales leads. These projections, along with subdivision heads' judgment, were rolled up into subdivision-level sales forecasts. Business unit heads aggregated these subdivision level forecasts and applied their judgment to arrive at business unit-level forecasts. Finance staff entered business unit forecasts into a database of current and historical financial data, and compiled them into a report for Jennifer Minton, the Senior Vice President and Corporate Controller.

---

[140] The Upside report was generally created bi-monthly during the first two months of the quarter, and weekly thereafter. *See* Figure 53 for a list of Upside reports relied on in this report by date and Bates number.

163. Through discussions with her finance staff and other Oracle personnel, and based on her past forecasting experience, Jennifer Minton made adjustments, called "Upside," to these forecasts, resulting in the "potential" forecast, simply referred to as the "Potential." Thus, the Upside Report contained two forecasts:

   a. The "Forecast": the aggregated forecast from the business units, based on sales representatives' forecasts and business unit judgment,[141] and

   b. The "Potential": the forecast reflecting Jennifer Minton's Upside adjustment. In other words, Potential = Forecast + Upside. Note that the Upside adjustment could be positive or negative.[142]

164. The Potential was Oracle's best predictor of quarterly performance. As I demonstrate below, even the Potential was often below Oracle's actual results for the quarter, but still closer to the actual results than the Forecast.

165. The Forecast, Upside, and Potential were clearly displayed in each Upside Report and thus visible to select senior management. These forecasts were also compared to Oracle's "Pipeline," which was the total value of deals for a quarter that sales representatives were pursuing or had closed. The ratio of the forecast, either Forecast or Potential, to the Pipeline was known as the "Conversion Ratio." In other words:

   a. Pipeline = All sales closed during the quarter + All sales that may close during the quarter; and

   b. Conversion Ratio = Forecast (either Forecast or Potential) / Pipeline.[143]

166. The Conversion Ratios implied by the forecasts in the Upside Report were compared to the ratios of forecasts to actual sales achieved in the same quarter of the previous fiscal year.

---

[141] Throughout the remainder of this report Forecast refers specifically to the field's forecast, while an uncapitalized "forecast" may refer to any forecast.
[142] Deposition of Jennifer Minton, April 21, 2005, p. 137.
[143] The inverse of the Conversion Ratio is the Coverage Ratio – *i.e.*, Coverage Ratio = Pipeline / forecast (either Forecast or Potential). Deposition of David Winton, May 26, 2006, p. 152.

This comparison provided an internal check on the reasonableness of the forecast in the Upside Report.[144]

167. Jennifer Minton's Upside Report was discussed in Executive Management Committee meetings, which included Ellison, Henley, and approximately ten other senior executives including the Executive Vice President (EVP) of each of the three North American sales divisions, Jay Nussbaum (EVP, Oracle Service Industries), Sandy Sanderson (EVP, Oracle Product Industries), and George Roberts (EVP, North American Sales), as well as the EVPs for Europe, Middle East and Africa (EMEA), and Asia Pacific (APAC) sales divisions. Only Henley, Ellison, and Safra Catz saw the entire Upside Report; other executives saw only pages relevant to their divisions.[145] As I noted above, at the beginning of the quarter, the Upside Report was also used in determining the guidance to give to the market.[146]

### ii. Forecasting in the Context of the Hockey Stick Effect and Low Levels of Recurring License Revenue

168. Oracle's practice of basing its forecasts on sales representatives' projections, management assessment of deals in progress, and historical conversion ratios was reasonable given the inherent uncertainty of the company's license revenue, its biggest source of revenue. The combination of revenues being relatively nonrecurring and not booked until the end of the quarter meant that there were few substitutes to relying on sales representatives' projections and management judgment for forecasts. It also meant that management could not be certain about final financial results until the very end of the quarter.[147]

169. Oracle's concentration of revenue at the end of the quarter and low levels of recurring license revenue quarter-to-quarter were consistent with industry norms. Oracle's competitors cited the Hockey Stick Effect and the lack of recurring license sales as reasons for reliance on pipeline and conversion ratio data for forecasting and for lack of clarity about final results until the very end of the quarter. BEA Systems, Ariba, Inc., Business Objects, S.A., Cognos,

---

[144] Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 9; Deposition of Jennifer Minton, July 7, 2006, p. 27; Deposition of Jennifer Minton, April 21, 2005, pp. 135-137.
[145] Deposition of Jennifer Minton, April 21, 2005, pp. 105-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 116-117.
[146] Deposition of Jeffrey Henley, March 2, 2004, p. 189.
[147] Deposition of Jeffrey Henley, July 27, 2006, pp. 144-146.