# EXHIBIT H
# PART 2 OF 4

Inc., Hyperion Solutions Corp., i2 Technologies, Inc., Informix Corp., J.D. Edwards, PeopleSoft Inc., SAP, and Sybase all reported receiving a significant portion of their license revenue in the last week or two of the quarter.[148]  Examples include:

a.  J.D. Edwards:

- *"[L]icense fee revenue is difficult to forecast due to its dependence on orders received and shipped in that quarter."*[149]

b.  BEA Systems:

- *"[W]e typically receive and fulfill most of our orders within the quarter, with the substantial majority of our orders typically received in the last month of each fiscal quarter.  As a result, we may not learn of revenue shortfalls until late in a fiscal quarter, after it is too late to adjust expenses for that quarter."*[150]

c.  PeopleSoft:

- *"[W]e all know and we've all talked about the fact that the software company has two of the major dials to steer the ship, the pipeline and the conversion rate, and to some extent, it is a constant balance between keeping a high enough pipeline and a high enough conversion rate, and if you estimate what your conversion rate is going to be on your pipeline accurately, you're able to forecast quarter to quarter, and when either of the pipeline changes or the conversion rate, it can be scary."*[151]

### iii.   Structure and Timing of Oracle's Forecasting

170.  Oracle's forecasting process proceeded through multiple stages.  In the early stages, sales representatives' projected sales were scrutinized by sales executives and finance staff.  These sales executives made adjustments to the field forecast based on their judgment of the likelihood of closing deals in the pipeline.  At later stages, more senior executives scrutinized

---

[148]  BEA Systems, Form 10-Q for the period ending April 30, 2001, p. 21;  Ariba Inc., Form 10-Q for the period ending December 31, 2000, p. 26;  Business Objects S.A., Form 10-K for the period ending December 31, 2000, p. 27;  Cognos Incorporated, Form 10-K for the period ending February 28, 2001, p. 23;  Hyperion Solutions Corp, Form 10-Q for the period ending December 31, 2000, p. 16;  i2 Technologies Inc., Form 10-K for the period ending December 31, 2000, p. 23;  Informix Corporation, Form 10-K for the period ending December 31, 2000, p.19;  SAP Aktiengesellschaft, Form 20-F for the fiscal year ended December 31, 2000, pp. 10-11;  Sybase Inc., Form 10-K for the period ending December 31, 2000, p. 26.

[149]  J.D. Edwards 2000 10-K, filed January 11, 2001, p. 19.

[150]  BEA Systems 2000 10-K, filed May 1, 2001, pp. 19-20.

[151]  PeopleSoft earnings conference call, July 24, 2001.

business unit leaders' forecasts in light of the state of possible large deals and historical conversion ratios.

### a)   Business Unit Level

171.   In general, business unit forecasts were created using a bottom-up approach that originated with the sales representatives.  Sales representatives entered deals they were working, along with the potential value and probability of closing each deal, into Oracle Sales Online (OSO).  More senior sales executives (Area and Senior Vice Presidents) scrutinized deal level forecasts and applied their own judgment in arriving at subdivision forecasts presented to their supervisors.[152]  Business unit leaders (Executive Vice Presidents, or EVPs) met and spoke with their direct reports about these forecasts. Based on these discussions, Executive Vice Presidents would apply their own judgment to the subdivision forecasts in arriving at the business unit level forecasts, which were entered into the Oracle Financial Analyzer (OFA).[153]

172.   The discussion below focuses on the process within one business unit, North American Sales (NAS).  Based on a review of depositions of Oracle personnel in other business units, forecasting proceeded in a similar manner in other business units.  An organizational chart of NAS is included immediately below as Figure 40 to facilitate the discussion that follows.

---

[152]   Deposition of Nicholas Classick, April 12, 2006, pp. 74-75, 134-137; Deposition of Jennifer Minton, April 21, 2005, pp. 110-111; Deposition of John Nugent, May 24, 2006, pp. 77-78, 81-86.
[153]   Deposition of Jennifer Minton, April 21, 2005, pp. 102-103; Deposition of George Roberts, June 22, 2006, pp. 77-78, 81-86; Deposition of David Winton, May 26, 2006, p. 148.

Confidential

**Figure 40: Organizational Chart for Oracle's North American Sales Division: North American Sales (NAS)**



b)      North American Sales (NAS)

173.    David Winton, Director of Finance for NAS, was responsible for consolidating North American sales forecasts.  He described the forecast process as:

- "... *a bottoms-up review of opportunities in the pipeline.  It would start with each individual selling line of business, and they would do that similar process up to their highest executive... an SVP at the time... Then those folks would have a similar call with their boss... George Roberts, to review their submission of the forecast...* "[154]

---

[154]   Deposition of David Winton, May 26, 2006, p. 80.

84

174.    Each Regional Manager, Vice President and/or Senior Vice President typically had
weekly (or bi-weekly) forecast reviews with their direct reports. [155]  For instance, Nic
Classick, Area Vice President for the West region of General Business, NAS, had forecast
calls with his Regional Managers during the quarter in which they discussed the current
forecast. [156]  Classick describes these calls as follows:

- *"We would go over what their forecast amount is, both field and ISD; those are
  our telesales. And so then we would spend more time on the field forecast, and I
  would ask specific details on transactions greater than $500,000."* [157]

175.    In the latter part of the quarter Classick would ask questions about how close deals were
to completion:

> *"A. ...The last month we get into more specifics, like do you have the approval in
> or a contract drafted.*
>
> *Q. All trying to engage whether these deals were going to come in by quarter end;
> is that right?*
>
> *A. Yes.*
>
> *Q. You would ask them where they saw risk in their forecast; is that right?*
>
> *A. Yes.*
>
> *Q. Now, is that for both the big deals and the deals under 500,000?*
>
> *A. Yes."* [158]

176.    The next step in the NAS forecasting hierarchy was John Nugent, Senior Vice President
of General Business, NAS, who received forecasts from each of his direct reports.  Roughly
every two weeks during the first two months of the quarter Nugent and his staff reviewed
each line item, account, and dollar amount on the forecast.  During the last month of the
quarter, they generally conducted the review on a weekly basis.  They also reviewed the data

---

[155]  Deposition of David Winton, May 26, 2006, pp. 95-96.
[156]  Deposition of Nicholas Classick, April 12, 2006, pp. 133-135.
[157]  Deposition of Nicholas Classick, April 12, 2006, p. 135.
[158]  Deposition of Nicholas Classick, April 12, 2006, p. 137.

*Confidential*

during informal phone calls throughout the quarter. This process enabled Nugent to revise the forecast with his management judgment. [159]   According to Nugent:

- *"It was ... bottom up, looking at every single deal, going through the process of understanding the elements of the deal, speaking with the individuals on these deal opportunities on a very frequent basis, and I would gain an understanding of the deals. And that's how it came up with that judgment factor. So it would be a roll-up of their numbers, with my judgment factor on top."[160]*

177.   Once Nugent completed his analyses, he passed his forecast to Winton, a finance analyst for Roberts. Roberts generally discussed these forecasts with his direct reports every two weeks during the first two months of the quarter and weekly during the last month of the quarter. They reviewed the deals in the forecasts much like Nugent did with his direct reports. [161]   According to Winton, the calls proceeded as follows:

- *"... each group would submit... an Excel spreadsheet on a template, what they thought the forecast was for that period. They would note any changes in the forecast... Then George [Roberts] would always like to hear about what he called the big deals... And questions would come up from George... in terms of just where they were in the sales stage, or did they need his help ... So it's really around what's still committed, and what are the steps to close, and do you need any executive help to come in and help close them?"[162]*

178.   Roberts described the calls in the following manner, "... you talk about the deals they are forecasting, which are the ones they committed they are going to close. And you talk about what are the other opportunities that can be upside to your forecast." [163]   In addition, "... forecasting you got to do actively by talking to people and reviewing the opportunities and having discussions on where you are at on each key opportunity." [164]

179.   After each call wrapped up, Roberts, Winton, and other staff would generally stay on the call and discuss what was presented, including upsides – deals that were not committed but were still considered opportunities for that quarter – and any corresponding risks. Occasionally, Roberts would ask his staff what they thought the forecasts should be based on

---

[159]   Deposition of John Nugent, May 24, 2006, p. 77.
[160]   Deposition of John Nugent, May 24, 2006, p. 83.
[161]   Deposition of John Nugent, May 24, 2006, pp. 92-94.
[162]   Deposition of David Winton, May 26, 2006, pp. 102-103.
[163]   Deposition of George Roberts, June 22, 2006, p. 252.
[164]   Deposition of George Roberts, June 22, 2006, p. 253.

Confidential

what they heard. However, "[a]t the end of the day, he determined what his forecast was going to be, and if it was the same as the roll-up of the team, we had no judgment. If it was different, he would apply judgment."[165] Roberts' forecast was then passed along to Jennifer Minton's group for consolidation with the forecasts of other business units.

180. Jay Nussbaum, Roberts' counterpart at OSI, elaborated on the factors management considered in developing the judgment to apply to the forecast:

- *"It's a science in the minds of the finance people, it's an art form in the minds of the sales people... we had to put some judgment... we would look at the entire pipeline... and we would come up with a core baseline number for that and from that we would extrapolate the – not including the core number, what we would call the opportunity accounts that would really help us make or exceed that number... we would... go through the cycle of the sale, and ask the questions of the owner of that opportunity, CIO in a good mood these days, are they going to help us get it through the system, do they have a sense of urgency to get this done, have they done all the paperwork, is the selection process over, are we doing it with partners, without partners. So you'd have a slew of questions that you'd want to ask just to validate that there is a reality that it would happen. So from that you would pull out some deals and put it into the following quarter. And that which was left was how you would make a judgment."[166]*

### c)   Jennifer Minton and the Creation of the Upside Reports

181. Upside Reports were generated from a combination of the business unit forecasts and management judgment by Jennifer Minton and her Financial Planning and Analysis ("FP&A") personnel, including Ivgen Guner. These reports provided earnings and revenue growth estimates for each quarter. Revenues were broken down by sales division and product and compared to the current Pipeline and the Conversion Ratio from the same fiscal quarter of the previous year. The first page of an Upside Report is shown below in Figure 41, which is reproduced in larger form in Appendix D. Minton played a central role in evaluating the business units' forecasts and developing the "Upside" adjustment and "Potential" forecast. She had been involved in Oracle's forecasting process since June 1999 and remained in this role as of Oracle's 3Q FY2001.[167]

---

[165] Deposition of David Winton, May 26, 2006, p. 148.
[166] Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34
[167] Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-8; Deposition of Jennifer Minton, July 7, 2006, pp. 89-91, 95.

*Confidential*

**Figure 41: Upside Report Structure**



#### d)   Preparation of Upside Reports Throughout the Quarter

182.   Up to and including 3Q FY2001, Upside Reports were created roughly every other week during the first two months of a quarter and every week during the last month of a quarter. In the final week of the quarter, Minton typically created these reports on a daily basis.[168]

183.   On Thursdays, forecasts were discussed on the Americas conference calls. Attendees included Minton, Catz, Guner, and the Americas senior sales personnel and their support staff (Nussbaum and Kopp - OSI, Sanderson and English - OPI, Roberts and Winton - NAS). At times, Henley also participated on the calls.[169]   During the calls, senior sales personnel updated call participants on any changes to their forecasts, any significant changes to the status and/or timing of large deals and whether any transactions could benefit from the

---

[168]   Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 14; Deposition of Jennifer Minton, April 21, 2005, p. 92.
[169]   Not all persons listed attended the calls each week. Deposition of Jennifer Minton, July 7, 2006, pp. 27-28.

*Confidential*

involvement of senior management. Each senior sales executive generally provided a forecast commitment, which included a best and worst-case scenario.[170]

184.    The document packages used during these calls contained forecast and large deal data.[171]

### e)    Jennifer Minton's Upside Adjustments

185.    On Fridays, or early Monday mornings, Minton made adjustments to the forecast based on the information she received on the Thursday calls, as well as the knowledge garnered by her staff.[172]  As of 3Q FY2001, this staff included Ivgen Guner, Lia Burke, and Roberta Ronsse.[173]  In particular, Guner, who was responsible for preparing underlying forecast analyses for Minton,[174] and Minton would discuss in detail any additional forecast data that was provided in the America's conference call on Thursdays.  These data could include any up-to-date information from the field organizations, such as corrections to original numbers or changes to forecasts based on recent events.  Minton also compared the conversion rate (actual license revenue as a percentage of total Pipeline) from the same quarter of the previous year to the current quarter's pipeline in order to estimate the actual conversion.[175]  The previous year's conversion ratio was used due to the seasonality of the business.[176]  Minton felt it was necessary to make these adjustments:

- "[t]here was, particularly within the North American sales organizations... a forecasting style... whereby nobody wanted to miss their commit forecast and they wanted to exceed it... there was pretty consistent behavior where the gentlemen in question in North America consistently exceeded their forecast, and therefore, that's why the... upside adjustments were made, so that we could get to what we really thought we were going to do in a given quarter."[177]

---

[170]  Deposition of Jennifer Minton, April 21, 2005, pp. 122-123.
[171]  Deposition of Sarah Kopp, June 14, 2006, pp. 71-72, Exhibit 12.
[172]  Deposition of Jennifer Minton, July 7, 2006, pp. 19-20, 25-28; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137, 201-202.
[173]  Deposition of Jennifer Minton, April 21, 2005, p. 107.
[174]  Deposition of Jennifer Minton, April 1, 2004, pp. 205-206; Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 8-9.
[175]  Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-9; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137; Deposition of Jennifer Minton, July 7, 2006, pp. 20, 22, 26-27.
[176]  Deposition of Jeffrey Henley, March 2, 2004, pp. 70, 149-150.
[177]  Deposition of Jennifer Minton, April 21, 2005, p. 154.