# EXHIBIT H
# PART 3 OF 4

*Confidential*

186. If Minton felt that there was excessive management judgment, she would factor that into her upside number.[178] According to Minton, upside adjustments were based on numerous factors:

- "The upside adjustments were based on a variety of factors: One was the license pipeline conversion analysis. We would take a look at the pipeline for the same corresponding prior year period, and look at what actually closed as a percentage of the pipeline to come up with a historical pipeline conversion ratio. And we would apply that to the current pipeline in order to predict what we thought would be the actual conversion... of the pipeline for the current quarter... it... had proven to be a fairly good predictor of what our true forecast and actual reports would be."[179]

187. In addition:

- "... I would take a look at a variety of data points, the pipeline conversion ratio analysis, discussions from... the various forecast calls, whether it be through the EC meetings or through the Americas forecast calls on Thursdays. I would also take into consideration the number of upside deals that were not in the forecast, and any other input that I may have received from the field regarding... the forecast... I would make the decision... in consultation with Ivgen Guner [who prepared the underlying analyses to help derive the overall upside number]... there were occasions when I would consult with Jeff Henley..."[180]

188. Henley corroborates this process in his deposition:

- "[Minton and her support staff] look at the forecasting track record of these [business] units. They talk to the finance people who have information that maybe the management – they feel they're being overly optimistic... these people typically have worked for Oracle a long time. Some of them may be a little more optimistic than some. And so we try to factor that in. So there's a variety of things they try to look at to try to come to what we really think is going to happen. That's what she calls potential... her best judgment... as to what she thinks is going to happen at the time."[181]

189. As indicated in Figure 42, Minton's upside adjustments in 3Q FY2001, after accounting for the factors discussed above, was conservative by historical measures because upside comprised less of the Forecast license revenue (six percent) than in each prior quarter going back to 4Q FY1999 (seven – 13 percent).

---

[178] Deposition of Jennifer Minton, March 31, 2004, pp. 98-99.
[179] Deposition of Jennifer Minton, April 21, 2005, p. 122.
[180] Deposition of Jennifer Minton, April 21, 2005, p. 207.
[181] Deposition of Jeffrey Henley, March 2, 2004, p. 72.

**Figure 42: Initial Upside Adjustments by Quarter, 2Q FY2000 – 3Q FY2001**

| | TOTAL REVENUE | TOTAL LICENSE REVENUE | OSI LICENSE REVENUE | NAS LICENSE REVENUE | OPI LICENSE REVENUE |
|---|---|---|---|---|---|
| | Total Upside as a Percentage of Total Forecast | Total License Upside as a Percentage of License Forecast | OSI License Upside as a Percentage of OSI License Forecast | NAS License Upside as a Percentage of NAS License Forecast | OPI License Upside as a Percentage of OPI License Forecast |
| 1Q FY 1999 | 4% | 9% | --- | --- | --- |
| 2Q FY 1999 | 7% | 13% | --- | --- | --- |
| 3Q FY 1999 | 3% | 6% | --- | --- | --- |
| 4Q FY 1999* | 7% | 15% | --- | --- | --- |
| 1Q FY 2000 | 10% | 27% | --- | --- | --- |
| 2Q FY 2000 | 7% | 14% | --- | --- | --- |
| 3Q FY 2000 | 7% | 19% | --- | --- | --- |
| 4Q FY 2000 | 13% | 28% | 27% | 35% | 50% |
| 1Q FY 2001 | 16% | 33% | 44% | 26% | 105% |
| 2Q FY 2001 | 6% | 16% | 162% | 47% | 45% |
| 3Q FY 2001** | 6% | 13% | 30% | 16% | 24% |
| | | | 11% | 14% | 23% |

### f) Executive Management Committee

190. On Mondays, Minton submitted a finalized Upside Report to Henley and the rest of the Executive Management Committee, which included the CEO, Larry Ellison and Executive Vice Presidents (EVPs) Nussbaum, Sanderson, Roberts, and Catz, among others. Some attendees, including the EVP of each business unit (Roberts, Sanderson and Nussbaum), received only a subset of the Upside Report that included license forecasts in total and by product line for their business unit. [182]

191. Monday meetings began with a review of the forecasts. [183] According to Minton, Ellison would "go around to each sales EVP [Executive Vice President] and ask that they provide him with an update with regard to their forecast." [184] Henley testified that he "... grilled George Roberts and Sandy Sanderson and everybody else about how things were, and they continually came back that they weren't seeing the softness. They read the economic report just like I did, but customers were still going to do these high ROI projects. They felt good about making their quarter." [185] In addition, according to Henley, "... we look painstakingly at previous years and trends... to try to figure out... is this a reasonable conversion ratio based on history." [186] The committee would also review large deals that might close during the quarter.

---

[182] Deposition of Jennifer Minton, April 21, 2005, pp. 104-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 85-86, 116-117.
[183] Deposition of Jennifer Minton, April 21, 2005, pp. 107-108.
[184] Deposition of Jennifer Minton, April 21, 2005, pp. 107-108.
[185] Deposition of Jennifer Minton, July 7, 2006, p. 32.
[186] Deposition of Jeffrey Henley, November 16, 2006, pp. 378-381.
Deposition of Jeffrey Henley, March 2, 2004, p. 81.

*Confidential*

### g) Summary of Forecasting Process

192. Oracle's forecasting process followed a structured "bottom up" process. Sales representatives projected their sales for the quarter. Divisional and Business unit heads assessed these projections to create forecasts for their divisions. Jennifer Minton in turn assessed these forecasts and created a single companywide forecast.

193. Management judgment plays a critical role in the forecasting process. Sales representatives tend to under-commit in their forecasts to ensure that they can deliver on their promised revenue.[187] Moreover, in an international organization spanning six continents and numerous countries and cultures with seven business units,[188] there will be considerable variability in forecasting behavior. Management assessment of forecasts is essential in such an environment to create accurate forecasts, both to identify possible deals that sales representatives may have left out of their forecasts, assess the overall probabilities of success, and to standardize the forecasts across business units.

194. As I discuss below, the fact that the Potential forecast was generally larger and more accurate than the field forecast from the sales organizations underscores the proposition that management judgment played a critical role in creating an accurate forecast.

### C. Historical Performance of Oracle's Forecast Process

195. Oracle had a solid track record of meeting analysts' expectations for quarterly earnings per share. Of the 20 quarters during the 1995-2001 period for which three-months-ahead consensus estimates are available, Oracle missed the consensus estimate only three times. [*See* Figure 43.][189]

---

[187] Simons, Robert. *Performance Measurement and Control Systems for Implementing Strategy*, Prentice Hall: Upper Saddle River, New Jersey, 2000, p. 213.
[188] Business unit count based on 12/11/00 upside report, NDCA-ORCL 213091-213107.
[189] EPS values from Thomson I/B/E/S differ from the values in Oracle's 10-Qs for FY 3Q2000 and FY 4Q FY2000 because they exclude gains from sales of investments and from that of FY 1Q2001 due to rounding.

*Confidential*



Figure 43: Oracle EPS by Quarter, Actuals and Analyst Forecasts, FY1995 – FY2002

196.  Moreover, during the seven quarters prior to Oracle's 3Q FY2001, the Potential forecast had been a conservative[190] predictor of actual results. Indeed, the initial Potential forecast was always below, or in a few instances equal to, the actual results for the quarter, and closer to actual results than the Forecast. [*See* Figure 44.]

---

[190] The Potential forecasted EPS was always equal to or less than actual EPS but for two instances; one instance in 1Q FY2001 in which the two were equal, and another instance in 2Q01 in which the Potential was $0.111 and the actual was $.11.

**Figure 44: Oracle's EPS Consensus Estimates, Guidance, Forecasts and Actuals, 4Q FY1999 – 4QFY2001**



### D. Oracle's Forecasting During its Fiscal Year Third Quarter of 2001

#### i. Initial Forecast and Guidance

197. As in past quarters, Oracle's guidance to the market was based on the Potential forecast from the Upside Report closest to the date of the company's quarterly conference call and other factors.[191]

#### ii. Oracle's 3Q FY2001 Forecasts and Statements Were Reasonable Given Oracle's Internal Financial Data Throughout the Quarter

198. The Potential forecast indicated throughout 3Q FY2001 that Oracle had a reasonable basis for believing it would achieve its guidance. As shown in Figure 45, Oracle's potential forecast, reflecting Jennifer Minton's Upside adjustment, remained above 12 cents per share until January 29, 2001, and never declined to less than 11.19 cents per share until a day before the end of the quarter. On January 29, the Potential forecast fell to 11.58 cents per share, which after rounding to the nearest whole cent (as was Oracle's practice),[192] was

---

[191] Deposition of Jennifer Minton, July 7, 2006, pp. 123-125; Deposition of Jeffrey Henley, March 2, 2004, p. 189.
[192] Deposition of Jennifer Minton, September 25, 2006, pp. 328-329.

*Confidential*

equivalent to 12 cents per share. On February 5, the Potential forecast fell for the first time below 11.5 cents per share to 11.29 cents per share. However, the Potential forecast returned to 11.58 cents per share the next week on February 12. As of the end of the next to last week of the quarter the Potential forecast was 11.23 cents per share. The Potential forecast declined to 10.9 cents per share on February 27 and to 10.07 cents per share on February 28. Thus, the Potential forecast indicated a rounded 12 cents per share as late as two and a half weeks before the end of the quarter, and was never below 11 cents per share until the last two days of the quarter.

**Figure 45: Oracle's Forecasted EPS, 3Q FY2001**

199.   As demonstrated in Figure 46, Oracle was ahead of where it had been during 3Q FY2000, a quarter in which they far exceeded analysts' consensus estimate, in terms of Potential forecast as a percent of market expectations, until the last two days of 3Q FY2001.

*Confidential*

**Figure 46: Potential as a Percentage of Market Expectations, 3Q FY2001 vs. 3Q FY2000**

| 3Q FY2001 Date | 3Q FY2001 Actual EPS | 3Q FY2001 Consensus Estimate | 3Q FY2001 Guidance | 3Q FY2001 Forecast | 3Q FY2001 Potential | 3Q FY2001 Potential as a Percent of Consensus Estimate | 3Q FY2000 Date | 3Q FY2000 Consensus Estimate | 3Q FY2000 Potential | 3Q FY2000 Potential as a Percent of Consensus Estimate | 3Q FY2000 Actual as a Percent of Consensus Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/12/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/13/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | 12/13/99 | 0.070 | 0.055 | 79% | 121% |
| 12/25/00 | 0.10 | 0.12 | 0.12 | 0.106 | 0.127 | 106% | | | | | |
| 1/15/01 | 0.10 | 0.12 | 0.12 | 0.106 | 0.121 | 101% | | | | | |
| 1/19/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 1/22/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.121 | 100% | 1/24/00 | 0.070 | 0.062 | 89% | 121% |
| 1/29/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.116 | 97% | | | | | |
| 2/2/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.113 | 94% | | | | | |
| 2/5/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.113 | 94% | | | | | |
| 2/9/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.114 | 95% | | | | | |
| 2/12/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.116 | 96% | 2/7/00 | 0.070 | 0.056 | 81% | 121% |
| 2/16/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/14/00 | 0.070 | 0.059 | 84% | 121% |
| 2/19/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 94% | 2/20/00 | 0.070 | 0.063 | 90% | 121% |
| 2/26/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/21/00 | 0.070 | 0.063 | 90% | 121% |
| 2/27/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.109 | 91% | 2/25/00 | 0.070 | 0.061 | 88% | 121% |
| 2/28/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.101 | 84% | 2/28/00 | 0.070 | 0.065 | 93% | 121% |
| | | | | | | | 2/29/00 | 0.070 | 0.067 | 96% | 121% |

200. The above data support the conclusion that Oracle was not aware of a large decline in expected revenues until the very end of the quarter.[193] An indication that the Potential forecast might be in jeopardy occurred on Monday, February 26, 2001. George Roberts wrote to Minton, Ellison, Henley, Catz and Winton that he was reducing his forecast by $20 million from $320 million to $300 million after receiving an e-mail from Nic Classick, an Area Vice President in North American Sales' General Business West subdivision. This included 70 deals worth a total of $10 million that fell out of Classick's forecast over the last few days. Seventy percent of the accounts were "new economy" with the rest "brick and mortar."[194] Nevertheless, $20 million was approximately 1.5 percent of Oracle's forecasted license revenue for 3Q FY2001 as of February 26, 2001 (which exceeded $1.2 billion).[195] Therefore, this information alone did not signal that Oracle would miss its guidance for the quarter.

201. According to Nugent, Classick's superior, he felt good about achieving his forecast for the quarter:

---

[193] For example, as of Tuesday, February 27, Sarah Kopp projected quarterly revenue of $243 million for OSI, only $7 million (less than 3 percent) below the December 11, 2000 Potential forecast for OSI. NDCA-ORCL 300065. Six hours later, she reduced this forecast to $225 million and then raised it to $230 million at 11:22 AM the next morning (Wednesday, February 28). NDCA-ORCL 300067, NDCA-ORCL 003466. Later that afternoon at 4:25 PM Kopp's projection for OSI fell to $178 million as deals at Lucent, American Electric Power, and CSFB fell though or were postponed to the next quarter. NDCA-ORCL 003471. The OSI forecast fell further that afternoon to $175 million. NDCA-ORCL 003476. During this time, the Potential forecast for OSI, which had stood at $250 million in the December 11th Upside Report, fell from $230 million on February 26th to $166 million at the end of February 28th. Upside reports December 11, 2000, NDCA-ORCL 213091-107, February 26, 2001, NDCA-ORCL 1532944-60, February 28, 2001, NDCA-ORCL 1533006-22.
[194] NDCA-ORCL 300208.
[195] Upside Report February 26, 2001, NDCA-ORCL 1532944-60.