# EXHIBIT H
# PART 4 OF 4

*Confidential*

- "We didn't know what type of adjustment was going to be in the marketplace; was it going to be little, medium, large, nobody had any idea.

  But our current forecast that we had running up, we were secure with that, with that forecast.

  With that knowledge of, hey, we smell a little slowdown here, a little VC slowing down there, a little bit of this here, a little bit of that there, different market news. But, we get a lot of market news in a quarter.

  But all that market news doesn't affect my forecast. If all of the sudden the government says the economy is starting to pick up, I don't raise my forecast.

  All of the sudden new technology industry is doing so well, I don't raise my forecast in that particular technology industry. I look at my individual deals.

  And if I am comfortable with those individual deals, regardless of the dynamics -- if a competitor comes out with a competitive product, I don't lower my forecast.

  Whatever these dynamics are, I look at forecast. Are we okay with the forecast? Yes, we are fine.

  I felt absolutely fine with the forecast."[196]

202. Furthermore, a review of Big Deals over $500,000 for which a contract has been sent to a customer, provides further evidence that a positive situation deteriorated very rapidly at the very end of Oracle's 3Q FY2001—going from closing nearly three times as much revenue from Big Deals as in 3Q FY2000 and simultaneously having a pipeline of remaining Big Deals nearly double that of 3Q FY2000 on February 26, 2001 to the sudden drop the final two days of the quarter. [*See* Figure 47.]

**Figure 47: Big Deals, 3Q FY2000 – 3Q FY2001**

| Date | Big Deals Closed | | | Unclosed Big Deals In Pipeline | | |
|---|---|---|---|---|---|---|
| | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 |
| t - 5 | 73,000,000 | 145,000,000 | 99% | 630,000,000 | 618,000,000 | -2% |
| t - 4 | 76,000,000 | 191,000,000 | 151% | 629,000,000 | 635,000,000 | 1% |
| t - 3 | 73,000,000 | 213,000,000 | 192% | 521,000,000 | 621,000,000 | 19% |
| t - 2 | 177,000,000 | 229,000,000 | 29% | 477,000,000 | 591,000,000 | 24% |
| t - 1* | 334,000,000 | 332,000,000 | -1% | 126,000,000 | 218,000,000 | 73% |
| March 1 (t) | 366,000,000 | 420,000,000 | 15% | | | |

---

[196] Deposition of John Nugent, May 24, 2006, pp. 272-273.

*Confidential*

### iii. Oracle's 3Q FY2001 Guidance and Later Statements Were Reasonable Given Historical Performance

203. Despite the decline in Oracle's forecasts over the course of 3Q FY2001 discussed above, Oracle's guidance and later statements regarding its performance in 3Q FY2001 were reasonable throughout the quarter in light of Oracle's own historical experience.

204. As Figure 48 shows, Oracle's earnings were highly seasonal within the fiscal year, with the first fiscal quarter being the weakest and the fourth the strongest. Therefore, quarterly performance was typically compared to the same fiscal quarter of the previous year.

**Figure 48: Oracle EPS by Quarter, FY1995 - FY2002**



205. Figure 49 shows that Oracle's third fiscal quarter growth had ranged from between 14 and 70 percent per year during the years 1995 and 2000, with an average of 38 percent. Oracle's guidance of 12 cents per share for 3Q FY2001 implied a growth rate of 41 percent, well within the historical range and close to the historical average. Moreover, the year-over-year quarterly growth rates achieved in the three previous quarters were much higher than the average over the past four years, suggesting that the forecasted quarterly growth rate for 3Q

98

FY2001 was reasonable. Also, in every fiscal year since 1995, 3Q EPS was greater than 1Q and 2Q EPS for the same quarter, and the FY2001 forecast was consistent with this pattern. As noted in the figure above, the actual 3Q EPS was below the 2Q EPS, a very unusual event. In addition, the guidance given at the beginning of 3Q FY2001 (12.0 cents per share) was conservative—below the 12.82 cents EPS indicated by the December 11, 2000 Upside Report.

**Figure 49: Oracle Year-Over-Year EPS Growth by Quarter**



206. At the beginning of and during the quarter, the Potential conversion ratio (the Potential forecast divided by the Pipeline) was conservative given Oracle's recent experience. At the time guidance was given (week two), the Potential conversion ratio (Potential divided by the pipeline size in the relevant week) for 3Q FY2001 was below the actually achieved conversion ratio (actual end of quarter sales divided by pipeline size in the relevant week) in all but one of the previous quarters in FY2000 and FY2001 including the actually achieved conversion ratio for 3Q FY 2000. As discussed above, the seasonality of Oracle's sales meant that comparison to the same fiscal quarter of the previous year resulted in the most useful comparisons. As the quarter evolved, the Potential conversion ratio remained below the conversion ratios actually achieved for 3Q FY 2000 in all but weeks two and eight.

Although the potential conversion ratio during the first eight weeks of 3Q FY2001 at times exceeded the conversion ratios actually achieved in 3Q FY2000, 1Q FY2001 and 2Q FY2001, it remained below or equal to all of the other actually achieved conversion ratios in the previous fiscal quarters of FY2000 and FY2001. [*See* Figure 50.] Moreover, with the exception of week four, the Potential conversion ratio was always below the average of the actually achieved conversion ratios of the previous six quarters. [*See* Figure 51.]

**Figure 50: Oracle's Pipeline Conversion Ratios by Week, 1Q FY2000 – 3Q FY2001**



**Figure 51: Oracle's Pipeline Conversion Ratios by Week, 3Q FY2001 vs. Historical Average**



207.   Throughout 3Q FY2001, the conversion ratio required to meet guidance in Oracle's 3Q FY2001 was similar to that realized in the third quarter of FY2000. In other words, had Oracle achieved in 3Q FY2001 the conversion ratio achieved in 3Q FY2000, it would have made approximately 12 cents per share. This is consistent with Oracle's guidance and later statements being reasonable at the time.   [*See* Figure 52.]


Confidential



**Figure 52: Required Pipeline Conversion Ratios to Obtain $0.12 EPS Potential Forecast, 3Q FY2001**

208. Furthermore, in six of the previous ten quarters (including 2Q FY2001, 4Q FY2000, 3Q FY2000, 4Q FY1999, 2Q1999, and 1Q FY1999) the Potential forecast had also been below guidance during an earlier part of the quarter, but Oracle nonetheless beat its guidance in each of those quarters. In fact, in 3Q FY2000, the Potential forecast was 88 percent of the consensus EPS estimate two business days before the end of the quarter, but Oracle's actual results for the quarter ended up exceeding the estimate.[197] By contrast, the Potential forecast never fell below 90 percent of guidance until the last day of 3Q FY2001. [*See* Figure 45.]

209. Given how close Oracle's forecasts remained to 12 cents per share, how Oracle had often outperformed its forecast, and how reasonable the conversion ratios were during the quarter in light of historical ratios, it was reasonable to expect throughout the quarter that Oracle would achieve its guidance in 3Q FY2001.

210. Taking all these internal data together, it is clear that Oracle experienced a large decline in expected revenues at the very end of 3Q FY2001, and that prior to that time Oracle

---

[197] In 3Q FY 2000, Oracle's EPS was 13 cents per share (split adjusted). However, excluding gains on sales of stock, it was 8.5 cents per share. The latter was the basis for the analyst consensus estimate. Thomson IBES; Oracle Forms 10-Q for the periods ended February 29, 2000 and February 28, 2001.

executives had reason to believe Oracle would achieve its forecasted guidance for the quarter, making Oracle's guidance and other statements reasonable when made.

## VII. CONCLUSION

211. At the beginning of Oracle's 3Q FY2001, during December 2000, forecasts for the U.S. economy remained positive, although modestly less so than in the past. Oracle executives recognized this development; as Henley said during the December 14 earnings call: "We believe that (the U.S. economy) is slowing down, from what we can tell."[198] During the quarter, some macroeconomic and sector indicators improved, others remained stable, and some declined, but it was not until after the close of Oracle's 3Q FY2001 that it became clear that the U.S. economy and the enterprise software sector had experienced dramatically poorer than expected performance.

212. Oracle's forecasting process captured the impact of macroeconomic trends affecting customers through a structured forecasting process. This process relied on executives evaluating sales representatives' forecasts of customer purchases. Oracle's executives' projections reflected customers' interest in Oracle's products and therefore were related to macroeconomic conditions. While Oracle did not base its forecast on specific macroeconomic indicators, Oracle executives were sufficiently aware of the uncertainty regarding the economy to question sales representatives' projections. In fact, it is not surprising that Oracle did not fully anticipate the recession and reflect this in its forecast. As one of the government's top economic policymakers, I myself did not accurately predict the onset of the recession. Taking that down several levels to predicting how the economy will impact individual purchase decisions by individual companies is even more difficult, and thus it is not surprising that Oracle did not anticipate a sudden drop-off in revenues in 3Q FY2001, even with a well functioning and historically accurate forecasting process.

213. Because Oracle's license revenues, like those of its competitors, tended not to be booked until the end of the quarter and did not come from the same customers quarter to quarter, the company's precise sales for the quarter were hard to predict; nevertheless, Oracle had

---

[198] Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, NDCA-ORCL 003218.

consistently met or beat expectations and had a well-functioning forecasting process. Sudden changes at the end of the quarter were difficult to anticipate, and indeed, the shortfall in Oracle's 3Q FY2001 revenues was not apparent until the very end of the quarter when sales did not materialize. In sum, Oracle's forecasting process and internal data provided a reasonable basis for Oracle's guidance and later statements regarding its performance in 3Q FY2001.

*Confidential*

Respectfully submitted,

*Robert Glenn Hubbard*

R. Glenn Hubbard
May 25, 2007