EXHIBIT 1

Oracle
Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
Updated Data

Per Upside Reports, Minton 7/7/06 Exhibits FR 1-34.

# Oracle
## Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
### Updated Data

| Forecast Date | Forecast Week | At Following Year's Budget Rates — Pipeline | Actuals | Conversion Rate | Forecast Date | Forecast Week | At Current Year's Budget Rates — Pipeline | Potential Forecast | Forecasted Conversion Rate | Difference Between Prior Year Conversion Rate and Potential Forecast Conversion Rate | Quarterly Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Q3 99** | | | | | **Q3 FY00** | | | | | | |
| 12/13/98 | Week 2 | $1,582,372,000 | $795,996,000 | 50% | 12/13/99 | Week 2 | $2,054,968,000 | $956,116,000 | 47% | 4% | |
| 1/10/99 | Week 6 | $1,631,990,000 | $795,745,000 | 49% | 1/10/00 | Week 6 | $2,055,499,000 | $980,015,000 | 48% | 1% | |
| 1/24/99 | Week 8 | $1,632,013,000 | $795,739,000 | 49% | 1/24/00 | Week 8 | $2,058,399,000 | $968,858,000 | 47% | 2% | |
| 2/7/99 | Week 10 | $1,532,012,000 | $795,818,000 | 52% | 2/7/00 | Week 10 | $1,960,259,000 | $973,541,000 | 50% | 3% | |
| 2/14/99 | Week 11 | $1,520,912,000 | $795,818,000 | 52% | 2/14/00 | Week 11 | $1,818,384,000 | $950,259,000 | 52% | 0% | |
| 2/28/99 | Week 13 | $1,500,912,000 | $796,142,000 | 54% | 2/28/00 | Week 13 | $1,818,384,000 | $973,541,000 | 54% | -2% | 1% |
| **Q4 99** | | | | | **Q4 FY00** | | | | | | |
| 3/13/99 | Week 2 | $2,631,377,000 | $1,484,013,000 | 56% | 3/13/00 | Week 2 | $3,310,748,000 | $1,645,560,000 | 47% | 7% | |
| 4/10/99 | Week 6 | $2,744,684,000 | $1,484,259,000 | 54% | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,560,000 | 47% | 7% | |
| 4/24/99 | Week 8 | $2,744,690,000 | $1,484,259,000 | 54% | 4/24/00 | Week 8 | $3,472,373,000 | $1,635,522,000 | 47% | 7% | |
| 5/24/99 | Week 12 | $2,535,361,000 | $1,485,020,000 | 59% | 5/24/00 | Week 12 | $3,267,241,000 | $1,620,622,000 | 50% | 9% | |
| 5/29/99 | Week 13 | $2,535,361,000 | $1,484,830,000 | 59% | 5/29/00 | Week 13 | $3,267,241,000 | $1,664,279,000 | 51% | 8% | 6% |
| **Q1 FY00** [1] | | | | | **Q1 FY01** | | | | | | |
| 6/19/99 | Week 2 | $1,027,688,000 | $603,711,000 | 59% | 6/19/00 | Week 2 | $1,765,898,000 | $890,782,000 | 50% | 8% | |
| 7/3/99 | Week 4 | $1,015,888,000 | $603,389,000 | 60% | 7/3/00 | Week 4 | $1,737,762,000 | $883,555,000 | 51% | 8% | |
| 7/17/99 | Week 6 | $995,354,000 | $603,389,000 | 61% | 7/17/00 | Week 6 | $1,664,737,000 | $844,700,000 | 51% | 10% | |
| 7/31/99 | Week 8 | $999,425,000 | $603,389,000 | 60% | 7/31/00 | Week 8 | $1,567,331,000 | $784,509,000 | 50% | 10% | |
| 8/7/99 | Week 9 | $957,830,000 | $603,389,000 | 63% | 8/7/00 | Week 9 | $1,349,003,000 | $761,447,000 | 56% | 7% | |
| 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% | 8/14/00 | Week 10 | $1,309,074,000 | $758,242,000 | 58% | 6% | |
| 8/28/99 [2] | Week 12 | $882,174,000 | $603,080,000 | 68% | 8/28/00 | Week 12 | $1,217,368,000 | $743,605,000 | 61% | 7% | |
| 9/11/99 | Week 13 | $945,080,000 | $603,389,000 | 64% | 9/11/00 | Week 13 | $1,095,113,000 | $743,605,000 | 62% | 11% | 8% |
| **Q2 FY00** | | | | | **Q2 FY01** | | | | | | |
| 9/25/99 [3] | Week 2 | $1,464,990,000 | $859,632,000 | 59% | 9/25/00 | Week 2 | $2,286,236,000 | $1,120,565,000 | 48% | 7% | |
| 10/5/99 | Week 4 | $1,543,247,000 | $850,633,000 | 56% | 10/5/00 | Week 4 | $2,286,073,000 | $1,141,246,000 | 49% | 7% | |
| 10/16/99 | Week 6 | $1,633,514,000 | $859,168,000 | 53% | 10/16/00 | Week 6 | $2,362,287,000 | $1,144,076,000 | 49% | 4% | |
| 11/13/99 | Week 8 | $1,642,102,000 | $859,167,000 | 52% | 11/13/00 | Week 8 | $2,319,243,000 | $1,150,688,000 | 50% | 3% | |
| 11/27/99 | Week 14 | $1,488,335,000 | $859,164,000 | 58% | 11/27/00 | Week 14 | $2,032,120,000 | $1,143,247,000 | 57% | 1% | 4% |
| **Q3 FY00** | | | | | **Q3 FY01** | | | | | | |
| 12/11/99 | Week 2 | $1,381,430,000 | $859,164,000 | 62% | 12/11/00 | Week 2 | $1,853,940,000 | $1,143,247,000 | 62% | 1% | |
| 1/15/00 | Week 4 | $1,943,375,000 | $1,020,793,000 | 53% | 1/15/01 | Week 4 | $2,961,737,000 | $1,420,272,000 | 48% | 1% | |
| 1/22/00 | Week 6 | $1,988,184,000 | $1,020,793,000 | 52% | 1/22/01 | Week 6 | $2,633,350,000 | $1,420,272,000 | 54% | -2% | |
| 1/29/00 | Week 8 | $2,015,185,000 | $1,029,793,000 | 51% | 1/29/01 | Week 8 | $2,691,176,000 | $1,360,498,000 | 51% | 0% | |
| 2/5/00 | Week 10 | $2,018,860,000 | $1,029,793,000 | 51% | 2/5/01 | Week 10 | $2,649,859,000 | $1,359,507,000 | 51% | 1% | |
| 2/12/00 | Week 11 | $2,018,860,000 | $1,029,790,000 | 51% | 2/12/01 | Week 11 | $2,649,695,000 | $1,303,490,000 | 49% | 1% | |
| 2/19/00 | Week 13 | $1,785,898,000 | $1,030,147,000 | 58% | 2/19/01 | Week 13 | $2,475,995,000 | $1,275,285,000 | 51% | 1% | |
| 2/26/00 | Week 14 | $1,693,542,000 | $1,029,790,000 | 61% | 2/26/01 | Week 14 | $2,296,078,000 | $1,280,441,000 | 54% | 2% | 2% |
| | | | | | **Q4 FY01** | | | | | | |
| | | | | | 3/11/01 | Week 2 | $2,154,872,000 | $1,270,813,000 | 59% | 5% | |
| | | | | | 3/26/01 | Week 6 | $2,168,375,000 | $1,276,406,000 | 59% | 5% | |
| | | | | | 4/9/01 | Week 8 | $4,041,206,000 | $1,713,420,000 | 41% | 14% | |
| | | | | | 4/9/01 | Week 10 | $3,725,434,000 | $1,738,337,000 | 47% | 12% | |
| | | | | | 5/14/01 | Week 12 | $3,143,795,000 | $1,699,697,000 | 46% | 7% | |
| | | | | | 5/28/01 | Week 13 | $2,920,450,000 | $1,624,659,000 | 52% | 6% | 9% |

[1] Use data from NDCA-ORCL 136050, which appears to be in line with the other forecasts for the week, instead of NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323667, which is also dated 9/25.

[2] Use data from 8/28 because it was the first forecast of the week. Use data from NDCA-ORCL 323775, which is also dated 8/28.

[3] Other data from the same week was excluded. Use data from 2/26 because it was the first forecast of the week.

Other data from the same week was excluded.

# EXHIBIT 2



Oracle
Potential Forecast vs. Calculated Forecast Based on Prior Year's Conversion Rate and Current Pipeline
Updated Data

# Oracle
## Potential Forecast vs. Calculated Forecast Based on Prior Year's Conversion Rate and Current Pipeline
### Updated Data

### At Following Year's Budget Rates

| | Forecast Date | Forecast Week | Pipeline | Actuals | Conversion Rate |
|---|---|---|---|---|---|
| **Q3 99** | 12/31/1998 | Week 6 | $1,582,372,000 | $795,966,000 | 50% |
| | 1/10/99 | Week 7 | $1,631,950,000 | $795,745,000 | 49% |
| | 1/24/99 | Week 8 | $1,632,013,000 | $795,793,000 | 49% |
| | 2/7/99 | Week 10 | $1,632,013,000 | $795,818,000 | 49% |
| | 2/14/99 | Week 11 | $1,530,912,000 | $795,818,000 | 52% |
| | 2/28/99 | Week 13 | $1,530,102,000 | $795,420,000 | 52% |
| **Q4 99** | 3/13/99 | Week 2 | $2,631,377,000 | $1,485,013,000 | 56% |
| | 4/10/99 | Week 6 | $2,744,684,000 | $1,494,299,000 | 54% |
| | 4/24/99 | Week 8 | $2,744,980,000 | $1,484,269,000 | 54% |
| | 5/24/99 | Week 12 | $2,744,980,000 | $1,473,373,000 | 54% |
| | 5/22/99 | Week 11 | $2,535,361,000 | $1,484,830,000 | 59% |
| | 6/19/99 | Week 2 | $1,027,888,000 | $603,711,000 | 59% |
| **Q1 FY00** | 7/3/99 | Week 4 | $1,012,588,000 | $603,389,000 | 60% |
| | 7/17/99 | Week 6 | $995,354,000 | $603,389,000 | 60% |
| | 8/7/99 | Week 9 | $957,630,000 | $603,389,000 | 63% |
| | 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% |
| | 8/28/99 [1] | Week 12 | $882,174,000 | $603,389,000 | 68% |
| | 9/25/99 [2] | Week 2 | $1,543,267,000 | $859,633,000 | 56% |
| **Q2 FY00** | | Week 4 | $1,543,514,000 | $859,167,000 | 56% |
| | 10/16/99 | Week 8 | $1,642,102,000 | $859,164,000 | 52% |
| | 11/13/99 | Week 10 | $1,483,835,000 | $859,164,000 | 58% |
| | 11/27/99 | Week 11 | $1,381,420,000 | $859,164,000 | 62% |
| | 12/11/99 | Week 2 | $1,949,375,000 | $1,029,793,000 | 53% |
| **Q3 FY00** | 12/25/99 | Week 4 | $1,963,194,000 | $1,029,793,000 | 52% |
| | 1/15/00 | Week 6 | $2,018,185,000 | $1,029,793,000 | 51% |
| | 1/22/00 | Week 8 | $2,018,860,000 | $1,029,733,000 | 51% |
| | 1/29/00 | Week 10 | $1,827,756000 | $1,029792,000 | 56% |
| | 2/5/00 | Week 11 | $1,785,658,000 | $1,000,147,000 | 56% |
| | 2/12/00 | Week 12 | $1,693,542,000 | $1,029,780,000 | 61% |
| | 2/19/00 [3] | Week 13 | $1,635,185,000 | $1,029,780,000 | 64% |
| | 2/26/00 | Week 13 | $1,608,185,000 | $1,029,780,000 | 64% |

### At Current Year's Budget Rates

| | Forecast Date | Forecast Week | Pipeline | Potential Forecast | Forecast Using Prior Year Conversion Rate and Current Pipeline | Difference Between Prior Year Conversion Rate Multiplied by the Current Pipeline and Potential Forecast | Quarterly Average Difference | As % of Average Calculated Forecast |
|---|---|---|---|---|---|---|---|---|
| **Q3 FY00** | 12/31/1999 | Week 2 | $2,054,986,000 | $966,116,000 | $1,033,691,609 | $77,575,609 | | |
| | 1/15/00 | Week 4 | $2,055,499,000 | $980,015,000 | $1,002,244,531 | $22,229,531 | | |
| | 1/24/00 | Week 8 | $2,098,399,000 | $868,838,000 | $1,003,636,835 | $34,778,835 | | |
| | 2/7/00 | Week 10 | $2,098,399,000 | $938,920,000 | $1,003,736,475 | $64,816,475 | | |
| | 2/14/00 | Week 11 | $1,818,384,000 | $960,259,000 | $845,635,324 | ($85,000,676) | | |
| | 2/28/00 | Week 13 | $1,816,384,000 | $973,541,000 | $844,600,925 | ($85,920,925) | $27,575,975 | 3% |
| **Q4 FY00** | 3/13/00 | Week 2 | $3,310,748,000 | $1,797,694,000 | $1,868,414,834 | $70,720,834 | | |
| | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,500,000 | $1,877,775,684 | $232,225,684 | | |
| | 4/24/00 | Week 8 | $3,472,373,000 | $1,620,424,000 | $1,877,747,580 | $257,347,580 | | |
| | 5/24/00 | Week 12 | $3,472,373,000 | $1,600,485,000 | $1,913,714,629 | $278,192,629 | | |
| | 5/22/00 | Week 11 | $3,267,241,000 | $1,664,278,500 | $1,913,454,318 | $249,175,318 | | |
| | 6/19/00 | Week 2 | $1,763,898,000 | $890,785,000 | $1,037,167,520 | $146,382,520 | $217,532,409 | 12% |
| **Q1 FY01** | 7/3/00 | Week 4 | $1,757,782,000 | $893,553,000 | $1,035,523,375 | $141,970,375 | | |
| | 7/17/00 | Week 6 | $1,594,700,000 | $844,700,000 | $1,003,869,691 | $159,169,691 | | |
| | 8/7/00 | Week 9 | $1,557,331,000 | $784,509,000 | $946,254,381 | $161,745,381 | | |
| | 8/14/00 | Week 10 | $1,343,003,000 | $784,242,000 | $848,810,061 | $48,568,061 | | |
| | 8/28/00 | Week 12 | $1,309,074,000 | $758,242,000 | $835,781,999 | $77,539,999 | | |
| | 9/25/00 | Week 2 | $1,277,298,000 | $742,606,000 | $1,008,523,179 | $123,035,743 | $123,035,743 | 13% |
| **Q2 FY01** | 10/5/00 | Week 4 | $1,280,236,000 | $998,113,000 | $1,085,113,000 | | | |
| | 10/16/00 | Week 8 | $1,319,243,000 | $1,144,078,000 | $1,272,834,939 | $152,248,939 | | |
| | 11/13/00 | Week 10 | $1,282,350,000 | $1,144,078,000 | $1,338,046,924 | $242,891,924 | | |
| | 11/27/00 | Week 11 | $1,853,940,000 | $1,143,001,000 | $1,715,078,717 | $96,970,037 | | |
| | 12/11/00 | Week 2 | $2,961,737,000 | $1,564,591,744 | $1,713,103,589 | $144,319,744 | | |
| **Q3 FY01** | 12/25/00 | Week 4 | $2,633,350,000 | $1,420,272,000 | $1,377,821,076 | ($42,450,924) | | |
| | 1/15/01 | Week 6 | $2,691,176,000 | $1,360,506,000 | $1,375,235,627 | $14,729,627 | | |
| | 1/22/01 | Week 8 | $2,648,858,000 | $1,361,656,999 | $1,351,656,999 | ($7,850,001) | | |
| | 1/29/01 | Week 10 | $2,648,858,000 | $1,308,007,000 | $1,351,656,999 | $43,649,999 | | |
| | 2/5/01 | Week 11 | $2,417,909,000 | $1,380,804,732 | $1,374,804,986 | $85,533,732 | | |
| | 2/12/01 | Week 12 | $2,296,078,000 | $1,280,441,000 | $1,323,989,586 | $43,989,586 | | |
| | 2/19/01 | Week 13 | $2,165,770,000 | $1,270,001,000 | $1,317,304,986 | $45,491,986 | | |
| | 2/26/01 | Week 13 | $2,154,872,000 | $1,276,400,000 | $1,378,999,703 | $102,599,703 | $47,893,601 | 3% |

[1] Other data from the same week was excluded. Use data from 8/28 because it was the first forecast of the week.
[2] In the other forecast for this week, instead of NDCA-ORCL 323775, which is also dated 8/28.
[3] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25. Other data from the same week was excluded. Use data from 2/6 because it was the first forecast of the week.

# EXHIBIT 3

# Oracle
# Regression Output: Potential Forecast vs. Calculated Forecast Based on Prior Year's Conversion Rate and Current Pipeline

## SUMMARY OUTPUT

### Regression Statistics

| | |
|---|---|
| Multiple R | 0.96762239 |
| R Square | 0.936293089 |
| Adjusted R Square | 0.934238027 |
| Standard Error | 75115580.57 |
| Observations | 33 |

### ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 2.57067E+18 | 2.57067E+18 | 455.6034078 | 4.27614E-20 |
| Residual | 31 | 1.74913E+17 | 5.64235E+15 | | |
| Total | 32 | 2.74559E+18 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 74280691.9 | 52924356.84 | 1.403525642 | 0.170398458 | -33659245.09 | 182220628.9 | -33659245.09 | 182220628.9 |
| X Variable 1 | 0.866003236 | 0.040571964 | 21.34486842 | 4.27614E-20 | 0.78325617 | 0.948750303 | 0.78325617 | 0.948750303 |

EXHIBIT 4



# NAS Management Judgment
## 3Q FY01 - 4Q FY01

Source: George Roberts Forecast Reports
Winton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 0361110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14,237073-81
NDCA-ORCL 237826-34, 239072-80, 278801-09

**Oracle**
NAS Management Judgment

| | Forecast Week | Management Judgment (in Millions) |
|---|---|---|
| Q3-00 | Week 6 | ($15.1) |
| | Week 8 | ($11.8) |
| | Week 10 | ($17.0) |
| | Week 11 | ($19.6) |
| | Week 12 | ($17.9) |
| | Week 13 | ($21.4) |
| Q4-00 | Week 2 | ($21.0) |
| | Week 4 | $125.4 |
| | Week 6 | $122.6 |
| | Week 8 | $60.4 |
| | Week 10 | $7.4 |
| | Week 11 | $6.3 |
| | Week 12 | $10.5 |
| | Week 13 | $11.9 |
| Q1-01 | Week 3 | ($11.6) |
| | Week 4 | $5.6 |
| | Week 6 | $4.3 |
| | Week 8 | ($1.7) |
| | Week 9 | ($7.2) |
| | Week 10 | ($15.6) |
| | Week 11 | ($19.0) |
| | Week 12 | ($13.2) |
| | Week 13 | ($3.6) |
| Q2-01 | Week 1 | ($8.3) |
| | Week 4 | ($24.6) |
| | Week 6 | ($24.3) |
| | Week 7 | $21.0 |
| | Week 8 | $7.7 |
| | Week 10 | $18.7 |
| | Week 11 | $9.1 |
| | Week 12 | $19.4 |
| | Week 13 | $21.1 |
| Q3-01 | Week 1 | $22.0 |
| | Week 4 | $24.0 |
| | Week 6 | $65.9 |
| | Week 7 | $70.2 |
| | Week 8 | $129.0 |
| | Week 9 | $82.9 |
| | Week 10 | $77.7 |
| | Week 11 | $71.2 |
| | Week 12 | $68.8 |
| | Week 13 | $60.2 |
| Q4-01 | Week 1 | $4.8 |
| | Week 4 | $3.3 |
| | Week 6 | $102.7 |
| | Week 8 | $41.8 |
| | Week 10 | $9.0 |
| | Week 11 | ($1.6) |
| | Week 12 | $3.6 |
| | Week 13 | $2.6 |
| | Week 13 | $5.8 |

Source: George Roberts Forecast Reports
Wilton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 036110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14, 237073-81
NDCA-ORCL 237208-34, 239072-80, 276801-09

# EXHIBIT 5



# OSI Management Judgment
## 1Q FY01 - 4Q FY01

($ millions)

Source: OSI Forecast Summary Reports by Product Category
NDCA-ORCL 097156, 097160, 202967-68, 152220-21, 203462-63
NDCA-ORCL 1527589-94, 1527596-601, 1527603-08, 1527610-15
NDCA-ORCL 1527617-22, 093219-20, 349354-55, 349358-59
NDCA-ORCL 084719-20, 084736-37, 222171-72, 158632-37, 158638-41, 158642-48

**Oracle**
OSI Management Judgment

| Forecast Week | Week | Management Judgment (in millions) |
|---|---|---|
| Q1 01 | Week 11 | $0.0 |
| | Week 12 | $0.0 |
| | Week 4 | $0.0 |
| | Week 6 | $0.0 |
| | Week 7 | $0.0 |
| | Week 8 | $0.0 |
| Q2 01 | Week 9 | $27.9 |
| | Week 10 | $5.7 |
| | Week 11 | $13.0 |
| | Week 12 | $18.3 |
| | Week 13 | $25.2 |
| | Week 1 | $14.9 |
| | Week 5 | $14.9 |
| Q3 01 | Week 7 | $94.7 |
| | Week 8 | $94.7 |
| | Week 10 | $65.7 |
| | Week 11 | $65.7 |
| Q4 01 | Week 1 | $65.7 |
| | Week 2 | $102.7 |
| | Week 3 | $71.6 |
| | Week 4 | $66.1 |

Source: OSI Forecast Summary Reports by Product Category
NDCA-ORCL 097156, 097160, 202967-68, 152220-21, 203462-63
NDCA-ORCL 1527589-94, 1527596-601, 1527603-08, 1527610-15
NDCA-ORCL 1527617-22, 093219-20, 349354-55, 349358-59
NDCA-ORCL 0847719-20, 0847736-37, 222171-72, 158632-37, 158638-41, 158642-48

# EXHIBIT 6



# OPI Management Judgment
## 2Q FY01 - 4Q FY01

Note: Data begins in first full quarter under Edward Sanderson
Source: OPI Forecast Packages
NDCA-ORCL 261800.0001-17, 167900-27, 38815-36, 38843-63
NDCA-ORCL 38864-84, 38885-905, 38924-61, 38969-85, 38986-39025
NDCA-ORCL 39026-59, 96056-71, 380160-87, 160666-91, 160695-721
NDCA-ORCL 84935-65, 84863-91, 160723-50, 97266-93, 337821-51
NDCA-ORCL 337882-921, 337922-69, 337970-015, 261776.0001--0046
NDCA-ORCL 338062-107, 338108-35, 337657-740, 337741-81, 337782-820
CA-ORCL 036922-42

# Oracle

## OPI Management Judgment

| | Forecast Week | Management Judgment (In Millions) |
|---|---|---|
| **Q2 01** | Week 1 | ($7) |
| | Week 4 | ($2) |
| | Week 7 | ($1) |
| | Week 7 | ($6) |
| | Week 10 | $6 |
| | Week 11 | ($7) |
| | Week 11 | $19 |
| | Week 12 | $11 |
| | Week 13 | $7 |
| | Week 14 | $160 |
| **Q3 01** | Week 2 | $150 |
| | Week 4 | $14 |
| | Week 6 | $4 |
| | Week 7 | $1 |
| | Week 10 | ($6) |
| | Week 11 | $2 |
| | Week 12 | $15 |
| | Week 13 | $19 |
| | Week 14 | $25 |
| **Q4 01** | Week 2 | $220 |
| | Week 3 | $89 |
| | Week 4 | $66 |
| | Week 6 | $65 |
| | Week 7 | $50 |
| | Week 8 | $59 |
| | Week 9 | $58 |
| | Week 11 | $49 |
| | Week 11 | $49 |
| | Week 12 | $46 |
| | Week 13 | $43 |

Note -- Data begins in first full quarter under Edward Sanderson
Source: OPI Forecast Packages

NDCA-ORCL 261800.0001-17, 167900-27, 38815-36, 38843-63
NDCA-ORCL 38864-84, 38885-905, 38924-61, 38969-85, 38986.39025
NDCA-ORCL 39026-59, 96056-71, 380160-87, 160666-91, 160695-721
NDCA-ORCL 84935-65, 84863-91, 160723-50, 337821-51
NDCA-ORCL 337882-921, 337922-69, 337970-015, 261776.0001-.0046
NDCA-ORCL 338062-107, 338108-35, 337657-740, 337741-81, 337782-820
CA-ORCL 036922-42

EXHIBIT 7



# Sequential Growth in GDP (Equipment & Software)

Percent Growth

Source: Bureau of Economic Analysis – 9/28/00 and 1/28/01 Gross domestic Product Releases

**Equip & Software** — **Software**

# Oracle
## Sequential Growth in GDP (Equipment & Software)

| | Apr-Jun Q299 | Jul-Sep Q399 | Oct-Dec Q499 | Jan-Mar Q100 | Apr-Jun Q200 | Jul-Sep Q300 | Oct-Dec Q400 |
|---|---|---|---|---|---|---|---|
| Equip & Software | 904.3 | 935.6 | 951.8 | 999.6 | 1044.1 | 1060.5 | 1043.5 |
| Growth Rate | | 3.46% | 1.73% | 5.02% | 4.45% | 1.57% | -1.60% |
| Software | 173.3 | 184.7 | 196.8 | 210.5 | 224.5 | 238.4 | 245.3 |
| Growth Rate | | 6.58% | 6.55% | 6.96% | 6.65% | 6.19% | 2.89% |

Source: Bureau of Economic Analysis -- 9/28/00 and 1/28/01 Gross Domestic Product Releases

# EXHIBIT 8

FOR WIRE TRANSMISSION:     8:30 A.M. EST, WEDNESDAY, JANUARY 31, 2001

Virginia H. Mannering:      (202)  606-5304  (GDP)                          BEA  01-02
Recorded message:                  606-5306

### GROSS DOMESTIC PRODUCT:  FOURTH QUARTER 2000 (ADVANCE)

Real gross domestic product -- the output of goods and services produced by labor and property located in the United States -- increased at an annual rate of 1.4 percent in the fourth quarter of 2000, according to advance estimates released by the Bureau of Economic Analysis.  In the third quarter, real GDP increased 2.2 percent.

The Bureau emphasized that the fourth-quarter "advance" estimates are based on source data that are incomplete or subject to further revision by the source agency (see the box on page 3).  The fourth-quarter "preliminary" estimates, based on more comprehensive data, will be released on February 28, 2001.

The growth in real GDP in the fourth quarter reflected an increase in domestic demand that was partly offset by a decrease in foreign demand.  Domestic demand (gross domestic purchases) increased 1.9 percent, and foreign demand (exports of goods and services) decreased 4.3 percent.  The increase in domestic demand reflected increases in personal consumption expenditures (PCE) and in government spending that were partly offset by decreases in nonresidential fixed investment, in private inventory investment, and in residential investment.

The deceleration in real GDP growth in the fourth quarter primarily reflected downturns in business investment in equipment and software and in PCE for goods that were partly offset by an upturn in federal government spending.

The price index for gross domestic purchases, which measures prices paid by U.S. residents, increased 1.9 percent in the fourth quarter, compared with an increase of 2.0 percent in the third. Excluding food and energy prices, the price index for gross domestic purchases increased 1.6 percent in the fourth quarter, compared with an increase of 1.5 percent in the third.

---

NOTE.--Quarterly estimates are expressed at seasonally adjusted annual rates, unless otherwise specified. Quarter-to-quarter dollar changes are differences between these published estimates.  Percent changes are calculated from unrounded data and annualized. "Real" estimates are in chained (1996) dollars.  Price indexes are chain-type measures.

- more -


DEFENDANT'S
EXHIBIT NO. 5
FOR IDENTIFICATION
Goedde
DATE: 7-16-07   RPTR: SD jhlon
PENGAD 800-631-6989

See "Explanatory Note" at the end of the tables.

**Table 3.—Gross Domestic Product and Related Measures: Level and Change From Preceding Period**

| | Billions of current dollars — Seasonally adjusted at annual rates | | | | | | Billions of chained (1996) dollars — Seasonally adjusted at annual rates | | | | | | Change from preceding period | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 00 |
| Gross domestic product (GDP) | 9,965.7 | 9,559.7 | 9,752.7 | 9,945.7 | 10,039.4 | 10,125.0 | 9,320.4 | 9,084.1 | 9,191.8 | 9,318.9 | 9,369.5 | 9,401.5 | 444.6 | 32.0 |
| Personal consumption expenditures | 6,758.6 | 6,446.2 | 6,621.7 | 6,706.3 | 6,895.6 | 6,894.6 | 6,257.8 | 6,101.6 | 6,213.5 | 6,260.6 | 6,229.8 | 6,374.6 | 315.8 | 44.8 |
| Durable goods | 820.4 | 787.6 | 824.3 | 814.3 | 824.7 | 815.2 | 899.3 | 851.8 | 886.7 | 903.2 | 895.5 | 895.5 | 69.2 | -7.7 |
| Motor vehicles and parts | 339.4 | 330.1 | 349.3 | 335.5 | 340.1 | 331.4 | 351.8 | 330.9 | 353.0 | 330.6 | 342.0 | 342.0 | 6.1 | -11.4 |
| Furniture and household equipment | 312.3 | 298.8 | 309.7 | 311.1 | 314.4 | 383.3 | 903.2 | 359.2 | 379.3 | 387.2 | 392.7 | 392.7 | 16.5 | 2.9 |
| Other | 168.7 | 158.5 | 167.3 | 167.3 | 170.4 | 176.0 | 164.9 | 174.0 | 175.0 | 177.6 | 177.6 | 18.7 | 2.9 |
| Nondurable goods | 2,009.5 | 1,910.2 | 1,963.9 | 1,997.6 | 2,045.1 | 1,868.7 | 1,819.1 | 1,844.8 | 1,861.1 | 1,882.6 | 1,886.3 | 89.3 | 21.5 |
| Food | 926.1 | 938.4 | 959.5 | 965.5 | 877.1 | 866.0 | 872.2 | 879.1 | 880.6 | 31.2 | 7.9 |
| Clothing and shoes | 328.2 | 311.9 | 323.1 | 325.6 | 330.9 | 333.2 | 344.9 | 322.1 | 337.7 | 342.3 | 349.4 | 26.4 | 7.9 |
| Gasoline and oil | 181.9 | 157.6 | 172.9 | 182.0 | 186.7 | 151.5 | 147.2 | 150.8 | 150.0 | 149.5 | -1.6 | -1.5 |
| Fuel oil and coal | 18.7 | 162.7 | 18.3 | 18.1 | 18.7 | 18.0 | 13.6 | 13.6 | 13.2 | 13.3 | 13.8 | -1.5 | -1.8 |
| Other | 546.4 | 514.6 | 529.5 | 541.7 | 559.7 | 500.6 | 478.7 | 496.5 | 509.4 | 34.6 | 3.5 |
| Services | 3,928.7 | 3,748.2 | 3,831.6 | 3,894.4 | 4,034.2 | 3,544.6 | 3,443.0 | 3,487.2 | 3,526.7 | 3,559.3 | 3,605.3 | 153.8 | 46.0 |
| Housing | 956.0 | 923.5 | 944.7 | 950.0 | 976.5 | 849.2 | 844.1 | 847.0 | 851.2 | 856.9 | 856.9 | 32.6 | 5.2 |
| Household operation | 139.8 | 136.7 | 138.6 | 141.1 | 134.7 | 127.1 | 126.5 | 130.5 | 135.3 | 20.9 | 4.7 |
| Electricity and gas | 243.6 | 226.8 | 229.5 | 242.2 | 245.5 | 208.1 | 200.0 | 206.4 | 208.7 | 244.1 | 16.8 | -2.4 |
| Other household operation | 243.5 | 239.8 | 244.1 | 242.4 | 244.5 | 235.2 | 240.1 | 241.5 | 244.6 | 246.8 | -2.6 | -1.3 |
| Transportation | 259.6 | 253.3 | 258.0 | 265.0 | 266.4 | 234.2 | 235.9 | 235.2 | 237.0 | 7.2 | 2.4 |
| Medical care | 938.5 | 975.1 | 1,005.6 | 1,019.5 | 897.1 | 905.9 | 909.9 | 5.9 | 18.6 |
| Recreation | 264.8 | 253.9 | 260.8 | 272.9 | 232.0 | 228.2 | 232.2 | 236.7 | 24.7 | 6.2 |
| Other | 1,051.9 | 991.2 | 1,023.3 | 1,040.8 | 1,037.5 | 886.1 | 886.2 | 903.9 | 934.3 | 952.9 | 65.1 | 16.3 |
| Gross private domestic investment | 1,834.1 | 1,723.7 | 1,755.7 | 1,852.6 | 1,858.9 | 1,851.6 | 1,773.6 | 1,863.0 | 1,911.1 | 1,858.9 | 8.1 | -12.2 |
| Fixed investment | 1,776.8 | 1,651.0 | 1,725.9 | 1,780.5 | 1,797.8 | 1,770.6 | 1,666.6 | 1,739.5 | 1,772.7 | 1,783.7 | 142.5 | 13.7 |
| Nonresidential | 1,360.8 | 1,242.2 | 1,308.5 | 1,353.2 | 1,364.3 | 1,291.5 | 1,201.8 | 1,256.9 | 1,412.5 | 1,793.3 | 149.5 | 26.3 |
| Structures | 323.8 | 290.1 | 308.5 | 315.1 | 341.1 | 282.7 | 260.6 | 274.4 | 286.6 | 293.1 | 23.5 | 9.6 |
| Nonresidential buildings, including farm | 232.3 | 208.7 | 224.5 | 229.3 | 240.4 | 201.0 | 185.1 | 196.5 | 202.7 | 205.4 | 13.6 | 3.2 |
| Utilities | 47.9 | 45.8 | 47.1 | 45.4 | 50.5 | 45.2 | 41.0 | 44.0 | 45.6 | 44.6 | 3.3 | 2.8 |
| Mining exploration, shafts, and wells | 35.4 | 29.8 | 33.2 | 37.0 | 29.2 | 26.1 | 30.5 | 31.8 | 1.6 | 2.7 |
| Other structures | 8.4 | 951.8 | 999.6 | 1,060.5 | 1,043.5 | 28.4 | 28.5 | 8.9 | 136.4 | 15.8 | -13.8 |
| Equipment and software | 1,036.9 | 951.8 | 999.6 | 1,044.1 | 1,050.1 | 1,146.6 | 1,148.5 | 1,162.1 | 1,148.5 | 136.4 | 16.1 |
| Computers and peripheral equipment | 114.1 | 98.9 | 104.3 | 113.6 | 118.2 | 303.7 | 243.8 | 264.1 | 297.3 | 329.0 | 86.4 | 27.0 |

---

| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net exports of goods and services | -364.0 | -320 | -357 | -368 | -371 | | | | | | | | | |
| Exports | 1.32 | 1.30 | 1.32 | 1.65 | 1.65 | 2.05 | 1.40 | 1.47 | 1.26 | 1.38 | 1.66 | 1.91 | 50.6 | -50 |
| Goods | 1.20 | 1.27 | 1.01 | 1.65 | 1.65 | 2.37 | 2.50 | 1.50 | 1.47 | 1.26 | 1.78 | 1.73 | -58 | -18 |
| Services | 1.20 | .28 | .24 | 1.93 | 1.93 | | | | | .89 | | 1.06 | | |
| Imports | -1.20 | | -.87 | -.92 | | | | | | | | | | |
| Goods | | | | | | | | | | | | | | |
| Services | | | | | | | | | | | | | | |
| Government consumption expenditures and gross investment | -1.62 | -.59 | -.21 | -1.14 | -.03 | .26 | | | | | | | | |
| Federal | -.06 | -.50 | -.82 | 1.69 | -.73 | 2.37 | | | | | | | | |
| National defense | -.07 | .05 | .58 | .44 | | | | | | | | | | |
| Nondefense | -.08 | .08 | -.01 | -.07 | | | | | | | | | | |
| State and local | -.04 | .08 | .20 | .39 | | | | | | | | | | |

See note at the end of the table.

## Table 3.—Gross Domestic Product and Related Measures: Level and Change From Preceding Period—Continued

| | Billions of current dollars, Seasonally adjusted at annual rates | | | | | | Billions of chained (1996) dollars, Seasonally adjusted at annual rates | | | | | | Change from preceding period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
| Software | 229.7 | 196.8 | 210.5 | 224.5 | 238.4 | 245.3 | 226.7 | 205.3 | 215.0 | 226.7 | 234.3 | 241.2 | 40.7 | 9.8 | 6.9 |
| Other | 188.3 | 180.7 | 180.2 | 189.9 | 193.5 | 194.1 | 187.2 | 188.3 | 184.0 | 190.2 | 191.7 | 186.5 | 12.5 | −3.1 | −4.0 |
| Industrial equipment | 168.2 | 165.7 | 168.1 | 169.7 | 168.8 | 166.1 | 166.9 | 164.8 | 166.0 | 167.2 | 165.3 | 161.8 | −2.5 | −3.4 | −20.6 |
| Transportation equipment | 191.6 | 196.5 | 198.7 | 201.6 | 193.8 | 172.3 | 190.6 | 197.3 | 197.9 | 199.2 | 190.5 | 169.8 | −2.6 | −1.1 | −2.8 |
| Other | 145.1 | 137.6 | 143.9 | 146.1 | 147.1 | 143.9 | 141.4 | 137.0 | 141.1 | 142.0 | 141.0 | 137.6 | 3.7 | −1.1 | −2.7 |
| Residential | 416.0 | 408.8 | 421.3 | 412.4 | 413.0 | 413.0 | 366.5 | 371.4 | 372.6 | 362.2 | 362.3 | 360.0 | −1.7 | −10.3 | −2.3 |
| Structures | 406.4 | 399.6 | 407.8 | 398.2 | 402.8 | 403.7 | 356.5 | 362.9 | 362.9 | 352.6 | 352.3 | 350.3 | −1.9 | −10.3 | −1.3 |
| Single family | 280.0 | 271.5 | 283.7 | 280.7 | 285.5 | 283.0 | 231.0 | 233.6 | 238.1 | 230.6 | 230.5 | 239.5 | −2.1 | −9.0 | −1.5 |
| Multifamily | 28.0 | 27.1 | 28.6 | 28.6 | 28.5 | 28.0 | 23.0 | 23.0 | 23.8 | 22.8 | 22.8 | 21.8 | 1.1 | −2.7 | −1.8 |
| Other | 161.6 | 160.9 | 156.5 | 162.5 | 164.4 | 163.2 | 142.9 | 147.6 | 142.9 | 143.6 | 146.8 | 143.9 | 6.9 | −2.1 | −1.5 |
| Equipment | 57.4 | 72.7 | 25.9 | 72.0 | 64.4 | 61.1 | 63.7 | 80.9 | 36.6 | 78.6 | 72.5 | 67.1 | 18.4 | −6.1 | −2.4 |
| Change in private inventories | 57.4 | 72.7 | 25.9 | 72.0 | 64.4 | 61.1 | 63.7 | 80.9 | 36.6 | 78.6 | 72.5 | 67.1 | 18.4 | −6.1 | −2.4 |
| Farm | −1.2 | 2.9 | −2.4 | −2.1 | −4.5 | 1.1 | 0.0 | 0.3 | −0.5 | −0.2 | −2.2 | 4.7 | −5.4 | −5.2 | −5.4 |
| Nonfarm | 58.6 | 71.3 | 28.3 | 74.1 | 68.9 | 60.1 | 63.6 | 80.6 | 37.1 | 78.8 | 74.7 | 62.3 | 18.7 | −1.2 | −0.9 |
| Manufacturing | 7.1 | 21.0 | 26.3 | 22.1 | 27.5 | 4.7 | 10.3 | 22.0 | 25.7 | 23.5 | 26.2 | 22.0 | 5.4 | 16.7 | 2.0 |
| Wholesale trade | 5.4 | 4.2 | 16.0 | 9.7 | 17.5 | 17.8 | 4.1 | 10.5 | 16.8 | 15.5 | 16.6 | 22.6 | 16.7 | −0.9 | −5.5 |
| Retail trade | 13.9 | 12.1 | 22.1 | 22.1 | 22.5 | 25.8 | 11.5 | 17.5 | 23.5 | 20.0 | 25.1 | 20.0 | −16.2 | −1.9 | −5.1 |
| Other | 3.2 | 6.1 | 6.1 | 6.6 | 6.2 | 6.7 | 0.9 | 6.1 | 6.5 | 6.5 | 2.8 | 2.4 | −5.3 | −10.5 | −1.5 |
| Net exports of goods and services | −370.4 | −289.1 | −335.2 | −355.4 | −389.5 | −601.6 | −412.5 | −352.5 | −376.8 | −403.4 | −427.9 | −442.0 | −90.1 | −24.3 | −14.5 |
| Exports | 1,030.0 | 990.8 | 1,051.9 | 1,292.9 | 1,130.8 | 1,120.3 | 1,127.9 | 1,068.4 | 1,127.9 | 1,321.8 | 1,159.8 | 1,158.6 | 94.9 | 37.0 | −12.6 |
| Goods | 734.6 | 707.6 | 747.3 | 783.6 | 821.9 | 810.0 | 841.2 | 786.5 | 841.7 | 833.5 | 874.2 | 860.8 | 89.5 | 40.7 | −13.4 |
| Foods, feeds, and beverages | 46.3 | 46.1 | 47.1 | 48.4 | 50.8 | 47.7 | 60.8 | 58.4 | 59.4 | 58.4 | 64.7 | 60.3 | 4.2 | 5.8 | −13.8 |
| Industrial supplies and materials | 167.2 | 153.1 | 157.6 | 163.3 | 172.3 | 175.5 | 169.4 | 160.4 | 161.7 | 165.4 | 173.5 | 176.8 | 16.6 | 8.1 | 3.3 |
| Capital goods, except automotive | 357.6 | 325.3 | 326.3 | 356.9 | 376.6 | 370.5 | 395.7 | 358.4 | 361.2 | 416.3 | 409.9 | 409.9 | 53.1 | 20.8 | −6.4 |
| Automotive vehicles, engines, and parts | 79.8 | 77.5 | 80.3 | 80.9 | 80.9 | 77.9 | 78.2 | 76.0 | 78.2 | 78.8 | 78.0 | 76.0 | 3.3 | .6 | .6 |
| Consumer goods, except automotive | 89.0 | 83.6 | 87.3 | 88.5 | 91.7 | 88.5 | 83.1 | 83.1 | 86.6 | 87.2 | 90.8 | 87.9 | 7.9 | 3.0 | −2.9 |
| Other | 48.1 | 46.8 | 49.0 | 48.2 | 50.3 | 49.2 | 43.2 | 50.7 | 49.9 | 48.7 | 47.0 | 48.0 | 5.2 | 3.1 | −2.9 |
| Services | 296.4 | 284.4 | 304.1 | 309.2 | 308.3 | 310.2 | 289.4 | 280.5 | 290.0 | 291.0 | 288.2 | 285.3 | 5.7 | 3.0 | −4.4 |
| Imports | 1,249.4 | 1,131.1 | 1,248.9 | 1,324.1 | 1,324.2 | 1,291.9 | 1,441.6 | 1,321.0 | 1,513.3 | 1,566.0 | 1,586.6 | 1,595.6 | 163.1 | 60.1 | 2.0 |
| Goods | 1,029.1 | 1,120.1 | 1,287.1 | 1,298.0 | 1,298.1 | 1,291.0 | 1,220.1 | 1,253.3 | 1,338.0 | 1,388.3 | 1,588.6 | 1,523.6 | 158.6 | 50.4 | 1.4 |
| Foods, feeds, and beverages | 46.2 | 44.6 | 44.6 | 45.6 | 46.2 | 47.2 | 45.7 | 47.4 | 46.8 | 48.8 | 51.1 | 51.4 | 3.6 | 2.5 | 2.4 |
| Industrial supplies and materials | 171.5 | 159.4 | 165.2 | 168.6 | 177.4 | 174.7 | 166.7 | 166.4 | 166.7 | 165.4 | 170.0 | 164.4 | 9.3 | −4.6 | −5.6 |
| petroleum and products | 119.3 | 85.7 | 108.0 | 127.0 | 127.0 | 120.1 | 76.5 | 82.2 | 82.3 | 88.2 | 87.1 | 84.3 | 3.8 | −1.1 | −1.1 |
| Capital goods, except automotive | 352.1 | 314.7 | 324.3 | 348.5 | 367.4 | 374.7 | 460.3 | 419.9 | 453.6 | 481.0 | 466.7 | 486.7 | 82.1 | 27.4 | 5.7 |
| Automotive vehicles, engines, and parts | 197.1 | 188.0 | 193.3 | 195.4 | 202.6 | 197.2 | 190.6 | 185.7 | 192.0 | 198.8 | 193.5 | 193.5 | 16.1 | 6.8 | −5.1 |
| Consumer goods, except automotive | 276.1 | 253.1 | 260.6 | 276.6 | 286.8 | 287.3 | 287.0 | 261.8 | 270.5 | 288.2 | 292.4 | 300.0 | 22.2 | 7.6 | −5.6 |
| Other | 87.4 | 81.8 | 80.0 | 82.1 | 82.2 | 82.2 | 87.3 | 82.2 | 80.7 | 82.2 | 92.2 | 94.5 | 14.2 | 10.0 | 2.3 |
| Services | 219.7 | 202.0 | 211.0 | 214.1 | 225.6 | 227.7 | 205.0 | 205.0 | 208.1 | 217.3 | 224.0 | 227.5 | 22.6 | 11.1 | 3.1 |

See note at the end of the table.

## Table 3.—Gross Domestic Product and Related Measures: Level and Change From Preceding Period—Continued

| | Billions of current dollars, Seasonally adjusted at annual rates | | | | | | Billions of chained (1996) dollars, Seasonally adjusted at annual rates | | | | | | Change from preceding period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
| Government consumption | | | | | | | | | | | | | | | |

# EXHIBIT 9



News

BEA
BUREAU OF ECONOMIC ANALYSIS

Home > News > Gross Domestic Product and Corporate Profits

## News Release: Gross Domestic Product and Corporate Profits

The entire release is available in PDF format.
Many of the tables in our news releases are very wide. Printing tips are available.

```
FOR WIRE TRANSMISSION:    8:30 A.M. EDT, THURSDAY, SEPTEMBER 28, 2000

Virginia H. Mannering:     (202) 606-5304  (GDP)              BEA 00-29
Kenneth A. Petrick:              606-9738  (Profits)
Recorded message:                606-5306

            GROSS DOMESTIC PRODUCT:  SECOND QUARTER 2000 (FINAL)
            CORPORATE PROFITS:  SECOND QUARTER 2000 (REVISED)
```

Real gross domestic product -- the output of goods and services produced by labor and property located in the United States -- increased at an annual rate of 5.6 percent in the second quarter of 2000, according to revised estimates released by the Commerce Department's Bureau of Economic Analysis.  In the first quarter, real GDP increased 4.8 percent.

The GDP estimates released today are based on more complete source data than were available for the preliminary estimates issued last month.  In the preliminary estimates, the increase in real GDP was 5.3 percent (see "Revisions" on page 3).

The major contributors to the increase in real GDP in the second quarter were:  Nonresidential fixed investment, personal consumption expenditures (PCE) for services, inventory investment, exports, and federal government spending.  The contributions of these components were partially offset by an increase in imports (which are subtracted in the calculation of GDP).

The acceleration in real GDP in the second quarter primarily reflected upturns in inventory investment and in federal government spending that more than offset a sharp decelerations in PCE for goods.

The price index for gross domestic purchases, which measures prices paid by U.S. residents, increased 2.4 percent in the second quarter, 0.2 percentage point less than in the preliminary estimate; this index increased 3.5 percent in the first quarter.  Excluding food and energy prices, the price index for gross domestic purchases increased 1.7 percent in the second quarter, compared with an increase of 2.8 percent in the first.

FOOTNOTE.--Quarterly estimates are expressed at seasonally adjusted annual rates, unless otherwise specified.  Quarter-to-quarter dollar changes are differences between these published estimates.  Percent changes are calculated from unrounded data and annualized.  "Real" estimates are in chained (1996) dollars.  Price indexes are chain-type measures.

Real personal consumption expenditures increased 3.1 percent in the second quarter, compared with an increase of 7.6 percent in the first.  Real nonresidential fixed investment increased 14.6 percent, compared with an increase of 21.0 percent.  Nonresidential structures increased 4.4 percent, compared with an increase of 22.3 percent.  Equipment and software increased 17.9 percent, compared with an increase of 20.6 percent.  Real residential fixed investment increased 1.3 percent, compared with an increase of 3.2 percent.

Search:



Go

Gross Domestic Product News Release

http://www.bea.gov/newsreleases/national/gdp/2000/gdp200f.htm

**Table 3.—Gross Domestic Product and Related Measures: Level and Change From Preceding Period**

r revised

See "Explanatory Note" at the end of the tables.

### Top table (Percentage points at annual rates)

| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross domestic product | 4.4 | 4.4 | 4.2 | 2.0 | 4.6 | 4.4 | 5.9 | 4.2 | 2.8 | 6.5 | 2.9 | 3.4 | 5.6 | 3.5 | 2.5 | 5.7 | 8.3 | 4.8 | 5.6 |
| *Percentage points at annual rates:* | | | | | | | | | | | | | | | |
| Personal consumption expenditures | 2.39 | 3.12 | 3.52 | 1.25 | 1.94 | 3.01 | 1.32 | 4.29 | 2.20 | 3.24 | 3.77 | 2.83 | 3.29 | 3.73 | 3.67 | 3.43 | 4.08 | 5.03 | 2.14 |
| Durable goods | .51 | .96 | .81 | .39 | .71 | -.23 | -.48 | .69 | -.48 | 1.02 | 1.02 | 1.72 | 1.61 | 1.14 | .64 | 1.87 | 1.79 | -.42 |
| Nondurable goods | .58 | .79 | 1.10 | .44 | .79 | .60 | .16 | 1.16 | .62 | .93 | 1.10 | .84 | .60 | 1.48 | 1.75 | 1.67 | 1.87 | 2.04 | 1.83 |
| Services | 1.29 | 1.53 | 1.46 | .76 | 1.52 | 1.40 | 1.61 | 1.54 | 1.65 | 1.67 | .54 | 1.78 | 1.81 | .54 | .35 | 1.73 |
| Gross private domestic investment | 1.91 | 2.06 | 1.15 | .15 | 2.06 | 3.69 | .38 | 1.42 | 5.04 | -.18 | 1.40 | .60 | 2.50 | .92 | 3.04 | 3.66 |
| Fixed investment | 1.47 | 1.87 | 1.53 | .95 | 1.24 | 2.20 | .69 | 2.67 | 2.31 | .86 | 1.95 | 1.69 | 1.33 | 1.26 | 2.68 | 1.93 |
| Nonresidential | 1.39 | 1.54 | 1.26 | 1.12 | 1.47 | 1.56 | 1.56 | 2.12 | 1.83 | .44 | 1.49 | 1.15 | 1.18 | 1.22 | 2.54 | 1.87 |
| Structures | -.26 | .28 | -.05 | .61 | -.20 | .05 | .26 | .04 | -.26 | -.60 | .47 | .18 | 1.69 | .47 | 1.93 | 1.73 |
| Equipment and software | 1.26 | 1.21 | 1.33 | .50 | 1.66 | 1.66 | 2.05 | 2.05 | 1.43 | 1.40 | 1.47 | 1.26 | 1.69 | 1.63 | -.63 | .06 |
| Residential | .08 | .33 | .27 | -.17 | .04 | .20 | -.09 | .37 | .48 | .41 | .37 | .25 | .34 | .03 | .14 | -.14 |
| Change in private inventories | .44 | .20 | -.37 | -.80 | .82 | 1.93 | -.82 | .73 | 2.37 | -2.50 | -.20 | -.89 | 1.17 | 1.78 | -.76 | 1.73 |
| Net exports of goods and services | -1.20 | -1.03 | -.29 | 2.10 | .21 | -1.27 | -.88 | -1.88 | -1.93 | -1.05 | .05 | -1.44 | -1.35 | -1.08 | -.94 | -1.40 |
| Exports | .26 | .26 | .32 | 1.31 | 1.04 | .99 | .66 | 1.99 | -.02 | .55 | 1.21 | .76 | .51 | 1.13 | 1.09 | 1.37 |
| Goods | .23 | .28 | .02 | 1.13 | 1.04 | .71 | .31 | 1.50 | -.11 | .47 | .08 | .08 | .94 | .46 | .47 | 1.37 |
| Services | .03 | -.02 | .25 | .20 | -.00 | .28 | .35 | .49 | .09 | .08 | .33 | .68 | -.43 | 1.13 | .62 | -.02 |
| Imports | -1.46 | -1.32 | -.71 | .79 | -.76 | -2.17 | -2.03 | -1.73 | -1.57 | -1.49 | -1.99 | -1.57 | -2.13 | -1.45 | -1.61 | -2.48 |
| Goods | -1.37 | -1.21 | -.60 | .59 | -.72 | -2.05 | -1.62 | -1.73 | -1.43 | -1.44 | -1.89 | -1.59 | -2.00 | -1.28 | -1.76 | -2.26 |
| Services | -.09 | -.11 | -.10 | .20 | -.04 | -.10 | -.41 | -.00 | -.14 | -.05 | -.10 | .02 | -.13 | -.17 | -.33 | -.22 |
| Government consumption expenditures and gross investment | .43 | -.38 | .59 | -.43 | .21 | 1.14 | -.40 | -.03 | -.15 | 1.24 | .25 | -.64 | .13 | .84 | 1.50 | -.18 |
| Federal | -.03 | .26 | -.16 | -.09 | -.09 | .66 | -.07 | -.24 | -.01 | .75 | -.23 | -.13 | .41 | -.46 | -.93 | -.97 |
| National defense | -.12 | -.07 | -.02 | -.38 | -.58 | .42 | -.01 | -.00 | -.11 | -.69 | -.09 | .23 | -.13 | -.60 | -.86 | -.89 |
| Nondefense | .09 | .33 | -.14 | .29 | .49 | .24 | -.06 | -.25 | .09 | .05 | -.14 | .10 | -.27 | .14 | -.07 | -.75 |
| State and local | .45 | -.64 | .75 | -.34 | .30 | .47 | -.33 | .20 | -.14 | .49 | .48 | .51 | -.01 | .38 | .71 | .57 |
| Change in private inventories | -.21 | -.24 | -.37 | -.04 | .37 | .93 | -.43 | -.17 | -.39 | -.50 | .20 | -.05 | -.13 | -1.17 | -.12 |

### Table 3 (dollar levels and change from preceding period)

| | Seasonally adjusted at annual rates · Billions of current dollars | | | | | | Seasonally adjusted at annual rates · Billions of chained (1996) dollars | | | | | | Change from preceding period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
| Gross domestic product (GDP) | 9,299.2 | 9,191.5 | 9,340.9 | 9,559.7 | 9,752.7 | 9,945.7 | 8,875.8 | 8,783.2 | 8,905.8 | 9,084.1 | 9,191.8 | 9,318.9 | 300.1 | 360.1 | 127.1 |
| Personal consumption expenditures | 6,268.7 | 6,213.2 | 6,319.9 | 6,446.2 | 6,621.7 | 6,706.3 | 5,978.8 | 5,940.2 | 6,013.8 | 6,101.0 | 6,213.5 | 6,260.6 | 112.5 | 127.1 | 47.1 |
| Durable goods | 761.3 | 756.3 | 767.2 | 787.6 | 826.3 | 817.8 | 810.1 | 826.2 | 851.8 | 898.2 | 886.7 | 90.5 | 46.4 | -11.5 |
| Motor vehicles and parts | 320.7 | 321.8 | 323.2 | 330.3 | 349.3 | 335.5 | 323.0 | 324.9 | 330.9 | 351.8 | 335.9 | 31.3 | 20.9 | -15.9 |
| Furniture and household equipment | 288.5 | 284.7 | 298.8 | 309.7 | 311.1 | 331.7 | 341.7 | 358.2 | 374.1 | 379.3 | 44.3 | 15.9 | 5.2 |
| Other | 152.0 | 149.8 | 153.0 | 158.5 | 167.3 | 167.7 | 158.9 | 164.9 | 174.0 | 195.0 | 15.8 | 9.1 | 1.0 |
| Nondurable goods | 1,845.5 | 1,825.3 | 1,860.0 | 1,910.2 | 1,963.9 | 1,997.6 | 1,779.4 | 1,765.0 | 1,786.1 | 1,818.1 | 1,844.8 | 1,861.1 | 94.6 | 26.7 | 16.3 |
| Food | 897.8 | 886.6 | 900.4 | 926.1 | 938.4 | 948.3 | 845.9 | 830.0 | 846.7 | 866.0 | 872.2 | 876.5 | 33.1 | 6.2 | 4.3 |
| Clothing and shoes | 307.0 | 306.1 | 308.7 | 311.9 | 323.1 | 325.6 | 318.5 | 316.5 | 322.1 | 322.1 | 337.7 | 342.3 | 26.3 | 15.6 | 4.6 |
| Gasoline, fuel oil, and other energy goods | 142.7 | 141.3 | 141.3 | 157.6 | 172.9 | 182.0 | 149.6 | 150.0 | 149.6 | 151.5 | 145.8 | 147.5 | 4.5 | -5.7 | 1.7 |
| Gasoline and oil | 128.3 | 127.3 | 133.4 | 154.5 | 163.3 | 134.2 | 133.3 | 136.2 | 131.2 | 132.2 | 15.8 | -5.0 | 1.6 |
| Fuel oil and coal | 14.4 | 14.0 | 15.6 | 18.7 | 15.5 | 16.0 | 15.3 | 14.7 | 15.3 | 1.5 | .6 | .6 |
| Other | 498.0 | 491.3 | 502.4 | 516.6 | 529.5 | 541.7 | 466.0 | 461.3 | 468.5 | 478.7 | 490.6 | 496.5 | 31.1 | 11.9 | 5.9 |
| Services | 3,661.3 | 3,631.6 | 3,692.7 | 3,748.5 | 3,831.6 | 3,894.4 | 3,390.8 | 3,373.4 | 3,411.1 | 3,443.0 | 3,487.2 | 3,526.7 | 44.2 | 44.3 | 39.5 |
| Housing | 901.2 | 895.8 | 907.5 | 921.7 | 931.7 | 941.7 | 830.3 | 825.4 | 833.7 | 841.4 | 847.0 | 20.6 | 6.3 | 5.4 |
| Household operation | 360.2 | 357.2 | 366.7 | 363.0 | 369.0 | 380.6 | 355.9 | 364.7 | 359.3 | 364.0 | 374.8 | 15.0 | 10.1 |
| Electricity and gas | 128.9 | 127.4 | 133.7 | 126.7 | 129.5 | 138.4 | 130.9 | 130.2 | 135.5 | 127.7 | 130.0 | 136.5 | .9 | 2.3 | 6.5 |

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period--Continued

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
| | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | | Change from preceding period | | |
| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other household operation........ | 231.3 | 229.7 | 232.9 | 236.3 | 239.5 | 242.2 | 226.9 | 225.6 | 229.1 | 231.2 | 234.4 | 238.1 | 13.9 | 3.2 | 3.7 |
| Transportation................ | 256.5 | 254.7 | 258.1 | 262.3 | 267.4 | 272.8 | 241.2 | 239.7 | 242.8 | 245.9 | 245.7 | 245.4 | 2.8 | .4 | -.5 |
| Medical care................. | 994.1 | 958.1 | 966.3 | 253.1 | 267.8 | 241.7 | 885.7 | 887.1 | 903.8 | 902.7 | 903.8 | 903.8 | 6.4 | 4.6 | 6.4 |
| Recreation................... | 241.9 | 240.5 | 244.5 | 253.0 | 217.6 | 217.7 | 231.5 | 229.2 | 232.9 | 236.6 | 220.1 | 227.2 | 4.5 | 1.4 | 1.5 |
| Other....................... | 958.4 | 948.0 | 965.8 | 991.0 | 1,026.0 | 1,040.8 | 863.1 | 857.1 | 867.0 | 886.1 | 907.4 | 918.0 | 21.3 | 10.6 | 3.0 |
| | | | | | | | | | | | | | | | |
| Gross private investment........ | 1,650.1 | 1,607.9 | 1,659.1 | 1,723.7 | 1,755.7 | 1,852.6 | 1,669.7 | 1,623.1 | 1,680.8 | 1,751.6 | 1,723.6 | 1,863.0 | 102.9 | 22.0 | 89.4 |
| Fixed investment.............. | 1,606.8 | 1,593.4 | 1,622.4 | 1,651.0 | 1,725.8 | 1,760.5 | 1,621.4 | 1,607.1 | 1,634.7 | 1,666.6 | 1,730.9 | 1,777.6 | 136.1 | 64.3 | 47.2 |
| Nonresidential.............. | 1,203.1 | 1,188.0 | 1,216.8 | 1,242.2 | 1,308.5 | 1,359.2 | 1,255.3 | 1,237.5 | 1,272.5 | 1,301.8 | 1,365.3 | 1,412.5 | 135.0 | 63.5 | 46.7 |
| Structures................ | 285.6 | 283.7 | 281.2 | 290.4 | 308.9 | 315.1 | 259.2 | 258.7 | 254.6 | 260.6 | 274.0 | 277.0 | -3.8 | 13.4 | 3.0 |
| Nonresidential buildings, including farm..... | 208.5 | 207.7 | 204.7 | 226.7 | 224.5 | 229.3 | 187.4 | 183.2 | 185.1 | 196.5 | 199.5 | 11.4 | 3.0 | | |
| Utilities............... | 45.0 | 44.5 | 45.1 | 45.8 | 47.1 | 45.4 | 43.5 | 43.2 | 43.6 | 44.0 | 42.8 | 44.9 | -1.7 | -.5 | -2.1 |
| Mining exploration, shafts, and wells..... | 24.3 | 23.2 | 23.8 | 29.8 | 33.2 | 21.5 | 20.6 | 21.3 | 24.6 | 26.1 | 28.4 | 2.3 | | | |
| Other structures........ | 7.8 | 8.4 | 8.1 | 7.5 | 7.1 | 7.3 | 7.9 | 7.5 | 6.9 | 6.5 | 6.1 | -.6 | -.4 | | |
| Equipment and software..... | 917.4 | 904.3 | 935.6 | 951.8 | 999.6 | 1,044.1 | 985.0 | 965.0 | 1,026.0 | 1,050.1 | 1,100.4 | 1,146.6 | 124.1 | 50.3 | 46.2 |
| Information processing equipment and software... | 433.0 | 423.6 | 461.4 | 495.3 | 527.5 | 542.2 | 526.9 | 561.1 | 587.9 | 629.4 | 669.1 | 110.6 | 41.5 | | |
| Computers and peripheral equipment... | 94.3 | 92.6 | 97.6 | 98.9 | 104.1 | 111.2 | 217.3 | 230.5 | 243.8 | 264.1 | 297.3 | 68.0 | 20.3 | 33.2 | |
| Software............. | 180.1 | 175.5 | 163.2 | 165.7 | 180.6 | 189.2 | 181.1 | 192.5 | 205.3 | 215.0 | 224.5 | 9.7 | 9.5 | | |
| Other............... | 158.6 | 157.5 | 163.2 | 165.7 | 180.6 | 189.1 | 161.3 | 171.6 | 187.3 | 196.6 | 207.4 | 15.7 | 9.3 | | |
| Industrial equipment....... | 150.7 | 151.8 | 155.8 | 162.7 | 168.0 | 168.1 | 147.8 | 152.8 | 159.9 | 159.5 | 1.4 | 9.1 | | | |
| Transportation equipment... | 193.5 | 191.6 | 196.5 | 196.5 | 196.7 | 190.6 | 190.3 | 189.3 | 193.1 | 2.3 | 5.2 | | | | |
| Other................... | 140.6 | 140.3 | 141.7 | 142.9 | 147.1 | 136.6 | 135.8 | 135.6 | 132.8 | 138.0 | 138.6 | 141.4 | -1.1 | 3.4 | |
| Residential................. | 403.8 | 405.4 | 405.6 | 408.8 | 417.3 | 421.3 | 366.1 | 368.0 | 368.0 | 371.4 | 372.6 | 2.9 | 1.2 | | |
| Structures................ | 394.9 | 396.5 | 396.6 | 399.6 | 407.8 | 411.7 | 359.2 | 361.8 | 362.9 | 2.6 | 1.1 | | | | |
| Single family........... | 207.2 | 206.1 | 211.5 | 222.9 | 220.0 | 187.6 | 195.2 | 195.8 | 193.6 | -5.5 | -2.3 | | | | |
| Multifamily............ | 20.7 | 20.7 | 22.7 | 22.8 | 22.7 | 22.2 | 22.9 | 22.9 | 5.1 | 3.7 | | | | | |
| Other................. | 167.1 | 162.2 | 160.3 | 156.3 | 148.5 | 143.0 | 147.5 | 142.0 | 8.3 | 8.0 | | | | | |
| Equipment................ | 8.9 | 8.8 | 8.9 | 8.9 | 9.1 | 9.1 | 9.0 | 8.9 | 8.9 | 8.9 | 3.7 | | | | |
| Change in private inventories... | 43.3 | 14.5 | 36.7 | 72.7 | 29.9 | 72.0 | 45.3 | 13.1 | 39.1 | 80.9 | 36.6 | 78.6 | -34.9 | 42.0 | |
| Farm................... | -1.2 | 1.2 | -5.3 | -.9 | -2.5 | -.1 | -1.1 | 1.3 | -5.0 | -.7 | -3.6 | .1 | -.6 | -2.9 | |
| Nonfarm................ | 43.5 | 13.4 | 42.0 | 71.8 | 32.4 | 72.0 | 44.9 | 14.1 | 44.1 | 73.6 | 39.8 | 78.6 | -34.3 | 44.3 | 42.0 |
| Manufacturing........ | -1.2 | -.9 | 7.1 | 44.4 | 14.1 | 17.4 | 23.0 | 13.6 | 12.6 | 18.7 | -44.1 | 39.3 | 37.0 | | |
| Wholesale trade...... | 16.7 | 7.1 | 21.0 | 24.0 | 17.4 | 25.0 | 7.3 | 22.0 | 22.1 | -1.5 | | | | | |
| Retail trade......... | 21.0 | 4.4 | 42.4 | 22.1 | 20.8 | 20.6 | 41.7 | 21.5 | -46.1 | 25.9 | 11.0 | | | | |
| Other................ | 5.6 | 3.8 | 6.1 | 6.1 | 6.1 | 4.2 | 4.1 | -.9 | -5.2 | | | | | | |
| | | | | | | | | | | | | | | | |
| Net exports of goods and services... | -254.0 | -280.5 | -299.1 | -335.2 | -355.4 | -322.4 | -314.3 | -342.8 | -352.5 | -376.0 | -403.0 | -101.4 | -24.3 | -26.6 | |
| Exports.................. | 990.2 | 973.0 | 999.5 | 1,031.0 | 1,051.9 | 1,033.0 | 1,042.6 | 1,068.4 | 1,084.8 | 1,121.8 | 29.4 | 16.4 | 37.0 | | |
| Goods.................. | 699.2 | 682.1 | 708.9 | 734.6 | 747.5 | 783.6 | 735.7 | 763.4 | 786.5 | 798.1 | 833.5 | 28.6 | 11.6 | 35.4 | |
| Foods, feeds, and beverages... | 45.5 | 45.1 | 47.8 | 46.3 | 47.1 | 55.7 | 56.6 | 58.4 | 59.4 | 58.9 | 1.5 | .5 | | | |
| Industrial supplies and materials... | 147.8 | 137.5 | 143.0 | 153.1 | 157.6 | 163.3 | 128.8 | 150.7 | 153.1 | 160.4 | 161.7 | 165.4 | 1.3 | 1.3 | 3.7 |
| Capital goods, except automotive... | 311.8 | 302.9 | 317.8 | 325.3 | 326.3 | 356.9 | 342.6 | 332.2 | 350.6 | 358.4 | 361.2 | 395.5 | 18.1 | 2.8 | 34.3 |
| Automotive vehicles, engines, and parts... | 75.8 | 75.1 | 77.4 | 77.5 | 80.3 | 80.1 | 74.6 | 74.1 | 76.2 | 76.0 | 78.2 | -.6 | 2.6 | -.4 | |
| Consumer goods, except automotive... | 80.8 | 79.5 | 77.4 | 83.6 | 88.5 | 80.4 | 79.2 | 80.4 | 83.1 | 86.6 | 87.8 | 5.2 | 3.5 | 1.2 | |
| Other................... | 43.6 | 42.0 | 42.2 | 48.8 | 49.0 | 45.6 | 44.1 | 50.6 | 50.7 | 49.0 | 4.0 | -.1 | -1.7 | | |

See note at the end of the table.