| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>      michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF AND EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL PARTS OF DEFS'
OPPOSITION TO PLFS' SPOLIATION SUBMISSION
Master File No. C-01-0988-MJJ

1       Defendants submit this administrative request to file under seal certain portions of and exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues (Defendants' "Administrative Request").  Accompanying Defendants' Administrative Request are the Declaration of Rees F. Morgan in Support of Defendants' Administrative Request and the [Proposed] Sealing Order regarding Defendants' Administrative Request, respectively filed and lodged concurrently herewith.

      Certain portions of and exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues refer to or include information that has been designated as "Confidential" by non-party Matthew Symonds.  Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly, at the behest of counsel for Matthew Symonds, Defendants respectfully request that the portions of and exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues, as identified in the Declaration of Rees F. Morgan in support of this Administrative Request, be filed under seal of the Court.

Dated:  October 19, 2007

LATHAM & WATKINS LLP
    Peter A. Wald
    Michele F. Kyrouz
    Sean M. Berkowitz
    Patrick E. Gibbs
    Jamie L. Wine


By:_____/s/_____
    Rees F. Morgan
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON