| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Rees F. Morgan (SBN 229899)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>        michele.kyrouz@lw.com<br>        rees.morgan@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>        matt.rawlinson@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com
Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><u>CLASS ACTION</u><br><br>**DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF AND EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MORGAN DECL. ISO ADMIN. REQ. TO FILE
UNDER SEAL DEFS' OPP. TO PLFS' SPOLIATION SUBMISSION
Master File No. C-01-0988-MJJ

I, Rees F. Morgan, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of the Defendants' Administrative Request to File Under Seal Certain Portions of and Exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues (Defendants' "Administrative Request").

3. Certain portions of and exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues refer to or include information that has been designated as "Confidential" by non-party Matthew Symonds. Specifically, at the request of counsel for Matthew Symonds, Defendants will be redacting page 8, lines 7-10; page 8, line 21 through page 9, line 2; page 9, lines 15-17; page 35, line 25 through page 36, line 2; and page 37, lines 5-16 of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues and the following exhibits to the Declaration of David C. Fortney in support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues: Exhibit 13 (page 2, lines 20-24); and Exhibit 43 in its entirety.

4. "Confidential" information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 19, 2007 in San Francisco, California.

/S/

_____

Rees F. Morgan