1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF AND EXHIBITS TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br><br>**Honorable Martin J. Jenkins** |

Having considered the papers regarding Defendants' Administrative Request to File Under Seal Certain Portions of and Exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues (Ellison's "Administrative Request"), and finding good cause therefore; Defendants' Administrative Request is **GRANTED**. The following documents are **HEREBY SEALED**:

1. Page 8, lines 7-10; page 8, line 21 through page 9, line 2; page 9, lines 15-17; page 35, line 25 through page 36, line 2; and page 37, lines 5-16 of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues;

2. Exhibits 13 (page 2, lines 20-24) and Exhibit 43 in its entirety to the Declaration of David C. Fortney in support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED:  October 19, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Rees F. Morgan (SBN 229899)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

        /**s**/
_____
     Rees F. Morgan