| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  David C. Fortney (SBN 226767)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com<br>         david.fortney@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matt.rawlinson@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
         jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br>_____<br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br>*CLASS ACTION*<br>**DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br>Date:  November 16, 2007<br>Time:  1:30 pm<br>Judge: Hon. Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

I, David C. Fortney, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Fortney Declaration") in support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Defendants' Destruction Of Evidence And Request For Sanctions And Objections To Special Master's July 17, 2006 Order Denying Plaintiffs' Motion To Compel The Restoration Of Backup Tapes And For Miscellaneous Relief For The Destruction Of Evidence ("Supplemental Submission").

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Lauren Segal in Support of Defendants' Opposition to Motion to Compel, dated June 6, 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws, dated October 11, 2005.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of J. Duross O'Bryan, dated May 25, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the June 7, 2006 deposition of Thomas Williams, Oracle's former Chief Accounting Officer.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan, Plaintiffs' accounting expert.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Rebuttal Expert Report of J. Duross O'Bryan, dated June 22, 2007.

9. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Second Set of Requests for Production of Documents to Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson, dated May 2, 2005.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

10. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson, dated January 10, 2004.

11. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Defendant Oracle Corporation, dated March 21, 2006.

12. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiffs' Third Set of Interrogatories to Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson, dated April 6, 2006.

13. Attached hereto as Exhibit 11 is a true and correct copy of an October 10, 2006 letter from Stacey M. Kaplan to Sean P.J. Coyle.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Notice of Motion and Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *SOFTWAR*, filed October 30, 2006.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning the and Created in Preparation for the Book *SOFTWAR*, dated December 29, 2006 *(Redacted Document E-Filed/Un-redacted Document Filed Under Seal)*.

16. Attached hereto as Exhibit 14 is a true and correct copy of a January 10, 2007 letter from Larry Ellison to Matthew Symonds.

17. Attached hereto as Exhibit 15 is a true and correct copy of a January 12, 2007 letter from Mark Solomon to Special Master Infante.

18. Attached hereto as Exhibit 16 is a true and correct copy of a January 19, 2007 letter from Patrick E. Gibbs to Mark Solomon.

19. Attached hereto as Exhibit 17 is a true and correct copy of a January 16, 2007 letter from Rees F. Morgan to Shawn Williams.

20. Attached hereto as Exhibit 18 is a true and correct copy of a February 23, 2007 letter from Sean P.J. Coyle to The Honorable Edward A. Infante (Ret.).

21. Attached hereto as Exhibit 19 is a true and correct copy of a February 26, 2007 letter from Patrick Gibbs to Mark Solomon.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Order Granting in Part Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and Compliance with the Discovery Plan, dated September 22, 2006.

23. Attached hereto as Exhibit 21 is a true and correct copy of a May 16, 2005 letter from Lee H. Rubin to Shawn Williams.

24. Attached hereto as Exhibit 22 is a true and correct copy of the December 17, 2002 Order Regarding Plaintiffs' Motion to Compel First Set of Document Requests Propounded Upon Oracle Corporation in *In re Oracle Cases,* Judicial Council Coordination Proceeding No. 4180, Superior Court of the State of California.

25. Attached hereto as Exhibit 23 is a true and correct copy of the March 25, 2004 Case Management Order in the case of *In re Oracle Corp. Derivative Litigation*, Court of Chancery of the State of Delaware, Consolidated Civil Action No. 18751.

26. Attached hereto as Exhibit 24 is a true and correct copy of the August 16, 2002 #26 Interview Memorandum of Chris Kirby, Bates Numbered NDCA-ORCL 299052-58.

27. Attached hereto as Exhibit 25 is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and Compliance with the Discovery Plan, filed August 25, 2006.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Order Denying Plaintiffs' *Ex Parte* Application for an Order Enjoining Defendants to Cease Altering Evidence, Directing Defendants to Preserve Evidence, and Granting Plaintiffs Particularized Discovery, filed December 18, 2002.

29. Attached hereto as Exhibit 27 is a true and correct copy of a June 7, 2007 letter from Eli R. Greenstein to Lana Morton-Owens.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

-3-

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

30. Attached hereto as Exhibit 28 is a true and correct copy of an April 10, 2007 letter from Eli R. Greenstein to Patrick E. Gibbs.

31. Attached hereto as Exhibit 29 is a true and correct copy of an April 24, 2007 letter from Lana Morton-Owens to Eli R. Greenstein.

32. Attached hereto as Exhibit 30 is a true and correct copy of Oracle's Journal Entries Report, Print Detail by Account for Account 12601 for the period of September 01, 2000 through November 30, 2000, Bates Numbered NDCA-ORCL 1534183-301.

33. Attached hereto as Exhibit 31 is a true and correct copy of a September 15, 2006 letter from Paul V. Konovalov to Eli R. Greenstein.

34. Attached hereto as Exhibit 32 is a true and correct copy of a November 9, 2006 letter from Paul V. Konovalov to Eli R. Greenstein.

35. Attached hereto as Exhibit 33 is a true and correct copy of a January 22, 2007 letter from Brian T. Glennon to Eli R. Greenstein.

36. Attached hereto as Exhibit 34 is a true and correct copy of a February 7, 2007 letter from Lana Morton-Owens to Eli R. Greenstein.

37. Attached hereto as Exhibit 35 is a true and correct copy of a March 5, 2007 letter from Lana Morton-Owens to Eli R. Greenstein.

38. Attached hereto as Exhibit 36 is a true and correct copy of a March 2, 2007 letter from Lana Morton-Owens to Eli R. Greenstein.

39. Attached hereto as Exhibit 37 is a true and correct copy of an August 26, 2005 letter from Kim A. Leffert to Monique C. Winkler.

40. Attached hereto as Exhibit 38 is a true and correct copy of a December 15, 2006 letter from Brian T. Glennon to Eli R. Greenstein.

41. Attached hereto as Exhibit 39 is a true and correct copy of an October 21, 2002 Email from Michael Quinn to Ryan Roberts and Greg Myers, Bates Numbered NDCA-ORCL 1125473-4.

42. Attached hereto as Exhibit 40 is a true and correct copy of the Notice of Motion and Motion for Modification of Order Granting Plaintiffs' Motion to Enforce the Special

1  Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based on
2  Recent Testimony and New Evidence, filed January 5, 2007.

3      43.    Attached hereto as Exhibit 41 is a true and correct copy of the Defendants'
4  Opposition to Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning
5  and Created in Preparation for the Book *SOFTWAR*, filed November 13, 2006.

6      44.    Attached hereto as Exhibit 42 is a true and correct copy of the November
7  9, 2006 Declaration of Matthew Symonds.

8      45.    Attached hereto as Exhibit 43 is a true and correct copy of an April 3,
9  2007 letter from Patrick Gibbs to Mark Solomon, and attached email string *(Filed Under Seal)*.

10     46.    Attached hereto as Exhibit 44 is a true and correct copy of an April 3,
11 2007 letter from Mark Solomon to Patrick Gibbs.

12     47.    Attached hereto as Exhibit 45 is a true and correct copy of excerpts of the
13 November 22, 2002 Report of the Special Litigation Committee of the Board of Directors of
14 Oracle Corporation, Bates Numbered NDCA-ORCL 294503-524.

15     48.    Attached hereto as Exhibit 46 is a true and correct copy of a May 4, 2005
16 letter from Shawn A. Williams to Vincent P. Schmeltz.

17     49.    Attached hereto as Exhibit 47 is a true and correct copy of a July 25, 2005
18 letter from Vincent P. Schmeltz to Shawn A. Williams.

19     50.    Attached hereto as Exhibit 48 is a true and correct copy of an April 6,
20 2001 Email from oracle@ess.30.us.oracle.com to Kirsten Shaw and others with a subject line
21 *ECMS Notice – Deckers – Updated*, which was attached as Exhibit 5 of the September 19, 2006
22 deposition of Kirsten Shaw, Bates Numbered NDCA-ORCL 917515-6.

23     51.    Attached hereto as Exhibit 49 is a true and correct copy of an April 6,
24 2001 Email from oracle@ess.30.us.oracle.com to Kirsten Shaw and others with a subject line
25 *ECMS Notice – Pizza Hut – Updated*, which was attached as Exhibit 47 of the September 19,
26 2006 deposition of Kirsten Shaw, Bates Numbered NDCA-ORCL 972427-9.

27     52.    Attached hereto as Exhibit 50 is a true and correct copy of the ECMS
28 Notices from the Class Period, Bates Numbered NDCA-ORCL 1026938-41, NDCA-ORCL

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

-5-

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

1  1027089-90, NDCA-ORCL 1024862-4, NDCA-ORCL 1027949-53, NDCA-ORCL 1028036-9,
2  NDCA-ORCL 1024880-2, NDCA-ORCL 1028040-3, NDCA-ORCL 1028044-7 and NDCA-
3  ORCL 1027154-5.

4      53.    Attached hereto as Exhibit 51 is a true and correct copy of the transcript of
5  the September 21, 2006 Telephonic Hearing Before Judge Infante.

6      54.    Attached hereto as Exhibit 52 is a true and correct copy of a September
7  15, 2006 letter from Shawn A. Williams to the Honorable Edward A. Infante (Ret.).

8  I hereby declare under penalty of perjury under the laws of the State of California
9  that the foregoing is true and correct and that this declaration was executed on October 19, 2007
10  in San Francisco, California.

/**S**/

_____

David C. Fortney

SF\630802.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

-6-

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)