CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION          Master File No.
SECURITIES LITIGATION               C-01-0988-MJJ (JCS)
_____/    CLASS ACTION

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

D. PAUL REGAN, CPA, CFE

Monday, July 9, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75266

CONFIDENTIAL

```
 1  is currently spent on litigation support?
 2          A.  I don't call any of my work litigation
 3  support.  I call it forensic accounting.  But I, for
 4  about 30 years, ran that practice area for my firm, and
 5  now -- and it has been for -- since '95 or '96, all of my
 6  time is assisting clients in something which is either in
 7  dispute or likely to be in dispute.  So I'd characterize
 8  that as forensic work.
 9          Q.  And what percentage of your time is spent
10  doing forensic work?
11              MR. GREENSTEIN:  Objection.  Form.
12              THE WITNESS:  Well, it's all of my time that
13  I bill to clients, and that tends to be about 1900 to
14  2200 hours a year.
15          Q.  BY MR. GLENNON:  And has it been -- have you
16  spent all of your billable time doing forensic accounting
17  work since 1995; is that correct?
18          A.  Some of the work may be outside of the scope
19  of what would be called forensic.  For example, we
20  sometimes consult with an audit committee about issues
21  which the audit committee is concerned may -- may be
22  subject to a dispute or may be subject to restatement.
23  And we'll provide consulting and assistance to the audit
24  committee to assist them in their role.
25              I -- I bill that as part of my forensic
```

```
 1   practice, but somebody can say, well, that's not forensic
 2   accounting, it's not involved in litigation, and
 3   hopefully, there won't be any.
 4           And actually, right now, for the last couple
 5   of years, maybe 20 to 30 percent of my work is working
 6   with audit committees of large public firms which are
 7   concerned about audit and accounting, GAAP and GAAS
 8   issues.
 9       Q.  Outside of your capacity as a forensic
10   accountant, have you ever had to apply SOP 97-2 in the
11   first instance to a software license agreement?
12           MR. GREENSTEIN:  Objection.  Form.
13           THE WITNESS:  I don't think so.
14       Q.  BY MR. GLENNON:  So you personally have never
15   had to be the person in the first instance to determine
16   whether or not it was proper to recognize revenue on a
17   software license transaction?
18           MR. GREENSTEIN:  Objection.  Form.
19           THE WITNESS:  Not on a 97-2.  I mean, when we
20   sold software as a firm, we would record revenue on our
21   software sales, but it wasn't under 97-2.
22       Q.  BY MR. GLENNON:  Mr. Regan, what would be the
23   net accounting impact be if you simultaneously debited
24   and credited the same account in the same amount?
25           MR. GREENSTEIN:  Objection.  Form.
```

CONFIDENTIAL

```
 1          THE WITNESS:  Well, if that was the only
 2   thing you did and there was no other impacts on the
 3   underlying computer database, from an accounting
 4   perspective, the balance would be unchanged after the
 5   debit and the credit, assuming that the debit and the
 6   credit were recorded at the same time.
 7          Q.  BY MR. GLENNON:  The net accounting impact of
 8   that particular transaction would be zero?
 9          MR. GREENSTEIN:  Objection.  Form.
10          THE WITNESS:  Assuming they were recorded at
11   the same time and that there were no other factors that
12   impacted the account.
13          MR. GLENNON:  I'd like to have marked as
14   Exhibit 14 a one-page screen shot dated November 17th,
15   2000.
16          MR. WILLIAMS:  The screen shot is dated
17   November 17th, 2000.
18          MR. GLENNON:  Sure.
19          (Exhibit 14 marked.)
20          Q.  BY MR. GLENNON:  Mr. Regan, have you seen
21   this document before?
22          A.  I don't know have a recollection of seeing
23   this document.  It's a screen shot.  I've seen other
24   screen shots.
25          Q.  On the bottom half of the page, under the
```

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

1  column account in the middle there is a number.  Do you
2  see where I'm referring to?
3           A.  I do.
4           Q.  Do you understand that to be account 25005,
5  customer overpayments?
6           MR. GREENSTEIN:  Objection.  Form.
7           THE WITNESS:  Yes.
8           Q.  BY MR. GLENNON:  Is that an account that sits
9  on the liability side of the balance sheet?
10          A.  It does.
11          Q.  Does the same account number appear in both
12 rows?
13          MR. GREENSTEIN:  Objection.  Form.
14          THE WITNESS:  Both rows under the heading
15 account, yes.
16          Q.  BY MR. GLENNON:  Would you agree that the two
17 accounting entries to the same account are offsetting?
18          MR. GREENSTEIN:  Objection.  Form.
19          THE WITNESS:  It appears to be that the debit
20 is $212,850, and the credit is in the same amount.
21          Q.  BY MR. GLENNON:  Do you understand that all
22 46,881 plus debit memos that were created -- let me start
23 that question over again.
24          Do you understand that all 46,000-plus debit
25 memos that were created on November 17th, 2000 were

210

CONFIDENTIAL

1   THE WITNESS: And in addition, as I've
2   described earlier, this had had an influence on how
3   particular customer balances were presented within
4   various documents.
5   You know, you had another question.
6   Q. BY MR. GLENNON: Did all 46,881 debit memos
7   move miscellaneous unapplied payments from accounts
8   receivable into the allowance for bad debts?
9   MR. GREENSTEIN: Objection. Form.
10   THE WITNESS: That's not my understanding.
11   Q. BY MR. GLENNON: I'd like to focus on the
12   three sets of journal entries that were recorded on
13   November 17th, 2000.
14   MR. GREENSTEIN: Objection.
15   Q. BY MR. GLENNON: Are you familiar with these
16   accounting entries?
17   MR. GREENSTEIN: Objection. That lacks
18   foundation.
19   THE WITNESS: I think we've talked about them
20   on page 15.
21   Q. BY MR. GLENNON: I'd like to talk about the
22   net accounting impact of these three sets of journal
23   entries on November 17th standing alone, putting aside
24   whatever transfers may happen before November 17th and
25   whatever refunds may happen after November 17th. I'd

212

```
 1   like to talk about the three sets of journal entries that
 2   Oracle recorded on November 17th, 2000.
 3              Do you understand?
 4              MR. GREENSTEIN:  Objection.  Foundation,
 5   vague and ambiguous, calls for speculation, incomplete
 6   hypothetical.
 7              THE WITNESS:  I understand you want to talk
 8   about the three entries?
 9         Q.   BY MR. GLENNON:  As of November 17th, 2000.
10         A.   Yes.
11         Q.   Mr. Regan, do you understand that the three
12   sets of journal entries that were recorded to account
13   25005 on November 17th, 2000, as of November 17th, 2000,
14   netted to zero?
15              MR. GREENSTEIN:  Objection.  Form.
16              THE WITNESS:  It's my understanding that if
17   you were to just look at those six debits and credits and
18   you ignored all of the other things that we've discussed
19   that's in my report here today, those six debits and
20   credits result in a zero impact on account 25005.
21         Q.   BY MR. GLENNON:  So the creation of an
22   accounting for the 46,881 debit memos standing alone nets
23   to zero as of November 17th, 2000; is that correct?
24              MR. GREENSTEIN:  Objection.  Misstates
25   testimony, foundation, vague and ambiguous, incomplete
```

```
 1   hypothetical.
 2              THE WITNESS:  Well, I don't think we're here
 3   to look at just what happened on November 17 and just
 4   within account 25005.  We're here to talk about movement
 5   of unapplied cash from customers out of a liability
 6   account and into a reserve for bad debt and have -- and
 7   certain impacts which the debit memo process had on the
 8   visibility and the transparency and the behavior of
 9   the -- of Oracle and its collectors.  We're looking at
10   that entire -- at that entire process and journey, not
11   just with respect to these six debits and credits.
12         Q.   BY MR. GLENNON:  My question just relates to
13   these six debits and credits, and you can answer a
14   hypothetical question as plaintiffs' accounting expert.
15              So my question is, the creation of an
16   accounting for the 46,881 standing alone nets to zero as
17   of November 17th, 2000; correct?
18              MR. GREENSTEIN:  Objection.  Incomplete
19   hypothetical, lacks foundation, vague and ambiguous,
20   asked and answered.
21              THE WITNESS:  They weren't made for the
22   purpose of standing alone and for the fact that they
23   added to zero.
24         Q.   BY MR. GLENNON:  I'm going to ask my question
25   again.  The creation of an accounting for the 46,881
```

```
 1   debit memos standing alone nets to zero as of
 2   November 17, 2000; correct?
 3              MR. GREENSTEIN:  Asked and answered several
 4   times.
 5              THE WITNESS:  Yeah, as I answered when you
 6   had me look at what's been marked as Exhibit 14, there is
 7   a debit of $212,850 to account 25005, and there is a
 8   credit to account 25005.  And a debit decreases the
 9   account by that number, and a credit increases the
10   account by that number, and the net effect after you
11   consider both of those entries is zero.
12        Q.   BY MR. GLENNON:  And is it your understanding
13   that all 46,881 debit memos that were created on
14   November 17, 2000 were created with the same journal
15   entries?
16              MR. GREENSTEIN:  Objection.  Foundation,
17   speculation.
18              THE WITNESS:  The amounts differed, but the
19   form of the entries were the same.
20        Q.   BY MR. GLENNON:  So your testimony is that
21   the creation of an accounting for the 46,881 debit memos
22   standing alone nets to zero as of November 17, 2000;
23   right?
24              MR. GREENSTEIN:  Objection.  Asked and
25   answered several times, incomplete hypothetical, lacks
```

215

CONFIDENTIAL

1  foundation, speculation.

2  THE WITNESS: I think the creation of and
3  accounting for, you need to look at the total journey
4  from, you know, and the total impact on Oracle's
5  financial statements as a result of this process that it
6  went through in the fall of 2000.

7  Q.  BY MR. GLENNON: I'm going to keep asking
8  this question until I get an answer.  I need to know the
9  net accounting impact as of November 17th, 2000, of the
10 creation of and accounting for the 46,881 debit memos.

11 MR. GREENSTEIN: Hold on.  Hold on.
12 Objection.  Argumentative.  He's answered
13 that question at least four times.  I'm going to make the
14 same objections.

15 THE WITNESS: If by your question you're
16 asking in Exhibit 14 is the liability account increased
17 by an amount and decreased by the same amount so that the
18 effect on the account of these two entries at the moment
19 before and the moment after this is recorded, and ignore
20 all other issues that we've discussed today, yes, that's
21 the net effect.

22 Q.  BY MR. GLENNON: The net effect of the
23 creation of 46,881 debit memos as of November 17th, 2000
24 is zero; correct?

25 MR. GREENSTEIN: Objection.  Asked and

216

```
 1    same question over and over until we get to seven hours,
 2    then.
 3              MR. GLENNON:  And if he keeps refusing to
 4    answer, I'm going to go --
 5              MR. WILLIAMS:  He already gave you the
 6    answer.  Why don't we call the Court right now and you
 7    can read the Court the record right now.
 8              MR. GLENNON:  I'd rather get an answer and
 9    move on.  I really would rather just get an answer and
10    move on.
11         Q.   Mr. Regan, I'm trying to determine and trying
12    to get an answer from you about the net accounting impact
13    of the creation of and accounting for the debit memos as
14    of November 17th, 2000.
15              My question to you again is:  Did the
16    creation of an accounting for the 46,881 debit memos as
17    of November 17th, 2000, net to zero?
18              MR. GREENSTEIN:  Same objections.  If you
19    want to answer the same.
20              THE WITNESS:  Well, maybe your question by
21    including the word -- the words "creation of," I may not
22    understand what you mean by "creation of" --
23         Q.   BY MR. GLENNON:  Would you like me to ask the
24    question without "creation of"?
25              MR. GREENSTEIN:  Objection.  Form.
```

1    THE WITNESS: Yes, because when you say
2    "creation of," it seems to me that I need to consider the
3    whole journey that we're talking about here that's in my
4    report for, you know, 30 or 40 pages.
5        Q.  BY MR. GLENNON: Fair enough.
6        A.  In that journey, we've discussed it for many
7    hours today, and you know my opinion with respect to that
8    journey is a lot different than the question you're
9    asking.
10       Q.  Sure.
11       A.  So "creation of," in my mind, takes me
12   through the journey. And we've talked about that for
13   probably four hours today.
14       Q.  Did the accounting for the 46,000 debit memos
15   as of November 17th, 2000 net to zero?
16           MR. GREENSTEIN: Same objections. Asked and
17   answered.
18           THE WITNESS: Again, assuming you're asking
19   me about the debits and credits on November 17, my
20   understanding is that the debits total a number and the
21   credits totalled the same number, and the debits are to
22   the same account as the credits so that at the end of
23   November 17, 2000, the account is not changed.
24       Q.  BY MR. GLENNON: Are you aware of any of the
25   46,881 debit memos that were accounted for any

```
 1  differently than what you just described?
 2          MR. GREENSTEIN:  Objection.  Form.
 3          THE WITNESS:  I see some uncertainty as to
 4  whether or not the numbers 46,000 or something in the
 5  48,000 range.  The ones that I've seen are similar to --
 6  are essentially the same as what you see on Exhibit 14.
 7      Q.  BY MR. GLENNON:  Have you identified any
 8  debit memo that had accounting that's different than
 9  what's reflected on Exhibit 14?
10          MR. GREENSTEIN:  Objection.  Form.
11          THE WITNESS:  I haven't seen any -- any that
12  differ.
13      Q.  BY MR. GLENNON:  I want to go back to an
14  issue we were discussing a little bit earlier today, but
15  I'm going to do a little better job with my hypothetical.
16  Let's assume all other circumstances are unchanged,
17  whatever transfers have gone into 12601 during the second
18  quarter have gone into 12601, whatever money had been
19  refunded had been refunded.  What is the financial
20  statement impact as of the second quarter fiscal year
21  2001 if the debit memos aren't created?
22          MR. GREENSTEIN:  Objection.  Calls for
23  speculation, incomplete hypothetical, lacks foundation,
24  vague.
25          THE WITNESS:  Well, I really don't know
```

220

CONFIDENTIAL

1  because it depends upon what Oracle chooses to do with --
2  with the payments which have been moved in -- at very
3  large amounts, historically high amounts, into the
4  allowance for bad debts.  Or did Oracle choose, instead
5  of moving it to the allowance for bad debts, did it
6  choose to refund those monies to the customers.
7       You really need to know what -- what else
8  happens as a result of the decision not to report debit
9  balance.
10      Q.   BY MR. GLENNON:  So is your testimony --
11      A.   Does this mean the air-conditioning is
12  finally going to come on in this room?
13      MR. RAWLINSON:  I'd like to warn you guy, we
14  tried this yesterday about the same time, too, and it
15  just got hotter.
16      Q.   BY MR. GLENNON:  Is it your testimony that
17  you can't opine on the financial statement impact of the
18  second quarter 2001 if the debit -- let me start that
19  question over again.
20      Is it your testimony that you can't give an
21  opinion on what the financial statement impact would be
22  in the second quarter of fiscal year 2001 had the debit
23  memos not been created?
24      MR. GREENSTEIN:  Objection.  Form.
25      THE WITNESS:  That's correct.  I would need

Esquire Deposition Services
800.770.3363

**CONFIDENTIAL**

```
 1                REPORTER'S CERTIFICATE
 2      I certify that the witness in the forgoing
 3  deposition,
 4
 5  was by me duly sworn to tell the truth, the whole truth
 6  and nothing but the truth in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; that the testimony of said witness was
 9  reported by me, a duly certified shorthand reporter and
10  a disinterested person, and was thereafter transcribed
11  under my direction into typewriting.
12      I further certify that I am not of counsel or
13  attorney for either or any of the parties to said
14  deposition, nor in any way interested in the outcome of
15  the cause named in said caption.
16      Dated
17
18
19              Leslie Rockwood
20              Leslie Rockwood
                Certified Shorthand Reporter
                State of California
21              Certificate No. 3462
22
23
24
25
```