LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
  – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFERY O. HENLEY, AND EDWARD J. SANDERSON |

PROPOUNDING PARTY:     PLAINTIFFS

RESPONDING PARTIES:    DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFERY O. HENLEY, AND EDWARD J. SANDERSON

SET NUMBER:            FIRST

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiffs in the above captioned action, by counsel, hereby request that defendants Oracle Corporation, Lawrence J. Ellison, Jeffery O. Henley and Edward J. Sanderson respond to each of the following interrogatories in writing, under oath, within 30 days of service of these interrogatories to the offices of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, California, 94111.

I. **DEFINITIONS**

Unless otherwise stated, the terms set forth below are defined as follows:

1. "Oracle" or the "Company" refers to defendant Oracle Corporation and its parents, subsidiaries, divisions, affiliates, operating units, controlling persons, controlled persons, officers, directors, employees, representatives, or agents.

2. "Individual Defendants" refers to Lawrence J. Ellison, Jeffrey O. Henley, Edward J. Sanderson and any employees, implied or express agents, attorneys, or other persons or entities acting in conjunction with them or on their behalf.

3. "Defendants" refers to Oracle and the Individual Defendants and their predecessors, successors, parents, subsidiaries, divisions, or affiliates, and their respective officers, directors, agents, attorneys, accountants, employees, partners, or other persons occupying similar positions or performing similar functions.

4. "You" or "your" refers to the defendants upon whom this request is served and all officers, directors, employees, representatives, or agents acting on behalf of each of the responding defendants.

5. "11i" refers to Oracle's 11i Suite of software products and services, including all of its individual modules such as Customer Relationship Management ("CRM").

6. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the document request all responses that otherwise might be construed to be outside of its scope.

7. The use of the singular shall be deemed to include the plural, and the use of one gender shall include all others, as appropriate in the context.

## II. INSTRUCTIONS

1. The term "Identify" when used in connection with a company or customer means to describe the general nature of the transaction and identify:

   (a) the company or customer by name including any division of the company or customer relevant to the request and

   (b) the present or last known business address of the company or customer.

2. The term "Identify" when used in connection with a contract, deal or transaction means to describe the general nature of the transaction and identify:

   (a) the date and place that the referenced transaction occurred;

   (b) the amount of money or other consideration provided by each party to the transaction;

   (c) the name and address of all parties to the transaction;

   (d) any agreements or other documents reflecting the terms of the transaction; and

   (e) the individuals who negotiated or signed the agreements related to the transaction.

3. The term "Identify" when used in connection with a person means to describe and identify the person by:

   (a) full name of the person and

   (b) last known address and telephone number of the person.

4. In each case where you are requested to identify a document or documents, or the answer to an interrogatory refers to a document or documents, state with respect to each document the Bates number of the document or, if not available:

   (a) the identity of the person who signed it or under whose name the document was issued;

   (b) the identity of the author, if different from subpart (a);

   (c) the identity of the addressees and all recipients;

   (d) the nature and substance of the document with sufficient particularity to enable it to be identified and located within the document production;

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORP., ELLISON, HENLEY, AND SANDERSON - C-01-0988-MJJ                                             - 2 -

1     (e)    the date of the document;

2     (f)    the number of pages of the document;

3     (g)    the identity of each person who has custody of the document or any copy thereof;

5     (h)    whether the document is complete or incomplete and in what respect it is incomplete; and

7     (i)    if any such document is no longer in existence, state the circumstances surrounding its disposition, the date and reasons for such disposition and the identity of the person or persons who ordered and/or supervised the disposition.

5. You are required to provide all information that is available to you, including information in the possession of your attorneys, agents or others under your control and not merely information known by virtue of your own personal knowledge.

6. If any of these interrogatories cannot be answered in full, answer to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever knowledge or information you may have concerning the unanswered portion(s).

7. If you object to providing any information requested by any of the following interrogatories on the grounds of the attorney-client privilege, the work product doctrine or any other privilege, give the following information for each interrogatory for which the privilege is claimed:

    (a)    the name and job title or capacity of the author(s) or originator(s) of the communication;

    (b)    the name and job title or capacity of every person who received the communication or a copy of it, or who was present when the communication was made or who overheard it;

    (c)    the relationship between the author/originator and each person who received the communication or a copy of it, or who was present when the communication was made or who overheard it;

    (d)    whether the primary purpose of the communication was to seek or provide legal advice or services;

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORP., ELLISON, HENLEY, AND SANDERSON - C-01-0988-MJJ     - 3 -

  (e)  the date the communication was made or written;

  (f)  the subject matter(s) addressed in the communication;

  (g)  whether the communication was transmitted in confidence; and

  (h)  a statement of the basis of the claim of privilege.

## III. RELEVANT TIME PERIOD

The relevant time period unless otherwise stated is June 1, 2000 through June 30, 2001.

## IV. INTERROGATORIES

**INTERROGATORY NO. 1:**

State all facts upon which you based your statement made during Oracle's March 15, 2001 third quarter financial results conference call that "I think it was the economy that really did us in."

**INTERROGATORY NO. 2:**

State all facts upon which you based your statement made during Oracle's March 15, 2001 third quarter financial results conference call that "[r]ight up to the end of the quarter ... [Oracle] [h]adn't seen any indication of an erosion in our internal forecast or heard of significant issues in regular conversations with the U.S. sales and management."

**INTERROGATORY NO. 3:**

State all facts upon which you based your statement made during Oracle's March 15, 2001 third quarter financial results conference call that "if you look at our numbers after the second month in Q3, we were well ahead and had [a] very strong pipeline."

**INTERROGATORY NO. 4:**

Identify each of the "very, very large deals [that] didn't sign" referenced by you in the March 15, 2001 third quarter financial results conference call.

**INTERROGATORY NO. 5:**

State all facts upon which you based your statement made during Oracle's March 15, 2001 third quarter financial results conference call that "in the applications space, clearly, I think part of the reason we did so poorly was because of the slowdown in the U.S. economy."

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORP., ELLISON, HENLEY, AND SANDERSON - C-01-0988-MJJ    - 4 -

1  <u>INTERROGATORY NO. 6:</u>

2  Identify each contract that you indicated during the March 15, 2001 third quarter financial
3  results conference call "slipped as a result of key executives delaying decisions to sign the deals
4  when they represented the final signature."

5  <u>INTERROGATORY NO. 7:</u>

6  State all facts upon which you based your statement made during Oracle's March 15, 2001
7  third quarter financial results conference call that "the conversion rates were much less than normal
8  in Q3."

9  <u>INTERROGATORY NO. 8:</u>

10 Identify each of the 83 customers that you stated were "live" on 11i as of December 14,
11 2000.

12 <u>INTERROGATORY NO. 9:</u>

13 Identify each of the 165 customers which George Roberts, Oracle Executive Vice President
14 of North American Sales, stated during the February 13, 2001 Robertson Stephens Technology
15 Conference in San Francisco were "live" on 11i as of February 13, 2001.

16 <u>INTERROGATORY NO. 10:</u>

17 Identify each customer you indicated during Oracle's March 1, 2001 pre-announcement
18 conference call "decided to delay their IT spending."

19 <u>INTERROGATORY NO. 11:</u>

20 Identify each of the 47 "reps" referenced in the Nick Classik e-mail to George Roberts cited
21 in the Delaware Chancery Court Opinion in *In re Oracle Deriv. Litig.*, Consolidated C.A. No. 18751,
22 2004 Del. Ch. LEXIS 177 at *55-56 (Del. Ch. Nov. 24, 2004).

23 <u>INTERROGATORY NO. 12:</u>

24 Identify each of the 78 "field deals" which moved out of the quarter as referenced in the Nick
25 Classik e-mail cited in the opinion of the Delaware Chancery Court in *In re Oracle Deriv. Litig.*,
26 Consolidated C.A. No. 18751, 2004 Del. Ch. LEXIS 177 at *55 (Del. Ch. Nov. 24, 2004).

27

28

1 INTERROGATORY NO. 13:

2 Identify each of the 70 transactions which "slipped" in the "West Area" referenced in the February 26, 2001 e-mail from George Roberts to Ellison, Henley and Jennifer Minton cited in the opinion of the Delaware Chancery Court in *In re Oracle Deriv. Litig.*, Consolidated C.A. No. 18751, 2004 Del. Ch. LEXIS 177 at *54 (Del. Ch. Nov. 24, 2004).

INTERROGATORY NO. 14:

Identify each entity that conveyed to Oracle in Oracle's third fiscal quarter 2001 that it could not or would not purchase Oracle software licenses or services in Oracle's third fiscal quarter 2001 due to the United States economy, preservation of capital or information technology spending.

DATED: January 10, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

/s/ SHAWN A. WILLIAMS

SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ROG00016984.doc

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORP., ELLISON, HENLEY, AND SANDERSON - C-01-0988-MJJ

- 6 -

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 10, 2004, declarant served the **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFERY O. HENLEY, AND EDWARD J. SANDERSON** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January, 2005, at San Francisco, California.

_____
KAREN HEINZ

ORACLE III (LEAD)
Service List - 1/5/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street, Suite 3900
Chicago, IL 60603-3441
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

# FACSIMILE

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | Donald M. Falk<br>Lee H. Rubin<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw LLP | 650/331-2060 | 650/331-2000 |
|  | Alan N. Salpeter<br>Javier H. Rubinstein<br>Mayer, Brown, Rowe & Maw LLP | 312/701-7711 | 312/782-0600 |
|  | Dorian Daley<br>James C. Maroulis | 650/506-7114 | 650/506-5200 |

| **From:** | Shawn Williams | **Date:** | January 10, 2005 |
|---|---|---|---|
| **Case Code:** | 201064-00001 | **Time:** |  |
| **Subject:** | *In re Oracle Corporation Securities Litigation*<br>Master File No. C-01-0988-MJJ (N.D. Cal.) | | |

**Message/Document(s) faxed:**

**Please call fax operator at 415/288-4534 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR – ☐ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** _____

FAX OPERATOR: Return originals to:   Karen                                   Ext:   4465

100 Pine Street, Suite 2600 • San Francisco, California 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com