LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT ORACLE CORPORATION |
| ALL ACTIONS. | |

PROPOUNDING PARTY:       PLAINTIFFS

RESPONDING PARTIES:      DEFENDANT ORACLE CORPORATION

SET NUMBER:              SECOND

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiffs in the above captioned action, by counsel, hereby request that defendant Oracle Corporation respond to each of the following interrogatories in writing, under oath, within 30 days of service of these interrogatories to the offices of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, California 92101.

## I.  DEFINITIONS

Unless otherwise stated, the terms set forth below are defined as follows:

1. "Oracle" or the "Company" refers to defendant Oracle Corporation and its parents, subsidiaries, divisions, affiliates, operating units, controlling persons, controlled persons, officers, directors, employees, representatives, or agents.

2. "You" or "your" refers to the defendants upon whom this request is served and all officers, directors, employees, representatives, or agents acting on behalf of each of the responding defendants.

3. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the document request all responses that otherwise might be construed to be outside of its scope.

4. The use of the singular shall be deemed to include the plural, and the use of one gender shall include all others, as appropriate in the context.

## II.  INSTRUCTIONS

1. The term "Identify" when used in connection with a company or customer means to describe the general nature of the transaction and identify:

(a) the company or customer by name including any division of the company or customer relevant to the request; and

(a) the present or last known business address of the company or customer.

2. The term "Identify" when used in connection with a contract, deal or transaction means to describe the general nature of the transaction and identify:

(a) the date and place that the referenced transaction occurred;

PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEF ORACLE CORP - C-01-0988-MJJ    - 1 -

      (b)    the amount of money or other consideration provided by each party to the transaction;

      (c)    the name and address of all parties to the transaction;

      (d)    any agreements or other documents reflecting the terms of the transaction; and

      (e)    the individuals who negotiated or signed the agreements related to the transaction.

3. The term "Identify" when used in connection with a person means to describe and identify the person by:

      (a)    full name of the person; and

      (b)    last known address and telephone number of the person.

4. In each case where you are requested to identify a document or documents, or the answer to an interrogatory refers to a document or documents, state with respect to each document the Bates number of the document or, if not available:

      (a)    the identity of the person who signed it or under whose name the document was issued;

      (b)    the identity of the author, if different from subpart (a);

      (c)    the identity of the addressees and all recipients;

      (d)    the nature and substance of the document with sufficient particularity to enable it to be identified and located within the document production;

      (e)    the date of the document;

      (f)    the number of pages of the document;

      (g)    the identity of each person who has custody of the document or any copy thereof;

      (h)    whether the document is complete or incomplete and in what respect it is incomplete; and

      (i)    if any such document is no longer in existence, state the circumstances surrounding its disposition, the date and reasons for such disposition and the identity of the person or persons who ordered and/or supervised the disposition.

5. You are required to provide all information that is available to you, including information in the possession of your attorneys, agents or others under your control and not merely information known by virtue of your own personal knowledge.

6. If any of these interrogatories cannot be answered in full, answer to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever knowledge or information you may have concerning the unanswered portion(s).

7. If you object to providing any information requested by any of the following interrogatories on the grounds of the attorney-client privilege, the work product doctrine or any other privilege, give the following information for each interrogatory for which the privilege is claimed:

    (a) the name and job title or capacity of the author(s) or originator(s) of the communication;

    (b) the name and job title or capacity of every person who received the communication or a copy of it, or who was present when the communication was made or who overheard it;

    (c) the relationship between the author/originator and each person who received the communication or a copy of it, or who was present when the communication was made or who overheard it;

    (d) whether the primary purpose of the communication was to seek or provide legal advice or services;

    (e) the date the communication was made or written;

    (f) the subject matter(s) addressed in the communication;

    (g) whether the communication was transmitted in confidence; and

    (h) a statement of the basis of the claim of privilege.

### III.   RELEVANT TIME PERIOD

The relevant time period unless otherwise stated is June 1, 2000 through June 30, 2001.

## IV. INTERROGATORIES

INTERROGATORY NO. 15:

Describe Oracle's use of "win probability ranges," including the definition attributed to each range. *See* NDCA-ORCL 250514 for an example of the use of "win probability ranges" used by Oracle.

INTERROGATORY NO. 16:

Identify the documents that support your response to Interrogatory No. 1.

INTERROGATORY NO. 17:

Identify the total dollar amount of each of the "lost deals" listed in defendants' response to plaintiffs' Interrogatory No. 4.

INTERROGATORY NO. 18:

Identify which of Oracle's products were to be included in each of the "lost deals" listed in defendants' response to plaintiffs' Interrogatory No. 4.

INTERROGATORY NO. 19:

Identify what employee(s) at Oracle had primary responsibility for each of the customers with "lost deals" listed in defendants' response to plaintiffs' Interrogatory No. 4.

INTERROGATORY NO. 20:

Identify the individual(s) at each of the companies listed in defendants' response to plaintiffs' Interrogatory No. 4 that informed Oracle that it would not close the deal in Oracle's third quarter of fiscal year 2001.

INTERROGATORY NO. 21:

Identify the Oracle employee(s) that first received the information that the customers listed in defendants' response to plaintiffs' Interrogatory No. 4 would not close the deal in Oracle's third quarter of fiscal year 2001.

INTERROGATORY NO. 22:

Please identify the stated reason(s) given by each customer listed in defendants' response to plaintiffs' Interrogatory No. 4 for not closing the deal in Oracle's third quarter of fiscal year 2001.

INTERROGATORY NO. 23:

For all of the "lost deals" listed in defendants' response to plaintiffs' Interrogatory No. 4, please identify the date Oracle was first notified of the possibility that the deal would not close in Oracle's third quarter of fiscal year 2001.

DATED: March 21, 2006

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE

*/s/ Valerie L. McLaughlin*

VALERIE L. McLAUGHLIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ROG00028449.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on March 21, 2006, declarant served the PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT ORACLE CORPORATION by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2006, at San Diego, California.

_____
KATHLEEN R. JONES

ORACLE III (LEAD)
Service List - 3/21/2006   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Patrick E. Gibbs
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025
  650/328-4600
  650/463-2600 (Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
  415/391-0600
  415/395-8095 (Fax)

Jamie L. Wine
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
  213/485-1234
  213/891-8763 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)