

## LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

# FACSIMILE

**To:**        All Counsel of Record

**From:**    Shawn Williams                    **Date:**    April 6, 2006

**Case Code:**    201064

**Subject:**    *In re Oracle Corp. Sec. Litig.*

---

### Message/Document(s) faxed:

### Please call fax operator at 619-231-1058 if all pages are not received.

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR – ☐ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

---

### Number of pages being transmitted including the cover page:  10

FAX OPERATOR: Return originals to:  wink                    Ext:    4497

T:\CasesSF\Oracle3\Corres\Faxes\All Counsel_$AW.doc

1 | LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
4 | 655 West Broadway, Suite 1900
San Diego, CA 92101
5 | Telephone: 619/231-1058
619/231-7423 (fax)
6 | MarkS@lerachlaw.com
DougB@lerachlaw.com
7 | ValerieM@lerachlaw.com
– and –
8 | SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
9 | ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
10 | MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
11 | San Francisco, CA 94111
Telephone: 415/288-4545
12 | 415/288-4534 (fax)
ShawnW@lerachlaw.com
13 | WillowR@lerachlaw.com
EliG@lerachlaw.com
14 | JennieA@lerachlaw.com
MoniqueW@lerachlaw.com
15 |
Lead Counsel for Plaintiffs
16 |
UNITED STATES DISTRICT COURT
17 |
NORTHERN DISTRICT OF CALIFORNIA
18 |

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Master File No. C-01-0988-MJJ |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) ) ) | PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFERY O. HENLEY, AND EDWARD J. SANDERSON |
| ALL ACTIONS. | | |

PROPOUNDING PARTY:      PLAINTIFFS

RESPONDING PARTIES:     DEFENDANTS ORACLE CORPORATION,
                        LAWRENCE J. ELLISON, JEFFERY O. HENLEY, AND
                        EDWARD J. SANDERSON

SET NUMBER:             THREE

1    TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiffs in the above captioned

3    action, by counsel, hereby request that defendants Oracle Corporation, Lawrence J. Ellison, Jeffery

4    O. Henley and Edward J. Sanderson respond to each of the following interrogatories in writing,

5    under oath, within 30 days of service of these interrogatories to the offices of Lerach Coughlin Stoia

6    Geller Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, California, 94111.

7    **I.    DEFINITIONS**

8    Unless otherwise stated, the terms set forth below are defined as follows:

9    1.    "Oracle" or the "Company" refers to defendant Oracle Corporation and its parents,

10    subsidiaries, divisions, affiliates, operating units, controlling persons, controlled persons, officers,

11    directors, employees, representatives, or agents.

12    2.    "Individual Defendants" refers to Lawrence J. Ellison, Jeffrey O. Henley, Edward J.

13    Sanderson and any employees, implied or express agents, attorneys, or other persons or entities

14    acting in conjunction with them or on their behalf.

15    3.    "Defendants" refers to Oracle and the Individual Defendants and their predecessors,

16    successors, parents, subsidiaries, divisions, or affiliates, and their respective officers, directors,

17    agents, attorneys, accountants, employees, partners, or other persons occupying similar positions or

18    performing similar functions.

19    4.    "You" or "your" refers to the defendants upon whom these interrogatories are served

20    and all officers, directors, employees, representatives, or agents acting on behalf of each of the

21    responding defendants.

22    5.    The connectives "and" and "or" shall be construed either disjunctively or

23    conjunctively as necessary to bring within the scope of the interrogatory all responses that otherwise

24    might be construed to be outside of its scope.

25    6.    The use of the singular shall be deemed to include the plural, and the use of one

26    gender shall include all others, as appropriate in the context.

27

28

PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE, LAWRENCE
ELLISON, JEFFERY HENLEY AND EDWARD SANDERSON - C-01-0988-MJJ                    - 1 -

## II.    INSTRUCTIONS

1.    The term "identify," when used in connection with a company or customer, means to describe the general nature of the transaction and identify:

    (a)    the company or customer by name including any division of the company or customer relevant to the request; and

    (b)    the present or last known business address of the company or customer.

2.    The term "identify," when used in connection with a contract, deal or transaction, means to describe the general nature of the transaction and identify:

    (a)    the date and place that the referenced transaction occurred;

    (b)    the amount of money or other consideration provided by each party to the transaction;

    (c)    the name and address of all parties to the transaction;

    (d)    any agreements or other documents reflecting the terms of the transaction; and

    (e)    the individuals who negotiated or signed the agreements related to the transaction.

3.    The term "identify," when used in connection with a person, means to describe and identify the person by:

    (a)    full name of the person; and

    (b)    last known address and telephone number of the person.

4.    In each case where you are requested to identify a document or documents, or the answer to an interrogatory refers to a document or documents, state with respect to each document the Bates number of the document or, if not available:

    (a)    the identity of the person who signed it or under whose name the document was issued;

    (b)    the identity of the author, if different from subpart (a);

    (c)    the identity of the addressees and all recipients;

    (d)    the nature and substance of the document with sufficient particularity to enable it to be identified and located within the document production;

PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE, LAWRENCE
ELLISON, JEFFERY HENLEY AND EDWARD SANDERSON - C-01-0988-MJJ                - 2 -

1    (e) the date of the document;

2    (f) the number of pages of the document;

3    (g) the identity of each person who has custody of the document or any copy

4 thereof;

5    (h) whether the document is complete or incomplete and in what respect it is

6 incomplete; and

7    (a) if any such document is no longer in existence, state the circumstances

8 surrounding its disposition, the date and reasons for such disposition and the identity of the person or

9 persons who ordered and/or supervised the disposition.

10  5. You are required to provide all information that is available to you, including

11 information in the possession of your attorneys, agents or others under your control and not merely

12 information known by virtue of your own personal knowledge.

13  6. If any of these interrogatories cannot be answered in full, answer to the extent

14 possible, specifying the reasons for your inability to answer the remainder and stating whatever

15 knowledge or information you may have concerning the unanswered portion.

16  7. If you object to providing any information requested by any of the following

17 interrogatories on the grounds of the attorney-client privilege, the work product doctrine or any other

18 privilege, give the following information for each interrogatory for which the privilege is claimed:

19    (a) the name and job title or capacity of the author or originator of the

20 communication;

21    (b) the name and job title or capacity of every person who received the

22 communication or a copy of it, or who was present when the communication was made or who

23 overheard it;

24    (c) the relationship between the author/originator and each person who received

25 the communication or a copy of it, or who was present when the communication was made or who

26 overheard it;

27    (d) whether the primary purpose of the communication was to seek or provide

28 legal advice or services;

PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE, LAWRENCE
ELLISON, JEFFERY HENLEY AND EDWARD SANDERSON - C-01-0988-MJJ - 3 -

1          (e)      the date the communication was made or written;

2          (f)      the subject matter addressed in the communication;

3          (g)      whether the communication was transmitted in confidence; and

4          (h)      a statement of the basis of the claim of privilege.

5    **III.    RELEVANT TIME PERIOD**

6          The relevant time period unless otherwise stated is June 1, 2000 through June 30, 2001 and

7    all information related to events during the relevant time period.

8    **IV.    INTERROGATORIES**

9    INTERROGATORY NO. 24:

10         Identify by customer name, date of refund and dollar amount of refund, each November 17,

11   2000 debit memo that you contend had been refunded prior to November 2000.

12   INTERROGATORY NO. 25:

13         Identify by customer name, date of refund and dollar amount of refund, each debit memo

14   (among those created in December 2000) that you contend had been refunded prior to December

15   2000.

16   INTERROGATORY NO. 26:

17         Identify by customer name, debit memo number and date of refund, each November 17, 2000

18   debit memo that you contend was refunded more than once.

19   INTERROGATORY NO. 27:

20         Identify by customer name and debit memo number, any customer among those you contend

21   Oracle refunded more than once, that returned to Oracle any part of the refunded amount.

22   INTERROGATORY NO. 28:

23         For each debit memo listed on the document Bates numbered NDCA-ORCL 282677 that is

24   greater than $100,000, identify the dollar amount of the original invoice and the dollar amount of

25   any and all payments associated with said invoice.

26   INTERROGATORY NO. 29:

27         For each debit memo listed on the document Bates numbered NDCA-ORCL 282677 that is

28   greater than $100,000, identify by customer name and date of refund, any payment made after

PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE, LAWRENCE
ELLISON, JEFFERY HENLEY AND EDWARD SANDERSON - C-01-0988-MJJ                      - 4 -

1   November 17, 2000 by Oracle to an Oracle customer to refund the specific amount referred to in the

2   debit memo.

3   INTERROGATORY NO. 30:

4        For each credit memo listed on the document Bates numbered NDCA-ORCL 282677, state

5   whether any monetary refund was made by Oracle to an Oracle customer in connection with the

6   credit memo.

7   INTERROGATORY NO. 31:

8        For each November 17, 2000 debit memo, state the dollar amount of the original invoice

9   associated with the debit memo and the dollar amount of any overpayment or duplicate payment

10  associated with the debit memo.

11  INTERROGATORY NO. 32:

12       For each debit memo listed on document Bates numbered NDLA-ORCL 282677 that is

13  greater than $100,000, identify the total dollar amount of each payment that was applied to that

14  invoice and the dollar amount of the payment that was not applied to the invoice.

15  DATED: April 6, 2006                LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
16                                      SHAWN A. WILLIAMS
                                        WILLOW E. RADCLIFFE
17                                      ELI R. GREENSTEIN
                                        JENNIE LEE ANDERSON
18                                      MONIQUE C. WINKLER

19

20                                           SHAWN A. WILLIAMS

21                                      100 Pine Street, Suite 2600
                                        San Francisco, CA 94111
22                                      Telephone: 415/288-4545
                                        415/288-4534 (fax)
23

24

25

26

27

28

PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANTS ORACLE, LAWRENCE
ELLISON, JEFFERY HENLEY AND EDWARD SANDERSON - C-01-0988-MJJ                  - 5 -

1

2

3

4

5

6

7

8    T:\CasesSF\Oracle3\ROG00020345.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

1          DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2          I, the undersigned, declare:

3          1.    That declarant is and was, at all times herein mentioned, a citizen of the United States
4    and employed in the City and County of San Francisco, over the age of 18 years, and not a party to
5    or interested party in the within action; that declarant's business address is 100 Pine Street,
6    Suite 2600, San Francisco, California 94111.

7          2.    That on April 6, 2006, declarant served the PLAINTIFFS' THIRD SET OF
8    INTERROGATORIES TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J.
9    ELLISON, JEFFERY O. HENLEY, AND EDWARD J. SANDERSON by depositing a true copy
10   thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage
11   thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also
12   served the parties by facsimile.

13         3.    That there is a regular communication by mail between the place of mailing and the
14   places so addressed.

15         I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th
16   day of April, 2006, at San Francisco, California.

17
18                                            RUTH A. CAMERON
19
20
21
22
23
24
25
26
27
28

ORACLE III (LEAD)
Service List - 4/6/2006  (201-064-1)
Page 1 of 1

## Counsel For Defendant(s)

Patrick E. Gibbs
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA 94025
650/328-4600
650/463-2600 (Fax)

Jamie L. Wine
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA 90071-2007
213/485-1234
213/891-8763 (Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415/391-0600
415/395-8095 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
650/506-5200
650/506-7114 (Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534 (Fax)