**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

# FACSIMILE

|  | | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | Sean P.J. Coyle, Esq.<br>LATHAM & WATKINS LLP | 650/463-2600 | 650/328-4600 |

| **From:** | Stacey M. Kaplan, Esq. | **Date:** | October 10, 2006 |
|---|---|---|---|
| **Case Code:** | 201064-00001 | **Time:** | |
| **Subject:** | *In re Oracle Corp. Sec. Litig.* | | |

**Message/Document(s) faxed:**

Please see attached.

**Please call fax operator at 619-231-1058 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR – ☒ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** __3__

FAX OPERATOR: Return originals to: Jana Kusy                    Ext: 2643

S:\CasesSD\Oracle3\Corres\Faxes\Coyle_SMK.doc

655 West Broadway, Suite 1900 • San Diego, California 92101-3301 • 619.231.1058 • Fax 619.231.7423 • www.lerachlaw.com



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Stacey M. Kaplan
skaplan@lerachlaw.com

October 10, 2006

VIA FACSIMILE
650/463-2600

Sean P.J. Coyle, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025

Re: *In re Oracle Corporation Securities Litigation*
Master File No. C-01-0988-MJJ

Dear Sean:

In light of defendants' refusal to meaningfully extend (based on defendants' tardy and inadequate production) the deadline for plaintiffs to file motions to compel, plaintiffs request an immediate meet and confer with defendants. Without further delay, please provide plaintiffs with your availability to meet and confer on the following topics:

- Additional deposition time for defendant Larry Ellison based on recently produced documents as well as previously produced documents which plaintiffs, as a result of time constraints, were not able to question Ellison about;

- Additional deposition time for Safra Catz based on recently produced documents;

- Additional deposition time for Ron Wohl based on recently produced documents;

- Deposition time for Christopher Balkenhol based on testimony and recently produced documents;

- Deposition time for Dorian Daley based on testimony and recently produced documents;

- Production of documents concerning Oracle's stock buyback program based on paucity of production;

- Production of documents concerning and created in preparation for the book SOFTWAR by Matthew Symonds, including but not limited to final contracts,



Sean P.J. Coyle, Esq.
October 10, 2006
Page 2

tapes, notes and transcripts, based on testimony and recently produced documents.

This list of topics is not meant to be exhaustive and is merely plaintiffs' first attempt to demystify defendants' untimely, incomplete, and otherwise inadequate production. Plaintiffs reserve the right to supplement these topics following a complete and adequate production by defendants.

I look forward to hearing from you later today.

Sincerely,

*Stacey M. Kaplan*

STACEY M. KAPLAN

SMK:jpk

S:\Cases SD\Oracle3\Corres\Coyle002_SMK.doc