**ORACLE**

LAWRENCE J. ELLISON
*Chief Executive Officer*

Corporate Headquarters
500 Oracle Parkway
M/S 5opCEO
Redwood Shores
California 94065

phone    650.506.5366
fax      650.506.7171

January 10, 2007

**Via Email and First-Class Mail**

Matthew Symonds
16 St Peters Road
Twickenham
TW1 1QX England

Dear Matthew:

    I'm writing to request your help in responding to a court order that recently was issued in the *In re Oracle Securities Litigation*. As I'm sure you remember, that case is a class action pending in federal court in San Francisco. Both Oracle and I are defendants.

    Plaintiffs have sought very broad discovery, and one of the discovery motions they made concerned any tapes or transcripts of interviews you conducted with me in connection with your research for *Softwar*. We opposed this motion because, quite frankly, we believed those materials were yours, not Oracle's or mine. In a recent order (which my attorneys will send to you), the court disagreed with our view. The court has ruled that I can and must get copies of these materials from you. I've been ordered to produce these materials to plaintiffs next week.

    Although I understand that my lawyers will be sending you a more formal letter, I wanted to write to you separately to request that you cooperate with my counsel and forward these materials as quickly as you can. I apologize for any burden or inconvenience that this request creates.

Sincerely,

Larry Ellison

cc:    Peter Wald, Esq.
        Daniel Cooperman, Esq.

