```
***********************************
      SERIAL BROADCAST REPORT (1)
***********************************

(TUE) JAN 16 2007 17:45
LATHAM & WATKINS LLP Fax Machine #2
```

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-652 | 1.16 17:40 | 1.16 17:40 | 51" | 2 | 2 |

| FIN. | 2 |
|---|---|

| ##35516192317423 | ##5522884534 |
|---|---|



# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

Brussels — New York
Chicago — Northern Virginia
Frankfurt — Orange County
Hamburg — Paris
Hong Kong — San Diego
London — San Francisco
Los Angeles — Shanghai
Milan — Silicon Valley
Moscow — Singapore
Munich — Tokyo
New Jersey — Washington, D.C.

**FACSIMILE TRANSMISSION**

January 16, 2007

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: (619) 231-7423 | Tel: |
| --- | --- | --- | --- |
| | Shawn A. Williams, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | (415) 288-4534 | |

| From: | Rees F. Morgan, Esq. |
| --- | --- |
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow          Number of pages, including cover: 2

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

## FACSIMILE TRANSMISSION

January 16, 2007

| | | | | | |
|---|---|---|---|---|---|
| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
| | Shawn A. Williams, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |
| From: | Rees F. Morgan, Esq. | | | | |
| Re: | In re Oracle Corporation Securities Litigation | | | | |

☐ Original(s) to follow        Number of pages, including cover:  2

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

Rees F. Morgan
Direct: 415-395-8222
rees.morgan@lw.com

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600 Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 038128-0025

January 16, 2007

## VIA HAND DELIVERY AND FACSIMILE

Shawn Williams, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:   In re Oracle Securities Litigation

Dear Shawn:

Pursuant to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar* (the "Order"), enclosed please find a CD stamped ORC 177, containing documents bates labeled NDCA-ORCL 1529156 - 1529393. Per the Order, this CD contains the final agreement between Mr. Ellison and Mr. Symonds, as well as transcripts of interviews with Mr. Ellison created in preparation for the book, which Mr. Symonds voluntarily produced to Defendants on Friday, January 12, 2006.

Very truly yours,

Rees Ferriter Morgan
of LATHAM & WATKINS LLP

Enclosures

cc:   Mark Solomon (*via facsimile; w/o enclosures*)