UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COMPLIANCE WITH THE DISCOVERY PLAN<br><br>Honorable Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero<br>Honorable Judge Edward A. Infante (Ret.) |

1   The Special Master, having reviewed Plaintiffs' Motion to Compel Documents
Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and
Compliance With the Discovery Plan, any opposition thereto, and any argument thereon, and
good cause therefore appearing, hereby ORDERS that Plaintiffs' Motion to Compel Documents
Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and
Compliance With the Discovery Plan is GRANTED in part and DENIED in part. The Court
ORDERS defendants to produce the following documents by October 2, 2006:

1.  All escalation reports listing escalated Suite 11i customers from July 1, 2000 through March 31, 2001.

2.  All documents from July 1, 2000 to March 31, 2001 pertaining to the escalation of any 80 Suite 11i customers separately identified by plaintiffs. Plaintiffs shall identify these 80 customers by letter on or before Monday, September 25, 2006.

3.  All documents pertaining to settlements, concessions, payments, refunds or any other remediation negotiated or made by Oracle from July 1, 2000 through March 31, 2001 with the 80 Suite 11i customers identified by plaintiffs under Part 2 above.

In producing responsive documents under this Order, Oracle shall be required to search the files of: (a) the Custodians as identified in Section I.B. of the March 10, 2005 Discovery Plan; (b) any witness seven days prior to their deposition, as provided under Section II.A. of the Discovery Plan; (c) any witness previously deposed in the case; (d) the fourteen individuals identified by plaintiffs under the May 22, 2006 Order Granting in Part Plaintiffs' Motion to Compel Defendants to Search the Files of Additional Witnesses Identified by

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1  Plaintiffs; and (e) Phillip Tate, Bob Hunt, Marcia B. Hill, and any three additional persons
2  identified by plaintiffs on or before September 22, 2006.
3        IT IS SO ORDERED.

5  Dated: 9-22-06

*Edward A. Infante*
Hon. Edward A. Infante (Ret.)
Special Master

Submitted by:

LATHAM & WATKINS LLP

   Peter A. Wald
   Patrick E. Gibbs
   Michele F. Kyrouz
   Jamie L. Wine

By: /s/ Patrick E. Gibbs / CPJC
    Patrick E. Gibbs
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
And EDWARD J. SANDERSON