#36 Interview Memorandum
of Chris Kirby
08/16/02

**36**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 299052

# INTERVIEW OF CHRIS KIRKBY

On Friday, August 16, 2002, counsel for the Special Litigation Committee ("SLC") interviewed Chris Kirkby, Vice President, IT and CRM, at Oracle's headquarters in Redwood Shores. Present at the interview were James Kreissman and Marci Etter. The interview lasted approximately one hour. What follows is a summary of the interview with impressions of counsel. It is not, and does not purport to be, a verbatim account of what was said.

### Kirkby's Education and Work Experience

After graduating from college, Kirkby worked for a number of hardware vendors in Australia. He later joined SSA Global Technologies and became involved with software sales and support. Kirkby began working at Oracle in 1998, where he provided support within the Oracle U.K. sales group. Kirkby worked within a development group that assembled applications and implemented software products for internal use at Oracle.

After an internal reorganization, Kirkby shifted responsibilities within Oracle and began working in the Customer Relationship Management ("CRM") group at company headquarters in Redwood Shores. Kirkby's group was responsible for the internal roll-out of CRM's systems, introducing the products (often still in development) to each individual network within Oracle. In his role, Kirkby worked with the Development organization at Oracle, obtained feedback on the products being introduced (including perceived weaknesses and flaws) from the individual users of the product within Oracle, and assessed and implemented improvements to the products based on that feedback. Kirkby described his group as having a "development focus": the product was quickly distributed within Oracle upon its development,

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 299053

and his group subsequently tested the system and received feedback from internal users, and systematically made the necessary or requested improvements to the product.

In early 2002, Kirkby's responsibilities expanded to include Oracle's global IT division. In this expanded role, Kirkby also assists individual customers with their implementation of Oracle software.

### Creation of Oracle Sales Online

Kirkby described the origin and development of Oracle's CRM application, Oracle Sales Online ("OSO"). OSO was first introduced at Oracle in 1999 as a live application on certain employees' desktop computers. The system was first implemented well before the launch of Suite 11i. After its initial implementation, Kirkby received feedback on the product from these first users, who often provided Kirkby with additional features they wished included as part of the system. Kirkby and his group continually modified and improved OSO, frequently implementing the users' recommended changes. As OSO evolved, the system was implemented to a wider base of Oracle internal users.

Kirkby was asked to explain if there was any point during OSO's development when he began to view it as a "stable" system. He explained that September 2001 marked a "milestone" for OSO, noting that the system had many more users by that time and his group implemented very few changes to the system after that point. He described the system, as it stands today, as "very stable."

### Using OSO as a Forecasting Tool

Kirkby was asked to comment on the accuracy of the forecasting data contained in OSO. Kirkby explained that OSO, standing alone, could not be relied upon as an accurate forecasting tool for a few reasons. First, OSO did not include forecasting information for all of

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 299054**

3

Oracle's sales groups and geographic regions. For instance, at the beginning of Q3 FY01, OSO contained data for only about 70% of Oracle's license sales forecasts. OSO did not contain forecasts for some geographic regions (e.g. portions of Europe and Japan) and contained only partial information for others (e.g. Internet Sales Division ("ISD") information only for Latin America).

Kirkby provided a second reason why raw OSO data cannot be relied upon, standing alone, as an accurate forecasting tool: Oracle sales representatives were not required to input information about each of their individual deals into OSO. Kirkby explained that the sales representatives' compensation was in no way tied to whether they entered deal information into OSO, and accordingly they had little incentive to diligently track and update each deal in the system. However, Kirkby stated that the OSO data for some sales representatives was probably very accurate, i.e. those whose line managers closely reviewed and supervised the information entered for each of their deals.

Kirkby himself did not give much credence to the OSO data. At best, Kirkby believes that OSO would have given a user some indication that something was "askew" with the forecasts, for instance if the forecast for a particular deal was "way off." Additionally, he noted that in its early developmental stage, because the product was immature, the data contained therein was often not reliable.

Kirkby also noted a number of problems experienced with OSO during its developmental stage. For instance, the OSO system was frequently down. Another notable problem stemmed from the fact that users were unable to delete opportunities from the database. This problem once manifested itself during an OSO demonstration conducted in Italy during the early stages of OSO implementation. As part of the demonstration, an Oracle representative

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 299055**

4

entered a fictitious opportunity in the amount of 10 billion lira by way of example, but was then unable to remove the opportunity from the system. The fictitious revenue entry skewed the OSO forecasting data for the remainder of that quarter, and required manual adjustment.

According to Kirkby, Oracle management would not have relied on the raw forecasting information in OSO. Rather, Kirkby stated that Larry Ellison and Jeff Henley obtained forecasting information from the spreadsheets and other documents distributed and discussed at each Executive Committee meeting. These materials provided "much more accurate" forecasts than those provided through OSO.

Kirkby was asked whether OSO could enable a user to obtain a "snapshot" of the forecast figures for any given day. Kirkby explained that although OSO data was backed up daily, Oracle did not save this data. As a consequence, these back-up tapes are not archived and maintained historically. Any back-up tapes that had been maintained were "purged" in connection with a system change by the IT group that took place in July 2001. Kirkby also indicated that some information from OSO may have been downloaded and printed onto spreadsheets periodically by individual Oracle employees.

**Users of OSO**

Mr. Kreissman asked whether Jeff Henley had access to OSO during Q3 FY01. Kirkby was able to provide this information after consulting with a colleague. Kirkby stated that Henley was provided with an OSO account in September 1999, but that his account was not activated until March 2002. Kirkby explained although Henley had an OSO account in 1999, he would not have been able to access OSO information online until March 2002.

Larry Ellison was provided with an OSO account in September 1999, at which point Ellison could review "field sales" on the system. Kirkby explained that OSO was

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 299056

maintained on version 3i at this time (the conversion to 11i did not occur until September 2000) and contained only information about "field sales," which are product sales to major companies in North American Sales. Ellison was given access to expanded OSO data on July 2, 2001.

Mr. Kreissman asked whether the remaining six members of the Oracle board during Q3 FY01 had OSO accounts. Kirkby confirmed that Kay Koplovitz, Richard McGinn, Jack Kemp, Michael Boskin and Donald Lucas have never had an OSO account. He further stated that Safra Catz has had access to Oracle field sales only since June 28, 1999.

Kirkby was asked whether he could obtain data from OSO to identify each individual who has accessed OSO at any point in time. Kirkby stated that there is no record of individuals that have logged onto OSO in FY2001 at this time. Kirkby said that it may have been impossible to obtain this information even before the July 2001 "purging." He explained that OSO was equipped with only limited storage capacity to maintain records of individual log-ons, so this information was automatically purged from the system on a weekly basis as storage reached capacity.

**Support Renewals Issue**

Kirkby was asked whether he had learned of any problems encountered or revenue shortfall experienced during the transfer of support renewals into Oracle Contracts Online ("OKS"). Kirkby knows that some problems were experienced, but does not know any specifics. He indicated that Mark Barrenchea dealt with this issue.

Kirkby recalls hearing that Oracle encountered a number of problems with OKS, although he was not personally involved with any problems experienced in the contracts area. He identified Bob Nestle as the key contact person for problems and projects related to contracts.

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 299057

### Pipeline Information

        Mr. Kreissman reviewed with Kirkby the forecasting materials reviewed at the February 12, 2001 Executive Committee meeting, which included pipeline information for all Oracle groups worldwide (ORCL 4006-4027, attached hereto as Exhibit A). Kirkby was asked whether he knew of some mechanism through which this pipeline data could be "normalized" and compared to pipeline data from a prior period, given the fact that OSO was rolled out over time and therefore that a greater portion of Oracle's pipeline was accessible through OSO in Q3 of FY2001 than had been the case during prior periods. Kirkby indicated that there was no discount factor or conversion rate to apply to "normalize" the data – this type of information could only be obtained from each individual sales manager. Kirkby further volunteered that the pipeline figures are "managed numbers," and sales managers were loathe to overstate their pipelines.

                                                                                   J.G.K.
                                                                                   M.R.E.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 299058