RECEIVED
ORACLE CORPORATION
LEGAL DEPARTMENT
DEC 1 9 2002
Calendared: By U.S.
File: mail

**FILED**

DEC 1 8 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION. | No. C 01-0988 MJJ<br><br>**ORDER** |

Plaintiffs' *Ex Parte* Application for an Order Enjoining Defendants to Cease Altering Evidence, Directing Defendants to Preserve Evidence, and Granting Plaintiffs Particularized Discovery is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 18, 2002

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Northern District of California
December 18, 2002

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:3:01-cv-00988

Nursing Home Pension

    vs

Oracle Corporation

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Reed R. Kathrein, Esq.
    Milberg Weiss Bershad Hynes & Lerach LLP
    100 Pine Street
    Ste 2600
    San Francisco, CA   94111

    William S. Lerach, Esq.
    Milberg Weiss Bershad Hynes & Lerach LLP
    401 B Street
    Suite 1700
    San Diego, CA   92101

    Mark Solomon, Esq.
    Milberg Weiss Bershad Hynes & Lerach LLP
    401 B Street
    Suite 1700
    San Diego, CA   92101

    Darren J. Robbins, Esq.
    Milberg Weiss Bershad Hynes & Lerach LLP
    401 B Street
    Suite 1700
    San Diego, CA   92101

    Douglas R. Britton, Esq.

Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street
Suite 1700
San Diego, CA  92101

Dorian Daley, Esq.
Oracle Corporation
500 Oracle Parkway
Redwood City, CA  94065

Lauren G. Segal, Esq.
Oracle Corporation
500 Oracle Parkway
Redwood City, CA  94065

Jamie E. Wrage, Esq.
Mayer Brown & Platt
350 So Grand Ave 25th Flr
Los Angeles, CA  90071

Steven O. Kramer, Esq.
Mayer Brown & Platt
350 So Grand Ave 25th Flr
Los Angeles, CA  90071

Javier H. Rubenstein, Esq.
Mayer Brown & Platt
190 So LaSalle St
Chicago, IL  60603

Alan N. Salpeter, Esq.
Mayer Brown & Platt
190 So LaSalle St
Chicago, IL  60603

Javier H. Rubinstein, Esq.
Mayer Brown & Platt
190 So LaSalle St
Chicago, IL  60603

Donald M. Falk, Esq.
Mayer Brown Rowe & Maw
555 College Avenue
Palo Alto, CA  94306

Shawn a. Williams, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111

Nicole Lavallee, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California St
Ste 2025
San Francisco, CA  94104

Richard W. Wieking, Clerk

BY: _____
Deputy Clerk