

LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

# FACSIMILE

| | | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **TO:** | Patrick E. Gibbs<br>Latham & Watkins LLP<br>Menlo Park, CA | 650/463-2600 | 650/328-4600 |
| | Lana Morton-Owens<br>Latham & Watkins | 213/891-8763 | |

**From:** Eli R. Greenstein  **Date:** April 10, 2007

**Case Code:** 201064-00001

**Subject:** *In re Oracle Securities Litigation*
U.S. District Court, No. Dist. of CA, C-01-0988-MJJ

**Message/Document(s) faxed:**

**Please call fax operator at 415/288-4545 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR - ☐ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U S Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** 2

FAX OPERATOR: Return originals to: Eli Greenstein  Ext: 4458

100 Pine Street, 26th Floor • San Francisco, California 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Eli R. Greenstein
EliG@Lerachlaw.com

April 10, 2007

<u>VIA FACSIMILE</u>

Patrick E. Gibbs, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025

Re: *In re Oracle Corporation Sec. Litig.*
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Patrick:

I write to follow up on an issue raised during the March 23, 2007 deposition of Safra Catz. During that deposition plaintiffs noted that there appeared to be two audit committee meetings regarding the 2002 Clean Up held in October and/or November 2002, for which defendants have failed to produce documents. One meeting is referenced in Michael Quinn's October 21, 2002 email and appears to have been held on October 23, 2002. The second meeting was referenced in NDCA-ORCL 1733108 and appears to have been held on or around November 8, 2007. Plaintiffs' review of the documents relating to the 2002 Clean Up indicates that defendants have failed to produce documents relating to those audit committee meetings. Plaintiffs demand an explanation of why those documents were withheld. In addition, please produce all minutes, communications and other documentation relating to those audit committee meetings as ordered by the Special Master on December 19, 2006. To the extent defendants have produced those documents, please identify the bates ranges.

Please call me if you have any questions.

Regards,

Eli R. Greenstein

ERG:cmb

cc: Lana Morton-Owens, Esq.

100 Pine Street, Suite 2600, San Francisco, CA 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com