```
*********************************
  SERIAL BROADCAST REPORT (1)
*********************************

(TUE) APR 24 2007 13:22
LATHAM & WATKINS LLP Fax Machine #2
```

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-575 | 4.24 13:21 | 4.24 13:21 | 1'31" | 2 | 4 |

| FIN. | 2 |
|---|---|

| ##39816192317423 | ##4032884534 |
|---|---|


COMPLETED

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

## FACSIMILE TRANSMISSION

April 24, 2007

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
|---|---|---|---|---|---|
| | Eli R. Greenstein, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

| From: | Lana Morton-Owens |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow          Number of pages, including cover: 4

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600 Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**

April 24, 2007

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
|---|---|---|---|---|---|
| | Eli R. Greenstein, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

| From: | Lana Morton-Owens |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow          Number of pages, including cover: 4

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

Lana Morton-Owens
Direct Dial (213) 891-7402
Lana.morton-owens@lw.com

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

April 24, 2007

**VIA MESSENGER**

Eli R. Greenstein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, California 94111

Re:  *In re Oracle Securities Litigation,*
     Case No. C-01-0988 MJJ

Dear Eli:

      We write in response to your April 10, 2007 letter, in which Plaintiffs request that Defendants produce documents relating to the Audit Committee meetings at which the 2002 "unapplied cash project" was discussed. Pursuant to this request, please find the enclosed CD numbered ORC 217, containing documents Bates labeled NDCA-ORCL 3042918-3043016. We have redacted certain information in this production, including some entries in the Audit Committee meeting minutes, on attorney-client privilege and work product grounds. We have prepared and enclosed a log reflecting these redactions. However, certain entries attributed to Oracle General Counsel Daniel Cooperman, which consist of factual statements as opposed to legal advice or mental impressions, have not been redacted because Defendants do not believe these statements are protected by the attorney-client privilege or the work product doctrine. Accordingly, nothing in this production should be construed as a waiver of any applicable privilege or work product protection.

      Please let us know should you have any questions or concerns.

Very truly yours,

*Lana Morton-Owens* /JK

Lana Morton-Owens
of Latham & Watkins LLP

Encls.

cc:  Mark Solomon (w/o encls.)

LA\1714186.1

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Redacted Documents
Produced to Plaintiffs April 24, 2007

| Date | Sender | Recipient(s) | Privilege/Protection Claimed | BegNo | EndNo | Description |
|---|---|---|---|---|---|---|
| 10/18/2002 | | | Attorney-Client Privilege / Attorney Work Product Fed.R.Civ.P. 26(b)(3) | NDCA-ORCL 3042933 | NDCA-ORCL 3043011 | NDCA-ORCL 3042934: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Vice President, Finance Operations Thomas Williams regarding investigation performed at the direction of counsel into the allegations in the Second Amended Complaint. |
| 11/27/2002 | | | Attorney-Client Privilege / Attorney Work Product Fed.R.Civ.P. 26(b)(3) | NDCA-ORCL 3042926 | NDCA-ORCL 3042928 | NDCA-ORCL 3042926-3042927: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Lauren Segal, Esq. regarding ex-parte application for relief. NDCA-ORCL 3042927: Redacted communication from in-house counsel Daniel Cooperman and Vice-President, Finance Operations, Thomas Williams regarding investigation performed at the request of counsel. NDCA-ORCL 3042927: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Dorian Daley, Esq regarding meeting with the SEC. NDCA-ORCL 3042927-3042928: Redacted communication from in-house counsel Daniel Cooperman, Esq. regarding internal investigation. |
| 11/27/2002 | | | Attorney-Client Privilege / Attorney Work Product Fed.R.Civ.P. 26(b)(3) | NDCA-ORCL 3043012 | NDCA-ORCL 3043014 | NDCA-ORCL 3043012-3043013: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Lauren Segal, Esq. regarding ex-parte application for relief. NDCA-ORCL 3043013: Redacted communication from in-house counsel Daniel Cooperman and Vice-President, Finance Operations, Thomas Williams regarding investigation performed at the request of counsel. NDCA-ORCL 3043013: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Dorian Daley, Esq. regarding meeting with the SEC. NDCA-ORCL 3043013-3043014: Redacted communication from in-house counsel Daniel Cooperman, Esq. regarding internal investigation. |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Redacted Documents
Produced to Plaintiffs April 24, 2007

| Date | Sender | Recipient(s) | Privilege/Protection Claimed | BegNo | EndNo | Description |
|---|---|---|---|---|---|---|
| 2/7/2003 | Linda Leanes | Lauren Segal, Esq.; James Kreissman, Esq.; Alexis Coll, Esq.; Matthew Ng, Esq. | Attorney-Client Privilege / Attorney Work Product Fed.R.Civ.P. 26(b)(3) | NDCA-ORCL 3042918 | NDCA-ORCL 3042925 | NDCA-ORCL 3042919: Redacted communication from counsel regarding content of attachment. NDCA-ORCL 3042922: Redacted communication from in-house counsel Daniel Cooperman, Esq. and Vice President, Finance Operations Thomas Williams regarding investigation performed at the direction of counsel into the allegations in the Second Amended Complaint. |