```
***********************************
      SERIAL BROADCAST REPORT (1)
***********************************

(FRI) SEP 15 2006 15:55
LATHAM & WATKINS LLP Fax Machine #2
```

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-341 | 9.15 15:41 | 9.15 15:42 | 55" | 2 | 2 |

| FIN. | 1 |
|---|---|
| #6302884534 | |

| T. B. S. | 1 |
|---|---|
| #7516192317423 | INTERR |



# LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 15, 2006

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
|---|---|---|---|---|---|
| | Shawn A. Williams, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

| From: | Paul V. Konovalov, Esq. |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow    Number of pages, including cover:  2

```
***********************
      TRANSMISSION REPORT
***********************
```

(FRI) SEP 15 2006 15:56
LATHAM & WATKINS LLP Fax Machine #2



| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861909-342 | 9.15 15:55 | 9.15 15:55 | 28" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| #17516192317423 | #17516192317423 |

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES
Brussels — New York
Chicago — Northern Virginia
Frankfurt — Orange County
Hamburg — Paris
Hong Kong — San Diego
London — San Francisco
Los Angeles — Shanghai
Milan — Silicon Valley
Moscow — Singapore
Munich — Tokyo
New Jersey — Washington, D.C.

**FACSIMILE TRANSMISSION**
September 15, 2006

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
| --- | --- | --- | --- | --- | --- |
| | Shawn A. Williams, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

**From:** Paul V. Konovalov, Esq.
**Re:** In re Oracle Corporation Securities Litigation
☐ Original(s) to follow          Number of pages, including cover: 2

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 15, 2006

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
|---|---|---|---|---|---|
| | Shawn A. Williams, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

| From: | Paul V. Konovalov, Esq. |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow    Number of pages, including cover: 2

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 038128-0025

September 15, 2006

**VIA HAND DELIVERY**

Eli Greenstein, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:   In Re Oracle Securities Litigation

Dear Eli:

I write with regard to your September 14, 2006 letter regarding Defendant's September 8, 2006 production of documents. In response to your request, we enclose replacement copies of CDs ORC 085, ORC 086, ORC 087, ORC 088, ORC 089, and ORC 090 as a courtesy to you.

Very truly yours,

Paul V. Konovalov
of LATHAM & WATKINS LLP

CC: Mark Solomon
    Shawn Williams

SF\579115.1