```
***********************************
     SERIAL BROADCAST REPORT (1)
***********************************
```

(THU) NOV 9 2006 17:00
LATHAM & WATKINS LLP Fax Machine #2



| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-964 | 11. 9 16:55 | 11. 9 16:55 | 59" | 2 | 2 |

| FIN. | 1 |
|---|---|
| ##37916192317423 | |

| T. B. S. | 1 |
|---|---|
| ##2884534 | INTERR |

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

# LATHAM & WATKINS LLP

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
November 9, 2006

| To: | Mark Solomon, Esq.<br>Douglas Britton, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: | (619) 231-7423 | Tel: | |
|---|---|---|---|---|---|
| | Shawn A. Williams, Esq.<br>Eli R. Greenstein, Esq.<br>Willow E. Radcliff, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

**From:** Paul V. Konovalov, Esq.
**Re:** In re Oracle Corporation Securities Litigation

☐ Original(s) to follow           Number of pages, including cover: 2

```
***********************
    TRANSMISSION REPORT
***********************
```



(THU) NOV  9 2006 17:04
LATHAM & WATKINS LLP Fax Machine #2

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861909-965 | 11. 9 17:03 | 11. 9 17:03 | 33" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| ##4052884534 | ##4052884534 |

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES
Brussels — New York
Chicago — Northern Virginia
Frankfurt — Orange County
Hamburg — Paris
Hong Kong — San Diego
London — San Francisco
Los Angeles — Shanghai
Milan — Silicon Valley
Moscow — Singapore
Munich — Tokyo
New Jersey — Washington, D.C.

**FACSIMILE TRANSMISSION**
November 9, 2006

| To: | Mark Solomon, Esq.<br>Douglas Britton, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | Fax: (619) 231-7423 | Tel: |
|---|---|---|---|
|  | Shawn A. Williams, Esq.<br>Eli R. Greenstein, Esq.<br>Willow E. Radcliff, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | (415) 288-4534 | |

From: Paul V. Konovalov, Esq.

Re: In re Oracle Corporation Securities Litigation

☐ Original(s) to follow        Number of pages, including cover: 2

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
November 9, 2006

| To: | Mark Solomon, Esq.<br>Douglas Britton, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP | **Fax:** | (619) 231-7423 | **Tel:** | |
| --- | --- | --- | --- | --- | --- |
| | Shawn A. Williams, Esq.<br>Eli R. Greenstein, Esq.<br>Willow E. Radcliff, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | | (415) 288-4534 | | |

| From: | Paul V. Konovalov, Esq. |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |

☐ Original(s) to follow        Number of pages, including cover:  2

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

November 9, 2006

**VIA HAND DELIVERY**

Eli R. Greenstein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:   In Re Oracle Securities Litigation
      Master File No. C-01-0988 MJJ

Dear Eli:

We are writing in response to your letter dated November 6, 2006, in which Plaintiffs requested a replacement copy of ORC 114. Pursuant to your request, enclosed please find another copy of that disk. In addition, included on the disk are two additional files that inadvertently were omitted from our prior production.

Should you have any questions or concerns, please feel free to contact me directly at (714) 755-8183.

Very truly yours,

*Paul V. Konovalov*

Paul V. Konovalov
of LATHAM & WATKINS LLP

Encl.

cc:  Mark Solomon, Esq.

LA\1651173.1