```
***********************************
       SERIAL BROADCAST REPORT (1)
***********************************
```

(WED) FEB  7 2007 17:47
LATHAM & WATKINS LLP Fax Machine #2



| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-885 | 2. 7 17:42 | 2. 7 17:43 | 6' 40" | 2 | 25 |

| FIN. | 2 |
|---|---|

| ##89316192317423 | | ##5912884534 | |
|---|---|---|---|

# LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

## FACSIMILE TRANSMISSION

February 7, 2007

| To: | Mark Solomon, Esq. | Fax: | (619) 231-7423 | Tel: |
|---|---|---|---|---|
| | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP | | | |

| | Shawn A. Williams, Esq. | (415) 288-4534 |
|---|---|---|
| | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | |

**From:** Lana Morton-Owens

**Re:** In re Oracle Corporation Securities Litigation

☐ Original(s) to follow          Number of pages, including cover: **25**

505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

## FACSIMILE TRANSMISSION

February 7, 2007

| To: | Mark Solomon, Esq. | Fax: | (619) 231-7423 | Tel: |
| | Lerach, Coughlin, Stoia, Geller, | | | |
| | Rudman & Robbins, LLP | | | |
| | | | | |
| | Shawn A. Williams, Esq. | | (415) 288-4534 | |
| | Lerach, Coughlin, Stoia, Geller, | | | |
| | Rudman & Robbins LLP | | | |

**From:**   Lana Morton-Owens

**Re:**   In re Oracle Corporation Securities Litigation

☐ Original(s) to follow        **Number of pages, including cover:   25**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product.  The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service.  Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 038128-0025

February 7, 2007

**VIA FACSIMILE**

Eli R. Greenstein
Lerach Caughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

      Re:     In re Oracle Sec. Litig.,
                  Master File No. C-01-0988 MJJ

Dear Eli:

        We write in response to several inquiries Plaintiffs recently have made with respect to Defendants' supplemental productions of accounting documents.

        First, Plaintiffs requested that Defendants create and produce a chart "linking" the unredacted documents Defendants produced on January 17, 2007 with the redacted versions of those same documents that Defendants originally produced on August 31, 2007.  In the spirit of compromise, we enclose a chart providing the requested information.

        Second, Plaintiffs asked Defendants to clarify whether the documents produced on January 17, 2007 (ORC 128-172, and ORC 176) consisted only of documents that previously were produced in redacted form.  We can confirm that the documents Defendants produced on January 17, 2007 were the unredacted versions of the same documents Defendants previously produced in redacted form.

        Third, Plaintiffs raised several questions about the metadata contained in Defendants' January 30, 2007 production.  We believe we already have addressed and resolved all of these concerns.  On February 2, even before Plaintiffs contacted us about the metadata, Defendants reproduced the load files for the January 30th production, resolving all issues that Plaintiffs subsequently identified (apparently without having yet examined the re-produced load file).  Should Plaintiffs have any further concerns about the metadata, please let us know as soon as possible.

LATHAM&WATKINSᴸᴸᴾ

Fourth, Plaintiffs requested that Defendants produce the "subject" metadata field for the Excel files Defendants produced on January 17 and January 30, 2007. Defendants, however, are not required to produce this metadata under any of the applicable discovery orders in this case. Moreover, Defendants never have produced this metadata in the past, and Plaintiffs' request – which comes well over a year after Defendants' first document production and over four months after the close of discovery – is untimely. Thus, we will not supplement our metadata in response to this request.

Fifth, Plaintiffs raised some concerns about individual documents. Defendants have looked into and resolved each issue raised. For instance, Plaintiffs contend that NDCA ORCL 1607292-95 failed to print properly and in its entirety. As an initial matter, this issue did not impact or affect in any way the electronic data, so Plaintiffs still can view the document in its entirety. Nevertheless, we have enclosed a properly printed version of this document for your convenience. In addition, while we are unsure why Plaintiffs are experiencing difficulties printing this particular document, we will replace this electronic file as soon as possible in an effort to resolve the issue. Plaintiffs also have asked whether documents Bates labeled NDCA ORCL 1534309-1534433 represent duplicate copies of the same document. Those documents are, in fact, duplicates; we will resolve this issue by the close of business tomorrow. Finally, Plaintiffs have noted that NDCA ORCL 1731119 contains "corrupted" information that prevents Plaintiffs from viewing certain cells on the Excel spreadsheet. We have confirmed that the produced document is in the same condition in its native format. Thus, there is nothing further we can do to address Plaintiffs' concern about this spreadsheet.

Finally, pursuant to your request, we enclose 3 DVDs labeled ORC 205-207, containing documents Bates numbered NDCA ORCL 1733117-1911338. These documents are duplicative of the documents Defendants produced on February 5, 2007, except that they have been reconfigured to function in a Concordance database. We are reproducing these documents as a courtesy to Plaintiffs and in response to your stated preference yesterday that they be functional in Concordance, and not in Summation (as they originally were produced). Please note that we are providing the reconfigured load files, including the corresponding .DAT files, organized into sub-folders, consistent with Plaintiffs' request.

Please let us know if you have any further questions or concerns about Defendants' accounting productions.

Very truly yours,

Lana Morton-Owens
of LATHAM & WATKINS LLP

Encls.

cc:  Mark Solomon (w/o encls.)

LA\1684718.1

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 073

| Subject/Title | Redacted | | | Unredacted | | |
|---|---|---|---|---|---|---|
| | Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| Unapplied_Unidentified_Receipt_APR01 | ORC 073 | 652131 | 652548 | ORC 137 | 1227326 | 1230758 |
| Unapplied_Unidentified_Receipt_AUG00 | ORC 073 | 652549 | 654964 | ORC 137 | 1230759 | 1231255 |
| Unapplied_Unidentified_Receipt_DEC00 | ORC 073 | 654965 | 655281 | ORC 137 | 1231256 | 1231664 |
| Unapplied_Unidentified_Receipt_FEB01 | ORC 073 | 655282 | 655628 | ORC 137 | 1231665 | 1232078 |
| Unapplied_Unidentified_Receipt_JAN01 | ORC 073 | 655629 | 655951 | ORC 137 | 1232079 | 1232476 |
| Unapplied_Unidentified_Receipt_JUL00 | ORC 073 | 655952 | 658318 | ORC 137 | 1232477 | 1233030 |
| Unapplied_Unidentified_Receipt_JUN00 | ORC 073 | 658319 | 660626 | ORC 137 | 1233031 | 1233468 |
| Unapplied_Unidentified_Receipt_JUN01 | ORC 073 | 660627 | 661095 | ORC 137 | 1233469 | 1233992 |
| Unapplied_Unidentified_Receipt_MAR01 | ORC 073 | 661096 | 661461 | ORC 138 | 1233993 | 1237365 |
| Unapplied_Unidentified_Receipt_MAY01 | ORC 073 | 661462 | 661896 | ORC 138 | 1237366 | 1240672 |
| Unapplied_Unidentified_Receipt_NOV00 | ORC 073 | 661897 | 664425 | ORC 139 | 1240673 | 1244246 |
| Unapplied_Unidentified_Receipt_OCT00 | ORC 073 | 664426 | 666914 | ORC 139 | 1244247 | 1247800 |
| Unapplied_Unidentified_Receipt_SEP00 | ORC 073 | 666915 | 669359 | ORC 140 | 1247801 | 1251298 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 074

| Subject/Title | Redacted | | | Unredacted | | |
|---|---|---|---|---|---|---|
| | Production CD | Start Bates | End Bates | Production CD | Start Bates | End Bates |
| Bucket Aging By Customer - Aging_Apr01 | ORC 074 | 669360 | 673669 | ORC 128 | 1127475 | 1132346 |
| Bucket Aging By Customer - Aging_Aug00 | ORC 074 | 673670 | 682075 | ORC 129 | 1132347 | 1141679 |
| Bucket Aging By Customer - Aging_Dec00 | ORC 074 | 682076 | 686893 | ORC 129 | 1141680 | 1146395 |
| Bucket Aging By Customer - Aging_Feb01 | ORC 074 | 686894 | 691243 | ORC 130 | 1146396 | 1151234 |
| Bucket Aging By Customer - Aging_Jan01 | ORC 074 | 691244 | 695095 | ORC 130 | 1151235 | 1154879 |
| Bucket Aging By Customer - Aging_Jul00 | ORC 074 | 695096 | 703279 | ORC 131 | 1154880 | 1163843 |
| Bucket Aging By Customer - Aging_Jun00 | ORC 074 | 703280 | 711635 | ORC 132 | 1163844 | 1175909 |
| Bucket Aging By Customer - Aging_Jun01 | ORC 074 | 711636 | 715905 | ORC 133 | 1175910 | 1183693 |
| Bucket Aging By Customer - Aging_Mar01 | ORC 074 | 715906 | 720769 | ORC 133 | 1183694 | 1189456 |
| Bucket Aging By Customer - Aging_May01 | ORC 074 | 720770 | 728137 | ORC 134 | 1189457 | 1198883 |
| Bucket Aging By Customer - Aging_Nov00 | ORC 074 | 728138 | 731767 | ORC 134 | 1198884 | 1208895 |
| Bucket Aging By Customer - Aging_Oct00 | ORC 074 | 731768 | 739153 | ORC 135 | 1208896 | 1214370 |
| Bucket Aging By Customer - Aging_Sep00 | ORC 074 | 739154 | 748193 | ORC 136 | 1214371 | 1224882 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 082

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 082 | 833573 | 833573 | ORC 136 | 1224883 | 1224883 |
| ORC 082 | 833574 | 833577 | ORC 136 | 1224884 | 1224887 |
| ORC 082 | 833578 | 833655 | ORC 136 | 1224888 | 1225133 |
| ORC 082 | 833656 | 833762 | ORC 136 | 1225134 | 1225363 |
| ORC 082 | 833763 | 833957 | ORC 136 | 1225364 | 1225699 |
| ORC 082 | 833958 | 833963 | ORC 136 | 1225700 | 1225712 |
| ORC 082 | 833964 | 834069 | ORC 136 | 1225713 | 1225938 |
| ORC 082 | 834070 | 834132 | ORC 136 | 1225939 | 1226090 |
| ORC 082 | 834133 | 834153 | ORC 136 | 1226091 | 1226119 |
| ORC 082 | 834154 | 834155 | ORC 136 | 1226120 | 1226129 |
| ORC 082 | 834156 | 834164 | ORC 136 | 1226130 | 1226155 |
| ORC 082 | 834165 | 834175 | ORC 136 | 1226156 | 1226184 |
| ORC 082 | 834176 | 834185 | ORC 136 | 1226185 | 1226208 |
| ORC 082 | 834186 | 834186 | ORC 136 | 1226209 | 1226209 |
| ORC 082 | 834187 | 834189 | ORC 136 | 1226210 | 1226215 |
| ORC 082 | 834190 | 834199 | ORC 136 | 1226216 | 1226241 |
| ORC 082 | 834200 | 834209 | ORC 136 | 1226242 | 1226268 |
| ORC 082 | 834210 | 834219 | ORC 136 | 1226269 | 1226295 |
| ORC 082 | 834220 | 834229 | ORC 136 | 1226296 | 1226321 |
| ORC 082 | 834230 | 834239 | ORC 136 | 1226322 | 1226341 |
| ORC 082 | 834240 | 834242 | ORC 136 | 1226342 | 1226346 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 082

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 082 | 834243 | 834248 | ORC 136 | 1226347 | 1226371 |
| ORC 082 | 834249 | 834257 | ORC 137 | 1226372 | 1226378 |
| ORC 082 | 834258 | 834263 | ORC 137 | 1226397 | 1226421 |
| ORC 082 | 834264 | 834272 | ORC 137 | 1226422 | 1226446 |
| ORC 082 | 834273 | 834288 | ORC 137 | 1226447 | 1226471 |
| ORC 082 | 834289 | 834308 | ORC 137 | 1226472 | 1226503 |
| ORC 082 | 834309 | 834344 | ORC 137 | 1226504 | 1226599 |
| ORC 082 | 834345 | 834357 | ORC 137 | 1226600 | 1226636 |
| ORC 082 | 834358 | 834371 | ORC 137 | 1226637 | 1223378 |
| ORC 082 | 834372 | 834385 | ORC 137 | 1226679 | 1226718 |
| ORC 082 | 834386 | 834392 | ORC 137 | 1226719 | 1226739 |
| ORC 082 | 834393 | 834398 | ORC 137 | 1226740 | 1226762 |
| ORC 082 | 834399 | 834406 | ORC 137 | 1226763 | 1226780 |
| ORC 082 | 834407 | 834408 | ORC 137 | 1226781 | 1226784 |
| ORC 082 | 834409 | 834444 | ORC 137 | 1226785 | 1226886 |
| ORC 082 | 834445 | 834501 | ORC 137 | 1226887 | 1227002 |
| ORC 082 | 834502 | 834552 | ORC 137 | 1227003 | 1227133 |
| ORC 082 | 834553 | 834663 | ORC 137 | 1227134 | 1227272 |
| ORC 082 | 834664 | 834664 | ORC 137 | 1227273 | 1227273 |
| ORC 082 | 834665 | 834666 | ORC 137 | 1227274 | 1227274 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 084

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 084 | 834668 | 834671 | 140 | 1251299 | 1251302 |
| ORC 084 | 834672 | 834681 | 140 | 1251303 | 1251323 |
| ORC 084 | 834682 | 834698 | 140 | 1251324 | 1251340 |
| ORC 084 | 834699 | 834700 | 140 | 1251341 | 1251342 |
| ORC 084 | 834701 | 834738 | 140 | 1251343 | 1251382 |
| ORC 084 | 834739 | 834768 | 140 | 1251383 | 1251396 |
| ORC 084 | 834769 | 834782 | 140 | 1251397 | 1251420 |
| ORC 084 | 834783 | 834811 | 140 | 1251421 | 1251429 |
| ORC 084 | 834812 | 834840 | 140 | 1251430 | 1251438 |
| ORC 084 | 834841 | 834854 | 140 | 1251439 | 1251451 |
| ORC 084 | 834855 | 834869 | 140 | 1251452 | 1251468 |
| ORC 084 | 834870 | 834881 | 140 | 1251469 | 1251488 |
| ORC 084 | 834882 | 834903 | 140 | 1251489 | 1251512 |
| ORC 084 | 834904 | 834918 | 140 | 1251513 | 1251521 |
| ORC 084 | 834919 | 834967 | 140 | 1251522 | 1251576 |
| ORC 084 | 834968 | 835010 | 140 | 1251577 | 1251631 |
| ORC 084 | 835011 | 835056 | 140 | 1251632 | 1251699 |
| ORC 084 | 835057 | 835107 | 140 | 1251700 | 1251774 |
| ORC 084 | 835108 | 835137 | 140 | 1251775 | 1251848 |
| ORC 084 | 835138 | 835143 | 140 | 1251849 | 1251872 |
| ORC 084 | 835144 | 835159 | 140 | 1251873 | 1251888 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 084

| Redacted | | | Unredacted . | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 084 | 835160 | 835175 | 140 | 1251889 | 1251938 |
| ORC 084 | 835176 | 835192 | 140 | 1251939 | 1252070 |
| ORC 084 | 835193 | 835340 | 140 | 1252071 | 1252356 |
| ORC 084 | 835341 | 835351 | 140 | 1252357 | 1252428 |
| ORC 084 | 835352 | 835352 | 140 | 1252429 | 1252432 |
| ORC 084 | 835353 | 835355 | 140 | 1252433 | 1252446 |
| ORC 084 | 835356 | 835366 | 140 | 1252447 | 1252464 |
| ORC 084 | 835367 | 835462 | 140 | 1252465 | 1252699 |
| ORC 084 | 835463 | 835465 | 140 | 1252700 | 1252707 |
| ORC 084 | 835466 | 835469 | 140 | 1252708 | 1252711 |
| ORC 084 | 835470 | 835475 | 140 | 1252712 | 1252718 |
| ORC 084 | 835476 | 835509 | 140 | 1252719 | 1252752 |
| ORC 084 | 835510 | 835543 | 140 | 1252753 | 1252786 |
| ORC 084 | 835544 | 835575 | 140 | 1252787 | 1252826 |
| ORC 084 | 835576 | 835608 | 140 | 1252827 | 1282866 |
| ORC 084 | 835609 | 835638 | 140 | 1252867 | 1252902 |
| ORC 084 | 835639 | 835763 | 140 | 1252903 | 1252944 |
| ORC 084 | 835764 | 835784 | 140 | 1252945 | 1252956 |
| ORC 084 | 835785 | 835807 | 140 | 1252957 | 1282969 |
| ORC 084 | 835808 | 835827 | 140 | 1252970 | 1252981 |
| ORC 084 | 835828 | 835848 | 140 | 1252982 | 1252993 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 084

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 084 | 835849 | 835870 | 140 | 1252994 | 1253005 |
| ORC 084 | 835871 | 835875 | 140 | 1253006 | 1253011 |
| ORC 084 | 835876 | 835878 | 140 | 1253012 | 1253014 |
| ORC 084 | 835879 | 835939 | 140 | 1253015 | 1253062 |
| ORC 084 | 835940 | 835945 | 140 | 1253063 | 1253077 |
| ORC 084 | 835946 | 835951 | 140 | 1253078 | 1253092 |
| ORC 084 | 835952 | 835993 | 140 | 1253093 | 1253176 |
| ORC 084 | 835994 | 836162 | 140 | 1253177 | 1253489 |
| ORC 084 | 836163 | 836187 | 140 | 1253490 | 1253515 |
| ORC 084 | 836188 | 836224 | 140 | 1253516 | 1253596 |
| ORC 084 | 836225 | 836261 | 140 | 1253597 | 1253677 |
| ORC 084 | 836262 | 836321 | 140 | 1253678 | 1253748 |
| ORC 084 | 836322 | 836360 | 140 | 1253749 | 1253851 |
| ORC 084 | 836361 | 836386 | 140 | 1253852 | 1253882 |
| ORC 084 | 836387 | 836407 | 140 | 1253883 | 1253908 |
| ORC 084 | 836408 | 836411 | 140 | 1253909 | 1253913 |
| ORC 084 | 836412 | 836415 | 140 | 1253914 | 1253918 |
| ORC 084 | 836416 | 836493 | 140 | 1253919 | 1254036 |
| ORC 084 | 836494 | 836569 | 141 | 1254037 | 1254152 |
| ORC 084 | 836570 | 836643 | 141 | 1254153 | 1254270 |
| ORC 084 | 836644 | 836649 | 141 | 1254271 | 1254296 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 084

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 084 | 836650 | 836664 | 141 | 1254297 | 1254351 |
| ORC 084 | 836665 | 836679 | 141 | 1254352 | 1254406 |
| ORC 084 | 836680 | 836719 | 141 | 1254407 | 1254472 |
| ORC 084 | 836720 | 836725 | 141 | 1254473 | 1254478 |
| ORC 084 | 836726 | 836733 | 141 | 1254479 | 1254485 |
| ORC 084 | 836734 | 836749 | 141 | 1254486 | 1254501 |
| ORC 084 | 836750 | 836753 | 141 | 1254502 | 1254508 |
| ORC 084 | 836754 | 836786 | 141 | 1254509 | 1254539 |
| ORC 084 | 836787 | 836808 | 141 | 1254540 | 1254561 |
| ORC 084 | 836809 | 836982 | 141 | 1254562 | 1254841 |
| ORC 084 | 836983 | 837097 | 141 | 1254842 | 1255038 |
| ORC 084 | 837098 | 838691 | 141 | 1255039 | 1256720 |
| ORC 084 | 838692 | 839670 | 141 | 1256721 | 1257847 |
| ORC 084 | 839671 | 840225 | 141 | 1257848 | 1258439 |
| ORC 084 | 840226 | 842101 | 141 | 1258440 | 1260318 |
| ORC 084 | 842102 | 843091 | 141 | 1260319 | 1262808 |
| ORC 084 | 843092 | 844448 | 141 | 1262809 | 1265050 |
| ORC 084 | 844449 | 848337 | 142 | 1265051 | 1271208 |
| ORC 084 | 848338 | 848745 | 142 | 1271209 | 1272400 |
| ORC 084 | 848746 | 848849 | 142 | 1272401 | 1272532 |
| ORC 084 | 848850 | 849206 | 142 | 1272533 | 1273402 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 084

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 084 | 849207 | 849482 | 142 | 1273403 | 1274210 |
| ORC 084 | 849483 | 849603 | 142 | 1274211 | 1274361 |
| ORC 084 | 849604 | 849731 | 142 | 1274362 | 1274512 |
| ORC 084 | 849732 | 851230 | 142 | 1274513 | 1275752 |
| ORC 084 | 851231 | 851340 | 142 | 1275753 | 1275962 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 085

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 085 | 851341 | 855020 | ORC 143 | 1275963 | 1278030 |
| ORC 085 | 855021 | 857672 | ORC 143 | 1278031 | 1290032 |
| ORC 085 | 857673 | 858040 | ORC 144 | 1290033 | 1290582 |
| ORC 085 | 858041 | 859306 | ORC 144 | 1290583 | 1294596 |
| ORC 085 | 859307 | 862269 | ORC 144 | 1294597 | 1298120 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 086

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 086 | 862270 | 863631 | 145 | 1298121 | 1300256 |
| ORC 086 | 863632 | 863919 | 145 | 1300257 | 1300729 |
| ORC 086 | 863920 | 864178 | 145 | 1300730 | 130312 |
| ORC 086 | 864179 | 864449 | 145 | 1301313 | 1301926 |
| ORC 086 | 864450 | 867773 | 146 | 1601927 | 1306304 |
| ORC 086 | 867774 | 867912 | 146 | 1306305 | 1306455 |
| ORC 086 | 867913 | 872384 | 146 | 1603456 | 1312351 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 087

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | Start Bates | Production Volume | Start Bates | End Bates |
| ORC 087 | 872385 | 874342 | ORC 147 | 1312352 | 1313670 |
| ORC 087 | 874343 | 874399 | ORC 147 | 1313671 | 1313854 |
| ORC 087 | 874400 | 874736 | ORC 147 | 1313855 | 1314944 |
| ORC 087 | 874737 | 874905 | ORC 147 | 1314945 | 1315111 |
| ORC 087 | 874906 | 874968 | ORC 147 | 1315112 | 1315315 |
| ORC 087 | 874969 | 875865 | ORC 147 | 1315316 | 1316147 |
| ORC 087 | 875866 | 876113 | ORC 147 | 1316148 | 1316453 |
| ORC 087 | 876114 | 876377 | ORC 147 | 1316454 | 1316759 |
| ORC 087 | 876378 | 877178 | ORC 147 | 1316760 | 1318135 |
| ORC 087 | 877179 | 878164 | ORC 148 | 1318136 | 1319521 |
| ORC 087 | 878165 | 882920 | ORC 148 | 1319522 | 1326520 |
| ORC 087 | 882921 | 883051 | ORC 149 | 1326521 | 1326612 |
| ORC 087 | 883052 | 883667 | ORC 149 | 1326613 | 1328053 |
| ORC 087 | 883668 | 885179 | ORC 149 | 1328054 | 1329422 |
| ORC 087 | 885180 | 885482 | ORC 149 | 1329423 | 1329827 |
| ORC 087 | 885483 | 887659 | ORC 149 | 1329828 | 1331706 |
| ORC 087 | 887660 | 887660 | ORC 149 | 1331707 | 1332906 |
| ORC 087 | 887661 | 887768 | ORC 149 | 1332907 | 1333006 |
| ORC 087 | 887769 | 888151 | ORC 149 | 1333007 | 1333413 |
| ORC 087 | 888152 | 888491 | ORC 149 | 1333414 | 1333820 |
| ORC 087 | 888492 | 889394 | ORC 149 | 1333821 | 1334815 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 087

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | Start Bates | Production Volume | Start Bates | End Bates |
| ORC 087 | 889395 | 889399 | ORC 149 | 1334816 | 1334820 |
| ORC 087 | 889400 | 890412 | ORC 150 | 1334821 | 1335949 |
| ORC 087 | 890413 | 890547 | ORC 150 | 1335950 | 1336097 |
| ORC 087 | 890548 | 890670 | ORC 150 | 1336098 | 1336315 |
| ORC 087 | 890671 | 890671 | ORC 150 | 1336316 | 1338175 |
| ORC 087 | 890672 | 891265 | ORC 150 | 1338176 | 1339344 |
| ORC 087 | 891266 | 893053 | ORC 150 | 1339345 | 1342203 |
| ORC 087 | 893054 | 893105 | ORC 150 | 1342204 | 1342357 |
| ORC 087 | 893106 | 893228 | ORC 150 | 1342358 | 1342575 |
| ORC 087 | 893229 | 893990 | ORC 150 | 1342576 | 1343417 |
| ORC 087 | 893991 | 895202 | ORC 150 | 1343418 | 1344711 |
| ORC 087 | 895203 | 895510 | ORC 150 | 1344712 | 1345677 |
| ORC 087 | 895511 | 895901 | ORC 151 | 1345678 | 1351707 |
| ORC 087 | 895902 | 898237 | ORC 151 | 1351708 | 1362141 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 088

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 088 | 898238 | 898429 | ORC 151 | 1362142 | 1362297 |
| ORC 088 | 898430 | 898636 | ORC 151 | 1362298 | 1362515 |
| ORC 088 | 898637 | 898637 | ORC 151 | 1362516 | 1364386 |
| ORC 088 | 898638 | 898638 | ORC 152 | 1364387 | 1366266 |
| ORC 088 | 898639 | 898972 | ORC 152 | 1366267 | 1366514 |
| ORC 088 | 898973 | 899038 | ORC 152 | 1366515 | 1366588 |
| ORC 088 | 899039 | 899103 | ORC 152 | 1366589 | 1366662 |
| ORC 088 | 899104 | 899207 | ORC 152 | 1366663 | 1366842 |
| ORC 088 | 899208 | 899311 | ORC 152 | 1366843 | 1367022 |
| ORC 088 | 899312 | 899431 | ORC 152 | 1367023 | 1367560 |
| ORC 088 | 899432 | 899720 | ORC 152 | 1367561 | 1369108 |
| ORC 088 | 899721 | 900657 | ORC 152 | 1369109 | 1384368 |
| ORC 088 | 900658 | 900784 | ORC 153 | 1384369 | 1385040 |
| ORC 088 | 900785 | 901720 | ORC 153 | 1385041 | 1385042 |
| ORC 088 | 901721 | 902622 | ORC 153 | 1385043 | 1386924 |
| ORC 088 | 902623 | 902626 | ORC 153 | 1386925 | 1386929 |
| ORC 088 | 902627 | 902908 | ORC 153 | 1386930 | 1387284 |
| ORC 088 | 902909 | 903248 | ORC 153 | 1387285 | 1387639 |
| ORC 088 | 903249 | 903558 | ORC 153 | 1387640 | 1388128 |
| ORC 088 | 903559 | 903873 | ORC 153 | 1388129 | 1388620 |
| ORC 088 | 903874 | 903885 | ORC 153 | 1388621 | 1388636 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 088

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 088 | 903886 | 903897 | ORC 153 | 1388637 | 1388652 |
| ORC 088 | 903898 | 904749 | ORC 153 | 1388653 | 1390388 |
| ORC 088 | 904750 | 906581 | ORC 153 | 1390389 | 1393202 |
| ORC 088 | 906582 | 907569 | ORC 154 | 1393203 | 1393559 |
| ORC 088 | 907570 | 908471 | ORC 154 | 1393560 | 1395441 |
| ORC 088 | 908472 | 908723 | ORC 154 | 1395442 | 1395965 |
| ORC 088 | 908724 | 909092 | ORC 154 | 1395966 | 1396622 |
| ORC 088 | 909093 | 909290 | ORC 154 | 1396623 | 1397118 |
| ORC 088 | 909291 | 910399 | ORC 154 | 1397119 | 1399234 |
| ORC 088 | 910400 | 911542 | ORC 155 | 1399235 | 1401718 |
| ORC 088 | 911543 | 912643 | ORC 155 | 1401719 | 1404205 |
| ORC 088 | 912644 | 912811 | ORC 155 | 1404206 | 1404779 |
| ORC 088 | 912812 | 912955 | ORC 155 | 1404780 | 1405354 |
| ORC 088 | 912956 | 914047 | ORC 155 | 1405355 | 1407940 |
| ORC 088 | 914048 | 915205 | ORC 155 | 1407941 | 1410523 |
| ORC 088 | 915206 | 917310 | ORC 156 | 1410524 | 1415108 |
| ORC 088 | 917311 | 919393 | ORC 157 | 1415109 | 1419501 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 089

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 089 | 919394 | 919671 | ORC 158 | 1419502 | 1420984 |
| ORC 089 | 919672 | 919809 | ORC 158 | 1420985 | 1421558 |
| ORC 089 | 919810 | 919948 | ORC 158 | 1421559 | 1422141 |
| ORC 089 | 919949 | 921769 | ORC 159 | 1422142 | 1425591 |
| ORC 089 | 921770 | 924202 | ORC 159 | 1425592 | 1430449 |
| ORC 089 | 924203 | 926138 | ORC 160 | 1430450 | 1433215 |
| ORC 089 | 926139 | 928882 | ORC 160 | 1433216 | 1436048 |
| ORC 089 | 928883 | 931126 | ORC 160 | 1436049 | 1438808 |
| ORC 089 | 931127 | 931972 | ORC 160 | 1438809 | 1439980 |
| ORC 089 | 931973 | 933098 | ORC 161 | 1439981 | 1442142 |
| ORC 089 | 933099 | 933327 | ORC 161 | 1442143 | 1442289 |
| ORC 089 | 933328 | 936339 | ORC 162 | 1442290 | 1446772 |
| ORC 089 | 936340 | 936688 | ORC 162 | 1446773 | 1447259 |
| ORC 089 | 936689 | 937035 | ORC 162 | 1447260 | 1447746 |
| ORC 089 | 937036 | 939231 | ORC 163 | 1447747 | 1454134 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 090

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 90 | 939232 | 941111 | ORC 163 | 1454135 | 1456765 |
| ORC 90 | 941112 | 942895 | ORC 163 | 1456766 | 1459396 |
| ORC 90 | 942896 | 942964 | ORC 164 | 1459397 | 1459474 |
| ORC 90 | 942965 | 944114 | ORC 164 | 1459475 | 1461635 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 091

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 091 | 944115 | 945850 | ORC 164 | 1461636 | 1462374 |
| ORC 091 | 945851 | 946699 | ORC 164 | 1462375 | 1462932 |
| ORC 091 | 946700 | 950816 | ORC 164 | 1462933 | 1464392 |
| ORC 091 | 950817 | 952528 | ORC 164 | 1464393 | 1464958 |
| ORC 091 | 952529 | 956636 | ORC 165 | 1464959 | 1466414 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 092

| Redacted | | | Unredacted | | |
|---|---|---|---|---|---|
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 092 | 956637 | 956718 | ORC 165 | 1466415 | 1466493 |
| ORC 092 | 956719 | 956846 | ORC 165 | 1466494 | 1466536 |
| ORC 092 | 956847 | 957159 | ORC 165 | 1466537 | 1466644 |
| ORC 092 | 957160 | 957559 | ORC 165 | 1466645 | 1466754 |
| ORC 092 | 957560 | 961764 | ORC 165 | 1466755 | 1468244 |
| ORC 092 | 961765 | 968240 | ORC 165 | 1468245 | 1471835 |
| ORC 092 | 968241 | 968684 | ORC 165 | 1471836 | 1472036 |
| ORC 092 | 968685 | 968821 | ORC 165 | 1472037 | 1472094 |
| ORC 092 | 968822 | 969821 | ORC 165 | 1472095 | 1472548 |
| ORC 092 | 969822 | 971460 | ORC 165 | 1472549 | 1472680 |

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ

ORC 118

| Subject/Title | Redacted | | | Unredacted | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| Reversed Receipts Report_Cash Receipts | 118 | 1125404 | 1125437 | ORC 137 | 1227275 | 1227311 |
| Reversed Receipts Report_Misc. Receipts | 118 | 1125438 | 1125472 | ORC 137 | 1227312 | 1227325 |

| Date Rec | Check Number | Customer | Cust # | Check Amt. | Bank | Days Old | Collector | Notes |
|---|---|---|---|---|---|---|---|---|
| | 125413 | AALBORG INDUSTRIES | | 726962 | .35.45 HB | | 67 | JBRADFO | PA/CNY.24%.3000346667 cm on |
| 10-May-00 | 125431 | ACOSTA INC | | 160195 | 104.26 HB | | 17 | JEBRADFO | PA/CNY/687/3 27697 CM 6098982 |
| 5-Sep-00 | 12102 | AEROPLEX UTMC | | 160195 | 64.42 HB | | 39 | KDOMENEV | DUP PAY - INV 1324918 |
| 7-Feb-00 | 121620 | ALCATEL USA CORPORATION | | 408435 | 91.63 HB | | 11 | JBUCHER | CM INV#1342490 |
| 9-Feb-00 | 140569 | ALL TEL INFORMATION SERVICES | | 153274 | 1.40 | | | | |
| 8-Mar-00 | 608654 | BARNES & NOBLE | | 219687 | 1,264.00 HB | | 1 | JBADOVIN | |
| 20-Jun-00 | 2875635 | BLUE CROSS BLUE SHIELD OF | | 40495 | 664.39 HB | | 22 | JBADOVIN | RESERVE/ UBU/0865 apply to |
| 25-May-00 | 298178 | BRYANT COLLEGE | | 244101 | 8.60 HB | | 66 | JBUCHER | SUP/0967 INV#A0036550 |
| 10-Oct-00 | 127578 | C88I | | 4348 | 905.22 HB | | 91 | JBUCHER | EDU/ CM ON INV#E1391169+1 |
| 25-May-00 | 691 | CERTIFIED COMPUTER | | 33293 | 1 HB | | 94 | JBUCHER | EDU/ |
| 1-Mar-00 | 14710 | CGI | | 57817 | 278.5 HB | | 1 | JBADOVIN | OVERPAID INV#1303801 |
| 70-Apr-00 | 1066445 | CITY OF HOUSTON | | 253074 | 717.5 HB | | 67 | MAANDERS | LIC/J09 ALLIANCE CUST RETURN |
| 24-Jul-00 | 29287 | CMS ENERGY CORPORATION | | 675137 | 154 HB | | 162 | MAANDERS | EDU/ CM INV#1281627 |
| 24-May-00 | 1/269 | COMMUNICATIONS INFORMATION | | 22059 | 549.75 HB | | 90 | JBUCHER | EDU/ Per Doug Vance the is so |
| 4-Aug-00 | 14309 | COMPAQ COMPUTER CORPORATION | | 477981 | 200 HB | | 67 | JBUCHER | F DU/ CM #7101538 FOR INV |
| 14-Feb-00 | 472659 | COMPAQ COMPUTER CORPORATION | | 240136 | 19,406.61 HB | | 68 | JBUCHER | ROY/ ROYALTY REPORT - FAX TO |
| 17-Aug-00 | 11737 | CREDENCE AUTOMATION SYSTEMS | | 51709 | 500 HB | | 219 | JBUCHER | ROY/ ROYALTY FOR OCT - DEC 99 |
| 28-Jul-00 | 3040570 | CSG | | 6022 | 43.88 HB | | 87 | OFARDANE | F DU/ REMAIN BAL IS OUP PAY - |
| 21-Dec-99 | 4872 | DCC | | 751669 | 43.88 HB | | 177 | JBADOVIN | PA/CNY/C4513-20862/CM#6084498 |
| 25-Aug-00 | 65516 | DEFENSE FINANCE & ACCOUNTING | | 624479 | 627.59 HB | | 78 | JBUCHER | EDU/ CM INV #1320024 |
| 18-Jan-00 | 15278 | DEVELOPMENT ALTERNATIVES INC | | 238193 | 160.8 HB | | 98 | SYCHANNE | EDU/ cm inv#1312428 per-mana |
| 28-Aug-00 | 119694 | DIGHT PHOTOMASK INC | | 204866 | 44.694.00 HB | | 255 | RROBERTS | PAI/BGC/84/3 24374 // CM |
| 24-Jul-00 | 6822 | EL PASO COUNTY | | 20182 | 271.71 HB | | 70 | JEBRADFO | PAI/UF/DP85/300040310 REMAIN |
| 5-Sep-00 | 15278 | FEDERAL LIAISON SERVICES | | 257608 | 28,822.05 HB | | 219 | CSETTELM | PA/T/AZ/M42/3-12534 & 3-J3399 |
| 6-Oct-00 | 657124 | FORT JAMES CORPORATION | | 18711 | 108.24 HB | | 67 | JBUCHER | E DU/ No remit mfo. AP # |
| 3-Jun-00 | 665594 | FORT JAMES CORPORATION | | 217965 | 937.57 HB | | 67 | OFARDANE | E DU/ No remit mfo, AP # |
| 12-Apr-00 | 53098 | HAMILTON COUNTY | | 324188 | 24.4 HB | | 1 | JEBRADFO | PA/CNX/M59/300023968 CM |
| 5-Jun-00 | 181642 | HAMILTON COUNTY | | 210719 | 98.73 HB | | 18 | JEBRADFO | PA/CNX CM INV#8107616 |
| 30-May-00 | 978203 | INDIANA UNIV | | 210719 | 44,088.00 HB | | 159 | JDSPENCE | |
| 7-Aug-00 | 127229 | INDUSTRIAL BANK OF JAPAN | | 15281 | 10,815.00 HB | | 205 | JDSPENCE | |
| 25-Sep-00 | 1097 | IRONMAX.COM | | 15291 | 16 HB | | 89 | JDELUZUR | EDU/ CM - INV 1281079 |
| 25-Sep-00 | 701936 | JCPENNEY LIFE INSURANCE | | 675237 | 13,923.20 HB | | 43 | PJANAKES | Reserve PA/N8/A/861/3.27144 |
| 24-Aug-00 | 1011709 | KELLY SERVICES | | 253984 | 631.4 HB | | 88 | KYCHANG | PA/CNX/C2B/3.34820//REMAIN BAL |
| 1-Sep-00 | 2016013 | LOGICIAN INC | | 2494 | 48.38 HB | | 39 | KDOMENEV | NRI - PLANO, TX |
| 26-Feb-00 | 53982 | LUMBER MUTUAL INSURANCE | | 683938 | 154.4 HB | | 84 | CSETTELM | PA/O8/M44/3 18023/OVERPAID |
| 11-Feb-00 | 61211 | MAGNETEK INC | | 106733 | 638.1 HB | | 71 | KYCHANG | PA/CNY/M54/3.4180//REMAIN BAL |
| 10-Oct-00 | 729358 | MANTECH SYSTEMS ENGINEERING | | 217301 | 115.01 HB | | 63 | JBUCHER | SUP/ 0312 UNC CM - INV 1227757 |
| 23-Jun-00 | 14310B | MLT VACATIONS | | 294558 | 1,920.00 HB | | 119 | JBADOVIN | RESERVE// NO REMIT |
| 7-Aug-00 | 13895 | MODERN BUSINESS TECHNOLOGY | | 206158 | 479.65 HB | | 169 | DTEJEDA | PA/UB/C/84 invoice 6091004 |
| 2-Oct-00 | 7037 | NETFORENSICS.COM | | 246180 | 43.2 HB | | 4 | JBADOVIN | OVERPAID INV#8016518 |
| 11-Jun-00 | 1699127 | NETPULSE COMMUNICATIONS INC | | 253487 | 611.45 HB | | 133 | KWAGAMAN | RESERVE/SUP/REMAINING BAL |
| 3-Jul-00 | 82227899 | NEW YORK STATE | | 779421 | 47.48 HB | | 88 | SSPEARS | ROY/ DUP PAY - INV'S 1308731, |
| 11-Aug-00 | 86039442 | NEW YORK STATE EDUCATION | | 719698 | 2,000.00 HB | | 11 | DABAUER | NO FURTHER REMIT INFO - |
| 4-Aug-00 | 1308 | NEXTLINK | | 219698 | 470.45 HB | | 29 | JBUCHER | RESERVE/PA/CNY/H79 CM 6075195 |
| 26-Jun-00 | 209672 | NORTH CAROLINA A&T STATE | | 280682 | 351.37 HB | | 84 | OFARDANE | SUP/ OVERPAYMENT OF INV |
| 1-May-00 | 2277384 | NOVARTIS PHARMACEUTICAL | | 498443 | 196.89 HB | | 73 | PJANAKES | SUP/ DUP PAY - INV 40025683 |
| 12-Jun-00 | 19680 | ONLINE TECHNOLOGIES | | 877507 | 644.75 HB | | 130 | SYCHANNE | PA/CNY/C32/3-44507 |
| 30-Oct-00 | 1624 | OPTIMUM COMPUTING RESOURCES | | 273852 | 123.98 HB | | 74 | OFARDANE | CM INV#1289785 |
| 24-Apr-00 | 20493 | PEACE CORPS | | 595883 | 405.6 HB | | 73 | OFARDANE | EDU/ |
| 28-Feb-00 | 511315 | PINELLAS COUNTY | | 554318 | 0.04 HB | | 76 | JBADOVIN | SUP/FOR GSR 466748 - SENT |
| 31-Oct-00 | 15663 | ROSS GROUP INC | | 189 | 296.3 HB | | 67 | SYCHANNE | SUP/ OVER PAYMENT INV |
| 27-Apr-00 | 2822349 | SCHLUMBERGER GEOQUEST | | 237943 | 9.59 HB | | 3 | DTEJEDA | PA/UB/K/28/3 38159 CREDIT MEMO |
| 26-Jun-00 | 2602685 | SCHLUMBERGER GEOQUEST | | 218998 | 16.48 HB | | 3 | JBADOVIN | OVERPAID INV#4000622J3 |
| 31-Mar-00 | 12 | STATE OF ILLINOIS | | 254323 | 549.75 HB | | 119 | JBUCHER | EDU/ CM INV#126580/PER PAUL |
| 27-May-00 | 12 | STATE OF ILLINOIS | | 26080 | 549.75 HB | | 119 | JBUCHER | EDU/ CM Inv#B1301443+1 |
| 6-Mar-00 | 20048278 | STATE OF NORTH CAROLINA | | 26080 | 1.76.81 HB | | 88 | JBUCHER | EDU/ 1296348 & E1353507-1 |
| 25-Sep-00 | 14658 | TELDATA | | 1308 | 2,350.00 HB | | 98 | JBUCHER | EDU/ E1344168+1 |
| 17-Jun-00 | 2722298 | TEXACO INC | | 624119 | 94.99 HB | | 29 | JBADOVIN | RESERVE/SUP//0885TO COVER CSI# |
| 5-Jun-00 | 155348 | UNITED PARCEL SERVICE | | 5229 | 7,900.70 HB | | 39 | KDOMENEV | cust ret cm - inv 1286568 |
| 30-Jun-00 | 1235421 | UNITED PARCEL SERVICE | | 8433 | 23,272.85 HB | | 64 | PJANAKES | Reserve SUP// No Rem Info/SUP |
| 1-Sep-00 | 620621B | UNOCAL CORPORATION | | 8433 | 987.84 HB | | 387 | NMENON | LIC/UBA/EDU/ CM INV E1261947-1 |
| 12-Oct-00 | 621525B | UNOCAL CORPORATION | | 218787 | 165.3 HB | | 77 | JBUCHER | PA/CNY/887-COMMERCIAL |
| 1-Sep-00 | 3531 | VSOFT CORPORATION | | 218787 | 24.8 HB | | 331 | CMCHANG | |
| | | | | 240535 | 980 HB | | 241 | CMCHANG | PA/CNY/734/3-25322 |

| Date Rec | Check Number | Customer | Cust # | Check Amt. | Bank | Days Old | Collector | Notes |
|---|---|---|---|---|---|---|---|---|
| 22-Aug-00 | 2.3345 | AGILE SOFTWARE CORPORATION | | 224688 | 3.1 WF | | 63 | JBUCHER | ROY/ FAX TO GIGI |
| 6-Jun-00 | 763485 | AGILENT TECHNOLOGIES | | 729523 | 5,782.11 WF | | 9 | OFARDANE | LIC/GEM per customer and sales |
| 9-Aug-00 | 689954 | ALCATEL | | 666570 | 400 WF | | 13 | JBADOVIN | Reserve/ SUP/ CUST# (719) |
| 3-Sep-00 | 1307 | ALLEGHENY COUNTY DISTRICT | | 805832 | 53.45 WF | | 43 | JBADOVIN | NO FURTHER REMIT INFO - PA/ |
| 30-Aug-00 | 771111 | AMERICAN GEOPHYSICAL UNION | | 259477 | 634.5 WF | | 28 | JDELUZUR | #221359 only mfo |
| 4/10/018 | 4110818 | APPLIED BUSINESS | | 40128 | 3.05 WF | | 61 | MEMORALE | EDU/ MOVE TO 25005 |
| 28-Sep-00 | 4948918 | AT&T WIRELESS SERVICES | | 49435 | 530.8 WF | | 9 | OFARDANE | LIC/GEI INVOICE 1225750 PAID |
| 10-Oct-00 | 17535 | BASE | | 121274 | 27.84 WF | | 3 | JDELUZUR | EDU/ |
| 23-Aug-00 | 66822 | BLACKBAUD | | 640851 | 1,000.00 WF | | 38 | JDELUZUR | only mfo #10165030 |
| 5-Jun-00 | 67581 | BLOOMSBURG UNIV | | 214864 | 192 WF | | 24 | MAANDERS | Reserve/ No open or closed |
| 13-Sep-00 | 125632 | BOEING INFORMATION & SUPPORT | | 1018103 | 230 WF | | 72 | JBUCHER | ROY/ fax to Gigi |
| 17-Mar-00 | 130325 | BOEING INFORMATION & SUPPORT | | 147 | 38,071.01 WF | | 72 | JBUCHER | EDU/ OVER PAYMENT INV |
| 17-Jul-00 | 5178964 | BOEING INFORMATION & SUPPORT | | 147 | 55,663.82 WF | | 218 | JBUCHER | PA/N8L/A78/3.24271 3.28529h |
| 25-Feb-00 | 3007988 | CABLE & WIRELESS | | 147 | 400 WF | | 67 | MAANDERS | PA/GEG/93/3.30357 CM |
| 21-Aug-00 | 420 | CALIFORNIA DEPT OF WATER | | 728094 | 0.02 WF | | 67 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 25-Oct-00 | 11 | CALIFORNIA ENVIRONMENTAL | | 18123 | 455.72 WF | | 51 | CMCHANG | NRI - PHONE (703) 790-5300 |
| 31-May-00 | 689200 | CARLSON COMPANIES INC | | 217366 | 575 WF | | 11 | DDEROSS | EDU/ OVERPAYMENT E1354642-1 |
| 28-Feb-00 | 10000092 | CENDANT CORPORATION | | 146848 | 46.21 WF | | 74 | JBUCHER | EDU/ Overpayment ref |
| 14-Aug-00 | 429285 | CENTRAL WASHINGTON UNIV | | 549944 | 196.64 WF | | 8 | JBADOVIN | OVERPAID INV#1342916 |
| 4-Aug-00 | 177961 | CHATANOOGA COUNTY GOVERNMENT | | 4240 | 282.5 WF | | 70 | VVAZQUEZ | PA/CNX/M59/ |
| 21-Aug-00 | 5149777 | CHILD & FAMILY SERVICES | | 801944 | 575 WF | | 90 | DDEROSS | EDU/ |
| 8-May-00 | 334633 | CITY OF FRESNO | | 560644 | 792.25 WF | | 75 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 24-Aug-00 | 19938 | CITY OF LOS ANGELES | | 215749 | 513.42 WF | | 88 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 3-Dec-99 | 1635782 | CITY OF PHILADELPHIA | | 5227 | 465 WF | | 73 | JBUCHER | EDU/ No Remit Info, Fresno, CA |
| 5-May-00 | 100478 | CITY OF SALEM MARION COUNTY | | 27027 | 291.94 WF | | 90 | PJANAKES | EDU/ OVER PAYMENT INV |
| 1-Oct-00 | 304542 | CITY OF SPOKANE | | 27028 | 599.29 WF | | 1 | DABAUER | LIC/OGV-OSI |
| 5-Mar-00 | 13610 | COMMUNICATION INTELLIGENCE | | 212789 | 160 WF | | 117 | JBUCHER | PA/UBK/117/3-12032 All |
| 13-Jul-00 | 186582 | COMPAQ COMPUTER CORPORATION | | 215982 | 221.42 WF | | 48 | JBUCHER | EDU/ 1454 based on admin |
| 15-May-00 | 5510337 | CONTINENTAL AIRLINES | | 6022 | 128.8 WF | | 23 | MAANDERS | RESERVE/ c/s attn 'jeana graves |
| 5-Oct-00 | 13 | DEFENSE FINANCE & ACCOUNTING | | 208471 | 1,603 WF | | 71 | JBADOVIN | LIC/105 /s deposited in error |
| 4-Apr-00 | ACH 10/15/09 | DELL | | 208480 | 1,923.69 WF | | 48 | PJANAKES | Reserve/EDU/ OVER PAYMENT INV |
| 24-Apr-00 | ACH 08/03/00 | DEPT OF THE NAVY | | 732318 | 10,665.00 WF | | 18 | RROBERTS | PA/CNX/34.. /applied to invoice |
| 22-Jun-00 | ACH 08/09/00 | DEPT OF THE NAVY | | 224969 | 98 WF | | 213 | JBUCHER | ROY/ /30/0900. FAXED TO GIGI |
| 24-Apr-00 | 8402 | DEVRY INC. | | 224969 | 413.3 WF | | 85 | DLANDSAW | PA/UB/CC/84/30035061 |
| 23-Jun-00 | 255487 | DIALOGIC CORPORATION | | 171229 | 600 WF | | 75 | MAANDERS | PA/UB/C/8M/30003768B |
| 23-May-00 | 4110 | DIVERSIFIED COMPUTER | | 17247 | 605 WF | | 75 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 22-Mar-00 | 88398 | DLJ | | 326287 | 160.8 WF | | 71 | JALDRIDO | EDU/ OVERPAY E1384073-1 |
| 31-Oct-00 | 1310075 | DYNCORP | | 5343 | 40 WF | | 4 | JDELUZUR | 1981 COLLECTOR WORKING |
| | 3.4975 | EASTERN VIRGINIA MEDICAL | | 967953 | 471.21 WF | | 46 | DDEROSS | EDU/ |
| | | | | 234864 | .345 .WF | | 47 | MAANDERS | EDU/ NO FURTHER REMIT .NFO - |

| Date | Entry | Ref | Amount |
|---|---|---|---|
| 26-Aug-00 | 46 ECI-TELECOM INC | 457435 | .700 WF |
| 8-Aug-00 | ACH 08/08/00 ENVERA CORPORATION | 756110 | .96 WF |
| 22-Aug-00 | 4005168 FAIRCHILD SEMICONDUCTOR | 270078 | 600 WF |
| 2-Jun-00 | 129142 FIDUCIARY TRUST CO | h49551 | 600 WF |
| 22-Aug-00 | 223421 GALE GROUP | 162295 | 700 WF |
| 24-Apr-00 | 11440 GLOBAL ONE COMMUNICATIONS | 452295 | 700 WF |
| 4-Aug-00 | ACH 08/04/00 GOVERNMENT SERVICES | 208201 | 020 WF |
| 22-Aug-00 | 6127 GRANITE SYSTEMS RESEARCH | 37508 | 988 WF |
| 23-May-00 | 1017056 HIGHMARK BLUE CROSS & BLUE | 230225 | 500 WF |
| 7-Jun-00 | 1019472 HIGHMARK BLUE CROSS & BLUE | 231277 | 400 WF |
| 6-Aug-00 | 5023803 HP CREDIT UNION | 711277 | 400 WF |
| 28-Aug-00 | 1748 IBC INTERNATIONAL LLC | 166500 | 360 WF |
| 22-Jun-00 | 3047 INTERNETAGIT | 495793 | 119.7 WF |
| 18-Aug-98 | 377883 INTEROME MARKETING GROUP | 719258 | 700 WF |
| 5-Apr-00 | 15998 JANUS CAPITAL CORPORATION | 715753 | 79,311.63 WF |
| 17-Aug-00 | 1015842 LAM RESEARCH | 44520 | 441.2 WF |
| 22-Aug-00 | 759625 LINCOLN LABORATORIES | 212048 | 279 08 WF |
| 23-Mar-00 | 162590 MCHUGH SOFTWARE | 48193 | 400 WF |
| 9-Jun-00 | 7236 MICHAEL BAKER JR INC | 318942 | 68,012.68 WF |
| 10-Oct-00 | 19847 NEAR NORTH INSURANCE | 27282 | 242.5 WF |
| 18-Aug-00 | 92809 NETOPIA INC | 256128 | 47 WF |
| 20-Sep-00 | WIRE 09/20/00 NEW YORK STATE DEPT OF LAW | 760907 | 181.5 WF |
| 11-Mar-98 | 244419 NEXTEL | 37385 | 2.9 WF |
| 25-May-00 | | 242352 | 2 200 00 WF |
| 1-Sep-00 | 2693# OPEN MARKET INC | 129038 | 1,999.00 WF |
| 10-Mar-00 | 14515 ORACLE CORPORATION | 10048 | 128.8 WF |
| 7-Aug-00 | 25048 ORACLE CORPORATION | 10048 | 3,874.93 WF |
| 8-Aug-00 | ACH 08/08/00 ORACLE CORPORATION | 10048 | 985 WF |
| 8-Aug-00 | ACH 08/08/00 ORACLE CORPORATION | 10048 | 641.33 WF |
| 28-Aug-00 | ACH 08/28/00 ORACLE CORPORATION | 10048 | 388.74 WF |
| 28-Aug-00 | ACH 08/28/00 ORACLE CORPORATION | 10048 | 480.75 WF |
| 7-Aug-00 | WIRE 08/04/00 ORACLE CORPORATION | 10048 | 58 24 WF |
| 9-Aug-00 | WIRE 08/07/00 ORACLE CORPORATION | 10048 | 157.62 WF |
| 10-Aug-00 | WIRE 08/07/00 ORACLE CORPORATION | 10048 | 265.54 WF |
| 11-Aug-00 | WIRE 09/09/00 ORACLE CORPORATION | 19048 | 475.57 WF |
| 14-Aug-00 | WIRE 08/10/00 ORACLE CORPORATION | 10048 | 209.98 WF |
| 14-Aug-00 | WIRE 08/11/00 ORACLE CORPORATION | 10048 | 324.35 WF |
| 14-Aug-00 | WIRE 08/14/00 ORACLE CORPORATION | 10048 | 560.42 WF |
| 15-Aug-00 | WIRE 08/14/00 ORACLE CORPORATION | 10048 | 545.01 WF |
| 16-Aug-00 | WIRE 08/14/00 ORACLE CORPORATION | 10048 | 127.38 WF |
| 17-Aug-00 | WIRE 08/15/00 ORACLE CORPORATION | 10046 | 587.12 WF |
| 21-Aug-00 | WIRE 08/15/00 ORACLE CORPORATION | 10048 | 154.78 WF |
| 21-Aug-00 | WIRE 08/16/00 ORACLE CORPORATION | 10048 | 679.99 WF |
| 22-Aug-00 | WIRE 08/16/00 ORACLE CORPORATION | 10048 | 329.78 WF |
| 23-Aug-00 | WIRE 08/17/00 ORACLE CORPORATION | 10048 | 628.61 WF |
| 23-Aug-00 | WIRE 08/21/00 ORACLE CORPORATION | 10048 | 839.59 WF |
| 24-Aug-00 | WIRE 08/21/00 ORACLE CORPORATION | 10048 | 473.28 WF |
| 25-Aug-00 | WIRE 08/22/00 ORACLE CORPORATION | 10048 | 108.24 WF |
| 29-Aug-00 | WIRE 08/23/00 ORACLE CORPORATION | 10048 | 994.72 WF |
| 29-Aug-00 | WIRE 08/23/00 ORACLE CORPORATION | 10048 | 447.74 WF |
| 30-Aug-00 | WIRE 08/24/00 ORACLE CORPORATION | 10048 | 686.09 WF |
| 19-Sep-00 | WIRE 08/25/00 ORACLE CORPORATION | 10048 | 472.18 WF |
| | WIRE 08/29/00 ORACLE CORPORATION | 10048 | 518.3 WF |
| | WIRE 08/29/00 ORACLE CORPORATION | 10048 | 260.58 WF |
| | WIRE 08/30/00 ORACLE CORPORATION | 10048 | 419 WF |
| | WIRE 09/19/00 ORACLE CORPORATION | 10048 | 740.48 WF |
| 24-Jan-00 | 1470 PARKE DAVIS PHARMACEUTICAL | 36815 | 1,005.66 WF |
| 7-Aug-00 | 547508 PEARSON INC | | 210 WF |
| 23-May-00 | 1167124 PRICEWATERHOUSE COOPERS | 463909 | 876.8 WF |
| 21-Jul-00 | J907810 PROTEL INC | 608908 | 156.85 WF |
| 8-May-00 | 46285 PURDUE FREDERICK | 1021267 | 158 WF |
| 1-Apr-00 | 155635 RAYTHEON ELECTRONIC SYSTEMS | 216796 | 238.05 WF |
| 21-Jul-00 | 3305 REALTY ONE | 343328 | 908.58 WF |
| 17-Jul-00 | 152072 ROCKFORD CORPORATION | 225296 | 858.97 WF |
| 5-Jun-00 | 5789 ROTARY INTERNATIONAL | 213810 | 638.99 WF |
| 24-Apr-00 | 387548 SCOTT & WHITE MEMORIAL | 98707 | 295.25 WF |
| 22-Mar-00 | 4040 SELF EMPLOYED | 85293 | 299 25 WF |
| 23-May-00 | 9716 SELF EMPLOYED | 98770 | 634.5 WF |
| 29-Sep-00 | ACH 08/29/00 SEMICONDUCTOR 300 | 98770 | 750 WF |
| 6-Apr-00 | 648813 SMITH KLINE BEECHAM | 680431 | 5,256.00 WF |
| 20-Mar-00 | 191507 SOLVAY PHARMACEUTICALS | 719738 | 547 WF |
| 7-Aug-00 | 82 STATE OF CALIFORNIA | 22428 | 704.85 WF |
| 3-Jun-00 | 82 STATE OF CALIFORNIA | 7588 | 198 WF |
| 6-Oct-00 | 417 STATE OF CALIFORNIA | 7588 | 908.48 WF |
| 7-Feb-00 | 6434 SWALES & ASSOCIATES | 7588 | 63 WF |
| 23-Jul-00 | 59786 TITAN LINKABIT | 257181 | 600 WF |
| 23-May-00 | 998 TORNADO DEVELOPMENT INC | 47718 | 103.98 WF |
| 17-Aug-00 | ACH 08/11/00 USAMC ACQUISITION CENTER | 719346 | 132 WF |
| 22-Aug-00 | 178551 WB INFORMATION CORPORATION | 727163 | 773.17 WF |
| 22-Aug-00 | 1012448 WEST PENN ALLEGHENY HEALTH | 727587 | 16,000.00 WF |
| 21-Aug-00 | 17989 WESTLAND MEDICAL GROUP | 752628 | 980 WF |
| 23-Oct-00 | 7627 WIDCOMM INC | 673074 | 320 WF |
| 9-Jun-00 | 9902385 WILLIAM MERCER GROUP | 806719 | 10 WF |
| 17-Mar-00 | 588811 ZIMMER INC | 395987 | 125.92 WF |

| Code | Date | Entry | Ref | Amount |
|---|---|---|---|---|
| WF | 26-Jul-00 | '635342 CITY OF PHILADELPHIA | 73851 | 975 WF |
| WF | 27-Jul-00 | '641344 CITY OF PHILADELPHIA | 27027 | 6,878.91 |
| WF | 28-Jul-00 | '636365 CITY OF PHILADELPHIA | 27027 | 6,338.91 |
| WF | 19-May-00 | '007358 City & County of Denver | 27027 | 16,198.00 |
| HB | 6-Mar-00 | '09551 Clermont County | 6358 | 1,024.50 |
| WF | 6-Sep-00 | 16698 John Simon Guggenheim | 2281711 | 50,512.56] |
| WF | 14-Aug-00 | '273543 NYC School Construction | 806427 | 3,710.00 |
| 12-Sep-00 | 3303 Teralogic Inc | 686265 Reserve amt=246.84 | -002491 | 25,695.001 |

| Num | Name | Note |
|---|---|---|
| 67 | J.BUCHER | EDU/ E1444800-1 overpaid by |
| 1 | OFARDANE | No remit info included with |
| 67 | J.BUCHER | EDU/ NO FURTHER REMIT INFO - |
| 67 | JJGRASSEL | EDU |
| 67 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 90 | KDOMENEY | EDU/ OVERPAYMENT-E1377947-1 |
| 91 | SSPEARS | EDU/ INV 974452 PAID |
| 67 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 71 | JBUCHER | EDU/ OVERPAY E1394539-1 NO |
| 71 | JBUCHER | EDU/ 372 REMAINING BALANCE TO |
| 87 | JBADOVIN | EDU/ INV ref E1414816-1, Camp |
| 87 | JBADOVIN | NRI, CSI #2607610, PALO ALTO, |
| 67 | OFARDANE | LIC/GCU Invoice overpaid, AP # |
| 64 | MAANDERS | EDU/ NO FURTHER REMIT INFO - |
| 808 | SYOHANNE | om inv#1058783(per pdandrews) |
| 89 | KDOMENEY | EDU/ OVERPAYMENT-DENVER.CO |
| 80 | OFARDANE | EDU |
| 73 | BGRASSEL | EDU/ NO FURTHER REMIT INFO - |
| 210 | JBUCHER | ROY/ NO REMIT |
| 88 | JBADOVIN | RESERVE/NO REMIT INFO - |
| 24 | PJANAKES | NRI - CHICAGO, IL |
| 77 | JBUCHER | EDU/ OVER PAYMENT INV |
| 7 | JLROSE | PAJ/BKUC/803-31718 |
| 347 | JBADOVIN | APV, apply or reserve |
| 21 | JBADOVIN | RESERVE/ ROY/$430K intended to |
| 63 | JAHLBERG | AR/ Amar Assoc of Collegiate |
| 218 | JAHLBERG | AR/ WILL MOVE TO CORRECT CC |
| 98 | JAHLBERG | AR/ NRI - CITY OF NORTON |
| 87 | JAHLBERG | AR/ AMX Settlement - No detail |
| 87 | JAHLBERG | AR/ Deposit Capture Bank Card |
| 67 | JAHLBERG | AR/ Bankcard Capture no info |
| 97 | JAHLBERG | AR/ Bankcard Capture no info |
| 91 | JAHLBERG | AR/ BANKCARD CAPTURE--NO INFO |
| 88 | JAHLBERG | AR/ Bankcard Capture no info |
| 98 | JAHLBERG | AR/ Bankcard Capture no info |
| 85 | JAHLBERG | AR/ Deposit Capture Bank |
| 84 | JAHLBERG | AR/ Deposit Capture Bank |
| 81 | JAHLBERG | AR/ Amx Settlement-No info |
| 81 | JAHLBERG | AR/ Amx Settlement-No info |
| 81 | JAHLBERG | AR/ Bankcard Capture no info |
| 81 | JAHLBERG | AR/ NW ACCT PyM Ven - Inv Unit |
| 90 | JAHLBERG | AR/ Deposit Capture Bank Card- |
| 79 | JAHLBERG | AR/ AMX Settlement no info |
| 78 | JAHLBERG | AR/ Deposit Capture Bank Card |
| 74 | JAHLBERG | AR/ Bankcard Capture no info |
| 74 | JAHLBERG | AR/ Bankcard Capture no info |
| 73 | JAHLBERG | AR/ BANKCARD CAPTURE -NO INFO |
| 72 | JAHLBERG | AR/ AM EXPRESS SETTLEMENT-NO |
| 73 | JAHLBERG | AR/ BANKCARD CAPTURE-NO INFO |
| 71 | JAHLBERG | AR/ BANKCARD CAPTURE-NO INFO |
| 70 | JAHLBERG | AR/ BANKCARD CAPTURE#5656--NO |
| 66 | JAHLBERG | AR/ AMEX SETTLEMENT - NO INFO |
| 68 | JAHLBERG | AR/ BANKCARD SETTLEMENT - NO |
| 65 | JAHLBERG | AR/ BANKCARD CAPTURE--NO INFO |
| 93 | PJANAKES | RESERVE/NAME ON BANK REPORT: |
| 81 | JBUCHER | EDU/ CM INV#E1376930-1 Per AP |
| 68 | JBUCHER | ROY/ ROYALTY REPORT - FAX TO |
| 68 | KDOMENEY | LIC/K10/DUP PAY INV #1256084 |
| 67 | JBUCHER | ROY/ ROYALTY REPORT - FAX TO |
| 69 | CMCHANG | EDU/ OVER PAYMENT INV |
| 29 | PJANAKES | Reserve/EDU REMAINING BALANCE |
| 66 | JBADOVIN | PA/JAZ/34371-34231 /CM - INV |
| 69 | KDOMENEY | CM INV #1310874 |
| 71 | JBUCHER | EDU/ OVERPAY E1394539-1 NO |
| 73 | MEBERHAR | EDU/ OVERPAYMENT E1364820-1 |
| 73 | SYOHANNE | EDU |
| 73 | SYOHANNE | EDU/ E1378562-1 |
| 35 | MAANDERS | RESERVE/ no open or closed |
| 71 | MEBERHAR | EDU/ |
| 71 | PJANAKES | EDU/ REFERENCES E1272866-1 |
| 65 | PJANAKES | NO FURTHER REMIT INFO - |
| 70 | IDELUZUR | EDU/ JAO ZEN |
| 11 | PJANAKES | NO FURTHER REMIT INFO - DEPT |
| 87 | MEBERHAR | EDU/ |
| 67 | JBUCHER | EDU/ |
| 71 | JBUCHER | EDU/ CM INV#E1301443-1 |
| 74 | MAANDERS | PA/UFD OVerpay of inv #8101034 |
| 303 | LHAO | PA/UAY no invoice listed |
| 72 | JBUCHER | EDU/ APPLY REG ID E1477899-1 |
| 7# | JBUCHER | ROY/ Pace to Gigi |
| 11 | IDELUZUR | overpmt - |
| 67 | JBADOVIN | EDU/ DUP PAY E1394748-1 |
| 67 | JBUCHER | EDU/ E1372884-1 |
| 103 | jssiva | |
| 103 | jssiva | |
| 103 | jssiva | |
| 39 | jssiva | |
| 75 | jssiva | |
| 61 | jssiva | |
| 64 | jssiva | |
| 69 | cahnkey | Reserve, overpayment on inv 1324385 |