```
*********************************
     SERIAL BROADCAST REPORT (1)
*********************************
```

(MON) MAR  5 2007 17:29
LATHAM & WATKINS LLP Fax Machine #2

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-161 | 3. 5 17:28 | 3. 5 17:28 | 1' 18" | 2 | 3 |

| FIN. | 2 |
|---|---|

| ##48816192317423 | ##5852884534 |
|---|---|

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
March 5, 2007

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | Fax: (619) 231-7423 | Tel: (619) 231-1058 |
|---|---|---|---|
| | Shawn Williams<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | (415) 288-4534 | (415) 288-4545 |

**From:** Lana Morton-Owens
**Re:** In re Oracle Corporation Securities Litigation
☐ Original(s) to follow        Number of pages, including cover: 3

Please see attached.

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
March 5, 2007

| To: | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | Fax: (619) 231-7423 | Tel: (619) 231-1058 |
|---|---|---|---|
| | Shawn Williams<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins LLP | (415) 288-4534 | (415) 288-4545 |
| From: | Lana Morton-Owens | | |
| Re: | In re Oracle Corporation Securities Litigation | | |

☐ Original(s) to follow          Number of pages, including cover: 3

Please see attached.

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

Lana Morton-Owens
Direct Dial (213) 891-7402
Lana.morton-owens@lw.com

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

March 5, 2007

**VIA HAND DELIVERY**

Eli R. Greenstein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:   In re Oracle Securities Litigation
      Case No. C-01-0988 MJJ

Dear Eli:

As set forth in our letter dated March 2, 2007, enclosed please find ORC 212, which includes documents Bates labeled NDCA-ORCL 3041844-3042188. This disk contains unredacted copies of the 41 documents that were previously produced to Plaintiffs in redacted form, on ORC 120. Moreover, as Defendants anticipate that Plaintiffs will request a chart linking the redacted documents contained on ORC 120 to the unredacted versions of the same documents contained on ORC 212, we have enclosed such a chart.

Notably, while preparing ORC 212, Defendants discovered that a small amount of privileged material inadvertently was produced on ORC 120. Specifically, document Bates labeled NDCA-ORCL 1125629 contains attorney work-product that should have been redacted, but inadvertently was produced in full. Please immediately destroy or return all electronic and hard copy versions of NDCA-ORCL 1125629 and confirm in writing that you have complied with this request. Defendants have reproduced this particular document on ORC 212, Bates labeled NDCA-ORCL 3042142, with only the protected work product redacted.

Please do not hesitate to contact us should you have any questions.

Very truly yours,

*Lana Morton-Owens* /BLR

Lana Morton-Owens
of Latham & Watkins LLP

Encls.
cc: Mark Solomon (w/o enclosures)

LA\1694091.2

In Re Oracle Securities Litigation, N.D. California, Case No. C-01-0988-MJJ
ORC 120

| Redacted | | | Unredacted | | |
| --- | --- | --- | --- | --- | --- |
| Production Volume | Start Bates | End Bates | Production Volume | Start Bates | End Bates |
| ORC 120 | 1125475 | 1125478 | ORC 212 | 3042145 | 3042148 |
| ORC 120 | 1125479 | 1125486 | ORC 212 | 3042069 | 3042089 |
| ORC 120 | 1125487 | 1125530 | ORC 212 | 3041874 | 3041987 |
| ORC 120 | 1125531 | 1125535 | ORC 212 | 3041988 | 3042004 |
| ORC 120 | 1125536 | 1125536 | ORC 212 | 3042005 | 3042005 |
| ORC 120 | 1125537 | 1125537 | ORC 212 | 3042009 | 3042009 |
| ORC 120 | 1125538 | 1125538 | ORC 212 | 3042007 | 3042007 |
| ORC 120 | 1125539 | 1125540 | ORC 212 | 3042016 | 3042017 |
| ORC 120 | 1125541 | 1125543 | ORC 212 | 3042012 | 3042013 |
| ORC 120 | 1125544 | 1125544 | ORC 212 | 3042006 | 3042006 |
| ORC 120 | 1125545 | 1125545 | ORC 212 | 3042008 | 3042008 |
| ORC 120 | 1125546 | 1125546 | ORC 212 | 3042010 | 3042010 |
| ORC 120 | 1125547 | 1125549 | ORC 212 | 3041014 | 3041015 |
| ORC 120 | 1125550 | 1125550 | ORC 212 | 3042011 | 3042011 |
| ORC 120 | 1125551 | 1125551 | ORC 212 | 3042018 | 3042018 |
| ORC 120 | 1125552 | 1125552 | ORC 212 | 3042020 | 3042020 |
| ORC 120 | 1125553 | 1125560 | ORC 212 | 3042025 | 3042034 |
| ORC 120 | 1125561 | 1125586 | ORC 212 | 3042035 | 3042066 |
| ORC 120 | 1125587 | 1125588 | ORC 212 | 3042067 | 3042068 |
| ORC 120 | 1125589 | 1125589 | ORC 212 | 3042021 | 3052022 |
| ORC 120 | 1125590 | 1125590 | ORC 212 | 3042019 | 3042019 |
| ORC 120 | 1125591 | 1125591 | ORC 212 | 3042023 | 3042024 |
| ORC 120 | 1125592 | 1125592 | ORC 212 | 3042090 | 3042090 |
| ORC 120 | 1125593 | 1125593 | ORC 212 | 3042092 | 3042092 |
| ORC 120 | 1125594 | 1125601 | ORC 212 | 3042097 | 3042106 |
| ORC 120 | 1125602 | 1125622 | ORC 212 | 3042107 | 3042138 |
| ORC 120 | 1125623 | 1125624 | ORC 212 | 3042139 | 3042140 |
| ORC 120 | 1125625 | 1125625 | ORC 212 | 3042093 | 3042094 |
| ORC 120 | 1125626 | 1125626 | ORC 212 | 3042091 | 3042091 |
| ORC 120 | 1125627 | 1125627 | ORC 212 | 3042095 | 3042096 |
| ORC 120 | 1125628 | 1125628 | ORC 212 | 3042141 | 3042141 |
| ORC 120 | 1125629 | 1125629 | ORC 212 | 3042142 | 3042142 |
| ORC 120 | 1125630 | 1125631 | ORC 212 | 3042143 | 3042144 |
| ORC 120 | 1125632 | 1125632 | ORC 212 | 3042149 | 3042149 |
| ORC 120 | 1125633 | 1125644 | ORC 212 | 3042150 | 3042175 |
| ORC 120 | 1125645 | 1125645 | ORC 212 | 3042176 | 3042176 |
| ORC 120 | 1125646 | 1125646 | ORC 212 | 3042177 | 3042177 |
| ORC 120 | 1125647 | 1125647 | ORC 212 | 3042178 | 3042180 |
| ORC 120 | 1125648 | 1125648 | ORC 212 | 3042181 | 3042181 |
| ORC 120 | 1125649 | 1125654 | ORC 212 | 3042182 | 3042188 |
| ORC 120 | 1125655 | 1125671 | ORC 212 | 3041844 | 3041873 |