

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Kim A. Leffert**
Direct Tel (312) 701-8344
Direct Fax (312) 706-9166
kleffert@mayerbrownrowe.com

August 26, 2005

<u>VIA AIR COURIER</u>

Monique C. Winkler
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111

Re:     <u>In Re Oracle Securities Litigation</u>

Dear Monique:

Enclosed are five DVDs (ORC 022-026) containing all of the electronic documents that had previously been produced to you in the above-referenced matter. We are reproducing this data to you at your request and for your convenience. Virtually all of the data that was previously produced was, with a few exceptions, readable by you. However, these DVDs address the issues that we discussed in our conversations on July 22 and on August 5, 2005 as follows:

1. These DVDs contain a load file that links these documents. Plaintiffs have requested a load file that links native file documents with their TIFF counterparts. The load file previously provided permitted electronic searching of both the native files and the TIFF images, but did not have the linking feature.

2. We have reprocessed 50 or so documents that were dated 1969 or 1970, a default date set automatically by the vendor when a date was not readily apparent, for which we have been able to identify a date. Any documents that still retain a 1969 or 1970 date are intentionally so dated because they otherwise contain no date or were unsent.

3. We have also reprocessed the documents that had the "unsupported file" place holder instead of a TIFF image. Although we previously provided you with a native file of these documents, the enclosed DVDs have both a native and TIFF file of virtually all of these documents.

4. A small number of documents, approximately 400, have been rendered as best they can be. Approximately three quarters of these documents are graphics which may appear as a small circle or square on the page. This is the entire document. Less than 30 of these documents could not be recovered at all because they were missing bytes of data and could not be repaired. We had included these documents in our production only because they were part of a message unit that we were otherwise producing as responsive. To our knowledge, none of these documents contain pertinent data themselves, but are being provided to you to ensure a complete production.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Monique C. Winkler
August 26, 2005
Page 2

5.  We have resolved the issue of the password protected files mentioned in Trace Schmeltz's June 16, 2005 letter.  All of these files are now available for your review and are included in the DVDs.

6.  You have inquired about documents you believe were not produced.  According to our records, documents Bates labeled NDCA-ORCL 287428 to 294490 are depositions taken in the Delaware derivative suits, which we previously produced to you.  *See* June 8, 2005 T. Schmeltz Ltr. to S. Williams.  Documents Bates labeled NDCA-ORCL 285692 to 287373 are discussed below.  Bates labels NDCA-ORCL 287374 to 287427 have been intentionally left unused.

Please note that this replacement production excludes certain privileged documents referenced in our May 28, 2005 letter.  Where appropriate, we have replaced these with redacted documents, which bear Bates labels NDCA-ORCL 285692 to 287373, and listed them on our redaction log.

Finally, let me reiterate that the enclosed production is not "new."  Indeed, you have been able to review virtually all of the documents on these five DVDs for some time.  We have agreed to reproduce these documents with the revised load files and some other technical corrections so that you could review them more conveniently and easily, as you requested.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Kim A. Leffert / fef

Kim A. Leffert

cc: Shawn A. Williams