**From:** MICHAEL.QUINN [MICHAEL.QUINN@oracle.com]
**Sent:** Monday, October 21, 2002 7:24 AM
**To:** ryan.roberts@oracle.com; greg.myers@oracle.com
**Cc:** thomas.williams@oracle.com; michael.quinn@oracle.com
**Subject:** Re: Unapplied Cash Project

Ryan, Greg,

Below is the action plan for addressing the problems surrounding the unapplied cash issues that you guys worked on last week.

There are three deliverables:

- We need to provide an update to the Audit Committee (a subcommittee of Oracle's Board of Directors) in regards to what Revenue Impact this process of taking unapplied cash receipts to the reserve will have on our financial statements. In addition, we need to provide what impact this process has had on revenue in each of the last 8 quarters. The update will be provided to the Audit Committee THIS WEDNESDAY.
- We need to clean up the ENTIRE problem prior to the end of October by moving cash receipts to the proper buckets (unapplied, customer overpayments, or on account), as appropriate
- We need to establish new policies and procedures to ensure this never happens again

What needs to be done:

- For items currently "On Account," we need to continue to work through each item >$10,000 to determine 1) what should have happened to the cash reciept and 2) make the correction to put it in the right place. This comprises 523 items, totalling $18.5m, which represents approximately 72% of the $25.8m in On Account. THIS MUST BE DONE BY END OF DAY TUESDAY.
- For items in the "Reciepts Write Off All" tab of the spreadsheet titled "12601_Detail", we need to review each item over $10,000 to determine 1) what should have happened to the cash reciept and 2) make the correction to put it in the right place. This comprises 149 Items, totalling $3.6m, which represents approximately 60% of the $6.3m in Receipts Write Off. THIS MUST BE DONE BY END OF DAY TUESDAY.
- For items in the Miscellaneous Offset Report, August-00 Through September-02, we need to continue to work through each item >$10,000 to determine 1) what should have happened to the cash reciept and 2) make the correction to put it in the right place. I do not have the full report (Greg please send to this group), however based upon looking at the August, October and November reports in the 12601_Detail spreadsheet, this should cover over 80% of the total.

Greg, for the Miscellaneous Offset Report, I need you to add the Date the item was moved to 12601. We need to be able to accumulate the error by quarter. Please rerun the report to provide the date. Ryan, this should not stop work on these items, we can add the date once the new report is available.

Ryan, for each of the items bulleted above, we need to focus 100% today and tomorrow on

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    NDCA-ORCL1125473

getting through ALL of this work. I like what you did on the items >$100k, we should continue to follow this method. I have attached a revised version of that spreadsheet to include a couple additional columns and some formatting. Please incorporate those columns and their contents into your work. I have attached that spreadsheet titled as "Greater than 100k in 1260151 Version 3."

Greg, please confirm that ALL ability to move anything to 12601 via On Account or creating a Misc reciept write off has been turned off.

Greg, as we discussed this weekend, please look into the ins and outs in Activity Detail in the 12601_Detail spreadsheet. In many instances, there are two negative numbers (are these debits or credits?) and one positive of equal amounts. Please research and provide an explanation of the accounting involved.

Thanks for your help in this. If you have any questions, lets discuss immediately.

Mike