```
 1  LATHAM & WATKINS LLP                      LATHAM & WATKINS LLP
       Peter A. Wald (SBN 85705)                 Patrick E. Gibbs (SBN 183174)
 2     Michele F. Kyrouz (SBN 168004)         140 Scott Drive
       Sean P.J. Coyle (SBN 233039)           Menlo Park, California 94025
 3  505 Montgomery Street, Suite 2000         Telephone: (650) 328-4600
    San Francisco, CA 94111-2562              Facsimile: (650) 463-2600
 4  Telephone: (415) 391-0600                 E-mail: patrick.gibbs@lw.com
    Facsimile: (415) 395-8095
 5  E-mail: peter.wald@lw.com
            michele.kyrouz@lw.com
 6          sean.coyle@lw.com

 7  LATHAM & WATKINS LLP
       Jamie L. Wine (SBN 181373)
 8  885 Third Avenue, Suite 1000
    New York, NY 10022-4834
 9  Phone: (212) 906-1200
    Fax: (212) 751-4864
10  E-mail: jamie.wine@lw.com

11  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
    ORACLE CORPORATION
13     Dorian E. Daley (SBN 129049)
       James C. Maroulis (SBN 208316)
14  500 Oracle Parkway
    Mailstop 5OP7
15  Redwood Shores, CA 94065
    Telephone: (650) 506-5200
16  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
17
    Attorneys for Defendant ORACLE CORPORATION
18
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **DECLARATION OF MATTHEW SYMONDS** |
| This Document Relates To: ALL ACTIONS. | |

I, Mathew Symonds, declare as follows:

1. I am the author of the book *SOFTWAR: An Intimate Portrait of Larry Ellison and Oracle* ("SOFTWAR"), featuring commentary by Larry Ellison, which was released by Simon & Schuster in 2003.

2. Mr. Ellison did not provide me with any transcripts, notes, working papers, tapes or other materials in connection with the book, and therefore at the conclusion of my work on SOFTWAR, I did not return any such materials to Mr. Ellison. I believe Mr. Ellison may have provided personal photographs for use in the book, but the photographs were provided directly to the publisher, not to me. To my knowledge, those photographs are the only preexisting materials that Mr. Ellison provided in connection with the book. I did receive from Oracle some of its past annual reports, which I believe are still in my possession. However, these are documents which were and remain in the public domain.

3. The materials that I created in the course of researching and writing SOFTWAR, including any interview notes, transcripts or digital recording files, are my sole property, to which neither Mr. Ellison nor anyone else has any right of access. I have never provided Mr. Ellison with access to or copies of any interview notes, transcripts or digital recording files that I created in the course of researching and writing SOFTWAR.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 9th, 2006 in London, England.

_____
Matthew Symonds

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **November 13, 2006**, I served the following document described as:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS CONCERNING AND CREATED IN PREPARATION FOR THE BOOK SOFTWAR**

**DECLARATION OF SEAN P. J. COYLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS CONCERNING AND CREATED IN PREPARATION FOR THE BOOK SOFTWAR**

**DECLARATION OF MATTHEW SYMONDS**

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

| | |
|---|---|
| The Honorable Edward A. Infante (Ret.)<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, CA 94111 | Shawn A. Williams, Esq.<br>Willow E. Radcliffe, Esq.<br>Lerach, Couglin, Stoia, Geller, Rudman &<br>   Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111-5238 |

**BY FACSIMILE**

      I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The facsimile of the above-described document was transmitted to the following party from San Francisco, California on November 13, 2006, at the time noted on the attached confirmation sheet:

| | |
|---|---|
| Mark Solomon, Esq. | Shawn A. Williams, Esq. |
| Douglas Britton, Esq. | Willow E. Radcliffe, Esq. |
| Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP |
| 655 West Broadway, Suite 1900 | 100 Pine Street, Suite 2600 |
| San Diego, CA 92101 | San Francisco, CA 94111-5238 |
| Fax No.: (619) 231-7423 | Fax No.: (415) 288-4534 |

      The facsimile number of the sending machine is (415) 395-8095. Said transmission was complete and without error. The party on whom this facsimile transmission has been served has agreed in writing to such form of service pursuant to agreement.

**BY OVERNIGHT MAIL DELIVERY**

      I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express:

Mark Solomon, Esq.
Douglas Britton, Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

      I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on **November 13, 2006**, at San Francisco, California.

                                                          */s/ Doreen M. Griffin*
                                                          Doreen M. Griffin