# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

## FACSIMILE

**Number of pages being transmitted including the cover page:** _____

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | Patrick E. Gibbs, Esquire | 650/463-2600 |  |
| **From:** | Mark Solomon | **Date:** | April 3, 2007 |
| **Case Code:** | 201064-00001 | **Time:** |  |
| **Subject:** | *Oracle III* |  |  |

**Message/Document(s) faxed:**

**Please call fax operator at (619) 231-1058 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR – ☒ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

FAX OPERATOR: Return originals to:  m. henry                                              Ext:   4935

S:\CasesSD\Oracle3\Corres\Faxes\Gibbs - ms.doc



**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Mark Solomon
msolomon@lerachlaw.com

April 3, 2007

VIA FACSIMILE
650/463-2600

Patrick E. Gibbs, Esq.
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025

Re:   *In re Oracle Corporation Sec. Litig.*
      Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Patrick:

In the opposition brief you filed yesterday at page 5, line 11, you say, among other things, "Mr. Wright has been in direct contact with Plaintiffs' Lead Counsel, Mr. Solomon." Since that is completely false, I would like you to explain your basis for making that categorical statement. Since, as you will discover, there is no legitimate basis, please inform the court promptly that your statement is inaccurate and without basis.

Sincerely

MARK SOLOMON

cc:   Shawn Williams, Esq.

S:\CasesSD\Oracle3\Corres\gibbs 040307 - ms.doc

655 West Broadway, Suite 1900 • San Diego, California 92101-3301 • 619.231.1058 • Fax 619.231.7423 • www.lerachlaw.com

345