# REPORT OF THE
# SPECIAL LITIGATION COMMITTEE
# OF THE BOARD OF DIRECTORS
# OF ORACLE CORPORATION

## VOLUME 1

### November 22, 2002

**Professor Hector Garcia-Molina**

**Professor Joseph A. Grundfest**

## CONFIDENTIAL – FILED UNDER SEAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# SUMMARY TABLE OF CONTENTS

Page

I.      EXECUTIVE SUMMARY .................................................................................. I-1

II.     BACKGROUND AND HISTORY OF ORACLE ............................................ II-1

III.    PROCEDURAL HISTORY .............................................................................. III-1

IV.     AUTHORITY AND APPOINTMENT OF THE COMMITTEE
        AND ITS ADVISORS ....................................................................................... IV-1

V.      RESEARCH METHODOLOGY ...................................................................... V-1

VI.     DATA ANALYZED ........................................................................................... VI-1

VII.    INTERVIEWS CONDUCTED BY THE SPECIAL
        LITIGATION COMMITTEE ........................................................................... VII-1

VIII.   Q3 OF FY 2001:  EARNINGS FORECASTS AND DISAPPOINTMENT ........... VIII-1

IX.     ANALYSIS OF COMPETITORS' RESULTS ................................................. IX-1

X.      CONSULTING ISSUES .................................................................................... X-1

XI.     NATIONAL ECONOMIC RESEARCH ASSOCIATES ................................ XI-1

XII.    SUITE 11i ........................................................................................................... XII-1

XIII.   ORACLE'S $1 BILLION SAVINGS CLAIM ................................................. XIII-1

XIV.    INSIDER SALES ANALYSIS .......................................................................... XIV-1

XV.     Q2 FY 2001 ACCOUNTING ALLEGATIONS ............................................... XV-1

XVI.    LEGAL ANALYSIS OF CLAIMS .................................................................. XVI-1

XVII.   ANALYSIS OF ORACLE'S BEST INTERESTS .......................................... XVII-1

XVIII.  CONCLUSION .................................................................................................. XVIII-1

COMMITTEE CHRONOLOGY ............................................................................. Appendix A

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

## TABLE OF CONTENTS

Page

I.  EXECUTIVE SUMMARY
 A. Introduction .............................................................................................. I-1
 B. Background ............................................................................................... I-4
  1. The Lawsuits ................................................................................. I-4
  2. The Formation of the Committee .................................................. I-6
  3. The Members of the Committee ..................................................... I-7
   a. Professor Hector Garcia-Molina ....................................... I-7
   b. Professor Joseph A. Grundfest, Esq. ................................ I-7
   c. Compensation ................................................................... I-8
  4. Counsel to the Committee ............................................................. I-8
  5. Economic Advisors ....................................................................... I-9
 C. Investigation ........................................................................................... I-10
 D. Results Of Investigation ......................................................................... I-12
  1. The HyFIE Construct .................................................................. I-12
  2. The Basis for Oracle's December 14, 2000 Projections .............. I-13
   a. The distribution of revenue in a quarter ........................... I-14
   b. Upside Reports ................................................................ I-15
   c. Pipeline Reports .............................................................. I-16
   d. Investor Relations model .................................................. I-17
   e. Conclusions regarding the December 14, 2000 projections.............. I-18
  3. Allegations That the Trading Defendants Sold Oracle Stock with the Knowledge That Oracle Would Not Achieve Its Projected Results for the Quarter .......................................................................................... I-18
   a. Upside Reports ................................................................ I-19
   b. Pipeline Reports .............................................................. I-19
   c. Monthly Flash Reports .................................................... I-20
   d. Conclusions ..................................................................... I-21
  4. Allegations That the Individual Defendants Should Have Disclosed That Oracle Would Fail to Meet Its Guidance for the Quarter Before March 1, 2001 ............................................................................................ I-21
   a. Upside Reports ................................................................ I-22
   b. Pipeline Reports .............................................................. I-22
   c. Big Deal Reports ............................................................. I-23
   d. Staged Deal analysis ........................................................ I-25
   e. Reasons for the Q3 earnings and revenue disappointment .............. I-26
   f. Analysis of competitor results .......................................... I-26
   g. Allegations concerning Oracle's Consulting business ...................... I-28
   h. Conclusion ....................................................................... I-30
  5. Allegations of Misrepresentation of and Failure to Disclose Material Facts Concerning Suite 11i ..................................................................... I-31
   a. Plaintiffs' claims ............................................................. I-31
   b. The statements actually made by Oracle were accurate................... I-31

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

c. The statements alleged in the Derivative Complaints regarding Suite 11i had no statistically significant effect on the price of Oracle stock..................................................................... I-32

d. The market was well aware of bugs in Suite 11i............... I-34

e. Suite 11i did not cause the Q3 FY 2001 earnings disappointment ... I-35

f. Conclusion................................................................. I-36

6. Allegations That Oracle Falsely Claimed to Have Saved $1 Billion by Using Suite 11i.................................................................. I-37

7. Q2 FY 2001 Accounting Allegations........................................ I-38

8. Allegations That Inappropriate Transfers Were Made to Oracle's Bad Debt Reserve Account............................................................. I-40

a. Allegations of evidence destruction and/or alteration...................... I-40

b. Bad debt reserve accounting allegations ........................... I-41

c. Conclusion................................................................. I-43

9. Allegations That the Trading Defendants Engaged in Improper Stock Sales During Q3 FY 2001 ....................................................... I-43

a. Ellison...................................................................... I-46

b. Henley..................................................................... I-48

c. Lucas ...................................................................... I-50

d. Boskin..................................................................... I-51

e. Trading activity by other Oracle officers and directors ................... I-52

E. Decision To Seek Termination Of The Derivative Actions ....................... I-53

II. BACKGROUND AND HISTORY OF ORACLE

A. Introduction ......................................................................... II-1

B. The History Of Oracle................................................................ II-2

1. Oracle's Corporate Background............................................. II-2

2. SDL's Development of Relational Database Software ...................... II-3

3. Oracle's Fiscal Year and Revenues......................................... II-5

4. Oracle's Employees........................................................... II-5

5. Oracle's Directors and Officers.............................................. II-5

a. Board of Directors as of Q3 FY 2001 ............................... II-5

i. Lawrence Ellison................................................ II-6

ii. Jeffrey Henley................................................ II-6

iii. Jeffrey Berg.................................................. II-6

iv. Michael Boskin ............................................... II-6

v. Donald Lucas.................................................. II-7

vi. Jack Kemp..................................................... II-7

vii. Kay Koplovitz................................................. II-7

viii. Richard McGinn................................................ II-7

b. Oracle's current board of directors................................ II-8

i. Safra Catz..................................................... II-8

ii. Hector Garcia-Molina ......................................... II-8

iii. Joseph Grundfest.............................................. II-8

c. Executive officers during Q3 FY 2001 ............................... II-9

i. Sergio Giacoletto.............................................. II-9

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

|  |  | ii. | Jay Nussbaum | II-10 |
|  |  | iii. | George Roberts | II-10 |
|  |  | iv. | Charles Rozwat | II-10 |
|  |  | v. | Edward J. "Sandy" Sanderson | II-10 |
|  |  | vi. | Derek H. Williams | II-11 |
|  |  | vii. | Ronald A. Wohl | II-11 |
|  |  | viii. | Daniel Cooperman | II-11 |
|  |  | ix. | Jennifer L. Minton | II-11 |
|  | d. | Current executive officers | | II-12 |

C.  Oracle's Products And Services ... II-13
  1.  Licensing ... II-14
    a.  Database products ... II-14
    b.  Application products ... II-16
      i.  Oracle's applications strategy ... II-18
      ii. Suite 11i was a radical move for Oracle, and a departure for the industry ... II-19
    c.  The nature of Oracle's customers ... II-21
    d.  Oracle's licensing competition in Q3 FY 2001 ... II-23
    e.  Revenue from licensing ... II-24
    f.  Revenue recognition for license products ... II-24
    g.  License sales organization structure ... II-26
      i.  North America ... II-26
      ii. Outside North America ... II-29
  2.  Services ... II-30
    a.  Consulting Services ... II-30
      i.  Description of consulting services ... II-30
      ii. Consulting revenues ... II-32
      iii. Consulting competition ... II-32
      iv. Organizational structure ... II-33
        (A) North America ... II-33
        (B) Outside North America ... II-34
      v.  Revenue recognition ... II-34
    b.  Support services ... II-34
      i.  Description of support services ... II-34
      ii. Support revenues ... II-35
    c.  Educational services ... II-36
      i.  Description of Education services ... II-36
      ii. Education revenues ... II-36
  3.  Other Components of Income ... II-36
D.  Analyst And User Scrutiny Of Oracle ... II-37
  1.  Financial Analyst Coverage ... II-37
  2.  Non Brokerage Industry Analyst Coverage ... II-38
  3.  User Groups ... II-38
  4.  Media Coverage ... II-38
E.  History Of Oracle's Stock Price ... II-40
  1.  Oracle Stock Price Over Time ... II-40

       2.     Oracle's Earnings Performance Prior to Q3 FY 2001 ........................... II-43

III.  PROCEDURAL HISTORY
    A.    The Federal Class Action ................................................................... III-1
        1.     The Consolidated Class Action ................................................. III-2
        2.     The First Amended Complaint .................................................. III-8
        3.     The Second Amended Complaint .............................................. III-12
    B.    The Pending Derivative Actions .......................................................... III-15
        1.     The Delaware Derivative Action ............................................... III-16
            a.     The motion to dismiss ................................................. III-20
            b.     Subsequent communications with the Delaware Court ....... III-22
        2.     The California Derivative Action ............................................... III-24
            a.     Motion for stay and related matters ............................... III-26
            b.     Discovery in the California Derivative Action ................. III-38
        3.     The Federal Derivative Action ................................................. III-44

IV.  AUTHORITY AND APPOINTMENT OF THE COMMITTEE AND ITS ADVISORS
    A.    The Creation Of The Committee .......................................................... IV-1
    B.    The Members Of The Committee ......................................................... IV-7
        1.     Professor Hector Garcia-Molina ............................................... IV-7
            a.     Background ................................................................ IV-7
            b.     Recruitment by Oracle .................................................. IV-8
            c.     Prior relationship with Oracle ....................................... IV-9
            d.     Compensation ............................................................. IV-10
        2.     Professor Joseph A. Grundfest, Esq. .......................................... IV-12
            a.     Background ................................................................ IV-12
            b.     Recruitment to the Oracle Board ................................... IV-13
            c.     Prior relationship with Oracle ....................................... IV-15
            d.     Compensation ............................................................. IV-16
    C.    The Advisors To The Committee ......................................................... IV-18
        1.     Counsel ............................................................................. IV-18
        2.     Economic Advisors ............................................................... IV-23
    D.    A Summary Of The Work Of The Committee .......................................... IV-24
        1.     February ............................................................................. IV-24
        2.     March ................................................................................ IV-26
        3.     April ................................................................................. IV-28
        4.     May .................................................................................. IV-30
        5.     June .................................................................................. IV-33
        6.     July .................................................................................. IV-34
        7.     August ............................................................................... IV-37
        8.     September ............................................................................ IV-40
        9.     October .............................................................................. IV-42
        10.    November ........................................................................... IV-45

V.  RESEARCH METHODOLOGY
    A.    Potential Applications Of This Document .............................................. V-3
        1.     Support the Plaintiffs in Their Litigation .................................... V-3

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

5

|   |   | 2. | Move to Substitute in as Plaintiff | V-4 |
|   |   | 3. | Negotiation and Approval of Settlement | V-4 |
|   |   | 4. | Motion to Terminate Proceedings | V-5 |
|   | B. | | Research Hypotheses | V-5 |
|   |   | 1. | Revenue Incidence and Density Functions, and the Question of Foreseeability | V-6 |
|   |   |   | a. Front-end loaded incidence and density functions | V-9 |
|   |   |   | b. Uniformly loaded incidence and density functions | V-10 |
|   |   |   | c. Back-end loaded incidence and density functions | V-12 |
|   |   |   | d. Foreseeability, insider trading, and the shape of the incidence and density functions | V-13 |
|   |   | 2. | Contemporaneous Objective Predictors ("COPs") and Most Accurate Predictors ("MAPs") | V-15 |
|   |   | 3. | The Hypothetical Fully Informed Executive ("HyFIE") | V-18 |
|   | C. | | Data Sources And Credibility Determinations | V-21 |

| VI. | DATA ANALYZED | | | |
|   | A. | | Oracle Internal Databases and Analytical Software | VI-3 |
|   |   | 1. | OSO | VI-3 |
|   |   | 2. | OFA | VI-7 |
|   |   | 3. | A2K | VI-8 |
|   |   | 4. | EDW | VI-9 |
|   |   | 5. | OKS | VI-10 |
|   |   | 6. | OASIS | VI-10 |
|   | B. | | Internal Oracle Historical and Projection Documents | VI-12 |
|   |   | 1. | Upside Reports | VI-14 |
|   |   |   | a. Description of the Upside Report | VI-14 |
|   |   |   | b. Frequency of the Upside Reports | VI-36 |
|   |   |   | c. Circulation and access | VI-37 |
|   |   |   | d. Purpose or function of Upside Reports | VI-37 |
|   |   |   | e. Creation of the Upside Reports | VI-38 |
|   |   |   | f. Relevance to the Committee's investigation | VI-43 |
|   |   | 2. | Flash Reports | VI-43 |
|   |   |   | a. Description of the Flash Report | VI-43 |
|   |   |   | b. Frequency of the Flash Reports | VI-44 |
|   |   |   | c. Circulation of the Flash Reports | VI-44 |
|   |   |   | d. Purpose or Function of Flash Reports | VI-45 |
|   |   |   | e. Creation of the Flash Reports | VI-45 |
|   |   |   | f. Relevance of Flash Reports to the Committee's investigation | VI-46 |
|   |   | 3. | Pipeline Reports | VI-46 |
|   |   |   | a. Description of Pipeline Reports | VI-46 |
|   |   |   | b. Frequency of Pipeline Reports | VI-48 |
|   |   |   | c. Circulation of Pipeline Reports | VI-49 |
|   |   |   | d. Purpose or function of Pipeline Reports | VI-49 |
|   |   |   | e. Creation of Pipeline Reports | VI-49 |
|   |   |   | f. Relevance of Pipeline Reports to the Committee's investigation | VI-49 |
|   |   | 4. | Big Deal Reports | VI-50 |

a.  Description of Big Deal Reports ................................................. VI-50
b.  Frequency of Big Deal Reports .................................................. VI-51
c.  Circulation of Big Deal Reports ................................................ VI-51
d.  Purpose or Function of the Big Deal Reports ............................ VI-52
e.  Creation of Big Deal Reports .................................................... VI-52
f.  Relevance of Big Deal Reports to the Committee's investigation.... VI-53
5.  OASIS Report ....................................................................................... VI-54
6.  White Books/Board of Directors Quarterly Results........................... VI-54
7.  Red/Grey Books/Monthly Financial Reference Book ....................... VI-56
8.  Green Books/Americas Reporting Package ........................................ VI-58
9.  Blue Books/Subsidiary Key Performance Measures ......................... VI-59
10.  Yellow Books/Product Revenue Reporting Package ....................... VI-60
11.  Oatmeal Books/Consulting Performance Package............................. VI-61
12.  Executive Committee Worldwide Forecast........................................ VI-62
13.  Approvals/2000 Forecast Report ....................................................... VI-63
14.  Investor Relations Model ................................................................... VI-64
a.  Description of the IR Projection................................................. VI-65
b.  Frequency of IR Projections ...................................................... VI-66
c.  Circulation and access to IR Projections .................................. VI-67
d.  Purpose and function of IR Projections ..................................... VI-67
e.  Creation of the IR Projection ..................................................... VI-67
f.  Relevance to the Committee's investigation.............................. VI-69
C.  Additional Contemporaneous Oracle Documents.................................... VI-69
1.  Documents Requested by the Committee from Oracle and the Individual
Defendants............................................................................................. VI-69
2.  Documents Produced to the Committee by Oracle and the Individual
Defendants............................................................................................. VI-72
a.  Stock and option holdings and trading documents........................... VI-73
b.  Oracle's public statements ........................................................ VI-75
c.  Materials related to Oracle board and committee meetings ............. VI-76
d.  Documents discussing Oracle's performance during Q3 of
FY 2001 ...................................................................................... VI-77
e.  Documents related to Oracle's March 1, 2001 announcement of
preliminary Q3 FY 2001 results................................................. VI-77
f.  Documents related to filings or correspondence with regulatory
agencies ...................................................................................... VI-78
g.  Insider trading policy and related documents ................................ VI-81
h.  Suite 11i documents ................................................................... VI-81
(1) TARs......................................................................................... VI-82
(2) Customer specific "bug" reports.............................................. VI-82
(3) Internal implementations e-mails ............................................ VI-82
i.  Customer files ............................................................................ VI-83
j.  Organizational charts ................................................................. VI-83
k.  Document retention policies........................................................ VI-83
l.  Documents explaining the basis for Oracle's $1 billion savings
claim ........................................................................................... VI-84

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 294510

|  | | m. | Electronic files reviewed | VI-84 |
| | D. | Electronic Documents Produced to the Committee | VI-87 |
| | | 1. | Analyst reports | VI-87 |
| | | | a. | Securities analyst reports | VI-87 |
| | | | b. | Industry analyst reports | VI-89 |
| | | 2. | User groups | VI-89 |
| | | 3. | Data Regarding Oracle's Historical Stock Price | VI-90 |
| | | 4. | Press Reports | VI-90 |
| VII. | INTERVIEWS CONDUCTED BY THE SPECIAL LITIGATION COMMITTEE | | | |
| | A. | Efforts To Interview The Derivative Action Plaintiffs | VII-4 |
| | B. | Interviews Of The Individual Defendants | VII-6 |
| | | 1. | Lawrence Ellison | VII-6 |
| | | 2. | Jeffrey Henley | VII-7 |
| | | 3. | Safra Catz | VII-7 |
| | | 4. | Michael Boskin | VII-7 |
| | | 5. | Donald Lucas | VII-8 |
| | | 6. | Jeffrey Berg | VII-8 |
| | | 7. | Jack Kemp | VII-8 |
| | | 8. | Richard McGinn | VII-9 |
| | | 9. | Kay Koplovitz | VII-9 |
| | C. | The Oracle Organization In Q3 Of FY 2001 | VII-9 |
| | D. | Interviews Of Current And Former NAS Personnel | VII-10 |
| | | 1. | George Roberts | VII-10 |
| | | 2. | David Winton | VII-10 |
| | | 3. | John Nugent | VII-10 |
| | | 4. | William Roselli | VII-12 |
| | | 5. | Nic Classick | VII-12 |
| | | 6. | Marianne Gillespie | VII-12 |
| | | 7. | Ron Bunting | VII-13 |
| | E. | Interviews Of Current And Former OSI Personnel | VII-13 |
| | | 1. | Jay Nussbaum | VII-13 |
| | | 2. | Sarah Kopp | VII-14 |
| | | 3. | Ron Cuneo | VII-14 |
| | F. | Interviews Of Current And Former OPI Personnel | VII-15 |
| | | 1. | Edward "Sandy" Sanderson | VII-15 |
| | | 2. | James English | VII-15 |
| | G. | Interviews Of Finance Department Personnel | VII-15 |
| | | 1. | Jennifer Minton | VII-16 |
| | | 2. | Thomas Williams | VII-16 |
| | | 3. | Thomas Olinger | VII-16 |
| | | 4. | Ivgen Guner | VII-17 |
| | | 5. | Lawrence Garnick | VII-17 |
| | | 6. | Loren Mahon | VII-17 |
| | | 7. | Roberta Ronsse | VII-18 |
| | H. | Interviews Of Marketing, Investor Relations, And Public Relations Personnel | VII-18 |
| | | 1. | Mark Jarvis | VII-18 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

|   |   |   |   |
|---|---|---|---|
| | 2. | Stephanie Aas | VII-18 |
| | 3. | Jennifer Glass | VII-19 |
| | 4. | Stacey Torman | VII-19 |
| I. | | Interviews Of Development Personnel | VII-19 |
| | 1. | Mark Barrenechea | VII-19 |
| | 2. | Chris Kirkby | VII-20 |
| | 3. | Ron Wohl | VII-20 |
| | 4. | Chris Balkenhol | VII-20 |
| J. | | Interviews Of Current And Former Consulting Personnel | VII-21 |
| | 1. | Gary Simler | VII-21 |
| | 2. | Richard McKay | VII-21 |
| | 3. | Joe Wood | VII-22 |
| | 4. | Richard Gage | VII-22 |
| | 5. | Luke Hannon | VII-22 |
| | 6. | Lawrence Mendenhall | VII-23 |
| | 7. | Valerie Borthwick | VII-23 |
| | 8. | Brad Scott | VII-23 |
| K. | | Interviews Of Current And Former iSD Personnel | VII-24 |
| | 1. | Hilary Koplow | VII-24 |
| | 2. | Scott Stanley | VII-24 |
| | 3. | John Kowtko | VII-24 |
| L. | | Other Interviews | VII-25 |
| | 1. | Daniel Cooperman | VII-25 |
| | 2. | Phillip Simon | VII-25 |
| | 3. | Carolyn Balkenhol | VII-26 |
| | 4. | Matthew Mayerson | VII-26 |
| | 5. | Barbara Wallace | VII-26 |
| | 6. | Thomas Blanchfield | VII-26 |
| | 7. | Kimberly Clarke | VII-27 |
| | 8. | Liza Diamond | VII-27 |
| | 9. | Deborah Lange | VII-27 |
| M. | | Oracle's Customers | VII-27 |
| | 1. | BellSouth | VII-29 |
| | 2. | State of Michigan Human Services Department | VII-29 |
| | 3. | Gap | VII-29 |
| N. | | Interviews Of Oracle Employees With Knowledge Regarding The Accounting Allegations | VII-30 |
| | 1. | Thomas Williams | VII-30 |
| | 2. | Greg Myers | VII-30 |
| | 3. | Michael Quinn | VII-31 |
| | 4. | Raul Campos | VII-31 |
| | 5. | Kevin Russ | VII-31 |
| | 6. | Marisa Christie | VII-31 |
| | 7. | Neil Menon | VII-32 |
| | 8. | Kate Schwemann | VII-32 |
| | 9. | Ryan Roberts | VII-32 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

          10.    John Banker ................................................................................ VII-32

O.    Unreachable Witnesses ............................................................................ VII-33

VIII.  Q3 OF FY 2001:  EARNINGS FORECASTS AND DISAPPOINTMENT

    A.    Summary of Allegations From The Derivative Complaints Concerning The Trading Defendants' Foreknowledge That Oracle Would Fail to Meet Earnings Expectations In Q3 Of FY 2001 .................................................................. VIII-1

    B.    The Process of Projecting Quarterly Results ........................................... VIII-4

        1.    The Process of Projecting Future Results in General ....................... VIII-4

        2.    Oracle's Forecasting Process ......................................................... VIII-5

            a.    The Nature of Oracle's revenue stream .............................. VIII-5

                i.    Sources of Oracle's revenue ................................... VIII-7

                ii.    Intraquarter timing of receipt of Oracle's revenue ............... VIII-9

            b.    Projection documents generated by Oracle during a typical quarter VIII-21

        3.    Public Knowledge of Limitations of Oracle's Forecasting Process ............ VIII-24

            a.    Back-end Loaded Nature of Oracle's Quarterly Results ................... VIII-25

            b.    Oracle's Difficulty in Forecasting Accurately Due to Volatility ....... VIII-27

        4.    Conclusion ................................................................................. VIII-28

    C.    Public Projections Relating To Oracle In Q3 Of FY 2001 ....................... VIII-29

        1.    Oracle's Public Statements ........................................................... VIII-29

            a.    December 14, 2000 earnings call ....................................... VIII-29

            b.    Subsequent projections during Q3 of FY 2001 ................... VIII-31

        2.    Projections by Securities Analysts ................................................ VIII-34

        3.    Conclusion ................................................................................. VIII-38

    D.    Oracle's Internal Projections in Q3 of FY 2001 ...................................... VIII-39

        1.    Upside Reports ............................................................................ VIII-40

            a.    December 5, 2000 ............................................................ VIII-40

            b.    December 8, 2000 ............................................................ VIII-43

            c.    December 11, 2000 .......................................................... VIII-50

            d.    December 13, 2000 .......................................................... VIII-53

            e.    December 25, 2000 .......................................................... VIII-54

            f.    January 15, 2001 ............................................................. VIII-55

            g.    January 22, 2001 ............................................................. VIII-58

            h.    January 29, 2001 ............................................................. VIII-60

            i.    February 5, 2001 ............................................................. VIII-74

            j.    February 12, 2001 ........................................................... VIII-79

            k.    February 16, 2001 ........................................................... VIII-81

            l.    February 19, 2001 ........................................................... VIII-83

            m.    February 26, 2001 ........................................................... VIII-84

            n.    February 27, 2001 ........................................................... VIII-87

            o.    February 28, 2001 ........................................................... VIII-88

            p.    March 1, 2001 ................................................................. VIII-95

        2.    IR Projection .............................................................................. VIII-96

        3.    Pipeline Reports .......................................................................... VIII-101

            a.    December 11, 2000 Pipeline Report .................................. VIII-102

            b.    January 15, 2001 Pipeline Report .................................... VIII-105

            c.    February 5, 2001 Pipeline Report .................................... VIII-110

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

|  |  | 4. | Oracle's Monthly Results During Q3 of FY 2001 | VIII-113 |
|  |  |  | a. December 2000 Flash Report | VIII-114 |
|  |  |  | b. January 2001 | VIII-119 |
|  |  | 5. | Composite Analysis of Projections from Upside Reports, IR Projections, Pipeline Reports and Flash Reports | VIII-123 |
|  |  | 6. | Big Deal Reports | VIII-127 |
|  |  | 7. | "Staged deals" analysis | VIII-134 |
|  |  | 8. | OASIS Data | VIII-138 |
|  |  | 9. | Conclusion | VIII-139 |
| E. |  |  | Oracle's Actual Results for Q3 of FY 2001 | VIII-140 |
|  |  | 1. | Comparison to final Oracle Upside Report from Q3 of FY 2001 | VIII-140 |
|  |  | 2. | Placing Q3 of FY 2001 Results in Perspective | VIII-140 |
|  |  | 3. | Revenue Analysis | VIII-142 |
|  |  |  | a. Licensing Revenue Shortfall | VIII-143 |
|  |  |  | b. Support Revenue Shortfall | VIII-157 |
|  |  | 4. | Expense Analysis | VIII-163 |
|  |  | 5. | Contracts that Would Have Had to Close to Meet the Quarter: the "But-For" Analysis | VIII-168 |
|  |  | 6. | Press and Analyst Response to the Earnings Shortfall | VIII-170 |
|  |  |  | a. Analyst Reports | VIII-171 |
|  |  |  | b. Press Reports | VIII-176 |
|  |  | 7. | Stock Price Response to the Earnings Shortfall | VIII-177 |
|  |  | 8. | Conclusion | VIII-179 |
| F. |  |  | Analysis Of "Red Flags" Claimed By Plaintiffs As Evidence That Oracle Knew Or Should Have Known That It Would Not Meet Its Projections | VIII-181 |
|  |  | 1. | Allegations that Oracle's Substantial Decline Began in Q1 of FY 2001 | VIII-181 |
|  |  |  | a. Q1 of FY 2001 | VIII-182 |
|  |  |  | b. Q2 of FY 2001 | VIII-186 |
|  |  | 2. | Allegations Concerning Oracle's Declining Sales Pipelines | VIII-189 |
|  |  | 3. | Alleged Weakness in State and Local Government Business | VIII-193 |
|  |  | 4. | Allegations Regarding Impact of dot.com Decline | VIII-197 |
|  |  | 5. | Allegations Regarding Weakness in Suite 11i and Related Sales | VIII-203 |
|  |  | 6. | Allegations Regarding Weakness in Consulting | VIII-206 |
|  |  | 7. | Allegations of Excessive Discounting | VIII-208 |
|  |  | 8. | Allegations Regarding Failure to Close Specific Large Transactions | VIII-213 |
|  |  |  | a. State of Michigan | VIII-214 |
|  |  |  | b. New York City Housing Authority | VIII-218 |
|  |  |  | c. Telia AB | VIII-219 |
|  |  |  | d. Motorola | VIII-221 |
|  |  | 9. | Allegations Regarding "Real Time" Access to Data | VIII-223 |
|  |  | 10. | Allegations Regarding Slowing Global Economy | VIII-226 |
| G. |  |  | Individual Defendants' Knowledge Regarding Oracle's Q3 FY 2001 Results | VIII-229 |
|  |  | 1. | Documentary evidence | VIII-230 |
|  |  |  | a. Contemporaneous Oracle document sources | VIII-230 |
|  |  |  | b. Contemporaneous non-Oracle document sources | VIII-265 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

2.      Testimonial evidence ...................................................................... VIII-270
    a.      Current and former NAS personnel ........................................ VIII-276
    b.      Current and former OSI personnel ......................................... VIII-278
    c.      Current and former OPI personnel ......................................... VIII-279
    d.      Finance personnel ................................................................. VIII-282
    e.      Marketing, investor relations and public relations personnel ........... VIII-284
    f.      Development personnel ......................................................... VIII-285
    g.      Current and former consulting personnel ............................... VIII-288
    h.      Other interviews .................................................................. VIII-290
    i.      The Individual Defendants ................................................... VIII-295

H.      Conclusion ..................................................................................................

IX.     ANALYSIS OF COMPETITORS' RESULTS ..................................................... IX-3
    A.      Oracle's Principal Competitors ............................................................. IX-5
    B.      Peer Company Results Announced During Oracle's Q2 FY 2001 ........ IX-5
    C.      Peer Company Results Announced During Oracle's Q3 FY 2001 ........ IX-11
    D.      Peer Company Results Announced During Oracle's Q4 FY 2001 ........ IX-19

X.      CONSULTING ISSUES ................................................................................. X-5
    A.      Allegations Regarding Consulting's Financial Performance ..................... X-5
    B.      Consulting's Financial Performance During Q3 of FY 2001 ................... X-6
    C.      Specific Performance-Related Allegations ........................................... X-20
        1.      Henley wrongly announced at the start of Q3 of FY 2001 that the
                Consulting business was growing. ............................................. X-21
        2.      Consulting experienced a substantial downturn in business by the Summer
                of 2000 that carried into the Fall and Winter of 2000 ................. X-26
        3.      By the beginning of Q3 FY01, it became clear that Consulting would not
                achieve its fiscal year projections ............................................. X-28
        4.      Consulting dropped its forecast numbers dramatically for each quarter of
                FY 2001 beginning with Q1 ...................................................... X-30
        5.      Many consultants were "sitting on the bench" during the first three
                quarters of FY 2001 and Oracle did not have many open assignments to
                keep consultants engaged. ........................................................ X-32
        6.      Consulting for State and Local Government was extremely sluggish by the
                Fall of 2000. ........................................................................... X-38
        7.      Consulting for State and Local Government failed to close an important
                deal with the State of Michigan during Q3 of FY 2001 ............... X-41
        8.      By the Fall of 2000, no Practice Managers within the State and Local
                Government Consulting sector were meeting Oracle's internal quotas.  By
                the end of Q3 of FY 2001, some consultants in the State and Local
                Government sector had achieved only 50% of their sales quota for the
                fiscal year. ............................................................................. X-43
        9.      Consulting services in the State and Local Government sector were being
                given away without charge by product sales personnel in order to close
                deals during the Spring of 2000 and thereafter. .......................... X-45
    D.      Analysis of Allegations Regarding Consulting's Experience With Suite 11i .......... X-46

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

1.    The CRM group held weekly conference calls to update consultants on the status of patches and development of new software solutions...................... X-47

2.    Consultants were told to stall implementations of Suite 11i until "mega patches" could be released. Consultants were given re-cut CDs that incorporated "mega patches" to replace earlier versions of Suite 11i........... X-49

3.    Consultants were occasionally advised that Oracle had released Suite 11i prematurely and "that nothing could be done" to fix customer problems. Consultants in the CRM consulting group were instructed that certain modules of Suite 11i did not work and should not be demonstrated to customers or installed............................................................................... X-52

4.    Consultants "rigged" their demonstrations of the CRM modules on artificial databases that did not reflect the actual functionality of the real product............................................................................................... X-55

5.    Failures with Suite 11i required Consulting to deploy numerous employees to fix customers' implementation problems, which significantly eroded Oracle's margins.  Oracle had to send 90 to 100 consultants to BellSouth to remedy Suite 11i problems........................................... X-58

E.    Conclusion................................................................................................ X-61

XI.   NATIONAL ECONOMIC RESEARCH ASSOCIATES
A.    Statistically Significant Price Movements And Volume............................ XI-1
B.    Phase Shift Analysis................................................................................. XI-2
C.    Price And Volume Movement On Selected Days....................................... XI-2

XII.  SUITE 11i
A.    Overview ................................................................................................ XII-1
      1.    Allegations ...................................................................................... XII-1
      2.    Summary of Conclusions ................................................................. XII-1
B.    Background ............................................................................................ XII-3
      1.    Best of Breed Approach ................................................................... XII-4
      2.    Suite 11i Was a Revolutionary Product Offspring............................ XII-6
      3.    General Description of Suite 11i...................................................... XII-9
C.    Analysis Of Allegedly False Or Misleading Statements Concerning Suite 11i Functionality.......................................................................................... XII-11
      1.    Plaintiffs' Allegations That Oracle Falsely Stated That Installation of Suite 11i Required No Integration Work of Any Kind ......................... XII-13
            a.    Oracle consistently used "inoperable out of the box" to refer to integration among the modules of Suite 11i..................................... XII-15
            b.    Analysts and Oracle's customers understood that "inoperable out of the box" referred to the integration between the modules of Suite 11i, and did not mean that all implementation work was eliminated ................................................................................. XII-18
            c.    Agilent Technologies:  a case study.................................. XII-22
      2.    Plaintiffs' Allegations That Oracle Falsely Stated That the Various Modules of Suite 11i Were Integrated and Interoperable .............................. XII-24

13

3.  None of the Specific Statements about Suite 11i Functionality Alleged by Plaintiffs Caused a Statistically Significant Movement in the Price or Volume of Oracle Shares .................................................................. XII-26
    a.  Alleged misrepresentation on December 14, 2000 ........................... XII-29
    b.  Alleged misrepresentation on December 15, 2000 ........................... XII-31
    c.  Alleged misrepresentation on January 5, 2001 ................................ XII-35
    d.  Alleged misrepresentation on January 8 and 10, 2001..................... XII-35
    e.  Alleged misrepresentations after the last insider sale ...................... XII-37
        (i)   Alleged misrepresentation on February 6, 2001 .................. XII-37
        (ii)  Alleged misrepresentation on February 21, 2001 ................ XII-39
D.  The Market Already Knew About The Issues With Suite 11i ........................... XII-41
    1.  The Market Knew That Suite 11i Had Numerous Bugs .............................. XII-42
        a.  The nature of bugs and the software deployment process ............... XII-42
        b.  The decision to release new software.......................................... XII-45
            (i)    Customer pressure ............................................................ XII-46
            (ii)   Market pressure ............................................................... XII-47
            (iii)  The process for testing and updating versions of Suite 11i after release ......................................................................... XII-49
        c.  Oracle publicly acknowledged bugs in Suite 11i............................ XII-52
        d.  Industry analysts also publicly noted issues with Suite 11i beginning in the summer of 2000...................................................... XII-55
        e.  Securities analysts also were aware of issues with Suite 11i........... XII-58
        f.  The popular press also was aware of Suite 11i issues ..................... XII-60
        g.  The market was aware of the issues with Suite 11i......................... XII-61
E.  Statements About Sales Of Oracle Applications............................................ XII-62
F.  Particular Allegations And Results Of Factual Investigation ......................... XII-64
    1.  Alleged Shortcomings of the CRM Modules........................................... XII-64
        a.  Completeness of the CRM modules when released ......................... XII-65
        b.  Allegations of poor integration between CRM modules.................. XII-66
            (i)    Absence of CRM APIs........................................................ XII-66
            (ii)   Allegations that CRM patches adversely affected interfaces between the modules........................................................... XII-71
        c.  Allegations of problems with the call center application................. XII-73
        d.  Alleged absence of the B2B module ............................................. XII-75
    2.  5,000 Patches in Six Months................................................................ XII-75
    3.  "Do Not Install" E-mails..................................................................... XII-78
    4.  Oracle's Use of Multiple Tools and Technologies................................... XII-79
    5.  Oracle "Pushed Out" a New Version of Suite 11i in Mid-February........... XII-80
    6.  Issues with Oracle's Internal Implementation of Suite 11i....................... XII-81
    7.  Demonstrations Were Rigged .............................................................. XII-83
    8.  Additional Specific Customer Issues .................................................... XII-87
G.  Suite 11i Since Q3 FY 2001....................................................................... XII-89
H.  Conclusion................................................................................................ XII-90

XIII. ORACLE'S $1 BILLION SAVINGS CLAIM
    A.  Introduction And Overview ....................................................................... XIII-1
    B.  Oracle's Cost Reduction Strategy And Implementation................................. XIII-4

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

|  |  | 1. | Ellison's Initial Announcement | XIII-4 |
|--|--|----|--------------------------------|--------|
|  |  | 2. | Relevant Terminology | XIII-5 |
|  |  | 3. | Restructuring and Globalization of Oracle Systems | XIII-6 |
|  |  |  | a. Restructuring Oracle's internal organization and management | XIII-7 |
|  |  |  | b. Transfer of Oracle's computer system onto the Internet | XIII-9 |
|  |  |  | (i) Stop One:  IT Globalization (database consolidation using Internet-based applications) | XIII-10 |
|  |  |  | (ii) Step Two:  E-mail Consolidation | XIII-11 |
|  |  |  | (iii) Step Three:  Marketing and Sales Globalization | XIII-11 |
|  |  |  | (iv) Step Four:  Service Organizations Globalization | XIII-12 |
|  |  |  | (v) Step Five:  Education Globalization | XIII-13 |
|  |  | 4. | Oracle's Margin Improvement | XIII-13 |
|  | C. | | The Advertising Standards Authority Investigation | XIII-16 |
|  | D. | | Analysis Of Statements By The Individual Defendants And Others At Oracle Relating To The $1 Billion Savings Claim | XIII-21 |
|  |  | 1. | Plaintiffs' Claim that the Individual Defendants and Others at Oracle Attributed the $1 Billion Savings to Oracle's Implementation of Suite 11i | XIII-21 |
|  |  |  | a. Ellison's June 1999 announcement | XIII-22 |
|  |  |  | b. Oracle's March 14, 2000 announcement | XIII-23 |
|  |  |  | c. Oracle's April 10, 2000 press release | XIII-24 |
|  |  |  | d. November 2000 article | XIII-25 |
|  |  |  | e. December 15, 2000 article | XIII-26 |
|  |  |  | f. January 5, 2001 press release | XIII-26 |
|  |  |  | g. January 10, 2001 Salomon Smith Barney report | XIII-27 |
|  |  |  | h. February 13, 2001 Robertson Stephens Technology Conference | XIII-28 |
|  |  |  | i. February 2001 Oracle AppsWorld | XIII-29 |
|  |  |  | k. Conclusion | XIII-32 |
|  |  | 2. | Plaintiffs' Claim that the Individual Defendants and Others at Oracle Failed to Reveal the True Source of Oracle's Savings | XIII-33 |
|  |  |  | a. Oracle disclosed its savings from IT consolidation | XIII-33 |
|  |  |  | b. Oracle disclosed its savings from headcount reduction | XIII-35 |
|  | E. | | Analysis Of The Effect Of Oracle's Public Statements Relating To The Billion Dollar Savings Claim On Oracle's Stock Price | XIII-37 |
|  |  | 1. | Stock Price Analysis | XIII-37 |
|  |  |  | a. Statements analyzed | XIII-37 |
|  | F. | | Analysis Of The Market's Reception Of Oracle's Billion Dollar Savings Claim | XIII-42 |
|  |  | 1. | Acceptance of Oracle's Position | XIII-43 |
|  |  | 2. | Skepticism Regarding Oracle's Position | XIII-44 |
|  | G. | | Analysis Of The Source Of Oracle's $1 Billion Savings | XIII-47 |
|  |  | 1. | The Harvard Business School Case Study | XIII-49 |
|  |  | 2. | The Bain Study | XIII-50 |
|  |  | 3. | Oracle's ASA Submission | XIII-51 |
|  |  | 4. | Oracle's Description of the Components of its Savings | XIII-52 |
|  |  |  | a. Changes in technology:  global IT | XIII-52 |

|  |  | b. | Changes in business structure:  customer/sell side | XIII-53 |
|  |  | c. | Changes in business processes:  supplier/buy side | XIII-55 |
|  |  | d. | Changes in business culture:  inside | XIII-57 |
|  | 5. | Witness Interviews |  | XIII-58 |
| H. | Conclusion |  |  | XIII-64 |

XIV. INSIDER SALES ANALYSIS

| | A. | Generally Applicable Prohibitions On Insider Trading | | XIV-2 |
|---|---|---|---|---|
|  |  | 1. | The Federal Standard | XIV-2 |
|  |  | 2. | The Delaware Standard | XIV-5 |
|  |  | 3. | The California Standard | XIV-6 |
|  | B. | Oracle's Trading Policies | | XIV-7 |
|  |  | 1. | Executive Trading Policy | XIV-7 |
|  |  |  | a. Prohibition against insider trading | XIV-9 |
|  |  |  | b. Closed-window periods | XIV-11 |
|  |  |  | c. Pre-trade clearance requirement | XIV-13 |
|  |  |  | i. Approval by the general counsel | XIV-16 |
|  |  |  | ii. Approval by the chief financial officer | XIV-19 |
|  |  |  | d. Additional restrictions on trading by officers and directors | XIV-20 |
|  |  |  | i. Prohibition against open market options transactions | XIV-20 |
|  |  |  | ii. Prohibition against insider sales in securities of companies other than Oracle | XIV-20 |
|  |  |  | iii. Section 16 restrictions | XIV-21 |
|  |  |  | e. Comparison of Oracle's Executive Trading Policy to other companies | XIV-22 |
|  |  | 2. | Code of Ethics and Business Conduct | XIV-24 |
|  | C. | Ninth Circuit Precedent Regarding Insider Sales In Section 10(b) And Rule 10b-5 Cases | | XIV-25 |
|  |  | 1. | Percentage of Holdings Sold | XIV-27 |
|  |  | 2. | Prior Trading History | XIV-29 |
|  |  | 3. | Timing of the Sales | XIV-30 |
|  | D. | Lawrence J. Ellison | | XIV-31 |
|  |  | 1. | Analysis of Ellison's Q3 FY 2001 Sales | XIV-32 |
|  |  |  | a. Percentage of holdings sold | XIV-32 |
|  |  |  | b. Prior trading history data | XIV-33 |
|  |  |  | c. Sales price versus market price data | XIV-36 |
|  |  |  | d. Rule 144 thresholds | XIV-37 |
|  |  | 2. | Simon's Financial Planning Strategies | XIV-39 |
|  |  | 3. | Ellison's Reasons for the Q3 FY 2001 Sales | XIV-42 |
|  |  | 4. | Execution of Ellison's Sales | XIV-45 |
|  |  | 5. | Compliance with Oracle's Executive Trading Policy | XIV-52 |
|  |  | 6. | Financial Data Available to Ellison | XIV-56 |
|  |  | 7. | Conclusions with Respect to Ellison's Sales | XIV-57 |
|  |  |  | a. The $30 floor | XIV-57 |
|  |  |  | b. The January 31, 2001 cessation of trading | XIV-58 |
|  |  |  | c. Sales below Ninth Circuit thresholds | XIV-58 |
|  |  |  | d. Sales below the Rule 144 threshold | XIV-58 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

|   |   | e. | Daily volume of sales | XIV-58 |
|   |   | f. | Rational tax motivated sequence of sales | XIV-59 |
|   |   | g. | The date on which sales began | XIV-59 |
|   |   | h. | Ellison's long holding period | XIV-59 |
|   |   | i. | Small number of remaining windows | XIV-60 |
|   |   | j. | Diversification and debt reduction | XIV-60 |
|   |   | k. | Failure to achieve Simon's 40 million share goal | XIV-60 |
| E. | Henley's Q3 FY 2001 Transaction | | | XIV-61 |
|   | 1. | Analysis of Henley's Q3 FY 2001 Sale | | XIV-61 |
|   |   | a. | Percentage of holdings data | XIV-62 |
|   |   | b. | Prior trading history data | XIV-62 |
|   |   | c. | Sale price versus market price data | XIV-64 |
|   | 2. | Henley's Reasons for the Q3 FY 2001 Sale | | XIV-65 |
|   | 3. | Compliance with Oracle's Executive Trading Policy | | XIV-66 |
|   | 4. | Financial Data Available to Henley | | XIV-67 |
|   | 5. | Conclusions with Respect to Henley's Sale | | XIV-68 |
| F. | Lucas' Q3 FY 2001 Sale | | | XIV-69 |
|   | 1. | Analysis of Lucas' Q3 FY 2001 Sale | | XIV-69 |
|   |   | a. | Percentage of holdings data | XIV-69 |
|   |   | b. | Prior trading history data | XIV-70 |
|   |   | c. | Sale price versus market price data | XIV-71 |
|   | 2. | Lucas' Reasons for the Q3 FY 2001 Sales | | XIV-72 |
|   | 3. | Compliance with Oracle's Executive Trading Policy | | XIV-73 |
|   | 4. | Financial Data Available to Lucas | | XIV-75 |
|   | 5. | Conclusions with Respect to Lucas' Sale | | XIV-77 |
| G. | Boskin's Q3 FY 2001 Sale | | | XIV-77 |
|   | 1. | Analysis of Boskin's Q3 FY 2001 Sale | | XIV-78 |
|   |   | a. | Percentage of holdings data | XIV-78 |
|   |   | b. | Prior trading history data | XIV-79 |
|   |   | c. | Sale price versus market price data | XIV-81 |
|   | 2. | Boskin's Reason's for the Q3 FY 2001 Sale | | XIV-82 |
|   | 3. | Compliance with Oracle's Executive Trading Policy | | XIV-83 |
|   | 4. | Financial Data Available to Boskin | | XIV-83 |
|   | 5. | Conclusions with Respect to Boskin's Sale | | XIV-84 |
| H. | Trading Activity By Other Oracle Officers And Directors | | | XIV-85 |
| **XV.** | **Q2 FY 2001 ACCOUNTING ALLEGATIONS** | | | |
| A. | Overview | | | XV-1 |
|   | 1. | Plaintiffs' Allegations | | XV-1 |
|   | 2. | The Committee's Rationale for Expanding the Scope of Its Inquiry | | XV-3 |
|   | 3. | Summary of Conclusions | | XV-4 |
|   |   | a. | Accounting Fraud Allegations | XV-4 |
|   |   | b. | Reserve Allegations | XV-7 |
|   |   | c. | Document Destruction Allegations | XV-8 |
| B. | The Accounting Fraud Allegations | | | XV-9 |
|   | 1. | The Committee's Methodology In Investigating The Accounting Fraud Allegations | | XV-12 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 294520

2.      Results of the Accounting Fraud Investigation ............................................. XV-15
     a.      Oracle Refunded Overpayments to Its Customers ........................... XV-15
         i.      Refund of Overpayment to Eli Lilly ....................................... XV-15
         ii.      Refund of Overpayments to Household International .......... XV-17
             (a)      October 1994 overpayment ......................................... XV-18
             (b)      October 1990 overpayments ....................................... XV-18
         iii.      Alleged $4.8 million Texas Instruments ................................ XV-20
     b.      Oracle created debit memos, not "phony invoices," on November 17, 2000 ........................................................................................ XV-21
     c.      The November 17, 2000 debit memos generated no revenue ........... XV-23
     d.      The balance sheet accounts do not suggest any improprieties, nor do they support Plaintiffs' allegations ............................................. XV-25
     e.      Details of Oracle's accounting standardization on November 17, 2000 ................................................................................................... XV-29
         i.      Description of Oracle's system for handling incoming cash . XV-30
             (a)      Cash received for a sales invoice ............................... XV-31
             (b)      Cash received that does not match a sales invoice .... XV-33
                 (i)      Payments for non-invoiced items ................. XV-36
                 (ii)      Overpayments refunded to customers ........... XV-39
             (c)      Accumulation of "on account" designations ............. XV-42
                 (i)      Oracle's decision to change the use of "on account" ...................................................... XV-43
                 (ii)      The process Oracle followed to eliminate the vestigial "on account" flags ................... XV-45
                 (iii)      The effect of the redesignation of vestigial "on account" flags ......................................... XV-48
                 (iv)      E&Y's review of the debit memos is consistent with the Committee's conclusion ........................................... XV-49
C.      Results of the Committee's Investigation of Claims Made in the *Ex Parte Application* ............................................................................................... XV-51
     1.      Accounting Fraud Allegations ..................................................... XV-53
     2.      Document Destruction Allegations ............................................... XV-55
         a.      The notes in the comments field ........................................ XV-55
         b.      Reactivation of an old database .......................................... XV-58
         c.      Disabling ability to transfer receipts to 12601 .................. XV-60
         d.      Altering appearance of unapplied cash allegedly booked as revenue ............................................................................... XV-60
         e.      The Trading Defendants' Knowledge ................................ XV-62
     3.      The Reserve Allegations ................................................................ XV-62
         a.      Oracle's bad debt reserve .................................................. XV-63
         b.      Transfers from unapplied cash to the bad debt write-off account ...... XV-64
         c.      Materially of transfers to the bad debt write-off account .................. XV-66
         i.      The income effect of the transfers is immaterial ................ XV-66
         ii.      Any transfers to the bad debt write-off account had no revenue effect ..................................................................... XV-67

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

18

|  |  |  |  |
|---|---|---|---|
| | d. | The transfers in Q3 FY 2001 did not occur via an "auto adjustment" as claimed in the Keatly Declaration | XV-68 |
| | e. | Movements from 25005 to 12601 were not a scheme to inflate reported earnings | XV-69 |
| | f. | The Individual Defendants' knowledge of the transfers | XV-72 |
| D. | | Conclusions | XV-73 |

XVI. LEGAL ANALYSIS OF CLAIMS

| | | | | |
|---|---|---|---|---|
| A. | | Introduction | | XIV-1 |
| | 1. | Nature of the Claims Asserted | | XIV-3 |
| | 2. | Defendants Named in the Derivative Actions | | XIV-4 |
| | 3. | Description of the Claims Asserted in the Derivative Actions | | XIV-6 |
| | | a. | The Delaware Derivative Action | XIV-6 |
| | | b. | The California Derivative Action | XIV-7 |
| | | c. | The Federal Derivative Action | XIV-8 |
| B. | | Applicable Law:  General Principles | | XIV-9 |
| | 1. | Choice of Law | | XIV-9 |
| | | a. | Common law breach of fiduciary duty and related claims | XIV-9 |
| | | b. | Statutory insider trading | XIV-12 |
| | | c. | Unjust enrichment | XIV-12 |
| | | d. | Other claims asserted in the California Derivative Action | XIV-12 |
| | 2. | Burden of Proof | | XIV-12 |
| C. | | Analysis Of The Claims Asserted In The Derivative Actions | | XIV-15 |
| | 1. | Insider Trading Claims | | XIV-15 |
| | | a. | The Delaware Derivative Action | XIV-15 |
| | | | i. Elements of the claim | XIV-15 |
| | | | ii. Potential legal defenses | XIV-18 |
| | | | (a) Argument that harm to the corporation is not required | XIV-19 |
| | | | (b) Argument that there should no longer be a common law claim for insider trading under Delaware law | XIV-23 |
| | | | (c) Argument that *Brophy* is limited to unauthorized use of proprietary, valuable assets of the corporation | XIV-24 |
| | | | iii. Analysis of the claim | XIV-26 |
| | | b. | The California Derivative Action | XIV-28 |
| | | | i. Breach of fiduciary duty | XIV-28 |
| | | | (a) Elements of the claim | XIV-28 |
| | | | (b) Potential legal defenses | XIV-29 |
| | | | (c) Analysis of the claim | XIV-30 |
| | | | ii. Statutory insider trading claim | XIV-30 |
| | | | (a) Elements of the claim | XIV-30 |
| | | | (b) Potential legal defenses | XIV-31 |
| | | | (c) Analysis of the claim | XIV-32 |
| | | | iii. Unjust enrichment | XIV-32 |
| | | | (a) Elements of the claim | XIV-32 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

|   |   | (b) | Potential legal defenses | XIV-33 |
|   |   | (c) | Analysis of the claim | XIV-33 |
|   | c. | The Federal Derivative Action | | XIV-34 |
|   |   | i. | Intentional breach of fiduciary duty | XIV-34 |
|   |   | ii. | Negligent breach of fiduciary duty | XIV-34 |
|   |   | iii. | Statutory insider trading claim | XIV-35 |
|   |   | iv. | Unjust enrichment claim | XIV-35 |
|   |   | v. | Abuse of control claim | XIV-35 |

2.  Non-Insider Trading Claims ............................................................. XIV-36
    a.  Breach of fiduciary duty claims .......................................... XIV-36
        i.  Breach of fiduciary duty based on the Non-Trading
            Defendants' facilitation of insider trading by the Trading
            Defendants ...................................................................... XIV-37
            (a)  The Delaware Derivative Action ............................ XIV-37
                 (i)   Elements of the claim .................................. XIV-37
                 (ii)  Potential legal defenses .............................. XIV-38
                 (iii) Analysis of the claim .................................. XIV-40
            (b)  The Federal Derivative Action .............................. XIV-40
        ii. Breach of fiduciary duty claims based on the Non-Trading
            Defendants' failure to monitor Oracle to prevent exposure
            to liability for violations of the federal securities laws ......... XIV-41
            (a)  The Delaware Derivative Action ............................ XIV-41
                 (i)   Elements of the claim .................................. XIV-41
                 (ii)  Potential legal defenses .............................. XIV-42
                 (iii) Analysis of the claim .................................. XIV-42
            (b)  The Federal Derivative Action .............................. XIV-43
    b.  Corporate waste claim ......................................................... XIV-44
        i.  The Delaware Derivative Action ................................... XIV-44
            (a)  Elements of the claim ............................................ XIV-44
            (b)  Potential legal defenses ........................................ XIV-45
            (c)  Analysis of the claim ............................................ XIV-46
        ii. The Federal Derivative Action ...................................... XIV-47

3.  Breach of Contract Claim Against the Trading Defendants ....................... XIV-47
    a.  Elements of the claim ......................................................... XIV-47
    b.  Potential legal defenses .................................................... XIV-48
    c.  Analysis of the claim ........................................................ XIV-49

4.  Claim Against the Trading Defendants for Reformation ........................... XIV-49
    a.  Elements of the claim ......................................................... XIV-49
    b.  Potential legal defenses .................................................... XIV-51
    c.  Analysis of the claim ........................................................ XIV-51

D.  Potential Damages ....................................................................... XIV-52
    1.  Compensatory Damages ....................................................... XIV-52
    2.  Disgorgement of the Trading Defendants' Profits .......................... XIV-53
        a.  The Delaware Derivative Action .......................................... XIV-53
        b.  The California Derivative Action and the Federal Derivative
            Action ...................................................................... XIV-55

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 294523

XVII. ANALYSIS OF ORACLE'S BEST INTERESTS

A.     Injury To The Corporation ........................................................................... XVII-2

B.     The Costs Of Pursuing Derivative Litigation............................................ XVII-2

C.     Effect On Operations Of Corporation ....................................................... XVII-3

D.     Effect On Employee Morale As A Whole ................................................. XVII-3

E.     Effect On Oracle's Relationships With Customers And Suppliers............ XVII-4

F.     Effect On Oracle's Public Image ............................................................... XVII-5

G.     Knowledge And Motivation Of Individual Defendants............................. XVII-5

H.     Extent To Which Individual Defendants Obtained Material, Personal Benefits From Their Wrongful Actions............................................................................... XVII-5

I.     Likelihood Of Recurring Conduct.............................................................. XVII-6

J.     Ability To Recover Damages From Individual Defendants....................... XVII-6

K.     Effectiveness Of Prior Remedial Action.................................................... XVII-7

XVIII. CONCLUSION

COMMITTEE CHRONOLOGY ....................................................................... Appendix A

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 294524