```
MAYER
BROWN
ROWE
& MAW
```

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Vincent Paul Schmeltz III**
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

July 25, 2005

BY FACSIMILE

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Re:   In re Oracle Securities Litigation

Dear Shawn:

  This letter responds to your request that Oracle provide a description of all steps taken to preserve documents (in any format) or data electronically stored on Oracle's e-mail and electronic database systems since the time of the filing of the original Complaint in this action on or about March 9, 2001.

  In responding to your request, I note that Oracle's in-house lawyers supervised document retention efforts pertaining to this litigation. Accordingly, these efforts fall within the ambit of the attorney-client privilege and the attorney work product doctrine. Nonetheless, as we agreed in our June 21, 2005 conversation, you will not construe anything in this letter as a waiver of either protection (should either or both actually apply), even if any of the information that the letter discloses is arguably the product of either privileged communications or protected work product.

  With these caveats, I will generally explain Oracle's document preservation efforts. Oracle initiated document retention efforts within approximately 24 hours of receiving and reviewing the first complaint filed by plaintiffs in the securities class action. Oracle's efforts consisted of (1) an initial e-mail message and suspension of the general document retention policy, and (2) telephone conversations and follow-up e-mails to relevant executives and their assistants. Oracle has also retained all financial and accounting data in its possession, as it is Oracle's policy not to delete such information from its databases.

  Through these efforts, Oracle notified certain Oracle employees of the filing of the securities action who were thought likely to have responsive information concerning the allegations in the securities class action lawsuits, and directed them to preserve documents referring to financial results, forecasts, revenue expectations, budgets, business plans, market analyses, operating costs, cost reduction plans, 11i and CRM implementations, or documents otherwise pertinent to the allegations contained in these lawsuits. Oracle made it clear that the term "documents" should be broadly construed.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Shawn A. Williams
June 25, 2005
Page 2

On March 13, 2001, Oracle sent a document retention e-mail to the following senior personnel: Stephanie Aas, Sohaib Abbasi, Carolyn Balkenhol, Christopher Balkenhol, Mark Barrenechea, Safra Catz, Daniel Cooperman, Larry Ellison, Clifford Godwin, Jeffrey Henley, Joyce Higashi, Mark Jarvis, Donald Klaiss, Bruce Lange, Deborah Lange, Joseph Lockhart, Jennifer Minton, Sharon Montoya, Holger Mueller, Jay Nussbaum, George Roberts, Michael Rocha, Charles Rozwat, Edward Sanderson, Edward Screven, Daniel Sharpley, Joel Summers, Thomas Williams, Ronald Wohl, and John Wookey.

Oracle also sent a document retention e-mail to the following individuals on the specified dates: Anne Marie Adao (Nov. 18, 2002); Mary Ann Anthony (April 16, 2001); Justin Backs (Nov. 18, 2002); Krithika Bhat (Nov. 18, 2002); Keith Block (Nov. 6, 2001); Valerie Borthwick (Nov. 6, 2001); Raul Campos (Nov. 18, 2002); Marisa Christie (Nov. 18, 2002); Nic Classick; James English (March 14, 2001); Christian Facey (March 14, 2001); Omid Fardanesh (Nov. 18, 2002); Lawrence Garnick (March 14, 2001); Sergio Giacoletto (March 22, 2001); Ivgen Guner (March 14, 2001); Sebastian Gunningham (Nov. 6, 2001); Ian Hatada (Nov. 18, 2002); Sarah Kopp (March 14, 2001); Cheryl McDowell (March 14, 2001); Linda McFarland (for Keith Block) (Nov. 6, 2001); Annica Magnusson (March 14, 2001); Graeme Mair (March 14, 2001); Neil Menon (Nov. 18, 2002); Greg Myers (Nov. 18, 2002); Michael Quinn (Nov. 18, 2002); Ryan Roberts (Nov. 20, 2002); Kevin Russ (Nov. 18, 2002); Kathryn Schwermann (Nov. 18, 2002); Stacey Elise Torman; Anil Vora (Nov. 5, 2003); Derek Williams (March 22, 2001); and David Winton (March 14, 2001).

After sending the document retention e-mails, Oracle collected documents from those individuals at the Company who, based upon Oracle's ongoing review, likely possessed responsive information. Specifically, Oracle collected three types of documents: e-mails, soft copy documents (*e.g.*, Word, Excel, Powerpoint files) and hard copy documents.

Oracle searched for and, where available, collected the following employees' e-mails from either Oracle's e-mail server or their local hard drives: Stephanie Aas, Sohaib Abbasi, Anne Marie Adao, Mary Ann Anthony, Justin Backs, Carolyn Balkenhol, Chris Balkenhol, Mark Barrenechea, Richard Batenburg, Ted Bereswill, Jennifer Bicho, Keith Block, Richard Blotner, Valerie Borthwick, John Boucher, Raul Campos, Safra Catz, Greg Chapman, Marisa Christine, Nic Classick, Michael Cochran, Jonathan Colehower, Daniel Cooperman, Al Correa, Joe DiBartolomeo, Larry Ellison, Jim English, Omid Fardanesh, John Fikany, Terrence Ford, Bret Fuller, Larry Garnick, Sergio Giacoletto, Mary Ann Gillespie, Jennifer Glass, Clifford Godwin, Ivgen Guner, Sebastian Gunningham, Adam Hahn, Ian Hatada, Jeffrey Henley, Joyce Higashi, Stanley Holmes, Mark Jarvis, Derry Kabcenell, Jan Kaufman, Markwood Keeney, James Kelly, Anthony Kender, Donald Klaiss, Bruce Lange, Deborah Lange, Ann Lanier, Kurt Larsen, Letty Ledbetter, Teresa Lim Chong, Loren Mahon, Susan Marks, Matthew Mayerson, Cheryl McDowell, Kate McGee, Scott McIntyre, Patricia McManus, Neil Menon, Scott Miller, Matthew Mills, Jennifer Minton, Sharon Montoya, Holger Mueller, Ken Muse, Greg Myers, David Natelson, Robert Nielsen, John Nugent, Jay Nussbaum, Ronald Police, Michael Quinn, Doug Renert, George Roberts, Ryan Roberts, Michael Rocha, Roberta Ronsse, William Roselli, Charles Rozwat, Kevin Russ, Chris Russell, Mark Salser, Edward Sanderson, Robert

Shawn A. Williams
June 25, 2005
Page 3

Santimauro, Carol Sato, Kathryn Schwermann, Brad Scott, Edward Screven, Lynne Segal, Daniel Sharpley, Shari Simon, Joel Summers, Stacey Torman, Frank Varasano, Anil Vora, Barbara Wallace, Derek Williams, Thomas Williams, David Williamson, David Winton, Ron Wohl, Mark Wood, and John Wookey. These e-mails are stored on removable media (*e.g.*, CDs, DVDs).

With respect to Oracle's collection of electronic data from hard drives, Oracle either (1) reviewed the contents of a hard drive at the employee's computer and collected documents that appeared potentially relevant or (2) in certain instances, "ghosted" the hard drives to obtain their entire contents. Any electronic data collected from the hard drives has also been stored on removable media. Oracle searched for and, where available, collected hard drive data from the following employees: Stephanie Aas, Sohaib Abassi, Carolyn Balkenhol, Mark Barrenechea, Richard Batenburg, Ted Bereswill, Jennifer Bicho, Keith Block, Richard Blotner, Safra Catz, Greg Chapman, Daniel Cooperman, Joe DiBartolomeo, Larry Ellison, James English, Joelle Fitzgerald, Jose Garcia, Lawrence Garnick, Mary Ann Gillespie, Jennifer Glass, Clifford Godwin, Ivgen Guner, Jeffrey Henley, Mark Jarvis, Dirk Kabcenell, Jane Kaufman, Markwood Keeney, Anthony Kender, Donald Klaiss, Sarah Kopp, Deborah Lange, Ann Lanier, Letty Ledbetter, Loren Mahon, Susan Marks, Matthew Mayerson, Cheryl McDowell, Kate McGee, Scott McIntyre, Patricia McManus, Neil Menon, Matthew Mills, Jennifer Minton, Sharon Montoya, Ken Muse, Greg Myers, David Natelson, Robert Nielsen, John Nugent, Ronald Police, Lisa Pope, George Roberts, Roberta Ronsse, Mark Salser, Edward Sanderson, Robert Santimauro, Carol Sato, Brad Scott, Edward Screven, Daniel Sharpley, Mary Lou Smulders, Stacy Torman, Joel Summers, Jody Terry, Anil Vora, Barbara Wallace, Stephen Wellen, Thomas Williams, David Winton, Ronald Wohl, and Mark Wood.

Lastly, Oracle searched for and, where available, collected hard copy documents from the following individuals: Stephanie Aas, Sohaib Abassi, Mary Ann Anthony, Carolyn Balkenhol, Christopher Balkenhol, Mark Barrenchea, Richard Batenburg, Ted Bereswill, Jennifer Bicho, Keith Block, Richard Blotner, John Boucher, Richard Burkhart, Safra Catz, Greg Chapman, Nic Classick, Michael Cochran, Jonathan Colehower, Daniel Cooperman, Joseph DiBartolomeo, Larry Ellison, Joelle Fitzgerald, Terrence Ford, Bret Fuller, Lawrence Garnick, Mary Ann Gillespie, Jennifer Glass, Clifford Godwin, Ivgen Guner, Jeff Henley, Joyce Higashi, Timothy Hoechst, Mark Jarvis, Dirk Kabcenell, Jane Kaufman, Markwood Keeney, Anthony Kender, Donald Klaiss, Sarah Kopp, John Kowtko, Bruce Lange, Deborah Lange, Letty Ledbetter, Graeme Mair, Susan Marks, Matthew Mayerson, Scott McIntyre, Patricia McManus, Neil Menon, Matthew Mills, Jennifer Minton, Sharon Montoya, Holger Mueller, Ken Muse, Greg Myers, Loren Mahon, John Nugent, George Roberts, Michael Rocha, Roberta Ronsse, William Roselli, Michael Rosenburg, Charles Rozwat, Mark Salser, Edward Sanderson, Robert Santimauro, Carol Sato, Ruud Schuitemaker, Brad Scott, Edward Screven, Lynne Segal, Daniel Sharpley, Gary Simlar, Scott Stanley, Joel Summers, Stacey Torman, Anil Vora, Barbara Wallace, Thomas Williams, David Williamson, David Winton, Ronald Wohl, Mark Wood, and John Wookey.

Mayer, Brown, Rowe & Maw LL.

Shawn A. Williams
June 25, 2005
Page 4

Sincerely,

Vincent Paul (Trace) Schmeltz, III

VPS:jph

cc: James C. Maroulis
    Lee H. Rubin

## Mayer, Brown, Rowe & Maw LLP

71 South Wacker Drive
Chicago, Illinois 60606-4637

Main phone: (312) 782-0600
Main fax: (312) 701-7711



# FACSIMILE COVER SHEET

| FROM: | Vincent Paul Schmeltz III | Date: | July 25, 2005 | |
|---|---|---|---|---|
| Direct Tel: | (312) 701-8531 | Pages: | 5 | ALL PAGES MUST BE NUMBERED |
| Direct Fax: | (312) 706-8146 | | 01721916 | |

| TO THE FOLLOWING: | | | |
|---|---|---|---|
| Name | Company | Fax # | Telephone # |
| Shawn A. Williams | LERACH, COUGHLIN, STOIA, et al. | (415) 288-4534 or (415) 288-4541 | (415) 288-4545 |

**MESSAGE:**

Please see attached letter dated July 25, 2005.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

IF YOU HAVE ANY TRANSMISSION DIFFICULTY,
PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (650) 331-2029

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.