**From:** oracle@ess30.us.oracle.com
**Sent:** Fri, 06 Apr 2001 18:00:01 GMT
**To:** bhunt@us.oracle.com; gfiorind@us.oracle.com; jmuchnok@us.oracle.com; julrich@us.oracle.com; kshaw@us.oracle.com; snorman@us.oracle.com; sterry@us.oracle.com
**CC:**
**BCC:**
**Subject:** ECMS Notice - Deckers - Updated

---

ECMS Notice - Deckers - Updated

---

The following activity has been logged into the
Escalated Customer Management System at: FRIDAY, APRIL 6, 2001 10:51 AM

---

Customer: Deckers
Location: Los Angeles
Product Area: Applications - ERP

---

Escalation Status: HOT
Escalation To: CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - SOUTHWEST REGION
Escalation Manager: BHUNT.US
Name: Bob Hunt
Phone: 719-757-2826

---

---
Business Problem:
---

11i Go-Live: 4/9/2001. Client installing 11.5.3 ERP on Sun. Go-live has slipped fom April 2 to April 9 due to outstanding bugs in development. Assistance has been requested by Sales to expedite resolution of bugs critical to achieving go-live.

---
Executive Action Required:
---

---
Current Status:
---
Deckers go-live has slipped to April 16th to allow more time for their issues to come to resolution. They have identified two more
critical issues (OM and Shipping) which are currently not bugged but may evolve as the discovery

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 971515

process continues. Updating distribution list.

- END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        NDCA-ORCL 971516