**From:** oracle@ess30.us.oracle.com
**Sent:** Fri, 20 Apr 2001 04:00:00 GMT
**To:** abannick@us.oracle.com; baquino@us.oracle.com; bbounds@us.oracle.com; cchiu@us.oracle.com; cpayne@us.oracle.com; dcampbel@us.oracle.com; dsouza@us.oracle.com; ewbank@us.oracle.com; gmcgowan@us.oracle.com; jewart@us.oracle.com; jrstanle@us.oracle.com; julrich@us.oracle.com; kjou@us.oracle.com; klarsen@us.oracle.com; kshaw@us.oracle.com; llwillia@us.oracle.com; nhase@us.oracle.com; phollan@us.oracle.com; rmoss@us.oracle.com; shasegaw@us.oracle.com; slsmith@us.oracle.com; snorman@us.oracle.com; sterry@us.oracle.com; tmccall@us.oracle.com; yelfstro@us.oracle.com
**CC:**
**BCC:**
**Subject:** ECMS Notice - Pizza Hut - Updated

---

ECMS Notice - Pizza Hut - Updated

---

The following activity has been logged into the
Escalated Customer Management System at: THURSDAY, APRIL 19, 2001 8:06 PM

---

Customer: Pizza Hut
Location: Dallas, Texas, USA
Product Area: Applications - ERP

---

Escalation Status: WARM
Escalation To: CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - South Central Region
Escalation Manager: BAQUINO.US
Name: Bernadette Aquino
Phone: 650.506.8967

---

---
Business Problem:
---

11i Go-Live: 5/29/2001. Original go-live date April 3. Customer is implementing 11.5.3 ERP (AR, GL, INV, OM, BOM, Configurator, Advanced Pricing) and 11.5.4 CRM (Foundation, Sales; TeleSales and Marketing, Call Center; Scripting, OTM, Order Capture). They have 12 outstanding tars to fix. Nine are very critical. Customer is concern with some of the patches, because the patch may break or introduce new issues. They applied RUP 2A Sales and Marketing 11.5.4 patchset which resulted to TeleSales and Advanced Pricing not working. In addition, planned business flows from Scripting to Order Management were reviewed by Scripting team and stated the functionality didn't exist and would have to have a product enhancement. Pizza Hut will need to meet their critical milestones, otherwise as per Paul Holland the project will be canned and no revenue for next year.

Customer Care has been engaged by Paul Holland to facilitate TAR resolution.

Perot Systems/Solutions Consulting is managing the implementation. Solutions Consulting is the



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                         NDCA-ORCL 972427

Systems Integrator. Apparently, Systems Integrator team had no formal training on the products.

Oracle contact:
Paul Holland - Sr. Sales Consultant/Oracle Pilot Mgr. 513.768.6858
Stephen L. Smith - CRM Solutions Specialist 972.401.5824 / 214.392.5824 cell#

Perot Systems/Solutions Consulting contacts:
Scott Colvill, Project Lead 972.338.8489 / 513.235.0408 cell#
Tim Oxender, Sr. Consultant 972.338.7365

Pizza Hut contacts:
David Pascal, IT Director 972.338.8510 / 214.505.7229 cell#
Richard Wallace 972.338.8501


---------------------------
Executive Action Required:
---------------------------



---------------------------
Current Status:
---------------------------

Customer cannot continue with the entire business flow process, because of the open issues with TeleSales and Scripting. They cannot launch scripts from the eBusiness center form. They seem to encounter known bugs that are fixed in the next Sales and Marketing patch which is scheduled for release at the end of April. However, Pizza Hut cannot wait until the end of April. They are requesting to have one-off patches available by the end of this week. Their go live date is May 29th. However their plans include the following dependencies: Code freeze April 20th, creation of training material for Call Center agents, hiring Call Center agents, QA testing, production testing, etc. The delay of the patches impacts the May 29th date, Pizza Hut will cancel the project.

Latest status:
-Paul Holland participated in a conference call this afternoon with Vamsi Mudumba, CRM Sr. Program Manager to discuss the situation at Pizza Hut.
-The unrestricted Configurator 11.5.5 general release (build 15.75) is available. ARU is 1741516.

Critical dates:
April 30, 2001 - Code freeze
May 29, 2001 - Go-live

Critical TAR(s) / Bug Summary (Note: TARs are prioritized in the Moray web site).

Order Management
1) 1431173.999 Configurator Performance Extremely Slow.
Status: CUS - Waiting on customer to determine if they will apply the cz 11.5.5 patch.
2) 1274262.996 Configurator Does Not Recognize Custom Text Violation Messages.
Status: CUS - Customer is going to see what the work is involved with upgrading to 11.5.5 in their development environment. Depending on how much work is involved they may or may not upgrade to

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         NDCA-ORCL 972428

11.5.5 in their production environment. So, if they decide there is too much work involved in upgrading to 11.5.5 they would like to apply the one off to fix this problem.
3) 13368454.6 Process Order API Validation Failures
Status: 2CB - Support to review the debug file.

CRM
1) 1296965.996 Recv error java.sql.SQLException:ORA-01722: Invalid Number When Creating Campaign
Status: SCL - Customer was able to create a campaign form.
2) 1439188.999 Receive error FRM-40815: Variable GLOBAL.AST_SALESREP_ID Does Not Exist
Status: DEV - ESC Bug 1727465 - Fix is included in the next Sales and Marketing patch available at the end of April. Waiting on development to determine if one-off patch is feasible.
3) 1346893.996 Cannot Find Campaign In TeleSales Window
Status: DEV - Support has identified bug 1568629. The fix will be available in release 11.5.4.07 which is the next Sales and Marketing minipatch available sometimes in May. No workaround available.

Follow-up:
Con calls/tar reviews are scheduled Mondays at 11:00 am PST and Thursdays at 9:00 am PST.
888-967-2253, Meeting ID 854962



- END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 972429