**From:** Steven Norman
**Sent:** Wed, 27 Dec 2000 02:33:53 GMT
**To:** mary-ann.anthony
**CC:**
**BCC:**
**Subject:** [Fwd: ECMS Notice - Kelly Services - Updated]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1026938

FYI.  Status on Kelly Services.

I will follow up on the CBO issues on this end.  Any focus you can also
help with in Dev would help.

Thanks, Steve

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         NDCA-ORCL 1026939

```
-----------------------------------------------------------------
ECMS Notice - Kelly Services - Updated
-----------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: TUESDAY, DECEMBER 26, 2000 5:04 PM

-----------------------------------------------------------------
Customer:          Kelly Services
Location:          Troy, MI
Product Area:      Applications - ERP
-----------------------------------------------------------------
Escalation Status:  HOT
Escalation To:      CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
Region
Escalation Manager: TVERA.US
         Name:      Tom Vera
         Phone:     719.757.2605
-----------------------------------------------------------------

-----------------------------
Business Problem:
-----------------------------
Customer has moved go live date for their R11i Payroll rollout until Jan 1, 2001.


-----------------------------
Executive Action Required:
-----------------------------



-----------------------------
Current Status:
-----------------------------
Customer contact stated that they are experiencing a major performance issue with the CBO.
 According to the OCS PM onsite,two CBO related bugs have been identified as needing
resolution or their go live must be pushed back.  These bug are 1308418 (base bug) and
1338853.


 - END OF REPORT -
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER               NDCA-ORCL 1026940

**First Name:** Steve
**Last Name:**
**Address:**
**E-mail:** steve.norman@oracle.com
**Full Name:** Steve Norman

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1026941

**From:** oracle@ess30.us.oracle.com
**Sent:** Wed, 27 Dec 2000 03:00:01 GMT
**To:** aciolett@us.oracle.com; aesnyder@us.oracle.com; apavlovi@us.oracle.com; aromanil@us.oracle.com; bleve@us.oracle.com; bmariani@us.oracle.com; cjlinn@us.oracle.com; clbrown@us.oracle.com; cmadsen@us.oracle.com; cscully@us.oracle.com; dsellers@us.oracle.com; dvandenb@us.oracle.com; ekizys@us.oracle.com; esanders@us.oracle.com; fvarasan@us.oracle.com; groberts@us.oracle.com; jbeatty@us.oracle.com; jgriffo@us.oracle.com; jkish@us.oracle.com; jnussbau@us.oracle.com; lrobeson@us.oracle.com; lverno@us.oracle.com; mbhill@us.oracle.com; mgoker@us.oracle.com; mmascaro@us.oracle.com; mroberti@us.oracle.com; nreier@us.oracle.com; rware@us.oracle.com; sfranchi@us.oracle.com; tbrennan@us.oracle.com; wranney@us.oracle.com
**CC:**
**BCC:**
**Subject:** ECMS Notice - AmericanGreetings.com - Updated

---

---------------------------------------------------------------------
ECMS Notice - AmericanGreetings.com - Updated
---------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: WEDNESDAY, DECEMBER 27, 2000 9:41 AM

---------------------------------------------------------------------

Customer: AmericanGreetings.com
Location: Cleveland, OH
Product Area: Server Technology

---------------------------------------------------------------------

Escalation Status: HOT
Escalation To: CEO - COO - OSS - AMERICAS DIVISION
Escalation Manager: RWARE.US
Name: Rich Ware
Phone: 407.458.1029
---------------------------------------------------------------------

-------------------------------
Business Problem:
-------------------------------

Two days before Thanksgiving, American Greetings experienced and issue where they could not connect to an instance on node 2 or 3 of the 3 node OPS cluster. All attempts were met with IPC errors. The only way to bring the system back up was to reboot all nodes in the cluster and restart the instances. The same scenario occurred the next day, but only lasted for a few seconds and it was self-correcting.
They also experienced another problem where they hit the nfile limit in the HP-UX kernel because all connections balanced across all the nodes. The holiday season is a critical time for AmericanGreetings.com and it is imperative that their production
systems remains operational. Customer Contact: Sean Fitzgerald, DBA 216.889.5134 office, 216.659.5018 cell.
Escalation Manager: Rich Ware 407.458.1029 office, 407.701.6235 cell

-------------------------------
Executive Action Required:
-------------------------------

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1027089

---------------------------
Current Status:
---------------------------
Since last status HP has engaged fully assisting Oracle in root cause analysis in the AG.com outages. Oracle has presented a strong recommendation to AG.com executive management to build a local test system with appropriate (production) network interfaces at the customer site. Oracle is working an immediate on-site resource to assist AG.com with change management, OPS and HP expertise. The next conference call is scheduled for Thursday 28DEC at 14:00 EST by dialing 888.767.2253 pc 45475.


- END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1027090

**From:** Ron Wohl
**Sent:** Wed, 03 Jan 2001 10:44:54 GMT
**To:** Joel Summers; Shaw; Kirsten
**CC:**
**BCC:**
**Subject:** Re: [Fwd: ECMS Notice - Kelly Services - Updated]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1024862

are they referenceable/happy?

Joel Summers wrote:

> 11i it is.
>
> Joel
>
> Ron Wohl wrote:
>
> > is this on 11i?
> >
> > Kirsten Shaw wrote:
> >
> > > Joel,
> > >
> > > Congrats.  Kelly Services is live!
> > >
> > > --Kirsten
> > >
> > >  -----------------------------------------------------------------------
> > >
> > > Subject: ECMS Notice - Kelly Services - Updated
> > > Date: Tue, 2 Jan 2001 14:00:02 -0700 (MST)
> > > From: oracle@ess30.us.oracle.com
> > > To: kshaw@us.oracle.com, mmcray@us.oracle.com, mwilaby@us.oracle.com,
> > >     smartin@us.oracle.com, snorman@us.oracle.com, sterry@us.oracle.com,
> > >     tvera@us.oracle.com, vschrade@us.oracle.com
> > >
> > > -----------------------------------------------------------------------
> > > ECMS Notice - Kelly Services - Updated
> > > -----------------------------------------------------------------------
> > >
> > > The following activity has been logged into the
> > > Escalated Customer Management System at: TUESDAY, JANUARY 2, 2001 1:48 PM
> > >
> > > -----------------------------------------------------------------------
> > > Customer:          Kelly Services
> > > Location:          Troy, MI
> > > Product Area:      Applications - ERP
> > >
> > > -----------------------------------------------------------------------
> > > Escalation Status:  WARM
> > > Escalation To:      CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North
> Central Region
> > > Escalation Manager: TVERA.US
> > >      Name:    Tom Vera
> > >      Phone:   719.757.2605
> > > -----------------------------------------------------------------------
> > >
> > > ----------------------------
> > > Business Problem:
> > > ----------------------------
> > > Customer has moved go live date for their R11i Payroll rollout until Jan 2, 2001.
> > >
> > > ----------------------------
> > > Executive Action Required:
> > > ----------------------------
> > >
> > > ----------------------------
> > > Current Status:
> > > ----------------------------
> > > Talked with the Oracle Consulting DBA onsite, Craig Anderson.  He informed me that
> they have indeed gone live on Payroll.  They have a few minor issues to resolve such as
> the National Automated Clearing House Association (NACHA) Report.  The Statement of
> Earnings (SOE) performance issue appears to have been resolved after applying a couple of
> performance patches.
> > >
> > > - END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1024863

**First Name:** Ron
**Last Name:** Wohl
**Address:**
**E-mail:** ron.wohl@oracle.com
**Full Name:** Ron Wohl

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1024864

**From:** Joel Summers
**Sent:** Wed, 03 Jan 2001 11:11:51 GMT
**To:** Lewis Thompson; Lyons; Jana
**CC:** CLIVE SWAN; Correa; Beth
**BCC:**
**Subject:** [Fwd: [Fwd: [Fwd: ECMS Notice - Kelly Services - Updated]]]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027949

| | |
|---|---|
| **First Name:** | Joel |
| **Last Name:** | Summers |
| **Company:** | Oracle Applications |
| **Department:** | HRMS Development |
| **E-mail:** | joel.summers@oracle.com |
| **Job Title:** | VP, Global HRMS Development |
| **Address:** | |
| | 500 Oracle Parkway |
| | Building 300 |
| | Mailstop 3op3 |
| | Redwood Shores |
| | CA |
| | USA |
| **Full Name:** | Joel Summers |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027950

Lew, Jana,

What's up with NACHA at Kelly Staff?

Thanks,

Joel

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027951

Joel,

Looks like you may have a reference site here soon!

--Kirsten

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027952

Kirsten,

I checked with the OCS PM onsite. She stated that they have one major issue - NACHA Report. Once this is accomplished, they should be an "ideal" referenceable customer. She will advise me in a couple of weeks with a final status.

Thanks,

Tom

Kirsten Shaw wrote:

> Tom,
>
> Congratulations!  I hope we can get them to be a reference account!
>
> --Kirsten
>
> ------------------------------------------------------------------
>
> Subject: ECMS Notice - Kelly Services - Updated
> Date: Tue, 2 Jan 2001 14:00:02 -0700 (MST)
> From: oracle@ess30.us.oracle.com
> To: kshaw@us.oracle.com, mmcray@us.oracle.com, mwilaby@us.oracle.com,
>     smartin@us.oracle.com, snorman@us.oracle.com, sterry@us.oracle.com,
>     tvera@us.oracle.com, vschrade@us.oracle.com
>
> ------------------------------------------------------------------
> ECMS Notice - Kelly Services - Updated
> ------------------------------------------------------------------
>
> The following activity has been logged into the
> Escalated Customer Management System at: TUESDAY, JANUARY 2, 2001 1:48 PM
>
> ------------------------------------------------------------------
> Customer:          Kelly Services
> Location:          Troy, MI
> Product Area:      Applications - ERP
>
> ------------------------------------------------------------------
> Escalation Status:  WARM
> Escalation To:     CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
> Region
> Escalation Manager: TVERA.US
>     Name:          Tom Vera
>     Phone:         719.757.2605
> ------------------------------------------------------------------
>
> -------------------------------
> Business Problem:
> -------------------------------
> Customer has moved go live date for their R11i Payroll rollout until Jan 2, 2001.
>
> -------------------------------
> Executive Action Required:
> -------------------------------
>
> -------------------------------
> Current Status:
> -------------------------------
> Talked with the Oracle Consulting DBA onsite, Craig Anderson.  He informed me that they
> have indeed gone live on Payroll.  They have a few minor issues to resolve such as the
> National Automated Clearing House Association (NACHA) Report.  The Statement of Earnings
> (SOE) performance issue appears to have been resolved after applying a couple of
> performance patches.
>
> - END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027953

**From:** Joel Summers
**Sent:** Wed, 17 Jan 2001 09:30:22 GMT
**To:** CLIVE SWAN; CHHABRA; DEEPJOT; FINE; RODERIC; Correa; Beth
**CC:**
**BCC:**
**Subject:** [Fwd: ECMS Notice - Panduit - Updated]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1028036

**First Name:**    Joel
**Last Name:**     Summers
**Company:**       Oracle Applications
**Department:**    HRMS Development
**E-mail:**        joel.summers@oracle.com
**Job Title:**     VP, Global HRMS Development
**Address:**

                   500 Oracle Parkway
                   Building 300
                   Mailstop 3op3
                   Redwood Shores
                   CA
                   USA
**Full Name:**     Joel Summers

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                 NDCA-ORCL 1028037

All,

Thought we were done with Panduit issues.  Please advise on the status
of their current HRMS issues.

Joel

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1028038

```
--------------------------------------------------------------------------
ECMS Notice - Panduit - Updated
--------------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: WEDNESDAY, JANUARY 17, 2001 3:44 PM

--------------------------------------------------------------------------
Customer:           Panduit
Location:           Chicago, IL
Product Area:       Applications - ERP

--------------------------------------------------------------------------
Escalation Status:  WARM
Escalation To:      CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
Region
Escalation Manager: BHUNT.US
          Name:     Bob Hunt
          Phone:    719-757-2826
--------------------------------------------------------------------------

-------------------------------
Business Problem:
-------------------------------
11i Go-Live: 3/1/2001. on GL, AP, AR, CM, FA, HR and PAYROLL. Spectrum Group is the
on-site consulting group. This is an upgrade from 10.7 SC to Release 11i on HP 64 bit.


-------------------------------
Executive Action Required:
-------------------------------



-------------------------------
Current Status:
-------------------------------
Con call with cus 1/17. Go-live has been adjusted to 3/1. Three remaining critical issues
communicated. 1) inability to terminate employees - BUG 1402408. Awaiting developments
response. 2)Gross to net summary report missing totals pages. Analyst awaiting
developments response from payroll concall with development. 3)Unable to get third party
payment report to show data - cus to update. Customer finalizing  testing on new 11.5.2
instance. Updating TAR list. Next con call 1/23.


  - END OF REPORT -
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1028039

**From:** Ron Wohl
**Sent:** Mon, 22 Jan 2001 06:03:53 GMT
**To:** JOEL SUMMERS; Shaw; Kirsten
**CC:**
**BCC:**
**Subject:** [Fwd: [Fwd: ECMS Notice - Kelly Services - Updated]]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1024880

are they fully referenceable now?

-------- Original Message --------
Subject: [Fwd: ECMS Notice - Kelly Services - Updated]
Date: Fri, 05 Jan 2001 12:42:18 -0800
From: Kirsten Shaw <Kirsten.Shaw@oracle.com>
Organization: Oracle Corporation
To: "Waldo,Joshua" <JOSH.WALDO@oracle.com>
CC: "Anthony,Mary Ann" <MARY-ANN.ANTHONY@oracle.com>,"Summers,Joel"
<JOEL.SUMMERS@oracle.com>,"Wohl,Ronald" <RON.WOHL@oracle.com>

Josh,

You should pursue Kelly Services for referenceability now.  They should
be good to go.

--Kirsten

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER            NDCA-ORCL 1024881

```
----------------------------------------------------------------------
ECMS Notice - Kelly Services - Updated
----------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: FRIDAY, JANUARY 5, 2001 11:55 AM

----------------------------------------------------------------------
Customer:           Kelly Services
Location:           Troy, MI
Product Area:       Applications - ERP

----------------------------------------------------------------------
Escalation Status:  COOL
Escalation To:      CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
Region
Escalation Manager: TVERA.US
           Name:    Tom Vera
           Phone:   719.757.2605
----------------------------------------------------------------------

----------------------------
Business Problem:
----------------------------
On Jan 2, 2001, Customer went live on their R11i Payroll rollout.


----------------------------
Executive Action Required:
----------------------------



----------------------------
Current Status:
----------------------------
The customer's number one concern, NACHA Process, appears to be resolved.  Customer will
continue to test throughout the weekend and will advise analyst of results.  The customer
expects to close the TAR (TAR # 1347826.999) on Monday.
Many thanks to Jana Lyons and her team for the rapid response and resolution of this
critical issue.  A job well done!


  - END OF REPORT -
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1024882

**From:** Joel Summers
**Sent:** Tue, 23 Jan 2001 07:42:03 GMT
**To:** Beth Correa; SWAN; CLIVE; Thompson; Lewis
**CC:**
**BCC:**
**Subject:** [Fwd: ECMS Notice - Panduit - Updated]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1028040

| | |
|---|---|
| **First Name:** | Joel |
| **Last Name:** | Summers |
| **Company:** | Oracle Applications |
| **Department:** | HRMS Development |
| **E-mail:** | joel.summers@oracle.com |
| **Job Title:** | VP, Global HRMS Development |
| **Address:** | |
| | 500 Oracle Parkway |
| | Building 300 |
| | Mailstop 3op3 |
| | Redwood Shores |
| | CA |
| | USA |
| **Full Name:** | Joel Summers |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1028041

FYI...
Joel

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1028042

```
--------------------------------------------------------------------
ECMS Notice - Panduit - Updated
--------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: TUESDAY, JANUARY 23, 2001 10:37 AM
--------------------------------------------------------------------

Customer:           Panduit
Location:           Chicago, IL
Product Area:       Applications - ERP
--------------------------------------------------------------------

Escalation Status:  WARM
Escalation To:      CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
Region
Escalation Manager: BHUNT.US
         Name:      Bob Hunt
         Phone:     719-757-2826
--------------------------------------------------------------------

---------------------------
Business Problem:
---------------------------
11i Go-Live: 3/1/2001. on GL, AP, AR, CM, FA, HR and PAYROLL. Spectrum Group is the
on-site consulting group. This is an upgrade from 10.7 SC to Release 11i on HP 64 bit.


---------------------------
Executive Action Required:
---------------------------



---------------------------
Current Status:
---------------------------
Update: Regarding NACHA reporting issue. After discussing issue with analyst, it appears
the reporting process has changed somewhat from 10.7, however it does not appear
functionality has been removed. There are individual reports that are available to provide
the ct with NACHA and Third Party Pament information and will request customer run these
reports to determine if they provide the information needed. Will not contact development
provided required information is available and functional. Waiting customers response.


  - END OF REPORT -
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                 NDCA-ORCL 1028043

**From:** Joel Summers
**Sent:** Wed, 07 Feb 2001 03:29:53 GMT
**To:** CLIVE SWAN; Thompson; Lewis; Correa; Beth
**CC:**
**BCC:**
**Subject:** [Fwd: ECMS Notice - Panduit - Updated]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1028044

**First Name:**    Joel
**Last Name:**    Summers
**Company:**    Oracle Applications
**Department:**    HRMS Development
**E-mail:**    joel.summers@oracle.com
**Job Title:**    VP, Global HRMS Development
**Address:**

500 Oracle Parkway
Building 300
Mailstop 3op3
Redwood Shores
CA
USA
**Full Name:**    Joel Summers

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    NDCA-ORCL 1028045

FYI...
Joel

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                NDCA-ORCL 1028046

```
-----------------------------------------------------------------------
ECMS Notice - Panduit - Updated
-----------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: WEDNESDAY, FEBRUARY 7, 2001 10:08 AM

-----------------------------------------------------------------------
Customer:          Panduit
Location:          Chicago, IL
Product Area:      Applications - ERP
-----------------------------------------------------------------------
Escalation Status: WARM
Escalation To:     CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central
Region
Escalation Manager: BHUNT.US
          Name:    Bob Hunt
          Phone:   719-757-2826
-----------------------------------------------------------------------

----------------------------
Business Problem:
----------------------------
11i Go-Live: 3/1/2001. on GL, AP, AR, CM, FA, HR and PAYROLL. Spectrum Group is the
on-site consulting group. This is an upgrade from 10.7 SC to Release 11i on HP 64 bit.


----------------------------
Executive Action Required:
----------------------------


----------------------------
Current Status:
----------------------------
Ct has not communicated results of recent internal testing. Remaining critical issues are
the third party payment report and the gross to net summary report missing totals pages.
Both issues are in the customer's court awaiting testing by customer. Ct still on track
for Mar 1 go live.


 - END OF REPORT -
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1028047

**From:** oracle@ess30.us.oracle.com
**Sent:** Wed, 21 Feb 2001 09:00:01 GMT
**To:** bhunt@us.oracle.com; kshaw@us.oracle.com; maanthon@us.oracle.com; mmcray@us.oracle.com;
saddison@us.oracle.com; snorman@us.oracle.com; sterry@us.oracle.com
**CC:**
**BCC:**
**Subject:** ECMS Notice - Indiana Mills & Mfg. - Updated

--------------------------------------------------------------------

ECMS Notice - Indiana Mills & Mfg. - Updated
--------------------------------------------------------------------

The following activity has been logged into the
Escalated Customer Management System at: WEDNESDAY, FEBRUARY 21, 2001 3:59 PM

--------------------------------------------------------------------

Customer: Indiana Mills & Mfg.
Location: Indianapolis, IN
Product Area: Applications - ERP

--------------------------------------------------------------------

Escalation Status: WARM
Escalation To: CEO - COO - OSS - AMERICAS DIVISION - US WEST AREA - North Central Region
Escalation Manager: BHUNT.US
Name: Bob Hunt
Phone: 719-757-2826
--------------------------------------------------------------------

----------------------------
Business Problem:
----------------------------

11i Go-Live: 5/1/2001. Cus very anxious with new 11i implementation and seems to be creating a stir among
the 11i customer base via chat networks. Customer is in the middle of their conference room pilot and have
several issues preventing them from moving forward. Customer
installing Manufacturing, Purchasing, Financials, OM, Cus Care (CRM).

----------------------------
Executive Action Required:
----------------------------

----------------------------
Current Status:
----------------------------

Con call 2/21. Working with Don Grons on scheduling on-site education. IMMI currently installing 4 new
instances from 11.5.3 CDs and patching their 11.5.2 instance with analyst recommendations on current critical
issues. Six critical issues currently identified. All issues being worked actively. Updating critical TAR list. Next
con call 2/23.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1027154

- END OF REPORT -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027155