LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
        jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br>―――――――――――――――<br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br>*CLASS ACTION*<br>**DECLARATION OF JENNIFER A. KOLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br>Date:   November 16, 2007<br>Time:  1:30 pm<br>Judge: Hon. Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

KOLIN DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

I, Jennifer A. Kolin, declare as follows:

1. I am a paralegal employed by the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Kolin Declaration") in support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Defendants' Destruction Of Evidence And Request For Sanctions And Objections To Special Master's July 17, 2006 Order Denying Plaintiffs' Motion To Compel The Restoration Of Backup Tapes And For Miscellaneous Relief For The Destruction Of Evidence ("Supplemental Submission").

3. I performed an electronic search of documents produced by Defendants in connection with this litigation. I searched for documents in which the name of Phil Tate appeared as a sender or recipient. This search indicated that, within the documents that Defendants produced in connection with this litigation, there are over 80 documents (totaling over 380 pages) on which Phil Tate is identified as a sender or recipient.

4. I performed an electronic search of documents produced by Defendants in connection with this litigation. I searched for documents in which the name of Larry Ellison appeared as a sender or recipient. This search indicated that, within the documents that Defendants produced in connection with this litigation, there are over 1,650 documents on which Larry Ellison is identified as a sender or recipient.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 19, 2007 in San Francisco, California.

/**S**/

_____

Jennifer A. Kolin