DAWN S. PITTMAN, State Bar No. 177962
LISA A. FREITAS, State Bar No. 227109
TERA M. HEINTZ, State Bar No. 241414
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  dpittman@morganlewis.com
         theintz@morganlewis.com
         lfreitas@morganlewis.com

Attorneys for
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DECLARATION OF NANCY YOUNG IN SUPPORT OF HEWLETT-PACKARD COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO REQUEST TO UNSEAL RECORDS** |
| ALL ACTIONS. | Date:        October 26, 2007 |
| | Time:        10:00 a.m. |
| | Courtroom:   The Honorable Martin J. Jenkins |

1-SF/7619722.1

I, Nancy Young, hereby declare as follows:

1.     I am a Director of Global Contracts-Technology, R&D and Re-Sale at Hewlett-Packard Company ("HP"). My place of business is located at the HP offices in Roseville, California.

2.     Unless otherwise identified, I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

3.     I am informed that in HP produced documents in response to a third party document subpoena issued by Plaintiffs in this litigation. Within HP's production were two documents bates numbered HP0019 through HP00021 (identified as Exhibit 62 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) and HP00008 through HP00012 (identified as Exhibit 188 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) (collectively the "HP documents"). The HP documents were designated as "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" in accordance with the January 11, 2005 Revised Stipulated Protective Order Governing Confidentiality.

4.     The HP documents contain confidential information related to HP's pricing, licensing and negotiation strategy in connection with CRM (customer relationship management) tools. Such information is proprietary and trade secret information that is never disclosed by HP without the protection of a Non-Disclosure Agreement.

5.     I am advised that Plaintiffs in this litigation have filed under seal Exhibits 62 and 188 in support of an opposition to a dispositive motion filed by Defendant Oracle Corporation. No party to the litigation has challenged the sealing of the two HP documents

6.     I am advised that on or about July 27, 2007 The National Law Journal submitted a request that "the court unseal records related to author Matthew Symonds . . ., as well as the motions for summary judgment."

7.     Release and disclosure of the HP documents would put HP at a competitive disadvantage with vendors and competitors.

8.     The HP documents contain confidential information regarding pricing, licensing and negotiation strategy information related to CRM. In addition, the documents contain certain

1  specifications of the company's CRM strategy instituted at the relevant time period and that

2  remains in place today.  HP's CRM strategy is confidential, proprietary and a trade secret.  Any

3  disclosure of such information would place HP at a competitive disadvantage and have a

4  detrimental economic impact on its business, as it would make HP's internal strategy matters

5  publicly available for review by competitors.  HP has invested significant time, energy and

6  resources into developing its strategy, and such investment would be significantly undermined by

7  public disclosure of this information.

8

9       I declare under penalty of perjury under the laws of the State of California that the

10  foregoing is true and correct, and that this declaration was executed on October 19, 2007 at

11  Roseville, California.

12

13                                Nancy Young

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NANCY YOUNG IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO UNSEAL RECORDS