DAWN S. PITTMAN, State Bar No. 177962
LISA A. FREITAS, State Bar No. 227109
TERA M. HEINTZ, State Bar No. 241414
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpittman@morganlewis.com
        theintz@morganlewis.com
        lfreitas@morganlewis.com

Attorneys for
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING HEWLETT-PACKARD COMPANY'S OPPOSITION TO REQUEST TO UNSEAL RECORDS** |

1-SF/7619773.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3  In response to this Court's October 2, 2007 Order to Show Cause, on October 19, 2007, Third Party Hewlett-Packard Company ("HP") filed its Memorandum of Points and Authorities in Opposition to Request to Unseal Records and the Declaration of Nancy Young in support thereof.

Upon review and consideration of the HP opposition papers, the Court hereby rules as follows:

(1) HP has made a showing that Exhibits 62 and 188 to the Plaintiffs' [Corrected] Opposition to Defendants' Motion for Summary Judgment (hereinafter the "HP Documents") constitute proprietary and trade secret information from which HP derives independent economic value from not being generally known to the public, and is the subject of reasonable efforts to maintain its secrecy;

(2) HP has demonstrated a compelling basis for maintaining the confidentiality of Exhibits 62 and 188;

(3) Exhibits 62 and 188 shall remain filed under seal.

IT IS SO ORDERED.

Dated: _____     _____

Hon. MARTIN J. JENKINS
United States District Judge