| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matt.rawlinson@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071<br>Phone: (213) 485-1234<br>Fax: (213) 891-8763<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M Berkowitz (*admitted pro hac vice*)<br>300 South Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 876-7700<br>Fax: (312) 993-9767<br>Email: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **October 22, 2007**, I served the following document described as:

1. **DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES [FILED UNDER SEAL].**

2. **EXHIBITS 13 AND 43 TO THE DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES [FILED UNDER SEAL].**

by serving a true copy of the above-described document in the following manner:

**BY HAND DELIVERY**

I caused a true and correct copy of the document(s) listed above to be hand delivered to the following party at the address set forth below:

Shawn A. Williams, Esq.
Willow E. Radcliffe, Esq.
Lerach, Couglin, Stoia, Geller, Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
shawnw@lerachlaw.com
willowr@lerachlaw.com

Mark Solomon, Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
marks@lerachlaw.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Panel at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 22, 2007**, at San Francisco, California.

/S/
_____
Lori Quinn