IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 MJJ |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *hearing* previously set for 10/26/07 at 10:00 AM has been rescheduled for **10/26/07** at **11:30 AM**, before the Honorable Martin J. Jenkins.  Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 23, 2007					FOR THE COURT,

							Richard W. Wieking, Clerk

							By: _____
							      R. B. Espinosa
							      Deputy Clerk