UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: October 26, 2007

**Case No:** C 01-00988 MJJ

**Case Title**: IN RE: ORACLE CORP. SECURITIES LITIGATION

**Appearances:**

    For Plaintiff(s): Mark Solomon, Shawn Williams

    For Defendant(s): James Maroulis, Matt Rawlinson, Rees Morgan, Tera Heintz, Edward Swanson, Alexis Haller

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Lydia Zinn

## *PROCEEDINGS*

1. Hearing on the OSC - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  (X) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  ( ) Continued to:

Order to be prepared by:     (X) Plaintiff   ( ) Defendant   ( ) Court

## *SUMMARY*

- The issue of sealed documents discussed.
- Plaintiffs' Counsel to prepare a proposed order reflecting the rulings made by this Court at today's hearing. Counsel shall send the proposed order to all parties for signature before filing with this Court.