LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.Rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**PARTIES' JOINT STATEMENT OF UNDISPUTED FACTS REGARDING SUMMARY JUDGMENT**<br><br>Honorable Judge Martin J. Jenkins<br>Hearing Date: November 16, 2007<br>Time: 1:30 p.m. |

Pursuant to the Court's Standing Order, effective May 12, 2006, the parties submit the following joint statement of undisputed facts regarding the parties' motions for summary judgment.

**Undisputed Facts**

| | |
|---|---|
| 1. | Oracle's principal business is the creation, sale and maintenance of systems and applications software to businesses and other organizations (or enterprise customers). |
| 2. | In addition to software license fees, Oracle earns revenue from support fees paid by existing licensees and fees earned by Oracle's consulting division. |
| 3. | Database software was Oracle's first major software business and, historically, has been its largest source of software revenue. |
| 4. | In the two years prior to 3QFY01, annual license sales made up over 40% of the Company's total annual revenues. |
| 5. | By the late 1990s, enterprise applications generally were divided into two categories: (1) ERP or "enterprise resource planning" applications to automate "back-office" functions such as financials, human resources, manufacturing, procurement, and supply chain management; and (2) CRM or "customer relationship management" applications to automate "front-office" functions, such as call centers, customer service, and other customer-facing activities. |
| 6. | As of 2000, enterprise software industry participants sometimes debated the relative merits of the "best of breed" and "suite" strategies. |
| 7. | In May 2000, Oracle released its new applications Suite 11i. |
| 8. | In May 2000, Oracle began selling a new release of its enterprise applications suite, called Suite 11i. |
| 9. | Wall Street analyst consensus earnings expectations for 2Q01 was that Oracle would report $0.10 EPS in 2Q01. |
| 10. | On December 14, 2000, Oracle issued a press release reporting $0.11 EPS for 2Q01. |

| | | |
|---|---|---|
| 11. | On December 14, 2000, Oracle reported applications revenue growth of 66% for 2Q01 (in actual dollars). |
| 12. | On December 14, 2000, Oracle conducted its second fiscal quarter 2001 financial results conference call.  The call was open to the public. |
| 13. | On December 14, 2000, Oracle announced financial results for 2Q01 (which ended November 30, 2000) and offered guidance for 3Q01. |
| 14. | During the December 14, 2000 call, Ellison and Henley gave certain guidance to the market reflecting the company's expected performance for 3QFY2001 including earnings per share ("EPS") of $0.12, license revenue growth of 25%, applications license revenue growth of 75% and database license revenue growth of 15%-20% (all in actual dollars). |
| 15. | The Potential Forecast was the forecast that resulted after Minton's "upside" was added to the Field Forecast. |
| 16. | The Field Forecast, with Minton's Upside and Potential, was presented in the "Upside Report," which was discussed at Executive Management Committee meetings attended by Ellison, Henley, Sanderson, and other top executives.  Pipeline reports and Flash reports were also discussed at the Executive Management Committee meetings. |
| 17. | At Oracle, "pipeline" included deals that had already closed in that quarter. |
| 18. | The status of deals and actual sales quarter-to-date were discussed at the Thursday forecasting calls. |
| 19. | Prior to January 2001, other than certain trades conducted for tax planning purposes and some gifts, Ellison had not sold any Oracle stock since May 1996. |
| 20. | On January 22, 2001, Ellison exercised 3.1 million options and sold the shares at $32.0082 for gross proceeds of $99,225,420.00. |
| 21. | On January 23, 2001, Ellison exercised 5.1 million options and sold the shares at $31.6388 for gross proceeds of $161,357,880.00. |
| 22. | On January 24, 2001, Ellison exercised 4.9 million options and sold the shares at $30.7277 for gross proceeds of $150,565,730.00. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATEMENT OF UNDISPUTED FACTS
Master File No. C-01-0988-MJJ

| | | |
|---|---|---|
| | 23. | On January 25, 2001, Ellison exercised 3.825 million options and sold the shares at $30.1401 for gross proceeds of $115,285,882.50. |
| | 24. | On January 26, 2001, Ellison exercised 4.225 million options and sold the shares at $30.0888 for gross proceeds of $127,125,180.00. |
| | 25. | On January 29, 2001, Ellison exercised 1.082 million options and sold the shares at $30.0347 for gross proceeds of $32,497,545.40. |
| | 26. | January 29, 2001 was the last date on which Ellison exercised his options that were expiring and when he started to sell shares he previously owned. |
| | 27. | On January 29, 2001, Ellison sold an additional 815,000 shares that he previously owned at $30.2224 for gross proceeds of $24,631,256.00. |
| | 28. | On January 29, 2001, Ellison sold an additional 1.5 million shares that he previously owned at $30.4938 average price for total proceeds of $45,740,700.00. |
| | 29. | On January 30, 2001, Ellison sold 3,237,576 shares that he previously owned at $30.5484 for gross proceeds of $98,902,840.80. |
| | 30. | On January 31, 2001, Ellison sold 1.3 million shares that he previously owned at $30.349 for gross proceeds of $39,453,700.00. |
| | 31. | During the period of January 22, 2001 through January 31, 2001, Ellison sold 29,084,576 shares for gross proceeds of $894,786,134.70. |
| | 32. | On November 29, 2000, Larry Ellison spoke at a Credit Suisse First Boston conference. |
| | 33. | On February 13, 2001, George Roberts spoke at the Tech 2001 Conference hosted by Robertson Stephens. |
| | 34. | On March 1, 2001, the Company held an analyst call regarding its 3QFY01 preliminary results. |
| | 35. | On March 1, 2001, Oracle announced an EPS estimate of 10 cents, with an estimate of 6% total license growth, including flat or slightly negative database growth and applications growth of 50% (all figures in actual dollars). |

| | |
|---|---|
| 36. | On March 1, 2001, Oracle announced preliminary earnings for the third fiscal quarter 2001 of $0.10 per share, missing analysts' consensus of $0.12 per share by $0.02. |
| 37. | On March 15, 2001, Oracle confirmed its preliminary EPS estimate of 10 cents, announced that database sales had increased by 6%, while applications sales had increased by 25%, as opposed to the 50% increase Oracle had estimated on March 1, 2001 (all figures in actual dollars). |
| 38. | Jay Nussbaum was the Executive Vice President of OSI and reported directly to Ellison during 3QFY01. |
| 39. | Safra Catz was the Executive Vice President of the Company in 3QFY01. |
| 40. | Jennifer Minton was the Senior Vice President, Corporate Controller and Chief Accounting Officer during 3QFYOl. |
| 41. | During the Class Period, Edward Sanderson, Jr. was the Executive Vice President, Oracle Product Industries, Americas Consulting and Latin America Division at Oracle and reported to Larry Ellison. |
| 42. | During the Class Period, Greg Seiden served as Oracle's Vice President of Applications Integration. |
| 43. | Ellison, Henley, the EVPs of the U.S. Divisions and Safra Catz were all members of Oracle's Executive Management Committee (the "EMC") during 3QFY01. |
| 44. | Oracle's Bad Debt Write-offs account (Account 12601) was an account that was included in the balance of Oracle's bad debt reserve. |

Dated: November 6, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Patrick E. Gibbs
Jamie L. Wine

By: **/S/**
Patrick E. Gibbs
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

I, Patrick Gibbs, am the ECF user whose ID and password are being used to file this joint statement. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Britton concurred in this filing.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Mark Solomon
Douglas R. Britton
Shawn A. Williams
Willow E. Radcliffe

By: **/S/**
Douglas R. Britton
Attorneys for Plaintiffs