1
2
3
4
5
6
7
8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

| 11 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 12 | | ) | CLASS ACTION |
| 13 | This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF GEORGE FOSTER |
| 14 | ALL ACTIONS. | ) ) | |
| 15 | | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' Administrative Motion for Leave to File the Declaration of Alan G. Goedde in Response to the Rebuttal Declaration of George Foster ("Plaintiffs' Motion"), upon review of the parties' written submissions, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

DATED: _____    _____
                                  THE HONORABLE MARTIN J. JENKINS
                                  UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN


     s/ DOUGLAS R. BRITTON
        DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ORD00047035.doc

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MTN FOR LEAVE TO FILE DECL OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECL OF GEORGE FOSTER - C-01-0988-MJJ     - 1 -