1 | COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
3 | STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
4 | San Diego, CA  92101
Telephone:  619/231-1058
5 | 619/231-7423 (fax)
marks@csgrr.com
6 | dougb@csgrr.com
skaplan@csgrr.com
7 |      – and –
SHAWN A. WILLIAMS (213113)
8 | WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
9 | ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
10 | 100 Pine Street, Suite 2600
San Francisco, CA  94111
11 | Telephone:  415/288-4545
415/288-4534 (fax)
12 | shawnw@csgrr.com
willowr@csgrr.com
13 | moniquew@csgrr.com
elig@csgrr.com
14 | dpfefferbaum@csgrr.com

15 | Lead Counsel for Plaintiffs

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | In re ORACLE CORPORATION
SECURITIES LITIGATION

19 |

20 | This Document Relates To:

21 |      ALL ACTIONS.

22 |

23 |

| ) Master File No. C-01-0988-MJJ |
| ) |
| ) CLASS ACTION |
| ) |
| ) DECLARATION OF DOUGLAS R. |
| ) BRITTON IN SUPPORT OF PLAINTIFFS' |
| ) ADMINISTRATIVE MOTION FOR LEAVE |
| ) TO FILE THE DECLARATION OF |
| ALAN G. GOEDDE IN RESPONSE TO THE |
| REBUTTAL DECLARATION OF GEORGE |
| FOSTER |

24 | DATE: November 16, 2007
TIME: 1:30 p.m.
25 | COURTROOM: The Honorable
Martin J. Jenkins

26

27

28

1      I, DOUGLAS R. BRITTON, declare as follows:

2      1.      I am an attorney duly licensed to practice before all of the courts of the State of

3   California.  I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, lead

4   counsel for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated

5   herein and, if called upon, I could and would competently testify thereto.

6      2.      On November 5, 2007, I sent a letter to defendants requesting that they stipulate to

7   plaintiffs' request to file the supplemental declaration of Dr. Alan G. Goedde.  Defendants responded

8   on November 5, 2007 that they did not agree.

9      3.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Alan G.

10   Goedde in Response to the Rebuttal Declaration of George Foster.

11      I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct.  Executed this 6th day of November, 2007, at San Diego, California.

13

14                                                              s/  DOUGLAS R. BRITTON
                                                                    DOUGLAS R. BRITTON
15

16   S:\CasesSD\Oracle3\dec00047018.doc

17

18

19

20

21

22

23

24

25

26

27

28

DECL OF DOUGLAS BRITTON IN SUPP OF PLTFS' ADMIN MOT FOR LEAVE TO FILE DECL OF
ALAN G. GOEDDE IN RESPONSE TO REBUTTAL DECL OF GEORGE FOSTER - C-01-0988-MJJ       - 1 -

1

CERTIFICATE OF SERVICE

2          I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on November 6, 2007.

9

                                           s/  DOUGLAS R. BRITTON
10                                         DOUGLAS R. BRITTON

11                                         COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
12                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101-3301
13                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
14

15                                         E-mail:  dougb@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111