# EXHIBIT 1

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   DANIEL J. PFEFFERBAUM (248631)
10 100 Pine Street, Suite 2600
   San Francisco, CA  94111
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 shawnw@csgrr.com
   willowr@csgrr.com
13 moniquew@csgrr.com
   elig@csgrr.com
14 dpfefferbaum@csgrr.com

15 Lead Counsel for Plaintiffs

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| 19 | CLASS ACTION |
| 20  This Document Relates To: | DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF GEORGE FOSTER |
| 21       ALL ACTIONS. | |
| 22 | DATE:        November 16, 2007<br>TIME:         1:30 p.m.<br>COURTROOM: The Honorable<br>                       Martin J. Jenkins |

I, ALAN G. GOEDDE, declare as follows:

1. I submit this declaration in further support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Opposition") and to address the critiques and analyses raised for the first time in the Rebuttal Declaration of George Foster ("Foster Rebuttal Declaration") filed as an exhibit in support of Defendants' Reply in Support of *Daubert* Motion to Exclude Reports and Testimony of Alan G. Goedde.

2. I am submitting this declaration in advance of the hearing currently scheduled for November 16, 2007 in order to give defendants and the Court an opportunity to review the statistical analysis contained herein, which rebuts the specific critiques and new analyses raised in the Foster Rebuttal Declaration and supports the opinions that I offered in my reports, in my deposition testimony, and in the August 26, 2007 declaration that I submitted in support of Plaintiffs' Opposition ("Goedde Declaration"). I have personal knowledge of the facts set forth below, or where I do not have personal knowledge, I am informed and believe the stated facts to be true and correct.

3. In the Goedde Declaration, I addressed defendants' denial that the historical conversion rate formed the basis of the Potential Forecast. I compared the historical conversion rates to the conversion rate that was used for the Potential Forecast in Q3 FY01.[1] This analysis supports my opinion that the prior year's conversion rate was the basis for the Potential Forecast.

4. As an example of the close relationship between the Potential Forecast conversion rate and the prior year's conversion rate, I calculated a forecast based on the prior year's conversion rate (prior year's conversion rate multiplied by current year pipeline) and compared that forecast to the Potential Forecast. I tested the correlation between these two values and found the Potential Forecast and the forecast using the prior year's conversion rate to be highly correlated.[2]

---

[1]  Goedde Declaration, ¶¶3, 4, Ex. 1.

[2]  Goedde Declaration, ¶5, Ex. 2.

5.      To address critiques and new analyses raised in the Foster Rebuttal Declaration, this declaration supplements the Goedde Declaration with a more detailed statistical analysis, the results of which support my opinion that the Potential Forecast of Oracle's quarterly license revenues was based primarily on the prior year's conversion rate, and addresses the flaws in the statistical analyses offered in the Foster Rebuttal Declaration.

### Errors in Professor Foster's Rebuttal Declaration

6.      Professor Foster alleges that seasonal patterns and year-over-year growth in Oracle's sales are responsible for the high correlation and statistical significance of my results. Foster Rebuttal Declaration, ¶40. Professor Foster then purports to test the importance of seasonal patterns and year-over-year growth in Figures 11, 12, 13, 13a and ¶¶39-49 of his declaration.

7.      Professor Foster fails to acknowledge that the underlying basis of the example I used is the fact that Ms. Minton relied on the prior year's conversion rates because Oracle recognized seasonal trends (quarter by quarter) in Oracle's business. The conversion rate for the same week in the same quarter in the prior year was the "best comparison" because "there's seasonality to [Oracle's] business." Plaintiffs' Opposition Ex. II at 70:3-11. Ms. Minton's own recognition of the seasonal trends undermines Professor Foster's seasonality critiques, as seasonality was recognized in my analysis the same way that it was recognized in Ms. Minton's analysis.

**Professor Foster's Dummy Variables Analysis**

8.      Professor Foster, in Figure 13, identifies the quarterly seasonal trends in the Potential Forecast, but does so while ignoring the influence and importance of the prior year's conversion rate. In Figure 13a, Professor Foster regresses dummy variables for Q4 FY00-Q3 FY01 on the Potential Forecast. He finds that there is a high R Square value and several of the explanatory variables are significant. By showing that these dummy variables are significant, Professor Foster has merely demonstrated that there is a statistically significant difference in the data from one quarter to the next. It is undisputed that seasonality exists in Oracle's sales, and the significance of Professor Foster's dummy variables does not add to that understanding.

9.      Importantly, Professor Foster's analysis does not tell the whole story. Professor Foster claims that "... most of the variation that Dr. Goedde's regression is 'explaining' is variation

that arises from different levels of sales in different quarters, *i.e.*, arising from the seasonality and year-over-year change in Oracle's license sales and hence its Potential Forecast and Pipeline." Foster Rebuttal Declaration, ¶46. But Professor Foster's dummy variables analysis does not change the significance of the relationship between the calculated forecast and the Potential Forecast. By leaving the calculated forecast out of the analysis, Professor Foster creates the misleading impression that this important variable is insignificant.

10. To test the relative importance of Professor Foster's dummy variables compared to the importance of the calculated forecast in explaining the Potential Forecast, I used a stepwise regression procedure to see which explanatory variable was most important in explaining the Potential Forecast. A stepwise regression identifies the most significant explanatory variable in the regression and eliminates variables with significance levels below a predetermined cutoff point. The results of the stepwise regression (Exhibit A attached hereto) clearly show that while Professor Foster's dummy variables demonstrate the significance of seasonality, they do not change the fact that compared to Professor Foster's dummy variables, the calculated forecast is a more significant explanatory variable for the Potential Forecast.

11. As shown in Exhibit A, the calculated forecast is listed as the most important variable in explaining the changes in the Potential Forecast and has the highest t-statistic (T-Value=6.38). Professor Foster's dummy variables are less important in explaining the Potential Forecast than the calculated forecast.

**Professor Foster's Hypothesized Analysis**

12. In the Goedde Declaration dated August 26, 2007, I explained the results of a regression that tested the relationship between the Potential Forecast and a calculated forecast based on the prior year's conversion rate. As stated in that declaration, the results showed that ". . . variations over time in the Potential Forecast can be explained by similar variations in the calculated forecast based on the prior year's conversion rate." Goedde Declaration at 2.

13. In response, Professor Foster claims that "In order to test Dr. Goedde's theory that a variation in one causes a variation in the other, one would do a regression analysis using the change or variation from the prior week . . . in order to determine how accurately the variation in the

DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF
GEORGE FOSTER - C-01-0988-MJJ                                                                        - 3 -

mechanical conversion ratio-based analysis predicts variation in the Potential Forecast. Importantly, this is not what Dr. Goedde does. Instead of regressing the variations, he simply regresses the levels of the two variables." Foster Rebuttal Declaration, ¶29. My analysis is based on commonly recognized uses of regression that describe variations or movements in one variable with respect to variations or movements in another variable over an entire time period, which in this case is Q3 FY00 to Q3 FY01:

> "Regression analysis is a statistical technique that attempts to 'explain' movements in one variable, the dependant variable, as a function of movements in a set of other variables, called the independent (or explanatory) variables, through the quantification of a single equation."[3]; and

> ". . . regression models are often intended to depict a causal relationship, in that the researcher believes that changes in the explanatory variable cause changes in the dependant variable."[4]

14.     Professor Foster is misleading in his claim in which he purports to "appropriately do the analysis suggested by Dr. Goedde's hypothesis . . ." Foster Rebuttal Declaration, ¶30. My regression tests the variation between the Potential Forecast and the conversion rate forecast during the period Q3 FY00 to Q3 FY01 to demonstrate the causal relationship between these two variables. Goedde Declaration, ¶5, Ex. 3. Professor Foster creates an entirely different analysis based on calculations that were never used in my analysis. Foster Rebuttal Declaration, ¶27, Figure 2. Professor Foster's analysis uses the week-to-week change in the dollar value of the Potential Forecast or the week-to-week percentage change in the dollar value of the Potential Forecast as the dependent variable in a regression. Professor Foster then eliminates certain observations that undermine his analysis. Foster Rebuttal Declaration, Figure 2, columns O, P. In particular, Professor Foster eliminates week 2 of Q3 FY01, which is the very forecast that Ms. Minton provided for Oracle's December 14, 2000 Public Guidance.

---

[3]  A.H. Studenmund, Using Econometrics: A Practical Guide 7 (Boston: Addison Wesley 4th ed. 2001).

[4]  Gary Smith, Introduction to Statistical Reasoning 524 (Boston: WCB/McGraw-Hill ed. 1998).

DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF GEORGE FOSTER - C-01-0988-MJJ                                                                                                    - 4 -

15. Even disregarding the fact that Professor Foster's Figures 9, 9a and 9b were borne from his misinterpretation of simple terminology common to statistical analysis, there are a number of problems with his calculations. In Figure 9b, Professor Foster performs a regression on the dollar change in the Potential Forecast (dependent variable) versus the dollar change in the calculated forecast (explanatory variable). While Professor Foster claims that "the seasonality . . . in Oracle's Potential Forecast and license Pipeline" (Foster Rebuttal Declaration, ¶39) skewed the regression performed in the Goedde Declaration, he makes no adjustment for these trends in his own regression.

16. As the Pipeline is much larger in Oracle's Q4 than in Q1, the changes in the calculated forecast and changes in the Potential Forecasts are likely to be larger as well. This is an effect of the seasonality in Oracle's business. Professor Foster attacks the regression in the Goedde Declaration for failing to account for this effect, when, only pages earlier in his Rebuttal Declaration, he fails to account for it himself.

17. Furthermore, Professor Foster fails to account for the "year-over year [sic] growth in Oracle's Potential Forecast and license Pipeline," which he claims has skewed the results of the regression in the Goedde Declaration. Foster Rebuttal Declaration at 16. Similar to seasonality, if the Potential Forecast and license Pipeline are growing over time, so too would the changes in the Potential Forecast and license Pipeline. Again, Professor Foster alleges that year-over-year growth has affected the results of the regression in the Goedde Declaration, but fails to account for the trend in his own regression. His opinion that there is no relationship between the Potential Forecast and the calculated forecast is not supported by his regression and is belied by documents and testimony.

18. A more glaring problem with the regressions Professor Foster performs in Figures 9a and 9b is the fact that his calculations eliminate data. Both Figures 9a and 9b are based on the difference between the Potential Forecast from one week to the next and the difference between the calculated forecast from one week to the next. However, this leads to disproportionately large differences between quarters, due to the seasonal changes in the pipeline mentioned previously. Professor Foster accounts for this problem by eliminating the first data point for every quarter. By doing so, he alters the data set, makes his results incomparable to other regressions, and calls into question the validity of his conclusions.

DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF
GEORGE FOSTER - C-01-0988-MJJ                                                                                              - 5 -

19. Instead of eliminating data points in order to calculate the change in the dollar amount of the forecasts, Professor Foster could have relied upon conversion rates and maintained the full and consistent data set. Using conversion rates would also reduce the effects of seasonality and year-over-year growth in the Oracle's Potential Forecast and license Pipeline. While the forecasts and Pipeline might trend upwards from 1Q to 4Q and from early years to later, conversion rates are unlikely to be affected. For example, week 2 of 4Q FY99, week 4 of 2Q FY00 and week 10 of 3Q FY00 all had actual conversion rates of 56%, despite Pipelines of $2.6 billion, $1.5 billion and $1.8 billion, respectively.

20. The regressions Professor Foster performs in Figures 9a and 9b highlight the contradictions within Foster's Rebuttal Declaration. Professor Foster decries the regression performed in the Goedde Declaration for not accounting for the potential effects of seasonality and year-over-year growth, but fails to account for these effects within his own calculations. Furthermore, Professor Foster eliminates several data points, and thereby further skews his results and conclusions.

### Analysis of the Correlation between Minton's Forecast Conversion Rate and the Prior Year Conversion Rate

21. To address Professor Foster's allegations that seasonal patterns and year-over-year growth in Oracle's license sales are responsible for the statistical significance of my results, I use a regression analysis that further corrects for these trends (in addition to Ms. Minton's use of the conversion rate from the identical week of the identical quarter from the prior year as a result of seasonality in Oracle's business, as I have discussed above).

22. I use what is commonly called an error correction model to correct for these trends. Error correction models are an accepted method of controlling for trends related to seasonality, time and other characteristics that appear in time series data, particularly when each of the variables in a regression is a time series. Hence, an error correction model is useful to further remove trends in both the Potential Forecast's conversion rate and the prior year's conversion rate. The error correction model adjusts for several factors affecting a regression analysis: time trends, seasonality and long term effects.

"The notion of an 'Error Correction Model' (ECM) is considered to be a very powerful organizing principle in applied econometrics and has been applied widely."[5]

23. First, time trends are taken into account by reformulating the variables using a procedure called first differences, which defendants accept as a reliable method. Foster Rebuttal Declaration, ¶33. This process involves taking sequential differences between individual observations of each variable. The purpose is to eliminate time trends in variables which can obscure the causal relationship being tested by the regression. In this case I am using a regression analysis to test the causal relationship between the prior year's conversion rate and the Potential Forecast conversion rate.

24. The method of using first differences to remove time trends can be explained in the following example. I have listed below a series of numbers, such that the *only* relationship between them is that they are sequential over time. The first differences method creates a new series of numbers by subtracting each sequential number from its preceding value. Since the only relationship between these numbers is their sequence over time, the first differences method removes the time trend and reveals that the numbers are identical.

Example of Using First Differences

| Week | Value | First Difference [(week 2-week 1), etc.] |
|---|---|---|
| Week 1 | 1 | — |
| Week 2 | 2 | 1 |
| Week 3 | 3 | 1 |
| Week 4 | 4 | 1 |
| Week 5 | 5 | 1 |

25. Similarly, using the first differences of the Potential Forecast conversion rate and the first differences of the prior year's conversion rate removes, or greatly reduces, the trends over time which can cause errors in a regression analysis. First differences is a commonly used statistical

---

[5] *See*, for example, 5, No. 1 George Alogoskoufis & and Ron Smith, *On Error Correction Models: Specification, Interpretation, Estimation*, Journal of Econ. Surveys (1991).

DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF
GEORGE FOSTER - C-01-0988-MJJ                                                          - 7 -

1  technique to eliminate, or greatly reduce the effect of time trends in a regression (more commonly
2  known as autocorrelation).[6]

3  26. The second element of an error correction model involves a recognition that decisions made in the real world may be influenced by information from a time in the past when a similar decision was made. It makes sense to consider that current business decisions are based on knowledge acquired in the past. The forecast conversion rate includes the level of judgment Ms. Minton applies to reach her forecast.[7] One would expect that the judgment applied in any week could be partially explained by the judgment applied in prior weeks. Effects such as seasonality are well-known to Oracle and it makes sense that Ms. Minton would consider these effects in developing her forecast. To account for these influences, while avoiding the time trends described above, the first differences of the prior week's Potential Forecast conversion rate is included as a variable to explain the first differences of the current Potential Forecast conversion rate.

13  27. A third type of change, according to the error correction model, involves longer term effects such as the effect of the actual value of the Potential Forecast conversion rate in prior periods. For example, the change in the amount of judgment in the Potential Forecast conversion rate could be expected to be influenced by the change in the judgment in the prior week (as discussed above) as well as the actual level of judgment. If Ms. Minton had included a large amount of judgment in a prior period, that might influence her decision-making regarding any changes in the amount of judgment in the current period. Similarly, the level of the prior year's conversion rate is included to test the influence of the conversion rate on Ms. Minton's decision to change the judgment in her forecast. For example, if the actual conversion rate was high in the previous year as a result of seasonal trends or other factors, Ms. Minton may use that information as part of her decision to change the amount of judgment included in her current Potential Forecast conversion rate.

---

[6] John Neter, Applied Statistics 803-06 (Boston: Allyn and Bacon 1993). There may be instances where it is necessary to consider additional steps to remove time trends. First differences has been shown to be successful in most time series data.

[7] Forecast Conversion Rate = Minton Forecast divided by Pipeline.

DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO THE REBUTTAL DECLARATION OF
GEORGE FOSTER - C-01-0988-MJJ                                                                  - 8 -

28. The results in Exhibit B show that, by far, the most important variable in explaining changes in the Potential Forecast conversion rate is the change in the prior year's conversion rate. A common regression statistic known at the t-statistic of the coefficient of the independent variable is used to assess whether a predictable relationship exists between changes in the prior year's conversion rate and changes in the Potential Forecast conversion rate.

29. My results show that the t-statistic of 17 is highly significant, indicating that a change in the value of the Potential Forecast conversion rate is highly correlated with a change in the prior year's conversion rate. In fact, the coefficient of this variable (1.072) indicates that the change in the prior year's conversion rate equates to nearly an identical change in the Potential Forecast conversion rate.[8]

30. A second common regression statistic, the adjusted R Squared, measures the amount of variation in the change in the Potential Forecast conversion rate that is explained by the regression line. My analysis shows that over 82% of the variation in the change in the Potential Forecast conversion rate can be explained by the regression (R Bar**2 = .821 in Exhibit B attached hereto).

31. The presence of trends over time is commonly referred to as autocorrelation of the regression residuals. To test for autocorrelation, I calculated the Durbin-Watson statistic. The results indicate that no autocorrelation is present (Durbin-Watson statistic = 1.92).[9]

32. By accounting for the effects of underlying trends, I have isolated the relationship between the changes in the Potential Forecast conversion rate and changes in the prior year's conversion rate. As demonstrated by a P-statistic of 0.0, I can conclude that there is literally a 0% chance that a change in the Potential Forecast conversion rate is uncorrelated with a change in the prior year's conversion rate.

---

[8] An identical change would be indicated by a coefficient of 1.0.

[9] A Durbin-Watson statistic of more than 1.60 indicates no autocorrelation at the 1.0 percent level of significance, and is applicable in models including a single lagged dependent variable. *See* Studenmund, *supra* at 615. *See* 72, No. 1 H. Dezhbakhsh, The Inappropriate Use of Serial Correlation Tests in Dynamic Linear Models, Review of Econ. and Statistics (Feb. 1990) at 131. The analysis also satisfies the Durbin h statistic. *See* Studenmund, *supra* at 616.

33. The result corroborates my earlier results and the evidence presented by Oracle itself: the prior year's Pipeline conversion rate formed the basis of the Potential Forecast.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of November, 2007, at Los Angeles, California.

_____
ALAN G. GOEDDE

C:\windows\temp\MetaSave\DEC00046963_Goedde.doc

# EXHIBIT A

———————— 10/30/2007 2:39:59 PM ————————

**Stepwise Regression: Potential Forecast (C1) versus Calc Forecast (C2), 4Q FY00 Dummy (C3), 1Q FY01 Dummy (C4), 2Q FY01 Dummy (C5), 3Q FY01 Dummy (C6)**

```
  F-to-Enter: 4   F-to-Remove: 4


Response is Potential Forecast (C1) on 5 predictors, with N = 33


Step                        1           2           3           4
Constant             74280692   210053809   194682700   412551737

Calc Forecast (C2)      0.866       0.780       0.774       0.571
T-Value                 21.34       20.16       22.75        6.38
P-Value                 0.000       0.000       0.000       0.000

1Q FY01 Dummy (C4)              -127610542  -106264888  -135307740
T-Value                              -4.18       -3.85       -4.79
P-Value                              0.000       0.001       0.000

3Q FY01 Dummy (C6)                            69405217   130132962
T-Value                                           3.16        4.02
P-Value                                          0.004       0.000

4Q FY00 Dummy (C3)                                        179989410
T-Value                                                        2.41
P-Value                                                       0.023

S                    75115581    60677480    53242022    49302765
R-Sq                    93.63       95.98       97.01       97.52
R-Sq(adj)               93.42       95.71       96.70       97.17
Mallows Cp               49.2        22.4        11.7         7.4
```

|    | C1         | C2         | C3 | C4 | C5 | C6 |
|----|------------|------------|----|----|----|----|
| 1  | 956116000  | 1033691609 | 0  | 0  | 0  | 0  |
| 2  | 980015000  | 1002244531 | 0  | 0  | 0  | 0  |
| 3  | 968858000  | 1003636835 | 0  | 0  | 0  | 0  |
| 4  | 938920000  | 1003736475 | 0  | 0  | 0  | 0  |
| 5  | 950259000  | 945255324  | 0  | 0  | 0  | 0  |
| 6  | 973541000  | 944600075  | 0  | 0  | 0  | 0  |
| 7  | 1797694000 | 1868414834 | 1  | 0  | 0  | 0  |
| 8  | 1645550000 | 1877775684 | 1  | 0  | 0  | 0  |
| 9  | 1620424000 | 1877771580 | 1  | 0  | 0  | 0  |
| 10 | 1635522000 | 1913714629 | 1  | 0  | 0  | 0  |
| 11 | 1664279000 | 1913454318 | 1  | 0  | 0  | 0  |
| 12 | 890785000  | 1037167520 | 0  | 1  | 0  | 0  |
| 13 | 893553000  | 1035523375 | 0  | 1  | 0  | 0  |
| 14 | 844700000  | 1000899011 | 0  | 1  | 0  | 0  |
| 15 | 784509000  | 946254381  | 0  | 1  | 0  | 0  |
| 16 | 761447000  | 849810061  | 0  | 1  | 0  | 0  |
| 17 | 758242000  | 835781999  | 0  | 1  | 0  | 0  |
| 18 | 743605000  | 832654851  | 0  | 1  | 0  | 0  |
| 19 | 1095113000 | 1338004924 | 0  | 0  | 1  | 0  |
| 20 | 1120585000 | 1272834939 | 0  | 0  | 1  | 0  |
| 21 | 1141246000 | 1237216037 | 0  | 0  | 1  | 0  |
| 22 | 1144078000 | 1213455102 | 0  | 0  | 1  | 0  |
| 23 | 1150688000 | 1173078717 | 0  | 0  | 1  | 0  |
| 24 | 1143247000 | 1153035989 | 0  | 0  | 1  | 0  |
| 25 | 1420272000 | 1564591744 | 0  | 0  | 0  | 1  |
| 26 | 1420272000 | 1377821076 | 0  | 0  | 0  | 1  |
| 27 | 1360483000 | 1375235627 | 0  | 0  | 0  | 1  |
| 28 | 1359507000 | 1351656999 | 0  | 0  | 0  | 1  |
| 29 | 1308007000 | 1351656999 | 0  | 0  | 0  | 1  |
| 30 | 1275265000 | 1360804732 | 0  | 0  | 0  | 1  |
| 31 | 1280441000 | 1324430546 | 0  | 0  | 0  | 1  |
| 32 | 1270813000 | 1317304980 | 0  | 0  | 0  | 1  |
| 33 | 1276400000 | 1378999703 | 0  | 0  | 0  | 1  |

# EXHIBIT B

```
open data "G:\Active Projects\2222.0001 (ORACLE)\CRDATA.xls"
data(for=xls,org=col) / MintonCR PriorActualCR

set CHMintonCR = MintonCR(t) - MintonCR(t-1)
set CHPriorActualCR = PriorActualCR(t) - PriorActualCR(t-1)

print

   ENTRY      MintonCR        PriorActualCR     CHMintonCR        CHPriorActualCR
       1   0.465270505429   0.503020781460        NA                 NA
       2   0.476777171869   0.487591835734     0.011566666440    -0.015428945725
       3   0.470685226722   0.487581287649    -0.006091945147    -0.000010548085
       4   0.456140913399   0.487629694126    -0.014544313323     0.000048406477
       5   0.522584338622   0.519832622646     0.066443425222     0.032202928520
       6   0.535977524576   0.520044261199     0.013393185955     0.000211638553
       7   0.542987264509   0.564348248085     0.007009739933     0.044303986886
       8   0.473897821461   0.540775914459    -0.069089443048    -0.023572333626
       9   0.466661847676   0.540774732301    -0.007235973785    -0.000001182157
      10   0.500581989513   0.585728028474     0.033920141838     0.044953296173
      11   0.509383605311   0.585648355402     0.008801615798    -0.000079673072
      12   0.504437402387   0.587331499152    -0.004946202924     0.001683143750
      13   0.514191653499   0.595887962330     0.009754251112     0.008556463179
      14   0.533022198636   0.631586825407     0.018830545138     0.035698863077
      15   0.500538176046   0.603736148285    -0.032484022590    -0.027850677122
      16   0.564451672828   0.629954167232     0.063913496782     0.026218018947
      17   0.579220120482   0.638452829390     0.014768447654     0.008498662158
      18   0.610830085890   0.683979577725     0.031609965408     0.045526748335
      19   0.480263007864   0.586783527533    -0.130567078026    -0.097196050192
      20   0.490393523533   0.557021565290     0.010130515669    -0.029761962243
      21   0.485164437843   0.525963046536    -0.005229085690    -0.031058518753
      22   0.493298028710   0.523211712793     0.008133590867    -0.002751333744
      23   0.566247516767   0.577265870923     0.072949488057     0.054054158130
      24   0.616658036398   0.621938136569     0.050410519631     0.044672265646
      25   0.479540215759   0.528268291119    -0.137117820640    -0.093669845450
      26   0.539340383922   0.523219881881     0.059800168163    -0.005048409238
      27   0.505534755066   0.511016606416    -0.033805628855    -0.012203275465
      28   0.513048807503   0.510086385386     0.007514052436    -0.000930221030
      29   0.493613811150   0.510086385386    -0.019434996353     0.000000000000
      30   0.527424729384   0.562802294074     0.033810918234     0.052715908688
      31   0.557664417324   0.576822976452     0.030239687940     0.014020682378
      32   0.586608043390   0.608068769478     0.028943626067     0.031245793026
      33   0.592332166365   0.639945065359     0.005724122975     0.031876295881


linreg(robusterrors,lags=2) CHMintonCR
# constant CHPriorActualCR CHPriorActualCR{1} CHMintonCR {1} MintonCR{2} PriorActualCR{2}

Linear Regression - Estimation by Least Squares
HAC Standard Errors with Flat Window and 2 Lags
Dependent Variable CHMINTONCR
Usable Observations        31         Degrees of Freedom    25
Centered R**2      0.850882            R Bar **2    0.821059
Uncentered R**2    0.851803            T x R**2     26.406
Mean of Dependent Variable         0.0037275805
Std Error of Dependent Variable    0.0480748579
Standard Error of Estimate         0.0203363711
Sum of Squared Residuals           0.0103391997
Log Likelihood                       80.10281
Durbin-Watson Statistic               1.920572

      Variable                Coeff         Std Error      T-Stat     Signif
    ***********************************************************************
1.  Constant               0.066020057    0.050863607     1.29798    0.19429345
2.  CHPriorActualCR        1.072682560    0.063036262    17.01691    0.00000000
3.  CHPriorActualCR{1}    -0.164516457    0.161207332    -1.02053    0.30747853
4.  CHMintonCR{1}         -0.252583018    0.148922078    -1.69608    0.08987167
5.  MintonCR{2}           -0.336782258    0.158860407    -2.11999    0.03400700
6.  PriorActualCR{2}       0.192612526    0.062394240     3.08702    0.00202171
```