| | |
|---|---|
| 1 | DAWN S. PITTMAN, State Bar No. 177962 |
| 2 | LISA A. FREITAS, State Bar No. 227109 |
|   | TERA M. HEINTZ, State Bar No. 241414 |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 4 | San Francisco, CA  94105-1126 |
|   | Tel:  415.442.1000 |
| 5 | Fax:  415.442.1001 |
|   | E-mail:  dpittman@morganlewis.com |
| 6 |           theintz@morganlewis.com |
|   |           lfreitas@morganlewis.com |
| 7 | Attorneys for |
|   | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | **NOTICE OF WITHDRAWAL OF HEWLETT-PACKARD COMPANY'S OPPOSITION TO REQUEST TO UNSEAL RECORDS** |
| ALL ACTIONS. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE THAT** Third Party Respondent Hewlett-Packard Company's Opposition to Request to Unseal, filed in this matter on October 19, 2007, is hereby withdrawn.

Dated:  November 7, 2007                     MORGAN, LEWIS & BOCKIUS LLP

                                             By _____/s/_____
                                                    Tera M. Heintz

                                             Attorneys for Defendants
                                             Hewlett-Packard Company

7627522_1.TMP