LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   November 16, 2007<br>Time:   1:30 p.m.<br>Judge:  Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants submit this Notice of Errata and Errata to remove references to a document that incorrectly was cited in Defendants' [Corrected] Notice of Motion and Motion for Summary Judgment, filed August 8, 2007, and Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment, filed August 27, 2007.  Copies of Defendants' Amended [Corrected] Notice of Motion and Motion for Summary Judgment Motion ("Defendants' Amended Corrected Motion") and Defendants' Corrected Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment ("Defendants Corrected Opposition") are filed concurrently herewith.

The following was removed from Defendants' Amended Corrected Motion:

- ➢ The citation on page 43, line 24:  Ex. 219 at ¶ 12;
- ➢ The citation on page 43, line 26:  Ex. 219 at ¶ 12-13; and
- ➢ The citation on page 44, line 4:  Ex. 219 at ¶ 16.

The following was removed from Defendants' Corrected Opposition:

- ➢ The citation on page 11, footnote 4, line 24:  Ex. 267 at ¶¶ 5, 7, 20.

The propositions for which the withdrawn exhibits previously were cited are supported by other evidence.  Defendants apologize to the Court and all parties for any inconvenience these clerical errors may cause.

Dated:  November 9, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
   Peter A. Wald
   Patrick E. Gibbs
   Matthew Rawlinson
   Michele F. Kyrouz
   Jamie L. Wine

By:_____**/S/**_____
   Patrick E. Gibbs
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT