LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com
Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>CLASS ACTION<br><br>**DECLARATION OF ANDREW M. FARTHING IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DECLARATION OF ALAN G. GOEDDE IN RESPONSE TO REBUTTAL DECLARATION OF GEORGE FOSTER**<br><br>**The Honorable Judge Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. IN OPP TO PLFS' ADMINISTRATIVE
REQUEST RE SUPP. GOEDDE DEC.
Master File No. C-01-0988-MJJ

1

2      I, Andrew M. Farthing, declare as follows:

3      1.      I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the May 25, 2007 Expert Report of Alan G. Goedde, Ph.D.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of Alan G. Goedde, Ph.D.

3.      Attached hereto as Exhibit 3 is a true and correct copy of the August 26, 2007 *Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.*

4.      Attached hereto as Exhibit 4 is a true and correct copy of the September 10, 2007 *Rebuttal Declaration of George Foster.*

Attached hereto as Exhibit 5 is a true and correct copy of the March 5, 2007 *Stipulation and Amended Pretrial Oder Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial.*

5.      Attached hereto as Exhibit 6 are true and correct copies of excerpts from the April 21, 2005 deposition of Jennifer Minton.

6.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from *Using Econometrics – A Practical Guide*, authored by A.H. Studenmund.

7.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from *Econometric Analysis*, authored by William H. Greene.

8.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from *A Guide to Econometrics*, authored by Peter Kennedy.

9.      Attached hereto as Exhibit 10 is a demonstrative detailing the data from Exhibit 2 of the November 6, 2007 Supplemental Declaration of Alan G. Goedde.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FARTHING DECL. IN OPP TO PLFS' ADMINISTRATIVE
REQUEST RE SUPP. GOEDDE DEC.
Master File No. C-01-0988-MJJ

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 9, 2007 in Menlo Park, California.

Andrew M. Farthing

SF\633409.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FARTHING DECL. IN OPP TO PLFS' ADMINISTRATIVE
REQUEST RE SUPP. GOEDDE DEC.
Master File No. C-01-0988-MJJ