E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL |
| | Judge Martin J. Jenkins |

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on February 28, 2007, for a further status conference in this matter;
3  WHEREAS, the Court instructed the parties to submit a revised schedule on March 1,
4  2007, consistent with the Court's instructions at the February 28, 2007 further status conference;
5  WHEREAS, the parties have met and conferred and submit the following agreed upon
6  schedule:
7  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
8  through their respective counsel of record, that the January 18, 2007 Amended Pretrial Order
9  Setting A Schedule For Expert Discovery, Dispositive Motions, Settlement Conference and Trial
10  is amended as follows:
11  (1) Expert Discovery
12  (a) DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
13  **May 25, 2007**
14  (b) DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
15  REPORTS: **June 22, 2007**
16  (c) CLOSE OF EXPERT DISCOVERY: **July 12, 2007**
17  (2) Dispositive Motions, *Daubert* Motions and Settlement Conference
18  (a) DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
19  MOTIONS: **July 26, 2007**
20  (b) DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
21  OPPOSITIONS TO *DAUBERT* MOTIONS: **August 27, 2007**
22  (c) DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
23  AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS: **September 10,**
24  **2007**
25  (d) DISPOSITIVE MOTIONS SHALL BE HEARD BY: **September 24, 2007**
26  (e) SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
27  ZIMMERMAN; *week of* **October 1, 2007** [handwritten: week of 19]
28  (3) Trial

| | | | |
|---|---|---|---|
| 1 | (a) | PRE-TRIAL CONFERENCE: | **November 13, 2007** |
| 2 | (b) | TRIAL: | **November 26, 2007** |
| 3 | (c) | TRIAL IS SET FOR | **FIVE (5) WEEKS** |

DATED: March 1, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

/s/ Patrick E. Gibbs
By _____
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson

/s/ Mark Solomon
By _____
Mark Solomon
Counsel for Plaintiffs

IT IS SO ORDERED:

MAR 0 5 2007

_____
Martin J. Jenkins
United States District Judge

STIP. AND [PROPOSED] AMEND. ORDER SETTING A SCHED. FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ

3