Minton, Jennifer 4/21/2005

1       IN THE UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3

   In re ORACLE CORPORATION
4  SECURITIES LITIGATION

                            Master File No. C-01-0988-MJJ
5  This Document Relates To:
6       ALL ACTIONS.
   _____/

7
8
9                      ---oOo---
10          DEPOSITION OF JENNIFER MINTON
11              Thursday, April 21, 2005
12                     ---oOo---
13
14            SHEILA CHASE & ASSOCIATES
                  25 Otsego Avenue
15          San Francisco, California  94112
                Phone: (415) 333-7474
16               Fax:  (415) 333-7412
17
18
19
20 Reported by:
   SANDRA L. CARRANZA, CSR, RPR, CRR
21 CSR No. 7062
22
23
24
25

Minton, Jennifer 4/21/2005

1  organization.  They came up with their own forecasts and

2  had their own way of analyzing their forecast and

3  defining what number they wanted to commit to.

4     Q.   Okay.  Are you familiar with how the business

5  units would enter information into the pipeline for

6  their individual sales units?

7     A.   The license sales reps were responsible for

8  entering in the opportunity, "the opportunity" being

9  defined as a potential deal that had the opportunity to

10 close in the current quarter.

11    Q.   And how would you define "pipeline"?  What does

12 that word mean to you?

13    A.   The pipeline represents -- it's a -- it's a

14 comprehensive number -- let me -- it's a comprehensive

15 population of all potential deals that have an

16 opportunity to be closed in a given quarter.

17    Q.   And what system did -- withdrawn.

18         Did Oracle use one system for its pipeline in

19 terms of gauging at what stage of the sales process a

20 given deal was, how likely it was to close in the

21 current quarter?

22    A.   There were Excel spreadsheets, as an example,

23 and OSO had the capability as well.  When tracking large

24 deals, they would indicate whether it was one or

25 whether -- you know, what percentage of likelihood or

Minton, Jennifer 4/21/2005

1  probability that a deal might close.

2      Q.   Okay.  And was there a -- a guide or any

3  specific parameters that the sales representatives would

4  use in terms of gauging how likely a deal was to close

5  in the current quarter?

6      A.   That was their best judgment.

7      Q.   Was there any type of regression analysis

8  performed at Oracle to predict the likelihood or -- or

9  the potential that deals in the pipeline would close?

10     A.   "Regression analysis"?  I don't understand what

11 you mean by that.

12     Q.   An analysis to predict, you know, using

13 information historically to predict what the information

14 was likely to close in the current quarter.

15     A.   At -- at corporate we performed a license

16 pipeline conversion analysis.

17     Q.   Okay.  So let's go back to the -- the

18 forecasting process again.

19          We were at the -- the business unit level, and

20 then it would get put into OFA, and then a consolidated

21 report would be prepared; and then you would make your

22 adjustments on the upside report, and then that would go

23 up to certain members of the executive management

24 committee.  I want to talk to you a little bit about how

25 you -- how you performed the upside adjustments.

Minton, Jennifer 4/21/2005

1          Can you describe that process for me, please.

2     A.   Sure.

3          The upside adjustments were based on a variety

4    of factors: One was the license pipeline conversion

5    analysis. We would take a look at the pipeline for the

6    same corresponding prior year period, and look at what

7    actually closed as a percentage of that pipeline to come

8    up with a historical pipeline conversion ratio. And we

9    would apply that to the current pipeline in order to

10   predict what we thought would be the actual conversion

11   or the actual -- the actual conversion of that pipeline

12   for the current quarter. And we broke it down by

13   geography or business unit. And it was in totality a

14   fairly good -- had proven to be a fairly good predictor

15   of what our true forecast and actual reports would be.

16         And in addition to that, we held in the

17   Americas, we held meetings on Thursday afternoons, and

18   we would review the Americas' forecast, which was

19   inclusive of LAD; and we would talk about large deals,

20   what the opportunities were. Various folks would attend

21   those forecast calls; Jeff Henley, myself, my staff,

22   the -- the four EVPs, Frank Varsano, Jay Nussbaum,

23   Sandy Sanderson. And sometimes Larry would join and

24   Safra would join.

25         And those calls -- again, we reviewed in more

```
 1  detail than we did in the EC meetings on Monday the

 2  opportunities for the current quarter to determine what

 3  the likelihood was that they were going to close.

 4      Q.   And describe those calls for me.

 5           What type -- what types of questions were being

 6  asked and what types of answers were being given during

 7  those calls?

 8           MR. RUBENSTEIN:  Object to the form.

 9           MR. BRITTON:  You can answer.

10           MR. RUBENSTEIN:  You can answer.

11           THE WITNESS:  Oh, okay.

12           MR. RUBENSTEIN:  I'm sorry.

13           THE WITNESS:  We would ask each business unit

14  leader whether -- what their forecast was.  They would

15  talk about their worst case, their best case, as well as

16  what their commit number was.

17           And, again, they would reveal -- or not reveal,

18  but they would review the status of certain large

19  transactions and at times would ask for executive

20  involvement to ensure that a deal progressed and -- and

21  closed during the course of a quarter.

22           MR. BRITTON:  Q.  How would the information

23  that you obtained on these Thursday calls affect the

24  upside adjustment in your upside reports?

25      A.   There were oftentimes large bi- -- large deals,
```

1  what I will refer to as a mega deal, that somebody may

2  not want to put in their forecast, because it was

3  binary, and they would talk about it on the call and --

4  and refer to it as likely to close, but they didn't want

5  to put it in their forecast yet, as an example. So I

6  would take information like that.

7           I would also talk to the field finance folks

8  reporting to me, or eventually reporting to me, and get

9  their independent thinking as to whether -- whether or

10 not the forecast was a likely outcome or if there was

11 more upside to the forecast.

12          And based on all that input, including the

13 analysis of the historical conversion ratio, I would

14 make some upside adjustments to the submitted forecast

15 to come up with the company's consolidated forecast, and

16 that's the forecast that we always relied upon for

17 setting expectations. That would be the potential

18 column in the upside reports.

19     Q.   Okay. So this was for the Americas.

20          So let's -- what I'd like to do is -- is talk

21 about who the field finance folks that you were speaking

22 to for each of -- of the different units. I know we

23 talked about at least one, the assistant, the one that

24 supported the business head.

25          Were there others that you would speak to for

Minton, Jennifer 4/21/2005

1  OPI, OSI or NAS or LAD to get an indication about the
2  likelihood of potential deals closing?
3      A.   Again, I would speak to the key financial
4  person that was supporting the business unit leader.
5      Q.   So --
6      A.   So Sarah Kopp, David Winton, Jim English,
7  Cheryl McDowell, William Plant, Greg Davies, all the
8  names that I testified to earlier this morning.
9      Q.   And how would those individuals be in a
10 position to tell you the likelihood of a potential deal
11 or mega deal closing?  What was their knowledge source?
12     A.   They would participate in the weekly forecast
13 calls that the business unit leaders held with their
14 sales management, so they got to hear each of the sales
15 managers speak to all the deals in their pipeline.
16     Q.   Okay.
17     A.   These meetings could be like three-, four-hour
18 long meetings.
19     Q.   Okay.  And when you had your discussions with
20 the field finance individuals, were -- were your upside
21 adjustments based upon their opinion about the
22 likelihood of it closing, or would they describe where
23 that particular transaction was in the sales process?
24     A.   It wasn't necessarily on a transaction-by-
25 transaction basis.  It was based on their own

Minton, Jennifer 4/21/2005

1  independent assessment based on their own, you know,

2  knowledge base from the meetings, from doing their own

3  conversion analyses, from hearing about the stages of

4  the deals, knowing the individuals who were forecasting,

5  because you would get to know the forecasting behaviors

6  of lots of individuals.

7       So, for example, Jay Nussbaum and

8  George Roberts both historically always exceeded their

9  forecast. And so that's one of the reasons why we had

10 to put these upside adjustments in, so that we could get

11 to what we thought were the true forecasts for the

12 quarter before we set down these expectations and as we

13 evaluated where we were going -- you know, where we

14 thought we were going to end throughout the course of a

15 quarter.

16    Q.   Okay. Did you have conversations with the

17 business unit heads about the upside adjustments for

18 their particular unit?

19    A.   I would talk to them about -- I would talk to

20 them directly about deals and -- and -- and come to my

21 conclusions. I'm -- I'm certain that I had

22 conversations with regards to amounts that I might be

23 putting in on top of what their forecasts were, not all

24 the time, but on occasion.

25    Q.   Right. Right.