Case 3:01-cv-00988-SI   Document 1409-7   Filed 11/09/07   Page 1 of 4

# USING ECONOMETRICS

# A Practical Guide

SECOND EDITION

## A. H. STUDENMUND
Occidental College

with the assistance of

## HENRY J. CASSIDY
Federal Home Loan Mortgage Corporation

HarperCollins*Publishers*

*Dedicated to*

*Scott Richard Studenmund*

Sponsoring Editor: John Greenman
Project Coordination, Text and Cover Design: Ruttle, Shaw & Wetherill, Inc.
Production Manager: Michael Weinstein
Compositor: Ruttle, Shaw & Wetherill, Inc.
Printer and Binder: R. R. Donnelley & Sons Company
Cover Printer: New England Book Components, Inc.

Using Econometrics: A Practical Guide, Second Edition
Copyright © 1992 by HarperCollins Publishers Inc.

All rights reserved. Printed in the United States of America. No part of this book may be reproduced in any manner whatsoever without written permission, except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers Inc., 10 East 53rd Street, New York, NY 10022.

**Library of Congress Cataloging-in-Publication Data**

Studenmund, A. H.
    Using econometrics : a practical guide / A. H. Studenmund, with the assistance of Henry J. Cassidy. —2nd ed.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-673-52125-7
    1. Econometrics.  2. Regression analysis.  I. Cassidy, Henry J.
II. Title.
HB139.S795     1992
330'.01'5195—dc20                                                    91-29439
                                                                                         CIP

91 92 93 94   9 8 7 6 5 4 3 2 1

Acknowledgments

Table B-1: Reprinted with permission of Hafner Press, a division of Macmillan Publishing Company from *Statistical Methods for Research Workers*, 14th Edition, by Ronald A. Fisher. Copyright © 1970 by University of Adelaide.

Tables B-2 and B-3: Abridged from M. Merrington and C.M. Thompson, "Tables of percentage points of the inverted beta (F) distribution," *Biometrica*, Vol. 38, 1951, pp. 159-77. By permission of the Biometrica Trustees.

Table B-4: From N. E. Savin and Kenneth White, "The Durbin-Watson Test for Serial Correlation with Extreme Sample Sizes or Many Regressors," *Econometrica*, Nov. 1977, p. 1994. Reprinted with permission.

Tables B-5, and B-6: From J. Durbin and G. S. Watson, "Testing for serial correlation in least squares regressions," *Biometrika*, Vol. 38, 1951, pp. 159-77. By permission of the Biometrica Trustees.

Tables B-7 and B-8: Based on *Biometrica Tables for Statisticians*, Vol. 1, 3rd ed. (1966). By permission of the Biometrica Trustees.

enough alternatives are tried, the chances of obtaining the results desired by the researcher are increased tremendously, but the final result is essentially worthless. The researcher hasn't found any scientific evidence to support the original hypothesis; rather, prior expectations were imposed on the data in a way that is essentially misleading.

### 6.4.2 Stepwise Regression Procedures

A **stepwise regression** involves the use of a computer program to choose the independent variables to be used in the estimation of a particular equation. The computer program is given a "shopping list" of possible independent variables, and then it builds the equation in steps. It chooses as the first explanatory variable the one that by itself explains the largest amount of the variation of the dependent variable around its mean. It chooses as the second variable the one that adds the most to $R^2$, given that the first variable is already in the equation. The stepwise procedure continues until the next variable to be added fails to achieve some researcher-specified increase in $R^2$ (or all the variables are added). The measure of the supposed contribution of each independent variable is the increase in $R^2$ (which is sometimes called the "$R^2$ delete") caused by the addition of the variable.

Unfortunately, any correlation among the independent variables (called multicollinearity, which we will take up in more detail in Chapter 8) causes this procedure to be deficient. To the extent that the variables are related, it becomes difficult to tell the impact of one variable from another. As a result, in the presence of multicollinearity, it's impossible to determine unambiguously the individual contribution of each variable enough to say which one is more important and thus should be included first.[8] Even worse, there is no necessity that the particular combination of variables chosen has any theoretical justification.

Because of these problems, most researchers avoid stepwise procedures. The major pitfalls are that the coefficients may be biased, the calculated t-values no longer follow the t-distribution, relevant variables may be excluded because of the arbitrary order in which the

---

8. Some programs compute standardized beta coefficients, which are the estimated coefficients for an equation in which all variables have been standardized by subtracting their means from them and by dividing them by their own standard deviations. The higher the beta of an independent variable is in absolute value, the more important it is thought to be in explaining the movements in the dependent variable. Unfortunately, beta coefficients are deficient in the presence of multicollinearity, as are partial correlation coefficients, which measure the correlation between the dependent variable and a given independent variable holding all other independent variables constant.

selection takes place, and the signs of the estimated coefficients at intermediate or final stages of the routine may be different from the expected signs. Using a stepwise procedure is an admission of ignorance concerning which variables should be entered.

### 6.4.3 Sequential Specification Searches

To their credit, most econometricians avoid data mining and stepwise regressions. Instead, they tend to specify equations by estimating an initial equation and then sequentially dropping or adding variables (or changing functional forms) until a plausible equation is found with "good statistics." Faced with a situation of perhaps knowing that a few variables are relevant (on the basis of theory) but not knowing whether other additional variables are relevant, recourse to inspecting $\bar{R}^2$ and $t$-tests for all variables (both before and after selection or exclusion of some independent variables) appears to be the generally accepted practice. Indeed, it would be easy to draw from a casual reading of the previous sections the impression that such a sequential specification search is the best way to go about finding the "truth." Instead, as we shall see, there is a vast difference in approach between a sequential specification search and our recommended approach.

The **sequential specification search** technique allows a researcher to estimate an undisclosed number of regressions and then present a final choice (which is based upon an unspecified set of expectations about the signs and significance of the coefficients) as if it were the only specification estimated. Such a method misstates the statistical validity of the regression results for two reasons:

1. The statistical significance of the results is overestimated because the estimations of the previous regressions are ignored.

2. The set of expectations used by the researcher to choose between various regression results is rarely if ever disclosed.[9] Thus the reader has no way of knowing whether or not all the other regression results had opposite signs or insignificant coefficients for the important variables.

Unfortunately, there is no universally accepted way of conducting sequential searches, primarily because the appropriate test at one stage in the procedure depends on which tests were previously conducted,

---

9. As mentioned in Chapter 5, Bayesian regression is a technique for dealing systematically with these prior expectations. For more on this issue, see Edward E. Leamer, *Specification Searches* (New York: Wiley), 1978.