Case 3:01-cv-00988-SI   Document 1409-8   Filed 11/09/07   Page 1 of 3

# *Econometric Analysis*

### Third Edition

## William H. Greene

*New York University*


Prentice Hall, Upper Saddle River, New Jersey 07458

*Executive Editor:* Leah Jewell
*Editorial Assistant:* Kristen Kaiser
*Editor-in-Chief:* James Boyd
*Marketing Manager:* Susan McLaughlin
*Production Editor:* Judith Leale
*Production Coordinator:* Renee Pelletier
*Managing Editor:* Carol Burgett
*Manufacturing Buyer:* Kenneth J. Clinton
*Manufacturing Supervisor:* Arnold Vila
*Manufacturing Manager:* Vincent Scelta
*Cover Design:* Bruce Kenselaar
*Composition:* Progressive Information Technologies



Copyright © 1997, 1993 by Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without written permission from the Publisher.

**Library of Congress Cataloging-in-Publication Data**

Greene, William H. 1951–
   Econometric analysis / William H. Greene.—3rd ed.
       p.    cm.
   Includes bibliographical references and indexes.
   **ISBN 0-02-346602-2**
       1. Econometrics.
HB139.G74   1997                                              96-32586
330′.01′5195—dc20                                               CIP

Prentice-Hall International (UK) Limited, London
Prentice-Hall of Australia Pty. Limited, Sydney
Prentice-Hall Canada, Inc., Toronto
Prentice-Hall Hispanoamericana, S.A., Mexico
Prentice-Hall of India Private Limited, New Delhi
Prentice-Hall of Japan, Inc., Tokyo
Simon & Schuster Asia Pte. Ltd., Singapore
Editora Prentice-Hall do Brasil, Ltda., Rio de Janeiro

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

and Akaike's (1973) **information criterion**,

$$\text{AIC}_j = \ln\left(\frac{e_j'e_j}{n}\right) + \frac{2K_j}{n} = \ln \hat{\sigma}^2 + \frac{2K_j}{n}.$$

Although intuitively appealing, these measures are a bit unorthodox in that they have no firm basis in theory. Perhaps a somewhat more palatable alternative is the method of **stepwise regression**.[21] This procedure evaluates each variable in turn on the basis of its significance level and accumulates the model by adding or deleting variables sequentially. At the second step, to say nothing of the latter steps of this procedure, the classical inference procedures break down. Suppose, for example (as is common), that the method is used to ensure that all the variables ultimately included have $F$ statistics (the square of the conventional $t$ ratio) larger than four. It is hardly appropriate to call these $F$ statistics and base inference on them as if they were drawn from an $F$ distribution; it is known a priori that they all will be larger than four. For this reason, economists have tended to avoid stepwise regression methods.

The preceding creates a bit of a methodological dilemma for researchers using the classical procedures. On one hand, there is a presumption that there is a "true model" known a priori. If so, orthodoxy dictates that the researcher will compute only a single regression and report the results. Of course, this is hardly likely, and in practice, some exploratory work is always necessary. There is, however, good reason to be skeptical of a "model" that is constructed entirely by mechanical means.

### 8.4.2. Omission of Relevant Variables

Suppose that a correctly specified regression model would be

$$y = X_1\beta_1 + X_2\beta_2 + \epsilon, \tag{8-14}$$

where the two parts of $X$ have $K_1$ and $K_2$ columns, respectively. If we regress $y$ on $X_1$ without including $X_2$, the estimator is

$$\begin{aligned} b_1 &= (X_1'X_1)^{-1}X_1'y \\ &= \beta_1 + (X_1'X_1)^{-1}X_1'X_2\beta_2 + (X_1'X_1)^{-1}X_1'\epsilon. \end{aligned} \tag{8-15}$$

Taking the expectation, we see that unless $X_1'X_2 = 0$, $b_1$ is biased:

$$E[b_1] = \beta_1 + P_{1.2}\beta_2, \tag{8-16}$$

where

$$P_{1.2} = (X_1'X_1)^{-1}X_1'X_2. \tag{8-17}$$

Each column of the $K_1 \times K_2$ matrix $P_{1.2}$ is the column of slopes in the least squares regression of the corresponding column of $X_2$ on the columns of $X_1$.

---

[21]See Draper and Smith (1980) and Maddala (1977a, pp. 124–127) for discussion.