# A Guide to Econometrics

THIRD EDITION

Peter Kennedy

The MIT Press

Cambridge, Massachusetts

Third printing, 1993
First MIT Press edition, 1992
This edition © Peter Kennedy 1992

First edition published in 1979 by Martin Robertson and Company Ltd. Second and third editions published in 1985 and 1992 by Blackwell Publishers, 108 Cowley Road, Oxford OX4 1JF, UK.

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

Library of Congress Cataloging-in-Publication Data
Kennedy, Peter, 1943–
A guide to econometrics. — 3rd ed.
    p.  cm.
Includes bibliographical references and index.
ISBN 0-262-11160-8 (hc).–ISBN 0-262-61080-9 (pbk.)
1. Econometrics.
HB139.K45  1992
330′.01′5195—dc20        91-4191
                         CIP

# Contents

*Preface*

**1 Introduction**
  1.1  What Is Econometrics?
  1.2  The Disturbance Term
  1.3  Estimates and Estimators
  1.4  Good and Preferred Estimat(
General Notes

**2 Criteria for Estimators**
  2.1  Introduction
  2.2  Computational Cost
  2.3  Least Squares
  2.4  Highest $R^2$
  2.5  Unbiasedness
  2.6  Efficiency
  2.7  Mean Square Error (MSE)
  2.8  Asymptotic Properties
  2.9  Maximum Likelihood
  2.10 Monte Carlo Studies
  2.11 Adding Up
General Notes
Technical Notes

**3 The Classical Linear Regression Mod**
  3.1  Textbooks as Catalogs
  3.2  The Five Assumptions
  3.3  The OLS Estimator in the CL
General Notes
Technical Notes

**4 Interval Estimation and Hypothesis T**
  4.1  Introduction
  4.2  Testing a Single Hypothesis: th
  4.3  Testing a Joint Hypothesis: the

estimates of the influence of one independent variable are calculated while controlling for the simultaneous influence of the other independent variables, i.e., the interpretation of, say, the $j$th element of $\beta^{OLS}$ is as an estimate of the influence of the $j$th explanatory variable, holding all other explanatory variables constant. That the red area is discarded can be emphasized by noting that the OLS estimate of, say, $\beta_x$ can be calculated from either the regression of $Y$ on $X$ and $Z$ together or the regression of $Y$ on $X$ "residualized" with respect to $Z$ (i.e., with the influence of $Z$ removed). In figure 3.2, if we were to regress $X$ on $Z$ we would be able to explain the red-plus-orange area; the residuals from this regression, the blue-plus-brown area, is called $X$ residualized for $Z$. Now suppose that $Y$ is regressed on $X$ residualized for $Z$. The overlap of the $Y$ circle with the blue-plus-brown area is the blue area, so exactly the same information is used to estimate $\beta_x$ in this method as is used when $Y$ is regressed on $X$ and $Z$ together, resulting in an identical estimate of $\beta_x$.

Notice further that, if $Y$ were also residualized for $Z$, producing the yellow-plus-blue area, regressing the residualized $Y$ on the residualized $X$ would also produce the same estimate of $\beta_x$ since their overlap is the blue area. An important implication of this result is that, for example, running a regression on data from which a linear time trend has been removed will produce exactly the same coefficient estimates as when a linear time trend is included among the regressors in a regression run on raw data. As another example, consider the removal of a linear seasonal influence; running a regression on linearly deseasonalized data will produce exactly the same coefficient estimates as if the linear seasonal influence were included as an extra regressor in a regression run on raw data.

- A variant of OLS called *stepwise regression* is to be avoided. It consists of regressing $Y$ on each explanatory variable separately and keeping the regression with the highest $R^2$. This determines the estimate of the slope coefficient of that regression's explanatory variable. Then the residuals from this regression are used as the dependent variable in a new search using the remaining explanatory variables and the procedure is repeated. Suppose that, for the example of figure 3.2, the regression of $Y$ on $X$ produced a higher $R^2$ than the regression of $Y$ on $Z$. Then the estimate of $\beta_x$ would be formed using the information in the blue-plus-red area. Note that this estimate is biased.

- The Ballentine can be used to illustrate several variants of $R^2$. Consider, for example, the simple $R^2$ between $Y$ and $Z$ in figure 3.2. If the area of the $Y$ circle is normalized to be unity, this simple $R^2$, denoted $R^2_{yz}$, is given by the red-plus-green area. The *partial* $R^2$ between $Y$ and $Z$ is defined as reflecting the influence of $Z$ on $Y$ *after* accounting for the influence of $X$. It is measured by obtaining the $R^2$ from the regression of $Y$ corrected for $X$ on $Z$ corrected for $X$, and is denoted $R^2_{yz \cdot x}$. Our earlier use of the Ballentine makes it easy to deduce that in figure 3.2 it is given as the green area divided by the yellow-plus-green area. The reader might like to verify that it is given by the formula

$$R^2_{yz \cdot x} = (R^2 - R^2_{yx})/(1 - R^2_{yx}).$$

- The OLS estimator has several well-known mechanical properties with which students should become intimately familiar – instructors tend to assume this knowledge after the first lecture or two on OLS. Listed below are the more important of these properties; proofs can be found in most textbooks. The context is $y = \alpha + \beta x + \varepsilon$.