1  LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                Patrick E. Gibbs (SBN 183174)
2    Michele F. Kyrouz (SBN 168004)        140 Scott Drive
   505 Montgomery Street, Suite 2000       Menlo Park, CA 94025
3  San Francisco, CA 94111-2562            Telephone: (650) 328-4600
   Telephone: (415) 391-0600                Facsimile: (650) 463-2600
4  Facsimile: (415) 395-8095                E-mail: patrick.gibbs@lw.com
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)               Sean M. Berkowitz (*admitted pro hac vice*)
7  885 Third Avenue, Suite 1000            233 South Wacker Drive
   New York, New York 10022                Chicago, IL 60606
8  Tel: (212) 906-1200                      Tel: (312) 876-7700
   Fax: (212) 751-4864                      Fax: (312) 993-9767
9  E-mail: jamie.wine@lw.com                E-mail: sean.berkowitz@lw.com

10
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
11 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

12 ORACLE CORPORATION
     Dorian Daley (SBN 129049)
13   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
14 Mailstop 5OP7
   Redwood Shores, California 94065
15 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
16 E-mail: jim.maroulis@oracle.com

17 Attorneys for Defendant ORACLE CORPORATION

18
                    **UNITED STATES DISTRICT COURT**
19
          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| 21  In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) <br> <u>CLASS ACTION</u> |
| 22 | |
| 23 ─────────────────── <br> This Document Relates To: <br> 24 <br> ALL ACTIONS. <br> 25 <br> 26 | **ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBITS PURSUANT TO THE COURT'S NOVEMBER 1, 2007 ORDER RE: REQUESTS TO FILE DOCUMENTS UNDER SEAL** <br><br> **Honorable Martin J. Jenkins** |

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL CERTAIN PORTIONS OF
EXHIBITS PER THE CT'S CONFIDENTIALITY ORDER
Master File No. C-01-0988-MJJ

1   Defendants submit this Administrative Request To File Under Seal Certain
2   Portions Of Exhibits Pursuant To The Court's November 1, 2007 Order Re: Requests To File
3   Documents Under Seal (Defendants' "Administrative Request").  Defendants submit the
4   Administrative Request to file under seal certain portions of exhibits to the following documents:
5   Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine
6   the Applicability of the Fifth Amendment Right Against Self-Incrimination; and Defendants'
7   Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues.  Accompanying
8   Defendants' Administrative Request are the Declaration of Rees F. Morgan in Support of
9   Defendants' Administrative Request and the [Proposed] Sealing Order regarding Defendants'
10  Administrative Request, respectively filed and lodged concurrently herewith.
11          Certain portions of exhibits to the filings described above refer to or include
12  information that has been designated as "Confidential" by non-party Matthew Symonds and
13  found by this Court to warrant continued protection in the November 1, 2007 Order Re: Requests
14  to File Documents Under Seal (the "Order").  Information designated as "Confidential" is subject
15  to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered
16  on January 11, 2005.  Accordingly, pursuant to the Court's order, Defendants respectfully
17  request that the portions of exhibits to the above-referenced filings, as identified more
18  specifically in the Declaration of Rees F. Morgan in Support of this Administrative Request, be
19  filed under seal of the Court.
20
21  Dated:  November 12, 2007            LATHAM & WATKINS LLP
                                              Peter A. Wald
22                                            Michele F. Kyrouz
                                              Sean M. Berkowitz
23                                            Patrick E. Gibbs
                                              Jamie L. Wine
24
25
                                        By:_____/s/_____
26                                           Rees F. Morgan
                                        Attorneys for Defendants ORACLE
27                                      CORPORATION, LAWRENCE J.
                                        ELLISON, JEFFREY O. HENLEY, and
28                                      EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO FILE UNDER SEAL CERTAIN PORTIONS OF
EXHIBITS PER THE CT'S CONFIDENTIALITY ORDER
Master File No. C-01-0988-MJJ J