LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Rees F. Morgan (SBN 229899)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com
Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br>CLASS ACTION<br><br>**DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBITS PURSUANT TO THE COURT'S NOVEMBER 1, 2007 ORDER RE: REQUESTS TO FILE UNDER SEAL**<br><br>**Honorable Judge Martin J. Jenkins** |

I, Rees F. Morgan, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Certain Exhibits Pursuant to the Court's November 1, 2007 Order Re: Requests to File Documents Under Seal (Defendants' "Administrative Request").

3. Certain portions of exhibits to two filings regarding non-party Matthew Symonds refer to or include information that has been designated as "Confidential" by non-party Matthew Symonds and found by this Court to warrant continued protection in its November 1, 2007 Order Re: Requests to File Documents Under Seal (the "Order"). Specifically, pursuant the Order, Defendants will be redacting the following information in documents concurrently filed with this Administrative Request:

- <u>With respect to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues</u>: Exhibit 13 (Financial terms on page 2, lines 20-24) to the October 19, 2007 Declaration of David C. Fortney in Support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues (Docket No. 1382).
- <u>With respect to Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination</u>: Exhibit 6 (including financial terms found on NDCA-ORCL 1915554, lines 20-24; NDCA-ORCL 1915560, lines 9-16; NDCA-ORCL 1915571-3; and NDCA-ORCL 1915588) to the April 25, 2007 Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination (Docket No. 801).

4.  "Confidential" information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 12, 2007 in San Francisco, California.

/S/
———————————————
Rees F. Morgan