LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  David C. Fortney (SBN 226767)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        david.fortney@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
        jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>*CLASS ACTION*<br><br>**EXHIBIT 43 TO THE DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES**<br><br>Date:  November 16, 2007<br>Time:  1:30 pm<br>Judge: Hon. Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

FORTNEY DEC ISO DEFENDANTS' OPP'N TO PLAINTIFFS'
SUPPLEMENTAL SUBMISSION
CASE NO. C-01-0988-MJJ (JCS)

Patrick E. Gibbs
(650) 463-4696
patrick.gibbs@lw.com

140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600  Fax: (650) 463-2600
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

April 3, 2007

### BY FACSIMILE AND E-MAIL

Mark Solomon, Esq.
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re:   In re Oracle Corporation Securities Litigation

Dear Mark:

I write in response to your letter today, in which you asked me to explain the basis for the statement in our brief to the effect that Jason Wright has been in contact with you. That statement is based on an email Mr. Wright sent me on March 8, 2007 (and which I assume he passed along to you with the rest of our email exchange) in which Mr. Wright told me that he intended to "pass copies of your emails through to Mark Solomon of Lerach Coughlin." *See* March 8, 2007 Email from P. Gibbs to J. Wright, enclosed herewith. The next business day, you attached a partial copy of my email exchange with Mr. Wright as an exhibit to your letter to the Special Master, making clear that Mr. Wright had done precisely that. This email was inadvertently omitted from the exhibits to the opposition brief we filed last night. We will be filing the additional exhibit today.

On an unrelated point, we have asked repeatedly that you and other members of your team copy more than one member of our team on all correspondence, just as we have done, at your request, throughout this case. Despite our request and despite the courtesy we have shown in complying with your request, in recent weeks, you and others on your team have repeatedly sent correspondence to only one member of our team. We ask, again, that you copy at least two members of our team on all correspondence regarding this case.

Very truly yours,

Patrick E. Gibbs/SPJ C
Patrick E. Gibbs
of LATHAM & WATKINS LLP

Enclosure
cc:   Shawn A. Williams, Esq. (*by facsimile*)

## Gibbs, Patrick (SV)

**From:** Gibbs, Patrick (SV)
**Sent:** Thursday, March 08, 2007 8:43 AM
**To:** 'Jason Wright'
**Subject:** RE: Media Directory Feedback

Mr. Wright:

I have no objection to you sending our e-mail correspondence to Mr. Solomon. I would ask that you show me the same courtesy and send me copies of your written communications with Mr. Solomon or anyone else working for the plaintiffs in this litigation.

Thank you.

-----Original Message-----
From: Jason Wright [mailto:jason@champagne.eclipse.co.uk]
Sent: Thursday, March 08, 2007 12:39 AM
To: Gibbs, Patrick (SV)
Subject: RE: Media Directory Feedback

Mr Gibbs

I see.

I intend to pass copies of your emails through to Mark Solomon of Lerach Coughlin and hopefully he will then be able to assist you in clarifying how I became unwittingly drawn into this affair.

Sincere regards

Jason Wright.

-----Original Message-----
From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: 07 March 2007 20:05
To: jason@champagne.eclipse.co.uk
Subject: RE: Media Directory Feedback

Mr. Wright:

I do not know for sure the status of the UK proceeding, as plaintiffs'
counsel has not been serving me with all pleadings in that proceeding in a timely fashion. Even if you are not yet the subject of the UK proceeding, if they have not already, plaintiffs may seek a subpoena or order requiring you to produce any audio files or transcripts of Mr. Symonds' interviews in your possession.

Obviously, I do not represent you, and I am not qualified to practice law in the UK, so I cannot advise you regarding your obligations under UK law. I can tell you, however, that under US law, any person who destroys or disposes of documents or electronic information after being on notice that such materials may be the subject of a discovery request, court order, subpoena, or other form of process, may be subject to very serious consequences for failing to preserve such materials, even if that person is not a party to the underlying litigation, and even if that person has not been served with a court order, subpoena, or other form of process. That is why I urge you, again, not to destroy or dispose of anything in your possession that might contain or reflect copies of audio files or transcripts of Mr.
Symonds' interviews.

-----Original Message-----
From: Jason Wright [mailto:jason@champagne.eclipse.co.uk]
Sent: Wednesday, March 07, 2007 10:31 AM
To: Gibbs, Patrick (SV)
Subject: RE: Media Directory Feedback

1

Mr Gibbs

Am I the subject of the High Court action you refer to, or is it Mr. Symonds?

JW


-----Original Message-----
From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: 07 March 2007 15:22
To: jason@champagne.eclipse.co.uk
Subject: RE: Media Directory Feedback

Mr. Wright:

The audio files and transcripts of Mr. Symonds' interviews with Mr. Ellison are the subject of a United States Court order requiring that they be produced to the plaintiffs in the case, and the plaintiffs have instituted proceedings before the High Court in the UK to obtain those audio files and transcripts. I cannot give you legal advice, but if you destroy any electronic media or other sources in your possession that might contain copies of any audio files and transcripts of Mr. Symonds' interviews, you could be subject to very serious legal consequences. I urge you not to destroy anything that might contain copies of any of Mr. Symonds' interview recordings or transcripts.


-----Original Message-----
From: Jason Wright [mailto:jason@champagne.eclipse.co.uk]
Sent: Wednesday, March 07, 2007 2:13 AM
To: Gibbs, Patrick (SV)
Subject: RE: Media Directory Feedback

Mr Gibbs

To reiterate, I had nothing whatsoever to do with Orthon Ltd. or the services that company provided to Mr. Symonds. I bought the domain name 'as is' from the company after it went into liquidation and I didn't take on any other legal obligations.

I explained my circumstances to you in my previous email. I am not resourced to be able to take on this potentially nebulous search.
As I said, it may even be the case that the transcriber of the Ellison files has not yet been in communication my email through the domain.

In view of these potential legal complications associated with the previous usage of the domain name it would not be wise for me to invest any further time or funds to my proposed service. I will shelve my plans and I may dispose of the domain to end my unwitting involvement in this affair. I need to keep my life as uncomplicated as possible at this time.

Might I suggest you try to contact the former owners of Orthon Ltd. as they may be better positioned to assist you.

Sincere regards

JW

-----Original Message-----
From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: 06 March 2007 19:50
To: jason@champagne.eclipse.co.uk
Subject: RE: Media Directory Feedback

Mr. Wright:

I have already asked Mr. Symonds for the files, and Mr. Symonds has told me that he does not have copies of the electronic audio or transcript files. In fact, his e-mail to you below says: "I no longer have the files that you refer to . . . ."

Per Mr. Symonds' request, I reiterate my request that you provide me with copies of any and all audio files or transcripts of any interviews that Mr. Symonds conducted with Mr. Ellison. Please also provide me with contact information where I may reach you.

-----Original Message-----
From: Jason Wright [mailto:jason@champagne.eclipse.co.uk]
Sent: Tuesday, March 06, 2007 10:27 AM
To: Gibbs, Patrick (SV)
Subject: RE: Media Directory Feedback

Mr Gibbs

I will try to explain to you my position.

I was unwittingly drawn into this affair following my purchase of the domain name typing.co.uk from the Liquidator of Orthon Ltd., the company Mr. Symonds I now know used to transcribe his audio files of his interviews with Mr. Ellison for his book Softwar. I bought the domain with the intention of starting a similar transcribing service, but I knew nothing of Mr. Symonds or Mr. Ellison at the time of the purchase.

Since purchasing the domain I have received volumes of email traffic from both former clients of Orthon and transcribers who worked through the company. I compiled a partial list of clients and transcribers when planning my service.

From emailing with some of the transcribers to discuss the service I know that it was their general procedure while working through Orthon to retain copies of transcribed files as a backup service for clients and some of them still have on hard disk copies of files they transcribed.

I have not enquired of the transcribers about the Ellison interviews.
It may even be possible that the transcriber who transcribed the Ellison files has not as yet been in touch by email through the domain. Data laws prevent me, as the legal registrant of the domain name, from providing you with data obtained through the typing.co.uk domain and email.

I care for my mother who is dying from motor neurone disease and my business life is devoted to funding the ever increasing costs of her needs. Therefore I am not positioned to allocate my limited resources to your search for the files through the domain. I notified Mr.
Symonds of the contact from the investigator as a courtesy. It would seem far easier for you to simply ask Mr. Symonds to provide you with copies of the files. His email strongly suggests he has such copies.

Sincere regards

Jason Wright.

3

```
-----Original Message-----
From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: 06 March 2007 13:32
To: jason@champagne.eclipse.co.uk
Subject: Re: Media Directory Feedback
```

Mr. Wright:

As I understand Mr. Symonds's email below, he has asked you to turn over to me any audio files or transcripts of his interviews with Mr.
Ellison so they can be produced to Plaintiffs in the litigation.
Please tell me whether you have any such audio files or transcripts, and if so whether you will (as Mr. Symonds requests) provide them to me. Please also tell me whether you have provided any audio files or transcripts to Plaintiffs' investigator.

```
----- Original Message -----
From: Jason Wright <jason@champagne.eclipse.co.uk>
To: Gibbs, Patrick (SV)
Sent: Tue Mar 06 04:37:29 2007
Subject: RE: Media Directory Feedback
```

Mr Gibbs

I contacted Mr. Symonds as a courtesy to inform him that an American private investigator had been in touch with me about his book Softwar.

Jason Wright.

```
-----Original Message-----
From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: 05 March 2007 22:56
To: jason@champagne.eclipse.co.uk
Subject: RE: Media Directory Feedback
```

Mr. Wright:

I had expected to hear back from you regarding Mr. Symonds' e-mail request below.

Would you please contact me at the telephone number or e-mail address below at your earliest convenience or let me know where I can reach you?

Patrick E. Gibbs

LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: +1.650.463.4696
Fax: +1.650.463.2600
Email: patrick.gibbs@lw.com
http://www.lw.com

```
-----Original Message-----
From: Matthew Symonds [mailto:matthewsymonds@economist.com]
Sent: Wednesday, February 14, 2007 12:01 AM
To: jason@champagne.eclipse.co.uk
Cc: Gibbs, Patrick (SV)
```

4

Subject: RE: Media Directory Feedback

Dear Jason,
I have forwarded your email address to Mr Ellison's lawyer by copying this communication to him. He will also ask you to make available to him the transcripts and audio files as he is under instruction by the court to use his best efforts provide them to the plaintiffs. I do not regard myself as under legal obligation to provide this material, which as I have stated is both mine and bears no relevance to the litigation. But in a spirit of co-operation, I ask that you comply with this request if you are able to do do.
I am sorry you have been involved in this business.
Matthew Symonds

>>> "Jason Wright" <jason@champagne.eclipse.co.uk> 02/13/07 1:32 PM
>>>
Dear Mr. Symonds

I do take on board your points.

When a private investigator chooses to travel several thousand miles to come a knocking at my door... unannounced... I have to assume that the information he is seeking is of relevance to the litigation.

As this matter concerns Mr. Ellison perhaps you ought to seek his advice about what I should say to the investigator.

Sincere regards

Jason Wright


-----Original Message-----
From: Matthew Symonds [mailto:matthewsymonds@economist.com]
Sent: 13 February 2007 10:36
To: jason@champagne.eclipse.co.uk
Subject: Re: Media Directory Feedback

Dear Mr Wright,
Thank you for contacting me. I no longer have the files that you refer to, which must be why this person has contacted you. The transcripts and audio files were generated by me, at my cost and for my exclusive use.
The typing.co uk service was a confidential service. The files in question have no relevance whatsoever to this litigation. Please could you take no action until I have taken legal advice on this matter.

Yours sincerely,
Matthew Symonds

>>> "unconfirmed (Jason Wright)" <jason@champagne.eclipse.co.uk>
02/13/07 9:31 AM >>>

------------------------------------------------------------------------
------------
 The below message was sent to you using the Media Directory tool found at
http://www.economist.com/MediaDirectory

5

```
It is not possible to Guarantee that the apparent sender is indeed the sender.
The recorded IP address for the user was: 81.168.82.25

The user was not logged into Economist.com
-----------------------------------------------------------------------
------------
```

Mr Matthew Symonds

Regarding your book Softwar.

I've been approached by an American private investigator who is working for a Californian law firm that is representing an Oracle shareholder group in an action against Mr. Ellison.

The investigator wants to obtain copies of the audio files and transcripts of your conversations with Mr. Ellison.

I thought it prudent to speak to you about this before proceeding.

I look forward to hearing from you.

Sincere regards

Jason Wright (typing.co.uk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email may contain material that is confidential, privileged and/or attorney work

product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

*********************

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

*******************

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

*********************

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

*******************

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

*********************

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

*******************

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP