1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF EXHIBITS PURSUANT TO THE COURT'S NOVEMBER 1, 2007 ORDER RE: REQUESTS TO FILE DOCUMENTS UNDER SEAL**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Certain Portions of Exhibits Pursuant to the Court's November 1, 2007 Order
3  Re: Requests to File Documents Under Seal (Defendants' "Administrative Request"), and
4  finding good cause therefore; Defendants' Administrative Request is **GRANTED**. The
5  following documents are **HEREBY SEALED**:

    **1.** Exhibit 13 (Financial terms on page 2, lines 20-24) to the October 19, 2007 Declaration of David C. Fortney in Support of Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues (Docket No. 1382).

    **2.** Exhibit 6 (including financial terms on NDCA-ORCL 1915554, lines 20-24; NDCA-ORCL 1915560, lines 9-16; NDCA-ORCL 1915571-3; and NDCA-ORCL 1915588) to the April 25, 2007 Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination (Docket No. 801).

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: November 12, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Rees F. Morgan (SBN 229899) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA 94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|     michele.kyrouz@lw.com | |
|     rees.morgan@lw.com | |

    **/s/**
_____
    Rees F. Morgan