# Exhibit B

| Administrative Request | Date | Docket No. |
|---|---|---|
| Defendants' Administrative Request to File Under Seal Declaration of Sean P.J. Coyle In Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | April 25, 2007 | 797 |
| Defendants' Administrative Request to File Under Seal Defendants' Motion for Summary Judgment and Supporting Documents | July 26, 2007 | 940 |
| Defendants' Administrative Request to File Under Seal Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and Supporting Documents | July 26, 2007 | 916 |
| Defendants' Administrative Request to File Under Seal Defendants' *Daubert* Motion to Exclude Declarations and Testimony of Brooks Hilliard and Supporting Documents | July 26, 2007 | 864 |
| Defendants' Administrative Request to File Under Seal Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and Supporting Documents | July 26, 2007 | 858 |
| Defendants' Administrative Request to File Under Seal Defendants' [Corrected] Motion for Summary Judgment and [Corrected] Harrison Declaration in Support Thereof | August 8, 2007 | 962 |
| Defendant Ellison's Administrative Request to File Under Seal Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information and Supporting Documents | August 27, 2007 | 1036 |
| Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment and Supporting Documents | August 27, 2007 | 1013 |
| Defendants' Administrative Request for File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard and Supporting Documents | August 27, 2007 | 977 |
| Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of George Foster and Supporting Documents | August 27, 2007 | 990 |
| Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Defendants' | August 27, 2007 | 986 |

| | | |
|---|---|---|
| Accounting Expert, J. Duross O'Bryan, and Supporting Documents | | |
| Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon and Supporting Documents | August 27, 2007 | 997 |
| Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and Supporting Documents | September 10, 2007 | 1126 |
| Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and Supporting Documents | September 10, 2007 | 1119 |
| Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of Motion to Exclude Declarations and Testimony of Brooks Hilliard and Supporting Documents | September 10, 2007 | 1106 |
| Defendants' Administrative Request to File Under Seal Reply in Support of Defendants' Motion for Summary Judgment and Supporting Documents | September 10, 2007 | 1133 |
| Defendants' Administrative Request to File Under Seal Defendants' Notice or Errata and Errata for Declaration of Andrew M. Farthing in Support Of Defendants' Motion to Exclude Reports and Testimony of Alan G. Goedde | September 10, 2007 | 1130 |
| Defendants' Administrative Request to File Under Seal Exhibit 160 Attached to Notice of Errata and Errata for Defendants' [Corrected] Motion For Summary Judgment and [Corrected] Harrison Declaration | September 19, 2007 | 1158 |
| Administrative Request to File Under Seal Certain Portions of and Exhibits to Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues | October 19, 2007 | 1378 |

SF\633707.1