COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. C-01-0988-MJJ <br> <u>CLASS ACTION</u> <br> NOTICE OF COMPLIANCE WITH NOVEMBER 1, 2007 ORDER AND SUBMISSION OF CERTAIN DOCUMENTS IN PUBLICLY-AVAILABLE FORM |

Pursuant to the Court's Order of November 1, 2007, plaintiffs hereby re-file certain documents in redacted and publicly-available form, and certain non-party documents no longer subject to seal.

The following documents are attached hereto:

| | |
|---|---|
| Exhibit 1 | Deposition Transcript of Michael Decesare, previously filed as:<br>• Exhibit 111 to Docket Nos. 901 and 1053<br>• Exhibit N to Docket No. 1026 |
| Exhibit 2 | Morgan Stanley Online account statement of Dzung Uan Chu from December 29, 2000 to January 31, 2001, Bates Nos. MORSTAN 0096-0103, previously filed as:<br>• Exhibit 126 to Docket No. 854 |
| Exhibit 3 | Baird Statement of Ryan E. Kuehmichel and Lynn A. Kuehmichel from January 1-31, 2001, Bates Nos. BAIRD 0013-15, previously filed as:<br>• Exhibit 127 to Docket No. 854 |
| Exhibit 4 | Deposition Transcript of Peter Donnelly, previously filed as:<br>• Exhibit CC to Docket No. 1026 |
| Exhibit 5 | Deposition Transcript of Brian Adams, previously filed as:<br>• Exhibit DD to Docket No. 1026 |
| Exhibit 6 | Deposition Transcript of Patricia Sullivan, previously filed as:<br>• Exhibit 103 to Docket No. 900 |
| Exhibit 7 | Symonds' Fifth Amendment brief, previously filed as:<br>• Exhibit L to Docket No. 1181 |
| Exhibit 8 | Plaintiffs' Fifth Amendment brief, previously filed at:<br>• Docket No. 974 |
| Exhibit 9 | Court Orders of December 14, 2006 and December 29, 2006, previously filed as:<br>• Exhibit A to Docket No. 753<br>• Exhibits 134 and 135 to Docket No. 901<br>• Exhibits 194 and 195 to Docket No. 1180 |
| Exhibit 10 | Bates Nos. HP00019-21, previously filed as:<br>• Exhibit 62 to Docket No. 1025 |
| Exhibit 11 | Bates Nos. HP00008-00012, previously filed as:<br>• Exhibit 188 to Docket No. 1025 |
| Exhibit 12 | Deposition transcript of Gary Matuszak, employee of non-party Arthur Andersen, previously filed as:<br>• Exhibit P to Docket No. 1026 |

| | |
|---|---|
| Exhibit 13 | Deposition transcript of Alexander Bender, employee of non-party Ernst & Young, previously filed as:<br>• Exhibit BB to Docket No. 1026 |
| Exhibit 14 | Deposition transcript of Jason Sevier, employee of non-party Arthur Andersen, previously filed as:<br>• Exhibit N to Docket 1094 |

DATED: November 12, 2007         COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 SHAWN A. WILLIAMS
                                 WILLOW E. RADCLIFFE
                                 MONIQUE C. WINKLER
                                 ELI R. GREENSTEIN
                                 DANIEL J. PFEFFERBAUM


                                       /s/ Shawn A. Williams
                                      SHAWN A. WILLIAMS

                                 100 Pine Street, Suite 2600
                                 San Francisco, CA  94111
                                 Telephone:  415/288-4545
                                 415/288-4534 (fax)

                                 COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 MARK SOLOMON
                                 DOUGLAS R. BRITTON
                                 STACEY M. KAPLAN
                                 655 West Broadway, Suite 1900
                                 San Diego, CA  92101
                                 Telephone:  619/231-1058
                                 619/231-7423 (fax)

                                 Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\NOT00047182.doc

NOTICE OF COMPLIANCE WITH NOVEMBER 1, 2007 ORDER AND SUBMISSION OF CERTAIN
DOCUMENTS IN PUBLICLY-AVAILABLE FORM - C-01-0988-MJJ                     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 12, 2007.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**

valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
```

```
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111