# Exhibit 2



MORGAN STANLEY DEAN WITTER ONLINE

A MORGAN STANLEY DEAN WITTER COMPANY

ACCOUNT STATEMENT

PAGE 1 OF 1

MONTH ENDING JANUARY 31, 2001
LAST STATEMENT DECEMBER 29, 2000

ACCOUNT NUMBER REDACTED

ZUNG VAN CHU &
NAKHKHAN NGUYEN JT TEN

ASSET ALLOCATION

| | |
|---|---|
| EQUITIES | 100% |

INCOME SUMMARY

| | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| TAXABLE INTEREST | | |
| DIVIDENDS | | 213.06 |
| MARGIN INTEREST | | |
| TOTAL | | |

MESSAGES

ARE YOU RETIRING FROM YOUR COMPANY OR CHANGING JOBS? IF SO, IT MAY BE TIME TO ROLL OVER YOUR EMPLOYER-SPONSORED RETIREMENT PLAN INTO AN IRA AT MORGAN STANLEY DEAN WITTER ONLINE. YOU PAY NO FEES, AND THERE IS NO MINIMUM TO OPEN AN IRA ACCOUNT. VISIT OUR WEB SITE AT MSDWONLINE.COM OR CALL 1-800-58-INVEST (1-800-584-6837) TODAY.

"A PLACE FOR EVERYTHING AND EVERYTHING IN ONE PLACE" WITH MORGAN STANLEY DEAN WITTER NETWORTH (SM). THIS POWERFUL ACCOUNT AGGREGATION TOOL ALLOWS YOU TO VIEW ALL OF YOUR FINANCIAL AND PERSONAL ONLINE ACCOUNTS ON ONE SECURE SITE USING A SINGLE PASSWORD. SIMPLY LOG INTO YOUR ACCOUNT AND CLICK ON THE THE NETWORTH LINK.

MORSTAN 0096



MORGAN STANLEY DEAN WITTER ONLINE

A Morgan Stanley Dean Witter Company
Member NASD/SIPC

ACCOUNT STATEMENT

PORTFOLIO SUMMARY

| | CURRENT PERIOD | PRIOR PERIOD | PRIOR YEAR END (12/31) |
|---|---|---|---|
| EQUITIES RIGHTS & WARRANTS | | | |
| TOTAL MARKET VALUE | | | |
| MARGIN ACCOUNT BALANCE | | | |
| TOTAL EQUITY | | | |

ACTIVITY SUMMARY

| | |
|---|---|
| OPENING CASH & MONEY MARKET FUND BALANCE | |
| INCOME | |
| SECURITIES SOLD | |
| OTHER | |
| SECURITIES BOUGHT | |
| CLOSING CASH & MONEY MARKET FUND BALANCE | |

REDACTED

MORSTAN 0097

16

MORGAN STANLEY DEAN WITTER ONLINE
A MORGAN STANLEY DEAN WITTER COMPANY
MEMBER NASD/SIPC

555 MARKET STREET
SAN FRANCISCO, CA 94105
800-[illegible] OR 415-[illegible]
www.msdwonline.com

ACCOUNT STATEMENT

DZUNG VAN CHU &

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER REDACTED

PORTFOLIO DETAILS

THIS SECTION SHOWS THE HOLDINGS IN YOUR ACCOUNT. IT REFLECTS VALUES AS OF THE CLOSE OF BUSINESS ON 1/31/01 WHEN AVAILABLE. PRICES, INCOME, AND CURRENT VALUES MAY BE APPROXIMATE.

EQUITIES, RIGHTS & WARRANTS

| ACCT TYPE | SHARES | DESCRIPTION | SYMBOL | CURRENT PRICE | CURRENT VALUE | ESTIMATED YRLY INCOME | ESTIMATED YIELD |
|---|---|---|---|---|---|---|---|
| M | 10,000 | ORACLE CORP WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE | ORCL | 29.125 | 291,250.00 | | |
| | | TOTAL EQUITIES, RIGHTS & WARRANTS | | | | | |
| | | TOTAL PORTFOLIO VALUE | | | | | |

REDACTED

TRANSACTION DETAILS

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | MMF BALANCE |
|---|---|---|---|---|---|---|---|---|---|

REDACTED

MORSTAN 0098



16

MORGAN STANLEY DEAN WITTER ONLINE
[illegible]

333 [illegible]
[illegible]

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER REDACTED

DZUNG VAN CHU &

TRANSACTION DETAILS (CONTINUED)

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | MMF BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| [illegible] | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| C | | | | | | | | | |
| M | | | | | | | | | |
| C | 01/18/01 | DIVIDEND | | | | | | | |

REDACTED

PAGE [illegible] OF [illegible]



16 MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

PAGE 6 OF 9

DZUNG VAN CHU I

ACCOUNT NUMBER

TRANSACTION DETAILS (CONTINUED)

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | MMF BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| C | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |
| M | | | | | | | | | |

REDACTED

MORSTAN 0100



16 MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

DZUNG VAN CHU &

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER REDACTED

TRANSACTION DETAILS (CONTINUED)

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | MMF BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | | |
| C | | | REDACTED | | | | | | |
| C | | | | | | | | | |
| M | 01/26/01 | YOU BOUGHT | ORACLE CORP WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | 10,000 | 31 75 | 317,514 95 | | (150,104 73) | 00 |
| C | | | | | | | | | |
| M | | | | | | | | | |
| C | | | | | | | | | |

REDACTED

MORSTAN 0101

16 MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

DZUNG VAN CHU &

ACCOUNT NUMBER REDACTED

UNREALIZED AND REALIZED GAIN AND LOSS SUMMARY

THE GAIN AND LOSS SUMMARY IS PROVIDED FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION. THE DATA REQUIRED TO ESTIMATE A GAIN OR LOSS, INCLUDING COST BASIS (PURCHASE PRICE), HAS BEEN PROVIDED FOR MOST SECURITIES PURCHASED THROUGH MORGAN STANLEY DEAN WITTER ONLINE. INFORMATION UNAVAILABLE THROUGH MORGAN STANLEY DEAN WITTER ONLINE TRADE HISTORY HAS BEEN OR WILL NEED TO BE PROVIDED. MORGAN STANLEY DEAN WITTER ONLINE MAKES EVERY EFFORT TO ADJUST COST BASIS FOR CAPITAL CHANGES FROM THE DAY OF ENROLLMENT AND OR THE TIME INFORMATION IS PROVIDED. COST BASIS IS NOT ADJUSTED FOR CERTAIN EVENTS SUCH AS CASH RECEIVED IN LIEU OF FRACTIONAL SHARES AND THE AMORTIZATION OF BOND PREMIUMS. MORGAN STANLEY DEAN WITTER ONLINE DOES NOT GUARANTEE NOR WILL IT INDEPENDENTLY VERIFY THE ACCURACY OF ITS INFORMATION. AGAIN, THE SUMMARY DOES NOT CONFORM TO TAX PREPARATION STANDARDS AND SHOULD NOT BE USED FOR TAX PURPOSES. AS A DEFAULT, FIFO ACCOUNTING HAS BEEN USED TO CALCULATE GAINS AND LOSSES.

UNREALIZED GAINS AND LOSSES

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | TOTAL COST | CURRENT VALUE | UNREALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|
| M | 10,000 | ORACLE CORP | 01/23/01 | 317,515.00 | 291,250.00 | (26,265.00) | SHORT |

SUMMARY OF UNREALIZED GAINS AND LOSSES

| CATEGORY | TOTAL |
|---|---|
| REDACTED | |

REALIZED GAINS AND LOSSES

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | DATE SOLD | TOTAL COST | NET PROCEEDS | REALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | |
| M | | | | | | | | |
| M | | | | | | | | |

REDACTED

THIS SUMMARY IS NOT PART OF YOUR ACCOUNT STATEMENT. IT IS FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION.

PREV (4/07) ?

MORSTAN 0102

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

REDACTED

OZUKG VAK CHU &

ACCOUNT NUMBER

REALIZED GAINS AND LOSSES (CONTINUED)

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | DATE SOLD | TOTAL COST | NET PROCEEDS | REALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|---|

REDACTED REDACTED

YEAR TO DATE SUMMARY OF REALIZED GAINS & LOSSES

| CATEGORY | TOTAL |
|---|---|
| REALI | |
| REALI | |
| REALI | |
| REALI | |

REDACTED

AS A DEFAULT, FIFO ACCOUNTING HAS BEEN USED TO CALCULATE GAINS AND LOSSES.
THIS SUMMARY IS NOT PART OF YOUR ACCOUNT STATEMENT. IT IS FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION