# Exhibit 3

# Baird
A NORTHWESTERN MUTUAL COMPANY

JANUARY 1 - JANUARY 31, 2001

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

Account number: REDACTED

## ACTIVITY SUMMARY

| | This period | Year-to-date |
|---|---|---|
| Opening Balance - Net Cash Equivalents | | |
| Securities Sold/Redeemed | | |
| Assets Bought | | |
| Deposits | | |
| Withdrawals | | |
| Dividends | | |
| Interest | | |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other | | |
| Margin Interest Charged | | |
| VIP Card Activity | | |
| VIP ACH/ATM Activity | | |
| Checks You Wrote | | |
| Other Transactions | | |

## SUBACCOUNT ACTIVITY

| | Cash | Money Market | Total |
|---|---|---|---|
| Total Opening Balance | | | |

## ACTIVITY DETAILS

| Date | Activity | Quantity | Price | Description |
|---|---|---|---|---|
| | Opening Balance | | | |

CONFIDENTIAL
BAIRD0013

# Baird
### A NORTHWESTERN MUTUAL COMPANY

**JANUARY 1 - JANUARY 31, 2001**

**RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS**

## ACTIVITY DETAILS continued

## SUBACCOUNT ACTIVITY continued

REDACTED

Thank you for allowing Robert W. Baird & Co. Incorporated to serve you. If you have any questions regarding your account or this statement, please contact your Baird Representative.

**CONFIDENTIAL**

BAIRD0014



REDACTED
CONFIDENTIAL
BAIRD0015

**Baird** / A NORTHWESTERN MUTUAL COMPANY

**CLIENT STATEMENT**
FEBRUARY 1 - FEBRUARY 28, 2001

Account number:

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

**YOUR BAIRD REPRESENTATIVE**

Office servicing your account:
Post Office Box 1248
Eau Claire, WI 54702

**INVESTMENT OBJECTIVES**

If you have any questions concerning your investment objective, or wish to make a change, please contact your Baird Representative.

**ASSET ALLOCATION**

Stocks/Options

Robert W. Baird & Co. Incorporated
777 East Wisconsin Avenue, Milwaukee, WI 53202-5391
Member NYSE, Inc. and other principal exchanges. Member SIPC.
www.rwbaird.com