# Exhibit 5

1

```
 1              UNITED STATES DISTRICT COURT
 2
    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
 3
 4  _____
 5
    In re ORACLE CORPORATION SECURITIES    )
 6  LITIGATION,                            )
                                           )
 7  This Document Relates to:              ) Case No.
                                           )
 8  ALL ACTIONS.              ) C-01-0988-MJJ
                              ) (JCS)
 9                            ) Consolidated
10  _____
11
12     VIDEOTAPED DEPOSITION OF BRIAN ADAMS
                   June 16, 2006
13              Seattle, Washington
14
15
16
17
18
19
20
21
22
23
    Reported by:
24  David A. Hart
    CCR No. 2007
25  Job No. 69135
```

2

```
 1                    APPEARANCES
 2
      For the Plaintiffs:
 3
         VALERIE L. McLAUGHLIN
 4       JENNIFER IRVINE
         Lerach, Coughlin, Stoia, Geller,
 5       Rudman & Robbins, LLP
         655 West Broadway
 6       Suite 1900
         San Diego, California  92101-3301
 7       (619) 231-1058
         (619) 231-7423 Fax
 8       vmclaughlin@lerachlaw.com
 9
      For the Defendants:
10
         MATTHEW D. HARRISON
11       LATHAM & WATKINS, LLP
         505 Montgomery Street
12       Suite 2000
         San Francisco, California  94111-2562
13       (415) 391-0600
         (415) 395-8095 Fax
14       matt.harrison@lw.com
15
      Also Present:  PHILIP HONABLE
16            Videographer
              Esquire Deposition Services
17
              LINDA ADAMS
18
19
20
21
22
23
24
25
```

3

```
 1                   EXAMINATION INDEX
 2
 3  EXAMINATION BY:               PAGE NO.
 4
      MR. HARRISON                  5
 5
      MS. McLAUGHLIN               160
 6
 7                    EXHIBIT INDEX
 8
 9  EXHIBIT NO.  DESCRIPTION           PAGE NO.
10
11   1   22-page Notice of Deposition and Document      8
         Requests to Nonparty Brian Adams
12
13
14
15
16            WITNESS INSTRUCTED NOT TO ANSWER
17                     (None)
18            INFORMATION REQUESTED
19                     (None)
20
21
22
23
24
25
```

4

```
 1              BE IT REMEMBERED that on Friday, June 16,
 2  2006, at 701 5th Street, Suite 6630, Seattle, Washington, at
 3  9:05 a.m., before David A. Hart, CCR, RPR, Notary Public in
 4  and for the State of Washington, appeared BRIAN ADAMS, the
 5  witness herein;
 6              WHEREUPON, the following proceedings were
 7  had, to wit:
 8
 9              THE VIDEOGRAPHER:  Good morning.  Here
10  begins Videotape No. 1 in the deposition of Brian Adams "In
11  regard of Oracle Security"; today's date, June 16, 2006.  The
12  time is now 9:05 a.m.
13       This deposition is being taken at 701 5th Avenue,
14  Suite 6630, Seattle, Washington.
15       My name is Philip Honable, and the court reporter is
16  David Hart, here on behalf of Esquire Deposition Services.
17       Would all counsel please identify themselves for the
18  record.
19       MR. HARRISON:  Matthew D. Harrison from
20  Latham & Watkins, on behalf of defendants Oracle Corporation,
21  Lawrence Ellison, Jeffrey Henley, and Edward Sanderson.
22       MS. McLAUGHLIN:  Valerie McLaughlin and
23  Jennifer Irvine on behalf of the plaintiffs, from Lerach,
24  Coughlin.
25       THE VIDEOGRAPHER:  Would the court
```

5

1 reporter today please swear in the witness and proceed with

2 the deposition.

3

4 <<<<<<< >>>>>>

5

6 BRIAN ADAMS,        having been first duly sworn

7 by the Notary, deposed and

8 testified as follows:

9

10

11 EXAMINATION

12 BY MR. HARRISON:

13 Q. Good morning, Mr. Adams.

14 A. Good morning.

15 Q. Could you please state and spell your full name for the

16 record.

17 A. Brian, B-r-i-a-n; middle name, Davis, D-a-v-i-s; last name,

18 Adams, A-d-a-m-s.

19 Q. Thank you. As I said earlier, I'm here on behalf of the

20 defendants, and we're going to ask you a series of questions

21 today.

22 I understand that you're not represented by counsel

23 today, so I want to give you some of the background and just

24 some of the logistics so you understand what this is all

25 about.

6

1 A. Okay.

2 Q. Let me ask you, first: Have you ever been deposed before?

3 A. Nope.

4 Q. You understand that you're testifying under oath today as if

5 you were in court and -- do you understand that?

6 A. Yes.

7 Q. So you understand that you're required to tell the truth to

8 the best of your knowledge?

9 A. Yes.

10 Q. Thank you.

11 The court reporter here is recording everything you

12 say. The videographer is recording you on video. Do you

13 understand that?

14 A. Yes.

15 Q. Because the court reporter is trying to get down everything

16 that we say today, I'll ask you to let me finish my question

17 so we don't talk over each other.

18 You understand?

19 A. Yes.

20 Q. Also, if you give audible answers instead of head shakes and

21 nods, then the court reporter will be able to get that down.

22 Is that clear?

23 A. Yes.

24 Q. If you don't understand a question at any time, just feel

25 free to ask me to repeat it or rephrase it. Is that clear?

7

1 A. Yes.

2 Q. Counsel may object to some of my questions during the day,

3 and unless you don't understand the question, you're required

4 to answer it.

5 Is that clear?

6 A. Yes.

7 Q. If you need a break at any time, that's fine. We'll probably

8 take a break every hour or a little over an hour. Just let

9 us know; okay?

10 A. Okay.

11 Q. Finally, I don't want you to guess at any of the questions I

12 ask today. But if you have any basis for it and you can give

13 me your best estimate, I'd ask that you do that; okay?

14 A. Okay.

15 Q. So what I'm asking for is just not outright speculation.

16 What I'm asking for is your best estimate.

17 A. Okay. Or recollection. It's been quite a few years ago, so

18 if I don't remember something, do I just say, "I don't

19 recall" or --

20 A. Yes. Just answer the question the best of your recollection.

21 A. Okay.

22 Q. Now, is there any reason why you can't give your best

23 testimony today?

24 A. Not to my knowledge.

25 Q. Are you on any medications that would prevent you from giving

8

1 your best testimony?

2 A. No. None.

3 Q. Do you have any physical or mental condition that would

4 prevent that?

5 A. No.

6 Q. Okay. Thank you.

7 MR. HARRISON: I'd like to mark as the

8 first exhibit --

9 (Exhibit No. 1 marked

10 for identification.)

11

12 THE WITNESS: Is this the same that I

13 already have or --

14 MS. ADAMS: No. This is a more

15 comprehensive --

16 THE WITNESS: Okay.

17 MS. ADAMS: -- document.

18 Q. (By Mr. Harrison) Feel free to take as much time as you need

19 to look at it.

20 MR. HARRISON: For the record, this

21 exhibit contains a notice of deposition along with a

22 subpoena, dated May 26, 2006, and an attachment and schedule

23 for the document requests.

24 THE WITNESS: Okay.

25 MS. ADAMS: This is a federal case?

9

1       MS. McLAUGHLIN: Yes.
2       MS. ADAMS: Actually, this is pretty much
3    the same as what you have. There's just a couple more pages
4    that are somewhat superfluous.
5       THE WITNESS: Should I read through this
6    first or you just --
7    Q. (By Mr. Harrison)  You can take as much time as you need to
8       look at it.  So yeah.  Feel free.  I'm not going to ask
9       you -- what I'm going to ask you about is the actual document
10      requests that were attached.
11   A. Okay.
12   Q. So if you're ready, just let me know.
13   A. The document request?
14   Q. Right.
15   A. Okay.
16   Q. I can point you to that.
17   A. Is it Attachment A or something like that?
18   Q. Schedule A.  In particular, starting at Page 5.
19   A. Okay.
20   Q. I'm going to ask you, first of all:  Have you ever seen this
21      document before or at least a version of this document?
22   A. Yes, I have.
23   Q. When you -- and you received the subpoena at some point?
24   A. Yes.  It was attached.
25   Q. Did you have a chance to review the document requests that

10

1       are attached to Schedule A?
2    A. Yes, I did.
3    Q. Looking at the document request, starting on Page 5, did you
4       have any documents that are responsive to these requests?
5    A. No.  When I left Oracle, I basically left my office and
6       laptop and everything there and gave them the key, and that
7       was it.  In fact, I think I had to sign documents that stated
8       I was not taking, you know, company-confidential
9       correspondence and that type of stuff.  So no.  I didn't
10      bring anything at all with me.
11   Q. Okay.  Thank you.
12   A. Uh-huh.
13   Q. Did you review any documents to prepare for this deposition?
14   A. Other than this document itself, this is all.
15   Q. Have you spoken with anyone about this deposition?
16   A. Other than the fact -- just people I work with to let them
17      know I wouldn't be in the office today because of the
18      deposition, none of the details.
19   Q. Have you spoken with any attorneys from the plaintiffs' firm
20      in this case?
21   A. No.  Oh.  I did speak -- I did get one phone call.  And it
22      just asked -- it was nothing more to ask than if I was going
23      to be present today.  I don't know if that was you or someone
24      from your office.
25   Q. Yeah.  I believe that was our firm.

11

1    A. Yeah.  And I just said "yes," I would.
2    Q. When did you first learn about this lawsuit?
3    A. As stated here, probably when I received the -- I don't know
4       that this is called a subpoena or a summons to be here for
5       this.  I think it was the first, though.  I had had -- years
6       ago someone called and asked me a series of questions but did
7       not indicate that it was going to lead to a lawsuit or
8       anything else.  So I guess anything related to an actual
9       lawsuit, this would be the first that I knew.
10   Q. Okay.  Let me ask you about that phone call that you just
11      described.
12      Do you know who called you?
13   A. No, I do not.  I don't at the moment, but they may have sent
14      me years ago an e-mail from a personal e-mail account.  I
15      might -- if it has -- no.  I like to disclaim that I loaded
16      OS X on a computer.
17      MS. ADAMS: Yeah.
18      THE WITNESS: I probably don't have it
19   anymore.  I can look and see but --
20      MS. ADAMS: Or the hard drive got
21   reformatted.
22      THE WITNESS: Yeah.  So I probably don't.
23   And I don't remember the gentleman's name off the top of my
24   head.
25   Q. (By Mr. Harrison)  Do you recall when that call was?

12

1    A. Late 2001, early 2002.  Let's see.  We were at Martinique
2       Court.  It might have been later than that.
3       MS. ADAMS: No.  It was 2004.
4       THE WITNESS: It might have been 2004.
5    I'm trying to reconstruct in my mind.  It might have been
6    2004.  I think we were still in Florida at Martinique Court
7    when that individual called.
8    Q. (By Mr. Harrison)  Did that individual say who he represented
9       or ...
10   A. I'm sure he gave me a name and said why he was calling.  It
11      was something similar to what's here regarding, you know,
12      Mr. Ellison selling shares of stock just before announcing
13      the company wasn't going to make his numbers, something to
14      that effect, as best I recollect.
15   Q. Do you recall any other details of the substance of that
16      conversation?  For example, what questions --
17   A. Some of the things I see in here look very familiar to what
18      they might have asked.  So ...
19   Q. When you say "in here," are you referring to --
20      MS. ADAMS: Page 6.
21      THE WITNESS: Yeah.
22      Starting at Page 6, some of the things in here where it
23   says "Mr. Adams disclose."  Some of these things sound like
24   some of the topics we discussed.
25   Q. (By Mr. Harrison)  Okay.

13

1   A  And the fact it's here, I assume somehow it got back from
2      that person.
3   Q.  Did that person on the phone tell you that -- that there
4      would be a lawsuit relating to the issues that you discussed?
5   A.  No.  Didn't indicate that there would be.  Said they were
6      just gathering information, I think, was probably the context
7      of it.
8   Q.  Did that person tell you that allegations in the complaint
9      would be attributed to you, relating to this lawsuit?
10  A.  No.
11  Q.  Did you ever receive a copy of the complaint in this case?
12  A.  You mean something similar to this?
13  Q.  You mean -- are you -- are you talking about the subpoena?
14  A.  The subpoena?
15  Q.  A complaint is a series of allegations that initiates a
16     lawsuit.  I was wondering if you received a copy of that
17     relating to this lawsuit.
18  A.  I may have one time received something back from the
19     individual I spoke with that just summarized what we
20     discussed.
21  Q.  Uh-huh.
22  A.  I don't know if that qualifies, but again, it -- I think I
23     received something via e-mail.  But like I say, because of a
24     computer problem, I no longer have that.  But it would have
25     been, you know, something that said we just -- we talked on

14

1      this day and here is some of Mr. Adams's responses -- but do
2      not know that it indicated that it would result in something
3      going to court.
4   Q.  Did that individual ask you to review the responses or do
5      anything with those -- the summary that he sent you?
6   A  I don't recall.
7   Q.  Was that an attachment to the e-mail you said you received?
8   A.  Yeah.  It was an attached document that he sent back.  And it
9      kind of outlined the course of our conversation, but I don't
10     recall that it required me to sign or submit something back.
11     I don't recall it, and I don't remember doing that, so ...
12  Q.  Did he ask you to approve it for accuracy?  Anything like
13     that?
14  A.  I'm going to say I don't think so.  I think he just said --
15     basically said, "Here is the results of our conversation."
16  Q.  Did he indicate how that would be used in any way?
17  A.  No, other than he was just gathering information that was
18     pertaining to, you know, I think Larry Ellison selling stock
19     and things like that.
20  Q.  Did anyone tell you that you were to receive anything about
21     an exchange for the information you provided?
22  A.  Related to this or related to the first --
23  Q.  To the interview.
24  A  The first interview?
25  Q.  Right.

15

1   A.  No.
2   Q  How about in relation to this case?
3   A.  Well, relation to this, it had a $54 check attached to it,
4      so ...
5   Q.  Right.
6          MS. ADAMS:  Parking and gas.
7          THE WITNESS:  Yeah.
8      For, I guess, my time or parking or whatever, so --
9      other than that, no.
10  Q.  (By Mr. Harrison)  Besides the e-mail that you discussed, did
11     you receive any correspondence via mail?
12  A.  No, not that I recall.
13  Q.  Okay.  From investigator for plaintiffs in this firm?
14  A.  No, not that I recall.
15  Q.  And again, the e-mail that you received, do you know who the
16     person who sent that to you is affiliated with?
17          MS. McLAUGHLIN:  Objection.  Asked and
18     answered.
19          THE WITNESS:  No.
20          MR. HARRISON:  Do you know -- Valerie, do
21     you know if all the communications with the witness have been
22     produced pursuant to the court order?
23          MS. McLAUGHLIN:  Yes.
24          MR. HARRISON:  They have?
25          MS. McLAUGHLIN:  We have no

16

1      communications with the witness.
2          MR. HARRISON:  Okay.  I'm just referring
3      to the e-mail --
4          MS. McLAUGHLIN:  So nothing would be
5      produced.
6          MR. HARRISON:  Well, there's -- there's
7      one letter that's produced, but -- but I was wondering if
8      there's another e-mail that he's discussed that needs to be
9      produced.
10          MS. McLAUGHLIN:  I don't have it
11  Q.  (By Mr. Harrison)  I'm going to ask you some general
12     background questions --
13  A.  Okay.
14  Q.  -- starting out with your current home address.
15  A.  Okay.
16  Q.  What is that?
17  ████████████████████████████████
18  Q.  Do you have a current business address?
19  A.  I do.
20  Q  Can I have that, please.
21  A.  It's in SeaTac Towers.  I apologize.  I don't know the exact
22     address of the building.
23  Q.  That's okay.
24      Have you ever been a plaintiff or a defendant in any
25     civil litigation?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

17

1 A. No.

2 Q. Have you ever provided testimony under -- under oath in any

3 court or arbitration proceeding?

4 A. Not to my recollection.  No.

5 Q. Have you ever provided testimony in any governmental

6 proceeding?

7 A. No.

8 Q. I just want to run through your education very quickly.

9 A. Okay.

10 Q. Did you go to college?

11 A. Yes.

12 Q. Where did you go to college?

13 A. Oh, gosh.  Sherman, Texas, Grayson County Junior College, and

14 some with the UT at Arlington.

15 Q. Did you graduate from the UT at Arlington?

16 A. No.

17 Q. Was that the last place that you attended college?

18 A. No.  I did some more in College of Alameda, just some

19 individual courses there.

20 Q. You said "Alameda."  Where is that located?

21 A. California.

22 Q. Is that the name of the college?

23 A. It was at that time, College of Alameda.  I think that was

24 it.

25 Q. Do you have a degree?

18

1 A. No.

2 Q. When did you cease your attendance at UT Arlington?

3 A. '68 or '9.  Either late '68 or early '69.

4 Q. And you said you spent some time at Alameda?

5 A. Uh-huh.  (Witness answers affirmatively.)

6 Q. Was that immediately afterward -- your time at UT Arlington,

7 or was that just --

8 A. No.  Let's see.  I went in the military.  And it was either

9 late '68 or early '69, and that was one of my duty stations

10 at Alameda, which was probably '70 to '72, I think, '73.

11 Q. And was there a particular area of study that you undertook

12 at UT Arlington?

13 A. Electronics.

14 Q. How many years did you attend UT Arlington?

15 A. Two.  No.  One and a half.

16 Q. After you left UT Arlington -- you said in about 1969 -- did

17 you become employed after that?

18 A. Huh-uh.  I went directly into the military.  Well, I guess

19 that's employment.

20 Q. I'm sorry?

21 A. I said, "I guess that's employment."

22 Q. What branch of the military did you --

23 A. Marine Corps.

24 Q. How long were you in the military?

25 A. Twelve -- almost 12 years active.  So that was through '80.

19

1 Q. About 1980?

2 A. Yeah.

3 Q. Did you receive any sort of specialized training while you

4 were in the Marines?

5 A. More electronics, a lot of training:  aircraft maintenance

6 training, maintenance control training.  Almost a binderful

7 of training.

8 Q. When you say "electronics," did that involve any sort of

9 computer software applications?

10 A. Most of this was related to aircraft electronics, electrical

11 systems, flight control systems, avionics, though some of

12 those components have a software component, but that's not

13 usually something you necessarily deal with in the day-to-day

14 course of maintenance.  It's internally loaded on the

15 equipment, if that's what you're looking for.  Nothing as far

16 as development of software or anything like that.

17 Q. So in 1980, you left the military; right?

18 A. Yes.

19 Q. Okay.  And when you left in 1980, did you seek employment

20 immediately?

21 A. I left -- I had a position as soon as I left the military.

22 Q. Where was that?

23 A. Silicon Valley.

24 Q. What company?

25 A. Coherent Laser.

20

1 Q. Coherent?

2 A. (Witness nods head affirmatively.)

3 Q. How long were you at Coherent Laser?

4 A. Four years, maybe.

5 Q. So about 1984?

6 A. About that.

7 Q. When you started at Coherent Laser, what was your position?

8 A. I was a training manager and technical support manager.

9 Those were the roles that I had there.

10 Q. Was there a certain group or division that you were involved

11 in at the time?

12 A. Two divisions during that course.  First was a scientific

13 division, and then I transferred over to the medical

14 division.

15 Q. As a training manager and tech support manager, what were

16 your general duties?

17 A. Essentially lead the development of technical documentation

18 for training -- training field service engineers on the

19 products, how to repair them in the field; technical support

20 was a phone-in-type support -- management people there that

21 would handle calls that come in from the fields asking

22 technical questions about the products; supporting field

23 service engineers in the field.

24 Q. You said "products."  What products were you supporting?

25 A. Well, lasers.  On the scientific side, you have -- I don't

ADAMS, BRIAN  6/16/2006  9:00:00 AM

21

1  know how much detail you want to go into.  You have ion
2  lasers; you have dye lasers.
3      On the medical side, it was things like surgical -- CO2
4  surgical lasers; ophthalmic lasers, such as photocoagulators
5  used for various treatment, problems with the eyes.  What am
6  I missing?  That's, I think, the general area.
7  Q.  Did your work involve any sort of computer software
8  application?
9  A.  Some of these products -- for example, a dye laser --
10  Coherent released a computer-controlled dye laser.  In other
11  words, you could -- instead of manually controlling the
12  laser, you could type in commands, and the computer would do
13  the manual adjustments for you.
14  Q.  Did your duties change at all between 1980 and 1984, when you
15  left Coherent Laser?
16  A.  Say that again.
17  Q.  Did your duties change at all by the time -- during the time
18  you were at Coherent Laser?
19  A.  I mean, I went, like I said, from the scientific over to the
20  medical division and went from training to taking over
21  training and technical support for the medical division.
22  Q.  And the tech support you were talking about is the assisting
23  field?
24  A.  It's a staff of people that take -- that are highly technical
25  people that take calls from field service engineers, or maybe

22

1  even customers, on either troubleshooting the product or that
2  are experiencing problems with it.
3  Q.  And the people in the field that you're discussing -- are
4  these software consultants or --
5  A.  More electronic technicians than anything else.
6  Q.  Okay.  So in 1984, you left Coherent Laser?
7  A.  Uh-huh.  (Witness answers affirmatively.)
8  Q.  Where did you go, as far as employment?
9  A.  Daisy Systems Corporation.
10  Q.  Where was that located?
11  A.  Mountain View, California.  It's still Silicon Valley.
12  Q.  And how long were you at Daisy Systems Corporation?
13  A.  Probably about four years as well.
14  Q.  So about 1984 -- I mean '88?  I'm sorry.
15  A.  Yeah.
16  Q.  When you started at Daisy Systems, what was your position?
17  A.  I was there to set up their technical support group and
18  eventually took over technical support, software, and
19  documentation release, software build, uhm --
20      MS. ADAMS:  Parts.
21      THE WITNESS:  Oh, yeah.
22      -- worldwide inventory lo-- --
23      Thank you.
24      -- worldwide inventory locations for our spare parts
25  for supporting the products out in the field, and the repair

23

1  facility -- depot repair facility for repairing parts that
2  came back off the equipment.
3  Q.  (By Mr. Harrison)  Now, when you said you were there to set
4  up their technical support group --
5  A.  It was a start-up company.
6  Q.  -- what did that entail, setting up the support group?
7  A.  Staffing, hiring people, seeing that they received training
8  on the product; selection of the phone equipment that would
9  be used, the systems that would be used in tech support.
10  Again, that's an inbound call center where you receive
11  technical calls either from customers or from field service
12  engineers that are experiencing problems with the products
13  out in the field.
14  Q.  When you say "the products," was this the technical support
15  software that you were referring to?
16  A.  Daisy System was a combination of hardware and software.
17  They were one of the first companies that came out with
18  workstations for electrical engineers that would allow an
19  engineer to do a hardware design on a computer, and it would
20  allow them to simulate and test the design without even
21  building the redboard or prototype.
22      So there was a lot of software involved with that.
23  I -- software for just doing the design layout.  You had
24  software that would check the rules of the design.  You had
25  software that would do the simulations.  So it was a

24

1  combination of hardware and software product.
2  Q.  Was this software that you dealt with -- was this homegrown
3  software at Daisy Systems, or was it purchased from an
4  outside vendor?
5  A.  No.  This was all custom-built.  This was the first company
6  that was in the industry that had anything like it.  It was
7  all developed internally.
8      MS. ADAMS:  Proprietary.
9      THE WITNESS:  "Proprietary" would be a
10  good word.  And you could not buy that software without
11  buying their products.  So it wasn't offered commercially
12  through stores or anything like that.
13  Q.  (By Mr. Harrison)  After you set up the tech support group at
14  Daisy Systems, what was your role helping out with the
15  technical support for people in the field?
16  A.  Directly, none.  My job was to make sure that we had staffing
17  on hand.  I managed the organization.  I didn't personally
18  take phone calls unless it was a dire emergency.  But
19  typically, no, I would not.
20      Making sure there was staffing on hand throughout the
21  various shifts of the day to handle those calls, and if there
22  were any issues that weren't being resolved or if we had
23  engineering problems, they weren't getting resolved, we
24  weren't getting the information back, then I would interface
25  with the engineering groups to see that my team got that

25

1  information.  So on a day-to-day basis, I -- I would not take
2  calls.
3  Q.  You said you left Daisy Systems in 1988, around 1988.
4  A.  (Witness nods head affirmatively.)
5  Q.  Where did you go, as far as employment, in 1988?
6  A.  I went to --
7          MS. ADAMS:  Radius.
8          THE WITNESS:  Who?
9          MS. ADAMS:  Radius?
10         THE WITNESS:  No.  Let's see.  Did I go
11 to Radius first or did I go to --
12         MS. ADAMS:  You went to Radius, because I
13 was still at SuperMac and we were competing.
14         THE WITNESS:  You're right.
15         MS. ADAMS:  And I -- you and I couldn't
16 discuss --
17         THE WITNESS:  I couldn't remember if I
18 went to SuperMac first or Radius first.
19         MS. ADAMS:  You went to Radius, which
20 was --
21         THE WITNESS:  I went to Radius,
22 Incorporated.
23         MR. HARRISON:  Okay.
24    This is by no means in any disrespect.  I know you're
25 here to give support.

26

1          MS. ADAMS:  Yeah.
2          MR. HARRISON:  But I'm going to just ask
3  the witness to use his own recollection; okay?
4          THE WITNESS:  Yeah.
5          MR. HARRISON:  And again --
6          MS. ADAMS:  Sorry.
7          MR. HARRISON:  -- it's no -- no
8  disrespect intended.  I appreciate it.  Thank you very much.
9          MS. ADAMS:  Okay.
10         THE WITNESS:  I have to say, she's --
11 some things, she's got a better memory.
12 Q.  (By Mr. Harrison)  I understand.  I understand.
13 A.  But these were two competing companies, and I just didn't
14 recall which one I went to first.  But she's right.  It was
15 Radius.
16 Q.  And was that the full name of the company, Radius?
17 A.  Radius, Incorporated.
18 Q.  Why did you leave Daisy Systems?
19 A.  A number of these companies were start-up companies.  For
20 example, key people left Coherent to go -- they were asked by
21 venture capital companies to come over and be management and
22 help get these new companies started, like Daisy Systems
23 Corporation.
24    And typically a group of people would go in and get
25 that organization started.  You'd get founder shares; you'd

27

1  typically stay through IPO and bring in replacement and move
2  to the next company.  So I was there up to a point where they
3  went public.  And then I moved on to Radius, which was a
4  start-up.
5  Q.  How long were you at Radius?
6  A.  If I knew you were going to ask me that, I'd bring my resume.
7  I apologize.  I didn't mean it in a flippant manner.
8  Q.  No.
9  A.  I think about three years.
10 Q.  So about 1991, then?
11 A.  Yeah.  It seems about right.
12 Q.  What was your position when you started at Radius?
13 A.  There, I had responsibility for IT systems, technical
14 support, parts logistics.  I think that's about it.
15 Q.  And you said it was a start-up company?
16 A.  Yeah.
17 Q.  What were your duties when you started as head of IT systems
18 and tech support?
19 A.  Basically it was -- for IT, it was just a start-up to select
20 the business applications that the company would run on.
21    And in tech support, similar things:  select the
22 equipment that would be used, the phone system, staffing in
23 these organizations; make sure that the organizations were
24 trained, appropriately staffed.
25    And on the parts side, that supported the products out

28

1  in the field, managing that inventory and the repair
2  facilities for repairing those parts when they came back in.
3  Q.  What kind of products did Radius produce?
4  A.  Radius was a third-party vendor for Apple products.
5  High-resolution video graphics cards, high-resolution
6  displays, accelerator CPU cards.  And there was some
7  underlying software that enabled those products to run, but
8  predominantly a hardware supplier in the Apple or Macintosh
9  community.
10 Q.  You said that one of your duties was to -- initially, at
11 least -- to select the business applications that the company
12 would run on.
13 A.  Uh-huh.  (Witness answers affirmatively.)
14 Q.  What sorts of applications did --
15 A.  Well, human resources, financial applications, manufacturing
16 applications, customer service applications.
17 Q.  Do you recall which --
18 A.  Yes.
19 Q.  -- what vendors you selected?
20 A.  Actually, at that time we went with a -- in the marketplace
21 was a turnkey solution called A-S-K, ASK.
22 Q.  That was the name of the vendor?
23 A.  Uh-huh.
24    And let's see.  Initially, we ran their products.  They
25 had a hosted service.  We initially ran it in a host

29

1    environment, and after a period of time, we actually moved
2    everything in-house.
3    Q. Now, when you used the phrase "turnkey," what do you mean by
4       that?
5    A. Turnkey solutions -- much like in Oracle Corporation provides
6       today -- you can buy an entire suite of products that are
7       fully integrated together. In other words, you don't
8       necessarily have to go out and buy one package from one
9       company and another package from another company and PCs
10      together. Turnkey means you can buy an entire suite of
11      products and literally configure it and turn it on and start
12      using it.
13   Q. Have you ever heard of the phrase "best of breed" in the
14      software?
15   A. Best of breed is usually a mix of the best. For example,
16      years ago, Oracle was certainly best in the financial
17      community; SAP was best in the manufacturing environment;
18      PeopleSoft was best in human resources. So if you wanted
19      best of breed, you'd take PeopleSoft for human resources;
20      you'd take Oracle for your financials; you'd probably use an
21      Oracle back end because they were big in the database. And
22      you'd probably take SAP for manufacturing. A lot of
23      complexity in creating best of breed, though.
24   Q. So when you said -- used the word "turnkey," what --
25   A. It was a fully integrated package from one provider.

30

1    Q. Okay.
2    A. I'm sorry. Go ahead and finish your question.
3    Q. It's not because -- it's not that you did anything wrong. I
4       just want to make sure the court reporter can get everything
5       down.
6    A. Okay. It would be like you'd go out and you'd buy a whole
7       Ford auto and you hop in, you turn the key, and you take up
8       and you start off.
9    Q. So instead of selecting the best applications from each
10      group --
11   A. That's correct.
12   Q. -- you'd select an entire --
13   A. Fully integrated turnkey solution.
14   Q. When you say "fully integrated," what do you mean by that?
15   A. Again, if you look at best of breed, you take those packages,
16      And they may not have native integrations. They weren't
17      designed necessarily to work together. So you have to sit
18      down and get the packages to communicate with each other and
19      share data. So that's what happens in best of breed.
20         Now, with the turnkey solution, all your packages are
21      designed and are fully integrated together, so you just
22      basically take it out of the box and use it.
23   Q. And you mentioned Oracle Corporation as a company that
24      provides turnkey solutions.
25   A. That's correct.

31

1    Q. So Oracle offers -- instead of the best-of-breed approach,
2       Oracle offers an entire suite of integrated products?
3    A. Well, Oracle -- it depends on what point in the history of
4       their company, but today Oracle offers both -- turnkey, but
5       they also have open architecture, which literally
6       simplifies -- if you want to go with best-of-breed solutions,
7       simplifies the ability to integrate their software with other
8       companies.
9          You know, years ago, their early products, you know,
10      coming out -- they had APIs, but they weren't as
11      sophisticated as they are today. So it's -- they progressed
12      quite a bit over the years.
13   Q. Sure.
14   A. Even more so when they went to TCA, which is "Trading
15      Community Architecture."
16   Q. Okay. Going back to the business applications you selected
17      at Radius, do you recall -- let me ask you, do you know what
18      the term "ERP" means?
19   A. Uh-huh. (Witness answers affirmatively.)
20   Q. What does it mean?
21   A. Enterprise resource planning.
22   Q. How about CRM?
23   A. Customer resource management, or cockpit resource management
24      if you happen to fly aircraft in the military.
25   Q. Okay. Now, the solutions that you purchased for Radius, did

32

1    those involve both ERP and CRM software?
2    A. Well, ERP, definitely.
3    Q. Uh-huh.
4    A. "CRM" was not a term that was around at that point in time.
5       That phrase came out many years later. You did have a
6       customer support module, you had a sales module, but it
7       didn't effectively link those together and give you the
8       business intelligence by looking at what is your buying trend
9       of your customers, what is the service of support trend, and
10      give you intelligence on your marketplace to be able to
11      upsell those customers. That was things that --
12         So CRM really wasn't there at that point in time. You
13      had the various modules, but they didn't have the business
14      intelligence at that point to integrate those together and
15      give you true CRM.
16   Q. Okay. Now, between 1988 and 1991, did your role and duties
17      change in any way at Radius?
18   A. No. Pretty much the same.
19         MS. ADAMS: Take a break.
20   Q. (By Mr. Harrison) At that point while you were employed at
21      Radius, did you use any Oracle software --
22   A. No. Oracle -- gosh. They may have been in business at that
23      time. But no, we did not. ASK at that point in time was
24      probably one of the few companies that had a full integrated
25      turnkey solution in the market space.

33

1  Q. Why did you decide to leave Radius in 1991, if you indeed
2    made that decision?
3  A. Well, again, stayed with Radius until they went through IPO,
4    and at that point in time or shortly thereafter, I was
5    recruited by SuperMac, who was a direct competitor of Radius.
6      As we start -- before we start in SuperMac, could we
7    take a quick break?
8  Q. Oh, absolutely.
9  A. I'd like to get something to --
10  Q. Sure.
11      MR. HARRISON: Let's take a five-minute
12    break.
13      THE VIDEOGRAPHER: We're going off the
14    record at 9:41.
15      (A recess was taken.)
16
17      THE VIDEOGRAPHER: We're going back on
18    the record at 9:45.
19  Q. (By Mr. Harrison) You mentioned a company called SuperMac, I
20    believe?
21  A. Uh-huh. (Witness answers affirmatively.)
22  Q. And in 1991, did you leave Radius, Inc., to go to SuperMac?
23  A. Uh-huh. (Witness answers affirmatively.)
24  Q. How long were you at SuperMac?
25  A. I think just a couple of years.

34

1  Q. So about 1993?
2  A. Uh-huh. Yes.
3  Q. What -- what was SuperMac -- what was their line of business?
4  A. Direct competitor for Radius. Exact -- very similar
5    products, high-resolution video graphics and so on.
6  Q. When you started at SuperMac, what was your position?
7  A. The same position, the same type of work that I was doing at
8    Radius: technical support, the rework facilities, inventory
9    management for service inventory, the selection of IT
10    systems, corporate telecommunication systems, not just tech
11    support.
12  Q. What do you mean by the phrase "rework facilities"?
13  A. Service inventory -- for example, you have a CPU card. A
14    client or someone has one out in the field that fails. You
15    send them a replacement. You get the defective unit back.
16    You rework that to operational status, put it back in
17    inventory.
18  Q. You said "selection of IT systems." Let me back up.
19      Was SuperMac a start-up company?
20  A. They were not, but they when I came onboard were in the
21    process of moving to a new facility. I came onboard because
22    they were failing miserably in tech support. They were
23    getting a lot of complaints to the president of the company
24    that calls weren't being answered, long queue times, and so
25    forth. So my predominant responsibility was to turn that

35

1    around.
2      But they were in the process of planning a move to a
3    new facility, which would require telecommunication systems
4    for everyone in the company, Internet -- or network
5    communications, and they were using ASK at that time or
6    portions of ASK. And they were going to bring it in-house,
7    along with additional modules of that product, at the time of
8    the move.
9  Q. So the same product that was used at Radius?
10  A. Uh-huh. (Witness answers affirmatively.)
11  Q. So did they eventually bring that product into --
12  A. Yes.
13  Q. -- SuperMac?
14  A. They were using it in a hosted environment, and they
15    eventually moved it in on their own hardware.
16  Q. For the record, when you say "hosted environment," does that
17    mean that ASK hosted it on its own system?
18  A. That's correct.
19  Q. But the company could run those programs through -- was it
20    through an Internet hookup, or how could the company -- let
21    me back up.
22      It was hosted on ASK's system?
23  A. That's correct.
24  Q. Then how did the company utilize those applications?
25  A. In a wide-area network. Actually, you had dedicated

36

1    communication lines, T1s or T3s. That's what your network
2    ran across.
3  Q. Between 1991 and 1993, did your duties change at all at
4    SuperMac, from what you told me initially?
5  A. No.
6  Q. In 19- -- well, let me back up. When you were at SuperMac,
7    did you use any Oracle products?
8  A. No.
9  Q. Why did you leave your employment at SuperMac in 1993?
10  A. SuperMac and Radius were merging, and at that point in time,
11    probably large populations of the company were not going to
12    be around once they merged. So I had an opportunity with
13    another company and chose to leave at that time.
14  Q. What company was that?
15  A. Went to Bay Networks. Nope. I'm going to change that.
16    There were two companies in there. I worked two -- David
17    Corporation was in there, and Cisco Systems was in there
18    before I went to Bay Networks.
19  Q. Okay. So when you say "in there" -- so in 1993, which
20    company did you go to? Sorry to try to --
21  A. I went to -- yeah -- from -- SuperMac, went to David
22    Corporation, which was in San Francisco.
23  Q. David Corporation?
24  A. Uh-huh. (Witness answers affirmatively.)
25  Q. How long were you at David?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

37

1  A. A year.

2  Q. What line of business was David in?

3  A. David provided software application for companies that want

4     to be self-insured in the areas of workers' compensation --

5  Q. When you started --

6  A. -- and property -- P and C, property and casualty.

7  Q. When you started at David, what was your position?

8  A. Director of operations.  I managed all the organizations in

9     the company, other than sales.  So I had software

10    development, human resources, finance, technical support, all

11    those areas.

12 Q. What were your duties with regard to software development

13    division?

14 A. My key duty was -- David Corporation was more than a year

15    overdue getting out their latest release.  And my first

16    function there was to get that release stable and get it out

17    the door before they started losing customers.  In short,

18    they were allowing scope creep.  They weren't managing the

19    project very well.  They kept adding functionality instead of

20    freezing the code and doing the testing and getting it out

21    the door.

22 Q. Did you have any software-code-writing responsibilities?

23 A. Myself?

24 Q. Yes.

25 A. No.

38

1  Q. So you were just in charge of managing the release of

2     software?

3  A. That's correct.

4  Q. What did that software consist of?  What -- was it ERP

5     software?

6  A. No.

7  Q. CRM software?

8  A. No.

9  Q. What -- what was it?

10 A. As I stated, it was software to help you manage property and

11    casualty.  It was used -- or companies that wanted to be

12    self-insured in the areas of workers' compensation allowed

13    you to manage the work -- if you were a company and you

14    didn't want to pay a -- third-party premiums to insure in

15    workers' compensation, you could use this package, not pay

16    the premiums, and you could manage your claims as they were

17    filed by the individual employees.  And you had to manage

18    those claims based on the workers' compensation laws of all

19    50 states in the United States.

20 Q. Now, you mentioned the word "stability" with regard to the

21    software.  What did you mean by that?

22 A. I'm sorry.  Say that again.

23 Q. I think -- I believe you said -- correct me if I am wrong.

24    You said you wanted to get the software stable.  What did you

25    mean by that?

39

1  A. Well, a couple of things.  They were -- still continued, when

2     I came onboard, adding functionality.  Normally what you want

3     to do -- at some point in time, you need to freeze the code

4     and stop making changes to it.  Then you go into varying

5     stages of testing the software.  Typically -- once the

6     testing is done, then you can go out and find some beta

7     customers and perform some additional testing in the field.

8         But basically, as long as you're changing the

9     functionality, it makes it difficult to test because you

10    don't know if you're inducing bugs into the system by adding

11    functionality or you already have existing bugs.  So usually

12    you want to stabilize or freeze the code so that you can

13    narrow down the problems, get those problems fixed, and have

14    a stable code base for release.

15 Q. So I -- are you talking about this with your experience in

16    the software industry generally, or are you talking about

17    just with regard to David?

18 A. Well, you can say that's -- those are general statements, but

19    it applied to David as well.

20 Q. Now, when you said that typically you'd want to freeze the

21    code and start testing -- so when you say that, do you mean

22    that the software company would forgo additional

23    functionality to just get it out?

24 A. It's a fair statement.

25 Q. And you also mentioned beta --

40

1  A. And when you say "forgo," in other words, you stop adding

2     functionality to it; you take the package as it is and start

3     testing.

4  Q. When you say "beta customers" -- have you ever heard of the

5     phrase "early adopters"?

6  A. Later on in the industry that that term came into the market

7     space.  At that point in time, no, it wasn't used.  It was --

8     usually an alpha, which is very early release of a code, and

9     then you go into beta, which is a -- more stable, probably

10    fewer bugs, fewer crashes in a product.  You go into beta

11    testing; then you go into product release.

12 Q. Okay.  So you left David in 1994, you said, after about a

13    year?

14 A. Uh-huh.  (Witness answers affirmatively.)

15 Q. Why did you decide to leave David?

16 A. David was bought out by a competitor, and it was an asset

17    buyout.  They really wanted David Corporation's customers,

18    like Kmart, Wal-Mart, Exxon.  They kept a few people on to

19    support the existing product until they could go in-house and

20    replace David's products with their own.

21 Q. When you left in 1994, where did you go?

22 A. Went to Cisco.

23 Q. How long were you at Cisco?

24 A. Probably for about a year.

25 Q. So about 1995?

41

1   A. Uh-huh. That was a contract position.

2   Q. What was your position?

3   A. I was there to -- on a project as a project manager to manage

4   a product, to take them to a paperless human resource system.

5   Q. When you say "paperless," do you mean using your own

6   computers?

7   A. That's correct. Electronic forms instead of hard-copy

8   documentation.

9   Q. Did that involve software applications?

10  A. Yes, it did.

11  Q. What software applications did that involve? What vendor?

12  A. A company out of Canada called Shana that had electronic

13  forms package. They were one.

14      The other -- there was the standard e-mail system they

15  were using internally at the time, which was Eudora. And

16  probably some Apple script involved with putting rules back

17  to the electronic form. So that's probably pretty much the

18  technology stack.

19  Q. In your employment as a contractor -- as a contracted product

20  manager at Cisco, did you work with any Oracle applications?

21  A. No, I did not.

22  Q. In the -- in taking Cisco from -- to a paperless -- I believe

23  you said "HR system" --

24  A. Uh-huh. (Witness answers affirmatively.)

25  Q. -- were there any problems or -- or setbacks in that

42

1   implementation?

2   A. The only thing we ran into was a difference in platform

3   speed. Unfortunately, if you're working in a

4   client-server-type environment and you have a host of

5   different platforms that have different speeds, the

6   performance of the applications sometimes can be affected by

7   that merging.

8       If you've got a very old platform and it has a low CPU

9   speed, waiting for screen refreshes and things like that can

10  take a little bit of time, or redrawing the forms, whatever

11  it's doing. So yeah. That would be the only thing. But

12  that was mostly just existing -- having to deal with existing

13  platforms the company had at that time.

14  Q. Now, as a product manager, what were your general day-to-day

15  duties?

16  A. Develop the project plan; put together the various steps or

17  processes or task in the plan and see if those are executed

18  on time; make sure we have the proper staffing on the

19  project; have the proper technology or skill sets on the

20  project; interfacing with the vendors Eudora and Shana, and

21  if we had problems with their products, make sure those got

22  resolved.

23  Q. Did you have any hands-on -- hands-on duties in implementing

24  the software?

25  A. Actually, I did.

43

1   Q. What were those?

2   A. When -- in other words, just loading the software on the

3   desktops, more than anything else.

4   Q. Was it a relatively simple project, or was it very complex?

5   A. I'd say it was simple.

6   Q. Did your duties change at all as a product manager during the

7   year that you were working for Cisco?

8       MS. ADAMS: It was "a project."

9       THE WITNESS: Yeah. It was "project."

10      MS. ADAMS: Yeah.

11      MR. HARRISON: I'm sorry.

12      THE WITNESS: Project.

13  Q. (By Mr. Harrison) I meant to say that.

14      MS. ADAMS: In the industry, they are two

15  very different things.

16      MR. HARRISON: I apologize. I meant

17  "project."

18      THE WITNESS: Okay. No.

19      MR. HARRISON: Okay. Thank you.

20      MS. ADAMS: Yeah.

21  Q. (By Mr. Harrison) Okay. And you left in 1995. Were you

22  employed somewhere else in 1995?

23  A. I went to Bay Networks.

24  Q. What was Bay Networks' line of business?

25  A. Similar to Cisco. They were in the LAN and WAN product

44

1   development, local-area and wide-area network products; hubs;

2   routers; concentraters.

3   Q. Let's see. When you started at Bay Networks, what was your

4   position?

5   A. Director of customer service technology.

6   Q. How long were you at Bay Networks?

7   A. I believe 18 months. A year and a half.

8   Q. So about 1997?

9   A. (Witness nods head affirmatively.)

10  Q. What were your duties as director of customer service

11  technology?

12  A. Essentially selection and implementation of the technology

13  that the technical support and customer service organizations

14  would use. That would be the call center hardware and

15  software. That would be the inventory. Again, they had

16  hardware they had to support out in the field. So that would

17  be the customer support inventory, the applications that

18  would manage that.

19      MS. ADAMS: Can I interject one thing? I

20  think he's off on his dates. So I don't want him to reflect

21  like he's not being truthful.

22      MR. HARRISON: That's fine. This whole

23  exercise is just to see what his knowledge is and his

24  recollection. If he's off, that's fine. You know, I just

25  want to see what he remembers, sitting here today, because --

ADAMS, BRIAN  6/16/2006  9:00:00 AM

45

1  well, I'll just leave it at that.

2          MS. McLAUGHLIN:  Just his recollection.

3          MR. HARRISON:  I appreciate your help.

4          MS. ADAMS:  I don't want him to get in

5  any legal trouble.

6          MS. McLAUGHLIN:  No.

7          MR. HARRISON:  This is his recollection,

8  and he's the one under oath, so I want to make sure that --

9          MS. ADAMS:  Sure.

10         MR. HARRISON:  Just find out what he

11 remembers.  Okay.  Thanks.

12         MS. McLAUGHLIN:  And that's when he gave

13 you the earlier instruction, your best recollection.

14         MR. HARRISON:  Right.

15     I understand it's been a long time, so, you know, when

16 we go through this timeline, I'm just trying to get the

17 general timeline.

18         MS. McLAUGHLIN:  It's rather impressive

19 you understand -- you remember the detail.  It's very good.

20 Q.  (By Mr. Harrison)  The selection and implementation of

21     technology that the technical support and customer service

22     organizations would use, what sort of role did you have in

23     the selection of those applications?

24 A.  I was primarily the person that would evaluate the product

25     and make a decision on which of the products to select, one

46

1     of the decision-makers.  I would typically put together a

2     presentation for the executive cost; I would look at the cost

3     implementation timelines.  And I think every one of the

4     recommendations were accepted.

5  Q.  And was this software purchased from a third party?

6  A.  Yes.

7  Q.  Who was that?  Do you recall?

8  A.  Actually, I want to say -- I'm trying to recall the mana- --

9     or the inventory management.  Let me think on that one a

10    minute.  I don't recall at the moment, but the name will come

11    back to me.

12 Q.  Sure.

13 A.  Prospect Software also did custom software for us, did a lot

14    of development around the Aspect ACDs we used.  That

15    component back in those days did not have certain

16    functionality we wanted, such as CTI.

17    Oh.  We used Clarify.  I knew it would come back to me.

18    That was the software used by the support agents in the call

19    center, as far as entering call tickets and what the question

20    was about, what the resolution was, and so on.

21 Q.  Did this involve ERP or CRM software?

22 A.  No to ERP.  And Clarify eventually, once the term "CRM" was

23    coined, labeled themselves as a CRM provider.  But at this

24    point in time, that term didn't exist.  And they were not

25    a -- they were very narrow-focused at that time.  It was just

47

1     call center applications.

2  Q.  Okay.  You said -- used the phrase "Aspect ACDs."  Could you

3     just tell me what that means --

4  A.  Aspect was the company; "ACD" is "automated call distribution

5     system."  It could do intelligent call routing.

6  Q.  When -- when you were at Bay Networks, did you interact at

7     all with Oracle software or any other products?

8  A.  No.

9  Q.  You left Bay Networks -- well, during the time you were at

10    Bay Networks, did your role change at all?

11 A.  (Witness shakes head negatively.)

12 Q.  You left in 1997 -- around 1997, after 18 months, you said?

13 A.  Uh-huh.  (Witness answers affirmatively.)

14 Q.  Why did you leave Bay Networks?

15 A.  Opportunity with Delta Airlines.  At that time, by the way,

16    they were called -- TransQuest was the name of the company.

17    But they were wholly owned by Delta, and they did all the IT

18    services for Delta.  And they later were just merged in and

19    became "Delta Technologies."

20 Q.  How long were you at Delta, or TransQuest?

21 A.  Probably about a year and a half.

22 Q.  And again, this is just generally, so I'm not trying to pin

23    you down on a specific date.  So that would be around 1998 or

24    1999?

25 A.  Probably -- I think the timeline is off just a little bit,

48

1     but it's close enough.  Yeah.  About that time frame, because

2     we're getting into actually, I think, when I was at Oracle in

3     '98.  So I think we've got just a little -- we're a little

4     long on the timeline slightly.

5  Q.  That's fine.  That's fine.

6      What were your responsibilities with regard to Delta

7     when you started at Delta?

8  A.  I was a senior project director.  I ran three concurrent

9     projects there.  Developing custom internal applications.

10 Q.  So these applications were not purchased from a third party?

11 A.  No, they were not.

12 Q.  What applications were those, if you recall?

13 A.  One was -- I could call one a fare analysis.  All airlines

14    have fares, and they have multiple fares, fare classes --

15    first class, business, coach -- special fares.

16    And what this application would do -- and by the by,

17    you have to file any fare changes with an organization called

18    ATPCO, Airline Tariff Publishing Corporation.

19    And Oracle had a group of -- Oracle -- Delta had a

20    group of 22 people that were responsible.  They had more than

21    5,000 O and Ds, origins and destinations, a day; had 22

22    people in a room that were trying to keep their fares

23    competitive with multiple other carriers and multiple fare

24    classes.  And if you do the math, 22 people can't even begin

25    to touch that.  They can probably only hit the major routes.

ADAMS, BRIAN  6/16/2006  9:00:00 AM

49

1    So what this application did would go out and download
2    their competitors' fares, parse them out, match them up with
3    Delta routes and fares and aircraft loading and make fare
4    change recommendations.  You could probably call it -- a
5    decision support system would be a good terminology for that.
6    Q. Did you have any role in writing code for these custom
7       applications?
8    A. No.
9    Q. What was your role in -- you said you were a senior project
10      director?
11   A. Uh-huh.  (Witness answers affirmatively.)
12   Q. What was your role -- did you supervise people who wrote
13      code?
14   A. That's correct.
15   Q. What were your day-to-day duties in doing that?
16   A. Well, the primary duty, again, was putting together a project
17      plan, your task and your timelines for the project, making
18      sure that those are executed on time and budget.
19       Day-to-day activities:  just conferring with the
20      various people that had responsibilities for each of those
21      tasks, making sure they're on track with the schedule, their
22      work is getting done in a timely manner.
23   Q. Did your duties change at all during the time that you were
24      at Delta?
25   A. No.

50

1    Q. Did you interact at all with any Oracle software or other
2       products while you were at Delta?
3    A. Products?
4    Q. Right.  Such as database or tools.
5    A. We used this particular -- this particular application used
6       an Oracle back end.  The other two projects -- one of the
7       other two used an Oracle back end as well.  The other one
8       used, I think, an Access database.
9    Q. Just for the record, when you use the word "back end," are
10      you referring to a database?
11   A. Database.  Yes.  That's correct.
12       MS. McLAUGHLIN:  Can we take a break
13      right now?
14       MR. HARRISON:  Yeah.  Absolutely.
15       THE VIDEOGRAPHER:  We're going off the
16      record at 10:11.
17       (A recess was taken.)
18
19       THE VIDEOGRAPHER:  We're going back on
20      the record at 10:17.
21   Q. (By Mr. Harrison)  When we took a break, we were talking
22      about your employment at Delta.
23       Let me ask you this:  When you left Delta, what was the
24      reason for your departure?
25   A. Actually, I -- Delta was a big Sun shop and a big Oracle

51

1    shop.  And I met a lot of people from Oracle, and I received
2    a call from one of them one day, and our -- our whole -- part
3    of the reason we left California is we wanted to get to
4    Florida.  And we lived -- we were native -- she's a native of
5    California, and I've been there 30-something -- 20 years,
6    something like that.  And we wanted to change.
7       We were trying to get to Florida, and Oracle came along
8    and says "We're looking for a practice manager there in the
9    Miami area."
10      "Let's go."
11   Q. Do you recall the name of the person who called you from
12      Oracle?
13   A. Kerri -- what was Kerri's last name?  Oh, my God.
14   Q. It's fine if you can't recall, sitting here right now.
15   A. Yeah.
16   Q. If you remember throughout the day, let me know.  I'll
17      also ask the court reporter to just leave a blank for --
18      if -- at the end of the deposition, you'll be able to review
19      your transcript -- if you remember the name.
20   A. I'll think of it.  She was out of the Atlanta office.
21   Q. While you were at Delta, do you recall the names of anyone
22      else you interacted with from Oracle?
23   A. Oh, gosh.  No.  Not at this point in time, I don't.
24   Q. What was the -- reason for your interaction with people
25      from Oracle?

52

1    A. It -- they were just there every day.  And a lot of -- a lot
2    of the people that were working for me on the project were
3    all consultants, and there was like an area they had set up
4    for consultants.  And I'd be down there with my team, and I'd
5    see them.
6       And of course, there were interactions with, you know,
7    the data monitors and DBAs that were there at Delta that were
8    working with the Oracle folks and -- because it was custom
9    design, they were setting up a custom database model, they
10   would be there for consulting services.  And they were there
11   for other reasons as well, and you'd just see them every day.
12   Q. These were Oracle consultants working on -- on the database
13      products that Delta was using from Oracle?
14   A. Yes.
15   Q. What were they doing with regard to the databases?
16   A. I can't tell you across the board.  Now, like I say, for the
17      particular projects that I ran, these were custom data
18      models, and you need -- there are certain requirements, when
19      you're using Oracle databases, as far as naming conventions
20      and establishing field parameters and things like that when
21      you're setting up the database.
22       And if you have questions, they help you.  If you're
23      creating -- if it's a large relational database, a lot of
24      times they help you review your data model to make sure you
25      properly identify key fields so the database will function

53

1    properly.

2    Q. Were they there to assist with the implementation of the

3    software -- the software applications with Oracle's database?

4    A. No, not so much. We had our own DBAs. They were more

5    there just to -- if our DBAs or data modelers had questions

6    or needed technical -- you know, some support or something

7    like that.

8    And interaction, as far as my projects, with actual

9    Oracle consultants was probably very, very narrow. But

10    they -- like I say, they were there in the same, you know,

11    cubicle area, and you'd see them on a daily basis. They were

12    probably working more on other projects.

13    Q. Just for the record, could you explain what the acronym "DBA"

14    stands for.

15    A. Database administrator.

16    Q. Thank you.

17    Then at some point, you became employed at Oracle?

18    A. Uh-huh. (Witness answers affirmatively.)

19    Q. Do you recall an approximate date? Or year, at least.

20    A. It was around August time frame, and I'm going to say '98 or

21    '7. I'd say we're -- we're about a long -- a year long.

22    We're a little long on the timeline.

23    Q. Sure. That's fine.

24    A. So it was either '97 or '98.

25    Q. Okay. All right.

54

1    MR. HARRISON: And again, I'm just going

2    to say, you know --

3    MS. ADAMS: Sorry.

4    MR. HARRISON: It's all right. It's just

5    what he recalls.

6    THE WITNESS: Yeah.

7    MR. HARRISON: If possible. If I need

8    to, I'll try to refresh his recollection.

9    MS. ADAMS: Okay.

10    MR. HARRISON: But you should -- again,

11    no disrespect. I know you're here to support him.

12    Q. (By Mr. Harrison) Okay. So about 1997, 1998?

13    A. Uh-huh. (Witness answers affirmatively.)

14    Q. When did you leave Oracle?

15    A. 2001, March, April.

16    MS. ADAMS: I'm not allowed to help.

17    THE WITNESS: I know.

18    MR. HARRISON: It's fine.

19    Q. (By Mr. Harrison) So about March or April of 2001? Okay.

20    I'm going to come back to your employment at Oracle, but for

21    now, I just want to skip ahead to after you left Oracle in

22    2001.

23    After you left Oracle, where did you become employed?

24    A. Mostly independent consulting. And I had a project in

25    Puerto Rico. Where all did I do projects? Down in the

55

1    Caribbean. I'm trying to remember the little island it was

2    on.

3    Q. That's fine. You just -- during -- what time frame did you

4    do independent consulting after you left Oracle? When did

5    you start doing independent consulting after you left Oracle?

6    A. Oh, almost immediately.

7    Q. And how long did that last?

8    A. Right up until I started with my current employer.

9    Q. What approximate date was that?

10    A. I have one -- I'm coming up on my one-year anniversary in

11    about four days. Nah. Florida is going to say 16. Six

12    days.

13    Q. So you did independent consulting from about March or April

14    of 2001 until about June of 2005?

15    A. (Witness nods head affirmatively.)

16    Q. As an independent consultant, what -- did your -- the scope

17    of your consulting vary, or was it focused on one

18    particular --

19    A. Predominantly, project management, running projects.

20    Q. What sort of projects?

21    A. The one that was in the -- in Puerto Rico was to help the

22    government of Puerto Rico set up a Web portal that would

23    allow both government access and -- I'm going to use the term

24    "civilian nongovernment employees" to access. For example,

25    you could renew your driver's license through the portal.

56

1    That's one example. You could pay your taxes through the

2    portal. So those are some of the examples of what it was

3    for.

4    The project on the offshore island was an online gaming

5    organization where you could do betting, sports betting, play

6    various games -- online poker, things like that. My role

7    there was to help them analyze their existing infrastructure,

8    put together a new IT plan for hardware and software and

9    communications.

10    Q. Did any of your projects as an independent consultant involve

11    the implementation or use of Oracle applications?

12    A. No. Puerto Rico was pretty much a Microsoft operation. The

13    one -- the one in the Caribbean was all -- now, it wasn't all

14    custom-developed. A lot of it was. But there was some

15    gaming applications they bought. But no, no Oracle involved.

16    Let's see. And the Wal-Mart project was really just to help

17    them move their data center.

18    Q. Did that involve Oracle --

19    A. I'm sorry. Not Wal-Mart. But Lowe's. That was Lowe's

20    project. They had some Oracle products there, but it was

21    more just to move -- they were moving their data center from

22    one city to another. It was nothing more than putting

23    together the time schedule, determining which applications

24    would move when, take those down, physically move the

25    hardware, bring it back up, start the applications back up,

ADAMS, BRIAN  6/16/2006  9:00:00 AM

57

1   that type of thing.
2       So it was -- it wasn't selection of applications or
3   managing applications.  It was really just to help them
4   physically move the data center.
5   Q.  After you left Oracle, did you maintain contact with anyone
6   at Oracle?
7   A.  There was a few people that I would talk to occasionally.
8   Q.  Do you recall their names?
9   A.  Ron Chereddy is one.  Ron worked for me the whole time that I
10  was -- pretty much the whole time that I was there at Oracle.
11  And he and I still exchange e-mails occasionally.
12  Q.  Anyone else that you remember specifically?
13  A.  Rully Lopez.  Now, he's no longer with Oracle, but he was for
14  a period of time.  I think he's gone to Honeywell now.
15  They're in Tampa.  He and I less frequently exchange e-mails,
16  just to see what's going on, where we're at.
17      Let's see who else I've crossed paths with.  I don't
18  think, in the last few years, I've heard from any others.
19  You know, when I was still in the Miami area, I may have
20  heard from a couple of other consultants that -- that had
21  worked for me.  But that would have been probably a couple of
22  years ago.
23  Q.  You were based out of Florida -- is that correct?
24  A.  Uh-huh.  (Witness answers affirmatively.)
25  Q.  -- while you were an independent consultant?  While you were

58

1   an independent consultant?
2   A.  Yes.
3   Q.  In June of 2005, approximately, you said you joined your
4   current employer?
5   A.  Uh-huh.  (Witness answers affirmatively.)
6   Q.  What employer is that?
7   A.  Boeing.
8   Q.  Did you move from Florida to the Seattle area?
9   A.  Uh-huh.  (Witness answers affirmatively.)
10  Q.  When you started at Boeing approximately a year ago, what was
11  your position?
12  A.  My title is program development manager.
13  Q.  So I assume by your answer that's currently your position
14  right now as well?
15  A.  Uh-huh.  (Witness answers affirmatively.)
16  Q.  What duties and responsibilities does that involve?
17  A.  I'm going to have to be careful as to what I can tell you on
18  this.  Basically, it's to develop programs or services that
19  can be sold to Boeing customers.  Beyond that, I can't --
20  because a lot of it is proprietary, I can't go into much more
21  detail than that.
22  Q.  Understood.  I'm just trying to get a general outline of your
23  responsibilities.
24      Do any of your responsibilities at Boeing involve
25  Oracle software or other products?

59

1   A.  Yes.  I'm on -- I am one of the key people on a selection
2   team for products that we -- will be used in one of our
3   programs, and Oracle is one of the vendors that's being
4   considered.
5   Q.  Which Oracle products are being considered?
6   A.  We're looking at the financials, purchasing, new product
7   called CMRO.  And that's probably the mix of the products.
8   Q.  Are these CRM applications --
9   A.  Oh, the database, of course.  I should have touched on that.
10  That goes along with their applications, the database.
11  Go ahead.
12  Q.  The products that you named, are those CRP applications?
13  A.  Yes.  Financial is usually considered part of the ERP.
14  Q.  Are you familiar with Oracle's Suite 11i products?
15  A.  Yes.
16  Q.  Are those that -- the applications that you've listed, are
17  those parts of the Suite 11i?
18  A.  Uh-huh.  (Witness answers affirmatively.)
19  Q.  The suite of products?
20  A.  Uh-huh.  (Witness answers affirmatively.)
21  Q.  Is Boeing considering purchasing the entire suite or just the
22  applications that you've named?
23  A.  They're just looking at the applications I named, not the
24  entire suite.
25  Q.  Have you been in con- -- sorry.

60

1   A.  And some of that -- when you say "purchasing," some of their
2   products, we already have.  It just may be nothing more than
3   extending existing license agreements.  So it's not -- Boeing
4   is already an Oracle customer.  We may add some new products
5   to the mix, but some of it we already have licenses for.
6   Q.  Do you know if Boeing is a reference customer for Oracle
7   software?
8   A.  That, I do not know.
9   Q.  Okay.  Do you -- in your employment at Boeing, have you had
10  any contact with any Oracle employees?
11  A.  Yes.
12  Q.  Do you remember their names?
13  A.  You know, I have all their business cards on my desk.  Off
14  the top of my head, George -- I remember some of the first
15  names.  But no, I don't.
16  Q.  Okay.
17  A.  And in fact, there's still -- they're still there.  We
18  started a ten-week pilot that was scheduled to end May the
19  10th.  It's run a little bit beyond that, so it's probably
20  more like 14 weeks.  And I pop in and out of some of those
21  sessions to review certain pieces of the product.
22  Q.  When you say "pilot," what do you mean by that?
23  A.  Typically what you do is you put together a list of business
24  requirements, and as you get down to your very short list of
25  vendors, you ask them to demonstrate the ability that their

ADAMS, BRIAN  6/16/2006  9:00:00 AM

61

1    product can support those business requirements.  And that's
2    what's done in a pilot.
3    Q. How long has the sales cycle been going on for the products
4    that Boeing is considering?
5    A. About 14 weeks, probably.
6    Q. I want to go back to your employment at Oracle --
7    A. Okay.
8    Q. -- delve into a little bit of detail -- which it started
9    around 1997; is that correct?
10    A. Actually, I think it was -- we pretty much moved out, I'm
11    pretty sure, in '96.  That's why I think my timeline is a
12    little long.  We moved out to Florida in '96.
13    Q. That's fine.  And this is not critical.  I'm just trying to
14    get a background here.
15    A. Okay.
16    Q. When you started at Oracle, what was your position?
17    A. Practice manager.
18    Q. What -- were you in a specific group at Oracle?
19    A. Uh-huh.  (Witness answers affirmatively.)
20    Q. What was --
21    A. Oracle Consulting.
22    Q. Were you part of a -- a special -- not specialized -- but a
23    smaller group within the consulting organization?
24    A. Yes.
25    Q. What group was that?

62

1    A. Let's see.  We started out -- Core Technology was the initial
2    name.  It eventually was renamed to -- let's see.  Core
3    Technology became Internet Technology Services.  And I think
4    after that it just merged into Oracle Consulting on the
5    commercial application side.
6    Q. So that you were in the -- were you in the same group the
7    entire time that you were at Oracle?  When I mean "same," you
8    said that some of these merged, but was it the same --
9    A. Yeah.  At the point they merged, I became part of another
10    group.
11    Q. When did that merger take place, if you recall?
12    A. Maybe '99, maybe 2000.
13    Q. Do you recall the name of the group that you became a part of
14    at that time?
15    A. It was a CRM organization.  Initially they set up an
16    organization that was going to implement the CRM products
17    globally.  So you can call it the CRM implementation
18    organization.
19    Q. That's the name of the organization that you became a part
20    of?
21    A. I think that's close enough.
22    Q. So if I refer to it as the "CRM consulting group," would that
23    be around the same thing?
24    A. Fair enough.
25    Q. Just in case I ...

63

1    A. Okay.
2    Q. Did your role change at all when you moved to that group?
3    A. Yes.  Well, I was still a -- a practice director at that
4    time, but I took over the different product lines.  So, I
5    mean, the title was essentially the same.  It was just the
6    product line of products that was different.
7    Q. And did you remain a practice director in the CRM
8    implementation group until the time you left Oracle?
9    A. Uh-huh.  By title, yes.  I picked up some additional
10    responsibilities, but by title, yes.
11    Q. Okay.  I'll get into that.
12    Going back to your role as a practice manager, in the
13    earlier group you started out as the Core Technology Group?
14    A. Uh-huh.  (Witness answers affirmatively.)
15    Q. What were your typical -- what were your duties and
16    responsibilities?
17    A. Well, initially, in Miami, there were no employees in that
18    organization, so it was a twofold responsibility:  bring on
19    consultants and place them on projects, find work for them to
20    do, and grow the practice.
21    Q. What sort of Oracle products were these consultants working
22    on?
23    A. I had DBAs, so the database; I had applications -- technical
24    applications resources.  And that could be -- if you use the
25    term "ERP," that would pretty much cover it.  It could be

64

1    financials; it could have been human resources.  We did quite
2    a bit of financials and human resources work.
3    Q. Okay.  You said your duties were initially at least to bring
4    on consultants and to give them staff.
5    Did your duties change between the time that you were
6    practice manager for that group and to the time that you
7    switched to the CRM implementation group?
8    A. Still -- it's still the same -- the same thing.
9    Q. So if I understand it correctly, your job was to staff
10    consultants on projects?
11    A. Uh-huh.  That's part of it.
12    Q. Any other duties?
13    A. Well, I mean, you -- you have components you have to work to.
14    You have performance metrics, and part of it is utilization,
15    which means keeping as many of your staff on projects.  You
16    also have a revenue target and a margin target.
17    Q. Okay.  As far as the revenue and margin targets, what was
18    your role with regard to forecasting or determining those
19    targets for the -- for the group -- and I'm still referring
20    to the Core Technology Group from 1997?
21    A. Typically it was top-down.  You know, like Core Technology
22    may have a total target that they have to achieve.  And that
23    would be divided up among the various organizations on there.
24    And so you would get a top-down, this is your target number.
25    Q. When you say "top-down" --

ADAMS, BRIAN  6/16/2006  9:00:00 AM

65

1  A.  Well, for example, a vice president might say, "Okay.  For
2      Core Technology, we want you to bring in this amount of
3      revenue this year."  And so that gets passed down to the VP
4      of Core Technology.  You usually had regional VPs, area VPs,
5      and it would get divided more and more until it came to your
6      desk, and you'd have a block of it.
7  Q.  A block of the revenue and margin targets that were required?
8  A.  Well, margin targets were pretty standard across -- I'm
9      trying to recall.  I think it was -- it's been a number of
10     years.  It's either 28 or 38 percent margin that you're
11     expected to bring in on any contract that you're working.
12     And that was kind of standard for everybody.  But the revenue
13     target was the piece of it that -- that would come down.  And
14     you'd have to manage that.
15         And also, they wanted I think at least 78 percent
16     utilization on the resources in your organization.  And that
17     was sort of a standard.
18  Q.  Before we get into some of that, I just want to establish
19     where you fit into the organization we're talking about.  And
20     from 1997 to the time you went to the CRM implementation
21     group, I'm referring to it as the "Core Technology Group."
22     Is that essentially correct?
23  A.  Yes.
24  Q.  While you were at the Core Technology Group, who did you
25     report to directly?

66

1  A.  It was Kerri for a while, and then she left the company.  And
2      then -- I can picture his face.  I just need his name.  Let
3      me think on that one, and I'll get back to you on that one.
4  Q.  What was Kerri's position?
5  A.  Ooh.  I think she may have attained an area VP.
6  Q.  She was an area VP at the time?
7  A.  Well, I think -- at some point during that period, I think
8      that was -- she attained that level.
9  Q.  Before that, was she a practice director?
10  A.  She may have been a senior practice director when I joined.
11     I just don't recall.
12  Q.  How many practice directors were there in the Core Technology
13     Group at the time you were there?
14  A.  That, I can't tell you.  They're all over the United States.
15     I don't recall that.
16  Q.  And how many practice --
17  A.  You have -- you'd have a region.  For example, you'd
18     have myself, had a gentleman in -- I want to say we had about
19     four in our particular region, which was probably DC down to
20     Florida.  I mean, obviously Core Technology as a whole
21     covered much more than that.  I can't tell you what the total
22     number ...
23  Q.  Did you have any direct reports while you were a practice
24     manager at Core Technology Group?
25  A.  Yes.

67

1  Q.  How many, approximately?
2  A.  We probably got up to -- I want to say it could be as high as
3      60.  It just depended on the number of projects you had.
4      That number would fluctuate.
5  Q.  Were these consultants?
6  A.  Yes.  Everybody in this group is pretty much a consultant.
7  Q.  Would they consult the 60 -- the approximately 60 consultants
8      that reported to you, were they out in the field?
9  A.  Uh-huh.  (Witness answers affirmatively.)
10  Q.  Did you -- what was your job with regard to managing those
11     consultants?
12  A.  Keeping them placed on projects, making money.
13  Q.  Did you have day-to-day contact with them?
14  A.  Day-to-day, probably not.  Weekly, yes.  Some -- some would
15     be day-to-day.  It would just depend on where the projects
16     are.  I mean, I could have people on projects -- I had a
17     gentleman that was on a project in Korea.  I didn't talk to
18     him every day, though I had some that were -- were actually
19     doing some projects right out of the Miami office.
20     Those people, I would see every day, so that could vary.  Not
21     less than weekly, but anywhere from day to day to weekly.
22  Q.  Do you know -- this woman Kerri, whose last name you can't
23     recall right now, do you know who she reported to during that
24     time frame 1997 until about 1999, 2000, when you worked in
25     the Core Technology Group?

68

1  A.  I'm going to say at one point -- not initially.  I don't
2      recall initially.  But at one point, it was Ralph Aubry, who
3      is out of the DC area.
4         We also had a gentleman that was there.  He left.  He
5      went to Nortel.  Then he came back and took over the VP slot.
6      And I'm trying to remember his name.  He might have been the
7      first one.  And his name doesn't come to me at the moment.
8      But I guess I'll say Ralph sort of took over that position.
9  Q.  So if I understand it correctly, this woman Kerri was a
10     practice director who you reported to; right?
11  A.  I think she was a senior practice director.
12  Q.  Then she reported to your vice president --
13  A.  An area.
14  Q.  -- area vice president in the consulting group?
15  A.  Uh-huh.  (Witness answers affirmatively.)
16  Q.  Do you know who Mr. Aubry reported to at the time, in the
17     time frame -- we're still talking about the time that you
18     were in the Core Technology Group?
19  A.  Last name, I think, was Chen -- Chen or Chan, C-h-e-n or
20     C-h-a-n.  I can't recall.  I think he was probably like a
21     regional ...
22  Q.  A regional --
23  A.  VP.
24  Q.  Do you know who Mr. Chen reported to?
25  A.  I'm not sure if he reported directly to Sandy or not.  He may

ADAMS, BRIAN  6/16/2006  9:00:00 AM

69

1    have.  There might have been one more level in there.

2    Q.  When you say "Sandy" --

3    A.  Sanderson.

4    Q.  Sanderson.

5    A.  At one point in time, every consulting group on the

6       commercial side kind of reported up to Sandy.

7    Q.  Okay.  I just want to get a sense for how the Core Technology

8       Group fit into the overall consulting group.  You mentioned

9       the term "commercial consulting group."

10   A.  Uh-huh.  (Witness answers affirmatively.)

11   Q.  First of all, let me start by asking:  Were you in a

12       particular region of the consulting group?

13   A.  Region, yes.  I was in the southeast.

14   Q.  Uh-huh.  Was the Core Technology Group kind of a global

15       overlay group that worked with all the verticals at the time?

16   A.  We -- Core Technology -- Oracle Consulting back in those days

17       had a lot of competition between the various consulting

18       groups over who a client would belong to.

19          Core Technology literally didn't own any clients, or we

20       didn't -- typically didn't write contracts.  If there

21       was a local consulting group that didn't want to deal with a

22       particular customer, they might say, "Go ahead and write the

23       paper on it."

24          Normally what I did, or Iris, anyhow, was to place

25       people on other projects.  They could be commercial

70

1    consulting projects; they could be higher-education

2       consulting projects.

3          So even though we were part of commercial, I would

4       put -- to keep my people utilized, I'd put them on a project

5       anywhere predominant in the U.S., occasionally some projects

6       outside the U.S., but it could be across any structure,

7       consulting structure in the company.

8    Q.  Okay.

9    A.  The name of the game was revenue and utilization.

10   Q.  Right.  So the Core Technology Group -- was that -- that was

11       part of a larger group in the consulting organization; right?

12   A.  Right.

13   Q.  What was the next step up that the Core Technology was a part

14       of in the organization?  You mentioned commercial.  Was that

15       the --

16   A.  No.  There -- at that point in time, I'm trying to recall how

17       they were structured.  They had government; they had higher

18       education -- I think some of these have even now merged

19       today -- but I think it was government; it was higher

20       education; it was commercial.  And I think there might have

21       even been a small business, which was still commercial, but

22       it was sales below a certain -- or a company below a certain

23       size, so small in business.

24          And a lot of times, I think that came out of just one

25       office.  There may have been an office back at either Redwood

71

1    Shores or Dallas.  I can't recall.  But that was sort of the

2       structure of it.

3    Q.  How did commercial fit into the overall global consulting

4       group?

5    A.  Well, commercial basically is -- if your customer is a

6       commercial customer, not government, not a higher

7       education -- any business out here wants to buy a product,

8       whether it be, you know, a full suite of products or a

9       certain select group of it, the commercial group --

10          Now, you support sales a little bit in that when the

11       sales team's in there making presentations, if you get

12       technical questions, usually you have people out of

13       consulting that are there to respond to those.  So you

14       participate somewhat in a sales program, though that's not

15       your core responsibility.

16          Once the sale is made, you actually send a team of

17       consultants in to implement the products.  That's where

18       Oracle Consulting comes in.  Like I say, commercial is anyone

19       that didn't fall into the higher-education or government

20       bracket -- would be commercial.

21   Q.  And was Sandy Sanderson responsible for the commercial

22       consulting group?

23   A.  Yes.

24   Q.  When you said -- we were discussing earlier some of the

25       forecasts for the Core Technology Group, you said they come

72

1    from top, down.

2          Do you know who created those forecasts for that group?

3    A.  No, not off the top of my head.  I just -- you know, annually

4       or quarterly -- annually, I'd be given -- this is your target

5       for the year.  And quarterly, it could get revised.  But that

6       was pretty much it.  It was generally passed down.

7          And I can't tell you who -- I can make an assumption

8       that the overall Core Technology might have been put

9       together, you know, up at the corporate level, but once it

10       was handed down to Core Technology, it was probably further

11       broken down that way.  That's just an assumption on my part.

12   Q.  When you say "corporate," do you mean corporate finance?

13   A.  No.  I would say that might be something that, it would seem

14       to me, might be done at Sandy's level.  He's got the

15       commercial practice and different elements in there, and he's

16       got a total revenue budget he's got to come up with.

17          And he's gonna break that down into big groups, then

18       hand it down to those VPs, and they're going to break it down

19       into small -- excuse me -- smaller groups; and they will hand

20       it down to probably an area VP, who will break it down into

21       smaller groups, and so on.

22   Q.  Do you know whether the top-down forecasts were based on for

23       your -- I'm still referring to the Core Technology Group.

24          MS. McLAUGHLIN:  Objection.  Vague.

25          THE WITNESS:  I'm sorry?

73

1    MS. McLAUGHLIN: It's my objection for
2  the record that the question was vague. You can still
3  proceed.
4    THE WITNESS: Ask it again. I'm still
5  not sure what you want either.
6  Q. (By Mr. Harrison) Sure.
7    Do you know what the forecast -- as it came down to
8  your group, do you know what the -- you said you weren't sure
9  who came up with those forecasts at the top, but do you know
10  what those forecasts were based on by the time they got to
11  you?
12  A. Well, I'm only going to take what I've seen to be industry
13  standard practices. I mean, normally, a company at the
14  beginning or prior to their start of a new fiscal year will
15  set a target, a revenue target they want to achieve in the
16  next year. They want certain margins; they want a certain
17  increase per share for stockholders. And they come up with
18  an overall corporate target.
19    I mean, this is pretty standard out in the industry.
20  That will get broken up and passed down into the various
21  groups for them to aim for.
22    So I'm just telling you -- I can't tell you this is
23  exactly how Oracle did it, but I would assume they probably
24  follow a very similar process that most of the businesses out
25  there in the marketplace do today.

74

1  Q. Okay. I guess what I'm asking for is, did you have any
2  involvement in creating the forecasts at the top level that
3  eventually came down to you?
4  A. Oh. No. I assume that probably came out of Redwood Shores,
5  and I was in Miami.
6  Q. But you didn't have any personal knowledge of how they
7  devised that forecast?
8  A. No. I did not sit in any meetings or anything like that
9  where that was established.
10  Q. You just received a number that was asked for your -- the
11  people who you supervised were asked to hit?
12  A. (Witness nods head affirmatively.)
13  Q. Okay. Okay. I want to move to the time that you became a
14  part of the CRM implementation group. I apologize if you
15  already answered this, but was that group created around 1999
16  and 2000, when you joined it?
17  A. It was -- I want to say yes. Fairly new. I can't tell you
18  how much before that it was created. But I know that they
19  had acquired some technologies such as call center
20  technology, and that was new to Oracle. And they were
21  looking at, you know, obviously selling a product and
22  eventually moving it into their overall technology stack. It
23  was different technology than Oracle was using, but that was
24  the game plan at that time.
25  Q. When you say "different technology," what do you mean by

75

1  that?
2  A. Keep in mind that Oracle uses certain design principles and
3  development processes and use certain languages and coding of
4  product, whereas another company -- for example, like some of
5  the call center products may be Microsoft-based-developed
6  products, and when you go out and you purchase this company,
7  they have existing customers you certainly don't want to
8  lose, so you have to support them.
9    And then of course, eventually you want to migrate them
10  out of the -- and I'm just using this as an example. You
11  might want to migrate them out of a Microsoft environment
12  into a true -- into a true Oracle environment, which would
13  mean you're not going to use an Access database; it's going
14  to be linked into an Oracle database.
15    You're going to use -- basically, you understand the
16  functionality, the total design of it. You're just going to
17  change probably the language it's written in and so on and
18  make sure it's fully integrated with your other products.
19  And that's why I say bringing it into the Oracle technology
20  stack.
21  Q. Do you know if the CRM consulting group or the CRM
22  implementation group was created in conjunction with Oracle's
23  release of Suite 11i?
24  A. I'm going to say, the way you asked the question, no, because
25  I think -- for example, the call center products came onboard

76

1  and functioned under 9i, so they already had some other
2  products.
3  Q. Okay. How did the CRM consulting group fit into the larger
4  consulting organization?
5  A. Well, I think -- again, it all eventually rolled up to Sandy.
6  We were -- my part of it was very focused. It was more
7  around the call center implementation. And they were coming
8  out with various -- it was so new. They were coming out with
9  new modules -- I wouldn't say daily, but, you know, maybe
10  monthly -- that had delivery schedules.
11    And there were other products, you know, like your --
12  some of your order -- administration for sales orders,
13  processing those through the Internet and online. The call
14  center modules were some. They were coming out with a
15  customer service and support module, which had an application
16  that they would use in the call center. Then you'd have the
17  call center products themselves for call routing and so
18  forth.
19    So they were -- they were starting in one area and
20  growing the suite, I guess, would be a fair assessment.
21  Q. When you say "the suite," do you mean Suite 11i?
22  A. Which would eventually become all of Suite 11i. Yeah.
23  Q. You said, I think, that your primary involvement was with the
24  call center rotation.
25  A. Uh-huh.

77

1 Q. Did that remain the same during the time that you were --
2 A. Yes.
3 Q. Did you have any responsibility for any other CRM
4 applications besides the call center?
5 A. That was -- that was pretty much it.  But keep in mind,
6 within a call center environment -- for example, the customer
7 support application where you enter your tickets and -- and
8 records of the call and stuff -- work hand in hand with that
9 module.
10 So normally, if you're going to implement a call
11 center, it's not just the advanced call routing or the
12 technology that routes the calls.  You also add supporting
13 applications that have to interface with those.  Usually, if
14 you're doing call center implementation, you obviously don't
15 just have call center products.  You have other products
16 going in at the same time.
17 Q. Okay.  Now, when you became a practice director for CRM
18 implementation group, were you responsible for a certain
19 region?
20 MS. McLAUGHLIN:  Objection.  The question
21 was asked and answered.
22 THE WITNESS:  The world.
23 Q. (By Mr. Harrison)  The world?  Okay.
24 A. Normally, historically, Oracle would -- when they're rolling
25 out a new product would take consulting groups around the

78

1 world and bring them in to train them.  This was such a new
2 product line for them, the size of the market was unknown.
3 So rather than train a thousand consultants on these
4 products and you don't know where they're going to be
5 installed, they came up initially with a core implementation
6 team that would just go and do for the first year or some
7 period of time the initial implementations.  Now, if it
8 started growing, then that would spread out and become more
9 regionalized.  But at that time that was the plan.
10 Q. When you started, let's -- I want to focus basically on 2000,
11 2001 time frame -- how many consultants were in the CRM
12 consulting group?
13 A. I'm sorry.  Say that again.
14 Q. How many consultants were in the CRM consulting group?
15 A. Oh, God.  Total?  I don't know that.
16 Q. How many people that you supervised directly reported to you?
17 A. Twelve, fifteen, somewhere in there.
18 Q. And were they practice managers?
19 A. No.  Consultants.
20 Q. Do you recall any of their names?
21 A. Oh, God.  I actually got Ron over there -- Chereddy, Bill
22 Holden.  Gosh.  Beyond that, I don't.
23 Q. Now, as the practice director for -- a practice director for
24 the CRM implementation group, did you have fellow practice
25 directors that also worked in that group?

79

1 A. Yes, we did.
2 Q. How many besides yourself?
3 A. I know of two others, but I don't know that that was all of
4 them.  Oh, actually, there were more.  Two or three out of
5 the Minneapolis office.  And there were a couple out of the
6 Redwood Shores facility.
7 Q. Do you recall any specific names of the practice directors?
8 A. I remember Mike Maldonado out of the Redwood Shores area.  I
9 don't remember his name, but I remember his red Mercedes
10 convertible he drove.  Sorry.  That's it at the moment.
11 Q. In the 2000, 2001 time frame, who did you report to directly?
12 A. Todd -- and I'm going to struggle with Todd's last name -- I
13 believe he was an area VP.
14 Q. If I said the name "Todd Davis," would that refresh your
15 recollection?
16 A. Yes.  Thank you.  Why can't I remember that?  That's my
17 middle name.  You'd think I would remember that very easily.
18 MS. ADAMS:  You didn't like him.
19 THE WITNESS:  Well, I won't get into
20 that.
21 Q. (By Mr. Harrison)  During the 2000, 2001 time frame, before
22 you left, did you -- was Todd Davis the person you reported
23 to during that entire time?
24 A. Uh-huh.
25 Q. You said you thought he was an area VP?

80

1 A. Yes.
2 Q. And what -- was he a part of the CRM consulting group?
3 A. Uh-huh.  (Witness answers affirmatively.)
4 Q. Were there other area VPs that also were part of the CRM
5 consulting group at the time?
6 A. I don't recall.
7 Q. Was Todd Davis responsible for a certain area?
8 A. Well, I'm going to say I don't recall.  And again, remember,
9 this was sort of going to be a global group.  It wasn't quite
10 regionalized like all the other consulting groups.  So I'm
11 just going to say at this point the only one I can think of
12 is Todd.
13 Q. Just so we're clear, the CRM implementation group was kind of
14 a global overlay group that provided services for all the
15 other -- all the other divisions of Oracle?
16 A. Yeah.  In other words -- for example, if commercial wanted to
17 sell call center applications to a business, we -- and there
18 was not a lot of knowledge, especially in call center
19 technology -- Oracle had very little knowledge there.  So
20 typically, we would go in and participate fairly heavily in
21 the sales presentation portion of it.  So we supported them.
22 And that would be anywhere in the world.  I mean, we did
23 presentation in Cape Town, South Africa.  We did
24 presentation -- I mean, just all over the world.
25 Q. Where was the headquarters of the global CRM consulting

81

1     group?
2     A.  I guess headquarters, as far as I know, for anything, is
3     Redwood Shores.  I don't -- I mean, I know they have offices
4     all around the U.S., but to my knowledge, the only
5     headquarters is Redwood Shores.
6     Q.  Do you know -- during the 2000, 2001 time frame, do you know
7     who Todd Davis reported to?
8     A.  I do.  It was out of Redwood Shores.  I'm trying to recall
9     his name.  His name is not --
10    Q.  If I said the name "Brad Scott," would that refresh your
11    recollection?
12    A.  Yes.  Thank you.  Brad Scott.
13    Q.  Do you recall what Brad Scott's position was?
14    A.  Oh, my goodness.  What his title is, no, not exactly.  I know
15    he was a VP, but his exact title, no, I don't.
16    Q.  Did you have any contact with Mr. Scott during the time that
17    you were there?
18    A.  I only met Brad once, maybe twice.  I had an occasional trip
19    out to Redwood Shores.  And in my years at Oracle, those are
20    the only one -- I know of one.  Maybe there was a second time
21    I saw him again.  That was it.
22    Q.  Do you know what the substance of that contact was?
23    A.  Oh, just somebody took me up and introduced me to him and
24    said, "Todd works for Brad.  Come on.  I'll take you up and
25    introduce you to him."

82

1     "Brad, Brian Adams."
2     "Brian Adams, Brad."
3     "Hi.  Nice to meet you.  Okay."  And that was it.  Or
4     "Welcome to the team" or something -- you know.
5     Q.  Do you know who Brad Scott reported to during the 2000, 2001
6     time frame?
7     A.  No, I don't.
8     Q.  Besides -- okay.  You said you had contact once or maybe
9     twice with Brad Scott.  Was there anyone --
10    MS. McLAUGHLIN:  Objection.  Misstates
11    testimony.
12    Q.  (By Mr. Harrison)  Is that fair or not?
13    THE WITNESS:  I'm sorry.  I didn't --
14    Q.  (By Mr. Harrison)  You said you had contact with --
15    THE WITNESS:  I didn't hear what you --
16    Q.  (By Mr. Harrison)  She's saying that I misstated your
17    testimony.  I don't mean to.  If I do, it's my fault.
18    Did you say you met with Brad Scott maybe once
19    definitely, maybe another time?
20    A.  I could have seen him another time.  I think I went out to
21    Redwood Shores maybe three times my entire employment with
22    Oracle.  And those three were probably around the CRM stuff,
23    sit in on some of the classes or get some presentations on
24    the products.
25    I know once I was introduced to Brad there may have

83

1     been -- I recall, for some reason, like a little -- I'm not
2     sure about the term "picnic," but right there on campus some
3     people were going to go have refreshments and snacks and
4     stuff.  I think Brad was there.  We may have said "Hello,"
5     but, you know, nothing beyond that.
6     Q.  Besides Brad, in the consulting group, did you have any
7     contact with anyone that was more senior to him?
8     A.  No.  If I did, I didn't know they were more senior.  Let me
9     put it that way.  But to my knowledge, no.
10    Q.  While you were at Oracle, did you ever interact
11    directly with Larry Ellison?
12    A.  Never met the man.
13    Q.  How about Jeff Henley?
14    A.  Never met the man.
15    Q.  How about Sandy Sanderson?
16    A.  Never met the man.  Just names you hear.  That's all.
17    MR. HARRISON:  The videographer needs to
18    change the tape, so I think we should take a five- or
19    ten-minute break.
20    MS. McLAUGHLIN:  Okay.
21    THE VIDEOGRAPHER:  We are going off the
22    record.  End of Tape 1.
23    (A recess was taken.)
24
25    THE VIDEOGRAPHER:  Back on the record at

84

1     11:27.  Beginning of Tape 2.
2     Q.  (By Mr. Harrison)  Mr. Adams, before we broke, we were
3     discussing the CRM implementation group of which you were a
4     practice director in the 2000, 2001 time frame before you
5     left.
6     You said during that time frame you had about 12 to 15
7     consultants reporting to you.  Were there any other
8     consultants that weren't directly reporting to you in your
9     region of the organization?  Or I should say for which you
10    were responsible ultimately.
11    A.  No.
12    Q.  Just 12 to 15?
13    A.  No.
14    Q.  Well, the question was, 12 to 15 consultants.  And was --
15    your answer to that was "no"?
16    A.  Oh.  No.  I'm sorry.  I wasn't sure which you was questioning
17    about.  12 to 15, yes.
18    Q.  I was just trying to --
19    A.  Others in other areas I was responsible for?  No.
20    Q.  Okay.  How about in that area?  Was there -- was there anyone
21    else reporting to you besides those 12 to 15?
22    A.  No.
23    Q.  And how many practice directors were in the CRM consulting
24    group at the time?
25    A.  I think you asked me that, and I only knew of a couple more.

85

1  Q. Sure.

2  A. But I'm sure there were -- I know there were some in

3     Minneapolis, and I know there were some in Redwood Shores.

4     But I don't know the total number.

5  Q. Okay.  I apologize.  I thought I'd asked you that with regard

6     to your prior position.

7     Do you know how many consultants reported to those

8     practice directors?

9  A. No.

10 Q. Do you know how many consultants, total, were in this CRM

11    consulting group?

12 A. No, I do not.

13 Q. Do you have an estimate?

14 A. No estimate.

15 Q. Okay.  More than a hundred?

16 A. I don't -- such a new group.  I don't think it was that big.

17    I just -- I just don't know.

18 Q. Were these -- were these consultants -- did they have

19    specialized knowledge in CRM applications of Oracle?

20 A. Yes, they did.

21 Q. What sort of knowledge did they have -- well, let me rephrase

22    that.

23    Have you ever heard of something called "professional

24    community" with respect to Oracle consultants?

25 A. Professional community?  Not off the top of my head.  It

86

1     doesn't ring a bell.

2  Q. Were these consultants responsible for going out into the

3     field and implementing the product for customers?

4  A. Yes.

5  Q. What was your responsibility with regard to these

6     consultants, the ones that reported to you?

7  A. As before, try to keep them placed as -- get as much

8     utilization as we can and as much revenue and make the

9     margin.  So pretty much the same thing, managing and make

10    sure they're on projects.

11 Q. Did you yourself go out to client sites and work hands-on in

12    implementing the product at the customer site?

13 A. No.

14 Q. Do you know how many consultants, approximately, in 2000,

15    2001 time frame were in the global consulting group, the

16    entire organization?

17 A. I don't remember.  I'm sure that those type of statistics

18    were reported probably even on the Web site, but I didn't

19    remember what they were.

20 Q. From a -- from a head count standpoint, was the CRM

21    consulting group a large part of the overall consulting

22    organization?

23 A. Oh.  Huh-uh.  Overall consulting?

24 Q. Right.

25 A. No.  It was a small group.  These were new products.

87

1     Actually it was a very small group as compared to all of

2     consulting.

3  Q. How about from a revenue standpoint?  Was the CRM consulting

4     group a large part of the overall consulting group's revenue

5     reporting?

6  A. No.  I mean, your established, like, you know, commercial or

7     higher-ed education, they've been around for years.  They

8     brought in significantly large quantities of revenue.  So CRM

9     was brand-new.

10    We had -- like I say, with the purchase of the advanced

11    call center products, we -- they brought on a handful of

12    customers with them.  And within that year we probably only

13    added a customer or two.  So no.  It was a -- as compared to

14    all of the overall Oracle consulting revenue, it would have

15    been very small.

16 Q. Were these consultants that you supervised -- were they

17    responsible at all for training other consultants as to the

18    CRM products?

19 A. I want to say yes.  Typically, people that come in have

20    experience -- not necessarily with Oracle-specific products,

21    but they work with other call center products, so they have

22    knowledge and they have skill sets, because a lot of these

23    products work in a similar fashion.

24    So typically, when you bring someone in, they already

25    have a certain level of understanding or knowledge, and what

88

1     you do is train them more specific as to something that's

2     unique about the Oracle products.

3  Q. Do you know if the CRM consulting group in the 2000, 2001

4     time frame was considered primarily a cost center for getting

5     up to speed on the CRM products?

6  A. If your definition of a "cost center" is the cost of

7     operating the group exceeds the revenue they're bringing

8     in -- is that your definition of it?

9  Q. Yes.

10 A. I would say quite possibly they could have been a cost

11    center.  I don't know that for sure.  I don't know what the

12    total results were for the entire organization, but given it

13    was new product and early on, it wouldn't surprise me if they

14    were a cost center.

15 Q. Have you ever heard of the group within consulting called --

16    this is -- again, if I don't specify, I'm talking about the

17    2000, 2001 time frame -- called divisional consulting?

18 A. Divisional consulting?  No.  I don't recall that at all.

19 Q. I apologize, again, if I had asked you this before.  I'm not

20    trying to misstate your testimony or anything.  But did the

21    CRM consulting group -- what level of the consulting

22    organization was the one up from that group?  What group did

23    that -- was it a part of?

24    MS. McLAUGHLIN:  Objection.  Vague.

25    Lacks foundation.

89

1  Q. (By Mr. Harrison)  Do you understand the question?  Or I

2    can -- I can restate it.

3  A. Try to restate it.

4  Q. I'm trying to figure out where the consulting group fit into

5    the overall -- the CRM consulting group fit into the overall

6    structure.

7  A. Well, they -- they would pro-- I want to say commercial,

8    because there was a similar group I know in Virginia that did

9    similar work on the government side.  So I'm going to say

10   we're probably part of the commercial piece.

11  Q. Earlier you said that the CRM consulting group provided only

12   a small part of the revenue for the overall consulting group.

13   Do you know what percent they did during the 2000, 2001

14   time frame?

15  A. Of the overall consulting revenue?

16  Q. Yes.

17  A. No.

18  Q. Was it less than 5 percent?

19  A. At that time frame, I don't know what the total consulting

20   revenue was, so I can't -- I don't have a basis to give you a

21   percentage.

22  Q. Fair enough.

23   You -- with regard to the Core Technology Group, you

24   said the forecasting process -- or at least the revenue

25   targets -- were a top-down structure; right?

90

1  A. Uh-huh.  (Witness answers affirmatively.)

2  Q. Was it the same way with the CRM consulting group?

3  A. Yes.

4  Q. So could you explain to me how the CRM consulting group

5    forecasted its revenues, at least for what you were

6    responsible for?

7  A. Well, we were given an initial number, and it would be this

8    is what you need to do in the year.  But what we do is we

9    start looking at the pipeline of what potential customers we

10   have -- and we were out there with a sales team that are

11   looking at these -- and how much potential revenue each of

12   those customers could bring in if we close that deal.

13   And so I can give you an example.  If you start out

14   with a number like 20 million and you look in your pipeline

15   and a month goes by and you haven't closed any of those deals

16   and you slide them a month, for that year period, you may not

17   do 20 million.  It now might only be 19.

18   Another month goes by.  If you didn't close those

19   customers and they slid further, another delay in making a

20   decision, whatever reason, or just said, "No, we're not going

21   to do the product," if you didn't bring anybody else new in

22   the pipeline, again, you'd lower your projections.

23   I mean, you were given a target number, and then you

24   would constantly report back what you think you were going to

25   do.  And each week that would get updated based on what's

91

1    happening with current sales.

2    Does that make sense?

3  Q. Yeah, it does.  Thank you.

4    So is it fair to say, then, that the consulting sales

5    typically follow the licensing sales for the organization?

6  A. I'd say consulting sales could fall into a couple categories.

7    Certainly, license, yes.  Remember, you can always add

8    additional seats in an existing customer, and there may not

9    be any consulting revenue for that.  If it's a new customer

10   in licensed sales, then somebody is going to have to

11   implement that.

12   Does it always follow?  Not necessarily.  There were

13   third-party consulting firms, that the company that's buying

14   their licenses might go use their implementation services,

15   though generally speaking, if you have a new customer and

16   it's a new sale, you probably did get consulting revenue.

17   Then you have existing customers that want to add

18   products, want to do some customization, so you have

19   follow-on revenue with existing customers.

20   So there are a number of different buckets that revenue

21   may come out of.  It may be associated with licenses; it may

22   not be.

23  Q. Okay.  I just want to go back to the discussion of the

24   forecasting from the top, down.  And you mentioned that you

25   had provided input into that on a regular basis.  Is

92

1    that fair?

2    MS. McLAUGHLIN:  Objection.  Misstates

3    testimony.

4  Q. (By Mr. Harrison)  Is that fair?

5  A. I'm sorry.  I didn't --

6  Q. Let me just rephrase the question.

7  A. Okay.

8  Q. The initial forecasts for consulting you said was top-down

9    and --

10  A. And I'd use that for a budgetary number.  I think that would

11   be a good definition of a budgetary number.

12  Q. Okay.  So what was your involvement for --

13  A. Setting that number?

14  Q. Right.  Well, your involvement for what -- part of the number

15   you were responsible for, what was your involvement in that?

16  A. Setting that number?

17  Q. Right.  Setting the budgeted forecast.

18  A. It would -- that number, that budgetary number would, again,

19   come down from the top that'd say, "Look, for call center

20   products, we'd like to see this much revenue this year."  And

21   it could be broken on -- broken down into new customers and

22   some from existing customers.  But that number would come

23   down.  I wouldn't set that.  I wouldn't be involved in

24   setting that.

25  Q. Throughout a quarter, would you have any involvement in

ADAMS, BRIAN  6/16/2006  9:00:00 AM

93

1    altering that number?

2    A.  Indirectly.  Yes.

3    Q.  How is that?

4    A.  Well, again, if I had a -- a pipeline and I was projecting

5        revenue against that, if we saw the pipeline showed more --

6        well, you'd have your budgetary number, and if you show

7        you're going to have more revenue, they still probably

8        wouldn't change your budgetary number.

9             But if you were falling less than that -- you know, if

10       your pipeline was shrinking and you weren't getting the

11       customers, you'd report that up.  Now, they may not

12       necessarily alternate -- alter the original budget number,

13       but they -- you can see that, you know, the pipeline is small

14       and we may not hit that target.  So I'd say indirectly.

15   Q.  And when you say "pipeline," are you referring to the

16       consulting pipeline or the licensing pipeline?

17   A.  Consulting.

18   Q.  And you said you'd report it up?  Did you report it up, you

19       know, what you thought on a regular basis?

20   A.  Each week I had to -- basically had an Excel spreadsheet and

21       had a list of potential customers on there and what we

22       thought the potential consulting revenue would be for that

23       customer.

24            And like I say, if something moved a week, you didn't

25       close it when you thought you were going to, that would

94

1    recalculate your figures for either that quarter or for the

2    whole year.  And that got -- we would adjust that each week

3    and send that up.  I would send mine to Todd, for example.

4    Q.  When you say "we," do you mean --

5    A.  I -- anyone that was doing the similar process.  When I say

6        "we," "we" meaning me, but I'm sure other practice directors

7        followed the same process.

8    Q.  So is it fair to say that each week you would report up what

9        you thought about the original budget and whether or not --

10   A.  The status of the existing pipeline.

11   Q.  And that was only for the part of the CRM consulting group

12       that you were responsible for?

13   A.  Call center products.  Yes.

14   Q.  Call center.  And that was throughout the entire 2000, 2001

15       time frame before you left Oracle?

16   A.  No.  There was a period where they actually were -- business

17       was so slow, I actually took on a project completely out of

18       the CRM role.  Oracle had a government project that wasn't

19       doing very well.  And because I had senior project management

20       experience, they asked me to go in and try to turn that

21       project around.  And that put me in Columbus, Ohio, for --

22            MS. ADAMS:  Six months.  Sorry.  I'm

23       sorry.

24            THE WITNESS:  Four to six months,

25       somewhere in there.

95

1    Q.  (By Mr. Harrison)  You were -- okay.  And --

2    A.  That just was to bring -- when I bill out, that brings in

3        more money for our group, and we get credit for revenue.  So

4        I actually went out to help bring in revenue for our group.

5    Q.  When you say "business was slow," do you mean for the call

6        center product that you were responsible for, the consulting

7        on that product?

8    A.  Just the revenues my organization was bringing in was slow.

9        It was low.  So I went out and made myself billable to try to

10       bring those dollars up.

11   Q.  You used the phrase "my organization."  I just want to make

12       sure --

13   A.  Just -- and again, I only reported on what -- business within

14       the call center products suite and my consultants -- that

15       typically, within that organization, what they would be

16       working on.  So when I say "my group," it's that group of

17       consultants and myself.

18   Q.  Okay.  The 12 to 15 that you talked about earlier?

19   A.  (Witness nods head affirmatively.)

20   Q.  When you provided the input on a -- you said on a weekly

21       basis, the spreadsheet, who did you -- you provided that to

22       Todd Davis?

23   A.  Yes.

24   Q.  Did you have any meetings with him to discuss the -- your

25       input?

96

1    A.  I probably only saw Todd half a dozen times, I think.  He was

2        out of Minneapolis, so typically I would just submit that via

3        e-mail.  And we did have a weekly team meeting that -- or

4        conference call, I should say, and certain people would join

5        that conference call.  And if he had any questions about the

6        sheet estimated, he'd ask the questions and I'd give him

7        responses.

8    Q.  Do you know who else was on the -- regularly on those

9        conference calls?

10   A.  There were -- Todd had a couple of direct reports in the

11       Minneapolis office.  I think one was probably responsible for

12       rolling these sheets up.  She would be in there.  And I know

13       that -- I know the practice director -- and I don't recall --

14       recall his name -- out of Redwood Shores.  He would be on the

15       call.  There are a number -- probably a half a dozen -- four

16       to half a dozen people that would be on that call.

17   Q.  Do you know what Mr. Davis did with those spreadsheets after

18       you sent them in, as far as the overall forecast for -- for

19       the consulting?

20   A.  My assumption is that would be passed on up the line and

21       rolled in with other -- you know, from other things coming in

22       from other organizations.

23   Q.  Do you know one way or the other if your spreadsheets and

24       calculations were considered in the overall consulting

25       forecast during each quarter?

97

1   A. Overall consulting forecast.  You mean the original top-down
2     number?
3   Q. No.  Throughout the quarter, whether it was adjusted or not.
4   A. Run the question by me again.
5   Q. The original top-down number, do you know whether your --
6     your spreadsheets that you sent to Todd Davis --
7   A. No, I don't think so.
8   Q. -- let me finish -- were -- were -- now I lost my train of
9     thought.
10      -- your spreadsheets were used to alter the original
11     budget number throughout the quarter?
12   A. Well, again, I would say I think the original budget number
13     doesn't change.  What you see is whether or not you're going
14     to hit that target.  And my input would -- yes.  You know,
15     it's okay.
16      I'm just going to pick a number.  If you had a $20
17     million budget and all the spreadsheets rolled up and says
18     you're going to do 10 million, then you've got a -- you know,
19     you've got a substantial variance.  I don't think you'd ever
20     alter the 20 million number, but what you would see would be
21     the variance on what you're actually going to do.
22      I hope I'm answering your question.
23   Q. Yeah.  I guess what I'm getting at is whether you have any
24     personal knowledge if they considered those in the overall
25     consulting organization.

98

1   A. They would definitely roll those up.  They have to get a
2     picture.  And again, I'm just going to tell you, from a
3     standard business practice, you'd have to roll all those up
4     to figure out, you know, what is Oracle Consulting going to
5     do this quarter, so -- otherwise, if you didn't do that, you
6     wouldn't know.  You would get to the end of the year and find
7     out you either hit or missed your target.  So --
8   Q. Sure.
9   A. -- it wouldn't be a prudent business practice not to do that.
10   Q. Do you know if other people in the consulting group that were
11     senior to you used those reports in report -- your input in
12     forecasting the revenues for the next quarter for the
13     consulting group?
14   A. I'm sure they did.  Do I know for a fact?  Did I personally
15     see it performed?  No.  But I assume that they would.
16   Q. After you handed off your reports to Todd Davis and had calls
17     with him, did you have any other involvement after that in
18     the forecasting process throughout the quarter?
19   A. Not that I recall.
20   Q. Did you prepare any information or updates throughout the
21     quarter for any other regions of -- or practice directors at
22     the CRM consulting group?
23   A. Can you give me an example?
24   Q. Yeah.  I just want to find out if you had any -- if you
25     prepared any weekly updates for any other groups.

99

1   A. Oh.  Any other groups?
2   Q. Yeah.
3   A. No.  Related to forecasting and --
4   Q. Right.
5   A. -- stuff like that?  You just said "report."
6   Q. I meant the reports that you would --
7   A. No.  I mean, obviously, when I went out and was doing --
8     running that other project, I had a whole different set of
9     things I had to report related to that project.  But
10     nothing -- nothing in the CRM area.  No.
11   Q. Did you participate at all in formulating forecasts at the
12     commercial consulting level?
13   A. No.
14   Q. You said that you had -- creating your weekly reports, that
15     you had data for the consulting sales pipeline?
16   A. Uh-huh.
17   Q. Was that just -- where did you get that data?
18   A. Well, again, we would look at a potential client; okay?  If
19     we sell this call center -- and it's got a hundred seats, for
20     example -- we had statistical information on past projects
21     that to install a call center of that size it would take
22     approximately this many man-hours of consulting services to
23     do that.
24      And of course, you'd take what you -- you know, an
25     average, your standard billing rate, and you would plug it in

100

1     there, and it would give you potential revenue for that
2     project, kind of standard forecasting.
3   Q. Where did you gain the access to this information?  Was it --
4   A. Who the customers would be?
5   Q. No.  I'm actually getting at like what -- is there a software
6     program that provided this information?
7   A. No.  I mean, some of these -- for example, it was all done in
8     Excel spreadsheet, so it wasn't like you plugged in -- now,
9     Oracle does have sheets that do that for a project for --
10     when you get a little further into the -- closing the deal,
11     they used to have AIM, which is Application Implementation
12     Methodology, and CDM, which is Custom Development
13     Methodology, and that had a whole series of spreadsheets.
14      And you could go in -- and I'm going to need three
15     DBAs; I'm going to need four business consultants, four
16     technical consultants; here's the duration of the project.
17     And you can plug in their rates, hourly rates, or their cost,
18     and you could plug in what you would bill them out for, and
19     that thing would spit you out a whole project cost.
20      But you typically don't do that level until you're
21     absolutely sure you're going to close the deal.  I mean, it's
22     a lot of work.
23      But normally, all you do is, we have -- you know what
24     your consultants on an average will bill out for; in other
25     words, a principal consultant.  You have an established

101

1  billing rate.  And that's published.  You can go out on
2  Oracle's Web site -- or used to -- and see that.
3      And so depending on the title -- whether it's a
4  principal, senior principal, whatever their title was, would
5  have standard billing rates, so you could plug that into your
6  sheet.  You knew what their actual salaries and, you know,
7  burden cost would be, so you could plug that in, and you
8  could come up with your overall revenue.
9      And then, you know, once you remove that -- and then --
10  I think we took a standard on expenses.  I forget what it is,
11  a per-hour rate.  I think it was -- spent about $20 per hour,
12  U.S., toward expenses.  So you could calculate, this is what
13  we could totally bring in here; this would be the cost; this
14  is what we'd pull out of that, what we'd net out of that.
15      And like I say, we had experience with -- and
16  particularly with the call center modules and, before Oracle
17  bought them, previous experience from the other company -- of
18  time and resources it would take to implement those products.
19  So we had some historical data that you could use to plug in
20  there to come up with your calculations.
21  Q.  Thank you.
22      And this information that you just discussed that
23  helped you look at the forecast throughout the -- for the
24  consulting pipeline throughout the quarter, did that
25  involve -- the information that you had access to, was that

102

1  only with regard to the consultants who reported to you --
2  A.  Yes.
3  Q.  -- in the call center?
4  A.  Yes.
5  Q.  Did you have any access to forecasting or pipeline data with
6      respect to licensing?
7  A.  Indirectly, other than -- and I'll explain that.  Because it
8      was such a new product, the sales team would bring in either
9      people out of our organization or myself as part of the sales
10     presentation.  I may hear how many possible licenses they're
11     looking at.  So I would say indirectly.  But I would not see
12     any detailed data on that.
13     But we would participate in the sales cycles,
14     especially to answer technical questions and discuss how the
15     products work and things like that because it was so new.
16     The sales force were used to working with the ERP products
17     and database products; had no concept of call center
18     products.  But we would be there.  I might hear some of that,
19     but I typically would not necessarily see the overall package
20     or deal for licenses.  May or may not.
21  Q.  Have you ever heard of a database called the Oracle resource
22     request browser or the Oracle resource management system with
23     respect to consulting?
24  A.  Oh, ORN [sic]?  I have.  I forgotten.  I forgotten what it
25     does.  But I do recall ORM.  Yeah.

103

1  Q.  Do you know what information that database contained?
2  A.  You know, it's been so long since I've seen it, I'm going to
3      say no.  I think -- and I'm going -- I'm going to say I
4      think -- and this is just my recollection -- if you needed
5      resources, you could go out there and see what resources were
6      available, when they're available, probably their skill
7      levels, because a lot of times when you plan a project, you
8      know, you might need 30 consultants, and you only have in
9      your region ten on the bench, so you need 20 more.
10     And if it's what I'm thinking about, this would allow
11     you to go out and see what other practices had resources
12     available.  And if they had the right skill sets you want,
13     you could call them up and say, "Hey, I need to use your
14     resource."
15     So that's -- and I -- it may have also -- the only
16     other thing I can think of is, out of Dallas, they had -- if
17     you couldn't find any Oracle consultants on the bench to use,
18     there was a group in Dallas that actually went out and
19     brought in outside contract people to help you fill your
20     slots.  But I can't recall if that was through ORM or not.
21  Q.  Okay.  So is it fair to say that the ORM would give you an
22     idea of what consulting resources were available for
23     projects?
24  A.  If that's what -- if that's what I remember it was, yes.
25  Q.  And did you use that to determine what resources you could

104

1  use for CRM projects?
2  A.  Say that again.
3  Q.  Did you -- well, let me ask you, did you use that system in
4      any way?
5  A.  I used that system -- and it was another -- again, if this is
6      the same system, I could also post resources I had available
7      out there so other people could see them.
8      And I would probably say, if I had somebody on the
9      bench, I would be more -- and remember, I mentioned earlier
10     that part of Core and whatever, we didn't sell any -- we
11     didn't have any direct contracts.  I booked most of my people
12     through other contracts.  So I would post their availability,
13     and people would see them and say, "I need this person."  So
14     it was kind of a two-way street.
15     And I probably did more in putting people on other
16     projects than I did using it to bring people in because I
17     didn't -- typically didn't own the contract for the service.
18     Now, in CRM, when you got into call center
19     implementations, if we did close a contract, then, yes, I
20     would have that.  But again, it was so specialized, you're
21     not going to go out in Oracle and find a call center expert
22     sitting on the bench out there.  You might find a human
23     resources/fin apps guy or gal.  But you -- you just weren't
24     going to go out there and find call center people.
25  Q.  Just one more question about the top-down budgets that were

105

1  provided to you.
2  Do you know what person who cre- -- first of all, do
3  you know who created those?
4  MS. McLAUGHLIN:  Objection.
5  Q.  (By Mr. Harrison)  What -- for --
6  MR. HARRISON:  Sorry.
7  Q.  (By Mr. Harrison)  -- for the CRM consulting group?
8  A.  Who created it?  It would have been part of the commercial
9  CRM organization because that's what we're part of.
10  Q.  Okay.  Do you know what individual or individuals created the
11  top-down budget?
12  A.  No.
13  Q.  Did you ever attend any -- let me strike that.
14  Did you ever attend any calls with corporate finance
15  regarding the forecast package for the entire consulting
16  group?
17  A.  The entire group?  Probably not.
18  Q.  Have you ever heard of something called the "America's
19  forecasting package"?
20  A.  I want to say no.  It wasn't something I used.
21  Q.  Have you ever heard of something called the upside -- an
22  upside report?
23  A.  Nope.
24  Q.  How about something called "flash report" at Oracle?
25  A.  No.

106

1  Q.  Do you recall -- now, we've been talking about ORM -- the ORM
2  database.  Well, first let me back up.
3  Do you know how Oracle calculates or -- do you know
4  what Oracle's fiscal year is?  Or at least when you were
5  there.
6  A.  My goodness.  I did.  I believe it -- and I could be
7  confusing this with government.  They -- they either run, you
8  know, January through December, or they started in -- I think
9  it was October.  It's been so long.
10  Q.  Sure.
11  A.  And that's -- and I know the federal government runs that
12  budget.  And I don't know if I'm getting confused.
13  Q.  But if I told you it was June --
14  A.  It could be.
15  Q.  -- would that refresh your recollection?
16  A.  Yeah.  If you tell me that's correct, it could be.  I had
17  just forgotten that.
18  Q.  Do you -- I want to refer you to the second quarter of fiscal
19  year 2001, which was September through November of two
20  thou- -- the year 2000; okay?  So my questions are going to
21  be directed towards that time frame.
22  Do --
23  A.  September through December?
24  Q.  September through November.
25  A.  Through November of 2000?

107

1  Q.  Right.  So that's the second quarter of fiscal year 2001.
2  Do you recall what ORM during that period showed in
3  terms of demand for the consulting services in your group?
4  A.  No.
5  Q.  Do you recall what ORM showed in terms of demand for
6  consulting services as a whole during the second quarter of
7  2001?
8  A.  No.
9  Q.  Do you recall what it showed as far as utilization of
10  consultants in your group?
11  A.  No.
12  Q.  Do you recall what it showed as far as utilization of
13  consultants in the consulting group as a whole?
14  A.  No.
15  Q.  Are you aware generally of a slowdown in consulting services
16  around that time, the September of 2000 time frame?
17  A.  Just general across all consulting groups?
18  Q.  Yes.
19  A.  Just in that time frame?
20  Q.  Or leading up to that time frame.
21  A.  I'm going to say, in general, of all consulting groups in
22  that time frame, no.
23  Q.  Are you finished?
24  A.  (Witness nods head affirmatively.)
25  Q.  How about for the CRM consulting group in that time frame, at

108

1  least for the people that you supervised?
2  A.  Now, the only thing I could say is -- is at the end of each
3  quarter, when the company posts its quarterly results -- and
4  I -- I don't recall what they were quarter after quarter --
5  but typically, everyone will get a little e-mail from the CFO
6  saying, you know, this is what we did and so on.
7  But beyond that -- and I can't even tell you what they
8  were in that specific time frame.  But I just -- I can just
9  say that typically that information went out after the
10  numbers, probably about the same time they -- they published
11  the numbers to the financial community, you know, because I
12  think prior to that, they can't tell it -- people in the
13  company either.  But they would send that out, and you could
14  see the results for a quarter.
15  But I can't tell you what they were for that particular
16  time period.  I don't remember that.
17  Q.  How about for the consulting group, the CRM consulting group
18  that you were involved in?
19  A.  Well, I can just say that we were not -- closing very few, if
20  any, deals, at all.
21  Q.  Okay.
22  A.  I can tell you that.
23  Q.  And when you say "closing deals," are you talking about
24  consulting deals for the call center?
25  A.  Yes.

ADAMS, BRIAN  6/16/2006  9:00:00 AM

109

1 Q. And is this -- now, still referring to that general time
2 frame, second quarter of 2001, is this the time frame that
3 you recall that?
4 A. Almost the entire period that I was there with the CRM group.
5 It was -- I can just tell you it was very slow.  When we're
6 closing -- it was difficult to find companies that -- because
7 it was such a new product -- that were willing to risk their
8 business on a very new product.  It's not unusual in the
9 computer industry.
10   A lot of people won't buy Version 1 of a software
11 package.  They'll wait until 2 comes out because they don't
12 want to find all the bugs in there for you.  I'm not saying
13 Oracle software is buggy either, but that's -- that's the way
14 a lot of businesses are.  They'll say, "Well, we'll wait
15 until you get a few more customers, and then we'll consider
16 it."
17   But anyway, continuing on, I was going to say, it was
18 pretty much slow the entire time.  We just -- we had a lot of
19 presentations.  We'd go to companies; we'd make a
20 presentation.  We just wouldn't close the deal.  And a lot of
21 times, that was the reason.  You know, it was "too new of a
22 product" or "Maybe we want to wait until 11i comes out," or,
23 you know, just a host of reasons.
24 Q. And when you say there was -- the demand was slow for the
25 product, are you still referring to the call center?

110

1 A. Yes, call center.
2 Q. Do you have any insight into any other products there was a
3 slowdown during that time frame?
4 A. You know, normally there were other people that represented
5 those products.  And just my feeling across the CRM product
6 line as a whole, I think it was a little -- a little slow.
7   And -- now, not knowing what the an- -- across the
8 whole product line what the anticipated number of sales were,
9 I can't tell you if it really was slow or less than it should
10 be.  But it just seemed like we were having trouble, when I
11 was involved, in closing some of the deals because it was
12 such a new product.
13 Q. Do you know if the consulting organization as a whole missed
14 its -- its budgeted forecast for second quarter of 2001?
15 A. No, I don't.  It's been so long ago, I do not.  And like I
16 say, I would have seen -- you know, when they posted numbers,
17 I would have seen that.  But I just don't recall.
18 Q. Do you know if Oracle's consulting business dried up in -- in
19 the second quarter of 2001?
20 A. We're talking the same period, aren't we?
21 Q. Right.  And I'm talking about the organization as a whole.
22 A. Oh.
23       MS. McLAUGHLIN: Objection.  Vague.  It's
24 asked and answered.
25       MR. HARRISON: Okay.  Let me strike that

111

1 question.
2       THE WITNESS:  Okay.
3 Q. (By Mr. Harrison)  Do you know if the CRM consulting group
4 budget -- forecasted budget that you were responsible for
5 missed its budget in second quarter of 2001?
6       MS. McLAUGHLIN:  Vague.
7       THE WITNESS:  We probably missed our
8 target numbers, like I say, pretty much quarter after
9 quarter.
10 Q. (By Mr. Harrison)  During the time frame that you were in the
11 CRM consulting group?
12 A. Yeah.  And again, I'm talking more around the call center
13 products, that we probably missed that quarter after quarter.
14 Q. Do you know how much each quarter that group -- the group
15 that you're responsible for missed its budgeted forecast?
16 A. Not anymore.  It's been too many years.  Sorry.
17 Q. Do you know what other regions or product lines of the CRM
18 consulting group -- how -- whether or not they hit their
19 budget numbers quarter after quarter while you were there?
20 A. No.  I mean, my recollection is just vague conversations that
21 overall the CRM product was having difficulty in selling
22 professional services.  But, you know, that's just probably
23 conversations I've heard.  I can't give you any stated
24 numeric values to support that.
25 Q. Okay.  Now, for the consulting group as a whole, in the

112

1 second quarter 2001 that we've been discussing, fiscal year
2 2001, do you know if the consulting group initiated a hiring
3 freeze for consultants?
4 A. I can tell you, in my years with Oracle, hiring freezes were on
5 and off the entire time.  I would say quite possibly we did.
6 And I know that in some points in time when I was in the CRM
7 group we did.  I can't tell you if it was precisely in that
8 quarter.  Not today.  It's been, again, too long.
9   But, you know, my experience with Oracle is -- is --
10 you know, if business is slow -- and by the way, there's
11 certain periods around Christmas you just do not sell
12 products.  And typically, you don't go out and hire staff at
13 that time.  But that occurred the whole time I was at Oracle.
14 And that -- you know, the business, to a degree, was
15 cyclical.
16   For example, on the government side, the federal
17 government budget didn't kick in until October.  Well,
18 they're not going to buy anything June, July, and August.  So
19 their sales are slow.  And that's just standard for Oracle in
20 the business they're in.
21   But back to your question.  For this particular period,
22 I know when I was with the CRM group we did have a hiring
23 freeze.  There may be more than one.  I just can't tell you
24 if it was precisely that time frame.  And it was related to
25 the fact that we weren't getting the sales.  Or the

113

1    professional services, I should say.
2    Q.  And I think my question was targeted towards the entire
3         consulting organization, and I think you were referring to
4         the CRM consulting group for which you were responsible.  Is
5         that a fair statement?
6    A.  Yes.  If I may, even generally across Oracle, consulting as a
7         whole, our business's cycle -- or it was.  There were certain
8         times of the year you don't do a lot of business.  No one
9         does an implementation over the Christmas holidays.
10   Q.  Right.
11   A.  It doesn't happen.  People don't -- a lot of companies,
12        that's their biggest time of the year.  They're not going to
13        bring their systems down.  So -- and that's standard.
14        You see that year after year.  That's nothing unusual.
15        And like I say, on the government side, the government
16        generally doesn't spend much the last three months of the
17        fiscal year.  Now, after October, November, December, they
18        start spending money.
19        So generally, you'll just see little -- you'll see
20        slowdowns certain times of the year.  And at times there may
21        have been a hiring freeze.  I can't tell you what dates
22        specifically.
23   Q.  Okay.  And you're referring to the CRM?
24   A.  The whole -- I'm just saying the whole -- I mean, even when I
25        was with Core Technology, occasionally we'd have slowdowns,

114

1    and we said -- and we'd have scheduled to hire four or five
2    people in the budget and say, "Ah, put them on hold.  Wait
3    until the numbers come up."
4    Q.  Okay.  Do you recall anything specifically with regard to the
5         second quarter 2001 you'd been discussing?  Do you recall any
6         hiring freeze specific to second quarter 2001 that you'd been
7         discussing?
8    A.  Globally or just for --
9    Q.  Let's start with globally.
10   A.  Well, I'm going to say, for my group, in that very specific
11        period, I -- I can't tell you.  I can just only tell you that
12        within my group, the period of time that I was there, we did
13        have hiring freezes.  Was it precisely in that quarter?  I
14        don't recall.
15   Q.  Earlier you mentioned the word "on the bench."
16   A.  On the bench, on the beach.
17   Q.  What does that mean?
18   A.  A consultant -- a consultant that's not on a project.
19   Q.  Okay.  And that's how it was used at Oracle as well?
20   A.  I beg your pardon?
21   Q.  That's how that term was used at Oracle?
22   A.  That's exactly how it was used.
23   Q.  Do you recall that in the two thousand -- the second quarter
24        of 2001 time frame that there were significant amounts of
25        consultants in your group on the bench?

115

1    When I say "your group," I'm referring to the --
2    A.  I would say --
3    Q.  -- that you were --
4    A.  I would say -- I would say I could almost say there were.  I
5         can't tell you what percentage.
6         But again, I'm going to say, you know, the -- the call
7         center sales were slow.  So just pretty much across the board
8         it was often tough to find opportunities to place these
9         people on.
10   Q.  How about for the consulting organization as a whole?  Did
11        you have any insight as to, were there significant amounts of
12        consultants on the bench during that time frame?
13   A.  No.  I can't tell you that.
14   Q.  During the second quarter of 2001 time frame, for the people
15        that you were responsible for in the CRM consulting group, do
16        you know what their utilization rate was?
17   A.  I'm going to say -- is that average across all the
18        consultants in the group?
19   Q.  I'm talking -- well, first -- and by the way, I'm still
20        referring to the second quarter 2001.
21   A.  Right.  And you're talking just my group?
22   Q.  Right.
23   A.  Average across all the consultants?  I can say that some of
24        the top consultants -- like Bill, for example -- and there
25        were a couple others that had many years of experience -- it

116

1    was very easy to keep them placed.  We had a couple of people
2    that wrote scripts, and it was very easy to keep them placed.
3         So probably a large group of the people, it was very
4    spotty, you know.  You'd get a couple, three days here and
5    there for them.  That was about it.  But some of the best
6    people, you could almost -- even in the slow periods, you
7    could almost find work for them.
8    Q.  When you say "across the group," are you still referring to
9         the call center?
10   A.  Just the call center group.
11   Q.  What about the CRM group as a whole?  Well, let me -- let me
12        back up.
13   A.  Okay.
14   Q.  And I asked you if you knew the utilization rate.  Do you
15        know approximately what the rate was for your group?
16   A.  Across all the people?
17   Q.  For your group.
18   A.  Say that again.
19   Q.  For your group.
20   A.  No, not numerically.  I don't recall what it was.
21   Q.  Do you know whether in the second quarter of 2001 it was
22        unusually low for the entire consulting organization?
23   A.  That, I can't tell you.
24   Q.  Now, entering the third quarter of 2001, which is December
25        through February -- okay? -- I think I said "2001" -- which

117

1  is December 2000 to February 2001, did you have any insight
2  as to whether the CRM consulting group that you were
3  responsible for, the call center group, would hit its
4  budgeted financial projections?
5  A. It would or did?
6  Q. Whether it would.
7  A. And this is going into the early part -- end of 2000, early
8  part of 2001?
9  Q. Right.
10  A. And that's the whole CRM group?
11  Q. First I want to start with the group that you're responsible
12  for.
13  A. I'm going to say no.  I -- I don't think we hit a target the
14  entire period that we were -- that I was there.
15  Q. Okay.  And I -- I think my question was a little different.
16  It was whether or not you had any insight at the beginning of
17  the quarter of whether or not you'd hit your budgeted
18  numbers.
19  A. Oh.  If I would?
20  Q. If you did, for third quarter 2001.
21  A. Okay.  You kind of lost me on there.  Are you asking me for
22  the third quarter if I knew at the start of the quarter
23  whether we would hit it --
24  Q. Yes.
25  A. -- or more toward the end of the quarter if we were going to

118

1  hit it?
2  Q. Towards the start.
3  A. Toward the start -- in reality, for the whole period of the
4  year, we were beneath our target budget.  Going into a
5  quarter, again, we would have a pipeline.  We'd go through a
6  week, and we'd see if we made any progress on that pipeline.
7  If we didn't, we'd adjust our projected revenue down.  Then
8  the next week, we'd adjust it down.
9      So at the start, the only thing I can say is you would
10  hope that you would close those deals.  Nothing to indicate
11  that we would or would not.
12  Q. And I'm talking about that specific quarter, through third
13  quarter 2001.  Do you remember anything specifically with
14  regard to that quarter?
15  A. I can just tell you that across the board quarter after
16  quarter we were below the target.
17  Q. And throughout that quarter, including the beginning, did you
18  make Todd Davis aware of the fact that you didn't believe you
19  would hit your budget numbers?
20  A. We turned those sheets in every week, so he knew exactly
21  where we were each week.
22  Q. Did those sheets provide any judgment by you about whether or
23  not you would hit your targeted numbers?
24  A. I -- the sheet may have had a probability of closing those
25  deals.  We might have even prioritized the order that they

119

1  might close in.  I'm trying to recall.  It's been so many
2  years ago.  But it seems like we may have had a probability
3  of closing, a percent.  You know, this one is a 75 percent
4  chance we'll close, and here's why.  Or it's only 50 percent
5  or something like that.  I believe that was on there.
6  Q. Did you have any insight as to whether the consulting group
7  as a whole would hit its budget numbers for third quarter of
8  2001, beginning of the quarter?
9  A. No.  That was, again, December, January -- no.
10  Q. Now, you had said that during the entire time you were there
11  that group that you were responsible -- responsible for did
12  not hit its budgeted numbers each quarter; correct?
13  A. That's correct.
14  Q. Do you know whether or not -- specifically with regard to
15  third quarter 2001 whether the consulting group as a whole
16  hit its budgeted numbers?
17  A. I don't recall now.  And again, I'll just let you know, at
18  the end of each quarter, you know, we'd get a little
19  financial blurb from the CFO saying what we did.  But, my
20  goodness, I don't remember.  It's been too many years ago.
21  Q. Okay.  Specifically with regard to third quarter of 2001, do
22  you recall how much the CRM group you were responsible for
23  missed its numbers by?
24  A. No.  Numerically, no, I don't.  It's been too long ago, and I
25  don't have any documentation on it.

120

1  Q. Do you have any insight as far as a percentage? an estimate?
2  A. For that quarter?
3  Q. Right.
4  A. It would be a guess on my part.  Probably -- and again, I'm
5  just going to say it was probably less than 50 percent.  But
6  that's a guess.  I just don't -- I just don't recall.  Like I
7  say, if you took four out of the group of people and they
8  were fairly well booked and the rest were not and they were
9  just spotty opportunities, then ...
10  Q. Are you aware of whether or not Oracle as a whole missed its
11  budgeted forecast for third quarter 2000 -- 2001?
12  A. Again, the only access -- I don't recall.
13  Q. If I told you that Oracle did miss its numbers for that
14  quarter, would that refresh your recollection?
15  A. I mean, if you -- if you showed me the financial reports for
16  that period, I would say okay; they missed them.  I would
17  agree with what I looked at.  Yeah.
18  Q. Do you know how much -- your CRM consulting group that you're
19  responsible for, how much the miss in that quarter
20  contributed to the miss as a whole?
21  A. No.
22  Q. A large amount?
23  A. I don't think so.  I mean, just overall, I think C- -- CRM
24  was probably a very small piece, professional services,
25  because, again, it was just getting started, it was a small

ADAMS, BRIAN  6/16/2006  9:00:00 AM

121

1    group; whereas some of your consulting practices probably
2    had, you know, thousands of consultants.  And overall CRM,
3    you're probably less than 50, maybe, or so.
4        So -- I mean, even on -- even on ideal situations,
5    those early years, they're just not going to be a big -- it's
6    going to be like dropping a penny in the Pacific Ocean, I
7    think.  You know, it's not going to make a big impact.
8        New product line, low sales, small group of people.
9    It's just -- numerically, it would not make a big impact on
10   the overall consulting sales.
11   Q.   All right.  I want to discuss Suite 11i a little bit,
12   which -- and we've been talking -- we've been talking about
13   the call center CRM module; right?
14   A.   Uh-huh.  (Witness answers affirmatively.)
15   Q.   Was the call center CRM module part of the larger Suite 11i
16   products of Oracle?
17   A.   Well, it was.  Remember, it started in 9i.  But it was still
18   available, and it was still compatible with the 11i products.
19   The call center module really could work with just about any
20   product that has open APIs.
21   Q.   Okay.  So what you're saying is that the call center
22   application started out as the 9i release and then it
23   eventually became part of the Suite 11i release?
24   A.   I think it was around even before Oracle had 9i.  Remember,
25   we bought another company.  It was already selling that

122

1    product out there.  But yeah.  I think -- I'm pretty sure it
2    started out with 9i.  And that was about the point that
3    Oracle, I think, purchased it.
4    Q.   Did you have any involvement in -- in consulting or
5    implementing other modules as to the 11i at customer sites?
6    A.   No.
7    Q.   So your responsibility was solely with regard to the call
8    center application?
9    A.   Yes.
10   Q.   And that was also the responsibility of the 12 to 15
11   consultants that you supervised?
12   A.   Are you -- maybe this is not important.  But -- continuing
13   on, I just think that if you understood what the call center
14   package was -- I'm not sure if some of your questions, you
15   would ask those.  I mean --
16   Q.   Okay.  Well --
17   A.   I mean, call center -- a call comes in.  What a call center
18   module does -- and you've probably experienced this.  Like
19   when you call your bank and you say "Do you want a balance
20   inquiry?" or "Do you want to talk to a person?" you select a
21   number, and the system automatically routes you to who you
22   want to go to.
23       Or it may even know, if it asks you an account number,
24   a Social Security number, whether or not you're a business
25   account, an individual account.  It's intelligent call

123

1    routing.  That's really what this package does.
2        And like I say, Oracle bought a company that had all
3    this.  It could run with a number of phone switches out there
4    in the marketplace.  And it was, to some degree, autonomous.
5    You could use it with Oracle -- other Oracle products or not.
6    You could use it with a host of other products.  So it was to
7    a large degree very independent, if that makes sense to you.
8    Q.   That does make sense.
9    A.   Okay.
10   Q.   And is this the same -- did Oracle implement this module for
11   its own use internally?  For example, support --
12   A.   Not while I was there.
13   Q.   -- organization?
14   A.   Not when I was there.  And we were asked that question by a
15   number of clients when we're out there making a sales
16   presentation.  "Oh, do you use this product in your call
17   center?"  And that was a tough question to answer and say
18   "no" to.
19   Q.   Uh-huh.
20   A.   But I think that probably had a little impact on the number
21   of sales.  But I think at one point in time they were
22   discussing using that product.  I don't know if it's -- it's
23   happened.
24   Q.   Okay.  And to follow up on that, do you know what the reasons
25   were that Oracle did not implement it during the time that

124

1    you were there?
2    A.   I can only speculate.  I mean, they had an existing system.
3    And I know they were talking about doing it.  And maybe
4    they'd done it since then.  It's like anything else.  Anytime
5    you want to make a major change in something that -- that
6    supports your -- a large business process, you know, it's a
7    matter of timing.
8        But no.  Firsthand knowledge, no, I don't.  I just know
9    that had they been using it we probably would have had a few
10   more sales.  As it was, we would have to take -- if somebody
11   wanted to see the product work, we'd have to take them to
12   another site, a customer site, a user-referenceable site to
13   be able to do that.
14   Q.   Do you know when Suite 11i was released, the initial release
15   of it was?
16   A.   Was it around March of 2001?  I -- I just -- I just -- I
17   don't recall.
18   Q.   If I told you that it was -- if I represented that it was May
19   of 2000, first release, would that refresh your recollection
20   at all?
21   A.   Well, it could be.  I mean, like I say, some of these things
22   were coming out in bits and pieces, and some applications
23   would become available.  When you say the suite of 11i, are
24   you talking just CRM products, or are you talking about ERP
25   products as well?

125

1    Q. I'm talking about the entire suite of ERP products.
2    A. Well, see, the entire suite didn't roll out all at once. I
3        mean, the ERP products came out well before the CRM pieces.
4        But then bits and pieces of modules of -- like online sales
5        order bookings and things like that came out, because that
6        would integrate with the existing ERP system.
7            So it came out. Overall, it just wasn't "boom."
8        Everything came out in May. I think probably May was more
9        along the lines of the ERP products. For some reason, I'm
10       thinking more of the CRM pieces came along -- and I could be
11       wrong on that day -- but it seemed like they came along more
12       in March of '01. But it's been so many years, I could be
13       wrong on that.
14   Q. Okay. Do you recall, before the first release of Suite 11i,
15       that Oracle executives announced that it wouldn't -- the
16       release would not contain a lot of CRM modules?
17   A. Say that again.
18   Q. Do you recall that -- before the May 2000 release of the
19       initial suite, do you recall that Oracle executives announced
20       that the first release would not contain certain CRM modules?
21   A. I don't recall it, but I'm sure they probably would have done
22       that. It wouldn't surprise me if they did. I mean, usually,
23       when you're going to release something, you have the
24       published document saying what all is going to be included in
25       the release -- that's pretty standard -- and -- and what's

126

1    not going to be in there. And sometimes they even tell you
2        approximately when other pieces will be available. But
3        they're usually a little hesitant to give you a fixed date.
4        But that's not unusual.
5    Q. Now, during your role as practice director of the CRM
6        consulting group, did you have any software development
7        responsibilities?
8    A. Personally did I write code or did I manage developers?
9    Q. Did you write code?
10   A. Probably only once in my entire career did I ever write code.
11       And that was many years before Oracle. But no. When I was
12       at Oracle, I didn't do any code writing.
13   Q. Now, during your time as practice director of CRM consulting,
14       did you supervise any code developer -- or developers?
15   A. In the CRM?
16   Q. Yes.
17   A. No. During my Core Technology period, yes.
18       Let's clarify when you say "write code." Now, there
19       are customizations a customer may ask for that Oracle
20       Consulting does. Now, they're doing coding, but it's not
21       standard application coding, so -- your question is kind of
22       general. I'm not sure -- if you're just talking about
23       developing applications for Oracle, the answer is no.
24   Q. And that was my question.
25   A. Okay.

127

1    Q. But you did assist in writing code for customers that asked
2        to customize the project -- or the product when it was
3        implemented?
4    A. Sometimes you had to integrate with other switches and things
5        like that, and you'd have to do -- just pass the data between
6        the switch and the software product that does advanced call
7        routing. Yes. You'd have to write up some customizations or
8        some code for that.
9            And also, they had scripting that you could do for call
10       center. So like if you're sitting in a call center, you had
11       a script that says, "Introduce yourself; ask the customer
12       what you want or 'What product do you have?'" And we could
13       develop those scripts, that the person actually sitting in
14       the call center would simply ask those questions and record
15       the answers to them according to the requirements of the
16       business.
17   Q. Okay.
18   A. But again, that's more customization than it is -- we offered
19       the scripting tool as a standard product, but that's more of
20       a customization for a customer.
21   Q. Were you ever involved -- and again, I'm talking about Oracle
22       applications only --
23   A. Okay.
24   Q. -- on the customer site. Were you ever involved in product
25       testing of Suite 11i or any part of it?

128

1    A. It depends on how you define "involved." There were some
2        customers that -- I attended weekly status meetings that we
3        may had a piece of a call center component going in there,
4        and because that was going in, I would attend that meeting.
5        And I'd get -- hear the overall status of all the project at
6        that time, problems they were running into. One or two of
7        those, I think, come to mind.
8            But -- I don't know if that answered your question.
9        But I -- I was not necessarily there on-site, but I would
10       just attend the call by the project manager that was running
11       that project and get a status of -- you know, "Here's where
12       we're at; here's the things that we've accomplished; here's
13       something we're behind on," or, you know, whatever --
14       whatever he would report out and the status.
15   Q. And I guess what I was referring to is just kind of the
16       testing of the product before it was released.
17   A. Oh, before it was released?
18   Q. Yes.
19   A. Oh. You're talking about coming out of Redwood Shores?
20   Q. Right.
21   A. I would periodically get little blurbs of information that --
22       about some of the issues that might be there. But I was
23       never really involved. I didn't attend the regular meetings.
24       But, you know, it could be information that was passed down
25       or that -- that someone else heard and just brought it up.

129

1    And, no, I didn't attend any regular meetings scheduled
2    by Redwood Shores as to the test results of the applications.
3    Q. Okay.  Do you know how Oracle tested Suite 11i before each
4    release?
5    A. I do not.
6    Q. You weren't involved in that process at all?
7    A. No.
8    Q. Were you involved in the decision at all of when to release
9    Oracle Suite 11i?
10    A. No.  No.  No.
11    Q. Did you have any input in that at all?
12    A. No.  I wished I had.  But no, I didn't.
13    Q. When you say you wished you had, what do you mean by that?
14    THE WITNESS:  I probably shouldn't have
15    said that.
16    MS. ADAMS:  Don't say that.
17    THE WITNESS:  When you're out in the
18    field and you're standing in front of the customer and you're
19    implementing a product that has bugs, you know, it's always
20    nice to say, "Gee, maybe I wouldn't have released it just
21    yet," because you're the one who's catching the flak for it.
22    Q. (By Mr. Harrison)  Uh-huh.
23    A. That would be -- you know, what do you call that?  An
24    editorial comment, I guess I would say.  But that happens
25    almost to everybody who is in the consulting business and

130

1    you're out there implementing products.
2    But -- but obviously, there are other things that go
3    into that decision process.  And you may know that there are
4    problems with certain functionality.  And you've got
5    commitments to customers, and you have to go ahead and
6    release that product.
7    Just -- I mean, in all the years I've been in the
8    software business, I've never seen any company at all that's
9    ever put a product out there bug-free.  That's a simple
10    statement of fact.
11    And the consultants that are out there usually have to
12    deal with that.  And that's why I made that editorial
13    comment, because if you're out there in front of the customer
14    and they're picking on you, you know, you have to deal with
15    it.
16    Q. Right.
17    A. And ideally it would be nice if it was a hundred percent
18    bug-free, but it just doesn't happen.
19    Q. In your experience, did you have any knowledge of whether or
20    not you -- thought Suite 11i was released too early?
21    A. Say that one again.
22    Q. I agree that wasn't worded -- was poorly worded.
23    Did you have any knowledge of -- well, did you believe
24    that Suite 11i was released too early?
25    A. You're asking a personal opinion.  And I would say there's

131

1    two answers to that:  Yes and no.
2    From a consultant side, being out there, I know that it
3    had a lot of problems, and from that perspective, I would say
4    yes, it was released too early.
5    I also know that, from a business side, when you commit
6    to a major release, the financial community expects you to
7    release that product on time.  If you don't, your stock can
8    take a severe hit.
9    So if I were to put on my Larry Ellison hat or
10    financial hat, I'd say, "Nope, didn't release it too early.
11    We met our stated release date."
12    But on a consulting side, I'd say yes, it did, because
13    it had a lot of problems that we had to fix in the field.
14    Q. When you say "problems," are you refer- -- are you referring
15    to bugs?
16    A. Bugs.
17    Q. What do you understand the "bug" to refer to in this context?
18    A. Anything -- well, "bug" is a broad term, and sometimes you
19    can categorize them into -- to maybe three categories.
20    Anything that impacts functionality of the system and
21    precludes it to run successfully is probably a severe bug.
22    Anything that's more cosmetic -- like you have --
23    you're on one screen, the background's red; and you go to
24    another screen, the background's green, that's usually
25    considered a minor.

132

1    But basically a bug is something that is incorrect.  It
2    could be -- "perform better function" is a term that you use
3    a lot of time.
4    But a bug is generally something that's -- that's not
5    quite correct with the operation of the system.  And like I
6    say, it comes in varying severities when you use the term
7    "bug."
8    Q. Okay.
9    A. One screen may have a "Oracle" logo on it, and you go to the
10    next one, it doesn't.  How bad of a bug is that?  None.  You
11    can still do your business.  So that's an example of a very
12    minor ...
13    MS. ADAMS:  Cosmetic.
14    THE WITNESS:  Huh?
15    MS. ADAMS:  Cosmetic.
16    THE WITNESS:  "Cosmetic" is another term.
17    Q. (By Mr. Harrison)  Would you agree that it's not unusual for
18    a large-scale software release to have -- early release to
19    have --
20    A. Early release to have problems?
21    Q. Yes.
22    A. That's not unusual at all.  That's usually why -- I use the
23    term often "beta testing."  You'd find a few customers that
24    are willing to take that risk and take your product and check
25    it in a real-time environment.

133

1   Q. Do you have any insight as to whether or not the early
2      release of Suite 11i was buggier than other releases at
3      Oracle?
4   A. Are you talking about 11i as a whole?
5   Q. Yes.
6   A. As a whole, yes. But I think there were parts of it that
7      were probably less buggy. For example, like some of the ERP
8      modules were probably less buggy. But when you put them all
9      together and put CRM on top of it and try to use it as an
10     entire suite, then there were a number of problems.
11   Q. Did you understand that Suite 11i was the largest software
12     release that Oracle had ever come up with?
13   A. It was. They restructured the entire architecture of the
14     application as they went to the TCA architecture for the data
15     model, which was a complete restructure, which almost meant
16     rewriting every application out there. Everywhere it
17     touched, the database required changing.
18        It was also more Web-enabled. It went away from more
19     thick-and-thin client down to fully browser-capable. So it
20     was a significant change. Yes.
21   Q. In your role at Oracle, were you involved in actually fixing
22     software bugs in the product?
23   A. When you say "involved in fixing," was I writing code?
24   Q. Well --
25   A. If we -- if you identify a bug in the field, a standard

134

1     practice is for a consultant to fill out a bug report and
2     submit that back in. So almost any consultant can -- at that
3     level can participate by simply recording what they saw, what
4     they observed, what the environment was, and submit that back
5     so that the R and D group can test it and see if they can
6     duplicate it. And if they can, they can fix it.
7   Q. Did you ever issue a -- do you know what a "technical
8     assistance request" was at Oracle?
9   A. Say that again.
10   Q. "Technical assistance request," or a TAR.
11   A. Oh, my God Almighty. Did I ever issue one --
12   Q. Yes.
13   A. -- myself?
14   Q. Yes.
15   A. No.
16   Q. Did you ever create any patches?
17   A. Did I?
18   Q. Yes.
19   A. No.
20   Q. Suite 11i.
21       Do you know what the term "patch" refers to with regard
22     to software?
23   A. Uh-huh. (Witness answers affirmatively.)
24   Q. What does it refer to?
25   A. Basically it's a fix to a problem in software. For example,

135

1     like I gave you, one screen is red and one is green. You go
2     back and make the red screen green so now both greens match.
3     So that's -- that could be a fix. Generally it's probably
4     limited to a small piece of code, and it fixes a specific
5     problem. That's usually what you call a "patch."
6        But there are other terms. Sometimes you get into
7     terms of -- well, a patch -- I don't want to go down that
8     road. That's a lot of explaining to do. A patch is
9     fixing --
10        MS. ADAMS: A workaround.
11        THE WITNESS: -- anomalies --
12     Well, no.
13     A patch is not a workaround. A workaround is just
14     that. You haven't fixed the problem. You found a way to
15     work around it and perform your business without fixing the
16     problem. A patch is just fixing an anomaly in the software
17     code. We'll leave it at that.
18        MS. McLAUGHLIN: I think this is probably
19     a good time to break.
20        MR. HARRISON: Sure.
21        MS. McLAUGHLIN: Why don't we go off the
22     record for lunch.
23        MR. HARRISON: Okay.
24        THE VIDEOGRAPHER: We're going off the
25     record at 12:36.

136

1        (A lunch recess was taken.)
2
3        THE VIDEOGRAPHER: We're back on the
4     record at 12:59.
5   Q. (By Mr. Harrison) Good afternoon, Mr. Adams.
6   A. Good afternoon.
7   Q. You understand you're still under oath?
8   A. Yes.
9   Q. We were discussing Suite 11i before we broke. And I wanted
10     to ask you, the time periods that we've been discussing are
11     second quarter of 2001, third quarter of 2001 -- so September
12     through February -- does that make sense?
13   A. Yes.
14   Q. Are you aware of any customers that decided not to license
15     Suite 11i software during that time due to quality concerns
16     about the product?
17   A. I'm not going to say due to quality concerns. We had a
18     number of customers, as I indicated earlier, that didn't want
19     to be -- take the risk of going on a new product. FedEx is
20     one. That would have been a nice big account. But it was
21     basically because the product was just so new and we didn't
22     have any other large installed base, you know, to reference.
23        So I would say there were probably more customers in
24     that category, because generally you don't go around touting
25     your shortfalls when you're trying to make a sale. So

137

1  customers generally probably don't know if a product is buggy
2  unless they talk to other customers.  And since it was so
3  new, there weren't that many there.
4  Q.  When you're talking about "the product," are you talking
5  about call center specifics or Suite 11i as a whole?
6  A.  I'd say Suite 11i as a whole.  But FedEx for us was -- was a
7  lot of CRM-centric products that they were looking at in that
8  account.
9  Q.  And did FedEx indicate to you personally that they didn't
10  want to be involved in the early release of a product?
11  A.  I was part of the presentation team that was there.  And that
12  was their response back.  They said, you know, "It was just
13  too new of a product for us to take a risk on."
14  Q.  It didn't have to do with anything regarding specific
15  problems with the product?
16  A.  Not to my knowledge.  I don't know that they knew of any.
17  Q.  How about any other customers during that time frame?  Do you
18  recall any specifically?
19  A.  I mean, we talked to a number of customers.  I -- but it was
20  all pretty much the same.  I'll just say, I don't know of
21  anyone that said, "We're not going to take your product
22  because it has too many problems."
23  Q.  Did you have any involvement in sales to Mutual of Omaha?
24  A.  Mutual of Omaha.  I don't think I -- I participated in Mutual
25  of Omaha.  There was an Old Mutual in Cape Town, South

138

1  Africa.
2  Q.  I'm sorry.  Mutual of what?  Mutual --
3  A.  It was Old Mutual in Cape Town, South Africa, that was
4  interested in the call center products.  But I don't recall
5  off the top of my head anything dealing with Mutual of Omaha.
6  Q.  Did --
7  A.  It doesn't mean we didn't have an opportunity there.  I just
8  don't recall that.
9  Q.  How about Foster's Beer?
10  A.  Foster's was interested in our product.  I don't know where
11  that -- Foster's came along and Telecom New Zealand came
12  along just about the time I went on that project in Columbus.
13  So I'm not quite sure how those wound up.
14  Q.  Okay.  Did either of those, Foster's or Telecom
15  New Zealand -- did they decide not to replace Suite 11i due
16  to product concerns?
17  A.  Again, I was getting involved in the early sales and asked to
18  do some conference calls and things like that.  But I don't
19  know where it wound up.  Like I say, I went off on that
20  project in Columbus, Ohio, and I just don't know where they
21  wound up.  And I don't know today if they took or didn't take
22  the products.
23  Q.  Okay.  Before we broke, we were talking about testing and the
24  release date for Suite 11i.
25  Were you aware one way or the other whether Oracle

139

1  management was responsible for the decision to release the
2  11i when they knew that the product was not ready for
3  release?
4  A.  Do I know for a fact if they knew that?
5  Q.  Yes.
6  A.  No.
7  Q.  And again, you know, I'm only asking for your personal
8  knowledge, not speculation.
9  A.  Yeah.
10  Personal knowledge, no.  I mean, I was out on the East
11  Coast.  I just didn't deal with Oracle management on a --
12  senior management on a day-to-day basis.
13  Q.  So you don't know one way or the other whether they knew it
14  was released too early?
15  A.  Not firsthand.  No.
16  Q.  You say "not firsthand."  What do you mean?  Was there --
17  A.  The only -- I mean, the only thing I can think of is, I'm
18  sure that -- that R and D provides reports on the status of
19  products to management.  You know, "This is the bug count.
20  This is where we're at on fixing it."  And management looks
21  at that and will make a decision.  You know, "Are we going to
22  release it with this or not?"  That's an assumption.  I mean,
23  that's pretty standard in the industry.
24  Firsthand, I can't tell you that that was done or not.
25  I just assume they have some similar process that they would

140

1  follow.
2  Q.  I'm going to ask you about specific implementation product --
3  A.  Okay.
4  Q.  -- projects --
5  A.  Okay.
6  Q.  -- projects at customer sites that you were involved in.
7  A.  Okay.
8  Q.  Sitting here today, do you have any knowledge of Oracle --
9  specific Oracle customers who had implementation problems
10  relating to the Suite 11i?
11  A.  Yes.
12  Q.  Can you think of anybody -- any customer specifically?
13  A.  HostCentric.
14  Q.  Let's talk about HostCentric for a little bit.
15  How were you involved in the implementation?
16  A.  I had a couple of people on the project out there, and each
17  week I attended the project managers' -- I guess I'd call it
18  a status conference call.  So I would listen in and hear the
19  status of the project.
20  Q.  Do you know when their implementation was taking place?
21  A.  That would have been around -- I don't recollect.  February,
22  maybe, of '01, or March.  I just don't recollect exact dates.
23  Q.  Do you know whether HostCentric was an early adopter of the
24  first release of software from Oracle?
25  A.  They were the first customer that took -- or implemented

ADAMS, BRIAN  6/16/2006  9:00:00 AM

141

1    the -- almost the entire suite of products, ERP and CRM.
2        HostCentric was going to -- too much.  Keep going.
3    Q.  Okay.
4    A.  Be brief.  Sorry.
5        MS. ADAMS:  That's right.
6    Q.  (By Mr. Harrison)  Now, you said you had calls -- sorry.  I
7    don't recall the frequency of the calls that you had
8    regarding the implementation.
9    A.  I attended a weekly conference call on that.
10   Q.  Who was involved in those calls?
11   A.  Oh, my goodness.  I can't tell you by name, but I know the
12   project manager obviously was.  I know that I was tuned into
13   it.  I don't recall who else -- because it was a conference
14   call, I don't recall who else was out there on the phone
15   lines.
16   Q.  Anyone else from Oracle that you know?
17   A.  Oh, I think everybody that was out there was Oracle that did
18   it, that was either in the room with the project manager or
19   called in was Oracle.  I think there were people from R and D
20   and some other folks out there, but I don't recall names.
21   But it was a weekly call.  And I know there were a group of
22   people that were dialed in.
23   Q.  Was your involvement related to the call center application?
24   A.  Because we had some call center products going in, I was
25   tuned into the call.

142

1    Q.  Is that the reason why you were involved?
2    A.  Yeah.
3    Q.  What were the nature of the problems that HostCentric was
4    facing in its implementation of the suite?
5    A.  There were many bugs in the system.  It seemed that the
6    financial suite would communicate well with itself.  It
7    wouldn't communicate well with the CRM products.
8        And likewise, certain modules would communicate well
9    together and exchange data, others would not.  And there were
10   some problems with data actually even being written to the
11   database.  Sometimes it would not even get written there.  I
12   mean, it was just many problems.
13   Q.  So the problems had to do with the way the individual modules
14   communicated with each other?
15   A.  There were probably a lot of things.  But that was certainly
16   one.
17   Q.  And do you know what -- was that a bug that was -- or bugs
18   that were causing the products not to speak with each other?
19   A.  Say that again.
20   Q.  Were there bugs -- what was the reason for the products not
21   being able to communicate?  Or --
22   A.  That's -- that's --
23   Q.  -- what were the individual modules?
24   A.  I mean, that's probably it.  Maybe the API -- give an
25   example -- maybe an API is not documented correctly.  When

143

1    you go to pass data in an API, if it's not documented
2    correctly, it could be a number of things.  You're not
3    passing the data in the right format; you're not -- the call
4    to the API is not correct or -- I mean, it could be a number
5    of things.  But yeah.  It was -- it was moving data around
6    and things like that.
7    Q.  And do you have any specific recollection of --
8    A.  There were also installation problems.  There were some
9    installers, that you'd run them, and it would not -- once you
10   ran it, the application wouldn't come up.  There were a
11   number of many, many things there.  I'm just recalling a few.
12   Q.  Do you know if any of the problems were a result of the
13   customer using the product in a way for -- in a way that it
14   wasn't intended?
15   A.  When I was on call, it wasn't even in any condition the
16   customer could use the product.
17   Q.  Do you know if the implementation used third-party
18   consultants?
19   A.  Ooh.  That -- no.  I have no way of knowing that.
20   Q.  Do you know how the -- these problems -- these bugs that were
21   causing problems were resolved?
22   A.  I know some of the steps that were taken.  They actually
23   moved a number of R and D developers out there on-site.  They
24   also sent the problems back to R and D and had them work on
25   it.  There were so many of them, they actually put

144

1    resources -- pulled them out of Redwood Shores and sent them
2    out there and had them sit right there and fix the problems.
3    So that's two methods I know that they worked towards
4    resolving them.
5    Q.  Do you know how long it took to resolve these problems?
6    A.  No.  I can tell you it went on for two, if not three, months
7    or more.  It was quite a bit.
8    Q.  Do you know if the customer had a specific -- do you know
9    what the word "go live" is?
10   A.  What the term "go live" is?
11   Q.  Yes.
12   A.  Uh-huh.
13   Q.  Do you know if the customer had any problems with hitting the
14   "go live" date for the product?
15   A.  They did have a "go live" date, and I know it didn't make
16   that but don't -- I don't recall what the date was and how
17   much they missed it by.
18   Q.  Do you know if the customer eventually went live on the
19   suite?
20   A.  You know, I don't even know that either.
21   Q.  Do you know if the customer requested a refund for any
22   consulting work?
23   A.  I don't know about a request for a refund.
24   Q.  Do you know if they asked for any licensing fees due to
25   problems with the implementation?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

145

1   A. I do not know that either.
2   Q. Support?
3   A. Pardon?
4   Q. Support fees?  The same question.  But did they ask for
5   any --
6   A. Oh.  Refund on any support fees?
7   Q. Yeah.
8   A. I don't know that.
9   Q. Do you know if there's any sort of lawsuit or anything
10   regarding the implementation?
11   A. I have no knowledge of a lawsuit.
12   Q. Do you know if there were any problems on the implementation
13   with regard to implementing the software?  Build legacy
14   applications at HostCentric?
15   A. Any problems implementing the Oracle product with legacy
16   systems?  No.  I don't know of anything in that area.
17   Q. How about integrating it into the customer's existing
18   database?
19   A. The customer's --
20   Q. Existing database.
21   A. I don't know that either.  I think -- you know, my
22   involvement was so early in the stage in just getting the
23   applications up so they could run.  And then beyond that --
24   you know, normally you have to get the suite up and get it
25   running, and then you can start doing integration with other

146

1   systems.  And I was not -- I was only involved in that early
2   piece of it.
3   Q. Do you know how many consultants were involved in that
4   implementation?
5   A. Total?  No.
6   Q. Do you know if Larry Ellison --
7   A. A lot.
8       Go ahead.
9       I mean, compared to most projects, it was a lot.
10   Q. Do you know if Larry Ellison ever visited the client or had
11   discussions with HostCentric?
12   A. Not firsthand, but I was told that he did.  And on the -- one
13   of these conference calls, it was mentioned that Larry was
14   coming out.  And then subsequent to that, it was said that he
15   did visit the site.
16   Q. Do you recall who said that?
17   A. Probably the program director, project manager that was
18   hosting the meeting.
19   Q. But you don't recall specifically?
20   A. No.  I don't recall his name.
21   Q. Do you know what assurances Ellison gave to HostCentric about
22   the implementation of the product?
23   A. It was -- from what I understood, was the customer was quoted
24   a certain fee for implementing the product.  They burned up
25   that money fixing the problems.

147

1       It was my understanding they were told that "We'll make
2   it right.  We're not going to charge any more than we quoted
3   you."  That's my understanding of it.
4   Q. Do you know if HostCentric decided to purchase any other
5   Oracle software as a result of this integration?
6   A. Do I know that?  No, I don't.
7   Q. Okay.  I may have asked you this:  Do you know if HostCentric
8   is a referenced account for Oracle?
9   A. No.  I don't know that either.
10   Q. Okay.  I want to go back to my original question about
11   implementation problems.
12       Do you recall any other customers that had
13   implementation problems relating to Suite 11i specifically?
14   A. I think that is the only one that comes to mind at the
15   moment.
16   Q. Do you know whether the problems experienced by customers
17   were a result of the fact that the product was a new release?
18   A. Read that one more time.
19   Q. Do you know whether the problems that were occurring in the
20   implementation -- let me back up.
21       The problems that were occurring at the HostCentric
22   implementation -- do you know whether the problems were
23   caused by the fact that the product was in its early stages?
24   A. Yes.
25   Q. Do you recall in implementation of Suite 11i modules that --

148

1   a company called AmeriCredit?
2   A. I had some people over there at AmeriCredit.  Yes.
3   Q. Do you recall anything specifically about that
4   implementation?
5   A. Boy, I think the call -- the only thing I can recollect
6   on is, I think the call center products were going smoothly.
7   There may have been some other issues, but I just don't
8   recall.  And again, the call center products had been around
9   and were pretty stable.
10       But I know I had people out there.  I think Bill was
11   out there at AmeriCredit.
12   Q. Involved in the call center implementation?
13   A. (Witness nods head affirmatively.)
14   Q. Do you know whether or not there were excessive amount of
15   consulting hours spent on implementing Suite 11i at
16   AmeriCredit?
17   A. I want to say no.  It's just been so long.  I don't recall.
18   Unlike HostCentric, which was really a problem, I remember
19   that.  But I don't recall if there were other issues at -- at
20   AmeriCredit.  Wait a minute.
21   Q. Do you recall whether or not AmeriCredit refused to pay for
22   any consulting fees as a result of the problems with the
23   implementation?
24   A. Not -- no.  I'm going to say no.
25   Q. Do you know whether Larry Ellison made a personal visit to

ADAMS, BRIAN  6/16/2006  9:00:00 AM

149

1    AmeriCredit?

2    A. AmeriCredit, I don't know.

3    Q. Do you recall whether or not Larry Ellison made personal

4    visits to any other customers during that time frame, 2000,

5    2001?

6    A. Not off -- I mean, con- -- I hear he constantly does that.

7    But I -- I -- in that time frame, related to that, no.  I

8    don't know.

9    Q. So his visits to customer sites was a common occurrence?

10   A. I mean, I would hear that he goes and visits some key

11   accounts from time to time.  Is that considered a common

12   occurrence, your choice of words?  I don't know.

13   Q. I want to talk a little about your involvement in product

14   demonstrations.  You mentioned earlier that you were involved

15   sometimes in the front end with sales consultants?

16   A. Uh-huh.  (Witness answers affirmatively.)

17   Q. What was your involvement typically in that part of the sales

18   process?

19   A. I mean, usually we would go in and you meet with a customer,

20   and the customer may say, "Well, I'd like to see your system

21   do this," or -- so the -- the response to that could either

22   be you do a PowerPoint presentation, explain technically how

23   the system does it, or sometimes you can actually simulate

24   the system doing that.

25   Q. How is -- what was your personal involvement in these

150

1    demonstrations?

2    A. I mean, a lot of times I'd be one of the presenters up there

3    presenting technical aspects of the product, answering

4    technical questions around product.  You know, what are

5    features, functionality, how it works, those types of things,

6    how they can apply it to their particular business.  Those

7    types of things.

8    Q. When you say "the product," are you referring to the call

9    center application?

10   A. Mostly around the call center.  Yeah.  I would say yes,

11   around the call center.  There would be other people there

12   talking about the other modules.

13   Q. Just on average, you know, during the time that you were in

14   the CRM consulting group, how often would you participate in

15   these demonstrations?  On a weekly basis?

16   A. It might not be weekly, but it could have been two, three

17   times a month.

18   Q. When you were -- while you were employed at Oracle, did you

19   become aware of a scheme among the development organization

20   of the vice president's heading the CRM group to rig

21   demonstrations to make product appear functional?

22   A. The way you asked the question, I'm going to say no.  I don't

23   know if any vice president -- but a lot of times, when you're

24   in the field, you don't -- you know, these applications can't

25   run on a laptop.  And so sometimes you have -- like scale

151

1    down or you simulate.  You can pull the screens in, and you

2    can create a little small database behind it and do demos.

3    But that's very common to do.

4         And then there are times the product is not even

5    necessarily ready to show.  You're out there showing it that

6    far in advance.  You find out what the screens look like, and

7    you actually maybe get copies of those.  And again, you run

8    those when the whole application is not necessarily

9    completed.  But that's sort of part of your sales or demo

10   process.  I wouldn't -- the term "scheme" -- I mean, that's

11   very standard.

12   Q. In the software industry?

13   A. Yeah.  And like I say, these are complex packages.  You

14   don't -- it's not like I'm going to show you how

15   Microsoft Word works and I'm going to load it on my laptop

16   and give you a demo on it.

17   Q. Right.

18   A. These things, you're not going to run on a laptop.  And if

19   they're in the process of doing development, you don't even

20   have a host system back at corporate that's up and running so

21   you can show these.  So sometimes you have to build a demo.

22   And like I say, sometimes you use the real screens and just

23   create a little database behind it and it do a simple demo that

24   way.  And that -- that was very standard.

25   Q. Did you --

152

1    A. You may have to do a demo in a conference room and no network

2    connection.  I mean, all kinds of reasons that you have to do

3    these things.

4    Q. Are you aware of any instance when, due to problems with the

5    product, sales consultants would rig demonstrations to make

6    it look like it worked when it really didn't?

7    A. No, not -- not in that context.  No.

8    Q. Do you recall any demonstrations that were rigged to show

9    functionality on the product, that really wasn't there?

10   A. Ooh.  No.  No.  I don't know if I've even seen that.

11   Q. Have you ever heard -- let me back up.

12        While you were at Oracle, did you -- are you aware that

13   Oracle reported saving a billion dollars by implementing

14   Suite 11i internally?

15   A. They did -- they did send something out on that.  And it was

16   a -- a number in the millions of dollars, like you stated.  I

17   think that went out to everybody.  It's like one of these

18   general e-mails.  I do recall that.

19   Q. Did you have any reason to dispute that statement made by

20   Oracle?

21   A. No, I don't.

22   Q. Do you have any substantive understanding of how Oracle

23   calculated the $1 billion savings?

24   A. You know, they talked about that.  I think even in some sales

25   presentations they may have had some text around that when

ADAMS, BRIAN  6/16/2006  9:00:00 AM

153

1    they presented to customers, but I don't recall what it was.

2    Q. At the time -- or I'm going to say, did you believe that that

3    was simply a marketing gimmick?

4    A. I think it was a good sales tool.  As long as it was true, I

5    wouldn't call it a marketing gimmick.  I'd call it a good

6    sales pitch.

7    Q. But you didn't have any basis --

8    A. No.  I didn't have anything to make me tend to not believe

9    it.

10    Q. After the Suite 11i was released while you were in the CRM

11    group, was it clear to you that the company had not done any

12    testing of the interfacing capabilities of the applications?

13    A. I -- when you use the word "clear," I think that was obvious.

14    It appeared that the modules were probably unit-tested and

15    worked very well independently.  I think the instance at

16    HostCentric was very clear that system integration testing

17    was not performed in great detail.

18    Q. What makes you say that?

19    A. The simple fact that a lot of the modules wouldn't

20    communicate with each other, sometimes wouldn't even store

21    data properly in the database, and a number of the problems

22    they experienced.  Those are all the types of things that you

23    test for when you do integration testing.

24    Q. And when you do that testing, do you test whether or not bugs

25    are causing the modules not to speak to each other?

154

1    A. When you do that testing, you have a preset set of criteria.

2    For example, you say, "I'm going to go to the screen and I'm

3    going to enter this.  And then I'm going to go to the

4    database to see if the data is there."  So you have a very --

5    that's an oversimplified -- but you have very -- you do this;

6    this is the result you expect.

7    If you don't get the result, then there's probably a

8    problem.  So you assume there's a bug, and you have to figure

9    out where it is and why you didn't get the result you

10    expected.  And that's pretty -- that's a great, high-level

11    overview of integration testing.

12    Q. Right.

13    Have you ever had heard -- well, while -- while you

14    worked at Oracle, did you ever hear of the product described

15    as "integrated and inoperable"?

16    A. "Integrative but inoperable"?

17    Q. "Integrated and inoperable."

18    A. Did I hear someone use those exact words?  I'd say no, but

19    that is probably a reasonable description of what was

20    happening.

21    Q. Okay.  Aside from bugs that were causing problems with the

22    modules speaking to each other, would you agree that

23    Suite 11i was an integrated suite of ERP and CRM products?

24    A. It was?  It's what it was supposed to be.  Yes.

25    Q. It was designed to be an integrated suite of CRM --

155

1    A. Yes.

2    Q. -- and ERP products?

3    A. Yes.

4    Q. But -- so is it fair to say that -- to summarize what you're

5    saying, is that there were problems in early implementations

6    that were causing the modules not to speak with one another?

7    A. Yes.

8    Q. Are you aware of whether or not the product became more

9    stable in future releases after the initial release in May of

10    2000?

11    A. I know, for example, at HostCentric, as each week went by,

12    they were working off large quantities of bugs in the system.

13    So the answer to that is, even just in that instance alone,

14    it was becoming more and more stable.

15    And if you've worked at Boeing for -- Boeing -- if

16    you've worked at Oracle for a while, you'll find that an

17    initial release will come out; then there will be a suite of

18    patches.  You apply those, and it fixes existing problems,

19    and a little bit later another suite will come out.  And

20    that's pretty standard.  And over time the application gets

21    better and better.

22    Q. And that's standard with typically any major application

23    A. I think that's probably standard with any major application

24    manufacturer.  And even other companies out there --

25    competitors -- they release products and then come out with

156

1    patches after the release and continue to come out with

2    patches for some time after.

3    MR. HARRISON:  Can we take a five-minute

4    break?  I can look at this real quick and see if I have

5    anything else.

6    MS. McLAUGHLIN:  Sure.  Sure.

7    THE VIDEOGRAPHER:  We're going off the

8    record at 1:29.

9    (A recess was taken.)

10

11    THE VIDEOGRAPHER:  Back on the record at

12    1:33.

13    Q. (By Mr. Harrison)  I just have a few follow-up questions;

14    then I'll turn it over to plaintiffs' counsel.

15    I wanted to ask you about -- well, let me just ask, do

16    you recall while you were working in the CRM consulting group

17    that that group was notified by e-mails that models of 11i

18    didn't work and that consultants should not install them?

19    A. Yes.

20    Q. What do you recall about that?

21    A. Basically not -- I don't want to say that the module itself

22    didn't work, but it was if there was a problem when you ran

23    the install or certain screens wouldn't come up and you

24    couldn't complete the installation.  Now, is that a module

25    problem or an installer problem?  I don't recall what the

157

1  final resolution of that was.

2  Q. You don't know whether it was a problem with the product

3  or --

4  A. Well, the installer is part of the product.  So let's just

5  say it was part of it.

6  Q. How often were there e-mails that said, "Do not install"?

7  A. I only recall one e-mail -- one e-mail that said that.

8  Q. Do you remember --

9  A. But we discussed it in weekly meetings and stuff.

10  Q. You only recall one e-mail that said that?

11  A. To the best of my recollection.

12  Q. Do you recall which products it related to?

13  A. I think --

14  Q. Which module.

15  A. -- it had to do with any of the CRM products -- it -- right

16  after they announced that it had released and it was

17  shipping, we got the e-mail saying don't try to install it.

18  Q. Did the e-mail explain that a patch was coming out that would

19  fix the problem so to wait to install it?

20  A. It -- it may have had something in there.  But I know our

21  follow-on meetings discussed each patch release and when it

22  was coming and what was going to be fixed in that.

23      Whether the e-mail had that detail of information, it

24  probably didn't, to the best of my recollection, but we

25  discussed that in meetings.

158

1  Q. Do you know what -- have you ever heard of the phrase a

2  "megapatch"?

3  A. Yep.

4  Q. What is that?

5  A. That's min-- miniptach [sic] is loaded on a -- on a single

6  disk or mini disk.  So you're basically installing a large

7  number or a number of patches, more than just one.

8  Q. Do you recall in your time at CRM consulting group that

9  e-mails would go out instructing consultants to wait until a

10  megapatch came out instead of installing several individual

11  patches?

12  A. I don't remember.

13  Q. In your experience at Oracle, did you indeed do that

14  sometimes -- well, let me strike that.

15      Did consultants in your group ever wait until a

16  megapatch would come out rather than installing several

17  smaller patches?

18  A. Maybe.

19  Q. You don't recall specifically?

20  A. I said "maybe."

21      MS. McLAUGHLIN:  Objection.  Assumes

22  testimony.

23      THE WITNESS:  You said over my period of

24  time in Oracle, or do you want to just kind of narrow that

25  down?

159

1  Q. (By Mr. Harrison)  I want to narrow it down to the 2000, 2001

2  time frame.

3  A. I don't recall an e-mail or anything directing people not to

4  load specific patches, to wait on a megapatch.  And you

5  also -- I know you want me to be brief -- but you also have

6  to understand that even if a patch comes out, a customer may

7  not want you to walk in and load every individual patch,

8  because you'd pull their system down.  They may say, "Wait

9  until you get a group of patches and then run them."  So it's

10  not always driven by Oracle.

11      But I do not remember an instruction saying, "Don't

12  load individual patches.  Wait on a megapatch."  Usually it

13  was just "This next megapatch will fix this, and when you get

14  it, load it."  That's to the best of my recollection.

15      MR. HARRISON:  I have nothing further at

16  this time.  I reserve the right to rebut.  I'll turn it over

17  to plaintiffs' counsel.

18      MS. McLAUGHLIN:  Okay.

19      Let's go off the record.

20      THE VIDEOGRAPHER:  We're going off the

21  record at 1:38.

22      (A recess was taken.)

23

24      THE VIDEOGRAPHER:  We're back on the

25  record at 1:39.

160

1      EXAMINATION

2  BY MS. McLAUGHLIN:

3  Q. Good afternoon, Mr. Adams.

4  A. Good afternoon.

5  Q. My name is Valerie McLaughlin.  We met earlier today.  I

6  represent the plaintiffs.  I just have a few questions for

7  you.

8      Earlier you were referring to a woman named Kerri.  Do

9  you recall her last name?

10  A. Kerri Freeman.

11      MR. HARRISON:  Thank you.

12  Q. (By Ms. McLaughlin)  While you were -- earlier today you

13  testified that you would receive e-mails and send e-mails at

14  Oracle in the course of your duties there?

15  A. Uh-huh.  (Witness answers affirmatively.)

16  Q. Do you recall in 2001 ever receiving a message in any way to

17  preserve those e-mails?

18  A. No, I don't.  I don't recollect that.

19  Q. And my --

20  A. But I can tell you, at the time I left -- I'm one of these

21  people that keeps every e-mail I get.  It was probably on my

22  laptop, and I still have it.

23  Q. That was going to be my next question:  Did you have a

24  regular course of deleting e-mails, or was your practice to

25  retain those?

161

1   A. No. My practice was -- is to create a local folder, because

2   Oracle's e-mail system -- once you get so much e-mail in

3   there, it won't let you send or receive e-mails. So I always

4   create local folders and usually by the name of the person

5   who sent it to me. And I would always store messages there.

6         But I also recall that when I went to Columbus, Ohio,

7   my system suffered a catastrophic disk failure while I was up

8   there on their project. So what I finally turned in, which

9   was right after that project, probably did not have very much

10  on it at that time.

11  Q. When you say "catastrophic," you mean that your laptop

12  crashed?

13  A. It died, and they had to send me a whole new disk drive for

14  it. It wouldn't start up, anything.

15  Q. Would those files have been saved anywhere else on the

16  system?

17  A. No, because they were just -- like I say, I store them off on

18  the local hard drive just so I have a record of all my

19  communications.

20        Let's see. I'm trying to recall if Oracle had

21  implemented automated backup of the laptops at that time and

22  whether or not it backed up e-mail files. I don't recall.

23  Some companies do that.

24  Q. Right.

25  A. But they exclude certain files from being backed up because

162

1   it takes up too much space. But I just can't tell you.

2   Q. Okay.

3   A. If it did include that, then maybe there's a record of them

4   somewhere.

5   Q. Okay. And just as a follow-up, when earlier we were talking

6   about the -- prior to the release of 11i, you said -- I don't

7   know -- I don't recall, and I don't want to misstate your

8   testimony. Is it fair to say that you said normally alpha

9   and beta testing would be performed on a specific product

10  prior to its release?

11  A. I can't say that Oracle follows that process. But it is

12  industry standard, especially for very large, complex

13  applications. You just can't imagine all the possible

14  combinations of things a customer will do with an

15  application, you know, just in your testing environment.

16        And you also have very limited time. I mean, you

17  can -- you can take every field and then a date in it and

18  make sure it gets stored. I mean, there are certain things

19  you can go through. But the real proof of the product is

20  getting out there and doing some alpha and beta testing.

21  Q. Would you -- did you believe that part of the alpha and beta

22  testing -- if it did, in fact, occur at Oracle, was that part

23  of the Homo- -- the HomoCentric deal?

24        MR. HARRISON: Objection. Calls for

25  speculation.

163

1         THE WITNESS: I'm sorry. Oh.

2   HostCentric?

3   Q. (By Ms. McLaughlin) Yeah.

4   A. Now, I don't know if that -- if they signed -- their contract

5   said, "We want to take your product, and we'll take it in an

6   alpha state" or "beta state." I can't tell you that. I just

7   assume them to be a customer that bought the product.

8         But if it were still in an alpha state, I'm sure the

9   contract would -- you would think the contract would read

10  that way so the customer agrees to what they're getting into.

11  That would be my thought on it.

12  Q. And with your -- through your conversations and meetings with

13  the consultants and the people at HostCentric, did you

14  believe that they were under the perception that they were a

15  test case for 11i?

16  A. No, I didn't. I didn't get that at all.

17        MS. McLAUGHLIN: Okay. I think that's

18  all I have today. Thank you.

19        THE WITNESS: Wow.

20        MR. HARRISON: Nothing further.

21        THE VIDEOGRAPHER: That concludes today's

22  deposition of Brian Adams. The total tapes used were two.

23  We're going off the record at 1:44.

24  Thank you.

25        THE REPORTER: Mr. Harrison, just to

164

1   confirm, are you ordering the transcript?

2         MR. HARRISON: Yes.

3         THE REPORTER: And you would like a rough

4   draft?

5         MR. HARRISON: Yes.

6         THE REPORTER: Ms. McLaughlin, would you

7   like to order a copy?

8         MS. McLAUGHLIN: Yes.

9         THE REPORTER: Would you like to order a

10  rough draft?

11        MS. McLAUGHLIN: No.

12        (Signature reserved.)

13        (Deposition concluded

14        at 1:44 p.m.)

15

16

17

18

19

20

21

22

23

24

25

ADAMS, BRIAN  6/16/2006  9:00:00 AM

165

1          I, BRIAN ADAMS, do hereby declare under penalty of

2     perjury that I have read the foregoing transcript of my

3     deposition; that I have made such corrections as noted

4     herein, in ink, initialed by me, or attached hereto; that my

5     testimony as contained herein, as corrected, is true and

6     correct.

7

8          EXECUTED this_____day of_____, 2006, at

9     _____(City),_____(State).

10

11

12              _____

13          BRIAN ADAMS

14

15

16

17

18

19

20

21

22

23

24

25

166

1     STATE OF WASHINGTON )   I, David A. Hart,
                          ) ss CCR 2007, a
2     County of Thurston  )   duly authorized Notary
                              Public in and for the
3                             State of Washington,
                              residing at Yelm,
4                             do hereby certify:
5
6
           That the foregoing deposition of BRIAN ADAMS was
7     taken before me and completed on June 16, 2006, and
      thereafter was transcribed under my direction; that the
8     deposition is a full, true and complete transcript of the
      testimony of said witness, including all questions, answers,
9     objections, motions and exceptions;
10         That the witness, before examination, was by me
      duly sworn to testify the truth, the whole truth, and nothing
11    but the truth, and that the witness reserved the right of
      signature;
12
           That I am not a relative, employee, attorney or
13    counsel of any party to this action or relative or employee
      of any such attorney or counsel and that I am not financially
14    interested in the said action or the outcome thereof;
15         That I am herewith securely sealing the said
      deposition and promptly delivering the same to Attorney
16    MATTHEW D. HARRISON.
17         IN WITNESS WHEREOF, I have hereunto set my hand and
      affixed my official seal this 22nd day of June, 2006.
18
19
20
           David A. Hart, CCR, RPR
21         Notary Public in and for the State
           of Washington, residing at Yelm.
22
23
24
25