# Exhibit 10

| | |
|---|---|
| From: | MONTAGUE,KAREN (HP-PaloAlto,ex1) |
| Sent: | Thursday, July 12, 2001 3:26 PM |
| To: | HICKEY,SEAN (HP-Cupertino,ex1); SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1); ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-Cupertino,ex6); RAFFL,STEFAN (HP-MountainView,ex6) |
| Cc: | COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1); STRAUB,HARALD (HP-Germany,ex1); OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1); RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1); SNYDER,STEPHEN (HP-PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1); WHARTENBY,DARCY (HP-MountainView,ex1); HEINING,HEINZ (HP-Germany,ex1) |
| Subject: | RE: CRM Licenses |
| Attachments: | OracleCRMPurchaseSummary07.12.01.doc |



OracleCRMPurchaseSummary07.12....

```
        Hello Sean,

As requested, I have attached a summary of HP's Oracle CRM purchase in November 2000
(including the CRM Modules and the number of users purchased). If you need additional
information or have any questions please contact me.

Thanks Dave for the great job summarizing the history, finances, relationship, etc.

Regards,
Karen Montague
Strategic Negotiations Manager
eBusiness Solutions
HP Global IT Procurement

Voice: 650-857-3718
Fax:   650-236-1653


-----Original Message-----
From: HICKEY,SEAN (HP-Cupertino,ex1)
Sent: Thursday, July 12, 2001 12:58 PM
To: SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1); ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-
Cupertino,ex6); RAFFL,STEFAN
(HP-MountainView,ex6)
Cc: COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1); STRAUB,HARALD
(HP-Germany,ex1); OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1);
RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1); SNYDER,STEPHEN (HP-
PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1); WHARTENBY,DARCY (HP-MountainView,ex1);
MONTAGUE,KAREN (HP-PaloAlto,ex1); HEINING,HEINZ (HP-Germany,ex1); HICKEY,SEAN (HP-
Cupertino,ex1)
Subject: RE: CRM Licenses
Importance: High


Darcy and Karen,

Could you please review what Dave has put together here in terms of the final analysis you
are driving. Dave provides a good write up here, but I also wnat to ensure we have the
full set of facts.

Here are my inputs:
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HP 00019

1

1. There were never any licenses that were purchased in the category of " Expense category. These licenses were bought as an "incentive" for Oracle to help us increase HP's revenue. They are probably most accurately categorized as a Headquarters SG&A expense, not IT." Secondly, this agreement superceded the 1999 agreement, (was not additive). Correct me if I'm wrong.

2. It is critical to view this agreement as a Enterprise License Agreement and not something which is specific to BCO. Also, this needs to be managed in terms of the software products which are available to HP vs. a narrow organization view. Karen Montague will provide as part of this process the list of all the products which are available to HP from Oracle.  Overall, this is needs to be look at as an integrated Enterprise System, not a BCSO system, much like the SAP platform for Supply Chain.

3. It is expected that Oracle will be used by HP Consulting for Customer Contact Management, Lead/Funnel Management etc. in addition to using SAP for Engagement Management, (oracle CRM is already being piloted in NA). Between SAP and Oracle, most of the six different Regional HP Consulting legacy systems will be obsoleted. It would defy logic if HPC went with a different application technology that the sales team is using for the same customer facing processes.

4. Secondly, there are at least 12+ solution web sites plus ESP which should use the licenses available under this agreement, (marketing on-line, marketing encyclopedia system)  vs. continuing to evaluate other technology which either don't work, (e.g. Adjunta, Short Cycles etc.) or requires costly/unnecessary integration of multiple technologies.

5. It is expected that Oracle compensation will be used, but not until 2H FY02. This is required to retire the multitude of legacy systems in this space plus to add comp plan modeling and pay plan modeling, (something done today with spreadsheets with little ability to measure against results)  Also, prior to signing the Oracle Agreement the previous compensation application front runner, Calidas, was thrown out.

6. The mobile licenses are a real possibility especially given the wireless pilot with Journadas now proceeding in NA which is part of the overall CRM rollout on a worldwide basis.

7. Inbound call center implementation to replace Remedy, (now delayed until FY02), will dramatically increase license usage when implemented.

9. Closed loop marketing now runs on Broadbase which has been integrated with Oracle CRM, it logically makes sense to obsolete Broadbase overtime and has a overlay with the PRM requirements.

10. There is real potential for meeting some of/all of the short term PRM requirements vs. introducing another application vendor.

10. There is the ability to exchange up to 20% of the licenses.

In general, my concern is the overall CRM rollout continues to be slowed down for various reasons vs. speeding up the entire implementation, (the current plan will result in the obsolescence of 247+ legacy systems not including items 3-10 above).

In terms of the support costs, there is already a $2.2M support FY01 2H cost reduction request on the table with Oracle.

I fully support that both that all capitlaize/amortized set ups get reviewed at least quarterly as a reqular process.  This is especially true in this situation where the original plan of record has changed several times since Nov.

Regards,

SEAN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HP 00020

2

HP 00021

```
-----Original Message-----
From: SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1)
Sent: Thursday, July 12, 2001 8:36 AM
To: ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-Cupertino,ex6);
RAFFL,STEFAN (HP-MountainView,ex6)
Cc: COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1);
HICKEY,SEAN (HP-Cupertino,ex1); STRAUB,HARALD (HP-Germany,ex1);
OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1);
RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1);
SNYDER,STEPHEN (HP-PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1);
WHARTENBY,DARCY (HP-MountainView,ex1)
Subject: CRM Licenses
```

Lou, Ken, Stefan,

I thought it would help to brief you on the details behind the Oracle CRM $13m potential write-off. Attached is a one-page summary of background, balance sheet position, and accounting issues/recommendations.

I will be on FTO from today, returning Monday 23rd. If you have questions in the meantime, please contact Matt Solters (tn 748-8504).

Regards,
Dave

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY