# Exhibit 11

| | |
|---|---|
| **From:** | MONTAGUE,KAREN (HP-PaloAlto,ex1) |
| **Sent:** | Friday, October 26, 2001 11:22 AM |
| **To:** | FLOWER,CRAIG (HP-Cupertino,ex6); MAY,PHILIP (HP-Cupertino,ex1); RATHJENS,THOMAS W (HP-USA,ex3); HEYDEN,SCOTT (HP-PaloAlto,ex1) |
| **Cc:** | MONTAGUE,KAREN (HP-PaloAlto,ex1); HICKEY,SEAN (HP-Cupertino,ex1) |
| **Subject:** | Oracle CRM Strategy Document |
| **Importance:** | High |
| **Attachments:** | OracleCRMCompensation10.25.01.doc; Oracle CRM - Oracle vs HP View.xls |

The attached documents are intended to facilitate today meeting...

*Karen Montague*
Strategic Negotiations Manager
eBusiness Solutions
HP Global IT Procurement

Voice: 650-857-3718
Fax: 650-236-1653

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HP 00008

HP Confidential Information

### HP - Oracle CRM Negotiating Strategy

1) Agree on what we own (tie to payment of $13M and resolve by Nov. 7. Need top mgmt buy-in to this hardball approach)
    - License counts using spreadsheet
    - Language that protects us
        i. Specific language on Marketing web site
        ii. Specific language or license counts on Call Center Software (outside of swap clause)

2) Agree on support costs moving forward (tie to payment of 2M and support renewal and resolve by Nov 30)
    - Based on graduated scale and HP rollout plans (this is where we explain delays)

3) Agree on compensation for FY01 and any concessions made by HP on what HP owns (tie to go to market initiatives - suggest using HPC and "measurable" HP market share of Oracle products. --- Phil May can take over)
    - Hard dollar compensation for too much support paid and paying for consulting to fix bugs and having to keep consulting longer due to product delays
    - Having to license Remedy and Broadbase
    - Lost ROI for HP based on not getting efficient running marketing campaigns - $50 M
    - Lost HW sales because Oracle product is behind in Market place - $50M

## *HP - CRM Compensation*

- $7.2M FY '01 Support credit (credit of support fees paid based on 15% deployment)
- $7.6M FY '02 Support reduction (15% of total deployed licenses) vs. (22% of total license fees paid)
- $6.7M License credits for POL (11,256 licenses * $597 (40% discount))
- $1.6M License credits for Wireless (9,045 licenses * $177 (40% discount))
- $600K License credits for Inbound (1,000 licenses * $597 (40% discount))
- $22.5M License credits for advanced Business Intelligence
    o Sales Intelligence (11,256 licenses @ $1495)
    o Service Intelligence (1,650 licenses @ $1495)
    o Customer Intelligence (list is $50/employee?) Need definition on this.
    o Marketing Intelligence (1,375 licenses @ $1495)
    o Interaction Center Intelligence (2,000 licenses @ $595)
- $600K FY '02 On-Site support (Oracle to provide at no cost)

**Total CRM Compensation $46.8M**

## *What HP Owns and Why*

**What HP Owns:** See Excel Spreadsheet – Tom Rathjens

**Why HP should own Wireless:**
Last year Oracle did not have a mobile solution that was secure or well tested and Oracle gave us "credit" on the support we paid for wireless – see accommodation email from Mark Flessel dated 7/27/2000.

Jan 22 - Tom Rathjens provided Dennis Wu as contact regarding Mobile Field Sales. The very first discussions with Oracle (Kevin McBride & Dennis Wu) revolved around HP wanting to skip disconnect mode in favor of wireless access.

Mar 20 - Oracle is provided a wireless Jornada and shows demo connecting to their production systems inside their firewall in two days time frame.
Mar 23- Wireless summit with Oracle - develop go forward plan
Apr 19 - HP ships server to Oracle (Oracle will not pay for server)
May 02 - Oracle request rack mount for server provided (Oracle will not pay for rack mount kit)

HP provides Oracle with 30 Jornadas then an additional 100 Jornadas

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**HP 00009**

HP Confidential Information

May 07 - Rack mount provided
May 12 - Status from Oracle "The HP Unix Server (installed into the Oracle Data Center) has been configured"
May 14 - email from Oracle "The L Class 2000 server that is on loan from HP only has 1 gig of memory. It needs to have an additional 4 gigs of memory. Can you get us additional memory fast?"
May 15 - additional memory shipped (HP pays for memory)
May 25 - email from Oracle "Based on the progress to date, it does not appear that we will be ready to conduct a demo by next Tue, 5/29."
Jun 12 - email from Oracle "The testing of the mobile applications on this server has failed. Additional patches and configuration is required. Unfortunately, we need to delay the demo another week: next Thursday PM, June 21."
Jul 17 - Oracle telecon - Oracle is applying patches around the clock to install OCRM up to 11.5.4.07 patch level. Forecast to have URL to HP by Friday (Jul 20) and do live demo next Tues (Jul 24)

HP was informed in September 01 that the Mobile Licenses do not include "wireless". HP and Oracle have been discussing throughout the year wireless access because HP was under the impression that the 9045 Mobile licenses we owned included wireless.

**Why HP should own POL:**
1) Early 2000 - HP & Oracle were testing lead sharing in 3i with the intent of extending to other partners
2) Summer 2000 - partner lead sharing was dropped during the 3i to 3iV2 upgrade and HP was not happy about this
3) Summer 2000 - Oracle tried to get partner lead sharing working in 3iV2 "build 40" and this did not happen
4) Winter 2000/2001 during the 3iV2 to 11i upgrade, the POL appeared
5) Prior to the Nov 2000 negotiation, all discussions were that POL licenses are included in OSO
6) Our impression after Nov 2000 was we had enough POL/OSO licenses to cover the HP enterprise
6) Later in 2001, Oracle (Kurt Speck) said you have either POL or OSO licenses
7) Now Oracle has "morphed" this into you have zero POL licenses.

## Kurt Speck email 9/19/2000
Tom,
I attached a confidential release content document on PRM. I also
attached a one page overview of the Oracle E-Business Suite, including
PRM (the PRM module is part of the sales solution, but not part of salesonline. I don't have pricing on the PRM module yet; I will get it to you as soon as I can.

## Kevin Mcbride email 10/19/2000
Tom, Howard & Randy:
Please escalate immediately to Oracle development regarding Build 40 for 3iV2.

Build 40 is intended to be the last major build for 3iV2 and it fixes many of our issues and delivers Lead Sharing functionality.

Development has committed Build 40 to be delivered on November 1, 7, 16, 18am, 18pm, and now 19pm.

This is TOTALLY UNACCEPTABLE. I will not have development continue to lie to my team about when patches will be delivered. If we receive this patch TODAY we have a limited window to test before our next forecast.

Oracle is well aware of our needs and I suspect they are holding up the release of the patch for reasons tied to lead sharing.

I continue to be frustrated with receiving patches that do not include all of the fixes promised, however at least this approach provides SOME fixes.

Please ask Muhi and his team to reevaluate the substandart support we are receiving for the only production instance of Oracle Sales Online up in Hewlett-Packard.

Regards,

Kevin McBride
Sales Online Design Lead

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HP 00010

HP Confidential Information

Kurt Speck email – 10/20/2000

Sincere apologies for issues re: Lead Sharing. Oracle is meeting internally this afternoon (10/20 3:30-5:00pm PST) to address your concerns and determine the proper strategy. We would like to review the next steps with the HP Team on Monday @ 8:00am PST. Please send back your availability for a con call at this time (or alternatives) and I will send back the dial in information this evening.

Kurt Speck email – 11/20/2000  "**NOTE: PRM included with Sales Online (Field Sales)**"

**Why HP should own the intelligence products:**
Kurt Speck email 9/19/2000
Tom,
Regarding your questions on Business Intelligence: the Business Intelligence products are included with each module (Advanced Inbound includes Call Center Intelligence, Sales Online includes Sales Intelligence, Marketing Online includes Mktg Intelligence, Service includes Customer Intelligence). I also attached Business Intelligence information.

## *Proposed New Contract Language*

"**New Release**" means a newly marketed variation of the Program or its components, which Updates or enhancements to the Program, which is substantially similar to the original licensed Program and is provide to HP at no additional cost. A New Release is designated by a number to the right of the decimal point (such as Vx.1 or Vx.2 or Vx2.2).

"**New Version**" means a newly marketed variation of the Program or its components, which exhibits significant functionality or feature changes or improvements when compared to the original licensed Program or other substantially similar Programs developed or marketed by Oracle and is provided to HP at no additional charge provided HP is under a current support agreement with Oracle. A New Version is designated by a number located to the left of the decimal point (such as V1.x or V2.x).

"**New Product**" shall mean a newly marketed Program developed by or on behalf of Oracle that exhibits significantly different features or functionality when compared to the original licensed Program and does not fall within the definition of New Version herein. If the New Product contains functionality or features found in the original licensed Program HP shall be entitled to such New Product at no additional cost.

## *Supplemental Information*

### *HP's CRM support provided by Oracle*
HP's support cost for FY01 with Oracle is as follows:

- **$4.7M for 24x7 support and update subscription (New licenses) (support cost is 22% of $21.3M net license fees)**
- **$3.2M for 24x7 support and update subscription (Migrated licenses) (support cost is 20% of $14.8 net license fees)**
- **$600K for Premium Technical support (8 – 5 support including 2 on-site engineers)**

The CRM support cost above is for one year with guarantees for the initial two renewal years not to exceed 5% over the previous years fees.

### *Oracle's HW support provided by HP*
Oracle's true support cost for FY01 provided by HP is as follows:

- **$500k for 24x7 CSS support (4 hour response) (Year 1) (support cost is 1.7% of $30M net HW purchases)**
- **$1.2M for 24x7 CSS support (4 hour response) (Year 2) (Support cost is 4% of $30M net HW purchases)**
- **$1.2M for 24x7 CSS support (4 hour response) (Year 3) (Support cost is 4% of $30M net HW purchases)**
- **$2.9m for mission critical (4 hour resolution), 24x7 support including 10 onsite engineers, custom processes etc**

A valid comparison to Oracle's support is CSS since Oracle does not include any on-site support engineers at HP nor do they offer 4 hours call-to-resolution. Given the $30m HW purchases (net), this gives a 1.6% support cost

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HP 00011

HP Confidential Information

Oracle's position is based on saying that the CSP, mission critical support is what they pay, and including the full $2.7m that was for 3years CSS support (i.e. $500k for this year, $1.2m for years 2 and 3). This equates to an annualized support cost of 20%. Clearly this is not a valid point due to Oracle not offering 4 hour call resolution, on-site engineers as well as summing the 3 year support cost and then annualizing it.

REDACTED

r,

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HP 00012