| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (SBN 85705) |
| 2 | Michele F. Kyrouz (SBN 168004) |
| | Rees F. Morgan (SBN 229899) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | E-mail: peter.wald@lw.com |
| |         michele.kyrouz@lw.com |
| 6 |         rees.morgan@lw.com |

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Rees F. Morgan (SBN 229899)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com
         rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com
Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><u>CLASS ACTION</u><br><br>**NOTICE OF COMPLIANCE WITH NOVEMBER 1, 2007 ORDER AND SUBMISSION OF CERTAIN DOCUMENTS IN PUBLICLY-AVAILABLE FORM**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF COMPLIANCE WITH NOVEMBER 1, 2007 ORDER
AND SUBMISSION OF CERTAIN DOCUMENTS IN PLUBLICLY
AVAILABLE FORM

Pursuant to the Court's November 1, 2007 Order Re: Requests to File Documents Under Seal, Defendants re-filed, on November 12, 2007, certain documents in unredacted form that are no longer subject to seal, as well as certain documents in redacted and publicly available form that continue to warrant confidential designation pursuant to the Court's Order.

1. Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues, Docket No. 1412.

2. Exhibit 13 [Redacted] to the Declaration of David C. Fortney in Support of Defendants' Opposition to Plaintiffs Supplemental Submission Regarding Spoliation Issues, Docket No. 1413.

3. Exhibit 43 to the Declaration of David C. Fortney in Support of Defendants' Opposition to Plaintiffs Supplemental Submission Regarding Spoliation Issues, Docket No. 1414.

4. Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination, Docket No. 1415.

5. Exhibit 6 [Redacted] the Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination, Docket No. 1416.

Dated: November 13, 2007

Respectfully submitted.
LATHAM AND WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Sean M. Berkowitz
Patrick E. Gibbs
Jamie L. Wine
Matthew Rawlinson

/S/
By: _____

Rees F. Morgan
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY and EDWARD J. SANDERSON