## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **October 12, 2007**, I served the following document described as:

1. **NOTICE OF COMPLIANCE WITH NOVEMBER 1, 2007 ORDER AND SUBMISSION OF CERTAIN DOCUMENTS IN PUBLICLY-AVAILABLE FORM.**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

I caused a true and correct copy of the document(s) listed above to be delivered by electronic mail to the following party at the address set forth below:

Shawn A. Williams, Esq.  
Willow E. Radcliffe, Esq.  
Lerach, Couglin, Stoia, Geller, Rudman & Robbins LLP  
100 Pine Street, Suite 2600  
San Francisco, CA 94111  
shawnw@lerachlaw.com  
willowr@lerachlaw.com

Mark Solomon, Esq.  
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
marks@lerachlaw.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Panel at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 13, 2007**, at San Francisco, California.

/S/

Lori Quinn