**PROOF OF SERVICE**

   I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA  94111-2562.

   On **October 12, 2007**, I served the following documents described as:

1. **ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBITS PURSUANT TO THE COURT'S NOVEMBER 1. 2007 ORDER RE: REQUESTS TO FILE DOCUMENTS UNDER SEAL.**

**2. DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF EXHIBITS PURSUANT TO THE COURT'S NOVEMBER 1. 2007 ORDER RE: REQUESTS TO FILE DOCUMENTS UNDER SEAL.**

**3. DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES [UNREDACTED].**

**4. EXHIBIT 13 [REDACTED] TO THE DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES.**

**5. EXHIBIT 43 TO THE DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES.**

**6. DEFENDANTS' MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION.**

**7. EXHIBIT 6 [REDACTED] TO THE DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION.**

   by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

    I caused a true and correct copy of the document(s) listed above to be delivered by electronic mail to the following party at the address set forth below:

| | |
|---|---|
| Shawn A. Williams, Esq.<br>Willow E. Radcliffe, Esq.<br>Lerach, Couglin, Stoia, Geller, Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>shawnw@lerachlaw.com<br>willowr@lerachlaw.com | Mark Solomon, Esq.<br>Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>marks@lerachlaw.com |

    I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Panel at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on **November 13, 2007**, at San Francisco, California.


                     /S/
                    Lori Quinn