| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Phone: (213) 485-1234<br>Fax: (213) 891-8763<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION PURSUANT TO CIV. L.R. 7-3(d)**<br><br>Honorable Judge Martin J. Jenkins<br>Hearing Date: November 16, 2007<br>Time: 1:30 p.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' STATEMENT OF RECENT DECISION
PURSUANT TO CIV. L.R. 7-3(d)
Master File No. C-01-0988-MJJ (JCS)

1  Pursuant to Civil Local Rule 7-3(d), Defendants hereby submit this Statement of Recent Decision to bring the Court's attention to an opinion from the Northern District of Texas, *Ryan, et al. v. Flowserve Corporation, et al.*, No. 3: 03-CV-1769-B, 2007 WL 3357692 (N.D. Tex. Nov. 13, 2007) ("*Flowserve*"), attached hereto as Exhibit A.  This decision, denying plaintiffs' motion for class certification for claims brought under Section 10b of the Securities and Exchange Act (15 U.S.C. § 78j) and granting defendants' motion for summary judgment on claims brought under Section 11 of the Securities Act (15 U.S.C. § 77k), addresses issues of loss causation under *Dura Pharmaceutical, Inc. v. Broudo*, 544 U.S. 336, 338 (2005), as well as opinions offered by the Flowserve plaintiffs' expert, Bjorn Steinholt (who is also Plaintiffs' expert in this case) and the Flowserve defendants' expert, Professor Christopher James (who is also Defendants' expert in this case).

Consequently, the *Flowserve* opinion is directly relevant to the motions that this Court is scheduled to hear on November 16, 2007.

Dated:  November 15, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Sean M. Berkowitz
Patrick E. Gibbs
Jamie L. Wine
Matthew Rawlinson

By:_____/s/_____
Patrick E. Gibbs
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' STATEMENT OF RECENT DECISION
PURSUANT TO CIV. L.R. 7-3(d)
Master File No. C-01-0988-MJJ (JCS)