IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NURSING HOME PENSION,**  No. **C-01-0988**

    Plaintiff,  **Clerk's Notice**

v.

**ORACLE CORPORATION, et al.,**

    Defendants,

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court hereby **VACATES** the motions hearing currently scheduled for Friday, November 16, 2007 at 1:30 p.m. before the Honorable Martin J. Jenkins and **CONTINUES** the hearing to a date to be set by further order of the Court.

Dated: November 15, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.