COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) |  Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER WITHDRAWING ADMINISTRATIVE REQUESTS FOR SEALING |
| This Document Relates To:<br><br>     ALL ACTIONS. | |

1    WHEREAS on November 1, 2007, the Court issued an Order regarding the parties' and non-

2  parties' requests to keep certain documents under seal which were listed in the joint filing entitled

3  The Parties' and Non-Party Matthew Symonds' Submission of Documents Subject to Requests For

4  Protective Seal Pursuant to Fed. R. Civ. P. 26(c) and Civil L. R. 79-5, (hereafter "Request for Seal")

5  Docket No. 1242.  Order Re: Request to File Documents Under Seal (hereafter the "Order"), Docket

6  No. 1399.

7    WHEREAS the Order unsealed the vast majority of the documents attached as exhibits to

8  dispositive motions, as well as those documents attached as exhibits to motions relating to non-party

9  Matthew Symonds.

10    WHEREAS the Order instructed the parties to withdraw the still-pending administrative

11  requests for sealing orders that have been mooted by the meet-and-confer efforts, hearings, and by

12  the Order itself.

13    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants subject to

14  the approval of the Court:

15    Attached hereto as Exhibits A and B are listings, by docket number, of the administrative

16  requests for sealing orders filed by the parties which are hereby withdrawn pursuant to continued

17  protection authorized by the Court for certain documents or portions thereof identified in the Order

18  at footnotes 5, 6, 7 and 9.

19    Pursuant to the Order, the parties will newly file under seal, unredacted versions of each

20  document which the Order authorizes to remain under seal.  The parties will also file redacted,

21  publicly-available versions consistent with the Order.

22

23

24

25

26

27

28

1        Because the Order grants certain requests for protective seal as listed in footnotes 5, 6, 7 and

2   9, the parties will not file additional administrative requests to seal these documents.

3   DATED:  November 12, 2007                    COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
4                                                SHAWN A. WILLIAMS
                                                 WILLOW E. RADCLIFFE
5                                                MONIQUE C. WINKLER
                                                 ELI R. GREENSTEIN
6                                                DANIEL J. PFEFFERBAUM

7

8                                                    /s/ Shawn A. Williams
                                                 _____
9                                                    SHAWN A. WILLIAMS

10                                               100 Pine Street, Suite 2600
                                                 San Francisco, CA  94111
11                                               Telephone:  415/288-4545
                                                 415/288-4534 (fax)

12                                               COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
13                                               MARK SOLOMON
                                                 DOUGLAS R. BRITTON
14                                               STACEY M. KAPLAN
                                                 655 West Broadway, Suite 1900
15                                               San Diego, CA  92101
                                                 Telephone:  619/231-1058
16                                               619/231-7423 (fax)

17                                               Lead Counsel for Plaintiffs

18   DATED:  November 12, 2007                   LATHAM & WATKINS
                                                 PATRICK GIBBS
19

20                                                          /s/
                                                 _____
21                                                     PATRICK GIBBS

22                                               LATHAM & WATKINS LLP
                                                 140 Scott Drive
23                                               Menlo Park, CA  94025
                                                 Telephone:  650/328-4600
24                                               650/463-2600 (fax)

25

26

27

28

1

2      LATHAM & WATKINS LLP
       Peter A. Wald
3      Michele F. Kyrouz
       505 Montgomery Street, Suite 2000
4      San Francisco, CA  94111
       Telephone:  415/391-0600
5      415/395-8095 (fax)

6      Attorneys for Defendants

       I, Shawn A. Williams, am the ECF User whose ID and password are being used to file
7  this JOINT STIPULATION AND PROPOSED ORDER WITHDRAWING
   ADMINISTRATIVE REQUESTS FOR SEALING.  In compliance with General Order 45, X.B.,
8  I hereby attest that Patrick Gibbs has concurred in this filing.

9                                    *        *        *

10                                  **O R D E R**

11       IT IS SO ORDERED.

12  DATED:  _____        _____
                  11/16/07
13                                     THE HONORABLE MARTIN J. JENKINS
                                       UNITED STATES DISTRICT JUDGE
14
   T:\Cases$F\Oracle3\S_O00047162.doc
15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND PROPOSED ORDER WITHDRAWING ADMINISTRATIVE REQUESTS
FOR SEALING - C-01-0988-MJJ                                                  - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 12, 2007.

　s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
　　RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**

valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
```

24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111