# Exhibit A

**Plaintiffs' Administrative Requests for Seal to be Withdrawn**

| Date | Doc. | Title |
|---|---|---|
| 07/26/2007 | 871 | MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information* |
| 07/26/2007 | 872 | Declaration of Douglas R. Britton in Support of 871 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information* |
| 07/26/2007 | 873 | Proposed Order re 871 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information* |
| 07/26/2007 | 874 | MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard* |
| 07/26/2007 | 875 | Declaration of Douglas R. Britton in Support of 874 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard* |
| 07/26/2007 | 876 | Proposed Order re 874 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard* |
| 07/26/2007 | 877 | MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of George Foster* |
| 07/26/2007 | 878 | Declaration of Douglas R. Britton in Support of 877 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of George Foster* |
| 07/26/2007 | 879 | Proposed Order re 877 MOTION to Seal *Plaintiffs' Administrative Request to File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of George Foster* |
| 07/26/2007 | 897 | MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 07/26/2007 | 899 | Declaration of SHAWN A. WILLIAMS in Support of 897 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 07/26/2007 | 902 | Proposed Order re 897 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 07/26/2007 | 903 | MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO* |

| | | |
|---|---|---|
| | | *SPECIAL MASTERS JULY 17, 2006 ORDER DENYING PLAINTIFFS MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL* |
| 07/26/2007 | 905 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT J. DUROSS O'BRYAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 07/26/2007 | 906 | Declaration in Support of 903 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTERS JULY 17, 2006 ORDER D ENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL* |
| 07/26/2007 | 907 | Declaration of SHAWN A. WILLIAMS in Support of 905 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT J. DUROSS O'BRYAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPP ORT THEREOF* |
| 07/26/2007 | 908 | Proposed Order *[PROPOSED] SEALING ORDER* |
| 07/26/2007 | 909 | Proposed Order re 905 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT J. DUROSS O'BRYAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPP ORT THEREOF* |
| 07/26/2007 | 910 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 07/26/2007 | 911 | Declaration of SHAWN A. WILLIAMS in Support of 910 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 07/26/2007 | 912 | Proposed Order re 910 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 08/07/2007 | 954 | MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION* |

2

| | | |
|---|---|---|
| | | *FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION UNDER SEAL* |
| 08/07/2007 | 955 | Declaration of SHAWN A. WILLIAMS in Support of 954 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION UNDER SEAL* |
| 08/07/2007 | 956 | Proposed Order re 954 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND PLAINTIFFS AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION UNDER SEAL* |
| 08/27/2007 | 1003 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT UNDER SEAL* |
| 08/27/2007 | 1005 | Declaration of SHAWN A. WILLIAMS in Support of 1003 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT UNDER SEAL* |
| 08/27/2007 | 1006 | Proposed Order re 1003 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT UNDER SEAL* |
| 08/27/2007 | 1012 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* |
| 08/27/2007 | 1014 | Declaration of SHAWN A. WILLIAMS in Support of 1012 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* |
| 08/27/2007 | 1015 | Proposed Order re 1012 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO* |

| | | |
|---|---|---|
| | | DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL |
| 08/27/2007 | 1020 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE UNDER SEAL* |
| 08/27/2007 | 1021 | Declaration of SHAWN A. WILLIAMS in Support of 1020 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE UNDER SEAL* |
| 08/27/2007 | 1023 | Proposed Order re 1020 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE UNDER SEAL* |
| 08/27/2007 | 1027 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/27/2007 | 1028 | Declaration of SHAWN A. WILLIAMS in Support of 1027 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/27/2007 | 1029 | Proposed Order re 1027 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/27/2007 | 1031 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DECLARATION OF ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/27/2007 | 1032 | Declaration of SHAWN A. WILLIAMS in Support of 1031 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DECLARATION OF ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/27/2007 | 1033 | Proposed Order re 1031 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DECLARATION OF ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 08/29/2007 | 1042 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* |
| 08/29/2007 | 1043 | Declaration of SHAWN A. WILLIAMS in Support of 1042 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF* |

4

| | | |
|---|---|---|
| | | *BROOKS HILLIARD UNDER SEAL* MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* |
| 08/29/2007 | 1044 | Proposed Order re 1042 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD UNDER SEAL* |
| 09/06/2007 | 1050 | Brief *Plaintiffs' Administrative Request to File Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information Under Seal* |
| 09/06/2007 | 1051 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1052 | Declaration of ELI R. GREENSTEIN in Support of 1051 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1054 | Declaration of Douglas R. Britton in Support of 1050 Brief, *Plaintiffs' Administrative Request to File Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information Under Seal* |
| 09/06/2007 | 1055 | MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 09/06/2007 | 1056 | Proposed Order re 1051 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL [PROPOSED] SEALING ORDER* |
| 09/06/2007 | 1057 | Proposed Order *[Proposed] Sealing Order* |
| 09/06/2007 | 1058 | Declaration of ELI R. GREENSTEIN in Support of 1055 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS* |

5

| | | |
|---|---|---|
| | | *AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 09/06/2007 | 1060 | Proposed Order re 1055 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL* |
| 09/06/2007 | 1061 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1063 | Declaration of ELI R. GREENSTEIN in Support of 1061 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1064 | MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1065 | Proposed Order re 1061 MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL* MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL [PROPOSED] SEALING ORDER* |
| 09/06/2007 | 1066 | Declaration of ELI R. GREENSTEIN in Support of 1064 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/06/2007 | 1067 | Proposed Order re 1064 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1071 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1072 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* |
| 09/10/2007 | 1073 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE CORRECTED EXHIBITS 63, 256, 333 AND* |

| | | |
|---|---|---|
| | | *370 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* |
| 09/10/2007 | 1074 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1077 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1078 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTIOHN TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1079 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1081 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1082 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1081 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1082 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1087 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1088 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1090 | MOTION to Seal Document 1089 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1091 | Declaration of Eli R. Greenstein in Support of 1089 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR* |

7

| | | |
|---|---|---|
| | | *PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1092 | Proposed Order re 1089 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1094 | MOTION to Seal Document 1093 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1095 | Declaration in Support of 1093 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1096 | Proposed Order re 1093 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1100 | MOTION to Seal Document 1099 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS ACCOUNTING EXPERT J. DUROSS OBRYAN UNDER SEAL* |
| 09/10/2007 | 1101 | Declaration of Eli R. Greenstein in Support of 1099 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS ACCOUNTING EXPERT J. DUROSS OBRYAN UNDER SEAL* |
| 09/10/2007 | 1102 | Proposed Order re 1099 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1107 | MOTION to Seal Document 1104 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1108 | Declaration of Eli R. Greenstein in Support of 1104 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1110 | Proposed Order re 1104 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1113 | MOTION to Seal Document 1112 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1114 | Declaration of Eli R. Greenstein in Support of 1112 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO* |

| | | |
|---|---|---|
| | | *EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1115 | Proposed Order re 1112 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1071 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1072 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* |
| 09/10/2007 | 1073 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE CORRECTED EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* |
| 09/10/2007 | 1074 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1077 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1078 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTIOHN TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1079 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1081 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1082 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1084 | *DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1087 | *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1088 | MOTION to Seal Document *PLAINTIFFS' ADMINISTRATIVE REQUEST* |

| | | |
|---|---|---|
| | | *TO FILE UNDER SEAL THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF* |
| 09/10/2007 | 1090 | MOTION to Seal Document 1089 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1091 | Declaration of Eli R. Greenstein in Support of 1089 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1092 | Proposed Order re 1089 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1094 | MOTION to Seal Document 1093 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1095 | Declaration in Support of 1093 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/10/2007 | 1096 | Proposed Order re 1093 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1100 | MOTION to Seal Document 1099 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS ACCOUNTING EXPERT J. DUROSS OBRYAN UNDER SEAL* |
| 09/10/2007 | 1101 | Declaration of Eli R. Greenstein in Support of 1099 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS ACCOUNTING EXPERT J. DUROSS OBRYAN UNDER SEAL* |
| 09/10/2007 | 1102 | Proposed Order re 1099 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1107 | MOTION to Seal Document 1104 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1108 | Declaration of Eli R. Greenstein in Support of 1104 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF* |

10

| | | |
|---|---|---|
| | | *PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1110 | Proposed Order re 1104 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/10/2007 | 1113 | MOTION to Seal Document 1112 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1114 | Declaration of Eli R. Greenstein in Support of 1112 Notice (Other), Notice (Other) *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL* |
| 09/10/2007 | 1115 | Proposed Order re 1112 Notice (Other), Notice (Other) *[PROPOSED] SEALING ORDER* |
| 09/19/2007 | 1163 | MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE [CORRECTED] REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/19/2007 | 1164 | Declaration of Monique C. Winkler in Support of 1163 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE [CORRECTED] REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE [CORRECTED] REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* |
| 09/19/2007 | 1165 | Proposed Order re 1163 MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE [CORRECTED] REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* MOTION to Seal *PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE [CORRECTED] REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL* *[PROPOSED] SEALING ORDER* |
| 10/05/2007 | 1177 | MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTERS JULY 17, 2006 ORDER DENYING PLAINTIFFS MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL* |
| 10/05/2007 | 1178 | Declaration of MONIQUE C. WINKLER in Support of 1177 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE* |

11

| | | |
|---|---|---|
| | | *PLAINTIFFS NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTERS JULY 17, 2006 ORDER D DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL* |
| 10/05/2007 | 1179 | Proposed Order re 1177 MOTION to Seal Document *PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTERS JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL* |
| 10/09/2007 | 1235 | MOTION to Seal Document *Notice of Motion and Memorandum of Points and Authorities in Support of Plaintiffs' Request for Protective Seal Over the Personal Information of Certain Individual Plaintiffs and Confidential Witnesses* |