**Patrick E. Gibbs**
Direct Dial: 650-463-4696
E-mail: patrick.gibbs@lw.com

140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600 Fax: (650) 463-2600
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

November 20, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Martin J. Jenkins
United States District Court,
  Northern District of California
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, California 94102

> Re:  In re Oracle Corporation Securities Litigation,
>      Master File No. C-01-0988-MJJ (Consolidated)

**Parties' Joint Letter Regarding Availability for Hearing on Outstanding Motions**

Dear Judge Jenkins:

      Pursuant to the Court's instructions, the parties write to inform the Court that they are available on December 18, 19 or 20, 2007 for a hearing regarding the parties' pending motions previously scheduled for hearing on November 16, 2007, which were continued pursuant to the Court's November 15, 2007 Notice.

                                      Respectfully submitted,

                                         **/S/**
                                 Patrick E. Gibbs
                                 of LATHAM & WATKINS LLP

      I, Patrick Gibbs, am the ECF user whose ID and password are being used to file this letter.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams concurred in this filing.

                              Approved: _____**/S/**_____
                                        Shawn A. Williams
                                        Coughlin Stoia Geller Rudman
                                        & Robbins, LLP

cc:  Shawn A. Williams, Esq. (*via facsimile*)
     Mark Solomon, Esq. (*via facsimile*)