IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 MJJ |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing* previously set for 11/16/07 at 1:30 PM has been rescheduled for **Thursday, 12/20/07** at **1:30 PM**, before the Honorable Martin J. Jenkins.  Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   November 30, 2007                         FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
 R. B. Espinosa
 Deputy Clerk