IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND, et al.,

    Plaintiff,

v.

ORACLE CORPORATION, et al.,

    Defendant.

/

No. C 01-00988 **MJJ**

***AMENDED* CLERK'S NOTICE**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the motion hearing on Thursday, Dec. 20, 2007 is at **9:30 AM** before the Honorable Martin J. Jenkins. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Ave. San Francisco, CA 94102.

Dated: December 4, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Deputy Clerk