1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION _____ This Document Relates To:     ALL ACTIONS. _____ | ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ <u>CLASS ACTION</u> STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING DECEMBER 20, 2007 HEARING |

1   WHEREAS, a hearing on pending summary judgment motions, motions to exclude expert testimony and other motions in the above-captioned matter is scheduled for December 20, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins;

4   WHEREAS, the parties have met and conferred regarding the equipment for use in the courtroom at the hearing; and

6   WHEREAS, the parties believe the use of electronic equipment may facilitate the presentation of facts and arguments to the Court.

8   IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that representatives for the parties be allowed to enter the courthouse on December 20, 2007 commencing at 8:30 a.m., with the equipment identified below and use that equipment in the courtroom during the hearing:

1.  External Computer Hard Drives
2.  Projectors (with replacement lens and bulb)
3.  Projection Screens
4.  Projector Stands
5.  Printers
6.  Assorted Cabling

DATED:  December 11, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


              /s Willow E. Radcliffe
             WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF
EQUIPMENT DURING DECEMBER 20, 2007 HEARING - C-01-0988-MJJ                              - 1 -

|   |   |
|---|---|
|   | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>STACEY M. KAPLAN<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  December 11, 2007 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS<br><br><br>       /s Patrick E. Gibbs<br>PATRICK E. GIBBS<br><br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:  650/328-4600<br>650/463-2600 (fax)<br><br>LATHAM & WATKINS LLP<br>PETER A. WALD<br>MICHELE F. KYROUZ<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  415/391-0600<br>415/395-8095 (fax)<br><br>Attorneys for Defendants |

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Authorizing Entry and Use of Equipment During December 20, 2007 Hearing.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

*     *     *

**O R D E R**

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED:  _____     _____
                                                      THE HONORABLE MARTIN J. JENKINS
                                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\S_O00047804.doc

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING DECEMBER 20, 2007 HEARING - C-01-0988-MJJ   - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2007.

                              /s Willow E. Radcliffe
                              WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: willowr@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
```
500 Oracle Parkway
Redwood City, CA 94065

```
Corey D. Holzer
```
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

```
Raymond Lane
```
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

```
PRG-Schultz USA, Inc.
```

```
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
```
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```

**Sanna Rachel Singer**
```
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```