UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) ) CLASS ACTION |
| This Document Relates To:  ALL ACTIONS. | ) ) ) DECLARATION OF HANIKKAH J. DIAZ ) RE MAILING OF THE NOTICE OF ) PENDENCY OF CLASS ACTION AND ) THE PUBLICATION OF THE SUMMARY ) NOTICE ) |

I, Hanikkah J. Diaz, declare:

## THE NOTICE

1.  I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Pendency of Class Action (the "Notice") and the publication of the Summary Notice from the United States District Court for the Northern District of California (the "Summary Notice"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  I am employed by Gilardi & Co. LLC, located at 3301 Kerner Blvd., San Rafael, California. My firm was retained as the Claims Administrator in this matter. I oversaw the notice services Gilardi provided in accordance with the Stipulation and Order Approving Form and Manner of Notice that was entered in this matter. A true and correct copy of the Notice is attached hereto as Exhibit A. The Notice is in the form approved by the Court.

## MAILING OF THE NOTICE

3.  On or before October 16, 2007, I caused 2,774 address labels prepared from listings provided by the transfer agent for Oracle Corporation ("Oracle") to be affixed to the Notice. These address labels reflected the names and addresses of all persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001. I thereafter caused all of the envelopes to be posted for first-class mail and delivered on October 16, 2007 to the United States Post Office located in Santa Rosa, California. The total number of Notices mailed on October 16, 2007 to record owners was 2,774.

4.  Our firm, as a part of its normal procedure, sends a cover letter with the notice to a list of 81 entities (most of which are major brokerage houses) which

commonly hold securities in "street name" as nominees for the benefit of their customers who are the beneficial purchasers of the securities. The letter advises the nominees of the pending action and requests their cooperation in forwarding notice to the beneficiary. A copy of the letter dated October 16, 2007 sent to nominees and brokerage houses in this case is attached hereto as Exhibit B.

5.   In response to correspondence or inquiries from potential class members and/or nominees, we have caused to be mailed directly to potential class members and nominees an additional 376,060 Notices. As of this date, we have mailed a total of 378,834 Notices to such recipients.

6.   I also caused a copy of the Notice to be posted on our website (www.gilardi.com) on or about October 16, 2007.

## PUBLICATION OF THE SUMMARY NOTICE

7.   I caused the Summary Notice to be published in *Investor's Business Daily* on October 18, 2007, as shown in the declaration of publication attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 11th day of December 2007, at San Rafael, California.

_____
HANIKKAH J. DIAZ

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2007.

                                          s/ Joy Ann Bull
                                          JOY ANN BULL

                                          COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

                                          E-mail:Joyb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
```

Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111