# EXHIBIT C

**EXHIBIT C**

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

| | |
|---|---|
| Name of Publication: | Investor's Business Daily |
| Address: | 12655 Beatrice Street |
| City, State, Zip: | Los Angeles, CA 90066 |
| Phone #: | 310.448.6700 |
| State of: | California |
| County of: | Los Angeles |

I, **Duongpon Diessl** for the publisher of **Investor's Business Daily**, published in the city of Los Angeles, state of California, county of Los Angeles hereby certify that the attached notice(s) for **Gilardi & Co.** was printed in said publication on the following date(s):

### October 16, 2007

Given under my hand, this October 16th, 2007

Signature: _____

Sworn to and subscribed before me this **16th day of October, 2007,** by

Duongpon Diessl at Los Angeles, **state of California, county of Los Angeles.**

Notary Public: Rick C. Se II

My commission expires: February 25th, 2011

Seal:



RICHARD C. BRAND II
Commission # 1727106
Notary Public - California
Los Angeles County
My Comm. Expires Feb 25, 2011