COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| This Document Relates To: ) ) ALL ACTIONS. ) ) ) | PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' EXHIBITS SUBMITTED IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

| Exh. # | Document Description | Objections |
|---|---|---|
| 363 | Transcript of Oracle Corporation's ("Oracle") December 14, 2000 second quarter financial results conference call (NDCA-ORCL 003215-17) | Misleading (Fed. R. Evid. ("FRE") 403) as offered by defendants for the purpose of claiming that it is undisputed that the guidance Oracle announced to the market on December 14, 2000 assumed a conversion ratio of 42%. Defs' Reply at 6.[1] |
| 364 | Quarterly Financial Reporting Package from the fiscal quarter 2Q01 (NDCA-ORCL 975570) | Hearsay (FRE 802) to the extent Oracle's reported 2Q01 results are offered for their truth and misleading (FRE 403) as offered by defendants for the purpose of claiming the economy was not undermining Oracle's forecast. Defs' Reply at 6, citing Oracle's December 14, 2000 press release. |
| 365 | June 22, 2007 Expert Rebuttal Report of R. Glenn Hubbard | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude (FRE 403, 702). Defs' Reply at 6. |
| 366 | Excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley | |
| 367 | Excerpts from the transcript of the June 22, 2006 deposition of George J. Roberts | |
| 368 | Excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp | |
| 369 | Excerpts from the transcript of the May 24, 2006 deposition of John Nugent | |
| 370 | Excerpts from the transcript of Oracle's December 14, 2000 second quarter financial results conference call | |

---

[1] "Defs' Reply" as used herein refers to Defendants' Reply in Support of Defendants' Motion for Summary Judgment. Further, plaintiffs reserve the right to modify and/or supplement their objections herein to defendants' evidence in support of and in reply to their motion for summary judgment.

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHIBITS SUBMITTED IN SUPPORT OF
REPLY IN SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ           - 1 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 371 | Excerpts from the transcript of the February 2001 press conference | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle's E-Business Suite 11i ("Suite 11i") was pre-integrated.  Defs' Reply at 14 n.14. |
| 372 | May 24, 2000 Oracle Press Release entitled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite* (NDCA-OCL 027782-84) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated.  Defs' Reply at 14. |
| 373 | Transcript of Oracle's November 29, 2000 earnings call | Hearsay to the extent it is offered for the truth that Oracle's Suite 11i was pre-integrated.  Defs' Reply at 14 n.14. |
| 374 | Oracle Corporation's Annual Report for Fiscal Year 2000 (NDCA-ORCL 141269-361) | Misleading (FRE 403) and hearsay (FRE 802) to the extent offered for the truth that no systems integration was required with Suite 11i.  Defs' Reply at 14. |
| 375 | Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31, 2007 | |
| 376 | June 22, 2006 Expert Rebuttal Report of Edward Yourdon | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude (FRE 403, 702) and misleading (FRE 403).  Defs' Reply at 15 n.16. |
| 377 | May 25, 2007 Expert Report of Edward Yourdon | Relevance (FRE 402), misleading (FRE 403), and inadmissible expert testimony (FRE 403, 702).  Defs' Reply at 16. |
| 378 | May 25, 2007 Expert Report of Brooks L. Hilliard | Misleading (FRE 403) as cited by defendants and mischaracterizes document.  Defs' Reply at 17, citing 38 n.73. |
| 379 | Excerpts from the transcript of the June 28, 2007 deposition of Brooks L. Hilliard | |
| 380 | Excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden | |
| 381 | Excerpts from the transcript of the March 23, 2006 deposition of Ronald Wohl | Lack of personal knowledge as to Sergio Giacolletto's intent.  Defs' Reply at 17, citing 221:17-222:5 and 222:24-223:15. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 382 | Excerpts from the transcript of the June 16, 2006 deposition of Michael Cochran | |
| 383 | Excerpts from the transcript of the September 21, 2006 deposition of Lawrence Ellison | Relevance (FRE 402).  Defs' Reply at 17, citing 307:24-308:11. |
| 384 | Excerpts from the transcript of the July 25, 2006 deposition of Edward J. Sanderson | Relevance (FRE 402), mischaracterizes testimony, and lack of personal knowledge.  Defs' Reply at 17, citing 190:24-191:7. |
| 385 | May 25, 2007 Expert Report of J. Duross O'Bryan | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. Defs' Reply at 19. |
| 386 | Excerpts from the transcript of the August 1, 2006 deposition of Gary Matuzak | |
| 387 | Excerpts from the transcript of the July 12, 2007 deposition of John Duross O'Bryan | Lack of foundation and inadmissible expert testimony as set forth in plaintiffs' motion to exclude. Defs' Reply at 19. |
| 388 | Excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan | |
| 389 | Oracle's Form 10-Q filed January 16, 2001 (NDCA-ORCL 143468-507) | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle's 3Q01 forecast was not based upon Oracle's 2Q01 results, misleading (FRE 403) and relevance (FRE 402) as the description of sales forecasts in the Form 10-Q does not reflect that the 3Q01 forecast was not based upon 2Q01 results.  Defs' Reply at 20. |
| 390 | May 25, 2007 Expert Report of D. Paul Regan | |
| 391 | March 1975 Statement of Financial Accounting Standards No. 5 | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 392 | E-Mail from Tom Williams to Jennifer Minton attaching documents re: Giveback Analysis, dated November 2, 2000 (NDCA-ORCL 1607461-74) | |
| 393 | March 1, 2001 Conference Call Transcript (NDCA-ORCL 419801-18) | |

DATED: December 13, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


                    /s/
        WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MIS00045606_Evidentiary Objections.doc

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHIBITS SUBMITTED IN SUPPORT OF REPLY IN SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2007.

/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:WillowR@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
```

San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111