COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' EXHIBITS SUBMITTED IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON AND AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT |

| Exh. # | Document Description | Objections |
|---|---|---|
| 248 | 11i Key Customer References (NDCA-ORCL 131156-75) | Lack of foundation, misleading, hearsay (Fed. R. Evid. ("FRE") 802, 805) and relevance (FRE 402) to the extent offered for the purpose that Oracle Corporation's ("Oracle") E-Business Suite 11i ("Suite 11i") worked in every country, every major language and every major currency.  Defs' PSJ Opp.[1] at 24 n.11. [2] |
| 249 | CD ROM containing the Oracle Applications Documentation Library for Release 1 of Suite 11i (NDCA-ORCL 050972) | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle's Suite 11i had the fundamental design capability to work in any number of supported languages.  Defs' PSJ Opp. at 24. |
| 250 | Oracle document entitled, *Summary of New Features  and Enhancements, Oracle Applications From Release 10.7 t Release 11 and Release 11i* (NDCA-ORCL 617464-656) | Misleading (FRE 403) and hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i worked in any number of supported languages.  Defs' PSJ Opp. at 24:8-12; 24 n.11. |
| 251 | Oracle's Form 10-Q for period ended November 30, 2000 (NDCA-ORCL 143468-507) | Hearsay (FRE 802), misleading (FRE 403) and relevance to the extent offered for the purpose that Oracle did not base its 3Q01 guidance upon its 2Q01 results. Defs' PSJ Opp. at 8. |
| 252 | Excerpts from the transcript of the April 21, 2005 deposition of Jennifer Minton | |
| 253 | Excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley | |

---

[1]   "Defs' PSJ Opp." refers herein to Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment.

[2]   Plaintiffs reserve the right to supplement these objections prior to the Court hearing oral argument on defendants' motion for summary judgment.

PLTFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHS SUBMITTED IN SPRT OF OPP TO PLS' MOT FOR PRTIAL SUMMARY JUDGMENT AGAINST ELLISON & AMENDED MOT FOR PRTIAL SUMMARY JUDGMENT - C-01-0988-MJJ

- 1 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 254 | June 22, 2007 Rebuttal Expert Report of Christopher M. James | |
| 255 | Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31, 2007 | |
| 256 | Court's March 10, 2005 Amended Order Setting a Discovery Plan | |
| 257 | Notice of Entry of Order Granting Plaintiffs' 18 Additional Customer Subpoenas, dated June 14, 2006 | |
| 258 | Document produced by third party Timberland, Inc. (TIM 00006-07) | Lack of foundation and hearsay (FRE 802) to the extent that Timberland was live on 11i or that it successfully implemented Suite 11i, or that Timberland purchased additional modules or any Oracle products or services. |
| 259 | May 25, 2007 Expert Report of Christopher M. James | |
| 260 | Oracle Corporation's Product Revenue Reporting Package for 4Q01 (NDCA-ORCL 977282-366) | Relevance (FRE 402); Oracle's reported sales at the end of 4Q01 are not relevant to the claims or defenses in this action. Defs' PSJ Opp. at 9:14-18. |
| 261 | Excerpts from the March 16, 2006 Class Certification Hearing | Misleading (FRE 403) as offered by defendants to show that plaintiffs' accounting allegations do not form the basis of an independent §10(b) claim. Defs' PSJ Opp. at 10:7-11. |
| 262 | May 25, 2007 Expert Report of J. Duross O'Bryan | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude and misleading (FRE 403); lack of foundation; lack of personal knowledge and hearsay (FRE 802). Defs' PSJ Opp. at 11. |
| 263 | Excerpts from the transcript of the July 12, 2007 deposition of J. Duross O'Bryan | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 264 | Excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan | |
| 265 | Declaration of Greg Myers in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents, dated June 6, 2006 | |
| 266 | Excerpts from the transcript of the April 12, 2005 deposition of Greg Myers | |
| 267 | November 14, 2002 Declaration of Michael Quinn | Lack of personal knowledge (FRE 602) and hearsay (FRE 802). |
| 268 | Excerpts from the transcript of the April 13, 2006 deposition of Molly Venkataramana | |
| 269 | Excerpts from the transcript of the October 10, 2006 deposition of Ian Hatada | |
| 270 | Excerpts from the transcript of the September 25, 2006 deposition of Jennifer Minton | |
| 271 | Transcript of Oracle's December 14, 2000 second quarter financial results conference call (NDCA-ORCL 003215-47) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' PSJ Opp. at 17. |
| 272 | Transcript of Oracle's November 29, 2000 earnings call | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' PSJ Opp. at 17. |
| 273 | Excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden | |
| 274 | Excerpts from the transcript of the May 3, 2006 deposition of Keith Block | |
| 275 | Excerpts from the transcript of the May 30, 2006 deposition of Mark Jarvis | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 276 | Excerpts from the transcript of the June 22, 2006 deposition of George J. Roberts | |
| 277 | Internal draft Oracle Technical White Paper on *Customer Relationship Management*, print date February 6, 2001 (NDCA-ORCL 106680-728) | |
| 278 | Excerpts from the transcript of the March 3, 2006 deposition of Clifford S. Godwin, Jr. | |
| 279 | Excerpts from the transcript of the April 6, 2005 deposition of Alan Fletcher | |
| 280 | Excerpts from the transcript of the June 13, 2006 deposition of Bradford Scott | |
| 281 | Excerpts from the transcript of the June 26, 2006 deposition of Edward J. Sanderson, Jr. | |
| 282 | Expert Report of Edward Yourdon, dated May 25, 2007 | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 283 | January 10, 2001 Solomon Smith Barney Analyst Report entitled: *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-03) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated.  Defs' PSJ Opp. at 17. |
| 284 | 2001 META Group-Analyst Report entitled, *Evaluation of: Oracle Sales* (NDCA-ORCL 009889-93) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated.  Defs' PSJ Opp. at 17. |
| 285 | L. Ellison's February 2001 Speech at Oracle AppsWorld (NDCA-ORCL 306988-7021) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated.  Defs' PSJ Opp. at 17. |
| 286 | Excerpts from the transcript of the June 28, 2007 deposition of Brooks Hilliard | |
| 287 | December 14, 2000 Oracle Press Release entitled: *Oracle Net Income up 62%, Earnings per Share $0.11; Application Sales Up 66%* (NDCA-ORCL 296295-97) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated.  Defs' PSJ Opp. at 17. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 288 | May 25, 2007 Expert Report of Brooks L. Hilliard | |
| 289 | Excerpts from the transcript of the September 21, 2006 deposition of Lawrence Ellison | |
| 290 | Excerpts from the transcript of the March 23, 2006 deposition of Ronald Wohl | |
| 291 | June 22, 2006 Expert Rebuttal Report of Edward Yourdon | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 292 | October 2001 Forrester Research Group document entitled *Living with your Enterprise App.* (NDCA-ORCL 271760-80) | |
| 293 | November 3, 1999 Wall Street Journal article entitled: *Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software* | Relevance (FRE 402) and hearsay (FRE 802) to the extent it is offered for the truth, including that the industry knew that Oracle's internal Suite 11i implementation would shut down for two weeks or that customers knew that their revenue would take a hit as a result of the implementation. Defs' PSJ Opp. at 19:22-28 |
| 294 | November 15, 2002 article entitled, *Supply Chain: Hershey's Bittersweet Lesson* | Relevance (FRE 402) and hearsay (FRE 802) to the extent it is offered for the truth, including that the industry knew that Oracle's internal Suite 11i implementation would shut down for two weeks or that customers knew that their revenue would take a hit as a result of the implementation. Defs' PSJ Opp. at 19:22-28 |
| 295 | Excerpts of the transcripts of the March 21, 2006 deposition of Joel Summers | |

PLTFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHS SUBMITTED IN SPRT OF OPP TO PLS'
MOT FOR PRTIAL SUMMARY JUDGMENT AGAINST ELLISON & AMENDED MOT FOR PRTIAL
SUMMARY JUDGMENT - C-01-0988-MJJ

| Exh. # | Document Description | Objections |
|---|---|---|
| 296 | September 11, 2000 document entitled, *"Postmortem Report for Liberty Mutual"* (NDCA-ORCL 1028759-60) | Misleading (FRE 403), relevance (FRE 402) and hearsay (FRE 802) to the extent it is offered for the truth that customers did not experience problems as a result of the lack of pre-integration of Suite 11i.  Defs' PSJ Opp. at 20:6-10. |
| 297 | January 2, 2001 R11i Customer Information Sheet (NDCA-ORCL 418744-54) | Hearsay (FRE 802) to the extent it is offered for the truth that customers were in fact "live" or that that Suite 11i was pre-integrated.  Defs' PSJ Opp. at 20:6-10. |
| 298 | Excerpts from the transcript of the July 13, 2007 deposition of Randall Jensen | |
| 299 | Excerpts from the transcript of the July 25, 2006 deposition of Edward J. Sanderson, Jr. | |
| 300 | Excerpts from the February 26, 2006 deposition of Richard Sellers | |
| 301 | Excerpts from the transcript of the July 13, 2006 deposition of Lawrence Ellison | |
| 302 | Excerpts from the transcript of the April 7, 2006 deposition of Michael Rocha | |
| 303 | Excerpts from the transcript of the September 19, 2006 deposition of Kirsten Shaw | |
| 304 | Oracle's Form 10-K Fiscal Year 2001 (NDCA-ORCL 143910-80) | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle's operating margins improved.  Defs' PSJ Opp. at 20 n.6. |
| 305 | Oracle Corporation's Form 10-Q for the period ended February 28, 2001 (NDCA-ORCL 140856-75) | |
| 306 | Excerpts from the transcript of the May 18, 2006 deposition of Sukumar Rathnam | |

PLTFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHS SUBMITTED IN SPRT OF OPP TO PLS' MOT FOR PRTIAL SUMMARY JUDGMENT AGAINST ELLISON & AMENDED MOT FOR PRTIAL SUMMARY JUDGMENT - C-01-0988-MJJ

- 6 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 307 | Excerpts from the transcript of the July 11, 2006 deposition of Mark Barrenechea | |
| 308 | Excerpts from the transcript of the May 22, 2006 deposition of Juliette Sultan | |
| 309 | Excerpts from the transcript of the June 20, 2006 deposition of Donald E. Klaiss | |
| 310 | Excerpts from the transcript of the August 11, 2006 deposition of Mary Ann Anthony | |
| 311 | Excerpts from the transcript of the May 24, 2006 deposition of Julie Cullivan | |
| 312 | Excerpts from the transcript of the February 24, 2006 deposition of Gayle Fitzpatrick | |
| 313 | Excerpts from the transcript of the April 11, 2006 deposition of Valerie Ann Borthwick | |
| 314 | Excerpts from the transcript of the April 26, 2006 deposition of Steve Johnson | |
| 315 | Excerpts from the transcript of the June 16, 2006 deposition of Michael Cochran | |
| 316 | Document entitled: *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date April 12, 2001 (NDCA-ORCL 181346-478) | |
| 317 | April 3, 2001 e-mail from M. Barrenechea to L. Ellison, et al. Re: CRM White Paper, including attachments (NDCA-ORCL 179491-620) | |
| 318 | April 26, 2001 e-mail from M. Barrenechea to L. Ellison, et al. Re: 11.5.4 CRM Update (NDCA-ORCL 069260-62) | |

PLTFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHS SUBMITTED IN SPRT OF OPP TO PLS' MOT FOR PRTIAL SUMMARY JUDGMENT AGAINST ELLISON & AMENDED MOT FOR PRTIAL SUMMARY JUDGMENT - C-01-0988-MJJ

- 7 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 319 | April 5, 2001 e-mail from M. Jarvis to Burton, et al. Re: CRM White Paper (NDCA-ORCL 061838) | |
| 320 | May 2, 2001 Sendmail Re: Oracle CRM: Q4 Breaking News (NDCA-ORCL 062030-32) | |
| 321 | September 29, 2006 Defendants' Supplemental Responses to Plaintiffs' Third Set of Requests for Admission | Lack of foundation and hearsay (FRE 802). Defs' PSJ Opp. at 24:1-4. |
| 322 | Oracle's SEC Form 10-K for the fiscal year ended May 31, 2000 (NDCA-ORCL 143829-909) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was available in approximately 30 languages. Defs' PSJ Opp. at 24:8-9. |
| 323 | Excerpts from the transcript of the February 27, 2004 deposition of Lawrence J. Ellison (San Mateo County Superior Court) | |
| 324 | Excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley | |
| 325 | Oracle Corporation's Pipeline Reporting Package for January 15, 2001 (NDCA-ORCL 008548-57) | |
| 326 | Oracle Corporation's Quarterly Financial Reference Book for 3Q01 (NDCA-ORCL 975959-6091) | |
| 327 | Expert Rebuttal Report of George Foster, dated June 22, 2007 | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 328 | Oracle Corporations' Pipeline Reporting Package for February 5, 2001 (NDCA-ORCL 306669-79) | |
| 329 | Excerpts from the transcript of the July 26, 2006 deposition of Edward Sanderson, Jr. | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 330 | Excerpts from the transcript of the March 2, 2004 deposition of Jeffrey Henley | |
| 331 | Excerpts from the transcript of the February 26, 2004 deposition of Lawrence J. Ellison (San Mateo County Superior Court) | |
| 332 | Excerpts from the transcript of the July 11, 2007 deposition of Alan Goedde | |
| 333 | Excerpts from the transcript of the April 21, 2005 Rule 30(b)(6) deposition of Jennifer Minton | |
| 334 | Oracle Corporation's Pipeline Reporting Package for December 11, 2000 (NDCA-ORCL 033549-58) | |
| 335 | June 22, 2007 Expert Rebuttal Report of R. Glenn Hubbard | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 336 | December 20, 2000 CIO Survey entitled: *MSDW CIO Survey Series: Release 1.8* | |
| 337 | January 31, 2001 BEA data entitled: *Gross Domestic Product: Fourth Quarter 2000 (ADVANCE)* | |
| 338 | Excerpts from the transcript of the April 12, 2006 deposition of Nicholas Classick | |
| 339 | Copy of a January 11, 2001 e-mail from D. Winton to J. Minton, copying D. Winton Regarding Forecast Update (NDCA-ORCL 003419) | |
| 340 | September 19, 2000 e-mail from J. Minton to W. Plant, G. Davies, C. McDowell, D. Winton, T. Ford, J. English, and I. Guner Regarding License Revenue Forecast Accuracy (NDCA-ORCL 151963-69) | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 341 | Excerpts from the transcript of the July 7, 2006 deposition of Jennifer Minton | |
| 342 | Excerpts from the transcript of the September 21, 2006 deposition of Lawrence J. Ellison | |
| 343 | Excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp | |
| 344 | Excerpts from the transcript of the March 23, 2006 deposition of Ronald Wohl | |
| 345 | Excerpts from the transcript of the March 21, 2006 deposition of Joel Summers | |
| 346 | Excerpts from the transcript of the June 20, 2006 deposition of Donald Klaiss | |
| 347 | Excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden | |
| 348 | Excerpts from the Expert Report of Edward Yourdon, dated May 25, 2007 | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 349 | Excerpts from the Expert Report of Brooks Hilliard, dated May 25, 2007 | |
| 350 | Excerpts from the transcript of the June 22, 2006 deposition of George Roberts | |
| 351 | Excerpts from the transcript of the July 25, 2006 deposition of Edward Sanderson, Jr. | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 352 | Excerpts from the transcript of the May 30, 2006 deposition of Mark Jarvis | |
| 353 | February 21, 2001 First Union Securities Analyst Report entitled: *Report from AppsWorld 2001* (NDCA-ORCL 091447-49) | Misleading (FRE 403) as offered by defendants. Defs' Ellison Opp. at 18 n.14.[3] |
| 354 | October 4, 2000 Lehman Brothers Analyst Report entitled: *Oracle Corp Reiterate Oracle 1-Buy Rating* (NDCA-ORCL 421258-60) | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle had Suite 11i references. Defs' Ellison Opp. at 18. |
| 355 | December 15, 2000 Morgan Stanley Report entitled: *Oracle: How Suite it is* (NDCA-OCL 023373-80) | |
| 356 | Excerpts from the transcript of the August 8, 2006 deposition of George Roberts | |
| 357 | January 1, 2001 Salomon Smith Barney analyst report entitled: *Oracle EVP to Visit SSB* (NDCA-ORCL 078420-23) | Misleading (FRE 403) as offered by defendants. Defs' Ellison Opp. at 19:9. |
| 358 | May 16, 2001 Telecomworldwire Article entitled: *Latest ASA Adjudications Concerning the Telecomms/IT Industries* (ST&B 006916-17) | Hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Ellison Opp. at 19:22. |
| 359 | Excerpts from the transcript of the September 6, 2006 deposition of Philip Simon | |
| 360 | April 1, 2006 e-mail from M. Winkler to B. Glennon and P. Gibbs attaching a list of potential deponents | |

---

[3]   "Defs' Ellison Opp." refers herein to Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Non Public Information.

| Exh. # | Document Description | Objections |
|---|---|---|
| 361 | Court's September 15, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Set of Requests for Production of Documents and Compliance with the Discovery Plan | |
| 362 | February 29, 2000 article entitled *Unicode Standard Extends to All World Languages*, Unicode Consortium Press Release | Hearsay to the extent it is offered for the truth that Suite 11i worked "in every country, every major language, and every major currency"; and lack of foundation.  Defs' PSJ Opp. at 24 n.11. |

DATED:  December 13, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


                 /s/
        WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MIS00045632.doc

PLTFS' EVIDENTIARY OBJECTIONS TO DEFS' EXHS SUBMITTED IN SPRT OF OPP TO PLS' MOT FOR PRTIAL SUMMARY JUDGMENT AGAINST ELLISON & AMENDED MOT FOR PRTIAL SUMMARY JUDGMENT - C-01-0988-MJJ

- 12 -

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2007.

/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:WillowR@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
```

San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111