1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
|  | ) | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING DECEMBER 20, 2007 HEARING |

1   WHEREAS, a hearing on pending summary judgment motions, motions to exclude expert testimony and other motions in the above-captioned matter is scheduled for December 20, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins;

   WHEREAS, the parties have met and conferred regarding the equipment for use in the courtroom at the hearing; and

   WHEREAS, the parties believe the use of electronic equipment may facilitate the presentation of facts and arguments to the Court.

   IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that representatives for the parties be allowed to enter the courthouse on December 20, 2007 commencing at 8:30 a.m., with the equipment identified below and use that equipment in the courtroom during the hearing:

   1.   External Computer Hard Drives
   2.   Projectors (with replacement lens and bulb)
   3.   Projection Screens
   4.   Projector Stands
   5.   Printers
   6.   Assorted Cabling

DATED:  December 11, 2007          COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                   SHAWN A. WILLIAMS
                                   WILLOW E. RADCLIFFE
                                   MONIQUE C. WINKLER
                                   ELI R. GREENSTEIN
                                   DANIEL J. PFEFFERBAUM


                                          /s Willow E. Radcliffe
                                        WILLOW E. RADCLIFFE

                                   100 Pine Street, Suite 2600
                                   San Francisco, CA  94111
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF
EQUIPMENT DURING DECEMBER 20, 2007 HEARING - C-01-0988-MJJ       - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | COUGHLIN STOIA GELLER <br> RUDMAN & ROBBINS LLP <br> MARK SOLOMON <br> DOUGLAS R. BRITTON <br> STACEY M. KAPLAN <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br><br> Lead Counsel for Plaintiffs |
| 8 | DATED:  December 11, 2007    LATHAM & WATKINS LLP <br>                                                          PATRICK E. GIBBS |
|   |                                                                  /s Patrick E. Gibbs <br>                                                          PATRICK E. GIBBS <br><br>                                                          140 Scott Drive <br>                                                          Menlo Park, CA  94025 <br>                                                          Telephone:  650/328-4600 <br>                                                          650/463-2600 (fax) <br><br>                                                          LATHAM & WATKINS LLP <br>                                                          PETER A. WALD <br>                                                          MICHELE F. KYROUZ <br>                                                          505 Montgomery Street, Suite 2000 <br>                                                          San Francisco, CA  94111 <br>                                                          Telephone:  415/391-0600 <br>                                                          415/395-8095 (fax) <br><br>                                                          Attorneys for Defendants |

   I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Authorizing Entry and Use of Equipment During December 20, 2007 Hearing.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

                                   *     *     *

**O R D E R**

   Pursuant to the parties' Stipulation, IT IS SO ORDERED.

   DATED:     12/17/07                                    /s/ Martin J. Jenkins
                                                          THE HONORABLE
                                                          UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\S_O00047804.doc

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF
EQUIPMENT DURING DECEMBER 20, 2007 HEARING - C-01-0988-MJJ                    - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 11, 2007.

                                                   /s Willow E. Radcliffe
                                                 WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: willowr@csgrr.com