COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE |
| ALL ACTIONS. | |

Pursuant to Civil Local Rule 7-3(d), plaintiffs hereby submit this statement of recent decision.

On December 13, 2007, United States District Court for the Central District of California, Judge Florence-Marie Cooper issued an Order Granting Plaintiffs' Motion for Terminating Sanctions in *Columbia Pictures, Inc., et al. v. Justin Bunnell, et al*, No. 06-cv-01093 FMC-JCx (the "Order"). The plaintiffs' motion was based upon the defendants' willful spoliation of evidence. Defendants' actions included a "clean up" of their website in response to the lawsuit. Order at 3-4.

The court relied on *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 958 (9th Cir. 2006), in setting for the applicable standard of law:

> The Court's authority to sanction a party for despoiling evidence derives from two sources: "the inherent power of federal courts to levy sanctions in response to abusive litigation practices, and the availability of sanctions under Rule 37 against a party who 'fails to obey an order to provide or permit discovery.'"

*Id*. at 9. The court found that entry of default judgment was an appropriate sanction "where spoliation is 'due to willfulness, bad faith, or fault,' resulting in unfair prejudice to the opposing party" that cannot be remedied by lesser sanctions. *Id.* (citations omitted).

In determining whether to impose default sanctions, the court applied the following factors set forth in *Anheuser-Busch, Inc. v. Natural Beverage Distribs.*, 69 F.3d 337, 348 (9th Cir. 1995):

> (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its dockets; (3) the risk of prejudice to the party seeking sanctions; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions.

*Id.* at 9, 12-15. The court concluded the first two factors weighed heaving in favor of termination because the conduct of the defendants "unnecessarily [drew] out the discovery period in this case." *Id.* at 12. With respect to the risk of prejudice, the court did not require plaintiffs to show through extrinsic evidence that the destroyed evidence would have supported plaintiffs' claims: "'The relevance of . . . [destroyed] documents cannot be clearly ascertained because the documents no longer exist.' Therefore, a party 'can hardly assert any presumption of irrelevance as to the destroyed documents.'" *Id.* at 13-14 (quoting *Leon*, 464 F.3d at 959).

1
2  A true and correct copy of the Order is attached hereto as Exhibit A.
3  DATED: December 18, 2007                    Respectfully submitted,
4                                              COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
5                                              SHAWN A. WILLIAMS
                                               WILLOW E. RADCLIFFE
6                                              MONIQUE C. WINKLER
                                               ELI R. GREENSTEIN
7                                              DANIEL J. PFEFFERBAUM
8
9                                                         /s/
                                                 MONIQUE C. WINKLER
10
                                               100 Pine Street, Suite 2600
11                                             San Francisco, CA  94111
                                               Telephone:  415/288-4545
12                                             415/288-4534 (fax)

13                                             COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
14                                             MARK SOLOMON
                                               DOUGLAS R. BRITTON
15                                             STACEY M. KAPLAN
                                               655 West Broadway, Suite 1900
16                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
17                                             619/231-7423 (fax)

18                                             Lead Counsel for Plaintiffs

19  T:\casesSF\oracle3\STM00048015.doc
20
21
22
23
24
25
26
27
28

STATEMENT OF RECENT DECISION IN SUPP OF PLTFS' MOT AND SUPPLEMENTAL
SUBMISSION RE DFTS' DESTRUCTION OF EVIDENCE - C-01-0988-MJJ                - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 18, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: moniquew@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgr

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111