# EXHIBIT A

# No False Statement: DeCesare Testified That Some Customers Believed New CRM Modules Had Functionality Gaps



Pls' Opp. Ex. N (DeCesare Deposition, February 16, 2006), pp. 266:13-267:8, 270:21-271:7

"And just to clarify that further, **it's not as much about the integration between ERP and CRM that I saw the problems on. It's the lack of functionality in CRM versus what was advertised**. So a lot of those things you are going to see on there are things that the product was supposed to do that, when the customers installed it, it didn't do. **That might have been completely irrelevant from whether they were using the ERP or not. Just functional holes inside the product. I should be clear about that**."

"[Y]ou have been drilling it for the last hour or so on kind of the functionality and bugs and stuff, **I'm going to provide you speculation based on my conversations with customers and what they are saying**."

"Pre-Integration" Statements: Falsity

ORACLE

1

# No False Statement: Persuasive Evidence Of An Arrangement Existed Under SOP 97-2



Pls' Opp. Ex. 180, NDCA-ORCL 260113

12/01/00   FRI 01:39

Plaintiffs argue that the HP transaction was not executed in 2Q01 based solely on a fax header.

11/30/2000  23.53

However, another fax header on the same document shows that the HP agreement was faxed at 11:53 p.m. on November 30, 2000, before the end of 2Q01.

In any event, the date of a fax header says nothing about when the HP transaction was <u>executed</u>.

**HP Transaction: Falsity**

ORACLE

2



# No Scienter: The Transfers And The Adjustment Were Performed By Separate Groups



"[T]he **collector[s]**, probably doing their best, couldn't figure out where it belonged and so transferred it to 12601."

—p. 177:10-12



Pls' Ex. 120 (Williams Deposition, June 7, 2006)



"[W]hen this [bad debt transfer] was booked, it would not have had an effect...[A]s a result of a **totally separate group** calculating the reserve for doubtful accounts...and comparing it to the balance in the general ledger, it would have an effect."

—p. 124:5-10

*There is no evidence that the Collections Department ever communicated with the U.S. Revenue Accounting Group about the 2Q01 bad debt transfers.*

**Bad Debt Transfers: Scienter**

ORACLE

4