COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL SUBMISSION OF FOUR DEMONSTRATIVES |
| ALL ACTIONS. | |

1     Plaintiffs hereby respond to "Defendants' Supplemental Submission of Four
2  Demonstratives" and the new legal arguments and documents filed with the Court on December 21,
3  2007. Defendants state that these documents were not provided to the Court or plaintiffs at the
4  December 20, 2007 hearing. Defs' Supp. Submission at 1. Plaintiffs' response refers to documents
5  already in the summary judgment record.

6     **Demonstrative #1**: "DeCesare testified that some customers believed new CRM modules
7  had functionality gaps." Defs' Supp. Submission, Ex. A at 1.

8     **Plaintiffs' Response**: Oracle's Area Vice President Michael DeCesare testified that Suite 11i
9  was functionally flawed and did not work out of the box in part because it was not sufficiently
10 engineered to work together. *See* Plaintiffs' Amended [Corrected] Opposition to Defendants'
11 Motion for Summary Judgment ("Pltfs' Opp. to MSJ") at 22, Ex. N at 234:24-25 (***"It does not
12 operate as integrated out of the box. That's – that's false."***); *see id*. at 234:17-253:3, 236:17-
13 237:13, 239:7-10, 252:12-14.

14    **Demonstrative #2**: "Plaintiffs argue that the HP transaction was not executed in 2Q01 based
15 solely on a fax header." Defs' Supp. Submission, Ex. A at 2.

16    **Plaintiffs' Response**: Plaintiffs submitted numerous documents establishing that the HP
17 transaction was not executed until after 2Q01 closed. Pltfs' Opp. to MSJ at 14, Ex. 180 at 260105,
18 260113, 260118, 260120-121, Ex. 181 at 259035-038, Ex. 183 at 257416. Plaintiffs' expert D. Paul
19 Regan submitted a detailed opinion concluding the same. Pltfs' Opp. to MSJ, Ex. 1 at ¶¶97-101.

20    **Demonstratives #3 & #4**: "No Scienter: The transfers and the adjustment occurred at
21 different times"; "The transfers and the adjustment were performed by separate groups." Defs'
22 Supp. Submission, Ex. A at 3-4.

23    **Plaintiffs' Response**: The transfers were prominently disclosed in the Executive Committee
24 Upside Reports on November 27, 2000 (Pltfs' Opp. to MSJ, Ex. 30 at 1532781) and December 1,
25 2000 (Pltfs' PSJ Reply, Ex. T at 440832). The final $20 million adjustment made by defendants was
26 boldly displayed on the final bad debt reserve reconciliation emailed to Oracle's Controller, Jennifer
27 Minton, on December 8, 2000. Pltfs' Opp. to MSJ, Ex. 4 at 1610858-859, 1610987. Plaintiffs'
28 expert submitted a detailed opinion on this issue. Pltfs' Opp. to MSJ, Ex. 1 at ¶¶30-41.

| | | |
|---|---|---|
| 1 | DATED: December 28, 2007 | COUGHLIN STOIA GELLER |
| 2 | |   RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | | DOUGLAS R. BRITTON<br>STACEY M. KAPLAN |

                                          /s/
                                MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\RES00048121.doc

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL SUBMISSION OF
FOUR DEMONSTRATIVES - C-01-0988-MJJ     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2007.

                                        /s/
                              MARK SOLOMON

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:marks@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-MJJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
```

San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111