# Exhibit B

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-00047

ALASKA ELECTRICAL PENSION FUND; MASSACHUSETTS STATE CARPENTERS PENSION FUND

Plaintiffs - Petitioners

v.

FLOWSERVE CORPORATION; C SCOTT GREER; RENEE J HORNBAKER; BANC OF AMERICA SECURITIES LLC; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE FIRST BOSTON LLC

Defendants - Respondents

--------------------------------
Petition for Leave to Appeal
under Fed. R. Civ. P. 23(f)
--------------------------------

U.S. COURT OF APPEALS
FILED
DEC 26 2007
CHARLES R. FULBRUGE III
CLERK

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:

   IT IS ORDERED that the petition for leave to appeal under Fed. R. Civ. P. 23(f) is **GRANTED**.

MOT-20A

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 27, 2007

Mr James F Grosso
1671 Worcester Road
Farmingham, MA 1701

Mr G Paul Howes
Coughlin Stoia Geller
Rudman & Robbins LLP
Suite 1900
655 W Broadway
San Diego, CA 92101

Mr Hamilton Philip Lindley
Provost Umphrey
Suite 700
3232 McKinney Avenue
Dallas, TX 75204

Mr Ex Kano Shirden Sams II
Coughlin Stoia Geller
Rudman & Robbins LLP
Suite 510
9601 Wilshire Boulevard
Los Angeles, CA 90210

Mr Sanford Svetcov
Coughlin Stoia Geller
Rudman & Robbins LLP
Suite 2600
100 Pine Street
San Francisco, CA 94111

          No. 07-11303 Ryan v. Flowserve Corp
             USDC No.  3:03-CV-2079
                       3:03-CV-1846
                       3:03-CV-1827
                       3:03-CV-1769

We have docketed the appeal and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed

in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

You must first complete the transcript order form the district court clerk provided you. When completed, this meets your obligation to order the necessary portion(s) of the court reporter's transcript, see FED. R. APP. P. 10(b). Second, you must make financial arrangements with the court reporter to pay for the transcript. If you are pro se and unable to afford payment, you must file a motion with the district court requesting a transcript at government expense, and notify this court of the filing. We will then coordinate with the court reporter for a time to file the transcript. The court reporter should contact you directly if an extension of time is granted to file the transcript. If you do not order or make arrangements to pay for the transcript within 15 days, we will dismiss your appeal without further notice, unless the case is a criminal appeal and you are proceeding In Forma Pauperis, see 5TH CIR. R. 42.3.

We will provide you information about the briefing schedule of this appeal at a later date. If a transcript is unnecessary, notify us and we will start the briefing schedule. 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

All counsel who desire to appear in this case must sign and return a "Form for Appearance of Counsel" naming each party you represent, within 15 days from this date, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from our docket in this case. We cannot release official records on appeal unless you have entered an appearance. Pro se parties do not need to file an appearance form.

Additionally, you must pay the court of appeals' $450.00 docketing fee and the $5.00 filing fee to the district court clerk and notify us of the payment within 10 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Gina Randazzo Martin*
_____
Gina Randazzo Martin, Deputy Clerk
504-310-7687

cc:  Mr Charles Rodney Acker
     Mr Richard Thaddeus Behrens
     Ms Nina Cortell
     Ms Noel M B Hensley
     Ms Carrie L Huff
     Mr David W Klaudt
     Mr Todd Andrew Murray
     Mr Richard Alexander Rohan
     Ms Ellen Bush Sessions
     Mr M Byron Wilder

DKT-2