LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matthew.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT RECENT AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE TESTIMONY OF BJORN STEINHOLT**<br><br>Honorable Judge Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO
SUBMIT RECENT AUTHORITY
Master File No. C-01-0988-MJJ (JCS)

Pursuant to Civil Local Rule 7-11, Defendants request leave to submit a recent decision from the Southern District of New York that was decided after the hearing on defendants' motion for summary judgment. The opinion, *In re Omnicom Group, Inc. Securities Litig.*, No. 02 Civ. 4483 (WHP), 2008 WL 243788 (S.D.N.Y. Jan. 29, 2008) ("*Omnicom*") is attached as Exhibit A.[1]

The decision, granting defendants' motion for summary judgment for claims brought under Section 10b and 20(a) of the Securities and Exchange Act (15 U.S.C. §§ 78j, 78t(a)), addresses issues of loss causation under *Dura Pharmaceutical, Inc. v. Broudo*, 544 U.S. 336, 338 (2005). The court found that plaintiffs had not proven loss causation in part because they had failed to isolate the effect on Omnicom's stock price of factors unrelated to the alleged fraud. *Omnicom*, 2008 WL 243788, at *7-8. Because plaintiffs did not disaggregate these non-fraud related factors (such as changed investor expectations) from the alleged-fraud related factors, the court held that plaintiffs could not establish that the alleged misrepresentations actually caused plaintiffs' loss within the meaning of the federal securities laws. *Id.*; *see also Ryan v. Flowserve Corp.*, 245 F.R.D. 560, 576-77 (N.D. Tex. 2007).

The Omnicom opinion is directly relevant to the arguments made by Defendants in their Motion for Summary Judgment and their *Daubert* Motion to Exclude Reports and Testimony of Bjorn I. Steinholt. *See, e.g.,* Reply In Support of Motion for Summary Judgment at 22-25; *Daubert* Mtn. at 10-13; Reply ISO *Daubert* Motion at 2-5; Statement of Recent Decision Pursuant to Local Rule 7-3(d) (filed November 15, 2007); Hearing Tr. at 92:10-98:15.

Consequently, Defendants respectfully request that this court grant this administrative motion and take notice of the *Omnicom* opinion.

---

[1] Defendants are making this administrative motion, rather than filing a Statement of Recent Decision pursuant to Local Rule 7-3, as the *Omnicom* opinion was issued after the hearing on Defendants' motions.

| | | |
|---|---|---|
| 1 | Dated: February 4, 2008 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | Peter A. Wald<br>Michele F. Kyrouz |
| 4 | | Sean M. Berkowitz<br>Patrick E. Gibbs |
| 5 | | Jamie L. Wine<br>Matthew Rawlinson |
| 6 | | By:___/S/_____ |
| 7 | | Patrick E. Gibbs<br>Attorneys for Defendants ORACLE |
| 8 | | CORPORATION, LAWRENCE J.<br>ELLISON, JEFFREY O. HENLEY, and<br>EDWARD J. SANDERSON |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' STATEMENT OF RECENT DECISION
PURSUANT TO CIV. L.R. 7-3(d)
Master File No. C-01-0988-MJJ (JCS)