| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matthew.rawlinson@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT RECENT AUTHORITY**<br><br>Honorable Judge Martin J. Jenkins |

I, Patrick E. Gibbs, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of the Defendants' Motion for Administrative Relief to Submit Recent Authority in Support of Defendants' Motion For Summary Judgment and Motion to Exclude Testimony of Bjorn Steinholt (Defendants' "Administrative Motion").

3. On February 4, 2008, I called Plaintiffs' counsel, Shawn Williams, and asked Plaintiffs to consent to the filing of this Administrative Motion.

4. On February 4, 2008, Plaintiffs' counsel informed me that Plaintiffs would not take a position on whether Defendants should be permitted to file this Administrative Motion.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 4, 2008 in Menlo Park, California.

/S/

———————————————

Patrick E. Gibbs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' STATEMENT OF RECENT DECISION
PURSUANT TO CIV. L.R. 7-3(d)
Master File No. C-01-0988-MJJ (JCS)