| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>          matthew.rawlinson@lw.com |
| LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864<br>E-mail: jamie.wine@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*admitted pro hac vice*)<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT RECENT AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE TESTIMONY OF BJORN STEINHOLT**<br><br>Honorable Judge Martin J. Jenkins<br>. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR ADMINISTRATIVE RELIEF
Master File No. C-01-0988-MJJ (JCS)

1          Having considered the papers regarding Defendants' Motion for Administrative Relief to Submit Recent Authority in Support of Defendants' Motion For Summary Judgment and Motion to Exclude Testimony of Bjorn Steinholt, and finding good cause therefore; Defendants' Administrative Motion is GRANTED.

         This Court will take notice of the recent decision *In re Omnicom Group, Inc. Securities Litig.*, No. 02 Civ. 4483 (WHP), 2008 WL 243788 (S.D.N.Y. Jan. 29, 2008).

         IT IS SO ORDERED.

Dated: _____

                                            THE HONORABLE MARTIN J. JENKINS