1 | COUGHLIN STOIA GELLER
   |   RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
   | DOUGLAS R. BRITTON (188769)
3 | STACEY M. KAPLAN (241989)
   | 655 West Broadway, Suite 1900
4 | San Diego, CA  92101
   | Telephone:  619/231-1058
5 | 619/231-7423 (fax)
   | marks@csgrr.com
6 | dougb@csgrr.com
   | skaplan@csgrr.com
7 |         – and –
   | SHAWN A. WILLIAMS (213113)
8 | WILLOW E. RADCLIFFE (200087)
   | ELI R. GREENSTEIN (217945)
9 | DANIEL J. PFEFFERBAUM (248631)
   | 100 Pine Street, Suite 2600
10 | San Francisco, CA  94111
   | Telephone:  415/288-4545
11 | 415/288-4534 (fax)
   | shawnw@csgrr.com
12 | willowr@csgrr.com
   | elig@csgrr.com
13 | dpfefferbaum@csgrr.com

14 | Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | PLAINTIFFS' EXPEDITED REQUEST TO VACATE MARCH 24, 2008 TRIAL DATE AND SET A CASE MANAGEMENT CONFERENCE PURSUANT TO L-R 16-10(C) |
| ALL ACTIONS. | ) ) ) | |

1  Plaintiffs in the above-captioned matter hereby request, on an expedited basis, that this Court
2  issue an order vacating the March 24, 2008 trial date and set a case management conference to
3  provide guidance on the scope of the issues remaining in the case and the timing of reassignment of
4  the case to another district court judge.

5  On or around January 28, 2008, *The Recorder*, along with other periodicals, published an
6  article stating that Your Honor had been nominated by the Governor of the State of California to a
7  seat on the California Court of Appeal, First District.  Later reports indicate that confirmation
8  hearings are imminent.

9  As this Court is aware, this case is set for trial on March 24, 2008 before Your Honor, with
10 key pretrial disclosures due on February 20, 2008.  For example, pursuant to this Court's
11 December 7, 2004 Pretrial Order and Pretrial Instructions, proposed jury instructions are to be
12 submitted to the Court no later than February 20, 2008.  On the same date, the parties are to
13 exchange witness lists, proposed exhibits, summaries and diagrams.  Motions *in limine* are scheduled
14 to be filed no later than February 26, 2008.  Each of these disclosures and motions may in fact be
15 premature in light of the likely case reassignment and, more importantly, because the Court has not
16 yet issued rulings on the parties' cross Federal Rule of Civil Procedure 56 motions for summary
17 judgment.

18 Because of the uncertainty surrounding the scope of issues that will remain in the case and
19 likely reassignment of the action to another district court judge, the parties may be unable to make,
20 with any degree of accuracy, the required pre-trial disclosures, including identifying witnesses to be
21 called to testify, or which documents might be properly admitted.  Accordingly, in order to avoid
22 undue expense and inconvenience of potential trial witnesses, plaintiffs respectfully request an order

1  vacating the March 24, 2008 trial date and setting a case management conference before pretrial

2  disclosures are required.

3  DATED:  February 13, 2008          COUGHLIN STOIA GELLER
                                                                    RUDMAN & ROBBINS LLP
4                                                               SHAWN A. WILLIAMS
                                                                  WILLOW E. RADCLIFFE
5                                                               ELI R. GREENSTEIN
                                                                  DANIEL J. PFEFFERBAUM

6

7
                                                                       s/ Shawn A. Williams
8                                                                    SHAWN A. WILLIAMS

9                                                               100 Pine Street, Suite 2600
                                                                  San Francisco, CA  94111
10                                                             Telephone:  415/288-4545
                                                                  415/288-4534 (fax)
11
                                                                  COUGHLIN STOIA GELLER
12                                                                 RUDMAN & ROBBINS LLP
                                                                  MARK SOLOMON
13                                                             DOUGLAS R. BRITTON
                                                                  STACEY M. KAPLAN
14                                                             655 West Broadway, Suite 1900
                                                                  San Diego, CA  92101
15                                                             Telephone:  619/231-1058
                                                                  619/231-7423 (fax)
16
                                                                  Lead Counsel for Plaintiffs
17

18  T:\CasesSF\Oracle3\MOT00049097.doc

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' EXPEDITED REQUEST TO VACATE 3/24/08 TRIAL DATE - C-01-0988-MJJ          - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2008.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

**Mailing Information for a Case 3:01-cv-00988-MJJ**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.co

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111