IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NURSING HOME PENSION FUND ET AL,**

              Plaintiff(s),

   v.

 **ORACLE CORPORATION ET AL**,

              Defendant(s),
_____/

No. **C01-00988 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT all Pretrial deadlines and Trial dates are **vacated**. New deadlines and hearing dates will be issued upon reassignment of a new judge. The Court still plan to resolve the submitted Motions For Summary Judgment before reassigning the case.

Sorry for any inconveniences,

Dated: February 19, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
      Monica Narcisse
      Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

**United States District Court**
For the Northern District of California