1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  marks@csgrr.com
   dougb@csgrr.com
6          – and –
   SHAWN A. WILLIAMS (213113)
7  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
8  DANIEL J. PFEFFERBAUM (248631)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   shawnw@csgrr.com
11 willowr@csgrr.com
   elig@csgrr.com
12 dpfefferbaum@csgrr.com

13 Lead Counsel for Plaintiffs

14 [Additional counsel appear on signature page.]

15             UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17 In re ORACLE CORPORATION          )  Master File No. C-01-0988-SI
   SECURITIES LITIGATION             )
18 ─────────────────────────────────  )  CLASS ACTION
                                      )
19 This Document Relates To:         )  PLAINTIFFS' MOTION PURSUANT TO
                                      )  CIVIL LOCAL RULE 16-10(c) TO
20     ALL ACTIONS.                   )  SCHEDULE A CASE MANAGEMENT
   ─────────────────────────────────  )  CONFERENCE
21

22

23

24

25

26

27

28

1    **I.     INTRODUCTION**

2          Class representatives 1199 SEIU Greater New York Pension Fund, Drifton Finance Corp.,

3    Robert Sawyer, Ryan Kuehmichel and Dzung Chu (hereinafter "plaintiffs"), by and through their

4    counsel, and pursuant to Civil L.R. 16-10(c), hereby submit this motion to Schedule a Case

5    Management Conference in the above-referenced action.  This motion is based on the instant

6    Motion, the Declaration of Willow E. Radcliffe in Support thereof ("Radcliffe Decl."), and the

7    pleadings and papers filed in this action. Plaintiffs request a case management conference before the

8    Court in order to discuss the status of the action, including the timeline for rulings on pending

9    summary judgment motions and trial.  Defendants have indicated that they do not oppose scheduling

10   a case management conference at the Court's request, yet they declined plaintiffs' request to

11   stipulate to requesting such a conference. *See* Radcliffe Decl., ¶2.  Accordingly, plaintiffs file the

12   instant motion.

13   **II.    BASIS FOR REQUEST FOR CASE MANAGEMENT CONFERENCE**

14         The initial complaint in the above-captioned matter was filed on March 9, 2001 and assigned

15   to the Honorable Martin J. Jenkins (Ret.).  Thereafter, on December 9, 2002, Plaintiffs' [Proposed]

16   Revised Second Amended Complaint for Violations of the Federal Securities Laws ("RSAC") was

17   filed.  Judge Jenkins dismissed the RSAC with prejudice on March 24, 2003.  The order of dismissal

18   was reversed by the Ninth Circuit Court of appeals on September 1, 2004, who remanded the action

19   to the district court for further proceedings.

20         On October 2, 2006 fact discovery closed.  Subsequently, the action was certified as a class

21   action on December 20, 2006.  Later, on July 17, 2007 expert discovery was closed, and shortly

22   thereafter on July 26, 2007 the following motions were filed and are currently pending before the

23   Court:

24         •      Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants'
                  Destruction of Evidence and Request for Sanctions and Objections to Special
25                Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration
                  of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence;
26
           •      Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis
27                of Material Non-Public Information;

28         •      Plaintiffs' Motion for Partial Summary Judgment;

PLAINTIFFS' MOTION PURSUANT TO CIVIL LOCAL RULE 16-10(C) TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI
                                                                                          - 1 -

1          •          Defendants' Motion for Summary Judgment;

2          •          Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard;

3          •          Plaintiffs' Motion to Exclude the Expert Testimony of George Foster;

4          •          Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon;

5          •          Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert J. Duross O'Bryan;

6

7          •          Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Alan G. Goedde;

8          •          Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt; and

9

10          •          Defendants' Motion to Exclude Declarations and Testimony of Brooks Hilliard.

A hearing was held on the above-referenced motions on December 20, 2007 before the

11

Honorable Martin J. Jenkins (Ret.).  Pursuant to Judge Jenkins' December 7, 2004 pre-trial order,

12

key pre-trial designations and jury instructions were to be filed beginning February 20, 2008 for a

13

trial set for March 24, 2008.  On February 19, 2008, the trial date and all pretrial deadlines in this

14

action were vacated pending reassignment of the action to a new judge.  On April 7, 2008, this

15

matter was reassigned to the Honorable Susan Illston for all further proceedings.

16

Because the complex motions pending before the Court will necessarily assist in determining

17

the scope and length of a trial in this action and the number of witnesses who will need to be called

18

to trial (fact and expert) will be informed by the Court's rulings, plaintiffs seek a case management

19

conference before the Court in order to seek the Court's guidance regarding pre-trial rulings and

20

trial.

21

DATED:  May 29, 2008                                COUGHLIN STOIA GELLER

22                                                                             RUDMAN & ROBBINS LLP
                                                                      SHAWN A. WILLIAMS

23                                                                    WILLOW E. RADCLIFFE
                                                                      ELI R. GREENSTEIN

24                                                                    DANIEL J. PFEFFERBAUM

25

26                                                                             s/ Willow E. Radcliffe
                                                                      WILLOW E. RADCLIFFE

27
                                                                      100 Pine Street, Suite 2600

28                                                                    San Francisco, CA  94111

PLAINTIFFS' MOTION PURSUANT TO CIVIL LOCAL RULE 16-10(C) TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI                                                                    - 2 -

1

Telephone:  415/288-4545
415/288-4534 (fax)

2

3

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON

4

DOUGLAS R. BRITTON
655 West Broadway, Suite 1900

5

San Diego, CA  92101
Telephone:  619/231-1058

6

619/231-7423 (fax)

7

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

8

STACEY M. KAPLAN
9601 Wilshire Blvd., Suite 510

9

Los Angeles, CA  90210
Telephone:  310/859-3100

10

310/278-2148 (fax)

11

Lead Counsel for Plaintiffs

12

T:\CasesSF\Oracle3\MOT00051605_schedule cmc.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION PURSUANT TO CIVIL LOCAL RULE 16-10(C) TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI

1

CERTIFICATE OF SERVICE

2      I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on May 29, 2008.

9

10
s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE
COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP

11

12
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

13

14

15
E-mail:willowr@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:01-cv-00988-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```