| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | marks@csgrr.com |
|   | dougb@csgrr.com |
| 6 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 7 | WILLOW E. RADCLIFFE (200087) |
|   | ELI R. GREENSTEIN (217945) |
| 8 | DANIEL J. PFEFFERBAUM (248631) |
|   | 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 10 | 415/288-4534 (fax) |
|   | shawnw@csgrr.com |
| 11 | willowr@csgrr.com |
|   | elig@csgrr.com |
| 12 | dpfefferbaum@csgrr.com |
| 13 | Lead Counsel for Plaintiffs |
| 14 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO CIVIL LOCAL RULE 16-10(c) TO SCHEDULE A CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

I, WILLOW E. RADCLIFFE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On May 19, 2008, I spoke to counsel of record for defendants in this action, Patrick E. Gibbs of Latham & Watkins LLP, regarding the parties' stipulating to a request for a case management conference before the Court. On May 28, 2008, Mr. Gibbs informed me that defendants could not agree to stipulating to a request for a case management conference but had no objection to scheduling a case management conference if the court sought to schedule one.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of May, 2008, at San Francisco, California.

s/ Willow E. Radcliffe<br>WILLOW E. RADCLIFFE

T:\CasesSF\Oracle3\DEC00051626_schedule cmc.doc

DECLARATION OF WILLOW E. RADCLIFF IN SUPPORT OF PLTFS' MTN PURSUANT TO CIVIL LOCAL RULE 16-10(c) TO SCHEDULE A CASE MANAGEMENT CONFERENCE - C-01-0988-SI   - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2008.

s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:willowr@csgrr.com

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```