UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) [PROPOSED] ORDER GRANTING ) PLAINTIFFS' MOTION TO SCHEDULE A ) CASE MANAGEMENT CONFERENCE ) |

1     Having considered Plaintiffs' Motion Pursuant to Civil Local Rule 16-10(c) to Schedule a

2 Case Management Conference and the record in this action, plaintiffs' motion is HEREBY

3 GRANTED. A case management conference is scheduled for  July 11, 2008 @ 2:30 p.m.  .

4 Submitted by:

5 DATED: May 29, 2008

6 COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
7 SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
8 ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM

9

10
       s/ Willow E. Radcliffe
11       WILLOW E. RADCLIFFE

12 100 Pine Street, Suite 2600
San Francisco, CA 94111
13 Telephone: 415/288-4545
415/288-4534 (fax)
14
COUGHLIN STOIA GELLER
15    RUDMAN & ROBBINS LLP
MARK SOLOMON
16 DOUGLAS R. BRITTON
655 West Broadway, Suite 1900
17 San Diego, CA 92101
Telephone: 619/231-1058
18 619/231-7423 (fax)

19 COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
20 STACEY M. KAPLAN
9601 Wilshire Blvd., Suite 510
21 Los Angeles, CA 90210
Telephone: 310/859-3100
22 310/278-2148 (fax)

23 Lead Counsel for Plaintiffs

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI     - 1 -

**O R D E R**

      IT IS SO ORDERED.

DATED: _____    _____
                                                                   THE HONORABLE SUSAN ILLSTON
                                                                   UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\ORD00051633_schedule cmc.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SCHEDULE A CASE MANAGEMENT CONFERENCE - C-01-0988-SI

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2008.

    s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:willowr@csgrr.com

CAND-ECF                                                                                                       Page 1 of 2

Case 3:01-cv-00988-SI    Document 1459    Filed 06/03/08    Page 5 of 6
Case 3:01-cv-00988-SI    Document 1458    Filed 05/29/2008    Page 5 of 6

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

CAND-ECF Page 2 of 2
Case 3:01-cv-00988-SI Document 1458 Filed 05/29/2008 Page 6 of 6
Case 3:01-cv-00988-SI Document 1459 Filed 06/03/08 Page 6 of 6

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```