UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SCHEDULE A CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1  Having considered Plaintiffs' Motion Pursuant to Civil Local Rule 16-10(c) to Schedule a
2  Case Management Conference and the record in this action, plaintiffs' motion is HEREBY
3  GRANTED. A case management conference is scheduled for  July 11, 2008 @ 2:30 p.m.  .
4  Submitted by:
5  DATED: May 29, 2008

6  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
7  SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
8  ELI R. GREENSTEIN
   DANIEL J. PFEFFERBAUM
9

10
               s/ Willow E. Radcliffe
11            WILLOW E. RADCLIFFE

12  100 Pine Street, Suite 2600
    San Francisco, CA 94111
13  Telephone: 415/288-4545
    415/288-4534 (fax)
14
    COUGHLIN STOIA GELLER
15    RUDMAN & ROBBINS LLP
    MARK SOLOMON
16  DOUGLAS R. BRITTON
    655 West Broadway, Suite 1900
17  San Diego, CA 92101
    Telephone: 619/231-1058
18  619/231-7423 (fax)

19  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
20  STACEY M. KAPLAN
    9601 Wilshire Blvd., Suite 510
21  Los Angeles, CA 90210
    Telephone: 310/859-3100
22  310/278-2148 (fax)

23  Lead Counsel for Plaintiffs

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI — - 1 -

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | **O R D E R** |
|   | IT IS SO ORDERED. |   |
| 3 | DATED: _____ | _Susan Illston_ (signature) |
| 4 |   | THE HONORABLE SUSAN ILLSTON |
|   |   | UNITED STATES DISTRICT JUDGE |
| 5 | T:\CasesSF\Oracle3\ORD00051633_schedule cmc.doc |   |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SCHEDULE A CASE
MANAGEMENT CONFERENCE - C-01-0988-SI

- 2 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on May 29, 2008. |

        s/ Willow E. Radcliffe
    WILLOW E. RADCLIFFE
    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    100 Pine Street, 26th Floor
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    E-mail:willowr@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```