1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE FROM JULY 11, 2008 TO JULY 18, 2008** |
| ALL ACTIONS. | |
| | **Judge Susan Illston** |

1  WHEREAS, under this Court's June 3, 2008 Order Granting Plaintiffs' Motion to Schedule a Case Management Conference, the Court scheduled a Case Management Conference for July 11, 2008 at 2:30 p.m.

WHEREAS, Defendants' counsel have a conflict on July 11, 2008, but the parties have met and conferred, and counsel for all parties are available on July 18, 2008 at 2:30 p.m.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The Case Management Conference previously scheduled for July 11, 2008 shall be rescheduled to July 18, 2008 at 2:30 p.m.

DATED:  June 5, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

By _____/s/Patrick E. Gibbs
   Patrick E. Gibbs
   Counsel for Defendants Oracle Corporation,
   Lawrence J. Ellison, Jeffrey O. Henley, and
   Edward J. Sanderson

By _____/s/ Willow E. Radcliffe
   Willow E. Radcliffe
   Counsel for Plaintiffs

**IT IS SO ORDERED**:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE