1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE FROM JULY 11, 2008 TO JULY 18, 2008 |
| ALL ACTIONS. | Judge Susan Illston |

1      WHEREAS, under this Court's June 3, 2008 Order Granting Plaintiffs' Motion to

2  Schedule a Case Management Conference, the Court scheduled a Case Management Conference

3  for July 11, 2008 at 2:30 p.m.

4      WHEREAS, Defendants' counsel have a conflict on July 11, 2008, but the parties have met

5  and conferred, and counsel for all parties are available on July 18, 2008 at 2:30 p.m.

6      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS

7  FOLLOWS:

8      The Case Management Conference previously scheduled for July 11, 2008 shall be

9  rescheduled to July 18, 2008 at 2:30 p.m.

11  DATED:  June 5, 2008

12                   Respectfully submitted,

14  LATHAM & WATKINS LLP          COUGHLIN STOIA GELLER
                                 RUDMAN AND ROBBINS LLP

16  By _____/s/Patrick E. Gibbs       By _____/s/ Willow E. Radcliffe
     Patrick E. Gibbs              Willow E. Radcliffe
17    Counsel for Defendants Oracle Corporation,    Counsel for Plaintiffs
     Lawrence J. Ellison, Jeffrey O. Henley, and
     Edward J. Sanderson

21                 **IT IS SO ORDERED**:

25  _____
    THE HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER RESCHEDULING CMC FROM
JULY 11, 2008 TO JULY 18, 2008
Case No. C-01-0988-SI