IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 SI |
| Plaintiffs, | **CORRECTED ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING SANCTIONS (AMENDING DEFENDANTS' DUE DATE)** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendants. | |

Plaintiffs have moved for terminating sanctions on the basis of alleged evidence spoliation. The Court is not inclined to grant terminating sanctions, but finds that lesser evidentiary sanctions may be appropriate. Accordingly, the Court asks that the parties file supplemental letter briefs regarding (1) whether lesser sanctions are appropriate and (2) whether those sanctions would prevent the Court from entering partial or full summary judgment in favor of defendants, in situations where the Court might otherwise be inclined to do so. **Plaintiffs' brief shall be due by July 7 and defendants' brief shall be due by July 14.** The briefs shall not exceed 7 pages.

**IT IS SO ORDERED.**

Dated: June 30, 2008

SUSAN ILLSTON
United States District Judge