```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
 3  655 West Broadway, Suite 1900
    San Diego, CA  92101
 4  Telephone:  619/231-1058
    619/231-7423 (fax)
 5  marks@csgrr.com
    dougb@csgrr.com
 6         – and –
    SHAWN A. WILLIAMS (213113)
 7  WILLOW E. RADCLIFFE (200087)
    ELI R. GREENSTEIN (217945)
 8  DANIEL J. PFEFFERBAUM (248631)
    100 Pine Street, Suite 2600
 9  San Francisco, CA  94111
    Telephone:  415/288-4545
10  415/288-4534 (fax)
    shawnw@csgrr.com
11  willowr@csgrr.com
    elig@csgrr.com
12  dpfefferbaum@csgrr.com

13  Lead Counsel for Plaintiffs

14  [Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | FURTHER JOINT CASE MANAGEMENT STATEMENT |
| ALL ACTIONS. ) ) | DATE: July 18, 2008 |
| | TIME: 2:30 p.m. |
| | COURTROOM: Hon. Susan Illston |

1    Pursuant to Civil Local Rule 16-10(d), the parties submit this Further Joint Case
2 Management Statement.

**1. JURISDICTION AND SERVICE**

The claims asserted in this case arise under §§10(b), 20(a) and 20A of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b), 78t(a), 78t-1 and Rule 10b-5, 17 C.F.R. §240.10b-5. Jurisdiction is conferred by §27 of the Securities Exchange Act of 1934, 15 U.S.C. §78aa. There are no issues regarding personal jurisdiction or venue, and all parties to this action have been served.

**2. FACTUAL CHRONOLOGY AND STATUS OF THE ACTION**

This is a securities class action against Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson brought pursuant to §§10(b), 20(a) and 20A of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder. As noted above, all parties have been served and have answered the operative complaint – the Revised Second Amended Complaint for Violations of the Federal Securities Laws filed on December 9, 2002. Fact discovery closed on October 2, 2006 (with limited discovery taking place thereafter as permitted by the Court) and expert discovery closed on July 17, 2007. On October 3, 2007 a trial date of March 24, 2008 was set. Dkt. No. 1173.

On December 20, 2006 the Honorable Martin J. Jenkins (Ret.) appointed 1199 SEIU Greater New York Pension Fund, Drifton Finance Corp., Robert Sawyer, Ryan Kuehmichel and Dzung Chu as class representatives and certified a class of all persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 to March 1, 2001. Dkt. No. 594. The claims administrator filed a declaration on December 12, 2007 indicating notice has been given to the class. Dkt. No. 1440.

On December 20, 2007 the Honorable Martin J. Jenkins (Ret.) heard oral argument on cross motions for summary judgment, Daubert challenges and a motion for sanctions described below. Dkt. No. 1449. Thereafter, the Honorable Martin J. Jenkins (Ret.) was nominated by the Governor of the State of California to a seat on the California First District Court of Appeal.

Pursuant to Judge Jenkins' December 7, 2004 pre-trial order, key pre-trial designations and jury instructions were to be filed beginning February 20, 2008 for a trial set for March 24, 2008.

On February 19, 2008 the Court issued an Order vacating the trial date and all pretrial deadlines pending reassignment of the action to a new judge. Dkt. No. 1454. The February 19, 2008 Order stated that the Court planned to resolve the submitted summary judgment motions prior to reassignment. *Id*. On April 4, 2008 Judge Jenkins' appointment to the California First District Court of Appeal was confirmed and effective April 4, 2008 he resigned from the federal bench. On April 7, 2008, this matter was reassigned to the Honorable Susan Illston for all further proceedings. Dkt. No. 1455. On June 26, 2008, Judge Illston issued an Order requesting supplemental briefing on the motion for sanctions. Dkt. No. 1463.

## 3.   PENDING MOTIONS

The following pending motions were filed and briefed between July 26, 2007 and November 9, 2007, and heard before the Honorable Martin J. Jenkins (Ret.) on December 20, 2007:

- Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence (Dkt. Nos. 1176, 1302);

- Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information (Dkt. No. 1257);

- Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 1259);

- Defendants' Motion for Summary Judgment (Dkt. No. 1406);

- Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard (Dkt. No. 1249);

- Plaintiffs' Motion to Exclude the Expert Testimony of George Foster (Dkt. No. 1250);

- Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon (Dkt. No. 1255);

- Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert J. Duross O'Bryan (Dkt. No. 1248);

- Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Alan G. Goedde, including Plaintiffs' request for leave to file a supplemental declaration and Defendants' objection thereto (Dkt. Nos. 1189, 1402, 1408);

- Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt (Dkt. No. 1199); and

- Defendants' Motion to Exclude Declarations and Testimony of Brooks Hilliard (Dkt. No. 1194).

## 4. DISCLOSURES

The parties have exchanged and have supplemented their initial disclosures in accordance with Fed. R. Civ. P. 26(a).

## 5. DISCOVERY

As noted above, fact discovery concluded on October 2, 2006, and expert discovery concluded on July 17, 2007.

## 6. CLASS ACTIONS

As set forth above, on December 20, 2006, the Court granted Plaintiffs' Motion for Class Certification and certified a class consisting of all persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001. The Court appointed Local 144 Nursing Home Pension Fund (now known as 1199 SEIU Greater New York Pension Fund), Drifton Finance Corporation, Robert D. Sawyer, Ryan Keumichel and Dzung Chu as class representatives.

## 7. RELATED CASES

The parties are not aware of any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

## 8. RELIEF

Plaintiffs are seeking damages on behalf of the Class, as well as costs and equitable relief.

## 9. SETTLEMENT AND ADR

The parties unsuccessfully attended mediation before Magistrate Judge Zimmerman on November 28, 2006 and October 30, 2007. No further ADR sessions are currently scheduled.

## 10. CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do not consent to have a Magistrate Judge conduct any further proceedings including trial and entry of judgment.

**11.   TRIAL**

The matter will be tried to a jury. Plaintiffs at this juncture anticipate a five week trial. Defendants anticipate a four week trial, assuming the parties have four full days per week to try the case. The parties will be in a position to propose trial dates, once the pending motions described herein are resolved.

**12.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiffs are unaware of any "non-party interested entities or persons."

Defendants hereby identify their list of "non-party interested entities or persons" as including: (1) all shareholders of publicly-held Oracle Corporation; (2) Corporate Officers & Directors Assurance, Ltd; (3) XL Insurance, Ltd; and (4) ACE Bermuda Insurance, Ltd.

DATED: July 9, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


          s/ Shawn A. Williams
        SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STACEY M. KAPLAN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

| | |
|---|---|
| DATED: July 9, 2008 | LATHAM & WATKINS LLP<br>PETER A. WALD<br>PATRICK E. GIBBS<br>SEAN M. BERKOWITZ |
| |      s/ Patrick E. Gibbs<br>PATRICK E. GIBBS |
| | 140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:  650/328-4600<br>650/463-2600 (fax) |
| | LATHAM & WATKINS LLP<br>PETER A. WALD<br>PATRICK E. GIBBS<br>SEAN M. BERKOWITZ<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  415/391-0600<br>415/395-8095 (fax) |
| | Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Further Joint Case Management Statement.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

T:\CasesSF\Oracle3\CMC00052456_further Joint.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2008.

                                 s/ Shawn A. Williams
                                 SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```