# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-01-0988 SI           Judge:   SUSAN ILLSTON

Title: IN RE: ORACLE CORP.

Attorneys: M. Soloman, S. Williams, S. Kaplan, J. Maroulis, J. Daley, P. Wald, P. Gibbs, S. Berkowitz

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **11/7/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to **3/17/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/30/09    @ 8:30 a.m.**  for Trial (JURY :  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall meet and confer in attempt to select a private mediator.  The mediation session shall occur in October 2008.