IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND ET AL, | No. C 01-00988 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ORACLE CORPORATION ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 7, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

PRETRIAL CONFERENCE DATE: March 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 30, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be    days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall meet and confer in attempt to select a private mediator. The mediation session shall occur in October 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                       _Susan Illston_
                                                              SUSAN ILLSTON
                                                              United States District Judge