1    LATHAM & WATKINS LLP
        Peter A. Wald (SBN 85705)
2       Michele F. Kyrouz (SBN 168004)
     505 Montgomery Street, Suite 2000
3    San Francisco, California 94111-2562
     Telephone:  (415) 391-0600
4    Facsimile:  (415) 395-8095
     E-mail: peter.wald@lw.com
5            michele.kyrouz@lw.com

6    Attorneys for Defendants ORACLE CORPORATION,
     LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
7    EDWARD J. SANDERSON

8    ORACLE CORPORATION
        Dorian E. Daley (SBN 129049)
9       James C. Maroulis (SBN 208316)
10   500 Oracle Parkway
     Mailstop 5OP7
11   Redwood Shores, California 94065
     Telephone:  (650) 506-5200
12   Facsimile:  (650) 506-7114
     E-mail: jim.maroulis@oracle.com
13
     Attorneys for Defendant ORACLE CORPORATION
14

LATHAM & WATKINS LLP
   Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
   Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

15                    **UNITED STATES DISTRICT COURT**

16        **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

17   In re ORACLE CORPORATION            Master File No. C-01-0988 (SI) (Consolidated)
     SECURITIES LITIGATION,
18                                       **DECLARATION OF PATRICK E. GIBBS IN
     This Documents Relates To:         SUPPORT OF MOTION FOR
19                                       ADMINISTRATIVE RELIEF TO SUBMIT
                                         RECENT AUTHORITY IN SUPPORT OF
20   ALL ACTIONS                         DEFENDANTS' MOTION FOR SUMMARY
                                         JUDGMENT**
21

22                                       Honorable Judge Susan Illston

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF PATRICK E. GIBBS IN SUPPORT
OF  MOTION FOR ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI

1               I, Patrick E. Gibbs, declare as follows:

2               1.      I am an attorney duly licensed to practice before all the courts of the State

3    of California.  I am a partner with the law firm of Latham & Watkins LLP, counsel of record for

4    Defendants in the above-entitled action.  I have personal knowledge of the matters stated herein

5    and, if called upon, I could and would competently testify thereto.

6               2.      Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support

7    of Defendants' Motion for Administrative Relief to Submit Recent Authority in Support of

8    Defendants' Motion For Summary Judgment.

9               3.      On August 5, 2008, I emailed Plaintiffs' counsel, Shawn Williams, and

10   asked Plaintiffs to stipulate to Defendants' submitting the Ninth Circuit's recent opinion in

11   *Metzler Investment GMBH v. Corinthian Colleges, Inc.*, --- F.3d ---, 2008 WL 2853402 (9th Cir.

12   July 25, 2008), in further support of Defendants' pending motion for summary judgment (Docket

13   No. 1406).  Mr. Williams asked that Defendants indicate to the Court that the following is

14   Plaintiffs' position regarding Defendants' submission of the opinion:

15   
16          Plaintiffs have taken the position that although Corinthian Colleges
       as a pleadings opinion may not be directly applicable in the
17          summary judgment setting, and plaintiffs have been informed that
       petition for *en banc* review will be filed with the Ninth Circuit in
       that case, plaintiffs take no position on it [sic] submission by
18          defendants here.

       I hereby certify under penalty of perjury under the laws of the State of California
19   
20   that the foregoing is true and correct and that this declaration was executed on August 5, 2008 in

21   Menlo Park, California.

22

23                                 /s/_____

24                                  Patrick E. Gibbs

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1       DECLARATION OF PATRICK E. GIBBS IN SUPPORT
OF  MOTION FOR ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI