| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com<br><br>Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON<br><br>ORACLE CORPORATION<br>  Dorian E. Daley (SBN 129049)<br>  James C. Maroulis (SBN 208316)<br>500 Oracle Parkway<br>Mailstop 5OP7<br>Redwood Shores, California 94065<br>Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114<br>E-mail: jim.maroulis@oracle.com<br><br>Attorneys for Defendant ORACLE CORPORATION | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br><br>LATHAM & WATKINS LLP<br>  Jamie L. Wine (SBN 181373)<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>E-mail: jamie.wine@lw.com<br><br>LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT RECENT AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Judge Susan Illston |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI

1   Having considered the papers regarding Defendants' Motion for Administrative
2   Relief to Submit Recent Authority in Support of Defendants' Motion For Summary Judgment
3   and finding good cause therefore; Defendants' Motion is GRANTED.
4   Defendants are permitted to submit the recent opinion in *Metzler Investment*
5   *GMBH v. Corinthian Colleges, Inc.*, --- F.3d ----, 2008 WL 2853402 (9th Cir. July 25, 2008), in
6   support of their Motion for Summary Judgment.
7   IT IS SO ORDERED.

9   Dated:

_____

THE HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   [PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI