

**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

Shawn A. Williams
ShawnW@csgrr.com

August 6, 2008

VIA ELECTRONIC FILING

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In re Oracle Corporation Securities Litigation*
    Master File No. C-01-0988-SI (N.D. Cal.)

Dear Judge Illston:

  I write to inform the Court that plaintiffs in the above-referenced case intend to file a timely response in opposition to defendants' August 5, 2008 Motion for Administrative Relief to Submit Recent Authority in Support of Defendants' Motion for Summary Judgment ("Administrative Motion").

  On August 5, 2008, Patrick Gibbs, counsel for defendants, requested by electronic mail whether plaintiffs would enter a stipulation allowing submission of the Ninth Circuit's recent opinion in *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, No. 06-55826, 2008 WL 2853402 (9th Cir. July 25, 2008). Ex. A hereto. The e-mail attached a copy of the opinion. I responded to Mr. Gibbs' e-mail indicating that rather than stipulating, plaintiffs would take no position on the submission of the *Metzler* opinion in light of possible *en banc* review and because *Metzler* may not necessarily be applicable or instructive at summary judgment. Ex. B hereto.

  Mr. Gibbs in his request never indicated that defendants intended through their Administrative Motion to re-argue defendants' motion for summary judgment. Of course, plaintiffs would have opposed such a request and such argument would plainly violate the letter and spirit of the Civil Local Rules prohibiting argument in the submission of recent authority. *See* Local Rule 7-3(d) ("[C]ounsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision . . . ***without argument***.") (emphasis added). Nothing in Local Rule 7-11, governing administrative matters, supersedes Rule 7-3(d), or allows argument through the backdoor.

  Nevertheless, without warning, authority or permission, the Administrative Motion is rife with argument, citing multiple cases and multiple documents in the voluminous summary judgment record. Further, it incorrectly contends that "Plaintiffs have offered no evidence" of loss causation and falsely asserts that their own evidence at summary judgment is unrebutted. Administrative Motion at 1. The Administrative



COUGHLIN
STOIA
GELLER
RUDMAN
ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

The Honorable Susan Illston
August 6, 2008
Page 2

Motion even purports to convey to the Court plaintiffs' summary judgment arguments on the issue of loss causation and proceeds at an attempt to reject them. Administrative Motion at 2. The Administrative Motion then incorrectly suggests that *Metzler* is outcome-determinative and concludes that "Defendants are entitled to judgment as a matter of law." *Id.*

With respect to plaintiffs' position, the Administrative Motion states, citing to Patrick Gibbs' declaration in support, that plaintiffs "argue" that *Metzler* is a pleading case. Administrative Motion at 2. That is simply inaccurate. Plaintiffs have made no "argument" at all. Plaintiffs responded by e-mail to what defendants presented as a simple request for stipulation to submit supplemental authority. *See* Ex. A hereto ("Shawn . . . the local rules require us to try to get a stipulation before filing a motion for administrative relief . . . ."). Plaintiffs did not agree to allow further argument on the motion for summary judgment. Neither did opposing counsel disclose that defendants were using Rule 7-11 to re-argue summary judgment, rather than simply submitting recent authority. The Administrative Motion in nearly all respects is highly improper and defendants should immediately withdraw it. If it is not immediately withdrawn or stricken *sua sponte*, plaintiffs will timely respond to the Administrative Motion within the time allotted by the Local Rules.

Respectfully submitted,

SHAWN A. WILLIAMS

SAW:jc
cc:    Patrick Gibbs

T:\CasesSF\Oracle3\Corres\LTR Illson 08-06-08 SAW.doc

100 Pine Street, 26th Floor • San Francisco, California 94111 • 415.288.4545 • Fax 415.288.4534 • www.csgrr.com

# Exhibit A

**Shawn Williams**

| | |
|---|---|
| From: | PATRICK.GIBBS@LW.com |
| Sent: | Tuesday, August 05, 2008 10:37 AM |
| To: | Shawn Williams; Willow Radcliffe |
| Cc: | Sean.Berkowitz@lw.com; Brian.Glennon@lw.com |
| Subject: | Oracle - Motion for Administrative Relief to Submit Metzler v. Corinthian Colleges Opinion |
| Attachments: | Westlaw Result.pdf |

Shawn and Willow:

We plan to file with Judge Illston a motion for administrative relief seeking leave to submit the Ninth Circuit's recent opinion in Metzler Inv. v. Corinthian Colleges (attached below) in further support of defendants' pending motion for summary judgment. As you know, the local rules require us to try to get a stipulation before filing a motion for administrative relief, so please just let me know whether plaintiffs will stipulate to us submitting the Corinthian Colleges opinion in further support of defendants' motion for summary judgment. I believe when we last did this (with the Omnicom decision), plaintiffs either declined to stipulate or took no position. Please just let us know plaintiffs' position when you can.

Thanks.

<<Westlaw Result.pdf>>

```
**************************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax iss

For more information please go to  http://www.lw.com/docs/irs.pdf
**************************************************************************

This email may contain material that is confidential, privileged and/or attorney wor

Latham & Watkins LLP
```

# Exhibit B

**Shawn Williams**

From: Shawn Williams
Sent: Tuesday, August 05, 2008 1:06 PM
To: 'PATRICK.GIBBS@LW.com'; Willow Radcliffe
Cc: Sean.Berkowitz@lw.com; Brian.Glennon@lw.com
Subject: RE: Oracle - Motion for Administrative Relief to Submit Metzler v. Corinthian Colleges Opinion

We would appreciate if you included the following as plaintiffs' position in your submission where you discuss defendants' request for a stipulation:

"Plaintiffs have taken the position that although Corinthian Colleges as a pleadings opinion may not be directly applicable in the summary judgment setting, and plaintiffs have been informed that petition for en banc review will be filed with the Ninth Circuit in that case, plaintiffs take no position on it submission by defendants here."

Call me with questions. Thanks.

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA. 94111
Phone: 415-288-4545
Fax: 415-288-4534

From: PATRICK.GIBBS@LW.com [mailto:PATRICK.GIBBS@LW.com]
Sent: Tuesday, August 05, 2008 10:37 AM
To: Shawn Williams; Willow Radcliffe
Cc: Sean.Berkowitz@lw.com; Brian.Glennon@lw.com
Subject: Oracle - Motion for Administrative Relief to Submit Metzler v. Corinthian Colleges Opinion

Shawn and Willow:

We plan to file with Judge Illston a motion for administrative relief seeking leave to submit the Ninth Circuit's recent opinion in Metzler Inv. v. Corinthian Colleges (attached below) in further support of defendants' pending motion for summary judgment. As you know, the local rules require us to try to get a stipulation before filing a motion for administrative relief, so please just let me know whether plaintiffs will stipulate to us submitting the Corinthian Colleges opinion in further support of defendants' motion for summary judgment. I believe when we last did this (with the Omnicom decision), plaintiffs either declined to stipulate or took no position. Please just let us know plaintiffs' position when you can.

Thanks.

<<Westlaw Result.pdf>>

*******************************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be use
For more information please go to http://www.lw.com/docs/irs.pdf
*******************************************************************************

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. A
Latham & Watkins LLP

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2008.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```