1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION, | Master File No. C-01-0988 (SI) (Consolidated) |
|---|---|
| This Documents Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT NINTH CIRCUIT OPINION IN *IN RE GILEAD SECURITIES LITIGATION*** |
| ALL ACTIONS | |
| | Honorable Judge Susan Illston |

1  WHEREAS, the Ninth Circuit Court of Appeals recently issued an opinion in *In re Gilead Sciences Securities Litigation*, Slip Copy, No. 06-16185, (9th Cir. Aug. 11, 2008), a copy of which is attached as Exhibit A;

WHEREAS, this opinion overrules a district court decision, *In re Gilead Sciences Sec. Litig.*, No. C-03-4999-MJJ, 2006 WL 1320466 (N.D. Cal. Feb. 6, 2006), and is relevant to the issues presented to the Court in the parties' pending motions for summary judgment;

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit the Ninth Circuit's recent opinion in *In re Gilead.*

DATED:  August 11, 2008

                                                                    Respectfully submitted,

LATHAM & WATKINS LLP                          COUGHLIN STOIA GELLER
                                                                    RUDMAN AND ROBBINS LLP

By _____/S/_____           By _____/S/_____
     Patrick E. Gibbs                                              Eli Greenstein
     Counsel for Defendants Oracle Corporation,   Counsel for Plaintiffs
     Lawrence J. Ellison, Jeffrey O. Henley, and
     Edward J. Sanderson

Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Eli Greenstein has concurred in the filing of this stipulation and proposed order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____

THE HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT COURT JUDGE