LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SET BRIEFING SCHEDULE FOR DISPOSITIVE AND *DAUBERT* MOTIONS AND PAGE LIMITS FOR DISPOSITIVE MOTIONS**<br><br>Honorable Judge Susan Illston |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF PATRICK E. GIBBS IN SUPPORT
OF MOTION FOR ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI

I, Patrick E. Gibbs, declare as follows:

1.  I am an attorney duly licensed to practice before all courts of the State of California. I am a Partner with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support of Defendants' Motion for Administrative Relief to Set Briefing Schedule for Dispositive and *Daubert* Motions and Page Limits for Dispositive Motions.

3.  On September 11, 2008, we sent a letter to Plaintiffs setting forth our proposed briefing schedule for those motions that the Court requested the parties to resubmit in the September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions, as well as our proposed page limits for the parties' revised dispositive motions. A true and correct copy of this letter is attached hereto as Exhibit 1.

4.  On September 12, 2008, we received a written response from Plaintiffs in which they objected to our proposals, and proposed their own briefing schedule under which the opening briefs would not be due until a week after the October 13, 2008 mediation. In addition, Plaintiffs requested 50 pages for their revised Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Non-Public Information. A true and correct copy of this letter is attached hereto as Exhibit 2.

5.  On September 15, 2008, I participated in a telephonic meet and confer with Plaintiffs' counsel in which we discussed our respective proposals in an attempt to reach a compromise. We were unable to reach an agreement or enter into a stipulation with respect to the briefing schedule, or the page limits for the parties' revised dispositive motions. I summarized this discussion in a letter I sent to Plaintiffs later that afternoon, a true and correct copy of which is attached hereto as Exhibit 3.

6.  The next morning, on September 16, 2008, I exchanged emails with Plaintiffs' counsel in which I explained, once again, that given the importance of these issues, the

1  fact that these issues needed to be resolved as soon as possible and the fact that the parties had
2  made no progress towards reaching a stipulation during the meet and confer process, that
3  Defendants would be filing a motion for administrative relief, which Plaintiffs were free to
4  oppose.
5         I hereby certify under penalty of perjury under the laws of the State of California
6  that the foregoing is true and correct and that this declaration was executed on September 16,
7  2008, in Menlo Park, California.

                                    _____/s/_____
                                           Patrick E. Gibbs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   DECLARATION OF PATRICK E. GIBBS IN SUPPORT
OF MOTION FOR ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI