# EXHIBIT 1

Sean M. Berkowitz
Direct Dial: (312) 777-7016
Fax: (312) 993-9767

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Dubai | Orange County |
| Frankfurt | Paris |
| Hamburg | Rome |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

September 11, 2008

**VIA FACSIMILE**

Shawn A. Williams, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, California 94111

Re: *In re Oracle Corporation Securities Litigation*,
Master File No. C-01-0988 SI

Dear Shawn:

We are writing in regards to the briefing schedule and page limits for those motions that the Court requested the parties to resubmit in the September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions, as well as the briefing schedule for the October 13, 2008 mediation.

As we have discussed, Defendants propose that both parties submit their revised dispositive motions and *Daubert* motions no later than October 6, 2008. Under this proposed briefing schedule, opposition briefs would be due the week of November 3, 2008, and reply briefs would be due the week of November 24, 2008 (before the Thanksgiving holiday). This will allow the Court to conduct a hearing on the motions during early to mid-December 2008, allowing Judge Illston sufficient time to consider and rule on the motions in advance of the March 17, 2009 Pretrial Conference and the March 30, 2009 trial date. As you know, the rulings on the dispositive and *Daubert* motions could (and likely will) significantly impact any pretrial submissions and trial preparations. For these reasons, we think it is in both parties' interests to have the matters addressed by the Court before the end of the year. Moreover, we further propose that Defendants' dispositive motion be 50 pages in length in accordance with the July 15, 2007 Order (as this motion was denied without prejudice to re-file), and Plaintiffs' remaining dispositive motion be 25-pages in length (as the Court already denied one 25-page dispositive motion, and the Court previously ruled that Plaintiffs only are entitled to a total of 50 pages in summary adjudication briefing). Please let us know if Plaintiffs are willing to agree to these proposals. If the parties are unable to reach an acceptable compromise on these issues, Defendants intend to seek an order from Judge Illston imposing a briefing schedule along the lines set forth above.

With respect to the October 13, 2008 mediation, Defendants are willing to submit a confidential mediation submission (*i.e.*, not to be exchanged) and forego filing a reply brief, as

LA\1899357.2

**LATHAM&WATKINS**LLP

Plaintiffs have proposed. Defendants propose submitting confidential mediation submissions, not to exceed 15-pages in length, on October 6, 2008, in conjunction with the resubmission of the motions the Court requested in the September 2, 2008 Order. Please let us know if Plaintiffs are willing to agree to this proposal, at which point, we can seek approval from Judge Phillips for this approach.

Please feel free to contact me directly, at (312) 777-7016, should you have any questions or wish to discuss these issues further.

Very truly yours,

Sean M. Berkowitz, Esq.
of Latham & Watkins LLP

cc: Mark Solomon, Esq.

LA\1899357.2

```
          ************************************
              SERIAL BROADCAST REPORT (1)
          ************************************

(THU) SEP 11 2008 11:31
LATHAM & WATKINS LLP Fax Machine #2
```

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-087 | 9.11 11:29 | 9.11 11:30 | 1'05" | 2 | 3 |

| FIN. | 2 |
|---|---|

| ##6542884534 | ##56416192317423 |
|---|---|

 COMPLETED

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 11, 2008

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| Cc: | Mark Solomon, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |
| From: | Sean M. Berkowitz | | |
| Re: | In re Oracle Corporation Securities Litigation | | |

☐ Original(s) to follow          Number of pages, including cover: 3

**Please see attached**

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 11, 2008

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| Cc: | Mark Solomon, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |
| From: | Sean M. Berkowitz | | |
| Re: | In re Oracle Corporation Securities Litigation | | |

☐ Original(s) to follow        Number of pages, including cover: 3

**Please see attached**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**