# EXHIBIT 3

Patrick E. Gibbs
Direct Dial: 650-463-4696
E-mail: patrick.gibbs@lw.com

140 Scott Drive
Menlo Park, California 94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Dubai | Orange County |
| Frankfurt | Paris |
| Hamburg | Rome |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

September 15, 2008

**VIA FACSIMILE**

Shawn A. Williams, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, California 94111

Re: *In re Oracle Corporation Securities Litigation*,
Master File No. C-01-0988 SI

Dear Shawn:

We are writing to memorialize this afternoon's meet and confer discussion regarding the parties' proposed briefing schedules, the page limits for the motions the Court requested the parties to resubmit in the September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions, as well as the page limits for the parties' confidential mediation submissions.

As we explained, Defendants' proposed briefing schedule is designed to facilitate a productive settlement discussion, and should not be interpreted as suggesting that we are not taking the October 13, 2008 mediation seriously. It is precisely because we intend to discuss, in good faith, a possible resolution of this matter at the mediation that Defendants have proposed that the parties file their initial round of dispositive and *Daubert* motions on October 6, 2008. Having these motions on file in advance of the mediation will allow the parties clearly to articulate their respective positions in light of the Court's September 2, 2008 Order, which will frame the issues for the mediator and facilitate a more productive dialogue. Furthermore, under Defendants' proposal, the parties' motions will be pending at the time of the mediation, and the possibility of summary judgment will keep pressure on both sides to discuss settlement in a productive manner. Our proposed briefing schedule does not, as Plaintiffs have suggested, prevent the parties from focusing on the mediation. Indeed, even under Plaintiffs' proposed briefing schedule, the revised dispositive and *Daubert* motions would be due one week after the mediation, and therefore, both parties will be in the process of drafting these briefs at the time of the mediation. Moreover, postponing the date on which the parties' initial briefs are due by two weeks, as Plaintiffs have proposed, unnecessarily compresses the remainder of the briefing schedule, reduces the amount of time the Court will have to prepare for oral argument, and ensures that none of the attorneys on either side will be able to take a Thanksgiving holiday.

Shawn A. Williams
September 15, 2008
Page 2

LATHAM&WATKINS LLP

With respect to your proposal that Plaintiffs have 50 pages for their revised Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Non-Public Information (the "20A Motion"), as we discussed, the Court previously ruled that the parties are entitled to 50 pages, *total*, of summary adjudication briefing. *See* Civil Pretrial Minutes (Docket No. 953). Plaintiffs already attempted to file a 50-page 20A Motion (along with a 50-page Motion for Partial Summary Judgment), and the Court ordered Plaintiffs to re-file both motions in accordance with the Court-imposed page limits. *Id.* On September 2, 2008, the Court denied – without leave to re-file – one of Plaintiffs' summary adjudication motions (*i.e.*, Plaintiffs' Partial Motion for Summary Judgment), which was 25 pages in length. Thus, allowing Plaintiffs to re-file a 50-page 20A Motion will provide Plaintiffs with a total of 75 pages of summary adjudication briefing, and thus violate the Court's order regarding page limits. As we explained during our call, we are not attempting to get a larger page limit than Plaintiffs for dispositive motions. To the contrary, we are attempting to ensure that both sides get the same amount of total briefing on dispositive motions, consistent with the parameters previously set by the Court.

With respect to Plaintiffs' proposed page limits for the mediation brief, Defendants do not object to Plaintiffs' proposal that both sides submit 25-page confidential mediation briefs on October 6, 2008. As we discussed, the parties will not be exchanging these submissions, nor will either party file a reply brief. Defendants also do not object to the parties jointly (or Plaintiffs individually) seeking additional possible dates with the mediator following our initial session, because even if this case settles, it may take more than a single session with the mediator.

Finally, as we explained during our call, because the parties were unable to reach a stipulation on the briefing schedule for dispositive and *Daubert* motions, and the page limits for Plaintiffs' 20A Motion, Defendants will be seeking guidance from the Court on these issues.

Very truly yours,

Patrick E. Gibbs, Esq.
of Latham & Watkins LLP

cc: Mark Solomon, Esq.

```
***********************************
       SERIAL BROADCAST REPORT (1)
***********************************
```

(MON) SEP 15 2008 16:52
LATHAM & WATKINS LLP Fax Machine #2



| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-094 | 9.15 16:50 | 9.15 16:51 | 1' 14" | 2 | 3 |

| FIN. | 2 |
|---|---|

| ##4252884534 | ##89416192317423 |
|---|---|

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391 0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 15, 2008

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| Cc: | Mark Solomon, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |

**From:** Patrick E. Gibbs

**Re:** In re Oracle Corporation Securities Litigation

☐ Original(s) to follow     Number of pages, including cover: 3

**Please see attached**

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
September 15, 2008

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| Cc: | Mark Solomon, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |
| From: | Patrick E. Gibbs | | |
| Re: | In re Oracle Corporation Securities Litigation | | |

☐ Original(s) to follow          Number of pages, including cover: 3

**Please see attached**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**