LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SET BRIEFING SCHEDULE FOR DISPOSITIVE AND *DAUBERT* MOTIONS AND PAGE LIMITS FOR DISPOSITIVE MOTIONS**<br><br>Honorable Judge Susan Illston |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF
MASTER FILE NO. C-01-0988-SI

Having considered the parties' submissions regarding Defendants' Motion for Administrative Relief to Set Briefing Schedule for Dispositive and *Daubert* Motions and Page Limits for Dispositive Motions (the "Motion") and finding good cause therefore, the Motion is hereby **GRANTED**, as follows:

1. The parties' revised opening briefs that the Court requested in its September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions will be due no later than October 6, 2008; the parties' respective opposition briefs will be due no later than November 3, 2008; the parties respective reply briefs will be due no later than November 24, 2008; and the Court will schedule a hearing on these motions in early to mid-December at time that is convenient for the Court and the parties.

2. Defendants shall have 50 pages for their revised Motion for Summary Judgment (with Plaintiffs having 50 pages for their opposition brief, and Defendants having 25 pages for their reply brief), in accordance with the July 15, 2007 Order Granting Defendants' Unopposed Motion for Administrative Relief re Page Limits for Dispositive Motions (Docket No. 850).

3. Plaintiffs shall have 25 pages for their revised Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Non-Public Information (with Defendants having 25 pages for their opposition brief, and Plaintiffs having 15 pages for their reply brief), in accordance with the Court's August 2, 2007 Minute Order (Docket No. 953).

**IT IS SO ORDERED**.

Dated:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE