# EXHIBIT A



**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
ATLANTA · WASHINGTON, DC
LOS ANGELES · PHILADELPHIA

Shawn A. Williams
ShawnW@csgrr.com

September 12, 2008

<u>VIA FACSIMILE (312/993-9767)</u>

Sean Berkowitz, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

    Re:    *In re Oracle Corporation Sec. Litig.*
            Master File No. C-01-0988-SI (N.D. Cal.)

Dear Sean:

    I write in response to your letter of yesterday, September 11, 2008, regarding the October 13, 2008 court-ordered mediation and a schedule for the summary judgment briefing pursuant to Judge Illston's September 2, 2008 Order Denying Plaintiff's Motion for Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions.

    As I explained to you telephonically on Tuesday, September 9, 2008, plaintiffs believe that the parties should focus their resources on providing Judge Phillips the necessary materials for the mediation before turning to the additional summary judgment briefing. Accordingly, I proposed a schedule that would allow the parties to engage in the mediation on October 13, 2008, and if it's unsuccessful, have the required briefing on file within a week thereafter.

    We have considered your briefing proposal and in light of the above propose the following schedule that would allow for briefing to be completed in early December 2008 and a hearing on or around December 19, 2008:

| | |
|---|---|
| MSJ briefs due: | October 20, 2008 |
| Oppositions: | November 17, 2008 |
| Replies: | December 5, 2008 |
| Hearing: | December 19, 2008 |

    The apparent insistence that the parties file new motions for summary judgment on October 6 before the October 13 mediation begs the question whether defendants intend to, in good faith, discuss possible resolution. If it is not defendants' intent to do so, the parties should jointly alert the Court that all indications are that October 13 mediation will be futile and that the parties should therefore move forthwith through summary judgment and trial.

100 Pine Street, 26th Floor · San Francisco, California 94111 · 415.288.4545 · Fax 415.288.4534 · www.csgrr.com



Sean Berkowitz
September 12, 2008
Page 2


With respect to the page limits on the summary judgment briefing, plaintiffs are prepared to stipulate that the parties shall each be limited to 50 pages for their opening and opposition summary judgment briefs, and 20 pages for replies.

Finally, subject to approval by Judge Phillips, we will agree to 25-page mediation submissions on October 6, 2008, without replies. The mediation submissions will not be exchanged.

Please let me know whether this proposal is acceptable to you.

Very truly yours,

SHAWN A. WILLIAMS

SAW:jc

T:\CasesSF\Oracle3\Corres\LTR Berkowitz 09-12-08 SAW.doc