UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: ) ) ) ALL ACTIONS. ) ) | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: BRIEFING SCHEDULE AND PAGE LIMITS AND GRANTING PLAINTIFFS' PROPOSED BRIEFING SCHEDULE AND PAGE LIMITS |

1  Having considered the parties' submissions regarding Defendants' Motion for Administrative Relief to Set Briefing Schedule for Dispositive and *Daubert* Motions and Page Limits for Dispositive Motions (the "Motion") and finding good cause therefore, the Motion is hereby DENIED, and the following schedule is hereby adopted:

 1. The parties revised briefs pursuant to the Court's September 2, 2008 Order will be due no later than October 20, 2008; the parties respective opposition briefs will be due no later than November 17, 2008; the parties respective reply briefs will be due no later than December 12, 2008; and the Court will schedule a hearing on these motions in mid-December 2008 or early January 2009 at a time that is convenient for the Court and the parties.

 2. The parties shall each have 50 pages for their opening briefs, 50 pages for their oppositions, and 25 pages for their respective reply briefs.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: September 18, 2008

COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


　　　　　　　　　　/s/
　　　　　　ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER DENYING DEFS' MTN FOR ADMIN. RELIEF RE: BRIEF'G SCHED. & PAGE LIMITS & GRANTING PLTFS' PROPOSED BRIEF'G SCHED. & PAGE LIMITS - C-01-0988-SI   - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | COUGHLIN STOIA GELLER |
| 7 |    RUDMAN & ROBBINS LLP<br>STACEY M. KAPLAN |
| 8 | 9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210 |
| 9 | Telephone:  310/859-3100<br>310/278-2148 (fax) |
| 10 | Lead Counsel for Plaintiffs |
| 11 | T:\CasesSF\Oracle3\ORD00054235.doc |

[PROPOSED] ORDER DENYING DEFS' MTN FOR ADMIN. RELIEF RE: BRIEF'G SCHED. & PAGE LIMITS & GRANTING PLTFS' PROPOSED BRIEF'G SCHED. & PAGE LIMITS - C-01-0988-SI   - 2 -

1       CERTIFICATE OF SERVICE

2       I hereby certify that on September 18, 2008, I electronically filed the foregoing with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.
7       I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on September 18, 2008.

                                                                   /s/
                                                            ELI R. GREENSTEIN

                                                            COUGHLIN STOIA GELLER
                                                                 RUDMAN & ROBBINS LLP
                                                            100 Pine Street, 26th Floor
                                                            San Francisco, CA  94111
                                                            Telephone:  415/288-4545
                                                            415/288-4534 (fax)

                                                            E-mail: elig@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
```