1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-SI |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE |
| ALL ACTIONS. ) ) | EXPERT TESTIMONY OF GEORGE FOSTER |

DATE:   January 9, 2009
TIME:   9:00 a.m.
CTRM:   The Honorable Susan Illston

1  The Court, having considered Plaintiffs' Motion to Exclude the Expert Testimony of George

2 Foster, the written submissions of the parties and argument of counsel, IT IS HEREBY ORDERED

3 that plaintiffs' Motion is GRANTED.

4  IT IS SO ORDERED.

5 DATED: _____  _____
6  THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

7

8 Submitted by:

9 COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
10 MARK SOLOMON
   DOUGLAS R. BRITTON

11

12      s/ DOUGLAS R. BRITTON
   _____
         DOUGLAS R. BRITTON

13
   655 West Broadway, Suite 1900
14 San Diego, CA  92101
   Telephone:  619/231-1058
15 619/231-7423 (fax)

16 COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
17 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
18 ELI R. GREENSTEIN
   DANIEL J. PFEFFERBAUM
19 100 Pine Street, Suite 2600
   San Francisco, CA  94111
20 Telephone:  415/288-4545
   415/288-4534 (fax)

21
   COUGHLIN STOIA GELLER
22   RUDMAN & ROBBINS LLP
   STACEY M. KAPLAN
23 9601 Wilshire Blvd., Suite 510
   Los Angeles, CA  90210
24 Telephone:  310/859-3100
   310/278-2148 (fax)

25
   Lead Counsel for Plaintiffs
26 S:\CasesSD\Oracle3\ORD00054991_Excl Foster.doc

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT
TESTIMONY OF GEORGE FOSTER - C-01-0988-SI                                                        - 1 -