COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) DECLARATION OF DOUGLAS R. ) BRITTON IN SUPPORT OF PLAINTIFFS' ) MOTION TO EXCLUDE THE EXPERT ) TESTIMONY OF GEORGE FOSTER |

(Vol. 1 of 3, Exhibits 1-9)

DATE: January 9, 2009
TIME: 9:00 a.m.
CTRM: The Honorable Susan Illston

1  I, DOUGLAS R. BRITTON, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:    Rebuttal Expert Report of George Foster;

Exhibit 2:    Excerpts from the Deposition of George Foster, dated July 6, 2007;

Exhibit 3:    Oracle Board of Directors, obtained from Oracle.com;

Exhibit 4:    2003 Tax Form 990-PF (Richard M. Lucas Foundation);

Exhibit 5:    2004 Tax Form 990-PF (Richard M. Lucas Foundation);

Exhibit 6:    2005 Tax Form 990-PF (Richard M. Lucas Foundation);

Exhibit 7:    List of the SIEPR Faculty;

Exhibit 8:    2002 Tax Form 990-PF (The Ellison Medical Foundation);

Exhibit 9:    2003 Tax Form 990-PF (The Ellison Medical Foundation);

Exhibit 10:   2004 Tax Form 990-PF (The Ellison Medical Foundation);

Exhibit 11:   2005 Tax Form 990-PF (The Ellison Medical Foundation);

Exhibit 12:   Exhibit 49 from the Deposition of David Winton, dated May 26, 2006;

Exhibit 13:   Expert Report of R. Glenn Hubbard;

Exhibit 14:   Expert Rebuttal Report of R. Glenn Hubbard;

Exhibit 15:   Excerpts from the Deposition of Jeffrey O. Henley, dated March 2, 2004;

Exhibit 16:   Excerpts from the 30(b)(6) Deposition of Jennifer Minton, dated April 21, 2005;

Exhibit 17:   Excerpts from the Deposition of Lawrence Ellison dated February 26, 2004;

Exhibit 18:   Excerpts from the Expert Report of Alan G. Goedde, Ph.D.;

Exhibit 19:   Excerpts from the Rebuttal Expert Report of Alan G. Goedde, Ph.D.;

Exhibit 20:   Exhibit 47 from the Deposition of Jeffrey Henley, dated July 27, 2006;

Exhibit 21:   Excerpts from George Foster, *Financial Statement Analysis* (2d ed. Prentice-Hall 1986);

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER - C-01-0988-SI                - 1 -

Exhibit 22:   Excerpts from the Hearing Transcript before the Honorable Joseph C. Spero, Magistrate, dated March 1, 2005; and

Exhibit 23:   Excerpts from the Deposition of Glenn R. Hubbard, dated July 3, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of October, 2008, at San Diego, California.

s/ DOUGLAS R. BRITTON<br>DOUGLAS R. BRITTON

S:\CasesSD\Oracle3\DEC00054923_Exclude Foster.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 20, 2008.

 s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```