# EXHIBIT 1

*Confidential*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------------------------------)

IN RE ORACLE CORPORATION           )          MASTER FILE NO:

SECURITIES LITIGATION              )          C01-0988-MJJ

------------------------------------------------------------)

**REBUTTAL EXPERT REPORT OF GEORGE FOSTER**

*Confidential*

# TABLE OF CONTENTS

I.  INTRODUCTION ................................................................................................................ 1

   A.  Background and Assignment .................................................................................... 1
   B.  Qualifications ........................................................................................................... 1
   C.  Summary of Opinions .............................................................................................. 3

II. SUMMARY OF DR. GOEDDE'S ARGUMENTS ............................................................ 5

   A.  Macroeconomic Conditions ..................................................................................... 5
   B.  "Accepted Forecasting Principles" .......................................................................... 5
   C.  Process Critiques ....................................................................................................... 6
   D.  Process Critiques – Empirical Metrics ..................................................................... 7

III. ORGANIZATION AND SUMMARY OF MY REBUTTAL ............................................ 7

IV. ORACLE'S FINANCIAL FORECASTING PROCESS WAS REASONABLE AND MET
RELEVANT QUALITY CRITERIA ................................................................................... 8

   A.  The "Principles of Forecasting" Adopted by Dr. Goedde ...................................... 8
   B.  What is a Reasonable Forecast Process? ............................................................... 11
   C.  Overview of Oracle's Forecasting Process ............................................................ 11
   D.  Oracle's Financial Forecasting Process Met Relevant Quality Criteria ............... 13
   E.  Oracle's Forecast Process was Consistent with Dr. Goedde's "Principles" ......... 20
   F.  Dr. Goedde's Process Allegations Are Inconsistent with the Facts ...................... 22

V.  ANALYSIS OF MEASURES CITED BY DR. GOEDDE ............................................... 37

   A.  Measure 1:  Monthly Actual Results ..................................................................... 38
   B.  Measure 2:  "Growth Gap" .................................................................................... 44
   C.  Measure 3:  Intra-Quarter Pipeline Growth .......................................................... 49
   D.  Measure 4:  Field Forecast .................................................................................... 50
   E.  Measure 5:  Potential Forecast .............................................................................. 50
   F.  Measure 6:  Large Deals ........................................................................................ 53
   G.  Summary ................................................................................................................. 54

VI. CONCLUSION ................................................................................................................. 54

*Confidential*

# I.    INTRODUCTION

## A.    Background and Assignment

1. I understand that plaintiffs have alleged the financial guidance Oracle provided regarding its Q3 FY2001, which began December 1, 2000 and ended February 28, 2001, was false or misleading. I also understand that Oracle's financial guidance was based on Oracle's internal forecasting process for financial results, including license sales and earnings per share (EPS).

2. I understand that Dr. Alan Goedde submitted a report for the Plaintiffs on May 25, 2007 that raised a number of issues related to Oracle's forecasting process and its financial guidance. I understand that Professor Glenn Hubbard will be responding to certain of the statements made by Dr. Goedde relating to the macroeconomic conditions and the use of macroeconomic information in the forecasting process. I have been asked to respond to certain of Dr. Goedde's statements relating to the forecasting process. Specifically, I have been asked to complete the following two assignments:

   a. Evaluate Oracle's forecasting process and determine whether it met the relevant standards of quality in light of Dr. Goedde's statements that Oracle's forecasting process suffered from various deficiencies.

   b. Evaluate whether the internal information Dr. Goedde cites indicated that Oracle executives knew or should have known that Oracle would not achieve its public guidance.

3. I am compensated for my work in this matter at my regular hourly rate of $1,100. My compensation is not contingent on the outcome of this litigation.

## B.    Qualifications

4. Since 1988, I have been the Paul L. and Phyllis Wattis Professor of Management at the Graduate School of Business at Stanford University. My academic credentials include a Bachelor of Economics (first class honors and university medal) and Master of Economics at the University of Sydney, and a PhD in Business Administration from Stanford University. A copy of my current resume is attached as Appendix A.

*Confidential*

5.   My academic research and teaching areas include budgeting and forecasting; the use of financial statement information in the capital markets; management control systems; venture capital and entrepreneurship; and sports management.  I have published research in leading refereed academic journals or written books or monographs in each of these areas.  I have received multiple awards for my research, which has been cited widely by other scholars.  I have also received two honorary doctorate degrees for the contributions of my published research.

6.   I have researched and taught topics related to forecasting and budgeting for many years.  In an award-winning paper in 1977 ("Quarterly Accounting Data: Time-Series Properties and Predictive Ability Results"), I examined the accuracy of forecast models for company financial variables.  Successive editions of <u>Financial Statement Analysis</u> (1978, 1986) include extensive coverage of forecasting.  Successive Editions of <u>Cost Accounting</u> (1987, 1991, 1994, 1997, and 2000) include much analysis of corporate budgeting (a form of forecasting).  A forthcoming paper in *Review of Accounting Studies* (2007) examines the accuracy of multi-year management forecasts in private venture-backed companies.

7.   I have researched software/technology company topics and interacted with executives from software/technology companies for many years.  Many of the business school teaching cases I have written or supervised involve software companies—examples include CheckPoint Software, ComputerShare, eBay, LookSmart, Webex, and WebMethods.  Executives from these and other such companies have been frequent co-teaching guests in my MBA classes at Stanford.

8.   A recent large-scale research project involved analysis of the management systems of 78 technology companies, with software companies being the largest sector.  This is the largest and most intensive research project I have undertaken.  Interviews were conducted with the Chief Executive Officer (CEO), Chief Financial Officer (CFO), and Marketing/Business Development head of each company.  Planning/Budgeting Systems and Marketing/Sales systems were among the systems examined for every company in the study.  One paper from this research has been published (2005) and one is forthcoming (2007).

*Confidential*

9.  I have taught MBA, PhD, or executive program courses at The University of Chicago, Stanford University, and the Australian Graduate School of Business. I am currently director or co-director of several Stanford-based executive programs including the open-enrollment Executive Program for Growing Companies and the Enterprise Ireland/Irish Software Association Learning for Growth CEO custom program. The Enterprise Ireland program first ran in 2006/2007. The participants are 31 CEOs from the Irish software industry. I have been working intensively with these CEOs to promote a stronger platform for their companies' growth. This has involved gaining detailed knowledge of their management systems (including planning/budgeting systems and marketing/sales systems). This year-long program with CEOs is, to my knowledge, the first of its kind. It has recently been renewed for a second year with a new group of Irish CEO participants.

10. In addition to my academic experience, I have served on the board of directors of a venture capital company (Allen & Buckeridge 1998-2005) that invests heavily in software companies, and I have also served on the boards of directors of multiple software/technology companies, including Bluegum Technologies, Authentic8, and Sensory Networks.

11. For the past four years, I have averaged approximately one to two litigation expert witness assignments a year. The assignments have related to one or more of my key areas of research, writing, teaching, or business experience. A list of depositions, reports, and trial or arbitration appearances in the last four years is included in Appendix B.

## C.    Summary of Opinions

12. In the remainder of my report, I provide a more detailed discussion of my opinions and critiques of the analysis of Dr. Goedde. A brief summary of my opinions follows. Appendix C contains a full list of documents relied upon in reaching my opinions.

*Confidential*

A. **Contrary to Dr. Goedde's conclusions, Oracle's financial forecasting process met relevant quality criteria and incorporated relevant economic and business information in a timely and appropriate manner**

1. Oracle had a structured, disciplined, historically validated method of incorporating relevant market-based information in a timely manner.

2. Appropriate inputs and analyses were used.

   a) Oracle's incorporation of revenue forecasts and pipeline information from Oracle salespeople was an important strength of the forecasting system.

   b) Oracle's reliance on input from multiple levels of management was a second important strength of the forecasting system.

   c) Oracle's use of judgment to recognize the high likelihood that forecasts by salespeople would have a conservative bias was a third important strength of the forecasting system.

   d) Oracle's forecasting process (which included the incorporation of pipeline information from salespeople and input from multiple levels of management) was reasonable in light of the well documented "Hockey Stick" phenomenon and uncertainty about end of quarter sales experienced by many technology companies in general, and by Oracle in particular.

3. The financial forecasting process was appropriate for Oracle's business situation in Q3 FY2001.

   a) Oracle's forecasting process included appropriate mechanisms to take into account changes in macroeconomic conditions.

   b) Oracle's Q3 FY2001 forecasts were consistent with what many analysts following Oracle were forecasting for that quarter.

4

*Confidential*

**B.**    **Dr. Goedde's conclusion that Oracle's internal measures indicated that Oracle would miss its public guidance is not supported by the data**

1.    The internal measures Dr. Goedde discusses either were not used in Oracle's forecasting process or were of marginal value.

2.    The internal measures Dr. Goedde discusses were less accurate than measures used by Oracle executives and would not have accurately predicted Oracle's quarterly results in Q3 FY2001.

3.    Oracle's performance on the measures Dr. Goedde cites was in the normal range for quarters in which the company met its guidance or security analysts' expectations.

13.   Hindsight evaluations of forecasts have the inherent danger of selectively identifying the subset of signals that are most consistent with the actual outcome. The appropriate benchmark is to examine what was evaluated and known at the time of the forecast and how that knowledge was incorporated into the forecast.

## II.  SUMMARY OF DR. GOEDDE'S ARGUMENTS

14.   Dr. Goedde is critical of a number of aspects of Oracle's forecasting process. In this section, I attempt to summarize his opinions that are relevant to my assignment. Dr. Goedde's opinions fall into four general categories:

### A.    Macroeconomic Conditions

- *"Oracle was facing a major macroeconomic change heading into Q3 FY01 resulting in a decline in the market for its products;"* [1]

### B.    "Accepted Forecasting Principles"

- *"Accepted forecasting principles require a forecaster to consider all relevant and material events impacting a company's business;"* [2]

#### 1.    Oracle's Forecasting Process Had an "Optimism Bias"

- *"...optimism bias was a fundamental flaw in Oracle's judgment forecasts, including the "upside" management judgment adjustments to Oracle's Field*

---

[1]   Expert Report of Alan G. Goedde, May 25, 2007, ("Goedde Report"), p. 4.
[2]   Goedde Report, p. 4.

*Confidential*

*Forecasts. For example, Ms. Minton only consulted with internal Oracle personnel in developing the upside adjustment. She did not consider any economic or market factors in her upside adjustment."* [3]

### 2.    Oracle's Forecasting Process Did Not Include Sufficient "Market" Information

- *"...Ms. Minton ignored the actions of the market (customer reactions to products, customer ability to purchase, internal information on areas of declining sales, the overall state of the economy, etc,) and particularly information regarding the obvious deterioration of the market leading up to and including Q3 FY01."* [4]

### 3.    Oracle's Forecasting Process Excluded Relevant Information

- *"My report will show that Oracle excluded relevant information from the Q3 FY01 internal forecast which formed the basis for Oracle's December 14, 2000 Public Guidance. Oracle ignored, among other factors, directives to the sales force by Larry Ellison, one-time events, and quarterly and monthly information which indicated that the Q3 FY01 Public Guidance would not be attainable."* [5]

## C.    Process Critiques

### 1.    Macroeconomic Conditions Were Ignored

- *"Oracle failed to make adjustments to its forecast process to account for the negative impact of the changes in  the economy and the market for Oracle's products in violation of accepted forecast principles;"* [6]

- *"Defendants knew that failing to adjust for the negative impact of changes in the economy made its Public Guidance unreliable;"* [7]

### 2.    The "Hockey Stick" Phenomenon was Irrelevant

- *"The 'Hockey-Stick' phenomenon did not prevent Oracle from knowing that it would miss Public Guidance until the last few days of the quarter."* [8]

### 3.    Alleged Process Change

- *"In Q2, FY01 Larry Ellison directed significant changes to Oracle's forecast process that resulted in more "risk" being included in future Field Forecasts and rendered Jennifer Minton's upside adjustments unreliable;"* [9]

---

[3] Goedde Report, p. 9.
[4] Goedde Report, p. 9.
[5] Goedde Report, pp. 9-10.
[6] Goedde Report, p. 4.
[7] Goedde Report, p. 4.
[8] Goedde Report, p. 4.

*Confidential*

### D.   Process Critiques – Empirical Metrics

- *"The numerous internal measures available to defendants throughout Q3 FY01 including Field Forecasts, disclosed that Oracle was being impacted adversely by the declining economy and that Oracle would not achieve its Public Guidance;"*[10]

- *"Even more importantly, those statements ['Public Guidance' and 'Economy Statements'] were inconsistent with the internal measures employed in Oracle's forecasting process of which Oracle's management was well informed at the time. Defendants knew that the decline in the economy and the market of Oracle's products was having a detrimental impact on Oracle's business. The measure that Oracle considered important in monitoring in-quarter progress indicated this fact. Larry Ellison explained in deposition that the important indicators for measuring Oracle's business in any quarter include (1) actual results for the first and second months of the quarter; (2) year-over-year Pipeline growth; (3) field sales forecasts; (4) financial department forecasts; and (5) the number and size of the big deals that are potentially going to close in the quarter:"*[11]

- *"The evidence that I have reviewed in this case suggests that these measures informed defendants that the economic downturn was negatively affecting Oracle's business and its forecast and that Oracle was not likely to meet Public Guidance."*[12]

## III.  ORGANIZATION AND SUMMARY OF MY REBUTTAL

15.  My rebuttal to Dr. Goedde's report focuses on the latter three categories (B, C, and D) of his opinions as summarized above, *i.e.*, the "principles of forecasting" he adopts, his critiques of Oracle's forecasting process, and his discussion of measures that, he argues, indicated that Oracle would miss its guidance.  The supplemental report of Professor R. Glenn Hubbard will respond to the first category of Dr. Goedde's opinions (A).

16.  In Section IV of this report, I critique the "principles of forecasting" that Dr. Goedde adopts and rebut his structural critiques of Oracle's forecasting process.  I do this first by explaining how Dr. Goedde oversimplifies and misrepresents these principles in adapting them from their original source to the specifics of this case.  I then lay out a set of criteria for a reasonable forecasting process based on my research and professional experience and demonstrate how Oracle's forecasting process adheres to them.  I next demonstrate how

---

[9]   Goedde Report, p. 4.
[10]   Goedde Report, p. 4.
[11]   Goedde Report, pp. 27-28.

*Confidential*

Oracle's forecasting process is consistent with a more thoughtful interpretation of Professor Armstrong's forecasting principles than that provided by Dr. Goedde. Finally, I rebut Dr. Goedde's more specific structural critiques of Oracle's forecasting process, *i.e.*, that: i) macroeconomic conditions were ignored; ii) the "Hockey Stick" phenomenon was irrelevant; and iii) that an alleged process change mandated in Q2 FY2001 made the Q3 FY2001 process unreliable.

17. In Section V of this report, I address Dr. Goedde's critique of Oracle's internal metrics. I do this by showing that the metrics Dr. Goedde focuses on (and Oracle did not use) are less accurate predictors of Oracle's actual results than the metrics that Oracle actually used.

## IV. ORACLE'S FINANCIAL FORECASTING PROCESS WAS REASONABLE AND MET RELEVANT QUALITY CRITERIA

18. As noted earlier, one of my assignments was to analyze and evaluate the forecasting process that Oracle used for its financial performance. I have examined corporate revenue and earnings forecasting systems for many years, and have observed a number of characteristics of well functioning revenue and earnings forecasting systems. In this section, I discuss the principles outlined by Dr. Goedde, outline the criteria I use to evaluate forecasting systems, and discuss how Oracle's forecasting process meets these criteria.

### A.    The "Principles of Forecasting" Adopted by Dr. Goedde

19. The work by Professor J. Scott Armstrong[13] cited by Dr. Goedde as the source for his "enduring principles that represent foundations of forecasting"[14] is a broad text on forecasting that is a compilation of papers by a number of researchers covering a wide range of forecasting issues. Illustrative of the general nature of the book is the last summary chapter, which identifies no less than 16 categories and 139 principles of forecasting covering topics including "formulating a problem, obtaining information about it, selecting

---

[12]   Goedde Report, p. 28.
[13]   Armstrong, J. Scott, *Principles of Forecasting*, Springer Science+Business Media, LLC, 2001.
[14]   Goedde Report, p. 9.

*Confidential*

and applying methods, evaluating methods, and using forecasts."[15] Professor Armstrong acknowledges that "[y]ou will not need all of them in any one situation."[16]

20. The three "enduring principles" cited by Dr. Goedde, discussed below, are not a rigid set of guidelines for forecasting corporate revenues and/or earnings, nor do they provide specific guidance relating to their use in evaluating the forecasts at an individual company. In fact, as discussed below, Dr. Goedde oversimplifies Professor Armstrong's principles to the point of misapplying them in the context of this case.

### 1.     "Correct for Bias in Judgmental Forecasting" [17]

21. While it is certainly true that one should "correct for bias in judgmental forecasting,"[18] the degree and direction of bias and how best to correct for it are very dependent upon the facts of the situation, how information is gathered and used, and the historical accuracy of such information. Dr. Goedde states that "optimism bias was a fundamental flaw in Oracle's judgmental forecast."[19] This is not true. As I discuss in greater detail later in this report, Oracle's sales force and sales managers were often pessimistic in their forecasts ( consistent with a phenomenon commonly referred to as "sandbagging"[20]), whereas Oracle finance personnel and top-level executives, including Jennifer Minton, Senior Vice President and Corporate Controller, improved the accuracy of these conservative forecasts without being overly optimistic.

22. Professor Armstrong maintains a website at the University of Pennsylvania dedicated to forecasting. This website is not specific to any particular type of forecasting, and is certainly not specific to corporate revenue and earnings forecasting. The information most relevant to Oracle's sales and EPS forecasting process appears under the "For Practitioners" section of the website. In this section, the website states:

---

[15]   Armstrong, pp. 677-738.
[16]   Armstrong, p. 679.
[17]   Goedde Report, p. 9.
[18]   Goedde Report, p. 9.
[19]   Goedde Report, p. 9.
[20]   Deposition of Jennifer Minton, April 21, 2005, p. 154.

*Confidential*

- "Benchmark errors provide a way to assess "how well does the current method forecast in this situation?"
    - *Corporate earnings forecasts*
    - *New product forecasts*
    - *Sales forecasts* "[21]

23. The website then states that:

- "Benchmarks are most useful if based on the specific situation. The ideal benchmark should be based on 'how well does the current method forecast in this situation.' However, this is not always easy to assess. In such cases, it may be useful to evaluate how accurately forecasters have been able to forecast in such situations (and how did they do that)."[22]

24. As I will demonstrate later in this report, Oracle's forecasting process had an impressive record for accuracy going into Q3 FY2001.

25. In a reference to the corporate earnings forecasting literature, the website cites research findings noting the importance of judgment being incorporated into the forecasting process:

- "Judgmental forecasts (both management and analysts) were superior to extrapolation forecasts on 14 of 17 comparisons from 13 studies using data from 1964-1979 (the mean absolute percentage errors were 21.0 and 28.4 for judgment and extrapolation, respectively)."[23]

26. According to this literature, management judgment is an asset in forecasting rather than a liability, as characterized by Dr. Goedde. As I show empirically below, there is not an "optimism bias" in Oracle's forecasting process.

## 2.     "Forecasts Provided by Efficient Markets are Optimal"[24]

27. Dr. Goedde contends that Ms. Minton "ignored the actions of the market ... particularly information regarding the obvious deterioration of the market leading up to and including Q3 FY01."[25] Contrary to Dr. Goedde's statement, Oracle's forecast incorporated very detailed market information via its bottom-up process grounded in deal-specific forecasts

---

[21] http://www.forecastingprinciples.com/practitioners.html, visited 6-20-07.
[22] http://www.forecastingprinciples.com/benchmarkerrors.html#corporate%20earnings, visited 6-18-07.
[23] http://www.forecastingprinciples.com/benchmarkerrors.html#corporate%20earnings, visited 6-18-07
[24] Goedde Report, p. 9.

*Confidential*

based on the sales force's communications with customers and multiple sources of information informing management judgment applied to the Field Forecasts. These data incorporated macroeconomic, product, and customer-related information.

### 3. "Use the Longest Time Series Available"[26]

28. While Goedde's principle "[u]se the longest times series available" references Professor Armstrong's work, Professor Armstrong specifically states that "[t]he principle of using the longest time series sometimes conflicts with the principle of using the most relevant data, which typically means the most recent data."[27] As I discuss in greater detail later in this report, in contrast to Dr. Goedde's conclusion, Professor Armstrong's more specific guidance, combined with the highly cyclical nature of Oracle's sales, validates Oracle's practice of using the same quarter in the prior year as a key point of reference.

### B. What is a Reasonable Forecast Process?

29. I have examined and analyzed financial forecasting systems of companies for many years. Based on my experience, the criteria I use to evaluate a financial forecasting system include:

a. Is there a structured, broad-based process for collecting and evaluating information?

b. Does the process have appropriate checks and balances?

c. Is the process historically validated?

30. Based on my review, I conclude that the forecasting process followed by Oracle was sound, reasonable, and consistent with the characteristics of a well-functioning financial forecasting system.

### C. Overview of Oracle's Forecasting Process

31. Up to and including Oracle's Q3 FY2001, forecasting at Oracle was a regularly occurring, multi-layered process. The forecasting process was repeated periodically through the

---

[25] Goedde Report, p. 9.
[26] Goedde Report, p. 9.
[27] Armstrong, p. 8.

*Confidential*

quarter and began with sales representatives entering their sales projections into Oracle Sales Online (OSO) or another report format.[28]  Sales representatives' projections were reviewed by multiple layers of management.[29]  Each layer of management questioned its direct reports about deals and their likelihood of closing.[30]  Based on this market information and their personal knowledge of deals, business unit heads applied their own judgment to create their forecasts.[31]  Forecasts for each business unit were submitted into Oracle Financial Analyzer (OFA), where they were consolidated and then included in the Upside Report.[32]  In this report I refer to the sum of business units' forecasts as the "Field Forecast."

32.  Jennifer Minton then added her own adjustment, known as the "Upside," to the Field Forecast.[33]  She based this adjustment on a number of types of information, including Oracle's past rate of converting the Pipeline,[34] discussions with business unit leaders (generally Executive Vice Presidents) during which she evaluated deals in progress, and consultations with finance staff working in the business units.[35]  The sum of the Upside and the Field Forecast was the "Potential Forecast."[36]  The Field Forecast received from business unit leaders, together with Ms. Minton's Upside and Potential Forecast, were summarized in the completed Upside Report, which was discussed by members of the Executive Management Committee (EMC).[37]  This committee included Chief Executive Officer (CEO) Larry Ellison, Chief Financial Officer (CFO) Jeff Henley, business unit leaders, and other top executives.[38]

---

[28]  Deposition of Nicholas Classick, April 12, 2006, pp. 74-75. Deposition of David Winton, May 26, 2006, pp. 80-81.

[29]  Deposition of Nicholas Classick, April 12, 2006, pp. 133-137; Deposition of John Nugent, May 24, 2006, pp. 77-84.

[30]  Deposition of David Winton, May 26, 2006, pp. 96-97; Deposition of John Nugent, May 24, 2006, pp. 76-84, 81-86; Deposition of Nicholas Classick, April 12, 2006, pp. 134-137.

[31]  Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34. Deposition of David Winton, May 26, 2006, pp. 102-103, 148. Deposition of Jennifer Minton, April 21, 2005, pp. 110-111.

[32]  Deposition of Jennifer Minton, April 21, 2005, pp. 102-105.

[33]  Deposition of Jennifer Minton, April 21, 2005, pp. 121-122,124.

[34]  The Pipeline was the sum of all deals that had closed or could close during the quarter. Deposition of Jennifer Minton, April 21, 2005, pp.120, 128.

[35]  Deposition of Jennifer Minton, April 21, 2005, pp. 122-126.

[36]  Deposition of Jennifer Minton, April 21, 2005, p. 124.

[37]  Deposition of Jennifer Minton, April 21, 2005, pp. 104-107.

[38]  Deposition of Jeffrey Henley, March 2, 2004, pp. 85-86, 116-118. Not all members of the EMC saw the Upside Report, while some members saw only portions of the Upside Report.

*Confidential*

**D.      Oracle's Financial Forecasting Process Met Relevant Quality Criteria**

**1.      There was a structured, broad-based process for collecting and evaluating market based information**

33.  Oracle's financial forecasting process was highly structured.  The process was repeated periodically throughout the quarter following the steps described above.  It included time for each level of management to absorb and react to the forecast it received, to question direct reports about various deals, and to incorporate that knowledge into its own judgment.

34.  The forecasting process relied on a variety of types of information.  This included data generated by sales representatives as well as management judgment regarding the likelihood of a given deal closing within the period.  It also included comparisons to historical performance in order to determine if the current forecast was in line with historical performance for a given period.

**a.      Sales representatives**

35.  Salespeople periodically entered or updated sales leads based on their assessment of the status of each deal with each customer.[39]  Factors that would impact the assessment of a deal included what paperwork had been completed, where the customer was in the selection process, and whether Oracle was working with a partner, among other things.[40]  Sales representatives' evaluations of these leads reflected detailed customer-level information and included the economic circumstances surrounding each potential deal.

**b.      Management**

36.  Multiple layers of management reviewed the forecast for their business units.  Each layer held bi-weekly or weekly meetings in which it received detailed information on each deal in the Pipeline.[41]  As a result, critical information was distilled upwards throughout the organization and was reflected in a timely manner in the business unit forecasts.

---

[39]  Deposition of Jennifer Minton, April 21, 2005, p. 120;  Deposition of Nic Classick, April 12, 2006, pp. 75-81.
[40]  Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34.
[41]  Deposition of David Winton, May 26, 2006, pp. 95-97.

13

*Confidential*

c.      Customer performance

37. Oracle also kept track of customer performance and how such performance could impact

Oracle's forecast.  As an example, Jim English, Director of Finance, Oracle Product

Industries (OPI), was aware of how potential deals could be affected by the performance of

his customers, as demonstrated by the excerpt below regarding GE, GM and Gateway:

- *"GE.  Although they announced pending layoffs our biggest deals are in Capital,
  Aircraft, Engines and Power which were reported to be doing very well.  We will
  see in coming weeks. ... GM with poor earnings and announced poor 1st quarter.
  They are reviewing all budgets. ... Gateway.  Again poor earnings but we
  presented very strong ROI analysis... "[42]*

d.      Historical information

38. An additional source of information used to check the forecast was the historical Conversion

Ratio.  The Conversion Ratio was defined as the forecast divided by the Pipeline.  The

Pipeline was the sum of all deals that sales representatives had closed for the quarter or were

pursuing for the quarter.[43]   Because many sales opportunities spanned multiple quarters as

the deal was being negotiated, one might well see opportunities from the Pipeline in one

quarter continuing to the next quarter.  For example, Steve Johnson, former Area Vice

President of the South Central region of North American Sales (NAS),[44] testified about the

sales cycle in deposition:

- *"Q.  Okay.  And for -- in the 2000 time period, how long for technology products
  in general did this process take?*

  *...*

  *A.  In -- you know, the experience was, I'm going to just give you a broad -- it's
  my opinion or feel for it. It could take anywhere from three months to a year.*

  *Q.  For technology products?*

  *A.  Yeah.*

  *Q.  Was it different for apps?*

---

[42]   Deposition of Lawrence Ellison, September 21, 2006, pp. 434-437, Exhibit 113.
[43]   Deposition of Jennifer Minton, April 21, 2005, pp.120, 128.
[44]   Deposition of Steve Johnson, April 26, 2006, p. 22.

14

*Confidential*

*A. Yeah.*

*Q. How much -- what was the general time period for applications products?*

*...*

*A. It -- it takes longer to sell the applications, and it can be -- I'm going to say generally it takes nine months at the minimum, and it could take a couple of years at the -- on the long side of it.*

*Q. For the applications products?*

*A. Yeah.*

*Q. Okay. And did that change, the length of the sales cycle change from say the 1998 time period to the 2000 time period?*

*A. My recollection is no. "*[45]

39.   Because of this long sales cycle, it was not uncommon for particular deals to be in the Pipeline for more than one quarter. This, combined with the fact that Oracle was not successful in closing every deal, also accounts for the fact that the Pipeline is larger than the actual sales figures, even at the end of the quarter. Again, Steve Johnson discussed this in his deposition:

- *"A. Generally because the -- you know, the sales cycles for what we sell [sic] in those days were very long, and it took the better part of a year in most cases to originate an opportunity and then get it to a point we're closing. And so you'll refine that the cycle was that you start at the beginning of the year with the development of opportunities, you end the year by closing them, so when the new year starts again, you're back at ground zero, and that's why it's smaller.*

    *Q. Would deals carry over from Q4?*

    *A. Yes.*

    *Q. To Q1?*

    *A. Yes.*

    *Q. So you have this continual process of the pipe?*

    *A. Yes.*

---

[45]   Deposition of Steve Johnson, April 26, 2006, pp. 69-70.

*Confidential*

*Q. So you don't really start from ground zero at Q1?*

*A. Not completely, but sometimes you do.*

*Q. Really?*

*A. Yeah.*

*Q. And why is that?*

*A. Because you may have had one of those very fortunate Q4s where you closed every deal that you were expecting to close. "*[46]

40. Ms. Minton assessed whether her Potential Forecast was reasonable given historical experience by comparing the Potential Conversion Ratio (the Potential Forecast divided by the current Pipeline) to the ratio of prior quarters' final revenues divided by the Pipeline at the same week in the quarter.   Because there was significant seasonality in Oracle's sales, with sales patterns varying by fiscal quarter, Ms. Minton typically used the Conversion Ratio from the same fiscal quarter of the previous year (*i.e.*, in Q3 FY2001 she relied on the Conversion Ratio from Q3 FY2000).[47]

## 2.        The process had appropriate checks and balances

41. Oracle's forecasting process had numerous checks and balances that ensured that the perspectives of different members of the organization were taken into account and that forecasts were checked for reasonableness.  The process of creating business unit forecasts involved the perspectives of sales representatives, business unit executives and field finance staff.  Business unit forecasts were, in turn, scrutinized and evaluated by Jennifer Minton and Jeff Henley.  Ms. Minton analyzed these forecasts by discussing the prospects for particular deals with the business unit heads and by drawing on her experience with particular executives' forecasting history.[48]  Ms. Minton's forecast was reviewed in the Executive Management Committee as Larry Ellison, Jeff Henley and others scrutinized each sales executive's forecast and the upside adjustments.

---

[46]  Deposition of Steve Johnson, April 26, 2006, p. 63.
[47]  Deposition of Jennifer Minton, April 21, 2005, pp. 121-122.
[48]  Deposition of Jennifer Minton, April 21, 2005, pp. 121-126

*Confidential*

42. This process of checks and balances was especially evident in Q3 FY2001. The EMC questioned sales executives about the impact of the economy on their forecasts:

- *"I think at this point in time we [the executive committee] were pushing these guys to find out whether or not there was any changes [sic] in their forecast which is a result of the macroeconomic conditions that were prevalent in the news, but nobody was moving off their forecast."*[49]

43. An additional check on the forecasting process was the comparison of the forecast to historical performance. The most notable example of this was Ms. Minton's reference to the historical Conversion Ratio as discussed above.

### 3.    The process was historically validated

44. Another criterion for evaluating a forecasting process is its historical performance. One measure of historical performance is the extent to which the forecasts were accurate. In other words, how close was actual performance to the forecast?

### a.    Total Revenue

45. Figure 1[50] shows that the Potential Total Revenue Forecast was generally conservative and was more accurate than the Field Total Revenue Forecast.[51]

---

[49] Deposition of Jennifer Minton, July 7, 2006, pp. 234-238, Exhibit FR 24.
[50] Please refer to Appendix D for larger, annotated versions of all figures and tables embedded and referenced in the text of this report.
[51] In two of the seven quarters prior to Q3 FY2001 (Q2 FY2000 and Q2 FY2001), the Potential Total Revenue Forecast was almost equal to the actual, and much closer than the Field Total Revenue Forecast. In three of the seven quarters (Q4 FY1999, Q3 FY2000, Q4 FY2000), the Potential Total Revenue Forecast was lower than the actual revenue and closer than the Field Total Revenue Forecast. In the remaining four quarters (Q1 FY2000, Q2 FY2000, Q1 FY2001, Q2 FY2001), the Potential Total Revenue Forecast exceeded the actual 21 times, but was closer to the actual than the Field Total Revenue Forecast in all but 4 of 64 (roughly 6 percent) of the weeks during the seven quarters for which data areavailable. [*See* Table 1.] The 3/8/99 Upside Report of 4Q FY1999 (NDCA-ORCL 1530826-1530834) was not included in this analysis because it had no Upside adjustment.

*Confidential*



Figure 1: Oracle's Total Revenue Field Forecast and Potential Forecast, Q4 FY1999 - Q2 FY2001

### b.    License Revenue

46.  Oracle's license forecasts performed in a similar fashion.  Figure 2 shows that the Potential License Revenue Forecast was also conservative and more accurate than the Field License Revenue Forecast.[52]  Overall, the Potential License Revenue Forecast was closer to the actual than the Field License Revenue Forecast in all but two of 64 weeks during the seven quarters for which data are available.

---

[52]    In four of seven quarters (Q4 FY1999, Q2 FY2000, Q3 FY2000, and Q4 FY2000), the Potential License Revenue Forecast was lower than the actual revenue and closer than the field Forecast.  In the other three quarters, the Potential License Revenue Forecast was higher than the actual at times.  But it was closer to the actual than the Field Forecast in all but one of twenty-five of the weeks for which data is available during these three quarters  [*See* Table 2.].  The 3/8/99 Upside Report of 4Q FY1999 (NDCA-ORCL 1530826-1530834) was not included in this analysis because it had no Upside adjustment.

*Confidential*

Figure 2: Oracle's License Revenue Field Forecast and Potential Forecast, Q4 FY1999 - Q2 FY2001



Notes:    All figures are at actual (vs. constant exchange rate) dollars.

c.    Earnings per Share (EPS)

47.  Figure 3 shows that the Potential Forecast for EPS was conservative and more accurate than
     the EPS implied by the Field Forecast.  In all seven quarters prior to Q3 FY2001, the
     Potential EPS Forecast was lower than or equal to the actual EPS, and it was closer to the
     actual than the Field Forecast.[53]  [*See* Table 3.]

---

[53]  The 3/8/99 Upside Report of 4Q FY1999 (NDCA-ORCL 1530826-1530834) was not included in this analysis
      because it had no Upside adjustment.

*Confidential*

Figure 3: Oracle's EPS Guidance, Forecasts, Actuals and Analyst Consensus Estimates, Q4 FY1999 - Q2 FY2001



48. In summary, Oracle had a well-structured forecasting process that incorporated a variety of market-related information.  Prior to Q3 FY2001, Oracle's forecasting process provided forecasts that were typically conservative and generally accurate.  The Potential was more accurate than the Field Forecast and, on average, lower than or equal to actual results in the seven quarters immediately preceding Q3 FY2001.  Moreover, to the extent that Oracle's forecasting was inaccurate, it almost always underestimated, rather than overestimated, its financial results.  There is no evidence of any systematic "optimism bias" in Oracle's forecasting process.

E.     **Oracle's Forecast Process was Consistent with Dr. Goedde's "Principles"**

1.     **Judgment was critical and biases were corrected for**

49. Dr. Goedde is critical of the judgment used in developing Oracle's financial forecasts because it introduced an "optimism bias."[54]  It is true that management judgment played an important role in Oracle's forecasting process, but, as shown above, this judgment was conservative and improved the accuracy of Oracle's forecasting.  Management judgment

---

54    Goedde Report, p. 9.

*Confidential*

played a role on at least three levels:  1) the preparation of the business unit forecasts, 2)  the creation of the Potential Forecast, 3) and the guidance given to the market.

50. Jennifer Minton's adjustment was an essential step in the creation of the Potential Forecast. The individual sales executives and the business unit heads providing forecasts had a tendency to underestimate their forecasts.[55]  Forecasting on the lower end of the range meant that it would be more likely that they would meet their forecast.  However, it also meant that strict reliance on these forecasts would include a downward (pessimistic) bias.

51. Ms. Minton, in contrast, was not a sales executive and therefore did not have the same reason to forecast on the low end of the range of possible values.  Ms. Minton's job was to prepare reliable forecasts.[56]  As I discussed above, Ms. Minton's forecasting record reflects the fact that her Potential Forecast was more accurate than the business unit heads' forecasts and, on average, somewhat lower than the actual results,[57] especially for EPS.  She therefore did not exhibit any bias toward optimism.  Her role was essential in creating a forecast that was not only more accurate than the business unit heads' but also not overly optimistic.

52. As described above, Oracle's forecasting process ensured that Ms. Minton's adjustments were based on relevant, timely information.  Ms. Minton based her adjustments on various sources, including discussions with sales executives and field finance personnel regarding the status of deals in progress.[58]  The information reviewed in these discussions included intelligence on the status of deals that had been garnered by the sales executives in their conversations with sales representatives and, in some instances, directly with customers. Ms. Minton was also able to consider historical data on the ability of Oracle to close deals by examining historical Conversion Ratios.[59]

---

[55] Deposition of Jennifer Minton, April 21, 2005, pp. 153-154; Deposition of Jeffrey Henley, March 2, 2004, pp. 90-94; Deposition of Lawrence Ellison, September 21, 2006, p. 423.
[56] Deposition of Jeffrey Henley, March 2, 2004, p. 232.
[57] This is consistent with what one would expect of someone in Minton's position.  Although accuracy is of paramount importance, to the extent she possesses a bias in her forecasts, it would be better for her to err on the side of caution rather than submit an overly optimistic forecast.  Companies that do not meet market expectations often experience unfavorable press and analyst coverage, negative stock price reactions, and sometimes lawsuits.
[58] Deposition of Jennifer Minton, April 21, 2005, pp. 121-126.
[59] Deposition of Jennifer Minton: April 21, 2005, pp. 121-123;  September 25, 2006, pp. 297-298.

*Confidential*

53. Finally, the forecasting process included ample transparency that enabled senior executives to examine critical assumptions. The extent of management judgment imposed by Ms. Minton was also clearly recorded in the Upside Report. This report contained separate columns for the Forecast (from the business units), Ms. Minton's Upside, and the resulting Potential Forecast.

### 2.    Relevant historical information was considered

54. As I discussed earlier, the use of historical Conversion Ratios as a check on the reasonableness of the current forecast was a strength of Oracle's forecasting process. Dr. Goedde is critical of the use of the Conversion Ratio in Q3 FY2001.[60] As I discuss below, Ms. Minton's use of the Conversion Ratio was appropriate in Q3 FY2001. By using historical comparisons, the process had a "reality check" to ensure reasonableness.

55. In summary, Oracle's forecasting process was consistent with the principles that Dr. Goedde enumerates. Appropriate judgment was used that improved the forecasts and appropriate historical information was used. And, as I will discuss below, the forecast was consistent with and reflective of market information.

### F.    Dr. Goedde's Process Allegations Are Inconsistent with the Facts

#### 1.    Macroeconomic and product market conditions were taken into account

56. Contrary to Dr. Goedde's conclusions, Oracle's forecasting process did incorporate macroeconomic, customer and product information, and the process was appropriate for the economic circumstances that Oracle faced in Q3 FY2001. Macroeconomic, customer, and product market conditions were taken into account in Oracle's forecasting process through: 1) sales representatives' deal-level forecasts, which were based on their discussions with customers; and 2) management judgment based on discussions between managers and their direct reports, their customers, and other internal company information as well as their understanding of the world around them. Because Ms. Minton used these data when creating her Upside adjustments, and because she attended Executive Management

---

[60] Goedde Report, pp. 19-20.

*Confidential*

Committee meetings in which executives' forecasts were questioned in light of economic circumstances, her forecasts also incorporated relevant macroeconomic, customer, and product information.

57. I understand that Professor Hubbard will be discussing the use of macroeconomic information in Oracle's forecasting in his supplemental report. It is my view that Oracle's forecasting process incorporated macroeconomic, customer, and product market information in two ways – through the sales representatives' direct interactions with customers and the application of management judgment. As the following testimony illustrates, the latter was often tied to the former.

a. Jay Nussbaum, Executive Vice President of Oracle Service Industries (OSI) testified:

- *"So we would …go through the cycle of the sale, and ask the questions of the owner of that opportunity, CIO in a good mood these days, are they going to help us get it through the system, do they have a sense of urgency to get this done, have they done all the paperwork, is the selection process over, are we doing it with partners, without partners. So you'd have a slew of questions that you'd want to ask just to validate that there is a reality that it would happen."*[61]

b. Edward Sanderson, Area Vice President of Oracle Product Industries (OPI) testified:

- *"I would have either biweekly or weekly conference calls with folks in sales to tell me what was going on with specific clients, specific deals, and what their forecast was. I might have e-mails with any of my directs and others around specific client opportunities as an example, or giving me background around a GE opportunity as an example. And, certainly, the other two categories would be by phone, and the last category where I'd actually be out visiting with sales or with clients or both around a particular opportunity."*[62]

58. Ms. Minton's Upside adjustment allowed a variety of information from a variety of sources, including macroeconomic and market information gleaned from the field and through the executive management committee, to be incorporated into the forecast process:

- *"I took into consideration various inputs [in arriving at the Upside adjustment], whether they were held, you know, through EC meetings, whether they were held through American -- America's Forecast calls, any e-mails or other telephone*

---

[61]   Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34.
[62]   Deposition of Edward Sanderson, July 25, 2006, p. 39.

*Confidential*

*conversations that I may have had with management and/or with my finance team ...* [63]

59. Because Jennifer Minton relied on these data when creating her Upside adjustments, she was relying on updated market-based information on customer purchasing behavior. Because these data reflected concrete expressions of customer interest in purchasing Oracle products, they reflected the impact of macroeconomic conditions on potential customers' budgeting, the attractiveness of Oracle products relative to those of the company's competitors, and the needs of individual customers.

60. Ms. Minton participated in meetings in which the implications of the current economic situation for the forecast were discussed. Her forecasting was therefore informed by this particular type of macroeconomic information:

- *"Q   Okay.  Is it the type of information that would have been discussed at the executive committee meetings [,] reduction in your upside?*

  *A   Again, we would discuss the forecast.  I cannot recall the specifics of any of the EC meetings.*

  *Q   Okay.  When you say you discussed the forecast, would that include upside adjustments?*

  *A   Generally not.  It was primarily focused on large deals that were in play.*

  *Q   Okay.*

  *A   And, you know, asking -- you know, I think at this point in time we were pushing these guys to find out whether or not there was any changes in their forecast which is a result of the macroeconomic conditions that were prevalent in the news, but nobody was moving off their forecast."* [64]

61. By virtue of relying on sales representatives' estimates of likely purchases by potential customers, Oracle's forecasting process incorporated relevant macroeconomic, product, and customer information.  In addition, executives relied on their understanding of the broader industry and economic environment to challenge sales executives on their forecasts.  Ms.

---

[63]   Deposition of Jennifer Minton, September 25, 2006, pp. 297-8.
[64]   Deposition of Jennifer Minton, July 7, 2006, pp. 237-238.

*Confidential*

Minton relied on these data and attended meetings in which these conversations took place. She therefore incorporated this information into her forecasting.

62. If Dr. Goedde's opinion that Oracle's forecasting process failed to take market information into account in Q3 FY2001 were valid, one would expect to see a clear divergence between what Oracle was forecasting internally and what security analysts were forecasting. As demonstrated in Figures 4 and 5, Oracle's revenue forecasts fell within the range of analysts' projected revenues for the company during the quarter. Because Oracle's revenue forecasts were consistent with those of security analysts, who have access to a wide variety of market information, it is reasonable to infer that Oracle's forecasts also reflected market-based information.

Figure 4: Analysts' Quarterly Total Revenue Estimates, Oracle Q3 FY2001



25

*Confidential*



Figure 5: Analysts' Quarterly License Revenue Estimates, Oracle Q3 FY2001

63. Dr. Goedde contends that Ms. Minton's reliance on past Conversion Ratios as a check on her forecast was inapprorpriate because, in contrast to Q3 FY2001, the economic environment, as indicated by the NASDAQ index, was healthier. In particular, he argues that it was inappropriate to compare the Conversion Ratio in Q3 FY2001, when the NASDAQ index was declining, to the Conversion Ratio achieved in Q3 FY2000, when the NASDAQ index was increasing.[65] This ciriticism is unfounded. I have compared the Conversion Ratios actually achieved in Oracle's fiscal quarters during which the NASDAQ index was increasing and decreasing, and find that the Conversion Ratios were not lower when the NASDAQ index was declining. Moreover, the Potential at week 2 was lower than the actual in both these quarters and the forecast error was in the normal range. [*See* Table 4.] Therefore, Oracle's forecasting process performed normally during periods in which the NASDAQ index was declining.

---

[65] Goedde Report, pp. 19-20.

*Confidential*

Table 4: Oracle Conversion Ratio and Potential License Revenue Forecast Accuracy vs. NASDAQ Performance

| | NASDAQ Composite Growth | Actual Conversion Ratio (Actual License Revenue / Week 2 Pipeline)[1] | Oracle Week 2 Potential License Revenue / Actual[2] | Oracle Week 2 Forecast Error [(Potential-Actual)/Actual][2] |
|---|---|---|---|---|
| Q1 FY2000 | 14% | 56% | 110% | 9.9% |
| Q2 FY2000 | 21% | 57% | 97% | -2.7% |
| Q3 FY2000 | 40% | 53% | 92% | -8.0% |
| Q4 FY2000 | -39% | 56% | 99% | -0.7% |
| Q1 FY2001 | 17% | 45% | 114% | 14.2% |
| Q2 FY2001 | -39% | 49% | 99% | -1.1% |

64. In summary, Oracle's forecasting process did take into account macroeconomic information. Moreover, Ms. Minton's forecasts were consistent with those of security analysts, who had access to macroeconomic information. Finally, Dr. Goedde's criticism of Ms. Minton's use of the Conversion Ratio in the economic context of Q3 FY2001 is unfounded.

### 2.     The "Hockey Stick" phenomenon is very relevant

65. Dr. Goedde contends that, despite the "Hockey Stick" phenomenon, Oracle could have known based on revenue booked in the first and second month of the quarter that it would not make its guidance for Q3 FY2001. I disagree. An analysis of the proportion of license revenue earned by Oracle in latter versus earlier months of each quarter demonstrates both that a disproportionately high percentage of revenue is earned in the third month and that this percentage can vary greatly from quarter to quarter. [*See* Figures 6 through 8 and Table 5.] This back-end weighted sales pattern known as the "Hockey Stick" phenomenon was common in Oracle's industry.[66] The variation in later months' revenue as a share of earlier

---

[66] The following Oracle competitors mentioned receiving a substantial portion of their revenue in the last week or two of the quarter: BEA Systems (Form10-Q for the period ending April 30, 2001, p. 21); Ariba Inc. (Form 10-Q for the period ending December 31, 2000, p. 26); Business Objects S.A. (Form 10-K for the period ending December 31, 2000, p. 27); Cognos Incorporated (Form 10-K for the period ending February 28, 2001, p. 23); Hyperion Solutions Corp (Form 10-Q for the period ending December 31, 2000, p. 16); i2 Technologies Inc. (Form 10-K for the period ending December 31, 2000, p. 23); Informix Corporation (Form 10-K for the period ending December 31, 2000, p.19); SAP Aktiengesellschaft (Form 20-F for the fiscal year ended December 31, 2000, pp. 10-11); Sybase Inc. (Form 10-K for the period ending December 31, 2000, p. 26). This phenomenon appears in other portions of the technology industry. For example, computer hardware maker SGI (Silicon Graphics, Inc.) stated the following in its 1994 annual report: "This uncertainty [regarding revenue forecasting] is compounded because each quarter's revenue results predominantly from orders received and shipments made during the last month of the quarter, with a disproportionate amount occurring in the latter half of that month." (Silicon Graphics Inc., Form 10-K, June 30, 1994.) By way of further example, computer aided design (CAD) software maker Parametric Technology stated the following in its 1995 annual report:

*Confidential*

months' revenue highlights the uncertainty in forecasting total quarterly revenue based on quarter-to-date revenues after one or even two months.

**Figure 6: Ratio of Monthly to Quarterly License Revenue (Months 1, 2 and 3), Q1 FY1996 - Q2 FY2001**



66. Figure 7 indicates that from 1996 through Q2 FY2001, third month license revenue ranged from roughly twice to over eight times first month license revenues and averaged roughly five times first month license revenues. If licensing revenues were proportionate to time in a calendar quarter, the share of the third month licensing revenue would be approximately 100 percent of first month licensing revenue.

---

"Consistent with past experience, a high percentage of the Company's revenues are expected to be realized in the third month of each fiscal quarter and tend to be concentrated in the latter half of that month. The Company's orders early in the quarter will not generally be large enough to assure that it will meet its revenue targets for any particular quarter. Accordingly, the company's quarterly results may be difficult to predict until the end of the quarter, and a shortfall in shipments or contract orders at the end of any particular quarter may cause the results of the quarter to fall short of anticipated levels." (Parametric Technology Corp., Form 10-K, September 30, 1995.)



*Confidential*

Figure 7: Ratio of Third Month to First Month Oracle License Revenue, FY1996 – FY2001



67. Figure 8 also shows that even after the end of the second month of the quarter, there was substantial uncertainty regarding the amount of final sales for the quarter. Historically, third month license revenues ranged from 112 to over 300 percent of the first and second month license revenues combined. If licensing revenues were proportionate to calendar time, the percent of the third month licensing revenue would be approximately 50 percent of first and second month licensing revenue.

*Confidential*



Figure 8: Ratio of Third Month to Combined First Two Months Oracle License Revenue, FY1996 - FY2001



68. Examining only the third fiscal quarters, the third month's license revenue was also highly variable, ranging from twice to almost four times the amount of license revenue booked in the first month, and one to two times the value of license revenue booked in the first two months combined. [*See* Figure 7, Figure 8, and Table 5.]

*Confidential*

Table 5: Historical Ratios of Monthly License Revenue and Actuals*

| | $M_1/T$ | $M_2/T$ | $M_3/T$ | $M_2/M_1$ | $M_3/M_1$ | $(M_2+M_3)/M_1$ | $M_3/M_2$ | $M_3/(M_1+M_2)$ |
|---|---|---|---|---|---|---|---|---|
| Q1 summary statistics** | | | | | | | | |
| Q1 Minimum | 11.0% | 16.0% | 66.0% | 106.7% | 412.5% | 525.0% | 330.0% | 194.1% |
| Q1 Maximum | 16.0% | 20.0% | 73.0% | 145.5% | 663.6% | 809.1% | 456.3% | 270.4% |
| Q1 Mean | 14.2% | 17.3% | 68.5% | 123.6% | 492.4% | 616.0% | 399.0% | 219.6% |
| Q2 summary statistics** | | | | | | | | |
| Q2 Minimum | 11.0% | 16.0% | 65.0% | 133.3% | 433.3% | 566.7% | 314.3% | 185.7% |
| Q2 Maximum | 15.0% | 21.0% | 73.0% | 161.5% | 663.6% | 809.1% | 456.3% | 270.4% |
| Q2 Mean | 12.5% | 18.5% | 69.0% | 148.4% | 559.1% | 707.5% | 377.5% | 225.2% |
| Q3 summary statistics** | | | | | | | | |
| Q3 Minimum | 17.0% | 16.0% | 53.0% | 81.0% | 212.0% | 300.0% | 240.9% | 112.8% |
| Q3 Maximum | 25.0% | 22.0% | 67.0% | 104.8% | 394.1% | 488.2% | 418.8% | 203.0% |
| Q3 Mean | 21.0% | 19.0% | 60.0% | 90.7% | 292.7% | 383.4% | 324.5% | 153.6% |
| Q4 summary statistics** | | | | | | | | |
| Q4 Minimum | 9.0% | 13.0% | 71.0% | 118.2% | 600.0% | 733.3% | 394.4% | 244.8% |
| Q4 Maximum | 12.0% | 18.0% | 76.0% | 166.7% | 844.4% | 1011.1% | 584.6% | 316.7% |
| Q4 Mean | 10.8% | 15.8% | 73.4% | 147.3% | 687.1% | 834.3% | 471.9% | 278.5% |
| All quarter summary statistics | | | | | | | | |
| All Quarters, Minimum | 9.0% | 13.0% | 53.0% | 81.0% | 212.0% | 300.0% | 240.9% | 112.8% |
| All Quarters, Maximum | 25.0% | 22.0% | 76.0% | 166.7% | 844.4% | 1011.1% | 584.6% | 316.7% |
| All Quarters, Mean | 14.5% | 17.7% | 67.8% | 128.3% | 509.4% | 637.7% | 392.8% | 219.5% |

* See Table 5A in Appendix D for further detail.

69.  Dr. Goedde states that "[t]hrough a least-squares regression analysis, I also determined that the December revenue contribution was a statistically significant indicator of revenue for the entire quarter."[67]   He argues on this basis that the "Hockey Stick" phenomenon "did not prevent Oracle from knowing that it would miss public guidance until the last few days of the quarter."[68]  This conclusion, however, is based on a faulty analysis.  In fact, the variability in the third month's revenues did make accurate prediction of the quarter's revenues from the first and second months' revenues difficult.

70.  The regression analysis on which Dr. Goedde bases his conclusion (Exhibit 25 of the Goedde Report) suffers from a serious mis-specification that makes inferences from it unreliable.  The dependent variable (quarterly revenue growth), by construction, is the weighted average of the three right hand side variables (monthly revenue growth rates for month 1, 2, and 3 in that quarter).  A high R-square is guaranteed, but that is an artifact of

---

[67]  Goedde Report, May 25, 2007, p. 51 and Exhibit 25.
[68]  Goedde Report, May 25, 2007, p. 50.

*Confidential*

the construction of the regression variables.[69]  The right hand side of a regression is called the independent variable(s) for a very specific reason – it is required that it (they) be independent of the way the dependent variable is measured.  However, a quarter's revenue growth rate is not independent of the revenue growth rates of the months that compose it. Rather, by definition, a quarter's revenue growth rate will be a function of (dependent on) the monthly revenue growth rate.  The variables on the right hand side of Dr. Goedde's equation are not, therefore, independent of his dependent variable, making his regression uninformative, and his conclusion unsupported.

71.  Therefore, all that Dr. Goedde's regression shows is that a quarter's revenue growth depends on the revenue growth of each month of that quarter.  This finding is non-controversial, and it provides no meaningful conclusion regarding causality or predictability.  The question at hand is, rather, can the revenue booked in the latter part of the quarter be predicted from how much revenue is booked in the earlier part of the quarter?

72.  An appropriate test of intra-quarter revenue growth rate relationships is based on a regression where:

    a.  The dependent variable is the third month revenue growth[70] and the independent variables are:

        i)      the first month's revenue growth and a constant, or

        ii)     the first and second month's revenue growth and a constant;

    b.  The dependent variable is the second and third month's revenue growth and the independent variables are the first month's revenue growth and a constant.

73.  These specifications mirror situations in which Oracle might try to predict its total quarter revenue from either its first month's revenue or its first and second month's revenue combined.  In other words, given its first month's revenue, Oracle would need to predict the

---

[69]  In my experience of running well-specified regressions with quarterly revenue growth rates as dependent variables, rarely do we see an R-square above 0.50.  The 0.9744 reported by Dr. Goedde should have been an instant red-flag that a mis-specification problem existed.
[70]  In this discussion, "growth" refers to year over year growth.

next two months' revenues to estimate its quarterly revenue.  And given its first and second

month's revenues, Oracle would need to predict its third month's revenue to estimate its

quarterly revenue.

74. In each of (a.i), (a.ii), and (b) the revenue numbers used to compute the dependent variable

are not a necessary result of the independent variables.  Therefore the regression analysis

will provide a meaningful test of association.  As shown in Table 6 below, the adjusted R-

squares are very low for each regression, and the coefficients of the independent variables

are either not statistically significant or statistically significant and negative (suggesting the

lower the growth in an earlier month, the higher the growth in a later month).  Therefore, it

does not appear that earlier months' revenue growth are useful in predicting later months'

revenue growth as suggested by Dr. Goedde.

**Table 6: Regression Analysis – Predicting Year-Over-Year License Revenue Growth Rate**

| Predicted Variable: License Revenue Growth Rate, Month 3 | | | | |
|---|---|---|---|---|
| | Month 1 | Month 2 | Month 1-2 | Adj. $R^2$ |
| [A] | -0.55 (-2.34) | | | 0.18 |
| [B] | | 0.02 (0.11) | | -0.05 |
| [C] | | | -0.19 (-0.82) | -0.02 |

| Predicted Variable: License Revenue Growth Rate, Month 2-3 | | | | |
|---|---|---|---|---|
| | Month 1 | Month 2 | Month 1 - 2 | Adj. $R^2$ |
| [D] | -0.28 (-1.29) | | | 0.03 |

Note: Month 1, Month 2, and Month 3 refer to year-over-year growth rate in
license revenue for the first, second, and third month of the fiscal quarter,
respectively. Month 1-2 and Month 2-3 are year-over-year growth rate in license
revenue in the first through second and second through third month of the fiscal
quarter, respectively. t-statistics in parentheses. Adj. $R^2$ is adjusted R-squared.

Source: Based on primary data from Expert Report of Alan G. Goedde, May 25,
2007, Exhibit 25.

75. In summary, Dr. Goedde's analysis merely shows that quarterly revenue growth is a

function of the revenue growth in each of the three months that compose the quarter.  This is

common sense.  The important question is, "Could Oracle have known how much revenue it

*Confidential*

would book in the third month given what it had booked in the first month or the first and second months?"  Using Dr. Goedde's data, I have demonstrated that the first month's revenue growth does not reliably predict second and third months' revenue growth and first and second months' revenues do not reliably predict third months' revenue growth, as posited by Dr. Goedde.

76. Given the disproportionate magnitude of third month license revenue vs. earlier months' license revenue (sometimes referred to as the "Hockey Stick" effect), the huge variance in the level of these latter months' sales [*see* Table 5], the difficulty in predicting third months' license revenues based on first and second months' license revenues [*see* Table 6], and the historical accuracy of Oracle's Potential Total Revenue and License Revenue Forecast [*see* Figure 1, Table 1, Figure 2, and Table 2], Oracle's use of the Field Forecast augmented by Ms. Minton's judgment was appropriate and reasonable.  J. Scott Armstrong, the forecasting authority Dr. Goedde relies on, has found that forecasts based on management judgment are superior to those based on extrapolation of historical data.[71]  In a situation like Oracle's, where there is such variability in third month's revenue compared with the first and second months' revenues, management assessment of contemporaneous information regarding the status of individual deals would appear to be clearly superior to relying on just first and second month actual revenues.  Therefore, Oracle's forecasting process, which relied on the former method, was reasonable and sound.

### 3.    The forecast process did not change significantly prior to Q3 FY2001

77. Dr. Goedde focuses attention in his report on what he concludes was a significant change in Oracle's forecast process during Oracle's Q2 FY2001.  He claims that an email from Patricia McManus to James English, both members of the OPI finance staff, resulted in the field making higher forecasts than they previously did, with no corresponding adjustment by Jennifer Minton.[72]  As such, he characterizes the new process as rendering Ms. Minton's Potential Forecast "overstated, unreasonable and unreliable" because she did not take into account the increased risk in the Field Forecast, which resulted in "effectively doubling the

---

[71]  J. Scott Armstrong, "Relative Accuracy of Judgmental and Extrapolative Methods in Forecasting Annual Earnings," Journal of Forecasting, Vol. 2, 437-447 (1983).
[72]  Goedde Report, pp 22-23.

*Confidential*

amount of risk that had previously been in [Ms. Minton's] forecast."[73]  I disagree with Dr. Goedde that any such increase in risk occurred and explain below that Dr. Goedde's conclusion is contrary to the facts.

78. Dr. Goedde offers the following evidence to support his claim that the Field Forecast included sufficient risk to "double" the amount of risk in the Potential Forecast:

    a. The Field Forecast was consistently below guidance throughout Q3 FY2001;[74]

    b. "The field historically tended to increase its forecast early in the quarter as deals became more certain;"[75]

    c. There was an unusually small spread between forecasted license revene growth rates and Pipeline growth rates (the "growth gap").[76]

79. None of these features of the Field Forecast were unique to Q3 FY2001 and, therefore, do not support Dr. Goedde's conclusion.  In fact, the field's Total Revenue Forecast was below analysts' consensus estimate for the entirety of all seven preceding quarters.  [*See* Figure 1.]  Similarly, the Field EPS Forecast was below analysts' consensus estimate during the entirety of five of the seven quarters prior to Q3 FY2001.  [*See* Figure 3.]  In addition, the Field License Revenue Forecast did not exhibit any meaningful increase in three of the seven quarters immediately preceding Q3 FY2001 (Q4 FY1999, Q1 FY2000, Q1 FY2001, *See* Figure 2).[77]  As I discuss in a later section, the size of the so-called "growth gap" was not unusual in Q3 FY2001.

80. The fact that Oracle's Field Forecast was not unusual in Q3 FY2001 undermines Dr. Goedde's argument that there was a change in the amount of risk in the Field Forecast.  In fact, there is additional evidence that there was no meaningful change in the risk in Ms. Minton's Potential Forecast at this time.

---

[73]  Goedde Report, pp. 23, 24-25.
[74]  Goedde Report, pp. 24, 38.
[75]  Goedde Report, pp. 24, 38.
[76]  Goedde Report, pp. 25-26, 35.
[77]  The Field License Revenue Forecast did not grow by more than 3 percent (compared with first Upside Report) prior to the last two days of the quarter in Q4 FY1999, Q1 FY2000, and Q1 FY2001. [*See* Table 2A.]

*Confidential*

81. First, there is substantial deposition testimony that Oracle's business units did not change their forecast reporting practices to include more risk in Q2 FY2001 along the lines described by Dr. Goedde. Examples of such deposition testimony related to this change include:

   a. Larry Ellison was asked if he had wanted "more risk" to be put into the forecast in Q3 FY2001. Ellison replied that he did not, because he "always wanted the forecast to be accurate. You know, I would say slightly conservative but accurate."[78]

   b. Jeff Henley did not recall any such change occuring.[79]

   c. Although Jennifer Minton testified that she directed her finance staff to encourage the field to submit more realistic forecasts, she did not recall the field including additional judgment in its forecasts beginning in Q2 FY2001.[80]

82. Second, there appeared to be different interpretations about the nature of the request. Sanderson testified that Mr. Ellison simply wanted sales representatives to put all opportunities into the Pipeline system. However, he further testified that sales representatives not doing so previously was actually a very rare occurrence, representing one out of one hundred deals.[81]

83. Finally, had the change in fact occurred, as Goedde asserts, there is reason to believe it would not have affected Ms. Minton's behavior. The email requested *additional* information to be provided to Ms. Minton, not a *substitution* of one kind of forecast for another. The "commit" number would still appear as it had in previous forecasts, but would now be labeled "worst". The McManus email reads:

   • *"Recently Larry has changed the way that he is interpreting our forecast. He would like us to reflect our numbers as follows . . .*

---

[78]  Ellison noted that he wanted more information and synchronized reporting across divisions. Deposition of Lawrence J. Ellison, September 21, 2006, pp. 423-426.

[79]  Deposition of Jeffrey Henley, November 16, 2006, pp. 277-279.

[80]  Deposition of Jennifer Minton, July 7, 2006, pp. 19, 101-112.

[81]  Deposition of Edward Sanderson, July 25, 2006, pp. 269-271, 273-275.

*Confidential*

· *Worst – this is our bottom threshold – minimum 80% probability for opportunity – our old thinking of 'commit'"*[82]

84. However, this would also be accompanied by a "best" and "forecast".[83]  Ms. Minton would have the same commit number as before, but she would also have additional information about the range of possible outcomes.  She would therefore not have been forced to use a riskier forecast.  Rather, she would have a better understanding of the range of possibilites surrounding the Field's Forecast.  This is how Larry Ellison explained the intent of his request:

- *"Q    What drove you to make this change?*

  *A   "The -- we were going to put the three numbers in the computer system.  What I wanted to see -- I've done -- to get more information, just getting more -- you know, getting more data rather than one number, which usually was someplace between the best case and the most likely -- what they used to call a commit forecast; one we could count on.  I was trying to, you know, get a better idea of what, you know -- get more data -- more data to work with."*[84]

85. In summary, Dr. Goedde provides little evidence that additional risk, much less double the amount of risk that existed previously, was incorporated into the forecasting process.  By contrast, there is no evidence that an increase in risk occurred.  Dr. Goedde's conclusions in this regard are unsupported.

## V.   ANALYSIS OF MEASURES CITED BY DR. GOEDDE

86. Dr. Goedde argues in his report that various measures Oracle could or should have considered were "red flags" that resulted in Oracle "knowing" before and during Q3 FY2001 that its guidance for the quarter for license revenue and EPS would not be achieved.[85]  In this section, I evaluate the measures Dr. Goedde cites in more detail and conclude that Dr. Goedde's opinions and statements related to these metrics are inaccurate.  As a summary of my views, I conclude that:

---

[82] Email from Patricia McManus to James English, October 6, 2000, NDCA-ORCL 203683.
[83] Email from Patricia McManus to James English, October 6, 2000, NDCA-ORCL 203683.
[84] Deposition of Lawrence Ellison, September 21, 2006, pp. 424-427.
[85] See for example, Goedde Report, pp. 4, 28.

*Confidential*

    a. The metrics Dr. Goedde discusses were not central to Oracle's forecasting process, and many were not used at all;

    b. The metrics Dr. Goedde discusses were less accurate than measures Oracle executives used and not robust predictors of quarterly performance, making it reasonable for Oracle executives to not consider them; and

    c. Had these metrics actually been used, they would not have indicated that Oracle would miss its guidance in Q3 FY2001.

### A.    Measure 1:  Monthly Actual Results

87. In his report, Dr. Goedde states that, "[i]n my opinion, the evidence that I have reviewed shows that monthly actual revenue was an accurate predictor of total quarterly revenues at Oracle."[86] Evidence Dr. Goedde cites in support of this opinion include emails from Larry Garnick (Assistant Controller[87]) known as Flash Reports, analyses of Oracle's monthly performance with and without the Covisint transaction,[88] Dr. Goedde's own calculation of historical averages of monthly actual revenues as a share of quarterly revenues, and his own "least-squares regression analysis."[89]

88. Dr. Goedde argues that Oracle should have known it would not make its guidance because a) the full quarter's revenues could be predicted from the first and second months' license revenues, and b) the first and second months' revenues for Q3 FY2001 indicated that Oracle would not meet its guidance.  In particular, Dr. Goedde argues that because the license revenue booked in December 2000 and January 2001 – excluding revenue from the Covisint transaction – as a proportion of license revenue guidance was below the historical average contribution of December and January to total third fiscal quarter license revenue, Oracle should have known that it would miss its revenue guidance for the quarter.[90]  As described herein, such projections based on monthly revenue results were not central to Oracle's

---

[86] Goedde Report, p. 28.
[87] Deposition of Jennifer Minton, April 21, 2005, p. 27.
[88] The Covisint transaction was a very large deal ($60 million) that closed early in Q3 FY2001.
[89] Goedde Report, pp. 28-35, 51 and Exhibits 14-18, 25.
[90] Goedde Report, pp. 31-33.

*Confidential*

forecasting process.  Furthermore, the results I present above and below indicate this is not a very informative statistic.

89. I find that, compared with the Potential Forecast, first and second months' revenues are, in fact, inferior predictors of Oracle's quarterly license revenues.  In addition, monthly revenues did not clearly indicate that Oracle would miss its guidance in Q3 FY2001.  These analyses corroborate the testimony of Messrs. Ellison and Henley that intra-quarter revenue figures do not accurately predict full quarter results.[91]  These findings are also consistent with my earlier analysis showing the tremendous variability in the proportion of revenues booked in the third month of the quarter at Oracle, and my regression analysis showing that first and second months' revenues do not reliably predict third months' revenues.

### 1.   Accuracy of First and Second Months' License Revenues in Predicting Quarterly Revenue Compared with the Potential License Revenue Forecast

90. In this section I assess whether Dr. Goedde's method would have resulted in a more accurate forecast.  Using data for the seven quarters prior to Oracle's Q3 FY2001,[92] I compare the accuracy of Dr. Goedde's method for predicting quarterly license revenues with the accuracy of the Potential Forecast.[93]

---

[91]  See Deposition of Lawrence J. Ellison, February 27, 2004,  pp. 292-94 (Q. Okay.  What is your understanding of the relative importance of the first month's revenues to the quarter's revenues? A. In general -- Q. Yes. A. -- again, it's a reasonable -- I've never gone -- I have not gone back and looked at how often, when we get off to a good start, that's a predictor of a good quarter.  It's an interesting question.  I really – I don't know the answer to it.  My sense is if we're off to a good start in the first month and second month, that it's a reasonable predictor that we're going to have a good quarter.  So it's not a hundred percent correlated.  Maybe it's only 60 percent correlated.  But it's useful -- it's useful in predicting the quarter.  **It is not an accurate -- by no means an accurate predictor**  [emphasis added] -- sometimes I think -- I think the quarter before this, in Q2, we had a phenomenal number of big deals come in in the last couple of days.  We were behind, well behind, and made it up.  So there are certainly examples of being behind and making it up and being ahead and falling -- and not making it up.  So there is some correlation to being off to a good start);  Deposition of Jeffrey Henley, March 2, 2004,  p. 220 ("The reality is the first [months of the quarter], based on history, have very little correlation [with] how we do for the quarter.");  Deposition of Jeffrey Henley, November 16, 2006, pp. 365-66 (testifying that actual results from the first two months in the quarter are "not particularly indicative of how [Oracle's] quarter will do.")

[92]  I restrict my analysis to the quarters prior to Q3 FY2001 for which Upside Report data is available (Q4 FY1999 – Q2 FY2001).

[93]  I use the Potential License Revenue Forecast that is available at the same time as the monthly actual revenues used in Dr. Goedde's methods.

*Confidential*

91. I understand that Dr. Goedde's method for forecasting quarterly results based on monthly actuals is to divide the monthly actual by the average value of the ratio of monthly results to quarterly results in prior quarters.[94]  In other words, if December's revenues averaged 21 percent of quarterly revenues in past years, Dr. Goedde would divide December's revenues by 21 percent to project the quarter's revenues.[95]

 a.  Accuracy of First Month's License Revenue as a Predictor of Quarterly Revenue

92. I compare the Potential License Revenue Forecast and the first month's revenues as predictors of actual revenues by assessing three types of forecast error, the mean absolute error, the mean square error, and the average error.

93. The mean absolute forecast error measures the dispersion of the forecast from the actual, or the accuracy of the forecast.[96]  In this measure, forecasts that are lower than actual and larger than actual are both treated as positive numbers.  Therefore, a forecaster with equally large errors on the high and low side of an actual would have a higher absolute forecast error than a forecaster with smaller forecast errors above and below an actual.  Forecasts that in one quarter have a large positive forecast error do not get offset by forecasts in another quarter with a large negative forecast error.  Table 7 shows that the mean absolute forecast error using Dr. Goedde's methodology based on first month's actual revenues (10.5 percent) is larger than that using the Potential at roughly the same time as first month's revenues were known (7.8 percent).

[94] Goedde Report, pp. 31-33, Exhibits 16-19.
[95] Goedde Report, pp. 31-33.
[96] George Foster, Financial Statement Analysis, Second Edition, Prentice Hall: New Jersey, 1986, p. 266.

*Confidential*

Table 7: Comparison of Forecast Error of First Month License Revenue and Potential License Revenue Forecast (First Upside Report in Second Month)*

*All dollar amounts in thousands.*

| | First Month License Revenue | Historic Average of First Month Share of Full Quarter License Revenue, Beginning FY1996 | Predicted Full Quarter License Revenue (Goedde Method) | Potential License Revenue from First Upside Report of Second Month of Quarter (Oracle forecast) | Full Quarter License Revenue | Forecast Error, Goedde Method | Forecast Error, Oracle Potential | Absolute Value of Forecast Error, Goedde Method | Absolute Value of Forecast Error, Oracle Potential | Mean Squared Forecast Error, Goedde Method | Mean Squared Forecast Error, Oracle Potential |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | [A] | [B] | $[C]=[A]/[B]$ | [D] | [E] | $[F]=([C]-[E])/[E]$ | $[G]=([D]-[E])/[E]$ | $[H]=\|[F]\|$ | $[I]=\|[G]\|$ | $[J]=([C]-[E])^2/[E]$ | $[K]=([D]-[E])^2/[E]$ |
| Q1 FY2000 | 94,827 | 13.8% | 689,653 | 677,058 | 632,182 | 9.1% | 7.1% | 9.1% | 7.1% | 522,464 % | 318,356 % |
| Q1 FY2001 | 121,087 | 14.0% | 864,909 | 898,464 | 807,248 | 7.1% | 11.3% | 7.1% | 11.3% | 411,861 % | 1,030,701 % |
| Q2 FY2000 | 117,342 | 12.8% | 920,331 | 893,078 | 902,632 | 2.0% | -1.1% | 2.0% | 1.1% | 34,703 % | 10,113 % |
| Q2 FY2001 | 123,006 | 12.8% | 960,986 | 1,129,650 | 1,118,239 | -14.1% | 1.0% | 14.1% | 1.0% | 2,211,359 % | 11,646 % |
| Q3 FY2000 | 182,133 | 22.0% | 827,878 | 977,119 | 1,071,372 | -22.7% | -8.8% | 22.7% | 8.8% | 5,533,946 % | 829,182 % |
| Q4 FY1999 | 181,528 | 10.3% | 1,756,725 | 1,294,301 | 1,513,735 | 16.1% | -14.4% | 16.1% | 14.4% | 3,935,315 % | 3,154,127 % |
| Q4 FY2000 | 202,667 | 10.8% | 1,883,414 | 1,638,276 | 1,840,609 | 2.3% | -11.0% | 2.3% | 11.0% | 99,546 % | 7,224,190 % |
| Q4 FY1999 - Q2 FY2001 Minimum | | | | | | -22.7% | -14.4% | 2.0% | 1.0% | 34,703 % | 10,113 % |
| Q4 FY1999 - Q2 FY2001 Maximum | | | | | | 16.1% | 11.3% | 22.7% | 14.4% | 5,533,946 % | 3,154,127 % |
| Q4 FY1999 - Q2 FY2001 Mean | | | | | | 0.0% | -2.3% | 10.5% | 7.8% | 1,821,314 % | 1,082,645 % |

Notes :
* See Table 7A in Appendix D for further detail.
All figures are at actual (vs. constant exchange rate) dollars.

94. The mean square error is similar to the mean absolute error in that it is a measure of dispersion, or accuracy. However, in this case, the numerator is squared, which accentuates large errors.[97] The average mean square error of Dr. Goedde's methodology based on first month's actual revenues exceeded that of the Potential License Revenue Forecast during the seven quarters leading up to and including Q2 FY2001 (1,821,314 percent compared with 1,082,645 percent), indicating that the Potential was a better predictor of license revenues than first month's revenues.

95. The average forecast error measures how much optimistic or pessimistic bias there is in the forecast.[98] In this measure forecasts lower than actual are treated as negative numbers. Therefore, a forecaster with equally large negative and positive errors would have an average error of zero. If the forecast is generally lower, its average value would be negative. Table 9 shows the average forecast error using the Potential at the time the first month's revenues were known (-2.3 percent) is more negative than that using Dr. Goedde's method (0.0 percent).

---

[97]  Ibid, p. 266.
[98]  Ibid, p. 267.

41

*Confidential*

96. These metrics indicate that the Potential was a more accurate and conservative predictor for license revenue than first month's revenues using Dr. Goedde's method.

   b.   Accuracy of First Two Months' Revenues as a Predictor of Quarterly Revenue

97. Table 8 shows that the mean absolute forecast error using Dr. Goedde's proposed methodology at the time the first and second months' revenues were known (9.6 percent) is larger than that using the Potential at roughly the same time (7.9 percent). Table 8 also shows that the mean square forecasting error based on the first and second month's revenues were also larger than that of the Potential (1,578,726 percent compared with 1,213,225 percent). The average forecast error using the Potential at the time the first and second months' revenues were known (-5.7 percent) is more negative than that using Dr. Goedde's method (-4.4 percent). Again, these metrics indicate that the Potential was a more accurate and conservative predictor than first and second months' revenues extrapolated using Dr. Goedde's method.

Table 8: Comparison of Forecast Error of Combined First Two Months License Revenue and Potential License Revenue Forecast (First Upside Report in Third Month)*

*All dollar amounts in thousands.*

| | First and Second Months License Revenue | Historic Average of First and Second Months Share of Full Quarter License Revenue, Beginning FY1996 | Predicted Full Quarter License Revenue (Goedde Method) | Potential License Revenue from First Upside Report of Third Month of Quarter (Oracle forecast) | Full Quarter License Revenue | Forecast Error, Goedde Method | Forecast Error, Oracle Potential | Absolute Value of Forecast Error, Goedde Method | Absolute Value of Forecast Error, Goedde Potential | Mean Squared Forecast Error, Goedde Method | Mean Squared Forecast Error, Oracle Potential |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C]=[A]/[B] | [D] | [E] | [F]=([C]-[E])/[E] | [G]=([D]-[E])/[E] | [H]=|[F]| | [I]=|[G]| | [J]=([C]-[E])²/[E] | [K]=([D]-[E])²/[E] |
| Q1 FY2000 | 195,976 | 31.3% | 627,125 | 677,328 | 632,182 | -0.8% | 7.1% | 0.8% | 7.1% | 4,046 % | 322,408 % |
| Q1 FY2001 | 266,392 | 31.2% | 853,820 | 763,387 | 807,248 | 5.8% | -5.4% | 5.8% | 5.4% | 268,685 % | 236,146 % |
| Q2 FY2000 | 306,895 | 31.3% | 982,064 | 881,389 | 902,623 | 8.8% | -2.4% | 8.8% | 2.4% | 698,998 % | 50,466 % |
| Q2 FY2001 | 301,924 | 31.8% | 949,447 | 1,126,879 | 1,118,238 | -15.1% | 0.8% | 15.1% | 0.8% | 2,547,783 % | 6,677 % |
| Q3 FY2000 | 353,553 | 41.8% | 846,833 | 940,363 | 1,071,372 | -21.0% | -12.2% | 21.0% | 12.2% | 4,705,908 % | 1,601,999 % |
| Q4 FY1999 | 423,566 | 27.0% | 1,568,762 | 1,280,399 | 1,512,735 | 3.7% | -15.4% | 3.7% | 15.4% | 207,508 % | 3,568,385 % |
| Q4 FY2000 | 441,746 | 27.3% | 1,621,087 | 1,617,414 | 1,840,609 | -11.9% | -12.1% | 11.9% | 12.1% | 2,618,154 % | 2,706,496 % |
| | | | | Q4 FY1999 - Q2 FY2001 Minimum | | -21.0% | -15.4% | 0.8% | 0.8% | 4,046 % | 6,677 % |
| | | | | Q4 FY1999 - Q2 FY2001 Maximum | | 8.8% | 7.1% | 21.0% | 15.4% | 4,705,908 % | 3,568,385 % |
| | | | | Q4 FY1999 - Q2 FY2001 Mean | | -4.4% | -5.7% | 9.6% | 7.9% | 1,578,726 % | 1,213,225 % |

*Notes :*
*   See Table 8A in Appendix D for further detail.*
*   All figures are at actual (vs. constant exchange rate) dollars.*

   2.   Oracle's interim results in FY Q3 2001 did not suggest Oracle would miss guidance

98. An analysis of the proportion of quarterly license revenue booked in the first two months of Oracle's third fiscal quarters also shows substantial variability. For third fiscal quarters

*Confidential*

from 1996-2000, December accounted for between 17 and 25 percent of total revenue. December and January together yielded between 33 and 47 percent of quarterly revenue. [*See* Table 5.]   If one uses these proportions to project Q3 FY2001's license revenue for the quarter, one gets the following range:

a.  Using the proportion of revenue booked in the first month:  $962 million – $1,415 million.[99]  Guidance (roughly $1,311 million for license revenue[100]) is within this range.

b.  Using the proportion of revenue booked in the first two months: $924 million to $1,316 million.[101]  Again, guidance is within this range.

### a.      Covisint sensitivity testing

99. Dr. Goedde emphasizes Larry Garnick's sensitivity analysis of monthly actual results with and without Covisint.[102]  The fact that Oracle performed such sensitivity analyses is indicative of a well functioning process.  The fact that Covisint was "money in the bank" meant that Oracle enjoyed a bit of a cushion early in Q3 FY2001.  Moreover, Dr. Goedde's calculations are biased and therefore unreliable.  An unbiased analysis would remove the very large deals from the early months of prior quarters as well, which would reduce the proportion of total license revenue booked in the first and second months.  This would then increase the quarterly revenue projected from the first or second months' revenues.  Nevertheless, my finding regarding the poor predictive power of early months' revenues would still render the conclusion from any such analysis unreliable.

100. In sum, monthly actual results were a less accurate predictor of Oracle's quarterly results than was the Potential Forecast.  As such, the monthly actual results experienced during Q3 FY2001 should not have caused Oracle executives to believe that Oracle would fail to achieve its guidance for the quarter.

---

[99]   Monthly actual revenues from Dr. Goedde's Exhibit 18, revenue proportions from my Table 5.
[100]   Guidance was for 25 percent license revenue growth over Q3 FY2000 in reported dollars (*See* Oracle's December 14, 2000 earnings conference call, NDCA-ORCL 003215-47, p. 7, NDCA-ORCL 003221).  Actual Q3 FY2000 licensing revenues were $1,048,445 (December 11, 2000 Upside Report, NDCA-ORCL 213091-107).  $1,048,445*(1.25) = $1,310,557
[101]   Monthly actual revenues from Dr. Goedde's Exhibit 18, revenue proportions from my Table 5.
[102]   Goedde Report, pp. 31-34.

43

*Confidential*

### B.    Measure 2:  "Growth Gap"

101. Dr. Goedde analyzes a "growth gap," defined as the difference between growth in the Pipeline and the Potential's forecasted license growth relative to the same quarter the prior year.  There is substantial deposition testimony from Ms. Minton, Nussbaum, and Catz that the "growth gap" was not a metric used in Oracle's forecasting process during Q3 FY2001.[103]

102. Dr. Goedde states that, "[t]he difference between forecasted license revenue growth rates and the Pipeline revenue growth rates also indicated that the economy was adversely affecting Oracle's operations and that its Public Guidance was out of reach."[104]  In this section, I conclude that the so-called "growth gap" was not indicative of quarterly performance and that Oracle's "growth gap" was not unusual during the quarter.  This conclusion is consistent with that of Oracle's CFO, Jeff Henley, who investigated this very metric and found it not reliable.[105]

   a.    The "growth gap" bears no clear relation to actual performance

103. If Dr. Goedde's reasoning were accurate, then the larger the "growth gap," the greater confidence one would have that the forecast was achievable.  However, there is no systematic, positive relationship between the "growth gap" and either actual results, in and of themselves, or the difference between actual results and forecasted results.  Figure 9 compares the average "growth gap" to actual license revenue growth by quarter.  The positive correlation between the "growth gap" and actual performance implied by Dr. Goedde is non-existent.  The correlation between average "growth gap" and actual license

---

[103]   Deposition of Jennifer Minton, April 1, 2004, p. 220; Deposition of Jay Nussbaum, March 23, 2004, p. 92 ; Deposition of Safra Catz, March 19, 2004, p. 66.  Ellison testified to looking at an analysis resembling the "growth gap," but mentioned that Pipeline growth relative to forecast growth might not be an area of concern if the Pipeline coverage ratio (inverse of conversion ratio) was large enough. (Deposition of Lawrence Ellison, February 26, 2004, pp. 86-87; 201-202).
[104]   Goedde Report, p. 35.
[105]   Deposition of Jeffrey Henley, March 2, 2004, p. 103.

*Confidential*

revenue growth by quarter is in fact negative 0.68, which, if taken literally, would suggest the smaller the "growth gap", the larger the quarterly revenue growth.[106]

**Figure 9: Oracle's Historical Quarterly Average Growth Gap vs. Actual License Revenue Growth Rate**



104. Figure 10 compares the average "growth gap" to the average difference between actual and forecasted revenue growth by quarter. If the "growth gap" were indicative of whether or not Oracle was going to make its guidance, one would expect to see a recognizably positive relationship between these two measures. If it were true that a large "growth gap" should give one greater confidence that a forecast is achievable, then the larger the "growth gap", the more the actual result should exceed the forecast. However, no such relationship is discernable. For example, the quarter (Q3 FY2000) in which the growth in the actual result exceeded the Potential growth by the largest amount is also the quarter in which the average "growth gap" was the smallest. In fact, the relationship appears to be opposite to what Dr. Goedde assumes: the correlation between average "growth gap" and average difference

---

[106] Correlation is based on data underlying Figure 9, as noted in the fully annotated version of that figure in Appendix D.

*Confidential*

between actual and forecasted revenue growth is negative 0.59.[107]  Again, if taken literally,
this would suggest the smaller the "growth gap", the more actual results exceed the forecast.
Therefore, for the time period for which we have data, the "growth gap" does not reliably
indicate how easy it will be to achieve the forecast.

Figure 10: Oracle's Historical Quarterly Average Growth Gap vs. Actual License Revenue Growth Rate Relative to Forecasted Growth Rate



        b.      Dr. Goedde "cherry picks" the "growth gap" data during Q3 FY2001

105. Dr. Goedde states that, "[u]nlike the four quarters prior to the Class Period, the gap between
these measures [Potential License Revenue Forecast growth rates and Pipeline revenue
growth rates] was [sic] extremely narrow in Q3 FY01.  In fact, between December 25, 2000
and January 29, 2001, the gap never reached higher than 4 percent and was negative half the
time. … This was out of line with Oracle's historical experience which showed a negative
gap only once prior to Q3 FY01 and an average spread of 13.4%."[108]

---

[107]  Correlation is based on data underlying Figure 10, as noted in the fully annotated version of that figure in Appendix D.
[108]  Goedde Report, p. 35 and Exhibit 13.

46

*Confidential*

106. Dr. Goedde focuses on two weeks during Q3 FY2001 when the "growth gap" was negative. He does not mention that during these weeks, the Pipeline growth exceeded the guidance for license growth of 30 percent in constant dollars.[109] Thus even in these weeks, per Dr. Goedde's measure, Pipeline growth was consistent with guidance. In fact, the "growth gap" was negative for only two out of eleven observations during the quarter. Near the beginning of the quarter on December 11, 2000, when guidance was given, the "growth gap" was 14 percent. It ranged from 5 to 24 percent throughout February 2001. Moreover, the average "growth gap" for Q3 FY2001 was 7.4 percent which was well within the range of averages over prior quarters of 3.7 – 17.6 percent. [*See* Table 9.]

---

[109]   By constant dollars, I mean Oracle's practice of reporting in budget rates which net out exchange rate fluctuations. The constant dollar calculation was performed by Oracle.

*Confidential*

**Table 9: Oracle Comparison of Pipeline Growth Rates and Potential Forecast Growth Rates**

| | | A<br>Pipeline<br>Growth Rates | B<br>Potential Forecast<br>Growth Rates | A-B<br>Spread |
|---|---|---|---|---|
| Q2 00 | 11/29/99 | 37.0% | 18.0% | 19.0% |
| | | | | |
| Q3 00 | 12/13/99 | 30.0% | 20.0% | 10.0% |
| | 1/10/00 | 26.0% | 23.0% | 3.0% |
| | 1/24/00 | 26.0% | 22.0% | 4.0% |
| | 2/7/00 | 26.0% | 18.0% | 8.0% |
| | 2/14/00 | 19.0% | 19.0% | 0.0% |
| | 2/28/00 | 19.0% | 22.0% | (3.0%) |
| | | | Quarterly Average: | 3.7% |
| | | | | |
| Q4 00 | 3/13/00 | 26.0% | 21.0% | 5.0% |
| | 4/10/00 | 27.0% | 11.0% | 16.0% |
| | 4/24/00 | 27.0% | 8.0% | 19.0% |
| | 5/24/00 | 29.0% | 10.0% | 19.0% |
| | 5/29/00 | 29.0% | 13.0% | 16.0% |
| | | | Quarterly Average: | 15.0% |
| | | | | |
| Q1 01 | 6/19/00 | 72.0% | 48.0% | 24.0% |
| | 7/3/00 | 72.0% | 48.0% | 24.0% |
| | 7/31/00 | 57.0% | 30.0% | 27.0% |
| | 8/7/00 | 41.0% | 26.0% | 15.0% |
| | 8/14/00 | 39.0% | 26.0% | 13.0% |
| | 8/28/00 | 38.0% | 28.0% | 10.0% |
| | 8/28/00 | 38.0% | 23.0% | 15.0% |
| | 8/29/00 | 38.0% | 21.0% | 17.0% |
| | 8/31/00 | 38.0% | 25.0% | 13.0% |
| | | | Quarterly Average: | 17.6% |
| | | | | |
| Q2 01 | 9/11/00 | 56.0% | 27.0% | 29.0% |
| | 9/25/00 | 48.0% | 18.0% | 30.0% |
| | 9/25/00 | 48.0% | 30.0% | 18.0% |
| | 10/5/00 | 44.0% | 33.0% | 11.0% |
| | 10/16/00 | 41.0% | 33.0% | 8.0% |
| | 11/13/00 | 37.0% | 34.0% | 3.0% |
| | 11/27/00 | 34.0% | 33.0% | 1.0% |
| | | | Quarterly Average: | 14.3% |

| QUARTERS PRIOR TO Q3 FY2001 | |
|---|---|
| Minimum | (3.0%) |
| Maximum | 30.0% |
| Average | 13.4% |

| | | A | B | A-B |
|---|---|---|---|---|
| Q3 01 | 12/11/00 | 52.0% | 38.0% | 14.0% |
| | 12/25/00 | 34.0% | 38.0% | (4.0%) |
| | 1/15/01 | 34.0% | 32.0% | 2.0% |
| | 1/22/01 | 31.0% | 32.0% | (1.0%) |
| | 1/29/01 | 31.0% | 27.0% | 4.0% |
| | 2/5/01 | 32.0% | 24.0% | 8.0% |
| | 2/12/01 | 29.0% | 24.0% | 5.0% |
| | 3/19/01 | 28.0% | 23.0% | 5.0% |
| | 2/26/01 | 34.0% | 24.0% | 10.0% |
| | 2/27/01 | 34.0% | 20.0% | 14.0% |
| | 2/28/01 | 34.0% | 10.0% | 24.0% |
| | | | Quarterly Average: | 7.8% |

107. In sum, Dr. Goedde's conclusion that the "growth gap" indicated that Oracle would miss its guidance is incorrect. The "growth gap" is not indicative of actual performance and, at any rate, Oracle's "growth gap" was not unusual in Q3 FY2001.

*Confidential*

### C.    Measure 3:  Intra-Quarter Pipeline Growth

108. Another measure cited by Dr. Goedde is year-over-year Pipeline growth.  He asserts that a large decline in this measure and the level of the Pipeline over the course of Q3 FY2001 indicated Oracle would not meet financial guidance.[110]  To my knowledge, no executive at Oracle has testified to using the change in the Pipeline or change in Pipeline growth during the quarter as a forecasting measure.

109. If Dr. Goedde's argument were true, then one would expect a positive relationship between intra-quarter Pipeline growth and growth in license revenues.  However, as demonstrated in Figure 11, there is no such positive relationship. The best fit line suggests that there is actually a counterintuitive negative relationship between the two, where greater year-over-year revenue growth is correlated with more rapidly declining Pipeline growth.  Note that the Q3 FY2001 observation was not included in the regression analysis.

Figure 11: Pipeline Growth within Quarter vs. Year-Over-Year Actual License Revenue Growth



Notes: * This point is not included in regression.

---

[110]   Goedde Report, pp. 36-37.

49

110. Figure 11 also indicates that the Pipeline decline in Q3 FY2001 was in the historical range. In fact, Q1 FY2001 had a decline in Pipeline growth that was larger than that of Q3 FY2001, yet Oracle still met EPS expectations in this quarter. [*See* Figure 11 and Figure 3.] Intra-quarter Pipeline growth therefore has no predictive value as it relates to Oracle's quarterly license revenues, and Dr. Goedde's assertion that the decline in the Pipeline in Q3 FY2001 indicated that Oracle would miss guidance is unfounded.

### D.   Measure 4:  Field Forecast

111. Dr. Goedde argues that the Field EPS Forecast being below Public Guidance for all of Q3 FY2001 should have been a sign to Oracle that it would miss its guidance that quarter.[111]  I believe the evidence does not support Dr. Goedde's opinion.  First, the Potential-based EPS Forecast was historically more accurate than EPS estimates based on the Field Forecast. Second, Field Forecasts for EPS were historically well below actual results. [*See* Figure 3 and Table 3.]

112. Dr. Goedde also states that, "[i]n each of the four quarters leading up to Q3 FY01, the Field increased its [license] forecast throughout the quarter," while this did not occur in Q3 FY2001.[112]  In fact, there had been no meaningful increase in the Field License Revenue Forecast in three of the seven quarters prior to Q3 FY2001.  [*See* Figure 2.][113]  In summary, the Field Forecast did not behave unusually in Q3 FY2001.

### E.   Measure 5:  Potential Forecast

113. Dr. Goedde states that the behavior of the Potential Forecast was "highly unusual compared to historical trends and informed defendants that Oracle was forecasting to miss guidance" and was "inconsistent with defendants' claims that the economic downturn was not affecting Oracle's business."[114]  Dr. Goedde mentions several reasons why the Potential Forecast was unusual:  The Potential declined over the quarter, the Potential suggested Oracle was below

---

[111]  Expert Report of Alan G. Geodde, May 25, 2007, pp. 37-39.
[112]  Goedde Report, p. 38.
[113]  The Field License Revenue Forecast did not grow by more than 3 percent (compared with first Upside Report) prior to the last two days of the quarter in Q4 FY1999, Q1 FY2000, and Q1 FY2001. [*See* Table 2A]
[114]  Goedde Report, p. 39.

*Confidential*

its EPS guidance, and the Upside was declining without a corresponding increase in the Field Forecast.[115]

114. The Potential had declined at times during each of the seven quarters prior to Q3 FY2001 in which Oracle met its EPS expectations [*See* Figure 3. and Table 3]. Furthermore, the Potential had indicated an EPS below market expectation in several prior quarters in which Oracle eventually made or beat its target. [*See* Figure 3.] Similarly, the Potential Forecast and Field Forecast for EPS declined simultaneously at times in five of seven prior quarters, and Oracle still made its earnings expectations. [*See* Figure 3.] In Q1 FY2001, the total revenue and licensing revenue Upside declined without a corresponding increase in the Field Forecasts of total revenue and licensing revenue, respectively, and Oracle made its EPS expectations. [*See* Figures 1, 2, and 3.]

115. Ms. Minton had a general pattern of revising the Upside as a proportion of the Field License Revenue Forecast downward over the course of the quarter. [*See* Figure 12]. Consider Q2 FY2001, where Oracle made its guidance, for evidence of significant downward revisions of licensing revenue Upside as a percent of Field Forecast during the quarter. [*See* Figures 3 and 12.] Figure 12 also demonstrates that large positive adjustments to the licensing revenue late in the quarter were possible, as in Q3 FY2000, where the Upside was increased in the last few days of the quarter. An end-of-quarter rally in this metric was thus not without precedent.

---

[115] Geodde Report, pp. 39-40.

*Confidential*

Figure 12: Oracle's License Revenue Upside Adjustment As a Percentage of License Revenue Field Forecast, Q4 FY1999 - Q3 FY2001



Notes:   All figures are at actual (vs. constant exchange rate) dollars.

116. Dr. Goedde chooses not to analyze the Conversion Ratio, a part of the Upside Report mentioned by Ms. Minton and Mr. Henley as an important input into the forecasting process.[116] As shown in Figure 13, the Potential Conversion Ratio (Potential License Revenue Forecast / Pipeline) was conservative in Q3 FY2001 given what had actually been achieved in prior quarters.  This suggests that Oracle's guidance remained reasonable throughout Q3 FY2001.

---

[116]   Deposition of Jennifer Minton, April 21, 2005, p. 122; Deposition of Jeffrey Henley, March 2, 2004, pp. 79-80.

*Confidential*



Figure 13: Comparison of Potential Conversion Ratio, Q3 FY2001 and Actual Conversion Ratios Q1 FY2000 – Q2 FY2001



### F.    Measure 6: Large Deals

117. Dr. Goedde cites a passage from a deposition of Larry Ellison that mentions Big Deal Reports in the last week of the quarter as a "key measure."[117]   However, Dr. Goedde dismisses this measure as "irrelevant."[118]   Instead, Dr. Goedde focuses on the number of large deals in the Pipeline.[119]   Dr. Goedde does not provide evidence that the number of large deals in the Pipeline is a measure of the accuracy of the forecast, nor does he provide evidence that Oracle considered this to be a meaningful measure.  Rather he states that because NAS, one of seven of Oracle's divisions, had at most one deal larger than $5 million in its Pipeline in the first two weeks of Q3 FY2001, the company should have known it was being adversely affected by an economic downturn.[120]

118. The crucial factor determining whether a company will make its forecast is not the size of individual deals, particularly in only one of seven business units.  The crucial issue is the

---

[117]   Goedde Report, pp. 28, 42.
[118]   Goedde Report, p. 42.
[119]   Goedde Report, p. 42.
[120]   Goedde Report, p. 42.

*Confidential*

aggregate amount of revenue the company brings in.  Whether this revenue comes from big or small deals is not relevant.   Jeffrey Henley, Oracle's CFO, indicated that absence of big deals was not a matter of concern to him:

- *"Q.   'NAS, no big deals in pipeline,' was that something that caused you any concern at the time?*

  *A.   No, that's actually good.  The difference between Jay's number and OPI versus George was they had the larger customer.  So those -- there were more so-called larger deals.  What George identified was that there was no big, big deals he had to close.  He just had, obviously, a lot of deals to close.  But in theory, if he had a normal conversion rate, there should be less risk to his number."*[121]

119. Therefore, Dr. Goedde's assertions regarding a lack of large deals are unpersuasive.

### G.   Summary

120. Dr. Goedde has conducted an *ex-post* analysis of selective measures with criteria he has devised without validation and he has concluded that had these, and only these, measures been analyzed then it would have been clear that Oracle would miss its guidance in Q3 FY2001.  When his measures are carefully examined, it is clear they have little predictive power and are inferior to the ones that Oracle used.  Moreover, the performance of these measures was not unusual in Q3 FY2001.  Dr. Goedde's conclusions regarding what Oracle executives knew about the prospects for achieving guidance in Q3 FY2001 are unreliable.

## VI.  CONCLUSION

121. Oracle relied on a reasonable forecasting process during Q3 FY2001.  It was well structured, and incorporated timely and relevant information that reflected developments among customers, the market in which Oracle operated, and broader macroeconomic trends.  The process itself had been historically validated and did not suffer from excessive optimism.  Management judgment was an essential part of this process and improved Oracle's forecasting.

122. Dr. Goedde's conclusions that Oracle executives should have known that Oracle would miss its guidance in Q3 FY2001 are unfounded.  He has not demonstrated the accuracy of these

*Confidential*

measures, nor has he demonstrated that Oracle executives used or interpreted his measures in the same way. My analysis of these measures has shown that they are inferior to the measures that Oracle executives actually used, especially the Potential Forecast. In sum, Oracle's forecasting process was reasonable in Q3 FY2001 and the measures Dr. Goedde points to did not indicate that Oracle would miss its guidance.

---

[121] Deposition of Jeffrey Henley, March 2, 2004, pp. 215-16.

*Confidential*

I reserve the right to modify my opinions should additional data or documents come to my attention.

Respectfully submitted,

*George Foster*

George Foster

June 22, 2007