# EXHIBIT 2

Foster, George  7/6/2007  8:56:00 AM

1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION.
 7              Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9
10   ALL ACTIONS.
11   _____/
12
13              ---o0o---
14
     VIDEOTAPED DEPOSITION OF GEORGE FOSTER
15
         FRIDAY, JULY 6, 2007
16
              ---o0o---
17
18
19
20        SHEILA CHASE & ASSOCIATES
             REPORTING FOR:
21        LiveNote World Service
          221 Main Street, Suite 1250
22        San Francisco, California 94105
          Phone:  (415) 321-2311
23         Fax:  (415) 321-2301
24   Reported by:
     DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

Oracle                                    Page  1

Foster, George  7/6/2007  8:56:00 AM

5

1    VIDEOGRAPHER: Thank you.  Swear the witness.
2         GEORGE FOSTER
3    having been duly sworn, testified as follows:
4         EXAMINATION BY MR. BRITTON
5    MR. BRITTON:  Q.  Good morning, Dr. Foster.
6    A.  Good morning.
7    Q.  You're here to offer an expert opinion or
8    expert opinions on behalf of defendants in this case?
9    A.  Yes, I am.
10   Q.  When were you retained to do so?
11   A.  I was first contacted in late 2006.
12   Q.  And what was your understanding of your
13   engagement at the time that you were retained?
14   A.  That I would be potentially an expert witness
15   in the case, focusing on the management control systems
16   of the company, if they needed me as an expert witness.
17   Q.  Okay.  And did the scope of your engagement
18   change at all at any point after late 2006?
19   A.  The scope of the engagement was very
20   open-ended, and it was very contingent upon what were
21   the issues covered by the plaintiffs going forward.
22   Q.  Okay.  Now, when did you start actively
23   working on the engagement?
24   A.  I put in up to about late May, I put in
25   approximately 16 hours.

6

1    Q.  How many hours?
2    A.  Sixteen, 16.  And then I believe in the period
3    of about the 25th of May to June 25th I had put in
4    approximately another 40 to 50, approximately.
5    Q.  Okay.  Do you have a working relationship with
6    anybody at Oracle?
7    A.  No, I do not.
8    Q.  Do you promote yourself as an expert witness?
9    A.  I don't promote myself.  I offer my services
10   as an expert witness.
11   Q.  So you don't advertise yourself as an expert
12   witness?
13   A.  No, I don't advertise myself.
14   Q.  So the defendant sought you out in this case?
15   A.  Yes, they did.
16   Q.  Do you know how they found you?
17   A.  Do I know how they found me?
18   Q.  Um-hum.
19   A.  I worked with Analysis Group on a variety of
20   cases, and Analysis Group, I believe, had been contacted
21   by the law firm representing Oracle.  And the initial
22   meeting included some Analysis Group people and some
23   Latham Watkins people.
24   Q.  Have you ever worked for Latham and Watkins
25   before?

7

1    A.  Not that I can remember.
2         (Exhibit 1 marked for
3         identification.)
4    MR. BRITTON:  Q.  Okay, we've marked as the
5    first exhibit your expert report, your rebuttal expert
6    report.  And take a look at it and let me know if that
7    is, in fact, the complete copy of your expert report.
8    Appreciate it.
9    A.  It appears to be.
10   Q.  Now, if you turn to Exhibit B of your -- or
11   Appendix B of your expert report.  Are these all of the
12   engagements that you've worked on as an expert between
13   2003 and 2007?
14   A.  I believe they are.
15   Q.  So there is a total of six engagements in the
16   last four years?
17   A.  Yes.
18   Q.  Are any of these ongoing?
19   A.  Enron, the last one, is ongoing.
20   Q.  All others have either settled or gone to jury
21   trial?
22   A.  Yes.
23   Q.  Which ones have settled and which ones have
24   gone to a jury trial?
25   A.  The first case went to a jury trial in Santa

8

1    Barbara.  Second one went to an arbitration where a
2    decision was made.  The third one was settled.  The
3    fourth one was a judge trial, I believe.  And the fourth
4    one -- the fifth one was a jury trial.
5    Q.  Did you give testimony in each of the jury
6    trial cases?
7    A.  I gave testimony in the Bertelsmann case, and
8    I gave testimony at the arbitration.  I gave testimony
9    at the Continental case.  I did a deposition, but not
10   testimony in the Angels case.
11   Q.  When you say testimony, you're talking about
12   trial testimony; right?
13   A.  Yes.
14   Q.  How many engagements have you worked on prior
15   to 2003?
16   A.  I would say about one a year, from about mid
17   '80s.
18   Q.  The areas of testimony that you gave in the
19   cases prior to 2003, was there any particular focus?
20   A.  A major focus was on the management systems,
21   the cost accounting systems, the budgeting systems of
22   companies.  And another focus was on valuation.
23   Q.  So that was before 2003.  Is that the same
24   with respect to the six engagements that are listed in
25   Appendix B?

Oracle

3

Foster, George  7/6/2007  8:56:00 AM

15

```
 1      A.  The City of Anaheim versus the Angels Baseball
 2   is a case involving the name change by a new owner for a
 3   baseball team from Anaheim Angels to Los Angeles Angels
 4   of Anaheim.
 5      Q.  What opinions did you offer in that case?
 6      A.  My opinions dealt with the economic
 7   justification for making the name change, and the
 8   positioning of Anaheim Angels versus other sporting
 9   teams in the Los Angeles basin.
10      Q.  Okay.  And which side were you on?
11      A.  I was for the Los Angeles Angels of Anaheim.
12      Q.  And were you successful?
13      A.  The judgment upheld -- it was a jury trial in
14   Anaheim that upheld the name change by the new owner.
15      Q.  Which is why the newspaper is now confusing to
16   read, the LA Dodgers or the Angels.  Okay.
17      Finally, the Enron case, there was a number
18   of different cases going on there.  What case in
19   particular were you retained to offer an opinion on?
20      A.  I was retained to offer an opinion in terms of
21   the banks, specifically Chase, on the situation of they
22   had provided syndicated loans for Enron to other banks,
23   and these -- the other syndicated members sued the bank.
24      Q.  So it is a suit between the bank and the
25   syndicate members?
```

16

```
 1      A.  Yes.
 2      Q.  And what opinions did you offer?
 3      A.  That the --
 4      MS. KYROUZ:  Has that been made public?  Is
 5   that confidential?  The case is ongoing?
 6      THE WITNESS:  The case is ongoing.
 7      MR. BRITTON:  Q.  You prepared a report in
 8   that case?
 9      A.  Yes, I have.
10      Q.  Have you given deposition testimony?
11      A.  Yes, I have.
12      Q.  When was that?
13      A.  November/December of 2006.
14      Q.  Now, before 2003, had you ever given an
15   opinion on the forecasting systems of any companies that
16   you were retained to represent?
17      A.  Not that I can remember.
18      Q.  Now, going back to the AT&T case, number 3,
19   how far along in the process did that case get before it
20   settled?
21      A.  Very far, in terms of my analysis was pretty
22   much complete.
23      Q.  In terms of trial, was it before trial or --
24      A.  It was before trial, just before trial.  I
25   think two days before the trial.
```

17

```
 1      Q.  Two days before the trial; okay.  And did
 2   you -- was there any Daubert challenges in that case, to
 3   your opinions?
 4      A.  I don't believe so.
 5      Q.  Were there any Daubert challenges pending?
 6      A.  I didn't hear of any.
 7      Q.  Do you know if the other side didn't file a
 8   Daubert challenge, or you just don't know one way or the
 9   other?
10      A.  I just don't know one way or the other.
11      Q.  Have you ever changed your mind in any of the
12   engagements that you've been retained for?
13      MS. KYROUZ:  Objection; vague.
14      THE WITNESS:  I don't really come into the
15   engagement with a sort of preset opinion.  I analyze the
16   data and come to the conclusion after an extended
17   period.
18      MR. BRITTON:  Q.  Correct.  But there is also
19   a process where we're going through right now where
20   you're deposed and you see other reports.  Has there
21   ever been a situation where you've seen other
22   information where you've changed your mind from what was
23   in your initial report to something that you offered
24   later?
25      MS. KYROUZ:  Same objection.
```

18

```
 1      THE WITNESS:  I think the basic structure of
 2   the conclusions that I've come to have pretty much held.
 3   In subsequent statements I may have examined issues in a
 4   lot further detail to document or examine an issue
 5   further.
 6      MR. BRITTON:  Q.  But no real fundamental
 7   change in your opinions?
 8      A.  The basic structure of the conclusions I
 9   believe have held.
10      Q.  All right.  Now, let's talk about your report
11   for a second and how you prepared it.
12      When did you start preparing your report?
13      A.  It was in two stages.  One is what would be
14   the types of issues that I would want to look at if I
15   was asked to do an analysis of the forecasting system
16   and the justifications for the forecasts.  And that
17   really was started very soon after the November period,
18   in that there was just a couple of brief meetings that
19   I had with some people at Analysis Group.
20      Bruce Deal I had worked extensively with on
21   the AT&T litigation.  Because there were some aspects of
22   this litigation that were similar to this, I knew the
23   general types of issues that I would want information
24   collected on.  And I put in place some directives about
25   what types of data collection, what types of tests that
```

4

Foster, George  7/6/2007  8:56:00 AM

19

1  I would be wanting to do if I was called on to make a
2  report.
3        So that was really between, I would say,
4  November and May.
5    Q.   And you gave the directives for the documents
6  that you wanted to see to Analysis Group?
7    A.   It would be really the times of issues that I
8  would be covering.  It wouldn't be -- at that stage I
9  was not deep enough into it to say what specifically
10  were the documents.  And then I was contacted in --
11  after Mr. Goedde's report -- Goedde.
12    Q.   Goedde.
13    A.   Dr. Goedde's report.  And I did a very
14  detailed read of that several times.  And then I moved
15  quickly into architecting the report.
16    Q.   Did you yourself write the report, type it in?
17    A.   I did not type the report.  I did -- I did a
18  very detailed outline of the areas that I want covered,
19  I wrote parts of the report.  Then I was reacting to
20  drafts of the issues that I wanted covered in further
21  detail by Analysis Group.
22    Q.   So let me ask this broadly.  Who actually
23  drafted the report other than the sections that you
24  drafted?
25    A.   I mean, I drafted the report in the sense of

20

1  every word I changed or ran with.  I did an extensive
2  review at the outset.  It would be James Rosberg and
3  Peter Hull -- Hess.  Peter Hess.  James Rosberg.
4  R-o-s-b-e-r-g, and Peter Hess, H-e-s-s.
5    Q.   And both James and Peter are with Analysis
6  Group?
7    A.   Yes, Dr. Hess and Dr. Rosberg, I believe.
8    Q.   How much time did you spend meeting with
9  Dr. Rosberg and Dr. Hess during the preparation of your
10  report?
11    A.   I would say a large part of the approximately
12  40 to 50 hours was either I was writing -- I was
13  reacting to them in conjunction with them there, so I
14  would say 20 to 25 hours at least.
15    Q.   Did you meet with defense counsel at any time
16  during the preparation of your report?
17    A.   No, I did not.
18    Q.   Do you know if Dr. Rosberg or Hess met with
19  defense counsel?
20    A.   I believe they had conversations with defense
21  counsel.
22    Q.   Do you know how frequently those conversations
23  occurred?
24    A.   No, I do not.
25    Q.   Now, when you began your initial work in the

21

1  late 2006 time period, had you heard about this case?
2    A.   Yes, I had.
3    Q.   How did you hear about it?
4    A.   Well, I read the newspapers, I -- Stanford has
5  several faculty members that I believe are on the board
6  of Oracle, and I think three, and that had caused
7  several people to make comments about the case.
8    Q.   Say that one more time.
9    A.   The fact that three Stanford people were on
10  the board I think brought it to the discussion among
11  several faculty.
12    Q.   Who do you remember speaking to about the case
13  from Stanford?
14    A.   I really can't remember the individuals.  I
15  know Mr. Henley came, I believe, came to a colleague's
16  case -- class and gave a talk.  I don't know what time
17  specifically, a Professor Moureen McNichols, I believe
18  had Mr. Henley come to the class.
19    Q.   How do you spell the name of that professor?
20    A.   Moureen, M-o-u-r-e-e-n; McNichols,
21  M-c-N-i-c-h-o-l-s.
22    Q.   And do you know what the topic Mr. Henley was
23  speaking about?
24    A.   No, I don't.  It was corporate financial
25  reporting.  But I don't know -- the course was on

22

1  financial statement analysis, so I don't know
2  specifically, I did not attend the class.
3    Q.   Did you speak to Ms. McNichols about the case?
4    A.   No, I did not.
5    Q.   Who are the board members of Oracle that are
6  Stanford professors?
7    A.   I believe Michael Boskin is a board member.  I
8  think there is a Mr. Lucas.  And after the litigation I
9  believe Professor Grundfest joined the board.  But I
10  don't think he is a board member now.  I think he
11  stepped down sometime last year.
12    Q.   Do you have any fundraising responsibilities
13  at Stanford?
14    A.   No, I do not.
15    Q.   Has Stanford ever received a contribution for
16  the research that you've done or any presentations that
17  you've given?
18    A.   Well, Stanford -- my research is sponsored by
19  Stanford and is based on alumni donations.  So the
20  answer is yes.
21    Q.   And has there ever been a situation where in
22  reaction to research you've done there has been a
23  donation given to the university?
24        MS. KYROUZ:  Objection: vague.
25        THE WITNESS:  Not that I can think of.  Not a

Oracle

5

Foster, George  7/6/2007  8:56:00 AM

23

1   tight link where I published a paper and somebody liked
2   the paper and said, "Here is another 200,000 to pursue
3   the research." That research is much more open-ended
4   than that.
5          MR. BRITTON:  Q.  So alumni contributions --
6   withdrawn. Alumni contributions, would you agree with
7   me, are important to the university?
8      A.  Yes, they are.
9      Q.  And you understand them to be important;
10   right?
11      A.  They are.
12      Q.  You understand that Oracle has -- withdrawn.
13   Do you understand that Mr. Ellison has donated
14   to Stanford University on occasions?
15      A.  I have heard that, but I don't know for sure.
16      Q.  Do you know how much Mr. Ellison has donated
17   to Stanford?
18      A.  No, I do not.
19      Q.  Now, when you were retained in this
20   litigation, did you do any conflicts checks?
21      A.  I always do a general conflict check. And it
22   is typically have I got a prior business association
23   with the company that may create some issues, or the
24   plaintiffs. And I did not know the plaintiffs.
25      Q.  Did you check to see whether any of the board

24

1   members at Oracle or Mr. Ellison had made any
2   contributions to your university that would affect your
3   opinion? .
4      A.  I did not --
5          MS. KYROUZ:  Object to form.
6          THE WITNESS:  No, I did not check that.
7          MR. BRITTON:  Q.  Were you aware that between
8   2002 and 2005 that Mr. Ellison's medical foundation
9   donated over $20 million to Stanford?
10      A.  I'm not aware of the dollar amounts.
11      Q.  Were you aware of the relative size of the
12   contributions?
13      A.  No, I was not.
14      Q.  What about Mr. Lucas, are you aware between
15   2003 and 2005 his foundation contributed over $5 million
16   to the university?
17      A.  I'm not aware of that.
18      Q.  And that didn't come up in your conflicts
19   check?
20      A.  I do not consider those conflicts for me.
21      Q.  Do you think that if you offered opinions in
22   this case that were contrary to the opinions that you're
23   giving that it would affect any relationships that you
24   may have at Stanford?
25      A.  I do not base my opinions on -- I base my

25

1   opinions on my professional judgment, not on what are
2   the consequences to other parties. And -- but I don't
3   believe that that is an issue in this case.
4      Q.  So if you were to give an opinion in this case
5   that Mr. Ellison committed fraud, you wouldn't be
6   concerned about the donations that Mr. Ellison was
7   giving to Stanford?
8      A.  I just haven't considered that issue. My
9   opinion as a professional are in relation to the facts
10   at issue.
11      Q.  Now, were you aware of the derivative
12   litigation before you were retained in this case?
13      A.  Do you want to explain what the derivative
14   litigation is?
15      Q.  Same case, were you aware that Professor
16   Grundfest and Professor Molina were board members and
17   members of a special litigation committee for Oracle?
18      A.  Yes, I was.
19      Q.  How were you aware of that?
20      A.  I think I had heard about that there was a
21   report done, but it was very vague.
22      Q.  Okay. Did you hear that the Special
23   Litigation Committee was found to be conflicted because
24   of their ties to Stanford?
25      A.  No, I did not.

26

1      Q.  You didn't hear that at all?
2      A.  No.
3      Q.  Do you ever work with Mr. Grundfest?
4      A.  I have met him several times. I have not
5   professionally worked with him.
6      Q.  And in what context have you met Professor
7   Grundfest?
8      A.  He's a law professor, our areas overlap
9   somewhat, and I have heard him talk.
10      Q.  Where did you hear him talk?
11      A.  At the Stanford Law School.
12      Q.  What was the -- what was the event?
13      A.  It was a joint course that he was teaching
14   with Professor McNichols and Professor Barth, on, I
15   believe, securities litigation.
16      Q.  And what was the topic of the presentation
17   that you heard from Professor Grundfest?
18      A.  I can't remember.
19      Q.  Do you have a close working relationship with
20   Ms. McNichols?
21      A.  Yes, I do.
22      Q.  And can you describe your working relationship
23   with her?
24      A.  I was initially in the accounting department
25   at Stanford, in the accounting group, and Professor

Oracle

Foster, George  7/6/2007  8:56:00 AM

27

1  McNichols joined that group about 1984.  One of my areas
2  of research is financial statement analysis, and that is
3  Professor McNichols' predominant area of interest, and
4  we've had discussions.
5      I have never co-authored a paper with
6  Professor McNichols.  We have been research colleagues
7  and just colleagues for over 20 years.
8      Q.  Did you talk to Professor McNichols about this
9  litigation at all?
10     A.  No, I have not.
11     Q.  Did you speak to her about the derivative
12  litigation at all?
13     A.  I can't remember.
14     Q.  Why did you attend the presentation that
15  Professor Grundfest gave?
16     A.  It was -- this was a joint law school/business
17  school course that I thought was a very useful
18  experiment to do.  And if I remember that night there
19  were two talks.  The first talk I believe was Professor
20  Mary Barth on international accounting standards boards,
21  which I was specifically interested in hearing.  And
22  Professor Grundfest was either before Professor Barth or
23  after Professor Barth.
24     Q.  You don't remember the subject?
25     A.  I did not specifically attend the talk to hear

28

1  the topic that Professor Grundfest was talking about,
2  but I decided to stay and listen to it.
3      Q.  Have you ever work with Mr. Boskin?
4      A.  No, I have not.
5      Q.  Do you know him?
6      A.  I have met him several times.
7      Q.  And what occasions have you met him?
8      A.  As a Stanford professor, whose area -- he's in
9  business, economics, at either Hoover Institution
10  functions or other Stanford functions.  I remember
11  meeting him once on a plane going either to New York or
12  back from New York and chatting to him.
13     Q.  Does Mr. Boskin work or do any research with
14  anybody that you work with?
15     A.  No, he does not.
16     Q.  Mr. Lucas, do you know him?
17     A.  I have never met him.
18     Q.  Does anybody that you work with work with him?
19     A.  I believe he's a computer science professor.
20  And, no, I don't.
21     Q.  Do you have any involvement with the Stanford
22  Institute for Economic Policy Research?
23     A.  No, I do not.
24     Q.  Do you do any work with the Rock Center for
25  Corporate Governance at Stanford?

29

1      A.  No, I do not.
2      Q.  Do any of your colleagues do any work for the
3  Rock Center for Corporate Governance?
4      A.  Yes, they do.
5      Q.  Who is that?
6      A.  Certainly Professor David Larcker does, I
7  believe he's the co-director of the Rock Center, with
8  two other, Professor Grundfest and one other law
9  professor.  And I believe Maureen McNichols does some
10  work with the Rock Center, but I'm not sure what
11  specifically she does.
12     Q.  And do you do any work with Mr. Larcker?
13     A.  Professor Larcker and I are opposite of each
14  other in terms of offices, and we chat quite frequently.
15  But I have not co-authored any papers or started any
16  research projects with Professor Larcker.
17     Q.  Did you speak to Mr. Larcker about this
18  litigation?
19     A.  No, I did not.
20     Q.  Did you speak to him about the derivative
21  litigation?
22     A.  No, I have not.
23     Q.  Have you ever met Larry Ellison?
24     A.  I think I have been introduced to him once.
25     Q.  When was that?

30

1      A.  Some time ago at a Stanford basketball
2  function.
3      Q.  Going back to the preparation of your report,
4  at some point in time did you ask for documents to
5  review?
6      A.  Yes, I did.
7      Q.  And how did you determine which documents that
8  you wanted to review?
9      A.  I had read Dr. Goedde's reports, so I was very
10  interested in the documents underlying that.  I had
11  asked for a fairly detailed description of what was the
12  Oracle forecasting process.  And read some depositions.
13  And so that led to a listing in terms of the actual
14  forecast process to try to break down what was the
15  forecasting process, who were the major players, and
16  what were the key documents in that.
17     Q.  And how did you decide which depositions to
18  review?
19     A.  It was a combination of looking at -- at this
20  stage I believe in drafting this report I had also
21  access to Professor Hubbard's report.  So it was a
22  combination of Professor Hubbard's report -- this was
23  after April.  I think the reports were filed April the
24  25th, or approximately in late April or late -- late
25  May.  Late May, when it was.

Oracle

Page  27 - 30

Foster, George  7/6/2007  8:56:00 AM

31

1 And so I had access to those two reports,
2 which described in some detail the budgeting process,
3 but I wanted to see the actual documents themselves.
4 And I asked or was asking was there a manual
5 or a very detailed description, and was told -- I
6 couldn't find one. So unlike -- some companies have a
7 very extensive manual, Oracle does not operate with what
8 you would call a 200-page coding document that describes
9 it.
10 So it was really pulling together different
11 documents to get an overview of the process.
12 Q. If you turn in your report to Appendix C. Is
13 this a list of all the documents you relied upon for
14 purposes of preparing your rebuttal report?
15 A. I believe it is -- yes, I prepared this in
16 conjunction with Analysis Group, and I believe it is.
17 Q. It is a complete list?
18 A. I believe it is.
19 Q. Could you turn to the second page of Appendix
20 C. These are the depositions, transcripts that you
21 reviewed; is that right?
22 A. I asked people to provide to me the original
23 extracts from depositions that would be important to the
24 case after I outlined the issues I wanted to track down.
25 Some depositions I went through, tried to go through the

32

1 whole deposition. Others I relied on extracts that had
2 been pointed out to me.
3 Q. And who pointed out those extracts to you?
4 A. Typically Dr. Hess or Dr. Rosberg.
5 Q. Now, if you go to the list of depositions for
6 Mr. Ellison there, were those extracts that you relied
7 upon from those depositions or did you read the whole
8 deposition for those?
9 A. I believe those ones I -- I can't remember.
10 Q. They are fairly long. You would remember
11 reading something fairly long; wouldn't you?
12 A. I can't remember.
13 Q. Now, in the depositions in 2004, what do you
14 understand -- which litigation do you understand those
15 depositions were given in?
16 A. At this stage I can't give an answer to that.
17 Q. The one in 2006, is that the single day,
18 September 21st, 2006, or does that encompass all the
19 depositions that Mr. Ellison gave in this litigation?
20 A. I can't remember that.
21 Q. You don't know one way or the other?
22 A. No.
23 Q. What about for Ms. Minton, did you read
24 extracts of her deposition?
25 A. Jennifer Minton I asked to see the full

33

1 depositions and skimmed through them.
2 Q. You skimmed through them?
3 A. Yes. I didn't read every single word, but I
4 went through them in a fair amount of detail.
5 Q. Did anybody give you any references from the
6 depositions?
7 A. Highlighted areas?
8 Q. Yes.
9 A. Yes.
10 Q. And that would have been Dr. Hess or Rosberg?
11 A. Yes.
12 Q. What about for Mr. Henley, did you read his
13 full deposition or did you rely on extracts?
14 A. That I can't remember.
15 Q. And can you tell me in which litigation the
16 2004 deposition of Mr. Henley was given?
17 A. That I can't remember.
18 Q. Did you read the deposition of George Roberts?
19 A. I've seen references to it in other reports,
20 but I don't believe I did.
21 Q. Mr. Sanderson, which is the second one from
22 the top, did you read any other deposition transcripts
23 other than the one that's listed there?
24 A. I don't believe I did.
25 Q. How about Mr. Nussbaum, is that the only

34

1 deposition transcript you read from him?
2 A. I believe that's the case.
3 Q. And did you read extracts on the whole
4 deposition?
5 A. I think I read extracts.
6 Q. What about Ms. Catz down at the bottom there?
7 A. I believe I read extracts from the two -- the
8 March 19th deposition.
9 Q. Was that given in the derivative class or the
10 class case?
11 A. That I'm not sure.
12 Q. And then what about Ms. Kopp, did you read
13 extracts or the full deposition?
14 A. I believe that's extracts.
15 Q. And the same for Steve Johnson?
16 A. I believe so.
17 Q. Now, did you read any other deposition
18 transcripts than those that are listed here? Because
19 what this is, is the documents you relied on for your
20 report. Are there any documents or deposition
21 transcripts that you read but did not rely on?
22 A. No. I think this is the set of documents that
23 I had examined.
24 Q. Did you ask for anything that you didn't get
25 in terms of documents or depositions?

Oracle

8

Foster, George  7/6/2007  8:56:00 AM

35

1    A.  No.

2    Q.  Now, you mentioned that you read the expert

3  report of Mr. Hubbard, Professor Hubbard?

4    A.  Yes, I did.

5    Q.  Is there anything in there that you relied

6  upon?

7    A.  No.  I think that I used that as a background

8  piece of information in terms of -- and then where an

9  item was important for my opinion, I went back to the

10  original sources.

11    Q.  Now, there's some graphs and charts in your

12  report that are similar to Mr. or Professor Hubbard's

13  reports.  Did you understand that?

14    A.  There are some similarities, yes.

15    Q.  Did you use the reports that he prepared or

16  did you re-prepare them?

17    A.  I certainly was aware of his documents, but in

18  terms of drafting what the presentations would be, I did

19  hand sketches of what I was after.

20    Q.  If you look at Appendix D in your report.

21    A.  Appendix B or D?

22    Q.  D as in dog, first three figures.  These are

23  charts of revenue, total revenue, field forecast versus

24  potential, various other information.  And the second

25  one is -- withdraw.

36

1        Let me get your understanding of what each of

2  these figures are.

3    A.  This is the data that -- the information from

4  the upside reports for the seven quarters up to Q3

5  fiscal year 2001.  The first one deals with the revenue,

6  total revenue.  The second one deals with the license

7  revenue.  And the third one deals with the EPS item.

8    Q.  Were you aware that Professor Hubbard did

9  charts similar to these?

10    A.  It is my understanding that I think Professor

11  Hubbard did an EPS chart that may have been similar to

12  this.  I'm not aware that he did a total revenue chart

13  similar to this.

14    Q.  So your Figure 3, EPS, is it your

15  understanding that Professor Hubbard did the same

16  analysis?

17    A.  I am not aware of what analysis.  It is the

18  same type of structure, examining how the field forecast

19  and how the potential forecast operated in that period,

20  so that we end up with the same diagrams.

21    Q.  My question was, did you rely on Professor

22  Hubbard's chart --

23    A.  No.

24    Q.  -- for purposes --

25    A.  This is -- this is a chart that was -- I had

37

1  prepared.

2    Q.  Who prepared these charts?

3    A.  Dr. Hess and Dr. Rosberg.

4    Q.  Did you work at all in preparing those charts?

5    A.  Did I work?

6    Q.  Did you work on them at all?

7    A.  Yeah.  I mean, I described what I wanted -- I

8  had seen charts like this, and I said I think you will

9  find there is some different -- may have been some

10  different terminology or -- I have not tried to

11  literally compare chart to chart.  But the basic issue

12  in the EPS chart is a very similar one.

13    Q.  What did you review and consider and decide

14  not to rely on?

15    A.  What did I --

16    Q.  Did you review and consider anything that you

17  decided not to rely on?

18    A.  I think you have at the back pretty much the

19  full amount of items that I looked at.

20    Q.  So was there anything else that you looked at

21  that you didn't rely on?

22    A.  Well, I come to the case with a whole

23  background in terms of examining financial issues, and I

24  don't make conscious decisions to throw the background

25  out.  So there wasn't any documents that I looked at and

38

1  said that's something I would take issue with.  I was

2  really just trying to get a back picture of what are the

3  key issues in the case.

4    Q.  The particular question I'm after, is there

5  anything else that you reviewed -- this report lists the

6  documents that you relied on.  Did you review anything

7  else other than what is listed in this appendix?

8    A.  I can't think of anything as I stand here now.

9    Q.  So all the documents that you reviewed in this

10  case are listed in Appendix C?

11    A.  I think that is the case.

12    Q.  Is there anything that you didn't do that you

13  still want to do?

14    A.  I haven't made -- that would be a decision

15  that would be made in conjunction with the attorney.

16    Q.  So sitting here today, you don't know of

17  anything that you didn't do that you still want to do?

18    A.  At this stage, to form the opinions that I've

19  formed now, I'm very comfortable with what I've done.

20    Q.  Are all of the opinions you have in this case

21  listed in your report?

22    A.  Yes, they are.

23    Q.  Now, you've read the reports of Dr. Goedde; is

24  that right?

25    A.  Yes, I have.

Foster, George  7/6/2007  8:56:00 AM

39

1    Q.  You've read the opening one, of course?
2    A.  Yes.
3    Q.  And did you read his rebuttal?
4    A.  Yes, I did.
5    Q.  Now, why did you offer a rebuttal on the
6  topics that you're addressing rather than Professor
7  Hubbard?
8    A.  The opinions that I formed are opinions that I
9  think, given my background and my experience, I'm in the
10  position to form a judgment on.
11    Q.  Do you think your background and experience is
12  superior to Professor Hubbard's in terms of forecasting?
13    MS. KYROUZ:  Objection; vague.
14    THE WITNESS:  I'm not in the position -- I'm
15  not making any judgments of my background relative to
16  Professor Hubbard's.  My concern is I've been asked to
17  give some opinions in terms of the forecasting system,
18  do I have the background to do that.
19    MR. BRITTON:  Q.  You've read Professor
20  Hubbard's qualifications; is that right?
21    A.  Yes, I have.
22    Q.  And sitting here today, do you have an opinion
23  on whether you are more qualified to offer an opinion on
24  forecasting issues than Professor Hubbard?
25    MS. KYROUZ:  Objection; vague.

40

1    THE WITNESS:  I don't have an opinion on that.
2    MR. BRITTON:  Q.  You won't draw one?
3    A.  Beg pardon?
4    Q.  You won't draw an opinion on that?
5    A.  That's not what I have analyzed.
6    Q.  So you just haven't analyzed that?
7    A.  No.
8    Q.  Now, you mention in your report that you
9  understand that Professor Hubbard was doing the economic
10  analysis, and you really didn't offer an opinion on the
11  economic conditions that were facing Oracle in the third
12  quarter of 2001; is that fair?
13    A.  I mentioned -- I don't think I used the word
14  economic.  I think I used the word macroeconomic.
15    Q.  So you haven't done a study of the
16  macroeconomic conditions facing Oracle in 2000 -- in the
17  third quarter of 2001?
18    A.  My analysis is what -- of the budgeting and
19  the forecasting process would be what information
20  sources could that come through.  And my analysis of the
21  forecasting process is that it does come through the
22  customer level.  So I, in fact, have done it at the
23  customer level.  I have not tried to look at
24  macroeconomic indicators.
25    Q.  Did you read the deposition of Professor

41

1  Hubbard?
2    A.  No, I did not.
3    Q.  Did you watch his deposition?
4    A.  No, I did not.
5    Q.  Do you understand that Professor Hubbard
6  believes that the macroeconomic conditions would be an
7  input into the forecasting process?
8    A.  I could -- I think that is -- macroeconomic
9  conditions are an input into the forecasting process,
10  that's right.
11    Q.  If that's right, why didn't you do an analysis
12  of economic conditions facing Oracle in the third
13  quarter of 2001 versus the prior year?
14    A.  Because the forecasting process involves the
15  salespeople doing that as they speak to the customers,
16  that is where that information comes into the process.
17    Q.  I understand your argument.  But what I'm
18  getting more at, as a person, as an expert that is
19  opining on the reasonableness of a forecasting process,
20  you do not believe that it is important for you to look
21  at what the economic conditions were?  Whether or not
22  the field looked at them or not, that it wasn't
23  important for you to look at what the economic
24  conditions were like?
25    A.  I'm aware what the economic conditions were.

42

1  I did not choose to look at specific economic
2  indicators, because I believe the budget process had a
3  documented record of being able to adjust for those.
4    Q.  How do you know what the economic conditions
5  were if you haven't studied it?
6    A.  I was -- I've been involved in companies in
7  that specific period.
8    Q.  So you remember back, based on your own
9  experience, what the economy was like?
10    A.  I have done research covering companies in
11  that period.  And I have done -- I've sat on boards of
12  companies in that period.  So I'm very much aware of
13  what was going on in 2000, 2001.
14    Q.  And you took that into consideration in your
15  opinions here?
16    A.  The general backdrop.
17    Q.  So, can you point to me where in your report
18  you list the studies that you've done that opine upon
19  the economic conditions in 2001 and 2000?
20    MS. KYROUZ:  Objection; misstates testimony
21  and his report.
22    THE WITNESS:  The research that I've -- when I
23  sit on boards, I'm --
24    MR. BRITTON:  Q.  Well, you said you've done
25  research, then you also said you sat on boards.  I want

Oracle

Page  39 - 42

Foster, George  7/6/2007  8:56:00 AM

43

```
1   to focus more on the research.
2        Can you point me to the research in here
3   that's helping you form your opinion on what the economy
4   was like in 2000 and 2001?
5        A.  Well, the research project I did on the
6   emergence of companies, which I believe covers about
7   1996 to about 2002, we interviewed the CEO, business
8   development officer and the CFO of 78 companies.  And an
9   extensive part of those -- and we have coded
10  interviews -- talk about what's the economic backdrop
11  and how that changes in that period.
12       Q.  Is there a written record of what the economic
13  backdrop was?
14       MS. KYROUZ:  Objection; vague.
15       MR. BRITTON:  Q.  In the study you are talking
16  about, is there a written record that reflects what the
17  discussions were about?
18       A.  Not in the write-up of the papers.
19       Q.  Okay.  So you're just remembering off the top
20  of your head conversations you've had with these
21  executives about what the economy was like?
22       A.  That's -- these were -- I was involved in at
23  least 120 interviews personally in that period, so
24  that's a lot of time talking to executives about the
25  period.  I was also teaching courses, having guest
```

44

```
1   speakers come to my class.  I was running a class,
2   "Managing to IPO," and another class, "Early-Stage
3   Globalization" at that period, and I would have people
4   come in.  And there were discussions about growth rates
5   of early-stage companies, dot coms.
6        Q.  Okay.  And what was your opinion of the
7   economy facing Oracle in calendar year 2000?
8        A.  Calendar year 2000?
9        MS. KYROUZ:  Objection; vague.
10       THE WITNESS:  The -- there was a -- the
11  general economy, I would say that there were different
12  sectors.  It is not -- the way I break up the economy is
13  not to think of it as a singular economy.  I think in
14  the early part of the 2000 there was a decline in the
15  revenues of the dot com companies.
16       MR. BRITTON:  Q.  Early part of calendar 2000?
17       A.  Calendar 2000, yes.  So I think you would look
18  at January, February, March, in that period.  I think
19  you would look at there was a later decline in the
20  hardware companies, probably later in terms of the
21  middle of the year, and there was a later decline in the
22  telecommunications companies in that period.
23       Q.  Now, in the studies that you're talking about,
24  did you look at the economic conditions in 1999 calendar
25  year?
```

45

```
1        A.  Yes, I did.
2        Q.  And what was --
3        A.  Well, looking at the revenue growth rates of
4   companies in that period, some early-stage companies.
5        Q.  And what was the growth rate of the economy
6   like in calendar year 1999?
7        A.  In certain -- I can just talk about in terms
8   of sectors, I think some of the software companies had
9   stronger growth rates.  2000 was less than '99.
10       Q.  Okay.  Now, for purposes of this report, did
11  you go back and look at those studies to refresh
12  yourself on what the economy was like in calendar year
13  1999 versus calendar year 2000?
14       A.  I have done research in this period, so I
15  remember.
16       Q.  You remember.  But you didn't go back to the
17  report and look at it and say, "Okay, this is what I
18  said about that"?
19       A.  No.
20       Q.  You would agree, wouldn't you, that a
21  company's products are an input into the forecasting
22  process?
23       MS. KYROUZ:  Objection; vague.
24       THE WITNESS:  Knowledge of the company's
25  products?
```

46

```
1        MR. BRITTON:  Q.  Quality, market acceptance.
2        A.  Yes, they are factors that you would consider
3   in terms of the forecasting.
4        Q.  But you didn't offer a single opinion on the
5   quality of Oracle's 11i suite; did you?
6        A.  I have not attempted to make a specific
7   assessment of that in terms of evaluating the
8   forecasting process itself.  What the analysis looks at,
9   is there people who have expertise doing that, providing
10  judgment into the judgment and opinions into the
11  process.  I think that's the appropriate way to do that.
12       Q.  So even though the quality of products is an
13  input into the reasonableness of a forecasting process,
14  you decided not to offer an opinion on the product
15  quality in this case?
16       MS. KYROUZ:  Objection; vague.
17       THE WITNESS:  I'm not offering an opinion on
18  the quality per se, because the budgeting process
19  incorporates people who have access to that and have
20  customer contact where that feedback would come from.
21       MR. BRITTON:  Q.  You're opining on the
22  reasonableness of this process; right?  So wouldn't you
23  need to inform yourself of what the people believed
24  about the quality issues facing Oracle's products to
25  give an opinion on the reasonableness of the process?
```

Oracle

Page  43 - 46

Foster, George  7/6/2007  8:56:00 AM

47

```
1        A.  What you should be doing is to look at the
2    cross-checks and balances in the process and look at the
3    behavior of their forecast relative to what the actual
4    results.
5        Q.  We'll get to that later.  After you read Dr.
6    Goedde's rebuttal report, did you look at any of the
7    product issues that he was discussing in that report?
8        MS. KYROUZ:  Objection; vague.
9        THE WITNESS:  I considered -- you mean where
10   the -- some of Dr. Goedde's opinions would be reflected
11   in the budgeting process, where would they be captured.
12   And it reinforced my opinion that the interface between
13   the customer and the salespeople at Oracle is where that
14   would be the cold phase at which those issues would
15   surface.
16       MR. BRITTON:  Q.  It wouldn't be necessary for
17   you as an expert opining upon the reasonableness of the
18   forecasting process to know one way or the other about
19   the quality of Oracle's products or what people were
20   saying about them?
21       MS. KYROUZ:  Objection; vague, misstates
22   testimony.
23       THE WITNESS:  In order to see if the process
24   is a well-functioning process, you are looking at are
25   there inputs coming from the right places, and then you
```

48

```
1    look at what are the outputs of the system, and evaluate
2    those outputs.  And I think that is the appropriate way
3    to handle that.
4        MR. BRITTON:  I move to strike as
5    nonresponsive.
6        Q.  I'm asking a very particular question.  Do you
7    believe that your opinion is -- withdrawn.
8        Do you believe that it is not necessary for
9    you to know about the quality issues facing Oracle's
10   products to offer the opinions that you've offered in
11   this case?
12       A.  I'm aware that there were statements made
13   about the quality issues, and that is in the documents I
14   looked at.  I did not -- I do not believe I have to go
15   to the quality reports in order to see if the budgeting
16   process is well-functioning.
17       Q.  Now, in Dr. Goedde's opening report there was
18   significant discussions about the effect of the economy
19   on Oracle.  And your expert report focuses more on the
20   forecast, whether they knew they were going to miss
21   their forecast.  Why did you not opine on Dr. Goedde's
22   report with respect to the impact that the economy was
23   having on Oracle?
24       A.  Well, it is my belief that the way you
25   evaluate is this a well-functioning budgeting process,
```

49

```
1    are the numbers supported by the budget process itself,
2    is you look at the process over an extended time period
3    and see whether there are appropriate inputs coming
4    about the macroeconomic world, about the industry
5    environment, about the products, about the customers,
6    all of which will be reflected in the forecasts and the
7    actual numbers, and you see how that is comparing to the
8    actuals.
9        Q.  Well, a company can be impacted by the
10   economic -- by the economy even though it has a
11   well-functioning forecasting process; right?
12       A.  Absolutely.
13       Q.  Right.  So my question to you is not in the
14   context of the forecasting process.  My question is, why
15   did you not opine upon or address the issues Dr. Goedde
16   raised about certain facts having an impact on Oracle's
17   business?
18       A.  Because my opinion is that the forecasting
19   process enables that information to be put in right from
20   the start in terms of the grass-roots level, so that if
21   there are changes in the economic environment, then that
22   will be reflected into the inputs into the system.
23       Q.  Okay.  I'll come back to that.
24       MS. KYROUZ:  Can we take a five-minute
25   bathroom break?
```

50

```
1        VIDEOGRAPHER:  Off record at 10:07.
2        (Recess, 10:07 a.m. - 10:20 a.m.)
3        VIDEOGRAPHER:  On record at 10:20.
4        MR. BRITTON:  Q.  Professor Foster, I want to
5    go back to the derivative litigation for a moment.
6    What did you learn about the derivative litigation
7    before you were retained as an expert in this case?
8        A.  I really didn't learn -- I mean, just that
9    there was a litigation.  Even the term derivative
10   litigation I was not aware of.
11       Q.  Did you have an impression at all about the
12   derivative litigation based upon what you heard?
13       A.  No.
14       Q.  Did you know that the SLC was conflicted
15   because of its relationship with Stanford?
16       MS. KYROUZ:  Objection; asked and answered.
17       THE WITNESS:  The SLC is the --
18       MR. BRITTON:  Q.  Special Litigation
19   Committee.
20       A.  No, I was not aware of that.
21       Q.  Do you think it would be a pretty big deal at
22   Stanford if some of its professors were found to be
23   conflicted with a huge donor of the university?  Do you
24   think that's something that would get around?
25       MS. KYROUZ:  Objection; argumentative.
```

Oracle

Page  47 - 50

12

Foster, George  7/6/2007  8:56:00 AM

51

```
1        THE WITNESS: I was not aware of it.
2        MR. BRITTON: Q.  Did you ever read the
3   Special Litigation Committee report in this case?
4        A.  I saw the Special Litigation Committee report
5   after I filed my report.
6        Q.  After you filed your report.  Have you read
7   it?
8        A.  I've read parts of it.
9        Q.  Which parts?
10       A.  The general summary, like the first 55 pages.
11       Q.  After you read the summary, did you think of
12  anything that you needed to do that you hadn't done with
13  respect to your report?
14       A.  No.  I was comfortable with what I did to make
15  my conclusions.
16       Q.  Do you know if Drs. Hess and Rosberg were
17  involved in preparing Professor Hubbard's report?
18       A.  I believe they were.
19       Q.  Do you know if they had the same involvement
20  in preparing Hubbard's report that they had in preparing
21  your report?
22       MS. KYROUZ:  Objection; lacks foundation.
23       THE WITNESS:  I don't have an opinion on that.
24       MR. BRITTON: Q.  Can you turn to Appendix A.
25  This is your current and accurate resume?
```

52

```
1        A.  Yes, it is.
2        Q.  Do you have anything to add or subtract from
3   it?
4        A.  It includes published papers.  I typically do
5   not include work in process or working papers.  But some
6   authors include working papers; I don't.
7        Q.  You don't put the work in process papers in
8   there?
9        A.  No.  Or the topics.
10       Q.  Now, there was one paper that was a work in
11  process that was supposed to be published in 2007.  Do
12  you remember which one that was?
13       A.  I believe that would be the "Management
14  Control Systems in Early-Stage Companies," 2007,
15  forthcoming, The Accounting Review.
16       Q.  Which page is that?
17       A.  Page 4 of the resume.
18       Q.  "Management Control Systems in Early-Stage
19  Start-Up Companies"?
20       A.  Right.
21       Q.  Has that been published yet?
22       A.  It is in the process.  I proofread the galleys
23  in the last two weeks.
24       Q.  Can we get a copy of this paper?
25       A.  Certainly.
```

53

```
1        MR. BRITTON:  Michelle, can you send us the
2   paper?
3        MS. KYROUZ:  Okay.
4        MR. BRITTON:  At some point.
5        Q.  Okay.  I have looked through your resume and
6   I've tried to figure out what you were doing between
7   1975 and 1987, and I think I need some help with it.
8   Can you tell me where you were and what you were doing
9   between 1975 and 1987?
10       A.  That's interesting.  1975 I graduated from
11  Stanford, and I taught at the University of Chicago for
12  three years.  Then 1977/78 I was an associate professor
13  at the Australian Graduate School of Management.
14       Q.  At the?
15       A.  Australian Graduate School of Management.  And
16  starting in 1978 I was an associate professor at
17  Stanford.  So I've been at Stanford since 1978.
18       Q.  So in '78 you were an associate professor at
19  the Graduate School of Australia?
20       A.  No.  '77 to '78 I was associate professor at
21  the Australian Graduate School of Management.
22       Q.  Then '78 you started with Stanford?
23       A.  Right.
24       Q.  Have you ever worked in the private industry
25  for companies or businesses other than your board
```

54

```
1   membership?
2        A.  I have done consulting with companies.  But my
3   prime occupation since graduation of my Ph.D. has been
4   of a university base.
5        Q.  So your report says that you've done academic
6   research and you've taught in the areas of budgeting and
7   forecasting.  And I want to focus on your teaching of
8   budgeting and forecasting.
9        Can you tell me what courses that you teach
10  that cover budgeting and forecasting?
11       A.  The cost accounting, cost management area is
12  an area where budgets are the single most important
13  management system put in place.  And I started teaching
14  cost accounting, management accounting, actually my
15  master's degree at University of Sydney in 1970 and '72
16  was on management accounting, and that was an extensive
17  part of that.  And when I taught at the University of
18  Chicago, I was teaching both cost accounting and
19  management control systems, that had extensive budgeting
20  forecasting.
21       When I got -- at the Australian Graduate
22  School of Management I taught the same courses.  And I
23  have extensively taught in those areas at Stanford.  And
24  the textbook "Cost Accounting" has a chapter on
25  budgeting itself, and that is a lead into multiple
```

Oracle                                    Page 51 - 54

13

Foster, George  7/6/2007  8:56:00 AM

63

1    Q.   And there is -- is there a wide gap between
2    the three that are in the 300 to 500 million and then
3    the next?
4        A.   I haven't looked specifically in terms of a
5    distribution on that score.
6        Q.   How often do you meet with these companies?
7        A.   They came to Stanford -- I went to Dublin in
8    September, they came to Stanford in October.  They sent
9    me -- each company sends me two assignments between
10   October and December.  They came -- between October and
11   January, and then they came to Stanford for a week.
12   Each of them sent me three assignments between February
13   and May.  They came to Stanford for a week, and they are
14   doing assignments now for me.
15       Q.   And then let's go to paragraph 10.  You say
16   that, "In addition to my academic experience, I've
17   served on the board of directors of a venture capital
18   company, and I've also served on the boards of directors
19   of multiple software technology companies."
20       Are the companies that are listed in this
21   paragraph all of the companies on which you serve or
22   served?
23       A.   I believe not.  Bluegum Technologies was a
24   technology company that was acquired by Selectron.  Next
25   one, Authentic8, was a software company dealing with

64

1    security that was acquired by a French company.
2        Q.   Let me stop you, because I was trying to see
3    if this is a complete list -- and I notice you are
4    looking at your CV in Appendix A, page 2?
5        A.   Yes.
6        Q.   Are these all of the boards on which you serve
7    or have served?
8        A.   I believe so.
9        Q.   For any of these companies do you have any
10   forecasting responsibilities?
11       MS. KYROUZ:  Objection; vague.
12       THE WITNESS:  A board member typically does
13   not have forecasting responsibilities.  You interpret
14   information coming from the executives, but that's not
15   the role of a board.
16       MR. BRITTON:  Q.  I was trying to see if it
17   was unique.
18       Now, have you ever been in the position of
19   having to do a forecast for a particular time period?
20       A.   I have not been part of a forecasting team.
21   I've been asked to look at the forecasts of small and
22   large companies, but I've not prepared them.
23       Q.   Have you not prepared the forecasts, never sat
24   in the hot seat and said, "I think we're going to
25   forecast this at this point in time"?

65

1        A.   No, I've not.
2        Q.   Always studying them after the fact?
3        A.   Not necessarily after the fact.  Looking at
4    the process, how can you improve the process.
5        Q.   Okay, fair enough.  I want to get into, a
6    little bit, the professor, and the source that
7    Dr. Goedde relies upon for his forecasting principles.
8    You know what that source is; right?
9        A.   Professor Armstrong?
10       Q.   Yes.  Do you know Professor Armstrong?
11       A.   I have not met him.
12       Q.   Never met him; okay.  Would you agree that
13   Professor Armstrong is a reliable source in the area of
14   forecasting?
15       A.   I think he's a respected professor in the
16   forecasting area.
17       Q.   So he's from Warden, a reputable institution;
18   right?
19       A.   Yes.
20       Q.   He's a reputable source?
21       A.   He's a reputable scholar.
22       Q.   Are there other reliability sources in the
23   area of budgeting and forecasting that you can identify
24   for me?
25       A.   In terms of the professor, Larry Brown would

14

Foster, George  7/6/2007  8:56:00 AM

85

1          MR. BRITTON:  Q.  Did you do that in your

2    study?  Did you test that?

3          A.  I tested the accuracy of the potential.

4          Q.  I'm asking, did you check the accuracy of the

5    conversion ratio?

6          A.  I did not specifically address the issue of a

7    mechanical conversion ratio.

8          Q.  Now, you testified or you have in your report

9    that the conversion ratio was a check of reasonableness,

10    of reality?

11          A.  It is an input into the system.

12          Q.  So are you saying you didn't characterize it

13    as that, a reality check?

14          A.  It is one factor that you use.

15          Q.  Do you believe it was a check of

16    reasonableness?

17          MS. KYROUZ:  Objection; vague.

18          THE WITNESS:  It is one piece of information

19    that's used to look at the forecast.

20          MR. BRITTON:  Q.  That's not my question.  My

21    question is, do you believe that in the third quarter of

22    2001, the conversion ratio was a reasonableness check on

23    Oracle's forecast?

24          MS. KYROUZ:  Objection; vague.

25          THE WITNESS:  I think it is one reasonableness

Oracle                                                    Page  85

15

Foster, George  7/6/2007  8:56:00 AM

86

1  check, yes.
2      MR. BRITTON:  Q.  Did you do a study to see
3  whether the conversion ratio was a reasonable check?
4      MS. KYROUZ:  Objection; vague.
5      THE WITNESS:  The reasonableness check I did
6  is I looked at the process in the prior periods, which
7  is -- you can't look at the third quarter of 2001,
8  because that's the period at which you already know the
9  actual result.  You've got to say what information is
10  available to a forecaster going into the third quarter
11  of 2001.  And the forecast -- the potential set of
12  forecasts that she was releasing, I did a benchmark test
13  on them.
14      MR. BRITTON:  Q.  But did you check to see if
15  the conversion ratio had become any more or less
16  reliable between the third quarter of 2000 and the third
17  quarter of 2001?
18      MS. KYROUZ:  Objection; vague.
19      THE WITNESS:  Certainly in terms of looking at
20  the conversion ratio in the third quarter of 2001, she
21  is using a more conservative conversion ratio.
22      MR. BRITTON:  Q.  But if you don't test the
23  reliability of conversion ratio, how do you say it is
24  more conservative?
25      MS. KYROUZ:  Objection; vague.

87

1      THE WITNESS:  It is not the conversion ratio
2  that is the issue.  It is the forecast that is the
3  issue.
4      MR. BRITTON:  Q.  If the conversion ratio is,
5  as you put it, a check on reasonableness, don't you have
6  to see whether the check is reasonable or not?
7      MS. KYROUZ:  Objection; vague.
8      THE WITNESS:  It is a piece of information
9  that you look at, and you will get updates from the
10  field that gives you an update on how that conversion
11  ratio is moving.
12      MR. BRITTON:  Q.  Now, you understood the
13  composition of the pipeline had changed; right?
14      A.  The composition of the pipeline was always
15  changing.
16      Q.  And it changed -- give me your understanding.
17  How did it change between the third quarter of 2001 and
18  the third quarter of 2000?
19      A.  There was -- relative to the forecast I think
20  had a higher position of applications relative to
21  database, and there was a higher percentage of -- it was
22  turning out that the end the database was a higher
23  percentage than applications.
24      Q.  And applications, they convert at a lower
25  rate; right?

88

1      A.  In some cases they do.
2      Q.  It is a longer sales cycle for applications?
3      A.  It's -- it varies.  I don't think -- I mean I
4  think the deposition was that on average it is a longer
5  sales cycle.
6      Q.  On average.  So the fact that the composition
7  of the pipeline had changed means that the conversion
8  ratio would have changed as well; right?
9      MS. KYROUZ:  Objection; misstates testimony.
10      THE WITNESS:  You would have to look -- you
11  have in the system the people who are bringing the
12  forecasts in are aware of the different conversion
13  ratios when they issue their forecast.
14      MR. BRITTON:  Q.  You're giving your opinion
15  on the reasonableness of the forecast process.  Don't
16  you have to look and see if the conversion ratio is
17  still reasonable to say it is a reasonableness check?
18      A.  What I have to do is see whether that process
19  incorporates appropriate information and whether it has
20  produced reliable results in the past.  That's I believe
21  the appropriate way to do it.
22      Q.  You can do that without testing whether the
23  conversion ratio is reliable or not?
24      MS. KYROUZ:  Objection; vague.
25      THE WITNESS:  There is field-based information

Oracle

Page  86 - 88

16

Foster, George  7/6/2007  8:56:00 AM

92

1  study the conversion ratio and how that -- how accurate
2  that was over time?
3      A.  I have looked at the conversion ratio.
4      Q.  Did you study the accuracy?
5      MS. KYROUZ:  Objection; vague.
6      MR. BRITTON:  Q.  Do any regression analysis?
7  Any error testing in all the studies that you've done in
8  here?  The answer is no, isn't it?
9      A.  No, that's not true at all.  If we looked at
10  the -- I looked at the -- what is the impact of, for
11  instance, the --
12      Q.  What page are you on?
13      A.  If we looked at page 26 to 27.  And what we've
14  got here is the actual conversion ratio, is this
15  impacted by different shifts in the NASDAQ, which is an
16  economy indicator.  And what you find is that in periods
17  in which NASDAQ went down, which is the argument that
18  we're facing here, that the actual conversion ratio
19  should have gone down.
20      And it turns out that if you looked at the
21  past time period, what you find is that the period that
22  has the lowest conversion ratio, FY 2001, Q1, has got a
23  45 percent, and that's the period in which the NASDAQ
24  went up 78 percent.
25      Q.  I will get to the NASDAQ study you did later.

93

1      I want you to check for me in your analysis
2  here, in every single quarter that you have a
3  year-over-year comparison, Q1 2000 to Q1 2001, the
4  conversion ratio drops year over year; doesn't it?
5      A.  In --
6      Q.  Do you want to look, compare Q1 '00 to Q1 '01.
7      A.  Q1 -- the 56 to 45?  Is that what you're
8  saying.
9      Q.  Yes.  The conversion ratio dropped year over
10  year, didn't it?
11      A.  That's right.
12      Q.  Q2, conversion ratio dropped; didn't it?
13      A.  Yes.
14      Q.  So the conversion ratio is dropping in 2001
15  compared to 2000?
16      A.  Um-hum.
17      Q.  So how is that a reasonableness check on the
18  forecast?
19      A.  Then you look at what is the amount in the
20  pipeline, and you see what sort of level in the pipeline
21  do you have in terms of what the conversion ratio being
22  predicted.
23      Q.  And did you study that?
24      A.  I believe I did.
25      Q.  Where did you study that?

94

1      A.  I believe at the end here.  This is the
2  potential conversion ratios in Figure 13.
3      Q.  What page are you on?
4      A.  Page 53.  This is the potential.  The black
5  line is the potential conversion ratios in those week 2,
6  4, 6.  And what it is, it's a relative -- at the bottom
7  end.
8      Q.  You're just comparing the potential forecast
9  conversion ratios to the conversion ratios in the prior
10  quarters; you're not studying whether the conversion
11  ratios were more or less reliable here, are you?
12      MS. KYROUZ:  Objection; vague.
13      THE WITNESS:  I'm saying, if there is some
14  mixed changes, then the fact that you're on the
15  conservative end of potential conversion ratios here is
16  what you would expect to find if the process is
17  operating well.
18      MR. BRITTON:  Q.  How do you give an opinion
19  that you're on the conservative end of things if you
20  haven't study whether the conversion ratio that you're
21  saying that you're being more conservative from is more
22  or less reliable than it was in the past?
23      MS. KYROUZ:  Objection; asked and answered,
24  argumentative.
25      THE WITNESS:  Because the test that you are

95

1  looking at is not to look specifically at the data that
2  you're trying to sort of probe into in terms of, you
3  know the actual result here, so you have to walk into it
4  in terms of a set of procedures that don't have
5  hindsight bias.
6      MR. BRITTON:  Q.  So your opinion is you don't
7  have to test the reliability of the conversion ratio;
8  right?
9      A.  That is not my opinion.
10      Q.  We'll leave it at that.
11      Now, just with respect to the conversion
12  ratio, was the third quarter of Oracle's fiscal year
13  2000 an appropriate quarter in which to conduct
14  comparables with the third quarter of 2001?
15      MS. KYROUZ:  Object to form.
16      THE WITNESS:  Well, it is a piece of
17  information to look at.
18      MR. BRITTON:  Q.  Was it an appropriate piece
19  of information to look at?
20      A.  It is one of the -- it's a piece of
21  information that you would want to consider, yes.
22      Q.  Even though things had changed so much?
23      A.  The --
24      Q.  The pipeline had changed, the economy had
25  changed.

Oracle

Page  92 - 95

Foster, George  7/6/2007  8:56:00 AM

96

```
 1      A.  Those adjustment factors, that's why you have
 2   a bottoms up process.  Because -- and you have people
 3   along the way trying to sort of shake people in terms of
 4   in the light of the economy changes, in the light of if
 5   there -- are we seeing that out in the field.
 6      Q.  I asked with you respect to the conversion
 7   ratio, is that a bottoms up forecast?
 8      A.  The conversion ratio is the potential to the
 9   pipeline, right.
10      Q.  Well, that's the potential forecast conversion
11   ratio?
12      A.  Right.
13      Q.  So is that a bottoms up forecast?
14      A.  Well, certainly the potential forecasts are
15   coming bottom up, and the pipeline is coming bottom up.
16      Q.  Is the conversion ratio coming bottom up?
17      A.  In the enumerator and denominator are coming
18   bottom up, I would say the conversion ratio is a bottom
19   up indicator.
20      MR. BRITTON:  So the conversion ratio is a
21   bottom up indicator.  Okay.
22      Can we take five minutes?
23      VIDEOGRAPHER:  Off the record at 11:33.
24         (Recess, 11:33 a.m. - 11:45 a.m.)
25      VIDEOGRAPHER:  On record at 11:45.
```

97

```
 1      MR. BRITTON:  Q.  Dr. Foster, can you please
 2   return to your report, page 11.  Paragraph 29 is under
 3   the heading, "What is a reasonable forecast process?"
 4   And you say, "I have examined and analyzed financial
 5   forecasting systems of companies for many years.  Based
 6   on my experience, the criteria I use to evaluate a
 7   forecasting system include:  A.  Is there a
 8   structured, broad-based process for collecting and
 9   evaluating information?  B.  Does the process have
10   appropriate checks and balances?  C.  Is the process
11   historically valid?"
12      Did I describe that fairly?
13      A.  That is correct.
14      Q.  Question I have for you is you have these -- well,
15   what did you do to arrive at this opinion?
16      A.  This is an approach I've had to evaluating, in
17   general, control systems, not just forecasting systems,
18   budgeting systems for some time.  And you adapt that to
19   fit the specific context.
20      So if it's a forecasting approach, then you
21   are very interested in the historical validation.  And
22   you tailor that criteria to the specific context.  But
23   I've been teaching with this for some time.
24      Q.  Has this opinion here appeared in any peer
25   reviewed publication as it is set forth here?
```

98

```
 1      A.  I don't believe it has.
 2      Q.  Has the opinion that you have here achieved
 3   general acceptance in your field?
 4      A.  I have not tested that.
 5      Q.  And did you create the opinion as it is here
 6   for purposes of this litigation?  In other words, you're
 7   adapting it for this litigation?
 8      A.  No.  I believe I've had that general criteria
 9   for some time.
10      Q.  Just based in your mind and how you work with
11   companies?
12      A.  Certainly in the AT&T litigation I used this
13   criteria.
14      Q.  Are there any differing views amongst
15   practitioners or professors in your field -- withdrawn.
16      Are there any different views in the field as
17   to what is the criteria to evaluate the financial
18   forecasting system?
19      A.  I think my sense is that the criteria there
20   are a reasonable set of criteria that I think a lot of
21   scholars would agree with.
22      Q.  And have you checked with them?
23      A.  No, I have not checked.
24      Q.  Have you checked with even one?
25      A.  I have not attempted to.
```

99

```
 1      Q.  Are there any more than these three?
 2      A.  I think these are three pretty broad-based
 3   criteria.
 4      Q.  Now, with respect to number -- the last one,
 5   "Is the process historically validated?"  If something
 6   in the process that you were evaluating had changed,
 7   what would you do?  How would it affect the
 8   reasonableness of the forecasting process?
 9      MS. KYROUZ:  Objection; vague.
10      MR. BRITTON:  Q.  In other words, you couldn't
11   historically validate it anymore.  It changed,
12   therefore, you couldn't go back and compare it to prior
13   years.  What would you do?
14      A.  I think that you would look at -- you
15   would try to understand what has -- in the historical
16   process what is similar in the new environments and the
17   old environments, what may be different, and try and
18   look at it not as a zero, one, because rarely is
19   anything a zero, one.  There will often be very
20   commonalities at a substantive level that at the surface
21   level seem like the world has changed quite a bit.
22      So I think most historians would argue that
23   you -- a look at the past is always informative, even if
24   things are moving in the future.
25      Q.  So you would have to test it to see if, in
```

Oracle

Page  96 - 99

18

Foster, George  7/6/2007  8:56:00 AM

125

1  it?  It would be just the amount of additional deals
2  that were added into that forecast?
3      A.  Well, you could convert that into a percentage
4  adjustment factor if you so chose.
5      Q.  Okay.  Is that the only way you could do it?
6      A.  Well, the idea is to try and validate it on
7  the process as operating, not to try and invent some
8  process that you don't know whether it occurred or not.
9      Q.  Did you test and see if the -- if there were
10  any changes in the categories that were instructed in
11  that e-mail, the worst, most likely and best, did you go
12  to test to see if there were any changes in there?
13      MS. KYROUZ:  Objection; vague.
14      THE WITNESS:  I examined the forecasting
15  information on the assumption that Jennifer Minton said
16  that she did not believe that the substantive changes
17  impacted her potential forecast.
18      MR. BRITTON:  Q.  She did not recall.  So
19  wouldn't it be incumbent upon you in opining upon this
20  process to go find out if, in fact, it happened?
21      She didn't recall it happening.  Wouldn't you
22  want to go and do further testing to find out if, in
23  fact, it did?
24      A.  I was also buttressed in my opinion on that by
25  the other people in the process.  And the notion that I

126

1  have dealt with forecasting processes and spoken to a
2  lot of COEs, my feeling is if this was a directive, it
3  would have been a directive that came from Mr. Ellison
4  and was transmitted across the whole firm.  What I saw
5  was a single e-mail.
6      Q.  So you disbelieved the e-mail, is what you're
7  telling me?
8      A.  No, I'm not saying that at all.
9      Q.  What could you not understand about "Larry has
10  changed the way he's interpreting our forecast"?
11      A.  That may be -- but if Mr. Ellison --
12      Q.  You've seen testimony that, in fact, that was
13  Larry Ellison; right?
14      A.  If --
15      MS. KYROUZ:  Let him answer.
16      THE WITNESS:  If Mr. Ellison wanted to
17  institute a corporate-wide policy of that kind, I
18  believe what you would see in the evidence is a
19  statement from the people associated at the top of the
20  forecasting process saying that.
21      MR. BRITTON:  Q.  Well, Larry Ellison did say
22  he wanted to change the process; didn't he?
23      MS. KYROUZ:  Objection; misstates the record.
24      MR. BRITTON:  Q.  Different than your
25  interpretation of the risk, he did testify that the

127

1  directive in that e-mail came from him; right?
2      MS. KYROUZ:  Same objection.
3      THE WITNESS:  He wanted more information in
4  the process, is what he said.  But I did not see a
5  directive going from people that we want a change in
6  forecasting process.
7      MR. BRITTON:  Q.  But your testimony was is
8  that if it is a directive from Ellison and he wanted to
9  do it company-wide, there would have been a directive
10  from him.  But you've seen testimony from him where he
11  admits, "Yeah, that was me."
12      MS. KYROUZ:  Objection; misstates the record.
13      THE WITNESS:  He states he wanted more
14  information in the process.
15      MR. BRITTON:  Q.  Right.  So the directive
16  came from him?
17      MS. KYROUZ:  Same objection.
18      THE WITNESS:  It wasn't a company-wide
19  statement.
20      MR. BRITTON:  Q.  So you would want to see a
21  company-wide e-mail before you would believe that, is
22  that, the directive had been made?
23      A.  I would want to see -- I would look for that.
24  That would be one piece of evidence.
25      Q.  So, now, let me ask you this.  Let's assume

128

1  had you seen a company-wide e-mail from Mr. Ellison.  Is
2  that an appropriate way, in your opinion, to correct for
3  pessimism bias?
4      A.  You would then want to follow up and say, is
5  this an e-mail that you're going to be able to get the
6  salespeople to follow in a systematic way.
7      Q.  Okay.  Do you know what the percentages were
8  discussed in the e-mail that you're referring to about
9  what the worst was going to be and what the most likely
10  was going to be and what the best was going to be?
11      A.  I think the lowest case was an 80 percent.
12  The middle case was a bit confusing, because I think it
13  mentioned the word 60 percent, but then a 50 percent
14  either way.  And I can't remember what the last one was.
15      Q.  And those were changed definitions; right?
16      MS. KYROUZ:  Objection; misstates.
17      THE WITNESS:  I haven't seen in the system
18  previously what were the precise definitions.
19      MR. BRITTON:  Q.  It is in that e-mail.
20      A.  That is not an e-mail about what the
21  definitions were systematically in the system.  It is a
22  statement of two people e-mailing each other.
23      Q.  You don't believe the e-mails, is what you're
24  saying?
25      A.  I'm saying I don't believe that that is a

Oracle

Page  125 - 128

Foster, George  7/6/2007  8:56:00 AM

153

1  growth rate is in the first month, suppose the revenue
2  growth rate is very high, does that increase your
3  confidence greatly that the revenue growth rate in month
4  three is going to be high?  Or vice versa, if the
5  revenue growth rate in month one is down, does that
6  provide a lot of information that it is highly likely
7  that the revenue growth rate in month three is going to
8  be down?  And my test says it doesn't.
9      Q.  But your tests don't say whether month one is
10  statistically significant or not to the quarter.  So are
11  you saying that month one is always statistically
12  significant to the quarter?
13      A.  I'm not saying that at all.  We don't use the
14  term statistical significance in terms of the revenue
15  component of month one to month three.  It absolutely is
16  part of it.  It is an allocable part of that fiscal
17  quarter.
18      The question being posed here is can you make
19  inferences about subsequent quarters, specifically month
20  three, from the growth rate in month one?
21      Q.  And why would you do that?
22      A.  People -- as I read Mr. Goedde's statement, is
23  saying that the fact that we have a low revenue growth
24  in month one was an indicator that the quarter was going
25  to be down.

154

1      Q.  Correct.
2      A.  I believe that is a fair description of what
3  his statement is in his report.
4      Q.  So let me -- looking at this methodology that
5  you have here, that you described, looking at month one
6  to predict month three, and month one and two to predict
7  month three, has this methodology appeared in a peer
8  reviewed publication?
9      A.  Not in this form.  This is just a straight-out
10  testing of a proposition put forward by somebody else.
11      Q.  What's the error rate attributable to your
12  methodology?
13      A.  What do you mean by error rate?
14      Q.  Is there any way to determine whether it's
15  wrong or not?
16      A.  Well, it is a regression analysis, and the
17  more observations the better on this.  The R-squareds
18  are not high, so there is a lot of variation going on.
19      Q.  Where are you looking?
20      A.  Table 6.
21      Q.  So the R-squareds are pretty low?
22      A.  It is saying that -- which is consistent with
23  there is just a lot of uncertainty in the process.  If,
24  in fact, the R-squared was higher and the coefficient on
25  the month one was positive, then that would be

155

1  consistent with Dr. Goedde's proposition.
2      The fact that we find here the R-squared is
3  relatively low and the coefficient on month one is
4  negative, in this case significant, minus 2.34, is
5  inconsistent with that argument.
6      Q.  But you're not saying that your test here
7  proves that if Oracle's month one is down significant,
8  that it is not providing any information about whether
9  or not Oracle is going to make the quarter?
10      MS. KYROUZ:  Objection; vague.
11      THE WITNESS:  I'm saying, if you looked at the
12  last five or six years, whatever, here, that there is --
13  there are months when the first month is down that they
14  subsequently came back.  And on balance, there is not a
15  significant association between the rate of growth in
16  month one and the rate of growth in month three.
17      MR. BRITTON:  Q.  So, in other words, if month
18  one is down, since there is no correlation, there could
19  be -- anything could happen in Q3 and they could make
20  the numbers?
21      A.  No.  They could go this way or they could go
22  that way.
23      Q.  Okay.  Now, has the methodology that you have
24  put forward in paragraph 72, has that achieved general
25  acceptance in the field, in your field?

156

1      A.  The regression methodology, certainly,
2  acceptance.  You don't normally put published papers on
3  a proposition like this.
4      Q.  But the regression analysis has achieved
5  general acceptance.  But I'm talking about comparing
6  month one and month two to month three, the way you
7  framed it here, that hasn't achieved general acceptance
8  anywhere, has it?
9      A.  I don't believe the proposition -- in academic
10  circles we don't put a proposition out there and have a
11  poll.
12      Q.  Was this methodology you have here created for
13  purposes of this litigation?
14      A.  This methodology was my derived test to probe
15  an assumption, yes.
16      Q.  For purposes of this litigation?
17      A.  Yes.
18      Q.  You have never done this before?  This is the
19  first time?
20      MS. KYROUZ:  Objection; misstates testimony.
21      THE WITNESS:  I have done regressions with
22  revenue growth rates many, many times.
23      MR. BRITTON:  Q.  Have you looked at it this
24  way?
25      A.  Not specifically this way.

157

1    Q.  Go back to Table 6 again.  How would someone
2  employing this methodology know an error had occurred in
3  what you're doing?
4        MS. KYROUZ:  Objection; vague.
5        THE WITNESS:  An error had occurred?  Well --
6        MR. BRITTON:  Q.  You said with Dr. Goedde,
7  the fact it is up at 97 percent is a serious
8  misspecification.  Is there any way to determine
9  whether --
10    A.  I'm saying here -- well, you can check the
11  data in terms of -- and see whether there's a
12  correlation.  You could check the plots of the data,
13  which I have.  And you can see whether -- you could run
14  a test like this over many years of data, and you can
15  see whether the relationship -- you could break the data
16  up into say five years, then another five years, and
17  another five years, and see if there is a consistent
18  pattern.
19    Q.  Now, did you run this same analysis for Q3?
20    A.  There is not enough observations to run it
21  just for one quarter.
22    Q.  Because Q3 is a larger percentage of month
23  one -- or, withdrawn.
24        Because month one and month two are larger
25  percentages of the quarter in Oracle's third quarters,

158

1  are you likely to receive or achieve a different result
2  than the result that you achieved looking at all the
3  quarters at one time?
4        MS. KYROUZ:  Objection; vague.
5        THE WITNESS:  No.  Because we're dealing with
6  separable months here and the growth rates applying to
7  those separable months.  So that shouldn't be a factor.
8  It is a factor in terms of when you're adding the
9  revenues on both sides of the regression.
10        MR. BRITTON:  Q.  You're familiar with the
11  growth gap; right?
12    A.  Yes.
13    Q.  And your testimony is that the growth gap was
14  not a metric that was used in Oracle's forecasting
15  process; right?
16    A.  My testimony --
17    Q.  Page 44, paragraph 101.
18    A.  My testimony is that it is not what I would
19  call a central measure used in Oracle's forecasting
20  process.
21    Q.  Ah, sir, but you say it was not a metric to be
22  used in Oracle's forecasting process.  So are you
23  telling me now that you think it was not a central
24  metric used?  You have seen evidence to believe that it
25  did occur; didn't you?

159

1        MS. KYROUZ:  Objection; misstates the
2  testimony.
3        THE WITNESS:  I'm saying -- If you read the
4  comment, there is substantial deposition testimony from
5  Mrs. Minton -- Ms. Minton, Nussbaum and Catz that the
6  growth metric was not a metric used.  Okay, so that's my
7  statement.
8        MR. BRITTON:  Q.  And Ellison testified that
9  he looked at the growth gap; right?
10    A.  I believe that this is an accurate statement
11  of a deposition --
12    Q.  Okay.
13    A.  -- testimony.
14    Q.  So what is your point?  That the fact that
15  these people didn't use it, that it is not meaningful,
16  or that Oracle itself did not use it?
17    A.  I'm saying that --
18        MS. KYROUZ:  Objection; vague.
19        THE WITNESS:  This is a measure that is
20  referred to by some.  The question is, is it something
21  that's a significant part of the forecasting process.
22  And my statement, I believe my statement here is
23  correct.
24        MR. BRITTON:  Q.  So you've seen testimony
25  from others that it was a metric that was used in

Foster, George  7/6/2007  8:56:00 AM

174

1  that would suggest that you were going to make your
2  guidance?
3      MS. KYROUZ:  Objection; misstates the record
4  and his testimony.
5      THE WITNESS:  If I'm trying to have a look at
6  the forecasting process, and I see a process in which
7  there is checks and balances and more items are being
8  held -- added to the pipeline, then other things being
9  equal, I think that's a good thing.  That's all I'm
10  saying.  And if it is above the guidance, that's a good
11  thing, too.
12      MR. BRITTON:  Q.  Why is that a good thing?
13  That's my point.  How do you test to see if that's a
14  good thing?
15      A.  Because I think --
16      Q.  It is not predictive.
17      A.  More pipeline is better than less pipeline.
18      Q.  So if your pipeline is growing, that's better
19  than if your pipeline is falling?
20      A.  Other things being equal.
21      Q.  If you go to page -- same page, your last
22  sentence says, "Moreover, the average growth gap for Q3
23  2001 was 7.4 percent, which was well within the range of
24  averages over prior quarters of 3.7 to 17.6 percent."
25  Do you see that?

176

1  evidence -- there is less evidence in past periods to --
2  to not support his opinion.
3      Q.  Now, you testified that all things being
4  equal, the pipeline that is going up is better than a
5  pipeline that's going down; right?
6      A.  That is correct.
7      Q.  Why is that the case?
8      A.  Because what future revenues -- if the sales
9  management system is working in the way we would like to
10  see it work, they get into the pipeline first and the
11  items in the pipeline get converted into revenues.
12      Q.  It is common sense, the bigger pipeline, the
13  more chance you have to close deals, the smaller the
14  pipeline, the less chance; right?
15      MS. KYROUZ:  Objection; vague.
16      THE WITNESS:  Other things being equal, as you
17  add to the pipeline, if you are able to convert them
18  into sales, then that will add to the revenue base of
19  the company.
20      MR. BRITTON:  But having said that, you
21  opine in your report that to your knowledge no executive
22  at Oracle has testified to using the change in the
23  pipeline or change in pipeline growth during the quarter
24  as a forecasting measure.  So, if it's an indicator of
25  potential deals, why wouldn't executives be looking at

175

1      A.  Yes.
2      Q.  And then you refer to the next page.
3      A.  Um-hum.
4      Q.  So, your chart here has Q2 spread being 19
5  percent, Q4's 2000 spread being 15 percent, Q1 '01 at
6  17.6 percent, and Q2 '01 at 14.3 percent.  What is
7  pulling it down is the Q3 2000 spread.
8      Have you tested to see why the comfort gap was
9  so low in Q3 2000?
10      A.  No, I have not.
11      Q.  No explanations?
12      A.  I have not looked into it.
13      Q.  Q3 2000 was an outlying quarter; wasn't it?
14      A.  Q3 2000?
15      MS. KYROUZ:  Objection; vague.
16      THE WITNESS:  I have not looked into it.
17      MR. BRITTON:  Q.  That's something you think
18  you should be looking into, if you're going to be
19  looking at different quarters?
20      A.  I do not believe that the growth gap -- as I
21  said here, I do not believe the growth gap is a central
22  forecasting metric at Oracle.
23      I believe that Dr. Goedde's conclusion is that
24  it would have been a predictive red flag here.  And I'm
25  saying, if you look at past periods, there is

177

1  it?
2      MS. KYROUZ:  Objection; misstates testimony.
3      THE WITNESS:  I don't think I testified that
4  it is not a piece of information they look at.  Where
5  did I state that --
6      MR. BRITTON:  Q.  Go to page 49, next page.
7  It is the last sentence in paragraph 108.
8      A.  It says, "To my knowledge, no executive at
9  Oracle has testified using the change in pipeline as a
10  forecasting measure."
11      Q.  "Change in pipeline growth."
12      A.  Yeah, the "change in the pipeline growth
13  during the quarter as a forecasting measure."
14      Q.  That's what I just exactly read, and you said,
15  "I don't think I gave that opinion."  Now you see that
16  you did?
17      A.  Well, I misstated then.
18      I mean, the key thing, "as a forecasting
19  measure."  There is a lot of pieces of information that
20  they use.  Whether they have this as a significant
21  forecasting measure is a more demanding test.
22      Q.  So now you're qualifying it as a significant
23  forecasting measure.  You don't say that in your report;
24  do you, sir?
25      A.  I say --

Oracle

Page  174 - 177

Foster, George  7/6/2007  8:56:00 AM

178

1    Q.  You say they don't use it at all.

2    A.  No.  I did not say they don't compute it or

3    not look at it.  I said they don't -- to my knowledge no

4    executive at Oracle has testified using it during the

5    quarter as a forecasting measure.

6    Q.  So what's your point?

7    A.  It is a straight-out statement that if you

8    start proposing this as -- an intraquarter plot

9    line growth as a measure of actual license revenue

10   increase, then you are proposing a measure that I don't

11   see in the deposition testimony support for.

12   Q.  But you testified earlier that it is a good

13   thing to look at; right?

14   A.  I said it is a useful piece of information.  I

15   didn't say it was a forecasting metric.

16   Q.  Now, the pipeline growth rates appear on the

17   first page of the upside reports; right?

18   A.  I can't remember specifically whether they

19   appear on the upside report.

20   Q.  I'll represent to you that they appear on the

21   first page of the upside report.  That would suggest to

22   you that they look at them; right?

23   A.  Can I have an upside report?

24          (Exhibit 3 marked for

25           identification.)

179

1    MR. BRITTON:  For the record, we just placed

2    in front of Dr. Foster Exhibit 3.  And, for the record,

3    Exhibit 3 starts at Bates NDCA-ORCL 213091 and ends at

4    213107.

5    Q.  And, Dr. Foster, I will refer you to the -- to

6    the last page of your Appendix D for the date of this

7    upside report.  It is not dated on the document, but you

8    have it listed in your Appendix D as the upside report

9    for December 11th, 2000.

10   A.  Okay.

11   Q.  This is an upside report?

12   A.  Right.

13   Q.  Pipeline growth column.

14   A.  Right.

15   Q.  That would suggest that they looked at it;

16   right?

17   MS. KYROUZ:  Objection; vague.

18   THE WITNESS:  It suggests it is computed and

19   it is a piece of information that is shared around the

20   company.

21   MR. BRITTON:  Q.  Mr. Ellison has testified

22   that year-over-year pipeline growth is a key

23   intraquarter forecasting indicator; right?

24   A.  I don't remember those specific words.

25   MR. BRITTON:  Michele, please don't assist the

180

1    witness.  I want his knowledge; I don't want your

2    assistance.

3    MS. KYROUZ:  I'm turning him to the page he

4    lost, so I don't think that's assisting him.

5    THE WITNESS:  We're at the quote you had from

6    Mr. Ellison.

7    MR. BRITTON:  Q.  Year-over-year pipeline

8    growth, he says, is a key intraquarter forecasting

9    indicator.

10   A.  Is that a quote from Mr. Ellison, or is

11   that --

12   Q.  The quote is "year-over-year pipeline growth."

13   And, hold on, I will give you the quote.

14   A.  What is the question?  I just want to see

15   where the quote marks end and finish.

16   Q.  I'm reading from Dr. Goedde's report, page 28,

17   his opening report, it says question, "What are the key

18   intraquarter forecasting indicators for Oracle?  Early

19   on the pipeline -- year-over-year pipeline growth, field

20   sales forecast, financial department forecast, sometimes

21   called the upside report."

22   A.  Right.

23   Q.  Do you remember reading that?

24   A.  Yes.

25   Q.  So Mr. Ellison suggests that year-over-year

Oracle

Page  178 - 180

23

Foster, George  7/6/2007  8:56:00 AM

184

1    A.  Well, you actually — you have to flip it in
2    saying — I said there is no such positive relationship,
3    that what you'd be expecting if this relationship held
4    is that there would be a significant positive
5    relationship.  Here I said there is no such positive
6    relationship.
7    Q.  Right.  Then the next sentence says, "The best
8    fit line suggests that there is actually a
9    counterintuitive negative relationship between the two."
10   A.  I'm not saying that's a significant
11   relationship.
12   Q.  So that's not — so you really can't determine
13   that from what you have here; right?
14   A.  I'm saying there is no significant evidence of
15   a positive relationship.  And then I make the
16   observation that there is a negative relationship, and
17   that is perhaps a counterintuitive one.
18   Q.  What confidence level do you use to draw the
19   counterintuitive suggestion?
20   A.  Well, it was the sloping downwards.  I don't
21   have the — I would have to look at the data to see what
22   the two statistics is on that .1485.  I can't remember
23   what it is.
24        (Exhibit 5 marked for
25            identification.)

185

1        MR. BRITTON:  Q.  Dr. Foster, I placed in
2    front of you your Figure 11 and the electronic files
3    that accompanied Figure 11 that were produced with your
4    reports.  Presumably the second page is the backup data
5    for the first page.
6    A.  Right.
7    Q.  So this is the data that you produced.  Can
8    you tell me at what confidence level you reached the
9    conclusion that there is a counterintuitive negative
10   relationship between pipeline growth and growth in
11   license revenues?
12   A.  I can't with this data.  I have not reported
13   the T statistics.
14   Q.  There is no way for you to tell me that?
15   A.  No, not from this data.
16   Q.  The R-squared number in the chart, what does
17   R-squared mean?
18   A.  That's the percentage of variation in the
19   dependent variable that is explained by variations in
20   the independent variable.
21   Q.  And what does that — what does R-squared with
22   a number of 0.1792 tell you about the data?
23   A.  There is, over just these six data points,
24   there is approximately about a .35 negative correlation.
25   Q.  And what does that mean in English?

186

1    A.  With six observations, that's not a strongly
2    significant result.
3    Q.  I'd ask for you to provide me after the
4    deposition with the confidence level that you used.
5    A.  The T statistics, I can certainly provide
6    that.
7    Q.  At what confidence level do you typically
8    operate in nonlitigation activities in your profession?
9        MS. KYROUZ:  Objection; vague.
10       THE WITNESS:  Well, in significance testing,
11   what you are looking at is a T of 2, something.  But the
12   proposition being tested here is not that there's a
13   negative relationship.  The proposition being tested
14   here is that there is a positive relationship.  And the
15   fact that there is no evidence supporting that is the
16   key aspect that's being drawn here.
17       MR. BRITTON:  I move to strike everything
18   after "but the proposition being tested here."
19       MS. KYROUZ:  Because that hurts your case;
20   why that?
21       MR. BRITTON:  Q.  I've been focusing,
22   Dr. Foster, on the "best fit" line that you reach an
23   opinion on that suggests that there is a
24   counterintuitive negative relationship between the two.
25       I understand your position on the pipeline

187

1    growth and what you're doing, but I'm really focusing on
2    that counterintuitive negative relationship right now.
3        So in your nonlitigation activities in your
4    profession, you're looking for a T statistic above 2?
5    A.  The context varies dramatically in terms of
6    the number of observations in the sample, and that.  But
7    significance testing in a directional test, T of 2 is
8    significant at a 5 percent level.
9    Q.  Okay.  And in your last published article
10   where you did this type of study, what confidence level
11   did you employ?
12   A.  In regression results?
13   Q.  Um-hum.
14   A.  About 2.
15   Q.  Two; okay.  Can you tell me what you
16   understand about the statements that Oracle was making
17   to investors about the pipeline throughout the third
18   quarter of fiscal 2001?
19       MS. KYROUZ:  Objection; vague.
20       THE WITNESS:  Could you show me the statements
21   that you have in mind?  Because I don't recollect the
22   specific statements at this stage.
23       MR. BRITTON:  Q.  You don't remember any
24   statements they made about the pipeline during the
25   quarter?

Oracle

Foster, George  7/6/2007  8:56:00 AM

188

```
1      A.  As I sit here, I can't remember the specific
2   words of those statements.
3      Q.  If you saw evidence that Oracle was making
4   statements in the public about the fact that the size of
5   its pipeline supported its growth in revenues in its
6   projections, would that cause you to change your
7   opinion, or would that influence your opinion at all
8   with respect to the intraquarter pipeline growth?
9      A.  I'd have to look at the specific wording to
10  give an answer.
11     Q.  You can't recall?
12     A.  I can't recall at this time.
13     Q.  Did you ever see them?
14     A.  Yes, I think, I seem to remember statements.
15  But I can't remember the specific wording.
16     Q.  Did you test the relative movement of the
17  pipeline at all in your analysis?
18       MS. KYROUZ:  Objection; vague.
19       THE WITNESS:  What specifically do you mean by
20  relative movements in the pipeline?
21       MR. BRITTON:  Q.  How the pipeline was moving
22  and by how much in one quarter versus another quarter.
23     A.  I certainly looked at what the pipeline —
24  some of those statistics, and we can —
25     Q.  Is there a way to test this?  What you're
```

189

```
1   looking at is Table 9, page 48 of your report, so you
2   just have the numbers.
3       Is there a way to test the relative movements
4   of the pipeline, how much they are moving in relation to
5   one another?
6       MS. KYROUZ:  Objection; vague as to time.
7       THE WITNESS:  Well, the pipeline changes every
8   quarter.  You're saying is there more change in the
9   pipeline in one quarter versus another?  Is that --
10      MR. BRITTON:  Q.  Exactly.
11      THE WITNESS:  I don't recall specifically
12  testing that.
13      MR. BRITTON:  Q.  And in your opinion, that
14  wouldn't be necessary to test, because the pipeline
15  growth is not predictive of revenue growth; is that what
16  you're saying?
17     A.  I don't believe it's a — it's one variable
18  that you look at.
19     Q.  Now, getting back to the statements that
20  Oracle made about the pipeline in the public, do you
21  have a general understanding about what those statements
22  were, even if you don't recall specifics?
23     A.  That the pipeline — there are still companies
24  being added to the pipeline.
25     Q.  You mean deals being added to the pipeline?
```

190

```
1      A.  Yes.
2      Q.  Do you remember anything else?
3      A.  I don't specifically remember the words.
4      Q.  And does your answer suggest that Oracle's
5   statements were that the pipeline was growing?
6      A.  I can't remember the specific words.
7      Q.  In general?
8      A.  I can't remember.
9      Q.  You don't have a general understanding?
10       MS. KYROUZ:  Objection; asked and answered.
11       THE WITNESS:  I can't remember.
12       MR. BRITTON:  Can we take a five-minute break?
13       VIDEOGRAPHER:  This marks the end of tape
14  three in the deposition of George Foster at 3:21.  Going
15  off the record.
16       (Recess, 3:21 p.m. - 3:38 p.m.)
17       VIDEOGRAPHER:  On record at 3:38.  This marks
18  the beginning of tape four, Volume I, in the deposition
19  of George Foster.
20       MR. BRITTON:  Q.  Dr. Foster, I want to take
21  you back to Figure 11.  Is there an R-squared number
22  that in your opinion has to — a minimum R-squared
23  number that will allow you to draw conclusions from a
24  regression analysis?
25     A.  That would depend on the number of
```

191

```
1   observations.  There is what is called an F test, which
2   is a significance of the R-squared, but I haven't
3   reported that here.
4      Q.  You have not reported that here?
5      A.  I haven't reported that here.
6      Q.  Okay.
7      A.  But the proposition being tested here is a
8   positive relationship.
9      Q.  I understand that.  I'm focusing on the
10  negative counterintuitive suggestion you're making.  I
11  understand your point on the positive one.
12      But I'm asking you, is there an acceptable
13  R-squared number that you use in your practice?
14     A.  The F test would be a function of what is
15  called the number of degrees of freedom, which is a
16  function of the number of independent variables and the
17  number of observations, typically.
18     Q.  Okay.  And what would an acceptable — let me
19  ask it this way.  What level of an F test would allow
20  you to draw a conclusion?
21     A.  I can't remember the F table.  But the F table
22  has degrees of freedom and numbers of observations.  I
23  could get you the table and show you that.
24     Q.  So you can't sitting here today give me an
25  R-squared number?
```

Oracle

Page  188 - 191

192

1      A.  No.  Because it is a table of thousands of
2   numbers -- well, not thousands.  Hundreds of numbers
3   that's a function of several variables.
4      Q.  Is there an R-squared number that you have in
5   your mind or you have in your practice that you just
6   kind of know that if I'm at an R-squared of this, I can
7   make conclusions, but if I'm at an R-squared below this
8   I can't?
9      MS. KYROUZ:  Objection; asked and answered.
10      THE WITNESS:  No.  Because these things depend
11   on the numbers of variables you've got and the numbers
12   of observations.
13      MR. BRITTON:  Q.  Now, you testified that in
14   Figure 11 you had six data points; right?
15      A.  Right.
16      Q.  Now, back on -- let's turn to your report,
17   page 32, paragraph 71.
18      A.  32?
19      Q.  Page 32, paragraph 71.  It is the regression
20   analysis you did first month comparing to third month,
21   and first and second month comparing to third month.
22   Page 32.
23      A.  Yeah.
24      Q.  And then page 74 is the regression analysis.
25   And I asked you earlier --

193

1      MS. KYROUZ:  You mean paragraph 74?
2      MR. BRITTON:  Q.  Paragraph 74.  I asked you
3   earlier if you were able to measure this using just Q3.
4   And your testimony, I think, was there wasn't enough
5   data points; right?
6      A.  Right.  There are approximately four data
7   points here.
8      Q.  Isn't there six data points that you can use
9   on Q3 data?
10      A.  Because you're using degrees of freedom on the
11   month two and the month one and two.
12      Q.  If we have data going back to 1995, that would
13   give you six Q3 data points; right?
14      A.  You could potentially --
15      Q.  Because look back to your Figure 8 on page 30.
16      A.  Figure --
17      Q.  We've got data going all the way back to 1996.
18   Then I'll represent to you that the document from which
19   this information came, you can calculate back to 1995.
20   So that would give you six data points; right?
21      A.  If that observation is correct and you have --
22   if you put -- the variables you're putting in, it's a
23   multi-variant regression, where you've got -- one of
24   them is M1, so that would be potentially four degrees of
25   freedom.  You could potentially do that.  But the

Oracle

Foster, George  7/6/2007  8:56:00 AM

193

1    MS. KYROUZ:  You mean paragraph 74?

2    MR. BRITTON:  Q.  Paragraph 74.  I asked you

3   earlier if you were able to measure this using just Q3.

4   And your testimony, I think, was there wasn't enough

5   data points; right?

6    A.  Right.  There are approximately four data

7   points here.

8    Q.  Isn't there six data points that you can use

9   on Q3 data?

10    A.  Because you're using degrees of freedom on the

11   month two and the month one and two.

12    Q.  If we have data going back to 1995, that would

13   give you six Q3 data points; right?

14    A.  You could potentially --

15    Q.  Because look back to your Figure 8 on page 30.

16    A.  Figure --

17    Q.  We've got data going all the way back to 1996.

18   Then I'll represent to you that the document from which

19   this information came, you can calculate back to 1995.

20   So that would give you six data points; right?

21    A.  If that observation is correct and you have --

22   if you put -- the variables you're putting in, it's a

23   multi-variant regression, where you've got -- one of

24   them is M1, so that would be potentially four degrees of

25   freedom.  You could potentially do that.  But the

194

1   reliability of the metric just gets less and less as you

2   get fewer observations.

3    Q.  Isn't that true about Figure 11, too?

4    A.  That is right.  And that's why I did not make

5   a big thing of the counterintuitive result.  What we're

6   looking for is evidence the other way.  I think the data

7   is not supporting that.

8    Q.  The data the other way, if you only have six

9   data points here, your testimony is that it becomes less

10   and less reliable.  The less and less data points you

11   have --

12    A.  The fewer observations, the less confidence

13   you have of the results; that is correct.

14    Q.  Your testimony is, the less data points you

15   have, the less reliable your regression is; right?

16    A.  The fewer the data points; that's correct.

17    Q.  Okay.  If you turn to page 50 of your report.

18   You say -- if you go to paragraph 111, you say, "First,

19   the potential-based EPS forecast was historically more

20   accurate than EPS estimates based on the field

21   forecast."

22    Would your opinion change if Mr. Ellison's

23   directive did, in fact, increase the risk in the field

24   forecast?

25    MS. KYROUZ:  Objection; incomplete

195

1   hypothetical.

2    THE WITNESS:  Well, the conclusion here

3   relates to the period up to 2001.  So that wouldn't

4   change.

5    MR. BRITTON:  Q.  Right.  But then could

6   you -- could you do -- could you make this comparison,

7   if the -- if the field forecast had changed in Q2 '01,

8   you couldn't draw any conclusions about the historical

9   accuracy of the potential versus the field; could you?

10    A.  As --

11    Q.  You would have to do that whole analysis where

12   you said you would have to go and test the independent

13   variables?

14    A.  As we discussed before, it is my conclusion

15   that I don't think there was a --

16    Q.  I understand that.  I'm trying to get an

17   answer to my hypothetical, which is, if the field

18   forecast increased because of the directive, would that

19   influence your opinion in paragraph 111?

20    MS. KYROUZ:  Same objection.

21    THE WITNESS:  You just don't -- you'd have to

22   have a lot more information on both how it -- where it

23   was impacted and how it was used before you'd make

24   further inferences in your hypothetical.

25    MR. BRITTON:  Q.  The next sentence on page

Oracle

Page  193 - 195

Foster, George  7/6/2007  8:56:00 AM

198

1    A. I didn't say that. So I think then the
2  question is, I would -- just looking at the raw data
3  then, Q2 2001 and Q4 2000 have up-ticks, I would then
4  look at, that are greater than the other ones in Q2 2000
5  and Q3 2000.
6        But what this points to is there is just a lot
7  of variation in the process here. There is just a lot
8  of uncertainty going on. And this is the backdrop in
9  which all these forecasts are being made.
10    Q. Now, if you look at Figure 3, you have -- this
11  is your earnings per share forecasts. So you have much
12  more sizable increases in the field forecasts there;
13  right?
14    A. There are -- there are some -- I would have to
15  compute the percentages, but if you visually eyeball it,
16  there are, I'd say, at least three of them and perhaps
17  four.
18    Q. Did you compute the relative percentages?
19    A. At this stage, I don't remember -- I don't
20  believe I did.
21    Q. There is a way to do that, isn't there? We
22  don't have to sit here and eyeball small data. There is
23  a way to do the analysis to see if, in fact, there was
24  an increase; right?
25    A. The issue is consistency in the data in the

199

1  sense that sometimes it's up and sometimes it's down,
2  which is what you would expect in terms of -- given the
3  uncertainty of things coming into the pipeline and
4  whether the item is going to close or not.
5    Q. But there is a way to do a study to see the
6  relative movements to each other, right, and you didn't
7  do that?
8    A. I did not report percentage increases here.
9    Q. Now, you're focusing on total license revenues
10  here. Did you do a study for -- the same type of study
11  for the U.S. license divisions?
12    A. I don't believe I did.
13    Q. Why not?
14    A. Because what you are -- specifically what the
15  main concern is with, I believe, the forecasting of the
16  total revenues and the total EPS, and the subcomponents,
17  arguably, as you get lower and lower in terms of the
18  percentage magnitudes, you can get deceived in terms of
19  what -- sometimes some large increases in some series
20  that are not very material in terms of the large
21  percentage of the total revenues.
22    Q. How much of Oracle's license revenues were
23  generated by the U.S. license divisions?
24    MS. KYROUZ: Objection; vague.
25    THE WITNESS: I'm not specifically aware of

200

1  the specific --
2    MR. BRITTON: Q. Generally? Do you have any
3  idea what percentage of the revenues came from U.S.
4  license divisions?
5    A. I don't know.
6    MS. KYROUZ: Same objections.
7    THE WITNESS: I don't want to give a specific
8  prediction.
9    MR. BRITTON: Q. Do you have a general one?
10    A. I don't have that number at hand.
11    Q. Okay. Now, you're aware that the U.S. license
12  divisions, start with the NAS and OSI divisions, were --
13  had negative growth rates in December and in January;
14  right?
15    MS. KYROUZ: Objection; vague.
16    THE WITNESS: Do you want to show me the data?
17    MR. BRITTON: Q. I want to get your
18  understanding.
19    A. I don't remember the specific of that.
20    Q. You don't remember the specifics?
21    A. No.
22    Q. So if the U.S. license divisions were down,
23  wouldn't you want to study to see what the U.S. license
24  forecasts were and how they moved?
25    MS. KYROUZ: Objection; vague.

201

1    MR. BRITTON: Q. You've got a pretty forceful
2  opinion in here, sir, that says in summary the field
3  forecasts did not behave unusually in Q3 '01. But you
4  haven't focused on the part of the business that was
5  down.
6    A. The field forecast, the total revenues.
7    Q. I'm talking U.S. license. That's where the
8  big miss came.
9    A. Right. But the total revenues are the major
10  item in terms of if you were working out a valuation
11  item for Oracle, the total revenues of EPS are the major
12  items, then there is some subcomponents.
13    Q. Right. But the U.S. license divisions
14  represent a huge amount of that, don't they?
15    A. They are part of that.
16    Q. A big part. But you don't know how big they
17  are?
18    A. At this stage I don't have a specific number.
19    Q. Isn't it true you didn't study that because it
20  was bad for you?
21    A. That is absolutely not correct.
22    MS. KYROUZ: Objection; argumentative.
23    MR. BRITTON: Q. They behave exactly opposite
24  of the conclusion you are giving?
25    A. I didn't not study that.

Foster, George  7/6/2007  8:56:00 AM

202

1    Q.  Now, you saw the evidence from John Nugent,
2  didn't you, about what the AVPs were saying in the
3  field?
4      MS. KYROUZ:  Objection; vague.
5      THE WITNESS:  I can't remember the specific
6  thing you're referring to.
7      MR. BRITTON:  Q.  Do you know who John Nugent
8  is?
9    A.  No, I don't.
10    Q.  You have no idea who John Nugent is?
11    A.  I can't recollect.
12    Q.  What about George Roberts?
13    A.  George Roberts is, I believe, head of the
14  North American division.
15    Q.  And John Nugent was below him.  You don't
16  remember what John Nugent said about the behavior of the
17  field forecasts at the end of Q3 '01?
18      MS. KYROUZ:  Objection; vague.
19      THE WITNESS:  I don't remember that specific
20  comment.
21      MR. BRITTON:  Q.  It is cited in Dr. Goedde's
22  report.  Did you read it?
23    A.  Yes, I did.
24    Q.  But you don't remember what they said?
25    A.  I don't remember what they said.

203

1    Q.  I'll tell you what they said.  AVPs were
2  beginning to voice concern in December, and the AVPs
3  were reluctant to raise the forecast.
4      So it had some meaning inside Oracle.  Does
5  that suggest that to you?
6      MS. KYROUZ:  Objection; vague.
7      THE WITNESS:  Can I have a look?
8      MR. BRITTON:  Q.  It is just my notes.
9    A.  It is deposition testimony?
10    Q.  That is actual document — I'm not going to
11  go through it.  If you don't remember it, you don't
12  remember it.
13    A.  Okay.
14    Q.  What is your opinion with respect to the
15  behavior of the potential forecast?
16    A.  I believe that the potential forecast has
17  proved over time to be a better forecaster than the
18  forecast, as indicative of a well-functioning
19  forecasting process.
20    Q.  I'm talking more on the movement of the
21  potential forecast through 3Q '01.  What's your
22  understanding of what the potential forecast did
23  throughout the quarter?
24    A.  It is my understanding that it came down.
25    Q.  Turn to page 50 of your report.  And you offer

204

1  several opinions at paragraph 114 about the declines in
2  the upside not supporting Dr. Goedde's opinion; right?
3    A.  Yes, I do.
4    Q.  And then you have Figure 11, it's on the next
5  page, that seeks to measure the relative contributions
6  or the relative percentage of the license revenue that
7  the upside represented?
8    A.  Is this Figure 11 or Figure 12?
9    Q.  Pardon me.  Figure 12.
10    A.  This is the upside adjustment as a percentage
11  of the license revenue.
12    Q.  Right.  So you use this chart to reach the
13  conclusions that the potential had declined at times
14  during each of the seven quarters prior to Q3 '01;
15  right?
16    A.  The potential coming down can be a function of
17  both the forecasts coming down and the adjustment factor
18  coming down.  It would be two factors operating near.
19  So what I'm referring to is on Figure 3 in Table 3 that
20  the potential had declined several times.  I believe
21  that is correct.
22    Q.  Let's focus on Figure 12, page 52.
23    A.  Which is just the adjustment factor itself.
24    Q.  Correct.  Now, you use this to support your
25  opinion that, "The potential had declined at times

205

1  during each of the seven quarters prior to Q3 '01," that
2  is Figure 3,
3      Figure 12, that's paragraph 115, it says,
4  "Ms. Minton had a general pattern of revising the upside
5  as a proportion of the field license revenue forecast
6  downward over the course of the quarter"; right?
7    A.  There is on average, if you look at the
8  eyeball chart, certainly there are a certain number of
9  downs going on.
10    Q.  Had it ever gone down as low as it did in Q3
11  '01?
12      MS. KYROUZ:  Objection; vague.
13      THE WITNESS:  No, it did not.
14      MR. BRITTON:  Q.  And it went down far lower
15  than every other graph by week eight; didn't it?
16      MS. KYROUZ:  Objection; vague.
17      MR. BRITTON:  Q.  Do you know why?
18    A.  Well, there's — Jennifer Minton is revising
19  her opinion in terms of what is the adjustment she
20  thinks is necessary.
21    Q.  What was she basing that on?  She testified to
22  it.
23    A.  It is information that she thought that some
24  deals may be — there's certain softness in some of the
25  deals.

Oracle

Foster, George  7/6/2007  8:56:00 AM

206

```
 1   Q.  And where did she get that information from?
 2   A.  Just that -- just general understanding.  But
 3  I can't point to a specific factor.
 4   Q.  So the downward upside adjustments were the
 5  reflection of negative information coming from the
 6  field; weren't they?
 7   MS. KYROUZ:  Objection; vague.
 8   THE WITNESS:  There is a flow of -- there's
 9  some new deals being added, there's some other deals
10  that are dropping.
11   MR. BRITTON:  Q.  So the new deals being added
12  are what was causing Ms. Minton's adjustments to come
13  down so low?
14   A.  No.
15   Q.  It was true the reason she was reducing that
16  upside so low was because there was bad information
17  coming from the field; right?
18   MS. KYROUZ:  Objection; vague.
19   THE WITNESS:  I would have to look at the
20  specific testimony.  I can't remember the exact words
21  that she said on that.
22   MR. BRITTON:  Q.  Do you remember any of the
23  words she said?
24   A.  I can't remember the exact words.
25   Q.  Anything generally that she said?
```

207

```
 1   A.  I can't remember that.  At this stage there is
 2  still very sizable uncertainty in terms of what the
 3  actual outcome, given the back-ended nature of the
 4  revenue series.
 5   MR. BRITTON:  Move to strike that last answer
 6  as nonresponsive.
 7   Q.  The next opinion you give is at -- go to
 8  paragraph 114, second sentence.  "Furthermore, the
 9  potential had indicated an EPS below market expectation
10  in several prior quarters in which Oracle eventually
11  made or beat its target."  And you're referring to
12  Figure 3.
13   A.  This is page 114 we're referring to?
14   Q.  Paragraph 114, second sentence.  I'm trying to
15  find Figure 3.  Okay?
16   A.  Yes.
17   Q.  So your testimony is, "The potential had
18  indicated an EPS below market expectation in several
19  prior quarters in which Oracle eventually made or beat
20  its target."  Do you see that?
21   A.  That is correct.
22   Q.  And can you tell me when Oracle started to
23  give guidance?
24   A.  I believe it was the second quarter of 2001.
25   Q.  So prior to that period of time the market
```

208

```
 1  expectation was set by analysts; right?
 2   A.  There are ongoing conversations between Oracle
 3  and analysts before -- I mean, it is not a single thing.
 4  Just because you didn't give a guidance doesn't mean the
 5  analysts aren't talking to management at this stage.
 6   Q.  But the analysts had to come up with their own
 7  models based on input from the company, but the company
 8  didn't give guidance?
 9   A.  But the analysts still come up with their own
10  models without the guidance.  So I don't see that as a
11  difference.
12   Q.  What information do you know that Oracle was
13  giving to the analysts for the analysts to set their own
14  guidance?
15   A.  The analysts are looking at a whole lot of
16  information sources all the time.  Some are company
17  sources, whether they are publicly available, some are
18  interviews with management, some are talking to
19  competitors, analyzing competitors.
20   Q.  So what you're saying is that's the functional
21  equivalent of the company giving guidance?
22   A.  No, I'm not saying that at all.
23   Q.  Is there an appreciable difference in your
24  mind between the company coming out and saying we're
25  going to do 12 cents per share versus giving analysts
```

209

```
 1  information the analysts can use to come up with --
 2   A.  I think --
 3   MS. KYROUZ:  Objection; vague.
 4   THE WITNESS:  I didn't say that.  I think
 5  coming out and making a statement is a formal process.
 6   MR. BRITTON:  Q.  Now, the point you're making
 7  is that the earnings per share was below market
 8  expectation in several prior quarters.
 9   Now, you're familiar with Mr. Henley's
10  testimony about what he thought about Ms. Minton's
11  upside getting to 11.58 cents on January 29th; aren't
12  you?
13   A.  I'm not familiar with that.
14   Q.  You don't know what he said about Minton's
15  upside report?
16   A.  I don't remember the specifics of that.
17   Q.  Do you remember generally?
18   A.  I don't remember that.
19   Q.  Okay.  Now, go to page 51, paragraph 115.  You
20  have in here, "An end-of-quarter rally in this metric
21  was thus not without precedent."  Do you see that?  The
22  last sentence of paragraph 115.
23   A.  That's correct.
24   Q.  So is your point -- let me ask you, what's
25  your point?
```

Oracle

Foster, George  7/6/2007  8:56:00 AM

210

```
1        A.  That big shifts can occur in the last two
2    weeks and the last week on the forecasting of the
3    revenues in the EPS.
4        Q.  Should a forecaster be relying on an
5    end-of-quarter rally to make the forecast?
6        MS. KYROUZ:  Objection; vague, argumentative.
7        THE WITNESS:  In an industry like -- a
8    situation like Oracle has where sometimes over 50
9    percent of the revenues occur in the last week, then it
10   is -- there is a high degree of uncertainty about
11   whether you will make the forecast or not.  And you
12   can't preclude at a reasonable level of confidence that
13   you won't make it just because you are below the line a
14   week beforehand.
15       MR. BRITTON:  Q.  So you're saying that since
16   there is these end-of-quarter rallies, there is always a
17   chance you can make it at the end, so just hold tight?
18       MS. KYROUZ:  Objection.
19       MR. BRITTON:  Q.  Things could always work out
20   in the end?
21       A.  That's not what I said.  I said that if you
22   look at the past data, then you do see situations that
23   are consistent with my argument, that there is a level
24   of uncertainty, and sometimes it becomes a positive
25   adjustment and sometimes it becomes a negative
```

211

```
1    adjustment.
2        Q.  Would you advise a client to rely on the
3    end-of-quarter rally when forecasting, implementing a
4    forecast process?
5        MS. KYROUZ:  Objection; misstates testimony.
6        THE WITNESS:  I'm not saying they are relying
7    on an end-of-quarter rally.  I'm saying that it is
8    possible to have a large swing either way in the last
9    quarter.
10       MR. BRITTON:  Q.  So what's your point?
11       MS. KYROUZ:  Asked and answered.
12       THE WITNESS:  My point is, is that if you
13   understand how functioning this forecasting process
14   operates, and the large percentage of revenues in week
15   13, or if it is a special week, week 14, then you
16   have -- it is far more difficult to conclude that you
17   will not make the forecast than in some other
18   industries.
19       MR. BRITTON:  Q.  So are you of the opinion
20   that somebody in Oracle's position could never know that
21   they were going to miss their forecast until the last
22   week of the quarter?
23       MS. KYROUZ:  Objection; misstates testimony.
24       THE WITNESS:  I'm not making any statement on
25   that score.
```

212

```
1        MR. BRITTON:  Q.  Under what circumstances in
2    your experience would a company that experiences the
3    hockey stick effect like this not see to indicate that
4    they were going to miss the quarter?
5        A.  I have not examined that issue.  The issue I
6    have examined is was there --
7        Q.  I understand.
8        A.  -- was there information at the end of Q3,
9    before the end of the quarter, to conclude that they
10   would definitely not meet their forecast.  I concluded
11   that there was not.
12       Q.  But you're not of the opinion that Oracle
13   could never know that it would miss its guidance until
14   the very last week of the quarter?
15       A.  I have not examined that issue.
16       Q.  Can you -- do you have to examine the issue in
17   order to answer that question?
18       A.  I just haven't addressed the issue.
19       Q.  Well, it is a very --
20       MS. KYROUZ:  Objection; asked and answered.
21       MR. BRITTON:  Q.  Are there any indicators for
22   somebody with a revenue flow like Oracle has that would
23   indicate to them that they were going to miss their
24   quarter, in your experience, as someone who studies
25   forecasts?
```

213

```
1        MS. KYROUZ:  Objection.
2        THE WITNESS:  I don't want to make an opinion
3    on something that I haven't studied.
4        MR. BRITTON:  Q.  Do you know what Ms. Minton
5    testified to in terms of the hockey stick effect on her
6    forecast?
7        MS. KYROUZ:  Objection; vague.
8        THE WITNESS:  I know Jennifer Minton was aware
9    of the hockey stick, and recognized that in her
10   forecasting.
11       MR. BRITTON:  Q.  Did she say it had an impact
12   on her forecasting process?
13       A.  I'm not aware.  I don't remember at this stage
14   the specific answer to that question.
15       Q.  Do you remember the general answer to that
16   question?
17       A.  No, I don't.
18       Q.  Do you think that the lack of big deals for
19   Oracle in its NAS division was a source of concern for
20   the company?
21       MS. KYROUZ:  Objection; vague.
22       THE WITNESS:  It's -- I'm not sure about the
23   factual basis of what you're saying.  In what period are
24   you referring to?
25       MR. BRITTON:  Q.  Third quarter of 2001.
```

Oracle

Page  210 - 213

Foster, George  7/6/2007  8:56:00 AM

220

1  that Dr. Goedde did in his reports that you believe he
2  should not have done?
3      MS. KYROUZ:  Objection; vague.  He's written a
4  whole report on this subject.
5      THE WITNESS:  I think that in the report here
6  I have addressed the issues of concern to me in the
7  first Goedde report.
8      MR. BRITTON:  Q.  So everything that you're --
9  that you have with respect to the first Goedde report is
10  in there.  Now, with respect to the Goedde rebuttal
11  report, is there anything that he did in the rebuttal
12  report that you believe he should not have done?
13      A.  I have only read the report.  I have not
14  attempted to sort of do a detailed rebuttal of it.
15      Q.  Is there anything that Dr. Goedde didn't do in
16  his first report that you believe he should have done
17  that's not addressed in your rebuttal report?
18      A.  No.  I believe I have been fairly
19  comprehensive in what my concerns are.
20      Q.  Is there anything in Dr. Goedde's rebuttal
21  report that he didn't do that you think he should have
22  done?
23      A.  The second report?  I have not examined that
24  issue.
25      MR. BRITTON:  Okay.  Can we take five?

221

1      VIDEOGRAPHER:  Off the record at 4:25.
2      (Recess, 4:25 p.m. - 4:43 p.m.)
3      VIDEOGRAPHER:  On record at 4:43.
4      MR. BRITTON:  Q.  Earlier we talked about
5  Mr. Lucas, and I believe you testified that you knew
6  Mr. Lucas?
7      A.  No.
8      Q.  No?
9      A.  Mr. Lucas is the computer science professor?
10      Q.  Is that your understanding?  Because Mr. Lucas
11  is not a professor at Stanford, he is an Oracle board
12  member.  So the question I have is, how do you know
13  Mr. Lucas?
14      A.  I think you asked me the question did I know
15  Mr. Lucas, and I said no.  We can draw that up.  But I
16  think I said I knew Professor Boskin.
17      Q.  How about Professor -- or Hector Garcia
18  Molina?
19      A.  No.
20      Q.  Can you tell me what Mr. Ellison testified
21  about what was the key forecasting indicators to him?
22      A.  I think he mentioned pipeline.  I can't
23  remember the other ones.  Dr. Goedde I think lists them
24  in his deposition report.  I can't remember specifically
25  what they --

222

1      Q.  The only ones you can remember is the
2  pipeline?
3      A.  At here.  But I can easily get the deposition.
4      Q.  Do you know when Oracle started selling CRM?
5      MS. KYROUZ:  Objection; vague.
6      THE WITNESS:  No, I do not.
7      MR. BRITTON:  Q.  Do you know when Oracle
8  started selling 11i?
9      A.  I believe 11i was sometime during 2000.
10      Q.  Fiscal 2000 or calendar 2000?
11      A.  I was referring to calendar 2000.  Sometime in
12  the April/May/June period is my guess, my understanding.
13      Q.  Do you understand that Ms. Minton explained
14  that she wanted to sell stock in the third quarter of
15  2001?
16      A.  You mean Ms. Minton wanted to sell stock
17  personally?  I don't know anything about that.
18      Q.  Do you know what Ms. Minton said about whether
19  deals that closed stayed in the pipeline or not?
20      A.  I have observed differences of opinion on
21  that, and my conclusion is that the deals did stay in
22  the pipeline after they were signed.
23      Q.  How do you reach that conclusion?
24      A.  It's my general understanding that's how
25  pipelines work based on discussions with other people.

223

1  And I -- the general impressions I got from the
2  depositions was that was more the case.  I think there
3  was one statement by Mr. Ellison implying that they
4  didn't.  But in the light of conflicting evidence, it
5  was my inference that they did.
6      Q.  Why in your experience do closed deals stay in
7  the pipeline?
8      A.  Because what you are doing is for the quarter
9  that is going through.  And so if the definition of the
10  pipeline is all those deals that are going to close
11  during the quarter and the deal did close during the
12  quarter, then under that definition you would include
13  them.
14      Q.  Do you know what the divisions were within
15  Oracle's NAS line of business?
16      A.  I think NAS is typically the manufacturing
17  division.  So there would be some automotive divisions.
18  I think one of them is called manufacturing.  I'm not --
19  I couldn't specifically state.  It is the -- in some
20  sense the nonservice sector.
21      Q.  Do you know where Oracle's miss occurred?
22      A.  This is the 2001, third quarter?
23      Q.  Third quarter 2001.
24      MS. KYROUZ:  Objection; vague.
25      THE WITNESS:  I think it was more in the

Oracle

Foster, George  7/6/2007  8:56:00 AM

224

1  licensing -- more in the applications side of the
2  enterprise.
3       MR. BRITTON:  Q.  Do you know where though,
4  which divisions?
5       A.  I think -- I'm not -- I don't know the
6  percentage, which they were.
7       Q.  Do you know any of the divisions?
8       A.  Well, certainly North America.  I think North
9  America was one division that had some problems.
10      Q.  Any other divisions?
11      A.  They were, I believe -- at this stage I can't
12  give a specific answer to that.
13      Q.  Did Ms. Minton ever apply a negative upside
14  adjustment prior to Q3 '01?
15      MS. KYROUZ:  Objection; vague.
16      MR. BRITTON:  Q.  Do you know?
17      A.  I haven't -- I haven't -- I don't remember
18  either way.
19      Q.  What did Ms. Minton testify about Oracle's
20  product mix and the change in the product mix?
21      MS. KYROUZ:  Objection; vague.
22      THE WITNESS:  This is in Q3 2001?
23      MR. BRITTON:  Well, the difference between
24  Q3 2000 and Q3 2001.
25      A.  I don't remember the specific deposition on

225

1  that.
2       Q.  Do you remember generally what she said?
3       A.  No, I don't.
4       Q.  Do you know how much of Oracle's revenues came
5  from the dot com segment of the market in Oracle's third
6  quarter of 2000?
7       A.  I believe it's somewhere in the 10 percent
8  range.
9       Q.  Dollar figures, do you know?
10      A.  No.
11      Q.  And what about in Q2 '01?
12      A.  I don't know the specifics on that.
13      Q.  Do you know what they were forecasting for dot
14  com revenue for Q3 '01?
15      A.  I don't know the specific number on that.
16      Q.  Do you know generally what they were
17  forecasting?
18      A.  It was lower.
19      Q.  How much lower?
20      A.  That I don't remember.
21      Q.  Do you know in Q3 '01 what Oracle was
22  forecasting -- withdrawn.
23         Do you know whether in Q3 '01 Oracle was
24  forecasting to meet its growth target for Q4 '01?
25      MS. KYROUZ:  Objection; vague.

226

1       THE WITNESS:  Whether in Q3 '01 --
2       MR. BRITTON:  Q.  -- Oracle was forecasting to
3  meet its growth target for Q4 '01?
4       A.  That I don't remember.
5       Q.  What was Oracle's guidance in the third
6  quarter of 2001 for applications growth?
7       A.  For the applications, I think it was
8  approximately 75 percent.
9       Q.  What about database?
10      A.  I can't remember the specific number.
11      Q.  Do you know the difference between budget
12  rates versus actual rates?
13      A.  Yes, there is.
14      Q.  What's your understanding?
15      A.  The budget rates deal with the currency
16  adjustments.
17      Q.  So do you adjust up or down?
18      A.  Depends on the currency.  I think the 75
19  percent would be moved up to 80 percent, based on the
20  forecast exchange rates.  It is an exchange rate
21  adjustment known as the inflation adjustment.
22      Q.  Do you know who Safra Catz is?
23      A.  Yes, I do.
24      Q.  What was her position at Oracle?
25      A.  She started off as senior vice-president, and

227

1  I think she moved to executive vice-president, and then
2  to president.  And I believe she's also CFO now.  She
3  joined, I think, approximately 1999.
4       Q.  Do you know when Ms. Minton sent her first
5  e-mail about Mr. Ellison no longer being interested in
6  commit numbers from the field?
7       MS. KYROUZ:  Objection; mischaracterizes the
8  record.
9       THE WITNESS:  No, I don't.  I'm not aware of
10  that issue.
11      MR. BRITTON:  Q.  Do you know when the e-mail
12  between McMannis and English were regarding the
13  directive?
14      A.  I think it was -- it was before the start of
15  Q3 2001.
16      Q.  Do you know how much revenue the OSI division
17  had recognized by the middle of February 2001?
18      A.  No, I do not.
19      Q.  Do you know how Oracle's actuals were reported
20  to Oracle's executives?
21      MS. KYROUZ:  Objection; vague.
22      THE WITNESS:  You mean how they were
23  disclosed?  No, I do not.
24      MR. BRITTON:  Q.  Do you know how long
25  Ms. Minton had been doing the upside adjustments prior

Oracle

Page  224 - 227

33

Foster, George  7/6/2007  8:56:00 AM

228

1   to Q3 '01?

2       A.  I believe it certainly was covering the period

3   of the six or seven quarters that we -- that I was

4   examining.

5       Q.  Do you know if it was all six or seven of

6   those quarters?

7       A.  My understanding is that she took some leave.

8       Q.  And who took over for her when she left?

9       A.  That I can't remember.

10      Q.  Do you know who participated in the executive

11  management committee meetings?

12      A.  I believe it was the -- Larry Ellison, Jeff

13  Henley, it would be Catz, I believe Minton did

14  participate in those.  Then there would be Roberts,

15  Nussbaum, Sanderson, and I presume some international

16  people on that.

17      Q.  Do you know if Mr. Ellison participated in any

18  other forecasting calls?

19      MS. KYROUZ:  Objection; vague.

20      THE WITNESS:  Forecasting calls to analysts?

21      MR. BRITTON:  Q.  Withdrawn.  Do you know what

22  forecasting calls Mr. Ellison participated in, internal

23  forecasting calls?

24      A.  Internal forecasting calls?

25      MS. KYROUZ:  Objection; vague.

229

1       THE WITNESS:  Forecasting calls to?

2       MR. BRITTON:  Q.  Internal forecasting calls,

3   discussed the forecasts.

4       A.  No, I do not know specifics.

5       Q.  Do you know what Mr. Henley testified about

6   the pipeline at the beginning of Q3 '01?

7       MS. KYROUZ:  Objection; vague.

8       THE WITNESS:  I saw a comment that he thought

9   it was, I think, too good to be true.

10      MR. BRITTON:  Q.  Do you know why he thought

11  that?

12      A.  No, I have not.

13      MR. BRITTON:  I have no further questions.

14      MS. KYROUZ:  Thank you.

15      MR. BRITTON:  Dr. Foster, thank you for your

16  time.

17      VIDEOGRAPHER:  This marks the end of tape

18  four.  There were four tapes used in this Volume I in

19  the deposition of George Foster.

20      The original videotapes will be retained by

21  LiveNote World Service.

22      We're going off the record.  The time on the

23  video monitor is 4:58.

24      (Whereupon, at 4:58 p.m. the deposition of

25  GEORGE FOSTER was adjourned.)

230

1       I declare under penalty of perjury that the

2   foregoing is true and correct.

3

4

5

6   Dated:_____ _____

7             GEORGE FOSTER

Oracle                              Page  228 - 230

34

# EXHIBIT 3

(Sign In / Register for a free Oracle Web account) | Worldwide 

# ORACLE®

secure search

Oracle.com 🔍

**PRODUCTS AND SERVICES** ⋮ **INDUSTRIES** ⋮ **SUPPORT** ⋮ **PARTNERS** ⋮ **COMMUNITIES** ⋮ **ABOUT**

**ORACLE CORPORATION**

ABOUT ORACLE
- About Oracle Home
- Acquisitions
- Analyst Relations
- Awards
- Board of Directors
- Contact Oracle
- Corporate Governance
- Customers
- Executives
- History
- Investor Relations
- Oracle's Commitment
- Vision

NEWS AND EVENTS
- Events
- Newsroom
- Oracle and Profit Magazines
- Oracle Newsletters

RESOURCES
- Accessibility
- Advertising
- Careers
- Customer Visit Center
- License Management Services
- Merchandise
- Partners
- Pricing and Licensing
- Oracle User Experience
- Worldwide Offices

## Oracle Board of Directors



CONTACT

Oracle 1.

Have Ora

Global Co



**Larry Ellison**
Chief Executive Officer
Review Mr. Ellison's Biography



**Jeff Henley**
Chairman
Review Mr. Henley's Biography



**Charles Phillips**
President
Review Mr. Phillips' Biography



**Safra Catz**
President and CFO
Review Ms. Catz's Biography

**Dr. Michael J. Boskin**
Professor of Economics at Stanford University
Review Mr. Boskin's Biography

**Jeffrey Berg**
Chairman and Chief Executive Officer of International Creative Management, Inc.
Review Mr. Berg's Biography

**Donald L. Lucas**
Venture capitalist since 1960
Review Mr. Lucas' Biography

**Jack F. Kemp**
Chairman of Kemp Partners and former member of the U.S. Congress
Review Mr. Kemp's Biography

**Hector Garcia-Molina**
Professor of Computer Science/Electrical Engineering, Stanford University
Review Mr. Garcia-Molina's Biography

**H. Raymond Bingham**
Former Executive Chairman of Cadence Design Systems, Inc.
Review Mr. Bingham's Biography

**Naomi O. Seligman**
Senior Partner at Ostriker von Simson
Review Ms. Seligman's Biography

E-mail this page
Printer View

**ORACLE IS THE INFORMATION COMPANY**

About Oracle | RSS | Careers | Contact Us | Site Maps | Legal Notices |
Terms of Use | Privacy

# EXHIBIT 4

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Nonexempt Charitable Trust
## Treated as a Private Foundation

Note: *The organization may be able to use a copy of this return to satisfy state reporting requirements*

OMB No 1545-0052

**2003**

For calendar year 2003, or tax year beginning **JUL 1, 2003** , and ending **JUN 30, 2004**

G  Check all that apply: ☐ Initial return ☐ Final return ☐ Amended return ☐ Address change ☐ Name change

| Use the IRS label. Otherwise, print or type. See Specific Instructions. | Name of organization | | | **A** Employer identification number |
|---|---|---|---|---|
| | THE RICHARD M. LUCAS FOUNDATION | | | 94-2781117 |
| | Number and street (or P O box number if mail is not delivered to street address) | | Room/suite | **B** Telephone number |
| | 3000 SAND HILL ROAD, BLDG. 3 | | 210 | (650)854-4223 |
| | City or town, state, and ZIP code | | | **C** If exemption application is pending, check here ▶ ☐ |
| | MENLO PARK, CA  94025 | | | **D** 1. Foreign organizations, check here ▶ ☐ |

H  Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

I  Fair market value of all assets at end of year
*(from Part II, col. (c), line 16)*
▶$ **7,476,510.**

J  Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
*(Part I, column (d) must be on cash basis.)*

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

## Part I  Analysis of Revenue and Expenses
*(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a))*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| **1** | Contributions, gifts, grants, etc., received | 295. | | N/A | |
| | Check ▶☒ if the foundation is not required to attach Sch B | | | | |
| **2** | Distributions from split-interest trusts | | | | |
| **3** | Interest on savings and temporary cash investments | 7,881. | 7,881. | | STATEMENT 2 |
| **4** | Dividends and interest from securities | 7,330. | 7,330. | | STATEMENT 3 |
| **5a** | Gross rents | | | | |
| **b** | (Net rental income or (loss) ____) | | | | |
| **6a** | Net gain or (loss) from sale of assets not on line 10 | <1,913,694.> | | | STATEMENT 1 |
| **b** | Gross sales price for all assets on line 6a  1,504,724. | | | | |
| **7** | Capital gain net income (from Part IV, line 2) | | 0. | | |
| **8** | Net short-term capital gain | | | | |
| **9** | Income modifications | | | | |
| **10a** | Gross sales less returns and allowances | | | | |
| **b** | Less Cost of goods sold | | | | |
| **c** | Gross profit or (loss) | | | | |
| **11** | Other income | 838. | 838. | | STATEMENT 4 |
| **12** | **Total.** Add lines 1 through 11 | <1,897,350.> | 16,049. | | |
| **13** | Compensation of officers, directors, trustees, etc | 85,380. | 85,380. | | 0. |
| **14** | Other employee salaries and wages | | | | |
| **15** | Pension plans, employee benefits | | | | |
| **16a** | Legal fees  STMT 5 | 4,480. | 2,240. | | 0. |
| **b** | Accounting fees  STMT 6 | 23,340. | 11,670. | | 0. |
| **c** | Other professional fees | | | | |
| **17** | Interest | | | | |
| **18** | Taxes | | | | |
| **19** | Depreciation and depletion | 7,593. | 7,593. | | |
| **20** | Occupancy | | | | |
| **21** | Travel, conferences, and meetings | 55,870. | 55,870. | | 0. |
| **22** | Printing and publications | | | | |
| **23** | Other expenses  STMT 7 | 169,915. | 165,479. | | 0. |
| **24** | **Total operating and administrative expenses.** Add lines 13 through 23 | 346,578. | 328,232. | | 0. |
| **25** | Contributions, gifts, grants paid | 263,000. | | | 263,000. |
| **26** | **Total expenses and disbursements.** Add lines 24 and 25 | 609,578. | 328,232. | | 263,000. |
| **27** | Subtract line 26 from line 12: | | | | |
| **a** | Excess of revenue over expenses and disbursements | <2,506,928.> | | | |
| **b** | Net investment income (if negative, enter -0-) | | 0. | | |
| **c** | Adjusted net income (if negative, enter -0-) | | | N/A | |

RECEIVED  NOV 1 8 2004  OGDEN, UT  IRS-OSC

323501 12-05-03  LHA  For Paperwork Reduction Act Notice, see the instructions.

Form **990-PF** (2003)

1

13021108 700149 54070-MG     2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)    THE RICHARD M. LUCAS FOUNDATION                    94-2781117    Page 2

| Part II | Balance Sheets | Attached schedules and amounts in the description column should be for end-of-year amounts only | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|---|
| | 1 | Cash - non-interest-bearing | | | |
| | 2 | Savings and temporary cash investments | 63,975. | 330,287. | 330,287. |
| | 3 | Accounts receivable ▶ _____ 76,607. | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | 5,375. | 76,607. | 76,607. |
| | 4 | Pledges receivable ▶ _____ | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | | | |
| | 5 | Grants receivable | | | |
| | 6 | Receivables due from officers, directors, trustees, and other disqualified persons | | | |
| | 7 | Other notes and loans receivable ▶ _____ 33,762. | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | 159,805. | 33,762. | 33,762. |
| | 8 | Inventories for sale or use | | | |
| | 9 | Prepaid expenses and deferred charges | | | |
| Assets | 10a | Investments - U.S. and state government obligations | | | |
| | b | Investments - corporate stock    STMT 11 | 7,283,672. | 4,895,112. | 4,966,012. |
| | c | Investments - corporate bonds | | | |
| | 11 | Investments - land, buildings, and equipment basis ▶ _____ | | | |
| | | Less accumulated depreciation ▶ _____ | | | |
| | 12 | Investments - mortgage loans | | | |
| | 13 | Investments - other    STMT 12 | 3,358,830. | 2,703,729. | 2,040,031. |
| | 14 | Land, buildings, and equipment: basis ▶ 137,785. | | | |
| | | Less accumulated depreciation ▶ 123,974. | 14,355. | 13,811. | 13,811. |
| | 15 | Other assets (describe ▶ STATEMENT 13) | 110,982. | 16,000. | 16,000. |
| | 16 | Total assets (to be completed by all filers) | 10,996,994. | 8,069,308. | 7,476,510. |
| | 17 | Accounts payable and accrued expenses | | | |
| | 18 | Grants payable | | | |
| Liabilities | 19 | Deferred revenue | | | |
| | 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| | 21 | Mortgages and other notes payable | | | |
| | 22 | Other liabilities (describe ▶ STATEMENT 14) | 317,637. | 171,814. | |
| | 23 | Total liabilities (add lines 17 through 22) | 317,637. | 171,814. | |
| Net Assets or Fund Balances | | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 24 through 26 and lines 30 and 31. | | | |
| | 24 | Unrestricted | 10,679,357. | 7,897,494. | |
| | 25 | Temporarily restricted | | | |
| | 26 | Permanently restricted | | | |
| | | Organizations that do not follow SFAS 117, check here ▶ [ ] and complete lines 27 through 31. | | | |
| | 27 | Capital stock, trust principal, or current funds | | | |
| | 28 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| | 29 | Retained earnings, accumulated income, endowment, or other funds | | | |
| | 30 | Total net assets or fund balances | 10,679,357. | 7,897,494. | |
| | 31 | Total liabilities and net assets/fund balances | 10,996,994. | 8,069,308. | |

| Part III | Analysis of Changes in Net Assets or Fund Balances | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 10,679,357. |
| 2 | Enter amount from Part I, line 27a | 2 | <2,506,928.> |
| 3 | Other increases not included in line 2 (itemize) ▶ SEE STATEMENT 9 | 3 | 203,619. |
| 4 | Add lines 1, 2, and 3 | 4 | 8,376,048. |
| 5 | Decreases not included in line 2 (itemize) ▶ SEE STATEMENT 10 | 5 | 478,554. |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | 6 | 7,897,494. |

323511
12-05-03

Form 990-PF (2003)

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)  THE RICHARD M. LUCAS FOUNDATION                    94-2781117    Page 3

## Part IV | Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | (b) How acquired P - Purchase D - Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| b SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| c SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| d | | | |
| e | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| a 1,504,724. | | 2,491,484. | <986,760.> |
| b | | 236,660. | <236,660.> |
| c | | 690,274. | <690,274.> |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i) F.M.V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|
| a | | | <986,760.> |
| b | | | <236,660.> |
| c | | | <690,274.> |
| d | | | |
| e | | | |

| | | | |
|---|---|---|---|
| 2 Capital gain net income or (net capital loss). { If gain, also enter in Part I, line 7 If (loss), enter -0- in Part I, line 7 } | | 2 | <1,913,694.> |
| 3 Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c). If (loss), enter -0- in Part I, line 8 | | 3 | N/A |

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period?    ☐ Yes  ☒ No

If "Yes," the organization does not qualify under section 4940(e). Do not complete this part.

1   Enter the appropriate amount in each column for each year; see instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2002 | 254,500. | 9,807,134. | .0259505 |
| 2001 | 136,500. | 17,612,438. | .0077502 |
| 2000 | 300,000. | 26,909,731. | .0111484 |
| 1999 | 2,973,024. | 23,567,913. | .1261471 |
| 1998 | 583,188. | 18,034,975. | .0323365 |

| | | | |
|---|---|---|---|
| 2 Total of line 1, column (d) | | 2 | .2033327 |
| 3 Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years | | 3 | .0406665 |
| 4 Enter the net value of noncharitable-use assets for 2003 from Part X, line 5 | | 4 | 7,813,551. |
| 5 Multiply line 4 by line 3 | | 5 | 317,750. |
| 6 Enter 1% of net investment income (1% of Part I, line 27b) | | 6 | 0. |
| 7 Add lines 5 and 6 | | 7 | 317,750. |
| 8 Enter qualifying distributions from Part XII, line 4 | | 8 | 229,667. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

323521/12-05-03

Form **990-PF** (2003)

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)   THE RICHARD M. LUCAS FOUNDATION                94-2781117   Page 4

## Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see instructions)

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1.
Date of ruling letter: _____ **(attach copy of ruling letter if necessary-see instructions)**

**b** Domestic organizations that meet the section 4940(e) requirements in Part V, check here ▶ ☐ and enter 1%

of Part I, line 27b | **1** | **0.**

**c** All other domestic organizations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)

| | | |
|---|---|---|
| 2 Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | **2** | **0.** |
| 3 Add lines 1 and 2 | **3** | **0.** |
| 4 Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | **4** | **0.** |
| 5 Tax based on investment income. Subtract line 4 from line 3. If zero or less, enter -0- | **5** | **0.** |

**6** Credits/Payments:

| | | | |
|---|---|---|---|
| a 2003 estimated tax payments and 2002 overpayment credited to 2003 | 6a | | |
| b Exempt foreign organizations - tax withheld at source | 6b | | |
| c Tax paid with application for extension of time to file (Form 8868) | 6c | | |
| d Backup withholding erroneously withheld | 6d | | |

| | | |
|---|---|---|
| 7 Total credits and payments. Add lines 6a through 6d | **7** | **0.** |
| 8 Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached | **8** | |
| 9 **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** ▶ | **9** | **0.** |
| 10 **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid** ▶ | **10** | |
| 11 Enter the amount of line 10 to be: Credited to 2004 estimated tax ▶ _____ Refunded ▶ | **11** | |

## Part VII-A | Statements Regarding Activities

| | Yes | No |
|---|---|---|
| 1a During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? **1a** | | X |
| b Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see instructions for definition)? **1b** | | X |
| *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities.* | | |
| c Did the organization file **Form 1120-POL** for this year? **1c** | | X |
| d Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | |
| (1) On the organization. ▶ $ _____0. (2) On organization managers. ▶ $ _____0. | | |
| e Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers. ▶ $ _____0. | | |
| 2 Has the organization engaged in any activities that have not previously been reported to the IRS? **2** | | X |
| *If "Yes," attach a detailed description of the activities.* | | |
| 3 Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* **3** | | X |
| 4a Did the organization have unrelated business gross income of $1,000 or more during the year? **4a** | | X |
| b If "Yes," has it filed a tax return on **Form 990-T** for this year? N/A **4b** | | |
| 5 Was there a liquidation, termination, dissolution, or substantial contraction during the year? **5** | | X |
| *If "Yes," attach the statement required by General Instruction T.* | | |
| 6 Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | |
| ● By language in the governing instrument or | | |
| ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? **6** | X | |
| 7 Did the organization have at least $5,000 in assets at any time during the year? **7** | X | |
| *If "Yes," complete Part II, col. (c), and Part XV.* | | |
| 8a Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ | | |
| CALIFORNIA | | |
| b If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation* **8b** | X | |
| 9 Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2003 or the taxable year beginning in 2003 (see instructions for Part XIV)? *If "Yes," complete Part XIV* **9** | | X |
| 10 Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses* **10** | | X |
| 11 Did the organization comply with the public inspection requirements for its annual returns and exemption application? **11** | X | |
| Web site address ▶ N/A | | |

**12** The books are in care of ▶ MELISSA L. FINDLEY   Telephone no.▶ (650) 854-4223

Located at ▶ 3000 SANDHILL RD., BLDG 3, #210, MENLO PARK, CA   ZIP+4 ▶94025

**13** Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** - Check here ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the year ▶ **13** N/A

323531
12-05-03

Form **990-PF** (2003)

4

Form 990-PF (2003)   **THE RICHARD M. LUCAS FOUNDATION**   94-2781117   Page 5

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required | | | | |
|---|---|---|---|---|---|

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.

|  |  | Yes | No |
|---|---|---|---|

1a During the year did the organization (either directly or indirectly):

(1) Engage in the sale or exchange, or leasing of property with a disqualified person?  ☐ Yes ☒ No

(2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person?  ☐ Yes ☒ No

(3) Furnish goods, services, or facilities to (or accept them from) a disqualified person?  ☒ Yes ☐ No

(4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person?  ☒ Yes ☐ No

(5) Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)?  ☐ Yes ☒ No

(6) Agree to pay money or property to a government official? (Exception. Check "No" if the organization agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.)  ☐ Yes ☒ No

b If any answer is "Yes" to 1a(1)–(6), did any of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 19 of the instructions)? **1b** ☐ | X

Organizations relying on a current notice regarding disaster assistance check here  ► ☐

c Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2003? **1c** | X

2 Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

a At the end of tax year 2003, did the organization have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2003?  ☐ Yes ☒ No

If "Yes," list the years ► _____ , _____ , _____ , _____

b Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to all years listed, answer "No" and attach statement - see instructions.)  N/A **2b**

c If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here.

► _____ , _____ , _____ , _____

3a Did the organization hold more than a 2% direct or indirect interest in any business enterprise at any time during the year?  ☐ Yes ☒ No

b If "Yes," did it have excess business holdings in 2003 as a result of (1) any purchase by the organization or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Schedule C, Form 4720, to determine if the organization had excess business holdings in 2003.)  N/A **3b**

4a Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? **4a** | X

b Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2003? **4b** | X

5a During the year did the organization pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?  ☐ Yes ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive?  ☐ Yes ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes?  ☐ Yes ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)?  ☐ Yes ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals?  ☐ Yes ☒ No

b If any answer is "Yes" to 5a(1)–(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance (see instructions)?  N/A **5b**

Organizations relying on a current notice regarding disaster assistance check here  ► ☐

c If the answer is "Yes" to question 5a(4), does the organization claim exemption from the tax because it maintained expenditure responsibility for the grant?  N/A ☐ Yes ☐ No

If "Yes," attach the statement required by Regulations section 53.4945-5(d).

6a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?  ☐ Yes ☒ No

b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? **6b** | X

If you answered "Yes" to 6b, also file Form 8870.

Form **990-PF** (2003)

323541
12-05-03

5

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

THE RICHARD M. LUCAS FOUNDATION                94-2781117

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors | Page 6 |

**1   List all officers, directors, trustees, foundation managers and their compensation:**

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| SEE STATEMENT 15 | | 85,380. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**2   Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."**

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total number of other employees paid over $50,000** | | | ▶ | 0 |

**3   Five highest-paid independent contractors for professional services. If none, enter "NONE."**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| **Total number of others receiving over $50,000 for professional services** | ▶ | 0 |

| Part IX-A | Summary of Direct Charitable Activities |

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc.

| | | Expenses |
|---|---|---|
| 1 STANFORD SPECTROSCOPY CENTER | | |
| 2 ST. GEORGE DEVELOPMENT FUND | | |
| 3 UNIVERSITY OF WASHINGTON | | |
| 4 | | |

323551
12-05-03

Form **990-PF** (2003)

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)   THE RICHARD M. LUCAS FOUNDATION                94-2781117   Page 7

## Part IX-B  Summary of Program-Related Investments

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1 N/A | |
| | |
| 2 | |
| | |
| | |
| All other program-related investments. See instructions. | |
| 3 | |
| | |
| **Total.** Add lines 1 through 3 ▶ | 0. |

## Part X  Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | |
|---|---|---|---:|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities | 1a | 7,472,682. |
| b | Average of monthly cash balances | 1b | 411,882. |
| c | Fair market value of all other assets | 1c | 47,975. |
| d | Total (add lines 1a, b, and c) | 1d | 7,932,539. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation)  | 1e  0. | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | 0. |
| 3 | Subtract line 2 from line 1d | 3 | 7,932,539. |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see instructions) | 4 | 118,988. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 7,813,551. |
| 6 | Minimum investment return. Enter 5% of line 5 | 6 | 390,678. |

## Part XI  Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | | |
|---|---|---|---|---:|
| 1 | Minimum investment return from Part X, line 6 | | 1 | 390,678. |
| 2a | Tax on investment income for 2003 from Part VI, line 5 | 2a | | |
| b | Income tax for 2003. (This does not include the tax from Part VI.) | 2b | | |
| c | Add lines 2a and 2b | | 2c | 0. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | | 3 | 390,678. |
| 4a | Recoveries of amounts treated as qualifying distributions | 4a  0. | | |
| b | Income distributions from section 4947(a)(2) trusts | 4b  0. | | |
| c | Add lines 4a and 4b | | 4c | 0. |
| 5 | Add lines 3 and 4c | | 5 | 390,678. |
| 6 | Deduction from distributable amount (see instructions) | | 6 | 0. |
| 7 | Distributable amount as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 | | 7 | 390,678. |

## Part XII  Qualifying Distributions (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 | 1a | 229,667. |
| b | Program-related investments - Total from Part IX-B | 1b | 0. |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) | 3a | |
| b | Cash distribution test (attach the required schedule) | 3b | |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 229,667. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b | 5 | 0. |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 | 6 | 229,667. |
| | Note: *The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.* | | |

Form **990-PF** (2003)

323561
12-05-03

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)    **THE RICHARD M. LUCAS FOUNDATION**      94-2781117    Page **8**

## Part XIII   Undistributed Income (see instructions)

| | (a) Corpus | (b) Years prior to 2002 | (c) 2002 | (d) 2003 |
|---|---|---|---|---|
| 1 Distributable amount for 2003 from Part XI, line 7 | | | | 390,678. |
| 2 Undistributed income, if any, as of the end of 2002 | | | | |
| a Enter amount for 2002 only | | | 0. | |
| b Total for prior years: _____ , _____ , _____ | | 0. | | |
| 3 Excess distributions carryover, if any, to 2003: | | | | |
| a From 1998 | | | | |
| b From 1999   1,896,912. | | | | |
| c From 2000 | | | | |
| d From 2001 | | | | |
| e From 2002 | | | | |
| f Total of lines 3a through e | 1,896,912. | | | |
| 4 Qualifying distributions for 2003 from Part XII, line 4: ▶ $   229,667. | | | | |
| a Applied to 2002, but not more than line 2a | | | 0. | |
| b Applied to undistributed income of prior years (Election required - see instructions) | | 0. | | |
| c Treated as distributions out of corpus (Election required - see instructions) | 0. | | | |
| d Applied to 2003 distributable amount | | | | 229,667. |
| e Remaining amount distributed out of corpus | 0. | | | |
| 5 Excess distributions carryover applied to 2003 (If an amount appears in column (d), the same amount must be shown in column (a) ) | 161,011. | | | 161,011. |
| 6 Enter the net total of each column as indicated below: | | | | |
| a Corpus Add lines 3f, 4c, and 4e Subtract line 5 | 1,735,901. | | | |
| b Prior years' undistributed income. Subtract line 4b from line 2b | | 0. | | |
| c Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | 0. | | |
| d Subtract line 6c from line 6b. Taxable amount - see instructions | | 0. | | |
| e Undistributed income for 2002. Subtract line 4a from line 2a. Taxable amount - see instr. | | | 0. | |
| f Undistributed income for 2003. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2004 | | | | 0. |
| 7 Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) | 0. | | | |
| 8 Excess distributions carryover from 1998 not applied on line 5 or line 7 | 0. | | | |
| 9 Excess distributions carryover to 2004. Subtract lines 7 and 8 from line 6a | 1,735,901. | | | |
| 10 Analysis of line 9: | | | | |
| a Excess from 1999   1,735,901. | | | | |
| b Excess from 2000 | | | | |
| c Excess from 2001 | | | | |
| d Excess from 2002 | | | | |
| e Excess from 2003 | | | | |

323571
12-05-03

Form **990-PF** (2003)

13021108 700149 54070-MG     2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)    THE RICHARD M. LUCAS FOUNDATION                 94-2781117    Page 9

| Part XIV | Private Operating Foundations (see instructions and Part VII-A, question 9)    N/A |

**1 a** If the foundation has received a ruling or determination letter that it is a private operating
foundation, and the ruling is effective for 2003, enter the date of the ruling ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| 2 a Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed | Tax year | | Prior 3 years | | |
|---|---|---|---|---|---|
| | (a) 2003 | (b) 2002 | (c) 2001 | (d) 2000 | (e) Total |
| | | | | | |
| **b** 85% of line 2a | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon: **a** "Assets" alternative test - enter: **(1)** Value of all assets | | | | | |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** "Endowment" alternative test - Enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed | | | | | |
| **c** "Support" alternative test - enter: **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | |
| **(3)** Largest amount of support from an exempt organization | | | | | |
| **(4)** Gross investment income | | | | | |

| Part XV | Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year-see page 25 of the instructions.) |

**1   Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2   Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☒ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the organization makes gifts, grants, etc. (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a** The name, address, and telephone number of the person to whom applications should be addressed:

**b** The form in which applications should be submitted and information and materials they should include:

**c** Any submission deadlines:

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

32358 V01-20-04                                                            Form **990-PF** (2003)

13021108 700149 54070-MG        2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)   **THE RICHARD M. LUCAS FOUNDATION**                 94-2781117   Page 10

| Part XV | Supplementary Information (continued) |

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient — Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a**  *Paid during the year* | | | | |
| STANFORD SPECTROSCOPY CENTER | NONE | TAX EXEMPT | MEDICAL RESEARCH | 150,000. |
| UNIVERSITY OF WASHINGTON | NONE | TAX EXEMPT | MEDICAL RESEARCH | 105,000. |
| STUDENTS FOR INTERNATIONAL CHANGE | NONE | TAX EXEMPT | EDUCATIONAL | 8,000. |
| **Total** | | | ▶ **3a** | 263,000. |
| **b**  *Approved for future payment*  STANFORD SPECTROSCOPY CENTER | NONE | TAX EXEMPT | MEDICAL RESEARCH | 1,550,000. |
| **Total** | | | ▶ **3b** | 1,550,000. |

323601/12-05-03

Form **990-PF** (2003)

10

13021108 700149 54070-MG      2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)     THE RICHARD M. LUCAS FOUNDATION                    94-2781117   Page 11

## Part XVI-A  · Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclu-sion code | **(d)** Amount | Related or exempt function income |
| 1 Program service revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 7,881. | |
| 4 Dividends and interest from securities | | | 14 | 7,330. | |
| 5 Net rental income or (loss) from real estate: | | | | | |
| a Debt-financed property | | | | | |
| b Not debt-financed property | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income | | | 14 | 838. | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 14 | <1,913,694.> | |
| 9 Net income or (loss) from special events | | | | | |
| 10 Gross profit or (loss) from sales of inventory | | | | | |
| 11 Other revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| 12 Subtotal. Add columns (b), (d), and (e) | | 0. | | <1,897,645.> | 0. |
| 13 Total. Add line 12, columns (b), (d), and (e) | | | | 13 | <1,897,645.> |

(See worksheet in line 13 instructions to verify calculations.)

## Part XVI-B     Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | N/A |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

323611
12-05-03

Form **990-PF** (2003)

13021108 700149 54070-MG    2003.06030 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2003)   THE RICHARD M. LUCAS FOUNDATION                    94-2781117   Page 12

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | |
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| (1) | Cash | 1a(1) | X |
| (2) | Other assets | 1a(2) | X |
| b | Other transactions: | | |
| (1) | Sales of assets to a noncharitable exempt organization | 1b(1) | X |
| (2) | Purchases of assets from a noncharitable exempt organization | 1b(2) | X |
| (3) | Rental of facilities, equipment, or other assets | 1b(3) | X |
| (4) | Reimbursement arrangements | 1b(4) | X |
| (5) | Loans or loan guarantees | 1b(5) | X |
| (6) | Performance of services or membership or fundraising solicitations | 1b(6) | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c | X |
| d | If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received. | | |

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | N/A | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?            ☐ Yes  ☒ No

b  If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | N/A | |
| | | |
| | | |

...ng schedules and statements, and to the best of my knowledge and belief, it is true, correct, ...mation of which preparer has any knowledge

11/11/2004  *Chairman*

THE·RICHARD M. LUCAS FOUNDATION                                      94-2781117

| FORM 990-PF | GAIN OR (LOSS) FROM SALE OF ASSETS | | | STATEMENT 1 |
|---|---|---|---|---|

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 1,504,724. | 2,491,484. | 0. | | 0. | <986,760.> |

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 0. | 236,660. | 0. | | 0. | <236,660.> |

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 0. | 690,274. | 0. | | 0. | <690,274.> |

CAPITAL GAINS DIVIDENDS FROM PART IV                                        0.

TOTAL TO FORM 990-PF, PART I, LINE 6A                               <1,913,694.>

THE RICHARD M. LUCAS FOUNDATION                                    94-2781117

---

FORM 990-PF    INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS    STATEMENT    2

| SOURCE | AMOUNT |
|---|---|
| VARIOUS | 7,881. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 7,881. |

---

FORM 990-PF              DIVIDENDS AND INTEREST FROM SECURITIES       STATEMENT    3

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| VARIOUS | 7,330. | 0. | 7,330. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 7,330. | 0. | 7,330. |

---

FORM 990-PF                      OTHER INCOME                        STATEMENT    4

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME FROM PARTNERSHIPS | 829. |
| OTHER INCOME FROM PARTNERSHIPS | 9. |
| TOTAL TO FORM 990-PF, PART I, LINE 11, COLUMN A | 838. |

---

FORM 990-PF                       LEGAL FEES                         STATEMENT    5

| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST- MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| LEGAL FEES | 4,480. | 2,240. | | 0. |
| TO FM 990-PF, PG 1, LN 16A | 4,480. | 2,240. | | 0. |

THE RICHARD M. LUCAS FOUNDATION                                    94-2781117

| FORM 990-PF | ACCOUNTING FEES | | | STATEMENT    6 |
|---|---|---|---|---|
| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
| ACCOUNTING FEES | 23,340. | 11,670. | | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 23,340. | 11,670. | | 0. |

| FORM 990-PF | OTHER EXPENSES | | | STATEMENT    7 |
|---|---|---|---|---|
| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
| DUES AND SUBSCRIPTIONS | 16,780. | 16,780. | | 0. |
| INVESTMENT EXPENSES - PARTNERSHIPS | 54,441. | 54,441. | | 0. |
| PROFESSIONAL CONSULTANTS | 72,375. | 72,375. | | 0. |
| TELEPHONE | 22,181. | 17,745. | | 0. |
| INSURANCE | 2,811. | 2,811. | | 0. |
| MISCELLANEOUS EXPENSE | 1,327. | 1,327. | | 0. |
| TO FORM 990-PF, PG 1, LN 23 | 169,915. | 165,479. | | 0. |

| | FOOTNOTES | STATEMENT    8 |
|---|---|---|

PART VIII   INFORMATION ABOUT OFFICERS, DIRECTORS, ETC.
LINE 1, COLUMN C

DONALD L. LUCAS

DIRECTOR'S FEES                                                    43,500.
DEFERRED REMUNERATION PAID                                         14,880.

TOTAL FEES PAID TO DONALD L. LUCAS        TO STATEMENT 14          58,380.

THE 'RICHARD M. LUCAS FOUNDATION                                        94-2781117

FORM 990-PF      OTHER INCREASES IN NET ASSETS OR FUND BALANCES      STATEMENT     9

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED REMUNERATION ADJUSTMENT | 118,831. |
| PARTNERSHIP BOOK/TAX ADJUSTMENTS | 84,788. |
| TOTAL TO FORM 990-PF, PART III, LINE 3 | 203,619. |

FORM 990-PF      OTHER DECREASES IN NET ASSETS OR FUND BALANCES      STATEMENT    10

| DESCRIPTION | AMOUNT |
|---|---|
| DECREASE IN UNREALIZED GAIN ON INVESTMENTS | 478,554. |
| TOTAL TO FORM 990-PF, PART III, LINE 5 | 478,554. |

FORM 990-PF                        CORPORATE STOCK                      STATEMENT    11

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| INVESTMENT - CORPORATE STOCKS | 4,895,112. | 4,966,012. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 4,895,112. | 4,966,012. |

FORM 990-PF                        OTHER INVESTMENTS                    STATEMENT    12

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| INVESTMENT - OTHERS | 2,703,729. | 2,040,031. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | 2,703,729. | 2,040,031. |

THE RICHARD M. LUCAS FOUNDATION                                    94-2781117

| FORM 990-PF | OTHER ASSETS | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PREPAID DIRECTOR FEES | 16,000. | 16,000. |
| TOTAL TO FORM 990-PF, PART II, LINE 15 | 16,000. | 16,000. |

| FORM 990-PF | OTHER LIABILITIES | STATEMENT 14 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED INTEREST INCOME | 402. |
| DEFERRED REMUNERATION PAYABLE | 171,412. |
| TOTAL TO FORM 990-PF, PART II, LINE 22, COLUMN B | 171,814. |

| FORM 990-PF | PART VIII - LIST OF OFFICERS, DIRECTORS TRUSTEES AND FOUNDATION MANAGERS | STATEMENT 15 |
|---|---|---|

| NAME AND ADDRESS | TITLE AND AVRG HRS/WK | COMPEN-SATION | EMPLOYEE BEN PLAN CONTRIB | EXPENSE ACCOUNT |
|---|---|---|---|---|
| DONALD L. LUCAS<br>3000 SAND HILL RD BG 3 #210<br>MENLO PARK, CA 94025 | DIRECTOR<br>10 | 58,380. | 0. | 0. |
| JOHN W. LUCAS<br>865 CANTERBURY<br>SAN MARINO, CA 91108 | DIRECTOR<br>0 | 7,500. | 0. | 0. |
| DONALD A. LUCAS<br>835 PAGE MILL ROAD<br>PALO ALTO, CA 94304 | DIRECTOR<br>0 | 7,500. | 0. | 0. |
| PAUL JOAS<br>C/O DAIN RAUSCHER, INC. 60 S. 6TH<br>ST. 11TH FLOOR<br>MINNEAPOLIS, MN 55402 | DIRECTOR<br>0 | 0. | 0. | 0. |

THE RICHARD M. LUCAS FOUNDATION                                    94-2781117

| | | | | |
|---|---|---|---|---|
| B.J. CASSIN<br>3000 SAND HILL RD BG 3 #210<br>MENLO PARK, CA 94025 | DIRECTOR<br>0 | 0. | 0. | 0. |
| A. CRAWFORD COOLEY<br>961 SAN ANTONIO ROAD<br>PETALUMA, CA 94952 | DIRECTOR<br>0 | 0. | 0. | 0. |
| CHRISTOPHER B. LUCAS<br>450 N. BRAND BLVD. #600<br>GLENDALE, CA 91203 | DIRECTOR<br>2 | 12,000. | 0. | 0. |
| MARIO BELOTTI<br>19401 SAN MARCOS ROAD<br>SARATOGA, CA 95070 | DIRECTOR<br>0 | 0. | 0. | 0. |
| KURT A. LATTA<br>P.O. BOX 3219<br>LOS ALTOS, CA 94024 | SECRETARY<br>.3 | 0. | 0. | 0. |

TOTALS INCLUDED ON 990-PF, PAGE 6, PART VIII        85,380.      0.      0.

## THE RICHARD M. LUCAS FOUNDATION
### FEDERAL ID: 94-2781117
### CALIFORNIA ID: D-1090405
### ATTACHMENT REG. SECTION 53.4942(a)-3(b)(7)(ii) FOR AMOUNTS SET ASIDE UNDER CASH DISTRIBUTION TEST

### FOR THE YEAR ENDING 6/30/04

PAYMENTS OF SET-ASIDE UNDER CASH
DISTRIBUTION TEST FROM YEAR ENDED 6/30/00

| | | |
|---|---|---|
| STANFORD SPECTROSCOPY CENTER | 2/18/04 | 33,333 |
| TOTAL | | $ 33,333 |

STATEMENT 16

THE RICHARD M. LUCAS FOUNDATION
FEDERAL ID: 94-2781117
CALIFORNIA ID: D-1090405
ATTACHMENT REG. SECTION 53.4942(a)-3(b)(7)(ii) FOR AMOUNTS SET ASIDE UNDER CASH
DISTRIBUTION TEST

FOR THE YEAR ENDING 6/30/04

| | | |
|---|---|---|
| CASH PAID FOR CONTRIBUTIONS, GIFTS, GRANTS (From PART I, line 26, column d) | $ | 263,000 |
| LESS PAYMENTS OF SET-ASIDE UNDER CASH DISTRIBUTION TEST FROM YEAR ENDED 6/30/00 | | ( 33,333) |
| QUALIFYING DISTRIBUTIONS PAID (To PART XII, line 1a) | | 229,667 |
| PLUS AMOUNT SET-ASIDE UNDER CASH DISTRIBUTION TEST FOR THE YEAR ENDING 6/30/03 | | 0 |
| QUALIFYING DISTRIBUTIONS FOR THE YEAR ENDING 6/30/00. (To PART XII, line 4) | $ | 229,667 |

STATEMENT 16

RICHARD M LUCAS FOUNDATION
EIN 94-2781117
CAPITAL GAIN/LOSS SCHEDULE
6/30/2004

| DESCRIPTION | DATE SOLD/ COVERED | DATE ACQUIRED/ SOLD SHORT | # OF SHARES | SELLING PRICE | BASIS / SHORT SALE LONGS | SHORT SALE PUTS/CALLS | GAIN L/T | GAIN S/T | LOSS L/T | LOSS S/T |
|---|---|---|---|---|---|---|---|---|---|---|
| CORIXA CORP | 07/01/03 | 12/11/00 | 5,000 | 36,493 79 | 173,290 50 | | | | (136,796 71) | |
| CORIXA CORP | 07/01/03 | 12/11/00 | 5,000 | 36,498 29 | 173,290 50 | | | | (136,792 21) | |
| CORIXA CORP | 07/08/03 | 12/12/00 | 5,000 | 36,781 77 | 162,128 00 | | | | (125,346 23) | |
| CORIXA CORP | 07/11/03 | 11/18/02 | 5,000 | 35,710 82 | 35,311 75 | | | 399 07 | | |
| CORIXA CORP | 07/11/03 | 11/29/02 | 5,000 | 35,843 29 | 36,989 00 | | | | | (1,145 71) |
| CORIXA CORP | 07/14/03 | 11/18/02 | 5,000 | 35,891 31 | 35,311 75 | | | 579 56 | | |
| CORIXA CORP | 07/16/03 | 11/21/02 | 5,000 | 35,669 83 | 37,006 50 | | | | | (1,336 67) |
| CORIXA CORP | 07/29/03 | 11/22/02 | 5,000 | 37,093 76 | 37,561 00 | | | | | (467 24) |
| CITADEL BROADCASTING | 07/31/03 | 11/26/02 | 5,000 | 37,143 76 | 37,298 00 | | | | | (154 24) |
| CORIXA CORP | 08/01/03 | 07/31/03 | 1,700 | 34,573 87 | 32,300 00 | | | 2,273 87 | | |
| CORIXA CORP | 08/01/03 | 11/26/02 | 100 | 736 97 | 766 00 | | | | | (29 03) |
| CORIXA CORP | 08/01/03 | 11/26/02 | 1,236 | 9,084 17 | 9,467 76 | | | | | (383 59) |
| CORIXA CORP | 08/01/03 | 11/26/02 | 3,188 | 23,430 69 | 24,422 44 | | | | | (991 75) |
| CORIXA CORP | 08/01/03 | 11/26/02 | 476 | 3,517 74 | 3,648 30 | | | | | (130 56) |
| PDF SOLUTIONS INC | 08/04/03 | 12/08/95 | 3,000 | 38,183 71 | 1,800 00 | | 36,383 71 | | | |
| PDF SOLUTIONS INC | 08/04/03 | 12/08/95 | 2,000 | 25,388 80 | 1,200 00 | | 24,188 80 | | | |
| PDF SOLUTIONS INC | 08/06/03 | 12/03/95 | 2,500 | 31,223 53 | 1,500 00 | | 29,723 53 | | | |
| PDF SOLUTIONS INC | 08/06/03 | 12/08/95 | 2,500 | 30,594 06 | 1,500 00 | | 29,094 06 | | | |
| PDF SOLUTIONS INC | 08/07/03 | 12/08/95 | 2,500 | 31,473 51 | 1,500 00 | | 29,973 51 | | | |
| PDF SOLUTIONS INC | 08/07/03 | 12/08/95 | 2,500 | 31,119 04 | 1,500 00 | | 29,619 04 | | | |
| TRANSCEND SVCS INC | 08/14/03 | 03/20/95 | 2,500 | 7,445 15 | 2,231 01 | | 5,214 14 | | | |
| TRANSCEND SVCS INC | 08/14/03 | 03/20/95 | 100 | 295 98 | 89 24 | | 206 74 | | | |
| TRANSCEND SVCS INC | 08/18/03 | 03/20/95 | 200 | 587 47 | 178 48 | - | 408 99 | | | |
| ADVANCED FIBRE COMMUNICTNS | 08/21/03 | 07/26/95 | 500 | 10,383 12 | 295 00 | | 10,088 12 | | | |
| TRANSCEND SVCS INC | 08/22/03 | 03/20/95 | 2,200 | 6,771 17 | 1,963 29 | | 4,807 88 | | | |
| PDF SOLUTIONS INC | 08/29/03 | 12/08/95 | 2,000 | 24,081 36 | 1,200 00 | | 22,881 36 | | | |
| CERUS CORP COM | 09/08/03 | 06/04/02 | 5,000 | 26,528 74 | 194,286 50 | | | | (167,757 76) | |
| PDF SOLUTIONS INC | 09/30/03 | 12/08/95 | 1,500 | 17,323 44 | 900 00 | | 16,423 44 | | | |
| PDF SOLUTIONS INC | 09/30/03 | 12/08/95 | 500 | 5,774 43 | 300 00 | | 5,474 43 | | | |
| PDF SOLUTIONS INC | 09/30/03 | 12/08/95 | 500 | 5,819 93 | 300 00 | | 5,519 93 | | | |
| PDF SOLUTIONS INC | 09/30/03 | 12/08/95 | 2,500 | 28,747 40 | 1,500 00 | | 27,247 40 | | | |
| PDF SOLUTIONS INC | 10/01/03 | 12/08/95 | 2,500 | 28,669 15 | 1,500 00 | | 27,169 15 | | | |
| PDF SOLUTIONS INC | 10/01/03 | 12/08/95 | 2,500 | 29,373 62 | 1,500 00 | | 27,873 62 | | | |
| PDF SOLUTIONS INC | 10/01/03 | 12/08/95 | 2,500 | 29,873 59 | 1,500 00 | | 28,373 59 | | | |
| PDF SOLUTIONS INC | 10/02/03 | 12/08/95 | 2,500 | 31,369 03 | 1,500 00 | | 29,869 03 | | | |
| PDF SOLUTIONS INC | 10/02/03 | 12/08/95 | 2,500 | 29,873 60 | 1,500 00 | | 28,373 60 | | | |
| PDF SOLUTIONS INC | 10/02/03 | 12/08/95 | 2,500 | 30,323 56 | 1,500 00 | | 28,823 56 | | | |
| PDF SOLUTIONS INC | 10/14/03 | 12/08/95 | 100 | 1,396 37 | 80 00 | | 1,316 37 | | | |
| PDF SOLUTIONS INC | 10/15/03 | 12/08/95 | 2,400 | 33,616 48 | 1,440 00 | | 32,176 48 | | | |
| PDF SOLUTIONS INC | 10/21/03 | 12/08/95 | 1,400 | 19,697 07 | 840 00 | | 18,857 07 | | | |
| PDF SOLUTIONS INC | 10/21/03 | 12/08/95 | 2,500 | 35,017 36 | 1,500 00 | | 33,517 36 | | | |
| PDF SOLUTIONS INC | 11/07/03 | 12/08/95 | 1,812 | 24,545 86 | 1,087 20 | | 23,458 66 | | | |
| PDF SOLUTIONS INC | 11/10/03 | 12/08/95 | 100 | 1,350 37 | 60 00 | | 1,290 37 | | | |
| PDF SOLUTIONS INC | 11/11/03 | 12/08/95 | 588 | 7,962 17 | 352 80 | | 7,609 37 | | | |
| CALL ORACLE CORP-$10 EXP 01/17/04 | 01/08/04 | 05/07/03 | 50 | 18,743 11 | | 16,802 68 | 1,940 43 | | | |
| | | | | 1,042,022 24 | 1,025,375 02 | 16,802 68 | 565,983 31 | 5,192 93 | (566,692 91) | (4,638 79) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION OF PDF SOLUTIONS | 1/8/2004 | 12/8/1995 | 1,011 | 14,273 25 | 0 00 | | 14,273 25 | | | |
| HORIZON EARNOUT | 2/19/2004 | 12/20/99 | | 37,057 20 | 0 00 | | 37,057 20 | | | |
| EVOLVE SOFTWARE, INC | 6/30/2004 | VARIOUS | 222 | 0 00 | (5,028 11) | | 5,028 11 | | | |
| INTRASPECT SOFTWARE CORP | 12/10/2003 | VARIOUS | 197,568 | 120,591 01 | 224,911 83 | | | | (104,320 82) | |
| SOFTACE, INC | 4/20/2004 | VARIOUS | 398,968 | 127,797 16 | 390,566 47 | | | | (262,769 31) | |
| NOVACEPT | 4/5/2004 | VARIOUS | 15,402 | 162,977 93 | 129,089 00 | | 33,888 93 | | | |
| IREADY CORPORATION | 6/30/2004 | VARIOUS | 219,986 | 0 00 | 299,001 21 | | | | (299,001 21) | |
| TELOQUENT COMMUNICATIONS CORP | 6/30/2004 | VARIOUS | 42,178 | 0 00 | 83,266 00 | | | | (83,266 00) | |
| AISYS, LTD - CASH IN LIEU | 7/7/2003 | VARIOUS | | 2 00 | 0 00 | | 2 00 | | | |
| CALL CONNECT COMMUNICATIONS | 7/28/2003 | VARIOUS | 207,499 | 1 00 | 327,499 90 | | | | (327,498 90) | |
| FRIENDLY ROBOTICS - CASH IN LIEU | 7/28/2003 | VARIOUS | | 1 00 | 0 00 | | 1 00 | | | |
| LUMINOUS NETWORKS - CASH IN LIEU | 7/31/2003 | 4/5/2000 | | 1 00 | 0 00 | | 1 00 | | | |
| TOTAL SALES FROM DIRECT | | | | 452,701 55 | 1,449,306 30 | 0 00 | 90,251 49 | 0 00 | (1,076,856 24) | 0 00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES THROUGH INVESTMENT IN PARTNERSHIPS | | | | | | | | | (690,274 00) | (23,138 00) |
| WRITE-OFF WORTHLESS IREADY NOTE (NONBUSINESS BAD DEBT) | | | | | | | | | | (139,653 00) |
| WRITE-OFF WORTHLESS IREADY NOTE (NONBUSINESS BAD DEBT) | | | | | | | | | | (73,868 76) |
| TOTALS | | | | 1,504,723 79 | 2,474,681 32 | 16,802 68 | 656,234 80 | 5,192 93 | (2,333,823 15) | (241,298 55) |

TOTAL SHORT TERM CAPITAL LOSS    (236,105 62)
TOTAL LONG TERM CAPITAL LOSS    (1,677,588 35)

(1,913,693 97)

H:\54070\Capital Gains 6-30-04\PF990

**STATEMENT A**

THE RICHARD M. LUCAS FOUNDATION
FEDERAL ID: 94-2781117
CALIFORNIA ID: D-1090405
ATTACHMENT REG. SECTION 53.4942(a)-3(b)(7)(ii) FOR AMOUNTS SET ASIDE UNDER CASH
DISTRIBUTION TEST

<u>FOR THE YEAR ENDING 6/30/04</u>

DISTRIBUTABLE AMOUNTS DETERMINED UNDER IRC SECTION 4942(d) FOR PAST START-UP
AND FULL-PAYMENT PERIODS ARE AS FOLLOWS:

| YEAR | DISTRIBUTABLE AMOUNT UNDER SECTION. 4942(d) | CASH PAYMENTS FOR PURPOSES OF SECT. 170(c)(1) OR (2)(B) |
|------|---------------------------------------------|--------------------------------------------------------|
| Start-Up Period | | |
| 6/30/82 | $ 7,010 | $ 50,000 |
| 6/30/83 | 96,567 | 100,000 |
| 6/30/84 | 113,817 | 152,958 |
| 6/30/85 | 116,135 | 100,000 |
| 6/30/86 | 156,716 | 257,042 |
| Full Payment Period | | |
| 6/30/87 | 244,659 | 321,235 |
| 6/30/88 | 261,873 | 600,000 |
| 6/30/89 | 286,184 | 1,055,000 |
| 6/30/90 | 314,545 | 515,000 |
| 6/30/91 | 313,495 | 427,077 |
| 6/30/92 | 346,818 | 1,666,227 |
| 6/30/93 | 266,164 | 1,046,083 |
| 6/30/94 | 333,336 | 1,235,000 |
| 6/30/95 | 394,966 | 1,205,000 |
| 6/30/96 | 603,930 | 1,450,000 |
| 6/30/97 | 838,070 | 2,870,000 |
| 6/30/98 | 999,090 | 2,055,908 |
| 6/30/99 | 892,136 | 908,188 |
| 6/30/00 | 1,127,254 | 1,182,500 |
| 6/30/01 | 1,234,939 | 1,408,333 |
| 6/30/02 | 880,662 | 1,236,500 |
| 6/30/03 | 490,357 | 1,104,500 |

# EXHIBIT 5

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Nonexempt Charitable Trust
### Treated as a Private Foundation
Note: *The organization may be able to use a copy of this return to satisfy state reporting requirements.*

OMB No 1545-0052

**2004**

For calendar year 2004, or tax year beginning **JUL 1, 2004**, and ending **JUN 30, 2005**

G Check all that apply: ☐ Initial return ☐ Final return ☐ Amended return ☐ Address change ☐ Name change

| | |
|---|---|
| Use the IRS label. Otherwise, print or type. See Specific Instructions | Name of organization **THE RICHARD M. LUCAS FOUNDATION** |
| | Number and street (or P O box number if mail is not delivered to street address) **3000 SAND HILL ROAD, BLDG. 3**  Room/suite **210** |
| | City or town, state, and ZIP code **MENLO PARK, CA  94025** |

A Employer identification number
**94-2781117**

B Telephone number
**(650)854-4223**

C If exemption application is pending, check here ▶ ☐
D 1. Foreign organizations, check here ▶ ☐
  2. Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐
E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐
F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

H Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

I Fair market value of all assets at end of year *(from Part II, col. (c), line 16)*
▶ $ **8,200,767.**

J Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
*(Part I, column (d) must be on cash basis.)*

## Part I — Analysis of Revenue and Expenses
(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received | 9,750. | N/A | | |
| 2 | Check ▶ ☐ if the foundation is not required to attach Sch B | | | | |
| 3 | Interest on savings and temporary cash investments | 3,557. | 3,557. | | STATEMENT 2 |
| 4 | Dividends and interest from securities | 5,502. | 5,502. | | STATEMENT 3 |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | -48,077. | | | STATEMENT 1 |
| b | Gross sales price for all assets on line 6a  617,969. | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 0. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less  Cost of goods sold | | | | |
| c | Gross profit or (loss) | | | | |
| 11 | Other income | 664. | 664. | | STATEMENT 4 |
| 12 | Total. Add lines 1 through 11 | ~~28,610~~ 9,723. | | | |
| 13 | Compensation of officers, directors, trustees, etc | 55,000. | 55,000. | | 0. |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | 238,530. | 238,530. | | 0. |
| 16a | Legal fees  STMT 5 | 4,911. | 2,456. | | 0. |
| b | Accounting fees  STMT 6 | 18,030. | 9,480. | | 0. |
| c | Other professional fees | | | | |
| 17 | Interest | | | | |
| 18 | Taxes | | | | |
| 19 | Depreciation and depletion | 6,122. | 6,122. | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | 82,224. | 82,224. | | 0. |
| 22 | Printing and publications | | | | |
| 23 | Other expenses  STMT 7 | 159,708. | 156,244. | | 0. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 563,455. | 548,056. | | 0. |
| 25 | Contributions, gifts, grants paid | 8,078. | | | 8,078. |
| 26 | Total expenses and disbursements Add lines 24 and 25 | 571,533. | 548,056. | | 8,078. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | -600,137. | | | |
| b | Net investment income (if negative, enter -0-) | | 0. | | |
| c | Adjusted net income (if negative, enter -0-) | | | N/A | |

*(Stamp overlaid: RECEIVED NOV 1 2005  OGDEN, UT)*

*(Vertical text in left margin: SCANNED NOV 23 2005)*

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

423501 01-03-05

Form **990-PF** (2004)

1

13291107 700149 54070-MG     2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)    THE RICHARD M. LUCAS FOUNDATION    94-2781117    Page 2

| Part II | Balance Sheets | Attached schedules and amounts in the description column should be for end-of-year amounts only | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|---|
| | 1 Cash - non-interest-bearing | | | | |
| | 2 Savings and temporary cash investments | | 330,287. | 60,063. | 60,063. |
| | 3 Accounts receivable ▶ 461. | | | | |
| | Less: allowance for doubtful accounts ▶ | | 76,607. | 461. | 461. |
| | 4 Pledges receivable ▶ | | | | |
| | Less: allowance for doubtful accounts ▶ | | | | |
| | 5 Grants receivable | | | | |
| | 6 Receivables due from officers, directors, trustees, and other disqualified persons | | | | |
| | 7 Other notes and loans receivable ▶ 14,668. | | | | |
| | Less: allowance for doubtful accounts ▶ | | 33,762. | 14,668. | 14,668. |
| Assets | 8 Inventories for sale or use | | | | |
| | 9 Prepaid expenses and deferred charges | | | 15,829. | 15,829. |
| | 10a Investments - U.S. and state government obligations | | | | |
| | b Investments - corporate stock   STMT 10 | | 4,895,112. | 5,589,497. | 6,042,087. |
| | c Investments - corporate bonds | | | | |
| | 11 Investments - land, buildings, and equipment basis ▶ | | | | |
| | Less accumulated depreciation ▶ | | | | |
| | 12 Investments - mortgage loans | | | | |
| | 13 Investments - other   STMT 11 | | 2,703,729. | 2,477,902. | 2,053,816. |
| | 14 Land, buildings, and equipment basis ▶ 26,951. | | | | |
| | Less accumulated depreciation ▶ 13,108. | | 13,811. | 13,843. | 13,843. |
| | 15 Other assets (describe ▶ STATEMENT 12) | | 16,000. | 0. | 0. |
| | 16 Total assets (to be completed by all filers) | | 8,069,308. | 8,172,263. | 8,200,767. |
| | 17 Accounts payable and accrued expenses | | | | |
| | 18 Grants payable | | | | |
| | 19 Deferred revenue | | | | |
| Liabilities | 20 Loans from officers, directors, trustees, and other disqualified persons | | | | |
| | 21 Mortgages and other notes payable | | | | |
| | 22 Other liabilities (describe ▶ STATEMENT 13) | | 171,814. | 89,580. | |
| | 23 Total liabilities (add lines 17 through 22) | | 171,814. | 89,580. | |
| | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 24 through 26 and lines 30 and 31. | | | | |
| | 24 Unrestricted | | 7,897,494. | 8,082,683. | |
| | 25 Temporarily restricted | | | | |
| Net Assets or Fund Balances | 26 Permanently restricted | | | | |
| | Organizations that do not follow SFAS 117, check here ▶ [ ] and complete lines 27 through 31. | | | | |
| | 27 Capital stock, trust principal, or current funds | | | | |
| | 28 Paid-in or capital surplus, or land, bldg., and equipment fund | | | | |
| | 29 Retained earnings, accumulated income, endowment, or other funds | | | | |
| | 30 Total net assets or fund balances | | 7,897,494. | 8,082,683. | |
| | 31 Total liabilities and net assets/fund balances | | 8,069,308. | 8,172,263. | |

| Part III | Analysis of Changes in Net Assets or Fund Balances |
|---|---|

| | | | |
|---|---|---|---|
| 1 Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | | 1 | 7,897,494. |
| 2 Enter amount from Part I, line 27a | | 2 | -600,137. |
| 3 Other increases not included in line 2 (itemize) ▶ SEE STATEMENT 9 | | 3 | 785,469. |
| 4 Add lines 1, 2, and 3 | | 4 | 8,082,826. |
| 5 Decreases not included in line 2 (itemize) ▶ BOOK/TAX ADJUSTMENTS | | 5 | 143. |
| 6 Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | | 6 | 8,082,683. |

423511
01-03-05

Form 990-PF (2004)

2

13291107 700149 54070-MG    2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)  THE RICHARD M. LUCAS FOUNDATION  94-2781117  Page 3

| Part IV | Capital Gains and Losses for Tax on Investment Income | | | |
|---|---|---|---|---|
| | **(a)** List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | **(b)** How acquired<br>P - Purchase<br>D - Donation | **(c)** Date acquired<br>(mo., day, yr.) | **(d)** Date sold<br>(mo., day, yr.) |
| 1a | SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| b | SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| c | SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| d | SEE STATEMENT A ATTACHED | P | VARIOUS | VARIOUS |
| e | DISPOSAL OF FIXED ASSETS | P | VARIOUS | VARIOUS |

| | **(e)** Gross sales price | **(f)** Depreciation allowed (or allowable) | **(g)** Cost or other basis plus expense of sale | **(h)** Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | 33,695. | | 60,073. | -26,378. |
| b | 584,274. | | 340,919. | 243,355. |
| c | | | 245,707. | -245,707. |
| d | | | 17,807. | -17,807. |
| e | | | 1,540. | -1,540. |

| | Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69 | | | |
|---|---|---|---|---|
| | **(i)** F.M.V. as of 12/31/69 | **(j)** Adjusted basis as of 12/31/69 | **(k)** Excess of col. (i) over col. (j), if any | **(l)** Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
| a | | | | -26,378. |
| b | | | | 243,355. |
| c | | | | -245,707. |
| d | | | | -17,807. |
| e | | | | -1,540. |

2 Capital gain net income or (net capital loss).  { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 }  | 2 | -48,077.

3 Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):
If gain, also enter in Part I, line 8, column (c).
If (loss), enter -0- in Part I, line 8  } 3  N/A

| Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income |
|---|---|

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period?  ☐ Yes  ☒ No
If "Yes," the organization does not qualify under section 4940(e). Do not complete this part.

1 Enter the appropriate amount in each column for each year; see instructions before making any entries.

| **(a)** Base period years Calendar year (or tax year beginning in) | **(b)** Adjusted qualifying distributions | **(c)** Net value of noncharitable-use assets | **(d)** Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2003 | 229,667. | 7,813,551. | .0293934 |
| 2002 | 254,500. | 9,807,134. | .0259505 |
| 2001 | 136,500. | 17,612,438. | .0077502 |
| 2000 | 300,000. | 26,909,731. | .0111484 |
| 1999 | 2,973,024. | 23,567,913. | .1261471 |

| | | | |
|---|---|---|---|
| 2 | Total of line 1, column (d) | 2 | .2003896 |
| 3 | Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years | 3 | .0400779 |
| 4 | Enter the net value of noncharitable-use assets for 2004 from Part X, line 5 | 4 | 7,678,589. |
| 5 | Multiply line 4 by line 3 | 5 | 307,742. |
| 6 | Enter 1% of net investment income (1% of Part I, line 27b) | 6 | 0. |
| 7 | Add lines 5 and 6 | 7 | 307,742. |
| 8 | Enter qualifying distributions from Part XII, line 4 | 8 | 8,078. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate.
See the Part VI instructions.

423521/01-03-05

Form **990-PF** (2004)

13291107 700149 54070-MG    2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)      THE RICHARD M. LUCAS FOUNDATION                    94-2781117          Page 4

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see instructions) |
|---|---|

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter 'N/A' on line 1.
Date of ruling letter: _____ (attach copy of ruling letter if necessary-see instructions)

**b** Domestic organizations that meet the section 4940(e) requirements in Part V, check here ▶ ☐ and enter 1% } **1** | **0.**
of Part I, line 27b.

**c** All other domestic organizations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)

**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) **2** | **0.**

**3** Add lines 1 and 2 **3** | **0.**

**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) **4** | **0.**

**5** Tax based on investment income. Subtract line 4 from line 3. If zero or less, enter -0- **5** | **0.**

**6** Credits/Payments:

| **a** 2004 estimated tax payments and 2003 overpayment credited to 2004 | 6a | 4,700. | | |
| **b** Exempt foreign organizations - tax withheld at source | 6b | | | |
| **c** Tax paid with application for extension of time to file (Form 8868) | 6c | | | |
| **d** Backup withholding erroneously withheld | 6d | | | |

**7** Total credits and payments. Add lines 6a through 6d **7** | **4,700.**

**8** Enter any penalty for underpayment of estimated tax. Check here ☐ if Form 2220 is attached **8**

**9** Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed ▶ **9**

**10** Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid ▶ **10** | **4,700.**

**11** Enter the amount of line 10 to be: Credited to 2005 estimated tax ▶ 4,700. Refunded ▶ **11** | **0.**

| Part VII-A | Statements Regarding Activities |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1a** During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | 1a | | X |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see instructions for definition)? | 1b | | X |
| If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities. | | | |
| **c** Did the organization file Form 1120-POL for this year? | 1c | | X |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| (1) On the organization. ▶ $ 0. (2) On organization managers. ▶ $ 0. | | | |
| **e** Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers. ▶ $ 0. | | | |
| **2** Has the organization engaged in any activities that have not previously been reported to the IRS? | 2 | | X |
| If "Yes," attach a detailed description of the activities | | | |
| **3** Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If "Yes," attach a conformed copy of the changes | 3 | | X |
| **4a** Did the organization have unrelated business gross income of $1,000 or more during the year? | 4a | | X |
| **b** If "Yes," has it filed a tax return on Form 990-T for this year?  N/A | 4b | | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year? | 5 | | X |
| If "Yes," attach the statement required by General Instruction T | | | |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 6 | X | |
| **7** Did the organization have at least $5,000 in assets at any time during the year? | 7 | X | |
| If "Yes," complete Part II, col. (c), and Part XV | | | |
| **8a** Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ | | | |
| CALIFORNIA | | | |
| **b** If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? If "No," attach explanation | 8b | X | |
| **9** Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2004 or the taxable year beginning in 2004 (see instructions for Part XIV)? If "Yes," complete Part XIV | 9 | | X |
| **10** Did any persons become substantial contributors during the tax year? If "Yes," attach a schedule listing their names and addresses | 10 | | X |
| **11** Did the organization comply with the public inspection requirements for its annual returns and exemption application? | 11 | X | |
| Web site address ▶ N/A | | | |
| **12** The books are in care of ▶ MELISSA L. FINDLEY      Telephone no. ▶ (650) 854-4223 | | | |
| Located at ▶ 3000 SANDHILL RD., BLDG 3, #210, MENLO PARK, CA   ZIP+4 ▶94025 | | | |
| **13** Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041 - Check here ▶ ☐ | | | |
| and enter the amount of tax-exempt interest received or accrued during the year ▶ | 13 | N/A | |

423531
01-03-05

4

Form 990-PF (2004)

Form 990-PF (2004)   THE RICHARD M. LUCAS FOUNDATION   94-2781117   Page 5

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required | | | Yes | No |
|---|---|---|---|---|---|

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.

**1a** During the year did the organization (either directly or indirectly):

(1) Engage in the sale or exchange, or leasing of property with a disqualified person? ☐ Yes ☒ No

(2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from)
a disqualified person? ☐ Yes ☒ No

(3) Furnish goods, services, or facilities to (or accept them from) a disqualified person? ☒ Yes ☐ No

(4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ☒ Yes ☐ No

(5) Transfer any income or assets to a disqualified person (or make any of either available
for the benefit or use of a disqualified person)? ☐ Yes ☒ No

(6) Agree to pay money or property to a government official? (Exception. Check "No"
if the organization agreed to make a grant to or to employ the official for a period after
termination of government service, if terminating within 90 days.) ☐ Yes ☒ No

**b** If any answer is "Yes" to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations
section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 20 of the instructions)? | | | **1b** | | X
Organizations relying on a current notice regarding disaster assistance check here ▶ ☐

**c** Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected
before the first day of the tax year beginning in 2004? | | | **1c** | | X

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private operating foundation
defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2004, did the organization have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning
before 2004? ☐ Yes ☒ No
If "Yes," list the years ▶ _____ , _____ , _____ , _____

**b** Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2) (relating to incorrect
valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to all years listed, answer "No" and attach
statement - see instructions.) | N/A | | **2b** | |

**c** If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here.
▶ _____ , _____ , _____ , _____ .

**3a** Did the organization hold more than a 2% direct or indirect interest in any business enterprise at any time
during the year? ☐ Yes ☒ No

**b** If "Yes," did it have excess business holdings in 2004 as a result of (1) any purchase by the organization or disqualified persons after
May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose
of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Schedule C,
Form 4720, to determine if the organization had excess business holdings in 2004 ) | N/A | | **3b** | |

**4a** Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? | | | **4a** | | X

**b** Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that
had not been removed from jeopardy before the first day of the tax year beginning in 2004? | | | **4b** | | X

**5a** During the year did the organization pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly,
any voter registration drive? ☐ Yes ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described in section
509(a)(1), (2), or (3), or section 4940(d)(2)? ☐ Yes ☒ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for
the prevention of cruelty to children or animals? ☐ Yes ☒ No

**b** If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations
section 53.4945 or in a current notice regarding disaster assistance (see instructions)? | N/A | | **5b** | |
Organizations relying on a current notice regarding disaster assistance check here ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the organization claim exemption from the tax because it maintained
expenditure responsibility for the grant? N/A ☐ Yes ☐ No
If "Yes," attach the statement required by Regulations section 53.4945-5(d).

**6a** Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on
a personal benefit contract? ☐ Yes ☒ No

**b** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | | **6b** | | X
If you answered "Yes" to 6b, also file Form 8870

Form **990-PF** (2004)

423541
01-03-05

5

13291107 700149 54070-MG        2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

THE RICHARD M. LUCAS FOUNDATION                     94-2781117

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors | | | | Page 6 |

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| SEE STATEMENT 14 | | 55,000. | 236,530. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title, and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |

Total number of other employees paid over $50,000 ► 0

**3** Five highest-paid independent contractors for professional services. If none, enter "NONE."

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |

Total number of others receiving over $50,000 for professional services ► 0

| Part IX-A | Summary of Direct Charitable Activities |

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses

1 STANFORD SPECTROSCOPY CENTER

2

3

4

423551
01-03-05

Form **990-PF** (2004)

6

13291107 700149 54070-MG        2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)   THE RICHARD M. LUCAS FOUNDATION                94-2781117    Page 7

## Part IX-B  Summary of Program-Related Investments

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1 N/A | |
| | |
| 2 | |
| | |
| | |
| All other program-related investments. See instructions. | |
| 3 | |
| | |
| Total. Add lines 1 through 3    ▶ | 0. |

## Part X   Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities | 1a | 7,576,549. |
| b | Average of monthly cash balances | 1b | 190,001. |
| c | Fair market value of all other assets | 1c | 28,972. |
| d | Total (add lines 1a, b, and c) | 1d | 7,795,522. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) | 1e    0. | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | 0. |
| 3 | Subtract line 2 from line 1d | 3 | 7,795,522. |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see instructions) | 4 | 116,933. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 7,678,589. |
| 6 | Minimum investment return. Enter 5% of line 5 | 6 | 383,929. |

## Part XI   Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | 1 | 383,929. |
| 2a | Tax on investment income for 2004 from Part VI, line 5 | 2a | |
| b | Income tax for 2004. (This does not include the tax from Part VI.) | 2b | |
| c | Add lines 2a and 2b | 2c | 0. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | 3 | 383,929. |
| 4 | Recoveries of amounts treated as qualifying distributions | 4 | 0. |
| 5 | Add lines 3 and 4 | 5 | 383,929. |
| 6 | Deduction from distributable amount (see instructions) | 6 | 0. |
| 7 | Distributable amount as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 | 7 | 383,929. |

## Part XII   Qualifying Distributions (see instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 | 1a | 8,078. |
| b | Program-related investments - total from Part IX-B | 1b | 0. |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) | 3a | |
| b | Cash distribution test (attach the required schedule) | 3b | |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 8,078. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b | 5 | 0. |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 | 6 | 8,078. |

Note:  The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

Form 990-PF (2004)

13291107 700149 54070-MG     2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)      THE RICHARD M. LUCAS FOUNDATION                    94-2781117    Page 8

| Part XIII | Undistributed Income (see instructions) |

| | (a) Corpus | (b) Years prior to 2003 | (c) 2003 | (d) 2004 |
|---|---|---|---|---|
| **1** Distributable amount for 2004 from Part XI, line 7 | | | | 383,929. |
| **2** Undistributed income, if any, as of the end of 2003 | | | | |
| **a** Enter amount for 2003 only | | | 0. | |
| **b** Total for prior years: _____ , _____ , _____ , | | 0. | | |
| **3** Excess distributions carryover, if any, to 2004: | | | | |
| **a** From 1999    1,735,901. | | | | |
| **b** From 2000 | | | | |
| **c** From 2001 | | | | |
| **d** From 2002 | | | | |
| **e** From 2003 | | | | |
| **f** Total of lines 3a through e | 1,735,901. | | | |
| **4** Qualifying distributions for 2004 from Part XII, line 4: ▶ $    8,078. | | | | |
| **a** Applied to 2003, but not more than line 2a | | | 0. | |
| **b** Applied to undistributed income of prior years (Election required - see instructions) | | 0. | | |
| **c** Treated as distributions out of corpus (Election required - see instructions) | 0. | | | |
| **d** Applied to 2004 distributable amount | | | | 8,078. |
| **e** Remaining amount distributed out of corpus | 0. | | | |
| **5** Excess distributions carryover applied to 2004 (If an amount appears in column (d), the same amount must be shown in column (a)) | 375,851. | | | 375,851. |
| **6** Enter the net total of each column as indicated below: | | | | |
| **a** Corpus  Add lines 3f, 4c, and 4e  Subtract line 5 | 1,360,050. | | | |
| **b** Prior years' undistributed income. Subtract line 4b from line 2b | | 0. | | |
| **c** Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | 0. | | |
| **d** Subtract line 6c from line 6b. Taxable amount - see instructions | | 0. | | |
| **e** Undistributed income for 2003. Subtract line 4a from line 2a. Taxable amount - see instr. | | | 0. | |
| **f** Undistributed income for 2004. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2005 | | | | 0. |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) | 0. | | | |
| **8** Excess distributions carryover from 1999 not applied on line 5 or line 7 | 1,360,050. | | | |
| **9** Excess distributions carryover to 2005. Subtract lines 7 and 8 from line 6a | 0. | | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2000 | | | | |
| **b** Excess from 2001 | | | | |
| **c** Excess from 2002 | | | | |
| **d** Excess from 2003 | | | | |
| **e** Excess from 2004 | | | | |

423571
01-03-05

Form **990-PF** (2004)

13291107 700149 54070-MG        2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)   THE RICHARD M. LUCAS FOUNDATION                                94-2781117   Page **9**

| Part XIV | Private Operating Foundations (see instructions and Part VII-A, question 9)   N/A |

**1 a** If the foundation has received a ruling or determination letter that it is a private operating
   foundation, and the ruling is effective for 2004, enter the date of the ruling    ▶
**b** Check box to indicate whether the organization is a private operating foundation described in section   ☐ 4942(j)(3) or   ☐ 4942(j)(5)

| | | Tax year | Prior 3 years | | |
|---|---|---|---|---|---|
| | | (a) 2004 | (b) 2003 | (c) 2002 | (d) 2001 | (e) Total |
| **2 a** | Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed | | | | | |
| **b** | 85% of line 2a | | | | | |
| **c** | Qualifying distributions from Part XII, line 4 for each year listed | | | | | |
| **d** | Amounts included in line 2c not used directly for active conduct of exempt activities | | | | | |
| **e** | Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | | | | | |
| **3** | Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** | "Assets" alternative test - enter: | | | | | |
| | (1) Value of all assets | | | | | |
| | (2) Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** | "Endowment" alternative test - enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed | | | | | |
| **c** | "Support" alternative test - enter: | | | | | |
| | (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | | |
| | (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | |
| | (3) Largest amount of support from an exempt organization | | | | | |
| | (4) Gross investment income | | | | | |

| Part XV | Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year-see page 26 of the instructions.) |

**1   Information Regarding Foundation Managers:**
**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax
   year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or
   other entity) of which the foundation has a 10% or greater interest.

NONE

**2   Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**
   Check here ▶ ☒ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If
   the organization makes gifts, grants, etc. (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a** The name, address, and telephone number of the person to whom applications should be addressed:

**b** The form in which applications should be submitted and information and materials they should include:

**c** Any submission deadlines:

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

13291107 700149 54070-MG          2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)   THE RICHARD M. LUCAS FOUNDATION   94-2781117   Page 10

| Part XV | Supplementary Information (continued) |

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient — Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** Paid during the year | | | | |
| STANFORD SPECTROSCOPY CENTER | NONE | TAX EXEMPT | MEDICAL RESEARCH | 8,078. |
| **Total** | | | ▶ 3a | 8,078. |
| **b** Approved for future payment | | | | |
| STANFORD SPECTROSCOPY CENTER | NONE | TAX EXEMPT | MEDICAL RESEARCH | 1,546,922. |
| **Total** | | | ▶ 3b | 1,546,922. |

423601/01-03-05   Form 990-PF (2004)

10

13291107 700149 54070-MG    2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)    THE RICHARD M. LUCAS FOUNDATION                94-2781117   Page 11

### Part XVI-A   Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated. | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | (e) Related or exempt function income |
|---|---|---|---|---|---|
| 1 Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 3,557. | |
| 4 Dividends and interest from securities | | | 14 | 5,502. | |
| 5 Net rental income or (loss) from real estate: | | | | | |
| a Debt-financed property | | | | | |
| b Not debt-financed property | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income | | | 14 | 664. | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 14 | -48,077. | |
| 9 Net income or (loss) from special events | | | | | |
| 10 Gross profit or (loss) from sales of inventory | | | | | |
| 11 Other revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 12 Subtotal. Add columns (b), (d), and (e) | | 0. | | -38,354. | 0. |
| 13 Total. Add line 12, columns (b), (d), and (e) | | | | 13 | -38,354. |

(See worksheet in line 13 instructions to verify calculations.)

### Part XVI-B   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | N/A |

423611 01-03-05

Form 990-PF (2004)

11

13291107 700149 54070-MG       2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Form 990-PF (2004)       THE RICHARD M. LUCAS FOUNDATION                94-2781117    Page 12

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | |
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| | (1) Cash | **1a(1)** | X |
| | (2) Other assets | **1a(2)** | X |
| b | Other transactions: | | |
| | (1) Sales of assets to a noncharitable exempt organization | **1b(1)** | X |
| | (2) Purchases of assets from a noncharitable exempt organization | **1b(2)** | X |
| | (3) Rental of facilities, equipment, or other assets | **1b(3)** | X |
| | (4) Reimbursement arrangements | **1b(4)** | X |
| | (5) Loans or loan guarantees | **1b(5)** | X |
| | (6) Performance of services or membership or fundraising solicitations | **1b(6)** | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | **1c** | X |

d  If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | N/A | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?     ☐ Yes   ☒ No

b  If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | N/A | |
| | | |
| | | |

ng schedules and statements, and to the best of my knowledge and belief, it is true, correct,
mation of which preparer has any knowledge

# Schedule B
**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

## Schedule of Contributors
Supplementary Information for
line 1 of Form 990, 990-EZ, and 990-PF (see instructions)

OMB No 1545-0047

# 2004

**Name of organization**

THE RICHARD M. LUCAS FOUNDATION

**Employer identification number**

94-2781117

Organization type (check one)

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | ☐ 501(c)( ) (enter number) organization |
| | ☐ 4947(a)(1) nonexempt charitable trust not treated as a private foundation |
| | ☐ 527 political organization |
| Form 990-PF | ☒ 501(c)(3) exempt private foundation |
| | ☐ 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | ☐ 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule**. (**Note:** *Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule-see instructions.*)

**General Rule-**

☒ For organizations filing Form 990, 990-EZ, or 990-PF that received, during the year, $5,000 or more (in money or property) from any one contributor. (Complete Parts I and II.)

**Special Rules-**

☐ For a section 501(c)(3) organization filing Form 990, or Form 990-EZ, that met the 33 1/3% support test of the regulations under sections 509(a)(1)/170(b)(1)(A)(vi) and received from any one contributor, during the year, a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms (Complete Parts I and II.)

☐ For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, aggregate contributions or bequests of more than $1,000 for use *exclusively* for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals. (Complete Parts I, II, and III )

☐ For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, some contributions for use *exclusively* for religious, charitable, etc., purposes, but these contributions did not aggregate to more than $1,000. (If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Do not complete any of the Parts unless the **General Rule** applies to this organization because it received nonexclusively religious, charitable, etc , contributions of $5,000 or more during the year.) ▶ $ _____

**Caution:** *Organizations that are not covered by the General Rule and/or the Special Rules do not file Schedule B (Form 990, 990-EZ, or 990-PF), but they must check the box in the heading of their Form 990, Form 990-EZ, or on line 2 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).*

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990, Form 990-EZ, and Form 990-PF.**

Schedule B (Form 990, 990-EZ, or 990-PF) (2004)

423451 11-24-04

13291107 700149 54070-MG        2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Schedule B (Form 990, 990-EZ, or 990-PF) (2004)                                          Page __1__ of __1__ of Part I

| Name of organization | Employer identification number |
|---|---|
| THE RICHARD M. LUCAS FOUNDATION | 94-2781117 |

**Part I**   Contributors (See Specific Instructions.)

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | MR. & MRS. GERALD DOWN<br><br>578 CRESTA VISTA LANE<br><br>PORTOLA VALLEY, CA 94028 | $ 9,750. | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II if there is a noncash contribution) |

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| ____ | | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution) |

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| ____ | | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| ____ | | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| ____ | | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| ____ | | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |

423452 11-24-04                                          Schedule B (Form 990, 990-EZ, or 990-PF) (2004)

13291107 700149 54070-MG        2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

Schedule B (Form 990, 990-EZ, or 990-PF) (2004)

| Name of organization | Employer identification number |
|---|---|
| THE RICHARD M. LUCAS FOUNDATION | 94-2781117 |

**Part II**  Noncash Property (See Specific Instructions )

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| 1 | 600 SHARS OF ADVANCED FIBRE COMMUNICATIONS, INC. | $ 9,750. | 09/09/04 |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

423453  11-24-04

Schedule B (Form 990, 990-EZ, or 990-PF) (2004)

13291107 700149 54070-MG      2004.05080 THE RICHARD M. LUCAS FOUNDA 54070-M1

RICHARD M LUCAS FOUNDATION
F.E.I N : 94-2781117
CAPITAL GAIN/LOSS SCHEDULE
7/1/04-6/30/05

| DESCRIPTION | DATE SOLD/ COVERED | DATE ACQUIRED/ SOLD SHOR | # OF SHARES | SELLING PRICE | BASIS / SHORT SALE LONGS | GAIN L/T | LOSS L/T | LOSS S/T |
|---|---|---|---|---|---|---|---|---|
| ALLIANCE HEALTHCARD INC | 08/23/04 | | 1,000 | 995 47 | 1,500.00 | | (504.53) | |
| ALLIANCE HEALTHCARD INC | 08/25/04 | | 32,333 | 30,410 41 | 48,499 50 | | (18,089 09) | |
| ADVANCED FIBRE COMMUNICATION! | 09/09/04 | 07/26/95 | 600 | 9,441.66 | 354 00 | 9,087.66 | | |
| PDF SOLUTIONS INC | 09/17/04 | 12/08/95 | 2,500 | 27,744.85 | 1,500.00 | 26,244.85 | | |
| PDF SOLUTIONS INC | 09/17/04 | 12/08/95 | 1,500 | 18,314.81 | 900.00 | 17,414 81 | | |
| PDF SOLUTIONS INC | 09/29/04 | 12/08/95 | 2,000 | 24,419.43 | 1,200.00 | 23,219 43 | | |
| PDF SOLUTIONS INC | 09/29/04 | 12/08/95 | 1,500 | 18,010.08 | 900.00 | 17,110.08 | | |
| PDF SOLUTIONS INC | 09/29/04 | 12/08/95 | 2,000 | 23,819.43 | 1,200.00 | 22,619.43 | | |
| VIGNETTE CORP | 09/29/04 | 12/10/03 | 20,814 | 26,428.75 | 47,247.78 | | | (20,819 03) |
| PDF SOLUTIONS INC | 10/05/04 | 12/08/95 | 1,500 | 19,600.04 | 900.00 | 18,700.04 | | |
| PDF SOLUTIONS INC | 10/18/04 | 12/08/95 | 1,500 | 19,121.04 | 900.00 | 18,221 04 | | |
| PDF SOLUTIONS INC | 11/24/04 | 12/08/95 | 1,000 | 13,116.19 | 600.00 | 12,516.19 | | |
| PDF SOLUTIONS INC | 12/02/04 | 12/08/95 | 1,500 | 21,010 00 | 900.00 | 20,110.00 | | |
| PDF SOLUTIONS INC | 12/07/04 | 12/08/95 | 1,500 | 22,584.91 | 900.00 | 21,684.91 | | |
| PDF SOLUTIONS INC | 12/13/04 | 12/08/95 | 811 | 12,573 81 | 486 60 | 12,087.21 | | |
| VIGNETTE CORP | 01/03/05 | 12/10/03 | 5,203 | 8,915.32 | 11,813 08 | | | (4,897.76) |
| PREVIEW SYSTEMS | | 02/24/05 VARIOUS | | 5,283,19 | 0.00 | 5,283.19 | | |
| PDF SOLUTIONS INC | 04/08/05 | 12/08/95 | 2,341 | 32,374 67 | 1,404.60 | 30,970.07 | | |
| PDF SOLUTIONS INC | 04/08/05 | 12/08/95 | 159 | 2,202.33 | 95 40 | 2,106 93 | | |
| PDF SOLUTIONS INC | 04/22/05 | 12/08/95 | 5,600 | 75,022.84 | 3,360.00 | 71,662 84 | | |
| PDF SOLUTIONS INC | 04/26/05 | 12/08/95 | 5,100 | 66,876.65 | 3,060.00 | 63,816.65 | | |
| PDF SOLUTIONS INC | 04/27/05 | 12/08/95 | 3,500 | 45,878 58 | 2,100.00 | 43,778.58 | | |
| PDF SOLUTIONS INC | 04/29/05 | 12/08/95 | 593 | 7,793.12 | 355 80 | 7,437.32 | | |
| PDF SOLUTIONS INC | 05/05/05 | 12/08/95 | 100 | 1,300 44 | 60.00 | 1,240 44 | | |
| PDF SOLUTIONS INC | 05/06/05 | 12/08/95 | 2,500 | 32,619.13 | 1,500.00 | 31,119.13 | | |
| | | | | 563,857.15 | 131,736.76 | 476,430.80 | (18,593.62) | (25,716 79) |
| | | | | | | | | |
| CIENA CORPORATION | 10/1/2004 | 7/8/02 & 9/29/03 | 508 | 947.31 | 1,427 96 | | (480 65) | |
| CIENA CORPORATION | 10/1/2004 | 12/03, 1/04 & 2/04 | 188 | 350 58 | 454.96 | | | (104.38) |
| NOVACEPT | 10/7/2004 | VARIOUS | | 2,775 51 | 0.00 | 2,775.51 | | |
| IREADY | 10/29/2004 | 3/11/2004 | | | 557.47 | | | (557 47) |
| YY TECHNOLOGIES | 12/16/2004 | 11/9/00 & 4/11/01 | 430,233 | 1 00 | 250,000.28 | | (249,999.28) | |
| AIRSPAN NETWORKS, INC | 12/23/2004 | 1/98, 8/98, 11/98, 11/99 | 8,348 | 19,199.94 | 14,821 52 | 4,378 42 | | |
| LUCENT | 12/28/2004 | | | 1,783 49 | 0.00 | 1,783 49 | | |
| VIGNETTE | 1/3/2005 | | | 68.50 | 0 00 | 68.50 | | |
| DISTRIBUTION OF PDF SOLUTIONS | 1/5/2005 | 12/1/1995 | 1,102 | 15,668 80 | 0.00 | 15,668 80 | | |
| IREADY | 2/22/2005 | | | 3,428.22 | 0.00 | 3,428.22 | | |
| NOVACEPT | 4/25/2005 | VARIOUS | | 7,100 44 | 0.00 | 7,100 44 | | |
| LUCENT | 5/11/2005 | | | 2,587.95 | 0.00 | 2,587.95 | | |
| SOFTFACE, INC. | 6/30/2005 | VARIOUS | | 0 00 | 1,993 86 | | (1,993.86) | |
| | | | | | | | | |
| TOTAL SALE FROM DIRECT | | | | 54,111 74 | 269,256.05 | 37,991.33 | (252,473.79) | (661 85) |
| TOTAL SALES THROUGH INVESTMENT IN PARTNERSHIP | | | | | | | (245,707.00) | (17,807.00) |
| TOTAL | | | | 617,968 89 | 400,992 81 | 514,422.13 | (518,774 41) | (44,185 64) |
| | | | | | | | | |
| TOTAL SHORT TERM CAPITAL LOSS | | | | 33,694 65 | 60,073.29 | | | (26,378.64) |
| TOTAL LONG TERM CAPITAL LOSS | | | | 584,274 24 | 340,919 52 | 243,354.72 | | (17,807 00) |
| PARTNERSHIPS | | | | | | | (245,707.00) | |
| TOTAL | | | | 617,968 89 | 400,992.81 | 243,354 72 | (245,707.00) | (44,185 64) |

STATEMENT A

RICHARD M LUCAS CANCER FOUNDATION
F.E I N 94-2781117
SCHEDULE OF FIXED ASSETS
06/30/05

STATEMENT B

| ASSET DESCRIPTION | DATE ACQUIRED | DEPR'N METHOD | LIFE | DEF BAL @ 06/30/04 | Additions | Deletions | BAL @ 6/30/05 | ACCUMULATED DEPR'N BAL @ 6/30/04 | DEPR'N EXP | CURRENT RETIREMENT | BAL @ 6/30/05 | REMAINING BALANCE over # mos. | LIFE # months | DEPRECIABLE PERIOD # months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | | | | | | | | | |
| FAX MACHINE | 04/12/89 | S/L | 5 | 1,391.00 | | -1,391.00 | 0.00 | 1,391.00 | 0.00 | -1,391.00 | 0.00 | 278 | 60.00 | 12.00 |
| CAR PHONE | 11/09/89 | S/L | 5 | 2,354.00 | | -2,354.00 | 0.00 | 2,354.00 | 0.00 | -2,354.00 | 0.00 | 471 | 60.00 | 12.00 |
| COMPUTERS (3) | 01/26/90 | S/L | 5 | 8,055.68 | | -8,055.68 | 0.00 | 8,055.68 | 0.00 | -8,055.68 | 0.00 | 1,611 | 60.00 | 12.00 |
| PRINTER NETWORK EQUIPMENT | 04/18/90 | S/L | 5 | 824.16 | | -824.16 | 0.00 | 824.16 | 0.00 | -824.16 | 0.00 | 165 | 60.00 | 12.00 |
| COMPUTER (PS) | 06/14/90 | S/L | 5 | 2,110.83 | | -2,110.83 | 0.00 | 2,110.83 | 0.00 | -2,110.83 | 0.00 | 422 | 60.00 | 12.00 |
| COMPUTER UPGRADE | 07/17/90 | S/L | 5 | 4,549.50 | | -4,549.50 | 0.00 | 4,549.50 | 0.00 | -4,549.50 | 0.00 | 910 | 60.00 | 12.00 |
| FAX MACHINE | 07/01/90 | S/L | 5 | 856.93 | | -856.93 | 0.00 | 856.93 | 0.00 | -856.93 | 0.00 | 171 | 60.00 | 12.00 |
| COMPUTER EQUIPMENT | 01/23/91 | S/L | 5 | 3,305.00 | | -3,305.00 | 0.00 | 3,305.00 | 0.00 | -3,305.00 | 0.00 | 661 | 60.00 | 12.00 |
| EQUIPMENT | 07/13/92 | S/L | 5 | 1,144.91 | | -1,144.91 | 0.00 | 1,144.91 | 0.00 | -1,144.91 | 0.00 | 229 | 60.00 | 12.00 |
| EQUIPMENT | 07/20/92 | S/L | 5 | 2,746.61 | | -2,746.61 | 0.00 | 2,746.61 | 0.00 | -2,746.61 | 0.00 | 549 | 60.00 | 12.00 |
| EQUIPMENT | 07/22/92 | S/L | 5 | 385.75 | | -385.75 | 0.00 | 385.75 | 0.00 | -385.75 | 0.00 | 77 | 60.00 | 12.00 |
| EQUIPMENT | 07/30/92 | S/L | 5 | 289.58 | | -289.58 | 0.00 | 289.58 | 0.00 | -289.58 | 0.00 | 58 | 60.00 | 12.00 |
| EQUIPMENT - COMPUTER | 07/24/92 | S/L | 5 | 4,585.06 | | -4,585.06 | 0.00 | 4,585.06 | 0.00 | -4,585.06 | 0.00 | 917 | 60.00 | 12.00 |
| COMPUTER | 07/22/92 | S/L | 5 | 1,050.05 | | -1,050.05 | 0.00 | 1,050.05 | 0.00 | -1,050.05 | 0.00 | 210 | 60.00 | 12.00 |
| COMPUTER PART | 07/13/93 | S/L | 5 | 894.44 | | -894.44 | 0.00 | 894.44 | 0.00 | -894.44 | 0.00 | 179 | 60.00 | 12.00 |
| COMPUTER | 08/29/93 | S/L | 5 | 3,745.88 | | -3,745.88 | 0.00 | 3,745.88 | 0.00 | -3,745.88 | 0.00 | 749 | 60.00 | 12.00 |
| COMPUTER | 03/01/94 | S/L | 5 | 6,446.83 | | -6,446.83 | 0.00 | 6,446.83 | 0.00 | -6,446.83 | 0.00 | 1,289 | 60.00 | 12.00 |
| CD ROM | 03/28/94 | S/L | 5 | 1,578.30 | | -1,578.30 | 0.00 | 1,578.30 | 0.00 | -1,578.30 | 0.00 | 316 | 60.00 | 12.00 |
| COMPUTER UPGRADE | 07/08/94 | S/L | 5 | 667.89 | | -667.89 | 0.00 | 667.89 | 0.00 | -667.89 | 0.00 | 134 | 60.00 | 12.00 |
| COMPUTER | 07/08/94 | S/L | 5 | 460.78 | | -460.78 | 0.00 | 460.78 | 0.00 | -460.78 | 0.00 | 92 | 60.00 | 12.00 |
| COMPUTER | 02/27/95 | S/L | 5 | 1,697.61 | | -1,697.61 | 0.00 | 1,697.61 | 0.00 | -1,697.61 | 0.00 | 340 | 60.00 | 12.00 |
| COMPUTER | 01/25/96 | S/L | 5 | 1,509.44 | | -1,509.44 | 0.00 | 1,509.44 | 0.00 | -1,509.44 | 0.00 | 302 | 60.00 | 12.00 |
| COMPUTER | 03/19/96 | S/L | 5 | 1,650.81 | | -1,650.81 | 0.00 | 1,650.81 | 0.00 | -1,650.81 | 0.00 | 330 | 60.00 | 12.00 |
| COMPUTER | 03/27/96 | S/L | 5 | 10,235.04 | | -10,235.04 | 0.00 | 10,235.04 | 0.00 | -10,235.04 | 0.00 | 2,047 | 60.00 | 12.00 |
| COMPUTER | 04/09/96 | S/L | 5 | 1,360.73 | | -1,360.73 | 0.00 | 1,360.73 | 0.00 | -1,360.73 | 0.00 | 272 | 60.00 | 12.00 |
| COMPUTER | 04/18/96 | S/L | 5 | 3,380.88 | | -3,380.88 | 0.00 | 3,380.88 | 0.00 | -3,380.88 | 0.00 | 676 | 60.00 | 12.00 |
| COMPUTER | 04/18/96 | S/L | 5 | 1,384.52 | | -1,384.52 | 0.00 | 1,384.52 | 0.00 | -1,384.52 | 0.00 | 277 | 60.00 | 12.00 |
| COMPUTER | 04/19/96 | S/L | 5 | 223.02 | | -223.02 | 0.00 | 223.02 | 0.00 | -223.02 | 0.00 | 45 | 60.00 | 12.00 |
| COMPUTER | 04/25/96 | S/L | 5 | 1,951.75 | | -1,951.75 | 0.00 | 1,951.75 | 0.00 | -1,951.75 | 0.00 | 390 | 60.00 | 12.00 |
| COMPUTER | 05/23/96 | S/L | 5 | 807.19 | | -807.19 | 0.00 | 807.19 | 0.00 | -807.19 | 0.00 | 161 | 60.00 | 12.00 |
| COMPUTER | 07/03/96 | S/L | 5 | 11,236.20 | | -11,236.20 | 0.00 | 11,236.20 | 0.00 | -11,236.20 | 0.00 | 2,247 | 60.00 | 12.00 |
| COMPUTER | 08/18/96 | S/L | 5 | 5,218.73 | | -5,218.73 | 0.00 | 5,218.73 | 0.00 | -5,218.73 | 0.00 | 1,044 | 60.00 | 12.00 |
| SOFTWARE UPGRADE | 02/12/98 | S/L | 5 | 1,868.40 | | -1,868.40 | 0.00 | 1,868.40 | 0.00 | -1,868.40 | 0.00 | 374 | 60.00 | 12.00 |
| MEMORY | 06/30/98 | S/L | 5 | 690.05 | | -690.05 | 0.00 | 690.05 | 0.00 | -690.05 | 0.00 | 138 | 60.00 | 12.00 |
| COMPUTER EQUIPMENT & MEMORY | 06/22/99 | S/L | 5 | 9,675.00 | | -9,675.00 | 0.00 | 9,675.00 | 0.00 | -9,675.00 | 0.00 | 1,935 | 60.00 | 12.00 |
| COMPUTER | 10/30/00 | S/L | 5 | 9,547.65 | | -9,547.65 | 0.00 | 7,003.33 | 1,910.00 | -8,913.33 | 0.00 | 0 | 60.00 | 12.00 |
| COMPUTER | 11/09/00 | S/L | 5 | 4,902.42 | | -4,902.42 | 0.00 | 3,593.33 | 980.00 | -4,573.33 | 0.00 | 0 | 60.00 | 12.00 |
| COLOR LASER | 12/21/00 | S/L | 5 | 1,839.71 | | -1,839.71 | 0.00 | 1,303.33 | 368.00 | -1,671.33 | 0.00 | 0 | 60.00 | 12.00 |
| EQUIPMENT | 2/13/01 | S/L | 5 | 379.82 | | -379.82 | 0.00 | 256.50 | 76.00 | -332.50 | 0.00 | 0 | 60.00 | 12.00 |
| SOFTWARE UPGRADE | 05/02/01 | S/L | 5 | 483.32 | | -483.32 | 0.00 | 294.50 | 93.00 | -387.50 | 0.00 | 0 | 60.00 | 12.00 |
| COMPUTER | 10/10/01 | S/L | 5 | 1,062.15 | | -1,062.15 | 0.00 | 565.33 | 212.00 | -777.33 | 0.00 | 0 | 60.00 | 12.00 |
| COMPUTER | 11/06/02 | S/L | 5 | 258.55 | | | 258.55 | 84.32 | 51.00 | | 135.32 | 51 | 60.00 | 12.00 |
| COMPUTER | 11/27/02 | S/L | 5 | 1,247.50 | | | 1,247.50 | 397.65 | 250.00 | | 647.65 | 250 | 60.00 | 12.00 |
| PRINTER | 01/22/03 | S/L | 5 | 828.25 | | | 829.25 | 238.70 | 166.00 | | 404.70 | 166 | 60.00 | 12.00 |
| COMPUTER | 02/12/03 | S/L | 5 | 701.48 | | | 701.48 | 193.43 | 140.00 | | 333.43 | 140 | 60.00 | 12.00 |
| COMPUTER | 07/16/03 | S/L | 5 | 4,015.62 | | | 4,015.62 | 305.69 | 803.00 | | 1,108.69 | 803 | 60.00 | 12.00 |
| SOFTWARE | 11/25/03 | S/L | 5 | 314.28 | | | 314.28 | 23.94 | 63.00 | | 86.94 | 63 | 60.00 | 12.00 |
| COMPUTER | 12/12/03 | S/L | 5 | 105.37 | | | 105.37 | 8.03 | 21.00 | | 29.03 | 21 | 60.00 | 12.00 |
| COMPUTER | 01/08/04 | S/L | 5 | 1,380.23 | | | 1,380.23 | 105.12 | 276.00 | | 381.12 | 276 | 60.00 | 12.00 |
| FAX MACHINE | 03/24/04 | S/L | 5 | 560.06 | | | 560.06 | 42.68 | 112.00 | | 154.68 | 112 | 60.00 | 12.00 |
| COMPUTER | 04/21/04 | S/L | 5 | 52.42 | | | 52.42 | 3.99 | 10.00 | | 13.99 | 10 | 60.00 | 12.00 |
| COMPUTER | 06/22/04 | S/L | 5 | 620.38 | | | 620.38 | 47.25 | 124.00 | | 171.25 | 124 | 60.00 | 12.00 |
| COMPUTER EQUIPMENT | 09/18/04 | S/L | 5 | | 1,297.12 | | 1,297.12 | | 202.58 | | 202.58 | 259 | 60.00 | 12.00 |
| MEMORY | 09/22/04 | S/L | 5 | | 319.28 | | 319.28 | | 49.16 | | 49.16 | 64 | 60.00 | 12.00 |
| COMPUTER EQUIPMENT | 02/02/05 | S/L | 5 | | 1,305.96 | | 1,305.96 | | 105.91 | | 105.91 | 261 | 60.00 | 12.00 |
| COMPUTER | 05/03/05 | S/L | 5 | | 2,281.94 | | 2,281.94 | | 72.52 | | 72.52 | 456 | 60.00 | 12.00 |
| COMPUTER | 06/03/05 | S/L | 5 | | 2,489.02 | | 2,489.02 | | 38.82 | | 38.82 | 498 | 60.00 | 12.00 |
| | | | | 128,610.74 | 7,693.32 | -118,527.40 | 17,776.66 | 114,799.80 | 8,121.98 | -116,987.85 | 3,933.93 | | | |
| | | | | | | | | | | | | | | |
| **FURNITURE & FIXTURE** | | | | | | | | | | | | | | |
| OFFICE PICTURES/ARTWORK | 07/20/92 | S/L | 7 | 3,031.00 | | | 3,031.00 | 3,031.00 | 0.00 | | 3,031.00 | 433.00 | 84.00 | 12.00 |
| FILE CABINET | 04/02/98 | S/L | 7 | 6,143.15 | | | 6,143.15 | 6,143.15 | 0.00 | | 6,143.15 | 878.00 | 84.00 | 12.00 |
| | | | | 9,174.15 | 0.00 | 0.00 | 9,174.15 | 9,174.15 | 0.00 | | 9,174.15 | | | |
| | | | | | | | | | | | | | | |
| **TOTAL** | | | | 137,784.89 | 7,693.32 | -118,527.40 | 26,950.81 | 123,973.95 | 8,121.98 | -116,987.85 | 13,108.08 | | | |

H:\54070\FA00.xls\6 30 00

THE RICHARD M. LUCAS FOUNDATION                          94-2781117

FORM 990-PF          GAIN OR (LOSS) FROM SALE OF ASSETS        STATEMENT   1

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 33,695. | 60,073. | 0. | 0. | | -26,378. |

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 584,274. | 340,919. | 0. | 0. | | 243,355. |

| (A)<br>DESCRIPTION OF PROPERTY | | | MANNER<br>ACQUIRED | DATE<br>ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |
| (B)<br>GROSS<br>SALES PRICE | (C)<br>COST OR<br>OTHER BASIS | (D)<br>EXPENSE OF<br>SALE | (E)<br><br>DEPREC. | | (F)<br><br>GAIN OR LOSS |
| 0. | 245,707. | 0. | 0. | | -245,707. |

THE RICHARD M. LUCAS FOUNDATION                                      94-2781117

| (A) DESCRIPTION OF PROPERTY | | | MANNER ACQUIRED | DATE ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| SEE STATEMENT A ATTACHED | | | PURCHASED | VARIOUS | VARIOUS |

| (B) GROSS SALES PRICE | (C) COST OR OTHER BASIS | (D) EXPENSE OF SALE | (E) DEPREC. | (F) GAIN OR LOSS |
|---|---|---|---|---|
| 0. | 17,807. | 0. | 0. | -17,807. |

| (A) DESCRIPTION OF PROPERTY | | | MANNER ACQUIRED | DATE ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| DISPOSAL OF FIXED ASSETS | | | PURCHASED | VARIOUS | VARIOUS |

| (B) GROSS SALES PRICE | (C) COST OR OTHER BASIS | (D) EXPENSE OF SALE | (E) DEPREC. | (F) GAIN OR LOSS |
|---|---|---|---|---|
| 0. | 1,540. | 0. | 0. | -1,540. |

CAPITAL GAINS DIVIDENDS FROM PART IV                                        0.

TOTAL TO FORM 990-PF, PART I, LINE 6A                                  -48,077.

---

| FORM 990-PF | INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS | STATEMENT 2 |
|---|---|---|

| SOURCE | AMOUNT |
|---|---|
| VARIOUS | 3,557. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 3,557. |

---

| FORM 990-PF | DIVIDENDS AND INTEREST FROM SECURITIES | STATEMENT 3 |
|---|---|---|

| SOURCE | GROSS AMOUNT | CAPITAL GAINS DIVIDENDS | COLUMN (A) AMOUNT |
|---|---|---|---|
| VARIOUS | 5,502. | 0. | 5,502. |
| TOTAL TO FM 990-PF, PART I, LN 4 | 5,502. | 0. | 5,502. |

THE RICHARD M. LUCAS FOUNDATION                          94-2781117

| FORM 990-PF | OTHER INCOME | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME FROM PARTNERSHIPS | 664. |
| TOTAL TO FORM 990-PF, PART I, LINE 11, COLUMN A | 664. |

| FORM 990-PF | LEGAL FEES | | | STATEMENT 5 |
|---|---|---|---|---|
| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
| LEGAL FEES | 4,911. | 2,456. | | 0. |
| TO FM 990-PF, PG 1, LN 16A | 4,911. | 2,456. | | 0. |

| FORM 990-PF | ACCOUNTING FEES | | | STATEMENT 6 |
|---|---|---|---|---|
| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
| ACCOUNTING FEES | 18,960. | 9,480. | | 0. |
| TO FORM 990-PF, PG 1, LN 16B | 18,960. | 9,480. | | 0. |

| FORM 990-PF | OTHER EXPENSES | | | STATEMENT 7 |
|---|---|---|---|---|
| DESCRIPTION | (A) EXPENSES PER BOOKS | (B) NET INVEST-MENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
| DUES AND SUBSCRIPTIONS | 9,835. | 9,835. | | 0. |
| INVESTMENT EXPENSES - PARTNERSHIPS | 55,317. | 55,317. | | 0. |
| PROFESSIONAL CONSULTANTS | 71,082. | 71,082. | | 0. |
| TELEPHONE | 17,321. | 13,857. | | 0. |
| INSURANCE | 2,882. | 2,882. | | 0. |
| MISCELLANEOUS EXPENSE | 3,271. | 3,271. | | 0. |
| TO FORM 990-PF, PG 1, LN 23 | 159,708. | 156,244. | | 0. |

| THE RICHARD M. LUCAS FOUNDATION | 94-2781117 |
|---|---|

| FOOTNOTES | STATEMENT   8 |
|---|---|

PART VIII   INFORMATION ABOUT OFFICERS, DIRECTORS, ETC.
LINE 1, COLUMN C

DONALD L. LUCAS

| | |
|---|---|
| DIRECTOR'S FEES | 43,000. |
| DEFERRED REMUNERATION PAID | 236,530. |
| TOTAL FEES PAID TO DONALD L. LUCAS        TO STATEMENT 14 | 279,530. |

| FORM 990-PF   OTHER INCREASES IN NET ASSETS OR FUND BALANCES | STATEMENT   9 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INCREASE IN UNREALIZED GAIN ON INVESTMENTS | 703,175. |
| DEFERRED REMUNERATION ADJUSTMENT | 82,294. |
| TOTAL TO FORM 990-PF, PART III, LINE 3 | 785,469. |

| FORM 990-PF | CORPORATE STOCK | | STATEMENT   10 |
|---|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| INVESTMENT - CORPORATE STOCKS | 5,589,497. | 6,042,087. |
| TOTAL TO FORM 990-PF, PART II, LINE 10B | 5,589,497. | 6,042,087. |

| FORM 990-PF | OTHER INVESTMENTS | | STATEMENT   11 |
|---|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| INVESTMENT - OTHERS | 2,477,902. | 2,053,816. |
| TOTAL TO FORM 990-PF, PART II, LINE 13 | 2,477,902. | 2,053,816. |

THE RICHARD M. LUCAS FOUNDATION                                94-2781117

| FORM 990-PF | OTHER ASSETS | | STATEMENT  12 |
|---|---|---|---|

| DESCRIPTION | BOOK VALUE | FAIR MARKET VALUE |
|---|---|---|
| PREPAID DIRECTOR FEES | 0. | 0. |
| TOTAL TO FORM 990-PF, PART II, LINE 15 | 0. | 0. |

| FORM 990-PF | OTHER LIABILITIES | STATEMENT  13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED INTEREST INCOME | 461. |
| DEFERRED REMUNERATION PAYABLE | 89,119. |
| TOTAL TO FORM 990-PF, PART II, LINE 22, COLUMN B | 89,580. |

| FORM 990-PF | PART VIII - LIST OF OFFICERS, DIRECTORS TRUSTEES AND FOUNDATION MANAGERS | | | STATEMENT  14 |
|---|---|---|---|---|

| NAME AND ADDRESS | TITLE AND AVRG HRS/WK | COMPEN-SATION | EMPLOYEE BEN PLAN CONTRIB | EXPENSE ACCOUNT |
|---|---|---|---|---|
| DONALD L. LUCAS 3000 SAND HILL RD BG 3 #210 MENLO PARK, CA 94025 | DIRECTOR 10 | 43,000. | 236,530. | 0. |
| JOHN W. LUCAS 865 CANTERBURY SAN MARINO, CA 91108 | DIRECTOR 0 | 0. | 0. | 0. |
| DONALD A. LUCAS 835 PAGE MILL ROAD PALO ALTO, CA 94304 | DIRECTOR 0 | 0. | 0. | 0. |
| PAUL JOAS C/O DAIN RAUSCHER, INC. 60 S. 6TH ST. 11TH FLOOR MINNEAPOLIS, MN 55402 | DIRECTOR 0 | 0. | 0. | 0. |

THE RICHARD M. LUCAS FOUNDATION                                      94-2781117

| | | | | |
|---|---|---|---|---|
| B.J. CASSIN<br>3000 SAND HILL RD BG 3 #210<br>MENLO PARK, CA 94025 | DIRECTOR<br>0 | 0. | 0. | 0. |
| A. CRAWFORD COOLEY<br>961 SAN ANTONIO ROAD<br>PETALUMA, CA 94952 | DIRECTOR<br>0 | 0. | 0. | 0. |
| CHRISTOPHER B. LUCAS<br>450 N. BRAND BLVD. #600<br>GLENDALE, CA 91203 | DIRECTOR<br>2 | 12,000. | 0. | 0. |
| MARIO BELOTTI<br>19401 SAN MARCOS ROAD<br>SARATOGA, CA 95070 | DIRECTOR<br>0 | 0. | 0. | 0. |
| KURT A. LATTA<br>P.O. BOX 3219<br>LOS ALTOS, CA 94024 | SECRETARY<br>.3 | 0. | 0. | 0. |

TOTALS INCLUDED ON 990-PF, PAGE 6, PART VIII          55,000. 236,530.        0.

THE RICHARD M. LUCAS FOUNDATION
FEDERAL ID: 94-2781117
CALIFORNIA ID: D-1090405
ATTACHMENT REG. SECTION 53.4942(a)-3(b)(7)(ii) FOR AMOUNTS SET ASIDE UNDER CASH
DISTRIBUTION TEST

FOR THE YEAR ENDING 6/30/04

| | |
|---|---|
| CASH PAID FOR CONTRIBUTIONS, GIFTS, GRANTS (From PART I, line 26, column d) | $    8,078 |
| LESS PAYMENTS OF SET-ASIDE UNDER CASH DISTRIBUTION TEST FROM YEAR ENDED 6/30/00 | (          0) |
| QUALIFYING DISTRIBUTIONS PAID (To PART XII, line 1a) | 8,078 |
| PLUS AMOUNT SET-ASIDE UNDER CASH DISTRIBUTION TEST FOR THE YEAR ENDING 6/30/04 | 0 |
| QUALIFYING DISTRIBUTIONS FOR THE YEAR ENDING 6/30/05.  (To PART XII, line 4) | $    8,078 |

STATEMENT 15

THE RICHARD M. LUCAS FOUNDATION
FEDERAL ID: 94-2781117
CALIFORNIA ID: D-1090405
ATTACHMENT REG. SECTION 53.4942(a)-3(b)(7)(ii) FOR AMOUNTS SET ASIDE UNDER CASH
DISTRIBUTION TEST

FOR THE YEAR ENDING 6/30/05

DISTRIBUTABLE AMOUNTS DETERMINED UNDER IRC SECTION 4942(d) FOR PAST START-UP
AND FULL-PAYMENT PERIODS ARE AS FOLLOWS:

| YEAR | DISTRIBUTABLE AMOUNT UNDER SECTION. 4942(d) | CASH PAYMENTS FOR PURPOSES OF SECT. 170(c)(1) OR (2)(B) |
|------|------|------|
| Start-Up Period | | |
| 6/30/82 | $ 7,010 | $  50,000 |
| 6/30/83 | 96,567 | 100,000 |
| 6/30/84 | 113,817 | 152,958 |
| 6/30/85 | 116,135 | 100,000 |
| 6/30/86 | 156,716 | 257,042 |
| Full Payment Period | | |
| 6/30/87 | 244,659 | 321,235 |
| 6/30/88 | 261,873 | 600,000 |
| 6/30/89 | 286,184 | 1,055,000 |
| 6/30/90 | 314,545 | 515,000 |
| 6/30/91 | 313,495 | 427,077 |
| 6/30/92 | 346,818 | 1,666,227 |
| 6/30/93 | 266,164 | 1,046,083 |
| 6/30/94 | 333,336 | 1,235,000 |
| 6/30/95 | 394,966 | 1,205,000 |
| 6/30/96 | 603,930 | 1,450,000 |
| 6/30/97 | 838,070 | 2,870,000 |
| 6/30/98 | 999,090 | 2,055,908 |
| 6/30/99 | 892,136 | 908,188 |
| 6/30/00 | 1,127,254 | 1,182,500 |
| 6/30/01 | 1,234,939 | 1,408,333 |
| 6/30/02 | 880,662 | 1,236,500 |
| 6/30/03 | 490,357 | 1,104,500 |
| 6/30/04 | 390,678 | 263,000 |

STATEMENT 15

Richard M. Lucas Foundation
94-2781117
Statement Required Under Regulation Section 1.6038-2(A)

The filing requirements under section 1.6038-2(A) and the regulations thereunder for the foreign corporation(s) listed below have been satified by the following direct US shareholder:

DCM III-A, LP
2420 Sand Hill Road #200
Menlo Park, CA 94025
EIN: 94-3366021
IRS Center Where Return is Filed: Ogden, Utah

Foreign corporations for which filing requirement (Form 5471) is met:

Yilong Media Group

STATEMENT 16