# EXHIBIT 11

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Nonexempt Charitable Trust
### Treated as a Private Foundation

Note: *The organization may be able to use a copy of this return to satisfy state reporting requirements*

OMB No 1545-0052

**2005**

For calendar year 2005, or tax year beginning _____ , and ending _____

**G** Check all that apply [ ] Initial return  [ ] Final return  [ ] Amended return  [ ] Address change  [ ] Name change

| Use the IRS label Otherwise, print or type See Specific Instructions | Name of organization | | | **A** Employer identification number |
|---|---|---|---|---|
| | THE ELLISON MEDICAL FOUNDATION | | | 94-3269827 |
| | Number and street (or P.O. box number if mail is not delivered to street address) | | Room/suite | **B** Telephone number |
| | C/O 101 YGNACIO VALLEY ROAD | | 310 | 925/977-9060 |
| | City or town, state, and ZIP code | | | |
| | WALNUT CREEK, CA  94596 | | | |

**C** If exemption application is pending, check here ▶ [ ]

**D 1.** Foreign organizations, check here ▶ [ ]
**2.** Foreign organizations meeting the 85% test, check here and attach computation ▶ [ ]

**H** Check type of organization  [X] Section 501(c)(3) exempt private foundation
[ ] Section 4947(a)(1) nonexempt charitable trust  [ ] Other taxable private foundation

**I** Fair market value of all assets at end of year
*(from Part II, col (c), line 16)*
▶ $ **17,400,804.**

**J** Accounting method [ ] Cash [X] Cash [ ] Accrual
[ ] Other (specify) _____
*(Part I, column (d) must be on cash basis)*

**E** If private foundation status was terminated under section 507(b)(1)(A), here here ▶ [ ]

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ [ ]

## Part I | Analysis of Revenue and Expenses
*(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a))*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc , received | 18,000,509. | | | |
| 2 | Check [ ] if the foundation is not required to attach Sch B | | | | |
| 3 | Interest on savings and temporary cash investments | 473,327. | 473,327. | 473,327. | STATEMENT 1 |
| 4 | Dividends and interest from securities | | | | |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 18,018,040. | | | STATEMENT 2 |
| b | Gross sales price for all assets on line 6a | 18,018,280. | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 18,018,271. | | |
| 8 | Net short-term capital gain | | | 0. | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less Cost of goods sold | | | | |
| c | Gross profit or (loss) | | | | |
| 11 | Other income | 1,583. | 0. | 1,583. | STATEMENT 3 |
| 12 | Total Add lines 1 through 11 | 36,493,459. | 18,491,598. | 474,910. | |
| 13 | Compensation of officers, directors, trustees, etc | 0. | 0. | 0. | 0. |
| 14 | Other employee salaries and wages | 508,049. | 0. | 0. | 431,842. |
| 15 | Pension plans, employee benefits | 39,590. | 0. | 0. | 33,652. |
| 16a | Legal fees            STMT 4 | 15,118. | 0. | 0. | 12,850. |
| b | Accounting fees       STMT 5 | 37,388. | 0. | 0. | 37,388. |
| c | Other professional fees  STMT 6 | 186,600. | 0. | 0. | 173,610. |
| 17 | Interest | | | | |
| 18 | Taxes                 STMT 7 | 394,982. | 0. | 0. | 25,485. |
| 19 | Depreciation and depletion | 10,727. | 0. | 0. | |
| 20 | Occupancy | 78,790. | 0. | 0. | 66,972. |
| 21 | Travel, conferences, and meetings | 28,915. | 0. | 0. | 28,915. |
| 22 | Printing and publications | 1,843. | 0. | 0. | 1,843. |
| 23 | Other expenses        STMT 8 | 473,451. | 0. | 0. | 437,827. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 1,775,453. | 0. | 0. | 1,250,384. |
| 25 | Contributions, gifts, grants paid | 26,265,173. | | | 26,265,173. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 28,040,626. | 0. | 0. | 27,515,557. |
| 27 | Subtract line 26 from line 12 | | | | |
| a | Excess of revenue over expenses and disbursements | 8,452,833. | | | |
| b | Net investment income (if negative, enter -0-) | | 18,491,598. | | |
| c | Adjusted net income (if negative, enter -0-) | | | 474,910. | |

523501
01-05-06

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

Form **990-PF** (2005)

SCANNED JUL 15 2006

RECEIVED
JUL 2006
OGDEN, UT

832

1

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLIS⬤N MEDICAL FOUNDATION ⬤   94-3269827   Page 2

## Part II   Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only

| | | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|
| 1 | Cash – non-interest-bearing | | | |
| 2 | Savings and temporary cash investments | 8,817,474. | 17,311,726. | 17,311,726. |
| 3 | Accounts receivable ▶ | | | |
| | Less allowance for doubtful accounts ▶ | | | |
| 4 | Pledges receivable ▶ | | | |
| | Less allowance for doubtful accounts ▶ | | | |
| 5 | Grants receivable | | | |
| 6 | Receivables due from officers, directors, trustees, and other disqualified persons | | | |
| 7 | Other notes and loans receivable ▶ | | | |
| | Less allowance for doubtful accounts ▶ | | | |
| 8 | Inventories for sale or use | | | |
| 9 | Prepaid expenses and deferred charges | | | |
| 10a | Investments – U S and state government obligations | | | |
| b | Investments – corporate stock | | | |
| c | Investments – corporate bonds | | | |
| 11 | Investments - land, buildings, and equipment basis ▶ | | | |
| | Less accumulated depreciation ▶ | | | |
| 12 | Investments – mortgage loans | | | |
| 13 | Investments – other | | | |
| 14 | Land, buildings, and equipment basis ▶ 169,183. | | | |
| | Less accumulated depreciation STMT 9 ▶ 80,105. | 129,649. | 89,078. | 89,078. |
| 15 | Other assets (describe ▶ ORGANIZATION COSTS ) | 25,504. | 25,504. | 0. |
| 16 | Total assets (to be completed by all filers) | 8,972,627. | 17,426,308. | 17,400,804. |
| 17 | Accounts payable and accrued expenses | | | |
| 18 | Grants payable | | | |
| 19 | Deferred revenue | | | |
| 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| 21 | Mortgages and other notes payable | | | |
| 22 | Other liabilities (describe ▶ FSA PAYABLE ) | 0. | 848. | |
| 23 | Total liabilities (add lines 17 through 22) | 0. | 848. | |
| | Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 24 through 26 and lines 30 and 31. | | | |
| 24 | Unrestricted | | | |
| 25 | Temporarily restricted | | | |
| 26 | Permanently restricted | | | |
| | Organizations that do not follow SFAS 117, check here ▶ ☒ and complete lines 27 through 31. | | | |
| 27 | Capital stock, trust principal, or current funds | 0. | 0. | |
| 28 | Paid-in or capital surplus, or land, bldg , and equipment fund | 37,726,853. | 37,726,853. | |
| 29 | Retained earnings, accumulated income, endowment, or other funds | <28,754,226.> | <20,301,393.> | |
| 30 | Total net assets or fund balances | 8,972,627. | 17,425,460. | |
| 31 | Total liabilities and net assets/fund balances | 8,972,627. | 17,426,308. | |

## Part III   Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 8,972,627. |
| 2 | Enter amount from Part I, line 27a | 2 | 8,452,833. |
| 3 | Other increases not included in line 2 (itemize) ▶ | 3 | 0. |
| 4 | Add lines 1, 2, and 3 | 4 | 17,425,460. |
| 5 | Decreases not included in line 2 (itemize) ▶ | 5 | 0. |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | 6 | 17,425,460. |

523511
01-05-06

Form 990-PF (2005)

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLIS● MEDICAL FOUNDATION ●                    94-3269827   Page **3**

## Part IV | Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e g , real estate, 2-story brick warehouse, or common stock, 200 shs MLC Co ) | (b) How acquired P - Purchase D - Donation | (c) Date acquired (mo , day, yr ) | (d) Date sold (mo , day, yr ) |
|---|---|---|---|
| 1a 1,300,000 SHRS ORACLE CORP. | D | 10/27/77 | 07/26/05 |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| a  18,018,280. | | 9. | 18,018,271. |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (I) F M V as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col (i) over col (j), if any | (l) Gains (Col (h) gain minus col (k), but not less than -0-) or Losses (from col (h)) |
|---|---|---|---|
| a | | | 18,018,271. |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| 2 | Capital gain net income or (net capital loss) | { If gain, also enter in Part I, line 7 If (loss), enter -0- in Part I, line 7 } | 2 | 18,018,271. |
|---|---|---|---|---|
| 3 | Net short-term capital gain or (loss) as defined in sections 1222(5) and (6) If gain, also enter in Part I, line 8, column (c) If (loss), enter -0- in Part I, line 8 } | | 3 | 0. |

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income )

If section 4940(d)(2) applies, leave this part blank

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period?   ☐ Yes  ☒ No

If "Yes," the organization does not qualify under section 4940(e)  Do not complete this part

1   Enter the appropriate amount in each column for each year, see instructions before making any entries

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col (b) divided by col (c)) |
|---|---|---|---|
| 2004 | 34,437,480. | 15,129,474. | 2.276185 |
| 2003 | 33,760,048. | 5,223,020. | 6.463703 |
| 2002 | 30,513,813. | 8,764,950. | 3.481345 |
| 2001 | 22,054,525. | 2,470,839. | 8.925926 |
| 2000 | 9,280,604. | 1,355,751. | 6.845360 |

| 2 | Total of line 1, column (d) | 2 | 27.992519 |
|---|---|---|---|
| 3 | Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years | 3 | 5.598504 |
| 4 | Enter the net value of noncharitable-use assets for 2005 from Part X, line 5 | 4 | 14,476,146. |
| 5 | Multiply line 4 by line 3 | 5 | 81,044,761. |
| 6 | Enter 1% of net investment income (1% of Part I, line 27b) | 6 | 184,916. |
| 7 | Add lines 5 and 6 | 7 | 81,229,677. |
| 8 | Enter qualifying distributions from Part XII, line 4 | 8 | 27,515,557. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate
See the Part VI instructions

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)    THE ELLISON MEDICAL FOUNDATION                    94-3269827          Page 4

## Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see instructions)

| | | | |
|---|---|---|---|
| 1a Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1 | | | |
| Date of ruling letter _____ (attach copy of ruling letter if necessary-see instructions) | | | |
| b Domestic organizations that meet the section 4940(e) requirements in Part V, check here ▶ ☐ and enter 1% of Part I, line 27b | 1 | | 369,832. |
| c All other domestic organizations enter 2% of line 27b Exempt foreign organizations enter 4% of Part I, line 12, col (b) | | | |
| 2 Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only Others enter -0-) | 2 | | 0. |
| 3 Add lines 1 and 2 | 3 | | 369,832. |
| 4 Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only Others enter -0-) | 4 | | 0. |
| 5 Tax based on investment income Subtract line 4 from line 3 If zero or less, enter -0- | 5 | | 369,832. |
| 6 Credits/Payments | | | |
| a 2005 estimated tax payments and 2004 overpayment credited to 2005 | 6a | 372,234. | |
| b Exempt foreign organizations - tax withheld at source | 6b | | |
| c Tax paid with application for extension of time to file (Form 8868) | 6c | | |
| d Backup withholding erroneously withheld | 6d | | |
| 7 Total credits and payments Add lines 6a through 6d | 7 | | 372,234. |
| 8 Enter any penalty for underpayment of estimated tax Check here ☒ if Form 2220 is attached | 8 | | |
| 9 Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed ▶ | 9 | | |
| 10 Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid ▶ | 10 | | 2,402. |
| 11 Enter the amount of line 10 to be Credited to 2006 estimated tax ▶ 2,402. Refunded ▶ | 11 | | 0. |

## Part VII-A | Statements Regarding Activities

| | | Yes | No |
|---|---|---|---|
| 1a During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | 1a | | X |
| b Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see instructions for definition)? | 1b | | X |
| If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities. | | | |
| c Did the organization file Form 1120-POL for this year? | 1c | | X |
| d Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year | | | |
| (1) On the organization ▶ $ 0. (2) On organization managers ▶ $ 0. | | | |
| e Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers ▶ $ 0. | | | |
| 2 Has the organization engaged in any activities that have not previously been reported to the IRS? | 2 | | X |
| If "Yes," attach a detailed description of the activities. | | | |
| 3 Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If "Yes," attach a conformed copy of the changes | 3 | X | |
| 4a Did the organization have unrelated business gross income of $1,000 or more during the year? | 4a | | X |
| b If "Yes," has it filed a tax return on Form 990-T for this year?          N/A | 4b | | |
| 5 Was there a liquidation, termination, dissolution, or substantial contraction during the year? | 5 | | X |
| If "Yes," attach the statement required by General Instruction T. | | | |
| 6 Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 6 | X | |
| 7 Did the organization have at least $5,000 in assets at any time during the year? | 7 | X | |
| If "Yes," complete Part II, col (c), and Part XV. | | | |
| 8a Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ _____ | | | |
| CA, MD | | | |
| b If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? If "No," attach explanation | 8b | X | |
| 9 Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2005 or the taxable year beginning in 2005 (see instructions for Part XIV)? If "Yes," complete Part XIV | 9 | X | |
| 10 Did any persons become substantial contributors during the tax year? If "Yes," attach a schedule listing their names and addresses | 10 | | X |
| 11 Did the organization comply with the public inspection requirements for its annual returns and exemption application? | 11 | X | |
| Web site address ▶ WWW.ELLISONFOUNDATION.ORG | | | |
| 12 The books are in care of ▶ PHILIP B. SIMON          Telephone no ▶925/977-9060 | | | |
| Located at ▶ C/O 101 YGNACIO VALLEY RD #320, WALNUT CREEK, CA     ZIP+4 ▶94596 | | | |
| 13 Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041 - Check here ▶ ☐ | | | |
| and enter the amount of tax-exempt interest received or accrued during the year ▶ | 13 | | N/A |

523531
01-05-06

4

Form 990-PF (2005)

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLISON MEDICAL FOUNDATION   94-3269827   Page 5

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required |

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.

|  |  | Yes | No |
|---|---|---|---|
| 1a During the year did the organization (either directly or indirectly): | | | |
| (1) Engage in the sale or exchange, or leasing of property with a disqualified person?  ☐ Yes ☒ No | | | |
| (2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) | | | |
| a disqualified person?  ☐ Yes ☒ No | | | |
| (3) Furnish goods, services, or facilities to (or accept them from) a disqualified person?  ☐ Yes ☒ No | | | |
| (4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person?  ☒ Yes ☐ No | | | |
| (5) Transfer any income or assets to a disqualified person (or make any of either available | | | |
| for the benefit or use of a disqualified person)?  ☐ Yes ☒ No | | | |
| (6) Agree to pay money or property to a government official? (Exception Check "No" | | | |
| if the organization agreed to make a grant to or to employ the official for a period after | | | |
| termination of government service, if terminating within 90 days.)  ☐ Yes ☒ No | | | |
| b If any answer is "Yes" to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations | | | |
| section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 20 of the instructions)? | 1b | | X |
| Organizations relying on a current notice regarding disaster assistance check here  ▶ ☐ | | | |
| c Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected | | | |
| before the first day of the tax year beginning in 2005? | 1c | | X |
| 2 Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private operating foundation | | | |
| defined in section 4942(j)(3) or 4942(j)(5)): | | | |
| a At the end of tax year 2005, did the organization have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning | | | |
| before 2005?  N/A  ☐ Yes ☐ No | | | |
| If "Yes," list the years ▶ _____ , _____ , _____ , _____ | | | |
| b Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2) (relating to incorrect | | | |
| valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to all years listed, answer "No" and attach | | | |
| statement - see instructions.)  N/A | 2b | | |
| c If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here. | | | |
| ▶ _____ , _____ , _____ , _____ | | | |
| 3a Did the organization hold more than a 2% direct or indirect interest in any business enterprise at any time | | | |
| during the year?  ☐ Yes ☒ No | | | |
| b If "Yes," did it have excess business holdings in 2005 as a result of (1) any purchase by the organization or disqualified persons after | | | |
| May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose | | | |
| of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Schedule C, | | | |
| Form 4720, to determine if the organization had excess business holdings in 2005 )  N/A | 3b | | |
| 4a Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? | 4a | | X |
| b Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that | | | |
| had not been removed from jeopardy before the first day of the tax year beginning in 2005? | 4b | | X |
| 5a During the year did the organization pay or incur any amount to: | | | |
| (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?  ☐ Yes ☒ No | | | |
| (2) Influence the outcome of any specific public election (see section 4955), or to carry on, directly or indirectly, | | | |
| any voter registration drive?  ☐ Yes ☒ No | | | |
| (3) Provide a grant to an individual for travel, study, or other similar purposes?  ☒ Yes ☐ No | | | |
| (4) Provide a grant to an organization other than a charitable, etc., organization described in section | | | |
| 509(a)(1), (2), or (3), or section 4940(d)(2)?  ☐ Yes ☒ No | | | |
| (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for | | | |
| the prevention of cruelty to children or animals?  ☐ Yes ☒ No | | | |
| b If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations | | | |
| section 53.4945 or in a current notice regarding disaster assistance (see instructions)? | 5b | | X |
| Organizations relying on a current notice regarding disaster assistance check here  ▶ ☐ | | | |
| c If the answer is "Yes" to question 5a(4), does the organization claim exemption from the tax because it maintained | | | |
| expenditure responsibility for the grant?  N/A  ☐ Yes ☐ No | | | |
| If "Yes," attach the statement required by Regulations section 53.4945-5(d) | | | |
| 6a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on | | | |
| a personal benefit contract?  ☐ Yes ☒ No | | | |
| b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | 6b | | X |
| If you answered "Yes" to 6b, also file Form 8870 | | | |

Form 990-PF (2005)

523541
01-05-06

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

THE ELLISON MEDICAL FOUNDATION                    94-3269827

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors | | | | Page 6 |
|---|---|---|---|---|---|

**1** List all officers, directors, trustees, foundation managers and their compensation.

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| LAWRENCE J. ELLISON C/O 101 YGNACIO VALLEY RD. #320 WALNUT CREEK, CA 94596 | CEO/PRESIDENT/DIRECTOR 0.50 | 0. | 0. | 0. |
| ANDREW L. DUDNICK C/O 351 CALIFORNIA STREET, #1500 SAN FRANCISCO, CA 94104 | SECRETARY 0.50 | 0. | 0. | 0. |
| PHILIP B. SIMON C/O 101 YGNACIO VALLEY RD. #320 WALNUT CREEK, CA 94596 | CHIEF FINANCIAL OFFICER 1.00 | 0. | 0. | 0. |
| MELANIE CRAFT ELLISON C/O 101 YGNACIO VALLEY RD. #320 WALNUT CREEK, CA 94596 | DIRECTOR 0.50 | 0. | 0. | 0. |

**2** Compensation of five highest-paid employees (other than those included on line 1). If none, enter "NONE."

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| RICHARD L. SPROTT 4710 BETHESDA AVE, #204, BETHESDA, MD | EXECUTIVE DIRECTOR 40.00 | 235,300. | 18,000. | |
| DONNA L. VOGEL 4710 BETHESDA AVE, #204, BETHESDA, MD | DEPUTY DIRECTOR 40.00 | 77,919. | 3,542. | |
| LISA A. GLAZIER 4710 BETHESDA AVE, #204, BETHESDA, MD | OFFICE ADMINISTRATOR 40.00 | 63,980. | 5,351. | |
| CAROL ROCHA 4710 BETHESDA AVE, #204, BETHESDA, MD | PROGRAM MANAGER 40.00 | 90,458. | 7,650. | |

| Total number of other employees paid over $50,000 | ▶ | 0 |
|---|---|---|

**3** Five highest-paid independent contractors for professional services. If none, enter "NONE."

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| CARLOS ROCHA 2080 VAN TUYL PLACE, FALLS CHURCH, VA 22043-17 | COMPUTER & NETWORK TECHNICAL SERVICES | 86,920. |
| MIRIAM SMITH 282 WOODBINE AVENUE, NORTHPOINT, NY 11768 | GRANT PROMOTIONAL SERVICES | 86,001. |
| | | |
| | | |
| | | |

| Total number of others receiving over $50,000 for professional services | ▶ | 0 |
|---|---|---|

| Part IX-A | Summary of Direct Charitable Activities |
|---|---|

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc.

| | | Expenses |
|---|---|---|
| 1 | 2004 WEST COAST SYMPOSIUM (COLLOQUIUM ON BIOLOGY OF AGING): SUPPORTING SCIENTIFIC EXCHANGES BRINGING TO-GETHER INVESTIGATORS FROM A VARIETY OF DISCIPLINES RE AGING | 39,000. |
| 2 | 2005 SYMPOSIUM AT WOODS HOLE (COLLOQUIUM ON BIOLOGY AGING): SUPPORTING SCIENTIFIC EXCHANGES BRINGING TO-GETHER INVESTIGATORS FROM A VARIETY OF DISCIPLINES RE AGING | 184,034. |
| 3 | 2006 SYMPOSIUM IN NYC (WORKSHOP ON BIOLOGICAL ASSESSMENT OF MENTAL PROCESSES): SUPPORTING SCIENTIFIC EXCHANGES ON MENTAL PROCESSES AND THEIR RELEVANCE TO PSYCHOTHERAPY RESEARCH | 14,719. |
| 4 | | |

523551 01-05-06

Form **990-PF** (2005)

15210621 731920 9827            2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)    THE ELLISON MEDICAL FOUNDATION        94-3269827    Page 7

## Part IX-B  Summary of Program-Related Investments

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1  N/A | |
| | |
| | |
| 2 | |
| | |
| | |
| All other program-related investments  See instructions | |
| 3 | |
| | |
| | |
| **Total. Add lines 1 through 3** ▶ | 0. |

## Part X  Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc , purposes | | | | |
| a | Average monthly fair market value of securities | | | 1a | |
| b | Average of monthly cash balances | | | 1b | 14,696,595. |
| c | Fair market value of all other assets | | | 1c | |
| d | Total (add lines 1a, b, and c) | | | 1d | 14,696,595. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and | | | | |
| | 1c (attach detailed explanation) | 1e | 0. | | |
| 2 | Acquisition indebtedness applicable to line 1 assets | | | 2 | 0. |
| 3 | Subtract line 2 from line 1d | | | 3 | 14,696,595. |
| 4 | Cash deemed held for charitable activities  Enter 1 1/2% of line 3 (for greater amount, see instructions) | | | 4 | 220,449. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3  Enter here and on Part V, line 4 | | | 5 | 14,476,146. |
| 6 | **Minimum investment return. Enter 5% of line 5** | | | 6 | 723,807. |

## Part XI  Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ [X] and do not complete this part )

| | | | | | |
|---|---|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | | | 1 | |
| 2a | Tax on investment income for 2005 from Part VI, line 5 | 2a | | | |
| b | Income tax for 2005 (This does not include the tax from Part VI ) | 2b | | | |
| c | Add lines 2a and 2b | | | 2c | |
| 3 | Distributable amount before adjustments  Subtract line 2c from line 1 | | | 3 | |
| 4 | Recoveries of amounts treated as qualifying distributions | | | 4 | |
| 5 | Add lines 3 and 4 | | | 5 | |
| 6 | Deduction from distributable amount (see instructions) | | | 6 | |
| 7 | **Distributable amount** as adjusted  Subtract line 6 from line 5  Enter here and on Part XIII, line 1 | | | 7 | |

## Part XII  Qualifying Distributions (see instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc , purposes | | |
| a | Expenses, contributions, gifts, etc - total from Part I, column (d), line 26 | 1a | 27,515,557. |
| b | Program-related investments - total from Part IX-B | 1b | 0. |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc , purposes | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the | | |
| a | Suitability test (prior IRS approval required) | 3a | |
| b | Cash distribution test (attach the required schedule) | 3b | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b  Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 27,515,557. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment | | |
| | income  Enter 1% of Part I, line 27b | 5 | 0. |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4 | 6 | 27,515,557. |
| | Note: *The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years* | | |

Form **990-PF** (2005)

523561
01-05-06

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLISON MEDICAL FOUNDATION   94-3269827   Page 8

## Part XIII   Undistributed Income (see instructions)

| | (a) Corpus | (b) Years prior to 2004 | (c) 2004 | (d) 2005 |
|---|---|---|---|---|
| 1 Distributable amount for 2005 from Part XI, line 7 | | | | 0. |
| 2 Undistributed income, if any, as of the end of 2004 | | | | |
| a Enter amount for 2004 only | | | 0. | |
| b Total for prior years | | 0. | | |
| 3 Excess distributions carryover, if any, to 2005 | | | | |
| a From 2000 | | | | |
| b From 2001 | | | | |
| c From 2002 | | | | |
| d From 2003 | | | | |
| e From 2004 | | | | |
| f Total of lines 3a through e | 0. | | | |
| 4 Qualifying distributions for 2005 from Part XII, line 4 ▶ $ N/A | | | | |
| a Applied to 2004, but not more than line 2a | | | 0. | |
| b Applied to undistributed income of prior years (Election required - see instructions) | | 0. | | |
| c Treated as distributions out of corpus (Election required - see instructions) | 0. | | | |
| d Applied to 2005 distributable amount | | | | 0. |
| e Remaining amount distributed out of corpus | 0. | | | |
| 5 Excess distributions carryover applied to 2005 (If an amount appears in column (d), the same amount must be shown in column (a)) | 0. | | | 0. |
| 6 Enter the net total of each column as indicated below: | | | | |
| a Corpus Add lines 3f, 4c, and 4e Subtract line 5 | 0. | | | |
| b Prior years' undistributed income Subtract line 4b from line 2b | | 0. | | |
| c Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | 0. | | |
| d Subtract line 6c from line 6b Taxable amount - see instructions | | 0. | | |
| e Undistributed income for 2004 Subtract line 4a from line 2a Taxable amount - see instr | | | 0. | |
| f Undistributed income for 2005 Subtract lines 4d and 5 from line 1 This amount must be distributed in 2006 | | | | 0. |
| 7 Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) | 0. | | | |
| 8 Excess distributions carryover from 2000 not applied on line 5 or line 7 | 0. | | | |
| 9 Excess distributions carryover to 2006. Subtract lines 7 and 8 from line 6a | 0. | | | |
| 10 Analysis of line 9 | | | | |
| a Excess from 2001 | | | | |
| b Excess from 2002 | | | | |
| c Excess from 2003 | | | | |
| d Excess from 2004 | | | | |
| e Excess from 2005 | | | | |

Form **990-PF** (2005)

523571
01-05-06

8

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLIS MEDICAL FOUNDATION   94-3269827   Page 9

## Part XIV   Private Operating Foundations (see instructions and Part VII-A, question 9)

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2005, enter the date of the ruling ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section [X] 4942(j)(3) or ☐ 4942(j)(5)

| 2 a Enter the lesser of the adjusted net | Tax year | Prior 3 years | | | |
|---|---|---|---|---|---|
| | (a) 2005 | (b) 2004 | (c) 2003 | (d) 2002 | (e) Total |
| income from Part I or the minimum investment return from Part X for each year listed | 474,910. | 187,213. | 51,687. | 176,690. | 890,500. |
| **b** 85% of line 2a | 403,674. | 159,131. | 43,934. | 150,187. | 756,925. |
| **c** Qualifying distributions from Part XII, line 4 for each year listed | 27,515,557. | 34,437,480. | 33,958,386. | 30,513,813. | 126425236. |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities | 25,957,933. | 32,392,257. | 32,743,311. | 29,666,768. | 120760269. |
| **e** Qualifying distributions made directly for active conduct of exempt activities Subtract line 2d from line 2c | 1,557,624. | 2,045,223. | 1,215,075. | 847,045. | 5,664,967. |
| **3** Complete 3a, b, or c for the alternative test relied upon **a** "Assets" alternative test - enter **(1)** Value of all assets | | | | | 0. |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | 0. |
| **b** "Endowment" alternative test - enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed | 482,538. | 504,316. | 174,101. | 292,165. | 1,453,120. |
| **c** "Support" alternative test - enter **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | | 0. |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | 0. |
| **(3)** Largest amount of support from an exempt organization | | | | | 0. |
| **(4)** Gross investment income | | | | | 0. |

## Part XV   Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year-see page 26 of the instructions.)

**1   Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000) (See section 507(d)(2))

LAWRENCE J. ELLISON

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2   Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☐ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds If the organization makes gifts, grants, etc (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d

**a** The name, address, and telephone number of the person to whom applications should be addressed

SEE STATEMENT C ATTACHED

**b** The form in which applications should be submitted and information and materials they should include

SEE STATEMENT C ATTACHED

**c** Any submission deadlines

SEE STATEMENT C ATTACHED

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors

SEE STATEMENT C ATTACHED

15210621 731920 9827       2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 990-PF (2005)   THE ELLIS● MEDICAL FOUNDATION   ●   94-3269827   Page **10**

| Part XV | Supplementary Information (continued) |

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual,<br>show any relationship to<br>any foundation manager<br>or substantial contributor | Foundation<br>status of<br>recipient | Purpose of grant or<br>contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| SEE STATEMENT A | | | | 26265173. |
| **Total** | | | ▶ **3a** | 26265173. |
| **b** *Approved for future payment* | | | | |
| SEE STATEMENT B | | | | 52835440. |
| **Total** | | | ▶ **3b** | 52835440. |

523601/01-05-06

Form **990-PF** (2005)

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827____1

Form 990-PF (2005)  THE ELLIS● MEDICAL FOUNDATION  ● 94-3269827  Page 11

## Part XVI-A  Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclu-sion code | (d) Amount | |
| 1 Program service revenue | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g  Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 473,327. | |
| 4 Dividends and interest from securities | | | | | |
| 5 Net rental income or (loss) from real estate | | | | | |
| a  Debt-financed property | | | | | |
| b  Not debt-financed property | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income | | | | | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 18 | 18,018,040. | |
| 9 Net income or (loss) from special events | | | | | |
| 10 Gross profit or (loss) from sales of inventory | | | | | |
| 11 Other revenue. | | | | | |
| a OTHER INCOME | | | 01 | 1,583. | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| 12 Subtotal  Add columns (b), (d), and (e) | | 0. | | 18,492,950. | 0. |
| 13 Total. Add line 12, columns (b), (d), and (e) | | | | 13 | 18,492,950. |

(See worksheet in line 13 instructions to verify calculations )

## Part XVI-B  Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes) |
|---|---|
| | |

523611
01-05-06

Form **990-PF** (2005)

11

Form 990-PF (2005)    THE ELLISON MEDICAL FOUNDATION    94-3269827    Page 12

## Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | | |
| a | Transfers from the reporting organization to a noncharitable exempt organization of | | | | |
| | (1) Cash | | 1a(1) | | X |
| | (2) Other assets | | 1a(2) | | X |
| b | Other transactions | | | | |
| | (1) Sales of assets to a noncharitable exempt organization | | 1b(1) | | X |
| | (2) Purchases of assets from a noncharitable exempt organization | | 1b(2) | | X |
| | (3) Rental of facilities, equipment, or other assets | | 1b(3) | | X |
| | (4) Reimbursement arrangements | | 1b(4) | | X |
| | (5) Loans or loan guarantees | | 1b(5) | | X |
| | (6) Performance of services or membership or fundraising solicitations | | 1b(6) | | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | | 1c | | X |

d  If the answer to any of the above is "Yes," complete the following schedule  Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization  If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | N/A | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?     ☐ Yes   ☒ No

b  If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer or fiduciary) is based on all information of which preparer has any knowledge

| Sign Here | Signature of officer or trustee | Date 7/5/06 | Title CFO | | |
|---|---|---|---|---|---|

| Paid Preparer's Use Only | Preparer's signature Pamela Burns | Date 7-5-06 | Check if self-employed ☐ | Preparer's SSN or PTIN | |
| | Firm's name (or yours if self-employed), address, and ZIP code | HOWSON & SIMON LLP 101 YGNACIO VALLEY RD., #310 WALNUT CREEK, CA 94596 | | EIN ▶ | |
| | | | | Phone no  925/977-9060 | |

Form **990-PF** (2005)

523621
01-05-06

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

# Schedule B
**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

 **Schedule of Contributors**

**Supplementary Information for**
**line 1 of Form 990, 990-EZ, and 990-PF (see instructions)**

OMB No 1545-0047

# 2005

**Name of organization**

THE ELLISON MEDICAL FOUNDATION

**Employer identification number**

94-3269827

**Organization type** (check one):

| Filers of: | Section: |
| --- | --- |
| Form 990 or 990-EZ | ☐ 501(c)( ) (enter number) organization |
| | ☐ 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation |
| | ☐ 527 political organization |
| Form 990-PF | ☒ 501(c)(3) exempt private foundation |
| | ☐ 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | ☐ 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule.** (**Note:** *Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule-see instructions.*)

**General Rule-**

☒ For organizations filing Form 990, 990-EZ, or 990-PF that received, during the year, $5,000 or more (in money or property) from any one contributor. (Complete Parts I and II.)

**Special Rules-**

☐ For a section 501(c)(3) organization filing Form 990, or Form 990-EZ, that met the 33 1/3% support test under Regulations sections 1.509(a)-3/1.170A-9(e) and received from any one contributor, during the year, a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms. (Complete Parts I and II.)

☐ For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, aggregate contributions or bequests of more than $1,000 for use *exclusively* for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals. (Complete Parts I, II, and III.)

☐ For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, some contributions for use *exclusively* for religious, charitable, etc , purposes, but these contributions did not aggregate to more than $1,000. (If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Do not complete any of the Parts unless the **General Rule** applies to this organization because it received nonexclusively religious, charitable, etc., contributions of $5,000 or more during the year.)  ▶ $ _____

**Caution:** *Organizations that are not covered by the General Rule and/or the Special Rules do not file Schedule B (Form 990, 990-EZ, or 990-PF), but they must check the box in the heading of their Form 990, Form 990-EZ, or on line 2 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF)*

**LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990, Form 990-EZ, and Form 990-PF.**

Schedule B (Form 990, 990-EZ, or 990-PF) (2005)

523451 02-01-06

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Schedule B (Form 990, 990-EZ, or 990-PF) (2005)                                    Page 1 of 1 of Part I

| Name of organization | Employer Identification number |
|---|---|
| THE ELLISON MEDICAL FOUNDATION | 94-3269827 |

**Part I**   **Contributors** (See Specific Instructions.)

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | LAWRENCE J. ELLISON<br>C/O LAWRENCE INVESTMENTS LLC, 101<br>YGNACIO VALLEY RD., #320<br><br>WALNUT CREEK, CA 94956 | $ 9. | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II if there is a noncash contribution ) |
| 2 | LAWRENCE J. ELLISON<br>C/O LAWRENCE INVESTMENTS LLC, 101<br>YGNACIO VALLEY RD., #320<br><br>WALNUT CREEK, CA 94956 | $ 18,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution ) |
| ___ |  | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution ) |
| ___ |  | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |
| ___ |  | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution ) |
| ___ |  | $ _____ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution ) |

523452 02-01-06                                    Schedule B (Form 990, 990-EZ, or 990-PF) (2005)

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Schedule B (Form 990, 990-EZ, or 990-PF) (2005)                                                    Page 1 of 1 of Part II

| Name of organization | Employer identification number |
|---|---|
| THE ELLISON MEDICAL FOUNDATION | 94-3269827 |

**Part II**  **Noncash Property** (See Specific Instructions)



| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| 1 | 1,300,000 SHARES OF ORACLE CORP. COMMON STOCK | $ 17,946,500. | 07/28/05 |
| | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
| | | $ | |
| | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
| | | $ | |
| | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
| | | $ | |
| | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
| | | $ | |
| | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
| | | $ | |

523453 02-01-06                                                    Schedule B (Form 990, 990-EZ, or 990-PF) (2005)

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

**2005 DEPRECIATION AND AMORTIZATION REPORT**
FORM 990-PF PAGE 1

990-PF

| Asset No | Description | Date Acquired | Method | Life | Line No | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER | 072898 | SL | 5.00 | 16 | 2,858. | | | 2,858. | 2,858. | | 0. |
| 2 | COMPUTER | 120199 | SL | 5.00 | 16 | 2,556. | | | 2,556. | 2,556. | | 0. |
| 3 | FURNITURE | 120199 | SL | 7.00 | 16 | 7,542. | | | 7,542. | 5,522. | | 1,077. |
| 4 | (D)FAX / PRINTER | 120199 | SL | 7.00 | 16 | 840. | | | 840. | 615. | | 7? |
| 5 | (D)COMPUTER | 030301 | SL | 5.00 | 16 | 1,614. | | | 1,614. | 1,251. | | 282. |
| 6 | COMPUTER | 110601 | SL | 5.00 | 16 | 1,485. | | | 1,485. | 928. | | 297. |
| 7 | COMPUTER | 112601 | SL | 5.00 | 16 | 1,939. | | | 1,939. | 1,212. | | 388. |
| 8 | FURNITURE | 092801 | SL | 7.00 | 16 | 1,290. | | | 1,290. | 621. | | 184. |
| 9 | FURNITURE | 102601 | SL | 7.00 | 16 | 2,312. | | | 2,312. | 1,031. | | 330. |
| 10 | FURNITURE | 110101 | SL | 7.00 | 16 | 2,243. | | | 2,243. | 1,000. | | 320. |
| 11 | FURNITURE | 112601 | SL | 7.00 | 16 | 2,930. | | | 2,930. | 1,309. | | 419. |
| 12 | NETWORK SERVER | 062102 | SL | 5.00 | 16 | 5,074. | | | 5,074. | 2,537. | | 1,015. |
| 13 | FURNITURE | 072602 | SL | 7.00 | 16 | 1,057. | | | 1,057. | 378. | | 151. |
| 14 | FURNITURE | 123102 | SL | 7.00 | 16 | 2,775. | | | 2,775. | 990. | | 396. |
| 15 | TELEPHONE SYSTEM | 020102 | SL | 7.00 | 16 | 5,355. | | | 5,355. | 1,912. | | 765. |
| 16 | COPIER | 050102 | SL | 5.00 | 16 | 9,444. | | | 9,444. | 4,723. | | 1,889. |
| 17 | FURNITURE | 121002 | SL | 7.00 | 16 | 1,530. | | | 1,530. | 547. | | 219. |
| 18 | FURNITURE | 121002 | SL | 7.00 | 16 | 798. | | | 798. | 285. | | 114. |

528102
01-06-06

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

2005 DEPRECIATION AND AMORTIZATION REPORT
FORM 990-PF PAGE 1

990-PF

| Asset No | Description | Date Acquired | Method | Life | Line No | Unadjusted Cost Of Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | FURNITURE | 123102 | SL | 7.00 | 16 | 1,749. | | | 1,749. | 625. | | 250. |
| 20 | FIREWALL APPLIANCE - COMPUTER EQUIPMENT | 021003 | SL | 5.00 | 16 | 1,625. | | | 1,625. | 488. | | 325. |
| 21 | DELL WORKSTATION - COMPUTER EQUIPMENT | 051003 | SL | 5.00 | 16 | 1,464. | | | 1,464. | 439. | | 293. |
| 22 | DELL OPTIPLEX 170L - COMPUTER EQUIPMENT | 051504 | SL | 5.00 | 17 | 1,073. | | | 1,073. | 107. | | 21. |
| 23 | DELL 3300 MP PROJECTOR - COMPUTER EQUIP. - DELL | 062504 | SL | 5.00 | 17 | 1,570. | | | 1,570. | 157. | | 314. |
| 24 | DIMENSION 8400 SERIES | 091504 | SL | 5.00 | 17 | 1,910. | | | 1,910. | 191. | | 382. |
| 25 | OFFICE FURNITURE | 011604 | SL | 7.00 | 17 | 4,517. | | | 4,517. | 323. | | 645. |
| 26 | EASYGRANTS MODULES 1-21 - COMPUTER SOFTWARE | 010104 | 167 | 36M | 43 | 100,275. | | | 100,275. | 5,571. | | 33,425. |
| 27 | DELL INSPIRON 700M - COMPUTER EQUIPMENT | 042105 | SL | 5.00 | 19B | 1,486. | | | 1,486. | | | 149. |
| 28 | DELL INSPIRON 700M - COMPUTER EQUIPMENT | 062205 | SL | 5.00 | 19B | 1,087. | | | 1,087. | | | 109. |
| 29 | DELL DIMENSION 5150 - COMPUTER EQUIPMENT | 121305 | SL | 5.00 | 19B | 1,239. | | | 1,239. | | | 124. |
| | * TOTAL 990-PF PG 1 DEPR & AMORT | | | | | 171,637. | | 0. | 171,637. | 38,176. | 0. | 44,152. |

(D) - Asset disposed

17

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

528102
01-06-06

THE ELLISON MEDICAL FOUNDATION                                    94-3269827

FORM 990-PF   INTEREST ON SAVINGS AND TEMPORARY CASH INVESTMENTS   STATEMENT   1

| SOURCE | AMOUNT |
|---|---|
| JPMORGAN CHASE BANK | 4,704. |
| MERRILL LYNCH | 4,616. |
| VANGUARD PRIME MMF | 464,007. |
| TOTAL TO FORM 990-PF, PART I, LINE 3, COLUMN A | 473,327. |

THE ELLISON MEDICAL FOUNDATION                                        94-3269827

FORM 990-PF          GAIN OR (LOSS) FROM SALE OF ASSETS          STATEMENT    2

| (A) DESCRIPTION OF PROPERTY | | | MANNER ACQUIRED | DATE ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| 1,300,000 SHRS ORACLE CORP. | | | DONATED | 10/27/77 | 07/26/05 |

| (B) GROSS SALES PRICE | (C) VALUE AT TIME OF ACQ. | (D) EXPENSE OF SALE | (E) DEPREC. | (F) GAIN OR LOSS |
|---|---|---|---|---|
| 18,018,280. | 9. | 0. | 0. | 18,018,271. |

| (A) DESCRIPTION OF PROPERTY | NAME OF BUYER | | MANNER ACQUIRED | DATE ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| FAX/PRINTER | N/A | | PURCHASED | 12/01/99 | 09/05/05 |

| (B) GROSS SALES PRICE | (C) COST OR OTHER BASIS | (D) EXPENSE OF SALE | (E) DEPREC. | (F) GAIN OR LOSS |
|---|---|---|---|---|
| 0. | 840. | 0. | 690. | <150.> |

| (A) DESCRIPTION OF PROPERTY | NAME OF BUYER | | MANNER ACQUIRED | DATE ACQUIRED | DATE SOLD |
|---|---|---|---|---|---|
| COMPUTER | N/A | | PURCHASED | 03/03/01 | 12/05/05 |

| (B) GROSS SALES PRICE | (C) COST OR OTHER BASIS | (D) EXPENSE OF SALE | (E) DEPREC. | (F) GAIN OR LOSS |
|---|---|---|---|---|
| 0. | 1,614. | 0. | 1,533. | <81.> |

NET GAIN OR LOSS FROM SALE OF ASSETS                              18,018,040.

CAPITAL GAINS DIVIDENDS FROM PART IV                                       0.

TOTAL TO FORM 990-PF, PART I, LINE 6A                             18,018,040.

THE ELLISON MEDICAL FOUNDATION                                          94-3269827

| FORM 990-PF | OTHER INCOME | | STATEMENT 3 |
|---|---|---|---|

| DESCRIPTION | (A)<br>REVENUE<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME |
|---|---|---|---|
| OTHER INCOME | 1,583. | 0. | 1,583. |
| TOTAL TO FORM 990-PF, PART I, LINE 11 | 1,583. | 0. | 1,583. |

| FORM 990-PF | LEGAL FEES | | STATEMENT 4 |
|---|---|---|---|

| DESCRIPTION | (A)<br>EXPENSES<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
|---|---|---|---|---|
| LEGAL FEES | 15,118. | 0. | 0. | 12,850. |
| TO FM 990-PF, PG 1, LN 16A | 15,118. | 0. | 0. | 12,850. |

| FORM 990-PF | ACCOUNTING FEES | | STATEMENT 5 |
|---|---|---|---|

| DESCRIPTION | (A)<br>EXPENSES<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
|---|---|---|---|---|
| ACCOUNTING EXPENSES | 37,388. | 0. | 0. | 37,388. |
| TO FORM 990-PF, PG 1, LN 16B | 37,388. | 0. | 0. | 37,388. |

| FORM 990-PF | OTHER PROFESSIONAL FEES | | STATEMENT 6 |
|---|---|---|---|

| DESCRIPTION | (A)<br>EXPENSES<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
|---|---|---|---|---|
| SCIENTIFIC ADVISOR FEES | 100,000. | 0. | 0. | 100,000. |
| CONSULTING EXPENSES | 86,600. | 0. | 0. | 73,610. |
| TO FORM 990-PF, PG 1, LN 16C | 186,600. | 0. | 0. | 173,610. |

THE ELLISON MEDICAL FOUNDATION                                    94-3269827

| FORM 990-PF | TAXES | | | STATEMENT 7 |
|---|---|---|---|---|
| DESCRIPTION | (A)<br>EXPENSES<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
| FEDERAL EXCISE TAX | 365,000. | 0. | 0. | 0. |
| PAYROLL TAXES | 29,982. | 0. | 0. | 25,485. |
| TO FORM 990-PF, PG 1, LN 18 | 394,982. | 0. | 0. | 25,485. |

| FORM 990-PF | OTHER EXPENSES | | | STATEMENT 8 |
|---|---|---|---|---|
| DESCRIPTION | (A)<br>EXPENSES<br>PER BOOKS | (B)<br>NET INVEST-<br>MENT INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
| OFFICE EXPENSE | 27,410. | 0. | 0. | 23,298. |
| GRANT PUBLICITY | 17,633. | 0. | 0. | 17,633. |
| MISCELLANEOUS | 83. | 0. | 0. | 71. |
| INSURANCE | 2,329. | 0. | 0. | 1,980. |
| INTERNET | 2,753. | 0. | 0. | 2,340. |
| PAYROLL PROCESSING FEES | 3,684. | 0. | 0. | 3,131. |
| GRANT MANAGEMENT SYSTEM<br>EXPENSES | 25,402. | 0. | 0. | 25,402. |
| ADMINISTRATIVE ASSETS -<br>EXEMPT ACTIVITIES | 0. | 0. | 0. | 3,240. |
| DIRECT CHARITABLE EXP. -<br>SYMPOSIUMS | 237,753. | 0. | 0. | 237,753. |
| ORGANIZATIONAL PUBLICITY | 122,979. | 0. | 0. | 122,979. |
| AMORTIZATION | 33,425. | 0. | 0. | 0. |
| TO FORM 990-PF, PG 1, LN 23 | 473,451. | 0. | 0. | 437,827. |

| FORM 990-PF | DEPRECIATION OF ASSETS NOT HELD FOR INVESTMENT | STATEMENT 9 |
|---|---|---|
| DESCRIPTION | COST OR<br>OTHER BASIS | ACCUMULATED<br>DEPRECIATION | BOOK VALUE |
|---|---|---|---|
| COMPUTER | 2,858. | 2,858. | 0. |
| COMPUTER | 2,556. | 2,556. | 0. |
| FURNITURE | 7,542. | 6,599. | 943. |
| COMPUTER | 1,485. | 1,225. | 260. |
| COMPUTER | 1,939. | 1,600. | 339. |
| FURNITURE | 1,290. | 805. | 485. |
| FURNITURE | 2,312. | 1,361. | 951. |

THE ELLISON MEDICAL FOUNDATION                                          94-3269827

| | | | |
|---|---:|---:|---:|
| FURNITURE | 2,243. | 1,320. | 923. |
| FURNITURE | 2,930. | 1,728. | 1,202. |
| NETWORK SERVER | 5,074. | 3,552. | 1,522. |
| FURNITURE | 1,057. | 529. | 528. |
| FURNITURE | 2,775. | 1,386. | 1,389. |
| TELEPHONE SYSTEM | 5,355. | 2,677. | 2,678. |
| COPIER | 9,444. | 6,612. | 2,832. |
| FURNITURE | 1,530. | 766. | 764. |
| FURNITURE | 798. | 399. | 399. |
| FURNITURE | 1,749. | 875. | 874. |
| COMPUTER EQUIPMENT - FIREWALL APPLIANCE | 1,625. | 813. | 812. |
| COMPUTER EQUIPMENT - DELL WORKSTATION | 1,464. | 732. | 732. |
| COMPUTER EQUIPMENT - DELL OPTIPLEX 170L | 1,073. | 322. | 751. |
| COMPUTER EQUIPMENT - DELL 3300 MP PROJECTOR | 1,570. | 471. | 1,099. |
| COMPUTER EQUIP. - DELL DIMENSION 8400 SERIES | 1,910. | 573. | 1,337. |
| OFFICE FURNITURE | 4,517. | 968. | 3,549. |
| COMPUTER SOFTWARE - EASYGRANTS MODULES 1-2 | 100,275. | 38,996. | 61,279. |
| COMPUTER EQUIPMENT - DELL INSPIRON 700M | 1,486. | 149. | 1,337. |
| COMPUTER EQUIPMENT - DELL INSPIRON 700M | 1,087. | 109. | 978. |
| COMPUTER EQUIPMENT - DELL DIMENSION 5150 | 1,239. | 124. | 1,115. |
| TOTAL TO FM 990-PF, PART II, LN 14 | 169,183. | 80,105. | 89,078. |

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No 1545-0142 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions ▶ Attach to the corporation's tax return   FORM 990-PF | **2005** |

| Name | Employer identification number |
|---|---|
| THE ELLISON MEDICAL FOUNDATION | 94-3269827 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation However, the corporation may still use Form 2220 to figure the penalty If so, enter the amount from page 2, line 34 on the estimated tax penalty line of the corporation's income tax return, but do not attach Form 2220

**Part I   Required Annual Payment**

| | | | | |
|---|---|---|---|---|
| 1 Total tax (see instructions) | | | **1** | 369,832. |
| 2 a Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | | 2a | | |
| b Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or of section 167(g) for depreciation under the income forecast method | | 2b | | |
| c Credit for Federal tax paid on fuels (see instructions) | | 2c | | |
| d Total. Add lines 2a through 2c | | | **2d** | |
| 3 Subtract line 2d from line 1 If the result is less than $500, **do not complete or file this form** The corporation does not owe the penalty | | | **3** | 369,832. |
| 4 Enter the tax shown on the corporation's 2004 income tax return (see instructions) **Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5** | | | **4** | 770,595. |
| 5 **Required Annual Payment.** Enter the smaller of line 3 or line 4 If the corporation is required to skip line 4, enter the amount from line 3 | | | **5** | 369,832. |

**Part II   Reasons for Filing** – Check the boxes below that apply If any boxes are checked, the corporation must file Form 2220 even if it does not owe a penalty (see instructions)

6 ☐ The corporation is using the adjusted seasonal installment method

7 ☒ The corporation is using the annualized income installment method

8 ☒ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax

**Part III   Figuring the Underpayment**

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | 9 | 05/15/05 | 06/15/05 | 09/15/05 | 12/15/05 |
| 10 | Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38 If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter If none of these boxes are checked, enter 25% of line 5 above in each column | 10 | 908. | 916. | 812. | 367,196. |
| 11 | Estimated tax paid or credited for each period (see instructions) For column (a) only, enter the amount from line 11 on line 15 | 11 | 7,234. | | | 365,000. |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | 12 | | 6,326. | 5,410. | 4,598. |
| 13 | Add lines 11 and 12 | 13 | | 6,326. | 5,410. | 369,598. |
| 14 | Add amounts on lines 16 and 17 of the preceding column | 14 | | | | |
| 15 | Subtract line 14 from line 13 If zero or less, enter -0- | 15 | 7,234. | 6,326. | 5,410. | 369,598. |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14 Otherwise, enter -0- | 16 | | 0. | 0. | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10 Then go to line 12 of the next column Otherwise, go to line 18 | 17 | | | | |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15 Then go to line 12 of the next column | 18 | 6,326. | 5,410. | 4,598. | |

**Go to Part IV on page 2 to figure the penalty  Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

JWA    For Paperwork Reduction Act Notice, see separate instructions.                        Form **2220** (2005)

512801
01-16-06

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

FORM 990-PF

Form 2220 (2005)　　THE ELLISON MEDICAL FOUNDATION　　　●　　94-3269827　Page **2**

## Part IV  Figuring the Penalty

|  | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| **19** Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions) (Form 990-PF and Form 990-T filers: Use 5th month instead of 3rd month) **19** |  |  |  |  |
| **20** Number of days from due date of installment on line 9 to the date shown on line 19 **20** |  |  |  |  |
| **21** Number of days on line 20 after 4/15/2005 and before 10/1/2005 **21** |  |  |  |  |
| **22** Underpayment on line 17 x Number of days on line 21 x 6% / 365 **22** | $ | $ | $ | $ |
| **23** Number of days on line 20 after 9/30/2005 and before 4/1/2006 **23** |  |  |  |  |
| **24** Underpayment on line 17 x Number of days on line 23 x 7% / 365 **24** | $ | $ | $ | $ |
| **25** Number of days on line 20 after 3/31/2006 and before 7/1/2006 **25** |  |  |  |  |
| **26** Underpayment on line 17 x Number of days on line 25 X *% / 365 **26** | $ | $ | $ | $ |
| **27** Number of days on line 20 after 6/30/2006 and before 10/1/2006 **27** |  |  |  |  |
| **28** Underpayment on line 17 x Number of days on line 27 x *% / 365 **28** | $ | $ | $ | $ |
| **29** Number of days on line 20 after 9/30/2006 and before 1/1/2007 **29** |  |  |  |  |
| **30** Underpayment on line 17 x Number of days on line 29 x *% / 365 **30** | $ | $ | $ | $ |
| **31** Number of days on line 20 after 12/31/2006 and before 2/16/2007 **31** |  |  |  |  |
| **32** Underpayment on line 17 x Number of days on line 31 x *% / 365 **32** | $ | $ | $ | $ |
| **33** Add lines 22, 24, 26, 28, 30, and 32 **33** | $ | $ | $ | $ |

**34 Penalty.** Add columns (a) through (d), of line 33 Enter the total here and on Form 1120, line 33,
Form 1120-A, line 29, or the comparable line for other income tax returns **34** $　　0.

\* **For underpayments paid after March 31, 2006** For lines 26, 28, 30, and 32, use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin  To obtain this information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information

JWA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **2220** (2005)

512802
01-16-08

24

15210621 731920 9827　　　　2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

THE ELLISON MEDICAL FOUNDATION                        94-3269827

Form 2220 (2005)              FORM 990-PF                      Page 3

| **Schedule A** | Adjusted Seasonal Installment Method and Annualized Income Installment Method (see instructions) |
|---|---|

Form 1120S filers: For lines 1, 2, 3, and 21, below, "taxable income" refers to excess net passive income or the amount on which tax is imposed under section 1374(a), whichever applies

**Part I - Adjusted Seasonal Installment Method** (Caution: Use this method only if the base period percentage for any 6 consecutive months is at least 70% See instructions )

| | | (a) First 3 months | (b) First 5 months | (c) First 8 months | (d) First 11 months |
|---|---|---|---|---|---|
| 1 Enter taxable income for the following periods | | | | | |
| a Tax year beginning in 2002 | 1a | | | | |
| b Tax year beginning in 2003 | 1b | | | | |
| c Tax year beginning in 2004 | 1c | | | | |
| 2 Enter taxable income for each period for the tax year beginning in 2005 | 2 | | | | |
| | | First 4 months | First 6 months | First 9 months | Entire year |
| 3 Enter taxable income for the following periods | | | | | |
| a Tax year beginning in 2002 | 3a | | | | |
| b Tax year beginning in 2003 | 3b | | | | |
| c Tax year beginning in 2004 | 3c | | | | |
| 4 Divide the amount in each column on line 1a by the amount in column (d) on line 3a | 4 | | | | |
| 5 Divide the amount in each column on line 1b by the amount in column (d) on line 3b | 5 | | | | |
| 6 Divide the amount in each column on line 1c by the amount in column (d) on line 3c | 6 | | | | |
| 7 Add lines 4 through 6 | 7 | | | | |
| 8 Divide line 7 by 3 | 8 | | | | |
| 9 Divide line 2 by line 8 | 9 | | | | |
| 10 Figure the tax on the amt on ln 9 using the instr for Form 1120, Sch J, ln 3 (or comparable ln of corp's return) | 10 | | | | |
| 11a Divide the amount in columns (a) through (c) on line 3a by the amount in column (d) on line 3a | 11a | | | | |
| b Divide the amount in columns (a) through (c) on line 3b by the amount in column (d) on line 3b | 11b | | | | |
| c Divide the amount in columns (a) through (c) on line 3c by the amount in column (d) on line 3c | 11c | | | | |
| 12 Add lines 11a though 11c | 12 | | | | |
| 13 Divide line 12 by 3 | 13 | | | | |
| 14 Multiply the amount in columns (a) through (c) of line 10 by columns (a) through (c) of line 13 In column (d), enter the amount from line 10, column (d) | 14 | | | | |
| 15 Enter any alternative minimum tax for each payment period (see instructions) | 15 | | | | |
| 16 Enter any other taxes for each payment period (see instr) | 16 | | | | |
| 17 Add lines 14 through 16 | 17 | | | | |
| 18 For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c (see instructions) | 18 | | | | |
| 19 Total tax after credits Subtract line 18 from line 17 If zero or less, enter -0- | 19 | | | | |

512821
01-16-06   JWA                                 Form **2220** (2005)

15210621 731920 9827             2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

THE ELLISON MEDICAL FOUNDATION                                                94-3269827

Form 2220 (2005)                    FORM 990-PF                                    Page 4

## Part II - Annualized Income Installment Method  **

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 20  Annualization periods (see instructions) | 20 | First __2__ months | First __3__ months | First __6__ months | First __9__ months |
| 21  Enter taxable income for each annualization period (see instructions) | 21 | 30,263. | 45,583. | 87,853. | 18,233,432. |
| 22  Annualization amounts (see instructions) | 22 | 6.000000 | 4.000000 | 2.000000 | 1.333333 |
| 23  Annualized taxable income  Multiply line 21 by line 22 | 23 | 181,578. | 182,332. | 175,706. | 24,311,237. |
| 24  Figure the tax on the amount on line 23 using the instructions for Form 1120, Schedule J, line 3 (or comparable line of corporation's return) | 24 | 3,632. | 3,647. | 3,514. | 486,225. |
| 25  Enter any alternative minimum tax for each payment period (see instructions) | 25 | | | | |
| 26  Enter any other taxes for each payment period (see instr) | 26 | | | | |
| 27  Total tax  Add lines 24 through 26 | 27 | 3,632. | 3,647. | 3,514. | 486,225. |
| 28  For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c (see instructions) | 28 | | | | |
| 29  Total tax after credits  Subtract line 28 from line 27  If zero or less, enter -0- | 29 | 3,632. | 3,647. | 3,514. | 486,225. |
| 30  Applicable percentage | 30 | 25% | 50% | 75% | 100% |
| 31  Multiply line 29 by line 30 | 31 | 908. | 1,824. | 2,636. | 486,225. |

## Part III - Required Installments

| | | 1st installment | 2nd installment | 3rd installment | 4th installment |
|---|---|---|---|---|---|
| Note. Complete lines 32 through 38 of one column before completing the next column | | | | | |
| 32  If only Part I or Part II is completed, enter the amount in each column from line 19 or line 31  If both parts are completed, enter the smaller of the amounts in each column from line 19 or line 31 | 32 | 908. | 1,824. | 2,636. | 486,225. |
| 33  Add the amounts in all preceding columns of line 38 (see instructions) | 33 | | 908. | 1,824. | 2,636. |
| 34  Adjusted seasonal or annualized income installments. Subtract line 33 from line 32  If zero or less, enter -0- | 34 | 908. | 916. | 812. | 483,589. |
| 35  Enter 25% of line 5 on page 1 of Form 2220 in each column (Note "Large corporations," see the instructions for line 10 for the amounts to enter ) | 35 | 92,458. | 92,458. | 92,458. | 92,458. |
| 36  Subtract line 38 of the preceding column from line 37 of the preceding column | 36 | | 91,550. | 183,092. | 274,738. |
| 37  Add lines 35 and 36 | 37 | 92,458. | 184,008. | 275,550. | 367,196. |
| 38  Required Installments  Enter the smaller of line 34 or line 37 here and on page 1 of Form 2220, line 10 (see instructions) | 38 | 908. | 916. | 812. | 367,196. |

JWA                                                                        Form 2220 (2005)

** ANNUALIZED INCOME INSTALLMENT METHOD USING STANDARD OPTION

512822
01-16-06

15210621 731920 9827          2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

| Form **4562** | | OMB No 1545-0172 |
|---|---|---|
| (Rev January 2006) | ●Depreciation and Amortization● 990-PF | **2005** |
| Department of the Treasury Internal Revenue Service | (Including Information on Listed Property) ▶ See separate instructions.    ▶ Attach to your tax return. | Attachment Sequence No 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| THE ELLISON MEDICAL FOUNDATION | FORM 990-PF PAGE 1 | 94-3269827 |

**Part I**  Election To Expense Certain Property Under Section 179 Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | | 1 | 105,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | | 3 | 420,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 | Dollar limitation for tax year  Subtract line 4 from line 1  If zero or less, enter -0-  If married filing separately, see instructions | | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property  Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ▶ | **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property )

| | | | |
|---|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 8,789. |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions )

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 | 17 | 1,556. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here  ▶ ☐ | | |

**Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 3,812. | 5 YRS. | HY | SL | 382. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27 5 yrs | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property  Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21 Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 10,727. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

516251 01-05-06   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2005) (Rev. 1-2006)

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

Form 4562 (2005) (Rev 1-2006)  THE ELLISON MEDICAL FOUNDATION        94-3269827  Page 2

**Part V**  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)
**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles )**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   24b If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first ) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L · | | |
| | | % | | | | S/L · | | |
| | | % | | | | S/L · | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1     28
29  Add amounts in column (i), line 26. Enter here and on line 7, page 1                        29

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles*

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year | | | | 43 | 33,425. |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 33,425. |

516252/01-05-06                                                                 Form **4562** (2005) (Rev 1-2006)

28

15210621 731920 9827        2005.05070 THE ELLISON MEDICAL FOUNDAT 9827___1

 

# ELLISON MEDICAL FOUNDATION
## 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| **Senior Scholars in Aging - Approved in 2001** | | | | |
| Stephen L. Helfand, M.D.<br>c/o Univ of Connecticut Health Center<br>Farmington, CT 06030 | None | N/A | Research re Genetic Dissection of Aging in Drosophila | $0 |
| Victoria Lundblad, Ph D<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Translating Yeast Telomere Biology to Human Cells. Identification of Activities that Regulate Human Telomere Maintenance and Cellular Proliferation | $284,700 |
| Subtotal, Senior Scholars in Aging - 2001 Awardees | | | | $284,700 |
| **Senior Scholars in Aging - Approved in 2002** | | | | |
| Seymour Benzer, Ph D.<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Mitochondrial Swirls, a Link between Oxidative Stress and Aging in Drosophila | $243,000 |
| Stanley N Cohen, M.D.<br>c/o Stanford Univ School of Medicine<br>Stanford, CA 94305-5120 | None | N/A | Research re Genetic Mechanisms Regulating Aging in Differentiated Human Cell Populations | $0 |
| Ari Gafni, Ph.D.<br>c/o University of Michigan<br>Ann Arbor, MI 48109-1055 | None | N/A | Research re Single Molecule Studies of Age-Related Alterations in Heat Shock Factor 1 | $227,480 |
| Cynthia J Kenyon, Ph.D.<br>c/o Univ. of California, San Francisco<br>San Francisco, CA 94143-0448 | None | N/A | Research re Can the Heat-Shock Response Extend the Lifespan of the Mouse? | $225,823 |
| Stuart Kim, Ph.D.<br>c/o Stanford University Medical Center<br>Stanford, CA 94305-5329 | None | N/A | Research re Genomic Approaches to Studying Aging in C. elegans | $0 |
| Gordon J. Lithgow, Ph.D.<br>c/o Buck Institute for Age Reseach<br>Novato, CA 94945-1400 | None | N/A | Research re The Rapid Identification of Hormones & Pharmacological Compounds that Slow Aging in C. Elegans | $285,556 |
| James F. Nelson, Ph D.<br>c/o Univ. of Texas HSC at San Antonio<br>San Antonio, TX 78229-3900 | None | N/A | Research re Rapid Screening for Longevity Mutants in Mice | $0 |
| Daniel Promislow, D Phil.<br>c/o University of Georgia<br>Athens, GA 30602-7223 | None | N/A | Research re Gene-gene Interactions, Gene Networks and Aging in Natural Population of Drosophila | $222,185 |

**STATEMENT A**

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Rudolph E. Tanzi, Ph.D<br>c/o Massachusetts General Hospital<br>Charlestown, MA 02129-4404 | None | N/A | Research re Role of the Multiligand Receptor, LRP, in Alzheimer's Disease-related Neuro-pathogenesis: A model for Age-related Disorders Involving LRP | $257,630 |
| Woodring E Wright, M.D , Ph.D.<br>c/o Univ. of Texas, SWMC at Dallas<br>Dallas, TX 75390-9039 | None | N/A | Research re Functional Tests of Replicative Aging in Organotypic Skin Equivalents | $234,000 |
| Subtotal, Senior Scholars in Aging - 2002 Awardees | | | | $1,695,674 |

Senior Scholars in Aging - Approved in 2003

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Frederick W. Alt, Ph.D.<br>c/o The Center for Blood Research<br>Boston, MA 02115 | None | N/A | Research re The Biology of Mammalian Sir2 Homologs and Their Role in Lifespan Determination | $283,500 |
| Spyridon Artavanis-Tsakonas, Ph.D.<br>c/o Massachusetts General Hospital<br>Charlestown, MA 02129 | None | N/A | Research re A Novel Class of Aging Genes in Drosophila Melanogaster | $478,941 |
| Andrzej Bartke, Ph.D.<br>c/o Southern Illinois Univ. Sch. Of Med.<br>Springfield, IL 62794-9628 | None | N/A | Research re Early Hormonal Signaling and Longevity· Role of Long-term Alterations in Glucose Homeostasis | $214,429 |
| Ronald A. DePinho, M D<br>c/o Dana-Farber Cancer Institute<br>Boston, MA 02115 | None | N/A | Research re The Genetic Role of Telomere Dynamics & DNA Damage Response in Stem Cell Depletion, Organ Homeostasis, & Aging | $238,256 |
| Jeff W. Lichtman, M D , Ph.D. and<br>  Joshua Sanes, Ph.D.<br>c/o Harvard University<br>Cambridge, MA 02138 | None | N/A | Research re Time Lapse Imaging of Neurons as They Age | $226,800 |
| Susan L Lindquist, Ph D<br>c/o Whitehead Inst for Biomed. Res.<br>Cambridge, MA 02142-1479 | None | N/A | Research re Investigating the Potential Involvement of Cellular Quality Control Mechanisms & the Mammalian Prion, PrP, in Neurodegenerative Diseases | $285,000 |
| Olivia M Pereira-Smith, Ph.D.<br>c/o Univ.TX Health Science Center<br>San Antonio, TX 78245-3207 | None | N/A | Research re The Role of the MORF/MRG Family of Novel Transcription Factors in In Vitro and In Vivo Aging | $219,000 |
| Arlan G. Richardson, Ph.D. and<br>  Fred E. Regnier, Ph D.<br>c/o Univ TX Health Science Center<br>San Antonio, TX 78229-3900 | None | N/A | Research re A Novel Proteomic Approach to Identifying, Sequencing, and Quantifying Oxidatively Damaged Proteins in Tissues of Aged Animals | $204,000 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| James L Sherley, M.D., Ph D<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139 | None | N/A | Research re Identification of Chemical "Age Spots" on Immortal DNA Strands in Adult Stem Cells | $228,236 |
| Eric Verdin, M D.<br>c/o The J. David Gladstone Institutes<br>San Francisco, CA  94141 | None | N/A | Research re Role of a SIRT3, a Sir2-related Mitochondrial Protein Deacetylase, in Aging | $268,500 |
| Robert A. Weinberg, Ph D<br>c/o Whitehead Inst. For Biomed. Res.<br>Cambridge, MA  02142 | None | N/A | Research re Cell Physiologic Stresses and Telomere-Based Cell Senescence | $285,000 |
| Subtotal, Senior Scholars in Aging - 2003 Awardees | | | | $2,931,662 |

Senior Scholars in Aging - Approved in 2004

| | | | | |
|---|---|---|---|---|
| Monica Driscoll, Ph.D<br>c/o Rutgers University<br>Piscataway, NJ | None | N/A | Research re Genetic Analyses of Extended Healthspan in *C. elegans* | $0 |
| Caleb E. Finch, Ph.D<br>c/o University of Southern California<br>University Park, CA | None | N/A | Research re ApoE Isoforms in the Evolution of Human Diet and Longevity from Chimpanzee-like Ancestors | $244,000 |
| Alfred L  Goldberg, Ph D<br>c/o Harvard Medical School<br>Boston, MA 02115 | None | N/A | Research re Regulation of Protein Degradation by the Ubiquitin-Proteasome Pathway in Aging | $254,250 |
| Robert D. Goldman, Ph D<br>c/o Northwestern University<br>Chicago, IL 60611 | None | N/A | Research re Nuclear Lamin A Mutations in Progeria | $0 |
| Harry B. Gray, Ph D<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Misfolding and Aggregation of Alzheimer's and Parkinson's Polypeptides | $242,514 |
| H. Robert Horvitz, Ph D.<br>c/o Massachusetts Institute of Tech<br>Cambridge, MA 02139 | None | N/A | Research re Genetic Control of Aging in *C. elegans* | $225,226 |
| Estela Medrano, Ph D<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Epigenetic Control of Senescence and Aging | $225,750 |
| Thomas A. Rando, M D., Ph.D<br>c/o Stanford University<br>Stanford, CA 94305-5235 | None | N/A | Research re Mechanisms of Rejuvenation of Tissue-specific Stem Cells | $192,000 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Heidi Scrable, Ph.D.<br>c/o University of Virginia<br>Charlottesville, VA 22904 | None | N/A | Research re Genetic Models to Chart the Course of Aging in the Mouse | $0 |
| Marc Tatar, Ph.D.<br>c/o Brown University<br>Providence, RI 02912 | None | N/A | Research re Metabolomic Analysis of Drosophila Aging by Stable Isotope Spectrometry | $228,650 |
| Alexander Varshavsky, Ph.D.<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Lifespan Extension Overexpression Strategies in the Mouse and Yeast | $243,000 |
| Subtotal Senior Scholars in Aging - 2004 Awardees | | | | $1,855,390 |

Senior Scholars in Aging - Approved in 2005

| | | | | |
|---|---|---|---|---|
| Judd M. Aiken, Ph.D.<br>c/o University of Wisconsin<br>Madison, WI 53706 | None | N/A | Research re Transferring Mitochondrial Genes to the Nucleus for the Amelioration of Age-Related Pathology | $196,994 |
| Norman Arnheim, Ph.D.<br>c/o University of Southern California<br>Los Angeles, CA 90089-2910 | None | N/A | Research re Molecular Studies of the Paternal Age Effect | $243,937 |
| Lawrence A. Donehower, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Extension of Longevity in p53 Mutant Mice | $224,982 |
| Ary L. Goldberger, Ph.D.<br>c/o Beth Israel Deaconess Med.Ctr.<br>Boston, MA 02115 | None | N/A | Research re Nonequilibrium dynamics, Time Asymmetry and the Biology of Aging | $0 |
| William G. Dunphy, Ph.D.<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Checkpoint Mediator Proteins as Both Negative and Positive Regulators of Cellular Senescence | $238,950 |
| Stephen F. Heinemann, Ph.D.<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186-5800 | None | N/A | Research re Alzheimer's Disease  New Approaches to Therapy | $284,700 |
| S. Michal Jazwinski, Ph.D.<br>c/o Louisiana State University<br>New Orleans, LA 70112 | None | N/A | Research re Aging in Natural Yeast Populations | $0 |
| S. Kerry Kornfeld, M.D., Ph.D.<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Characterization of Anticonvulsant Medications that Regulate Aging | $0 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Makoto Kuro-o, M.D., Ph.D<br>c/o Univ. of TX SW Medical Center<br>Dallas, TX 75390-9072 | None | N/A | Research re Regulation of Aging and SIRT1 by the Hormone Klotho | $235,500 |
| Charles V. Mobbs, Ph.D.<br>c/o Mount Sinai School of Medicine<br>New York, NY 10029-6574 | None | N/A | Research re Reversing Age-related Impairments through a Novel Metabolic Mechanism | $249,809 |
| Robert Alan Reenan, Ph.D.<br>c/o University of Connecticut<br>Farmington, CT 06030 | None | N/A | Research re Genetic Recoding by RNA Editing and the Aging Process | $218,640 |
| John E. Repine, M.D.<br>c/o University of Colorado<br>Denver, CO 80262 | None | N/A | Research re Oxygen Tolerance, the Metabolic Syndrome, Longevity and Mitochondrial Function | $187,967 |
| Peter G. Schultz, Ph.D.<br>c/o The Scripps Research Institute<br>La Jolla, CA 92037 | None | N/A | Research re Identification of Small Molecules that Upregulate the Antioxidant Response Element | $278,850 |
| Jan Vijg, Ph.D.<br>c/o Buck Institute for Age Research<br>Novato, CA 94945-1400 | None | N/A | Research re A Mouse Model for Manipulating Double-strand DNA Breaks in Aging | $253,457 |
| Bruce A. Yankner, M.D., Ph.D.<br>c/o Children's Hospital Boston<br>Boston, MA 02115 | None | N/A | Research re MicroRNAs and the Regulation of Brain Aging | $253,500 |
| Subtotal Senior Scholars in Aging - 2005 Awardees | | | | $2,867,286 |

Senior Scholars in Infectious Diseases - Approved in 2001

| | | | | |
|---|---|---|---|---|
| Alan G. Barbour, M.D.<br>c/o University of California, Irvine<br>Irvine, CA 92697-4025 | None | N/A | Research re Transmission-blocking Vaccines against Arthropod Vectors | $225,600 |
| Jon Clardy, Ph.D.<br>c/o Harvard Medical School<br>Boston, MA 02115 | None | N/A | Research re New Antibiotics from Environmental DNA | $238,500 |
| Keith A. Joiner, M.D. and<br>Elisabetta Ullu, Ph.D.<br>c/o Yale Univ. School of Medicine<br>New Haven, CT 06520-8022 | None | N/A | Research re Development of New Genetic Tools to Identify Nutrient Uptake Pathways in Malaria Parasites | $211,323 |

STATEMENT A

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| W Ian Lipkin, M.D.<br>c/o Columbia University<br>New York, NY 10032 | None | N/A | Research re Pandora's Box Project | $245,250 |
| Richard M. Locksley, M.D.<br>c/o Univ of California, San Francisco<br>San Francisco, CA 94143-0654 | None | N/A | Research re Optimizing Immunity to Complex Pathogens In Vivo | $172,912 |
| Subtotal, Senior Scholars in Infectious Disease - 2001 Awardees | | | | $1,093,585 |

Senior Scholars in Infectious Disease - Approved in 2002

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Martin J. Blaser, M D.<br>c/o New York Univ. School of Medicine<br>New York, NY 10016 | None | N/A | Research re Molecular Definition of the Bacterial Population of Human Skin in Health and Disease | $0 |
| John C Boothroyd, Ph.D.<br>c/o Stanford Univ. School of Medicine<br>Stanford, CA 94305--5124 | None | N/A | Research re Evolution of Virulence in Eukaryotic Pathogens | $239,336 |
| Ronald P. Davis, Ph.D.<br>c/o Stanford University<br>Palo Alto, CA 94304 | None | N/A | Research re Sexually Transmitted Disease Agents in the "Healthy" Human Vagina | $0 |
| Jack E. Dixon, Ph.D.<br>c/o Univ of California, San Diego<br>La Jolla, CA 92093 | None | N/A | Research re Bacterial Pathogen Families that Function in Both the Animal and Plant Kingdoms | $223,804 |
| Laurie H Glimcher, M.D.<br>c/o Harvard School of Public Health<br>Boston, MA 02115 | None | N/A | Research re Arming the Immune System against Pathogens with Selective Biologics. The Next Generation of Vaccines | $243,000 |
| Roberto G. Kolter, Ph.D.<br>c/o Harvard Medical School<br>Boston, MA 02115 | None | N/A | Research re Ecological Influences on Pathogen Genome Evolution | $254,850 |
| Pradipsinh K. Rathod, Ph.D.<br>c/o University of Washington<br>Seattle, WA 98195-1700 | None | N/A | Research re Genomic Tools to Characterize Hypermutating Plasmodium Falciparum | $227,400 |
| Lee W Riley, M D<br>c/o University of California, Berkeley<br>Berkeley, CA 94720 | None | N/A | Research re Mycobacterium Tuberculosis Latency and Reactivation Tuberculosis | $456,000 |
| David S. Roos, Ph.D.<br>c/o University of Pennsylvania<br>Philadelphia, PA 19104-6017 | None | N/A | Research re Designing & Mining Pathogen Genome Databases. The Apicoplast as a Novel Drug Target in Plasmodium Parasites   and Other Stories | $0 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Gary K. Schoolnik, M D<br>c/o Stanford Medical School<br>Stanford, CA 94305-5428 | None | N/A | Research re The Molecular Ecology of Vibrio Cholerae in the Gangetic Delta | $240,000 |
| Subtotal, Senior Scholars in Infectious Disease - 2002 Awardees | | | | $1,884,390 |

Senior Scholars in Infectious Disease - Approved in 2003

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Roy Curtiss, III, Ph.D.<br>c/o Washington University<br>St. Louis, MO 63130-4899 | None | N/A | Research re Providing an Economic Benefit to Using a Vaccine to Enhance Food Safety and to Reduce Antibiotic Use in Agriculture | $220,009 |
| Richard A Flavell, Ph.D.<br>c/o Yale Univ. School of Medicine<br>New Haven, CT 06520-8011 | None | N/A | Research re Role of Nucleotide Binding Domain-Leucine Rich Repeat Proteins in Host Defense to Microbial Challenge | $245,250 |
| Jeffrey I. Gordon, M.D<br>c/o Washington Univ  Sch of Medicine<br>St Louis, MO 63110 | None | N/A | Research re A Gnotobiotic Zebrafish Model for Analyzing Symbiotic Host-bacterial Interactions in the Mammalian Gut | $229,500 |
| Daniel L. Hartl, Ph.D.<br>c/o Harvard university<br>Cambridge, MA 02138 | None | N/A | Research re Conditional Targeted Deletions in Plasmodium Falciparum | $246,000 |
| Karla Kirkegaard, Ph.D.<br>c/o Stanford Univ. Sch. of Medicine<br>Stanford, CA 94305 | None | N/A | Research re Systematic Analysis of Positive-strand RNA Viral Transmisssion Genetics | $0 |
| Carl Nathan, M.D.<br>c/o Weill Cornell Medical College<br>New York, NY 10021 | None | N/A | Research re Genomic Approach to Improved Immunogenicity of M tuberculosis | $252,000 |
| Peter Palese, Ph.D.<br>c/o Mount Sinai School of Medicine<br>New York, NY 10029 | None | N/A | Research re Cellular Genes and Viruses: Who Wins the War? | $254,250 |
| Charles M. Rice, Ph.D.<br>c/o The Rockefeller University<br>New York, NY 10021 | None | N/A | Research re Towards Broad-spectrum Antivirals:  Functional Screens for Nonessential and Antiviral Host Genes | $252,750 |
| Alexander Rich, M D<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139-4307 | None | N/A | Research re Viral Pathogenic Mechanisms Involving Z-DNA Binding Proteins | $210,000 |
| Abigail A  Salyers, Ph D<br>c/o Univ  of Illinois, Urbana-Champaign<br>Urbana, IL 61801 | None | N/A | Research re Resistance Gene Flow in the Human Colonic Microflora | $0 |

STATEMENT A

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Ronald P Taylor, Ph D<br>c/o University of Virginia<br>Charlottesville, VA 22908-0733 | None | N/A | Research re Investigation of Mechanisms Leading to Anemia at Low Parasite Burden in Children with Malaria | $0 |

| Subtotal, Senior Scholars in Infectious Disease - 2003 Awardees | | | | $1,909,759 |
|---|---|---|---|---|

Senior Scholars in Infectious Disease - Approved in 2004

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| John Carlson, Ph.D.<br>c/o Yale University<br>New Haven, CT 06520 | None | N/A | Research re Rational Development of Novel Insect Repellents and Traps for the Control of Disease Vectors | $245,250 |
| Karen P Day, Ph.D<br>c/o New York Univ. Sch. Of Medicine<br>New York, NY 10016 | None | N/A | Research re Quorum Sensing and Malaria Parasites | $0 |
| JoAnne L. Flynn, Ph D.<br>c/o University of Pittsburgh<br>Pittsburgh, PA 15260 | None | N/A | Research re Host-mediated Control of Tuberculosis: What are the Important Factors? | $0 |
| Jorge E Galan, Ph D.<br>c/o Yale University School of Medicine<br>New Haven, CT  06520 | None | N/A | Research re Molecular and Functional Bases of Campylobacter Jejuni Pathogenesis | $243,316 |
| Alexander D. Johnson, Ph D.<br>c/o Univ. of California, San Francisco<br>San Francisco, CA 94118 | None | N/A | Research re Prions, Epigenetics, and Virulence in a Fungal Pathogen | $213,457 |
| Beth Levine, M D<br>c/o Univ. of Texas SW Medical Center<br>Dallas, TX 75390 | None | N/A | Research re Autophagy as a Novel Mechanism of Innate Immunity against Intracellular Pathogens | $234,000 |
| Ruslan Medzhitov, Ph D.<br>c/o Yale University School of Medicine<br>New Haven, CT 06520 | None | N/A | Research re Immunobiology of Co-Infection | $245,250 |
| Megan B Murray, M.D<br>c/o Harvard School of Public Health<br>Boston, MA 02115 | None | N/A | Research re Comparative Genomics and the Molecular Epidemiology of Tuberculosis | $245,621 |
| Daniel A. Portnoy, Ph.D.<br>c/o University of California, Berkeley<br>Berkeley, CA 94720 | None | N/A | Research re Production of Muramyl Dipeptides and Induction of Type I Interferon by Listeria Monocytogenes and Mycobacterium Tuberculosis | $0 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Dyann F. Wirth, Ph.D<br>c/o Harvard School of Public Health<br>Boston, MA 02115 | None | N/A | Research re Diversifying Selection in Plasmodium Falciparum | $246,000 |
| Subtotal, Senior Scholars in Infectious Disease - 2004 Awardees | | | | $1,672,894 |

<u>New Scholars in Aging - Approved in 2002</u>

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Yidong Bai, Ph.D<br>c/o Univ. of Texas Health Science Ctr.<br>San Antonio, TX 78229-3900 | None | N/A | Research re Genetic and Functional Analysis of Mitochondrial DNA Mutations Associated with Aging | $50,000 |
| Antonio Bedalov, M.D., Ph.D.<br>c/o Fred Hutchinson Cancer Res. Ctr.<br>Seattle, WA 98109-1024 | None | N/A | Research re Chemical Genetic Approaches to Aging | $50,000 |
| Ana Maria Cuervo, M.D., Ph.D.<br>c/o Albert Einstein College of Medicine<br>Bronx, NY 10461 | None | N/A | Research re Restoration of Chaperone-Mediated Autophagy Activity in Old Rodents | $50,000 |
| Ya Ha, Ph.D<br>c/o Yale Univ. School of Medicine<br>New Haven, CT 06520 | None | N/A | Research re Structural Studies of Human γ-secretase | $50,000 |
| Michael Gordon Kaplitt, M.D., Ph.D<br>c/o Weill Medical College of Cornell U.<br>New York, NY 10021 | None | N/A | Research re Effect of PTEN Anti-Oncogene on Age-related Neurodegenerative Disorders | $50,000 |
| Tae-Wan Kim, Ph.D.<br>c/o Columbia University<br>New York, NY 10032 | None | N/A | Research re Genetic Studies of Factors Controlling Amyloid Production | $50,000 |
| Stephen Lyle, M.D., Ph.D<br>c/o Beth Israel Deaconess Med. Ctr<br>Boston, MA 02215 | None | N/A | Research re Molecular and Cell Biology of Adult Epithelial Stem Cells | $50,000 |
| Giovanni Paternostro, M.D., Ph.D.<br>c/o The Burnham Institute<br>La Jolla, CA 92037 | None | N/A | Research re Genetic Analysis of Cardiac Aging in Drosophila | $50,000 |
| Jacob Raber, Ph.D.<br>c/o Oregon Health & Science Univ.<br>Portland, OR 97201 | None | N/A | Research re Gender and Isoform-Specific Effects of ApoE on Cognition in Humans | $50,000 |

STATEMENT A

 

### ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Brad A. Rikke, Ph D<br>c/o University of Colorado at Boulder<br>Boulder, CO 80309-0447 | None | N/A | Research re QTLs Specifying the<br>Retardation of Reproductive Senescence<br>by Dietary Restriction | $50,000 |
| Subtotal, New Scholars in Aging - 2002 Awardees | | | | $500,000 |

New Scholars in Aging - Approved in 2003

| | | | | |
|---|---|---|---|---|
| Shawn Cameron Ahmed, Ph D<br>c/o Univ. of NC at Chapel Hill<br>Chapel Hill, NC 27599-3280 | None | N/A | Research re Germline Immortality in<br>C. elegans | $50,000 |
| Cindy X. Cai, M.D., Ph.D.<br>c/o Tufts Univ. School of Medicine<br>Boston, MA 02111 | None | N/A | Research re Nuclear Ferritin May Protect<br>Against Oxidative and Light-induced DNA<br>Damage in Retinal Pigment Epithelial Cells | $0 |
| Vera Gorbunova, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Effect of Aging on Efficiency<br>and Accuracy of DNA Double-Strand Break<br>Repair | $50,000 |
| Shin-ichiro Imai, M.D., Ph D.<br>c/o Washington Univ. Sch. Of Medicine<br>St. Louis, MO 63110 | None | N/A | Research re The Function of Mammalian<br>NAD-dependent Deacetylase Sir2$\alpha$ and<br>NAD Biosynthesis Enzymes in Aging-<br>associated Epigenetic Gene Regulation | $50,000 |
| Shuji Kishi, M.D., Ph D.<br>c/o Dana-Farber Cancer Institute<br>Boston, MA 02115 | None | N/A | Research re Genetic Approaches for<br>Functional Aging in Zebrafish | $50,000 |
| Jiyan Ma, Ph.D.<br>c/o The Ohio State University<br>Columbus, OH 43210 | None | N/A | Research re The Pathogenic Mechanism of<br>Prion Disease | $50,000 |
| Kathryn J. Moore, Ph.D.<br>c/o Massachusetts General Hospital<br>Boston, MA 02114 | None | N/A | Research re Genetic and Functional<br>Analysis of CD36-signaling in Age-related<br>Chronic Inflammatory Diseases | $50,000 |
| Tannishtha Reya, Ph.D<br>c/o Duke University Medical Center<br>Durham, NC 27710 | None | N/A | Research re Control of Stem Cell Self-<br>renewal and Regeneration | $50,000 |
| Stephen Robert Wicks, Ph.D.<br>c/o Boston College<br>Chestnut Hill, MA 02467 | None | N/A | Research re Natural Sequence Variation in<br>C. elegans: Impact on Lifespan and Aging | $0 |
| Subtotal, New Scholars in Aging - 2003 Awardees | | | | $350,000 |

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|

New Scholars in Aging - Approved in 2004

| | | | | |
|---|---|---|---|---|
| Michael Brodsky, Ph D.<br>c/o Univ. of Massachusetts Med Sch.<br>Worcester, MA 01655 | None | N/A | Research re Epigenetic Regulation of Drosophila Telomere Protection | $50,000 |
| Andrew Dillin, Ph.D<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186 | None | N/A | Research re Regulation of Aging by Insulin/IGF-1 and Mitochondrial Signaling Pathways | $0 |
| Eitan Glick, Ph.D.<br>c/o University of Washington<br>Seattle, WA 98115 | None | N/A | Research re Age-dependent Defects in the Mitochondrial Import Machinery | $50,000 |
| Jaime Grutzendler, M.D.<br>c/o Northwestern University<br>Evanston, IL 60208 | None | N/A | Research re Dynamics of Neuronal-Microglia Interactions in Alzheimer's Disease | $50,000 |
| Su-Ju Lin, Ph.D.<br>c/o Univ. of California, Davis<br>Davis, CA 95616 | None | N/A | Research re Genetic and Chemical Genetic Approaches to Study the Molecular Mechanism of Caloric Restriction and Longevity Regulation | $50,000 |
| Carlos Lois, M.D., Ph D<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139 | None | N/A | Research re The Role of Adult Neurogenesis in the Brain of Adult Songbirds: A Transgenic Approach | $50,000 |
| Scott Pletcher, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re The Role of Innate Immunity Signaling in Lifespan Extension via Dietary Restriction in Drosophila melanogaster | $50,000 |
| Pere Puigserver, Ph.D.<br>c/o Johns Hopkins University<br>Baltimore, MD 21218 | None | N/A | Research re Regulation of Glucose Homeostasis through PGC-1a and SIR2a | $50,000 |
| Catherine Wolkow, Ph.D.<br>c/o National Institute on Aging<br>Bethesda, MD 20892 | None | N/A | Research re Tracing Pathways for Controlling Longevity by Insulin-like Signaling in the Nervous System | $50,000 |
| Xiaohua Wu, Ph.D.<br>c/o Scripps Research Institute<br>La Jolla, CA 92037 | None | N/A | Research re Understanding the Role of the Nbs1/Mre11/Rad50 Complex in the Maintenance of Genome Stability and the Prevention of Premature Aging | $50,000 |

Subtotal, New Scholars in Aging - 2004 Awardees                    $450,000

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|

New Scholars in Aging - Approved in 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Irina M. Conboy, Ph.D<br>c/o University of California at Berkeley<br>Berkeley, CA 94720-1762 | None | N/A | Research re Understanding the Molecular<br>Mechanisms of Stem Cell Aging | $50,000 |
| Hartmut Geiger, Ph.D.<br>c/o University of Cincinnati<br>Cincinnati, OH 45229-3039 | None | N/A | Research re Genomic Integrity and DNA-<br>Repair Pathways in Aging | $50,000 |
| Alexander Hoffmann, Ph.D.<br>c/o University of California at San Diego<br>La Jolla, CA 92093-0375 | None | N/A | Research re Hematopoietic Stem Cells NF-<br>kappa-B and senescence: Connecting the<br>Environment with the Cell Cycle | $50,000 |
| Josephine Hoh, Ph.D.<br>c/o Yale University<br>New Haven, CT 06520-8034 | None | N/A | Research re Trans-Racial Gene Mapping<br>for Age-Related Macular Degeneration | $50,000 |
| Ao-Lin A Hsu, Ph.D<br>c/o University of Michigan<br>Ann Arbor, MI 48109-0940 | None | N/A | Research re The Role of Heat-Shock Factor<br>in the Regulation of Longevity | $50,000 |
| D. Leanne Jones, Ph.D.<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186-5800 | None | N/A | Research re Control of Germline Stem Cell<br>Behavior During Aging | $50,000 |
| Pankaj Kapahi, Ph.D<br>c/o Buck Institute for Age Research<br>Novato, CA 94945-1400 | None | N/A | Research re Mechanisms of Lifespan<br>Regulation by Nutrients in Drosophila | $50,000 |
| Siu Sylvia Lee, Ph.D.<br>c/o Cornell University<br>Ithaca, NY 14850 | None | N/A | Research re Systematic Analysis of Genetic<br>Determinants in C. elegans | $50,000 |
| Laura J. Niedernhofer, M.D., Ph.D<br>c/o University of Pittsburgh<br>Pittsburgh, PA 15213 | None | N/A | Research re The role of DNA Repair in<br>Attenuating Aging | $50,000 |
| Norman Sharpless, M.D.<br>c/o University of North Carolina<br>Chapel Hill, NC 27599 | None | N/A | Research re Ink4a/Arf Expression in Aging | $50,000 |
| Erik Lee Snapp, Ph.D.<br>c/o Albert Einstein College of<br>Medicine of Yeshiva University<br>Bronx, NY 10461 | None | N/A | Research re Age-related Oxidative Damage<br>and the ER Folding Environment | $50,000 |

STATEMENT A

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Alexei Tulin, Ph.D<br>c/o Fox Chase Cancer Center<br>Philadelphia, PA 19111 | None | N/A | Research re Poly(ADP-ribosyl)ating Enzymes in Aging Control | $50,000 |
| Subtotal, New Scholars in Aging - 2005 Awardees | | | | $600,000 |

New Scholars in Infectious Disease - Approved in 2002

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Ernesto Abel-Santos, Ph.D.<br>c/o A Einstein College of Medicine<br>Bronx, NY 10461-1602 | None | N/A | Research re Peptide Modulators of Bacterial Cell Differentiation | $50,000 |
| Christopher F Basler, Ph.D.<br>c/o Mount Sinai School of Medicine<br>New York, NY 10029 | None | N/A | Research re Emerging Viruses. Interferon-Antagonists and Virulence | $50,000 |
| Kirk W Deitsch, Ph.D.<br>c/o Weill Medical College of Cornell U.<br>New York, NY 10021 | None | N/A | Research re DNA Replication and Var Gene Expression in Plasmodium Falciparum | $50,000 |
| Michael S. Diamond, M D , Ph.D.<br>c/o Washington Univ. Sch Medicine<br>St Louis, MO 63110 | None | N/A | Research re The Immunology and Neuro-biology of West Nile Encephalitis in a Mouse Model of Disease | $50,000 |
| Michael S. Glickman, M.D<br>c/o Memorial Sloan Kettering Canc.C<br>New York, NY 10025 | None | N/A | Research re Coordinate Regulation of M. tuberculosis Cell Envelope Composition during Symbiosis | $50,000 |
| Kristin M Hager, Ph.D.<br>c/o University of Notre Dame<br>Notre Dame, IN 46556-0369 | None | N/A | Research re Analysis of Membrane Trafficking Events in the Regulation of Oganelle Biogenesis and Stability in Apicomlexan Parasites | $50,000 |
| B. Joseph Hinnebusch, Ph D.<br>c/o NIH/NIAID Rocky Mt. Labs<br>Hamilton, MT 59840 | None | N/A | Research re Mechanisms of Yersinia Pestis Transmission and Pathogenicity | $50,000 |
| Marc Lipsitch, D.Phil<br>c/o Harvard School of Public Health<br>Boston, MA 02115 | None | N/A | Research re Antibiotic Resistance in Streptococcus Pneumoniae: Transmission Dynamics and Consequences for Public Health | $50,000 |
| David S Schneider, Ph D.<br>c/o Stanford University<br>Stanford, CA 94305 | None | N/A | Research re Dissecting Malaria Vector-pathogen Interactions using a Drosophila-Plasmodium Genetic System | $0 |

STATEMENT A



**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Fitnat Yıldız, Ph.D.<br>c/o Univ. of California at Santa Cruz<br>Santa Cruz, CA 95064 | None | N/A | Research re Environmental Factors that Modulate Biofilm Formation Dynamics in Vibrio Cholerae O1E1 Tor | $50,000 |
| Subtotal, New Scholars in Infectious Disease - 2002 Awardees | | | | $450,000 |

New Scholars in Infectious Disease - Approved in 2003

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Yasmine Belkaid, Ph.D.<br>c/o NIH/NIAID (FAES)<br>Bethesda, MD | None | N/A | Research re Latency, Reactivation and Immunity in Chronic Parasitic Disease | $50,000 |
| Keril J Blight, Ph D<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Characterization of the NS4B Protein in Hepatitis C Virus | $50,000 |
| Michael D. Burkart, Ph D<br>c/o Univ of California, San Diego<br>La Jolla, CA 92093-0358 | None | N/A | Research re Biosynthetic Inhibition of Small Molecule Virulence Factors from Mycobacteria | $50,000 |
| Philip Ralph Dormitzer, M D., Ph.D.<br>c/o Children's Hospital<br>Boston, MA 02115 | None | N/A | Research re Structure-Based Approach to Rotavirus Vaccine Design and Cell Entry | $50,000 |
| Eleftherios Mylonakis, M.D., Ph D.<br>c/o Massachusetts General Hospital<br>Boston, MA 02114 | None | N/A | Research re Use of the Caenorhabditis Elegans Model of Fungal Pathogenesis to Identify Virulence Factors of the Pathogenic Yeast Cryptococcus Neoformans | $50,000 |
| Pejman Rohani, Ph.D<br>c/o Univ of Georgia Research Fdn.<br>Athens, GA 30602-7411 | None | N/A | Research re The Ecology and Evolution of Disease Interference | $50,000 |
| Michael Jeffrey Root, M D., Ph D.<br>c/o Thomas Jefferson University<br>Philadelphia, PA 19107 | None | N/A | Research re Targeting Viral Entry Using the 5-Helix Protein Design Strategy | $50,000 |
| Anita Sil, M D., Ph D<br>c/o Univ. of California, San Francisco<br>San Francisco, CA 94143-0414 | None | N/A | Research re Molecular Analysis of Detoxification of Nitric Oxide in Histoplasma Capsulatum | $50,000 |
| Subtotal, New Scholars in Infectious Disease - 2003 Awardees | | | | $400,000 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|

New Scholars in Infectious Disease - Approved in 2004

| | | | | |
|---|---|---|---|---|
| Peter John Bradley, Ph D.<br>c/o Univ. of California, Los Angeles<br>Los Angeles, CA 90024 | None | N/A | Research re Establishing an Intracellular Niche in Apicomplexan Parasites: The Role of Novel Rhoptry Proteins Conserved in Toxoplasma and Plasmodium | $50,000 |
| George Dimopoulos, Ph.D<br>c/o Johns Hopkins University<br>Baltimore, MD 21218 | None | N/A | Research re Characterization of a Pattern Recognition Receptor Family in Anopheles gambiae  Implication of GNBPs in the Mosquito's Molecular Defense Against Malaria | $50,000 |
| Danielle A. Garsin, Ph D.<br>c/o Univ. of Texas HSC at Houston<br>Houston, TX 77225 | None | N/A | Research re C. elegans as a Model Host for Understanding Innate Immune Response to Infectious Disease | $50,000 |
| Stefan H. I. Kappe, Ph D<br>c/o Seattle Biomedical Research Inst.<br>Seattle, WA 98109 | None | N/A | Research re Gene Expression and Function in Plasmodium Liver Stages | $50,000 |
| Liming Li, Ph.D.<br>c/o Northwestern University<br>Evanston, IL 60208 | None | N/A | Research re Facilitate Prion Research using C. Elegans | $50,000 |
| Mary X. D. O'Riordan, Ph D<br>c/o Univ. of Michigan Medical School<br>Ann Arbor, MI 48109 | None | N/A | Research re Bacterial Regulation of Intracellular Immune Surveillance | $50,000 |
| Dirk Schnappinger, Ph D<br>c/o Weill Med. Col. Of Cornell Univ<br>New York, NY 10005 | None | N/A | Research re Controlled Silencing of rpoB and ffh in M. Smegmatis and M. tuberculosis | $50,000 |
| Neal Silverman, Ph D<br>c/o Univ. of Massachusetts Med. Sch.<br>Worcester, MA 01655 | None | N/A | Research re Using Drosophila to Elucidate the Mechanisms of Pathogenesis  Genetic and Molecular Dissection of Signal Inhibition by Yersinia Virulence Factor YopJ | $50,000 |
| Marcelo Carlos Sousa, Ph D<br>c/o University of Colorado - Boulder<br>Boulder, CO 80309 | None | N/A | Research re Detecting and Overcoming Antibiotic Resistance in Bacteria | $0 |
| Vanessa Sperandio, Ph. D.<br>c/o Univ  of Texas SW Medical Center<br>Dallas, TX 75390 | None | N/A | Research re Cell-to-cell Signaling in E. coli 0157 H7 Pathogenesis | $50,000 |

**STATEMENT A**

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Heather L. True-Krob, Ph D.<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Breaking Barriers. Defining Environmental and Genetic Factors that Modulate the Barrier to Interspecies Transmission of Prions | $50,000 |
| Wolfgang Weninger, M D<br>c/o Wistar Institute<br>Philadelphia, PA 19104 | None | N/A | Research re The Role of CD4* Central Memory T Cells in Influenza Virus Immunity | $50,000 |
| Subtotal, New Scholars in Infectious Disease - 2004 Awardees | | | | $550,000 |

Other Awardees

| | | | | |
|---|---|---|---|---|
| Beverly Paigen, Ph D , PI<br>c/o Jackson Laboratory<br>Bar Harbor, ME 04609 | None | N/A | To fund the second year of a four-year project:  New Genetic Tools to Accelerate Aging Research | $253,500 |
| James B. Lok, PI<br>c/o University of Pennsylvania<br>Philadelphia, PA 19104-6205 | None | N/A | To provide the last year of funding of a four-year project:  Development of Molecular Genetic Tools for Parasitic Helminths | $697,268 |
| Robert G. Webster, Ph D , PI<br>c/o St. Jude Children's Research Hosp<br>Memphis, TN 38105-2794 | None | N/A | To provide last year funding of a three-year project:  Pandemic Preparedness for Influenza in Mainland China | $0 |
| Subtotal, Other Awardees | | | | $950,768 |

Institutional Awardees (Aging Conferences)

| | | | | |
|---|---|---|---|---|
| Environmental Mutagen Society<br>Reston, VA 20186 | None | Public Charity | To provide funding for a symposium Aging at Cell Lineages, Genetic Instability and Human Disease | $1,500 |
| Environmental Mutagen Society<br>Reston, VA 20189 | None | Public Charity | To provide funding to support the 9th International Conference of the Environmental Mutagen Society | $10,000 |
| American Society for Cell Biology<br>Bethesda, MD 20813 | None | Public Charity | To provide funding for the 45th Annual Meeting of the American Society for Cell Biology | $10,000 |
| Gerontological Society of America<br>Washington, D.C. 20004 | None | Public Charity | To provide funding for the GSA 2005 Annual Scientific Meeting, Biological Sciences Section | $6,831 |

STATEMENT A

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Gordon Research Conferences<br>West Kingston, RI 02891 | None | Public Charity | To provide funding for the Gordon Research Conferences project titled "Biology of Aging, From Cells to Centenarians: New Concepts, Old Problems" | $10,000 |
| National Institutes of Health - National Institute on Aging<br>Bethesda, MD 20814 | None | Public Charity | To provide support for a conference: Molecular Basis of Genomics Instability | $10,000 |
| The Methuselah Foundation<br>Lorton, VA | None | Public Charity | To provide support for the Ellison Medical Fdn. session: Removal of Intracellular Aggregates at the 2nd SENS Conference | $5,000 |
| Federation of American Societies for Experimental Biology (FASEB)<br>Bethesda, MD 20813 | None | Public Charity | To provide funding for a session: Genetic Recombination and Chromosome Rearrangements | $5,000 |
| UNC Lineberger Comprehensive Cancer Center<br>Chapel Hill, NC 27599-7295 | None | Public Charity | To provide funding for the XXII International Conference on Yeast Genetics and Molecular Biology | $8,100 |
| American Aging Association<br>Media, PA 19062 | None | Public Charity | To provide funding for a conference on Aging: Mechanisms and Prevention | $10,000 |
| Massachusetts Institute of Technology<br>Cambridge, MA 02139-4307 | None | Public Charity | To provide funding for the 4th multidisciplinary workshop: Self-assembling Peptide Systems in Biology, Engineering and Medicine | $10,000 |
| Buck Institute for Age Research<br>Novato, CA 94945-1400 | None | Public Charity | To provide funding for the 2005 Buck Institute Symposium on Aging: Pharmacology of Lifespan | $10,000 |
| International Mammalian Genome Society, Inc.<br>Oak Ridge, TN 37831-6420 | None | Public Charity | To provide funding for the 19th International Mouse Genome Conference | $10,000 |
| University of California at Davis<br>Davis, CA 95616-8665 | None | Public Charity | To provide funding for a conference Helicases in Cancer and Aging | $8,816 |
| Alliance for Aging Research<br>Washington, D.C. 20006 | None | Public Charity | To help support a White House conference on aging: Aging Research on the Threshold of Discovery | $10,000 |
| Progeria Research Foundation, Inc.<br>Peabody, MA 01961 | None | Public Charity | To provide funding for The Progeria Research Foundation's 2005 International Workshop | $10,000 |

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| National Parkinson Foundation, Inc.<br>Miami, FL 33136 | None | Public Charity | To provide funding for a talk titled "What We Can Learn from Other Neurodegenerative Disorders Protein Aggregation and Inhibitors" as part of the 9th International Symposium on Parkinson Research | $8,560 |
| Subtotal, Institutional Awardees (Aging Conferences) | | | | $143,807 |

Institutional Awardees (Other Aging Awards)

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Life Sciences Research Foundation<br>Baltimore, MD 21209 | None | Public Charity | To fund the second year of a three-year post-doctoral fellowship at Duke University | $51,000 |
| Life Sciences Research Foundation<br>Baltimore, MD 21209 | None | Public Charity | To fund the first year of a three-year project to provide funding for a post-doctoral fellowship at UCSF | $51,000 |
| Marine Biological Laboratory<br>Woods Hole, MA 02542 | None | Public Charity | A training grant to support the "Biology of Aging Summer Course" taught by Steven Austad, Ph.D. & Gary Rufkin, Ph.D. | $241,000 |
| American Federation for Aging Res.<br>New York, NY 10017 | None | Public Charity | To fund the last year of a four-year project Ellison Medical Foundation/AFAR Senior Post-doctoral Research Program | $228,250 |
| Alzheimer Research Forum<br>Waltham, MA 02451 | None | Public Charity | To fund the second year of a three-year project. Neurodegenerative Disease Knowledge Base | $0 |
| Kaiser Foundation Research Institute<br>Oakland, CA 94611 | None | Public Charity | To fund the second year of a two-year project. Center on Applied Genetic and Epidemiologic Research on Aging | $0 |
| University of Washington<br>Seattle, WA 98104 | None | Public Charity | To fund the second year of a five-year project : A Consortium for the Determination of Public Pathways Regulating Longevity | $440,000 |
| Jackson Laboratory<br>Bar Harbor, ME 04609 | None | Public Charity | To support the first year of a two-year project Integrative Center for Genetic Regulation of Aging | $1,100,000 |
| Subtotal, Institutional Awardees (Other Aging Awards) | | | | $2,111,250 |

STATEMENT A

 

# ELLISON MEDICAL FOUNDATION
## 94-3269827
### Grants & Contributions Paid During the Year 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| **Institutional Awardees (Infectious Disease Conferences)** | | | | |
| New York Academy of Sciences<br>New York, NY 10021 | None | Public Charity | To support the second and third years of a discussion group on global Infectious Diseases organized by the New York Academy of Sciences | $40,000 |
| University of Pennsylvania<br>Philadelphia, PA 19104-6205 | None | Public Charity | To support a conference on the Molecular and Cellular Biology of Helminth Parasites | $10,000 |
| Toxoplasmosis Research Institute<br>Chicago, IL 60637 | None | Public Charity | To provide support for a project titled "Relevance of T. gondii to Fight Apicomplexan Diseases" at the 8th International Congress on Toxoplasmosis | $10,000 |
| Subtotal, Institutional Awardees (Infectious Disease Conferences) | | | | $60,000 |
| **Institutional Awardees (Other Infectious Disease Awards)** | | | | |
| National Academy of Sciences<br>Washington, D.C. 20000 | None | Public Charity | To provide third year funding for a three-year project: Resident Research Associateships Program in Molecular Pathogenesis and Global Infectious Disease Program | $561,945 |
| Harvard Medical School<br>Boston, MA 02113 | None | Public Charity | To fund fourth year of a five-year project. Program in Career Development, Research, and Training in Global Infectious Diseases | $1,100,000 |
| Marine Biological Laboratory<br>Woods Hole, MA 02543-1014 | None | Public Charity | To provide fifth year funding of a five-year program: Molecular Pathogenesis and Global Infectious Diseases | $1,165,009 |
| Fogarty International Center, NIH<br>Bethesda, MD 20892-2219 | None | Public Charity | To provide third year funding for a five-year project. FIC/NIH Awards to Enhance Early Career Opportunities for U.S. Medical Professionals to Participate in Clinical Research in Developing Countries | $200,000 |
| Am.Soc of Tropical Med. & Hygiene<br>Northbrook, IL 60061 | None | Public Charity | To provide support for a post-doctoral fellowship, Danny A. Milner, Jr., M.D. for Tropical Infectious Diseases | $50,000 |
| International Nutrition Foundation<br>Boston, MA 02110 | None | Public Charity | To provide funding for the 2nd year of a five-year project: Targeted Advanced Fellowships to Strengthen Selected Regionally Important Developing Country Institutions for Research on Health Issues Related to Nutrition and Infection | $0 |

**STATEMENT A**

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants & Contributions Paid During the Year 2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Marine Biological Laboratory<br>Woods Hole, MA 02543-1014 | None | Public Charity | To provide funding for a summer course:<br>Biology of Parasitism | $0 |
| American Society for Microbiology<br>Washington, DC 20035 | None | Public Charity | To provide funding for the third year of a three-year project: The Caribbean Basin Research and Training Network on Infectious Diseases | $50,000 |
| University of Georgia<br>Athens, GA 30602-7410 | None | Public Charity | To provide funding for the third year of a five-year project.  Training Innovations in Parasitological Studies | $0 |
| University of Virginia<br>Charlottesville, VA 22904-4194 | None | Public Charity | To provide funding for the last year of a three-year project:  Center for Global Health | $324,000 |
| Life Sciences Research Foundation<br>Baltimore, MD 21209 | None | Public Charity | To provide funding for the last year of a three-year post-doctoral fellowship for David M. Raskin at Harvard Medical School | $51,000 |
| CDC Foundation<br>Atlanta, GA 30303 | None | Public Charity | To provide continuing support for a project: Joint Global Field Epidemiology and Laboratory Training Program in Kenya | $29,094 |
| Subtotal, Institutional Awards (Other Infectious Disease Awards) | | | | $3,531,048 |

<u>Institutional Awardees (Other Programs)</u>

| | | | | |
|---|---|---|---|---|
| National Academy of Sciences<br>Washington, D.C. 20001 | None | Public Charity | To provide support for the Frontiers of Science Symposium Series | $75,000 |
| Public Library of Science<br>San Francisco, CA 94107 | None | Public Charity | To provide funding for the first year of a four-year project to support the Public Library of Science's general operating expenses | $50,000 |
| Subtotal, Institutional Awardees (Other Programs) | | | | $125,000 |

| | |
|---|---|
| Total Grants Paid, 2005 | $26,417,213 |
| Less Returned Grant Monies | ($152,040) |
| Net Grants Paid, 2005 | $26,265,173 |

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| **Senior Scholars in Aging - 2001 Awardees** | | | | |
| Stephen L. Helfand, M D<br>c/o Brown University<br>Providence, RI 02912 | None | N/A | Research re Genetic Dissection of Aging in Drosophila | $96,136 |
| Subtotal, Senior Scholars in Aging - 2001 Awardees | | | | $96,136 |
| **Senior Scholars in Aging - 2002 Awardees** | | | | |
| Stanley N Cohen, M.D.<br>c/o Stanford Univ School of Medicine<br>Stanford, CA 94305-5120 | None | N/A | Research re Genetic Mechanisms Regulating Aging in Differentiated Human Cell Populations | $240,000 |
| Cynthia J. Kenyon, Ph D<br>c/o Univ. of California, San Francisco<br>San Francisco, CA 94143-0448 | None | N/A | Research re Can the Heat-Shock Response Extend the Lifespan of the Mouse? | $451,516 |
| Stuart Kim, Ph D<br>c/o Stanford University Medical Center<br>Stanford, CA 94305-5329 | None | N/A | Research re Genomic Approaches to Studying Aging in C. elegans | $240,000 |
| James F Nelson, Ph.D.<br>c/o Univ. of Texas HSC at San Antonio<br>San Antonio, TX 78229-3900 | None | N/A | Research re Rapid Screening for Longevity Mutants in Mice | $219,000 |
| Daniel Promislow, D.Phil.<br>c/o University of Georgia<br>Athens, GA 30602-7223 | None | N/A | Research re Gene-gene Interactions, Gene Networks and Aging in Natural Population of Drosophila | $213,447 |
| Rudolph E. Tanzi, Ph D<br>c/o Massachusetts General Hospital<br>Charlestown, MA 02129-4404 | None | N/A | Research re Role of the Multiligand Receptor, LRP, in Alzheimer's Disease-related Neuro-pathogenesis: A model for Age-related Disorders Involving LRP | $257,630 |
| Subtotal Senior Acholars in Aging - 2002 Awardees | | | | $1,621,593 |
| **Senior Scholars in Aging - 2003 Awardees** | | | | |
| Frederick W. Alt, Ph.D.<br>c/o The Center for Blood Research<br>Boston, MA 02115 | None | N/A | Research re The Biology of Mammalian Sir2 Homologs and Their Role in Lifespan Determination | $283,500 |
| Spyridon Artavanis-Tsakonas, Ph D<br>c/o Massachusetts General Hospital<br>Charlestown, MA 02129 | None | N/A | Research re A Novel Class of Aging Genes in Drosophila melanogaster | $252,930 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Andrzej Bartke, Ph.D. c/o Southern Illinois Univ. Sch Of Med. Springfield, IL 62794-9628 | None | N/A | Research re Early Hormonal Signaling and Longevity: Role of Long-term Alterations in Glucose Homeostasis | $213,856 |
| Ronald A. DePinho, M.D c/o Dana-Farber Cancer Institute Boston, MA 02115 | None | N/A | Research re The Genetic Role of Telomere Dynamics & DNA Damage Response in Stem Cell Depletion, Organ Homeostasis, & Aging | $238,256 |
| Jeff W. Lichtman, M D., Ph D and Joshua Sanes, Ph D. c/o Harvard University Cambridge, MA 02138 | None | N/A | Research re Time Lapse Imaging of Neurons as They Age | $466,400 |
| Susan L. Lindquist, Ph.D. c/o Whitehead Inst for Biomed Res. Cambridge, MA 02142-1479 | None | N/A | Research re Investigating the Potential Involvement of Cellular Quality Control Mechanisms & the Mammalian Prion, PrP, in Neurodegenerative Diseases | $285,000 |
| Olivia M Pereira-Smith, Ph D c/o Univ.TX Health Science Center San Antonio, TX 78245-3207 | None | N/A | Research re The Role of the MORF/MRG Family of Novel Transcription Factors in In Vitro and In Vivo Aging | $219,000 |
| Arlan G. Richardson, Ph D. and Fred E. Regnier, Ph D. c/o Univ.TX Health Science Center San Antonio, TX 78229-3900 | None | N/A | Research re A Novel Proteomic Approach to Identifying, Sequencing, and Quantifying Oxidatively Damaged Proteins in Tissues of Aged Animals | $204,000 |
| James L. Sherley, M.D., Ph D. c/o Massachusetts Institute of Tech. Cambridge, MA 02139 | None | N/A | Research re Identification of Chemical "Age Spots" on Immortal DNA Strands in Adult Stem Cells | $215,770 |
| Eric Verdin, M.D. c/o The J. David Gladstone Institutes San Francisco, CA 94141 | None | N/A | Research re Role of a SIRT3, a Sir2-related Mitochondrial Protein Deacetylase, in Aging | $268,500 |
| Robert A. Weinberg, Ph.D. c/o Whitehead Inst. For Biomed. Res Cambridge, MA 02142 | None | N/A | Research re Cell Physiologic Stresses and Telomere-Based Cell Senescence | $285,000 |
| Subtotal, Senior Scholars in Aging - 2003 Awardees | | | | $2,932,212 |

Senior Scholars in Aging - 2004 Awardees

| | | | | |
|---|---|---|---|---|
| Monica Driscoll, Ph.D. c/o Rutgers University Piscataway, NJ | None | N/A | Research re Genetic Analyses of Extended Healthspan in *C. elegans* | $679,704 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Caleb E. Finch, Ph.D.<br>c/o University of Southern California<br>University Park, CA          CA | None | N/A | Research re ApoE Isoforms in the Evolution of Human Diet and Longevity from Chimpanzee-like Ancestors | $489,000 |
| Alfred L. Goldberg, Ph.D.<br>c/o Harvard Medical School<br>Boston, MA 02115 | None | N/A | Research re Regulation of Protein Degradation by the Ubiquitin-Proteasome Pathway in Aging | $508,500 |
| Robert D. Goldman, Ph D<br>c/o Northwestern University<br>Chicago, IL 60611 | None | N/A | Research re Nuclear Lamin A Mutations in Progeria | $665,340 |
| Harry B. Gray, Ph.D<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Misfolding and Aggregation of Alzheimer's and Parkinson's Polypeptides | $485,028 |
| H. Robert Horvitz, Ph.D.<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139 | None | N/A | Research re Genetic Control of Aging in *C. elegans* | $449,764 |
| Estela Medrano, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Epigenetic Control of Senescence and Aging | $451,500 |
| Thomas A. Rando, M.D., Ph.D.<br>c/o Stanford University<br>Stanford, CA 94305-5235 | None | N/A | Research re Mechanisms of Rejuvenation of Tissue-specific Stem Cells | $384,000 |
| Heidi Scrable, Ph D<br>c/o University of Virginia<br>Charlottesville, VA 22904 | None | N/A | Research re Genetic Models to Chart the Course of Aging in the Mouse | $678,690 |
| Marc Tatar, Ph.D.<br>c/o Brown University<br>Providence, RI 02912 | None | N/A | Research re Metabolomic Analysis of Drosophila Aging by Stable Isotope Spectrometry | $465,000 |
| Alexander Varshavsky, Ph.D.<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Lifespan Extension· Overexpression Strategies in the Mouse and Yeast | $486,000 |

Subtotal, Senior Scholars in Aging - 2004 Awardees                              $5,742,526

Senior Scholars in Aging - Approved in 2005

| | | | | |
|---|---|---|---|---|
| Judd M. Aiken, Ph.D.<br>c/o University of Wisconsin<br>Madison, WI 53706 | None | N/A | Research re Transferring Mitochondrial Genes to the Nucleus for the Amelioration of Age-related Pathology | $627,157 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Norman Arnheim, Ph.D.<br>c/o University of Southern California<br>Los Angeles, CA 90089-2910 | None | N/A | Research re Molecular Studies of the Paternal Age Effect | $733,500 |
| Lawrence A. Donehower, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Extension of Longevity in p53 Mutant Mice | $675,000 |
| Ary L. Goldberger, Ph.D.<br>c/o Beth Israel Deaconess Med.Ctr.<br>Boston, MA 02115 | None | N/A | Research re Nonequilibrium Dynamics, Time Asymmetry and the Biology of Aging | $508,446 |
| William G. Dunphy, Ph.D.<br>c/o California Institute of Technology<br>Pasadena, CA 91125 | None | N/A | Research re Checkpoint Mediator Proteins as both Negative and Positive Regulators of Cellular Senescence | $716,850 |
| Stephen F. Heinemann, Ph.D.<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186-5800 | None | N/A | Research re Alzheimer's Disease: New Approaches to Therapy | $854,100 |
| S. Michal Jazwinski, Ph.D.<br>c/o Louisiana State University<br>New Orleans, LA 70112 | None | N/A | Research re Aging in Natural Yeast Populations | $853,000 |
| S. Kerry Kornfeld, M.D., Ph.D<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Characterization of Anticonvulsant Medications that Regulate Aging | $918,000 |
| Makoto Kuro-o, M.D., Ph.D.<br>c/o Univ. of TX SW Medical Center<br>Dallas, TX 75390-9072 | None | N/A | Research re Regulation of Aging and SIRT1 by the Hormone Klotho | $706,500 |
| Charles V. Mobbs, Ph.D.<br>c/o Mount Sinai School of Medicine<br>New York, NY 10029-6574 | None | N/A | Research re Reversing Age-related Impairments through a Novel Metabolic Mechanism | $749,427 |
| Robert Alan Reenan, Ph.D.<br>c/o University of Connecticut<br>Farmington, CT 06030 | None | N/A | Research re Genetic Recoding by RNA Editing and the Aging Process | $660,000 |
| John E. Repine, M.D.<br>c/o University of Colorado<br>Denver, CO 80262 | None | N/A | Research re Oxygen Tolerance, the Metabolic Syndrome, Longevity and Mitochondrial Function | $563,901 |
| Peter G. Schultz, Ph.D<br>c/o The Scripps Research Institute<br>La Jolla, CA 92037 | None | N/A | Research re Identification of Small Molecules that Upregulate the Antioxidant Response Element | $836,550 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Jan Vijg, Ph.D.<br>c/o Buck Institute for Age Research<br>Novato, CA 94945-1400 | None | N/A | Research re A Mouse Model for Manipulating Double-strand DNA Breaks in Aging | $840,588 |
| Bruce A Yankner, M D., Ph.D.<br>c/o Children's Hospital Boston<br>Boston, MA 02115 | None | N/A | Research re MicroRNAs and the Regulation of Brain Aging | $760,500 |
| Subtotal Senior Scholars in Aging - 2005 Awardees | | | | $11,003,519 |

Senior Scholars in Infectious Disease - Approved in 2002

| | | | | |
|---|---|---|---|---|
| Martin J Blaser, M.D.<br>c/o New York Univ. School of Medicine<br>New York, NY 10016 | None | N/A | Research re Molecular Definition of the Bacterial Population of Human Skin in Health and Disease | $253,500 |
| Ronald P. Davis, Ph.D.<br>c/o Stanford University<br>Palo Alto, CA 94304 | None | N/A | Research re Sexually Transmitted Disease Agents in the "Healthy" Human Vagina | $240,000 |
| Jack E Dixon, Ph.D.<br>c/o Univ. of California, San Diego<br>La Jolla, CA 92093 | None | N/A | Research re Bacterial Pathogen Families that Function in Both the Animal and Plant Kingdoms | $223,594 |
| Laurie H. Glimcher, M.D.<br>c/o Harvard School of Public Health<br>Boston, MA 02115 | None | N/A | Research re Arming the Immune System against Pathogens with Selective Biologics: The Next Generation of Vaccines | $243,000 |
| Pradipsinh K. Rathod, Ph.D<br>c/o University of Washington<br>Seattle, WA 98195-1700 | None | N/A | Research re Genomic Tools to Characterize Hypermutating Plasmodium Falciparum | $227,400 |
| David S. Roos, Ph.D.<br>c/o University of Pennsylvania<br>Philadelphia, PA 19104-6017 | None | N/A | Research re Designing & Mining Pathogen Genome Databases: The Apicoplast as a Novel Drug Target in Plasmodium Parasites. .and Other Stories | $464,359 |
| Subtotal, Senior Scholars in Infectious Disease - 2002 Awardees | | | | $1,651,853 |

Senior Scholars in Infectious Disease - Approved in 2003

| | | | | |
|---|---|---|---|---|
| Roy Curtiss, III, Ph.D.<br>c/o Washington University<br>St Louis, MO 63130-4899 | None | N/A | Research re Providing an Economic Benefit to Using a Vaccine to Enhance Food Safety and to Reduce Antibiotic Use in Agriculture | $224,214 |
| Richard A. Flavell, Ph.D.<br>c/o Yale Univ. School of Medicine<br>New Haven, CT 06520-8011 | None | N/A | Research re Role of Nucleotide Binding Domain-Leucine Rich Repeat Proteins in Host Defense to Microbial Challenge | $245,250 |

STATEMENT B

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Jeffrey I Gordon, M D<br>c/o Washington Univ Sch of Medicine<br>St. Louis, MO 63110 | None | N/A | Research re A Gnotobiotic Zebrafish Model for Analyzing Symbiotic Host-bacterial Interactions in the Mammalian Gut | $229,500 |
| Daniel L Hartl, Ph D<br>c/o Harvard university<br>Cambridge, MA 02138 | None | N/A | Research re Conditional Targeted Deletions in Plasmodium Falciparum | $246,000 |
| Karla Kirkegaard, Ph.D.<br>c/o Stanford Univ. Sch of Medicine<br>Stanford, CA 94305 | None | N/A | Research re Systematic Analysis of Positive-strand RNA Viral Transmisssion Genetics | $480,000 |
| Carl Nathan, M.D.<br>c/o Weill Cornell Medical College<br>New York, NY 10021 | None | N/A | Research re Genomic Approach to Improved Immunogenicity of M. tuberculosis | $252,000 |
| Peter Palese, Ph D<br>c/o Mount Sinai School of Medicine<br>New York, NY 10029 | None | N/A | Research re Cellular Genes and Viruses: Who Wins the War? | $254,250 |
| Charles M. Rice, Ph.D.<br>c/o The Rockefeller University<br>New York, NY 10021 | None | N/A | Research re Towards Broad-spectrum Antivirals. Functional Screens for Nonessential and Antiviral Host Genes | $253,500 |
| Alexander Rich, M D.<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139-4307 | None | N/A | Research re Viral Pathogenic Mechanisms Involving Z-DNA Binding Proteins | $210,000 |
| Abigail A. Salyers, Ph D<br>c/o Univ. of Illinois, Urbana-Champaign<br>Urbana, IL 61801 | None | N/A | Research re Resistance Gene Flow in the Human Colonic Microflora | $374,209 |
| Ronald P. Taylor, Ph.D.<br>c/o University of Virginia<br>Charlottesville, VA 22908-0733 | None | N/A | Research re Investigation of Mechanisms Leading to Anemia at Low Parasite Burden in Children with Malaria | $383,659 |
| Subtotal, Senior Scholars in Infectious Disease - 2003 Awardees | | | | $3,152,582 |

Senior Scholars in Infectious Disease - 2004 Awardees

| | | | | |
|---|---|---|---|---|
| John Carlson, Ph.D<br>c/o Yale University<br>New Haven, CT 06520 | None | N/A | Research re Rational Development of Novel Insect Repellents and Traps for the Control of Disease Vectors | $490,500 |
| Karen P. Day, Ph D.<br>c/o New York Univ. Sch Of Medicine<br>New York, NY 10016 | None | N/A | Research re Quorum Sensing and Malaria Parasites | $758,572 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| JoAnne L. Flynn, Ph.D. c/o University of Pittsburgh Pittsburgh, PA 15260 | None | N/A | Research re Host-mediated Control of Tuberculosis: What are the Important Factors? | $666,304 |
| Jorge E Galan, Ph.D c/o Yale University School of Medicine New Haven, CT 06520 | None | N/A | Research re Molecular and Functional Bases of Campylobacter jejuni Pathogenesis | $486,378 |
| Alexander D. Johnson, Ph.D. c/o Univ of California, San Francisco San Francisco, CA 94118 | None | N/A | Research re Prions, Epigenetics, and Virulence in a Fungal Pathogen | $443,938 |
| Beth Levine, M D. c/o Univ. of Texas SW Medical Center Dallas, TX 75390 | None | N/A | Research re Autophagy as a Novel Mechanism of Innate Immunity against Intracellular Pathogens | $468,000 |
| Ruslan Medzhitov, Ph.D. c/o Yale University School of Medicine New Haven, CT 06520 | None | N/A | Research re Immunobiology of Co-Infection | $490,500 |
| Megan B. Murray, M.D. c/o Harvard School of Public Health Boston, MA 02115 | None | N/A | Research re Comparative Genomics and the Molecular Epidemiology of Tuberculosis | $484,057 |
| Daniel A. Portnoy, Ph D. c/o University of California, Berkeley Berkeley, CA 94720 | None | N/A | Research re Production of Muramyl Dipeptides and Induction of Type I Interferon by Listeria monocytogenes and Mycobacterium tuberculosis | $668,400 |
| Dyann F. Wirth, Ph.D. c/o Harvard School of Public Health Boston, MA 02115 | None | N/A | Research re Diversifying Selection in Plasmodium Falciparum | $492,000 |

Subtotal, Senior Scholars in Infectious Disease - 2004 Awardees                    $5,448,649

New Scholars in Aging - 2003 Awardees

| | | | | |
|---|---|---|---|---|
| Shawn Cameron Ahmed, Ph.D. c/o Univ. of NC at Chapel Hill Chapel Hill, NC 27599-3280 | None | N/A | Research re Germline Immortality in C. elegans | $50,000 |
| Cindy X Cai, M.D., Ph D c/o Tufts Univ School of Medicine Boston, MA 02111 | None | N/A | Research re Nuclear Ferritin May Protect Against Oxidative and Light-induced DNA Damage in Retinal Pigment Epithelial Cells | $150,000 |

**STATEMENT B**

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Vera Gorbunova, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re Effect of Aging on Efficiency and Accuracy of DNA Double-Strand Break Repair | $50,000 |
| Shin-ichiro Imai, M.D , Ph D<br>c/o Washington Univ Sch Of Medicine<br>St. Louis, MO 63110 | None | N/A | Research re The Function of Mammalian NAD-dependent Deacetylase Sir2α and NAD Biosynthesis Enzymes in Aging-associated Epigenetic Gene Regulation | $50,000 |
| Shuji Kishi, M D., Ph.D.<br>c/o Dana-Farber Cancer Institute<br>Boston, MA 02115 | None | N/A | Research re Genetic Approaches for Functional Aging in Zebrafish | $50,000 |
| Jiyan Ma, Ph D.<br>c/o The Ohio State University<br>Columbus, OH 43210 | None | N/A | Research re The Pathogenic Mechanism of Prion Disease | $50,000 |
| Kathryn J. Moore, Ph D<br>c/o Massachusetts General Hospital<br>Boston, MA 02114 | None | N/A | Research re Genetic and Functional Analysis of CD36-signaling in Age-related Chronic Inflammatory Diseases | $50,000 |
| Tannishtha Reya, Ph.D<br>c/o Duke University Medical Center<br>Durham, NC 27710 | None | N/A | Research re Control of Stem Cell Self-renewal and Regeneration | $50,000 |
| Stephen Robert Wicks, Ph.D.<br>c/o Boston College<br>Chestnut Hill, MA 02467 | None | N/A | Research re Natural Sequence Variation in C. elegans:  Impact on Lifespan and Aging | $100,000 |
| Subtotal, New Scholars in Aging - 2003 Awardees | | | | $600,000 |

New Scholars in Aging - 2004 Awardees

| | | | | |
|---|---|---|---|---|
| Michael Brodsky, Ph D<br>c/o Univ of Massachusetts Med Sch<br>Worcester, MA 01655 | None | N/A | Research re Epigenetic Regulation of Drosophila Telomere Protection | $100,000 |
| Andrew Dillin, Ph.D.<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186 | None | N/A | Research re Regulation of Aging by Insulin/IGF-1 and Mitochondrial Signaling Pathways | $150,000 |
| Eitan Glick, Ph.D.<br>c/o University of Washington<br>Seattle, WA 98115 | None | N/A | Research re Age-dependent Defects in the Mitochondrial Import Machinery | $100,000 |
| Jaime Grutzendler, M.D.<br>c/o Northwestern University<br>Evanston, IL 60208 | None | N/A | Research re Dynamics of Neuronal-Microglia Interactions in Alzheimer's Disease | $100,000 |

 

## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Su-Ju Lin, Ph.D.<br>c/o Univ. of California, Davis<br>Davis, CA 95616 | None | N/A | Research re Genetic and Chemical Genetic Approaches to Study the Molecular Mechanism of Caloric Restriction and Longevity Regulation | $100,000 |
| Carlos Lois, M.D., Ph.D.<br>c/o Massachusetts Institute of Tech.<br>Cambridge, MA 02139 | None | N/A | Research re The Role of Adult Neurogenesis in the Brain of Adult Songbirds: A Transgenic Approach | $100,000 |
| Scott Pletcher, Ph.D.<br>c/o Baylor College of Medicine<br>Houston, TX 77030 | None | N/A | Research re The Role of Innate Immunity Signaling in Lifespan Extension via Dietary Restriction in Drosophila melanogaster | $100,000 |
| Pere Puigserver, Ph.D<br>c/o Johns Hopkins University<br>Baltimore, MD 21218 | None | N/A | Research re Regulation of Glucose Homeostasis through PGC-1a and SIR2a | $100,000 |
| Catherine Wolkow, Ph.D.<br>c/o National Institute on Aging<br>Bethesda, MD 20892 | None | N/A | Research re Tracing Pathways for Controlling Longevity by Insulin-like Signaling in the Nervous System | $100,000 |
| Xiaohua Wu, Ph.D.<br>c/o Scripps Research Institute<br>La Jolla, CA 92037 | None | N/A | Research re Understanding the Role of the Nbs1/Mre11/Rad50 Complex in the Maintenance of Genome Stability and the Prevention of Premature Aging | $100,000 |
| Subtotal, New Scholars in Aging - 2004 Awardees | | | | $1,050,000 |

New Scholars in Aging - Approved in 2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Irina M. Conboy, Ph.D<br>c/o University of California at Berkeley<br>Berkeley, CA 94720-1762 | None | N/A | Research re Understanding the Molecular Mechanisms of Stem Cell Aging | $150,000 |
| Hartmut Geiger, Ph.D<br>c/o University of Cincinnati<br>Cincinnati, OH 45229-3039 | None | N/A | Research re Genomic Integrity and DNA-Repair Pathways in Aging | $150,000 |
| Alexander Hoffmann, Ph.D.<br>c/o Univesity of California at San Diego<br>La Jolla, CA 92093-0375 | None | N/A | Research re Hematopoietic Stem Cells NF-kappa-B and Senescence: Connecting the Environment with the Cell Cycle | $150,000 |
| Josephine Hoh, Ph.D.<br>c/o Yale University<br>New Haven, CT 06520-8034 | None | N/A | Research re Trans-Racial Gene Mapping for Age-Related Macular Degeneration | $150,000 |

STATEMENT B




## ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Ao-Lin A. Hsu, Ph.D.<br>c/o University of Michigan<br>Ann Arbor, MI 48109-0940 | None | N/A | Research re The Role of Heat-Shock Factor in the Regulation of Longevity | $150,000 |
| D. Leanne Jones, Ph.D.<br>c/o Salk Institute for Biological Studies<br>San Diego, CA 92186-5800 | None | N/A | Research re Control of Germline Stem Cell Behavior During Aging | $150,000 |
| Pankaj Kapahi, Ph.D.<br>c/o Buck Institute for Age Research<br>Novato, CA 94945-1400 | None | N/A | Research re Mechanisms of Lifespan Regulation by Nutrients in Drosophila | $150,000 |
| Siu Sylvia Lee, Ph.D.<br>c/o Cornell University<br>Ithaca, NY 14850 | None | N/A | Research re Systematic Analysis of Genetic Determinants in C. elegans | $150,000 |
| Laura J. Niedernhofer, M.D., Ph.D.<br>c/o University of Pittsburgh<br>Pittsburgh, PA 15213 | None | N/A | Research re The role of DNA Repair in Attenuating Aging | $150,000 |
| Norman Sharpless, M.D.<br>c/o University of North Carolina<br>Chapel Hill, NC 27599 | None | N/A | Research re Ink4a/Arf Expression in Aging | $150,000 |
| Erik Lee Snapp, Ph.D.<br>c/o Albert Einstein College of<br>Medicine of Yeshiva University<br>Bronx, NY 10461 | None | N/A | Research re Age-related Oxidative Damage and the ER Folding Environment | $150,000 |
| Alexei Tulin, Ph.D.<br>c/o Fox Chase Cancer Center<br>Philadelphia, PA 19111 | None | N/A | Research re Poly(ADP-ribosyl)ating Enzymes in Aging Control | $150,000 |
| Subtotal, New Scholars in Aging - 2005 Awardees | | | | $1,800,000 |

New Scholars in Infectious Disease - Approved in 2002

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| David S. Schneider, Ph.D.<br>c/o Stanford University<br>Stanford, CA 94305 | None | N/A | Research re Dissecting Malaria Vector-pathogen Interactions using a Drosophila-Plasmodium Genetic System | $50,000 |
| Subtotal, New Scholars in Infectious Disease - 2002 Awardees | | | | $50,000 |

New Scholars in Infectious Disease - Approved in 2003

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Yasmine Belkaid, Ph.D.<br>c/o NIH/NIAID (FAES)<br>Bethesda, MD | None | N/A | Research re Latency, Reactivation and Immunity in Chronic Parasitic Disease | $50,000 |

STATEMENT B

 

## ELLISON MEDICAL FOUNDATION
94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Keril J. Blight, Ph.D.<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Characterization of the NS4B Protein in Hepatitis C Virus | $50,000 |
| Michael D. Burkart, Ph.D.<br>c/o Univ. of California, San Diego<br>La Jolla, CA 92093-0358 | None | N/A | Research re Biosynthetic Inhibition of Small Molecule Virulence Factors from Mycobacteria | $50,000 |
| Philip Ralph Dormitzer, M.D., Ph.D.<br>c/o Children's Hospital<br>Boston, MA 02115 | None | N/A | Research re Structure-Based Approach to Rotavirus Vaccine Design and Cell Entry | $50,000 |
| Eleftherios Mylonakis, M.D., Ph.D.<br>c/o Massachusetts General Hospital<br>Boston, MA 02114 | None | N/A | Research re Use of the Caenorhabditis elegans Model of Fungal Pathogenesis to Identify Virulence Factors of the Pathogenic Yeast Cryptococcus Neoformans | $100,000 |
| Pejman Rohani, Ph.D.<br>c/o Univ. of Georgia Research Fdn.<br>Athens, GA 30602-7411 | None | N/A | Research re The Ecology and Evolution of Disease Interference | $50,000 |
| Michael Jeffrey Root, M.D., Ph.D.<br>c/o Thomas Jefferson University<br>Philadelphia, PA 19107 | None | N/A | Research re Targeting Viral Entry Using the 5-Helix Protein Design Strategy | $50,000 |
| Anita Sil, M.D., Ph.D.<br>c/o Univ. of California, San Francisco<br>San Francisco, CA 94143-0414 | None | N/A | Research re Molecular Analysis of Detoxification of Nitric Oxide in Histoplasma Capsulatum | $50,000 |
| Subtotal, New Scholars in Infectious Disease - 2003 Awardees | | | | $450,000 |

New Scholars in Infectious Disease - 2004 Awardees

| | | | | |
|---|---|---|---|---|
| Peter John Bradley, Ph.D.<br>c/o Univ. of California, Los Angeles<br>Los Angeles, CA 90024 | None | N/A | Research re Establishing an Intracellular Niche in Apicomplexan Parasites: The Role of Novel Rhoptry Proteins Conserved in Toxoplasma and Plasmodium | $100,000 |
| George Dimopoulos, Ph.D.<br>c/o Johns Hopkins University<br>Baltimore, MD 21218 | None | N/A | Research re Characterization of a Pattern Recognition Receptor Family in Anopheles gambiae: Implication of GNBPs in the Mosquito's Molecular Defense Against Malaria | $100,000 |
| Danielle A. Garsin, Ph.D.<br>c/o Univ. of Texas HSC at Houston<br>Houston, TX 77225 | None | N/A | Research re C. elegans as a Model Host for Understanding Innate Immune Response to Infectious Disease | $100,000 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
**94-3269827**
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Stefan H. I. Kappe, Ph.D.<br>c/o Seattle Biomedical Research Inst.<br>Seattle, WA 98109 | None | N/A | Research re Gene Expression and Function in Plasmodium Liver Stages | $100,000 |
| Liming Li, Ph D<br>c/o Northwestern University<br>Evanston, IL 60208 | None | N/A | Research re Facilitate Prion Research using C. elegans | $100,000 |
| Mary X. D. O'Riordan, Ph.D.<br>c/o Univ. of Michigan Medical School<br>Ann Arbor, MI 48109 | None | N/A | Research re Bacterial Regulation of Intracellular Immune Surveillance | $100,000 |
| Dirk Schnappinger, Ph.D.<br>c/o Weill Med. Col. Of Cornell Univ.<br>New York, NY 10005 | None | N/A | Research re Controlled Silencing of rpoB and ffh in M  smegmatis and M. tuberculosis | $100,000 |
| Neal Silverman, Ph.D<br>c/o Univ  of Massachusetts Med. Sch.<br>Worcester, MA 01655 | None | N/A | Research re Using Drosophila to Elucidate the Mechanisms of Pathogenesis:  Genetic and Molecular Dissection of Signal Inhibition by Yersinia Virulence Factor YopJ | $100,000 |
| Marcelo Carlos Sousa, Ph.D.<br>c/o University of Colorado - Boulder<br>Boulder, CO 80309 | None | N/A | Research re Detecting and Overcoming Antibiotic Resistance in Bacteria | $150,000 |
| Vanessa Sperandio, Ph.D.<br>c/o Univ. of Texas SW Medical Center<br>Dallas, TX 75390 | None | N/A | Research re Cell-to-cell Signaling in E  coli 0157 H7 Pathogenesis | $100,000 |
| Heather L  True-Krob, Ph.D.<br>c/o Washington University<br>St. Louis, MO 63110 | None | N/A | Research re Breaking Barriers:  Defining Environmental and Genetic Factors that Modulate the Barrier to Interspecies Transmission of Prions | $100,000 |
| Wolfgang Weninger, M.D.<br>c/o Wistar Institute<br>Philadelphia, PA 19104 | None | N/A | Research re The Role of CD4* Central Memory T Cells in Influenza Virus Immunity | $100,000 |
| Subtotal, New Scholars in Infectious Disease - 2004 Awardees | | | | $1,250,000 |

Other Awardees

| | | | | |
|---|---|---|---|---|
| Robert G  Webster, Ph.D., PI<br>c/o St  Jude Children's Research Hosp.<br>Memphis, TN 38105-2794 | None | | To provide the last year of funding of a three-year project.  Pandemic Preparedness for Influenza in Mainland China | $428,211 |

**STATEMENT B**

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Nevin Scrimshaw, Ph.D , PI<br>c/o International Nutrition Foundation<br>Boston, MA 02111 | None | | To provide funding for years 3-5 of a five-year project· Targeted Advanced Fellowships to Strengthen Selected Regionally Important Developing Country Institutions for Research on Health Issues Related to Nutrition and Infection | $2,875,000 |
| Beverly Paigen, Ph D , PI<br>c/o Jackson Laboratory<br>Bar Harbor, ME 04609 | None | | To fund the first year of a four-year project: New Genetic Tools to Accelerate Aging Research | $507,000 |
| Subtotal, Other Awardees | | | | $3,810,211 |
| _Institutional Awardees_ | | | | |
| Life Sciences Research Foundation<br>Baltimore, MD 21209 | None | | To fund the last year of a three-year post-doctoral fellowship at Duke University. | $51,000 |
| American Federation for Aging Res.<br>New York, NY 10017 | None | | To fund a four-year project: Ellison Medical Foundation/AFAR Senior Post-doctoral Research Program | $1,113,000 |
| Alzheimer Research Forum<br>Waltham, MA 02451 | None | | To fund the last 2 years of a three-year project: Neurodegenerative Disease Knowledge Base | $300,000 |
| Kaiser Foundation Research Institute<br>Oakland, CA 94611 | None | | To fund the second year of a two-year project  Center on Applied Genetic and Epidemiologic Research on Aging | $376,956 |
| University of Washington<br>Seattle, WA 98104 | None | | To fund the last three years of a five-year project· A Consortium for the Determination of Public Pathways Regulating Longevity | $1,320,000 |
| National Academy of Sciences<br>Washington, D.C 20000 | None | | To provide funding for a three-year project: Human Embryonic Stem Cell Research Advisory Committee | $940,000 |
| Harvard Medical School<br>Boston, MA 02113 | None | | To fund last year of a five-year project: Program in Career Development, Research, and Training in Global Infectious Diseases | $1,100,000 |
| Marine Biological Laboratory<br>Woods Hole, MA 02543-1014 | None | | To provide the last two years of funding for a training grant to support the Biology of Aging Summer Course | $530,463 |

STATEMENT B

 

### ELLISON MEDICAL FOUNDATION
### 94-3269827
### Grants and Contributions Approved for Future Payment as of 12/31/2005

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| Fogarty International Center, NIH<br>Bethesda, MD 20892-2219 | None | | To provide the last two years funding for a five-year project.  FIC/NIH Awards to Enhance Early Career Opportunities for U S Medical Professionals to Participate in Clinical Research in Developing Countries | $400,000 |
| Marine Biological Laboratory<br>Woods Hole, MA 02543-1014 | None | | To provide funding for a summer course.  Biology of Parasitism | $150,000 |
| University of Georgia<br>Athens, GA 30602-7410 | None | | To provide funding for years 3-5 of a five-year project:  Training Innovations in Parasitological Studies | $165,240 |
| CDC Foundation<br>Atlanta, GA 30302 | None | | To provide funding for a four-year project·  Joint Global Field Epidemiology and Laboratory Training Program (GFELTP) in Kenya | $1,407,576 |
| Life Sciences Research Foundation<br>Baltimore, MD 21209 | None | | To provide funding for the last two years of a three-year project   Postdoctoral Fellowship for Seung-Jae Lee at UCSF | $102,000 |
| The Jackson Laboratory<br>Bar Harbor, ME 04609 | None | | To fund a four-year project:  Mouse Aging Pathology Infrastructure Program | $1,548,094 |
| Southern Illinois University<br>Springfield, IL 62794-9616 | None | | To fund special lectures at the Eighth International Symposium on Neurobiology and Neuroendocrinology of Aging | $5,750 |
| Buck Institute for Age Research<br>Novato, CA 94945 | None | | To fund special speakers for the Third International Conference on Functional Genomics of Ageing | $10,000 |
| Institute for Advanced Study<br>Princeton, NJ 08540 | None | | To provide funding for the Center for Systems Biology/Kavli Institute Conference on Emerging Issues in Aging | $20,000 |
| American Association of Anatomists<br>Bethesda, MD 20814 | None | | To provide funding for a session on The Biological Basis of Aging at the 2006 annual meeting of the American Association of Anatomists | $1,596 |
| Oak Ridge National Laboratory<br>Oak Ridge, TN 37831-6441 | None | | To provide funding for a five-year project.  Genetic Reference Panel for the Systematic Analysis of Lifetime Factors that Alter Lifespan and Quality of Life | $1,327,284 |

STATEMENT B

 

**ELLISON MEDICAL FOUNDATION**
94-3269827
**Grants and Contributions Approved for Future Payment as of 12/31/2005**

| Recipient Name/Address | Relationship | Status | Purpose of Grant | Amount |
|---|---|---|---|---|
| The Jackson Laboratory<br>Bar Harbor, ME 04609 | None | | To support the last year of a two-year project. Integrative Center for Genetic Regulation of Aging | $1,100,000 |
| University of California at Davis<br>Davis, CA 95616 | None | | To fund a project: Developing a Large-Scale Fly Resource to Screen Aging Interventions/Pilot Project | $57,200 |
| Public Library of Science<br>San Francisco, CA 94107 | None | | To fund the last three years of a four-year project to support the Public Library of Science's general operating expenses | $150,000 |
| Subtotal, Institutional Awardees | | | | $12,176,159 |
| Total Grants approved for Future Payment as of 12/31/05 | | | | $52,835,440 |

STATEMENT B



THE ELLISON MEDICAL FOUNDATION
05 FORM 990-PF, PART XV, LIN

# APPLICATIONS AND RECEIPT DATES

## Aging Program

### Senior Scholar Awards

The competition is no longer open for 2006 Letters of Intent

For the 2006 competition, those invited to submit a full application will be notified of their selection and provided with application instructions by early June

The Senior Scholar full applications will be due in The Ellison Medical Foundation office by 5:00 p m. Eastern Standard Time July 15, 2006. Those invited may submit earlier to avoid delays due to high traffic on or near the deadline

Senior Scholar awardees will be notified around late **August.**

Information on Senior Scholar Awards can be found at:

- **About the Senior Scholar Awards**

### New Scholar Awards

The competition is no longer open for 2006 applications.

**By Invitation Only**

**New Scholar Applications are solicited by invitation only.** Invitations for 2007 will be sent to the president and to the head of the sponsored research program for invited institutions in October. The invited institutions nominate one candidate to apply. To discuss institutional eligibility, call Dr. Richard Sprott.

The nominated candidate for each institution will automatically be provided the log-in instructions. After logging in, the candidate will be able to submit an online application.

New Scholar awardees for 2006 will be notified by early June.

Further information about the New Scholar Awards can be found at:

- **New Scholar Award in Aging**

**For further information, contact:**
Richard L Sprott, Ph.D.
Executive Director
The Ellison Medical Foundation
4710 Bethesda Avenue
Suite 204
Bethesda, MD 20814-5226
(301) 657-1830 (Phone)
(301) 657-1828 (Fax)
Contact Dr. Sprott



THE ELLISON MEDICAL FOUNDATION
2005 FORM 990-PF, PART XV, LINE

## Senior Scholar Award in Aging Application Procedures

The competition for 2006 is closed

The Ellison Medical Foundation was established and is supported by Lawrence J Ellison to support biomedical research (including basic biology, basic biomedicine and epidemiology) on aging The Ellison Medical Foundation Senior Scholar program is designed to support established investigators, working at institutions in the U S., to conduct research in the basic biological and basic biomedical sciences relevant to understanding aging processes and age-related diseases and disabilities The award is intended to provide significant support to established investigators in order to allow the development of new, creative research programs by investigators who may not currently be conducting aging research or who may wish to develop new research programs in aging The Foundation particularly wishes to stimulate new research, which has rigorous scientific foundations, but which may not be currently funded adequately, because of its perceived novelty, its high risk, or because it is from an area where traditional research interests absorb most funding.

## Areas of interest include, but are not limited to

- ▻ Structural biology
- ▻ Molecular genetics
- ▻ Studies with model systems ranging from lower eukaryotes to humans
- ▻ Inquiries testing the relevance of simpler models to human aging
- ▻ Genetic epidemiology of aging; candidate longevity genes
- ▻ Aging in the immune system
- ▻ Host defense molecules in aging systems
- ▻ Mechanisms of free radical induced cell aging
- ▻ Mechanisms of aging in various differentiated cell populations
- ▻ Gene/environment and gene/gene interactions
- ▻ Integrative physiology
- ▻ New approaches to age-modulated disease mechanisms· Alzheimer's disease and others.

## Eligibility

Senior Scholar Letters of Intent are open to all interested in submitting; however, current or past Senior Scholar Awardees are not eligible. Applicants for the Senior Scholar Award are expected to furnish evidence of substantial prior scientific creativity and productivity not necessarily targeted to aging heretofore. Evaluation by the Aging Initial Review Group and the Scientific Advisory Board will be based upon the applicant's submission re· scientific contributions to date, the quality of publications, and the importance to aging of the proposed new research. The Aging Initial Review Group and the Scientific Advisory Board will pay close attention to arguments as to why the work does not or would not qualify for support from established sources such as the NIA Except for compelling circumstances, the awards are not intended to supplement ongoing, already funded programs but, instead, to inspire new directions, which may entail substantial risk. There is no limit on the number of Senior Scholar letters of intent from any one institution

## Letter of Intent for Submitting an Application - Instructions

Information will be provided at a later date for the 2007 competition.

## Terms of the Award

The Ellison Medical Foundation Senior Scholar Awards in Aging will be issued in early October 2006. Up to ten awards are anticipated in this round, pending sufficient meritorious applications **Each award will be made for up to $150,000 per year direct cost, with indirect cost added to that, for up to four years.** Funding for years two, three and four is contingent upon submission of an acceptable progress report.

Acceptable uses for award funds include salary, other personnel, equipment, supplies, resource acquisition and travel. Carry-overs in excess of $25,000 must be approved by the Ellison Medical Foundation Scholars Program Office. Full indirect costs at the NIH Facilities and Administration (F & A) negotiated rate will be provided. The Ellison Medical Foundation does not permit indirect costs on equipment or movement of indirect costs to direct costs Indirect Costs on equipment, even for purchases less than $5,000, are not permitted for initial awardee years of 2005 and later.

As applicable to the individual project, the Foundation will require the following documentation before an award can be made·

1    Human subjects:

# THE ELLISON MEDICAL FOUNDATION
## ●05 FORM 990-PF, PART XV, LIN●

  a · Copies of the protocol submitted to the Institutional Review Board(s) and the notification of protocol approval from all relevant IRBs (for funded awards an annual update will be required at the time of the progress report).

  b Documentation from the applicant institution that the principal investigator has completed training on the protection of human research participants

2 Animal subjects·

  a. A copy of Institutional Animal Care and Use Committee approval for the proposed project (for funded awards an annual update will be required at the time of the progress report).

3 Foreign component

  a A letter of support from the collaborating in-country institution.

4 Biosafety:Research supported by the Ellison Medical Foundation is expected to conform to the relevant NIH Guidelines for biosafety, including those for handling of hazardous reagents and those for research involving recombinant DNA and gene transfer http //www4.od nih gov/oba/rac/guidelines/guidelines.html.

  a A copy of Institutional Biosafety Committee approval.

**For further information, contact:**
Richard L Sprott, Ph.D.
Executive Director
The Ellison Medical Foundation
4710 Bethesda Avenue
Suite 204
Bethesda, MD 20814-5226
(301) 657-1830 (Phone)
(301) 657-1828 (Fax)
Contact Dr. Sprott

# THE ELLISON MEDICAL FOUNDATION
## 005 FORM 990-PF, PART XV, LINE 2

NEW SCHOLAR PROGRAM IN AGING

## New Scholar Applications: By Invitation Only

The competition for 2006 is closed

## Description
The objective of The Ellison Medical Foundation New Scholars Program is to support new investigators of outstanding promise in the basic biological sciences relevant to understanding aging processes and age-related diseases and disabilities. The award is intended to provide significant support to new investigators needed to permit them to become established in the field of aging. The New Scholars Program provides awards of up to $50,000 per year for a four year period for successful candidates. The Ellison Medical Foundation was established and is supported by Lawrence J Ellison to support biomedical research (including basic biology, basic biomedicine and epidemiology) on aging

## Restrictions
**New Scholar applications are solicited by invitation only.** Invitations for application for 2007 will be sent to the president and to the head of the sponsored research program for invited institutions in October. **Institutions will nominate one candidate.** Institutions not currently invited may contact Richard L. Sprott to discuss an application for inclusion in the program.

The nominated candidate for each institution will automatically be provided the log-in instructions. After logging in, the candidate will be able to submit an online application

## Eligibility
These awards are intended for investigators who are in the first three (3) years of their research career following their post-doctoral fellowship experience. For the 2007 competition, as of March 1, 2007, nominees must hold regular full time appointments (tenure or non-tenure) on the faculty of the sponsoring institution and they must not have been in such an appointment, at the sponsoring institution or other institution(s), for more than three years as of July 15, 2007, i.e. the appointment having been made no earlier than July 15, 2004. Time spent in clinical internships, post-doctoral training, residencies, or in work toward board certification does not count as part of the three-year limit

The Ellison Medical Foundation New Scholars may hold one similar award from a private source concurrently for up to one year (career development or new faculty awards including, but not limited to, AFAR-Glenn Foundation/Merck Fellowships/Pfizer, Beeson Scholar, Brookdale, Hartford Foundation, Hughes Foundation, Merck/American Geriatric Society, Pew Charitable Trust, Robert Wood Johnson Foundation). New Scholar Awards will only be made for the full four-year term  If a conflicting award is accepted prior to the New Scholar Award, this must be resolved by either declining The Ellison Medical Foundation award or arranging to terminate the conflicting award within one year.

## Evaluation
Nominees for the New Scholars Award are expected to have great promise as potential leaders of biomedical science with relevance to aging. Each nominee's potential for scientific innovation, leadership, and relevance to aging will be evaluated by the Aging Initial Review Group and the Scientific Advisory Board, based upon the nominee's research proposal, scientific contributions to date, and the reference statements provided by those who know the nominee and his/her work well. The quality and relevance of the nominee's publications and the importance to aging of the nominee's proposed research will be significant factors in the evaluation process. Depending upon the number of nominations submitted and the qualifications of the nominees, at least 10 scholars will be selected.

## Terms
Each award will be made for up to $50,000 per year for a four year period  Funding for years two, three and four is contingent upon submission of an acceptable progress report

Acceptable uses for award funds include salary, other personnel, equipment, supplies, resource acquisition and travel. The scholar's salary costs (including fringe benefits) may not exceed $10,000 per year  Carry-overs in excess of $25,000 must be approved by the Ellison Medical Foundation Scholars Program Office. Not more than 8% of the total award may be deducted for overhead costs.

In the case of applications for support of research involving human subjects or animal subjects, or of research collaborations with foreign institutions, the Foundation will require the following documentation before an award can be made

# THE ELLISON MEDICAL FOUNDATION
## 005 FORM 990-PF, PART XV, LIN 2

1 Human subjects:

    a. Copies of the protocol submitted to the Institutional Review Board(s) and the notification of protocol approval from all relevant IRBs (for funded awards an annual update will be required at the time of the progress report)
    b Documentation from the applicant institution that the principal investigator has completed training on the protection of human research participants

2 Animal subjects:

    a A copy of Institutional Animal Care and Use Committee approval for the proposed project (for funded awards an annual update will be required at the time of the progress report).

3. Foreign component

    a. A letter of support from the collaborating in-country institution.

4. Biosafety Research supported by the Ellison Medical Foundation is expected to conform to the relevant NIH Guidelines for biosafety, including those for handling of hazardous reagents and those for research involving recombinant DNA and gene transfer
http://www4.od nih.gov/oba/rac/guidelines/guidelines.html.

    a. A copy of Institutional Biosafety Committee approval.


**For further information, contact:**
Richard L. Sprott, Ph.D
Executive Director
The Ellison Medical Foundation
4710 Bethesda Avenue
Suite 204
Bethesda, MD 20814-5226
(301) 657-1830 (Phone)
(301) 657-1828 (Fax)
Contact Dr. Sprott

AMENDED AND RESTATED

BYLAWS

of

THE ELLISON MEDICAL FOUNDATION

# TABLE OF CONTENTS

Page

ARTICLE I -- PRINCIPAL OFFICE ................................................................................ 1

ARTICLE II -- MEMBERSHIP .................................................................................... 1

ARTICLE III -- DESIGNATOR
    Section 1.    Naming of Designator ................................................................ 1
    Section 2.    Actions of Designator ............................................................... 1
    Section 3.    Incapacity .................................................................................. 1

ARTICLE IV-- BOARD OF DIRECTORS .................................................................. 2
    Section 1.    Powers ...................................................................................... 2
    Section 2.    Number and Qualification of Directors ................................... 2
    Section 3.    Limitations on Interested Persons ............................................ 2
    Section 4.    Designation and Term of Office of Directors ........................... 2
    Section 5.    Vacancies and Removal ........................................................... 2
    Section 6.    Resignation .............................................................................. 3
    Section 7.    Annual Meetings ...................................................................... 3
    Section 8.    Special Meetings ...................................................................... 3
    Section 9.    Notice ....................................................................................... 3
    Section 10.    Waiver of Notice ..................................................................... 3
    Section 11.    Quorum ................................................................................... 4
    Section 12.    Action Without a Meeting ...................................................... 4
    Section 13.    Adjournment ............................................................................ 4
    Section 14.    Telephone and Electronic Meetings........................................ 4
    Section 15.    Standard of Care ...................................................................... 4
        A.    General .................................................................................... 4
        B.    Investments ............................................................................. 5
    Section 16.    Inspection ................................................................................ 5
    Section 17.    Director Compensation ........................................................... 5
    Section 18.    Executive Compensation Review ............................................ 6

ARTICLE V -- COMMITTEES.................................................................................... 6
    Section 1.    Board Committees .................................................................... 6
    Section 2.    Advisory Committees ............................................................... 7
    Section 3.    Audit Committee ...................................................................... 7
    Section 4.    Meetings................................................................................... 7
        A.    Of Board Committees .............................................................. 7
        B.    Of Advisory Committees ......................................................... 8

ARTICLE VI -- OFFICERS .......................................................................................... 8
    Section 1.    Officers ................................................................................. 8
    Section 2.    Election ................................................................................. 8
    Section 3.    Removal ................................................................................ 8
    Section 4.    Resignation .......................................................................... 8
    Section 5.    Vacancies ............................................................................. 8
    Section 6.    Chairman of the Board ......................................................... 8
    Section 7.    President ............................................................................... 8
    Section 8.    Vice President(s) ................................................................... 9
    Section 9.    Secretary .............................................................................. 9
    Section 10.    Chief Financial Officer ....................................................... 9

ARTICLE VII -- CERTAIN TRANSACTIONS ....................................................... 9
    Section 1.    Loans .................................................................................... 9
    Section 2.    Self-Dealing Transactions .................................................... 9
    Section 3.    Approval ............................................................................... 9
    Section 4.    Compliance with Private Foundation Rules ........................ 10

ARTICLE VIII -- INDEMNIFICATION AND INSURANCE .................................. 10
    Section 1.    Right of Indemnity ............................................................. 10
    Section 2.    Approval of Indemnity ....................................................... 11
    Section 3.    Advancing Expenses .......................................................... 11
    Section 4.    Insurance ............................................................................ 11

ARTICLE IX -- GRANTS ADMINISTRATION ..................................................... 11
    Section 1.    Purpose of Grants ............................................................... 11
    Section 2.    Board of Directors Oversight .............................................. 11
    Section 3.    Refusal; Withdrawal .......................................................... 12
    Section 4.    Accounting ......................................................................... 12
    Section 5.    Restrictions on Contributions ............................................. 12

ARTICLE X -- MISCELLANEOUS ......................................................................... 12
    Section 1.    Fiscal Year ......................................................................... 12
    Section 2.    Contracts, Notes, and Checks ............................................. 12
    Section 3.    Annual Reports to Directors ............................................... 12
    Section 4.    Required Financial Audits .................................................. 13
    Section 5.    Electronic Transmissions ................................................... 13
    Section 6.    Representation of Shares of Other Corporations ................ 14
    Section 7.    Amendments ....................................................................... 14
    Section 8.    Governing Law ................................................................... 14

AMENDED AND RESTATED
BYLAWS
of
THE ELLISON MEDICAL FOUNDATION

## ARTICLE I
## PRINCIPAL OFFICE

The principal office of this corporation shall be located in the county of San Francisco, California. The Board of Directors may change the location of the principal office of the corporation to any place within or outside the state of California. If the principal executive office is located outside this state, and the corporation has one or more business offices in this state, the Board of Directors shall fix and designate a principal business office in the state of California.

## ARTICLE II
## MEMBERSHIP

This corporation shall have no members.

## ARTICLE III
## DESIGNATOR

Section 1.    Naming of Designator. The Designator referred to in these Bylaws shall be Lawrence J. Ellison. The Designator shall serve for life or until the Designator resigns or becomes incapacitated, as defined in Section 3 below. After the death, incapacity, or resignation of the Designator, all rights reserved to the Designator under these Bylaws shall be exercised by the Board of Directors.

Section 2.    Actions of Designator. All actions of the Designator shall be evidenced by a writing, signed by the Designator, delivered to an officer of this corporation, and filed by the Secretary with the proceedings of the Board of Directors of this corporation. Any such writing may be signed in counterparts.

Section 3.    Incapacity. A Designator's incapacity for purposes of these Bylaws shall be deemed to exist when it has been declared by a court of competent jurisdiction, or when a conservator for such Designator has been appointed, or upon execution of a certificate by a physician licensed to practice in the State of California or wherever such Designator may then reside, which states the doctor's opinion that such Designator is, by reason of advanced age, infirmity, mental or physical illness, or other disability, unable adequately to provide for his or her personal needs or to manage his or her financial affairs. The effective date of such incapacity shall be the date of the decree adjudicating the incapacity, the date of the decree appointing the conservator, or the date of the doctor's certificate, as the case may be. Each Designator shall file

with his physician, and provide a copy to the Secretary of this corporation, an Authorization For Use Or Disclosure of Health Information in the form then required by applicable law (federal and state), including, if applicable, the California Confidentiality of Medical Information Act (California Civil Code Sections 56 et seq.) and the Health Information Portability and Accountability Act of 1996 (Public Law 104-191). Such Authorization shall authorize the physician to examine the Designator, upon request of this corporation's Board of Directors, and disclose to the Board his physical or mental condition in order to determine such Designator's capacity or incapacity for purposes of these Bylaws. Such Authorization shall state that it shall remain in effect for as long as the patient is a Designator under these Bylaws and shall expire when the patient ceases to be a Designator.

## ARTICLE IV
## BOARD OF DIRECTORS

Section 1.    Powers.  This corporation shall have powers to the full extent allowed by law. All powers and activities of this corporation shall be exercised and managed by the Board of Directors of this corporation directly or, if delegated, under the ultimate direction of the Board.

Section 2.    Number and Qualification of Directors.  The number of directors shall be not less than one nor more than five, with the exact authorized number of directors to be fixed from time to time by resolution of the Board of Directors.

Section 3.    Limitations on Interested Persons.  At all times, not more than 49% of the directors of this corporation may be interested persons. An interested person means either:

(a)    any person currently being compensated by this corporation for services rendered to it within the previous twelve months, whether as a full-time or part-time employee, independent contractor, or otherwise, excluding any reasonable compensation paid to a director in his or her capacity as director; or

(b)    any brother, sister, ancestor, descendant, spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, or father-in-law of any such person.

Section 4.    Designation and Term of Office of Directors.  The directors of this corporation shall be designated by the Designator from time to time, subject to the power of the Board to fix the number of directors as provided in Section 2 above. The effective date of any such designation shall be as provided therein. Directors may be designated for any term prescribed in the written designation; if no such term is prescribed, the term shall be three years. Directors may be designated to serve any number of consecutive terms. Each director shall hold office until expiration of his or her term and until a successor has been appointed or designated.

Section 5.    Vacancies and Removal. A vacancy in the Board of Directors shall be deemed to exist (a) in the event of the death, resignation, or removal of any director; (b) if the

Board of Directors by resolution declares vacant the office of a director who has been declared of unsound mind by an order of court or convicted of a felony, or found by final order or judgment of any court to have breached a duty under Article 3 of Chapter 2 of the California Nonprofit Public Benefit Corporation Law; (c) in the event of the action of the Designator to remove such director; (d) if the number of directors is increased, or (e) if any person designated to serve as a director shall refuse in writing to accept the position.

Vacancies in the Board of Directors may be filled by a majority of the remaining directors, even if they collectively constitute less than a quorum, or by a sole remaining director. The Designator may designate a director or directors at any time to fill any vacancy or vacancies not filled by the directors. If the Designator is also the sole remaining director, then upon his death, the trustee of The Lawrence J. Ellison Revocable Trust, or if there is no such trustee, the personal representative of the estate of the Designator, shall designate a successor director or directors to fill such vacancy. Each director elected to fill a vacancy shall hold office until the expiration of the term for which elected and until a successor has been elected and qualified.

Section 6.    Resignation.    Resignations shall be effective upon receipt in writing by the Chairman of the Board (if any), the President, the Secretary, or the Board of Directors of this corporation, unless a later effective date is specified in the resignation.

Section 7.    Annual Meetings.    A meeting of the Board of Directors shall be held on the first Monday in December of each year at 10:00 am, unless the Board fixes another date or time and so notifies the directors in accordance with Section 9. Notice of this meeting shall not be required. Other regular meetings of the Board of Directors shall be held at such times and places as may be fixed from time to time by the Board of Directors. Such regular meetings may be held without notice.

Section 8.    Special Meetings.    Special meetings of the Board of Directors may be called by the President, the Vice President (if any), the Secretary, or any one director, and noticed in accordance with Section 9.

Section 9.    Notice.    Notice of the annual meeting and any special meetings of the Board of Directors shall state the date, place, and time of the meeting and shall be given to each director at least four days before any such meeting if given by first-class mail or forty-eight hours before any such meeting if given personally or by telephone, including a voice messaging system, or by other electronic transmission such as e-mail, in compliance with Article X, Section 5 of these Bylaws.

Section 10.    Waiver of Notice.    The transactions of any meeting of the Board of Directors, however called and noticed and wherever held, shall be valid as though taken at a meeting duly held after proper call and notice, if a quorum is present, and if, either before or after the meeting, each of the directors not present provides a waiver of notice, a consent to holding the meeting, or an approval of the minutes in writing. The waiver of notice or consent need not specify the purpose of the meeting. All waivers, consents and approvals shall be filed with the corporate records or made a part of the minutes of the meeting. Notice of a meeting

-3-

shall also be deemed given to any director who attends the meeting without protesting the lack of adequate notice before the meeting or at its commencement.

Section 11.    Quorum.  A majority of the authorized number of directors shall constitute a quorum for the transaction of business, except to adjourn, provided that in no event shall the required quorum be less than one-fifth of the authorized number of directors or two directors, whichever is larger.  The act of a majority of the directors present at a meeting at which a quorum is present shall be the act of the Board of Directors, except as otherwise provided in Article IV, Sections 5 (filling board vacancies and removing directors), and 12 (taking action without a meeting); Article V, Section 1 (appointing Board Committees); Article VII, Section 3 (approving self-dealing transactions); Article VIII, Section 2 (approving indemnification); and Article X, Section 7 (amending Bylaws), of these Bylaws or in the California Nonprofit Public Benefit Corporation Law.  A meeting at which a quorum is initially present may continue to transact business notwithstanding the withdrawal of directors, if any action taken is approved by at least a majority of the required quorum for such meeting.

Section 12.    Action Without a Meeting.  Any action required or permitted to be taken by the Board may be taken without a meeting if all members of the Board shall individually or collectively consent to such action in writing.  Such written consents shall be filed with the minutes of the proceedings of the Board, and shall have the same force and effect as the unanimous vote of such directors

Section 13.    Adjournment.  A majority of the directors present, whether or not constituting a quorum, may adjourn any meeting to another time and place.  Notice of the time and place of holding of an adjourned meeting need not be given, unless the meeting is adjourned for more than twenty-four (24) hours, in which case notice of the time and place shall be given before the time of the adjourned meeting, in the manner specified in Section 9, to the directors who were not present at the time of the adjournment.

Section 14.    Telephone and Electronic Meetings.  Directors may participate in a meeting through use of conference telephone, electronic video screen communication, or other electronic transmission in compliance with Article X, Section 5 of these Bylaws so long as all of the following apply:

(a)    each director participating in the meeting can communicate with all of the other directors concurrently, and

(b)    each director is provided with the means of participating in all matters before the Board, including the capacity to propose, or to interpose an objection to, a specific action to be taken by the corporation.

Section 15.    Standard of Care.

A.    General.  A director shall perform the duties of a director, including duties as a member of any Board Committee on which the director may serve, in good faith, in a

manner such director believes to be in the best interest of this corporation and with such care, including reasonable inquiry, as an ordinarily prudent person in a like situation would use under similar circumstances.

In performing the duties of a director, a director shall be entitled to rely on information, opinions, reports, or statements, including financial statements and other financial data, in each case prepared or presented by:

(i)     one or more officers or employees of this corporation whom the director believes to be reliable and competent as to the matters presented;

(ii)     counsel, independent accountants, or other persons as to matters which the director believes to be within such person's professional or expert competence; or

(iii)     a Board Committee upon which the director does not serve, as to matters within its designated authority, provided that the director believes such Committee merits confidence;

so long as in any such case, the director acts in good faith after reasonable inquiry when the need therefor is indicated by the circumstances and without knowledge that would cause such reliance to be unwarranted.

Except as provided in Article VII below, a person who performs the duties of a director in accordance with this Section shall have no liability based upon any failure or alleged failure to discharge that person's obligations as a director, including, without limiting the generality of the foregoing, any actions or omissions which exceed or defeat a public or charitable purpose to which a corporation, or assets held by it, are dedicated.

B.     Investments.  Except with respect to assets held for use or used directly in carrying out this corporation's public or charitable activities, in investing, reinvesting, purchasing or acquiring, exchanging, selling, and managing this corporation's investments, the Board shall avoid speculation, looking instead to the permanent disposition of the funds, considering the probable income as well as the probable safety of this corporation's capital.  No investment violates this section where it conforms to provisions authorizing such investment contained in an instrument or agreement pursuant to which the assets were contributed to this corporation.

Section 16.     Inspection.  Every director shall have the absolute right at any reasonable time to inspect and copy all books, records, and documents, and to inspect the physical properties of this corporation.

Section 17.     Director Compensation.  Directors and members of committees shall not receive compensation for their services as directors or members of committees.  The Board may authorize the advance or reimbursement to a director of actual reasonable expenses

incurred in carrying out his or her duties as a director, such as for attending meetings of the Board and Board Committees.

Section 18.    Executive Compensation Review.  The Board of Directors (or a Board Committee) shall review any compensation packages (including all benefits) of the President or the chief executive officer and the Chief Financial Officer, regardless of job title, and such other officers as may be required by law or which shall be so designated by resolution of the Board of Directors from time to time, and shall approve such compensation only after determining that the compensation is just and reasonable.  This review and approval shall occur when such officer is hired, when the term of employment of such officer is renewed or extended, and when the compensation of such officer is modified, unless the modification applies to substantially all of the employees of this corporation.

ARTICLE V
COMMITTEES

Section 1.    Board Committees.  The Board of Directors may, by resolution adopted by a majority of the directors then in office, create any number of Board Committees, each consisting of two or more directors, and only of directors, to serve at the pleasure of the Board.  Appointments to any Board Committee shall be by a majority vote of the directors then in office.  Board Committees may be given all the authority of the Board, except for the powers to:

(a)    set the number of directors within a range specified in these Bylaws;

(b)    elect directors or remove directors without cause;

(c)    fill vacancies on the Board of Directors or on any Board Committee;

(d)    fix compensation of directors for serving on the Board or any Board Committee;

(e)    amend or repeal these Bylaws or adopt new Bylaws;

(f)    adopt amendments to the Articles of Incorporation of this corporation;

(g)    amend or repeal any resolution of the Board of Directors which by its express terms is not so amendable or repealable;

(h)    create any other Board Committees or appoint the members of any Board Committees; or

(i)    approve any merger, reorganization, voluntary dissolution, or disposition of substantially all of the assets of this corporation.

-6-

Section 2.     Advisory Committees.  The Board of Directors may establish one or more Advisory Committees to the Board.  The members of any Advisory Committee may consist of directors or non-directors and may be appointed as the Board determines.  Advisory committees may not exercise the authority of the Board to make decisions on behalf of this corporation, but shall be restricted to making recommendations to the Board or Board Committees, and implementing Board or Board Committee decisions and policies under the supervision and control of the Board or Board Committee.

Section 3.     Audit Committee.  For any tax year in which this corporation has gross revenues of $2 million or more, this corporation shall have an Audit Committee whose members shall be appointed by the Board of Directors, and who may include both directors and non-directors, subject to the following limitations:  (a) a majority of the members of the Audit Committee may not consist of members of the Finance Committee, if any; (b) the chair of the Audit Committee may not be a member of the Finance Committee, if any; (c) the Audit Committee may not include any member of the staff or the President or Chief Financial Officer; (d) the Audit Committee may not include any person who has a material financial interest in any entity doing business with this corporation; and (e) Audit Committee members who are not directors may not receive compensation greater than the compensation paid to directors for their Board service.

If the Audit Committee is composed and appointed as required by Section 1 above (concerning Board Committees), it shall be deemed a Board Committee on which the other directors are entitled to rely as provided in Article IV, Section 15 of these Bylaws; otherwise, the Board of Directors shall remain responsible for oversight and supervision of the Audit Committee as an Advisory Committee.

The Audit Committee shall:  (1) recommend to the Board of Directors the retention and, when appropriate, the termination of an independent certified public accountant to serve as auditor, (2) negotiate the compensation of the auditor on behalf of the Board, (3) confer with the auditor to satisfy the Audit Committee members that the financial affairs of this corporation are in order, (4) review and determine whether to accept the audit, and (5) approve performance of any non-audit services provided to this corporation by the auditor's firm.

Section 4.     Meetings.

A.     Of Board Committees.  Meetings and actions of Board Committees shall be governed by and held and taken in accordance with the provisions of Article V of these Bylaws concerning meetings and actions of the Board of Directors, with such changes in the content of those Bylaws as are necessary to substitute the Board Committee and its members for the Board of Directors and its members.  Minutes shall be kept of each meeting of any Board Committee and shall be filed with the corporate records.

B.     Of Advisory Committees.    Subject to the authority of the Board of Directors, Advisory Committees may determine their own meeting rules and whether minutes shall be kept.

The Board of Directors may adopt rules for the governance of any Board or Advisory Committee not inconsistent with the provisions of these Bylaws.

## ARTICLE VI
## OFFICERS

Section 1.     Officers.    The officers of this corporation shall be a President, a Secretary, and a Chief Financial Officer. The corporation may also have, at the discretion of the directors, such other officers as may be appointed by the Board of Directors. Any number of offices may be held by the same person, except that neither the Secretary nor the Chief Financial Officer may serve concurrently as the President or Chairman of the Board, if any.

Section 2.     Election.    The officers of this corporation shall be elected annually by the Board of Directors, and each shall serve at the pleasure of the Board, subject to the rights, if any, of an officer under any contract of employment.

Section 3.     Removal.    Subject to the rights, if any, of an officer under any contract of employment, any officer may be removed, with or without cause, by the Board of Directors or by an officer on whom such power of removal may be conferred by the Board of Directors.

Section 4.     Resignation.    Any officer may resign at any time by giving written notice to this corporation. Any resignation shall take effect on receipt of that notice by any other officer than the person resigning or at any later time specified by that notice and, unless otherwise specified in that notice, the acceptance of the resignation shall not be necessary to make it effective. Any resignation is without prejudice to the rights, if any, of this corporation under any contract to which the officer is a party.

Section 5.     Vacancies.    A vacancy in any office for any reason shall be filled in the same manner as these Bylaws provide for election to that office.

Section 6.     Chairman of the Board.    The Chairman of the Board, if such an officer be elected, shall, if present, preside at all meetings of the Board of Directors and shall have such other powers and duties as may be prescribed by the Board or these Bylaws.

Section 7.     President.    The President shall be the chief executive officer of this corporation and shall, subject to control of the Board, generally supervise, direct and control the business and other officers of this corporation. In the absence of the Chairman of the Board, or if there be none, the President shall preside at all meetings of the Board of Directors. The President shall have the general powers and duties of management usually vested in the office of

President of the corporation and shall have such other powers and duties as may be prescribed by the Board or these Bylaws.

Section 8.    Vice President(s).  The Vice President, if any, in order of their rank as fixed by the Board of Directors or, if not ranked, a Vice President designated by the Board of Directors, shall, in the absence of the President, carry out the duties of the President and shall have such other powers and duties as may be prescribed by the Board or these Bylaws.

Section 9.    Secretary.  The Secretary shall supervise the keeping of a full and complete record of the proceedings of the Board of Directors and its committees, shall supervise the giving of such notices as may be proper or necessary, shall supervise the keeping of the minute books of this corporation, and shall have such other powers and duties as may be prescribed by the Board or these Bylaws.

Section 10.    Chief Financial Officer.  The Chief Financial Officer shall be the chief financial officer of this corporation and shall supervise the charge and custody of all funds of this corporation, the deposit of such funds in the manner prescribed by the Board of Directors, and the keeping and maintaining of adequate and correct accounts of this corporation's properties and business transactions, shall render reports and accountings as required, and shall have such other powers and duties as may be prescribed by the Board or these Bylaws.


ARTICLE VII
CERTAIN TRANSACTIONS


Section 1.    Loans.  Except as permitted by Section 5236 of the California Nonprofit Public Benefit Corporation Law, this corporation shall not make any loan of money or property to, or guarantee the obligation of, any director or officer; provided, however, that this corporation may advance money to a director or officer of this corporation or any subsidiary for expenses reasonably anticipated to be incurred in performance of the duties of such director or officer so long as such individual would be entitled to be reimbursed for such expenses absent that advance.

Section 2.    Self-Dealing Transactions.  Except as provided in Section 3 below, the Board of Directors shall not approve, or permit the corporation to engage in, any self-dealing transaction.  A self-dealing transaction is a transaction to which this corporation is a party and in which one or more of its directors has a material financial interest, unless the transaction comes within California Corporations Code Section 5233(b).

Section 3.    Approval.    This corporation may engage in a self-dealing transaction if the transaction is approved by a court or by the Attorney General.  This corporation may also engage in a self-dealing transaction if the Board determines, before the transaction, that (a) this corporation is entering into the transaction for its own benefit; (b) the transaction is fair and reasonable to this corporation at the time; and (c) after reasonable investigation, the Board determines that it could not have obtained a more advantageous arrangement with reasonable

-9-

effort under the circumstances. Such determinations must be made by the Board in good faith, with knowledge of the material facts concerning the transaction and the director's interest in the transaction, and by a vote of a majority of the directors then in office, without counting the vote of the interested director or directors.

Where it is not reasonably practicable to obtain approval of the Board before entering into a self-dealing transaction, a Board Committee may approve such transaction in a manner consistent with the requirements above; provided that, at its next meeting, the full Board determines in good faith that the Board Committee's approval of the transaction was consistent with the requirements above and that it was not reasonably practical to obtain advance approval by the full Board, and ratifies the transaction by a majority of the directors then in office without the vote of any interested director.

Section 4.    Compliance with Private Foundation Rules.  Any provision of these Bylaws or the Articles of Incorporation of this corporation to the contrary notwithstanding, so long as this corporation is deemed to be a "private foundation" as defined in Section 509 of the Internal Revenue Code of 1986, as amended (the "Code"), this corporation:

(a)    shall distribute its income for each taxable year (and principal, if necessary) at such time and in such manner as not to subject this corporation to tax under Section 4942 of the Code;

(b)    shall not approve of, or engage in, any act of self-dealing as defined in subsection (d) of Section 4941 of the Code;

(c)    shall not retain any excess business holdings as defined in subsection (c) of Section 4943 of the Code;

(d)    shall not make any investments in such a manner as to subject this corporation to tax under Section 4944 of the Code; and

(e)    shall not make any taxable expenditure as defined in subsection (d) of Section 4945 of the Code.

## ARTICLE VIII
## INDEMNIFICATION AND INSURANCE

Section 1.    Right of Indemnity.  To the fullest extent allowed by Section 5238 of the California Nonprofit Public Benefit Corporation Law, this corporation shall indemnify its agents, in connection with any proceeding, and in accordance with Section 5238. For purposes of this Article, "agent" shall have the same meaning as in Section 5238(a), including directors, officers, employees, other agents, and persons formerly occupying such positions; "proceeding" shall have the same meaning as in Section 5238(a), including any threatened action or

investigation under Section 5233 or brought by the Attorney General; and "expenses" shall have the same meaning as in Section 5238(a), including reasonable attorneys' fees.

Section 2.    Approval of Indemnity.    On written request to the Board of Directors in each specific case by any agent seeking indemnification, to the extent that the agent has been successful on the merits, the Board shall promptly authorize indemnification in accordance with Section 5238(d). Otherwise, the Board shall promptly determine, by a majority vote of a quorum consisting of directors who are not parties to the proceeding, whether, in the specific case, the agent has met the applicable standard of conduct stated in Section 5238(b) or Section 5238(c), and, if so, shall authorize indemnification to the extent permitted thereby.

Section 3.    Advancing Expenses.    The Board of Directors may authorize the advance of expenses incurred by or on behalf of an agent of this corporation in defending any proceeding prior to final disposition, if the Board finds that:

(a)    the requested advances are reasonable in amount under the circumstances; and

(b)    before any advance is made, the agent will submit a written undertaking satisfactory to the Board to repay the advance unless it is ultimately determined that the agent is entitled to indemnification for the expenses under this Article.

The Board shall determine whether the undertaking must be secured, and whether interest shall accrue on the obligation created thereby.

Section 4.    Insurance.    The Board of Directors may adopt a resolution authorizing the purchase of insurance on behalf of any agent against any liability asserted against or incurred by the agent in such capacity or arising out of the agent's status as such, and such insurance may provide for coverage against liabilities beyond this corporation's power to indemnify the agent under law.

ARTICLE IX
GRANTS ADMINISTRATION

Section 1.    Purpose of Grants.    This corporation shall have the power to make grants and contributions and to render other financial assistance for the purposes expressed in this corporation's Articles of Incorporation.

Section 2.    Board of Directors Oversight.    The Board of Directors shall exercise itself, or delegate, subject to its supervision, control over grants, contributions, and other financial assistance provided by this corporation. The Board shall approve a process for reviewing and approving or declining all requests for funds made to this corporation, which shall require such requests to specify the use to which the funds will be put, and include a mechanism

-11-

for regular Board review of all grants made. The Board shall similarly approve a process for authorizing payment of duly approved grants to the approved grantee.

Section 3.    Refusal; Withdrawal.  The Board of Directors, in its absolute discretion, shall have the right to refuse to make any grants or contributions, or to render other financial assistance, for any or all of the purposes for which the funds are requested. In addition, the Board, in its absolute discretion, shall have the right to withdraw its approval of any grant at any time and use the funds for other purposes within the scope of the purposes expressed in this corporation's Articles of Incorporation, subject to any rights of third parties under any contract relating to such grant.

Section 4.    Accounting.  The Board of Directors shall determine under what circumstances to require that grantees furnish a periodic accounting to show that the funds granted by this corporation were expended for the purposes that were approved by the Board.

Section 5.    Restrictions on Contributions.  Unless otherwise determined by resolution of the Board of Directors in particular cases, this corporation shall retain complete control and discretion over the use of all contributions it receives, and all contributions received by this corporation from solicitations for specific grants shall be regarded as for the use of this corporation and not for any particular organization or individual mentioned in the solicitation.

## ARTICLE X
## MISCELLANEOUS

Section 1.    Fiscal Year.  The fiscal year of this corporation shall end each year on December 31.

Section 2.    Contracts, Notes, and Checks.  The Board may authorize any officer or officers to be agent or agents of this corporation, in addition to the officers so authorized by these Bylaws, to enter into any contract or execute and deliver any instrument in the name of and on behalf of this corporation. Except as otherwise provided by law, every check, draft, promissory note, money order, or other evidence of indebtedness of this corporation shall be signed by such officer or officers, agent or agents, of this corporation and in such manner as may be from time to time determined by the Board.

Section 3.    Annual Reports to Directors.  Within 120 days after the end of this corporation's fiscal year, the President shall furnish a written report to all directors of this corporation containing the following information:

(a)    the assets and liabilities, including the trust funds of this corporation, as of the end of the fiscal year;

(b)    the principal changes in assets and liabilities, including trust funds, during the fiscal year;

-12-

(c)     the revenue or receipts of this corporation, both unrestricted and restricted to particular purposes, for the fiscal year;

(d)     the expenses or disbursements of this corporation, for both general and restricted purposes, for the fiscal year; and

(e)     any transaction during the previous fiscal year involving more than $50,000 between this corporation (or its parent or subsidiaries, if any) and any of its directors or officers (or the directors or officers of its parent or subsidiaries, if any) or any holder of more than ten percent of the voting power of this corporation or its parent or subsidiaries, if any, or any of a number of such transactions in which the same person had a direct or indirect material financial interest, and which transactions in the aggregate involved more than $50,000, as well as the amount and circumstances of any indemnifications or advances aggregating more than $10,000 paid during the fiscal year to any director or officer of this corporation. For each transaction, the report must disclose the names of the interested persons involved in such transaction, stating such person's relationship to this corporation, the nature of such person's interest in the transaction and, where practicable, the value of such interest.

The foregoing report shall be accompanied by any report thereon of independent accountants or, if there is no such report, the certificate of an authorized officer of this corporation that such statements were prepared without an audit from the books and records of this corporation. The report and any accompanying material may be sent by electronic transmission in compliance with Article X, Section 5 of these Bylaws.

Section 4.     Required Financial Audits.     This corporation shall obtain a financial audit for any tax year in which it receives or accrues gross revenue of $2 million or more, excluding grant or contract income from any governmental entity for which the governmental entity requires an accounting. Whether or not they are required by law, any audited financial statements obtained by this corporation shall be made available for inspection by the Attorney General and the general public within nine months after the close of the fiscal year to which the statements relate, and shall remain available for three years (1) by making them available at this corporation's principal, regional, and district offices during regular business hours and (2) either by mailing a copy to any person who so requests in person or in writing or by posting them on this corporation's website.

Section 5.     Electronic Transmissions.     Unless otherwise provided in these Bylaws, and subject to any guidelines and procedures that the Board of Directors may adopt from time to time, the terms "written" and "in writing" as used in these Bylaws include any form of recorded message in the English language capable of comprehension by ordinary visual means, and may include electronic transmissions, such as facsimile or email, provided (i) for electronic transmissions *from* the corporation, the corporation has obtained an unrevoked written consent from the recipient to the use of such means of communication; (ii) for electronic transmissions *to* the corporation, the corporation has in effect reasonable measures to verify that the sender is the individual purporting to have sent such transmission; and (iii) the transmission

-13-

creates a record that can be retained, retrieved, reviewed, and rendered into clearly legible tangible form.

Section 6.        Representation of Shares of Other Corporations. The President, or any Vice President or any other person authorized by resolution of the Board of Directors or by any of the foregoing designated officers, is authorized to vote on behalf of the corporation any and all shares of any other corporation or corporations, foreign or domestic, standing in the name of the corporation. The authority granted to these officers to vote or represent on behalf of the corporation any and all shares held by the corporation in any other corporation or corporations may be exercised by any of these officers in person or by any person authorized to do so by a proxy duly executed by these officers.

Section 7.        Amendments. Proposed amendments to these Bylaws shall be submitted in writing to the directors at least one week in advance of any Board meeting at which they will be considered for adoption. The vote of a majority of the Board of Directors or the unanimous written consent of the directors shall be required to adopt a bylaw amendment. No amendment to these Bylaws shall be valid or become effective without the consent of the Designator or an authorized representative of the Designator.

Section 8.        Governing Law. In all matters not specified in these Bylaws, or in the event these Bylaws shall not comply with applicable law, the California Nonprofit Public Benefit Corporation Law as then in effect shall apply.

## CERTIFICATE OF SECRETARY

I, Andrew L. Dudnick, certify that I am presently the duly elected and acting Secretary of The Ellison Medical Foundation, a California nonprofit public benefit corporation, and that the above Amended and Restated Bylaws, consisting of 14 pages, are the Bylaws of this corporation as adopted by Unanimous Written Consent of the Directors on ____7/19_____, 200 5

DATED: _9/23/05_

_____
Andrew L. Dudnick, Secretary

Form **8868**
(Rev. December 2004)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.

OMB No 1545-1709

- **•** If you are filing for an **Automatic 3-Month Extension,** complete only Part I and check this box ........................ ▶ ☒
- **•** If you are filing for an **Additional (not automatic) 3-Month Extension,** complete only Part II (on page 2 of this form).
- **Do not complete Part II unless** you have already been granted an automatic 3-month extension on a previously filed Form 8868

| **Part I** | **Automatic 3-Month Extension of Time** - Only submit original (no copies needed) |

**Form 990-T corporations** requesting an automatic 6-month extension - check this box and complete Part I only ............... ▶ ☐

*All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

**Electronic Filing (e-file).** Form 8868 can be filed electronically if you want a 3-month automatic extension of time to file one of the returns noted below (6 months for corporate Form 990-T filers). However, you cannot file it electronically if you want the additional (not automatic) 3-month extension, instead you must submit the fully completed signed page 2 (Part II) of Form 8868. For more details on the electronic filing of this form, visit *www.irs.gov/efile*.

| Type or print | Name of Exempt Organization | Employer identification number |
|---|---|---|
| | THE ELLISON MEDICAL FOUNDATION | 94-3269827 · |
| File by the due date for filing your return. See instructions | Number, street, and room or suite no. If a P.O. box, see instructions.<br>C/O 101 YGNACIO VALLEY ROAD, NO. 310 | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>WALNUT CREEK, CA  94596 | |

**Check type of return to be filed** (file a separate application for each return).

| | | |
|---|---|---|
| ☐ Form 990 | ☐ Form 990-T (corporation) | ☐ Form 4720 |
| ☐ Form 990-BL | ☐ Form 990-T (sec. 401(a) or 408(a) trust) | ☐ Form 5227 |
| ☐ Form 990-EZ | ☐ Form 990-T (trust other than above) | ☐ Form 6069 |
| ☒ Form 990-PF | ☐ Form 1041-A | ☐ Form 8870 |

- **•** The books are in the care of ▶ PHILIP B. SIMON
   Telephone No. ▶ 925/977-9060     FAX No. ▶ (925) 977-9064
- **•** If the organization does **not** have an office or place of business in the United States, check this box ........................ ▶ ☐
- **•** If this is for a **Group Return,** enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension will cover.

1   I request an automatic 3-month (6-months for a **Form 990-T corporation**) extension of time until   AUGUST 15, 2006 .
   to file the exempt organization return for the organization named above. The extension is for the organization's return for:
   ▶ ☒ calendar year 2005 or
   ▶ ☐ tax year beginning _____ , and ending _____ .

2   If this tax year is for less than 12 months, check reason:  ☐ Initial return   ☐ Final return   ☐ Change in accounting period

3a  If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any
   nonrefundable credits. See instructions ....................................................................... $   369,827.

b   If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated
   tax payments made. Include any prior year overpayment allowed as a credit ................... $   372,234.

c   **Balance Due.** Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD
   coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . $   0.

**Caution.** If you are going to make an electronic fund withdrawal with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

| LHA | **For Privacy Act and Paperwork Reduction Act Notice, see instructions.** | Form **8868** (Rev 12-2004) |

523831
05-01-05

14110508 731920 9827          2005.05000 THE ELLISON MEDICAL FOUNDAT 9827____1