Attorney W... oduct
Privileged and Confidential

Draft.../2007

ANALYSIS GROUP, INC.

| Date | | | | | (obscured) | |
|---|---|---|---|---|---|---|
| 2/3/2000 | 305 | 205 | 151 | 115 | | 3,873,287 |
| 2/4/2000 | 305 | 211 | 152 | 115 | | 3,873,287 |
| 2/7/2000 | 312 | 218 | 157 | 115 | | 3,873,287 |
| 2/8/2000 | 317 | 219 | 158 | 115 | | 3,873,287 |
| 2/9/2000 | 333 | 224 | 152 | 115 | | 3,873,287 |
| 2/10/2000 | 344 | 236 | 156 | 115 | | 3,873,287 |
| 2/11/2000 | 344 | 228 | 154 | 115 | | 3,873,287 |
| 2/14/2000 | 332 | 227 | 160 | 115 | | 3,873,287 |
| 2/15/2000 | 341 | 223 | 163 | 115 | | 3,873,287 |
| 2/16/2000 | 335 | 221 | 156 | 115 | | 3,873,287 |
| 2/17/2000 | 350 | 227 | 160 | 115 | | 3,873,287 |
| 2/18/2000 | 338 | 219 | 153 | 115 | | 3,873,287 |
| 2/22/2000 | 320 | 216 | 155 | 115 | | 3,873,287 |
| 2/23/2000 | 344 | 241 | 159 | 115 | | 3,873,287 |
| 2/24/2000 | 353 | 239 | 166 | 115 | | 3,873,287 |
| 2/25/2000 | 341 | 231 | 165 | 115 | | 3,873,287 |
| 2/28/2000 | 342 | 227 | 163 | 122 | | 4,118,922 |
| 2/29/2000 | 347 | 230 | 164 | 122 | | 4,118,922 |
| 3/1/2000 | 357 | 229 | 168 | 122 | | 4,118,922 |
| 3/2/2000 | 350 | 231 | 168 | 122 | | 4,118,922 |
| 3/3/2000 | 358 | 239 | 173 | 122 | | 4,118,922 |
| 3/6/2000 | 353 | 237 | 171 | 122 | | 4,118,922 |
| 3/7/2000 | 343 | 230 | 168 | 122 | | 4,118,922 |
| 3/8/2000 | 350 | 230 | 167 | 122 | | 4,118,922 |
| 3/9/2000 | 354 | 242 | 172 | 122 | | 4,118,922 |
| 3/10/2000 | 343 | 237 | 175 | 122 | | 4,118,922 |
| 3/13/2000 | 331 | 237 | 177 | 122 | | 4,118,922 |
| 3/14/2000 | 318 | 229 | 171 | 122 | | 4,118,922 |
| 3/15/2000 | 321 | 224 | 175 | 122 | | 4,118,922 |
| 3/16/2000 | 330 | 229 | 182 | 122 | | 4,118,922 |
| 3/17/2000 | 350 | 235 | 189 | 122 | | 4,118,922 |
| 3/20/2000 | 337 | 233 | 196 | 122 | | 4,118,922 |
| 3/21/2000 | 361 | 245 | 201 | 122 | | 4,118,922 |
| 3/22/2000 | 352 | 251 | 209 | 122 | | 4,118,922 |
| 3/23/2000 | 356 | 271 | 207 | 122 | | 4,118,922 |
| 3/24/2000 | 365 | 276 | 202 | 122 | | 4,118,922 |
| 3/27/2000 | 382 | 278 | 207 | 122 | | 4,118,922 |

Attorney ... duct
Privileged and Co... ...ntial

Draft ___ 2007

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/28/2000 | 366 | 271 | 197 | 122 | 4,118,922 | |
| 3/29/2000 | 354 | 265 | 192 | 122 | 4,118,922 | |
| 3/30/2000 | 339 | 256 | 185 | 122 | 4,118,922 | |
| 3/31/2000 | 341 | 269 | 192 | 122 | 4,118,922 | |
| 4/3/2000 | 327 | 254 | 190 | 122 | 4,118,922 | |
| 4/4/2000 | 328 | 254 | 193 | 122 | 4,118,922 | |
| 4/5/2000 | 323 | 251 | 189 | 122 | 4,118,922 | |
| 4/6/2000 | 337 | 250 | 189 | 122 | 4,118,922 | |
| 4/7/2000 | 360 | 261 | 199 | 122 | 4,118,922 | |
| 4/10/2000 | 331 | 252 | 191 | 122 | 4,118,922 | |
| 4/11/2000 | 320 | 243 | 190 | 122 | 4,118,922 | |
| 4/12/2000 | 291 | 226 | 177 | 122 | 4,118,922 | |
| 4/13/2000 | 283 | 213 | 176 | 122 | 4,118,922 | |
| 4/14/2000 | 279 | 198 | 161 | 122 | 4,118,922 | |
| 4/17/2000 | 309 | 231 | 179 | 122 | 4,118,922 | |
| 4/18/2000 | 335 | 241 | 187 | 122 | 4,118,922 | |
| 4/19/2000 | 323 | 230 | 173 | 122 | 4,118,922 | |
| 4/20/2000 | 319 | 227 | 168 | 122 | 4,118,922 | |
| 4/24/2000 | 319 | 221 | 169 | 122 | 4,118,922 | |
| 4/25/2000 | 341 | 230 | 182 | 122 | 4,118,922 | |
| 4/26/2000 | 326 | 232 | 176 | 122 | 4,118,922 | |
| 4/27/2000 | 339 | 240 | 182 | 122 | 4,118,922 | |
| 4/28/2000 | 335 | 241 | 184 | 122 | 4,118,922 | |
| 5/1/2000 | 335 | 248 | 185 | 122 | 4,118,922 | |
| 5/2/2000 | 321 | 237 | 176 | 122 | 4,118,922 | |
| 5/3/2000 | 318 | 230 | 173 | 122 | 4,118,922 | |
| 5/4/2000 | 312 | 221 | 174 | 122 | 4,118,922 | |
| 5/5/2000 | 329 | 236 | 179 | 122 | 4,118,922 | |
| 5/8/2000 | 311 | 218 | 171 | 122 | 4,118,922 | |
| 5/9/2000 | 299 | 218 | 170 | 122 | 4,118,922 | |
| 5/10/2000 | 283 | 203 | 154 | 122 | 4,118,922 | |
| 5/11/2000 | 280 | 210 | 168 | 122 | 4,118,922 | |
| 5/12/2000 | 297 | 208 | 167 | 122 | 4,118,922 | |
| 5/15/2000 | 307 | 209 | 172 | 122 | 4,118,922 | |
| 5/16/2000 | 319 | 211 | 177 | 122 | 4,118,922 | |
| 5/17/2000 | 314 | 202 | 179 | 122 | 4,118,922 | |
| 5/18/2000 | 294 | 193 | 180 | 122 | 4,118,922 | |

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

Draft, /2007

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/19/2000 | 281 | 186 | 171 | 122 | 4,118,922 | |
| 5/22/2000 | 291 | 192 | 172 | 122 | 4,118,922 | |
| 5/23/2000 | 262 | 176 | 160 | 122 | 4,118,922 | |
| 5/24/2000 | 278 | 192 | 171 | 122 | 4,118,922 | |
| 5/25/2000 | 265 | 190 | 167 | 122 | 4,118,922 | |
| 5/26/2000 | 267 | 191 | 171 | 122 | 4,118,922 | |
| 5/30/2000 | 291 | 208 | 183 | 122 | 4,118,922 | |
| 5/31/2000 | 279 | 198 | 181 | 132 | 4,446,795 | |
| 6/1/2000 | 301 | 212 | 189 | 132 | 4,446,795 | |
| 6/2/2000 | 320 | 224 | 195 | 132 | 4,446,795 | |
| 6/5/2000 | 321 | 220 | 193 | 132 | 4,446,795 | |
| 6/6/2000 | 305 | 213 | 188 | 132 | 4,446,795 | |
| 6/7/2000 | 322 | 219 | 187 | 132 | 4,446,795 | |
| 6/8/2000 | 319 | 222 | 183 | 132 | 4,446,795 | |
| 6/9/2000 | 327 | 224 | 185 | 132 | 4,446,795 | |
| 6/12/2000 | 329 | 216 | 182 | 132 | 4,446,795 | |
| 6/13/2000 | 328 | 226 | 191 | 132 | 4,446,795 | |
| 6/14/2000 | 330 | 227 | 184 | 132 | 4,446,795 | |
| 6/15/2000 | 336 | 231 | 186 | 132 | 4,446,795 | |
| 6/16/2000 | 332 | 236 | 183 | 132 | 4,446,795 | |
| 6/19/2000 | 347 | 240 | 198 | 132 | 4,446,795 | |
| 6/20/2000 | 353 | 233 | 201 | 132 | 4,446,795 | |
| 6/21/2000 | 349 | 235 | 202 | 132 | 4,446,795 | |
| 6/22/2000 | 335 | 225 | 195 | 132 | 4,446,795 | |
| 6/23/2000 | 315 | 218 | 195 | 132 | 4,446,795 | |
| 6/26/2000 | 329 | 218 | 195 | 132 | 4,446,795 | |
| 6/27/2000 | 318 | 217 | 191 | 132 | 4,446,795 | |
| 6/28/2000 | 328 | 221 | 192 | 132 | 4,446,795 | |
| 6/29/2000 | 320 | 213 | 192 | 132 | 4,446,795 | |
| 6/30/2000 | 331 | 221 | 194 | 132 | 4,446,795 | |
| 7/3/2000 | 329 | 225 | 199 | 132 | 4,446,795 | |
| 7/5/2000 | 315 | 215 | 191 | 132 | 4,446,795 | |
| 7/6/2000 | 319 | 225 | 199 | 132 | 4,446,795 | |
| 7/7/2000 | 328 | 227 | 203 | 132 | 4,446,795 | |
| 7/10/2000 | 334 | 220 | 200 | 132 | 4,446,795 | |
| 7/11/2000 | 328 | 216 | 202 | 132 | 4,446,795 | |
| 7/12/2000 | 340 | 222 | 205 | 132 | 4,446,795 | |

ANALYSIS GROUP, INC.

Attorney W... oduct
Privileged and Co...dential

ANALYSIS GROUP, INC.

Drag... /2007

| Date | | | | | (illegible) |
|---|---|---|---|---|---|
| 7/13/2000 | 342 | 227 | 208 | 132 | 4,446,795 |
| 7/14/2000 | 346 | 237 | 213 | 132 | 4,446,795 |
| 7/17/2000 | 351 | 242 | 213 | 132 | 4,446,795 |
| 7/18/2000 | 347 | 234 | 208 | 132 | 4,446,795 |
| 7/19/2000 | 342 | 232 | 201 | 132 | 4,446,795 |
| 7/20/2000 | 357 | 242 | 207 | 132 | 4,446,795 |
| 7/21/2000 | 379 | 237 | 201 | 132 | 4,446,795 |
| 7/24/2000 | 366 | 230 | 201 | 132 | 4,446,795 |
| 7/25/2000 | 397 | 237 | 205 | 132 | 4,446,795 |
| 7/26/2000 | 399 | 238 | 202 | 132 | 4,446,795 |
| 7/27/2000 | 391 | 237 | 199 | 132 | 4,446,795 |
| 7/28/2000 | 374 | 218 | 188 | 132 | 4,446,795 |
| 7/31/2000 | 384 | 228 | 194 | 132 | 4,446,795 |
| 8/1/2000 | 376 | 220 | 188 | 132 | 4,446,795 |
| 8/2/2000 | 369 | 212 | 184 | 132 | 4,446,795 |
| 8/3/2000 | 392 | 224 | 189 | 132 | 4,446,795 |
| 8/4/2000 | 388 | 228 | 182 | 132 | 4,446,795 |
| 8/7/2000 | 407 | 230 | 183 | 132 | 4,446,795 |
| 8/8/2000 | 407 | 228 | 179 | 132 | 4,446,795 |
| 8/9/2000 | 407 | 236 | 185 | 132 | 4,446,795 |
| 8/10/2000 | 402 | 220 | 180 | 132 | 4,446,795 |
| 8/11/2000 | 408 | 224 | 186 | 132 | 4,446,795 |
| 8/14/2000 | 415 | 224 | 195 | 132 | 4,446,795 |
| 8/15/2000 | 427 | 220 | 197 | 132 | 4,446,795 |
| 8/16/2000 | 420 | 219 | 198 | 132 | 4,446,795 |
| 8/17/2000 | 435 | 221 | 204 | 132 | 4,446,795 |
| 8/18/2000 | 446 | 221 | 205 | 132 | 4,446,795 |
| 8/21/2000 | 444 | 228 | 210 | 132 | 4,446,795 |
| 8/22/2000 | 445 | 225 | 210 | 132 | 4,446,795 |
| 8/23/2000 | 461 | 234 | 217 | 132 | 4,446,795 |
| 8/24/2000 | 465 | 231 | 216 | 132 | 4,446,795 |
| 8/25/2000 | 454 | 228 | 212 | 132 | 4,446,795 |
| 8/28/2000 | 465 | 230 | 215 | 132 | 4,446,795 |
| 8/29/2000 | 463 | 232 | 215 | 132 | 4,446,795 |
| 8/30/2000 | 463 | 232 | 214 | 132 | 4,446,795 |
| 8/31/2000 | 462 | 239 | 218 | 137 | 4,621,852 |
| 9/1/2000 | 468 | 238 | 215 | 137 | 4,621,852 |

Attorney W... ...duct
Privileged and Confidential

Draft... 2007

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/5/2000 | 455 | 230 | 201 | 137 | | 4,621,852 |
| 9/6/2000 | 428 | 223 | 191 | 137 | | 4,621,852 |
| 9/7/2000 | 451 | 230 | 196 | 137 | | 4,621,852 |
| 9/8/2000 | 440 | 222 | 190 | 137 | | 4,621,852 |
| 9/11/2000 | 420 | 213 | 188 | 137 | | 4,621,852 |
| 9/12/2000 | 416 | 205 | 189 | 137 | | 4,621,852 |
| 9/13/2000 | 430 | 213 | 178 | 137 | | 4,621,852 |
| 9/14/2000 | 428 | 213 | 173 | 137 | | 4,621,852 |
| 9/15/2000 | 412 | 218 | 167 | 137 | | 4,621,852 |
| 9/18/2000 | 420 | 209 | 162 | 137 | | 4,621,852 |
| 9/19/2000 | 428 | 216 | 176 | 137 | | 4,621,852 |
| 9/20/2000 | 436 | 220 | 183 | 137 | | 4,621,852 |
| 9/21/2000 | 424 | 213 | 179 | 137 | | 4,621,852 |
| 9/22/2000 | 430 | 210 | 139 | 137 | | 4,621,852 |
| 9/25/2000 | 430 | 199 | 132 | 137 | | 4,621,852 |
| 9/26/2000 | 428 | 192 | 126 | 137 | | 4,621,852 |
| 9/27/2000 | 429 | 199 | 128 | 137 | | 4,621,852 |
| 9/28/2000 | 450 | 207 | 129 | 137 | | 4,621,852 |
| 9/29/2000 | 425 | 192 | 121 | 137 | | 4,621,852 |
| 10/2/2000 | 413 | 193 | 117 | 137 | | 4,621,852 |
| 10/3/2000 | 395 | 196 | 117 | 137 | | 4,621,852 |
| 10/4/2000 | 406 | 204 | 122 | 137 | | 4,621,852 |
| 10/5/2000 | 400 | 200 | 119 | 137 | | 4,621,852 |
| 10/6/2000 | 391 | 195 | 116 | 137 | | 4,621,852 |
| 10/9/2000 | 389 | 187 | 114 | 137 | | 4,621,852 |
| 10/10/2000 | 376 | 178 | 109 | 137 | | 4,621,852 |
| 10/11/2000 | 371 | 178 | 103 | 137 | | 4,621,852 |
| 10/12/2000 | 357 | 173 | 108 | 137 | | 4,621,852 |
| 10/13/2000 | 404 | 195 | 117 | 137 | | 4,621,852 |
| 10/16/2000 | 417 | 190 | 104 | 137 | | 4,621,852 |
| 10/17/2000 | 405 | 190 | 105 | 137 | | 4,621,852 |
| 10/18/2000 | 402 | 182 | 111 | 137 | | 4,621,852 |
| 10/19/2000 | 428 | 203 | 122 | 137 | | 4,621,852 |
| 10/20/2000 | 432 | 199 | 125 | 137 | | 4,621,852 |
| 10/23/2000 | 432 | 194 | 126 | 137 | | 4,621,852 |
| 10/24/2000 | 429 | 191 | 122 | 137 | | 4,621,852 |
| 10/25/2000 | 395 | 176 | 120 | 137 | | 4,621,852 |

ANALYSIS GROUP, INC.

Attorney [...]oduct
Privileged and Confidential



| Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/26/2000 | 371 | 186 | 130 | 137 | [redacted] | 4,621,852 |
| 10/27/2000 | 376 | 176 | 135 | 137 | [redacted] | 4,621,852 |
| 10/30/2000 | 379 | 167 | 131 | 137 | [redacted] | 4,621,852 |
| 10/31/2000 | 404 | 187 | 131 | 137 | [redacted] | 4,621,852 |
| 11/1/2000 | 385 | 181 | 131 | 137 | [redacted] | 4,621,852 |
| 11/2/2000 | 397 | 194 | 136 | 137 | [redacted] | 4,621,852 |
| 11/3/2000 | 412 | 197 | 134 | 137 | [redacted] | 4,621,852 |
| 11/6/2000 | 403 | 192 | 135 | 137 | [redacted] | 4,621,852 |
| 11/7/2000 | 406 | 197 | 134 | 137 | [redacted] | 4,621,852 |
| 11/8/2000 | 365 | 181 | 124 | 137 | [redacted] | 4,621,852 |
| 11/9/2000 | 355 | 185 | 120 | 137 | [redacted] | 4,621,852 |
| 11/10/2000 | 325 | 174 | 108 | 137 | [redacted] | 4,621,852 |
| 11/13/2000 | 311 | 175 | 111 | 137 | [redacted] | 4,621,852 |
| 11/14/2000 | 342 | 185 | 119 | 137 | [redacted] | 4,621,852 |
| 11/15/2000 | 342 | 186 | 121 | 137 | [redacted] | 4,621,852 |
| 11/16/2000 | 318 | 178 | 116 | 137 | [redacted] | 4,621,852 |
| 11/17/2000 | 325 | 183 | 121 | 137 | [redacted] | 4,621,852 |
| 11/20/2000 | 297 | 178 | 120 | 137 | [redacted] | 4,621,852 |
| 11/21/2000 | 310 | 187 | 124 | 137 | [redacted] | 4,621,852 |
| 11/22/2000 | 291 | 176 | 120 | 137 | [redacted] | 4,621,852 |
| 11/24/2000 | 309 | 183 | 128 | 137 | [redacted] | 4,621,852 |
| 11/27/2000 | 321 | 178 | 128 | 137 | [redacted] | 4,621,852 |
| 11/28/2000 | 296 | 177 | 122 | 137 | [redacted] | 4,621,852 |
| 11/29/2000 | 290 | 180 | 124 | 137 | [redacted] | 4,621,852 |
| 11/30/2000 | 277 | 167 | 111 | 137 | [redacted] | 4,621,852 |
| 12/1/2000 | 280 | 169 | 99 | 144 | [redacted] | 4,837,458 |
| 12/4/2000 | 287 | 159 | 96 | 144 | [redacted] | 4,837,458 |
| 12/5/2000 | 334 | 181 | 105 | 144 | [redacted] | 4,837,458 |
| 12/6/2000 | 322 | 179 | 92 | 144 | [redacted] | 4,837,458 |
| 12/7/2000 | 312 | 174 | 94 | 144 | [redacted] | 4,837,458 |
| 12/8/2000 | 284 | 182 | 99 | 144 | [redacted] | 4,837,458 |
| 12/11/2000 | 248 | 191 | 109 | 144 | [redacted] | 4,837,458 |
| 12/12/2000 | 247 | 189 | 106 | 144 | [redacted] | 4,837,458 |
| 12/13/2000 | 231 | 178 | 103 | 144 | [redacted] | 4,837,458 |
| 12/14/2000 | 231 | 177 | 102 | 144 | [redacted] | 4,837,458 |
| 12/15/2000 | 222 | 168 | 94 | 144 | [redacted] | 4,837,458 |
| 12/18/2000 | 208 | 149 | 97 | 144 | [redacted] | 4,837,458 |

Draft 2007

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

Draft ... 2007

| Date | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 12/19/2000 | 196 | 145 | 97 | 144 | 4,837,458 | *(illegible)* |
| 12/20/2000 | 200 | 127 | 93 | 144 | 4,837,458 | *(illegible)* |
| 12/21/2000 | 196 | 135 | 96 | 144 | 4,837,458 | *(illegible)* |
| 12/22/2000 | 232 | 144 | 96 | 144 | 4,837,458 | *(illegible)* |
| 12/26/2000 | 221 | 142 | 95 | 144 | 4,837,458 | *(illegible)* |
| 12/27/2000 | 221 | 142 | 90 | 144 | 4,837,458 | *(illegible)* |
| 12/28/2000 | 211 | 138 | 87 | 144 | 4,837,458 | *(illegible)* |
| 12/29/2000 | 203 | 133 | 90 | 144 | 4,837,458 | *(illegible)* |
| 1/2/2001 | 185 | 116 | 90 | 144 | 4,837,458 | *(illegible)* |
| 1/3/2001 | 240 | 144 | 100 | 144 | 4,837,458 | *(illegible)* |
| 1/4/2001 | 226 | 146 | 98 | 144 | 4,837,458 | *(illegible)* |
| 1/5/2001 | 204 | 127 | 93 | 144 | 4,837,458 | *(illegible)* |
| 1/8/2001 | 205 | 127 | 93 | 144 | 4,837,458 | *(illegible)* |
| 1/9/2001 | 214 | 129 | 94 | 144 | 4,837,458 | *(illegible)* |
| 1/10/2001 | 212 | 126 | 96 | 144 | 4,837,458 | *(illegible)* |
| 1/11/2001 | 233 | 136 | 97 | 144 | 4,837,458 | *(illegible)* |
| 1/12/2001 | 222 | 132 | 93 | 144 | 4,837,458 | *(illegible)* |
| 1/16/2001 | 228 | 134 | 91 | 144 | 4,837,458 | *(illegible)* |
| 1/17/2001 | 236 | 136 | 89 | 144 | 4,837,458 | *(illegible)* |
| 1/18/2001 | 254 | 146 | 94 | 144 | 4,837,458 | *(illegible)* |
| 1/19/2001 | 225 | 140 | 98 | 144 | 4,837,458 | *(illegible)* |
| 1/22/2001 | 222 | 144 | 97 | 144 | 4,837,458 | *(illegible)* |
| 1/23/2001 | 230 | 148 | 103 | 144 | 4,837,458 | *(illegible)* |
| 1/24/2001 | 238 | 148 | 105 | 144 | 4,837,458 | *(illegible)* |
| 1/25/2001 | 227 | 137 | 100 | 144 | 4,837,458 | *(illegible)* |
| 1/26/2001 | 227 | 133 | 104 | 144 | 4,837,458 | *(illegible)* |
| 1/29/2001 | 244 | 130 | 108 | 144 | 4,837,458 | *(illegible)* |
| 1/30/2001 | 233 | 132 | 108 | 144 | 4,837,458 | *(illegible)* |
| 1/31/2001 | 223 | 130 | 108 | 144 | 4,837,458 | *(illegible)* |
| 2/1/2001 | 227 | 133 | 110 | 144 | 4,837,458 | *(illegible)* |
| 2/2/2001 | 213 | 123 | 104 | 144 | 4,837,458 | *(illegible)* |
| 2/5/2001 | 203 | 120 | 101 | 144 | 4,837,458 | *(illegible)* |
| 2/6/2001 | 203 | 124 | 103 | 144 | 4,837,458 | *(illegible)* |
| 2/7/2001 | 193 | 108 | 102 | 144 | 4,837,458 | *(illegible)* |
| 2/8/2001 | 188 | 104 | 101 | 144 | 4,837,458 | *(illegible)* |
| 2/9/2001 | 179 | 98 | 98 | 144 | 4,837,458 | *(illegible)* |
| 2/12/2001 | 186 | 103 | 101 | 144 | 4,837,458 | *(illegible)* |

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

Draft — 2007

ANALYSIS GROUP, INC.

| Date | | | | | Patent | |
|---|---|---|---|---|---|---|
| 2/13/2001 | 183 | 99 | 94 | 144 | 4,837,458 | [illegible] |
| 2/14/2001 | 194 | 102 | 99 | 144 | 4,837,458 | [illegible] |
| 2/15/2001 | 198 | 107 | 104 | 144 | 4,837,458 | [illegible] |
| 2/16/2001 | 169 | 98 | 100 | 144 | 4,837,458 | [illegible] |
| 2/20/2001 | 162 | 91 | 92 | 144 | 4,837,458 | [illegible] |
| 2/21/2001 | 143 | 87 | 90 | 144 | 4,837,458 | [illegible] |
| 2/22/2001 | 152 | 92 | 87 | 144 | 4,837,458 | [illegible] |
| 2/23/2001 | 152 | 94 | 87 | 144 | 4,837,458 | [illegible] |
| 2/26/2001 | 151 | 91 | 86 | 144 | 4,837,458 | [illegible] |
| 2/27/2001 | 144 | 83 | 84 | 144 | 4,837,458 | [illegible] |
| 2/28/2001 | 145 | 82 | 83 | 145 | 4,837,458 | [illegible] |
| 3/1/2001 | 146 | 85 | 85 | | 4,891,168 | [illegible] |
| 3/2/2001 | 143 | 77 | 88 | | 4,891,168 | [illegible] |
| 3/5/2001 | 152 | 80 | 92 | | 4,891,168 | [illegible] |
| 3/6/2001 | 162 | 83 | 96 | | 4,891,168 | [illegible] |
| 3/7/2001 | 161 | 83 | 97 | | 4,891,168 | [illegible] |
| 3/8/2001 | 148 | 79 | 86 | | 4,891,168 | [illegible] |
| 3/9/2001 | 127 | 72 | 81 | | 4,891,168 | [illegible] |
| 3/12/2001 | 124 | 65 | 86 | | 4,891,168 | [illegible] |
| 3/13/2001 | 139 | 74 | 85 | | 4,891,168 | [illegible] |
| 3/14/2001 | 134 | 70 | 83 | | 4,891,168 | [illegible] |
| 3/15/2001 | 132 | 71 | 81 | | 4,891,168 | [illegible] |
| 3/16/2001 | 132 | 69 | 79 | | 4,891,168 | [illegible] |
| 3/19/2001 | 139 | 72 | 72 | | 4,891,168 | [illegible] |
| 3/20/2001 | 127 | 66 | 74 | | 4,891,168 | [illegible] |
| 3/21/2001 | 134 | 67 | 84 | | 4,891,168 | [illegible] |
| 3/22/2001 | 137 | 69 | 84 | | 4,891,168 | [illegible] |
| 3/23/2001 | 133 | 65 | 82 | | 4,891,168 | [illegible] |
| 3/26/2001 | 126 | 62 | 86 | | 4,891,168 | [illegible] |
| 3/27/2001 | 127 | 63 | 78 | | 4,891,168 | [illegible] |
| 3/28/2001 | 115 | 55 | 77 | | 4,891,168 | [illegible] |
| 3/29/2001 | 107 | 53 | 77 | | 4,891,168 | [illegible] |
| 3/30/2001 | 112 | 55 | 75 | | 4,891,168 | [illegible] |
| 4/2/2001 | 111 | 52 | 73 | | 4,891,168 | [illegible] |
| 4/3/2001 | 103 | 48 | 66 | | 4,891,168 | [illegible] |
| 4/4/2001 | 101 | 48 | 75 | | 4,891,168 | [illegible] |
| 4/5/2001 | 107 | 52 | | | 4,891,168 | [illegible] |

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft — 2007

| Date | | | | |
|---|---|---|---|---|
| 4/6/2001 | 103 | 47 | 69 | 4,891,168 |
| 4/9/2001 | 95 | 50 | 68 | 4,891,168 |
| 4/10/2001 | 107 | 55 | 72 | 4,891,168 |
| 4/11/2001 | 119 | 61 | 80 | 4,891,168 |
| 4/12/2001 | 124 | 63 | 82 | 4,891,168 |
| 4/16/2001 | 119 | 60 | 77 | 4,891,168 |
| 4/17/2001 | 117 | 58 | 76 | 4,891,168 |
| 4/18/2001 | 135 | 62 | 91 | 4,891,168 |
| 4/19/2001 | 151 | 66 | 95 | 4,891,168 |
| 4/20/2001 | 144 | 67 | 94 | 4,891,168 |
| 4/23/2001 | 128 | 60 | 88 | 4,891,168 |
| 4/24/2001 | 124 | 57 | 85 | 4,891,168 |
| 4/25/2001 | 117 | 55 | 85 | 4,891,168 |
| 4/26/2001 | 115 | 53 | 83 | 4,891,168 |
| 4/27/2001 | 127 | 54 | 88 | 4,891,168 |
| 4/30/2001 | 125 | 59 | 90 | 4,891,168 |
| 5/1/2001 | 138 | 62 | 91 | 4,891,168 |
| 5/2/2001 | 149 | 70 | 93 | 4,891,168 |
| 5/3/2001 | 144 | 65 | 89 | 4,891,168 |
| 5/4/2001 | 144 | 68 | 90 | 4,891,168 |
| 5/7/2001 | 142 | 67 | 91 | 4,891,168 |
| 5/8/2001 | 145 | 71 | 92 | 4,891,168 |
| 5/9/2001 | 140 | 67 | 87 | 4,891,168 |
| 5/10/2001 | 137 | 65 | 85 | 4,891,168 |
| 5/11/2001 | 137 | 66 | 81 | 4,891,168 |
| 5/14/2001 | 132 | 65 | 80 | 4,891,168 |
| 5/15/2001 | 127 | 65 | 79 | 4,891,168 |
| 5/16/2001 | 136 | 70 | 83 | 4,891,168 |
| 5/17/2001 | 137 | 69 | 83 | 4,891,168 |
| 5/18/2001 | 145 | 70 | 84 | 4,891,168 |
| 5/21/2001 | 167 | 80 | 87 | 4,891,168 |
| 5/22/2001 | 166 | 82 | 86 | 4,891,168 |
| 5/23/2001 | 156 | 78 | 84 | 4,891,168 |
| 5/24/2001 | 156 | 80 | 85 | 4,891,168 |
| 5/25/2001 | 149 | 77 | 85 | 4,891,168 |
| 5/29/2001 | 136 | 71 | 81 | 4,891,168 |
| 5/30/2001 | 118 | 66 | 77 | 4,891,168 |

Attorney W... ...oduct
Privileged and Co...dential

ANALYSIS GROUP, INC.

Dra... ...2007

| Date | | | | 4,891,168 |
|------|-----|----|----|-----------|
| 5/31/2001 | 120 | 67 | 79 | 4,891,168 |
| 6/1/2001 | 121 | 66 | 84 | 4,891,168 |
| 6/4/2001 | 117 | 69 | 83 | 4,891,168 |
| 6/5/2001 | 124 | 75 | 87 | 4,891,168 |
| 6/6/2001 | 128 | 72 | 87 | 4,891,168 |
| 6/7/2001 | 131 | 76 | 91 | 4,891,168 |
| 6/8/2001 | 124 | 71 | 89 | 4,891,168 |
| 6/11/2001 | 123 | 71 | 88 | 4,891,168 |
| 6/12/2001 | 125 | 71 | 88 | 4,891,168 |
| 6/13/2001 | 118 | 66 | 85 | 4,891,168 |
| 6/14/2001 | 113 | 62 | 80 | 4,891,168 |
| 6/15/2001 | 111 | 58 | 81 | 4,891,168 |
| 6/18/2001 | 105 | 57 | 80 | 4,891,168 |
| 6/19/2001 | 107 | 58 | 78 | 4,891,168 |
| 6/20/2001 | 103 | 57 | 80 | 4,891,168 |
| 6/21/2001 | 104 | 61 | 79 | 4,891,168 |
| 6/22/2001 | 105 | 61 | 80 | 4,891,168 |
| 6/25/2001 | 110 | 64 | 83 | 4,891,168 |
| 6/26/2001 | 109 | 63 | 84 | 4,891,168 |
| 6/27/2001 | 109 | 62 | 83 | 4,891,168 |
| 6/28/2001 | 114 | 65 | 86 | 4,891,168 |
| 6/29/2001 | 114 | 63 | 85 | 4,891,168 |
| 7/2/2001 | 115 | 67 | 88 | 4,891,168 |
| 7/3/2001 | 116 | 67 | 89 | 4,891,168 |
| 7/5/2001 | 110 | 61 | 87 | 4,891,168 |
| 7/6/2001 | 100 | 58 | 83 | 4,891,168 |
| 7/9/2001 | 108 | 60 | 84 | 4,891,168 |
| 7/10/2001 | 102 | 56 | 81 | 4,891,168 |
| 7/11/2001 | 102 | 58 | 82 | 4,891,168 |
| 7/12/2001 | 112 | 62 | 88 | 4,891,168 |
| 7/13/2001 | 114 | 65 | 88 | 4,891,168 |
| 7/16/2001 | 109 | 62 | 85 | 4,891,168 |
| 7/17/2001 | 106 | 62 | 87 | 4,891,168 |
| 7/18/2001 | 102 | 60 | 84 | 4,891,168 |
| 7/19/2001 | 105 | 62 | 87 | 4,891,168 |
| 7/20/2001 | 109 | 63 | 87 | 4,891,168 |
| 7/23/2001 | 105 | 64 | 84 | 4,891,168 |

Attorney Work Product
Privileged and Confidential

Draft /2007

ANALYSIS GROUP, INC.

| Date | | | | | |
|---|---|---|---|---|---|
| 7/24/2001 | 108 | 64 | 84 | 4,891,168 | |
| 7/25/2001 | 113 | 65 | 86 | 4,891,168 | |
| 7/26/2001 | 117 | 67 | 87 | 4,891,168 | |
| 7/27/2001 | 119 | 66 | 85 | 4,891,168 | |
| 7/30/2001 | 113 | 66 | 85 | 4,891,168 | |
| 7/31/2001 | 119 | 67 | 87 | 4,891,168 | |
| 8/1/2001 | 126 | 71 | 90 | 4,891,168 | |
| 8/2/2001 | 132 | 70 | 94 | 4,891,168 | |
| 8/3/2001 | 129 | 70 | 92 | 4,891,168 | |
| 8/6/2001 | 125 | 68 | 88 | 4,891,168 | |
| 8/7/2001 | 124 | 67 | 89 | 4,891,168 | |
| 8/8/2001 | 126 | 63 | 86 | 4,891,168 | |
| 8/9/2001 | 122 | 64 | 86 | 4,891,168 | |
| 8/10/2001 | 118 | 64 | 87 | 4,891,168 | |
| 8/13/2001 | 119 | 63 | 89 | 4,891,168 | |
| 8/14/2001 | 116 | 61 | 88 | 4,891,168 | |
| 8/15/2001 | 108 | 59 | 87 | 4,891,168 | |
| 8/16/2001 | 107 | 61 | 88 | 4,891,168 | |
| 8/17/2001 | 102 | 58 | 82 | 4,891,168 | |
| 8/20/2001 | 104 | 59 | 82 | 4,891,168 | |
| 8/21/2001 | 101 | 56 | 79 | 4,891,168 | |
| 8/22/2001 | 100 | 57 | 81 | 4,891,168 | |
| 8/23/2001 | 101 | 58 | 81 | 4,891,168 | |
| 8/24/2001 | 109 | 63 | 85 | 4,891,168 | |
| 8/27/2001 | 106 | 63 | 85 | 4,891,168 | |
| 8/28/2001 | 99 | 59 | 83 | 4,891,168 | |
| 8/29/2001 | 98 | 59 | 82 | 4,891,168 | |
| 8/30/2001 | 81 | 56 | 79 | 4,891,168 | |
| 8/31/2001 | 83 | 57 | 81 | 4,891,168 | |
| 9/4/2001 | 80 | 55 | 78 | 4,891,168 | |
| 9/5/2001 | 77 | 52 | 80 | 4,891,168 | |
| 9/6/2001 | 76 | 50 | 76 | 4,891,168 | |
| 9/7/2001 | 77 | 50 | 75 | 4,891,168 | |
| 9/10/2001 | 75 | 50 | 76 | 4,891,168 | |
| 9/17/2001 | 72 | 49 | 69 | 4,891,168 | |
| 9/18/2001 | 67 | 47 | 68 | 4,891,168 | |
| 9/19/2001 | 66 | 47 | 65 | 4,891,168 | |

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft __ /2007

| Date | | | | |
|---|---|---|---|---|
| 9/20/2001 | 62 | 45 | 60 | 4,891,168 |
| 9/21/2001 | 58 | 42 | 56 | 4,891,168 |
| 9/24/2001 | 64 | 44 | 62 | 4,891,168 |
| 9/25/2001 | 63 | 44 | 63 | 4,891,168 |
| 9/26/2001 | 61 | 43 | 61 | 4,891,168 |
| 9/27/2001 | 58 | 39 | 60 | 4,891,168 |
| 9/28/2001 | 60 | 42 | 60 | 4,891,168 |
| 10/1/2001 | 59 | 41 | 58 | 4,891,168 |
| 10/2/2001 | 58 | 40 | 57 | 4,891,168 |
| 10/3/2001 | 66 | 49 | 62 | 4,891,168 |
| 10/4/2001 | 68 | 50 | 63 | 4,891,168 |
| 10/5/2001 | 72 | 52 | 64 | 4,891,168 |
| 10/8/2001 | 70 | 52 | 65 | 4,891,168 |
| 10/9/2001 | 66 | 51 | 63 | 4,891,168 |
| 10/10/2001 | 66 | 53 | 67 | 4,891,168 |
| 10/11/2001 | 71 | 57 | 71 | 4,891,168 |
| 10/12/2001 | 73 | 59 | 73 | 4,891,168 |
| 10/15/2001 | 70 | 56 | 71 | 4,891,168 |
| 10/16/2001 | 70 | 59 | 73 | 4,891,168 |
| 10/17/2001 | 64 | 54 | 72 | 4,891,168 |
| 10/18/2001 | 65 | 58 | 70 | 4,891,168 |
| 10/19/2001 | 64 | 58 | 70 | 4,891,168 |
| 10/22/2001 | 64 | 59 | 74 | 4,891,168 |
| 10/23/2001 | 67 | 57 | 73 | 4,891,168 |
| 10/24/2001 | 67 | 60 | 74 | 4,891,168 |
| 10/25/2001 | 73 | 62 | 76 | 4,891,168 |
| 10/26/2001 | 76 | 60 | 75 | 4,891,168 |
| 10/29/2001 | 72 | 57 | 70 | 4,891,168 |
| 10/30/2001 | 69 | 58 | 69 | 4,891,168 |
| 10/31/2001 | 74 | 59 | 71 | 4,891,168 |
| 11/1/2001 | 79 | 61 | 76 | 4,891,168 |
| 11/2/2001 | 83 | 60 | 77 | 4,891,168 |
| 11/5/2001 | 88 | 62 | 79 | 4,891,168 |
| 11/6/2001 | 90 | 64 | 82 | 4,891,168 |
| 11/7/2001 | 92 | 66 | 83 | 4,891,168 |
| 11/8/2001 | 97 | 66 | 82 | 4,891,168 |
| 11/9/2001 | 94 | 67 | 81 | 4,891,168 |

Attorney Work Product
Privileged and Confidential

Draft - /2007

| Date | | | | | |
|---|---|---|---|---|---|
| 11/12/2001 | 93 | 67 | 83 | 4,891,168 | [illegible] |
| 11/13/2001 | 96 | 68 | 88 | 4,891,168 | [illegible] |
| 11/14/2001 | 96 | 69 | 91 | 4,891,168 | [illegible] |
| 11/15/2001 | 98 | 70 | 90 | 4,891,168 | [illegible] |
| 11/16/2001 | 97 | 70 | 89 | 4,891,168 | [illegible] |
| 11/19/2001 | 99 | 72 | 90 | 4,891,168 | [illegible] |
| 11/20/2001 | 96 | 69 | 87 | 4,891,168 | [illegible] |
| 11/21/2001 | 91 | 67 | 90 | 4,891,168 | [illegible] |
| 11/23/2001 | 93 | 68 | 91 | 4,891,168 | [illegible] |
| 11/26/2001 | 97 | 69 | 93 | 4,891,168 | [illegible] |
| 11/27/2001 | 98 | 69 | 94 | 4,891,168 | [illegible] |
| 11/28/2001 | 96 | 66 | 93 | 4,891,168 | [illegible] |
| 11/29/2001 | 101 | 69 | 94 | 4,891,168 | [illegible] |
| 11/30/2001 | 104 | 71 | 95 | 4,891,168 | [illegible] |
| 12/3/2001 | 98 | 69 | 93 | 4,891,168 | [illegible] |
| 12/4/2001 | 100 | 71 | 96 | 4,891,168 | [illegible] |
| 12/5/2001 | 106 | 75 | 101 | 4,891,168 | [illegible] |
| 12/6/2001 | 103 | 76 | 100 | 4,891,168 | [illegible] |
| 12/7/2001 | 97 | 74 | 97 | 4,891,168 | [illegible] |
| 12/10/2001 | 97 | 72 | 96 | 4,891,168 | [illegible] |
| 12/11/2001 | 97 | 72 | 97 | 4,891,168 | [illegible] |
| 12/12/2001 | 98 | 71 | 99 | 4,891,168 | [illegible] |
| 12/13/2001 | 90 | 66 | 95 | 4,891,168 | [illegible] |
| 12/14/2001 | 90 | 67 | 97 | 4,891,168 | [illegible] |
| 12/17/2001 | 92 | 67 | 99 | 4,891,168 | [illegible] |
| 12/18/2001 | 92 | 68 | 99 | 4,891,168 | [illegible] |
| 12/19/2001 | 91 | 67 | 96 | 4,891,168 | [illegible] |
| 12/20/2001 | 86 | 64 | 93 | 4,891,168 | [illegible] |
| 12/21/2001 | 85 | 63 | 95 | 4,891,168 | [illegible] |
| 12/24/2001 | 87 | 63 | 93 | 4,891,168 | [illegible] |
| 12/26/2001 | 89 | 63 | 94 | 4,891,168 | [illegible] |
| 12/27/2001 | 93 | 64 | 95 | 4,891,168 | [illegible] |
| 12/28/2001 | 92 | 64 | 94 | 4,891,168 | [illegible] |
| 12/31/2001 | 90 | 63 | 92 | 4,891,168 | [illegible] |

Attorney W... ...duct
Privileged and Confidential

Draf... 2007

ANALYSIS GROUP, INC.

Attorney W... ...duct
Privileged and Confidential

ANALYSIS GROUP, INC.



Draft... 2007

Attorney W... ...duct
Privileged and Co... ...ential

ANALYSIS GROUP, INC.

Dra... 2007

*Attorney W~   ~duct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



*Draft~   /2007*

Attorney W... ...oduct
Privileged and Co...dential

Dra... .../2007

ANALYSIS GROUP, INC.



Attorney Work Product
Privileged and Confidential



ANALYSIS GROUP, INC.

*Attorney W       oduct*
*Privileged and Co.. .iential*

ANALYSIS GROUP, INC.



Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Draft, 2007

Attorney W.     oduct
Privileged and Co..._ential

Draft     2007

ANALYSIS GROUP, INC.

*Attorney W... ...duct*
*Privileged and Confidential*

*Draft: ... /2007*

ANALYSIS GROUP, INC.



Attorney W... oduct
Privileged and Confidential

Draft. /2007

ANALYSIS GROUP, INC.

*Attorney Wc.     ｝duct*
*Privileged and Confidential*



ANALYSIS GROUP, INC.

*Draft.     2007.*

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W̱       ̣ duct
Privileged and Confidential



ANALYSIS GROUP, INC.

Draft.       2007



Attorney W\_\_\_\_duct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft\_\_\_2007

Attorney W       oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draf_      2007

Attorney W... ...duct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft... 2007

Attorney W. . . oduct
Privileged and Cu. . . . ential

ANALYSIS GROUP, INC.

Draft . . . /2007

Attorney W. ... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft:        /2007

Attorney W...oduct
Privileged and Co...dential

ANALYSIS GROUP, INC.

*Attorney W... oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

Attorney W.    oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

*Attorney W.    roduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draf.     9/2007*

Attorney Work Product
Privileged and Confidential

Draft 9/2007

ANALYSIS GROUP, INC.

*Attorney W. ~ oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draft    )/2007*

Attorney W. oduct
Privileged and Confidential

Dra  2/2007

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft __/2007

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W-    ·oduct
Privileged and Co..,.dential

ANALYSIS GROUP, INC.

*Attorney W. oduct*
*Privileged and Co..,.dential*

ANALYSIS GROUP, INC.

*Draft: /2007*

*Attorney W~~~ ~~duct*
*Privileged and Co~~,,~ential*

ANALYSIS GROUP, INC.

*Draf~~ ~~/2007*



Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

*Draft. 9/2007*