Attorney W̶ ̶̶̶oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draf̶ ̶/2007

Attorney W_____ _____oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W... ...oduct
Privileged and C... ...dential

ANALYSIS GROUP, INC.

Attorney W... ~oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft ... 1/2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 9/2007

*Attorney Wo.   oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



Attorney W.   ~oduct
Privileged and Co..~dential

ANALYSIS GROUP, INC.

Dra~   ~/2007.

Attorney Wo᠎  ᠎duct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W_____ oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draf_____ /2007

Attorney W... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Dra~ ~/2007

Attorney W. oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft __/__/2007

Attorney W... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft ... /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 1/2007

Attorney W-        -oduct
Privileged and C-    -dential

ANALYSIS GROUP, INC.

Attorney Work oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W_ _oduct
Privileged and Co.._dential

ANALYSIS GROUP, INC.

Draf_ _1/2007

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft ... 1/2007

29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892 29.6892

Attorney W...  ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft ...  .)/2007

Attorney W. ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft, 2007

20{6892

Attorney W. . . oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W___ ___oduct
Privileged and Co_ʌ_dential

ANALYSIS GROUP, INC.



Attorney W... ...oduct
Privileged and Co.....ential

ANALYSIS GROUP, INC.

Draft: .../2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Draft 9/2007

Attorney Work Product
Privileged and Confidential

Draft: 9/2007

ANALYSIS GROUP, INC.

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft. ...2007

Attorney W.    oduct
Privileged and Co... ...ential

ANALYSIS GROUP, INC.

Draft.    /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft, /2007

*Attorney W̲⸽ ⸽oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draft: ⸽⸽/2007*

Attorney W... ...oduct
Privileged and Confidential

Draf... ...2/2007

ANALYSIS GROUP, INC.

*Attorney W... ...duct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draft: .../2007*

Attorney W  ̃oduct
Privileged and Co..,.,ential

ANALYSIS GROUP, INC.

Attorney W... ...duct
Privileged and Con...ential

ANALYSIS GROUP, INC.

Draft... 2007

Attorney W~   ~oduct
Privileged and Co,~,,~ential

ANALYSIS GROUP, INC.



Attorney W... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W. ⋯oduct
Privileged and C⋯dential

ANALYSIS GROUP, INC.



Attorney W      oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft     )/2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

*Attorney W... ...roduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



*Attorney W~~ ~~oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



*Draft ~/2007*

Attorney W.        oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft      /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney Work Product
Privileged and Confidential



ANALYSIS GROUP, INC.

Draft 9/2007

*Attorney W____ ~oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draft  ?/2007*

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft — 2007

Attorney W~   oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892 2916892

Draft   /2007

Attorney W... ...oduct
Privileged and Co...ential

ANALYSIS GROUP, INC.

*Attorney W̶ ̶ ̶oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



*Draft ̶ ̶/2007*

| Year | Qtr | | | | Trailing 4 Qtrs |
|---|---|---|---|---|---|
| 1998 | 1 | 530,642 | 530,642 | | |
| 1998 | 2 | 645,366 | 645,366 | | |
| 1998 | 3 | 774,521 | 774,521 | | |
| 1998 | 4 | 3,193,490 | 1,242,961 | | |
| 1999 | 1 | 582,464 | 582,464 | | 3,245,312 |
| 1999 | 2 | 767,428 | 767,428 | 11/30/1998 | 3,367,374 |
| 1999 | 3 | 825,738 | 825,738 | 2/28/1999 | 3,418,591 |
| 1999 | 4 | 3,688,366 | 1,512,736 | 5/31/1999 | 3,688,366 |
| 2000 | 1 | 632,181 | 632,181 | 8/31/1999 | 3,738,083 |
| 2000 | 2 | 902,632 | 902,632 | 11/30/1999 | 3,873,287 |
| 2000 | 3 | 1,071,373 | 1,071,373 | 2/28/2000 | 4,118,922 |
| 2000 | 4 | 4,446,795 | 1,840,609 | 5/31/2000 | 4,446,795 |
| 2001 | 1 | 807,238 | 807,238 | 8/31/2000 | 4,621,852 |
| 2001 | 2 | 1,118,238 | 1,118,238 | 11/30/2000 | 4,837,458 |
| 2001 | 3 | 1,125,083 | 1,125,083 | 2/28/2001 | 4,891,168 |