# EXHIBIT 15

1

| | | |
|---|---|---|
| 1 | 00001:01 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | IN AND FOR THE COUNTY OF SAN MATEO |
| 3 | 03 | ---oOo--- |
| 4 | 04 | COORDINATION PROCEEDING |
| 5 | 05 | |
| 6 | 06 | |
| 7 | 07 | PROCEEDING NO. 4180 |
| 8 | 08 | THIS DOCUMENT RELATES TO: |
| 9 | 09 | ALL ACTIONS |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | DEPOSITION OF JEFFREY O. HENLEY |
| 13 | 13 | Tuesday, March 2, 2004 |
| 14 | 14 | Volume I (Pages 1 - 274) |
| 15 | 15 | |
| 16 | 16 | CONFIDENTIAL: THIS TRANSCRIPT IS DESIGNATED AS |
| 17 | 17 | THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARK |
| 18 | 18 | EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORD |
| 19 | 19 | |
| 20 | 20 | REPORTED BY: |
| 21 | 21 | HOLLY MOOSE, RDR-CRR-CRP |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | Certified Shorthand Reporters |
| 25 | 25 | San Francisco, California 94102 |

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

266

```
1   00266:01  that Ms. Minton was dropping her judgment in this manner
2       02   gave you any pause [sic] for concern?
3       03      A.  Again, I always thought we were more likely to
4       04   do 25.  So it validated that, you know, a 38, or
5       05   whatever we started out with, was probably overly
6       06   optimistic on her part.
7       07      Again, I think Jennifer's very good.  She's
8       08   been -- she takes her best crack at things based upon
9       09   conversion ratios, all the things we've talked about.
10      10   But I just found it hard to believe we would do a lot
11      11   better than we did in the second quarter, so ...
12      12      Q.  And was this any indication to you possibly
13      13   that the business was slowing?
14      14      A.  No.
15      15      Q.  Okay.
16      16      A.  Again, for all the reasons I've told you.
17      17      Q.  And if we look now to the January 29th
18      18   upside report, Exhibit 134, the number -- Ms. Minton's
19      19   judgment has dropped here to 54,940, I believe.
20      20      Can you tell me whether or not that figure --
21      21   the drop from the 1/15 upside report was something that
22      22   caused you any concern?
23      23      A.  Well, yeah.  Now you're getting down to the
24      24   point where she's forecasting, in this case, 24-percent
25      25   growth.
```

268

```
1   00268:01  at this stage, I don't remember myself being any more
2       02   concerned than normal.  And I always get concerned in
3       03   the last month of the quarter that we were going to, you
4       04   know, not make our numbers.
5       05      Q.  Okay.  Be if we look at the actual -- at the
6       06   point in January 29th -- strike that.
7       07      Let me ask ... all right.  And obviously when
8       08   you see a decline in Ms. Minton's upside or judgment,
9       09   you see a corresponding -- we see here a corresponding
10      10   decline in the potential number throughout this whole
11      11   period as well.  Do you see that?
12      12      A.  Yes.
13      13      Q.  Okay.  And is your feeling -- well, did you
14      14   have any concerns regarding the fact that the potential
15      15   number was declining?
16      16      A.  I think I've already commented on that.
17      17      Q.  Okay.  So the comments you said earlier --
18      18      A.  Related to those changes in her judgment.
19      19      Q.  Okay.  If I could draw your attention now to
20      20   the total operating expenses in the figures in these
21      21   reports.
22      22      In the fifth column, there is a figure that
23      23   represents a percentage.  It says "Q3 forecast versus
24      24   prior year percentage."  And for total operating
25      25   expenses in the December 8th upside report --
```

267

```
1   00267:01     Q.  Okay.
2       02      A.  So it's real close to the 25.
3       03      Q.  Right.
4       04      A.  So, I mean, now -- we've had many quarters
5       05   where we're forecasting virtually what we've ended up
6       06   doing.  Sometimes a little bit less -- we end up doing a
7       07   little bit less, little bit more.  But surely I have
8       08   less -- she's now forecast numbers much closer.  So
9       09   that -- when you get equal now, that's why I say the
10      10   last month of the quarter you start thinking, wow, you
11      11   know, this is more of a horse race.
12      12      Q.  The number 24 is obviously lower than 25.  At
13      13   this point are you seeing --
14      14      A.  Certainly not materially.
15      15      Q.  No, that -- that's fine.  So you're seeing a
16      16   trend downwards.  Was the trend itself in -- the decline
17      17   in these numbers something that was causing you to
18      18   question?
19      19      A.  Again, I never believed the 38, or whatever it
20      20   started at, or I would have set it as guidance on the
21      21   call.  So, you know, I discounted this to a large
22      22   degree.  I don't exactly remember what my thought
23      23   processes were.
24      24      And throughout the month of January, I said
25      25   "You guys sure about these forecasts?"  You know.  But
```

# EXHIBIT 16

Minton, Jennifer (30b6)  4/21/2005  9:00:00 AM

1          IN THE UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3

   In re ORACLE CORPORATION
4  SECURITIES LITIGATION
           Master File No. C-01-0988-MJJ
5  This Document Relates To:
6     ALL ACTIONS.

7  _____/
8
9         ---oOo---
10    DEPOSITION OF JENNIFER MINTON
11       Thursday, April 21, 2005
12         ---oOo---
13
14    SHEILA CHASE & ASSOCIATES
          25 Otsego Avenue
15    San Francisco, California  94112
        Phone: (415)  333-7474
16      Fax:  (415) 333-7412
17
18
19
20  Reported by:
   SANDRA L. CARRANZA, CSR, RPR, CRR
21  CSR No. 7062
22
23
24
25

Oracle

2

84

1 help you out at bit.

2    Q.  Sure.

3    A.  If you look back to the prior fiscal year, we

4 probably -- we possibly exceeded the budgets that were

5 submitted.  The field had a tendency, particularly

6 during the forecasting process, to commit to numbers

7 that they consistently overachieved.  So when he refers

8 to the field budgets as -- if I can find it here -- as

9 being a joke, it's because they always overachieved what

10 they said that they were going to perform in any given

11 quarter.

12    Q.  Okay.  And -- and the question I have was

13 whether Oracle did anything to correct that disconnect

14 that -- that they changed the process at all or -- or

15 adjust the budgeting process or the forecasting process

16 to make the field budget closer to what they ultimately

17 ended up doing.

18    A.  I don't recall.

19    Q.  Now, the -- the growth target that you -- that

20 we were talking about before, that's only a goal, so

21 that's like the goal.  This was talking about 30 percent

22 growth; that's the goal for the --

23    A.  That -- that's the goal for the year, the

24 budget for the year.

25    Q.  Okay.

85

1    A.  But, again, we really primarily focused on the

2 forecast during the quarters.

3    Q.  Okay.

4    A.  It's a snapshot in time, is the best way to

5 look at it.

6    Q.  Okay.  You -- you reference the -- the LJE

7 budget occurring only once, and that this was an unusual

8 circumstance.

9       Do you know why it was an unusual circumstance?

10 What was unique to 2001 that gave rise to these two

11 separate budgets?

12    A.  As I just testified, my only conclusion is that

13 the field was continuously overachieving what they said

14 that they were going to be able to deliver.

15    Q.  Okay.

16    A.  It was a very high growth period in fiscal

17 2000.

18    Q.  And is that what made 2001 a unit year where

19 Larry prepared his own budget or had somebody track his

20 own budget compared to the field?

21    MR. RUBENSTEIN:  Object to the form.

22    THE WITNESS:  I'm not certain that we -- I -- I

23 don't recall that we actually did any -- I mean, we may

24 have done some analysis which -- which was, here is the

25 field budget and here is the -- the budget that Larry

86

1 had, but I don't really recall.

2    MR. BRITTON:  Q.  Okay.

3    A.  And, in fact, if I just may point out to you,

4 this number says the LJE budget should reflect 30

5 percent growth in license, 35 percent in support.  What

6 was in the budget package was 30 percent.  20 percent

7 growth in education.  And what was reflected in the

8 budget package was 10 percent.  And 10 percent growth in

9 consulting, which actually was what was reflected in the

10 budget package, so, you know, this was his view at the

11 time.  I'm not certain whether or not these numbers

12 represent the field targets or agreed-upon targets or --

13 or not.

14    Q.  Okay.

15       (Whereupon, Plaintiffs' Exhibit 6 was marked

16       for identification.)

17    MR. BRITTON:  Q.  The court reporter has placed

18 in front of you what's been marked as Minton Exhibit 6.

19 Will you take a moment to review this exhibit.

20       And for the record, Minton Exhibit 6 starts

21 with Bates 41952 and ends with Bates 41954.

22    Q.  Have you had a chance to review Minton Exhibit

23 6?

24    A.  Yes, I have.

25    Q.  Do you recognize it?

3

138

1    Q.   And did they take those conversion rates into

2 consideration in preparing their forecasts?

3    A.   Again, I was not involved in developing their

4 forecasts. That was done at my direct's level working

5 directly with the business unit, so -- everybody had

6 their own methodology for determining what their

7 forecast was going to be.

8    Q.   Okay. I've read a lot about the term "hockey

9 stick," and I'm sure you are familiar with that term.

10     What does -- what does the hockey stick mean to

11 you?

12    A.   The hockey stick means that a large percentage

13 of the license revenues would be recorded at the end of

14 the last few days of a quarter rather than erratically

15 throughout the course of the quarter, if you are looking

16 at it on a quarterly basis.

17    Q.   Right.

18    A.   I would say the same would apply, even on an

19 annual basis. We tend to record more license revenues

20 in the fourth quarter than any other prior quarter

21 because the sales comp plans during the relevant period

22 had accelerators, and so the sales force was more

23 incentive to close and increase their commission rates

24 in the fourth quarter.

25    Q.   Was the hockey stick effect also based upon the

139

1 fact that there were more discounts, better deals at the

2 end of a quarter or at the end of year?

3    A.   I think it is fair to say that our customers

4 have been trained over the course of several decades

5 that they would be able to negotiate a better discount

6 in their favor if they held out closing the deal the day

7 of the -- the last day of the quarter or the day prior.

8    Q.   Customers love deals, don't they?

9    A.   How did the -- withdrawn.

10     Did your forecast, your upside adjustments,

11 take into account the hockey stick effect?

12    A.   No.

13    Q.   No.

14     Did -- was the hockey stick effect accounted

15 for in the forecasts that either the division prepared

16 or that you consolidated and prepared?

17    A.   I don't understand how -- what you're asking

18 me.

19    Q.   Would the hockey stick effect -- would the

20 hockey stick sales effect impact your forecasting

21 process at all?

22     MR. RUBENSTEIN: Objection. Asked and

23 answered.

24     THE WITNESS: I don't understand what your

25 question is.

140

1     MR. BRITTON: Q. The question is, how, if at

2 all, did the hockey stick effect impact your

3 forecasting?

4     MR. RUBENSTEIN: Same objection.

5     THE WITNESS: It did not impact my forecasting

6 process. The forecasting process was the same every

7 forecast period.

8     MR. BRITTON: And why did it not impact

9 your forecasting process?

10    A.   Because we would forecast for the full quarter.

11    Q.   For the full quarter.

12     So the deals that you were looking at

13 forecasting, whether they happened on the first day or

14 the last day, were in the forecasts?

15    A.   That's correct.

16    Q.   Okay. Now, did you take into consideration any

17 discounts or any better terms that customers would get

18 at the end of the quarter into your upside adjustments?

19    A.   Absolutely not.

20    Q.   Okay. And why not?

21    A.   Because I would not be privy to those types of

22 details. I'm not in that level of detail.

23    Q.   So you didn't know the specifics of the deals?

24    A.   I did not know the specifics of the deals.

25    Q.   Okay. Did the margins from the sales that

141

1 would occur at the end of a quarter, did that impact

2 your forecasting process at all?

3     MR. RUBENSTEIN: Object to the form.

4     THE WITNESS: I don't -- I mean, I can tell you

5 that for the upside -- any upside adjustments that were

6 made to license revenue, we would make an adjustment for

7 sales commission expenses related to the incremental or

8 decremental revenues that were being forecasted on

9 license.

10     MR. BRITTON: Q. Okay.

11    A.   Does that answer your question?

12    Q.   Yeah, I think it does.

13     How -- how would you make those adjustments

14 to -- to the sales commissions? How would that impact

15 your -- your upside adjustments?

16    A.   Well, now we're talking expenses. It was a

17 straight formula, 15 percent of the incremental or

18 decremental license revenue.

19    Q.   Okay.

20     THE REPORTER: I'm sorry. That 15 percent of

21 the?

22     THE WITNESS: Incremental or decremental

23 license revenue upside adjustment.

24     MR. BRITTON: Q. So if --

25    A.   It was a pure formula.

4

EXHIBIT 17

1

1   00001:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2   02        IN AND FOR THE COUNTY OF SAN MATEO

3   03           ---oOo---

4   04   COORDINATION PROCEEDING

5   05

6   06

7   07            PROCEEDING NO. 4180

8   08   THIS DOCUMENT RELATES TO:

9   09   ALL ACTIONS

10  10

11  11

12  12        DEPOSITION OF LAWRENCE J. ELLISON

13  13        Thursday, February 26, 2004

14  14        Volume I (Pages 1 - 221)

15  15

16  16

17  17

18  18

19  19   REPORTED BY:

20  20   HOLLY MOOSE, RDR-CRR-CRP

21  21

22  22

23  23        Certified Shorthand Reporters

24  24        San Francisco, California  94102

25  25

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

178

```
 1   00178:01    Q.  It's understood.
 2   02     A.  And I think we might have had -- but we were
 3   03   delivering record quarters, you know.  And that was what
 4   04   was -- what was a little bit interesting.  Even though
 5   05   the economy was weakening, we had delivered two record
 6   06   quarters in a row.  Though the market was -- though the
 7   07   market was coming down.  So I was still pretty
 8   08   optimistic when we gave our guidance for Q3.
 9   09     Q.  Hadn't you actually seen an effect of the
10   10   downturn in the economy in Oracle's dot-com sales by Q3
11   11   '01?
12   12     A.  Oh.  I'm sure we had.  I'm sure we had.  But I
13   13   wouldn't really -- overall business was still very
14   14   strong.
15   15     Q.  But wasn't it fairly dramatic?  I mean,
16   16   weren't the sales figures to dot-com companies pretty
17   17   bad starting in Q1 '01?
18   18           MR. SALPETER:  Objection to form, use of the
19   19   term "pretty bad."
20   20           THE WITNESS:  Yeah, they were certainly down
21   21   from where they were, but our overall business was quite
22   22   strong.  So like I said, we were still delivering
23   23   record-level results.
24   24           But no, you're absolutely right that our
25   25   dot-com business was certainly off by that point in
```

179

```
 1   00179:01   time.  And in fact, I viewed that as encouraging because
 2   02   here our dot-com business had fallen off; in spite of
 3   03   that, we were still delivering record results.  So you
 4   04   can make a case that was encouraging.
 5   05           MR. DE GHETALDI:  Okay.
 6   06     Q.  What are the key intraquarter forecasting
 7   07   indicators for Oracle?
 8   08     A.  Early on, the pipeline -- year over year
 9   09   pipeline growth, field sales forecast, financial --
10   10   financial department forecast, sometimes called the
11   11   upside report.  Again, I'm trying to steer away from
12   12   those funny names.
13   13           I would say an actual results for the first
14   14   and second months of the quarter and then going into the
15   15   last ten business days of the quarter, the big deal
16   16   report, the size of the -- of the pipeline, if you will,
17   17   or the size -- the number -- the number and size of the
18   18   big deals that are potentially going to close this
19   19   quarter.  I think that's a pretty complete list.
20   20     Q.  Okay.  For the forecast -- from the field
21   21   forecast number, you -- you've said that you looked at
22   22   those numbers generally on a comparative basis -- that
23   23   is, year over year -- in terms of percentage growth; is
24   24   that right?
25   25     A.  Yes.
```

180

```
 1   00180:01    Q.  Okay.  Did you track those forecast figures
 2   02   week by week as well --
 3   03     A.  Yes.
 4   04     Q.  To see how they're trending through the
 5   05   quarter, that is?
 6   06     A.  Absolutely.
 7   07     Q.  Did you have any report that actually laid
 8   08   that out for you for the forecast numbers?
 9   09     A.  That laid it out over a series of weeks?
10   10     Q.  Yeah.
11   11     A.  No.  What you saw was the change versus last
12   12   week.
13   13     Q.  Okay.
14   14     A.  So there was no report that I've seen --
15   15   there's no report at that time -- we've certainly
16   16   compiled these trend reports -- trend graphs and trend
17   17   reports.  But at the time, what we had was difference
18   18   between this week and last week.
19   19     Q.  I see.  Okay.  Now, in fiscal year '01, did
20   20   you yourself personally track these forecast numbers on
21   21   a companywide basis and on a divisionwide basis?
22   22     A.  Both.
23   23     Q.  And how about for line of business; did you
24   24   have a way of tracking that for forecast?
25   25     A.  What --
```

# EXHIBIT 18

In re ORACLE CORPORATION SECURITIES LITIGATION
Class Action

United States District Court
Northern District of California
Master File No. C-01-0988-MJJ

## EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

Alan G. Goedde

May 25, 2007

1

In my consulting work, I regularly testify to the value of lost business opportunities, the value of businesses and the value of intangible assets including patents, trademarks, copyrights and trade secrets. Forecasting is an important element of these types of analyses because the valuation depends on an accurate assessment of earnings potential under a variety of economic, market and competitor circumstances.

## IV.    SUMMARY OF OPINIONS

If called upon to testify in this matter, I am prepared to present the following opinions:

- Oracle was facing a major macroeconomic change heading into Q3 FY01 resulting in a decline in the market for its products;

- Accepted forecast principles require a forecaster to consider all relevant and material events impacting a company's business;

- Oracle failed to make adjustments to its forecast process to account for the negative impact of the changes in the economy and the market for Oracle's products in violation of accepted forecast principles;

- Defendants knew that failing to adjust for the negative impact of the changes in the economy made its Public Guidance unreliable;

- In Q2 FY01, Larry Ellison directed significant changes to Oracle's forecast process that resulted in more "risk" being included in future Field Forecasts and rendered Jennifer Minton's upside adjustments unreliable;

- The numerous internal measures available to defendants throughout Q3 FY01, including Field Forecasts, disclosed that Oracle was being impacted adversely by the declining economy and that Oracle would not achieve its Public Guidance;

- The "Hockey-Stick" phenomenon did not prevent Oracle from knowing that it would miss Public Guidance until the last few days of the quarter.

## V.    STATEMENT OF OPINIONS AND REASONS AND BASES THEREFOR

### A.    Oracle Was Facing a Major Macroeconomic Change Heading into Q3 FY01, Resulting in a Decline in the Market for Its Products

Historically, Oracle competed in various computer software markets. These include the database, application development tools, business applications and services sectors.  Oracle's Form

4

10-K identified 15 different companies as competitors in the markets in which Oracle competes.[1] Ellison also identified Sun Microsystems and Cisco as companies that he personally used as a barometer of Oracle's performance, stating "If you plot the stock price and Cisco, Oracle, and Sun, you will see that all three companies rose and fell together in perfect synchronization as sentiment about the internet rose and fell."[2] Of these 17 companies, 14 (over 80%) trade under the NASDAQ Composite Index ("NASDAQ"). Of the 100 largest stocks in the NASDAQ, 66 were listed in the information technology industry – an industry in which Oracle competed and sold products.[3] The NASDAQ is therefore a reliable gauge of the financial wellbeing of Oracle's customers, competitors, and the economy as a whole as it relates to Oracle's business.

Oracle based its forecast for Q3 FY01,[4] the period at issue, on quarterly performance of the prior year, *i.e.*, Q3 FY00 (December 1999 – February 2000). During Oracle's Q3 FY00, the NASDAQ was at its highest level in history. Jennifer Minton, Oracle's chief accounting officer and senior vice president of global finance and operations who prepared internal forecasts at Oracle, characterized it as "a very high growth period."[5] Venture capitalists spent billions on e-business startups as the rush to the internet commenced. An article appearing in *Fortune Magazine* described this period as "a moment of frenzy, when even venture capitalists – clear-eyed professionals, supposedly – lost control and succumbed to the same exuberance and self-deception that juiced day traders and regular Joes."[6] When these new e-businesses inevitably needed database and applications software, the tidal wave of venture capital money was passed along to technology based companies like Oracle.[7]

---

[1]     Oracle Systems Form 10-K, FY 2000, 8/28/2000, at 5-6.

[2]     Matthew Symonds, *Softwar*, at 157.

[3]     The Motley Fool Index Center, http://www.fool.com.

[4]     Oracle's fiscal year ran from June 1 to May 31. Oracle's Q3 FY01, the period at issue, ran from December 1, 2000 to February 28, 2001.

[5]     *See* Minton 4/21/05 Tr. at 85:16-17.

[6]     Melanie Warner, "Fallen Idols," *Fortune*, October 30, 2000.

[7]     Expert Report Exhibit 4.

5

The most direct evidence that Oracle benefited from this economic environment comes from its sales in fiscal years 1999 and 2000 to dot com companies, which derived most of their operating capital from venture capital funding. Oracle's sales to dot com companies accelerated significantly during those two fiscal years. In fact, sales to dot com companies represented nearly 11% of Oracle's license revenues in Q3 FY00, compared to 3.1% a year earlier and just 0.7% in the Q1 FY99.[8] Oracle dot com sales were just $4M in Q1 FY99 compared to $111M in Q3 FY00 and $172M in Q4 FY00.[9] Accordingly, by the second half of FY00, Oracle's license revenue stream had become partially dependent on these new dot com companies to provide growth.

A year later, by Oracle's Q3 FY01, however, the NASDAQ had been declining for months. Q3 FY01 followed three straight quarters of rapid and consistent decline after the bursting of the dot com bubble in the spring of 2000.[10] According to an article in *The New York Times*, in the last three months of calendar year 2000 "investing by venture capital firms plummeted . . . [to] the lowest figure since the third quarter of [calendar year] 1999."[11] On October 30, 2000, an article in *Fortune* reported that "Much of what [venture capitalists] were creating has turned to dust."[12] In November 2000, Jay Hoag, a venture capitalist for Technology Crossover Ventures, spoke of the return to a more thoughtful and conservative approach toward investments, saying, "'[s]hame on us for losing sight of things and looking through rose-colored glasses.'"[13]

By November 2000, technology spending was down considerably and companies had problems acquiring financing. Paul Kasriel, Northern Trust Corp.'s economic research head saw "'a credit squeeze developing.'" Mr. Kasriel explained that a recent quarterly survey released by the Federal Reserve stated that "the highest percentage of bank respondents since the last recession said

---

[8]    Expert Report Exhibit 5.

[9]    *Id.*

[10]   Expert Report Exhibit 6.

[11]   Matt Richtel, "Technology: Venture Capital Investment Fell Off in Fourth Quarter," *The New York Times*, January 30, 2001.

[12]   Melanie Warner, "Fallen Idols," *Fortune*, October 30, 2000.

[13]   *Id.*

6

they had tightened lending terms with large- and medium-sized business borrowers."[14]   Intel spokesman Chuck Malloy announced on December 20, 2000, that there was a "worldwide slowdown in tech spending. Intel first noticed it in mid-September [2000], he said."[15]  Not only were Oracle's dot com customers disappearing, leaving a huge gap in the revenue stream that had contributed to Oracle's growth, but its existing base of more established customers had cut back on their technology spending.

The deteriorating economic conditions are also well-documented in an article that was used in January 2001 by Mr. Ellison and his co-author, Matthew Symonds, to promote their book, *Softwar*:

> "The Nasdaq index, one-time proud symbol of America's high-tech boom, has more than halved since March [2000].  All around, the dot.coms lie dead and dying. Amazon and Yahoo, the names that launched a thousand business magazine covers in the late 1990s survive, but now exist in some sad Internet twilight zone, their shares worth little more than a tenth of their value a year ago.  Even the mighty Lords of Wintel-Microsoft and Intel – have lost two-thirds of their value in the last 12 months as PC growth has slumped.  Shares in WorldCom, so recently the very model of next-generation telecoms, are down to $14 compared with $55 at the beginning of 2000.  Wherever you look, whether at once-fashionable Internet business software firms such as Arabia, Commerce One and i2 or those paragons of New Economy management cool, Cisco and Dell, the rule is the same: lowered expectations, and investors stampeding for the exit."[16]

Thus, as Mr. Ellison was well aware, Oracle faced a very different economic environment heading into Q3 FY01 compared to the economic environment it faced in Q3 FY00.  The situation showed no signs of changing throughout the quarter.  On December 21, 2000, a Morgan Stanley Dean Witter & Co. survey indicated technology spending would rise at a significantly slower pace than in 2000.  "These findings represent a more subdued spending environment as compared to 2000, which isn't surprising given the uncertainty in the economy, financial markets, corporate earnings, and political environment at the time of the survey," wrote Chuck Phillips, a leading Wall

---

[14]     Francine Knowles, "Stocks continue to stagger lower," *Chicago Sun-Times*, November 21, 2000, at 53.

[15]     Jennifer Bjorhus and Matt Marshall, "Stocks Fall as Rates Remain Unchanged Fed Concerned with Slowdown," *San Jose Mercury News (California)*, December 20, 2000, at 1A.

[16]     Ellison 3/30/07 Exhibit 155.

7

Street software analyst with Morgan Stanley Dean Witter's Technology Group.[17]  On January 5, 2001, *Investor's Business Daily* reported that "tech spending has fallen off a cliff in the past six months."[18]  And, on January 30, 2001, *Business Week Online* ran an article that put the entire picture facing Oracle into perspective:

> [T]he mood is a far cry from what it was a year ago, when . . . "Panic buying" was the buzzword. Now, a couple of trillion dollars in market value to the poorer, things are much more subdued. Cisco Systems CEO John Chambers certainly didn't help things by . . . talking about the "challenging" outlook for tech spending.  "Capital spending" he says "is down dramatically.[19]

In addition, both Cisco and Sun, the companies that Ellison tracked as proxies for Oracle's performance,[20] lowered earnings expectations during this period as a result of the economy's effect on their business. Sun pre-announced on January 19, 2001[21] and Cisco pre-announced even earlier.[22]

Based on the reports and conclusions from those within Oracle's industry as well as my observations in calendar years 1999 and 2000, it is my opinion that by Q301 Oracle was facing a major market change as a result of the contraction in the economy that began a year earlier.

**B.    Accepted Forecast Principles Require a Forecaster to Consider All Relevant and Material Events Impacting a Company's Business**

When creating or analyzing a forecast, a forecaster should consider all relevant and material events that could impact the company's business. Consideration of all relevant and material events involves, for example, obtaining information from a variety of sources, ensuring that the information is valid, using historical data to understand the causal connection between outside economic trends

---

[17]    "Markets; Weaker Tech Spending Expected, Surveys Show," *Los Angeles Times*, December 21, 2000, at 1.

[18]    *Investor's Business Daily*, January 5, 2001, at 2.

[19]    John Rossant, "A Handheld Wins Hands-Down at Davos," *Business Week Online*, January 30, 2001.

[20]    Matthew Symonds, *Softwar*, at 157.

[21]    David P. Hamilton, "Sun Microsystems' Profit Climbs By 19%," *The Wall Street Journal*, January 19, 2001, at 1.

[22]    Matthew Symonds, *Softwar*, at 157.

8

from the Q3 FY01 internal forecast which formed the basis for Oracle's December 14, 2000 Public Guidance. Oracle ignored, among other factors, directives to the sales force by Larry Ellison, one-time events, and quarterly and monthly information which indicated that the Q3 FY01 Public Guidance would not be attainable.

**C.    Oracle Failed to Make Adjustments to Its Forecast Process to Account for the Negative Impact of the Changes in the Economy and the Market for Oracle Products in Violation of Accepted Forecast Principles**

The forecast process that Oracle used during the Class Period was described in a deposition by Jennifer Minton, Senior Vice President of Global Finance and Operations.[25] Ms. Minton, along with her staff, was in charge of consolidating the forecasts submitted from the field, analyzing the forecasts and making adjustments as necessary.[26] According to Ms. Minton, every business unit at Oracle created a revenue forecast (the "Field Forecast") that they submitted to the corporate financial planning and analysis department (the "Corporate Finance Department").[27] The Field Forecasts were based upon an input process where each sales representative input all of the deals that might possibly close in the quarter into what Oracle termed the "Pipeline."[28] The Field Forecast for each respective business unit included input from salespeople, financial assistants, and middle management (once salespeople had inputted their forecasts, several layers of division level managers added their "judgment" before the Field Forecast was submitted to Corporate Finance).[29]

The Corporate Finance Department would then take the Field Forecasts and make management judgment adjustments called "upside" adjustments to those Field Forecasts to come up with what they considered the "real company consolidated forecast" (the "Potential Forecast").[30]

---

[25]    Minton 4/21/05 Tr. at 23-24.

[26]    *Id.*

[27]    *Id.* at 102-103.

[28]    *Id.* at 110-111.

[29]    *Id.* at 110-111, 118; NDCA-ORCL 221509-221517; NDCA-ORCL 096184-096193; NDCA-ORCL 096056-096071.

[30]    Minton 4/21/05 Tr. at 104-105.

10

Faced with the downturn in the economy, as evidenced by the dramatic change in the behavior of Oracle's Pipeline, it is my opinion that defendants knew that failing to adjust Oracle's forecast process made Oracle's Public Guidance unreliable.

**E.      In Q2 FY01, Ellison Directed Significant Changes to Oracle's Forecast Process that Resulted in More "Risk" Being Included in Future Field Forecasts and Rendered Minton's Upside Adjustments Unreliable**

In Q2 FY01, Ellison directed significant changes to Oracle's forecast process that resulted in more "risk" being included in future Field Forecasts.  I have reviewed an October 6, 2000 email from Patricia McManus to James English (OPI Finance Director and Finance Vice President, respectively) noting that Larry Ellison had demanded that the field include more risk in its forecast number:

"Recently Larry has changed the way that he is interpreting our forecast . . . our forecast has not usually had a significant amount of judgment.  It was the amount that you believed you could deliver at a minimum . . . *now our forecast is a number that includes more risk than in the past.*"[80]

There is no evidence that I have reviewed to indicate that the field did not follow Ellison's directive.  To the contrary, there is reason to believe that it did.  In addition to the October 6, 2000 email, Ellison's testimony also confirms that the business units implemented his directive:

Q       What drove you to make this change?

A       The – we were going to put the three numbers in the computer system.  What I wanted to see – I've done – to get more information, just getting more – you know, getting more data rather than one number, which usually was someplace between the best case and the most likely – what they used to call a commit forecast; one we could count on.  I was trying to, you know, get a better idea of what, you know – get more data – more data to work with.[81]

The practical impact of Ellison's directive was to reduce the amount of "sandbagging" that had apparently plagued Oracle in the past.  Ms. Minton explained in her deposition that the rationale for upside adjustments that historically had reached into the hundreds of millions of dollars was to adjust the practice in the field of always exceeding the Field Forecast – "Jay Nussbaum and George

---

[80]      Ellison 9/21/06 Exhibit 110 (emphasis added).  Mr. Ellison confirmed that the reference to "Larry" in this email was to him.  Ellison 9/21/06 Tr. at 423-426; Ellison 9/21/06 Exhibit 110.

[81]      Ellison 9/21/06 Exhibit 110; Ellison 9/21/06 Tr. at 425:23-426:7.

22

Roberts both historically always exceeded their forecast. And so that's one of the reasons why we had to put these upside adjustments in . . . ."[82] By directing the field to include riskier deals in the forecast, Ellison directed a significant change that rendered Minton's upside adjustments unnecessary and unreliable.

Ms. Minton's upside adjustments at the end of Q3 FY01 and throughout Q4 FY01 also indicate that the field followed Ellison's directive. Though not until months after Ellison announced his directive, Ms. Minton appears to have adjusted to the changes by the end of Q3 FY01 when she removed most of her upside adjustments from the Potential Forecast. By January 15, 2001, she removed the entire upside from OSI ($25M) and reduced NAS's upside by $36M.[83] By January 29, 2001, she removed all upside from NAS ($50M) and estimated a negative upside for OSI ($35M).[84] By February 5, 2001, she eliminated her upside adjustments entirely for Oracle's U.S. license divisions.[85] She appears to have made similar adjustments to her policy of "upside" adjustments in Q4 FY01 as her upside adjustments only ranged between (-$6,000,000) and $25,000,000 (as compared to hundreds of millions in the four quarters leading up to Q3 FY01).[86] Accordingly, by the end of Q3 FY01, Ms. Minton had remedied her forecast methodology to account for the extra risk in the Field Forecast per Ellison's directive. However, in the several months leading up to this change, she added upside in line with her common practice.[87] Thus, as the field added more judgment and Ms. Minton continued to add the same judgment as before, the Potential Forecast became overstated, unreasonable and unreliable.

In my opinion, the changes directed by Mr. Ellison that resulted in the field including more risk in its forecast significantly altered Oracle's forecasting process and made Ms. Minton's forecast overstated and unreliable.

---

[82]     Minton 4/21/05 Tr. at 126.

[83]     *See* Expert Report Exhibit 11.

[84]     *See* Expert Report Exhibit 11.

[85]     *See* Expert Report Exhibit 11.

[86]     *See* Expert Report Exhibit 11.

[87]     *See* Expert Report Exhibit 11.

23

Finally, as discussed above, many other internal Oracle key indicators informed defendants that Oracle would not meet its Public Guidance. Defendants were consistently informed of these facts throughout Q3 FY01. Accordingly, defendants' claim that they were not aware of the likely miss until the very end of the quarter is not supported by the facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of October, 2008, at Los Angeles, California.

_____
ALAN G. GOEDDE

52

11



**Oracle**
**Pipeline Conversion Rates**

52.8%

48.0%

37.4%

Q3 FY01 Actual

Source: Minton 7/7/06 Tr. at FR 1-34; Quarterly Financial Reference Books, NDCA-ORCL 1913082-1913214 at 1913100.

12

Oracle
Pipeline Conversion Rate Calculation[1]

Q3 FY01

| | Q3 FY00 Actual | Potential Forecast | Q3 FY01 Actual |
|---|---|---|---|
| Licensing Revenue | $1,029,792,000 | $1,420,272,000 | $1,108,917,000 [2] |
| Licensing Pipeline | $1,949,375,000 | $2,961,737,000 | $2,961,737,000 |
| Pipeline Conversion Ratios | 52.8% | 48.0% | 37.4% |

| | |
|---|---|
| Shortfall | |
| Licensing Revenue Forecast | $1,420,272,000 |
| Licensing Revenue Actuals | $1,108,917,000 |
| Shortfall | $311,355,000 |

[1] Minton 7/7/06 Tr, at FR 1-34, at budget rates unless otherwise noted.
[2] Per Quarterly Financial Reference Books. NDCA-ORCL 1913082-1913214 at 1913100.
At Actual Rates.

13

# EXHIBIT 19

**In re ORACLE CORPORATION SECURITIES LITIGATION
Class Action**

United States District Court
Northern District of California
Master File No. C-01-0988-MJJ

# REBUTTAL EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

*Alan G. Goedde*

June 22, 2007

2

estimate for 3Q FY2001."[177]  But the projections of analysts cited by Professor Hubbard offer little insight into how those economic conditions were affecting Oracle as they are influenced largely by the comments from the company itself.  For this reason alone, analyst projections are not helpful in analyzing the reasonableness of Oracle's projections, especially when the projections of most of the analysts covering Oracle paralleled Oracle's Public Guidance.[178]  Professor Hubbard even acknowledges that analysts' projections are influenced by statements and public guidance of the companies being covered – "analysts' consensus for earnings forecasts during the first month of that fiscal quarter . . . would generally coincide with guidance offered by the company at the beginning of that fiscal quarter, but not take into account any guidance revisions mid-quarter."[179]

Second, Professor Hubbard points to independent channel checks by these analysts as evidence that they were consistently confident in Oracle's ability to make guidance.[180]  But Professor Hubbard has not cited to, and has no way of knowing, how many customers the analysts checked before issuing the reports cited in his report, whether the systems integrators that the analysts reference were implementing Oracle's applications (or how many), and whether the channel checks were a representative sample of Oracle's customers.  Even a sampling of the comments by Oracle's customers before and during 3Q reveal that Oracle was facing severe customer revolt as a result of the problems plaguing Oracle's 11i product:

- October 2000 – "We are in a crisis situation – [Ingersoll Rand] believes 11i CRM and OM are not ready for deployment – They are considering replacement strategies

---

[177]    Hubbard Report at 28, 34.

[178]    *Id.* at 33.

[179]    *Id.* at 35.

[180]    *Id.* at 28, 29, 34.

downturn in the economy and in the software market that rendered a 3Q FY01 extrapolation based on 3Q FY00 unreliable.[286]

To test the reliability of Ms. Minton's historical conversion ratio analysis, I calculated a forecast using the prior year conversion ratio multiplied by the pipeline at a similar time period in the quarter and compared it to actual revenue for each quarter in FY01.[287]   I found that the macroeconomic changes facing Oracle had rendered the application of its historical conversion analysis less accurate throughout FY01.[288]  In the last two quarters of FY00 (when the economy was at its peak) the application of the historical conversion ratio to the pipeline yielded numbers that varied from actual results by an average of 4% and -5%, respectively.[289]  This same calculation, however, resulted in much higher average differences of -17% in 1Q FY01 and -11% in 2Q FY01.[290]  Ms. Minton and Mr. Henley, who testified that they paid close attention to historical conversion ratios, would have been well aware of this change.[291]

Despite the faltering accuracy of the historical pipeline analysis, however, Ms. Minton continued to apply the historical conversion ratio to generate guidance in 3Q FY01.[292]  Mr. Henley testified that Oracle's pipeline at the beginning of 3Q FY01 was "too good to be true" and that

---

[286]   *See* §V.B.1., *supra*.

[287]   Goedde Rebuttal Ex. 5.

[288]   *Id*.

[289]   *Id*.

[290]   *Id*.  Not surprisingly, this trend continued throughout FY01.  The average differences in 3Q FY01 and 4Q FY01 were 16% and 15%, respectively.

[291]   Henley 11/16/06 Tr. at 261:20-262:7; Minton 4/21/05 Tr. at 122:1-15, 219:14-25.

[292]   Goedde Rebuttal Ex. 4.

- 78 -

4

over $800 million (27%).[304]  These increasing declines informed defendants that potential deals in the pipeline were being canceled or postponed during the quarter.

Defendants were well aware of the changes in the economy and their effect on Oracle's business.  It was unreasonable for Ms. Minton to fail to take into account the macroeconomic change and to apply upside that tracked, almost exactly, Oracle's achievement in the boom economy a year before.[305]  Professor Hubbard's conclusion that defendants were reasonable in believing that Oracle would make guidance based on Ms. Minton's faulty upside adjustments is itself unreasonable.

> **b.      Larry Ellison's Directive to Change the Forecasting Process Rendered Ms. Minton's Upside Adjustment Unreliable**

As discussed in my opening report, Mr. Ellison directed the field, in the fall of 2000, to add additional risk to its forecast.[306]  According to an email between OPI Finance personnel, Ellison's directive required the inclusion in the forecast of certain deals having a lower probability of winning than were included in previous forecasts.[307]  As evidenced by Ms. Minton's own testimony and e-mails, this change in the forecast process would have rendered Ms. Minton's upside process unnecessary.[308]

Ms. Minton explained that the rationale for upside adjustments was to adjust for the practice of salespeople and executives to underestimate their quarterly sales in order to consistently meet or

---

[304]    *Id.*

[305]    Goedde Rebuttal Ex. 4.

[306]    Goedde Report, §I.E.

[307]    Ellison 9/21/06 Ex. 110.

[308]    Minton 4/21/05 Tr. at 126, 154; NDCA-ORCL 151956-962 at 962.

- 81 -

5

exceed their forecasts, a practice called "sandbagging."[309]   According to Ms. Minton, this practice was widespread at Oracle:

> [t]here was, particularly within the North America[n] sales organizations . . . [a] forecasting style... whereby nobody wanted to miss their commit forecast and they wanted to exceed it... there was pretty consistent behavior where the gentlemen in question in North America consistently exceeded their forecast, and therefore that's why the... upside adjustments were made, so that we could get to what we really thought we were going to do in a given quarter.[310]

In the fall of 2001, Mr. Henley requested an analysis of the accuracy of the field forecast.[311] That analysis, circulated to Mr. Henley, Mr. Ellison, Ms. Minton, and the various business heads and finance heads, found that, on average, the license forecast amounted to between 84% and 89% of the actual license revenues.[312]   In response, on September 19, 2000, Ms. Minton forwarded the analysis to various finance heads, informing them generally of Ellison's directive.[313]   She wrote:

> FYI.  We need to work closely with management to improve the accuracy of the forecast.  Larry made it clear that he wants everyone to submit realistic forecasts – he is not interested in "commit" numbers.[314]

Several emails indicate that, both at the field level and at the EVP level, the directive affected the field forecast and information that Ms. Minton received about that forecast.  An email between finance directors in OPI summarizes the effect of the directive on the forecast delivered by the sales force:

---

[309]   Minton 4/21/05 Tr. at 126, 154.

[310]   *Id.* at 154.

[311]   NDCA-ORCL 151956-962 at 961.

[312]   *Id.*

[313]   *Id.* at NDCA-ORCL 151962.

[314]   *Id.*

- 82 -

6

> This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment. It was the amount that you believed you could deliver at a minimum.   That emphasis has shifted . . . and now our forecast is a number that includes more risk than in the past.[315]

Whereas salespeople had typically submitted their "commit" forecasts or, in other words, the amount that they "believed [they] could deliver at a minimum," in the fall of 2000 Mr. Ellison directed these salespeople to include additional deals.[316]   The addition of those deals, which would not have been included in the past because the salespeople were not comfortable enough that they would close, increased the risk in the Field Forecast.   Mr. Ellison directed the sales force to submit forecasts which exceeded their comfort levels, effectively changing Oracle's forecasting process from a "bottom-up" process into a "top-down" process.

An email from Mr. Sanderson to other EVPs shows that the directive also likely affected field level management judgment and the information that Ms. Minton received from EVPs on her weekly calls:

> [L]arry wants the evp's to do a better job of forecasting than we have in the past.   [H]e says we continually understate where we are going to land.   [T]his is typically true except for this last quarter.   [L]et's make sure we factor in this historical perspective on our forecast calls.   [H]ow, I'm not sure.   [B]ut, let's make sure we at least consider this information.
>
> [F]or obvious reasons, pls don't forward this email due to sensitive info.[317]

In addition to the directing the salespeople to include additional risk in their individual forecasts, Mr. Ellison's directive put pressure on managers and executives to increase their forecasts, resulting thereby in more management judgment than had previously been included at the field level.

---

[315]   Ellison 9/21/06 Ex. 110.

[316]   *Id.*

[317]   NDCA-ORCL 028211-212.

- 83 -

7

In addition, Mr. Sanderson's email shows that the directive would have altered the information provided by EVPs on forecasting calls with Ms. Minton and defendants.  Thus, Ellison's fall 2000 directive would have added several layers of additional risk to the Field Forecast and altered the information received by Ms. Minton on weekly calls.

Ms. Minton testified that the basis for her upside adjustments was to compensate for "sandbagging."[318]  The directive's purpose was to eliminate sandbagging, thus eliminating the need for Ms. Minton's upside adjustments.[319]  Despite the directive and her knowledge of its effects, however, Ms. Minton continued in 3Q FY01 to apply similar upside to the upside that she had applied in every other quarter.[320]  The result was that Ms. Minton's upside adjustment of $159.5 million (and Oracle's subsequent Public Guidance) was overstated and unreliable.[321]  Most certainly, a failure by Ms. Minton to adjust her upside process to take into account the effect of the directive on the Field Forecast (Professor Hubbard, himself, notes that Ms. Minton's upside adjustment was in line with previous adjustments)[322] was unreasonable and rendered the Potential Forecast unreliable.

Despite these changes, Professor Hubbard endorses Ms. Minton's forecast process and defendants' reliance on that process while failing to mention that that the underlying data had changed.

---

[318]   Minton 4/21/05 Tr. at 126.

[319]   *Id.*

[320]   Hubbard Report, Fig. 42 at 91.

[321]   Goedde Report Ex. 11.

[322]   Hubbard Report Ex. 42 at 91.

- 84 -

8

# EXHIBIT 20

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p m  CT
Confirmation # 474122
Page  1

# ORACLE CORPORATION

## Moderator: Stephanie Aas
### December 14, 2000
### 4:30 p.m. CT

Operator   Good day, everyone, and welcome to today's Oracle Corporation second quarter financial
results conference call   Today's conference is being recorded   At this time, I would like to
introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas   Stephanie,
please go ahead

Stephanie Aas   Thank you, operator   I would like to introduce, to you, the speakers, Mr  Larry Ellison,
Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief
Financial Officer.  Today's call will begin with Jeff, reviewing some of the key financial results and
Larry will cover the state of the company and industry trends   Then, we'll - then, it will be followed
by Q&A session.

Again, in consideration of the SEC's regulation FD, we will be adjusting our communications with
the financial community.  Today, during the Q&A session, Jeff will lead a discussion in some of
the assumptions analysts may use in building their financial model   Rather than reviewing our
assumptions in separate, one-on-one discussions with analysts, we'll try to address all these
questions at one time in a public forum   So going forward, therefore, the quarterly earnings call
will serve as the primary form of communication with analysts on building their models.

ORACLE
CONFIDENTIAL



Δπ EXHIBIT 47
Deponent HENLEY
Date 7-27-06 Rptr. A.H.
WWW.DEPOBOOK.COM

NDCA-ORCL 128973

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Before we begin, however, I appreciate your patience as I review the required statement (for) Safe Harbor.  Our discussion may include predictions, estimates and other information that might be considered forward-looking.  While these forward-looking statements represent our best current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially  Throughout today's discussion, we'll attempt to present some important factors relating to our business that may affect our predictions.  You should also review our most recent Form 10-K and Form 10-Q for a more complete disclosure of the risk factors

With that, I'd like to turn the call over to Jeff Henley

Jeffrey Henley   OK  Thanks, Stephanie  Well, I thought I'd cover a couple of major themes, here, and then we'll go to the numbers  First, I'd say, overall, we're very pleased with the quarter  It was an excellent quarter and I think there were, really, no early surprises from what we figured it would come out

Let's start with currency  You know, I think everyone is well-aware that the euro is in a down draft  And we've actually had 19 consecutive quarters of negative currency.  This is probably about as extreme as we've seen in any of those 19 quarters  It was down - worldwide, it had an effect of about almost seven percentage points, 6.5 percentage points.  And, you know, I think it tends to distort what's really going on  So we've always broken out our figures, both in actual reported dollars, after the effect of translation.  And then in constant dollars.  And we'll do a little of that, today, again  But we tend to look at constant dollars, internally, and we believe it's a better measure for the real absolute performance in our various regions.  And we break out, in our analysts' spreadsheets, are Europe and Asia and America in constant dollars and we'll continue to provide those

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128974

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4.30 p m  CT
Confirmation # 474122
Page 3

This was, you know, a good quarter, again, for license growth   Our total license growth was 32 percent in constant dollars   And this was the second quarter in a row, that it's exceeded 30 percent, constant-dollar growth.  And just anecdotally, the last time we had two quarters in a row of more than 30 percent constant-dollar license growth was 3½ years ago.  And actually, for the last three-out-of-four quarters, we've grown in excess of 30 percent constant-dollar growth   And the guidance I'll give a little bit later, would continue to think that we can do at 30 percent, or better, in constant-dollar growth for license.  So we think that things are going pretty well and, you know, have a potential of actually getting better.

Our database license growth was 19 percent, but again, had seven points of currency   So really, in local currency, it was 26   And that effect is more significant, the lower the number is   It had a similar effect in applications, but because the number is so much bigger, you tend to discount the currency a little bit more   The first half, database growth was 24 percent in dollars, or 30 percent in constant dollar, or local currency growth   So we had a good first half.  We had cautioned people that the first quarter was not sustainable   We felt we would fall back and kind of ended about where we thought

The applications business, we said, would rebound and we thought we'd do quite a bit better than Q1, and it did.  It was 66 percent, in dollars, or 73 percent, local currency.  And certainly, as I'll talk about, later we're very optimistic about the third quarter and beyond   Because we're, now, through this first couple of quarters and feel like everything is kind of stabilized and we're kind of ready to run full-throttle, now, from here on out with (11l)

In our consulting and education business – I talked about this at our last call on our analyst day – in local currency, we showed one percent positive growth, which is quite modest, obviously, but it is a significant eight percentage point improvement from the low point that was last quarter, of negative seven   So we said that the current - the consulting/education would begin to rebound,

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 128975**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 4

this quarter   It did and we certainly think that will continue next quarter with a similar kind of a
rebound in this next quarter, coming up.

For the fourth consecutive quarter, we had an operating margin improvement of more than
double-digit, in terms of percentage of revenue.  So our operating margin, this quarter, was up
almost 11 percentage points, as a percentage of revenue   And year-over-year, the absolute
margin, obviously, grew more than (60) percent   If you compare - if you add that on to last - one
year ago, Q2, we - that's when we really started growing our margins.  It was - at that point, it
grew 6 2 percentage points.  So cumulatively, for the last two Q2s, of the two years, we've, now,
nearly doubled our margins   We've grown them 17 percentage points   And this has really been -
I've covered this on other calls on our analysts day   It's a result of this e-business transformation
that we're going through   And we will continue that work, up into next summer, so I think there -
we will continue to see some nice improvement, going forward

And then, lastly, I guess the whole point of the economy   I think this is really important.
Apparently - I have not been reading the news, today.  But apparently, Microsoft announced a
slowing   And certainly, all the PC industry has been coming out, for several months, now, and
announcing shortfalls and so forth.  At this point, we see no impact or slowing in our business.
We have seen no slowing of our business   We believe that (the US economy) is slowing down,
from what we can tell   And we believe there are some reasons, even beyond the economy, why
the PC industry may be slowing down

We think our industry is not correlated, very much at all, with the PC industry.  We're not in the
desktop business.  We think all the interest, these days, is in the Internet.  It's in servers.  It's in
Internet architectures   And so, we're fortunate to be in the right place, at the right time.  And we
think we're growing share.  So, you know, if we were to have a - I guess, a hard landing, a
recession, depression, I mean, certainly, that could have some impact.  But as long as we're
simply slowing and going into more of a soft landing, we continue to believe that our business

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 128976**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 5

should do quite well. And as I said, the product cycle is actually getting better. So arguably, our business could get better, not worse. So I think it's really just important to point out that all tech companies are not the same. We're in a sector, I think, that is, you know, much more immune to economic issues, I think, than some. And there are structural issues, I think, in some parts of our industry that, again, aren't impacting us.

OK. So let's turn to just a little more discussion of the numbers. Again, we (give out) the spreadsheets. I think some of you have had a chance to look at them. But for the quarter, as I said in the call, the server growth, in local currency, was up 26 and applications, up 73. One thing that we get from time to time, are these questions, or comments, apparently, they're being made in the marketplace, that Oracle, somehow, is moving money around between database and applications. I can assure you this is not true. Our applications, the best I know, are the only pure applications number of all of our competitors. All of our database revenue is priced separately, always has been, always will be. It's reported as database. It's not applications. Many of our competitors resell other people's products. They resell database. Our number is a pure number. It is never distorted. It always the same. So I wish the people who write these things, or spread these rumors, would stop it because it's just not true. And it's just not fair. OK?

The next point that we always talk about is the big deal factor. If you look at large deals as a percentage of revenue, it was up markedly this quarter, 45 percent, versus 36 percent a year ago. So 45 percent of revenue came from deals, (half a million), and larger. In analyzing this, it's, actually, kind of obvious what's happening. We're starting to do a lot more applications business, and that's really where this is coming. We are doing a lot of applications business. And many of these deals are done at half million dollars (sizes) and higher. Actually, the database business is not the part of this at all. We moved to the power unit pricing almost a year ago. And if anything, that's been - we've been doing fewer large deals in that area. So it's simply a function of mix shift into more applications business. And I think this will continue. I think, the more successful we are in applications, we'll see lots of big deals in the application space.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 128977**

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 6

In terms of (services). I think I talked about that earlier. Our consulting and education business was up in local currency, one percent. And our support business was up, I think, 28 percent. And again, we see that a continued trend where consulting had been going and education had been dropping for, like, nine quarters in a row. We hit the bottom last quarter. And I think you'll see that continuing to ratchet up. So we will bring the total services revenue growth up each quarter.

Geographically, the Americas grew 20 percent in constant dollars, (EMEA) grew 18 percent in constant dollars, Asia-Pacific grew a 34 percent in constant dollars. And again, we have the dollar amounts available in the spreadsheets. I think the constants are more reflective of the real trends. So that's why I focused that on this call.

In terms of headcount. Actually, this is the first quarter, in five quarters, that the headcount, sequentially, grew a little bit. It grew two percent. And again we said, on the last call, that because we saw growing strength in our business and we thought that the consulting business would start to pick up and we needed more sales talent because of the demand of the pipeline, we would start adding back people. So that's beginning to happen. And I anticipate that you'll see modest growth, probably, the rest of this year. Again, the trick is not to add as many people as we would have, in the past. (Yet), continue to get a lot of productivity, not add a lot of people. But we will, definitely, probably continue to add - to see some modest growth in headcount for the rest of this year.

In terms of other income. Sequentially, it dropped this quarter, from last quarter. And again, because we did a lot of buybacks during the first quarter, so we didn't earn as much interest income, this quarter. Our tax rate is 35.5 percent. I think that's unchanged, versus a year ago, it was 35.0.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128978

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4.30 p m CT
Confirmation # 474122
Page 7

In terms of DSO, we had 66 days. DSO, versus 69 a year ago.  And one other important point, I guess (I would mention), is the EPS.  We've had (two, two-for-one) stock splits in the last - within the last 12 months.  So I think, again, we exceeded the - most people's estimates by a penny  If you go back to a year ago, that was the equivalent to exceeding the estimates, a year ago, by four pennies.  So again, we've - I think it's important to look at the percentage amount that we beat analysts' estimates, as opposed to a penny, because we've got almost six billion shares.

In terms of the - I guess, the outlook of the - for the coming quarter.  We have decided to continue to be a little more specific, in accordance with the new ideas, here, in the Full Disclosure.  So let me kind of go through some of the key assumptions.  The currency, at the current rates, will continue to be negative, although not as much.  So the rate that we estimate would be negative five percent in the third quarter, and negative three percent in the fourth quarter.  The - so the numbers I'm going to give you here, for database and applications include these negative amounts.  So for instance, in database, we're thinking  you know, 15-to-20.  You have to add five points to that, in terms of real (constant) dollar growth, or 20-to-25  Applications, we're thinking 75, or potentially better  You'd have to add five points to that  So clearly, we think there's an opportunity to do better in the third quarter, based on the pipeline and a belief that we'll see growing momentum in our applications business, now that we're through this first six months.

The total license growth will be about 25 percent in, again, reported dollars, or add five to that 30 percent constant dollars.  So at this point, I think we've seen enough strength at that 30 percent-plus number that I'm holding.  I think that's a (reasonable) expectation, (is, kind of), guide people to our 30 percent constant dollar license growth.

In terms of services, we see consulting-education growing, again, so that it would be five percent in dollars, or 10 percent in real.  Twenty-three in support, or 28, real and 15, or 20 percent in service  So again, I've predicted you'd see that services number picking up, and I think you'll see that.  And then, if the currency becomes less, that also adds to the dollar reported number.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128979

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4.30 p.m. CT
Confirmation # 474122
Page 8

In terms of other income. It would be about the same as last quarter, a little bit higher, maybe, 45 million, we figure. In the area of per share, we think it would be 12 cents. Now, again, that's based on some models, and I think most of the people's estimates are around that. And also, just historically, the third quarter is slightly better than the second quarter. That's the way, sequentially, it's worked, here. And if you look back at the last three years, sequentially, the third quarter, split adjusted, has been one cent a share better than the second quarter. So we did 11 cents in the second quarter. So I would assume, 12 cents would be a reasonable number at this point. I don't think history is going to be a lot different, here.

In terms of the fourth quarter, I think, pretty similar kind of guidance in terms of revenue growth. And (expect) that we'd have a little less currency growth. Going back to third quarter, the one caveat I would say that, you know, again, these numbers bounce around. We do have probably, a little bit tougher comparison in the third-quarter database. And probably, a little bit easier comparison in the fourth quarter on database. But I'd give similar kind of guidance for the fourth quarter for revenue growth. So again, I think, if anything, we still need to see just how high is high with (11i) and with, certainly the new (9i) release that goes out in the spring. But we're pretty confident that things will do - could do better, actually. Because that's been our experience. After the first couple of quarters, if you have a great product and a great release, things can actually get - you can see some acceleration. We're certainly hopeful that that's going to happen. And certainly, the pipeline, we have for Q3, looks very exciting at this point.

I'll just do one other thing. I mentioned a couple of major customer wins. And again, the idea is really, to kind of point to why people are buying. I think it's very important. As you know, we've been big believers in the E-Business Suite and the integration, and so forth. And so, I'll point to a couple of wins and kind of point at what they're doing and why I think they're good examples. One is (JDS Uniphase). (Joe Rivera) is the (CIO) there. I think he's done a marvelous job. Has taken, in about a year and a half, a company that is (rapidly) gone through acquisition. And has

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128980

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephane Aas
12-14-00/4.30 p.m. CT
Confirmation # 474122
Page 9

basically, converted entire company, entire organization, worldwide, to the full E-Business Suite He's done this with a couple of buys. And I think they moved 14 countries already, into that E-Business Suite, within a year and a half. So, actually, in 11 months, I think. So they're going single instance, rapid deployment, fully business suite, ERP, supply chain, CRM, everything. Certainly, I think they get it. And I think the fact that they're able to run a single instance, the fact that they're able implement, so rapidly, is a testimony to the adoption of the E-Business Suite

Another on is American General. This is a more traditional insurance company, major insurance company, down in Houston. They have a bunch of different point solutions that they had from some of our competitors. They have decided to buy -- and did buy -- this quarter, the second quarter, the entire E-Business Suite. The front - everything. Every bit of the E-Business Suite. Because they believe that they can make a significant e-business and they're beginning to make some estimates to Wall Street, as to what they can do, in terms of e-business in their insurance company

We've done -- usually, with customers, we've done it in steps. But I think we see customers starting to buy pieces of the E-Business Suite. But more and more, they're saying, "You know, we intend ultimately, to do the whole thing." And I think this is what you're seeing. People are not going to necessarily buy it all at once. But you're going to see taking these steps. And knowing that they can keep just adding on pieces and eventually, have this massive, integrated suite that gives them tremendous cost of ownership and business value and information value

We have some terrific wins at Compaq. They're - they've, essentially now, over the course of several years, have bought the entire E-Business Suite. We had a great additional CRM win at H-P, this quarter. They have a very comprehensive CRM strategy, and are using our Sales Online module in North America already, and have been for awhile. We had a great win at (Exponet), another similar kind of tech story, the GDS interface, buying the entire suite. Acquired

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128981

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 10

a bunch of companies. Rolling out the entire suite for the entire company. So, you know, we have a whole list of people. We won about 25 different, advanced planning deals in the quarter.

The good news about applications, this quarter, is that every part of the little sub-markets that we're in, we're strong. And every geography, (we're) strong, Europe, Asia, U.S. So there's nothing that we - no weakness in our applications business and the pipelines at every one of these geographies looks astounding for this next quarter. So we're very excited and we really do think that the message we have will only continue to gain traction over time. OK?

So with that, I think I'll turn it over to Larry and he can make some comments - further comments

Lawrence Ellison  Well, again, I'd like to reiterate what Jeff said, the pipelines really are astounding. The issue has been for some time, customers that we're talking to, not whether they want the suite, or not, but whether we can deliver (the suite). And that's really been the big question. And it's been a very challenging engineering project, you know, taken place over the last several years. It's getting clearer and clearer to the marketplace that not only we can deliver the suite, but we have delivered the suite

We have almost 100 live customers running right now. And some of them are very, very large. BellSouth is live on all of the back office accounting pieces, and is now moving to implementation of the CRM. We have a project at GE, that (I'm) intimately involved with. For - from the time they made the decision at GE Power, we're going to have their first factory up and running in six months. The whole - all of GE Power, up and running in 18 months.

Now, these are astounding timeframes, in terms of delivering a comprehensive application automation of very, very large companies. The question is, how can we do it? You know, how can we do it? We do it because there's no systems integration required. This is a huge point and is not well understood. The conventional way of delivering applications, the so-called best-of-

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128982

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 11

breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor -- either Anderson Consulting or IBM -- to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete

Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. I might add that General Electric Power, GE Power, is putting in (our) applications, (our) manufacturing, (there are) other things (in), with no modifications at all. No systems integration No modifications. It goes in very, very fast, matter of months, and you get a return You get a return in savings very quickly.

Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba to (SAP). And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128983

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 12

In a down economy, in an economy where people are concerned about their expenses, we are an obvious alternative to the old-style, best-of-breed parts and labor approach. Get the whole thing in. Start saving money, fast. Minimize your risks. Minimize your costs. Minimize the time to getting those applications up and running. It's a radically-different approach. It's something new. It's almost as radically-different as the Internet was, from client server. And by being first, to radically new ideas, we have gained tremendous advantage in this marketplace. The question is, could we actually deliver a complete and integrated e-business suite? The answer is, yes. And the market is beginning to buy

Stephanie Aas:  All right, operator, we're ready for questions and answers.

Operator:  Thank you.  The question-and-answer session will be conducted electronically, today  If you do have a question, please press the star, or asterisk key, followed by the digit one on your telephone.  We will proceed in the order that you signal and we will take as many questions as time permits  Once again, press star-one if you do have a question.  And we'll pause for just a moment.

And our first question will come from Neil Herman.

Neil Herman:  Hey.  Congratulations.  Now I lost my question.  Oh, first question is, could you talk a little bit about - it looks like you bought some stock back this quarter.  Could you give us as to about how much stock you bought back, and what your expectations there are, going forward?

Jeffrey Henley:  Yes.  For the first half, we bought nearly five billion dollars.  And again, we drew down some of the money that we did on the Japanese sales, back in the fourth quarter.  So that's, obviously, I think, a higher than normal run rate.  You know, we've had a regular buyback program and I think you'll see us continue that.  But it probably won't be quite that high, obviously, for the second half.  But we will be in the market and we have a regular program and it varies

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 128984

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4.30 p.m CT
Confirmation # 474122
Page 13

from quarter to quarter. But this is a little higher than normal because of that Japan sale, last year.

Lawrence Ellison: And we thought the stock price was very attractive.

Neil Herman: Great. Secondly, on the applications business, how much of your success, there, do you think is because of organic growth in the market? And how much is because of some of the pain being experienced by your competitors, particularly, (SAP) and market share gains? And then, could you, also, give us a sense as to what the underlying growth was in your (core) historic ERP business as that gives you opportunities to sell the rest of your E-Business Suite around those core suite of applications?

Lawrence Ellison: Well, I think the answer is, the market is good. And we really are beginning to win more and more, head-to-head competitions against the niche specialists. So the market is very healthy, in general. Unlike, let's say, the PC market, the enterprise software market, you know, seems to be very, very healthy. And we expect, now that the E-Business Suite is in its seventh month of life, we expect it to be more and more successful in these head-to-head competitions against specialists in the area of sales automation or procurement or any of the other, so-call, best-of-breed companies.

Neil Herman: If I could throw in, one last one, there's some concern, out there, about Sun and their server shipments. And if that is slowing, what impact that could ultimately have on you because, obviously, they're an important partner for you. Could you kind of give us your sense on all that?

Lawrence Ellison: Well, again, to the best of my - I mean, I don't know about any slowdown at Sun. I certainly, you know, talk to those people, regularly. And I think, you know, their business seems good, but you really should talk to them. Suffice to say that our business in Q - we're already off to a great start in Q3. We've had a pretty fantastic, you know, first half of December. And our

ORACLE
CONFIDENTIAL

NDCA-ORCL 128985

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 14

business looks, again - what did Jeff say, spectacular? Outstanding? Looks like we're going to have a very, very strong Q3.

And while our business is related to Sun, and we do sell a lot of software on Sun, I think - we also sell on H-P. We also sell on Compaq. You know, we sell on all different kinds of servers. Our software runs on a hardware you - that's existing. One of the interesting things in (JDS Uniphase). Also, what's interesting about our own internal implementation is, we're - we used to run - for example, one of our systems ran on '97 servers, a little over a year ago. It now runs on two servers today. So again, we are - this whole idea of running global systems on a small number of larger computers, and providing information, all over the world. Not only does it save you money, in terms of limiting systems integration. It also saves you money, (requires less) hardware, requires, you know, less expensive networks. It's just a, you know, there are savings all along the way from the implementation to after the fact when you are in fact an e-business.

Neil Herman:  (Great). Thanks. Congratulations

Lawrence Ellison:  Thank you

Operator:  The next question will come from Jim Moore.

Jim Moore:  Yes, hi. I was wondering if you could talk about the applications business, particularly 11i. And, you know, what's going on with the market drivers there? Is it poor ERP? Do you think it's the overall, you know, suite (health)? And also, can you give us the number of customers that are live on 11i, and the number that are in the process of implementation?

Lawrence Ellison:  Sure, there are 83 live 11i customers now. And we have, you know, literally over the next couple of weeks, another 100 or so customers going live. An awful lot of customers are planning on going live, you know, during the Christmas holiday. So we'll be at hundreds of

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128986

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 15

customers in January. In terms of the business - I mean, it's very, very interesting, in some cases we're actually starting to replace i2; we replaced i2 at (QualCom), we replaced i2 at (Paradyne), we replaced i2 at (Hayworth). This is a (place) where i2 is paid for, installed. And they're just throwing it out and putting in our advanced planning and scheduling. We're also replacing (Siebel) in several places. Again, it's really kind of across the board. You know, this - our software - this is just the beginning. Our software is brand new, 11i is brand new and we're just beginning to get traction in the market place. Jeff said "I don't know how good is good." Me too. I don't know how good is good, but boy, it could be real good

Jeff Henley:  Jim, I would say, you know, all segments look good  The European market, you know, rebounded so that's been good for us  We're doing well in HR financials. Supply chain is good, (Sierra) is good. So all these segments are great which is terrific, you know, terrific news.

Jim Moore·  It's - you know, the ones that - places like (QualCom) and Motorola and others, are those existing Oracle applications accounts?  Are you coming in fresh, selling applications there?

Lawrence Ellison·  It really varies from account to account.  Sometimes we're coming in absolutely fresh and selling entire suites.  Sometimes we're selling another component of another part of the E-Business Suite to existing customers.  Sometimes we're selling the rest - all of (CRN) to an existing (ERP) customer. It's all over the (map).  The real issue was, and the real issue's been, and I really want to emphasis this, is everyone loves the idea of avoiding doing expensive, complex, you know, risky systems integration  The question everyone had, including our existing customers, is could we in fact deliver this enormously, you know, comprehensive suite of applications that puts every aspect of your business on the Internet? And we did. And they're seeing it. And they're buying, everywhere.

Jim Moore:  OK. Last question.  Jeff, you want to comment on the margin goals for the next year?  Are you still anticipating pretty healthy margin growth from here?

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128987

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4.30 p m CT
Confirmation # 474122
Page 16

Jeff Henley:  Well, in the second half of this year, I think I said that - I gave some EPS numbers which would indicate we're going to do well again on margin.  I think for next (fiscal year) let's see a little more results this year.  But clearly, I think you can't keep having 10 point improvement forever, right?  You get into infinity, or something.  But, I think we certainly have room beyond this fiscal year to see more productivity.  Because, think about it, our whole E-Business Suite just gets finished this summer.  And then we'll still have (a lot of) customer adoption around the self-service.  So I think probably we won't maybe see quite as much expansion of margins in future years.  But I think we're going to have an opportunity.  And I think our top line (growth) should be better.

Jim Moore:  OK.  Thanks a lot

Operator:  And now we'll move on to Rick Sherlund

Rick Sherlund:  Thanks and good quarter.  The consulting business, Jeff, I'm wondering how fast you think you can grow that over the next year.  And as that starts to grow again, is that lower margin business for you, as that starts to take a little bit of the margin story away?

Jeff Henley:  I don't think so.  I think, you know again, we have - we're not emphasizing consulting.  But when your Apps Business is growing as fast as we think it will grow, it's going to just drag a natural growth rate back up of (bidding and consulting).  We're still committed to partnering, all the other stuff.  But, it's is - it's not, you know, it's going to grow this quarter I think, App Consulting Education I said on a (constant dollar), I think I said it would grow 10 percent versus one this last quarter.  That is still far less than the rest of the business.  So I don't think it'll have any appreciable bringing down of overall margin, if you will.  And again, we're doing a good job in getting the margins up in our consulting and education business.  So it ought not to be a big drag on our margin, if that's the concern.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 128988**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4 30 p.m. CT
Confirmation # 474122
Page 17

Rick Sherlund: As far as you're - the big deals, I'm wondering if you can comment. You know, have you seen deals that are bigger than usual? It sounds like on the database side that's not the case. Apps, (sort) of, bigger deals are coming through now. Can you characterize - I don't think you disclosed how big your biggest deal is, but anything out of the ordinary there in the quarter?

Jeff Henley: I would say, you know, we always - it seems like every quarter we always have a big deal or two. And those are generally in the 10 to 30 million range, you know, we never have a lot of them. And I think this was - that was the same this quarter The - when we went to the power unit pricing a year ago we told people that that probably will mean that we won't do as much, you know, large deals. And I think that's come to pass So, where we're seeing more of the big deals tends to be around Apps. And I think that - we we're talking about it on Monday, it's quite likely as this catches on more and more, we may see more big deals in a quarter Because I think if we can get into a buying frenzy, I think people will start to buy more aggressively and buy (more and more modules) at once, and that sort of thing So, I wouldn't say for total (license) we've seen any big change, but it's possible we'll see more of this going forward in the application space

Rick Sherlund: And the constraints on the growth of the Apps Business, you'd mentioned last quarter that, you know, you needed reference accounts, it now looks like you have (reference-able) accounts, you know, (through) a collateral marketing literature, things like that . .

Male: Demonstrations, we're still tweaking those, we got those all ready now. We finished up all the training we we're working on partner training. So, yes, I think where we sit right now we're in pretty darn good shape.

Rick Sherlund: Yes. Thanks.

ORACLE
CONFIDENTIAL

NDCA-ORCL 128989

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 18

Lawrence Ellison  Rick, I'd like to add one comment about consulting is that one of the reasons our
consulting business hasn't been getting smaller - by the way, we've got several consulting groups
that are now operating at 40 percent margins.  And one of the reasons our consulting group is
getting - business has been getting smaller is we are trying to deliver these applications with a lot
less labor.  So we actually have implementations at fixed price, fixed term (five day Financial).
We've got customers live on the whole E-Business Suite in 30 to 90 days.  So we are working
very hard to minimize the amount of labor required to install these applications.  At the same time,
we're trying to make it very predictable so we can do this fixed price and keep our margins in the
consulting business comparable to margins in the other parts of our business.

Rick Sherlund.  Larry, how do you make sure you got customer service and satisfaction where it should
be if you're going to be rolling out hundreds of 11i?

Lawrence Ellison·  Well I think, we've got to mechanize the process.  You know, one of the classic
problems we've had - everyone in (the enterprise software business) has had.  If you do a lot of
modifications to your software, if you do a lot of systems integrations, there's a lot of labor.  The
more labor associated with installing business systems, the more chance there is for human
error.  As much as we can ritualize, homogenize, you know, standardize these implementations,
they go in predictably.  They go in in a fixed time for a fixed price.  And they - and then they
deliver predictable results for the customer.  So again, it's all about getting the labor out to
improve customer satisfaction.  We've got to get the labor out and that's what we've been striving
to do.

Rick Sherlund:  Thank you.

Operator:  And we'll now hear from Laura Lederman.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 128990**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 19

**Laura Lederman:** Yes, thank you.  Good quarter  Can you talk a little bit more about what you're hearing from people on capital budgets?  You said there's been no (slowing) in the business.  But when you talk to us (CIOs), what sense are you getting about their direction in terms of what they're going to spend generally not only with Oracle, but in general?

**Lawrence Ellison:** Well, I mean, there's published research out there that some of the firms have published.  Recently I've read that suggested that in the spaces we're in spending is going to be higher next year.  So, I think capital budget, you know, is a thousand things, right?  So, if you were - if your company got a little more conservative and started cutting – I've been through this process in my professional career – you know, you kind of start cutting the things that don't matter as much.  We're at the very high end of what they care about.  So my assumption is that that's why we're not seeing any increase in our demand right now, is because we're selling the kind of stuff that people need.  And they're not going to cut back on it, short of a crisis, I mean, we've definitely seen some slowdown in the dot-com space.  But, again, that's being dwarfed by the traditional companies buying more this year than they were buying last year.

**Laura Lederman:** Quick question  You talked about how you're having larger deals in the application space.  Are these with generally larger companies?  Because when we had spoken earlier it sounded as though a lot of release 11i were with smaller companies.  Are you seeing more and more big companies – beside the ones you mentioned on the call today – looking at release 11i?  So, is there a shift from smaller to larger companies?

**Lawrence Ellison:** I don't think there's a shift.  I think we've always sold our applications to big companies and we've pushed the small end much better the last couple years.  So I'm sorry if you misinterpreted what we said.  They're both interested, they're both buying.

**Laura Lederman:** I meant by ...

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128991

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 20

Lawrence Ellison:  Maybe what we said was, we were talking about implementations  And we said the little companies are able to get up and running quicker.  So I think we were talking about the customers that were going live in the early stage tended to be more of the small customers, I think that's what probably we - that's what you meant by that.  And so now as we have more time, the larger companies start to - so we'll see these couple hundred that Larry talked about - more of those will be the bigger companies coming up over the holiday.

Laura Lederman·  OK.  Thank you.

Operator·  And we'll now move on to Chuck Phillips.

Chuck Phillips:  Thank you and congratulations on what looks like a challenging environment out there.  You guys are (going came) through   Couple questions, on the - since you're one of the few companies that are in all the major application areas: the (CRM), (Supply Chain) and ERP, have you guys done any kind of prioritizing on what application there is within your own suite that people may be more apt to buy?  In other words, does ERP hold up better or (Supply Chain) hold up better in a software environment?  And any one of those you plan on emphasizing?

Jeff Henley:  You know, my answers, Chuck, is that, you know, in a tougher environment, people are going to emphasize their spending - (concentrate their) spending on things that add higher ROI.  And we've said this for a while, one of the reasons (CRM) and (Supply Chain) are so interesting is because there's a lot of ROI with both of them.  And even like HR, something that's as mundane seemingly as with all the new self-service and all the other things, HR people now can get tremendously better ROIs than they used to be able to get.  So, you know, it is a very strong value proposition in most of these areas.  Particularly those areas I first mentioned.  So, it - I think back a few years ago when you were buying financials, if things slowed down you'd think, "Gee, how can I justify this?"  Boy, it's not hard to justify some of this other stuff around the Internet

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128992

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephane Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page  21

now  So I think almost everything we're selling we can generate - demonstrate a pretty darn

good ROI to people.

Lawrence Ellison: Let me make another comment that's a little but provocative, which is that it's cheaper

to install the entire suite than a couple of components.  Because you put the whole suite in, you

don't need systems integration, there's very little risk, very little time spent putting in the whole

suite versus, you know, buying the couple - a couple of components and doing a lot of heavy

systems integration with your existing software  So, you know, my expectation -again, we keep

emphasizing the whole suite and trying to explain the story to senior executives.  I think what we'll

see more, you know, more and more are people committing to the entire suite.  I think people

have been hesitant, you know, until, you know, they want to look at references, they want to see

other companies who are actually running this stuff successfully  They want to see the rapid

implementations, they want to see it can go in without modifications.  As we can show that, they'll

be buying the whole kit and caboodle.  And there's pretty good ROI, not only in sales automation.

(My God), it's everything, sales automation  it's HR, it's financial (assistance).  Jeff mentioned

pretty much the whole thing, procurement  All of this stuff, can, you know, benefit your company

and it all goes in very, very fast.


Jeff Henley:  If you're trying to allocate capital, do you spend a certain amount on hardware, PCs?  I

mean, what's the ROI to upgrade your PC?  You know, versus putting in, you know, stuff that's

going to give you a big ROI with self-service and collaboration and everything else.  So, I think

that's really our - what's going on out there.  And so again, I think that as long as we stay in the

right places and we can demonstrate, you know, lots of references that show what kind of value

they're getting, I think we'll do OK.


Chuck Phillips:  OK.  Couple of quick ones on how the application server (do in) the quarter?  And - you

haven't mentioned that much), the new products.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 128993**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator. Stephanie Aas
12-14-00/4:30 p.m CT
Confirmation # 474122
Page 22

Lawrence Ellison   A brand new product that, you know, we haven't talked a lot about it, but tremendous upside  But more and more we're dragging along some, you know, the application server along with the database.  So it's off to a pretty good start.  Again, we think we are pretty - the application server is newer than 11i or the 9i application server.  And we think we'll see a real attraction in (9i AS), the application server, in Q3 and more again in Q4.  But it's off to a very good start.  One of the things we've been doing is installing the application server in some accounts, again, (to) get references.  And demonstrating that you really can increase your web application performance by a factor of three, sometimes even 10 times very, very easily.  And that's what we're demonstrating.  And that's, you know, and we're getting those references just now

Chuck Phillips   Last question.  Of those 83 customers to go live, would your third party integrators handle the implementation on any of those?

Male   Yes, some of them are third party and some of them were

Male   I think that (JDS Uniphase) was, I don't want to say the names, I'm not sure I know which one.  But it was third party.  So, many of these are done by third parties, absolutely.

Chuck Phillips·  Right.  Congratulations.  Thanks

Male   Thanks, Chuck.

Operator:  And next question will come from Robert Schwartz.

Robert Schwartz·  Thank you very much.  Could you talk about the pricing environment out there, particularly on the application side?  And what you're seeing around 11i?  And if you'd address

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128994

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4 30 p.m. CT
Confirmation # 474122
Page 23

(CRM), Supply Chain management and then some of the net markets. what you're seeing in pricing.

**Jeff Henley:** Well again, the biggest (impediment), as I said before, is the cost of this offer has very little to do with the cost of putting in one of these systems. The cost of putting one of these systems is predominately labor. So our - in terms of our value proposition, if you're buying a whole E-Business Suite we're not forced to aggressively discount simply because you save so much by avoiding systems integration, you know, that the, again, the cost of this offer is (diminimus) compared with the cost of labor. So, again, I would say that we've been able to hold prices pretty well, you know, versus our competition

**Robert Schwartz.** OK. Then just a follow-up to that, to (Chuck's) question. more specifically. Could you just talk about the health of relationships with system integrators? And who you're having success with and how it's changed over the last quarter or so?

**Jeff Henley:** Now, I'm very careful to say - we don't require systems integration or application modification. You still have to - you know, to put in our software - you still have to clearly convert your data, move your data out of the old system and into our system. There is still some labor involved in implementing our applications. But that labor is not computer programming. I'm going to be very clear. You don't need computer programmers to implement our systems. You've got to convert data, train some users, do things like that. You don't need to - you don't want to hire programmers to glue our software to other people's software, you don't want to hire programmer to, worse yet, to (actually) change our software.

So, the nature of the consulting practice that implements an Oracle application is very different. The - we used to have computer programmers going in and heavily modifying our software, you know, connecting our applications to third party applications. Now, what we're really doing is going in and helping people optimize their business processes for the Internet, simplify their

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128995

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephane Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 24

business processes, standardize their business processes around the world and then (map) those processes to our software without changing our software. That's what we did. That's how we saved a billion in our first year, and we saved two billion our second year. That's what they need to do to get the benefit of E-Business.

Robert Schwartz: I guess what I -

Jeff Henley: It really changes the whole nature of an applications implementation. No more programmers as consultants. You want Business Process Specialists as consultants.

Robert Schwartz: I understand. What I'm trying to get a sense of is, you know, systems integrators of the business process type, (who) want to do business (process) reengineering, are gatekeepers on a lot of accounts. I'm just trying to get a sense if you're having -

Jeff Henley: Yes, I think we're - you're question was how is the relationship? I mean, it's one quarter, it's a steady process. I think it's been growing  Larry was quite vocal a couple years ago, we needed to do more with the integrators. So, we've - and I think they're very excited about 11i And see the opportunity to, you know, they want to work with the products that are successful So, I think that we're training them up on 11i and we've got good relationships with all of them. And the more successful the product is, the more the integrators will work us. That's the way - you've got to have good products, you have to be willing to work with them; we're doing both of those things.

Robert Schwartz: Thank you very much.

Operator: And next question will come from Gretchen Teagarden.

**ORACLE
CONFIDENTIAL**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephane Aas
12-14-00/4:30 p.m CT
Confirmation # 474122
Page 23

Gretchen Teagarden.  Thanks.  Quick question on the E-Business Suite.  When you go in to sell to, say  a
large company that's running IBM databases.  And try - and you're trying to sell them the E-
Business Suite.  And they come back to you and say, "Well, we're running IBM databases. How -
what are we going to need to do to make this happen?"  And I know that you mentioned earlier
that you don't have to do programming maybe it's data conversion.  But what's the customer's
response in situations where they're running a different vendor's database?  Or, in a situation
where the parent company's running Oracle.  But some of their subsidiaries are running (CyBase)
or IBM?

Jeff Henley:  I don't know, (of ever) having lost a single deal because someone didn't want to use the
Oracle database.  So, it's never occurred, that I know of

Gretchen Teagarden·  You mean it's not like a technical challenge, or it raises the cost of initial
investment if they're already running another ...

Jeff Henley:  Yes. I mean, I've heard that before where that's, you know, they go through their checklist
and say, "Gee, we like these apps, we're currently not an IBM - not an Oracle account."  I mean,
first point is that, almost everybody's got Oracle database now.  But, you know, years gone by,
that used to be more of an issue.  But even then, they typically would choose the application. If
they want the application - we're the biggest database guy in the world.  But, I rarely see an
account that doesn't have Oracle database capability somewhere in their company today.  So, I
agree with Larry, today it's much less of an issue than it was maybe five-six years ago, you
know?

Gretchen Teagarden:  Great, thanks.

ORACLE
CONFIDENTIAL

Operator:  And before we move on to the next question, as a reminder, due to time constraints, please
limit yourself to one question initially.  We'll now hear from Jim Mendelson.

NDCA-ORCL 128997

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page  26

Jim Mendelson: Thanks.  Could you talk a little bit about the linearity of the quarter, and how well the

        Oracle (store) is doing?

Jeff Henley:  How the Oracle - well, Bell South's putting in the Oracle (store).  You mean how much of our

        business in the Oracle ... ·

Jim Mendelson:  How much is going through the Oracle (store) ?

Jeff Henley:  How much - you know, I actually don't have that.  That's one number I don't have in front of

        me for this quarter.  I have other numbers (interesting) about online business, but not that one.

        Let me give you a few - let me answer a different question.

Jim Mendelson:  OK  Go ahead

Jeff Henley:  Oracle Sales Online now has 10,000 different customers on it  I've got that.  OracleMobile,

        we're doing a lot of hosting - we're now hosting the Web sites for (Industry Standard), (Telesales),

        (SUN), (RIM), (ZDNet), "The Economist," "Wall Street Journal," et cetera.

Jim Mendelson.  You forgot the number of developers on the Oracle Developers Network.

Jeff Henley:  Yes, it's over a million, Jim, I don't know the precise number.   And I think, as far as linearity,

        Jim.  I mean, this is a multi-year challenge.  You know, we still - when we started this, we said it's

        going to take several years just to train our customers that they don't need to come to - wait till

        the end of the quarter to do deals with us.  So, I think we're making some progress.  But I have

        believed for a long time that it will take a long time to retrain our customers that, you know, don't

        wait till the end of the quarter.  So, I'm not going to hold out hopes that we're going to (wildly)

        improve linearity.  But, I think we're  working at it structurally by trying to create our (price) on the

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 128998

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m CT
Confirmation # 474122
Page 27

Web, be more consistent with our discounting.  That's the best chance we have to ultimately

improve our linearity.

Lawrence Ellison:  We have a couple of our very largest customers come into the last - wait till the last

day, and offer us large deals on the last day (with large) discounts and we said no.

Jeff Henley:  Yes, that's a good point.  The more we convince customers exactly that we won't do that, but

it takes time.

Jim Mendelson:  Was this quarter more or less linear than a year ago?

Lawrence Ellison:  Well, I don't know exactly, but I wouldn't say it was (anything) different   I'd say that,

how's that for an answer?  I don't think it was much different.

Jim Mendelson:  OK.  Thank you.

Male:  Yes.

Operator   And next question will come from Rob Tholmeier.

Rob Tholmeier:  Hi and congratulations on the quarter.  And, Stephanie, thanks for putting up the analysts

worksheet an hour before the meeting, it was extremely useful.

Stephanie Aas:  Your welcome.

Rob Tholmeier:  There's still been some criticism – I don't have it, but you hear it – of (I2) and Seibel, both

having - (of) sizable company's growing faster.  I wonder if you could just address that a little bit.

And secondly Jeff, looking at these numbers, one of the issues with the company has been, even

**ORACLE
CONFIDENTIAL**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m CT
Confirmation # 474122
Page 28

though you have had (the nominal) growth rate, over time it's been good and obviously accelerating. It has been kind of lumpy. But looking at these numbers right now, is it a little bit too much to hope for just a little bit smoother curves, a little bit less of the lumpiness in the various categories?

Jeff Henley: I think I'll take the lumpiness. Larry can talk about the other. You know, I think again, I have - until we can solve the linearity, I think you're going to probably - we'll be guilty of a little bit of lumpiness. But you know, if this business accelerates, that's another good one, because in the years when we've had really high growth, we've had less lumpiness. So, I think the fact that business seems to be improving, and I commented about 30 percent in the last three quarters (or so back). The stronger the business gets  I think a little - we'll probably have less lumpiness. And then the more we educate the customer and get to a little more linearity, those two are the best chances we have to do it. But, you know, the categories bounce around, but we really - (our total license) growth has been pretty darn consistent over the last five or six quarters, I think

Larry, you want to talk about ..

Lawrence Ellison: Yes. We've been in the middle of an applications product transition. And the fact that we're growing as well as we are in the middle of an introduction of a major and new release, I'm pretty happy with our growth rate. Which should, as Jeff said, get better. And, so I'm pretty confident that we will - we actually like the challenge, so the next couple of quarters, let's see how well we do versus those people you named. Let's see how well we do, because we agree with you; we've got to grow as fast or faster then they do and we think we're up to the challenge. We just told you that 11i, you know, we've given it birth and it's ready to go and we're getting into prime time, so - we think we're up for the challenge.

Rob Tholmeier: Well, great. Thanks again. Nice and again, congratulations on a quarter that looks like your growth rates are pretty close to the norm.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 129000**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 29

Stephanie Aas:  Operator?

Operator:  Yes.  Are we ready for the next question?

Male:  Yes.

Operator:  Thank you.  We'll now hear from Wendell Laidley.

Wendell Laidley:  Thanks.  I actually have one question in three parts.  First, can you - you talked a lot about 11I and, I'm curious  Are you keeping track of the new versus the existing customers there?  That's the first question  Second question is - Jeff, are you more confident about the 40 percent (blended) margins for the year?  And could you talk about the timing of the rollout of applications that'll get you there?  And then, last question, and at the risk of making Larry sound provocative, could you talk about the database growth, particularly (NT) versus UNIX.  Microsoft just got off their call saying that they're still winning business against Oracle  Thanks.

Jeff Henley:  That's interesting.  They probably are winning business against Oracle someplace.  But in general, our - you know, we think we're taking (share) on the database business against IBM and against Microsoft.  We think our market share has been growing consistently over the last couple years, and we think it's accelerating.  We think the combination of our application server and our database server, you know, kind of compelling infrastructure for the Internet is becoming more popular.  We have a new release of the database coming out in March of next year, you know, three months from now.  So, our database business is very, very strong.

As far as (NT) versus UNIX, just in general, (NT) has clearly slipped back over the last, you know, over the last couple years.  It reached it's zenith a while ago.  And we're seeing SUN and Hewlett-

ORACLE
CONFIDENTIAL

NDCA-ORCL 129001

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 30

Packard and IBM UNIX, quite frankly.  Another UNIX is (Linux), you know, do very well and take

share against (NT) or Win2000, or whatever you want to call it.

Wendell Laidley:  What's the breakout then, Larry, of your business?

Lawrence Ellison:  On (NT) versus UNIX?

Wendell Laidley:  Right.

Lawrence Ellison:  Again, we don't really track it because we used to license our database software for

UNIX, or our database software for (NT).  We no longer license our software that way.  We just

do surveys and measure downloads of our software on (Linux) or on (Solaris) and, versus (NT)

So, on terms of licensing numbers, you just buy Oracle and you can use it on any operating

system you like.  That's our licensing policy, which we put into place a while ago when we went to

(Power Unit)  The next - we don't have the numbers from our order entry system.  We do,

however, have downloads and in term of downloads, again (NT) has been consistently - we've

been shared to (Solaris) and (Linux).

Jeff Henley:  Yes.  I think in terms of the margin, I wouldn't give any different comments than I've had.

I've maintained that 40 percent is possible for the full year.  But I would say it's the high end of the

range.  And it'll some what be a function of what or how well we do on the top line of the second

half.  So, I don't think I feel any different about it. We still think we're going to have a terrific year

of margin expansion.  And we may get as high as 40, but if we fell - if we only did 39, I wouldn't

come crying.  I think that the top line is equally important.  And actually it works together; the

better the top line accelerates, the more that probably helps us get to a 40 percent number.  But I

think we feel very good that we're going to have another great year of margin expansion no

matter what.

**ORACLE
CONFIDENTIAL**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 31

I think the question was new versus existing customers, or ..

Wendell Laidley: For 11i, right.

Lawrence Ellison: Yes, again in the mid-market, we're getting lots and lots of new customers. In the mid-market and at the high end an awful lot of our customers are already customers, and we're selling them additional components. So, it's hard to figure out exactly - we may have a lot of new customer, for example, (QualCom's) a new customer for our (APS) products (against I2), so is that a new customer or is that existing customer? It's a bit definitional. If you already have our database, are you a new customer or an existing customer?

Wendell Laidley  I'm thinking more on the (apps) side, excluding (ERP)   What percentage of the 11i customers are new to Oracle?

Male·  I just - we just haven't tracked it that way ..

Wendell Laidley  OK.

Male   It's worth taking a look at, but it's hard to speculate.

Wendell Laidley: OK.  Great quarter.

Operator: And we'll now hear from Jim Pickrel.

Jim Pickrel·  Hi.  This is a question for Larry.  Very interesting announcement the other day about the dynamic services initiative.  I know that's sort of a long-term program.  But could you comment on potential (eventual) impact on either the business online initiative or your (apps) business in general?

ORACLE
CONFIDENTIAL

NDCA-ORCL 129003

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 32

Male:  Well, we said a while ago, we try to get out in front of these trends.  And, I mean, we try to get out
in front of the Internet trend.  We think the world's going to go to a complete integrated E-
Business Suite because systems integration is so expensive and risky.  And we think an awful lot
of people don't want to buy a server, computers and hire people to keep them up and running.
Instead their going to be buying their applications on the Internet  And so we have a growing
business as an applications service provider.  And, Again, as I mentioned, one of our early
application sales online, we have 10,000 separate companies that we're now providing CRM
services to, Sales - (auto sales force) automation.  Including (Siemens), Xerox, (OmniFax),
General American, (Hospitality Enterprises).  Lots and lots of companies.

And I think around 200,000 users on our Sales Online system.  We have our traditional
applications that we're hosting.  We have - that business is growing.  We have a mobile business,
where we host your mobile portal.  We have MyOracle.com, that's just recently come out.  We
have - we'll host a portal for companies

So we're providing a variety of online services. And we think that's - eventually - that's the
eventual outcome of this move to the Internet.  That - first we moved from client server
applications to Internet applications, where those applications ran on computers at your company.

For the medium sized companies, we think the eventual outcome will be those applications will
run on computers at our company.  And you'll use them across the Internet.

Jim Pickrel:  Is there any issue, though, with the business model shifting a bit?  If people sort of pay per
use for Web services?  As opposed to paying up front for applications.

Male:  The good new is we're making these changes, and reporting pretty good results.  We're in the
middle of this - you know, we've started this transition, this move to application services.  But

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 129004

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 33

before any other - I don't think there's any other major application provider that's doing this, other than us.  And we're trying - again, we're trying to get out in front those.  We think it's an important trend.  And we think we can move gracefully into the services business and deliver outstanding results in our traditional software businesses while we add on these online services businesses.

These online services business are, by and large, add ons, as opposed to replacements.

Jim Pickrel:  Great.  Congrats on the quarter.

Male:  Thank you.

Stephanie Aas:  All right.  Thank you everyone for participating in today's Q2 Earnings Call.  And the audio replay will be available for 24 hours.  The number is 719-457-0820.  The pass code is 474-122.  Additionally, replay will be available through December 24th on Investor relation's Web site at Oracle.com/Investor

And we'd like to provide you with an early heads up that the next Analyst's Day is scheduled to be on April 10th here at Headquarters in Redwood Shores, California.  We'll send out a ((inaudible)) invitation shortly.  Thank you.

END

ORACLE
CONFIDENTIAL

NDCA-ORCL 129005

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 21

# FINANCIAL STATEMENT ANALYSIS

## SECOND EDITION



| | |
|---|---|
| | $1,225,000 |
| | 875,000 |
| S | $2,100,000 |

# GEORGE FOSTER

*Library of Congress Cataloging-in-Publication Data*

Foster, George (date)
    Financial statement analysis.

    Includes bibliographies and index.
     1. Financial statements.    I. Title.
HF5681.B2F64  1986     657'.3     85-28112
ISBN 0-13-316317-2

Editorial/production supervision and
  interior design: Joe O'Donnell Jr.
Cover design: Wanda Lubelska Design
Manufacturing buyer: Ray Keating

Extracts on pp. 10, 29, 280, and 324 are reprinted
by permission of *The Wall Street Journal*,
© Dow Jones & Company, Inc. All rights reserved.

 © 1986 by Prentice-Hall, Inc.
A Paramount Communications Company
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced,
in any form or by any means, without permission in writing
from the publisher.

Printed in the United States of America

20  19  18  17  16  15  14  13  12  11

ISBN   0-13-316317-2

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

Case 3:01-cv-00988-SI   Document 1490-7   Filed 10/20/08   Page 69 of 82

| Forecast Horizon | American Security Analysts (102 responses) | British Security Analysts (200 responses) |
|---|---|---|
| Up to 3 months | 1% | 1% |
| 4–6 months | 0 | 2 |
| 7–12 months | 15 | 22 |
| 13–24 months | 27 | 49 |
| 2–3 years | 36 } | 19 |
| 4–5 years | 12 | |
| Greater than 5 years | 7 | 4 |
| No forecast | 2 | 3 |

Some 84% of American security analysts and 75% of British security analysts reported using a forecast horizon longer than 12 months ahead.

## 8.4  PROPERTIES OF SECURITY ANALYST FORECASTS

Security analyst forecasts of earnings can be obtained from both (1) primary sources—the reports issued by individual analysts—and (2) secondary sources—the reports of services that collect and distribute earnings forecasts made by analysts at many institutions. Examples of secondary sources include (a) Lynch, Jones and Ryan's Institutional Brokers Estimate System (IBES), (b) Standard & Poor's The Earnings Forecaster, and (c) Zacks Investment Research's Icarus Service.

Figure 8.2 presents an extract from the IBES Monthly Summary Data Book of Lynch, Jones and Ryan. Figure 8.3 presents an extract from the monthly report of The Icarus Service of Zacks Investment Research, Inc. Both IBES and Icarus collect from individual security analysts details of their earnings-per-share forecasts for one year ahead (FY1) and two years ahead (FY2) and their estimate of a five-year earnings-per-share growth rate. Subscribers to these services can access data relating to individual companies and to individual security analysts. In addition, each service reports "summary data" based on (1) aggregates of individual analysts for each firm and (2) aggregates of individual analysts for all firms in an industry.

### A.  Forecast Revision Evidence

Research on security analyst forecast revisions has found several results that appear relatively robust.

1. In any one calendar month, only a minority of security analysts will report a revision of their earnings forecasts. For instance, Brown, Foster, and Noreen (1985) report that over the 1976–1980 period, the individual security analysts in



**A. Description of Data**

*Price*— Price as of the day prior to date of report; shown in eighths.

*Actual—Fiscal Year and EPS*
Earnings per share for the most recently reported fiscal year end. Industry and Sector aggregates are computed by share-weighting the EPS of each constituent company.

*Estimates—Fiscal Year One and Fiscal Year Two*
*Mean*—Average of all available estimates. Aggregates are share weighted.

*Percent Change—Actual*—Percent change of mean estimate from last year's actual EPS.

*Relative*—Percent change of mean estimate from last year's actual EPS relative to the average change for all I/B/E/S Summary Data companies (unweighted).

*6 mo.*—Percent change of mean estimate from its level 6 months ago.

*Revisions—% up*—Percent of estimates revised up since last month.

*% down*—Percent of estimates revised down since last month.

*Coefficient of Variation*—Coefficient of variation—Industry and sector aggregates are net income weighted, i.e., individual company coefficients of variation are weighted by their shares times their mean estimate.

*Estimated 5 Yr. Growth Rate*—The median or mid-point in the series of reported estimates. Aggregates are net income weighted.

*S.D.*—Standard deviation of the estimates for long term growth; indicates the range in percentage points within which 2/3rds of the estimated growth rates fall. Aggregates are net income weighted.

**B. Data for International Oils (Industry and Firm Level), March 1985**

| Sector/Industry/Company | Price | Actual Fiscal Year | Actual EPS | FY1 Mean | FY1 %Chg Actual | FY1 %Chg Relative | FY1 %Chg 6 mo. | FY1 Rev %Up | FY1 Rev %Down | FY1 Coeff. of Var. | FY2 Mean | FY2 %Chg Actual | FY2 %Chg Relative | FY2 %Chg 6 mo. | FY2 Rev %Up | FY2 Rev %Down | FY2 Coeff. of Var. | 5 Yr. Growth Median | 5 Yr. Growth S.D. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL OILS | | | 5.77 | 6.23 | 8.1 | 0.86 | −4.8 | 5 | 26 | 5.4 | 6.87 | 19.1 | 0.79 | −1.8 | 5 | 5 | 6.8 | 6.8 | 3 |
| CHEVRON CORP | 34.1 | 12/84 | 4.48 | 4.69 | 4.6 | 0.83 | −15.5 | 3 | 24 | 8.1 | 5.82 | 30.0 | 0.86 | NA | | | 16.1 | 7 | 4 |
| EXXON | 49.2 | 12/84 | 6.77 | 6.84 | 1.1 | 0.80 | −0.1 | 14 | 20 | 3.9 | 7.47 | 10.3 | 0.73 | NA | | | 2.7 | 7 | 3 |
| MOBIL CORP | 29.6 | 12/84 | 3.12 | 3.54 | 13.4 | 0.90 | −18.4 | 36 | | 9.8 | 4.20 | 34.6 | 0.89 | NA | 5 | 5 | 12.4 | 7 | 3 |
| ROYAL DUTCH PETE | 54.0 | 12/83 | 9.59 | 11.12 | 16.0 | 0.92 | 3.4 | 12 | 4 | 5.5 | 11.61 | 21.6 | 0.80 | −1.1 | 8 | 8 | 4.6 | 7 | 3 |
| SHELL TRANSATRAD | 33.7 | 12/83 | 5.79 | 7.00 | 20.9 | 0.96 | 3.2 | | 42 | 1.5 | 7.41 | 28.0 | 0.85 | −2.9 | | | 7.1 | 10 | 1 |
| TEXACO | 35.2 | 12/84 | 4.45 | 4.61 | 3.7 | 0.82 | −17.5 | | 42 | 10.1 | 4.93 | 10.9 | 0.74 | NA | | | 6.1 | 7 | 3 |

**FIGURE 8.2** Extract from Monthly Summary Report of the IBES Service.
Source: Lynch, Jones, and Ryan, *IBES Monthly Summary Data* (New York, NY).

272

A. Description of Data



- Industry code - used to locate company in Industry Perspective section
- Month/Year of last fiscal year
- Primary EPS for last fiscal year. If company has not reported, latest mean estimate is used and is indicated by an E.
- Next quarter to be reported
- Analyst's average estimate for coming quarter
- Average of analysts' primary EPS estimates for current fiscal year
- Standard deviation of analysts' estimates
- Expected EPS growth rate
- Standard deviation of analysts' estimates as a percent of the consensus. Measure of probable errors in the expected growth rates
- Average analyst estimate of annual EPS growth over the next 5 years

| | Last Fiscal Year | | Next Quarter | | Current Fiscal Year | | | | Next Fiscal Year | | | | Next 5 |
| Company | Year Ended | Actual EPS ($) | To Rept | Mean Estimate ($) | Mean Estimate ($) | Stand Dev ($) | Growth Curr/Last (%) | Uncert Growth (%) | Mean Estimate ($) | Stand Dev ($) | Growth Next/Curr (%) | Uncert Growth (%) | EPS Growth (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | | | | | | | | | | | | |

B. Data for Companies

| | Last Fiscal Year | | Next Quarter | | Current Fiscal Year | | | | Next Fiscal Year | | | | Next 5 |
| Company | Year Ended | Actual EPS ($) | To Rept | Mean Estimate ($) | Mean Estimate ($) | Stand Dev ($) | Growth Curr/Last (%) | Uncert Growth (%) | Mean Estimate ($) | Stand Dev ($) | Growth Next/Curr (%) | Uncert Growth (%) | EPS Growth (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN MTRS C | 12/84 | 0.04 | MAR | -0.03 | 0.24 | 0.24 | N/A | 99.2 | -0.34 | 0.09 | N/A | 26.1 | N/A |
| CHRYSLER CORP | 12/84 | 11.75 | MAR | 4.08 | 12.34 | 1.50 | 4.9 | 12.1 | 9.13 | 3.66 | -25.9 | 40.1 | 11.1 |
| FORD MTR CO | 12/84 | 15.79 | MAR | 4.53 | 14.20 | 1.46 | -10.0 | 10.2 | 12.31 | 4.83 | -13.3 | 37.5 | 8.0 |
| GENERAL MOTORS | 12/84 | 14.22 | MAR | 4.19 | 14.99 | 1.37 | 5.4 | 9.1 | 13.63 | 3.94 | -9.1 | 28.9 | 8.4 |

**FIGURE 8.3**   Extract from Monthly Summary Report of the Icarus Service
Source: Zacks Investment Research, Inc., *The Icarus Service* (Chicago, Illinois).

273

the IBES data base had the following average monthly revisions statistics (expressed in relative frequency terms):

|  | Forecasts of One-Year-Ahead EPS (FY1) | Forecasts of Two-Year-Ahead EPS (FY2) |
|---|---|---|
| Downward revisions ( ↓ ) | .102 | .074 |
| No change (0) | .772 | .838 |
| Upward revisions ( ↑ ) | .126 | .088 |
|  | 1.000 | 1.000 |

Possible explanations for the large number of observations in the "no change" category for each month include (1) most analysts follow a large number of securities and do not have the time to do a detailed analysis of each company each month, and (2) only a small set of stocks in any one month have significant unexpected information releases that prompt analysts to revise their forecasts.

Buchenroth and Jennings (1984) present evidence on the relative frequency of changes in weekly consensus earnings-per-share forecasts reported in the Icarus data base. The results cover the 1978–1983 period for a sample of 805 firms with calendar year fiscal year ends; the average number of analysts per firm ranged from three in 1978 to eight in 1982. The consensus measure examined was the mean of the individual analyst forecasts. Data were presented for each of one- to eight-quarter-ahead forecasts: "The quarters-ahead classification denotes the maximum time ahead of the forecast. Thus, the eight-quarter-ahead forecast denotes forecasts which range from 24 months to 21 months and a day prior to the year-end; and the one-quarter-ahead forecast classification includes forecasts 1–90 days prior" (p. 8). Results are presented in Table 8.2. The authors concluded that "as the forecast horizon lengthens, there are fewer small weekly changes in the (weekly consensus earnings forecast) and more large changes" (p. 8).

2. When analysts forecast earnings per share for each of several years of a forecast horizon, there is positive correlation in the sign of contemporaneous forecast revisions across years of the horizon. Brown, Foster, and Noreen (1985) report evidence on individual security analysts at Wells Fargo Investment Advisors. In the 1977–1980 period, these analysts forecast earnings-per-share for

**TABLE 8.2**   Relative Frequency of Weekly Changes in Security Analyst EPS Forecasts: Icarus Data Base

| Size of Change | Quarters Ahead | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 0% | .781 | .831 | .826 | .842 | .836 | .863 | .837 | .854 |
| 0–5% | .072 | .109 | .112 | .117 | .130 | .087 | .102 | .104 |
| 5–10% | .022 | .023 | .017 | .016 | .003 | .013 | .014 | .015 |
| 10–25% | .026 | .015 | .012 | .012 | .011 | .010 | .013 | .012 |
| >25% | .091 | .022 | .033 | .013 | .020 | .027 | .034 | .015 |

SOURCE: Buchenroth and Jennings (1984, Table 4): p. 8.

**TABLE 8.4**   Pros and Cons of Security Analyst and Univariate Time-Series Model Approaches to Forecasting

---

### SECURITY ANALYST APPROACH TO FORECASTING
*Pros*

1. Ability to incorporate information from many sources.
2. Ability to adjust to structural change immediately.
3. Ability to update continually as new information becomes available.

*Cons*

1. High initial setup cost and high ongoing cost to monitor numerous variables, make company visits, and so on.
2. Heavy dependence on the skills of a single individual.
3. Analyst may have an incentive not to provide an unbiased forecast (e.g., due to pressure to conform to consensus forecasts).
4. Analyst may be manipulated by company officials (at least in the short run).

### UNIVARIATE TIME-SERIES MODEL APPROACH TO FORECASTING
*Pros*

1. Ability to detect and exploit systematic patterns in the past series.
2. Relatively low degree of subjectivity in the forecasting (especially given the availability of computer algorithms to identify and estimate models).
3. Low cost and ease of updating.
4. Ability to compute confidence intervals around the forecasts.

*Cons*

1. Limited number of observations available for newly formed firms, firms with structural change, and so on.
2. Financial statement data may not satisfy distributional assumptions of time-series model used.
3. Inability to update forecasts between successive interim or annual earnings releases.
4. Difficulty of communicating approach to clients (especially the statistical methodology used in identifying and estimating univariate models).

---

**TABLE 8.5**   Univariate Box-Jenkins Models versus Value Line Security Analyst Forecasts of Quarterly EPS: Mean Absolute Forecast Error

| Forecast Horizon | Forecast Model | Fiscal Quarter Being Forecast | | | |
|---|---|---|---|---|---|
| | | *First* | *Second* | *Third* | *Fourth* |
| *One Quarter Ahead* | *Box-Jenkins #1* | .259 (3) | .263 (3) | .288 (2) | .309 (3) |
| | *Box-Jenkins #2* | .268 (4) | .268 (4) | .302 (4) | .322 (4) |
| | *Box-Jenkins #3* | .251 (2) | .253 (2) | .294 (3) | .302 (2) |
| | *Value Line* | .234 (1) | .214 (1) | .221 (1) | .217 (1) |
| *Two Quarters Ahead* | *Box-Jenkins #1* | .307 (3) | .319 (3) | .300 (3) | .305 (2.5) |
| | *Box-Jenkins #2* | .316 (4) | .327 (4) | .324 (4) | .316 (4) |
| | *Box-Jenkins #3* | .306 (2) | .318 (2) | .299 (2) | .305 (2.5) |
| | *Value Line* | .267 (1) | .276 (1) | .264 (1) | .246 (1) |
| *Three Quarters Ahead* | *Box-Jenkins #1* | .332 (2) | .325 (3) | .291 (2) | .343 (4) |
| | *Box-Jenkins #2* | .335 (3) | .336 (4) | .301 (4) | .337 (3) |
| | *Box-Jenkins #3* | .342 (4) | .321 (2) | .300 (3) | .332 (2) |
| | *Value Line* | .291 (1) | .300 (1) | .252 (1) | .299 (1) |

Source: Brown, Griffin, Hagerman, and Zmijewski (1984): p. 33.

b. Has each analyst instantaneously revising his or her forecast as new information becomes available

c. Has each analyst instantaneously reporting his or her revision to the service

d. Has each analyst forecasting the same earnings variable, for example, primary earnings per share before extraordinary items, where all analysts agree as to the meaning of an extraordinary item.

Clearly, this ideal world does not exist. However, we know little in a systematic way as to how (a)–(d) are not descriptive, for example, the nature of timing difference between an analyst revising a forecast and its inclusion in the IBES or Icarus system. Departures from conditions (a)–(d) could well be another reason why complex weighting schemes to compute consensus earnings forecasts may not yield significant gains over simpler schemes such as equal weighting.

4. An important research area is the cues that security analysts use when revising their earnings forecasts. An understanding of the important cues would help to structure the information collection and monitoring activities of investment firms. The typical analyst reports a forecast revision three to five times each year. Between successive revisions, many potential revision cues will have been published, for example, firm-oriented releases such as earnings, dividends, sales, and production reports; industry releases (including the releases of competing firms); and economywide releases such as money supply, inflation, and international trade balance reports. The relative importance of each of these and other possible cues is currently not well understood.

Discussions with analysts indicate that forecast revisions made by other analysts are important revision cues. Individuals in some industries develop reputations as "lead analysts" and much interest attaches to the direction of their forecast revisions. Analysts also report that high penalties are placed on taking positions that diverge markedly from the consensus when the consensus subsequently turns out to be "correct." The result can be that analysts make forecasts that diverge less from the consensus than what they would report in the absence of these penalties.

One variable that appears to be important in analyst forecast revisions is security returns. Brown, Foster, and Noreen (1985) examined abnormal security returns in the 12 months *preceding* the month (termed month 0) consensus security analyst forecast revisions were reported by IBES. The results were

| Period Used to Cumulate Abnormal Security Returns | One-Year-Ahead EPS Revised Down in Month 0 | One-Year-Ahead EPS Revised Up in Month 0 |
|---|---|---|
| Months ($-12, -10$) | $-1.25\%$ | .51% |
| Months ($-9, -7$) | $-1.58$ | 1.18 |
| Months ($-6, -4$) | $-2.36$ | 1.78 |
| Month ($-3$) | $-1.18$ | .85 |
| Month ($-2$) | $-1.54$ | 1.05 |
| Month ($-1$) | $-1.41$ | 1.02 |
| Months ($-12, -1$) | $-9.32$ | 6.39 |

**FIGURE 8.6**  Security Analyst Consensus Forecast Revisions (IBES Data Base) and the Behavior of Security Returns



Source: Brown, Foster, and Noreen (1985, Figure 4.1): p. 72.

Downward consensus forecast revisions by analysts are preceded by a 9.32% decline in security returns, whereas upward forecast revisions are preceded by a 6.39% increase in security returns. Figure 8.6 presents the behavior of cumulative security returns for both the revised down and revised up consensus forecast revision groups. Finn (1984) presents similar evidence for earnings forecast revisions made by security analysts at an Australian institutional investment fund. One explanation for this finding is that analysts monitor security returns and use these as a prompt to their earnings forecasts revisions. The motivations for using security returns as an information base include (a) the aggregate capital market potentially is a more efficient processor of publicly available information than are individual security analysts, and (b) capital markets can impound information to which analysts do not yet have access (insider trading by management is one mechanism by which information internal to the firm is impounded). The traditional belief that security analyst opinions lead security price changes, rather than vice versa, may be in need of reconsideration.

## 8.8  SUMMARY

1. Forecasts of earnings and other related variables are important to many users of financial statement data. Forecasting approaches available to users differ

EXHIBIT 22

Hearing before Spero  3/1/2005  10:02:00 AM

1

```
 1              Pages 1 - 161
 2         UNITED STATES DISTRICT COURT
 3        NORTHERN DISTRICT OF CALIFORNIA
 4     BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE
 5   IN RE:              )
                         ) Case No. C01-0988 MJJ
 6   ORACLE SECURITIES LITIGATION    )
                         ) Tuesday
 7   _____) March 1, 2005
                  11:00 a.m.
 8
 9         TRANSCRIPT OF PROCEEDINGS
10
11   APPEARANCES:
12   For Plaintiff:    LERACH, COUGHLIN, STOIA, GELLER
                       Rudman & Robbins LLP
13              100 Pine Street
                Suite 2600
14              San Francisco, California 94111
              BY:  MARK SOLOMON, ESQ.
15              SHAWN A. WILLIAMS, ESQ.
                MONIQUE WINKLER, ESQ.
16              WILLOW RADCLIFFE, ESQ.
17
18       (APPEARANCES CONTINUED ON FOLLOWING PAGE)
19
20
21
22
23
24   Reported By:    Debra L. Pas, CSR 11916, CRR, RMR, RPR
                  Official Reporter - US District Court
25              Computerized Transcription By Eclipse
```

Oracle

15

1  that that information is insufficient, well, they can make that
2  argument.  We don't think it is.
3          And, in fact, I think it's also important to point
4  out that this issue was already litigated once, admittedly not
5  in a way that would be binding on this Court, but in the
6  related shareholder derivative litigation this exact issue was
7  litigated and the California and Delaware courts agree to the
8  same speakers minus, what?  In other words, the direct reports.
9          And we think that that is -- it properly balances the
10  needs of discovery, what the plaintiffs really needs to be able
11  to prove their case, and at the same time takes into account
12  the burden.  There is, obviously, a significant burden shift
13  from 53 to, you know, a couple hundred or even more.
14          THE COURT:  I'm not saying that.  I asked you about
15  33 additional people, the AVPs.
16          MR. RUBINSTEIN:  Well, again, the AVP documents --
17  for instance, it seems to us that one way to perceive this --
18  again the AVP communicates to their superior.  And then if the
19  plaintiffs want to say, well, that document then gives me a
20  reason why I need to see the documents from this particular
21  AVP, I think that would be a more reasonable way to proceed.
22          It just seems to me that when you get two layers
23  down, that the marginal cost or the marginal benefit is more
24  than outweighed by the incremental burden of having to do the
25  additional searching.

16

1          THE COURT:  All right.  I understand that.  Let me
2  say this.  I always think these discovery disputes are put in
3  the hands of the person least qualified to resolve them when
4  they are put in the hands of a judge because I can't -- there
5  is no way that I know any one-tenth of what anyone in this room
6  knows about exactly what you are talking about, where the
7  marginal utility of the additional search is insignificant as
8  compared to the main liability issues in the case.
9          Nonetheless, I have to make some rather gross calls
10  and so I'm going to do that.  It seems to me that the issue is
11  not just things that were communicated, but the underlying
12  facts on the ground that are separate and apart from -- that
13  are a separate element from exactly what the speakers knew, and
14  so I'm inclined to have some measured discovery beyond the
15  speakers group.
16          So my preliminary and first ruling will be that the
17  files to be searched are the -- did you say 53 individuals?
18          MR. RUBINSTEIN:  That's correct, your Honor.
19          THE COURT:  The 53 individuals that the defendants
20  have identified, plus the area vice-presidents' files in the
21  three sales, and consulting divisions listed in the letter.
22  Okay.
23          MR. WILLIAMS:  Can I add just one more point, your
24  Honor?
25          THE COURT:  Yes.

17

1          MR. WILLIAMS:  Only that I think that that's a fair
2  place to begin.
3          Starting with the list that they have provided, there
4  are a number of people who are not on that list who are clearly
5  -- whose files are clearly relevant to the forecasting process.
6          I think beginning with the 53 that they have provided
7  to the Court is -- it's not really a fair position to begin
8  because it's a group that is -- was chosen -- I don't know why
9  they chose this group.
10          THE COURT:  I know why they chose this group.  They
11  chose this group because this is a securities fraud case and
12  you have to prove the knowledge of the people who actually
13  spoke, and these are the people from whom they get their
14  information.  That's why they chose this group.
15          If you have an additional forecaster that's
16  important, tell me.  We will talk about it.  Who is it?
17          MR. WILLIAMS:  Well, his -- for instance, John
18  Nugent.  Okay.  John Nugent is --
19          THE COURT:  How do you spell Mr. Nugent's name?
20          MR. WILLIAMS:  N-U-G-E-N-T.
21          THE COURT:  Okay.
22          MR. WILLIAMS:  He's not on that list.  He was a
23  person who defendants relied on or at least was a significant
24  individual in the derivative action going directly to the
25  forecasting issue.

Hearing before Spero  3/1/2005  10:02:00 AM

23

1    MR. RUBIN:  Your Honor?

2        THE COURT:  Any problem with these additional dozen

3    files?

4        MR. RUBIN:  Your Honor, perhaps with some no, but

5    perhaps with others yes just based upon on just conferring

6    after hearing the names.

7        I just want to back up for a moment.  When we met a

8    week ago that Friday, the 18th I believe it was, we -- the

9    defendants said to the plaintiffs, these are our categorical

10    cuts, these speakers group.  Then if there are individuals --

11    and we had already identified some -- come to us.  It doesn't

12    have to be a detailed proffer.  Just tell us.  What is your

13    interest in these individuals?  We will confer.  We may not

14    agree to some of them.  On some we may say, you know, this

15    person is just too far afield.  This is one off e-mail and we

16    are not prepared to search entire files, but come to us and

17    identify names.  All we asked for was some showing, some

18    proffer of why you would want this additional name.

19        At the time the plaintiffs oddly resisted that kind

20    of dialogue.  So we have always envisioned exactly what the

21    Court said.  We would have a categorical cut in which we would

22    identify groups of employees, speakers group and now the Court

23    has ruled that the Court wants area vice-presidents included.

24        But in terms of these individual names, we haven't

25    even gone through the first step and we, frankly, are just not

24

1    prepared to respond on an individual basis as to each of these

2    names of who we would be prepared to agree to and who not.

3        And we just think that that process that we propose

4    of coming to us, sending us a list and here already based on

5    the discovery we have gotten are the people that we have

6    identified as additional individuals whose files we want to

7    search, come to us, give us that list.  We will analyze it,

8    look at who they are, what role they play.  And we will come

9    back and my strong suspicion is we would agree on some, perhaps

10    most, but we may not agree on all.  Then at that point if we

11    needed a short intervention from this Court, we would, but,

12    hopefully, we wouldn't.

13        So this is not the time or the place.  We have always

14    envisioned that process taking place, but it doesn't make sense

15    to put the Court in the position and, frankly, to put the

16    defendants in the position of responding now in these

17    individual requests.

18        THE COURT:  Can you respond to any of the

19    individuals?

20        MR. RUBINSTEIN:  Well, one, I can say Ray Lane was

21    not employed by Oracle in the third quarter of 01.  So that, I

22    can respond to that right now.

23        MR. WILLIAMS:  I will reply.  Well, he was there in

24    the second quarter of 01 and that is clearly relevant to our

25    case.

25

1        THE COURT:  We are getting second quarter 01

2    documents, so.

3        MR. RUBINSTEIN:  Your Honor, also let me respond on

4    the question of work charts.  When he -- I'm sorry?

5        THE COURT:  He just completely rebutted your argument

6    and you are just going to rest?

7        MR. RUBINSTEIN:  He was not employed by the company

8    in the third quarter.  I cannot give the precise termination

9    date.

10        THE COURT:  Were you listening to what he was saying?

11        MR. RUBINSTEIN:  I can't give the Court the exact --

12        THE COURT:  Then your answer is "I don't know."

13        MR. RUBIN:  And that's just my point, your Honor.  We

14    are not saying categorically --

15        THE COURT:  Okay.  Well, I will tell you.  I don't

16    want fights about this.  I wanted this resolved today.  I

17    expected you people to know your company and for this dialogue

18    to happen now if it didn't happen before.  It should have

19    happened before.

20        MR. RUBIN:  Frankly, your Honor --

21        THE COURT:  Hey, forget it.  You know, you both --

22    both sides have been unreasonable in this process, as I said.

23    The last time I thought both sides had taken an unnecessarily

24    harsh and adversarial view and I expect it to stop.

25        So I blame you both.  You are never going to convince

26

1    me it's all their fault because you didn't -- you said give me

2    the names and they said no.  I won't believe that.  I simply

3    won't believe that, and I'm sure that that's not precisely the

4    way it happened.

5        In any event, in any event, I wanted to get rid of

6    this mess now.  I want to have as few disputes as possible.  I

7    don't want them -- how many people are on your laundry list?

8        MR. WILLIAMS:  We don't have a laundry list, your

9    Honor.

10        THE COURT:  How many people are on your list?

11        MR. WILLIAMS:  It's precisely about the 160 that

12    defendants represented to you, and we got that list from the

13    documents they provided to us.  That's our universe of

14    knowledge on who is there.

15        THE COURT:  Well, I'm not giving you all the regional

16    managers, but who is your list of people who obviously will

17    have knowledge that you need?

18        MR. WILLIAMS:  Oh, this list is -- at least 13 of --

19    14 people that obviously have information.

20        THE COURT:  All right.  When we are done today, you

21    can all stay and talk about those 13.

22        MR. SOLOMON:  Your Honor, may I just interject?

23        THE COURT:  Yes.

24        MR. SOLOMON:  As you can imagine, that is an ongoing

25    process, a review of production.

Oracle

Page  23 - 26

4

EXHIBIT 23

Hubbard, R. Glenn  7/3/2007  8:20:00 AM

1

```
1   IN THE UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   - - - - - - - - - - - - - - - - - -x
4   In re ORACLE CORPORATION
    SECURITIES LITIGATION       MASTER FILE NO.
5               C-01-0988-MJJ
6   THIS DOCUMENT RELATES TO:
    ALL ACTIONS
7
    - - - - - - - - - - - - - - - - - -x
8
9           July 3, 2007
            8:20 a.m.
10
11      Videotaped Deposition of
12   R. GLENN HUBBARD, taken by attorneys for
13   Plaintiffs,, held at the offices of Lerach Coughlin
14   Stoia Geller Rudman & Robbins LLP, 52 Duane Street,
15   New York, New York, before Andrew Walker, a
16   Registered Professional Reporter (1991) and Notary
17   Public.
18
19
20
21
22
23
24
25
```

Hubbard, R. Glenn  7/3/2007  8:20:00 AM

112

1   disclosed --
2        MS. KYROUZ:  You haven't been
3   disclosed in those cases --
4        THE WITNESS:  No.
5        MS. KYROUZ:  -- so it's confidential
6   information.
7   A.   Yes, there are.  Not a lot.
8   Q.   What areas of your expertise have been sought
9   in those cases?
10  A.   Antitrust.
11  Q.   Antitrust?
12       Have you ever worked for Latham & Watkins
13  before?
14  A.   I may well have a long time ago but I don't
15  recall.  I think it's possible that I did in a case,
16  another securities matter case in the '90s.
17  Q.   Do you remember the name of that case?
18  A.   I believe, if I'm going -- this is from dark
19  memory, the Hilton Bally's case, Delaware Chancery
20  Court case, and I don't remember that it was
21  Latham & Watkins but it's enough of a correlation it
22  might well be.
23  Q.   Okay, and what side were you on?
24  A.   Defendant, and we won.
25  Q.   It's not hard in Delaware Chancery for a

113

1   defendant to win, is it?
2   A.   I haven't studied the actions for Delaware
3   Chancery Court.
4   Q.   Although I'm sure you did a great job.
5        What was the nature of your testimony?
6   A.   I don't remember, sir.  I remember it was in
7   the '90s but I don't remember when.  It would have
8   been between '97 and '99, somewhere in that time
9   frame.
10       MR. SOLOMON:  Okay, let's go off the
11  record.
12       THE VIDEOGRAPHER:  Going off the
13  record, 11:31.  Take five minutes.
14       MS. KYROUZ:  Sure.
15       (Recess taken)
16       THE VIDEOGRAPHER:  Returning to the
17  record, 11:47 a.m.
18  BY MR. SOLOMON::
19  Q.   In preparing your report, have you worked
20  with other people -- your reports, excuse me, have
21  you worked with other people?
22  A.   There were staff and Analysis Group who
23  certainly worked under my direction on my report,
24  the initial report and the rebuttal.
25  Q.   And which individuals assisted you?

114

1   A.   Mr. Deal who is here today, Mr. Orienzi,
2   O-r-t-e-n-z-i, Mr. Hess, H-e-s-s, and Mr. Rosberg, I
3   believe R-o-s-b-e-r-g.
4   Q.   And did any of those individuals do any of
5   the drafting of your reports?
6   A.   No, I was the draftsperson of my report.
7   What the AG team did under my direction was help
8   with many presentations of exhibits, finding data,
9   information.
10  Q.   And is that the same for both your initial
11  report and your rebuttal?
12  A.   That's my general practice, yes.
13  Q.   Nothing changed in the way you prepared your
14  rebuttal from the way you prepared your first
15  report; is that fair?
16  A.   Same process, yes.
17  Q.   And you don't have any kind of list that
18  would identify the deals that supposedly didn't
19  close in the third fiscal quarter of '01 thereby
20  causing Oracle to miss its quarter?
21  A.   Sitting here today, no.  As I told you, I
22  asked about this information, I recall some, but no,
23  I don't have a list here.
24  Q.   And you don't have a list back at the office
25  or anywhere; is that right?

115

1   A.   No, I don't save things -- if I don't have
2   them, I don't have them.
3   Q.   I notice you said you didn't save anything.
4   My real concern is did you ever get such a list?
5        MS. KYROUZ:  Objection; vague.
6   A.   No, I did ask about the big deals and a list
7   and I do remember some of them suggesting that I saw
8   that list or heard that list, I just don't recall.
9   Q.   And, again, you don't know if it was in a
10  conversation or if it was in a document?
11  A.   I really don't recall, sorry.
12  Q.   And do you recall how many companies were on
13  that list, whether it be an oral list or a written
14  list?
15  A.   I don't, but not a large number.  Ten or
16  fewer.
17  Q.   Are you aware that during the class period,
18  which is December 14 through March 1, are you aware
19  that Oracle had a stock repurchase program in
20  effect?
21  A.   I don't recall that, no.
22  Q.   Would Oracle's repurchasing activity have any
23  impact on the opinions or the preparation for the
24  opinions you've given here today?
25  A.   As a general rule, no.