UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-SI |
| | ) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) [PROPOSED] ORDER GRANTING ) PLAINTIFFS' MOTION TO EXCLUDE THE ) EXPERT TESTIMONY OF R. GLENN ) HUBBARD |

DATE:  January 9, 2009
TIME:  9:00 a.m.
CTRM:  The Honorable Susan Illston

1  The Court, having considered Plaintiffs' Motion to Exclude the Expert Testimony of
2  R. Glenn Hubbard, the written submissions of the parties and argument of counsel, IT IS HEREBY
3  ORDERED that plaintiffs' Motion is GRANTED.
4  IT IS SO ORDERED.

5  DATED: _____    _____
6  THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

9  Submitted by:

10 COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
11 MARK SOLOMON
   DOUGLAS R. BRITTON

13     s/ DOUGLAS R. BRITTON
          DOUGLAS R. BRITTON

14
15 655 West Broadway, Suite 1900
   San Diego, CA  92101
   Telephone:  619/231-1058
16 619/231-7423 (fax)

17 COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
18 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
19 ELI R. GREENSTEIN
   DANIEL J. PFEFFERBAUM
20 100 Pine Street, Suite 2600
   San Francisco, CA  94111
21 Telephone:  415/288-4545
   415/288-4534 (fax)

22
23 COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
   STACEY M. KAPLAN
24 9601 Wilshire Blvd., Suite 510
   Los Angeles, CA  90210
25 Telephone:  310/859-3100
   310/278-2148 (fax)

26 Lead Counsel for Plaintiffs

27 S:\CasesSD\Oracle3\ORD00054990_Excl Hubbard.doc

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT
TESTIMONY OF R. GLENN HUBBARD - C-01-0988-SI                                              - 1 -