

| 389.2 | 139.5 | 2283.6 |
|---|---|---|
| 389.2 | 139.5 | 2342.01 |
| 389.2 | 139.5 | 2376.35 |
| 389.2 | 139.5 | 2339.38 |
| 389.2 | 139.5 | 2326.82 |
| 389.2 | 139.5 | 2288.03 |
| 389.2 | 139.5 | 2295.18 |
| 389.2 | 139.5 | 2259.03 |
| 389.2 | 139.5 | 2265.2 |
| 389.2 | 139.5 | 2292.89 |
| 389.2 | 139.5 | 2337.11 |
| 389.2 | 139.5 | 2397.62 |
| 389.2 | 139.5 | 2392.94 |
| 389.2 | 139.5 | 2406 |
| 389.2 | 139.5 | 2412.25 |
| 389.2 | 139.5 | 2381.53 |
| 389.2 | 139.5 | 2431.44 |
| 389.2 | 139.5 | 2439.27 |
| 389.2 | 139.5 | 2428.97 |
| 389.2 | 139.5 | 2462.96 |
| 389.2 | 139.5 | 2421.27 |
| 389.2 | 139.5 | 2395.94 |
| 389.2 | 139.5 | 2322.84 |
| 389.2 | 139.5 | 2365.28 |
| 389.2 | 139.5 | 2434.8 |
| 389.2 | 139.5 | 2419.17 |
| 389.2 | 139.5 | 2492.84 |
| 389.2 | 139.5 | 2480.29 |
| 389.2 | 139.5 | 2461.4 |
| 410.5 | 149.6 | 2493.37 |
| 410.5 | 149.6 | 2560.06 |
| 410.5 | 149.6 | 2563.17 |
| 410.5 | 149.6 | 2544.43 |
| 410.5 | 149.6 | 2573.39 |
| 410.5 | 149.6 | 2593.05 |
| 410.5 | 149.6 | 2598.81 |
| 410.5 | 149.6 | 2583.5 |



| 410.5 | 149.6 | 2507.28 |
| 410.5 | 149.6 | 2521.77 |
| 410.5 | 149.6 | 2484.04 |
| 410.5 | 149.6 | 2345.85 |
| 410.5 | 149.6 | 2409.64 |
| 410.5 | 149.6 | 2489.08 |
| 410.5 | 149.6 | 2561.61 |
| 410.5 | 149.6 | 2590.69 |
| 410.5 | 149.6 | 2652.05 |
| 410.5 | 149.6 | 2602.41 |
| 410.5 | 149.6 | 2550.37 |
| 410.5 | 149.6 | 2528.44 |
| 410.5 | 149.6 | 2542.85 |
| 410.5 | 149.6 | 2535.58 |
| 410.5 | 149.6 | 2485.12 |
| 410.5 | 149.6 | 2534.45 |
| 410.5 | 149.6 | 2472.28 |
| 410.5 | 149.6 | 2503.62 |
| 410.5 | 149.6 | 2526.39 |
| 410.5 | 149.6 | 2566.68 |
| 410.5 | 149.6 | 2606.54 |
| 410.5 | 149.6 | 2582 |
| 410.5 | 149.6 | 2527.86 |
| 410.5 | 149.6 | 2561.84 |
| 410.5 | 149.6 | 2558.36 |
| 410.5 | 149.6 | 2577.4 |
| 410.5 | 149.6 | 2542.23 |
| 410.5 | 149.6 | 2520.14 |
| 410.5 | 149.6 | 2453.66 |
| 410.5 | 149.6 | 2380.9 |
| 410.5 | 149.6 | 2427.18 |
| 410.5 | 149.6 | 2419.15 |
| 410.5 | 149.6 | 2470.52 |
| 410.5 | 149.6 | 2412.03 |
| 410.5 | 149.6 | 2432.41 |
| 410.5 | 149.6 | 2403.32 |
| 410.5 | 149.6 | 2478.34 |



| | | |
|---|---|---|
| 410.5 | 149.6 | 2524.21 |
| 410.5 | 149.6 | 2474.56 |
| 410.5 | 149.6 | 2519.35 |
| 410.5 | 149.6 | 2484.62 |
| 410.5 | 149.6 | 2447.88 |
| 410.5 | 149.6 | 2398.31 |
| 410.5 | 149.6 | 2414.67 |
| 410.5 | 149.6 | 2517.83 |
| 410.5 | 149.6 | 2544.15 |
| 410.5 | 149.6 | 2563.44 |
| 410.5 | 149.6 | 2630.28 |
| 410.5 | 149.6 | 2580.26 |
| 410.5 | 149.6 | 2598.12 |
| 410.5 | 149.6 | 2553.99 |
| 410.5 | 149.6 | 2552.65 |
| 410.5 | 149.6 | 2602.44 |
| 410.5 | 149.6 | 2642.11 |
| 422.7 | 157.9 | 2686.12 |
| 422.7 | 157.9 | 2706.18 |
| 422.7 | 157.9 | 2741.02 |
| 422.7 | 157.9 | 2736.78 |
| 422.7 | 157.9 | 2743.04 |
| 422.7 | 157.9 | 2771.86 |
| 422.7 | 157.9 | 2793.07 |
| 422.7 | 157.9 | 2790.44 |
| 422.7 | 157.9 | 2778.23 |
| 422.7 | 157.9 | 2818.13 |
| 422.7 | 157.9 | 2839.37 |
| 422.7 | 157.9 | 2864.48 |
| 422.7 | 157.9 | 2830.29 |
| 422.7 | 157.9 | 2732.18 |
| 422.7 | 157.9 | 2761.77 |
| 422.7 | 157.9 | 2684.44 |
| 422.7 | 157.9 | 2692.4 |
| 422.7 | 157.9 | 2619.19 |
| 422.7 | 157.9 | 2679.33 |
| 422.7 | 157.9 | 2705.84 |



| 422.7 | 157.9 | 2640.01 |
| 422.7 | 157.9 | 2638.49 |
| 422.7 | 157.9 | 2623.63 |
| 422.7 | 157.9 | 2587.99 |
| 422.7 | 157.9 | 2540 |
| 422.7 | 157.9 | 2565.83 |
| 422.7 | 157.9 | 2547.97 |
| 422.7 | 157.9 | 2518.98 |
| 422.7 | 157.9 | 2490.11 |
| 422.7 | 157.9 | 2564.98 |
| 422.7 | 157.9 | 2549.49 |
| 422.7 | 157.9 | 2637.81 |
| 422.7 | 157.9 | 2645.28 |
| 422.7 | 157.9 | 2671.22 |
| 422.7 | 157.9 | 2657.73 |
| 422.7 | 157.9 | 2621.43 |
| 422.7 | 157.9 | 2648.33 |
| 422.7 | 157.9 | 2719.57 |
| 422.7 | 157.9 | 2752.37 |
| 422.7 | 157.9 | 2805.6 |
| 422.7 | 157.9 | 2774.62 |
| 422.7 | 157.9 | 2758.9 |
| 422.7 | 157.9 | 2712.69 |
| 422.7 | 157.9 | 2739.35 |
| 422.7 | 157.9 | 2750.8 |
| 422.7 | 157.9 | 2734.24 |
| 422.7 | 157.9 | 2843.11 |
| 422.7 | 157.9 | 2837.26 |
| 422.7 | 157.9 | 2808.74 |
| 422.7 | 157.9 | 2852.02 |
| 422.7 | 157.9 | 2887.06 |
| 422.7 | 157.9 | 2844.77 |
| 422.7 | 157.9 | 2868.29 |
| 422.7 | 157.9 | 2814.17 |
| 422.7 | 157.9 | 2806.72 |
| 422.7 | 157.9 | 2869.62 |
| 422.7 | 157.9 | 2886.15 |



| | | |
|---|---|---|
| 422.7 | 157.9 | 2821.1 |
| 422.7 | 157.9 | 2858.16 |
| 422.7 | 157.9 | 2749.83 |
| 422.7 | 157.9 | 2740.41 |
| 422.7 | 157.9 | 2761.75 |
| 422.7 | 157.9 | 2756.25 |
| 422.7 | 157.9 | 2730.27 |
| 422.7 | 157.9 | 2746.16 |
| 421.6 | 163.3 | 2736.85 |
| 421.6 | 163.3 | 2795.97 |
| 421.6 | 163.3 | 2799.67 |
| 421.6 | 163.3 | 2857.21 |
| 421.6 | 163.3 | 2860.7 |
| 421.6 | 163.3 | 2886.57 |
| 421.6 | 163.3 | 2915.95 |
| 421.6 | 163.3 | 2872.43 |
| 421.6 | 163.3 | 2801.27 |
| 421.6 | 163.3 | 2806.84 |
| 421.6 | 163.3 | 2731.83 |
| 421.6 | 163.3 | 2689.15 |
| 421.6 | 163.3 | 2688.18 |
| 421.6 | 163.3 | 2788.13 |
| 421.6 | 163.3 | 2801.95 |
| 421.6 | 163.3 | 2816.52 |
| 421.6 | 163.3 | 2815.95 |
| 421.6 | 163.3 | 2811.47 |
| 421.6 | 163.3 | 2802.52 |
| 421.6 | 163.3 | 2875.22 |
| 421.6 | 163.3 | 2966.43 |
| 421.6 | 163.3 | 2967.65 |
| 421.6 | 163.3 | 2981.63 |
| 421.6 | 163.3 | 3028.51 |
| 421.6 | 163.3 | 3055.95 |
| 421.6 | 163.3 | 3102.29 |
| 421.6 | 163.3 | 3143.97 |
| 421.6 | 163.3 | 3125.04 |
| 421.6 | 163.3 | 3155.96 |



| | | |
|---|---|---|
| 3197.29 | 163.3 | 421.6 |
| 3221.15 | 163.3 | 421.6 |
| 3219.54 | 163.3 | 421.6 |
| 3295.52 | 163.3 | 421.6 |
| 3269.39 | 163.3 | 421.6 |
| 3347.11 | 163.3 | 421.6 |
| 3369.25 | 163.3 | 421.6 |
| 3392.56 | 163.3 | 421.6 |
| 3342.87 | 163.3 | 421.6 |
| 3420.5 | 163.3 | 421.6 |
| 3447.81 | 163.3 | 421.6 |
| 3421.37 | 163.3 | 421.6 |
| 3336.16 | 163.3 | 421.6 |
| 3353.71 | 163.3 | 421.6 |
| 3452.78 | 163.3 | 421.6 |
| 3520.63 | 163.3 | 421.6 |
| 3546.01 | 163.3 | 421.6 |
| 3586.92 | 163.3 | 421.6 |
| 3586.08 | 163.3 | 421.6 |
| 3594.17 | 163.3 | 421.6 |
| 3620.23 | 163.3 | 421.6 |
| 3658.15 | 163.3 | 421.6 |
| 3571.66 | 163.3 | 421.6 |
| 3621.95 | 163.3 | 421.6 |
| 3715.06 | 163.3 | 421.6 |
| 3753.06 | 163.3 | 421.6 |
| 3783.87 | 163.3 | 421.6 |
| 3911.15 | 163.3 | 421.6 |
| 3937.3 | 163.3 | 421.6 |
| 3969.44 | 163.3 | 421.6 |
| 3975.38 | 163.3 | 421.6 |
| 3972.11 | 163.3 | 421.6 |
| 4041.46 | 163.3 | 421.6 |
| 4036.87 | 163.3 | 421.6 |
| 4069.31 | 163.3 | 421.6 |
| 4131.15 | 168.7 | 446.4 |
| 3901.69 | 168.7 | 446.4 |





| | | |
|---|---|---|
| 3877.54 | 168.7 | 446.4 |
| 3727.13 | 168.7 | 446.4 |
| 3882.62 | 168.7 | 446.4 |
| 4049.67 | 168.7 | 446.4 |
| 3921.19 | 168.7 | 446.4 |
| 3850.02 | 168.7 | 446.4 |
| 3957.21 | 168.7 | 446.4 |
| 4064.27 | 168.7 | 446.4 |
| 4130.81 | 168.7 | 446.4 |
| 4151.29 | 168.7 | 446.4 |
| 4189.51 | 168.7 | 446.4 |
| 4235.4 | 168.7 | 446.4 |
| 4096.08 | 168.7 | 446.4 |
| 4167.41 | 168.7 | 446.4 |
| 4069.91 | 168.7 | 446.4 |
| 4039.56 | 168.7 | 446.4 |
| 3887.07 | 168.7 | 446.4 |
| 3940.35 | 168.7 | 446.4 |
| 4051.98 | 168.7 | 446.4 |
| 4073.96 | 168.7 | 446.4 |
| 4210.98 | 168.7 | 446.4 |
| 4244.14 | 168.7 | 446.4 |
| 4321.77 | 168.7 | 446.4 |
| 4427.54 | 168.7 | 446.4 |
| 4363.24 | 168.7 | 446.4 |
| 4485.63 | 168.7 | 446.4 |
| 4395.45 | 168.7 | 446.4 |
| 4418.55 | 168.7 | 446.4 |
| 4420.77 | 168.7 | 446.4 |
| 4427.65 | 168.7 | 446.4 |
| 4548.92 | 168.7 | 446.4 |
| 4411.74 | 168.7 | 446.4 |
| 4382.12 | 168.7 | 446.4 |
| 4550.33 | 168.7 | 446.4 |
| 4617.65 | 168.7 | 446.4 |
| 4590.5 | 168.7 | 446.4 |
| 4577.85 | 168.7 | 446.4 |



| 446.4 | 168.7 | 4696.69 |
| 446.4 | 168.7 | 4784.08 |
| 446.4 | 168.7 | 4754.51 |
| 446.4 | 168.7 | 4914.79 |
| 446.4 | 168.7 | 4904.85 |
| 446.4 | 168.7 | 4847.84 |
| 446.4 | 168.7 | 4897.17 |
| 446.4 | 168.7 | 5046.86 |
| 446.4 | 168.7 | 5048.62 |
| 446.4 | 168.7 | 4907.24 |
| 446.4 | 168.7 | 4706.63 |
| 446.4 | 168.7 | 4582.62 |
| 446.4 | 168.7 | 4717.39 |
| 446.4 | 168.7 | 4798.13 |
| 446.4 | 168.7 | 4610 |
| 446.4 | 168.7 | 4711.68 |
| 446.4 | 168.7 | 4864.75 |
| 446.4 | 168.7 | 4940.61 |
| 446.4 | 168.7 | 4963.03 |
| 446.4 | 168.7 | 4958.56 |
| 446.4 | 168.7 | 4833.89 |
| 446.4 | 168.7 | 4644.67 |
| 446.4 | 168.7 | 4457.89 |
| 446.4 | 168.7 | 4572.83 |
| 466.5 | 174.8 | 4223.68 |
| 466.5 | 174.8 | 4148.89 |
| 466.5 | 174.8 | 4169.22 |
| 466.5 | 174.8 | 4267.56 |
| 466.5 | 174.8 | 4446.45 |
| 466.5 | 174.8 | 4188.2 |
| 466.5 | 174.8 | 4055.9 |
| 466.5 | 174.8 | 3769.63 |
| 466.5 | 174.8 | 3676.78 |
| 466.5 | 174.8 | 3321.29 |
| 466.5 | 174.8 | 3539.16 |
| 466.5 | 174.8 | 3793.57 |
| 466.5 | 174.8 | 3706.41 |



| | | |
|---|---|---|
| 466.5 | 174.8 | 3643.88 |
| 466.5 | 174.8 | 3482.48 |
| 466.5 | 174.8 | 3711.23 |
| 466.5 | 174.8 | 3630.09 |
| 466.5 | 174.8 | 3774.03 |
| 466.5 | 174.8 | 3860.66 |
| 466.5 | 174.8 | 3958.08 |
| 466.5 | 174.8 | 3785.45 |
| 466.5 | 174.8 | 3707.31 |
| 466.5 | 174.8 | 3720.24 |
| 466.5 | 174.8 | 3816.82 |
| 466.5 | 174.8 | 3669.38 |
| 466.5 | 174.8 | 3585.01 |
| 466.5 | 174.8 | 3384.73 |
| 466.5 | 174.8 | 3499.58 |
| 466.5 | 174.8 | 3529.06 |
| 466.5 | 174.8 | 3607.65 |
| 466.5 | 174.8 | 3717.57 |
| 466.5 | 174.8 | 3644.96 |
| 466.5 | 174.8 | 3538.71 |
| 466.5 | 174.8 | 3390.4 |
| 466.5 | 174.8 | 3364.21 |
| 466.5 | 174.8 | 3164.55 |
| 466.5 | 174.8 | 3270.61 |
| 466.5 | 174.8 | 3205.35 |
| 466.5 | 174.8 | 3205.11 |
| 466.5 | 174.8 | 3459.48 |
| 466.5 | 174.8 | 3400.91 |
| 466.5 | 174.8 | 3582.5 |
| 466.5 | 174.8 | 3813.38 |
| 466.5 | 174.8 | 3821.76 |
| 466.5 | 174.8 | 3756.37 |
| 466.5 | 174.8 | 3839.26 |
| 466.5 | 174.8 | 3825.56 |
| 466.5 | 174.8 | 3874.84 |
| 466.5 | 174.8 | 3767.91 |
| 466.5 | 174.8 | 3851.06 |



| | | |
|---|---|---|
| 466.5 | 174.8 | 3797.41 |
| 466.5 | 174.8 | 3845.74 |
| 466.5 | 174.8 | 3860.56 |
| 466.5 | 174.8 | 3989.83 |
| 466.5 | 174.8 | 4013.36 |
| 466.5 | 174.8 | 4064.01 |
| 466.5 | 174.8 | 3936.84 |
| 466.5 | 174.8 | 3845.34 |
| 466.5 | 174.8 | 3912.12 |
| 466.5 | 174.8 | 3858.96 |
| 466.5 | 174.8 | 3940.34 |
| 466.5 | 174.8 | 3877.23 |
| 466.5 | 174.8 | 3966.11 |
| 473.6 | 177.9 | 3991.93 |
| 473.6 | 177.9 | 3863.1 |
| 473.6 | 177.9 | 3960.57 |
| 473.6 | 177.9 | 4023.2 |
| 473.6 | 177.9 | 3980.29 |
| 473.6 | 177.9 | 3956.42 |
| 473.6 | 177.9 | 4099.59 |
| 473.6 | 177.9 | 4174.86 |
| 473.6 | 177.9 | 4246.18 |
| 473.6 | 177.9 | 4274.67 |
| 473.6 | 177.9 | 4177.17 |
| 473.6 | 177.9 | 4055.63 |
| 473.6 | 177.9 | 4184.56 |
| 473.6 | 177.9 | 4094.45 |
| 473.6 | 177.9 | 3981.57 |
| 473.6 | 177.9 | 4029.57 |
| 473.6 | 177.9 | 3987.72 |
| 473.6 | 177.9 | 3842.23 |
| 473.6 | 177.9 | 3663 |
| 473.6 | 177.9 | 3766.99 |
| 473.6 | 177.9 | 3685.52 |
| 473.6 | 177.9 | 3658.46 |
| 473.6 | 177.9 | 3759.88 |
| 473.6 | 177.9 | 3787.36 |



| | | |
|---|---|---|
| 473.6 | 177.9 | 3862.99 |
| 473.6 | 177.9 | 3848.55 |
| 473.6 | 177.9 | 3853.5 |
| 473.6 | 177.9 | 3759.99 |
| 473.6 | 177.9 | 3789.47 |
| 473.6 | 177.9 | 3849.69 |
| 473.6 | 177.9 | 3851.66 |
| 473.6 | 177.9 | 3861.2 |
| 473.6 | 177.9 | 3940.87 |
| 473.6 | 177.9 | 3930.34 |
| 473.6 | 177.9 | 3953.15 |
| 473.6 | 177.9 | 3958.21 |
| 473.6 | 177.9 | 4011.01 |
| 473.6 | 177.9 | 4053.28 |
| 473.6 | 177.9 | 4042.68 |
| 473.6 | 177.9 | 4070.59 |
| 473.6 | 177.9 | 4082.17 |
| 473.6 | 177.9 | 4103.81 |
| 473.6 | 177.9 | 4206.35 |
| 473.6 | 177.9 | 4234.33 |
| 473.6 | 177.9 | 4143.18 |
| 473.6 | 177.9 | 4013.34 |
| 473.6 | 177.9 | 4098.35 |
| 473.6 | 177.9 | 3978.41 |
| 473.6 | 177.9 | 3896.35 |
| 473.6 | 177.9 | 3849.51 |
| 473.6 | 177.9 | 3893.89 |
| 473.6 | 177.9 | 3913.86 |
| 473.6 | 177.9 | 3835.23 |
| 473.6 | 177.9 | 3726.52 |
| 473.6 | 177.9 | 3865.64 |
| 473.6 | 177.9 | 3897.44 |
| 473.6 | 177.9 | 3828.87 |
| 473.6 | 177.9 | 3803.76 |
| 473.6 | 177.9 | 3741.22 |
| 473.6 | 177.9 | 3689.1 |
| 473.6 | 177.9 | 3656.3 |



| | | | |
|---|---|---|---|
| 473.6 | 177.9 | 3778.32 | |
| 473.6 | 177.9 | 3672.82 | |
| 484 | 183.2 | 3568.9 | |
| 484 | 183.2 | 3455.83 | |
| 484 | 183.2 | 3523.1 | |
| 484 | 183.2 | 3472.1 | |
| 484 | 183.2 | 3361.01 | |
| 484 | 183.2 | 3355.56 | |
| 484 | 183.2 | 3240.54 | |
| 484 | 183.2 | 3168.49 | |
| 484 | 183.2 | 3074.68 | |
| 484 | 183.2 | 3316.77 | |
| 484 | 183.2 | 3290.28 | |
| 484 | 183.2 | 3213.96 | |
| 484 | 183.2 | 3171.56 | |
| 484 | 183.2 | 3418.6 | |
| 484 | 183.2 | 3483.14 | |
| 484 | 183.2 | 3468.69 | |
| 484 | 183.2 | 3419.79 | |
| 484 | 183.2 | 3229.57 | |
| 484 | 183.2 | 3272.18 | |
| 484 | 183.2 | 3278.36 | |
| 484 | 183.2 | 3191.4 | |
| 484 | 183.2 | 3369.63 | |
| 484 | 183.2 | 3333.39 | |
| 484 | 183.2 | 3429.02 | |
| 484 | 183.2 | 3451.58 | |
| 484 | 183.2 | 3416.21 | |
| 484 | 183.2 | 3415.79 | |
| 484 | 183.2 | 3231.7 | |
| 484 | 183.2 | 3200.35 | |
| 484 | 183.2 | 3028.99 | |
| 484 | 183.2 | 2966.72 | |
| 484 | 183.2 | 3138.27 | |
| 484 | 183.2 | 3165.49 | |
| 484 | 183.2 | 3031.88 | |
| 484 | 183.2 | 3027.19 | |



| | | |
|---|---|---|
| 484 | 183.2 | 2875.64 |
| 484 | 183.2 | 2871.45 |
| 484 | 183.2 | 2755.34 |
| 484 | 183.2 | 2904.38 |
| 484 | 183.2 | 2880.49 |
| 484 | 183.2 | 2734.98 |
| 484 | 183.2 | 2706.93 |
| 484 | 183.2 | 2597.93 |
| 484 | 183.2 | 2645.29 |
| 484 | 183.2 | 2615.75 |
| 484 | 183.2 | 2889.8 |
| 484 | 183.2 | 2796.5 |
| 484 | 183.2 | 2752.66 |
| 484 | 183.2 | 2917.43 |
| 484 | 183.2 | 3015.1 |
| 484 | 183.2 | 2931.77 |
| 484 | 183.2 | 2822.77 |
| 484 | 183.2 | 2728.51 |
| 484 | 183.2 | 2653.27 |
| 484 | 183.2 | 2624.52 |
| 484 | 183.2 | 2511.71 |
| 484 | 183.2 | 2332.78 |
| 484 | 183.2 | 2340.12 |
| 484 | 183.2 | 2517.02 |
| 484 | 183.2 | 2493.52 |
| 484 | 183.2 | 2539.35 |
| 484 | 183.2 | 2557.76 |
| 484 | 183.2 | 2470.52 |
| 470.8 | 182.8 | 2291.86 |
| 470.8 | 182.8 | 2616.69 |
| 470.8 | 182.8 | 2566.83 |
| 470.8 | 182.8 | 2407.65 |
| 470.8 | 182.8 | 2395.92 |
| 470.8 | 182.8 | 2441.3 |
| 470.8 | 182.8 | 2524.18 |
| 470.8 | 182.8 | 2640.57 |
| 470.8 | 182.8 | 2626.5 |



| 470.8 | 182.8 | 2618.55 |
| 470.8 | 182.8 | 2682.78 |
| 470.8 | 182.8 | 2768.49 |
| 470.8 | 182.8 | 2770.38 |
| 470.8 | 182.8 | 2757.91 |
| 470.8 | 182.8 | 2840.39 |
| 470.8 | 182.8 | 2859.15 |
| 470.8 | 182.8 | 2754.28 |
| 470.8 | 182.8 | 2781.3 |
| 470.8 | 182.8 | 2838.34 |
| 470.8 | 182.8 | 2838.35 |
| 470.8 | 182.8 | 2772.73 |
| 470.8 | 182.8 | 2782.79 |
| 470.8 | 182.8 | 2660.5 |
| 470.8 | 182.8 | 2643.21 |
| 470.8 | 182.8 | 2664.49 |
| 470.8 | 182.8 | 2607.82 |
| 470.8 | 182.8 | 2562.06 |
| 470.8 | 182.8 | 2470.97 |
| 470.8 | 182.8 | 2489.66 |
| 470.8 | 182.8 | 2427.72 |
| 470.8 | 182.8 | 2491.4 |
| 470.8 | 182.8 | 2552.91 |
| 470.8 | 182.8 | 2425.38 |
| 470.8 | 182.8 | 2318.35 |
| 470.8 | 182.8 | 2268.94 |
| 470.8 | 182.8 | 2244.96 |
| 470.8 | 182.8 | 2262.51 |
| 470.8 | 182.8 | 2308.5 |
| 470.8 | 182.8 | 2207.82 |
| 470.8 | 182.8 | 2151.83 |
| 470.8 | 182.8 | 2183.37 |
| 470.8 | 182.8 | 2117.63 |
| 470.8 | 182.8 | 2142.92 |
| 470.8 | 182.8 | 2204.43 |
| 470.8 | 182.8 | 2223.92 |
| 470.8 | 182.8 | 2168.73 |



| | | |
|---|---|---|
| 470.8 | 182.8 | 2052.78 |
| 470.8 | 182.8 | 1923.38 |
| 470.8 | 182.8 | 2014.78 |
| 470.8 | 182.8 | 1972.09 |
| 470.8 | 182.8 | 1940.71 |
| 470.8 | 182.8 | 1890.91 |
| 470.8 | 182.8 | 1951.18 |
| 470.8 | 182.8 | 1857.44 |
| 470.8 | 182.8 | 1830.23 |
| 470.8 | 182.8 | 1897.7 |
| 470.8 | 182.8 | 1928.68 |
| 470.8 | 182.8 | 1918.49 |
| 470.8 | 182.8 | 1972.26 |
| 470.8 | 182.8 | 1854.13 |
| 470.8 | 182.8 | 1820.57 |
| 470.8 | 182.8 | 1840.26 |
| 442.8 | 176.1 | 1782.97 |
| 442.8 | 176.1 | 1673 |
| 442.8 | 176.1 | 1638.8 |
| 442.8 | 176.1 | 1785 |
| 442.8 | 176.1 | 1720.36 |
| 442.8 | 176.1 | 1745.71 |
| 442.8 | 176.1 | 1852.03 |
| 442.8 | 176.1 | 1898.95 |
| 442.8 | 176.1 | 1961.43 |
| 442.8 | 176.1 | 1909.57 |
| 442.8 | 176.1 | 1923.22 |
| 442.8 | 176.1 | 2079.44 |
| 442.8 | 176.1 | 2182.14 |
| 442.8 | 176.1 | 2163.41 |
| 442.8 | 176.1 | 2059.32 |
| 442.8 | 176.1 | 2016.61 |
| 442.8 | 176.1 | 2059.8 |
| 442.8 | 176.1 | 2034.88 |
| 442.8 | 176.1 | 2075.68 |
| 442.8 | 176.1 | 2116.24 |
| 442.8 | 176.1 | 2168.24 |



| | | |
|---|---|---|
| 442.8 | 176.1 | 2220.6 |
| 442.8 | 176.1 | 2146.2 |
| 442.8 | 176.1 | 2191.53 |
| 442.8 | 176.1 | 2173.57 |
| 442.8 | 176.1 | 2198.77 |
| 442.8 | 176.1 | 2156.63 |
| 442.8 | 176.1 | 2128.86 |
| 442.8 | 176.1 | 2107.43 |
| 442.8 | 176.1 | 2081.92 |
| 442.8 | 176.1 | 2085.58 |
| 442.8 | 176.1 | 2166.44 |
| 442.8 | 176.1 | 2193.68 |
| 442.8 | 176.1 | 2198.88 |
| 442.8 | 176.1 | 2305.59 |
| 442.8 | 176.1 | 2313.85 |
| 442.8 | 176.1 | 2243.48 |
| 442.8 | 176.1 | 2282.02 |
| 442.8 | 176.1 | 2251.03 |
| 442.8 | 176.1 | 2175.54 |
| 442.8 | 176.1 | 2084.5 |
| 442.8 | 176.1 | 2110.49 |
| 442.8 | 176.1 | 2149.44 |
| 442.8 | 176.1 | 2155.93 |
| 442.8 | 176.1 | 2233.66 |
| 442.8 | 176.1 | 2217.73 |
| 442.8 | 176.1 | 2264 |
| 442.8 | 176.1 | 2215.1 |
| 442.8 | 176.1 | 2170.78 |
| 442.8 | 176.1 | 2169.95 |
| 442.8 | 176.1 | 2121.66 |
| 442.8 | 176.1 | 2044.07 |
| 442.8 | 176.1 | 2028.43 |
| 442.8 | 176.1 | 1988.63 |
| 442.8 | 176.1 | 1992.66 |
| 442.8 | 176.1 | 2031.24 |
| 442.8 | 176.1 | 2058.76 |
| 442.8 | 176.1 | 2034.84 |



| | | |
|---|---|---|
| 442.8 | 176.1 | 2050.87 |
| 442.8 | 176.1 | 2064.62 |
| 442.8 | 176.1 | 2074.74 |
| 442.8 | 176.1 | 2125.46 |
| 442.8 | 176.1 | 2161.24 |
| 422 | 172.1 | 2148.72 |
| 422 | 172.1 | 2140.8 |
| 422 | 172.1 | 2080.11 |
| 422 | 172.1 | 2004.16 |
| 422 | 172.1 | 2026.71 |
| 422 | 172.1 | 1962.79 |
| 422 | 172.1 | 1972.04 |
| 422 | 172.1 | 2075.74 |
| 422 | 172.1 | 2084.79 |
| 422 | 172.1 | 2029.12 |
| 422 | 172.1 | 2067.32 |
| 422 | 172.1 | 2016.17 |
| 422 | 172.1 | 2046.59 |
| 422 | 172.1 | 2029.37 |
| 422 | 172.1 | 1988.56 |
| 422 | 172.1 | 1959.24 |
| 422 | 172.1 | 1984.32 |
| 422 | 172.1 | 2022.96 |
| 422 | 172.1 | 2029.07 |
| 422 | 172.1 | 2017.84 |
| 422 | 172.1 | 2027.13 |
| 422 | 172.1 | 2068.38 |
| 422 | 172.1 | 2087.38 |
| 422 | 172.1 | 2066.33 |
| 422 | 172.1 | 2034.26 |
| 422 | 172.1 | 2027.79 |
| 422 | 172.1 | 1966.36 |
| 422 | 172.1 | 1963.32 |
| 422 | 172.1 | 1956.47 |
| 422 | 172.1 | 1982.25 |
| 422 | 172.1 | 1964.53 |
| 422 | 172.1 | 1918.89 |



| | | |
|---|---|---|
| 422 | 172.1 | 1930.32 |
| 422 | 172.1 | 1867.01 |
| 422 | 172.1 | 1881.35 |
| 422 | 172.1 | 1831.3 |
| 422 | 172.1 | 1860.01 |
| 422 | 172.1 | 1842.97 |
| 422 | 172.1 | 1916.8 |
| 422 | 172.1 | 1912.41 |
| 422 | 172.1 | 1864.98 |
| 422 | 172.1 | 1843.17 |
| 422 | 172.1 | 1791.68 |
| 422 | 172.1 | 1805.43 |
| 422 | 172.1 | 1770.78 |
| 422 | 172.1 | 1759.01 |
| 422 | 172.1 | 1705.64 |
| 422 | 172.1 | 1687.7 |
| 422 | 172.1 | 1695.38 |
| 422 | 172.1 | 1579.55 |
| 422 | 172.1 | 1555.08 |
| 422 | 172.1 | 1527.8 |
| 422 | 172.1 | 1470.93 |
| 422 | 172.1 | 1423.19 |
| 422 | 172.1 | 1499.4 |
| 422 | 172.1 | 1501.64 |
| 422 | 172.1 | 1464.04 |
| 422 | 172.1 | 1460.71 |
| 422 | 172.1 | 1498.8 |
| 412.5 | 167.6 | 1480.46 |
| 412.5 | 167.6 | 1492.33 |
| 412.5 | 167.6 | 1580.81 |
| 412.5 | 167.6 | 1597.31 |
| 412.5 | 167.6 | 1605.3 |
| 412.5 | 167.6 | 1605.95 |
| 412.5 | 167.6 | 1570.19 |
| 412.5 | 167.6 | 1626.26 |
| 412.5 | 167.6 | 1701.47 |
| 412.5 | 167.6 | 1703.4 |



| | | |
|---|---|---|
| 1696.31 | 167.6 | 412.5 |
| 1722.07 | 167.6 | 412.5 |
| 1646.34 | 167.6 | 412.5 |
| 1652.72 | 167.6 | 412.5 |
| 1671.31 | 167.6 | 412.5 |
| 1708.08 | 167.6 | 412.5 |
| 1704.44 | 167.6 | 412.5 |
| 1731.54 | 167.6 | 412.5 |
| 1775.47 | 167.6 | 412.5 |
| 1768.96 | 167.6 | 412.5 |
| 1699.52 | 167.6 | 412.5 |
| 1667.41 | 167.6 | 412.5 |
| 1690.2 | 167.6 | 412.5 |
| 1746.3 | 167.6 | 412.5 |
| 1745.73 | 167.6 | 412.5 |
| 1793.65 | 167.6 | 412.5 |
| 1835.08 | 167.6 | 412.5 |
| 1837.53 | 167.6 | 412.5 |
| 1827.77 | 167.6 | 412.5 |
| 1828.48 | 167.6 | 412.5 |
| 1840.13 | 167.6 | 412.5 |
| 1892.11 | 167.6 | 412.5 |
| 1903.19 | 167.6 | 412.5 |
| 1900.57 | 167.6 | 412.5 |
| 1898.58 | 167.6 | 412.5 |
| 1934.42 | 167.6 | 412.5 |
| 1880.51 | 167.6 | 412.5 |
| 1875.05 | 167.6 | 412.5 |
| 1903.2 | 167.6 | 412.5 |
| 1941.23 | 167.6 | 412.5 |
| 1935.97 | 167.6 | 412.5 |
| 1887.97 | 167.6 | 412.5 |
| 1933.26 | 167.6 | 412.5 |
| 1930.58 | 167.6 | 412.5 |
| 1904.9 | 167.6 | 412.5 |
| 1963.1 | 167.6 | 412.5 |
| 2046.84 | 167.6 | 412.5 |



| | | |
|---|---|---|
| 412.5 | 167.6 | 2054.27 |
| 412.5 | 167.6 | 2021.26 |
| 412.5 | 167.6 | 1992.12 |
| 412.5 | 167.6 | 2001.93 |
| 412.5 | 167.6 | 2011.38 |
| 412.5 | 167.6 | 1946.51 |
| 412.5 | 167.6 | 1953.17 |
| 412.5 | 167.6 | 1987.45 |
| 412.5 | 167.6 | 2004.76 |
| 412.5 | 167.6 | 1982.89 |
| 412.5 | 167.6 | 1918.54 |
| 412.5 | 167.6 | 1945.83 |
| 412.5 | 167.6 | 1944.48 |
| 412.5 | 167.6 | 1960.7 |
| 412.5 | 167.6 | 1976.42 |
| 402.9 | 167.6 | 1987.26 |
| 402.9 | 167.6 | 1950.4 |
| 402.9 | 165.9 | 1979.25 |
| 402.9 | 165.9 | 2044.27 |
| 402.9 | 165.9 | 2059.38 |
| 402.9 | 165.9 | 2037.1 |
| 402.9 | 165.9 | 2055.74 |
| 402.9 | 165.9 | 2044.89 |
| 402.9 | 165.9 | 2047.24 |
| 402.9 | 165.9 | 2022.46 |
| 402.9 | 165.9 | 1990.74 |
| 402.9 | 165.9 | 2000.91 |
| 402.9 | 165.9 | 1944.44 |
| 402.9 | 165.9 | 1985.82 |
| 402.9 | 165.9 | 1930.34 |
| 402.9 | 165.9 | 1882.57 |
| 402.9 | 165.9 | 1922.38 |
| 402.9 | 165.9 | 1942.58 |
| 402.9 | 165.9 | 1937.7 |
| 402.9 | 165.9 | 1943.91 |
| 402.9 | 165.9 | 1892.99 |
| 402.9 | 165.9 | 1913.44 |





| | | | |
|---|---|---|---|
| 402.9 | 165.9 | 1824.17 | |
| 402.9 | 165.9 | 1826.75 | |
| 402.9 | 165.9 | 1845.35 | |
| 400.3 | 167.7 | 1862.62 | |
| 400.3 | 167.7 | 1804.4 | |
| 400.3 | 167.7 | 1784.35 | |
| 400.3 | 167.7 | 1789.75 | |
| 400.3 | 167.7 | 1770.03 | |
| 400.3 | 167.7 | 1785.87 | |
| 400.3 | 167.7 | 1742.57 | |
| 400.3 | 167.7 | 1767.07 | |
| 400.3 | 167.7 | 1725.24 | |
| 400.3 | 167.7 | 1756.19 | |
| 400.3 | 167.7 | 1753.78 | |
| 400.3 | 167.7 | 1816.79 | |
| 400.3 | 167.7 | 1810.67 | |
| 400.3 | 167.7 | 1802.43 | |
| 400.3 | 167.7 | 1796.83 | |
| 400.3 | 167.7 | 1758.68 | |
| 400.3 | 167.7 | 1730.29 | |
| 400.3 | 167.7 | 1713.34 | |
| 400.3 | 167.7 | 1713.7 | |
| 400.3 | 167.7 | 1663.89 | |
| 400.3 | 167.7 | 1656.93 | |
| 400.3 | 167.7 | 1688.23 | |
| 400.3 | 167.7 | 1677.53 | |
| 400.3 | 167.7 | 1644.82 | |
| 400.3 | 167.7 | 1613.03 | |
| 400.3 | 167.7 | 1578.48 | |
| 400.3 | 167.7 | 1573.82 | |
| 400.3 | 167.7 | 1696.29 | |
| 400.3 | 167.7 | 1650.49 | |
| 400.3 | 167.7 | 1600.85 | |
| 400.3 | 167.7 | 1652.54 | |
| 400.3 | 167.7 | 1719.05 | |
| 400.3 | 167.7 | 1725.56 | |
| 400.3 | 167.7 | 1730.44 | |



| | | |
|---|---|---|
| 400.3 | 167.7 | 1741.39 |
| 400.3 | 167.7 | 1701.59 |
| 400.3 | 167.7 | 1664.18 |
| 400.3 | 167.7 | 1673.45 |
| 400.3 | 167.7 | 1697.63 |
| 400.3 | 167.7 | 1661.49 |
| 400.3 | 167.7 | 1652.17 |
| 400.3 | 167.7 | 1624.39 |
| 400.3 | 167.7 | 1631.92 |
| 400.3 | 167.7 | 1615.73 |
| 400.3 | 167.7 | 1562.56 |
| 400.3 | 167.7 | 1578.12 |
| 400.3 | 167.7 | 1595.26 |
| 400.3 | 167.7 | 1554.88 |
| 400.3 | 167.7 | 1535.48 |
| 400.3 | 167.7 | 1530.69 |
| 400.3 | 167.7 | 1497.18 |
| 400.3 | 167.7 | 1519.12 |
| 400.3 | 167.7 | 1496.86 |
| 400.3 | 167.7 | 1504.74 |
| 400.3 | 167.7 | 1553.29 |
| 400.3 | 167.7 | 1542.96 |
| 400.3 | 167.7 | 1496.83 |
| 400.3 | 167.7 | 1464.75 |
| 400.3 | 167.7 | 1440.96 |
| 400.3 | 167.7 | 1460.34 |
| 400.3 | 167.7 | 1423.99 |
| 400.3 | 167.7 | 1429.33 |
| 400.3 | 167.7 | 1459.2 |
| 400.3 | 167.7 | 1463.21 |
| 403.7 | 171 | 1403.8 |
| 403.7 | 171 | 1357.82 |
| 403.7 | 171 | 1380.17 |
| 403.7 | 171 | 1448.36 |
| 403.7 | 171 | 1405.61 |
| 403.7 | 171 | 1381.12 |
| 403.7 | 171 | 1346.01 |



| | | |
|---|---|---|
| 1374.43 | 171 | 403.7 |
| 1373.5 | 171 | 403.7 |
| 1382.62 | 171 | 403.7 |
| 1375.26 | 171 | 403.7 |
| 1397.25 | 171 | 403.7 |
| 1356.95 | 171 | 403.7 |
| 1319.15 | 171 | 403.7 |
| 1282.65 | 171 | 403.7 |
| 1229.05 | 171 | 403.7 |
| 1290.23 | 171 | 403.7 |
| 1240.08 | 171 | 403.7 |
| 1262.12 | 171 | 403.7 |
| 1335.25 | 171 | 403.7 |
| 1344.19 | 171 | 403.7 |
| 1328.26 | 171 | 403.7 |
| 1280 | 171 | 403.7 |
| 1247.92 | 171 | 403.7 |
| 1206.01 | 171 | 403.7 |
| 1259.55 | 171 | 403.7 |
| 1280.9 | 171 | 403.7 |
| 1316.52 | 171 | 403.7 |
| 1306.12 | 171 | 403.7 |
| 1306.84 | 171 | 403.7 |
| 1269.28 | 171 | 403.7 |
| 1334.3 | 171 | 403.7 |
| 1345.01 | 171 | 403.7 |
| 1361.01 | 171 | 403.7 |
| 1394.54 | 171 | 403.7 |
| 1376.59 | 171 | 403.7 |
| 1409.25 | 171 | 403.7 |
| 1422.95 | 171 | 403.7 |
| 1380.62 | 171 | 403.7 |
| 1391.74 | 171 | 403.7 |
| 1347.78 | 171 | 403.7 |
| 1314.38 | 171 | 403.7 |
| 1335.77 | 171 | 403.7 |
| 1314.85 | 171 | 403.7 |



| | | |
|---|---|---|
| 403.7 | 171 | 1263.84 |
| 403.7 | 171 | 1292.31 |
| 403.7 | 171 | 1251 |
| 403.7 | 171 | 1295.3 |
| 403.7 | 171 | 1304.6 |
| 403.7 | 171 | 1320.09 |
| 403.7 | 171 | 1315.45 |
| 403.7 | 171 | 1279.68 |
| 403.7 | 171 | 1291.4 |
| 403.7 | 171 | 1275.88 |
| 403.7 | 171 | 1259.94 |
| 403.7 | 171 | 1252.13 |
| 403.7 | 171 | 1216.45 |
| 403.7 | 171 | 1221.09 |
| 403.7 | 171 | 1184.93 |
| 403.7 | 171 | 1182.17 |
| 403.7 | 171 | 1222.29 |
| 403.7 | 171 | 1221.61 |
| 403.7 | 171 | 1199.16 |
| 403.7 | 171 | 1172.06 |
| 390.6 | 166 | 1213.72 |
| 390.6 | 166 | 1187.3 |
| 390.6 | 166 | 1165.56 |
| 390.6 | 166 | 1139.9 |
| 390.6 | 166 | 1119.4 |
| 390.6 | 166 | 1129.21 |
| 390.6 | 166 | 1114.11 |
| 390.6 | 166 | 1163.37 |
| 390.6 | 166 | 1210.47 |
| 390.6 | 166 | 1220.53 |
| 390.6 | 166 | 1282.44 |
| 390.6 | 166 | 1232.42 |
| 390.6 | 166 | 1272.29 |
| 390.6 | 166 | 1287.86 |
| 390.6 | 166 | 1309.67 |
| 390.6 | 166 | 1292.8 |
| 390.6 | 166 | 1320.23 |



| | | |
|---|---|---|
| 1298.71 | 166 | 390.6 |
| 1331.13 | 166 | 390.6 |
| 1315.83 | 166 | 390.6 |
| 1300.54 | 166 | 390.6 |
| 1326.73 | 166 | 390.6 |
| 1329.75 | 166 | 390.6 |
| 1360.7 | 166 | 390.6 |
| 1396.54 | 166 | 390.6 |
| 1401.17 | 166 | 390.6 |
| 1418.99 | 166 | 390.6 |
| 1376.71 | 166 | 390.6 |
| 1359.28 | 166 | 390.6 |
| 1319.19 | 166 | 390.6 |
| 1349.56 | 166 | 390.6 |
| 1361.34 | 166 | 390.6 |
| 1411.52 | 166 | 390.6 |
| 1411.14 | 166 | 390.6 |
| 1393.69 | 166 | 390.6 |
| 1374.51 | 166 | 390.6 |
| 1419.35 | 166 | 390.6 |
| 1467.55 | 166 | 390.6 |
| 1468.74 | 166 | 390.6 |
| 1481.9 | 166 | 390.6 |
| 1444.43 | 166 | 390.6 |
| 1487.94 | 166 | 390.6 |
| 1478.78 | 166 | 390.6 |
| 1484.78 | 166 | 390.6 |
| 1448.96 | 166 | 390.6 |
| 1430.35 | 166 | 390.6 |
| 1410.75 | 166 | 390.6 |
| 1422.44 | 166 | 390.6 |
| 1367.14 | 166 | 390.6 |
| 1390.76 | 166 | 390.6 |
| 1396.59 | 166 | 390.6 |
| 1399.55 | 166 | 390.6 |
| 1362.42 | 166 | 390.6 |
| 1400.33 | 166 | 390.6 |



| | | |
|---|---|---|
| 390.6 | 166 | 1392.05 |
| 390.6 | 166 | 1361.51 |
| 390.6 | 166 | 1354.1 |
| 390.6 | 166 | 1363.05 |
| 390.6 | 166 | 1381.69 |
| 390.6 | 166 | 1372.47 |
| 390.6 | 166 | 1367.89 |
| 390.6 | 166 | 1348.31 |
| 390.6 | 166 | 1339.54 |
| 390.6 | 166 | 1335.51 |
| 393.8 | 166.1 | 1384.85 |
| 393.8 | 166.1 | 1387.08 |
| 393.8 | 166.1 | 1421.32 |
| 393.8 | 166.1 | 1431.57 |
| 393.8 | 166.1 | 1401.07 |
| 393.8 | 166.1 | 1438.46 |
| 393.8 | 166.1 | 1447.72 |
| 393.8 | 166.1 | 1446.04 |
| 393.8 | 166.1 | 1460.99 |
| 393.8 | 166.1 | 1438.8 |
| 393.8 | 166.1 | 1423.75 |
| 393.8 | 166.1 | 1376.19 |
| 393.8 | 166.1 | 1364.25 |
| 393.8 | 166.1 | 1359.48 |
| 393.8 | 166.1 | 1388.27 |
| 393.8 | 166.1 | 1342.14 |
| 393.8 | 166.1 | 1325.27 |
| 393.8 | 166.1 | 1342.18 |
| 393.8 | 166.1 | 1358.06 |
| 393.8 | 166.1 | 1322.35 |
| 393.8 | 166.1 | 1320.91 |
| 393.8 | 166.1 | 1323.79 |
| 393.8 | 166.1 | 1306.15 |
| 393.8 | 166.1 | 1301.5 |
| 393.8 | 166.1 | 1301.73 |
| 393.8 | 166.1 | 1282.47 |
| 393.8 | 166.1 | 1296.68 |



| | | |
|---|---|---|
| 393.8 | 166.1 | 1295.46 |
| 393.8 | 166.1 | 1278.97 |
| 393.8 | 166.1 | 1277.44 |
| 393.8 | 166.1 | 1310.17 |
| 393.8 | 166.1 | 1346.54 |
| 393.8 | 166.1 | 1334.32 |
| 393.8 | 166.1 | 1331.23 |
| 393.8 | 166.1 | 1349.02 |
| 393.8 | 166.1 | 1322.38 |
| 393.8 | 166.1 | 1328.98 |
| 393.8 | 166.1 | 1303.68 |
| 393.8 | 166.1 | 1323.94 |
| 393.8 | 166.1 | 1337.52 |
| 393.8 | 166.1 | 1320.29 |
| 393.8 | 166.1 | 1307.77 |
| 393.8 | 166.1 | 1314.4 |
| 393.8 | 166.1 | 1302.89 |
| 393.8 | 166.1 | 1305.29 |
| 393.8 | 166.1 | 1278.37 |
| 393.8 | 166.1 | 1271.47 |
| 393.8 | 166.1 | 1279.24 |
| 393.8 | 166.1 | 1340.77 |
| 393.8 | 166.1 | 1340.33 |
| 393.8 | 166.1 | 1392.27 |
| 393.8 | 166.1 | 1400.55 |
| 393.8 | 166.1 | 1397.07 |
| 393.8 | 166.1 | 1402.77 |
| 393.8 | 166.1 | 1421.84 |
| 393.8 | 166.1 | 1369.78 |
| 393.8 | 166.1 | 1391.01 |
| 393.8 | 166.1 | 1387.45 |
| 393.8 | 166.1 | 1384.25 |
| 393.8 | 166.1 | 1369.6 |
| 393.8 | 166.1 | 1341.17 |
| 394.9 | 167.5 | 1348.3 |
| 394.9 | 167.5 | 1396.72 |
| 394.9 | 167.5 | 1396.58 |



| | | |
|---|---|---|
| 394.9 | 167.5 | 1383.51 |
| 394.9 | 167.5 | 1389.51 |
| 394.9 | 167.5 | 1382.94 |
| 394.9 | 167.5 | 1356.74 |
| 394.9 | 167.5 | 1365.61 |
| 394.9 | 167.5 | 1358.85 |
| 394.9 | 167.5 | 1384.95 |
| 394.9 | 167.5 | 1391.01 |
| 394.9 | 167.5 | 1394.72 |
| 394.9 | 167.5 | 1425.5 |
| 394.9 | 167.5 | 1424.37 |
| 394.9 | 167.5 | 1451.36 |
| 394.9 | 167.5 | 1466.16 |
| 394.9 | 167.5 | 1457.23 |
| 394.9 | 167.5 | 1434.54 |
| 394.9 | 167.5 | 1462.24 |
| 394.9 | 167.5 | 1471.3 |
| 394.9 | 167.5 | 1464.31 |
| 394.9 | 167.5 | 1472.56 |
| 394.9 | 167.5 | 1502.88 |
| 394.9 | 167.5 | 1504.04 |
| 394.9 | 167.5 | 1523.71 |
| 394.9 | 167.5 | 1506.76 |
| 394.9 | 167.5 | 1489.69 |
| 394.9 | 167.5 | 1520.15 |
| 394.9 | 167.5 | 1541.4 |
| 394.9 | 167.5 | 1539.68 |
| 394.9 | 167.5 | 1534.9 |
| 394.9 | 167.5 | 1551.38 |
| 394.9 | 167.5 | 1538.53 |
| 394.9 | 167.5 | 1492.77 |
| 394.9 | 167.5 | 1491.09 |
| 394.9 | 167.5 | 1489.87 |
| 394.9 | 167.5 | 1507.55 |
| 394.9 | 167.5 | 1510.09 |
| 394.9 | 167.5 | 1556.69 |
| 394.9 | 167.5 | 1563.24 |



| | | |
|---|---|---|
| 394.9 | 167.5 | 1574.95 |
| 394.9 | 167.5 | 1595.91 |
| 394.9 | 167.5 | 1590.75 |
| 394.9 | 167.5 | 1603.56 |
| 394.9 | 167.5 | 1634.65 |
| 394.9 | 167.5 | 1646.01 |
| 394.9 | 167.5 | 1627.42 |
| 394.9 | 167.5 | 1603.97 |
| 394.9 | 167.5 | 1627.67 |
| 394.9 | 167.5 | 1646.02 |
| 394.9 | 167.5 | 1653.62 |
| 394.9 | 167.5 | 1626.49 |
| 394.9 | 167.5 | 1666.58 |
| 394.9 | 167.5 | 1658.44 |
| 394.9 | 167.5 | 1677.14 |
| 394.9 | 167.5 | 1648.64 |
| 394.9 | 167.5 | 1644.72 |
| 394.9 | 167.5 | 1610.75 |
| 394.9 | 167.5 | 1605.61 |
| 394.9 | 167.5 | 1602.66 |
| 394.9 | 167.5 | 1634.01 |
| 394.9 | 167.5 | 1625.26 |
| 394.9 | 167.5 | 1622.8 |
| 412.5 | 174.6 | 1640.13 |
| 412.5 | 174.6 | 1678.73 |
| 412.5 | 174.6 | 1663.46 |
| 412.5 | 174.6 | 1720.71 |
| 412.5 | 174.6 | 1746.46 |
| 412.5 | 174.6 | 1747.46 |
| 412.5 | 174.6 | 1715.86 |
| 412.5 | 174.6 | 1733.93 |
| 412.5 | 174.6 | 1754.82 |
| 412.5 | 174.6 | 1753.21 |
| 412.5 | 174.6 | 1747.97 |
| 412.5 | 174.6 | 1698.02 |
| 412.5 | 174.6 | 1708.5 |
| 412.5 | 174.6 | 1681.41 |



| 412.5 | 174.6 | 1706.1 |
| 412.5 | 174.6 | 1719.18 |
| 412.5 | 174.6 | 1701.42 |
| 412.5 | 174.6 | 1730.7 |
| 412.5 | 174.6 | 1735.36 |
| 412.5 | 174.6 | 1731.37 |
| 412.5 | 174.6 | 1720.91 |
| 412.5 | 174.6 | 1735.02 |
| 412.5 | 174.6 | 1715.62 |
| 412.5 | 174.6 | 1714.06 |
| 412.5 | 174.6 | 1673.5 |
| 412.5 | 174.6 | 1652.68 |
| 412.5 | 174.6 | 1652.18 |
| 412.5 | 174.6 | 1644.03 |
| 412.5 | 174.6 | 1661.51 |
| 412.5 | 174.6 | 1687.01 |
| 412.5 | 174.6 | 1686.61 |
| 412.5 | 174.6 | 1700.34 |
| 412.5 | 174.6 | 1702.01 |
| 412.5 | 174.6 | 1739.49 |
| 412.5 | 174.6 | 1761.11 |
| 412.5 | 174.6 | 1760.54 |
| 412.5 | 174.6 | 1777.55 |
| 412.5 | 174.6 | 1765.32 |
| 412.5 | 174.6 | 1764.31 |
| 412.5 | 174.6 | 1770.65 |
| 412.5 | 174.6 | 1782.13 |
| 412.5 | 174.6 | 1800.18 |
| 412.5 | 174.6 | 1810.45 |
| 412.5 | 174.6 | 1841.48 |
| 412.5 | 174.6 | 1852.9 |
| 412.5 | 174.6 | 1868.97 |
| 412.5 | 174.6 | 1858.24 |
| 412.5 | 174.6 | 1888.62 |
| 412.5 | 174.6 | 1873.43 |
| 412.5 | 174.6 | 1823.81 |
| 412.5 | 174.6 | 1846.09 |