Attorney W— oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draf. /2007

Attorney W.... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Drap... .../2007

*Attorney Work Product*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

*Draft, 9/2007*

Attorney Work Product
Privileged and Confidential

Draft 1/2007

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft: /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Draft, 9/2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft: ___ /2007.

Attorney W~ ~oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 1/2007

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W... oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W.         oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

*Attorney W. oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.



*Draft: /2007*

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft _/2007

Attorney Work oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft /2007



Attorney W̶ ᵒduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney *W*        *roduct*
Privileged and C_____dential

ANALYSIS GROUP, INC.

Dra*        */2007.*

Attorney Wo    oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Draft:    /2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 1/2007

Attorney W̶̶̶̶̶oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W___ ___oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

*Attorney W... oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

Attorney W..... .oduct
Privileged and Cu...,dential

ANALYSIS GROUP, INC.



Draft. .../2007.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney W ...roduct
Privileged and Co...idential

ANALYSIS GROUP, INC.

Attorney W.   oduct
Privileged and Co., dential

ANALYSIS GROUP, INC.



Attorney W... ...oduct
Privileged and Co... ...ential

ANALYSIS GROUP, INC.



Draft: ...../2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 9/2007

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft  /2007

Attorney W           oduct
Privileged and Co    ential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft: 1/2007

Attorney W... ...oduct
Privileged and Co..._dential

ANALYSIS GROUP, INC.

Draft... .../2007

Attorney W.    oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft:    /2007

Attorney W........ ......oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draf. ...... ?/2007

*Attorney W...   .oduct*
*Privileged and Confidential*

ANALYSIS GROUP, INC.

Attorney W _____ oduct
Privileged and Co___ ential

ANALYSIS GROUP, INC.

Draf___ _/2007

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft: 2007

Attorney W~ ~duct
Privileged and Co~~dential

ANALYSIS GROUP, INC.



Draft~ ~/2007

Attorney W____ ____oduct
Privileged and Confidential

ANALYSIS GROUP, INC.





*Attorney W̶̶ ̶ ̶̶oduct*
*Privileged and C̶o̶ ̶ ̶̶dential*

ANALYSIS GROUP, INC.



*Draft ̶ ̶/2007*

Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W...  ...roduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft     /2007

Attorney W. oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney W... ...oduct
Privileged and Confidential

ANALYSIS GROUP, INC.



Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Attorney *oduct
Privileged and Confidential


ANALYSIS GROUP, INC.

Attorney W... ...duct
Privileged and Co..._.ential

ANALYSIS GROUP, INC.

Draft... 2007

Attorney W~   oduct
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft   /2007

Attorney W...   'oduct
Privileged and Co...dential

ANALYSIS GROUP, INC.

Attorney Work Product
Privileged and Confidential

ANALYSIS GROUP, INC.

Draft 9/2007

| | | | | | Trailing 4 Qtrs |
|---|---|---|---|---|---|
| 1998 | 1 | 530,642 | 530,642 | | |
| 1998 | 2 | 645,366 | 645,366 | | |
| 1998 | 3 | 774,521 | 774,521 | | |
| 1998 | 4 | 3,193,490 | 1,242,961 | | |
| 1999 | 1 | 582,464 | 582,464 | | 3,245,312 |
| 1999 | 2 | 767,428 | 767,428 | 11/30/1998 | 3,367,374 |
| 1999 | 3 | 825,738 | 825,738 | 2/28/1999 | 3,418,591 |
| 1999 | 4 | 3,688,366 | 1,512,736 | 5/31/1999 | 3,688,366 |
| 2000 | 1 | 632,181 | 632,181 | 8/31/1999 | 3,738,083 |
| 2000 | 2 | 902,632 | 902,632 | 11/30/1999 | 3,873,287 |
| 2000 | 3 | 1,071,373 | 1,071,373 | 2/28/2000 | 4,118,922 |
| 2000 | 4 | 4,446,795 | 1,840,609 | 5/31/2000 | 4,446,795 |
| 2001 | 1 | 807,238 | 807,238 | 8/31/2000 | 4,621,852 |
| 2001 | 2 | 1,118,238 | 1,118,238 | 11/30/2000 | 4,837,458 |
| 2001 | 3 | 1,125,083 | 1,125,083 | 2/28/2001 | 4,891,168 |