1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. C-01-0988-SI (JCS)<br>(Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *DAUBERT* **MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>**Honorable Judge Susan Illston** |
|---|---|

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675667.1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO
EXCLUDE GOEDDE REPORTS AND TESTIMONY
Master File No. C-01-0988-si (JCS)

1    Having considered the papers regarding Defendants' *Daubert* Motion to Exclude
2    Expert Report and Testimony of Alan G. Goedde and any argument thereon, the Court hereby
3    ORDERS that Defendants' *Daubert* Motion is **GRANTED**.  Plaintiffs are precluded from
4    offering into evidence Alan G. Goedde's May 25, 2007 Expert Report, his June 22, 2007
5    Rebuttal Report ("Rebuttal Report") (collectively, the "Reports"), and any testimony or
6    argument related to his opinions.

8    **IT IS SO ORDERED.**

10   DATED: _____

11   THE HONORABLE SUSAN ILLSTON
     UNITED STATES DISTRICT JUDGE

13   Submitted by:

14   DATED: October 20, 2008

15   LATHAM & WATKINS LLP
       Peter A. Wald (SBN 85705)
16   505 Montgomery Street, Suite 2000
     San Francisco, CA  94111-2562
17   Telephone: (415) 391-0600
     Facsimile: (415) 395-8095
18   E-mail: peter.wald@lw.com

     LATHAM & WATKINS LLP
       Patrick E. Gibbs  (SBN 183174)
     140 Scott Drive
     Menlo Park, California 94025
     Telephone: (650) 328-4600
     Facsimile: (650) 463-2600
     E-mail: patrick.gibbs@lw.com

20   LATHAM & WATKINS LLP
       Sean M. Berkowitz (*pro hac vice*)
21   233 South Wacker Drive, Suite 5800
     Chicago, Illinois 60606
22   Telephone:  (312) 876-7700
     Facsimile:  (312) 993-9767
23   E-mail: sean.berkowitz@lw.com

25   _____/s/_____
         Patrick E. Gibbs

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675667.1||

1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO
EXCLUDE GOEDDE REPORTS AND TESTIMONY
Master File No. C-01-0988-SI (JCS)