# EXHIBIT 7

Foster, George  7/6/2007  8:56:00 AM

1

1        IN THE UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4
5    In re ORACLE CORPORATION
6    SECURITIES LITIGATION.
7             Master File No. C-01-0988-MJJ
8    This Document Relates To:
9
10   ALL ACTIONS.
11   _____/
12
13        —o0o—
14
         VIDEOTAPED DEPOSITION OF GEORGE FOSTER
15
            FRIDAY, JULY 6, 2007
16
        —o0o—
17
18
19
20        SHEILA CHASE & ASSOCIATES
            REPORTING FOR:
21         LiveNote World Service
          221 Main Street, Suite 1250
22      San Francisco, California 94105
           Phone:  (415) 321-2311
23          Fax:  (415) 321-2301
24   Reported by:
     DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071

36

1      Let me get your understanding of what each of
2  these figures are.
3      A.  This is the data that -- the information from
4  the upside reports for the seven quarters up to Q3
5  fiscal year 2001.  The first one deals with the revenue,
6  total revenue.  The second one deals with the license
7  revenue.  And the third one deals with the EPS item.
8      Q.  Were you aware that Professor Hubbard did
9  charts similar to these?
10     A.  It is my understanding that I think Professor
11 Hubbard did an EPS chart that may have been similar to
12 this.  I'm not aware that he did a total revenue chart
13 similar to this.
14     Q.  So your Figure 3, EPS, is it your
15 understanding that Professor Hubbard did the same
16 analysis?
17     A.  I am not aware of what analysis.  It is the
18 same type of structure, examining how the field forecast
19 and how the potential forecast operated in that period,
20 so that we end up with the same diagrams.
21     Q.  My question was, did you rely on Professor
22 Hubbard's --
23     A.  No.
24     Q.  -- for purposes --
25     A.  This is -- this is a chart that was -- I had

37

1  prepared.
2      Q.  Who prepared these charts?
3      A.  Dr. Hess and Dr. Rosberg.
4      Q.  Did you work at all in preparing those charts?
5      A.  Did I work?
6      Q.  Did you work on them at all?
7      A.  Yeah.  I mean, I described what I wanted -- I
8  had seen charts like this, and I said I think you will
9  find there is some different -- may have been some
10 different terminology or -- I have not tried to
11 literally compare chart to chart.  But the basic issue
12 in the EPS chart is a very similar one.
13     Q.  What did you review and consider and decide
14 not to rely on?
15     A.  What did I --
16     Q.  Did you review and consider anything that you
17 decided not to rely on?
18     A.  I think you have at the back pretty much the
19 full amount of items that I looked at.
20     Q.  So was there anything else that you looked at
21 that you didn't rely on?
22     A.  Well, I come to the case with a whole
23 background in terms of examining financial issues, and I
24 don't make conscious decisions to throw the background
25 out.  So there wasn't any documents that I looked at and

38

1  said that's something I would take issue with.  I was
2  really just trying to get a back picture of what are the
3  key issues in the case.
4      Q.  The particular question I'm after, is there
5  anything else that you reviewed -- this report lists the
6  documents that you relied on.  Did you review anything
7  else other than what is listed in this appendix?
8      A.  I can't think of anything as I stand here now.
9      Q.  So all the documents that you reviewed in this
10 case are listed in Appendix C?
11     A.  I think that is the case.
12     Q.  Is there anything that you didn't do that you
13 still want to do?
14     A.  I haven't made -- that would be a decision
15 that would be made in conjunction with the attorney.
16     Q.  So sitting here today, you don't know of
17 anything that you didn't do that you still want to do?
18     A.  At this stage, to form the opinions that I've
19 formed now, I'm very comfortable with what I've done.
20     Q.  Are all of the opinions you have in this case
21 listed in your report?
22     A.  Yes, they are.
23     Q.  Now, you've read the reports of Dr. Goedde; is
24 that right?
25     A.  Yes, I have.

# EXHIBIT 8

1 of 1 DOCUMENT

Copyright 2001 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(Copyright (c) 2001, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL.

The Wall Street Journal

January 12, 2001 Friday

**SECTION:** Pg. A1

**LENGTH:** 2734 words

**HEADLINE:** Trial by Fire: Hit by Sudden Slump, Bush Administration Faces Early Challenge --- In Interview, President-Elect Is `Relatively Pessimistic' On State of Economy --- Pushing Ahead With Tax Cut

**BYLINE:** By Jeanne Cummings and Jacob M. Schlesinger

**BODY:**

With eight days to go until the inauguration, President-elect George W. Bush and his new economic team are already wrestling with their first big challenge: reviving a sputtering economy.

"I've got a relatively pessimistic view about what the economy looks like," Mr. Bush said yesterday, in an hourlong interview with The Wall Street Journal on his airplane ride back to Texas from Washington. He refused to use the word recession, but said, "if in fact the economy is slowing down, as the numbers are beginning to clearly show, the operative word is: How soft will the landing be?"

In the interview, his first extended public discussion of the economy since the election, Mr. Bush dismissed calls from members of Congress of both parties to reduce his tax cut of $1.6 trillion over the next 10 years. While Mr. Bush and his aides have said the prospects of a slowdown heighten the urgency of a tax cut to stimulate the economy, critics worry the nation won't be able to afford it.

Mr. Bush said he was open to measures to speed up the tax cut's impact, including making parts of it retroactive to Jan. 1 of this year. "We would consider all options," he said, adding: "What I won't consider is trying to diminish the size of the tax-relief package."

The president-elect expressed particular concern about rising energy prices, which he called "a tax on people." But he said he has no short-term fix, and instead views the problem as another argument to advance his tax cut. Rising energy prices are "all the more reason to have tax relief," he said. "One of the reasons you drop the top marginal rate is to help unincorporated small businesses" that figure to be especially hard-hit by rising fuel bills.

Mr. Bush said he has talked to leaders of some countries in the Organization of Petroleum Exporting Countries since the election, though not specifically about oil prices. But Mr. Bush did offer a word of caution to OPEC oil

Trial by Fire: Hit by Sudden Slump, Bush Administration Faces Early Challenge --- In Interview, President-Elect Is
`Relatively Pessimistic' On State of Economy --- Pushing Ahead With Tax Cut The

ministers meeting next week to consider cutting production to stabilize falling prices: "The message is to remember that to the extent that energy prices do impact economic growth, that would affect markets. . . . OPEC ministers ought to be mindful of economic vitality."

In an unusual moment, he indirectly acknowledged an early misstep when he praised Federal Reserve Board Chairman Alan Greenspan's move to cut interest rates and hinted more cuts would be welcome. The remarks raised eyebrows because they broke with President Clinton's widely praised practice of declining to discuss central bank moves. He said that sort of comment will stop on Inauguration Day. "I don't think the president ought to be commenting on every Fed action," he said. But he said the economy needed both tax cuts and interest-rate cuts to get going again.

Earlier in the week, Mr. Bush presided over the first lengthy meeting of his new economic team. They spent more than an hour Wednesday contemplating how to rework the tax cut to provide more juice up front. Bush people are also discussing plans for a quick boost in spending on presidential priorities such as education, defense and assistance to low-income seniors buying prescription drugs. Mr. Bush said he hasn't yet decided whether to propose such an early spending bill, saying he has to be careful how and when he expends his "political capital."

The looming slowdown will put Mr. Bush's new economic team to a tough test. His appointments have surprised even some top advisers, as their credentials seem unusual, at least by recent standards. There isn't a major financial player yet in the top tier, even though one of the administration's most important jobs is reassuring markets. And the budget director, who will have to balance the new president's huge tax cut with calls for fiscal probity, has never crafted a government budget.

Bush supporters say the group is well-suited to governing in trying times. Key members have long experience in both the public and private sectors: notably Treasury Secretary-designate Paul O'Neill, a former Ford White House aide who turned around aluminum giant Alcoa Inc., and Mitchell Daniels, a Reagan White House veteran drawn from drug maker Eli Lilly & Co. to direct the Office of Management and Budget.

Aides say the team will work well together -- and with Mr. Greenspan -- because of long, personal ties to the Fed chairman and incoming Vice President Dick Cheney. Messrs. Cheney, O'Neill and Greenspan all worked together during the stagflation days of the Ford administration. And they have stayed in touch, among other ways, through the annual Ford White House reunion dinners at Washington's Capitol Hill Club each June.

Mr. Daniels has dined with Mr. Cheney regularly as part of a group called the "Off the Record" club, which gets together in Washington every six to eight weeks. Two evenings before the surprise late-December announcement of Mr. Daniels's appointment, he and Mr. Cheney were sitting next to each other at a Washington banquet.

The charter member of Mr. Bush's economic team, Lawrence Lindsey, now slated to run the White House National Economic Council, was an economic Cassandra long before such pessimism became popular. The former Fed governor sold all his own stocks back when the Dow Jones Industrial Average was at 8500, predicting in public: "The bubble will burst."

Mr. Bush, asked whether he had also pulled his money out of the market back then, grinned and said: "I'm liquid." He quickly added that his investments are in a blind trust.

Mr. Lindsey offers another crucial Greenspan connection. He served as a Fed governor from 1991 to 1997. In that capacity, he frequently dissented, but he maintained a cordial relationship with the chairman. The two men were reunited early in the morning of Dec. 18, riding up the elevator of the Madison Hotel together for a meeting in Mr. Bush's suite. Mr. Lindsey, who sometimes comes across as an absent-minded professor, was supposed to have arrived before the Fed chairman, but mistakenly went first to the nearby Mayflower Hotel.

With the new economic team just coming together, it remains unclear who will dominate as they each jockey for power. Mr. Bush declared yesterday that Mr. O'Neill will be the captain, saying the new Treasury secretary "is in charge

Trial by Fire: Hit by Sudden Slump, Bush Administration Faces Early Challenge --- In Interview, President-Elect Is
`Relatively Pessimistic' On State of Economy --- Pushing Ahead With Tax Cut The

of the economic team." Mr. O'Neill and Mr. Daniels are looking for underlings to fill in what could be their shortcomings -- Mr. O'Neill's lack of financial-market experience, and Mr. Daniels's lack of experience crunching budget numbers.

Yesterday, Mr. Bush resolved some lingering uncertainties about his economic lineup when he tapped Robert Zoellick, a veteran of Republican Treasury and State Departments, to be his U.S. Trade Representative. And after being severely criticized for contemplating stripping the job of cabinet rank, the president-elect decided to preserve the trade representative's power and prestige. However, Mr. Zoellick will compete for the president's ear on international economic matters with Commerce Secretary Don Evans, a longtime Bush friend and financial supporter.

And Mr. Bush suggested that both Mr. Zoellick and Mr. Lindsey will have to bend more to his foreign-policy team than their counterparts have done in the Clinton administration, where the economic team has been clearly dominant. Mr. Zoellick will have to be "deft" at working with the foreign-policy advisers, Mr. Bush said. He added that Mr. Lindsey will have to work out a power-sharing partnership with National Security Adviser Condoleeza Rice because "our economic policy will have national-security implications."

No one quite expected what happened to the business climate after Election Day. And the subsequent legal fight in Florida proved to be a big diversion from the economy, both for Mr. Bush's team and the country. The Bush team of high-powered economists, led at the time by Stanford University budget expert John Cogan, was spending time using high-powered statistical training and university computers to analyze voting patterns in obscure Florida precincts, rather than focusing on economic forecasts or plans.

As Mr. Bush and Mr. Cheney turned to assembling their cabinet despite the uncertainty of the election results, their attention went first to national security, an area of perceived weakness for the president-elect. Right after the U.S. Supreme Court ended the presidential fight in mid-December, the first appointments announced were Colin Powell for secretary of state and Ms. Rice as national security adviser.

As the Bush camp contemplated a Treasury secretary, it was getting constant reminders of how the economic outlook was changing. In late November, Mr. Lindsey e-mailed Messrs. Bush and Cheney a six-page single-spaced memo full of official economic data and anecdotal evidence from his consulting business about sharp drops in orders and canceled investments. The document included Mr. Lindsey's first formal warning to the two men that a recession could be imminent. In the early-morning coffee with Mr. Greenspan three weeks later, the new White House team and the Fed chairman swapped tales of economic weakness, with Mr. Greenspan expressing particular concern about the California energy crisis.

With markets shaky, the short list for Treasury being circulated among advisers was heavy with Wall Street figures. But they all either took their names out of contention or struck Mr. Bush's inner circle as pale imitations of successful Democratic Treasury Secretary Robert Rubin.

By early December, feelers went out to Mr. Cheney's old friend Mr. O'Neill, who professed reluctance at first. In the Ford White House, Mr. O'Neill was elevated to deputy budget director, Mr. Cheney was serving as the youngest-ever chief of staff, and Mr. Greenspan was watching over the economy as head of President Ford's Council of Economic Advisers. Mr. Greenspan met every day with Mr. O'Neill. It wasn't uncommon for Mr. Greenspan to wander into Mr. Cheney's office at the end of each day to join an informal group of aides who gathered to watch the television news in the chief of staff's corner office, recalls James Cavanaugh, who served as Mr. Cheney's deputy.

Under Mr. Cheney's guidance, a newly formed committee called the Economic Policy Board, a precursor to today's National Economic Council, held daily meetings in the Roosevelt Room to discuss ways to combat the worsening conditions. Officially, only cabinet-level appointees and Mr. Greenspan were invited to attend the meetings. But Mr. O'Neill earned an exception when it became clear that he knew more about the budget than any of the others. "Cheney and I would call him 10 or 12 times a day about one thing or another," recalls Mr. Cavanaugh. And Mr. Greenspan

Trial by Fire: Hit by Sudden Slump, Bush Administration Faces Early Challenge --- In Interview, President-Elect Is
`Relatively Pessimistic' On State of Economy --- Pushing Ahead With Tax Cut The

would often pick Mr. O'Neill's brain when the two of them lunched.

After the Ford years, the men continued to keep in touch. Mr. Greenspan was instrumental in bringing Mr. O'Neill to the Alcoa board. And Mr. Cheney and Mr. O'Neill worked together at the American Enterprise Institute on a project exploring the ways new technology will change the military. The trio also would bump into each other at AEI's annual retreats in Beaver Creek, Colo., and at the annual Ford administration reunions. At these affairs, conversations were often dominated by testimonials about "how much better we were than anyone who came before or since," says L. William Seidman, who ran Mr. Ford's economic policy board. "Now these guys will find out if they really are."

Mr. Bush first met Mr. O'Neill in 1996. A later, and decisive, meeting was a half-hour session in the Madison Hotel on Dec. 18. Mr. Bush said yesterday that he was struck in that session by the Alcoa chairman's eclectic interests as the two men talked about tax cuts, Mr. O'Neill's efforts to improve worker safety at his company, and his work reforming health care in downtown Pittsburgh. "I really relish the idea of listening to his thoughts," Mr. Bush added. He also thought, he said, that the choice of someone who ran a multinational corporation would help "calm" fears that the new administration might drift toward isolationism. Mr. Bush liked Mr. O'Neill well enough to anoint him Treasury secretary the next day.

Bush officials had hoped to lure Mr. Cogan -- currently working round-the-clock to prepare the first administration tax and spending plan -- to take the chief budget job. But he refused, citing family reasons.

While a flurry of other candidates were circulated publicly, Mr. Bush was steered toward Mr. Daniels. Working out of Eli Lilly's Indianapolis headquarters, he was a close friend and regular golfing partner of Al Hubbard, a business-school classmate of Mr. Bush. Mr. Hubbard suggested that the Texas governor take a look at Mr. Daniels.

Mr. Daniels had also come to the attention of the senior Mr. Bush during the final years of the Reagan administration, in which he served as political director. His relationship with Bush senior was cemented during the 1988 presidential campaign, when Mr. Daniels traveled with Vice President Dan Quayle's political team, says Daniel F. Evans, an Indianapolis attorney and old friend.

During the younger Bush's 2000 campaign, Mr. Daniels served as the informal leader of an advisory group nicknamed "Cars and Coal." His job was to "bring together smart people" to come up with policy proposals that would appeal in such states as West Virginia, Kentucky, Michigan and others, says Karl Rove, the campaign manager. Mr. Bush's upset victory in West Virginia helped win him the White House.

The transition team picked Mr. Daniels for the budget knowing full well that his strengths weren't in budget writing. Mr. Daniels is looking to surround himself with staffers who are knowledgeable about the post-Clinton-era budget. He is still trying to lure New Mexico Sen. Pete Domenici's top GOP budget aide, Bill Hoagland, to the White House.

While Mr. Daniels's chief responsibility will be "putting the numbers together," as Mr. Bush put it, the president-elect said that the job will be broader because "I believe the budget drives policy." Along those lines, what Mr. Daniels does bring to the team is a deep understanding of policy and politics and long-standing relationships on Capitol Hill that will help Mr. Bush sell his product. In addition, Mr. Daniels brings another critical strength: loyalty. Bush aides say the new president was determined not to hire a budget director like his father's, Richard Darman, who cut the 1990 tax-increase deal with congressional Democrats. That broke Mr. Bush's "no new taxes" campaign pledge and helped lead to his 1992 defeat.

"At all times, publicly, what the president wants is where he will be," says Ken Khachigian, a former Nixon administration aide, of Mr. Daniels. "He will not be a guy who leaks and works his agenda through connivance and stealth."

Mr. Daniels, friends say, brings a personal tight-wad style that will help him keep budgets lean in Washington.

Trial by Fire: Hit by Sudden Slump, Bush Administration Faces Early Challenge --- In Interview, President-Elect Is
`Relatively Pessimistic' On State of Economy --- Pushing Ahead With Tax Cut The

"He's the chief of pinch," says Indiana public-relations executive Lou Gerig, a longtime golfing partner. "When he first started to learn to play, he showed up with an oversized gardening glove, because he didn't want to spend $10 for a golf glove." One time, Mr. Daniels crawled under a fence labeled "Beware of Alligators" rather than lose a stray golf ball, according to Mr. Gerig.

For now, the entire Bush economic team has to worry that a Clinton presidency dominated by prosperity will be bracketed by two Bush administration recessions. If that happens, Mr. Bush said, "I don't necessarily think the American people will give me credit for it."

In the meantime, with just a week to go until his inauguration, he's thinking even further back in history, reading a biography of John Quincy Adams -- the only other president who was son of a former president. "Ever since my old man called me `Quincy' . . . I had to find out what he meant," Mr. Bush said.

---

Bob Davis contributed to this article.

---

```
          Declining Expectations
 Q. Over the course of the next year, do you think the financial
situation of you and your family will:
                        Jan. 1999        Now
   Improve a lot           17%           11%
   Improve some            55            46
   Stay the same           14            12
   Get a little worse       7            18
   Get a lot worse          3             9
   Source: Pew Research Center for the People and the Press
```

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

# EXHIBIT 9

1 of 1 DOCUMENT

Copyright 2000 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

December 4, 2000 Monday
FINAL EDITION

**SECTION:** NEWS; Pg. 10

**LENGTH:** 585 words

**HEADLINE:** Cheney says tax cut needed to ward off onset of recession

**BYLINE:** J. SCOTT ORR, STAR-LEDGER WASHINGTON BUREAU

**DATELINE:** WASHINGTON

**BODY:**

RUNNING MATE  - Republican vice presidential candidate Dick Cheney said yesterday the nation needs George W. Bush's planned $1.3 trillion tax cut to pull the economy back from the "front edge of a recession."

Speaking on NBC's Meet the Press, Cheney said it is time for Vice President Al Gore to concede the presidency to the Texas governor to allow Bush to begin assembling his administration.

"We are, I think, rapidly approaching the point where there will be damage to the nation, at least to the capacity of the next government to function, if we don't get this resolved shortly," Cheney said.

"There is growing evidence that the economy is slowing down," he said. "I would think that the kinds of tax changes . . . that governor Bush recommended are, in fact, exactly what needs to be done with respect to providing the kind of stimulus to ensure the resumption of long-term economic growth," Cheney said.

Bush's tax cut plan calls for devoting $1.3 trillion of the anticipated federal budget surplus to reduce all income tax rates. The plan doubles the child tax credit to $1,000, allows charitable deductions for people who don't itemize, phases out the inheritance tax on gifts and large estates and reduces the marriage penalty paid by many two- income couples.

Sen. Robert Torricelli (D-N.J.), speaking on CBS's Face the Nation, said he agreed that the condition of the economy could suffer if the presidential fight is not promptly and properly resolved.

"The economic situation has severely weakened, even deteriorated. . . . This country cannot afford to have a presidency of George W. Bush or Al Gore without legitimacy, with questioned authority, where we spend four years debating this election. This matter must get resolved for the national interest, and it must get resolved soon," he said.

House Minority Leader Richard Gephardt ( D-Mo.) said a limited tax cut is likely no matter which man becomes president, but he was not as negative as Cheney and Torricelli in assessing the state of the economy.

"I don't think we are in a recession. I hope we're not, and I don't think we are," he said.

Cheney says tax cut needed to ward off onset of recession The Star-Ledger (Newark, New Jersey) December 4, 2000
Monday

"I do think we need a tax cut. . . . I hope it's not a huge one that I think would overdo it and get back to overheating the economy. But I think we definitely need a tax cut for middle-income Americans and people that have really had the worst time even in this recovery," he said.

Cheney reiterated his call on Gore to concede the presidency to Bush to put an end to the nation's painful and protracted uncertainty.

"I do think it's time for him to concede," Cheney said. He went on appeal to Gore's sense of himself in history.

"So far he's chosen not to do that, to pursue other avenues, and clearly that's his prerogative. But I think long term, I think history would regard him in a better light if he were to bring this to a close in the very near future," he said.

Meanwhile, Torricelli said it is not clear which party would be the deadlocked Senate's majority, allowing it to control action on the Senate floor and the chairmanships of all of its committees.

He argued that, while the vice president would have the power to break tie votes, he is not a member of the Senate and is not entitled to vote on organizational matters.

"The division of these committees is going to have to be equal. There's going to have to be a co-majority leaders. The leadership of the Senate is going to have to reflect the voting of the people of the states, and that was an evenly divided Senate," he said.

**LOAD-DATE:** April 17, 2007

# EXHIBIT 10

Case 3:01-cv-00988-SI   Document 1498-4   Filed 10/20/08   Page 14 of 26

# FINANCIAL STATEMENT ANALYSIS

## SECOND EDITION



$1,225,000
875,000
$2,100,000

# GEORGE FOSTER

*Library of Congress Cataloging-in-Publication Data*

Foster, George (date)
    Financial statement analysis.

    Includes bibliographies and index.
    1. Financial statements.   I. Title.
HF5681.B2F64  1986     657'.3     85-28112
ISBN 0-13-316317-2

Editorial/production supervision and
  interior design: Joe O'Donnell Jr.
Cover design: Wanda Lubelska Design
Manufacturing buyer: Ray Keating

Extracts on pp. 10, 29, 280, and 324 are reprinted
by permission of *The Wall Street Journal*,
© Dow Jones & Company, Inc. All rights reserved.



© 1986 by Prentice-Hall, Inc.
A Paramount Communications Company
Englewood Cliffs, New Jersey 07632

All rights reserved.  No part of this book may be reproduced,
in any form or by any means,  without permission in writing
from the publisher.

Printed in the United States of America

20  19  18  17  16  15  14  13  12  11

ISBN   0-13-316317-2

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

Case 3:01-cv-00988-SI   Document 1498-4   Filed 10/20/08   Page 16 of 26

| Forecast Horizon | American Security Analysts (102 responses) | British Security Analysts (200 responses) |
|---|---|---|
| Up to 3 months | 1% | 1% |
| 4–6 months | 0 | 2 |
| 7–12 months | 15 | 22 |
| 13–24 months | 27 | 49 |
| 2–3 years | 36 | 19 |
| 4–5 years | 12 | |
| Greater than 5 years | 7 | 4 |
| No forecast | 2 | 3 |

Some 84% of American security analysts and 75% of British security analysts reported using a forecast horizon longer than 12 months ahead.

## 8.4 PROPERTIES OF SECURITY ANALYST FORECASTS

Security analyst forecasts of earnings can be obtained from both (1) primary sources—the reports issued by individual analysts—and (2) secondary sources—the reports of services that collect and distribute earnings forecasts made by analysts at many institutions. Examples of secondary sources include (a) Lynch, Jones and Ryan's Institutional Brokers Estimate System (IBES), (b) Standard & Poor's The Earnings Forecaster, and (c) Zacks Investment Research's Icarus Service.

Figure 8.2 presents an extract from the IBES Monthly Summary Data Book of Lynch, Jones and Ryan. Figure 8.3 presents an extract from the monthly report of The Icarus Service of Zacks Investment Research, Inc. Both IBES and Icarus collect from individual security analysts details of their earnings-per-share forecasts for one year ahead (FY1) and two years ahead (FY2) and their estimate of a five-year earnings-per-share growth rate. Subscribers to these services can access data relating to individual companies and to individual security analysts. In addition, each service reports "summary data" based on (1) aggregates of individual analysts for each firm and (2) aggregates of individual analysts for all firms in an industry.

### A. Forecast Revision Evidence

Research on security analyst forecast revisions has found several results that appear relatively robust.

1. In any one calendar month, only a minority of security analysts will report a revision of their earnings forecasts. For instance, Brown, Foster, and Noreen (1985) report that over the 1976–1980 period, the individual security analysts in

Case 3.01-cv-00988-SI   Document 1498-4   Filed 10/20/08   Page 17 of 26



**FIGURE 8.2** Extract from Monthly Summary Report of the IBES Service
Source: Lynch, Jones, and Ryan, *IBES Monthly Summary Data* (New York, NY).

A. Description of Data



Industry code - used to locate company in Industry Perspective section

Month/Year of last fiscal year

Primary EPS for last fiscal year. If company has not reported, latest mean estimate is used and is indicated by an E.

Next quarter to be reported

Analyst's average estimate for coming quarter

Average of analysts' primary EPS estimates for current fiscal year

Standard deviation of analysts' estimates

Expected EPS growth rate

Standard deviation of analysts' estimates as a percent of the consensus. Measure of probable errors in the expected growth rates

Average analyst estimate of annual EPS growth over the next 5 years

| | Last Fiscal Year | | Next Quarter | | Current Fiscal Year | | | | Next Fiscal Year | | | | Next 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | Year Ended | Actual EPS ($) | To Rept | Mean Estimate ($) | Mean Estimate ($) | Stand Dev ($) | Growth Curr/Last (%) | Uncert Growth (%) | Mean Estimate ($) | Stand Dev ($) | Growth Next/Curr (%) | Uncert Growth (%) | EPS Growth (%) |
| 62 | | | | | | | | | | | | | |

B. Data for Companies

| Company | Last Fiscal Year | | Next Quarter | | Current Fiscal Year | | | | Next Fiscal Year | | | | Next 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year Ended | Actual EPS ($) | To Rept | Mean Estimate ($) | Mean Estimate ($) | Stand Dev ($) | Growth Curr/Last (%) | Uncert Growth (%) | Mean Estimate ($) | Stand Dev ($) | Growth Next/Curr (%) | Uncert Growth (%) | EPS Growth (%) |
| AMERICAN MTRS C | 12/84 | 0.04 | MAR | -0.03 | 0.24 | 0.24 | N/A | 99.2 | -0.34 | 0.09 | N/A | 26.1 | N/A |
| CHRYSLER CORP | 12/84 | 11.75 | MAR | 4.08 | 12.34 | 1.50 | 4.9 | 12.1 | 9.13 | 3.66 | -25.9 | 40.1 | 11.1 |
| FORD MTR CO | 12/84 | 15.79 | MAR | 4.53 | 14.20 | 1.46 | -10.0 | 10.2 | 12.31 | 4.63 | -13.3 | 37.5 | 8.0 |
| GENERAL MOTORS | 12/84 | 14.22 | MAR | 4.19 | 14.99 | 1.37 | 5.4 | 9.1 | 13.63 | 3.94 | -9.1 | 28.9 | 8.4 |

FIGURE 8.3    Extract from Monthly Summary Report of the Icarus Service
Source: Zacks Investment Research, Inc., The Icarus Service (Chicago, Illinois).

273

the IBES data base had the following average monthly revisions statistics (expressed in relative frequency terms):

|  | Forecasts of One-Year-Ahead EPS (FY1) | Forecasts of Two-Year-Ahead EPS (FY2) |
|---|---|---|
| Downward revisions ( ↓ ) | .102 | .074 |
| No change (0) | .772 | .838 |
| Upward revisions ( ↑ ) | .126 | .088 |
|  | 1.000 | 1.000 |

Possible explanations for the large number of observations in the "no change" category for each month include (1) most analysts follow a large number of securities and do not have the time to do a detailed analysis of each company each month, and (2) only a small set of stocks in any one month have significant unexpected information releases that prompt analysts to revise their forecasts.

Buchenroth and Jennings (1984) present evidence on the relative frequency of changes in weekly consensus earnings-per-share forecasts reported in the Icarus data base. The results cover the 1978–1983 period for a sample of 805 firms with calendar year fiscal year ends; the average number of analysts per firm ranged from three in 1978 to eight in 1982. The consensus measure examined was the mean of the individual analyst forecasts. Data were presented for each of one- to eight-quarter-ahead forecasts: "The quarters-ahead classification denotes the maximum time ahead of the forecast. Thus, the eight-quarter-ahead forecast denotes forecasts which range from 24 months to 21 months and a day prior to the year-end; and the one-quarter-ahead forecast classification includes forecasts 1–90 days prior" (p. 8). Results are presented in Table 8.2. The authors concluded that "as the forecast horizon lengthens, there are fewer small weekly changes in the (weekly consensus earnings forecast) and more large changes" (p. 8).

2. When analysts forecast earnings per share for each of several years of a forecast horizon, there is positive correlation in the sign of contemporaneous forecast revisions across years of the horizon. Brown, Foster, and Noreen (1985) report evidence on individual security analysts at Wells Fargo Investment Advisors. In the 1977–1980 period, these analysts forecast earnings-per-share for

**TABLE 8.2**   Relative Frequency of Weekly Changes in Security Analyst EPS Forecasts: Icarus Data Base

| Size of Change | Quarters Ahead | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 0% | .781 | .831 | .826 | .842 | .836 | .863 | .837 | .854 |
| 0–5% | .072 | .109 | .112 | .117 | .130 | .087 | .102 | .104 |
| 5–10% | .022 | .023 | .017 | .016 | .003 | .013 | .014 | .015 |
| 10–25% | .026 | .015 | .012 | .012 | .011 | .010 | .014 | .015 |
| >25% | .091 | .022 | .033 | .013 | .020 | .027 | .013 | .012 |
|  |  |  |  |  |  |  | .034 | .015 |

SOURCE: Buchenroth and Jennings (1984, Table 4): p. 8.

**TABLE 8.4**  Pros and Cons of Security Analyst and Univariate Time-Series Model Approaches to Forecasting

*SECURITY ANALYST APPROACH TO FORECASTING*

*Pros*

1. Ability to incorporate information from many sources.
2. Ability to adjust to structural change immediately.
3. Ability to update continually as new information becomes available.

*Cons*

1. High initial setup cost and high ongoing cost to monitor numerous variables, make company visits, and so on.
2. Heavy dependence on the skills of a single individual.
3. Analyst may have an incentive not to provide an unbiased forecast (e.g., due to pressure to conform to consensus forecasts).
4. Analyst may be manipulated by company officials (at least in the short run).

*UNIVARIATE TIME-SERIES MODEL APPROACH TO FORECASTING*

*Pros*

1. Ability to detect and exploit systematic patterns in the past series.
2. Relatively low degree of subjectivity in the forecasting (especially given the availability of computer algorithms to identify and estimate models).
3. Low cost and ease of updating.
4. Ability to compute confidence intervals around the forecasts.

*Cons*

1. Limited number of observations available for newly formed firms, firms with structural change, and so on.
2. Financial statement data may not satisfy distributional assumptions of time-series model used.
3. Inability to update forecasts between successive interim or annual earnings releases.
4. Difficulty of communicating approach to clients (especially the statistical methodology used in identifying and estimating univariate models).

**TABLE 8.5**  Univariate Box-Jenkins Models versus Value Line Security Analyst Forecasts of Quarterly EPS: Mean Absolute Forecast Error

| Forecast Horizon | Forecast Model | Fiscal Quarter Being Forecast | | | |
|---|---|---|---|---|---|
| | | First | Second | Third | Fourth |
| One Quarter Ahead | Box-Jenkins #1 | .259 (3) | .263 (3) | .288 (2) | .309 (3) |
| | Box-Jenkins #2 | .268 (4) | .268 (4) | .302 (4) | .322 (4) |
| | Box-Jenkins #3 | .251 (2) | .253 (2) | .294 (3) | .302 (2) |
| | Value Line | .234 (1) | .214 (1) | .221 (1) | .217 (1) |
| Two Quarters Ahead | Box-Jenkins #1 | .307 (3) | .319 (3) | .300 (3) | .305 (2.5) |
| | Box-Jenkins #2 | .316 (4) | .327 (4) | .324 (4) | .316 (4) |
| | Box-Jenkins #3 | .306 (2) | .318 (2) | .299 (2) | .305 (2.5) |
| | Value Line | .267 (1) | .276 (1) | .264 (1) | .246 (1) |
| Three Quarters Ahead | Box-Jenkins #1 | .332 (2) | .325 (3) | .291 (2) | .343 (4) |
| | Box-Jenkins #2 | .335 (3) | .336 (4) | .301 (4) | .337 (3) |
| | Box-Jenkins #3 | .342 (4) | .321 (2) | .300 (3) | .332 (2) |
| | Value Line | .291 (1) | .300 (1) | .252 (1) | .299 (1) |

SOURCE: Brown, Griffin, Hagerman, and Zmijewski (1984): p. 33.

278

b. Has each analyst instantaneously revising his or her forecast as new information becomes available

c. Has each analyst instantaneously reporting his or her revision to the service

d. Has each analyst forecasting the same earnings variable, for example, primary earnings per share before extraordinary items, where all analysts agree as to the meaning of an extraordinary item.

Clearly, this ideal world does not exist. However, we know little in a systematic way as to how (a)–(d) are not descriptive, for example, the nature of timing difference between an analyst revising a forecast and its inclusion in the IBES or Icarus system. Departures from conditions (a)–(d) could well be another reason why complex weighting schemes to compute consensus earnings forecasts may not yield significant gains over simpler schemes such as equal weighting.

4. An important research area is the cues that security analysts use when revising their earnings forecasts. An understanding of the important cues would help to structure the information collection and monitoring activities of investment firms. The typical analyst reports a forecast revision three to five times each year. Between successive revisions, many potential revision cues will have been published, for example, firm-oriented releases such as earnings, dividends, sales, and production reports; industry releases (including the releases of competing firms); and economywide releases such as money supply, inflation, and international trade balance reports. The relative importance of each of these and other possible cues is currently not well understood.

Discussions with analysts indicate that forecast revisions made by other analysts are important revision cues. Individuals in some industries develop reputations as ''lead analysts'' and much interest attaches to the direction of their forecast revisions. Analysts also report that high penalties are placed on taking positions that diverge markedly from the consensus when the consensus subsequently turns out to be ''correct.'' The result can be that analysts make forecasts that diverge less from the consensus than what they would report in the absence of these penalties.

One variable that appears to be important in analyst forecast revisions is security returns. Brown, Foster, and Noreen (1985) examined abnormal security returns in the 12 months *preceding* the month (termed month 0) consensus security analyst forecast revisions were reported by IBES. The results were

| Period Used to Cumulate Abnormal Security Returns | One-Year-Ahead EPS Revised Down in Month 0 | One-Year-Ahead EPS Revised Up in Month 0 |
|---|---|---|
| Months $(-12, -10)$ | $-1.25\%$ | .51% |
| Months $(-9, -7)$ | $-1.58$ | 1.18 |
| Months $(-6, -4)$ | $-2.36$ | 1.78 |
| Month $(-3)$ | $-1.18$ | .85 |
| Month $(-2)$ | $-1.54$ | 1.05 |
| Month $(-1)$ | $-1.41$ | 1.02 |
| Months $(-12, -1)$ | $-9.32$ | 6.39 |

Case 3:01-cv-00988-SI    Document 1498-4    Filed 10/20/08    Page 22 of 26

**FIGURE 8.6**   Security Analyst Consensus Forecast Revisions (IBES Data Base) and the Behavior of Security Returns



Source: Brown, Foster, and Noreen (1985, Figure 4.1): p. 72.

Downward consensus forecast revisions by analysts are preceded by a 9.32% decline in security returns, whereas upward forecast revisions are preceded by a 6.39% increase in security returns. Figure 8.6 presents the behavior of cumulative security returns for both the revised down and revised up consensus forecast revision groups. Finn (1984) presents similar evidence for earnings forecast revisions made by security analysts at an Australian institutional investment fund. One explanation for this finding is that analysts monitor security returns and use these as a prompt to their earnings forecasts revisions. The motivations for using security returns as an information base include (a) the aggregate capital market potentially is a more efficient processor of publicly available information than are individual security analysts, and (b) capital markets can impound information to which analysts do not yet have access (insider trading by management is one mechanism by which information internal to the firm is impounded). The traditional belief that security analyst opinions lead security price changes, rather than vice versa, may be in need of reconsideration.

## 8.8   SUMMARY

1. Forecasts of earnings and other related variables are important to many users of financial statement data. Forecasting approaches available to users differ

# EXHIBIT 11

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 1

## ORACLE CORPORATION

### Moderator: Stephanie Aas
### March 15, 2001
### 4:30 p.m. CT

Operator:  Good day, everyone and welcome to today's Oracle Corporation third-quarter financial results conference call.  Today's conference is being recorded.

At this time, I'd like to introduce Oracle Corporation Senior Director of Investor Relations, Stephanie Aas.  Miss Aas, please go ahead.

Stephanie Aas:  Great.  Thanks, Operator.  I'd like to introduce Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.

Today's call will begin with Jeff reviewing some of the key financial results and Larry will cover the state of Company and industries trends.  The discussion will then be followed by a Q&A session.

Before we begin however, I'd appreciate your patience as I review the required statement for Safe Harbor.  Our discussion may include predictions, estimates or other information that might be considered forward-looking.  While these forward-looking statements represent our best, current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 129106**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 3

actuals showed strong license growth. So there was a lot of things that kind of gave us what turned out to be, I guess, a false sense of security because clearly we didn't do as well at the end.

During our last quarter call we did 90 days ago, I emphasized how -- that the economy was a wild card. And despite the fact we had not seen any visible erosion at that point, we said that if we ever got to a hard landing or recession or depression -- I don't think we're there -- that would certainly have an impact on our business.

Beginning in early January, we added a bullet on the slides we used with investors stating that the economy was a wild card. And for some time, we've included precautionary language in our risk factor section that points out that while we use our pipeline system as the primary tool to forecast sales, it doesn't always closely correlate to actual sales growth in the quarter.

For Q2 10-Q, we added that in particular, a slowdown in the economy may cause purchasing decisions to be delayed, reduced in amount or canceled, which would therefore, reduce the overall pipeline conversion rates. Nevertheless, right to the last few days, we still thought we could there.

OK. So looking at the license growth for the third quarter, all of the decline was primarily centered in the U.S. and the Americas, the way we reported it publicly.

And the growth for the Americas for that quarter, this recent Q3, was four percent negative. And that's compared to 34 percent growth both in Q1 and in Q2 so clearly there was an enormous slowdown and far worse than we though we would be.

The dot-coms played some part in this. But we knew going into the quarter, we had a big database comparison issue and we knew that the dot-com segment was slowing down. I think in

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 129108

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 4

hindsight the dot-com ended up a bit worse than we thought. But we certainly anticipated -- what we didn't realize -- the filling factor, you know, obviously was the economy.

If you take out -- and if you look at our dot-com growth in the third quarter year-over-year, it was a negative 66 percent. So it clearly was a huge decline year-over-year.

If you take out dot-coms in total and just look at the rest of the Americas' license number x dot-coms, the growth for the quarter was nine percent so again, far short of the 34 percent growth.

So again, I'd stand by what we said that we knew that the dot-coms would have an affect. But clearly, I think it was the economy that really did us in.

Since the Americas represent over 50 percent of the worldwide license revenues, the impact on the total company license growth was obviously very significant.

As Larry said on the March 1 conference call, the crack started to appear in the last four days of the quarter. At first, it showed in our general business dot-com mid-market forecast, which came down each of the last four days. But it also showed up on other U.S. business units right at the end as contract after contract slipped as a result of key executives delaying decisions to sign the deals when they represented the final signature.

Both (MEIT) and Asia-Pacific did reasonably well and were certainly -- played only a minor role in the -- in the Q3 miss. They had reasonably good results.

Turning to database, the growth was -- ended up at six percent and did somewhat better than that first estimate we made on March 1 and likewise, applications did worse. We ended up very close to what we said on the estimate we made but we did not have a detailed handle on all the different product swings. And so clearly database ended up being better, applications worse.

## ORACLE
## CONFIDENTIAL

NDCA-ORCL 129109

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER