# EXHIBIT 13

| 1 | 00001:01 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | IN AND FOR THE COUNTY OF SAN MATEO |
| 3 | 03 | ---oOo--- |
| 4 | 04 | COORDINATION PROCEEDING |
| 5 | 05 | |
| 6 | 06 | |
| 7 | 07 | PROCEEDING NO. 4180 |
| 8 | 08 | THIS DOCUMENT RELATES TO: |
| 9 | 09 | ALL ACTIONS |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | DEPOSITION OF LAWRENCE J. ELLISON |
| 13 | 13 | Thursday, February 26, 2004 |
| 14 | 14 | Volume I (Pages 1 - 221) |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | REPORTED BY: |
| 20 | 20 | HOLLY MOOSE, RDR-CRR-CRP |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | Certified Shorthand Reporters |
| 24 | 24 | San Francisco, California 94102 |
| 25 | 25 | |

1    00178:01    Q.  It's understood.

2    02    A.  And I think we might have had -- but we were

3    03 delivering record quarters, you know.  And that was what

4    04 was -- what was a little bit interesting.  Even though

5    05 the economy was weakening, we had delivered two record

6    06 quarters in a row.  Though the market was -- though the

7    07 market was coming down.  So I was still pretty

8    08 optimistic when we gave our guidance for Q3.

9    09    Q.  Hadn't you actually seen an effect of the

10    10 downturn in the economy in Oracle's dot-com sales by Q3

11    11 '01?

12    12    A.  Oh.  I'm sure we had.  I'm sure we had.  But I

13    13 wouldn't really -- overall business was still very

14    14 strong.

15    15    Q.  But wasn't it fairly dramatic?  I mean,

16    16 weren't the sales figures to dot-com companies pretty

17    17 bad starting in Q1 '01?

18    18       MR. SALPETER:  Objection to form, use of the

19    19 term "pretty bad."

20    20       THE WITNESS:  Yeah, they were certainly down

21    21 from where they were, but our overall business was quite

22    22 strong.  So like I said, we were still delivering

23    23 record-level results.

24    24       But no, you're absolutely right that our

25    25 dot-com business was certainly off by that point in

1    00179:01  time.  And in fact, I viewed that as encouraging because

2    02  here our dot-com business had fallen off; in spite of

3    03  that, we were still delivering record results.  So you

4    04  can make a case that was encouraging.

5    05       MR. DE GHETALDI:  Okay.

6    06    Q.  What are the key intraquarter forecasting

7    07  indicators for Oracle?

8    08    A.  Early on, the pipeline -- year over year

9    09  pipeline growth, field sales forecast, financial --

10   10  financial department forecast, sometimes called the

11   11  upside report.  Again, I'm trying to steer away from

12   12  those funny names.

13   13       I would say an actual results for the first

14   14  and second months of the quarter and then going into the

15   15  last ten business days of the quarter, the big deal

16   16  report, the size of the -- of the pipeline, if you will,

17   17  or the size -- the number -- the number and size of the

18   18  big deals that are potentially going to close this

19   19  quarter.  I think that's a pretty complete list.

20   20    Q.  Okay.  For the forecast -- from the field

21   21  forecast number, you -- you've said that you looked at

22   22  those numbers generally on a comparative basis -- that

23   23  is, year over year -- in terms of percentage growth; is

24   24  that right?

25   25    A.  Yes.

| | | |
|---|---|---|
| 1 | 00180:01 | Q.  Okay.  Did you track those forecast figures |
| 2 | 02 | week by week as well -- |
| 3 | 03 | A.  Yes. |
| 4 | 04 | Q.  To see how they're trending through the |
| 5 | 05 | quarter, that is? |
| 6 | 06 | A.  Absolutely. |
| 7 | 07 | Q.  Did you have any report that actually laid |
| 8 | 08 | that out for you for the forecast numbers? |
| 9 | 09 | A.  That laid it out over a series of weeks? |
| 10 | 10 | Q.  Yeah. |
| 11 | 11 | A.  No.  What you saw was the change versus last |
| 12 | 12 | week. |
| 13 | 13 | Q.  Okay. |
| 14 | 14 | A.  So there was no report that I've seen -- |
| 15 | 15 | there's no report at that time -- we've certainly |
| 16 | 16 | compiled these trend reports -- trend graphs and trend |
| 17 | 17 | reports.  But at the time, what we had was difference |
| 18 | 18 | between this week and last week. |
| 19 | 19 | Q.  I see.  Okay.  Now, in fiscal year '01, did |
| 20 | 20 | you yourself personally track these forecast numbers on |
| 21 | 21 | a companywide basis and on a divisionwide basis? |
| 22 | 22 | A.  Both. |
| 23 | 23 | Q.  And how about for line of business; did you |
| 24 | 24 | have a way of tracking that for forecast? |
| 25 | 25 | A.  What -- |

# EXHIBIT 14

**In re ORACLE CORPORATION SECURITIES LITIGATION**
**Class Action**

United States District Court
Northern District of California
Master File No. C-01-0988-MJJ

# REBUTTAL EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

Alan G. Goedde

June 22, 2007

- December 2000 – "I am writing to the two of you to share my frustrations with Oracle, especially as related to our 11i implementation of Order Management for Brock Tool and Supply.  To make a long story short, had it not been for revenues from other clients, and smart financial management, AppsTech would be bankrupt today because of Oracle."[186]

- December 2000 – "Obviously, the Order Management modules were not ready for release to the public in June.  Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03.  Why weren't we [AppsTech] told?"[187]

- January 2001 – "Ron, Don and Drew – I cannot answer these questions for [AppsTech] and as you can see it is a very poor reflection on the partner program and Oracle overall when we are not able to address the quality issues we are facing with 11i OM right now across all of our partners."[188]

- January 2001 – "They [Oracle's partners] all have significant backlogs of implementation service they are trying to deliver and cannot either install our products successfully in a reasonable amount of time, manage their customer's orders processing with our OM due to outstanding and answered Tars/Bugs, or stabilize their customer's environments with our patches."[189]

- January 2001 – "Victor Heschaft, Paxar's Vice Chairman, has been dealing with an extremely critical 11i implementation.  By all accounts from those involved, this has been very very ugly . . . and we've put the customer through extreme hardship. . . . Paxar has been contacting other 11i customers to asses their experience with 11i.  They have also made some veiled threats about public disclosure of their challenges so we need to act quickly."[190]

- January 2001 – "We are getting very bad press from the Columbus accounting group based on the poor performance of 11i.  In fact, the CIO of McDs and the worldwide controller called me yesterday to express their concern over our apps performance.  Both of these execs are Oracle advocates, and in the CIO's words, 'Oracle is not doing themselves any favors with our inability to quickly address these performance issues.'  The 11i performance issues need to be fixed at Chipotle or BOL will lose

---

[186]    Ellison 7/13/06 Ex. 15 at NDCA-ORCL 035245.

[187]    *Id.* at NDCA-ORCL 035246.

[188]    *Id.* at NDCA-ORCL 035243 (emphasis in original).

[189]    *Id.* at NDCA-ORCL 035243-44.

[190]    Ellison 7/13/06 Ex. 34 at NDCA-ORCL 039326-27.

3

one of their strongest references and Oracle will be in a poor position to be McDonald's global applications provider."[191]

The foregoing is a representative sample of some of the correspondence that I have reviewed relating to the problems that Oracle's 11i applications suite was causing Oracle's customers. I have also reviewed the report of Brooks L. Hilliard on the quality issues surrounding 11i and the evidence cited in that report. Other evidence that I have reviewed suggests that Oracle had limited its sales opportunities and negatively affected its ability to convert the applications pipeline because severe problems with its applications products interfered with effective demonstrations:

- July 2000 – "We are having challenges with the 11i demo system *that is costing us Q1 business*."[192]

- October 2000 – "The [demo] problems fall into three categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. *The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution*."[193]

- October 2000 – "As we stated in our meeting last week these [demo] difficulties are now *common knowledge by our competition and they position our inability to completely pull these off as 'proof' that the e-business suite is not a reality*."[194]

- January 2001 – "Ron, we have blown AppsWorld Paris for CRM hmtl demos. We have been blocked for days. [A]nd I can say, there is not enough time left to complete."[195]

- January 2001 – "Product Demonstration Difficulties: . . . 2) Mobile Field Sales – *we are getting our 'clocks cleaned' by Siebel with our inability to show / demonstrate a detached sales client*. This is a trap set by Siebel in most of our CRM Field Sales

---

[191]   Ellison 7/13/06 Ex. 44 at NDCA-ORCL 035426.

[192]   Ellison 7/13/06 Ex. 4 at NDCA-ORCL 101655.

[193]   Ellison 7/13/06 Ex. 23 at NDCA-ORCL 013718 (emphasis added).

[194]   *Id.* at NDCA-ORCL 013717 (emphasis added).

[195]   Ellison 7/13/06 Ex. 45 at NDCA-ORCL 012439.

4

**D.     Professor Hubbard Fails to Address a Variety of Evidence that Undermines His Opinion that Defendants Were Reasonable in Their Belief that Oracle Was Not Being Affected by the Downturn in the Economy and Was Likely to Make Its Guidance**

Apart from his economic analysis (which as discussed above does not support his opinion), Professor Hubbard bases his conclusion that defendants were reasonable in believing that Oracle would meet guidance almost exclusively on Oracle's Potential Forecast in 3Q FY01 (and the historical conversion analysis that, in large part, formed of that forecast).[233] Professor Hubbard fails to mention, however, Mr. Ellison's testimony that he did not rely on Ms. Minton's upside adjustments and the Potential Forecast that was the result of those adjustments.[234] Mr. Ellison did not consider Ms. Minton's upside adjustments to be particularly reliable and characterized them as a "mood ring."[235] Mr. Ellison's testimony undermines Professor Hubbard's reliance on the potential forecast to evaluate Oracle's performance and defendants' beliefs in light of that performance.

Professor Hubbard also disregards a variety of other facts in reaching his opinion that defendants were reasonable in believing that Oracle would meet guidance, including major changes in the macroeconomic environment, Mr. Ellison's directive to add more risk to the field forecast, and changes in the product mix of Oracle's pipeline and forecast.  In fact, Professor Hubbard fails to discuss or even to mention a variety of key Oracle internal indicators (actually relied upon by defendants in 3Q FY01) that alerted defendants throughout 3Q FY01 that Oracle was unlikely to meet guidance.  All of these facts render Professor Hubbard's analysis of the potential forecast (and his conclusions based on that analysis) unreasonable.

---

[233]     Hubbard Report §VI.

[234]     Ellison 2/27/04 Tr. at 279-281.

[235]     *Id.*

1.      **Professor Hubbard Ignores Key Oracle Internal Indicators
Informing Defendants that Oracle Was Being Adversely
Affected by the Economic Downturn and that It Was Unlikely
to Meet Guidance**

Mr. Ellison and Mr. Henley both testified that they used a variety of key indicators to gauge

the health of Oracle's business.  When asked to describe the key intra-quarter forecasting indicators

at Oracle, Mr. Ellison gave a "pretty complete list" that Professor Hubbard has chosen largely to

ignore:

> Early on, the pipeline – year over year pipeline growth, field sales forecast, financial
> – financial department forecast, sometimes called the upside report.  Again, I'm
> trying to steer away from those funny names.  I would say . . . actual results for the
> first and second months of the quarter and then going into the last ten business days
> of the quarter, the big deal report, the size of the – of the pipeline, if you will, or the
> size – the number – the number and size of the big deals that are potentially going to
> close this quarter.  I think that's a pretty complete list.[236]

In addition, both Mr. Ellison and Mr. Henley testified that they tracked the behavior of the "growth

gap" to measure the health of Oracle's business.[237]

In focusing his attention exclusively on the Potential Forecast (which, again, Mr. Ellison

testified that he did not personally rely on as an indicator), Professor Hubbard avoids the difficult

fact that each one of the other indicators mentioned by Mr. Ellison and Mr. Henley was alerting

defendants throughout 3Q FY01 that Oracle was unlikely to make guidance.

a.      **Key Forecasting Indicator Ignored by Professor
Hubbard: Actual Results**

Mr. Ellison testified that he relied on actual intra-quarter results to gauge the health of

Oracle's business.[238]  As I discussed in my opening report, Oracle's intra-quarter actual results in

---

[236]      Ellison 2/26/04 Tr. at 179:6-19.

[237]      Henley 3/2/04 Tr. at 103:14-104:25; Ellison 2/26/04 Tr. at 86:9-88:17; Ellison 2/27/04 Tr. at
417:17-421:22.

- 67 -

3Q FY01 revealed to defendants that Oracle was being adversely affected by the economy and was not on track to meet guidance.  The January 17, 2001 Larry Garnick Flash Report (distributed to defendants and Ms. Minton, among others) disclosed to defendants that, based on December actual results, Oracle was feeling the impact of the economy and that it was likely to miss Public Guidance.[239]  According to that report (after adjusting OPI for Covisint) all three of Oracle's U.S. divisions (representing approximately 52% of Oracle's license revenues) had negative license revenue growth trends (NAS: -24%; OSI: -81%; OPI -85%)[240] by the end of December.  For the month of December, actual total license growth was only 1% (compared to Public Guidance of 25%).[241]  These results indicated to defendants that by the end of December (based on historical trends) Oracle was projecting to miss Public Guidance by $391 million.[242]

The February 8, 2001 Garnick Flash Report disclosed to defendants that actual results had improved little for Oracle in January.  By the end of January, all three U.S. divisions still had negative growth rates (NAS: -33%; OSI: -17%; OPI: -63% (adjusting for Covisint)) and total license growth was only 8%.[243]  These results indicated to defendants that by the end of January (based on historical trends) Oracle was projecting to miss Public Guidance by $315 million.[244]  In addition, as discussed in my opening report, throughout the quarter defendants and Ms. Minton received negative

---

[238]   Ellison 2/26/04 Tr. at 179:6-19.

[239]   Minton 9/25/06 Ex. 43.

[240]   The majority of Oracle's miss in 3Q FY01 came from NAS and OSI.

[241]   Minton 9/25/06 Ex. 43.

[242]   Goedde Report Ex. 17.

[243]   Minton 9/25/06 Ex. 45.

[244]   Goedde Report Ex. 17.

7

information from all three U.S. divisions regarding their December and January performance and forecasts.[245]  This information informed defendants and Ms. Minton that Oracle was not on track to meet its Guidance.[246]  In reaching his opinions, Professor Hubbard fails to discuss or even mention Oracle's 3Q FY01 intra-quarter actual results or any of this negative information from the U.S. divisions.

### b.   Key Forecasting Indicator Ignored by Professor Hubbard: Pipeline Growth

Mr. Ellison considered year-over-year pipeline growth to be a key forecasting indicator.[247] As discussed in my opening report, the behavior of the pipeline also informed defendants that Oracle was being adversely impacted by the economic downturn and by problems that Oracle was experiencing with its 11i applications products.[248]  While year-over-year pipeline growth was 52% on December 11, 2000, it dropped sharply by $300 million to 32% by December 25, 2000.[249]  The collapse continued throughout the quarter.  In addition to the $300 million drop in December, Oracle's pipeline collapsed by $544 million through February 5, 2001, and by a total of $807 million for the entire 3Q FY01 ($600 million of which came from applications deals).[250]  By contrast, the pipeline for the same period in the prior year increased by $69 million in December 1999 and

---

[245]    Goedde Report at 42-50.

[246]    *Id.*

[247]    Ellison 2/26/04 Tr. at 179:6-19.

[248]    Goedde Report at 36.

[249]    Minton 9/25/06 FR Exs. 22A, 24A

[250]    Goedde Report Ex. 20.

- 69 -

8

January 2000 and lost only $340 million for the entire 3Q FY00 quarter.[251]  As discussed below and in my opening report, Oracle experienced accelerating pipeline declines beginning in 1Q FY01 and continuing through 4Q FY01.[252]

The behavior of the pipeline informed defendants that Oracle was being adversely affected by the economic downturn and the problems with its products.  Combined with the other indicators, it also informed defendants that Oracle was not on track to meet Public Guidance.  Professor Hubbard fails to discuss or even mention this key internal indicator when reaching his opinions.

### c. Key Forecasting Indicator Ignored by Professor Hubbard: Growth Gap

Mr. Henley and Mr. Ellison testified that they relied on the Growth Gap, the spread between forecasted license revenue growth rates and the pipeline growth rates, to measure the health of Oracle's business.[253]  Since both metrics appeared on the first page of the Upside Report, defendants were informed of the behavior of the growth gap throughout 3Q FY01.[254]  In 3Q FY01, the growth gap showed that Oracle was forecasting license revenues to grow at a more rapid rate than the pipeline was growing.  Compared to prior quarters, the gap between pipeline growth and forecasted revenue growth was shrinking in 3Q FY01 and was even negative at the end of December and into January.[255]  As I explained in my opening report, a negative growth gap is important because it

---

[251]     *Id.*

[252]     Goedde Report Ex. 10.

[253]     Ellison 2/26/04 Tr. at 86:9-88:17; Ellison 2/27/04 Tr. at 417:17-421:22; Henley 3/2/04 Tr. at 103:14-104:25.

[254]     Minton 9/25/06 FR Ex. 24A.

[255]     Goedde Report Ex. 13.

- 70 -

indicates that the forecast target is less likely to be met.  As Mr. Ellison noted, it would be "incautious to . . . forecast sales growth without underlying pipeline growth."[256]

The growth gap, which both Mr. Ellison and Mr. Henley followed as an indicator of the health of Oracle's business, was indicating in 3Q FY01 that Oracle's business was being negatively affected.  Professor Hubbard fails to discuss or even mention the behavior of the growth gap in reaching his conclusions.

### d.     Key Forecasting Indicator Ignored by Professor Hubbard: Field Forecast

Contrary to Professor Hubbard's dependence on the Potential Forecast, the evidence that I have reviewed suggests that Mr. Ellison instead relied on the field forecast to analyze Oracle's business throughout the quarter.  That evidence includes Mr. Ellison's own testimony and the directive that he gave to the field in 2Q FY01 to increase the risk in the forecast.[257]  The Field Forecast, throughout 3Q FY01, informed Mr. Ellison that even after the effect of his directive (which added additional risk to the Field Forecast), Oracle was not on track to meet its guidance.  In fact, the Field Forecast projected that Oracle would not meet its Public Guidance of 12 cents per share throughout 3Q FY01.[258]  Mr. Ellison was aware that he had directed the field to add more risk to its forecast to reduce the effect of sandbagging and that doing so eliminated the need for Minton's upside.[259]

---

[256]     Ellison 2/26/04 Tr. at 87:4-5.

[257]     Ellison 2/27/04 Tr. at 279-281; Ellison 9/21/06 Ex. 110; Ellison 9/21/06 Tr. at 425:23-426:7.

[258]     Goedde Report Ex. 12.

[259]     Ellison 9/21/06 Ex. 110; Ellison 9/21/06 Tr. at 425:23-426:7.

The behavior of the field forecast was out of line with historical practice and was thus a red flag that Oracle would not meet Public Guidance.  The field historically tended to increase its forecast early in the quarter as deals became more certain.  In 3Q FY01, however, the behavior of the Field Forecast remained generally flat during December and January.[260]  In fact, "AVPs [were] Beginning to Voice Concern" in the month of December and "AVPs [were] Reluctant to Raise Their Forecast" in the month of January.[261]  The behavior of the field not only belies defendants' claim that Oracle had not experienced a slowdown in its business but also indicated to defendants that Oracle was unlikely to meet guidance.  Professor Hubbard fails to discuss or even mention the behavior of the Field Forecast in 3Q FY01.

Evidence that I have reviewed also suggests that, throughout 3Q FY01, the field informed Ms. Minton of the negative effects of the macroeconomic decline through its forecast for 4Q FY01.  For example, in the January 15, 2001 Americas Forecast Package, reviewed by Ms. Minton on weekly calls, OSI was forecasting license revenue growth of -7% for 4Q FY01[262] and OPI was forecasting license revenue growth of -16% for 4Q FY01.[263]  Only NAS was forecasting positive license revenue growth (19%), but its 4Q FY01 forecast had decreased by $65 million since the previous forecast submission.[264]  In total, the America's divisions were forecasting only 3% total

---

[260]     Goedde Report Ex. 12.

[261]     Roberts 6/22/06 Ex. 27 at NDCA-ORCL 179337.

[262]     NDCA-ORCL 099009-014 at 014.

[263]     *Id.*

[264]     *Id.*

- 72 -

license revenue growth for 4Q FY01 (significantly below Ellison's 30% growth target).[265]  These 4Q FY01 forecast numbers remained low and Ms. Minton was consistently alerted to them throughout 3Q FY01.[266]  These numbers, forecasting negative growth trends in two of Oracle's U.S. divisions and extremely low overall growth for the total Americas division, informed Ms. Minton throughout 3Q FY01 that Oracle's business was being negatively affected by the decline in the economy.

After finishing my opening report, I received and reviewed a copy of an affidavit that Ray Lane, former President and Chief Operating Officer of Oracle, submitted in a case against Oracle in Delaware.[267]  Mr. Lane's affidavit confirms Mr. Ellison's testimony that he and other defendants regularly relied on actual intra-quarter license results, pipeline data and the growth gap, and information from the field to gauge the health of Oracle's business.[268]  Additionally, Mr. Lane's affidavit corroborates my opinion that these indicators informed defendants throughout 3Q FY01 that Oracle's license business was deteriorating.[269]

Each of the foregoing indicators informed defendants, early in the quarter, that Oracle's business was being negatively affected by the economic downturn and that Oracle was unlikely to meet its guidance.  These indicators and Professor Hubbard's failure to discuss or even mention

---

[265]     *Id.*

[266]     NDCA-ORCL 089097-102 at 102; NDCA-ORCL 078852-557 at 557; NDCA-ORCL 078985-990 at 990; NDCA-ORCL 080061-066 at 66; NDCA-ORCL 079227-232 at 232.

[267]     Affidavit of Raymond J. Lane filed in *In re Oracle Corp. Derivative Litigation*, Consolidated Civil Action No. 18751 (Del. Ch. Ct., New Castle County).

[268]     *Id.*

[269]     *Id.*

at the beginning of 3Q FY01, which rendered Oracle's forecasting process unreliable.  For example, in January 2001, Oracle's field and business heads were reporting that Oracle's own dot.com bubble had burst.[281]  Revenues from dot.com business, which were at their peak in 3Q FY00, had been declining sequentially since 4Q FY00.[282]  This dramatic deterioration significantly impacted and directly undermined the year-over-year trend analysis that was Ms. Minton's upside process.

Mr. Ellison was cognizant of the effects of such a macroeconomic change on Oracle's forecasting process.  He testified that in times of sudden growth in the economy or sudden shrinkage in the economy – "you can't extrapolate anymore."[283]  Nonetheless, as described in my opening report, Ms. Minton's upside adjustment for the 3Q FY01 forecast that formed the basis of Oracle's Public Guidance was precisely the type of extrapolation that Mr. Ellison claimed would not work in times of sudden change in the economy.  As discussed above, Ms. Minton relied almost exclusively on a year-over-year comparison to calculate the Potential Forecast.[284]  The decelerating economic environment facing Oracle in 3Q FY01, however, was the precise opposite of the aggressive growth experienced in 3Q FY00.  Ms. Minton's conversion analysis assumed that Oracle would close as high a percentage (sometimes higher) of its pipeline as it had in the previous year (in a booming economy).[285]  The comments of the Federal Reserve in 3Q FY00 and 3Q FY01 document the

---

[281]    Winton 5/26/06 Ex. 48.

[282]    Goedde Report Ex. 5.

[283]    Ellison 9/21/06 Tr. at 385:7.

[284]    Goedde Rebuttal Ex. 4.

[285]    *Id.*

had an average conversion rate of 9.8% by the end of December.[297]   The conversion rate in December 2000, however, was only 6.3% (excluding Covisint).[298]  By January, the conversion rate had deviated even further from the historical average.   The average January quarter-to-date conversion rate for fiscal years 1999 and 2000 was 18.3%.  Yet, it was only 12.8% in fiscal year 2001.[299]  This data directly undermined Ms. Minton's application of the historical conversion ratio to generate the Potential Forecast throughout 3Q FY01.

Internal pipeline data available to defendants before and throughout the quarter also disclosed to defendants deteriorating economic conditions that they knew would render Ms. Minton's Potential Forecast unreliable.  From 3Q FY99 (the earliest data made available by Oracle) through 4Q FY00, the pipeline at the beginning of the quarter and the pipeline at the end of the quarter declined very little.[300]  Beginning in 1Q FY01, however, the pipeline declined significantly from the beginning of the quarter to the end of the quarter.[301]  In the six quarters prior to FY01, the pipeline declined an average of 9% from the start of the quarter – roughly $174 million.[302]  By contrast, the pipeline deteriorated by 31% in 1Q FY01, representing a dollar decline of over $548 million.[303]  In 2Q FY01 the pipeline deteriorated by over $426 million (19%) and in 3Q FY01 the pipeline deteriorated by

---

[297]     Goedde Report Ex. 9.

[298]     *Id.*

[299]     *Id.*

[300]     Goedde Report Ex. 10.

[301]     *Id.*

[302]     *Id.*

[303]     *Id.*

over $800 million (27%).[304]  These increasing declines informed defendants that potential deals in the pipeline were being canceled or postponed during the quarter.

Defendants were well aware of the changes in the economy and their effect on Oracle's business.  It was unreasonable for Ms. Minton to fail to take into account the macroeconomic change and to apply upside that tracked, almost exactly, Oracle's achievement in the boom economy a year before.[305]  Professor Hubbard's conclusion that defendants were reasonable in believing that Oracle would make guidance based on Ms. Minton's faulty upside adjustments is itself unreasonable.

>   **b.      Larry Ellison's Directive to Change the Forecasting Process Rendered Ms. Minton's Upside Adjustment Unreliable**

As discussed in my opening report, Mr. Ellison directed the field, in the fall of 2000, to add additional risk to its forecast.[306]  According to an email between OPI Finance personnel, Ellison's directive required the inclusion in the forecast of certain deals having a lower probability of winning than were included in previous forecasts.[307]  As evidenced by Ms. Minton's own testimony and e-mails, this change in the forecast process would have rendered Ms. Minton's upside process unnecessary.[308]

Ms. Minton explained that the rationale for upside adjustments was to adjust for the practice of salespeople and executives to underestimate their quarterly sales in order to consistently meet or

---

[304]     *Id.*

[305]     Goedde Rebuttal Ex. 4.

[306]     Goedde Report, §I.E.

[307]     Ellison 9/21/06 Ex. 110.

[308]     Minton 4/21/05 Tr. at 126, 154; NDCA-ORCL 151956-962 at 962.

- 81 -

exceed their forecasts, a practice called "sandbagging."[309]  According to Ms. Minton, this practice

was widespread at Oracle:

> [t]here was, particularly within the North America[n] sales organizations . . . [a]
> forecasting style… whereby nobody wanted to miss their commit forecast and they
> wanted to exceed it… there was pretty consistent behavior where the gentlemen in
> question in North America consistently exceeded their forecast, and therefore that's
> why the… upside adjustments were made, so that we could get to what we really
> thought we were going to do in a given quarter.[310]

In the fall of 2001, Mr. Henley requested an analysis of the accuracy of the field forecast.[311]

That analysis, circulated to Mr. Henley, Mr. Ellison, Ms. Minton, and the various business heads and

finance heads, found that, on average, the license forecast amounted to between 84% and 89% of the

actual license revenues.[312]  In response, on September 19, 2000, Ms. Minton forwarded the analysis

to various finance heads, informing them generally of Ellison's directive.[313]  She wrote:

> FYI.  We need to work closely with management to improve the accuracy of
> the forecast.  Larry made it clear that he wants everyone to submit realistic forecasts
> – he is not interested in "commit" numbers.[314]

Several emails indicate that, both at the field level and at the EVP level, the directive affected

the field forecast and information that Ms. Minton received about that forecast.  An email between

finance directors in OPI summarizes the effect of the directive on the forecast delivered by the sales

force:

---

[309]   Minton 4/21/05 Tr. at 126, 154.

[310]   *Id*. at 154.

[311]   NDCA-ORCL 151956-962 at 961.

[312]   *Id*.

[313]   *Id*. at NDCA-ORCL 151962.

[314]   *Id*.

- 82 -

> This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment. It was the amount that you believed you could deliver at a minimum. That emphasis has shifted . . . and now our forecast is a number that includes more risk than in the past.[315]

Whereas salespeople had typically submitted their "commit" forecasts or, in other words, the amount that they "believed [they] could deliver at a minimum," in the fall of 2000 Mr. Ellison directed these salespeople to include additional deals.[316]  The addition of those deals, which would not have been included in the past because the salespeople were not comfortable enough that they would close, increased the risk in the Field Forecast.  Mr. Ellison directed the sales force to submit forecasts which exceeded their comfort levels, effectively changing Oracle's forecasting process from a "bottom-up" process into a "top-down" process.

An email from Mr. Sanderson to other EVPs shows that the directive also likely affected field level management judgment and the information that Ms. Minton received from EVPs on her weekly calls:

> [L]arry wants the evp's to do a better job of forecasting than we have in the past.  [H]e says we continually understate where we are going to land.  [T]his is typically true except for this last quarter.  [L]et's make sure we factor in this historical perspective on our forecast calls.  [H]ow, I'm not sure.  [B]ut, let's make sure we at least consider this information.

> [F]or obvious reasons, pls don't forward this email due to sensitive info.[317]

In addition to the directing the salespeople to include additional risk in their individual forecasts, Mr. Ellison's directive put pressure on managers and executives to increase their forecasts, resulting thereby in more management judgment than had previously been included at the field level.

---

[315]     Ellison 9/21/06 Ex. 110.

[316]     *Id.*

[317]     NDCA-ORCL 028211-212.

In addition, Mr. Sanderson's email shows that the directive would have altered the information provided by EVPs on forecasting calls with Ms. Minton and defendants. Thus, Ellison's fall 2000 directive would have added several layers of additional risk to the Field Forecast and altered the information received by Ms. Minton on weekly calls.

Ms. Minton testified that the basis for her upside adjustments was to compensate for "sandbagging."[318] The directive's purpose was to eliminate sandbagging, thus eliminating the need for Ms. Minton's upside adjustments.[319] Despite the directive and her knowledge of its effects, however, Ms. Minton continued in 3Q FY01 to apply similar upside to the upside that she had applied in every other quarter.[320] The result was that Ms. Minton's upside adjustment of $159.5 million (and Oracle's subsequent Public Guidance) was overstated and unreliable.[321] Most certainly, a failure by Ms. Minton to adjust her upside process to take into account the effect of the directive on the Field Forecast (Professor Hubbard, himself, notes that Ms. Minton's upside adjustment was in line with previous adjustments)[322] was unreasonable and rendered the Potential Forecast unreliable.

Despite these changes, Professor Hubbard endorses Ms. Minton's forecast process and defendants' reliance on that process while failing to mention that that the underlying data had changed.

---

[318]    Minton 4/21/05 Tr. at 126.

[319]    *Id.*

[320]    Hubbard Report, Fig. 42 at 91.

[321]    Goedde Report Ex. 11.

[322]    Hubbard Report Ex. 42 at 91.

- 84 -

18

      **c.**     **The Change in the Mix of Oracle's Applications and Database Products Rendered Application of the Historical Conversion Ratio Unreliable**

Professor Hubbard's opinions also completely ignore the fact that Oracle's product mix had changed considerably in 3Q FY01 as compared to the year before.  As discussed above, Ms. Minton's upside adjustment in 3Q FY01 was based almost entirely on the application of the actual conversion ratio from 3Q FY00 to the "too good to be true" 3Q FY01 pipeline.[323]  The conversion ratio in 3Q FY00, however, occurred in the context of a pipeline of database and ERP products that Oracle had been selling for years.[324]  In 3Q FY01, the pipeline consisted of not only database and (brand new) ERP products but also CRM products, which the Oracle sales force had little to no experience selling.[325]  Applications products (at that time almost exclusively ERP) comprised only 18.1% of Oracle's license sales in 3Q FY99 and 18.6% in 3Q FY00.  In 3Q FY01, however, applications products comprised 31.5% of Oracle's forecast (as of December 11, 2000).[326]  Applications were therefore a much more significant part of Oracle's forecast during 3Q FY01 than they had been historically.  And, many of the applications products were completely new.[327]

More importantly for purposes of Ms. Minton's conversion analysis, Oracle's pipeline contained a much higher percentage of applications deals in 3Q FY01 than it had historically.[328]  At the beginning of 3Q FY01 Oracle's pipeline consisted of 42% applications deals and 58% database

---

[323]     Goedde Rebuttal Ex. 4.

[324]     Ellison 7/13/06 Tr. at 101:1-7.

[325]     *Id.*

[326]     Goedde Report Ex. 7.

[327]     Ellison 7/13/06 Tr. at 101:1-7.

[328]     Goedde Rebuttal Ex. 6.

deals.[329]  At the beginning of 3Q FY00, in contrast, the pipeline consisted of 29% applications deals and 71% database deals.[330]  Despite the completely different product mix in 3Q FY01, Ms. Minton applied almost exactly the same overall conversion ratio to the (significantly different) pipeline as that achieved in 3Q FY00.[331]  This blind application is unreasonable for several reasons.  First, historically the conversion rate for technology products at Oracle was higher than that for its applications products.[332]  The average conversion rates for technology products in 3Q FY00, 4Q FY00 and 2Q FY01[333] were 65%, 67% and 58%, respectively (for an average of 63.3%).[334]  In contrast, the average conversion rates for applications products in 3Q FY00, 4Q FY00 and 2Q FY01 were 40%, 38%, and 38%, respectively (for an average of 38.7%).[335]  Despite the higher mix of applications products in Oracle's 3Q FY01 pipeline, however, Ms. Minton did not adjust her application of the historical conversion ratio to take this change into account.[336]  Her failure to do so rendered her analysis unreliable.

In addition, the conversion ratio from 3Q FY00 was achieved when the sales force was selling established products that it was familiar with.[337]  The significant difficulties involved in

---

[329]     *Id.*

[330]     *Id.*

[331]     Goedde Rebuttal Ex. 4.

[332]     Goedde Rebuttal Ex. 7.

[333]     As a result of missing reports, I was not able to perform this analysis for 1Q FY01.

[334]     *Id.*

[335]     *Id.*

[336]     Goedde Rebuttal Ex. 4.

[337]     Ellison 7/13/06 Tr. at 101:1-7.

- 86 -

deals in its pipeline at the beginning of 3Q FY01 and that it failed to close a single deal over $5 million in the quarter.[358]

In concluding that defendants were reasonable in believing that Oracle would meet public guidance, Professor Hubbard fails to discuss or even mention the variety of key indicators that informed defendants, throughout 3Q FY01, that Oracle was being negatively affected by the economy and was not on track to meet guidance.[359] Aside from his economic analyses (which as discussed above do not support his opinions), Professor Hubbard bases his opinion almost solely on Oracle's Potential Forecast in 3Q FY01 and the historical conversion analysis that underlies it.[360] In doing so, however, Professor Hubbard disregards a variety of other evidence, including a major economic downturn, Mr. Ellison's directive to add more risk to the field forecast, and changes in the product mix of Oracle' s pipeline and forecast — which render his opinions unreliable and unreasonable.[361]

I declare under penalty of perjury under the laws of the United States of America that the foregoing, as supplemented by the August 26, 2007 Declaration of Alan Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and the November 6, 2007 Declaration of Alan Goedde in Response to the Rebuttal Declaration of George Foster, is true and correct.  Executed this 15th day of October, 2008, at Los Angeles, California.

_____
ALAN G. GOEDDE

_____

| | |
|---|---|
| [358] | Goedde Report at 42; Winton 5/26/06 Ex. 43; NDCA-ORCL 002653-717 at 704-706. |
| [359] | Hubbard Report §VI.; see §D., supra. |
| [360] | Hubbard Report §VI. |
| [361] | See §E., supra. |