1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (JCS) (Consolidated) |
| This Document Relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS'** *DAUBERT* **MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BROOKS HILLIARD** <br><br> **Honorable Judge Susan Illston** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675668.1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE HILLIARD REPORTS AND TESTIMONY
Master File No. C-01-0988-SI (JCS)

1  Having considered the papers regarding Defendants' *Daubert* Motion to Exclude
2  Expert Report and Testimony of Brooks Hilliard and any argument thereon, the Court hereby
3  ORDERS that Defendants' *Daubert* Motion is **GRANTED**.  Plaintiffs are precluded from
4  offering into evidence Brooks Hilliard's May 25, 2007 Expert Report, his June 22, 2007 Rebuttal
5  Report ("Rebuttal Report") (collectively, the "Reports"), and any testimony or argument related
6  to his opinions.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED:  October 20, 2008

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

           /s/
       Patrick E. Gibbs

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675668.1

1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO
EXCLUDE HILLIARD REPORTS AND TESTIMONY
Master File No. C-01-0988-SI (JCS)