generating cost-savings, and/or generating additional revenues, that much faster.

- *Decreased implementation cost* – as discussed in paragraph 72, above, many companies found that the fees paid to consultants and system integrators equalled or exceeded the cost of the ERP software itself – sometimes by as great as a factor of ten. A pre-integrated product like Suite 11i offered the assurance that such fees could be substantially reduced, though not completely eliminated.

- *Decreased maintenance costs* – instead of having to coordinate the ongoing upgrades, patches, and revisions of several products from different vendors,[51] customers could look forward to dealing with only one vendor, which would provide its own internal coordination of upgrades and patches to modules within the integrate suite of products.

- *Greater accuracy and operational consistency* – as noted earlier, a lack of data integration typically results in redundant, inconsistent, and contradictory elements of business data. This is not an abstract, theoretical concern: it results in higher operational costs, more business errors, and problematic interactions with customers,[52] employees, and trading partners.

## VIII   INTEGRATION IN SUITE 11i

128.     This Section of the Report discusses the following aspects of integration within Oracle's Suite 11i product:

- Technical review of the data integration in Oracle Suite 11i; and

---

[51] Indeed, the problem of upgrades and patches to different best-of-breed products was often more difficult, because of subtle interdependencies and incompatibilities between the products. Thus, if the customer wanted to upgrade to version N+1 of one of its products in order to take advantage of new features, it might find that several *other* products in its best-of-breed amalgam must also be upgraded. Even worse, the customer might discover that upgrading product X within its best-of-breed amalgam rendered it incompatible with products Y and Z.

[52] Consumers often encounter this problem when interacting with their bank, telephone company, or airline via a telephone call center. "Please type your account number before we get started," an automated voice will say; having done so, the consumer will often be asked what he'd like to do – *e.g.*, place an order, or track the status of an existing order. If he indicates that he wants to place an order, the automated voice will say, "Great, I'll be happy to place an order for you. Please type in your account number ... " Even the most computer-illiterate consumer will think to himself, "How many places are you storing my account number in your system, and how many times do you have to ask me what it is?" The experience is sufficiently annoying that the consumer may well decide to take his business elsewhere.

- Technical review of the workflow integration in Oracle Suite 11i

## VIII.1    Technical Review Of The Data Integration In Oracle 11i

129.        As discussed above, integration can take several different forms, and can
have several different meanings. Oracle used the term in two important ways:

- Suite 11i was "stitched together" to a *far greater* extent at the time
  of purchase than would be achieved through the selection of "best-
  of-breed" components, even after "systems integration." As
  discussed in paragraph 127, above, this typically provided the
  benefits of faster implementation schedules and reduced
  implementation costs for customers who previously endured the
  cost and delays of hiring consultants or system integrators to carry
  out "post-stitching" of their best-of-breed products.

- The "stitched together" behavior was accomplished primarily by
  creating a single data model to be accessed and updated only by
  those ERP modules that needed to do so.

130.        Though there is various evidence and commentary describing the nature of
integration in Suite 11i, in order to draw my own independent conclusions on the
matter, it was necessary to review the *actual* technical documentation of Suite 11i.
This did not involve reviewing the "User Guides" that would normally be
distributed to customers and end-users to explain the operational details of various
11i components, but rather the "Technical Reference Manuals" (TRMs) that
describe the architecture, design, and implementation of those components. For
version 11i.1 of Oracle's Suite 11i – the first release of the product, and thus the
technical foundation for the database and functionality of not only the first
release, but the subsequent sequential releases – there are approximately 75 such
TRMs, as shown in Table 2, below[53]:

| Release 11i Documentation Titles | Part Number | PDF File |
|---|---|---|
| **Technical Reference Manuals** | | |
| **CRM** | | |
| *Business Intelligence Applications* | | |
| Oracle Call Center Intelligence Technical Reference Manual | A83672-01 | bix1151trm.pdf |
| Oracle Customer Intelligence Technical Reference Manual | A83671-01 | bic1151trm.pdf |
| Oracle Marketing Intelligence Technical Reference Manual | A83670-01 | bim1151trm.pdf |

---

[53] It should be noted that version 11i.2 of Suite 11i added a total of 10 more TRMs to those shown in Table
1, describing application components that had been added to the Internet Business Applications, Sales
Application, Call Center Applications, Financial Services Applications, Partner Relationship Management
Applications, CRM Tools and Technologies, Public Sector, and Human Resource Management Systems.
Version 11i.3 added three more TRMs, describing application components that had been added to the
Public Sector Financials (International).

**Internet Business Applications**

| | | |
|---|---|---|
| Oracle eMail Center Technical Reference Manual | A83677-01 | iem1151trm.pdf |
| Oracle iMarketing Technical Reference Manual | A83673-01 | iba1151trm.pdf |
| Oracle iPayment Technical Reference Manual | A83676-01 | iby1151trm.pdf |
| Oracle iStore Technical Reference Manual | A83674-01 | ibe1151trm.pdf |

**Marketing Applications**

| | | |
|---|---|---|
| Oracle Marketing Encyclopedia System Technical Reference Manual | A83693-01 | amv1151trm.pdf |
| Oracle Marketing Technical Reference Manual | A83692-01 | ams1151trm.pdf |

**Sales Applications**

| | | |
|---|---|---|
| Oracle Order Capture Technical Reference Manual | A83694-01 | aso1151trm.pdf |
| Oracle Sales Compensation Technical Reference Manual | A83695-01 | cn1151trm.pdf |

**Service Applications**

| | | |
|---|---|---|
| Oracle Contracts Core Technical Reference Manual | A83696-01 | okc1151trm.pdf |
| Oracle Contracts Integration Technical Reference Manual | A83698-01 | okx1151trm.pdf |
| Oracle Customer Care Technical Reference Manual | A83678-01 | csc1151trm.pdf |
| Oracle Depot Repair Technical Reference Manual | A83686-01 | csd1151trm.pdf |
| Oracle Field Service Technical Reference Manual | A83682-01 | csf1151trm.pdf |
| Oracle Scheduler Technical Reference Manual | A83688-01 | csr1151trm.pdf |
| Oracle Service Contracts Technical Reference Manual | A83697-01 | oks1151trm.pdf |
| Oracle Service Technical Reference Manual | A83679-01 | cs1151trm.pdf |
| Oracle Spares Management Technical Reference Manual | A83687-01 | csp1151trm.pdf |
| Oracle Support Technical Reference Manual | A83680-01 | css1151trm.pdf |

**Call Center Applications**

| | | |
|---|---|---|
| Oracle Call Center Technology Technical Reference Manual | A83703_01 | ieo1151trm.pdf |
| Oracle Interaction Blending Technical Reference Manual | A83689-01 | ieb1151trm.pdf |
| Oracle Scripting Technical Reference Manual | A83690-01 | ies1151trm.pdf |
| Oracle Telephony Manager Technical Reference Manual | A83685-01 | cct1151trm.pdf |
| Oracle Universal Work Queue Technical Reference Manual | A83691-01 | ieu1151trm.pdf |

**Communications and Utilities Applications**

| | | |
|---|---|---|
| Oracle Network Logistics Technical Reference Manual | A83681-01 | cun1151trm.pdf |
| Oracle SDP Number Portability Technical Reference Manual | A83702-01 | xnp1151trm.pdf |
| Oracle SDP Provisioning Technical Reference Manual | A83683-01 | xdp1151trm.pdf |
| Oracle Service for Communications Technical Reference Manual | A83684-01 | xns1151trm.pdf |

**CRM Tools and Technology**

| | | |
|---|---|---|
| Oracle CRM Foundation Technical Reference Manual | A83701-01 | jtf1151trm.pdf |
| Oracle CRM Gateway for Mobile Devices Technical Reference Manual | A83699-01 | asg1151trm.pdf |

## ERP

**Financials**

| | | |
|---|---|---|
| Oracle Applications Global Accounting Engine Technical Reference Manual | A81267-01 | axtrm.pdf |
| Oracle Assets Technical Reference Manual | A81200-01 | fatrm.pdf |
| Oracle Cash Management Technical Reference Manual | A80832-01 | cetrm.pdf |
| Oracle General Ledger Applications Technical Reference Manual | A80900-02 | gltrm.pdf |
| Oracle Global Financial Applications Technical Reference Manual | A80916-01 | globtrm.pdf |
| Oracle Payables Applications Technical Reference Manual | A80833-01 | aptrm.pdf |
| Oracle Property Manager Technical Reference Manual | A80836-01 | pntrm.pdf |
| Oracle Receivables Applications Technical Reference Manual | A85268-01 | artrm.pdf |
| Oracle Treasury Technical Reference Manual | A80830-01 | xtrtrm.pdf |

**HRMS**

| | | |
|---|---|---|
| Oracle Time Management Technical Reference Manual | A81194-01 | otmtrm.pdf |
| Oracle Training Administration Technical Reference Manual | A81195-01 | otatrm.pdf |

**Manufacturing**

| | | |
|---|---|---|
| Oracle Automotive Trading Partner Toolkit Technical Reference Manual | A83735_01 | veatrm.pdf |
| Oracle Capacity Technical Reference Manual | A80843-01 | crptrm.pdf |
| Oracle e-Commerce Gateway Technical Reference Manual | A83733_01 | ectrm.pdf |
| Oracle HRMS Technical Reference Manual | A62925-01 | pertrm.pdf |
| Oracle Inventory Technical Reference Manual | A81189-01 | invtrm.pdf |
| Oracle Process Manufacturing Financials Technical Reference Manual | A81214_01 | gmftrm.pdf |
| Oracle Process Manufacturing Intelligence Technical Reference Manual | A80907_01 | pmitrm.pdf |
| Oracle Process Manufacturing Inventory Technical Reference Manual | A81213_01 | gmitrm.pdf |
| Oracle Process Manufacturing Logistics Technical Reference Manual | A81211_01 | gmltrm.pdf |
| Oracle Process Manufacturing Process Execution Technical Reference Manual | A81215_01 | gmetrm.pdf |

| | | |
|---|---|---|
| Oracle Process Manufacturing Process Planning Technical Reference Manual | A81212_01 | gmptrm.pdf |
| Oracle Process Manufacturing Product Development Technical Reference Manual | A81216_01 | gmdtrm.pdf |
| Oracle Process Manufacturing Regulatory Management Technical Reference Manual | A81217_01 | grtrm.pdf |
| Oracle Process Manufacturing System Administration Technical Reference Manual | A80885_01 | gmatrm.pdf |
| Oracle Project Manufacturing Technical Reference Manual | A80898-01 | pjmtrm.pdf |
| Oracle Quality Technical Reference Manual | A81186-01 | qatrm.pdf |
| Oracle Release Management Technical Reference Manual | A83736_01 | rlmtrm.pdf |
| Oracle Work in Process Technical Reference Manual | A81185-01 | wiptrm.pdf |
| **Order Management** | | |
| Oracle Pricing Technical Reference Manual | A83740_02 | qptrm.pdf |
| Oracle Configurator Technical Reference Manual | A80817-02 | cztrm.pdf |
| Oracle Order Management Technical Reference Manual | A83739_02 | onttrm.pdf |
| Oracle Shipping Execution Technical Reference Manual | A83738_02 | wshtrm.pdf |
| **Projects** | | |
| Oracle Activity Management Gateway Technical Reference Manual | A83510-01 | amgtrm.pdf |
| Oracle Projects Technical Reference Manual | A81201-01 | patrm.pdf |
| **Internet Procurement** | | |
| Oracle Purchasing Applications Technical Reference Manual | A80842-01 | potrm.pdf |
| Oracle Self-Service Purchasing 5 Technical Reference Manual | A85281-01 | portrm.pdf |
| Oracle Supplier Scheduling Technical Reference Manual | A80899-01 | chvtrm.pdf |
| **Supply Chain** | | |
| Oracle ASCP and Oracle Global ATP Server Technical Reference Manual | A80841-01 | msctrm.pdf |
| Oracle Master Scheduling/MRP and Oracle Supply Chain Planning Technical Reference Manual | A81188-01 | mrptrm.pdf |
| **Technology** | | |
| Oracle Alert Technical Reference Manual | A80845-01 | alrtrm.pdf |
| Oracle Application Object Library/Workflow Technical Reference Manual | A80844-01 | aoltrm.pdf |
| Oracle Applications Business Objects Technical Reference Manual | A80911-02 | bistrm.pdf |
| Oracle Applications Implementation Wizard Technical Reference Manual | A80906-01 | aztrm.pdf |

**Table 2: Technical Reference Manuals for Version 11i.1 of Oracle's Suite 11i**

131.　　　　As explained in the "Oracle General Ledger Applications Technical Reference Manual,"[54] the database design of the various ERP and CRM components of Suite 11i is documented with a standard notational scheme shown in Figure 6, below, typically referred to as a "logical data model," or an "entity relationship diagram" (ERD)[55]:

---

[54] *See* the Oracle manual entitled "Oracle General Ledger Technical Reference Manual," provided as part of the documentation for Oracle 11i.1, dated January 2000; located in file gltrm.pdf on the CD whose Bates number is NDCA-ORCL-050972.

[55] *Ibid*, at 2-7.

## Database Diagramming Conventions

We use the following notational conventions in our database diagrams:

Figure 2 – 1
Database Diagram
Conventions



**Figure 6: Data Model Diagramming Notation Used in Oracle's TRMs**

132.        Using this notation, Oracle provided a high-level "summary" data model
for each of the Suite 11i components listed in Table 3, above. For example, the
summary data model for the "General Ledger" component is shown in Figure 7,
below[56]:

---

[56] *Ibid*, at 2-9.

## Oracle General Ledger Summary Database Diagram



**Figure 7: Summary Data Model Diagram for Oracle's General Ledger Component, in Suite 11i.1**

133.        As appropriate, each of these summary diagrams is further decomposed into subordinate diagrams that provide additional information about the detailed entities (implemented as an individual relational table) required to implement that ERP/CRM component. For example, the "General Ledger" component has 10

subordinate diagrams that describe various details of this ERP financial
component, one of which is titled "Journals," as shown in Figure 8, below[57]:

## Diagram 2: Journals



Figure 8: One of Ten Detailed Data Model Diagrams for the General Ledger Component of
Oracle's Suite 11i.1

---

[57] *Ibid.* at 2-14.

134.     It is important to emphasize that Figures 7 and 8 are just two pieces of the overall data model for the General Ledger component, and that there are approximately 75 such components that comprise Suite 11i. And it is equally important to emphasize that the hundreds of such data-model diagrams, and the thousands of individual entities (tables), and relationships between those tables, are all implemented *together*, as part of one *aggregate* database within 11i. There are not 75 databases, one for each of the 75 components; there is *one* database, whose thousands of interrelated entities (tables) are documented in the hundreds of diagrams exemplified by Figures 7 and 8.

## VIII.2     Technical Review Of The Workflow Integration In Suite 11i

135.     As discussed in Section VI.6.2 above, workflow integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of organizations.

136.     During the development of Suite 11i, Oracle's developers identified the primary business workflows that would be needed by most businesses. These were documented in "business flow diagrams" for both the ERP and CRM components of Suite 11i, with notations showing when and how the workflow crossed the boundary between the front-office CRM activities, and the back-office ERP activities.

137.     For example, the business flow diagram for the workflow "sales-opportunity-to-closing-the-deal" workflow is shown in Figure 9 below.[58] Note that this workflow begins in the "call center" portion of Suite 11i's CRM component; and then after various activities leading through "order capture," it drops down to a further set of activities (near the bottom left corner of Figure 9) dealing with the compensation of the sales representative associated with the order. Finally, after an activity labeled "Conduct Approval Process," the workflow "crosses the boundary" from CRM to ERP, to an activity labeled "Process Compensation," which is part of Suite 11i's Human Resource (HR) component.

---

[58] *See* Market Requirements Document, Post 11i Release (NDCA-ORCL 280607-22) at NDCA-ORCL 280619.



**Figure 9: CRM Business Flow Diagram for Opportunity-to-Close Workflow in Suite 11i**

### VIII.3    Overall Assessment Of Integration In Suite 11i

138.    To evaluate Oracle's claims that Suite 11i was integrated and interoperable, we must use the Oracle data-model diagrams and business flow diagrams – of which Figures 7-10 are only a few of a large collection – to answer three basic questions: *first*, do all of the 11i components that interact with a common data entity – *e.g.*, a "customer," or an "order," or an "employee" – all refer to the *same* entity, with the same name on the various diagrams? *Second*, do the "navigation paths" represented by the business flow diagrams support all of the key workflows that may be initiated from various parts of the overall Suite 11i system? And *third*, do the indexes and links in the data-model diagrams support the "navigation paths" shown in the business flow diagram – *e.g.*, so that the Suite 11i software can navigate from the details of a customer to the details of an order associated with that customer, in order to carry out an "order to cash" workflow?

139.    Providing a complete answer to these two questions for Oracle's Suite 11i is a complex technical task, and it requires intimate knowledge of the business requirements for the various Suite 11i components. I have examined the data-model diagrams for a representative subset of common data entities (*i.e.*, to address the first question identified immediately above) and associated business

flows diagrams[59] (*i.e.,* to address the second and third question identified immediately above) in both the ERP and CRM components of Suite 11i, and am satisfied that Suite 11i (as implemented in version 11i.1) *is* integrated with respect to that representative subset. Based on that review, I am confident that the entire Suite 11i system *is* integrated with respect to its database and business workflows.

140.        Of course, given the scope and scale of Suite 11i's application components, and the size and complexity of its related database (as represented by the hundreds of diagrams, and thousands of data elements) and business workflows, even an exhaustive review may have overlooked an error in Oracle's design – *e.g.,* a missing business flow, or a redundant entity, such as two different tables describing the same basic information about an "employee." In a similar fashion, it is possible (in fact, almost certain, given the studies showing that software errors increase with the size of the software) that Oracle's developers, when creating Suite 11i, made such an error when implementing the logical data model and creating associated database tables and indexes, or when coding the triggers and navigation paths to support the business flows.

141.        But such errors do not, by themselves, invalidate the legitimate claim that Suite 11i was (and is) "integrated." It does not change the fact that "all the pieces are designed and engineered to fit together, and no systems integration is required" as Oracle and Ellison claimed.[60] It simply means that the software implementing the integration was imperfect, as all complex software is. Indeed, there were such errors, as reported by some of Oracle's Suite 11i customers; but those errors were corrected over a period of a few months.

---

[59] The business flows were documented on Oracle's web site (*see* Baseline Requirements Document, February 4, 2000, (NDCA-ORCL 067168-206) at NDCA-ORCL 067176), and summarized in "baseline requirements documents." For example, Baseline Requirements Document CRM Release 11iR2-11iR3-PostR3 (Bates NDCA-ORCL 067176-206) documents "12 business flows which detail high level processing across multiple products and scenarios:

- Campaign to execution
- Opportunity to Close
- Web Click Through
- Service Request
- Service Request and Registration Process on the Web
- Query of Order / Service Request
- email Center Interaction
- Defect Management
- Field Dispatch
- RMA Processing
- Provision Service/Manage Network
- Billing"

[60] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003225.

Confidential

# IX    THE ALLEGEDLY FALSE STATEMENTS

142.        The following section of the Report addresses the specific affirmative
statements that Plaintiffs claim were false, as well as Plaintiffs' claims that certain
facts rendered those statements misleading, even if literally true.


## IX.1  Specific Product-Related Statements Identified By Plaintiffs

143.        Plaintiffs specifically claim that the following false statements were made:

> 1.    December 14, 2000 – Larry Ellison on conference call to
>       investment analysts announcing Q2 2001 results:
>
>> [Y]ou can buy our complete E-Business
>> Suite, where all the pieces are
>> designed and engineered to fit
>> together, and no systems integration is
>> required. It's up and running in
>> months. You get the savings in months.
>> It costs you less, and it takes less
>> time to install.[61]
>
> 2.    December 15, 2000 – Larry Ellison statement to Dylan
>       Ratigan, reporter from Bloomberg:
>
>> There's no systems integration
>> required. No software modifications
>> required to use our E-Business Suite.[62]
>
> 3.    January 8, 2001 – Sanderson statement to Solomon Smith
>       Barney, published on January 10, 2001:
>
>> The suite is pre-integrated and fully
>> interoperable out of the box, helping
>> to lower consulting costs and time-to-
>> value.... Oracle sees robust demand for
>> both its database and applications
>> business. Specifically, Sanderson noted
>> demand for ERP is surprisingly robust
>> while advanced planning and scheduling,
>> CRM, and SCM products are also
>> performing well. Oracle says it is also
>> seeing sustained demand for its
>> database product, despite industry-wide
>> concern over contracting IT budgets.
>> Sanderson noted two trends driving
>> demand for databases is demand for the

---

[61] Plaintiffs' Revised Second Amended Complaint ("RSAC"), paragraph 50; December 14, 2000 Earnings
Call Transcript (NDCA-ORCL 003215-47) at 003225.

[62] RSAC, paragraph 51; Oracle's Larry Ellison Second Quarter Results: December 15, 2000 Interview
(NDCA-ORCL 141654-57) at 141655.

**Confidential**

> 11i applications that are typically
> bundled with the database as well as
> applications of other vendors that rely
> on the functionality of the Oracle
> database. [63]

4.   February 6, 2001 – Barrenechea statement in Oracle
     Technical White Paper:

> Oracle's CRM suite is both complete and
> integrated.   .   .   .   [N]o systems
> integration is required to install the
> Oracle CRM suite.   In fact, systems
> integration labor usually runs many
> times the cost of the software or the
> hardware needed to run the system - and
> the customer gets to pay for it.    To
> install the Oracle CRM suite, no
> systems integration is required.   And
> because the CRM suite consists of true
> Internet         applications,        every
> application works in every country,
> every major language and every major
> currency. [64]

5.   February 13, 2001 – Sanderson statement at Goldman
     Sachs conference:

> So not only do we have, you know, for
> example, an E-business Suite, which
> I'll tell you more about.   But its
> basically ERP and SCM integrated
> together.   But its written in 23
> different languages, including Spanish
> and Latin American Spanish, Portugal,
> Portuguese and Brazilian Portuguese as
> being four different languages. But we
> have also taken care of the
> localization requirements around the
> world as well. [65]

6.   February 13, 2001 – Ellison keynote address at Oracle's
     AppsWorld Conference in New Orleans:

> In fact, we recommend that you start
> with, you try a component of the suite
> and then you add it in. Now the nice

---

[63] RSAC, paragraph 58; ORCL: Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[64] RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690-91.

[65] *See* 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, January 31, 2007 (Plaintiffs' "Contention Interrogatory Responses"), at 14; *see* also February 13, 2001 Presentation to Goldman Sachs Investor Conference, NDCA-ORCL 003281-3311.

> thing is it's like Lego blocks. Once
> you have one piece in, the other pieces
> just snap together. There's no systems
> integration required. The key thing
> is, you can install just one piece and
> then again install another piece. No
> systems integration. You just
> basically turn it on or snap it
> together. . . . Plug and play. It is
> absolutely, all the pieces within the
> suite are literally plug and play.[66]

## IX.2 What Oracle Said Was True

### IX.2.1 Plaintiffs' claims are misleading and ignore context

144.     Plaintiffs allege that Oracle executives made certain false public statements[67] during Oracle's Q3 2001 regarding the capabilities of Suite 11i; these statements are set forth in Section IX.1, above. Each statement involves the following basic assertions about the nature of the software: (i) its modules were "complete," (ii) "integrated" (or "pre-integrated"), and "interoperable" with one another, and therefore (iii) no "systems integration" was required by the customer to implement the Suite after it was purchased.[68]

145.     Plaintiffs allege that these statements were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle has claimed. Plaintiffs further allege that Suite 11i installations required hundreds of hours of consulting work to make the products work at customer sites, citing several troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim, the statements made by Oracle about the degree of

---

[66] RSAC, paragraph 68; February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Press Conference (NDCA-ORCL 306962-86) at 306974-75.

[67] It is unclear whether the statement Plaintiffs attribute to Mark Barrenechea on February 6, 2006 in an Oracle Technical White Paper is a public statement; I have seen no evidence that this document was released to the public or even finalized. I have reviewed several versions of the document, each with various "[p]rinted dates." Some of the versions with the printed date of February 6, 2001 differ in substance. Also, Mr. Barrenechea, the former Executive Vice President of CRM Development whose name is on the cover, testified that he does not believe this document was ever published. *See* Mark Barrenechea Deposition transcript (July 11, 2006) at 161:12-24; *see also* April 3, 2001 email from Mark Barrenechea to Larry Ellison, *et al.* re CRM White Paper (NDCA-ORCL 061840) (indicating that the CRM White Paper could be distributed internally and externally but was not final – strongly suggesting the paper was not public before then).

[68] Some of these statements are identified in the RSAC. Others are identified in Plaintiffs' Contention Interrogatory Responses. I do not opine either here or in the subsequent section addressing Plaintiffs' omissions claims about any legal significance that may arise from this distinction.

effort necessary to install Suite 11i were misleading because the product could not be installed without extensive "systems integration."

146.        Based on my review of the evidence, and based on my extensive knowledge of business enterprise software and large software projects generally, it is my opinion that Plaintiffs' claim of falsity is incorrect for several reasons. First, Plaintiffs have failed to include any context surrounding the statements made by Oracle, in an attempt to make certain incorrect suggestions about the nature of those communications. I have read each of the documents and/or transcripts containing the allegedly false statements; even a cursory review indicates that the various speakers clearly did not intend to convey the meaning that Plaintiffs attribute to them. Any IT professional familiar with enterprise software would have understood the speaker's true meaning.

147.        Second, each of the documents and transcripts in which the statements are contained makes clear that Oracle was comparing Suite 11i's capabilities to the best-of-breed offerings currently on the market; this is consistent with Oracle's message since Suite 11i's inception. Thus, when Oracle referred to the "complete" nature of Suite 11i, it meant that, unlike best-of-breed, Oracle provided, in one package a complete set of basic back-office and front-office applications upon which a company could run its business.[69]

148.        Similarly, in contrast to having to "glue together" a number of modules from various software vendors, Oracle stated that Suite 11i was "integrated" and "interoperable," because all of its modules were developed by Oracle, designed to work together and based on a single global instance.

149.        With regard to the claims that "no systems integration" was required to install Suite 11i, Plaintiffs have again confused and conflated that phrase in a way that is inconsistent with industry usage. When Oracle stated that no systems integration was required to install Suite 11i, any IT professional with any background in business enterprise software would have understood what was meant: because Suite 11i was integrated on a data level (*i.e.*, all modules were based on a single global instance and designed to use a common data schema) and designed to work together, no software programming was required to combine those modules. In other words, unlike with best-of-breed (where modules from different vendors were *not* based on a single schema and integrated data model

---

[69] *See* Larry Ellison AppsWorld Keynote Speech, February 13, 2001 (NDCA-ORCL 306988-7021) at 306995 ("Now, I understand up until now, no company has offered you a complete suite of software to run your business. Everything. Marketing, sales, service, supply chain automation, manufacturing, accounting, human resources, all as a single integrated system. . . . Since no one was providing you a complete set of software to run your business, you have had up until now, no choice but to shop for parts."); *see also* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

Confidential

and could not work together in any fashion without extensive additional software to connect one another), customers did not have to write custom code for the modules to speak to each other.

150.        Oracle's consistent message that Suite 11i's architecture was inherently more integrated than best-of-breed offerings, and required no systems integration, is evident in each of the statements that are partially quoted by Plaintiffs. For example, during the December 14, 2000 earnings call, Mr. Ellison discussed in depth the level of integration of Suite 11i as it related to best-of-breed[70]:

> Now, these are astounding timeframes, in terms of delivering a comprehensive application automation of very, very large companies. You know, how can we do it? We do it because there's no systems integration required. This is a huge point and is not well understood. The conventional way of delivering applications, the so-called best-of-breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor - either Anderson Consulting or IBM - to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete.
>
> Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. . . .
>
> Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together. IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba, to (SAP).
>
> And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is. And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson [sic] Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk. Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and

---

[70] *See, e.g.,* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47), at 003224-25.

> running in months.  You get the savings in months.   It
> costs you less, and it takes less time to install.

151.    Another example of this message is Sandy Sanderson's January 8, 2001
conversation with Solomon Smith Barney,[71] where he emphasized the portions of
the statement omitted by Plaintiffs precisely illustrate what Oracle meant by
"integration" – *i.e.*, that Suite 11i (i) was integrated on a data level, and (ii) unlike
best-of-breed, was designed to work together without additional software from
third parties, thereby saving the customer time and money because no custom
code was required to stitch the modules together.[72]

152.    This contrast between what Oracle meant and the Plaintiffs' unfair
inference suggest could not be more evident than in the portions omitted by
Plaintiffs from the allegedly public statement made by Mark Barrenechea.[73] In the
White Paper, Mr. Barrenechea explained *exactly* what Oracle meant by
integration, as compared to best-of-breed offerings[74]:

> Oracle's CRM suite is both complete and integrated
> (Figure 1). By *complete* we mean that every CRM
> application needed — marketing, sales, service,
> contracts, Web store. etc. — for sales and service to
> customers is included in the Oracle CRM suite. By
> *integrated* we mean that every application in the CRM
> suite has been engineered around a unified global
> customer and product database.  All the applications
> have been designed and built by Oracle to work
> together and share information.  So no systems
> integration is required to install the Oracle CRM
> suite.
>
> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction — to make the different
> applications in the suite work together.  That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

153.    Contrary to Plaintiffs' suggestion, Oracle never claimed that customers
would not have to do any implementation work or integration into legacy systems,
third-party software or an existing database to install the product; nor did Oracle
claim that this new and revolutionary product would be free of the bugs that are a
component of all large software products, or that those errors would be absent
from the portions of the software relating to communication between the modules.

---

[71] *See* Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[72] *Ibid.*

[73] *See* RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship
Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690.

[74] *Ibid.*

Confidential

No one in the industry would have adopted any of the interpretations suggested by Plaintiffs; indeed, the "excessive patching" alleged by Plaintiffs did not indicate that Suite 11i was not "integrated" and "interoperable," because the product was fundamentally integrated at the data level. A software vendor's issuance of patches, bug fixes, and additional functionality for a new release simply does not constitute "systems integration."

154.    During a portion of the December 14, 2000 earnings call, Mr. Henley made it quite clear that extensive work was required to implement Suite 11i.[75] Mr. Henley clearly differentiated between extensive implementation required to install the products versus custom programming to stitch together various modules (*i.e.*, "systems integration"):

```
Now, I'm very careful to say - we don't require
systems integration or application modification. You
still have to - you know, to put in our software - you
still have to clearly convert your data, move your
data out of the old system and into our system. There
is still some labor involved in implementing our
applications. But that labor is not computer
programming. I'm going to be very clear. You don't
need computer programmers to implement our systems.
You've got to convert data, train some users, do
things like that. You don't need to - you don't want
to hire programmers to glue our software to other
people's software, you don't want to hire programmer
to, worse yet, to (actually) change our software.
```

155.    During that same earnings call, Mr. Henley and Mr. Ellison pointed out several customers that took many months to implement Suite 11i.[76] Mr. Ellison contrasted those with fixed-priced implementations at small companies, which still took up to three months.[77] In his keynote speech on February 13, 2001 at the Paris AppsWorld conference, Mr. Ellison stated on a number of occasions that Suite 11i installations take months – *e.g.*, "We think that whole notion of parts and labor is over…. All the pieces fit together. And we can install it in a matter of months, in a matter of months, and give you benefits in a matter of months, in a short period of time."[78]

156.    After having reviewed the factual record provided to me, it is readily apparent that Oracle's statements about Suite 11i, including the nature of the work required to implement it, were fundamentally true. This conclusion is based both

---

[75] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[76] *See, e.g., ibid,* at 003222-24 (citing GE and JDS Uniphase).

[77] *See, e.g., ibid,* at 003232.

[78] *See, e.g.,* February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Keynote Speech (NDCA-ORCL 306988-7021) at 306997-98.

on the context in which the statements were made, as well as my understanding of these statements as an industry expert (*i.e.*, the audience for which they were intended).

### IX.2.2  Oracle's public statements boiled down to two points and these points are true

#### IX.2.2.1  *"Pre-Integrated" And "Interoperable"*

157.        Oracle's statements that Suite 11i was "pre-integrated" and "interoperable" must be interpreted in the context in which they were made – *i.e.,* the various modules and components of 11i were integrated *with one* another, prior to being released as a product to the marketplace, and prior to any subsequent effort a customer might have made to integrate Suite 11i with some other in-house legacy system, or third-party product.

158.        Similarly, and for the same reasons, an IT professional would immediately understand, from the context of such statements, that Oracle's claim of "full interoperability" would be limited to interoperability *between Suite 11i components*. Again, it would be absurd to expect that Suite 11i could be designed and built, *in advance*, in such a way that it would be interoperable with customized and proprietary in-house legacy systems (many of which developed as many as 20 years earlier) whose existence Oracle could not be aware of; nor would anyone expect that Oracle's interoperability claims meant that Suite 11i could interoperate "fully" with the complete spectrum of hundreds, or even thousands, of third-party business applications and products.

159.        The technical form and nature of Suite 11i's integration was discussed in Section VIII.1, above, and the contemporaneous reports and analyses of Oracle's Suite 11i integration by computer-industry technical analysts – whose opinions and assessments were widely consulted and weighed by prospective customers of Oracle's products – are summarized in Section IX.1.1, below.

#### IX.2.2.2  *No Systems Integration Required To Make It Work*

160.        Oracle's public statements that no systems integration was required to make Suite 11i work must also be interpreted in the context in which such statements were made – *i.e.,* the various modules and components of Suite 11i would work together *by themselves,* without the need for any additional systems integration. IT professionals would not have interpreted such a statement as a claim by Oracle that its 11i system could somehow work with a customer's internal legacy systems – systems whose existence and technical details Oracle could not even be aware of – without additional systems integration work. Nor would a typical IT professional expect that Oracle's Suite 11i would automatically "work" with an unlimited number of third-party products – whose nature and details Oracle could not know – without additional systems integration work.

161.        Indeed, even though Oracle's Suite 11i could reasonably be expected to
"work" without additional systems integration *of its own components*, that does
not mean it could be installed in a customer environment without a significant
implementation effort. Even if Suite 11i was implemented "out of the box" – *i.e.*,
without any customization activity, and without any attempt to integrate it with
in-house legacy systems or third-party products – it would still require weeks or
months of intense effort to *configure* the thousands of different parameter settings
to properly account for the details of the customer's environment.[79] As noted
above, Oracle explicitly noted that implementation was still necessary, would take
months, and would have to address the existence of legacy systems.[80]

## X        THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11i

### X.1   None Of The Quality Related Evidence/Contentions Identified By Plaintiffs Identifies Anything Out Of The Ordinary For A Major ERP Release

162.        In support of their allegations that the statements discussed above were
false and/or misleading, and that Oracle failed to disclose materials facts about
problems with Suite 11i, Plaintiffs make a series of factual allegations.[81] Their
allegations can be summarized as seven general assertions:

- The integration of Suite 11i's components was allegedly incomplete
  and/or faulty, due in part to development of ERP and CRM modules by
  separate programming teams;

- Suite 11i allegedly experienced an extremely large number of bugs and
  patches;

- Many customers allegedly suffered severe setbacks and problems with
  their implementation of Suite 11i, including Oracle itself;

- The CRM modules of Suite 11i were allegedly significantly flawed and/or
  incomplete;

---

[79] Issues related to *configuration* of software systems were discussed in Section V.2.3, above.

[80] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[81] *See, e.g.,* Plaintiffs' Contention Interrogatory Responses at 16-22.

**Confidential**

- Oracle provided customers with significant "concessions," such as discounted or free consulting services "due to problematic and failed implementation of 11i and its individual modules"[82];

- Oracle misrepresented Suite 11i capabilities by using staged or fake demonstrations; and

- Oracle had a small number of reference customers for Suite 11i during Q3 of fiscal year 2000.

163.    As discussed in greater detail below, based upon my review of the Plaintiffs' contentions and the evidence in this case, none of the material identified by Plaintiffs supports the conclusion that Oracle's affirmative product-related statements were false or misleading.

164.    Many of these claims merely describe facts that are typical features of large software projects, as discussed in Section V.2 of this Report.

165.    The specific evidence cited by Plaintiffs is often incorrect or speculative. For example, much of the evidence cited by Plaintiffs consists of uncorroborated statements from "confidential witnesses," unsubstantiated statements and "horror stories" based on hearsay from computer-industry analysts writing about customer installations, and email statements, between Oracle employees, taken out of context.

166.    My responses to these allegations are based on:

- Review of specific details provided by Plaintiffs to support their claims;

- Review of contemporaneous reports and assessments by technology analysts, such as Gartner, Forrester, and Meta;

- Review of evidence, including internal Oracle correspondence and documents, produced in this case;

- Review of evidence associated with specific "go-live" and implementation projects with key Oracle customers; and

- Knowledge and experience of similar software development/implementation efforts in the software industry.

---

[82] *Ibid*, at 16.

### X.1.1 Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete and/or faulty

167.         Plaintiffs allege that Defendants falsely stated that Suite 11i did not require systems integration or software modifications, and was fully interoperable out of the box.[83] Plaintiffs claim that these statements made by Defendants were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs further assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle had claimed. In addition to the problems cited by Plaintiffs, they also allege that Suite 11i installations required hundreds of hours of consulting work to make the products function at customer sites, citing certain troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim the statements made by Oracle about the level of work necessary to install Suite 11i were misleading because the suite could not be installed without extensive "systems integration" to make the various modules work together.

168.         I have reviewed the deposition testimony of key Oracle witnesses who supervised the technical development of Suite 11i – *e.g.*, Messrs. Wohl, Barrenechea, Godwin, Seiden, and Fletcher – as well as numerous internal Oracle documents, public analysis, and popular press reports regarding the nature of Suite 11i.[84] This review compels only one conclusion: that Plaintiffs' allegations that Suite 11i was not "integrated" (and therefore that Oracle's statements regarding Suite 11i were false) are fundamentally misguided.

169.         First, it is important to understand what Oracle meant by the term "integration"; for Plaintiffs' argument to succeed, one would have to accept a drastically skewed interpretation of this technical term – an interpretation that was neither intended by Oracle, nor adopted by the market. When it claimed that the Suite 11i modules were integrated, Oracle did not mean to imply that *every single module would seamlessly share data with one another without any errors or technical difficulties*. To the contrary, the relevant literature regarding large software projects indicates that bugs are inevitable in large commercial software, and Plaintiffs not suggested why this aspect of the software would be immune to this general rule. Such a standard would be unrealistic and impractical, if not impossible to achieve. As discussed below in Section VIII.3.2, below, bugs that cause problems with the modules sharing data will occur – especially in a massive, new release. This does not mean the product is not "integrated." Indeed,

---

[83] *See* RSAC, paragraphs 50-51.

[84] *See*, for example, the discussion in Section VIII.1, and the list of Technical Reference Manuals following paragraph 130, above. *See also* the Trading Community Architecture design document titled "High Level Design TCA Classification Phase II" (NDCA-ORCL 238870-84).

Plaintiffs' definition of "integration" could not possibly be attained by any general release of major commercial software.

170.         Rather, Oracle meant "that every application . . . has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information."[85] Oracle witness testimony consistently reinforced what integration means from a technical standpoint. For example, Greg Seiden testified[86]:

> [I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized. ... It's integrated by design. It was – it's never not integrated.

171.         This is precisely the same definition of integration that was understood by the market. For example, Rick G. Sherlund of Goldman Sachs wrote[87]:

> Customers we are talking to like integration (one data model, one programming language, on [sic] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.

172.         Similarly, Gartner's E. Thompson wrote[88]:

> Oracle is focusing its marketing on synergies given by tight integration between is front-office modules and back-office applications. This integration is because: 1) most code has been written by in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.

173.         And Hurwitz's Sharon Ward wrote[89]:

---

[85] *See* Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690. *See also* Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-72) at 035471 ("The suite provides a single view of the customer across the enterprise by incorporating a single data model.").

[86] Deposition of Greg Seiden (May 16, 2006) at 69:7-70:4.

[87] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051217.

[88] E. Thompson, *Oracle 11i CRM: Better but Not the Best*, Gartner Group Analyst Report, July 10, 2000 (NDCA-ORCL 009346-65).

> Over the last two years, Oracle's development teams
> have been busy designing a single data model that
> would be utilized and shared by all the applications
> that make up E-Business Suite 11i. ... Once finished
> with the data model, each of the previously individual
> Oracle applications had to be retrofitted to utilize
> the new data model design.

174.        And the Meta Group reported that[90]:

> The suite uses a multi-tier, 100% internet computing-
> based architecture with shared application schema and
> data models (customer, inventory, order management,
> pricing, etc.).

175.        It is with this definition of "integration" that Oracle discussed the *relative*
ease of implementation of components/modules *within* Suite 11i. Oracle's
consistent message regarding Suite 11i was that, because Suite 11i's modules
were created on a single data schema and designed around a single, global
instance, it was *inherently* more integrated than the "best-of-breed" offerings in
the market. The use of the terms "integrated" and "interoperable" to contrast the
complexity of stitching together best-of-breed modules is clear in the
contemporaneous evidence I have reviewed. For example, Oracle's Mark
Barrenechea wrote a technical White Paper that stated[91]:

> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction—to make the different
> applications in the suite work together. That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

176.        Because Suite 11i was "integrated" and "interoperable," companies did
not have to glue together a number of modules from various software vendors.
All of the data was integrated and accessible in one place, rather than contained in
the separate silos inherent to multiple best-of-breed modules from different
vendors. Thus, Oracle advanced Suite 11i as a value proposition compared to
best-of-breed because it required no custom code to make modules based on
separate schema share data. For example, Salomon Smith Barney's Gretchen
Teagarten wrote[92]:

---

[89] *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506-07.

[90] *Evaluation of: Oracle Sales*, META Group Analyst Report, 2001 (NDCA-ORCL 009889-93) at 009891.

[91] Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106691.

[92] Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-472) at 035471.

Confidential

> Oracle reiterates two value propositions for the suite
> solution versus the "best-of-breed" approach:    The
> suite provides a single view of the customer across
> the enterprise by incorporating a single data model
> [and]  [t]he  suite  is  pre-integrated  and  fully
> interoperable  out  of  the  box,  helping  to  lower
> consulting costs and time-to-value.

177.        Oracle was *not*, as Plaintiffs allege, making any claims that Suite 11i could
be integrated with other third-party products, or within customers' internal legacy
systems, *without* integration coding and effort. In my experience, IT professionals
who worked with business enterprise software would not understand such a claim
in the way Plaintiffs suggest. In addition, Oracle reiterated on many occasions that
its suite would require significant effort for customers to implement, including
conversion of legacy data. For example, as noted in paragraph 154, above,
Oracle's Jeff Henley made exactly this point in a December 14, 2000 earnings call
to Wall Street analysts on December 14, 2000.[93]

178.        Plaintiffs further suggest that Oracle's use of separate development teams
for the CRM and ERP modules compromised their integration. In my experience,
it is necessary to use many separate teams to develop software of the size and
scope of Suite 11i. It was well known to the industry that thousands of
programmers were necessary to create Suite 11i, and Oracle made clear that the
CRM and ERP modules were being developed separately; indeed, much of the
functionality of the ERP modules had been developed in previous works of
Oracle's applications, long before the CRM team was even created. The evidence
I have reviewed nevertheless indicates that the modules were developed to work
together, and while there may have been communication problems, political
problems, and/or technical misunderstandings between the two teams that would
result in some software defects, I do not believe the separate teams are relevant to
the fundamental question of whether the CRM and ERP components were
"integrated" as Defendants used that term to describe Suite 11i.

### X.1.2    Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and patches

179.        Plaintiffs allege that many customers who attempted to implement Suite
11i shortly after it was introduced would require hundreds of patches to correct
defects in the software. Plaintiffs argue that, because the product was "riddled"
with bugs and defects, it was not integrated, and therefore Oracle made false
claims about its functionality. Plaintiffs cite a number of general product quality
issues, including allegations that the Suite was released too early and/or was not
adequately tested for bugs, and therefore exhibited a large number of bugs; that
patches released by Oracle to fix bugs were not tested adequately, and sometimes

---

[93] Second Quarter 2000 Earnings Call Transcript, December 14, 2000 (NDCA-ORCL 003215-47) at
003237.

caused other parts of the software to "break"; and that the products within the Suite had "functionality gaps."[94]

180.    In my expert opinion, the fact that Suite 11i -- like any massive, new release of business enterprise software -- had bugs has nothing to do with Oracle's use of the terms "integration" and "interoperability." The fact that the Suite 11i product, like most major releases of large commercial software packages, experienced the same issues as do many early releases of large commercial software does not, in my opinion, bear on the technical aspects of the product, which Oracle truthfully and accurately disclosed (*see* Section IX.2, above).

181.    As I have discussed in greater detail already (*See* Section V.3.3, above), bugs are an unavoidable reality in the software industry. Notwithstanding the vociferous complaints levied by some Oracle customers, the phenomenon of software bugs in the initial release of a large, complex system is common, familiar, and well understood by technologically sophisticated IT professionals. Suite 11i was a huge, new release of software that contained "massive" amounts of new functionality; for example, Alan Fletcher testified as follows[95]:

> Q.   Do you know what the ... functionality difference
> between 10.7 and 11i was?
>
> A.   It's - it's massive. ... Many new products.  Much
> of CRM was new in 11i compared to 10.7.  Every module
> had significant new functionality.

182.    Similarly, Oracle's Executive Vice President, Ron Wohl, testified that Suite 11i contained many more CRM modules than in any prior release.[96]

183.    As an expert in this area, I would expect more than the usual amount of initial product defects than normally associated with early versions of software. Other industry analysts had the same reaction at the time of Suite 11i's release. For example, GIGA's Erin Kinikin wrote[97]:

> Oracle 11i is one of the largest single application
> releases ever (2.5 years, four product acquisitions,
> close to 1,000 developers on two continents),
> exacerbating the usual major release glitches.

---

[94] *See, e.g.*, Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 6 at 16-20.

[95] Deposition of Alan Fletcher (April 6, 2005) at 121:8-18.

[96] Deposition of Ron Wohl (March 23, 2006) at 108:8-17.

[97] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release -- Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758. As the GIGA report focused on CRM, its reference to 1,000 developers likely referred to GIGA's estimate of the number of CRM developers. In fact, approximately 1,200 developers worked on the CRM applications and another 3,000 worked on the ERP applications. Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

**Page 70**                                                    **Confidential**

184.        Similarly, Hurwitz Group's Sharon Ward wrote[98]:

> Oracle basically introduced an application that covers
> the functionality of at least five (ERP, CRM, SCM,
> HRMS, Service) enterprise class applications. This
> resulted in a substantial number of bug reports, but
> probably on par with the total number that would be
> found in any five such applications.

185.        And Goldman Sachs' Rick Sherlund wrote[99]:

> We believe the release was buggy, but consistent with
> other major new releases.

186.        Plaintiffs decry a supposedly inordinate amount of bugs and patches
associated with Suite 11i's early life, yet they provide no frame of reference
(apparently in an attempt to magnify 11i's problems). Bugs occur in every release
of every software product delivered by every vendor; Oracle's Suite 11i is simply
not, as Plaintiffs imply, unusual in having bugs on a significant scale. This
phenomenon is evident in this case. For example, Forrester's L. Orlov emailed
Oracle's Leslie Rubin that[100]:

> For long time customers it harkens back to the
> September 1994 OAUG conference in San Francisco when
> Oracle management at the Ask Oracle panel was
> lambasted by customers struggling to get a tardy and
> buggy release 10 into production. It took 4 1/2 point
> releases to stabilize R10 for general release.

187.        Similarly, Oracle's Mark Jarvis testified[101]:

> When Windows '95 was released ... it had 50,000 bugs
> in it, if I remember correctly. Should they have
> released Windows '95? I don't know. It sounds like a
> lot of bugs. Every product has bugs.

188.        And Oracle's Michael Rocha testified that[102]

---

[98] Sharon Ward, *Oracle's E-Business Suite 11i*, HurwitzGroup Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506.

[99] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051216.

[100] April 5, 2001 email from L. Orlov (Forrester Group) to Leslie Rubin (Oracle), Re: "Some of the comments I have received re: the brief" (NDCA-ORCL 121620-23) at NDCA-ORCL 121622 (forwarding comments from readers regarding an earlier Oracle release).

[101] Deposition of Mark Jarvis (May 30, 2006) at 167:25-168:10.

[102] Deposition of Michael Rocha (April 7, 2006) at 212:9-24.

```
I have a general recollection, and the general
recollection was there was bugs just like every
software that's ever gone out of a software lab.
```

189.     Bugs are a normal, expected part of a software lifecycle, and companies do whatever they can to resolve these issues and ensure that future customers don't encounter the same defects. As discussed in paragraph 45, above, it is also normal and expected that the process of fixing bugs can sometimes create new bugs. Given the size of a typical ERP package, it is by no means clear from the evidence on record the Suite 11i was "buggier" than one would expect or that Oracle's patches were causing more problems than one would expect in the ordinary course of testing and improving software of that size.[103]

190.     In Plaintiffs' citation of purportedly unprecedented bug issues, I would correct the misconception that *all* of the Technical Assistance Requests (TARs) customers issue to Oracle for help are bugs. The system used by Oracle to track TARs is a common mechanism used by various software vendors to receive questions, comments, complaints, and notification of unexpected behavior (*some* of which might be bugs) from customers. The evidence I have seen in this case is consistent with that usage. For example, Richard Sellers testified as follows[104]:

```
Now, that technical assistant request can be anything
from how do you do this, how do I do that, how do I do
something else, all the way to essentially the
customer having found a bug in the software that can
only be repaired by a patch. ... So they run the full
gamut of advice to, gee, you've actually unearthed a
problem with our code that has to be repaired.
```

191.     In fact, the evidence indicates that, as of April 2001, only 30% of TARs issued by customers regarding Suite 11i were eventually identified as software bugs.[105] The factual record in this case is consistent with my professional experience: that customers, or on-site consultants, often escalate problems that are not bugs.[106] In her deposition, Oracle's Kirsten Shaw gave the following testimony about Bell South's implementation experience[107]:

---

[103] See paragraph 87, above, for a discussion of the number of bugs typically experienced in large, comprehensive ERP systems.

[104] Deposition of Richard Sellers (February 28, 2006) at 38:3-15.

[105] *See* April 2, 2001 email from Mary Ann Anthony to Distribution, Re: "11i Issues for Discussion at the AMCM on 4/3" (NDCA-ORCL 054443); *see also* March 27, 2001 Excel Spreadsheet, Re: "Escalation Management" (NDCA-ORCL 1027687-750) at 1027739-45 (showing that 68% of Suite 11i TARS were issues other than bugs).

[106] *See, e.g.,* July 13, 2000 email From Cliff Godwin to Ron Wohl, Re: "CRM 11i product install problems (NDCA-ORCL 028721-23) (determining that a critical P1 bug at POSCO was actually "pilot error").

[107] Deposition of Kirsten Shaw (September 19, 2006) at 239:3-7.

> They were trying to do an installation at Bell South,
> and the issues they brought up, there were five bugs
> that they had logged as SEV1 bugs and, all of them
> turned out to be setup problems.

192.  Plaintiffs characterization of numerous "patches" as a proxy for lack of
integration or product functionality is also misguided. Like bugs, patches are a
natural part of software lifecycles. As Ron Wohl testified[108]:

> I think it is unfair to talk about the 5,000 patches
> as necessarily all being a bad thing. Having too many
> bugs in software is certainly a bad thing, but simply
> the fact of having – of making a software change –
> some number of software changes were made to – for the
> exact reason, to improve the software with new
> features and so forth.

193.  Contrary to Plaintiffs' suggestion that patches are somehow out of the
ordinary, Oracle defines patches as any instance in which new and/or modified
code is delivered to the customer, as is common in the industry. As a result,
patches also include enhancements and the inclusion of additional functionality
into the software. Indeed, each point release of software typically rolls up patches
(including bug fixes and enhancements) from the prior release. Patches also
include changes required by external regulations and new legislation – *e.g.*,
changes in tax laws, changes to reporting requirements in HR systems, changes in
accounting procedures (*e.g.*, GAAP, Sarbanes-Oxley) in the financial systems.
Indeed, some patches are merely diagnostic tools – *i.e.*, they are not intended to
provide additional functionality, or correct existing bugs, but merely provide
technical monitoring and report technical information to Oracle, to assist in
trouble-shooting and software improvement.

194.  Because of the reality that TARs and patches can result from a number of
issues completely unrelated to software defects, reports of over 5,000 patches to
Suite 11i early in its lifecycle is neither surprising, nor necessarily a cause for
concern. As Larry Ellison testified[109]:

> Q What about the 5,000 patches; were you aware at that
> time of the 5,000 patches?
>
> A  Yeah. Patches are often enhancements.

195.  Having reviewed the evidence in this case, there can be no dispute that
Suite 11i had its share of bugs as a new release; however, Plaintiffs have unfairly
implied that Suite 11i had unusually poor quality because it contained bugs in its
early stages. That simply does not reflect reality: every major release of business
enterprise software exhibits similar problems, because it is impossible to work out

[108] Deposition of Ron Wohl (May 31, 2006) at 337:9-15.

[109] Deposition of Larry Ellison (September 21, 2006) at 288:1-3.

every bug prior to its release. Suite 11i was revolutionary product for its massive amounts of new functionality (compared to any other release). Indeed, I have seen no evidence that Suite 11i was worse than any other ERP product of a comparable size and scope. It appears that Plaintiffs have relied on dramatic statements (*e.g.,* the claim that Suite 11i had 5,000 "patches" during the first six months after its release)[110] and anecdotal evidence that, taken in a vacuum, unfairly magnify the actual problems that occurred. Plaintiffs also fail to place these numbers in any context, and make no effort to review the widely distributed literature describing the number of bugs to be expected in a product of Suite 11i's size.[111]

### X.1.3   Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i

196.            Oracle's consistent message that Suite 11i was integrated (*i.e.,* not requiring custom software modifications to integrate the modules, based on the same data schema and engineered around a single, unified data model), compared to best-of-breed offerings, is not rendered false or misleading merely because certain customers encountered difficulties in implementing the product. Large-scale ERP and CRM implementations can be hampered for reasons having absolutely nothing to do with the software involved, including:

- *Incorrect use of the product or improper customization.* For example, Keith Block testified[112]:

    ```
    Well, some of the challenges with that is it is new
    software. And, again, the folks at Ingersoll Rand
    weren't intimate with the workings of the software,
    they were asking the software to do things it wasn't
    designed to do. Whole bunch of issues.
    ```

    And Michael Rocha testified[113]:

    ```
    [Y]ou know, I had a customer one time who implemented
    fixed assets on a train system. You know, I mean,
    you're sitting there going, "Well, what part of fixed
    assets did you not understand?" That's just the way
    the industry works.
    ```

---

[110] RSAC, paragraph 69(c).

[111] As discussed in paragraph 87, above, software metrics expert Capers Jones estimates that when a large ERP product is first deployed, as many as 150,000 defects will typically still be present. Of these, approximately 1000 will be high-severity defects (*i.e.,* "P1" defects in Oracle's nomenclature), 20,000 will be medium-severity defects (*i.e.,* "P2" defects in Oracle's nomenclature), and 129,000 will be low-severity defects (*i.e.,* "P3" defects in Oracle's nomenclature).

[112] Deposition of Keith Block (May 3, 2006) at 196:6-9.

[113] Deposition of Michael Rocha (April 7, 2006) at 209:16-210:21.

- *Problems with the customer's hardware*. For example, Mary Ann Anthony testified[114]:

  > [W]hen they had a large number of their users on, the system was slower than they wanted it to be. Now, that could have been hardware related, it's not necessarily a software issue. It could have been how they configured their hardware. So it would be difficult to say if that was a bug or not.

- *Lack of appropriate internal sponsorship or resources*. For example, Keith Block testified[115]:

  > [Ingersoll Rand] lacked an executive sponsor, they didn't deploy business resources, they didn't have the expertise, they weren't trained. There were a whole host of issues. They were actually very independent of the product.

- *Mistakes or misunderstandings by on-site consultants*. For example, Richard Sellers testified that[116]:

  > [C]onsulting many times hires very bright people, but they don't train them. They haven't had extensive training. Many times not even as much training as my support people have on the product. So they're asking a lot of questions. Those questions are all TARs.... So as they submit these questions, we're working to resolve them. Sometimes we call back, and we can't find them. They're not there, so there is nobody to give the answer to. Other situations are they don't do a good job doing their part, for whatever reason, training, competence, whatever. Because – they almost always will then blame it on the product. I mean, they will rarely say, Yes, Mr. Customer, I just didn't get it done in time. They say, You know, I couldn't get that done because of all of these TARs, or, The product didn't do what it was supposed to do, so it's not my fault.

- *Migration of old or bad data.* For example, Kirsten Shaw testified that[117]:

  > Actually, frequently we are involved where there's been bad data put into the system, and that's what's causing the problem.

---

[114] Deposition of Mary Ann Anthony (August 11, 2006) at 99:9-23.

[115] Deposition of Keith Block (May 3, 2006) at 195:23-196:2; *see also ibid*, at 195:6-22 and 196:3-20.

[116] Deposition of Richard Sellers (February 28, 2006) at 93:19-94:10; *see also* Deposition of Ron Wohl (March 23, 2006) at 145:20-146:16; Deposition of Donald Klaiss (June 20, 2006) at 100:9-22.

[117] Deposition of Kirsten Shaw (September 19, 2006) at 168:22-24..

197.         As noted above, even problems that are reported to Oracle as TARs are, more often than not, unrelated to software defects; *see* Section VIII.3.2, above. It would be incorrect for me to assert that there were no product problems – during the first year of its release, a number of Oracle customers implementing Suite 11i did indeed experience bugs and defects that caused numerous setbacks; however, problems with early releases of software are common and expected by the industry. This is why many companies wait a few releases for the software to stabilize. For example, CW 17, formerly of Eaton Corporation, testified as follows[118]:

> [M]y coaching to Eaton was, you know, this is an early release. This is a dot zero release. We really don't want to go there until we have some proof that it's stable and running and that was my comment. ...

198.         Industry analysts even warned potential customers to wait a year for Oracle to work out the kinks in its new release. For example, GIGA's Erin Kinikin wrote [119]:

> Despite the fact that some Oracle CRM modules have been available before, Giga believes that the size and scope of Oracle 11i CRM justify treatment as 'Release One' product, suitable primarily for early adopters with high tolerance for risk and additional expense. ... Companies should delay broad implementation and rollout until 2001 to give new modules and vertical offerings time to mature.

199.         And META Group's Steve Bonadio wrote[120]:

> Users must approach the newer applications cautiously, because many have not been field tested in real-world scenarios. For mission-critical applications, we recommend users wait at least six months after the release of 11i to purchase/implement Oracle's newest applications.

200.         Nevertheless, implementation difficulties (which are common in the industry for adopters of the first few releases of new software) do not signify that Suite 11i was not "integrated" or "interoperable" as compared with a best-of-breed offerings in the market. After a review of the record, it is my understanding also that Plaintiffs have targeted a small number of "escalated" customers out of

---

[118] Deposition of CW 17 (June 8, 2006) at 149:2-5; *see also ibid*, at 148:19-149:1 and 149:6-7.

[119] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[120] Steve Bonadio, *Application Deliver Strategies; Oracle 11i: The Holy Grail?* META Group Analyst Report, July 5, 2000 (NDCA-ORCL 009736-38) at 009737.

the entire customer base, which unfairly skews the picture. For example, Michael
Rocha testified[121]:

> [W]e had a lot of customers all of which were going to
> be upgraded on a lot of software. We're sort of
> picking, you know, a couple customers here inside of a
> big customer base. So it's hard to sort of take one
> situation and draw conclusions from it in the general
> case. You know, I wouldn't – these are a handful of
> cases.

201.       Plaintiffs' anecdotal evidence of bugs and a handful of escalated
           customers that experienced escalated concerns for a host of possible reasons, do
           not indicate anything to me about the overall quality of the software. [122]

202.       Furthermore, Plaintiff's evidence that certain customers were offered
           discounts or free consulting services (including SWAT teams) to remedy
           problems does not indicate anything to me about the quality of the software.
           Indeed, I have reviewed evidence that Oracle often offered complimentary

---

[121] Deposition of Michael Rocha (April 7, 2006) at 209:2-15. *See also Oracle: The State of E-Business is
Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009 (stating that 2,500
Oracle customers were implementing Suite 11i).

[122] Contrary to Plaintiffs' claim of fundamental problems with the software, throughout Q3 2001, the
number of customers licensing and implementing Suite 11i applications steadily increased, from
approximately 1,000 customers in the process of implementing Suite 11i applications at the start of the
quarter (L. Wendell, *Oracle Corporation: Picture Perfect Q2: FY01 Should Even Convert the Skeptics*,
Credit Suisse First Boston Corporation, December 15, 2000, (NDCA-ORCL 154522-31) at 154523) to
approximately 1,300 customers by mid January of 2001 (G. Teagarden, *ORCL: Oracle EVP to Visit to
SSB*, SSB Report, January 10, 2001, (NDCA-ORCL 309063-7) at 309066), to 2,500 customers by the end
of the quarter. C. Phillips, *Oracle Apps World Feedback*, Morgan Stanley Analyst Report, February 26,
2001, (NDCA-ORCL 400672-8) at 400672-73; *Oracle: The State of E-Business is Strong*, Oracle Press
Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009; *see also* Mark Barrenechea CRM
Presentation, Q3 2001, (NDCA-ORCL 399590-637) at 399614. "Go lives," or customers live on Oracle's
11i applications, also increased steadily throughout the same period, from 85 at the start of the quarter, to
nearly 200 by quarter's end. *See* December 13, 2000 R11i Customer Information (NDCA-ORCL 418888-
96) at 418888-91 (listing 85 "11i Live Customers" as of December 13, 2000); January 3, 2001 R11i
Customer Information (NDCA-ORCL 418744-54) at 418744-47 (listing 100 live customers as of January
3, 2001); January 24, 2001 R11i Customer Information (NDCA-ORCL 418726-36) at 418726-31 (listing
149 live customers as of January 24, 2001); February 8, 2001 R11i Customer Information (NDCA-ORCL
418629-40) at 418629-34 (listing 175 live customers as of February 8, 2001); February 26, 2001 R11i
Customer Information, (NDCA-ORCL at418419-31) at 418419-25 (listing 200 live customers as of
February 26, 2001). By the end of FY 2001, nearly 400 customers were live on Suite 11i software. June 13,
2001 R11i Customer Information (NDCA-ORCL 417620-39) at 417620-33. Throughout the same period,
Oracle was winning key big license deals for its 11i applications. *See* W. Laidley, *ORCL: Picture Perfect
Q2: FY01 Should Even Convert the Skeptics*, CSFB Report, December 15, 2000, (NDCA-ORCL 308895-
900) at 308895 ("More than 3,000 customers are migrating to 11i ... JDS Uniphase, American General, and
GE Power are few [sic] examples ... Another significant customer win highlighted was Covisint."); Bob
Austrian, *Highlights from BAS Presentation*, Bank of America Report, February 7, 2001, (BOA 01071-4) at
01071 (noting license sales to BellSouth, Citibank, MBNA, Xerox, HP, Hitachi, GE Medical, GE Capital,
Boeing, Veritas, Ingersoll-Rand, and Humana).

consulting services or discounts for reasons entirely unrelated to the quality of Suite 11i. For example, Eaton Corporation received license discounts and concessions on Suite 11i for products as compensation for products purchased in 1995 and 1997.[123]

203.        In addition, as discussed in Paragraph 97, above, certain concessions are simply a business reality with commercial customers. I have seen evidence that Oracle provided consulting services or discounts for a variety of reasons unrelated to product quality – such as maintenance of long-term relationships.[124]

### X.1.4   Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete

204.        Plaintiffs make a number of accusations concerning the lack of quality and maturity of the CRM modules of Suite 11i. Plaintiffs target this part of the product as the most problematic of the Suite, citing troubled implementations, allegedly excessive bugs and a lack of referenced customers during the relevant time period.

205.        Based on my review of the factual record and my extensive experience in business enterprise software, however, the growing pains encountered by the massive CRM portion of Oracle's Suite 11i were neither undisclosed to the public, nor were they out of the ordinary. As I have noted previously, all new releases of complex business enterprise software experience some initial problems – including bugs and missing functionality.

206.        In early 2000, prior to the general release of Suite 11i, Oracle publicly stated it would release CRM separately and on a rolling basis of added functionality. As Alorie Gilbert wrote in the computer trade magazine *Information Week*[125]:

---

[123] *See* February 16, 2001 Settlement Agreement and Release Between Oracle Corporation and Eaton Corporation ("Eaton Settlement Agreement") (NDCA-ORCL 1125685-93).

[124] *See* Deposition of George Roberts (June 22, 2006) at 168:4-169:11; *see also ibid*, at 167:24-168:3 ("I mean he was saying that we want to make the client successful. It may cost us some – some, you know, expense. ... And again, you know, that is part of the game. I mean, it was a new release. New releases have challenges sometimes. But at the end, if the client is successful, you all win."); *see also* Deposition of Kirsten Shaw (September 19, 2006) at 181:6-10; *see also ibid*, at 180:21-181:5 and 181:11-14 ("Customers ask to be reimbursed all the time, and consulting asks us to reimburse them for their time all the time. When you're in a tough situation that's a negotiating ploy, it doesn't necessarily mean anything."); *see also* Deposition of Richard Sellers (February 28, 2006) at 55:12-57:5 (noting that, as annual support renewal dates approached, clients would use a number of tactics to negotiate the price, including concessions for perceived problems).

[125] Alorie Gilbert, *ERP Vendors Look for Rebound After Slowdown*, InformationWeek, February 14, 2000 (NDCA-ORCL 031333-37) at 031335.

> [T]he fully Web-enabled application Suite, Oracle
> Applications Release 11i, won't be released until the
> end of the first quarter - and some components, such
> as CRM and order management, will ship even later.

207.     Thus, any argument by Plaintiffs that Oracle represented that CRM would
be initially complete is inaccurate.

208.     It was widely disclosed that CRM was the newest and least mature of the
Suite 11i modules. Early in 2000, analysts advised customers to wait out the bugs
until later in the product's development. For example, Steve Hamm wrote in
*Business Week*[126]:

> Even after the suite ships, consultants such as
> Gartner Group Inc. warn corporate customers that it
> probably won't be stable enough to handle the most
> crucial jobs until the end of the year.

209.     And GIGA's Erin Kinikin wrote[127]:

> Companies should delay broad implementation and
> rollout until 2001 to give new modules and vertical
> offerings time to mature.

210.     At the October 24, 2000 OAUG meeting in Honolulu, Hawaii, Ron Wohl
advised customers interested in CRM applications to wait and implement release
11i.3, which was still in development and pre-release testing, and would not be
released until early 2001[128]:

> If you're running CRM, you'll want to look to 11i.3,
> the next release. This release will be of particular
> help in CRM.

211.     Again, these bugs and problems with functionality are typical of such new
and massive software. The fact that CRM was developed by separate applications
groups within Oracle and delivered on separate dates has no bearing on whether
the product was "integrated and interoperable." As Greg Seiden testified[129]:

> Q. If in - with one of the releases the CRM and ERP
> code were released separately, would that separate
> release have any impact on the integration between the

---

[126] Steve Hamm, *Oracle: Why It's Cool Again*, Business Week, May 8, 2000 (NDCA-ORCL 307328-35) at 307330.

[127] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[128] *See* Transcript of Oracle Question and Answer Session at October 24, 2005 OAUG Fall Conference (found in NDCA-ORCL 101777-88) at 101780.

[129] Deposition of Greg Seiden (May 16, 2006) at 265:3-9.

ERP and CRM modules as you've used that term here
today?

. . .

THE WITNESS:  No, it wouldn't.

212.        Oracle truthfully represented that Suite 11i was integrated and
interoperable; the early problems with CRM that were widely publicized prior to
the Class Period do not change the truth of that claim.

### X.1.5   Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged demonstrations or fake data

213.        Plaintiffs have also asserted that Oracle misrepresented the capabilities of
Suite 11i by rigging demonstrations.[130] I have not seen anything in the evidentiary
record in this case suggesting that any salesperson at Oracle misled a customer by
rigging a demonstration or misrepresenting Suite 11i's capabilities.

214.        *All* demonstrations of business enterprise software operate in a simulated
environment designed to demonstrate specific business flows for the customer. In
my experience, a customer will issue a request for a proposal, detailing which
business flows are of particular interest. It is impossible for Oracle or other
vendors of comparable systems to implement the product at the customer site and
run it, as if it was live; instead, for Suite 11i, Oracle used a demonstration
environment based on the latest release of software (without any patches, because
the environment was in constant use) that was populated with what Plaintiffs have
deemed "fake data." The Applications Demonstration System, or "ADS," was
necessarily running on data for a fictitious company called "Vision."

215.        Sales consultants in charge of demonstrations at customer sites could then
log into ADS on separate "instances," to perform a live demo over internet
connections. Despite the new technology, sales consultants (like at any software
company) still used static screen shots and other methods of demonstrating the
product to potential customers.

216.        I have seen no evidence that customers misunderstood these facts.
Demonstrations of the product used fictional data running through Oracle's ADS,
and they followed the script specifically requested by the customer. This is typical
of all large software demonstrations after the advent of the Internet allowed
demonstrations to flow through dynamic environments – such as ADS – instead
of using static presentations on laptops.

217.        For the same reason – *i.e.*, that given the size and complexity of the
software it can only be shown to the customer in a demonstration environment

---

[130] Plaintiffs' Responses to Contention Interrogatories at 19.

rather than a fully implemented environment – problems experienced with the demonstration environment do not necessarily reflect problems with the underlying product. To the contrary, the demonstration product may have problems resulting from errors in the demonstration platform/environment itself – *e.g.,* corrupted data, incorrect configuration, hardware problems, operating system bugs. Likewise, it is not uncommon or unusual for demonstration products to be unable to demonstrate the full functionality of the underlying product – *e.g.,* the demonstration may be presented on a smaller computer, with limited memory and network capabilities, than the intended operational environment. As a result, Plaintiffs' reliance on problems with Oracle's demonstration product as evidence of bugs or lack of functionality in the underlying Suite 11i software is misplaced. The available evidence does indicate that, in certain instances, it was extraordinarily frustrating for Oracle's sales force to be unable to effectively demonstrate Suite 11i's features to potential customers – but this failure does not reflect on the underlying software.

### X.1.6   Plaintiffs' claim that Oracle had a small number of reference customers

218.        Finally, Plaintiffs claim that Oracle had only a small number of reference customers to support its sales of Suite 11i, because of the problems with the product. Again, based on my extensive experience with business enterprise software, it is readily apparent that Plaintiffs are identifying problems with Suite 11i in particular, when reference issues are typical of *all* new software releases.

219.        The typical implementation of Suite 11i for a small company could take up to three months – or substantially longer for enormous, multi-divisional corporations. Implementations are expensive, complex and lengthy even if nothing goes wrong. Therefore, there was nothing unique or nefarious about a small number of reference accounts leading into Oracle's Q3 2001. On the contrary, the evidence I have seen regarding references appears consistent with any new software release of Suite 11i's size and complexity. For example, Mark Jarvis testified[131]:

> A. I absolutely remember that getting references for
> E-Business Suite was a very uphill struggle.
>
> Q.  Why?
>
> . . .
>
> THE WITNESS: For many reasons, including the amount of
> time taken for the customer to go live and see
> benefits.

---

[131] Deposition of Mark Jarvis (May 30, 2006) at 201:18-202:15.

220.        It was well understood by the market that customers would need some
time to implement Suite 11i before becoming reference accounts. For example,
Eric Upin of the Robertson Stephens Analyst Report commented that[132]:

> Although the company has announced a number of 11i
> customer wins, none of the bigger names, including
> BellSouth, GE, and Lucent, have gone live yet. We
> believe it will take several more quarters for the
> company to implement these customers and to use them
> as references to win additional business.

221.        Any software vendor struggles to secure reference customers early in the
lifecycle of an enormous release of business enterprise software. Oracle had the
same problem with every one of its releases. For example, George Roberts
testified[133]:

> We would like to have a thousand of them, we only have
> 50 of them because it is a new release. ... And, you
> know, when you have new release of a new product, you
> know, it takes awhile until you build up a base of 500
> plus customers to talk to people.

222.        Mark Jarvis further testified[134]:

> So the whole area of customer references throughout my
> career in Oracle has been hard.

223.        I have seen no evidence that would support Plaintiffs attempt to
distinguish reference problems of Suite 11i with reference issues in an any other
software release's early stages.

224.        Even putting aside the effect of the newness of the software and the length
of implementations, there are many other common difficulties in building
customer references that Plaintiffs gloss over; for example, many customers
hesitate to serve as a reference to avoid losing a competitive advantage. For
example, Mark Jarvis testified[135]:

---

[132] E. Upin, *ORCL: Reiterating Near-Term Cautious Outlook on the Stock Following ...* (Part 2 of 3),
Robertson Stephens Analyst Report, November 8, 2000 (NDCA-ORCL 419950-52) at 419950; *see also* C.
Wittmann, *Oracle First Call, First Union Securities Analyst Report*, February 20, 2001 (NDCA-ORCL
091447-49) at 091448 ("Oracle has 180 live 11i ebusiness [sic] customers. Of the larger customers we
count 14 large companies that would be considered Fortune 500 size. These customers are also in various
stages of implementation. These accounts are becoming referenceable, but we believe the real momentum
will begin to build when they are fully implemented and that should take place over 2001.").

[133] Deposition of George Roberts (June 22, 2006) at 353:17-354:22.

[134] Deposition of Mark Jarvis (May 30, 2006) at 128:5-6.

[135] *Ibid,* at 121:24-123:23.

> I know of situations where we could not get customers
> to talk about it because they were getting a
> competitive advantage from it.

225.    Other customers simply did not want to serve as a marketer for another company, or would not agree to do so due to legal issues or other company policies.[136] In any event, it was a complicated process, including approval and legal issues on both sides.[137]

226.    There is nothing unusual about Oracle having relatively few references during the first 6-9 months after the new release of a massive revolutionary software product. For example, Mark Jarvis testified[138]:

> Q. ... Would it surprise you if in January of '01, there was still a real problem getting references for Suite 11i and there was still a lack of references?
>
> . . .
>
> THE WITNESS: No, it wouldn't surprise me.

227.    Despite these challenges, Oracle indeed had reference customers for Suite 11i. As of October 4, 2000, Oracle had 27 reference customers; as of December 14, 2000, that number had increased to 83; and Oracle had 210 reference customers for Suite 11i by March 15, 2001. By February 8, 2001, 32 of the references were for CRM.[139]

228.    The number of references for such a young product has no bearing on the quality of the product, nor on whether Suite 11i was "integrated" or "interoperable" or whether there existed undisclosed product defects.

---

[136] *Ibid*, at 127:15-128:6.

[137] *Ibid*, at 126:16-128:6.

[138] *Ibid*, at 210:21-211:19.

[139] *See, e.g.*, N. Herman, *Oracle Corp: Reiterate Oracle 1-Buy Rating*, Lehman Brothers Analyst Report, October 4, 2000 (NDCA-ORCL 421258-60) at 421258; C. Phillips, *How Suite It Is*, Morgan Stanley Analyst Report, December 14, 2000 (NDCA-ORCL 1055084-91) at 1055084; transcript of Q3 2001 Earnings Call, March 15, 2001 (Larry Ellison) (NDCA-ORCL 129106-44) at 129135; February 8, 2001 email from C. Johnson to S. Umphrey, *et al.* Re: CRM Reference Report (NDCA-ORCL 069250-51) at 069250 (noting 32 referenceable CRM customers in Oracle's E-Leader program); *see also* Oracle Presentation by Jeremy Burton Re: Q4 2001 Recap (NDCA-ORCL 072154-210) at 072160 (noting 550 referenceable Suite 11i customers and 3500 implementing following June 2001 release of version 11i.4); Oracle Presentation by Jeffrey Henley Re: Q1 2002 Recap (NDCA-ORCL 071910-45) at 071933 (noting 860 referenceable Suite 11i customers and over 3500 implementing following 11i.5 release).

### X.1.7   Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY 01

229.        As I understand it, Plaintiffs' claim is that, throughout the third quarter of Oracle's fiscal year 2001, there were problems with Suite 11i that were unknown to the financial markets (including that various affirmative statements made by Oracle about the product were untrue), but which became known to potential customers, and that these customers decided not to purchase Oracle software based on the problems that were unknown to the financial markets.[140] According to Plaintiffs' logic, the stock drop that resulted from the earnings miss constituted a "disclosure" to the market of these previously undisclosed problems with Suite 11i.

230.        For the same reasons discussed above, the evidence in this case does not support the conclusion that Oracle's Suite 11i product had problems that were different in nature from other major releases of business software of similar size, scope, and new technology. The likely complexity and difficulty of implementing this kind of major new product release (including the bugs inherent to such a release, both in the abstract, and specific to Suite 11i) were well known.[141]

231.        The evidence also does not support the conclusion that "product issues" in Oracle's Q3 2001 were different from any other quarter. Oracle customers identified bugs in every quarter for which there is evidence. Customers had difficult implementations in quarters before the earnings miss, as well as quarters following the earnings miss. Indeed, all of the facts identified by Plaintiffs as evidence of the undisclosed product problems in the third quarter – from bugs and difficult implementations, to problems with CRM, as well as concessions, SWAT teams, complaints by the sales force about the products, internal disputes about the allocations of consulting time – all appeared on the record in other quarters, not just in the third quarter of 2001. The reasons for this are straightforward: these "facts" are part and parcel of large commercial software projects and implementations. Despite Plaintiffs' attempt to paint them as such, they are nothing out of the ordinary. For instance, Oracle's records demonstrate that bugs existed throughout the lifespan of Suite 11i. The same was true, however, for all of its applications products, as well as the products of other, similar vendors.

232.        In fact, Oracle's own internal implementation of Suite 11i during the third quarter of 2001 – including the CRM module – demonstrates that Oracle did not

---

[140] *See* Plaintiffs' Third Supplemental Response to Interrogatory No. 10 (noting that Oracle failed to meet its forecast because, among other things, "[c]ustomers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of Suite 11i due to the problems with Suite 11i").

[141] *See, e.g.,* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21.

believe that there were significant undisclosed problems with the product at the time. Though Plaintiffs attempt to suggest that Oracle's implementation was troubled, the evidence in this case does not support this conclusion. Given the size of the product and the size and global nature of the company, the evidence suggests the implementation was relatively smooth.[142]

# XI     THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM REGARDING "LOST DEALS"

## XI.1  Oracle Did Not Lose Third Quarter Deals Because Of Problems With Suite 11i, Much Less Unknown Or Unexpected Problems

233.        As described in the expert report of Glenn Hubbard, Oracle's earnings guidance is primarily based on the Upside Report, which is based on a roll-up of sales opportunities contained in Oracle's quarterly sales "pipeline," along with aggregated forecasts from the business units (which are themselves based on sales representatives' forecasts about specific deals and business unit judgment). The pipeline includes all deals that sales representatives are pursuing or that have closed for the quarter. The Upside Report provides a comparison of the forecast to the pipeline, and in particular, against the historic rate at which deals in the pipeline closed from the same quarter in the prior fiscal year. Had Oracle achieved the same conversion ratio in the third quarter of fiscal year 2001 that it had achieved in the third fiscal quarter of 2000, Oracle would have achieved its guidance of $0.12 EPS.[143]

234.        As noted more fully below, Plaintiffs have not identified the collection of customers that they claim declined to purchase Oracle's product due to Suite 11i defects. In order to determine whether "product problems" resulted in the failure to close the deals identified in Oracle's internal sales pipeline, I reviewed evidence relating to over 100 transactions in the pipeline for Q3 2001. It is my understanding from counsel that these deals represent all potential deals in Oracle's Q3 2001 sales pipeline – both forecast and "best case" – that at any point were projected to have the potential to exceed $2 million, but subsequently failed to close during that quarter. Because Plaintiffs allege that the problems with Suite

---

[142] *See* Deposition of Ron Wohl (March 23, 2006) at 242:25-243:8 ("Oracle for the U.S. was a very complex customer of our own products, so it – you know, Oracle had a lot of testing to go through. ... So it was a substantial effort to upgrade."). Despite this, Oracle "solved the problems, got the system up and running, and we were fine." Deposition of Larry Ellison (September 21, 2006) at 351:4-5; *see also* Deposition of Ron Wohl (March 23, 2006) at 238:5-8 ("If I remember correctly, we were pretty pleased that the first instances went up sometime over the summer, I believe, quickly."); Deposition of Sukumar Rathnam (May 18, 2006) at 136:4-8; Deposition of Valerie Borthwick (April 11, 2006) at 195:4-6; *compare* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21 ("Because within HP, to implement this enterprise type wide software is a very difficult task; and even with the Seibel software that we moved to afterwards, I think it was three years ago, we are still trying to implement it.").

[143] *See* Expert Report of R.Glenn Hubbard, at Section VI.

11i caused deals involving other products, including database and tools, to fall out of the quarter, I reviewed all of the deals over $2 million, even if they included products other than applications.[144]  In addition, I reviewed a number of the largest remaining deals that appeared to have a heavy applications component, as well as any potential deals relating to the customers identified by Plaintiffs.  I believe that sampling of the largest potential transactions in Oracle's pipeline for Q3 2001, as well as those identified by Plaintiffs and others with a particularly significant applications component – provides me with a reasonable and sound basis upon which to base my opinion about the lost deals generally.

235.        Based on this review, there is no evidence that would support the contention that unknown or unexpected product quality issues with Suite 11i, caused the failure of these deals to be signed in Oracle's Q3 2001.

236.        Similarly, there is no evidence that these deals failed to be signed in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements regarding integration and interoperability.

### XI.1.1  My review of key "Lost Deals"

237.        There is very little evidence of Suite 11i product issues related to the Q3 2001 deals.[145]  Though there is limited evidence in this case with respect to many of the transactions – as discussed in paragraph 242 below – the evidence that has been produced provides a wide variety of reasons why these deals were deferred to subsequent fiscal quarters, reasons which have nothing to do with the product.

238.        In very few deals from Oracle's 3Q 2001 sales pipeline were the stability and performance of Suite 11i even mentioned. Certainly nothing indicated that product quality was unusually bad, or noticeably lower than Oracle (or any other vendor) would have expected from a relatively new and massive release of business enterprise software.

239.        In the evidence I have reviewed, there are a few documents that suggest customers held off on purchasing Oracle's Suite 11i product because of its lack of maturity or depth of functionality compared to other, sometimes more specialized,

---

[144] See Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10.

[145] In fact, even the witnesses cited in the Complaint to support Plaintiffs' allegation that sales were lost due to problems with Suite 11i undermined that very proposition at their depositions. See, e.g., Deposition of CW 27 (June 17, 2006), 38:8-19 ("Q. You've been described as stating that defects in 11i caused several other customers to either delay planned purchases of 11i until Oracle could fix the problems or cancel deals altogether.  A.  There is no way I could have stated that because I don't know any, you know..."); Deposition of CW 32 (August 14, 2006), 49:6-10 ("Q.  Are you aware of any customers that decided not to license Suite 11i -- the CRM side of Suite 11i due to problems or perceived problems with the product?  A. No."); Deposition of CW 21 (June 21, 2006), 43:10-19 ("Q.  So you don't remember any customers that canceled their order of 11i due to problems or perceived problems with the software?  A.  No.").

offerings.[146] Such decisions, however, have nothing to do with defects (much less undisclosed or generally unknown defects) in the software product. Every major release of business enterprise software lacks maturity in its early stages and potential customers are well aware of that fact.[147] It is also true that sometimes a competitor's best-of-breed offerings have more functionality. Far from some unknown "problem", this is the very trade-off (depth of functionality versus breath of coverage) that Oracle discussed with analysts and customers.[148] Like any software, Suite 11i could have had more features and functionality, but it was nonetheless a complete ERP system.[149]

240.        Indeed, if there *were* suspicions, concerns, or rumors of serious stability problems in a new ERP system being considered by a customer, it is highly unlikely that the customer would fail to raise these doubts during its technical evaluation process. Stability issues might be overlooked in a small, seldom-used software package, but ERP systems like Oracle's Suite 11i (as well as comparable products from SAP, PeopleSoft, J.D. Edwards, Baan, and others) are typically employed by hundreds of simultaneous business users on a daily basis, to run every aspect of the company's day-to-day business. There would be no reticence, nor the slightest hesitation, to raise the issue, investigate it, confront the vendor about it, and – if appropriate – identify it as a significant factor in a decision to defer implementation or cancel a pending purchase.

241.        In summary, while I observed some discussion of the Suite 11i product in my review of the evidence related to the "lost deals," there was no evidence that

---

[146] *See, e.g.,* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50) (noting that The Gap was considering a more mature, retail-specialized competitor's retail module over Oracle's WMS module); January 19, 2001 email from M. Tasooji (Disney) to G. Roberts Re: "WDW CRM Decision" (NDCA-ORCL 063552) (citing as the reason for not going forward with Oracle CRM the fact that it was not market-ready and the functionality was not mature yet compared to competitors).

[147] Deposition of CW 17 (formerly of Eaton Corporation) (June 8, 2006) at 149:2-5; *see also ibid,* at 148:19-149:1 and 149:6-7.

[148] Transcript of AppsWorld Keynote Speech (Larry Ellison), February 13, 2001 (NDCA-ORCL 141544-602) at 141548-9 ("Because the fact is the eBusiness suite does not have everything that GE wants. We admit the eBusiness suite does not have everything that our customers want. But we have 80 percent or 85 percent or 86 percent. And an 85 percent solution in five months is better than 100 percent solution that you dream about happening in two years or three years after you heavily modify our software."); *see also* A. Roskill, *ORCL: Analyst Meeting,* Warburg Dillon Reed, LLC Analyst Report (NDCA-ORCL 308701-03) at 308701 ("While [Oracle] management conceded that some point solutions might have minor functional advantage, it does not outweigh their breadth of product.").

[149] L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating,* Blair, William & Co. Analyst Report, April 5, 2000 (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

product problems existed that were out of the ordinary for a major ERP release of this size, or that any such product-related issues were the reason deals failed to close. As a result, I do not believe that undisclosed or unexpected quality problems with Suite 11i caused deals to be lost. Nor have I seen any evidence that deals in Oracle's Q3 2001 sales pipeline failed to close because of problems that undermined Oracle's statements that the product was integrated and interoperable.

### XI.1.2 The deals specifically identified by Plaintiffs

242.        It is my understanding that, although Plaintiffs have made a number of vague allegations that customers decided not to purchase various Oracle products (including Suite 11i, database and related products) in the third quarter of Oracle's Fiscal Year 2001 ("Q3 2001") because of problems or perceived problems with Suite 11i,[150] Plaintiffs have not provided any comprehensive description of the specific deals allegedly lost due to undisclosed product problems, nor have they identified any evidence that would support that conclusion with respect to specific transactions.

243.        Plaintiffs have identified several customers they claim refused to purchase Oracle products as a result of Suite 11i problems. I have reviewed the evidence in this case that appears to relate to the reason these transactions failed to close; this evidence does not support Plaintiffs' claims.

244.        First, Plaintiffs identified a number of companies – including McDonald's, TMP Worldwide and Barclays – that they suggest had difficult Suite 11i implementations; and Plaintiffs presumably argue that these companies failed to close deals related to Suite 11i in Q3 2001.[151] My understanding from counsel is that no sales of Suite 11i (or any other product, for that matter) to any of these entities were included in Oracle's forecasts in Q3 2001.

245.        Second, Plaintiffs allege several specific customers encountered difficulties implementing Suite 11i, and that as a result, "several major sales expected in the third quarter fell through."[152] In connection with this allegation, Plaintiffs have identified General Electric Aircraft Engines, Telia AB, Ingersoll-

---

[150] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10 ("Customers and potential customers of defendants declined or deferred purchasing Suite 11i due to the problems with Suite 11i."), No. 6 ("Oracle customers had rejected/declined to purchase 11i or reduced purchases and implementation commitments modules because the product did not work as represented."), and No. 7 ("The problems with 11i affected Oracle's ability to sell to potential customers both directly and indirectly. ... Customers were refusing to buy additional products from Oracle as a result of their terrible experience with 11i.").

[151] *See* Plaintiffs' Responses to Contention Interrogatories at Third Supplemental Response to Interrogatory No. 7 at 77-79.

[152] RSAC paragraph 54.

Rand, Hewlett Packard, JDS Uniphase, Principal Financial Group, Nantucket Nectars, Alliance Coal, New York City Housing Authority, GE Capital, Motorola, Health Net, Citibank, Eaton, and Hostcentric.[153]

246.         The evidence related to this second group of transactions also fails to support Plaintiffs' claims. The majority of these companies had no deals in Oracle's pipeline in Q3 2001. Others failed to close because the parties could not agree on price or terms or available functionality by the end of the quarter. Many of these deals thus closed in Q4 2001 instead. I did not observe customers who otherwise would have entered into license deals, but failed to do so based on product problems that were out of the ordinary, or otherwise unknown or unexpected. Nor did I observe any customers who refused to purchase products because of facts about 11i that would have rendered Oracle's statements regarding integration and interoperability incorrect.

## XI.2 There Is A Variety Of Evidence Showing That Deals Did Not Close For Reasons Unrelated To The Alleged Problems Identified By Plaintiffs

247.         The record contains substantial evidence showing that many deals in Q3 2001 failed to close for reasons that had nothing to do with Suite 11i.[154] A common cause was unsuccessful negotiations regarding pricing, discounts, contracting, and licensing. In my experience, it is extremely common for deals to slip into subsequent quarters because customers of large, business enterprise software know that the best time to engage in negotiations is at the end of the software vendor's reporting period.[155] There are numerous examples of large deals falling out at the very end of the quarter because of such negotiations.

248.         A potential $12-25 million deal with The Gap, Inc. for database, applications, and tools in Oracle's Q3 2001 sales pipeline failed to close because of various negotiations of the terms. It appears that, late in February 2001, a deal for database (*i.e.*, "Technology") was on course to close at the end of the quarter.[156] The customer eventually linked this deal to a large potential deal for

---

[153] *Ibid*, paragraph 54(a)-(m).

[154] As Mr. Hubbard's Report also notes, it always is the case that many deals do not close. In any given period, most of the potential deals fail to close by the end of the quarter.

[155] *See, e.g.*, February 24, 2001 email From Tony Rabold (Lucent) to Jeffrey Herbine, *et al.* (Lucent) Re: "Oracle (DB) software license" (LT 0167) ("[T]he end of Oracle's fiscal year is the best time to negotiate (May); followed by the end of their quarters.").

[156] *See* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent: Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50).

applications as well, but still planned to close by the end of the quarter.[157] And while the deal failed to close in Q3,[158] The Gap nevertheless purchased $25 million of Oracle products in Q4 2001, including over $8 million of Suite 11i applications.[159]

249.        A potential $4.2 million deal with Loudcloud, Inc. for database and applications failed to close at the end of Q3 2001 because Loudcloud returned the signed deal documents to Oracle after midnight on February 28, 2001, and Oracle was therefore obligated to treat it as a Q4 2001 deal.[160] The delay over the signed documents had nothing to do with the products, and Loudcloud later purchased $4.3 million of Oracle database and Suite 11i applications in Q4 2001.[161]

250.        A potential $12.6 million deal with the New York State Office of Finance & Technology ("NYS OFT") failed to close at the end of Q3 2001 because of last minute negotiations and approval issues.[162] Similarly, a potential $8-24 million deal with Solectron Corporation for database and ERP applications failed to close because negotiations regarding pricing and support broke off near the end of Q3 2001.[163] In any event, Solectron purchased $10.4 million of Oracle product in Q4 2001, including database, tools, and ERP applications.[164]

---

[157] *See* OPI Forecast – Q3 '01 Week 12, February 15, 2001 (NDCA-ORCL 079145-47) at 079146 ("Customer has linked 2 deals - tech and Apps together, but still talking Feb deal.").

[158] *See* February 26, 2001 email from L. Mahon to T. Williams, *et al.* Re: "Big Deal Update February 26 Workday -3" (NDCA-ORCL 147090-95) at 147094 ("The GAP for $17m fell off today.").

[159] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

[160] *See* NAS Big Deals Scenario, Q3 '01 Week 13 Spreadsheet (NDCA-ORCL 080190) ("Moved to Q4: March Deal – Closed Paperwork received after midnight.").

[161] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110955.

[162] *See* Deposition of Jay Nussbaum (June 22, 2006) at 586:12-22 ("It was on our forecast list to have been done … It didn't get done …: New York State and New York City [were] debating within themselves over State contracts, and we were still – I'm not – they were still holding us for a better discount, which we were at that point, in Q3, unwilling to do."); *see also* OSI Q4 '01 (NDCA-ORCL 116720-116723), at 116722 ("[M]eeting with customer on a daily basis to finalize paperwork and address individual agency concerns/questions. OFT will begin reviewing paperwork with the Attorney General and the Comptrollers Office 5/18 … may slip a week.").

[163] *See* February 25, 2001 email From M. DeCesare to HQAPP, *et al.* Re: "URGENT REAPPROVAL: Solectron" (NDCA-ORCL 140423-30) at 140423 (noting that negotiations regarding support renewal was holding up the deal because Solectron was "asking for this to go away"); *see also* OPI Forecast – Q3 '01 Feb. 26, 2001 (NDCA-ORCL 084762-63) 084762 (indicating in a handwritten note that Solectron was asking for a 50% backout clause).

[164] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

251.    I would also include in this category unanticipated economic pressures experienced by customers during this period, many of whom were facing budget cuts and spending uncertainties in late February of 2001. For example, in an email to George Roberts, Executive Vice President of North American Sales, Nic Classick, an Oracle Area President, indicated that regional managers reported the strongest reason for deals falling out was an effort to conserve cash.[165] Mr. Classick wrote that 70 percent of the lost deals in his region were "delayed until economic or business conditions are clearer."[166] He further noted[167]:

> We had 5 POs cut that Presidents pulled until April as they wanted to see what their q1 would look like. The uncertainty of their business and outlooks for the year has caused many client to delay until they better understand what directions 2001 will take. We can't commit this 70% as April results and the business climate will have to determine.

252.    The evidence surrounding deals lost in Oracle's Q3 2001 reflects this economic uncertainty.

253.    A potential $2 million deal with Timberland Co. failed to close at the end of Q3 2001 because Timberland's "CFO could not sign the license deal without approval from his legal counsel on the consulting Terms and Conditions."[168] Internal Timberland documents indicate that the deal eventually died altogether because of economic concerns[169]:

> The combination of the rapid acceleration in the **weakness of the U.S. economy** [emphasis added] over the past several months, including the retail sector, and the continuing impact to Timberlands business from **external trends related primarily to foreign exchange and higher leather costs** [emphasis added] has caused Timberland to re-evaluate its near-term needs.

---

[165] *See* February 26, 2001 email from N. Classick to G. Roberts Re: "Forecast Reduction of 20mm" (NDCA-ORCL 089691-93) at 089691.

[166] *Ibid.*

[167] *Ibid*; *see also* Deposition of George Roberts (June 22, 2006), at 269:5-272:20.

[168] *See* March 2, 2001 email Exchange Re: "TIMBERLAND approval" (NDCA-ORCL 177255-78) at 177272.

[169] *See* May 2001 Timberland Memo Re: Termination of Oracle Negotiations. Talking Points (TIM 000006-7) at TIM 000006; *see also* May 30, 2001 America's Forecast Flash Q4 Week 14 (NDCA-ORCL 161831-39), at 161836 ("Sighting [sic] problems in ASPAC and Mad Cow Disease (anticipated increased leather costs) customer is hesitant to sign dela [sic] this quarter.").

254.        A potential $36 million deal with Lucent Corporation for database, CRM, ERP, and tools failed to close in Q3 2001 because of funding issues.[170] In Q4 2001, Lucent purchased $9.9 million worth of Oracle products, including $5.5 million in applications.[171]

255.        A potential $1.8 million deal with Ultimate Electronics, Inc. for CRM applications failed to close in Q3 2001 due to consumer spending concerns.[172] Nevertheless, Ultimate Electronics purchased $1.5 million of CRM applications in Q4 2001.[173]

256.        I also observed evidence of strong competitive pressures from IBM, JDE, Baan, and others during this period of time. Some deals that appeared reasonably likely to close in Q3 2001 were apparently disrupted by last-minute offers from competitors who claimed to have better prices, better technology, *etc.* This is common in the industry, but even more so during this timeframe because of economic pressures. For example, a potential $3.5 million deal with Halliburton Energy Services for database and tools failed to close in Q3 2001 because of negotiations and external competition.[174] As a former Oracle Area Vice President, Steve Johnson, testified, there was also evidence of economic pressures that prompted deep concessions by IBM to compete[175]:

> And IBM was offering their product at a – almost a
> maintenance only – what we call maintenance fees only
> pricing model, which was well below our pricing

---

[170] *See* February 28, 2001 email from J. Minton to S. Catz, J. Henley Re: "Q3 License Status" (NDCA-ORCL 623329-42) at 623342 ("[M]ore bad news coming from OSI. My understanding is that Lucent's transaction was not approved by their lender, which is a requirement under their loan covenant. Thus, Lucent is dead."); *see also* Memorandum of September 26, 2002 Interview of Jay Nussbaum (NDCA-ORCL 300047-59) at 300051 (noting that Nussbaum learned on February 27, 2001 that "Lucent was required to seek bank approval prior to agreeing to any expenditures that exceeded a certain amount because the company had been experiencing a severe financial downturn.").

[171] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110954.

[172] *See* March 28, 2001 Ultimate Electronics Approval Request (NDCA-ORCL 1056856-57) at 1056856 ("They are in the consumer product sector and cost cost [sic] are a must. They are starting to get really concerned about consumer spending.").

[173] *See* Product Revenue Reporting Package, Q4 FY2001 (NCDA-ORCL 110948-1032) at 111001.

[174] *See* March 30, 2001 email Exchange Re: "APPROVAL FORM – ORDERING DOCUMENT/ Halliburton" (NDCA-ORCL 179257-304) at 179283 ("This is a deal we had approved last quarter and did not get complete. As you may recall, Halliburton is the account where we are fighting IBM, who has been challenged by Halliburton to find ways to save them $$. Oracle is the target of that endeavor.") and Bates 179289 ("Halliburton has engaged an outside consulting group to assist them with this contract, causing them to be very couscous [sic] in these negotiations. Because of this and the growing competitive pressures applied by IBM to displace Oracle, Halliburton has come up with additional concessions.").

[175] *See* Deposition of Steve Johnson (April 26, 2006) at 224:24-225:12.

> schedule, even at these high discount levels with
> Halliburton at a time when Halliburton was, if I
> recall correctly, they were struggling just to bid as
> a company in the oil field services market. It was
> not the days of the $72 a barrel oil. . . .  There
> were a lot of budget considerations on their part
> because of an SAP implementation that they were
> struggling with.

257.       Nevertheless, Halliburton purchased $5.4 million dollars of database and tools in Q4 2001.[176]

## XII     CONCLUSIONS

258.       As I have discussed in this Report, I have reached several main conclusions after reviewing deposition testimony, analyst reports and a considerable body of other evidence in this case:

- Oracle's Suite 11i product was an exemplar of a large, sophisticated, complex ERP system – and, as such, it initially experienced many of the well-known problems common to large, sophisticated products in the software industry. Plaintiffs' arguments about product quality unfairly attempt to magnify the problems of Suite 11i. The reality is that all large, sophisticated, new software releases experience early stages in which bugs must be worked out, and the company must stabilize the product and secure reference customers.

- A review of the evidence compels the same conclusion with regard to Suite 11i. The problems here were not unique, and there is no evidence that they were of any greater magnitude than any other comparable past release of Oracle ERP software. Notwithstanding the initial difficulties, the Suite 11i product *did* work, and was both a technical success and a marketplace success within a reasonable period of time. It continues to be a success today.

- Many of the problems attributed to Suite 11i by customers, industry analysts, computer trade journals, and Plaintiffs were not attributable to Oracle's software. Instead, they were caused by a wide variety of ancillary factors that are common to large-scale ERP implementations, regardless of vendor – many of which are associated with a combination of decisions, actions, and mistakes made by customers or third party consultants attempting to implement the product.

- The specific statements regarding the Suite 11i product that Plaintiffs have identified as "false" were, in fact, accurate.

---

[176] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110974.

- The evidence in this case does not support the conclusion that Oracle's Suite 11i suffered from undisclosed bugs or other problems that were out of the ordinary for a major new release of an ERP product.

- The evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability.

- The evidence in this case does not support the conclusion that deals in Oracle's forecast or sales pipeline failed to close in Oracle's Q3 2001 because of generally unknown or unexpected quality problems with Suite 11i.

Confidential

# PAGE INTENTIONALLY LEFT BLANK

Page 95                                                              Confidential

Edward Yourdon
Dated May 25, 2007

## XII APPENDIX A: Documents Relied On

A.  **BOOKS**

   1.  Geoffrey Moore, *Crossing the Chasm* (Revised Edition, CollinsBusiness Essentials, 2002)

   2.  Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw Hill, 2007)

   3.  Barry Boehm, *Software Engineering Economics* (Prentice-Hall, 1981)

   4.  Capers Jones, *Applied Software Measurement* (McGraw Hill, 1996)

B.  **ORACLE APPLICATIONS CDS**

   1.  Release 11.5.1 Documentation Library, NDCA-ORCL 050949

   2.  Release 11.5.1 Documentation Library, NDCA-ORCL 050972

   3.  Release 11.5.2 Documentation Library, NDCA-ORCL 050781

   4.  Release 11.5.3 Documentation Library, NDCA-ORCL 050681

C.  **DEPOSITION TRANSCRIPTS AND EXHIBITS**

   1.  Deposition transcript and exhibits from deposition of Mary Ann Anthony (August 11, 2006)

   2.  Deposition transcript and exhibits from deposition of Mark Barrenechea (July 11, 2006)

   3.  Deposition transcript and exhibits from deposition of Keith Block (May 3, 2006)

   4.  Deposition transcript and exhibits from deposition of Valerie Borthwick (April 11, 2006)

   5.  Deposition transcripts and exhibits from depositions of Safra Catz (July 20, 2006 and March 23, 2007)

   6.  Deposition transcript and exhibits from deposition of Julie Cullivan (May 24, 2006)

   7.  Deposition transcript and exhibits from deposition of Michael Cochran (June 16, 2006)

   8.  Deposition transcripts and exhibits from deposition of Larry Ellison (July 13, 2006, September 21, 2006 and March 30, 2007)

Confidential

9.   Deposition transcript and exhibits from deposition of Gayle Fitzpatrick (February 24, 2006)

10.  Deposition transcript and exhibits from deposition of Alan Fletcher (April 6, 2005)

11.  Deposition transcript and exhibits from deposition of Cliff Godwin (March 3, 2006)

12.  Deposition transcript and exhibits from deposition of Kenneth Hamel (May 22, 2006)

13.  Deposition transcripts and exhibits from depositions of Jeffrey Henley (July 27, 2006 and November 16, 2006)

14.  Deposition transcript and exhibits from deposition of Mark Jarvis (May 30, 2006)

15.  Deposition transcript and exhibits from deposition of Steve Johnson (April 26, 2006)

16.  Deposition transcript and exhibits from deposition of Charles Kendig (May 4, 2006)

17.  Deposition transcript and exhibits from deposition of Donald Klaiss (June 20, 2006)

18.  Deposition transcript and exhibits from deposition of Jay Nussbaum (June 22, 2006)

19.  Deposition transcript and exhibits from deposition of Thomas Rathjens (HP 30(b)(6)) (June 30, 2006)

20.  Deposition transcript and exhibits from deposition of Sukumar Rathnam (May 18, 2006)

21.  Deposition transcript and exhibits from deposition of George Roberts (June 22 and August 8, 2006)

22.  Deposition transcript and exhibits from deposition of Michael Rocha (April 7, 2006)

23.  Deposition transcripts and exhibits from depositions of Edward Sanderson (July 25 and 26, 2006)

24.  Deposition transcript and exhibits from deposition of Bradford Scott (June 13, 2006)

25.  Deposition transcript and exhibits from deposition of Greg Seiden (May 16, 2006)

Confidential

26.   Deposition transcript and exhibits from deposition of Richard Sellers (February 28, 2006)

27.   Deposition transcript and exhibits from deposition of Kirsten Shaw (September 19, 2006)

28.   Deposition transcript and exhibits from deposition of Juliette Sultan (May 22, 2006)

29.   Deposition transcript and exhibits from deposition of Joel Summers (March 21, 2006)

30.   Deposition transcript and exhibits from deposition of Stephanie Aas Thill (September 8, 2006)

31.   Deposition transcripts and exhibits from depositions of Ron Wohl (March 23 and May 31, 2006)

32.   Deposition transcript and exhibits from deposition of CW 1 (October 21, 2005)

33.   Deposition transcript and exhibits from deposition of CW 4 (September 29, 2005)

34.   Deposition transcript and exhibits from deposition of CW 8 (June 16, 2006)

35.   Deposition transcript and exhibits from deposition of CW 10 (December 7, 2005)

36.   Deposition transcript and exhibits from deposition of CW 11 (May 25, 2006)

37.   Deposition transcript and exhibits from deposition of CW 12 (January 20, 2006)

38.   Deposition transcript and exhibits from deposition CW 13 (October 18, 2005)

39.   Deposition transcript and exhibits from deposition of CW 14 (May 17, 2006)

40.   Deposition transcript and exhibits from deposition of CW 15 (June 20, 2006)

41.   Deposition transcript and exhibits from deposition of CW 16 (September 16, 2005)

42.   Deposition transcript and exhibits from deposition of CW 17 (June 8, 2006)

43.   Deposition transcript and exhibits from deposition of CW 18 (January 5, 2006)

44.   Deposition transcripts and exhibits from depositions of CW 19 (September 22 and October 19, 2005)

45.   Deposition transcript and exhibits from deposition of CW 20 (May 19, 2006)

46.   Deposition transcript and exhibits from deposition of CW 21 (June 21, 2006)

47.   Deposition transcript and exhibits from deposition of CW 23 (September 10, 2005)

48.   Deposition transcript and exhibits from deposition of CW 24 (June 23, 2006)

49.   Deposition transcript and exhibits from deposition of CW 25 (November 4, 2005)

50.   Deposition transcript and exhibits from deposition of CW 26 (August 17, 2005)

51.   Deposition transcript and exhibits from deposition of CW 27 (June 17, 2006)

52.   Deposition transcript and exhibits from deposition of CW 29 (February 2, 2006)

53.   Deposition transcript and exhibits from deposition of CW 32 (August 14, 2006)

54.   Deposition transcript and exhibits from deposition of CW 33 (June 7, 2006)

55.   Deposition transcript and exhibits from deposition of CW 34 (February 10, 2006)

56.   Deposition transcript and exhibits from deposition of CW 35 (May 11, 2006)

57.   Deposition transcript and exhibits from deposition of CW 39 (February 16, 2006)

58.   Deposition transcript and exhibits from deposition of CW 41 (January 24, 2006)

59.   Deposition transcript and exhibits from deposition of CW 42 (April 21, 2006)

60.   Deposition transcript and exhibits from deposition of CW 45 (September 22, 2005)

61.   Deposition transcripts and exhibits from deposition of CW 47 (February 16, 2006)

## D.   PRESS RELEASES & ANALYST REPORTS

1.   SAP Ships New Customer Relationship Management Business Solutions with mySAP.com, SAP Press Release, Business Wire, December 14, 1999

2.   SAP Extends Comprehensive Telecommunications Solution Through mySAP.com to Include Integrated Customer Relationship Management, SAP Press Release, Business Wire, October 11, 1999

3.   C. Stedman, Big Retail SAP Project Put On Ice, Computerworld, November 2, 1998

4.   P. Key, SAP America Hit With a $500M Suit, Philadelphia Business Journal, October 30, 1998