# EXHIBIT 2

*Confidential*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


--------------------------------------------------------------)

IN RE ORACLE CORPORATION            )            MASTER FILE NO:

SECURITIES LITIGATION                  )            C01-0988-MJJ

--------------------------------------------------------------)


EXPERT REBUTTAL REPORT OF R. GLENN HUBBARD

*Confidential*

I.   INTRODUCTION ......................................................................................................... 2

   A.  My Previous Report ............................................................................................... 2

   B.  Plaintiffs' Report of Alan Goedde ......................................................................... 2

   C.  Assignment ............................................................................................................ 2

   D.  Qualifications ......................................................................................................... 3

   E.  Summary of Opinions ............................................................................................ 3

   F.  Bases of Opinions .................................................................................................. 4

II.  DR. GOEDDE'S OPINIONS RELATED TO THE MACROECONOMIC CONDITIONS
    FACING ORACLE BEFORE AND DURING 3Q FY2001 .................................... 4

III. MACROECONOMIC AND SECTOR DATA DO NOT SUPPORT DR. GOEDDE'S
    OPINION THAT THE ECONOMY WAS CONTRACTING BEFORE AND DURING 3Q
    FY2001  6

   A.  Dr. Goedde's Opinions Concerning the Economy are Incorrect ......................... 6

IV. THE USE OF ECONOMIC INFORMATION IN THE FORECASTING PROCESS ......... 13

   A.  The Forecasting Process and the Upside Adjustments .................................... 14

   B.  Oracle's Use of Economic Data ......................................................................... 20

V.  CRITIQUE AND ANALYSIS OF DR. GOEDDE'S OTHER OPINIONS ........................... 23

   A.  Dr. Goedde's Opinions Related to NASDAQ are Incorrect .............................. 23

   B.  Dr. Goedde's Opinions Related to Technology Spending Are Incorrect ......................... 25

   C.  Dr. Goedde's Opinions Related to Internet, Startup, and Telecommunications Companies
    are Incorrect ...................................................................................................... 28

   D.  Dr. Goedde's Opinions Related to Specific Technology Companies are Incorrect ......... 37

VI. CONCLUSION ................................................................................................................ 40

*Confidential*

## I.      INTRODUCTION

### A.      My Previous Report

1.  I filed an initial expert report in this matter on May 25, 2007 that explained the macroeconomic conditions surrounding Oracle's 3Q FY2001, as well as the forecasting process used by Oracle to project revenue and earnings per share.  I summarized these opinions as follows:

    a.  The earnings per share ("EPS") and other financial performance guidance Oracle issued on December 14, 2000 was reasonable and consistent with the business conditions Oracle faced at the time, including what was known about relevant sector-specific data and macroeconomic data.  It was also reasonable in light of Oracle's internal forecasting process and data at the time.

    b.  Defendants' subsequent statements regarding Oracle's financial performance during 3Q FY2001 were reasonable in light of the relevant sector-specific and macroeconomic data available during the course of Oracle's 3Q FY2001 and the contemporaneous information available through Oracle's internal forecasting process.

### B.      Plaintiffs' Report of Alan Goedde

2.  Subsequent to the filing of my expert report, I received an expert report of Alan Goedde, an economist with Freeman & Mills in Los Angeles, California.  In his report, Dr. Goedde addresses certain macroeconomic issues and Oracle's forecasting process.

### C.      Assignment

3.  I have been asked by counsel for Oracle to address the following topics in rebuttal to Dr. Goedde's report:

*Confidential*

    a.   The macroeconomic and business sector conditions Oracle faced before and during 3Q FY2001 as discussed by Dr. Goedde.

    b.   Whether Oracle's forecasting process was reasonable in light of macroeconomic and business sector conditions before and during 3Q FY2001.

4.   I understand that Professor George Foster of Stanford University has also been asked to respond to certain of Dr. Goedde's claims related to the forecasting process and the use of various internal business performance measures.  I am not addressing those specific claims in this report.

5.   My work in this matter is ongoing, and to the extent that my opinions and conclusions are dependent on depositions, Expert Reports, and other evidence that may be produced after the submission of this Report, I may supplement or amend my opinions.

6.   I am compensated for my work in this matter at my regular hourly rate of $1,000.  My compensation is not contingent on the outcome of this litigation.

### D.     Qualifications

7.   My May 25, 2007 expert report described my background and qualifications on pages 3-5 and in Appendix A.

### E.     Summary of Opinions

8.   I disagree with Dr. Goedde's statements about the state of the U.S. economy during the period at issue, specifically his suggestions that the then current economic conditions were negative going into Oracle's 3Q FY2001 and that the negative economic conditions would have a knowable negative impact on Oracle.  While the economic data were more mixed than in the recent past, the economy was still growing and was not in recession.

9.   I disagree with Dr. Goedde's claim that Oracle failed to incorporate information related to the changes in economic conditions in its forecasting process as well as how these changes might affect the market for Oracle's products.  Oracle's forecasting process, and the financial guidance it provided based on its forecasts of its sales revenues, did use economic information to inform the process.

10. The citations and examples used by Dr. Goedde, including his analyses of specific sectors, stock market indices, and companies, do not support his conclusions when analyzed appropriately.

### F.  Bases of Opinions

11. The bases of my opinions in this rebuttal report include many of the sources cited in my earlier report.  To the extent additional materials have been referenced, they are listed in Appendix B.

## II.  DR. GOEDDE'S OPINIONS RELATED TO THE MACROECONOMIC CONDITIONS FACING ORACLE BEFORE AND DURING 3Q FY2001

12. Dr. Goedde's opinions related to macroeconomic conditions before and during Oracle's 3Q FY2001 include (emphasis added):

    a.  "Oracle was *facing a major macroeconomic change* heading into Q3 FY01 resulting in a decline in the market for its products."[1]

    b.  "Oracle failed to make adjustments to its forecast process to account for *the negative impact of the changes in the economy* and the market for Oracle's products in violation of accepted forecast principles."[2]

    c.  "The numerous internal measures available to defendants throughout Q3 FY01, including Field Forecasts, disclosed that *Oracle was being impacted adversely by the declining economy* and that Oracle would not achieve its Public Guidance."[3]

    d.  "Based on the reports and conclusions from those within Oracle's industry as well as my observations in calendar years 1999 and 2000, it is my opinion that by Q301 Oracle was facing a *major market change as a result of the contraction in the economy that began a year earlier*."[4]

---

[1] Expert Report of Alan Goedde, U.S. District Court, Northern District of California, C-01-0988-MJJ, May 25, 2007, p. 4 (hereinafter "Goedde Report").
[2] Goedde Report, p. 4.
[3] Goedde Report, p. 4.
[4] Goedde Report, p. 8.

*Confidential*

e.   "Despite the very real effect of the economic change on Oracle, defendants did not adjust the forecast process that they used as the basis for Public Guidance – and *continued to represent that the economy was having no negative effect on Oracle's business*."[5]

f.   "Oracle's statements about its Public Guidance and the Economy Statements are inconsistent with the evidence that accepted forecast principles would have caused to be considered at the time.  Even more importantly, those statements were inconsistent with the internal measures employed in Oracle's forecasting process of which Oracle's management was well informed at the time.  Defendants *knew that the decline in the economy and the market for Oracle's products was having a detrimental impact on Oracle's business*."[6]

13.  Without offering an opinion about what Oracle's public guidance should have been on December 14, 2000, Dr. Goedde states the following in support of his opinion that Oracle's guidance was unreasonable in light of macroeconomic conditions (emphasis added):

a.   "*Faced with the downturn in the economy*, as evidenced by the dramatic change in the behavior of Oracle's Pipeline, it is my opinion that defendants knew that failing to adjust Oracle's forecast process *made Oracle's Public Guidance unreliable*."[7]

b.   "Ellison himself acknowledged that the *very type of macroeconomic change that Oracle was facing in Q3 FY01* would render its *forecasting process unreliable*."[8]

c.   "The evidence that I have reviewed in this case suggests that these measures informed defendants that the *economic downturn was negatively affecting Oracle's business* and its forecast and that Oracle *was not likely to meet Public Guidance*."[9]

d.   "The numerous internal measures available to defendants throughout Q3 FY01, including Field Forecasts, disclosed that Oracle was being *impacted adversely by the declining economy* and that Oracle *would not achieve its Public Guidance*."[10]

---

[5] Goedde Report, p. 16.
[6] Goedde Report, p. 27.
[7] Goedde Report, p. 22.
[8] Goedde Report, p. 17.
[9] Goedde Report, p. 28.
[10] Goedde Report, p. 4.

*Confidential*

III.     **MACROECONOMIC AND SECTOR DATA DO NOT SUPPORT DR. GOEDDE'S OPINION THAT THE ECONOMY WAS CONTRACTING BEFORE AND DURING 3Q FY2001**

A.     **Dr. Goedde's Opinions Concerning the Economy are Incorrect**

14. In my previous report, I analyzed in detail the economic conditions before and during Oracle's 3Q FY2001, which began December 1, 2000 and ended February 28, 2001.  During this same period, late CY2000 and early CY2001, I served as an economic adviser to President-elect Bush, before becoming Chair of his Council of Economic Advisers.  As I discussed in my previous report, it is my opinion that during the period prior to Oracle's December 14, 2000 public guidance and continuing through the end of February 2001, economic conditions had not deteriorated to the point where one could conclude that there were obviously significant macroeconomic problems that would impact a company like Oracle.

15. I disagree with Dr. Goedde's statements about the state of the U.S. economy during the period at issue, specifically his suggestions that the then current economic conditions were negative going into the quarter and that the negative economic conditions would have a knowable negative impact on Oracle.  As I explained in my previous report, including on pages 52-77, overall economic indicators and measures show that the economy was still growing at the beginning of 3Q FY2001 and would continue to grow at or near its natural growth rate of 3 percent.  While there were signs of economic softening, that softening was consistent with the slow macroeconomic decline that had begun months earlier, and economic conditions before and during 3Q FY2001 were not sufficiently negative to be considered a recession or the sort of major economic downturn that Oracle itself noted could have a negative impact on its financial performance.[11]  In fact, as I carefully analyzed in my report, as of Oracle's December 14, 2000 guidance, and indeed all the way through Oracle's 3Q FY2001, the level of the U.S. Gross Domestic Product (GDP) was not contracting.  The recession, which was not identified until nine months after the end of Oracle's fiscal quarter,

---

[11] Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, at p.4, NDCA-ORCL 003215-47; R@dioWallStreet.com, "Oracle's VP/CFO Jeffrey Henley Will Discuss Quarterly Results," at 141661, NDCA-ORCL 141660-65.

did not begin until March 2001, the month after Oracle's 3Q FY2001 ended, and the economy did not actually contract until the July - September 2001 quarter.[12]

16. In my previous report, I analyzed a number of relevant indicators of economic activity and identified what was known and not known about each before and during Oracle's 3Q FY2001.  As I concluded, while there was increased uncertainty, the economy was clearly not contracting nor in recession before or during Oracle's 3Q FY2001.  For Oracle, given its diversified customer base, one should consider the broad economic indicators discussed in my previous report, as well as Oracle's competitors and any perceived economic impact on them.  I further analyze these issues in the following sections:

### i.  Broad economic indicators

17. In its November 26, 2001 statement concerning the March 2001 – November 2001 recession, the National Bureau of Economic Research (NBER) Business Cycle Dating Committee addresses the question of what triggers concern about macroeconomic conditions. [13]  In this document, the Committee discusses how it goes about evaluating economic information to determine when a recession occurs.

18. One of the Committee's useful observations is their discussion about how the process is scientific, but clearly based on professional judgment.  As an example, a popular misconception is that a recession is two or more quarters of decline in Gross Domestic Product (GDP). In the Frequently Asked Questions (FAQ) section of the document, the Committee states the following:

> Most of the recessions identified by our procedures do consist of two or more quarters of declining real GDP, but not all of them. According to current data [as of November 26, 2001], real GDP declined for the first time in the third quarter (July-September [2001]).[14]

---

[12] Expert Report of R. Glenn Hubbard, pp. 74-76 (herein after "Hubbard Report"); Business Cycle Dating Committee, National Bureau of Economic Research, "The Business-Cycle Peak of March 2001," at http://www.nber.org/cycles/november2001, p. 8.

[13] Business Cycle Dating Committee, National Bureau of Economic Research, "The Business-Cycle Peak of March 2001," at http://www.nber.org/cycles/november2001 (*accessed* June 22, 2007).

[14] *Id.* at 8.

19. The NBER further defines a recession as being, "a significant decline in activity spread across the economy, lasting more than a few months, visible in industrial production, employment, real income, and wholesale-retail trade."[15] Clearly, these four indicators are factors that would be considered.  However, as the NBER notes, "Although the four indicators described above are the most important measures considered by the NBER in developing its business cycle chronology, there is no fixed rule about which other measures contribute information to the process."[16]

20. The committee also notes that these indicators never move in absolute lock-step, and one of the challenges facing economists and businesspeople is interpreting the mixed signals that may come from different indicators.  As the Committee stated:

> The determination of the date of the peak in economic activity was as challenging as usual.  In every episode, the major indicators peak in different months.
>
> …
>
> Though manufacturing often leads other sectors, the lead in the current turning point was a little larger than normal. Industrial production peaked in October 2000.  For 5 months, until March, the economy outside of manufacturing was expanding faster than manufacturing was shrinking, so that total employment continued to grow.[17]

21. Oracle, of course, is not itself a manufacturing company, and thus would generally have been operating in sectors that were still expanding.  Given its diversified client base, Oracle's customers would include both manufacturing and service companies.  In any case, what this discussion highlights is that any conclusion that a major economic downturn like a recession has begun requires a combination of scientific analysis of data and judgment.  By late in 2001, professional economists had concluded, based on the types of economic data discussed in my previous report and in the NBER recession report, that a recession had begun in March 2001. My own view, as then Chair of the President's Council of Economic Advisers, was in agreement with NBER's assessment.  However, before and during Oracle's 3Q FY2001, the

---

[15] *Id.* at 1.
[16] *Id.* at 2.
[17] *Id.* at 6-7.

economy was not in a recession and Dr. Goedde's analysis and conclusions are simply incorrect.

22. It is my opinion that, before and during 3Q FY2001, Oracle faced a situation of macroeconomic uncertainty, but the economy had not begun to contract, and many of the important economic and business sector indicators for Oracle remained strong. The economic information available should not have caused Oracle to abandon a historically accurate forecasting process or consider that process unreliable.

23. As an example of his misinterpretation of the economic data, Dr. Goedde states that, "Ellison himself acknowledged that the very type of macroeconomic change that Oracle was facing in Q3 FY01 [3Q FY2001] would render its forecasting process unreliable."[18] In fact, CEO Larry Ellison did not testify that the type of macroeconomic changes Oracle faced in 3Q FY2001 would render the forecasting process unreliable. Rather, Ellison testified that *major* macroeconomic changes, such as a war in the Middle East, could render the forecast inaccurate because statistical extrapolations based on historical trends would no longer be predictive.[19] As I have discussed extensively, the economy was neither contracting nor in recession before or during Oracle's 3Q FY2001, nor were there major macroeconomic shocks (such as a war in the Middle East) of the sort referenced by Mr. Ellison. While there had been some declines in activity in certain sectors, overall economic conditions for Oracle appeared positive before and during Oracle's 3Q FY2001.

### ii. Competitor and independent industry observer data

24. A broad view of the economy is important for the company executives who determine the strategy of the company and provide guidance to investors, particularly for a company like Oracle that sold to a very diversified customer base. During 3Q FY2001, both Larry Ellison and Jeff Henley stated that although Oracle was likely not subject to precisely the same economic forces as other technology companies such as Microsoft, a broad recession would

---

[18] Goedde Report, p. 17 n.63 *citing* Deposition of Lawrence Ellison, September 21, 2006 at 384 - 385.
[19] Deposition of Lawrence Ellison, September 21, 2006, p. 385.

*Confidential*

have an impact on the company.[20]  Even before the quarter began, Oracle warned investors and industry observers of these risks in its 10-K and 10-Q reports filed shortly before the start of 3Q FY2001.

- *"Revenue Growth and Economic Conditions.  The revenue growth and profitability of the Company's business depends on the overall demand for computer software and services, particularly in the product segments in which the Company competes.  Because the Company's sales are primarily to major corporate and government customers, the Company's business also depends on general economic and business conditions.  A softening of demand for computer software caused by a weakening of the economy may result in decreased revenues or lower growth rates.  In particular, one of the challenges the Company continues to face in promoting future growth in license revenues is the successful refocusing of its marketing and sales efforts to the CRM and Internet procurement areas of its applications business.  There can be no assurances that the Company will be able to effectively promote future license revenue growth in its applications business."[21]*

- *"International Sales.  A substantial portion of the Company's revenues is derived from international sales and is therefore subject to the related risks, including the general economic conditions in each country..."[22]*

- *"Uneven Patterns of Quarterly Operating Results and Revenues.  The Company's revenues in general, and its license revenues in particular, are relatively difficult to forecast and vary from quarter to quarter due to various factors, including the (i) relatively long sales cycles for the Company's products, (ii) size and timing of individual license transactions, the closing of which tend to be delayed by customers until the end of a fiscal quarter as a negotiating tactic, (iii) introduction of new products or product enhancements by the Company or its competitors, (iv) potential for delay or deferral of customer implementations of the Company's software, (v) changes in customer budgets,(vi) seasonality of technology purchases and other general economic conditions, and (vii) changes in the pricing policies of the Company or its competitors.*

    *Accordingly, the Company's quarterly results are difficult to predict until the end of the quarter, and delays in product delivery or closing of sales near the end of a quarter have historically caused and could cause quarterly revenues and net income to fall significantly short of anticipated levels.  The Company's license*

---

[20] Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, p. 4, NDCA-ORCL 003215-47; Bloomberg News, "Oracle's Ellison Says Internet is Helping Him Battle Microsoft," December 15, 2000, at 307552, NDCA-ORCL 307551-52.

[21] Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, filed August 28, 2000, p. 18; with similar phrasing found in Oracle Corp. Form 10-Q for the fiscal quarter ended August 31, 2000, filed October 16, 2000, p. 12.

[22] Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, filed August 28, 2000, pp. 20; Oracle Corp. Form 10-Q for the fiscal quarter ended August 31, 2000, filed October 16, 2000, p. 14

Confidential

> *revenues in any quarter are substantially dependent on orders booked and shipped in that quarter. Because the Company's operating expenses are based on anticipated revenue levels and because a high percentage of the Company's expenses are relatively fixed, a delay in the recognition of revenue from even a limited number of license transactions could cause significant variations in operating results from quarter to quarter and could cause net income to fall significantly short of anticipated levels."[23]*

25. In my previous report, I emphasized the fact that in hindsight, the macroeconomic conditions did, in fact, affect the results of Oracle's 3Q FY2001 and the subsequent performance of Oracle's competitors. Due to its reporting cycle (fiscal quarter end in February as opposed to the end of March), Oracle was one of the earliest companies in its competitor group to report difficulties related to the level of economic activity. Following Oracle's announcement, however, many competitors reported financial results that were below guidance, and other competitors revised guidance downward during their quarters. On pages 35-44 of my prior report, I analyzed the EPS results of Oracle and its competitors and provided examples of industry analyst comments on these issues.

26. To answer the question of whether Oracle was likely to face economic difficulties before and during 3Q FY2001, it is useful to examine what contemporaneous information was available from competitors and industry observers. In fact, a review of analyst reports available at that time reveals that there was not widespread concern or detailed discussion among competitors and industry analysts regarding any serious negative effects that the economy would have on Oracle's projected financial performance.

27. In that vein, in addition to the work I presented on pages 35-44 of my original report, I have re-examined the same reports of analysts covering Oracle and 15 of its competitors (as defined by Oracle in its 10-K reports). Many of these analysts were intimately familiar with the enterprise software sector given that it was their job to cover multiple companies in the industry. Moreover, they sought out a variety of data sources to corroborate information before publishing their reports; this process was often referred to as "channel checks." As Figure 1 below illustrates, it was common for analysts to cover a minimum of three firms that Oracle identified as competitors, with some covering as many as eight, and one analyst covering ten.

---

[23] Oracle Corp. Form 10-Q for the fiscal quarter ended August 31, 2000, filed October 16, 2000, p. 14.

*Confidential*

**Figure 1: Number of Firms in Oracle's Sector Covered by Each Analyst**

| Firm | Analyst | ARBA | BEAS | BOBJ | COGN | CMRC | HYPS | ITWO | IBM | INFX | JDEC | MSFT | ORCL | PSFT | SAP | SEBL | SYBS | # Companies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIBC World Markets Corp. | Douglas Augenthaler | X | | | | X | | X | | | | | | | | | | 3 |
| | Melissa Eisenstat | X | X | X | | X | | X | | | X | X | X | X | | X | | 10 |
| Credit Suisse First Boston | Brent Thill | X | | | | X | | X | | | X | X | X | X | | X | | 6 |
| | Wendell Laidley | | X | | | | | | | | | | | | | | | 3 |
| Dain Rauscher Wessels | Kash Rangan | X | | | | X | | X | | | | | | | | | | 3 |
| Deutsche Banc Alex. Brown Inc. | James Moore | X | X | X | X | X | | X | | | | | X | | | | | 7 |
| Dresdner Kleinwort | David Garrity | | | | | X | | X | | | | | | | | | | 3 |
| | Sanjiv Hingorani | | | | | | | | | X | X | | X | | | | | 3 |
| Epoch Partners | Mark Verbeck | X | | | | X | | X | | | | | X | | | | | 4 |
| HSBC | Iek van Cruyningen | | | | X | | | X | | | | | | | | X | | 3 |
| Jefferies & Company | Richard Williams | X | X | | | X | | X | | | | | | | | | | 4 |
| Josephthal & Co., Inc. | Bert Hochfeld | | | X | X | | X | X | | X | | | X | | X | | X | 8 |
| JP Morgan | James Pickrel | | | X | | | X | | X | | | | X | X | | X | | 6 |
| McDonald Investments | Brent Williams | | X | X | | | | X | | | | | | | | | | 3 |
| Morgan Stanley Dean Witter | Charles Phillips | X | X | | | | | X | | | X | | X | X | | | | 7 |
| | Joseph Farley | | | X | X | | | X | | | | | | | | | | 3 |
| Pacific Growth Equities | John Ederer | X | | | | X | | X | | | | | | | | | | 3 |
| PNC Advisors | Rusin O'Neill | | | | | | | | | | | X | X | | | X | | 3 |
| Punk, Ziegel & Co. | Gary Abbott | | | | | | | X | | | | | X | | | | X | 3 |
| Raymond James | Michael Hughes | X | | | | X | | X | | | | | | | | | | 3 |
| Robert W. Baird & Co. Incorporated | Snell | X | | | | X | | X | | | | | | | | | | 3 |
| Robertson Stephens | Alex Baluta | | X | | | | | | | | | X | | | | X | | 3 |
| | Eric Upin | X | | | | X | | | | | | X | X | X | | X | | 7 |
| Salomon Smith Barney | Gretchen Teagarden | X | X | | | X | | | | | | | X | X | | | | 6 |
| Sands Brothers | Gavin Milnar | X | | | | X | | X | | | | | | | | | | 3 |
| SG Cowen Securities Inc. | Drew Brosseau | | | | | | | | | | X | | X | X | | X | X | 5 |
| UBS Warburg | Andrew Roskill | X | X | | | X | | X | | | | | X | X | | | | 6 |
| US Bancorp Piper Jaffray | Jon Ekoniak | X | | | | X | | X | | | | | X | X | | | | 4 |
| Wells Fargo Van Kasper | Rob Tholemeier | | | | X | | | | | X | | | X | | | | X | 4 |

* At times, James Pickrel and Christopher Galvin published under Chase H&Q. The companies for which they issued reports are captured here.

28. Given the amount of scrutiny that the analyst community placed on the enterprise software sector, it is not surprising that analysts regularly did "channel checks" with customers and with informed parties other than employees of the companies they covered. Such checks are intended to ensure the integrity of the information that analysts plan to circulate to their clients investing in companies within the sector. As an example, during the three-month period of Oracle's 3Q FY2001, I found 38 individual analysts representing 28 investment firms discussing channel checks in their reports for 12 firms competing in the enterprise software sector.[24] These channel checks included proprietary field research and surveys, as well as conversations with corporate executives, industry consultants, and systems integrators.

29. As discussed in my initial report on pages 21- 42, I reviewed a very broad universe of industry analyst reports to get an understanding of their views on how the economy was affecting Oracle's sector both during and after Oracle's 3Q FY2001. I performed a more detailed analysis of those analyst reports that were issued *after March 1, 2001*, and identified approximately 225 reports in which the analyst cited the economy as a negative factor affecting the enterprise software sector. I include in this count only those reports in which

---

[24] See Appendix C for a detailed listing of those analyst reports mentioning some type of channel check.

*Confidential*

the analyst expressed his or her own independent opinion about the state of the economy and its negative effect on the sector.[25]

30. The difference between what industry analysts were saying about the economy and its effect on the enterprise software sector in December 2000 and April 2001 is striking. At the beginning of Oracle's 3Q FY2001 the analysts generally concluded that Oracle and companies like it could and would weather any economic softening due to the economic efficiencies and high ROI of the product offerings. However, by April 2001, the question analysts were asking was not simply whether or not the economy would be a factor in the performance of companies in the enterprise software sector, but rather given the abrupt changes in the macroeconomic situation, would the companies be able to succeed against that backdrop.

31. In summary, industry observers and analysts who monitored the enterprise software sector closely, often across multiple firms in the sector, also performed independent checks to confirm the health and ability of the companies to meet their stated financial targets. This group did not voice strong concerns about the impact of economic conditions on the industry prior to the end of Oracle's 3Q FY2001. Following Oracle's 3Q FY2001, however, there was substantial discussion of the changed economy and how it was negatively affecting the sector. Oracle, therefore, should not have known before and during 3Q FY2001 that the economy would have a material adverse effect on the enterprise software sector generally, and Oracle in particular.

## IV.    THE USE OF ECONOMIC INFORMATION IN THE FORECASTING PROCESS

32. In the previous section, I discussed Dr. Goedde's flawed analysis of the macroeconomic environment facing Oracle before and during its 3Q FY2001. Dr. Goedde concludes that the macroeconomic conditions were poor and that this was known by Oracle. As stated in my earlier report and the analysis above, I believe that a more complete and balanced review of the information shows that while there was increased uncertainty, the macroeconomic environment was not in a significant decline during this period.

---

[25] These include citations to the economy as a negative factor affecting the sector when the analyst stated that the economy affected the revenues, pipelines, or overall health of a company, or if the analyst altered the valuation of the company to account for the state of the economy.

*Confidential*

33. The second part of Dr. Goedde's analysis includes his statements that not only was the information about the economy known to Oracle, but that Oracle failed to incorporate this information into its forecasting process before or during the quarter.  I believe this conclusion is incorrect, and that Oracle did, in fact, use relevant economic information in developing and revising its financial forecasts.  In this section, I analyze Dr. Goedde's specific claims as they relate to Oracle's use of economic information.

### A.      The Forecasting Process and the Upside Adjustments

34. As described in my previous report, as well as Dr. Goedde's, the basic forecasting process at Oracle is a combination of customer-by-customer identification of deals in the pipeline (prospects being pursued by salespeople) and judgment by salespeople and executives regarding expected sales.  This process is detailed, conducted on multiple levels, and repeated frequently throughout each quarter.  At each level, the license sales forecasts are vetted by Oracle sales executives, who apply their own judgment to those forecasts.

35. During the relevant period, Jennifer Minton served as the Oracle executive who gathered each of the forecasts from the various divisions and applied additional senior management judgment ("Upside") to the field forecast to develop the Potential forecast.  This additional judgment was developed after gathering information from spreadsheets, email, and discussions with various executives and colleagues.[26]  Typically, but not always, the Upside adjustment was positive, resulting in a Potential forecast greater than the field-based forecast.

36. Dr. Goedde is highly critical of this process and the development and use of Ms. Minton's Upside adjustments.  He is particularly critical of what he describes as Ms. Minton's failure to take into account economic factors in developing her Upside analysis; it is clear that Dr. Goedde is mischaracterizing Minton's testimony to fit his otherwise unsupportable conclusions.  For example, he cites to deposition testimony from Ms. Minton where she states:

> I did not consider any economic factors when performing the
> license—when we prepared the license pipeline conversion
> package, it is solely based on applying the historical conversion

---

[26] Hubbard Report, p. 90.

rates for the same prior year corresponding period to the current pipeline to determine what the upside would be.

Q.      Okay.  And then you would make your adjustments upward based upon that conversion rate, plus talking to the financial head in other conversations that you had with business heads; is that fair?

A.      Yes, I would use a variety of data inputs to come up with what I felt was the appropriate upside number to get to the total consolidated forecast for the quarter.[27]

37. Dr. Goedde then concludes that "Ms. Minton failed to make adjustments to the upside process in Q3 FY01 despite the fact that Oracle had already begun to experience the effect of the economic downturn before the beginning of that quarter."[28]  He also quotes Ms. Minton as saying that she "was a bit nervous entering Q3 FY '01."[29]

38. Dr. Goedde grossly mischaracterizes Ms. Minton's testimony.  The block quote above from Ms. Minton regarding economic data refers to only one aspect of the pipeline report – the conversion ratio, which is simply a mathematical calculation comparing the pipeline to the forecasts.[30]  There are no adjustments to that figure.  As it relates to the Upside Report and the question following Ms. Minton's statement regarding the conversion ratio, Ms. Minton clearly states that she uses many inputs in determining her Upside adjustment and the Potential forecast.  Those adjustments are not derived from a simple application of a historical conversion ratio, but rather the result of Minton applying her professional judgment based on a series of inputs, including data gleaned from Americas forecast calls and conversations with business unit heads.[31]  *There is nothing in the testimony cited by Goedde to indicate that Minton did not implicitly consider economic factors through these inputs in her Upside adjustment*, as I will discuss more fully below.

39. Dr. Goedde goes so far in his report as to say that:

---

[27] Deposition of Jennifer Minton, April 21, 2005, pp. 135-136.
[28] Goedde Report, p. 12.
[29] Goedde Report, p. 12. *citing* Deposition of Jennifer Minton, April 1, 2004, p. 188.
[30] Deposition of Jennifer Minton, April 21, 2005, pp. 135-136.
[31] Deposition of Jennifer Minton, April 21, 2005, pp. 122-123.

> Ms. Minton's forecast approach has been labelled the 'naïve forecast' approach... This approach assumes that conditions are identical between the last observation of the variable of interest and the present observation of the variable of interest, such that the next period will be identical to the last period. Ms. Minton's forecasting procedures followed the naïve approach at a time when the environment facing Oracle had changed dramatically.[32]

40. Based on the documents that I have reviewed, Dr. Goedde's criticism is unsupported by the facts. As I noted above and in my earlier report at pages 89-90, Dr. Goedde's statement disregards the fact that Ms. Minton actively solicited different input sources in developing her Upside adjustments, and that the field forecast involved the collective judgment of multiple levels of Oracle salespeople and management. Far from a "naïve process" based solely on prior observations, Oracle's forecasting process was repeated throughout the quarter and based on the most updated information available.

41. Moreover, Dr. Goedde ignores the additional layer of judgment used by CFO Henley in determining what guidance to give, based on Minton's Upside figures as well as his own assessment. Henley stated numerous times that he did look at economic factors when evaluating Oracle's internal reports and using them to determine guidance. In fact, although Oracle's Upside report on December 11, 2000 projected $0.13 EPS, Henley provided public guidance of $0.12 EPS.[33]

42. Similarly, Dr. Goedde's quote suggesting Ms. Minton was "nervous" about the economy is not an accurate characterization of her testimony. Rather, Ms. Minton testified she was nervous "because Q2 FY'01 had been more back-end-loaded than usual" [in which a greater number of large deals closed at the very end of the quarter], reducing visibility into whether the forecast would be achieved.[34] She did *not* testify that she was nervous due to a deteriorating economic situation.

---

[32] Goedde Report, p. 19.
[33] Oracle Corp. 12/11/00 Upside Report and Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, p.8.
[34] Deposition of Jennifer Minton, April 1, 2004, p. 188.

### i.      Upside Adjustments

43. After mischaracterizing Ms. Minton's testimony relating to the Upside adjustments, Dr. Goedde fails to recognize a number of relevant points in developing his critiques.  First, he fails to acknowledge that the reports reviewed by Oracle's senior management, including CFO Henley, who provided Oracle's guidance, always clearly contained the field forecast, the Upside Adjustments, and the resulting Potential Forecasts.

44. Dr. Goedde states in various places that Oracle's senior executives were aware of economic conditions, but that Ms. Minton allegedly made no accommodation for this in her Upside Reports.[35]  Even if that assertion were true, having the data displayed in the reports to senior executives with and without the Upside adjustments of Ms. Minton makes it clear exactly what the Upside adjustment is in each forecast.  If senior executives themselves were concerned about the accuracy of the Upside adjustments in light of their view of economic conditions, and despite Ms. Minton's track record of accuracy,[36] they could take any number of actions, including: (1) ignoring the Upside adjustments in giving guidance, (2) ignoring the Upside adjustments in making subsequent statements, (3) asking Ms. Minton and her staff to make changes to the Upside, or (4) carrying out some other related action.

45. Regardless, by displaying the field forecast, the Upside, and the Potential Forecast in such a systematic and clear manner, there was ample opportunity for feedback and adjustment by those using the Upside reports and providing guidance.  In addition, as I discussed previously, the Potential Forecast had a track record of being more accurate than the field forecast, and thus it was reasonable for executives to use it as a forecasting tool and a tool in providing financial guidance.

46. Dr. Goedde himself is inconsistent in his own critique of the process. He states that Larry Ellison relied on the field forecast instead of Minton's 'Upside,' which he characterized as a "mood ring".[37]  If Mr. Ellison truly ignored the Upside adjustment, then presumably it is irrelevant, and thus the relevance of Dr. Goedde's criticism of the process by which those adjustments are made is not clear.  However, in fact Ellison did *not* testify that he ignored the

---

[35] Goedde Report, p. 12.
[36] Hubbard Report, p. 94.
[37] Goedde Report, p. 37 *citing* Deposition of Lawrence Ellison, February 27, 2004 at 279-281.

Upside report. Instead, he accurately characterized it as, "a prediction about the future as opposed to hard facts about the past,"[38] and as more accurate than the field forecasts. [39]  He did *not* testify that the field forecast was a key metric, and certainly did not state that the field forecast informed him that Oracle would be affected by the economy and miss its guidance.

### ii.    Changes in Upside and Potential Forecasts and Uses of Forecasts

47. Dr. Goedde also fails to consider that the Upside reports were created throughout the quarter. In fact, as I illustrated in my previous report, the Upside and Potential forecasts were updated regularly, and appear to reflect the latest judgment of those involved.  These week-to-week or day-to-day changes were not the result of a formulaic application of macroeconomic data, but were instead the product of sales forecasts informed by economic information.  Far from being a naïve, static process, Oracle's process was designed to give updated information to senior executives on a regular basis throughout each quarter.

48. As illustrated in Figure 2, the Upside adjustment declined during the quarter as a result of Minton's "use [of] a variety of data inputs to come up with what [she] felt was the appropriate upside number to get to the total consolidated forecast for the quarter."[40]  The fact that various data sources (many of which were informed by economic information) were being incorporated into an overall judgment that varied over time is evidence that the system did, in fact, use economic information on a regular basis.  In fact, at times during the quarter, the Upside adjustment for certain business units was zero.[41]

---

[38] Deposition of Lawrence Ellison, February 27, 2004, pp. 279-281.
[39] Deposition of Lawrence Ellison, February 26, 2004, pp. 90-93 and 136-137.  Deposition of Lawrence Ellison, February 27, 2004, pp. 287-288.
[40] Deposition of Jennifer Minton, April 21, 2005, p. 136.
[41] Oracle January 15, 2001 Upside Report, NDCA-ORCL 1913735, 1913793.

**Figure 2: Oracle's Forecast, Upside, and Potential EPS Forecasts in 3Q FY2001**



Source: Company forecasts

49. In addition to the changes during the quarter, I note that Mr. Henley did not use the exact numbers embedded in the Potential (Forecast + Upside) forecast when giving the initial guidance. As of December 14, 2000, the Potential forecast was for EPS of 13 cents, including a field forecast of 11 cents per share and Upside adjustments of 2.1 cents per share. Rather than provide guidance based on the 13 cents per share, Henley provided guidance based on a somewhat lower number, 12 cents per share.[42]

50. Dr. Goedde is also critical of Oracle for not changing guidance despite what he says was evidence that "the economic downturn was negatively affecting Oracle's business."[43] However, he doesn't say what Oracle should have given as guidance, or at what point during the quarter it should have been given. From the documents that I have reviewed, the evidence shows that Oracle believed the guidance given was – and remained – reasonable

---

[42] Oracle Corp. 12/11/00 Upside Report and Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, p.8.

[43] Goedde Report, p. 28.

*Confidential*

throughout the quarter, based on all the information Oracle used in its forecasting process. The mere fact that some of the "cushion" in the forecast declined (13 cents initially in the Potential forecast versus 12 cents guidance)[44] is not evidence that the guidance was not reasonable.  Indeed, a quick review of Figure 2 above illustrates that even the February Potential forecasts below the 12 cents EPS guidance were only barely below that level, and thus it was reasonable for Oracle to conclude that it would make its forecasted numbers, as it had many times in the past when there had been similar declines in the Potential forecasts during the quarter. [45]

### B.      Oracle's Use of Economic Data

51. Dr. Goedde's critiques appear to focus on the fact that there was no fundamental adjustment to the process that Oracle had used quarter after quarter to forecast revenues and EPS to account explicitly for changing economic conditions.  Given that Oracle used economic data to *inform* its forecasting process, it was not necessary for Oracle to *change* the process to incorporate such data.

52. Oracle's forecasting process is a system in which economic conditions inform the process through the multi-layered assessment of likely sales.  Oracle's forecasting process has as its base information from individual salespeople looking at individual deals and making assessments.  Inevitably, economic information is considered as part of that process, even if it is not always explicitly identified as such.

53. In fact, Oracle's process illustrates the relationship between broad economic data and individual company decisions.  For a given company, macroeconomic conditions ultimately manifest themselves in concrete ways during the decision making process.  Examples of these include:

---

[44] Oracle Corp. 12/11/00 Upside Report and Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, p.8.
[45] Hubbard Report, p. 94.

*Confidential*

a. *Employment*: Can the firm find enough qualified employees?  How much does the firm have to pay them?  Does the firm need to lay anyone off and whom should that be?

b. *Revenue*: Which customers will buy the products?  How much will they buy?  When will they buy the products?  How much will they pay?  If one customer does not buy the products, is there another customer to whom the firm can then sell?

c. *International Trade*: Should the firm focus efforts on sales in the United States or sales overseas?  Where?

54. For a company like Oracle, at the end of the day there is no theoretical single "Macroeconomy" who buys its software.  Rather, Oracle's sales are the product of thousands of salespeople calling on thousands of customers around the globe across all sorts of industries each and every month.

55. For example, when an individual salesperson is talking to a Chief Information Officer (CIO) of a large company, the CIO may talk to them about new Information Technology (IT) initiatives, when the project will likely be budgeted, and whether there is likely to be any delays or accelerations to the process.  All of that information, which relates to the economic circumstances of the client, even if not expressly communicated to or understood by the salesperson in macroeconomic terms, is then factored into the salesperson's assessment of whether Oracle is likely to make a sale this quarter to that client and how much the sale will be.  It is precisely this type of close-to-the-customer process that uses the most timely and relevant economic data to inform the forecasting process.

56. Similarly, sales managers and executives in a forecast process such as Oracle's are typically talking with salespeople very actively and getting a sense for how likely customers are to make IT purchases.  For example, in deposition testimony, Jay Nussbaum, Executive Vice President of Oracle Service Industries (OSI) noted:

> "So we would take a look at that [the pipeline] and go through the cycle of the sale, and ask the questions of the owner of that opportunity, CIO in a good mood these days, are they going to help us get it through the system, do they have a sense of urgency to get this done, have they done all the paperwork, is the selection process over, are we doing it with partners, without partners.  So

*Confidential*

you'd have a slew of questions that you'd want to ask just to validate that there is a reality that it would happen."[46]

57. Sarah Kopp, Director of Finance for OSI also testified:

> "I would generally talk to Jay [Nussbaum when validating his forecast]. And in some cases talk to his directs. I pulled system data as a data point, but I also would talk to Jay – because he was very personally involved in the deals – and try and understand, you know, where he was in coming up with those numbers and who he had spoken to. … Jay had periodic staff meetings. Not on any set schedule, but he would have a staff meeting every so often, at which time he would go around and validate the forecast numbers with his directs. And so I would be a part of that."[47]

58. And Edward Sanderson, Area Vice President of OPI (Oracle Product Industries), testified as follows:

> "I would have either biweekly or weekly conference calls with folks in sales to tell me what was going on with what specific clients, specific deals, and what their forecast was. I might have e-mails with any of my directs and others around specific client opportunities as an example, or giving me background around a GE opportunity as an example. And, certainly, the other two categories would be by phone, and the last category where I'd actually be out visiting with sales or with clients or both around a particular opportunity."[48]

> "I would also communicate with account managers. When I'd go visit accounts, go visit customers or prospects, oftentimes I did that with the account manager. So, I also had that form of input as well."[49]

59. This knowledge then informs sales managers' judgment as they consolidate all of the information from their salespeople and develop business unit forecasts. Similar processes work their way through the system.

60. In this manner, economic data are incorporated to inform the process. Dr. Goedde is simply incorrect is his assessment that economic data were not used in the process. From an economic perspective, one would not expect businesspeople to make a formulaic adjustment

---

[46] Deposition of Jay Nussbaum, March 23, 2004, pp. 31-32.
[47] Deposition of Sarah Kopp, June 14, 2006, pp. 37-38.
[48] Deposition of Edward J. Sanderson Jr., July 25, 2006, p. 39.
[49] Deposition of Edward J. Sanderson Jr., July 25, 2006, p. 262-263.

to the forecasting process.  Customer decisions are not formulaic, and thus predicting license sales based only on stock market prices or macroeconomic factors will not prove accurate.

## V.      CRITIQUE AND ANALYSIS OF DR. GOEDDE'S OTHER OPINIONS

61. Dr. Goedde cites a number of specific sources of information, ranging from broader measures to specific companies, in support of his opinion that economic activity had clearly declined and that Oracle knew the economic conditions it faced were negative before and during 3Q FY2001.  In this section, I analyze the information cited by Dr. Goedde in more detail, beginning with broader measures and ending with narrower measures.

### A.      Dr. Goedde's Opinions Related to NASDAQ are Incorrect

62. As his broadest measure, Dr. Goedde points to NASDAQ as evidence that "Q3 FY01 followed three straight quarters of rapid and consistent decline after the bursting of the dot com bubble in the spring of 2000."[50]  As I illustrate in Figure 3 below, while the NASDAQ Index had declined from its peak, the decline had not been "consistent."  In fact, the value of the index actually increased by 17 percent (from 3,582 to 4,206) during Oracle's 1Q FY01.[51]

63. More generally, a simple chart of the NASDAQ index and Oracle's license revenues reveals the fact that there is no predictive correlation between the two.  Because Oracle's sales are highly seasonal, a proper comparison tracks Oracle's most recent four quarters of sales as of each quarter.  Indeed, Oracle continued to have record license revenues and profits for several quarters after the NASDAQ index started to decline precipitously during Oracle's 4Q FY00.

---

[50] Goedde Report, p. 6.
[51] Goedde Report, Ex. 4.

*Confidential*

**Figure 3: Oracle's License and Other Revenue versus the NASDAQ Index**



Sources: Bloomberg, Oracle Corporation 10-K filings from 1998, 1999, 2000, 2001.
Notes: January 4, 1999 has the value of $100

64. Dr. Goedde also cites to a *Softwar* discussion of NASDAQ and companies traded on NASDAQ as evidence that "…as Mr. Ellison was well aware, Oracle faced a very different economic environment heading into Q3 FY01 than it faced in Q3 FY00."[52]  However, the paragraphs following this citation note that Oracle was in fact bucking this trend, reporting record sales in 2Q FY2001, on the same day as the earnings warning from Microsoft.[53]

65. Similarly, in Figure 10 of my previous report, I noted that government statistics on IT and software industry sales show continued growth until after the end of Oracle's 3Q FY2001. As Figure 4 below illustrates, while there was a downturn in IT spending and software industry sales, it was certainly not concurrent with the downturn in NASDAQ equity valuations.  In fact, IT spending and software spending were both rising during the initial declines in the NASDAQ, which would have been known at the time Oracle's 3Q FY2001

---

[52] Goedde Report, p. 7.
[53] Matthew Symonds, *Softwar,* at 1053564, NDCA-ORCL 1053564-77.

guidance was given.  Certainly there is nothing systematic about any relationship between these two measures that indicated that Oracle's guidance was not reasonable when given or throughout 3Q FY2001.

**Figure 4: Information Technology (IT) Spending, Software Spending, and the NASDAQ Index**



Sources: Bloomberg, Bureau of Economic Analysis: National Economic Accounts, Table 1.5.5 (http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y, accessed June 15, 2007)
Notes: January 4, 1999 has the value of $100

### B.    Dr. Goedde's Opinions Related to Technology Spending Are Incorrect

66. Dr. Goedde discusses various surveys and cites industry commentators in support of his assertion "…that by Q301 Oracle was facing a major market change as a result of the contraction in the economy that began a year earlier."[54]  I have reviewed the information cited by Dr. Goedde, and it is my opinion that he has mischaracterized much of it, and that one could simply not infer from this information that Oracle's guidance was unreasonable before or during Oracle's 3Q FY2001.

---

[54] Goedde Report, p. 8.

### i.     Technology Spending Survey Data

67. Dr. Goedde cites a December 20, 2000 Morgan Stanley Dean Witter & Co. survey on
technology spending.  More specifically, he quotes Charles Phillips, a leading Wall Street
software analyst with Morgan Stanley Dean Witter's Technology Group (and subsequently an
executive with Oracle) as writing that "These findings represent a more subdued spending
environment as compared to 2000, which isn't surprising given the uncertainty in the
economy, financial markets, corporate earnings, and political environment at the time of the
survey."[55]

68. This survey is the same one that I discussed in my expert report.[56] Dr. Goedde chooses to
omit any discussion of the actual data in the survey, data which provide a much more
positive picture for companies like Oracle than the selected quote.  The study presented the
following results regarding IT spending, with the significant majority of respondents
reporting increased IT spending in 2001:

> 61% of CIOs anticipated increased IT spending in 2001;
>
> 20% of CIOs anticipated the same IT spending in 2001 as 2000;
>
> 3% of CIOs were unsure; and
>
> 16% of CIOs anticipated declines in spending.[57]

69. Similarly, the survey calculated overall IT budget growth.  Far from concluding IT spending
was likely to be lower, it anticipated overall IT budget growth of more than 8 percent in 2001
over the already high levels seen in 2000.[58]  The survey identified Anticipated Global IT
Budget Growth of: 6.2% in 1998, 9.0% in 1999, 12.0% in 2000, and 8.1% in 2001.[59]

70. Finally, the survey also asked about specific types of IT spending and concluded that the top
three areas (out of 21 in the survey) for growth were Database Software, Marketplace

---

[55] "Markets; Weaker Tech Spending Expected, Surveys Show," Los Angeles Times, December 21, 2000 at 1.

[56] Hubbard Report, p. 25.

[57] Phillips, Charles, "MSDW CIO Survey Series: Release 1.8," Morgan Stanley Dean Witter, December 20, 2000,
NDCA-ORCL 080976-081051 at NDCA-ORCL 080983.

[58] Dr. Goedde cites an Investor's Business Daily article dated January 5, 2001 that reported "tech spending has fallen
off a cliff the last six months." (Goedde Report, p. 8). This article also mentions a Merrill Lynch survey
suggesting that information technology growth spending would be five percent higher in 2001 than in 2000.

[59] Phillips, Charles, "MSDW CIO Survey Series: Release 1.8," Morgan Stanley Dean Witter, December 20, 2000,
NDCA-ORCL 080976-081051, at NDCA-ORCL 080979.

*Confidential*

Software, and Other E-Commerce Software. Because these categories all represent IT needs that can be filled by Oracle products, the survey results would hardly have indicated that Oracle's guidance was not reasonable.

71. As with other economic and business sector data, the technology spending data cited by Dr. Goedde do not support a conclusion that overall economic activity had clearly declined, that Oracle was in trouble generally, that its guidance when given was not reasonable, or that its guidance became unreasonable during the quarter.

### ii.     Other Statements about Technology Spending

72. In addition to his specific references concerning technology spending, Dr. Goedde makes some general statements in his report that appear to lack any empirical support.  For example, on pages 6 and 7 of his report, he states that as of Oracle's 3Q FY2001 "technology spending was down considerably"[60] and "Oracle's established customers had cut back on their technology spending."[61]

73. As I discussed in my earlier report and throughout this rebuttal report, these statements are simply incorrect.  Instead, as I have discussed:

- Technology spending as a whole continued to grow through the end of Oracle's 3Q FY2001.

- IT spending surveys were not showing an overall decrease in spending, particularly for the type of products sold by Oracle.

- Oracle's 2Q FY2001 (immediately prior to the quarter at issue) included record revenues (relative to other 2Q results); Oracle exceeded its EPS guidance by one penny; and Oracle similarly exceeded analyst expectations.[62]

- Oracle did in fact increase license revenues in 3Q FY2001 in comparison to 3Q FY2000, just not by as much as it anticipated when guidance was given in December 2000.[63]

---

[60] Goedde Report, p. 6.
[61] Goedde Report, p. 7.
[62] Oracle Corp. Form 10-Q for the second quarter, fiscal years 1998-2001, Hubbard Report, pp. 75-76 and 80.
[63] Oracle Corp. Form 10-Q for the third quarter, fiscal years 2000-2001, Transcript of Oracle's 12-14-00/4:30 p.m.
    CT conference call, confirmation #474122, NDCA-ORCL 003215-47, Transcript of Oracle's 3-15-01/4:30 p.m.
    CT conference call, confirmation #661069, NDCA-ORCL 399179-218 and NDCA-ORCL 307101-10.

*Confidential*

### C.   Dr. Goedde's Opinions Related to Internet, Startup, and Telecommunications Companies are Incorrect

74. Dr. Goedde also focuses in his report on certain business sectors, including internet, venture capital-funded startup companies, and telecommunications companies.  The inference he seems to draw is that because there had been slowing in these areas, the macroeconomic environment for Oracle was poor, and thus Oracle's financial guidance was known by Oracle to be inaccurate.  This inference is not correct and not supported by the data I have reviewed.  In this section, I analyze Dr. Goedde's statements in more detail as they relate to three specific areas:  (1) dotcom and internet companies, (2) venture-capital-funded companies, and (3) telecommunications companies.

### i.   Dotcom and Internet Impact

75. Dr. Goedde mischaracterizes the impact of internet and dotcom companies in his report.  While stock values for dotcom and internet sector companies reached their peak in March and April 2000, many months before Oracle's 3Q FY2001, the decline in these companies' stock prices occurred while Oracle announced record license revenues and profits for those quarters (1Q and 2Q FY2001).  Moreover, during Oracle's 3Q FY2001, there was an increase in the prices of these dotcom and internet companies' stocks in late January 2001, compared with earlier in the quarter.  While this pick-up proved to be short-lived and was still below the values seen in the previous 18 months, it suggests that the subsequent decline in the fortunes of internet companies was not a foregone conclusion.  *See* Figure 5.  This information does not suggest that economic data related to these companies, as reflected in their stock prices, should have been an indicator of a worsening overall economic environment for Oracle.

*Confidential*

**Figure 5: Internet Stock Indices**



Notes:
BUSNET is the Bloomberg U.S. Internet Index, a capitalization-weighted index of U.S. Internet companies that have market capitalizations greater than $250 million (104 members 1/3/06).
CINX - CBOE is an equal-dollar weighted index of companies involved in the business of software and hardware that facilitate Internet access (14 members 1/3/06).
DJINET is a modified capitalization-weighted index intended to track performance of companies involved in Internet related activities (39 members 1/3/06).
MOX is the Morgan Stanley Internet Index, an equal-dollar weighted index of leading companies driving growth of internet usage (26 members  1/3/06)
DOT is the Street.com Net Index, an equal-dollar weighted index of leading companies involved in Internet commerce, service, and software (23 members 1/3/06)

Source:  Bloomberg.

76. Dr. Goedde also fails to acknowledge the extent to which Oracle's sales were quite diversified.  While some of its customers were internet companies, in fact Oracle's software is used by businesses throughout the entire economy, including sectors ranging from government to services to manufacturing.  In my earlier report on pages 46-50, I noted this broad diversification, with the resulting ability of Oracle to weather a downturn in some sectors without causing a dramatic decline in its overall financial performance.

77. One of the basic truths of macroeconomics is that there is never an absolute steady state in the economy.  Even if year-to-year U.S. GDP growth is similar, inevitably sectors and regions will be growing at different rates.  Simply because some sectors are declining does not mean that the overall economy is contracting, as other sectors may be growing substantially.  I highlighted this very fact in my earlier discussion of the NBER's comments about the mix of manufacturing and service-sector data in the economy.

*Confidential*

78. Dr. Goedde places too much emphasis on the downturn in dotcom stock prices during this period as evidence of major macroeconomic problems that would affect Oracle's financial performance. There is no direct predictive relationship between declines in Internet stock indices and Oracle's license and other revenues, as Figure 6 illustrates.

**Figure 6: Oracle License and Other Revenue versus Internet Stock Indices**



Sources: Bloomberg, Oracle Corporation 10-K filings from 1998, 1999, 2000, 2001.
Notes: January 4, 1999 has the value of $100

79. Even more directly, a simple review of the data on dotcom and total license revenues provided by Dr. Goedde on page 13 of his report[64] clearly demonstrates that there is little correlation between dotcom license sales and total Oracle license sales. While both dotcom and total license sales increased from FY 1999 to FY 2000, dotcom revenues were essentially flat during the first two quarters of FY 2001 when Oracle's total company revenue was up significantly.

---

[64] These data do not appear to be a complete analysis of dotcom revenues, as they include only field revenues for dotcom companies.

**Figure 7: Oracle Dotcom and Total License Revenue from Dr. Goedde's Report**



Source: In re Oracle Corporation Securities Litigation Class Action, Expert Report of Alan G. Goedde, Ph.D (May 25, 2007), p.13

80. Strong overall performance in spite of a slowdown in one area is consistent with the testimony of the sales manager in charge of sales to many dotcom companies, Nicholas Classick, Area Vice President for the West Region of the General Business subdivision of North American Sales.  In his deposition, Classick testifies:

> I had lots of other places to sell, I had lots of products to sell, we had made our number for every day that I had been with Oracle for… five years.[65]

81. Similarly, Dr. Goedde states that "By the end of December 2000, North American Sales (NAS), the division that sold primarily to Oracle's dotcom customers, reported that its dotcom bubble had burst."[66]  Dr. Goedde fails to say that the very same email discussing this issue also notes that NAS was not yet revising its quarterly forecast, rather: "Our Q3 Forecast

---

[65] Deposition of Nicholas Classick, April 12, 2006, p. 112.
[66] Goedde Report, p. 13, *citing* Deposition of David Winton, May 26, 2006.

*Confidential*

of $346M has not changed, but the upside or best is revised down by $16.8M to $360M."[67]
The email further discusses the point that while one area may be down, other areas may be up
relative to forecasts.

82. In fact, the NAS forecast did not decline substantially until the very end of the quarter,
indicating that the division felt confident about prospects for meeting its targets until that
point.[68]  Indeed, the same Vice President (Nicholas Classick) was shocked when he learned
that he would not make his forecasted numbers at the end of the quarter:

> The past 6 business days our forecast has dropped to the point that
> I know our organization will have put John [Nugent, Senior Vice
> President of General Business], Oracle and yourself in a bad spot.
> …  I am aware of the impact this [$10 million reduction in the
> General Business West forecast] news has to Oracle and I am sorry
> that we have created such a problem.  This is my organization and
> I am responsible for a forecast to you—I failed.  From the 2-16
> forecast to the 2-23 forecast we had 78 field deals, by 47 different
> reps totaling $14.9m move out of the quarter.  The last month of
> the quarter I go over deal [sic], line by line item with the managers
> weekly.  This has been successful in the past as it gives me the
> oppt to get accurate info to provide upper management and build a
> reliable forecast.  George, you have been a great supporter for my
> team and myself.  In my 6 years with Oracle this is the most
> difficult news I have had to deliver as a forecast, especially this
> late in the quarter, is a personal commitment and I have let you and
> Oracle down.  I am sorry.[69]

Contrary to what Dr. Goedde suggests, Mr. Classick was not aware in December 2000 that he
would miss his forecast for the quarter.

83. Dr. Goedde also cites deposition testimony of Jeff Henley, in which Mr. Henley is asked
about an email written by Mr. Winton dated January 29, 2001.  Dr. Goedde cites the
testimony as evidence that the dotcom fallout was having a "progressively more negative
impact on Oracle than in prior years."[70]  While it is true that the dotcom sector of the U.S.
economy did not have the growth of previous years, softness in one business sector area can
be made up by growth in another sector.  And in fact, in the same deposition, Mr. Henley

---

[67] Deposition of David Winton, May 26, 2006, NDCA-ORCL 038255-59.
[68] Goedde Report, Exhibit 22.
[69] Email from George Roberts, February 26, 2001, NCDA-ORCL 300208, quoting Nicholas Classick.
[70] Goedde Report, p. 46, *citing* Deposition of Jeffrey Henley, March 3, 2004 at 311.

elaborated on this point: "And he [referring to Winton] -- after backing out this, he was suggesting -- he was saying that after you pull out the effect of this stuff, we're -- we're projecting the rest of our business to grow pretty -- to grow reasonably well.  So that's, I believe, what he was trying to say."[71]

84. Finally, Dr. Goedde's reference to Larry Ellison's testimony that the dotcom collapse put a "lot of pressure on [Oracle's] database for Q3 FY01"[72] is misleading.  In fact, Mr. Ellison testified that the dotcom business was under pressure in FY01 because Oracle had sold so much dotcom business in FY00, setting a "very high bar," because growth was measured year over year.[73]

### ii.    Venture-Capital-Funded Startup Impact

85. Dr. Goedde mentions venture capital ("VC") spending in his discussion of the economy.  In one of his references, Dr. Goedde discusses a *New York Times* article that came out toward the end of 3Q FY2001 describing how "investing by venture capital firms plummeted . . . [to] the lowest figure since the third quarter of [calendar year] 1999."[74]  While it is true that some companies funded by venture capitalists may purchase Oracle database and applications software, there is no simple or predictive relationship between VC funding and Oracle's sales.  Dr. Goedde offers no support for his statement that "the tidal wave of venture capital money was passed along to technology based companies like Oracle."[75]

86. Figure 8 shows that, depending on the type of start-up venture, VC spending generally peaked in mid-to-late 2000, although this information would not have been available or conclusive until a significant time later.  It then dipped slightly from its peak, but was still high relative to historical levels of VC investments over the eight-year period from 1996

---

[71] Deposition of Jeffrey Henley, March 3, 2004, pp. 311-312.

[72] Goedde Report, p. 15, *citing* Deposition of Lawrence Ellison, February 27, 2004, p. 255.

[73] Deposition of Lawrence Ellison, February 27, 2004, p. 257. Ellison says: "We had this very strong year 2000, as a lot of software companies did.  And we had a lot of -- a lot of dot-com business and other business, and we're comparing that year 2000 to the year 2001, and the bar had been set very high.  We sold a lot of database.  So, to show growth, we'd have to sell even more database, even though now the dot-coms were gone."

[74] Goedde Report, p. 6, *citing* Matt Richtel, "Technology: Venture Capital Investment Fell Off in Fourth Quarter," *The New York Times*, January 30, 2001.

[75] Goedde Report, p. 5. Goedde refers to his Exhibit 4, which is a graph of the NASDAQ Index.

through 2003.  It was not until later, in 2001 and 2002, that the level of VC funded investments declined to 1999 levels.

**Figure 8: Quarterly Venture Capital Investment for Select Sectors, 1996-2003**[76]



Note:  Data for any given quarter appears to be available sometime the following quarter at the earliest (availability dates in the chart are approximate).
Source: PricewaterhouseCoopers/Venture Economics/National Venture Capital Association MoneyTree™ Survey, available at
       http://www.pwcmoneytree.com/moneytree/nav.jsp?page=historical, accessed May 15, 2007

87. Dr. Goedde also cites an October 30, 2000 article in *Fortune,* which reported that "Much of what [venture capitalists] were creating has turned to dust."[77]  In this article, he also notes that Jay Hoag, a venture capitalist for Technology Crossover Ventures, spoke of the return to a more thoughtful and conservative approach toward investments, saying, "[s]hame on us for losing sight of things and looking through rose-colored glasses."[78]

88. However, as the *Fortune* article itself notes, while there was some decline in investment in some areas, future declines were far from clear.  The article discusses failed VC investments and dotcom euphoria using anecdotes, and certainly does not generalize to a broad economic

---

[76] The selected sectors are the eight with the largest investment amounts in 1999 and 2000.
[77] Goedde Report, p. 6, *citing* Melanie Warner, "Fallen Idols," *Fortune*, October 30, 2000.
[78] Melanie Warner, "Fallen Idols," *Fortune*, October 30, 2000.

or high-tech slowdown.  In fact, even within the VC area, the *Fortune* article also includes upbeat statements about the state of the venture capital market, such as:

> For [optical networking] companies, IPO mania has returned.
>
> It's starting to feel like the dot-com era all over again. 'There's the same presumption that all optical deals will be successful,' says Hoag.
>
> But if VCs had really learned anything since March, wouldn't they be slowing down and investing more conservatively?  Instead, the opposite seems to be happening.  Eager to keep seeding lots of bold new companies, Valley VC firms are raising more money than ever.
>
> 'There are enough good opportunities that we can continue to get good returns,' he [VC from NEA named 'Barris'] says. Benchmark's Rachleff couldn't agree more.  'The internet is creating more change than we've ever witnessed, and we're only in the top of the second inning,' he exults.  If you're looking for fads, you've come to the right ballpark.[79]

89. Therefore, I disagree with Dr. Goedde's characterization of the effect that VC funding would have had on Oracle's business, from sales to dotcom firms and others, before and during Oracle's 3Q FY2001.  VC spending continued to be strong relative to historic levels. Moreover, a direct link did not exist between VC funding of dotcoms and other companies and sales of Oracle's products; a decline in VC funding, therefore, would not automatically translate into reduced sales for Oracle.

### iii.  Telecommunications Sector

90. On pages 46 and 47 of his report, Dr. Goedde suggests that problems in the telecommunications industry should have informed Oracle that it would miss its quarterly financial target.  Specifically, he cites an email sent to Jennifer Minton from the OSI division, noting the "troubled telecom industry."[80]  He also references a deposition quote from Jeff Henley stating that as of 3Q FY2001 the "telecom 'bubble burst' was becoming publicly known."[81]

---

[79] *Id.*
[80] Goedde Report, p. 47.
[81] Goedde Report, p. 48 n.220, *citing* Deposition of Jeffrey Henley, March 2, 2004 at 209 - 211.

91. In fact, while Mr. Henley did note that by 3Q the dotcom decline was known, he did not recall when the telecom slowdown specifically began to affect Oracle.[82]

92. Like the Internet sector, stock prices for the telecommunications sector had peaked at a point in the recent past (late 1999 for this sector).  As of December 2000, stock values were down approximately 25 percent from their highest recorded values.  Like the Internet sector, telecom stock prices actually recovered in the middle of Oracle's quarter, which would have been a positive signal during the quarter, and would certainly not have foretold the additional decline that was to come over the next one or two years.

**Figure 9: Value-Weighted S&P Telecommunications Index**



Notes:
[1] Index constituents are those companies in the S&P GICS codes 501010 (Diversified Telecommunication Services) and 50102010 (Wireless Telecommunication Services), which were members of the S&P 1500 index at least once between 1998 and 2000.
[2] Index includes AT&T, AT&T Wireless, Alliant, Alltel, Ameritech, BellSouth, CenturyTel, Cincinnati Bell, Frontier, General Communications - CLA, Global Crossing, GTE, MCI, Pac-West Telecom, Qwest, SBC, Southern New England Telecomm, Sprint FON Group, Talk America Holdings Inc., Verizon, WorldCom Inc. - WorldCom Group, 360 Communications, Airtouch, Boston Communications Group, Comstat Corp. - SER1, Nextel, Price Communications, Powerwave Technologies, Sprint PCS Group, Telephone & Data, and Vanguard Cellular Sys. - CLA.

Sources:  CRSP and Compustat.

93. Oracle's own experience with telecommunications companies was mixed during the period before and during 3Q FY2001.  The firm continued to sell software to telecommunications companies steadily during this period. For example, of the 50 largest license sales in each

---

[82] Deposition of Jeffrey Henley, March 2, 2004, p. 210.

*Confidential*

quarter, telecommunications companies comprised between 2 and 5 of these customers during each of the preceding four quarters.  In addition, during 3Q, Oracle salespeople were pursuing a large ($10-$35 million) sale with Lucent, that was actually agreed to by the company, but subsequently stopped by Lucent's bankers, who, unbeknown to Oracle, needed to sign off on the purchase as a result of certain debt covenants.[83]

### D.  Dr. Goedde's Opinions Related to Specific Technology Companies are Incorrect

94. Dr. Goedde appears to infer that mixed or even negative financial information and stock performance about Cisco,[84] Sun,[85] and Intel[86] announced during Oracle's 3Q FY2001 was evidence that the economic conditions were negative for Oracle, and presumably that Oracle's forecast and guidance were unreasonably high as a result.  I disagree with this approach and Dr. Goedde's choice of Cisco, Sun, and Intel as examples.

95. While it is true that Cisco, Sun, and Intel are high-technology companies, they are all hardware-based companies and none is cited by Oracle in its 10-K as being a competitor.  In fact, in the very book cited by Dr. Goedde for the proposition that Sun and Cisco are "proxies" for Oracle in terms of stock price, another passage makes it clear that these companies are *not* direct competitors, "Ellison explains that Microsoft isn't really a direct rival.  Oracle's main competitors are the sprawling computer behemoth IBM and the leading business applications firms, such as SAP and Siebel Systems, whose product IBM and other system integrators expensively try to tie together."[87]  Dr. Goedde makes no mention of the financial performance of Oracle's direct competitors, which I discussed earlier in this report and in my previous report on pages 35-42.

96. Dr. Goedde cites specific announcements by each company as support for his economic conclusions.  Dr. Goedde cites both Sun and Cisco as having "lowered earnings expectations

---

[83] Deposition of Jay Nussbaum, March 23, 2004, pp. 59-61.
[84] Goedde Report, pp. 5, 8.
[85] Goedde Report, pp. 5, 8.
[86] Goedde Report, p. 7.
[87] Matthew Symonds, *Softwar*, Simon & Shuster: New York, 2004, p. 20.

*Confidential*

during this period as a result of the economy's effect on their business" and Intel speaking pessimistically about technology during Oracle's 3Q FY2001.[88]

97. First, Sun's earnings announcement was in line with expectations. Sun's fiscal year ends in December, and Sun announced its annual earnings on January 19, 2001, over halfway through Oracle's fiscal quarter. Its earnings were 19 percent higher than the previous year, meeting analysts' earnings expectations.[89] Sun provided guidance for revenues in the subsequent quarter (ending March 31, 2001) below the expectations of analysts, but it does not appear that the firm provided EPS guidance. Sun had not previously provided guidance in any quarter, so this was not a downward revision.

98. Second, Dr. Goedde cites Cisco as having "pre-announced even earlier [than Sun]."[90] Cisco's Q2 FY01 ended January 27, 2001, and it reported its initial financial results on February 6, 2001, approximately three weeks after Sun and three weeks before the end of Oracle's 3Q FY2001. In its press release, Cisco announced earnings of 18 cents per share compared to earnings of 12 cents per share in the same quarter of the prior year and revenues that were 55 percent higher than those of the same quarter of the prior year.[91] These were record results for Cisco, and although Cisco missed analysts' expectations of 19 cents per share, the miss was minor (approximately five percent). With regard to its guidance for the fiscal year, Cisco projected revenue growth of 40 percent.[92] While this figure was a reduction to prior estimates, Cisco emphasized the following in its press release as support for this robust growth rate:

> "While we remain cautious about the implications of a brief pause in the current 10-year expansion of the U.S. economy, we believe that Cisco has never been better positioned to help our customers solve their two most important business issues: Increasing productivity and creating new sources of revenue," concluded Chambers.[93]

---

[88] Goedde Report, p. 8.
[89] David P. Hamilton, "Sun Microsystems' Profit Climbs By 19%," *The Wall Street Journal*, January 19, 2001, p. 1.
[90] Goedde Report, p. 8.
[91] Press Release, Cisco Systems, Inc., "Cisco Systems Reports Second Quarter Earnings," February 6, 2001, *available at* http://newsroom.cisco.com/dlls/corp_020601.html.
[92] Stuart Varney, *et al.* on CNN Moneyline News Hour. February 6, 2001. 6:30 pm.
[93] Press Release, Cisco Systems, Inc., "Cisco Systems Reports Second Quarter Earnings," February 6, 2001, *available at* http://newsroom.cisco.com/dlls/corp_020601.html.

99. Third, Dr. Goedde quotes Intel spokesman Chuck Malloy in a December 20, 2000 article as saying that there was a "worldwide slowdown in tech spending. Intel first noticed it in mid-September [2000]."[94, 95]  In the article, Intel is said to blame "cancelled equipment orders" and "slower global demand for personal computers."[96]  However, these factors would not have a direct effect on Oracle's business.  Furthermore, Oracle itself had clearly noted the slowdown in personal computers in the very conference call where it announced its guidance.[97]

100. Consistent with my earlier report, the full article in which Intel was quoted discusses the increased uncertainty about the health of the economy, but does not contain any evidence of a widespread downturn.  As the article notes:

> The Fed's refusal to lower interest rates immediately reflects a tug of war between evidence of a slowing economy and other reports that economic activity remains at very high levels -- even if it's growing at a slower rate.  Strong statement.  The Fed's statement was powerful enough: 'Eroding consumer confidence, reports of substantial shortfalls in sales and earnings, and stress in some segments of the financial markets suggest that economic growth may be slowing further,' the central bank said.  But in the Bay Area, despite falling stock prices, companies are still crowing that things are just fine.

101. Finally, Dr. Goedde has inferred that the stock prices of these three companies are potential predictors of Oracle's license revenues.  I have considered this, and as Figure 10 below illustrates, I find that Sun's, Cisco's, and Intel's stock prices are essentially uncorrelated with Oracle's license revenues.[98]  The most obvious evidence of the lack of correlation is that when Oracle announced record revenues and profits in its Q1 FY2001 and Q2 FY2001, it was during a period of decline in the stock prices of the companies cited by Dr. Goedde.

---

[94] Dr. Goedde does not include Intel directly with Sun and Cisco as companies purportedly cited by Larry Ellison as being "proxies for Oracle's performance."  *See* Goedde Report, p. 7.

[95] Jennifer Bjorhus and Matt Marshall, "Stocks Fall as Rates Remain Unchanged, Fed Concerned with Slowdown," *San Jose Mercury News*, December 20, 2000, at 1A.

[96] *Id.*

[97] Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, p. 4, NDCA-ORCL 003215-47.

[98] License revenues are obtained from Oracle financial statements using the category "License and Other Revenue."

*Confidential*

**Figure 10: Stock Prices of Sun, Cisco and Intel and Oracle License Sales**



Source: Bloomberg, Oracle Corporation 10-Q and 10-K Filings, 1998, 1999, 2000, 2001
Notes: February 1, 1999 has the value of $100

102. Upon examination of Dr. Goedde's discussion of Cisco, Sun, and Intel, I find no support for using these companies to make any forecast or prediction about Oracle's 3Q FY2001 financial performance.

## VI.    CONCLUSION

103. I disagree with Dr. Goedde's statements about the state of the U.S. economy during the period at issue, specifically his suggestions that the then current economic conditions were negative going into the quarter and that the negative economic conditions would have a knowable negative impact on Oracle. In my initial report, I discussed at length the economic and business sector conditions facing Oracle before and during its 3Q FY2001. I concluded that the data showed some increased uncertainty about the likely path of the economy, but forecasts consistently indicated continued growth. Dr. Goedde's conclusion that the economy was already contracting and that Oracle knew this as it related to its business is incorrect and not consistent with an accurate review of the relevant information.

*Confidential*

104.  Considering the information available at the time, it is my opinion that Oracle's guidance including the $0.12 EPS was reasonable at the time it was given in December 2000 and throughout Oracle's 3Q FY2001.  The fact that independent industry observers and analysts were upbeat about prospects for Oracle, its competitors, and the enterprise software sector in general is consistent with the conclusions that I have presented in this and my earlier report.  Independent industry analysts and observers were evaluating the health of Oracle and its competitors in real time during this period as information became available.  They relied on more data points than the information provided to them by firms in the sector, like Oracle, in evaluating the health of the marketplace.  They were checking with independent sources to ensure that the information and opinions that they included in reports and surveys was accurate and representative of their best estimates at the time.  The fact that they came to similar conclusions about Oracle's and the enterprise software sector's prospects on an *ex ante* basis and the causes of the miss on an *ex post* basis are consistent with my own conclusions and provide further evidence of the inaccuracy of Dr. Goedde's opinions.

105.  Dr. Goedde's opinion that the economy and Oracle's business sector were contracting before and during Oracle's 3Q FY2001 is simply incorrect. Similarly, a conclusion that Oracle and its executives knew that a sudden economic slowdown was adversely affecting the enterprise software sector is not consistent with a complete analysis of the data itself, and as interpreted contemporaneously by industry observers.  My previous opinions regarding the reasonableness of Oracle's guidance estimate and other related statements made during 3Q FY2001 based on Oracle's internal forecasting process remain unchanged.


Respectfully submitted,


R. Glenn Hubbard

June 22, 2007

**APPENDIX A**                                    *Confidential*

**ROBERT GLENN HUBBARD**

***Curriculum Vitae***

15 Claremont Avenue
Apartment 63
New York, New York 10027
*Phone:* (212) 932-1347
*Fax:* (212) 864-6184
*e-mail:* rghubbard@aol.com

Graduate School of Business
Columbia University
101 Uris Hall; 3022 Broadway
New York, New York 10027
*Phone:* (212) 854-2888
*Fax:* (212) 932-0545
*e-mail:* rgh1@columbia.edu
http://www.gsb.columbia.edu/faculty/ghubbard

**PERSONAL DATA**

| | |
|---|---|
| Born: | September 4, 1958, in Orlando, Florida. |
| Marital Status: | Married to Constance Pond Hubbard. |
| | Two children, Robert Andrew Pond Hubbard |
| | and William Charles Pond Hubbard. |

**FIELDS OF SPECIALIZATION**

Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

**EDUCATION**

Ph.D., Economics, Harvard University, May 1983.
Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

A.M., Economics, Harvard University, May 1981.

B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

**HONORS AND AWARDS**

Fellow of the National Association of Business Economists, 2005.

William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

Exceptional Service Award, The White House, 2002.

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Robert Glenn Hubbard                    2

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

## POSITIONS HELD

| | |
|---|---|
| 2004-present | Dean, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2003-present | Featured commentator, *Nightly Business Report* |
| 2003-present | Featured commentator, *Marketplace* |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-present | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |

Robert Glenn Hubbard                                    3

|                |                                                                                                      |
|----------------|------------------------------------------------------------------------------------------------------|
| 1981-1983      | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

## DIRECTORSHIPS AND BUSINESS ADVISORY BOARDS

|                |                                                                                                      |
|----------------|------------------------------------------------------------------------------------------------------|
| 2007-present   | Met Life; Information Services Group                                                                  |
| 2006-present   | Capmark Financial Corporation                                                                         |
| 2005-present   | Arcapita (Senior Advisor); Chart Venture Partners (Advisor); Nomura Securities (Senior Advisor)       |
| 2004-present   | ADP, Inc.; KKR Financial Corporation; BlackRock Closed-End Funds; Duke Realty Corporation             |
| 2003-present   | ITU Ventures; Ripplewood Holdings                                                                     |
| 2004-2006      | Dex Media/R.H. Donnelley                                                                              |
| 2000-2001      | Angel Society, LLC; Information Technology University, LLC                                            |

## POSTS IN NON-PROFIT ORGANIZATIONS

|                |                                                                                                      |
|----------------|------------------------------------------------------------------------------------------------------|
| 2006-present   | Member, Board of Directors, Resources for the Future                                                 |
| 2004-present   | Trustee, Economic Club of New York                                                                   |
| 2004-present   | Trustee, Fifth Avenue Presbyterian Church, New York                                                  |
| 2004-present   | Member, Advisory Board, National Center on Addiction and Substance Abuse                             |
| 2003-present   | Member, Manhattan District Council Board, Boy Scouts of America                                      |
| 2003-present   | Trustee, Tax Foundation                                                                               |

## PROFESSIONAL ACTIVITIES

|                |                                                                                                      |
|----------------|------------------------------------------------------------------------------------------------------|
| 1987-present   | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
| 2007-present   | Member, Council on Foreign Relations                                                                  |
| 2006-present   | Co-Chairman, Committee on Capital Markets Regulation                                                  |
| 2005-present   | Chairman, Panel of Academic Advisors, Alliance for Competitive Taxation                              |
| 2003-present   | Chairman, Panel of Academic Advisors, International Tax Policy Forum                                  |
| 2003-present   | Member, Panel of Academic Advisors, Tax Foundation                                                   |
| 2003-present   | Member, Panel of Academic Advisors, American Council for Capital Formation                           |
| 2003-present   | Member, Committee of Visitors, National Science Foundation                                           |
| 2000           | Panelist, Graduate Fellowship Selection Committee, National Science Foundation                       |
| 1999-2001      | Director, Project on Nonprofit Organizations, National Bureau of Economic Research                   |

| | |
|---|---|
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1995-2001, 2003 | Visiting Scholar, American Enterprise Institute |
| 1993-2001, 2007 | Panel of Economic Advisors, Federal Reserve Bank of New York |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present, intermittently | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |

| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
|---|---|
| Referee: | American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | Journal of Macroeconomics; Journal of Small Business Finance; International Finance |
| Former Associate Editor: | Journal of Industrial Economics, Federal Reserve Bank of New York Economic Policy Review; International Tax and Public Finance; National Tax Journal |

## PUBLICATIONS AND PAPERS

### Edited Volumes

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, DC: AED Press, 2001

*Inequality and Tax Policy* (with K.A. Hassett), Washington, DC: AEI Press, 2001

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

### Books

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Washington AEI Press, 2005.

### Textbooks

*Principles of Economics* (with A.P. O'Brien), Prentice Hall, 2006.

*Money, the Financial System, and the Economy*, Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007, forthcoming.

## Publications

### Articles

"To Bundle or Not to Bundle: Firms' Chorus Under Pine Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business*, forthcoming.

"Entrepreneurship and Household Saving." (with W.M. Gentry), *Advances in Economic Analysis and Policy*, forthcoming.

"The Effects of Progressive Income Taxation on Job Turnover." (with W.M. Gentry), *Journal of Public Economics*, forthcoming.

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics,* forthcoming.

 "Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

*"*Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics*, 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"Are Dividend Taxes and Imputation Credits Capitalized in Share Values?" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

 "Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879-1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

### Writings on Public Policy

"Overview of the Japanese Deficit Question," (with Takatoshi Ito), forthcoming.

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling*, forthcoming.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?"  In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform.*  Washington, DC: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

 "Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004):233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future.* Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled,"(with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, DC: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

### Comments, Notes, and Reviews

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Hadlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

### Submitted Papers and Working Papers

"Competition and Shareholder Fees in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), Mimeograph, Columbia University, 2006

"Tax Policy and Entry into Entrepreneurship" (with W.M. Gentry), Mimeograph, Columbia University, 2001.

 "Tax Policy and Wage Growth" (with W. M. Gentry), Mimeograph, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Mimeograph, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Mimeograph, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Mimeograph, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss),Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Mimeograph, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

## GRANTS RECEIVED

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.

## PAPERS PRESENTED

### University Seminars

Bard College, University of Bergamo, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, New York University, Northwestern, Oxford, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.

### Conference Papers Presented

American Council for Capital Formation, Washington, DC, June 1994.

American Economic Association, Boston, 2006; Philadelphia, 2005; San Diego January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, DC, June 1994.

Brookings Panel on Economic Activity, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002, March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment of Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, DC, May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, DC, June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, DC, April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, DC, April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, DC, October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, DC, June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

## CONGRESSIONAL TESTIMONY/APPEARANCES

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, DC, June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, DC, February 2003, October 2002, October 2001, May 2001.

U. S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, DC, October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U. S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, DC, February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

# Appendix B

## Documents Relied On

### Books, Newspaper and Magazine Articles

David P. Hamilton, "Sun Microsystems' Profit Climbs By 19%," The Wall Street Journal, January 19, 2001.

Jennifer Bjorhus and Matt Marshall, "Stocks Fall as Rates Remain Unchanged, Fed Concerned with Slowdown," San Jose Mercury News, December 20, 2000

"Markets; Weaker Tech Spending Expected, Surveys Show," Los Angeles Times, December 21, 2000

Matt Richtel, "Technology: Venture Capital Investment Fell Off in Fourth Quarter," The New York Times, January 30, 2001.

Matthew Symonds, *Softwar*, Simon & Shuster: New York, 2004.

Melanie Warner, "Fallen Idols," Fortune, October 30, 2000.

Stuart Varney et al on CNN Moneyline News Hour. February 6, 2001. 6:30 pm.

### Equity Analyst Reports

Aaron Scott, Tucker Anthony Capital Markets, "MSFT: Results Beat Expectations on Strong Sales of Enterprise Software," April 20, 2001.

Alex Baluta, Robertson Stephens, "Positive Perspectives From Its 6Th Annual Users Conference," February 27, 2001

Alex Baluta, Robertson Stephens, "Rating: Long Term Attractive," April 19, 2001.

Alex W. Baluta,  Robertson Stephens, "BEA Systems, Inc. Positive Perspective From Its 6th Annual Users Conference." February 27, 2001.

Alex W. Baluta,  Robertson Stephens, "Company Pre-releases a Q2 miss. Macro-economic uncertainty likely to hold back stock. Changing rating to Long Term Attractive," December 15, 2000.

Alex W. Baluta,  Robertson Stephens, "The Best Get Better. Siebel Comes Through Again With Strong Q4 Numbers;  Increasing our EPS estimates for FY:01." January 24, 2001.

Alexander Platz, Bank Gesellschaft Berlin, "Q1 results: Consensus 2001 now looks achievable but room for improvement in US performance," April 20, 2001.

Andrew Roskill,  UBS Warburg, "0RCL:REPORTS IN-LINE Q2 RESULTS." December 15, 2000

Andrew Roskill,  UBS Warburg, "ARBA: REPORTS SOLID Q1 RESULTS." January 12, 2001

Andrew Roskill,  UBS Warburg, "BEAS: GOOD Q4 RESULTS, LICENSE REVENUE LEADS THE WAY." February 23, 2001

Andrew Roskill,  UBS Warburg, "Commerce One, Inc. (CMRC - NASDAQ) - Buy." January 19, 2001

Andrew Roskill,  UBS Warburg, "ITWO: REPORTS UPSIDE TO THE UPSIDE." January 18, 2001

Andrew Roskill,  UBS Warburg, "JDEC: PRE-ANNOUNCES LIGHT RESULTS ON TOP AND BOTTOM LINES." February 6,

Andrew Roskill, UBS Warburg, "ARBA: Preannounces Ugly Quarter, Downgrade to Hold from Buy," April 3, 2001.

Andrew Roskill, UBS Warburg, "CMRC: Final Q1 Results, Lowering Rating From Buy to Hold," April 20, 2001

Andrew Roskill, UBS Warburg, "CMRC: Q1 Shortfall Mild Relative to Peers," April 4, 2001.

Andrew Roskill, UBS Warburg, "ITWO: Confirms Plans To Acquire Rightworks," March 12, 2001.

Andrew Roskill, UBS Warburg, "ITWO: Inline Results; Conservative Outlook," April 19, 2001

Andrew Roskill, UBS Warburg, "JDEC: Reports Q1 Results In-Line With Pre-Announced Estimates," March 6, 2001

Bernd Volkel, Credit Suisse First Boston, "Defying Gravity Again in Q1, But Lowering Guidance for the Rest of the Year-Signficant Market Share Gains to Continue," April 20, 2001.

Bernd Volkel, Credit Suisse First Boston, "Q1 Preview - Comfortable with Q1 but Economic Slowdown and Low Visibility Could Lead to Lower Guidance for FY 2001," April 17, 2001.

Bert Hochfeld,  Josepthal & Co. Inc., "BOBJ: Record revenue, raising earnings estimates $94 price target.." February 2, 2001.

Bert Hochfeld,  Josepthal & Co. Inc., "COGN: Preannounced Earnings Shortfall, Cut Estimates, Maintain Buy with a $40 Price Target." March 7, 2001.

Bert Hochfeld,  Josepthal & Co. Inc., "HYSL: Announces earnings in excess of estimates." January 24, 2001

Bert Hochfeld,  Josepthal & Co. Inc., "IFMX: Back from the dead; surprising sequential growth in revenues." January 25, 2001

Bert Hochfeld,  Josepthal & Co. Inc., "ORCL: Raising Estimates, Reiterate Buy Rating." December 15, 2000

Bert Hochfeld,  Josepthal & Co. Inc., "SAP: Announces fourth quarter and full year results." January 24, 2001

Bert Hochfeld,  Josepthal & Co. Inc., "SYBS: Sybase announced record earnings and solid growth." January 19, 2001.

Bert Hochfeld, Josephthal & Co., Inc., "COGN: Reports Results in Line with Reduced Expectations; Reducing Earnings Estimates," April 6, 2001.

Bert Hochfeld, Josephthal & Co., Inc., "HYSL: Reports dissapointing results," April 24, 2001.

Bert Hochfeld, Josephthal & Co., Inc., "ITWO: Releases first quarter results in line with our reduced estimate, the market ignores form over substance," April 19, 2001.

Bert Hochfeld, Josepthal & Co., Inc., "Raising Estimates, Reiterate Buy Rating," December 15, 2000.

Bill Gramas, Gruntal & Co. L.L.C., "Revising Our Target Prices, Ratings, And Revenue And Earnings Estimates. ," April 19, 2001.

Bob Liao, Dresdner Kleinwort, "BI Market and Competitive Position Still Strong," April 20, 2001.

Brendan Barnicle, Pacific Crest Securities, "," February 28, 2001.

Brent C. Williams,  McDonald Investments, "BOBJ: Reports Solid 4Q00 Results; Nudging 2001 Estimates Ahead and Debuting 2002; Maintaining BUY Rating." February 2, 2001.

Brent C. Williams,  McDonald Investments, "Cognos — COGN: Reducing FY01, FY02 Estimates; Maintain BUY." March 6, 2001.

## Documents Relied On

Brent C. Williams,  McDonald Investments, "HYSL: Flies Past F2Q01 Top Line Estimate; Increasing Estimates Significantly; Upgrading to BUY." January 24, 2001.

Brent Thill,  Credit Suisse First Boston, "ARBA: Setting The Pace for the B2B Group." January 12, 2001

Brent Thill,  Credit Suisse First Boston, "CMRC: Strong and Clean Across the Board-Stellar Q4 Results Cap a Solid Year FBC." January 19, 2001.

Brent Thill,  Credit Suisse First Boston, "CSFB Tech Daily." March 13, 2001

Brent Thill,  Credit Suisse First Boston, "JDEC Pre-announces FQ1 Shortfall, Names New COO." February 6, 2001

Brent Thill,  Credit Suisse First Boston, "SEBL: Another Knockout by the Heavy Weight Champ." January 24, 2001

Brent Thill, Credit Suisse First Boston, "Another Hat Trick - Q4 Clean Across the Board; Pipeline Still Hot," January 18, 2001.

Brent Thill, Credit Suisse First Boston, "JDEC: FQ1 Results," March 6, 2001.

Brent Thill, Credit Suisse First Boston, "Nike Puts i2 Deployment in Holding Pattern; Don't Blame Just the Software Vendor," February 27, 2001.

Brent Williams, McDonald Investments, "HYSL: Flies Past F2Q01 Top Line Estimate; Increasing Estimates Significantly; Upgrading to BUY," January 24, 2001.

Cameron Steele, Dain Rauscher Wessels, "PART 1 OF 2: SIEBEL ANNOUNCES EXCELLENT Q4 RESULTS; WHAT WILL 2001 BRING?," January 24, 2001.

Cameron Steele, Dain Rauscher Wessels, "Parts 1 and 2 of 2: Siebel Systems Delivers; Near-Term Outlook Cloudy," April 19, 2001.

Catherine Moore, C.E. Unterberg, Towbin, "Management Lowballs Guidance: Releasing Forecasts for 2002," April 19, 2001.

Charles E. Phillips,  Morgan Stanley Dean Witter, "A Good Finish but Front-End Loaded 2001." January 18, 2001

Charles E. Phillips,  Morgan Stanley Dean Witter, "Ariba Inc. Q1: Major Margin Swing." January 12, 2001.

Charles E. Phillips,  Morgan Stanley Dean Witter, "BEA Solid Quarter in Tough Environment." February 23, 2001

Charles E. Phillips,  Morgan Stanley Dean Witter, "Sluggish Execution in a Fast Growing Market." December 15, 2000

Charles E. Phillips,  Morgan Stanley Dean Witter, "Strong 4Q00 earnings, but mixed messages from metrics." January 24, 2001.

Charles E. Phillips,  Morgan Stanley Dean Witter, "The Stealth Supply Chain Play." December 7, 2000

Charles Phillips, Morgan Stanley Dean Witter, "BEA: Downgrading from Outperform to Neutral," March 2, 2001.

Charles Phillips, Morgan Stanley Dean Witter, "ITWO: Downgrading from Strong Buy to Neutral," March 2, 2001

Charles Phillips, Morgan Stanley Dean Witter, "Strong 4Q00 earnings, but mixed messages from metrics," January 24, 2001.

Christopher Rowen, Robinson Humphrey, February 27, 2001.

Cornelis Bos, ING Barings , "Strong Q1, SAP is less dependent on the US," April 29, 2001.

David Beck, RBC Dominion Securities, "Company Announces Preliminary Q4 Results; Reducing Target and Rating," March 7,

David Garrity, Dresdner Kleinwort, "Further sequential revenue decline portends valuation multiple contraction; downgrading rating to Hold from Buy," April 19, 2001.

David Garrity, Dresdner Kleinwort , "Pre-announces weak Q1 results; shortfall not as bad as feared," April 2, 2001.

David Garrity, Dresdner Kleinwort , "Results in line with reduced expectations; outlook remains relatively upbeat," April 20, 2001.

David Garrity, Dresdner Kleinwort, "Pre-announces Abysmal Quarter; Agile Acquisition Called Off; Downgrading Rating to Hold from Buy," April 3, 2001.

David M. Garrity,  Dresdner Kleinwort Wasserstein Research, "B2B e-Commerce Valuation analysis from a historical perspective." March 16, 2001.

David M. Garrity,  Dresdner Kleinwort Wasserstein Research, "CMRC: Covisint details highlight positive CMRC role." December 13, 2000.

Derric Marcon, ING Barings, "Business Objects," April 20, 2001.

Don Young, UBS Warburg, "IBM: First Quarter Earnings Preview," April 17, 2001.

Don Young, UBS Warburg, "IBM: Fourth Quarter Earnings Preview," January 17, 2001.

Don Young, UBS Warburg, "Microsoft: Lowering Estimates on Weakness in PC Shipment Trends," March 16, 2001.

Doug Crook, Prudential Securities, "MSFT: CONFIRMATION OF WEAK OUTLOOK, MAINTAIN HOLD," December 15, 2000.

Douglas Augenthaler, CIBC World Markets Corp., "Commerce One Reduces Q1 Outlook; Not as Bad as Others; Important Details Still Pending," April 4, 2001.

Douglas Augenthaler, CIBC World Markets Corp., "Game, Set, Match," April 2, 2001.

Douglas Augenthaler, CIBC World Markets Corp., "Stick With i2: It Will Miss Q1 EPS Projections, But Revenue Is On Track," April 2, 2001.

Douglas Augenthaler, CIBC World Markets Corp., "Where's the Money? Downgrading to Hold," April 20, 2001

Douglas R. Augenthaler,  CIBC World Markets, "ARBA: Value Chain Song Doesn't Ring True." February 28, 2001.

Douglas R. Augenthaler,  CIBC World Markets, "Commerce One e-Business Applications." December 13, 2000.

Douglas R. Augenthaler,  CIBC World Markets, "i2 Technologies e-Business Applications." January 18, 2001

Drew Brosseau,  SG Cowen, "GROWTH REMAINS A CHALLENGE." January 19, 2001.

Drew Brosseau,  SG Cowen, "SG Tech Radar." April 19, 2001

Drew Brosseau,  SG Cowen, "SOLID QUARTER YIELDS EPS UPSIDE, MODERATE REVENUE GROWTH." January 19, 2001.

Drew Brosseau, SG Cowen Securities Inc., "Ascential Plus a Billion Dollars," April 25, 2001

Drew Brosseau, SG Cowen Securities Inc., "Leveraging Its Desktop Monopoly in Tough Times," April 20, 2001

Drew Brosseau, SG Cowen Securities Inc., "Trimming F01-02 Revenue and EPS to Reflect Soft Backdrop," March 12, 2001

Drew Brosseau, SG Cowen Securities Inc., "Why Be Different? Sybase Pre-Announces Shortfall," April 3, 2001.

Ed Bierdeman, Moors & Cabot, INC. , "i2 Quarter In-Line - Reduce Estimates, Sequentially Down Quarter Forecast," April 19, 2001.

Ed Bierdeman, Moors & Cabot, INC. , "i2 Technologies Preannounces 1Q01: 90% Growth In Revenue-Earnings Below Plan," April 3, 2001.

Ed Bierdeman, Moors & Cabot, INC. , "Siebel Exceeds 1Q Revenue And Earnings Estimates; Tightens Expense Controls For Slower Growth Ahead," April 19, 2001.

*Confidential*

# Documents Relied On

Edel Ebbs, UBS Warburg, "Tight IT Budgets Stifle '02 Outlook," April 6, 2001.

Edel Ebbs, UBS Warburg, "Weaking Economy, Slowing Growth," March 15, 2001.

Eric B. Upin,  Robertson Stephens, "Initiating Coverage of a Software Veteran Addressing New Opportunities in the B2B Space; Establishing Long-Term Attractive Rating as the Turnaround Story Unfolds." March 12, 2001.

Eric B. Upin,  Robertson Stephens, "March Quarter Preview -- Although We Believe Siebel Will Meet and Possibly Exceed Street Estimates, We Maintain Our Near-Term Cautious Outlook on the Stock in Light of the Challenging Economic Environment." April 17, 2001.

Eric B. Upin,  Robertson Stephens, "Oracle Hosts Analyst and Press Event -- Formally Launching B2B." January 18, 2001

Eric B. Upin,  Robertson Stephens, "Preannounces Q1:F01 (ending January) Results -- Missing Our Revenue Estimate By 10-14% and EPS by $0.01-0.02; Replaces COO and Names New Chief Marketing Officer." February 6, 2001.

Eric B. Upin,  Robertson Stephens, "Solid Q4 Results -- Beat Estimates and Expectations; Company Provides Positive Outlook and Upward Guidance; Maintain Long-Term Attractive Rating --Based on Uncertain Impact of Changing B2B Marketplace Environment." January 19, 2001.

Eric Upin, Robertson Stephens, "Applications User Conference; Ili Product Suite Still In," February 21, 2001

Eric Upin, Robertson Stephens, "Commerce One, INC. Pre-Announces Q1:01 Revenue and EPS Shortfall, However, Company's Performance Relatively Strong in Relation to Other Business Software Names; Lowering Estimates; We Believe It Is Premature to Get Aggressive on Commerce One; Maintain LTA," April 4, 2001.

Eric Upin, Robertson Stephens, "December Quarter Preview: Comfortable With Our Estimates; The Real Issue Impacting The Stock Is Growing Uncertainty Surrounding Outlook for 2001; Maintain Our Buy Rating On One of the Top Names in B2B At This Time," January 8, 2001.

Eric Upin, Robertson Stephens, "December Quarter Preview: Pre-Release a Real Positive in Increasingly Challenging Environment; We Believe i2 Is the Best-Positioned Near- and Long-Term Player in B2B -- Remains Our Best Idea," January 16, 2001.

Eric Upin, Robertson Stephens, "February Quarter Largely in Line with Pre-Announcement - Apps Weaker Than Preliminary Results; May Quarter Guidance Substantially Lower as Visibility Remains Limited; Maintaining Our Cautious Outlook on the Stock," March 16, 2001.

Eric Upin, Robertson Stephens, "i2 Delivers Strong Q4 Results; Modest Upward Revisions Are Largely a Function of Company Conservatism In Our View; We Believe The Company Is Just Beginning to Show the Long-Term Earnings Power of Its Model," January 18, 2001.

Eric Upin, Robertson Stephens, "JDEC Reports April Quarter Results In Line With Lowered Guidance; Maintain Cautious Outlook Until We See Additional Evidence of Turnaround," May 24, 2001.

Eric Upin, Robertson Stephens, "Mid-Quarter Update: So Far, So Good; However, Difficult Economic Environment Continues to Pose Risk; i2 Remains Our Top Long-Term Pick in the B2B Sector," February 28, 2001.

Eric Upin, Robertson Stephens, "Pre-Announced Major Q1:01 Shortfall, Termination of the Ariba/Agile Acquisition, and Substantial Layoffs; Lowering Estimates Significantly and Lowering Rating to Market Performer," April 3, 2001

Eric Upin, Robertson Stephens, "Preannounces Q1:01 Shortfall -- Expect i2 To Slightly Exceed Our Recently Lowered Top-Line Estimate and Miss Our Cash EPS Estimate by $0.03; Lowering Our Estimates, but Maintain Our Buy Rating on the Stock -- Even Though Near-Term Picture Remains Murky," April 2, 2001.

Eric Upin, Robertson Stephens, "Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfall; Management Attributes Delayed Deals in the Last Week of the Quarter to Weakness in the U.S. Economy; We Maintain Our Cautious View on the Stock Rating: Long Term Attractive," March 2, 2001.

Eric Upin, Robertson Stephens, "Recap of the Company's Value Chain Summit -- Ariba Presents Compelling Strategic Vision, the Real Test is Execution Moving Forward," March 1, 2001.

Eric Upin, Robertson Stephens, "Reports an Impressive Quarter in a Difficult Environment, Although Management Significantly Lowered Guidance Moving Forward; Maintaining Our Near-Term Cautious Outlook on the Stock," April 19, 2001.

Eric Upin, Robertson Stephens, "Reports February Quarter Results at the High End of the Pre-Announced Range; Visibility Remains Limited Over the Next Several Quarters; Maintain Very Cautious," March 6, 2001.

Eric Upin, Robertson Stephens, "Reports FQ1 Results Slightly Above Estimates; Near-Term Outlook Clouded by Economic and B2B Spending Uncertainty; Longer-Term, B2B Opportunity and Ariba Growth Story Remain Compelling," January 12, 2001.

Eric Upin, Robertson Stephens, "While We Are Comfortable with the December Quarter, We Are Downgrading the Stock to Long-

Gary Abbott, Punk, Ziegel & Co., "Hyperion Reports Upside Fiscal Q2 Revenue and EPS Surpise; Reiterating BUY Rating - Increasing Price Target to $28," January 24, 2001.

Gary E. Abbott,  Punk Ziegel & Company, "Hyperion Reports Upside Fiscal Q2 Revenue and EPS Surprise; Reiterating BUY Rating – Increasing Price Target to $28.." January 24, 2001.

Gary E. Abbott,  Punk Ziegel & Company, "Lowering Rating to Market Performer from Buy." December 15, 2000

Gavin Milinar, Sands Brothers, "Can Ariba Meet Earnings Expectations?," April 2, 2001.

Gavin Milinar, Sands Brothers, "E-Business Sector Sees Another Miss Revising Estimates and Downgrading to a Buy," April 6,

Gavin Milinar, Sands Brothers, "Hitting a Bump in the Economy; Revising Earnings and Revenue Estimates for 1Q01 and FY01," April 3, 2001.

Gavin Milinar, Sands Brothers, "How the Mighty Have Fallen," April 23, 2001.

Gavin Milinar, Sands Brothers, "Old Faithful Loses Some Steam Revising Earnings and Revenue Estimates for FY01," April 19,

Gavin Milinar, Sands Brothers, "Recent Financial Results Show Increased Dependence on SAP Lowering FY01 Estimates," April 23, 2001.

Gavin P. Mlinar,  Sands Brothers, "Commerce One and Covisint: Is This the Moment We've Been Waiting For?" December 13, 2000

Gavin P. Mlinar, Sands Brothers, "i2 Technologies (NASDAQ: ITWO) Old Faithful Remains Consistent." January 18, 2001

George Chandler, Frost Securities, "Oracle Announces Preliminary Results for 3Q01; Lowering Rating rfom BUY to HOLD Based on Visibility," March 2, 2001.

## Documents Relied On

George Santana, Wedbush Morgan Securities, "Ariba Pre-Announces Disastrous Q2 2001 Results; Lower Rating to HOLD," April 3, 2001.

George Santana, Wedbush Morgan Securities, "CMRC : Pre-Announcement Nowhere Near Ariba's Shocking Report," April 5, 2001.

George Santana, Wedbush Morgan Securities, "CMRC: Forward Guidance Better Than Expected," April 20, 2001

Gretchen Teagarden,  Salomon Smith Barney, "BEAS: Earnings Preview." February 21, 2001

Gretchen Teagarden,  Salomon Smith Barney, "CMRC: Covisint-Definitive Agreement Signed." December 12, 2000

Gretchen Teagarden,  Salomon Smith Barney, "Enterprise Software/B2B." January 9, 2001

Gretchen Teagarden,  Salomon Smith Barney, "ITWO: 4Q Analysis-Positive 2001 Outlook." January 17, 2001

Gretchen Teagarden,  Salomon Smith Barney, "PSFT: Initiating Coverage." March 16, 2001

Gretchen Teagarden, Salomon Smith Barney, "ARBA: Reports Preliminary Results," April 3, 2001.

Gretchen Teagarden, Salomon Smith Barney, "BEAS: Highlights - Day One From BEA User," February 27, 2001

Gretchen Teagarden, Salomon Smith Barney, "ITWO: Preliminary 1Q Results; Downgrading Stock," April 2, 2001

Gretchen Teagarden, Salomon Smith Barney, "ITWO: What to do with i2?," April 19, 2001

Heather Bellini, Salomon Smith Barney, "SEBL: 1Q01 Earnings Preview," April 16, 2001.

Heather Bellini, Salomon Smith Barney, "SEBL: The Road Ahead," April 19, 2001.

Ian Morton, JP Morgan, "Q2 In-Line w/ Preannouncement; Fine Tuning Estimates," April 20, 2001.

Iek van Cruyningen,  HSBC, "i2 Technologies Me too." April 3, 2001

Iek van Cruyningen,  HSBC, "Q1 in line, adjusted outlook accelerates cost reduction programme." April 19, 2001.

Iek van Cruyningen,  HSBC, "Reducing expectations after solid Q1." April 20, 2001

J.C. Simbana, Moors & Cabot, Inc., "Record Quarter Overall - Sales Model Seeds Future Growth," May 15, 2001.

James A. Moore,  Deutsche Banc Alex. Brown, "Ariba, Inc. Strong FIQ, But Downgrade Rating to BUY on Decelerating Growth Concerns." January 12, 2001.

James A. Moore,  Deutsche Banc Alex. Brown, "BEA SYSTEMS INC. [BEAS] "BUY" 4Q License Revenue Exceeds Expectations -- Maintain BUY." February 24, 2001.

James A. Moore,  Deutsche Banc Alex. Brown, "Business Objects S. A. [BOBJ] "BUY" Solid 4Q and Outlook, Big EPS Upside." February 2, 2001.

James A. Moore,  Deutsche Banc Alex. Brown, "Commerce One Inks Definitive Agreement with Covisint." December 13, 2000.

James A. Moore,  Deutsche Banc Alex. Brown, "i2 Technologies (NASDAQ: ITWO) Old Faithful Remains Consistent." January 17, 2001.

James M. Pickrel,  Chase H&Q, "IFMX Continues the Rebuilding Process, Maintain MP Rating.." October 19, 2000.

James M. Pickrel,  JP Morgan H&C, "Another Stellar Quarter, Bullish Management Outlook: Raising Estimates." January 18, 2001.

James M. Pickrel,  JP Morgan H&C, "Business Intelligence Leader Caps Strong Year With Good Upside; Reiterate LTB." February 2, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "1Q Results In-Line - Low Visibility Warrants Further Estimate Reductions -- Downgrade to Market Platform," April 19, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "Downgrading Commerce One to Market Perform From Buy," April 3, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "F4Q In Line with Pre-Announcement, Outlook Remains Guarded," April 5, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "F4Q Shortfall on Large Deal Deferrals, North American Exposure," March 6, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "Good 1Q in Tough Environment," April 19, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "Good 1Q in Tough Environment, Trimming Estimates on Lower Guidance," April 20, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "No F2Q Surprises, Weak Visibility Persists," April 22, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "Worst Fears Confirmed in F2Q Shortfall, Downgrade to Market Perform," April 2, 2001.

James Moore, Deutsche Banc Alex. Brown Inc., "Worst Fears Confirmed in F2Q Shortfall, Downgrade to Market Performer," April 3, 2001.

James Pickrel, JP Morgan, "25% Apps Growth Much Below Reduced Expectations, Outlook Uncertain," March 16, 2001.

James Pickrel, JP Morgan, "Exceeds Expectations With Slight Reduction in Outlook, Maintain LTB," April 20, 2001.

James Pickrel, JP Morgan, "Meets Reduced Expectations, Significantly Lowers Guidance, Lower From B to LTB," April 19, 2001.

Jean-Michel Belanger, BNP Paribas, "1Q Results Due Out Thursday Evening," April 17, 2001.

Jim Mendelson, Wit SoundView, "Company Update," December 8, 2000.

Jim Mendelson, Wit SoundView, "Company Update," January 5, 2001.

Jim Mendelson, Wit SoundView, "Oracle: The Last (or the First) Shoe to Drop?," March 16, 2001.

John D. Ederer,  Pacific Growth Equities, "Ariba Inc. Initiating Coverage of ARBA with a Neutral Rating." March 28, 2001.

John D. Ederer,  Pacific Growth Equities, "Commerce One, Inc. Re-Initiating Coverage of CMRC with a Buy Rating; Company Reports Strong Q4:00 that Exceeded Expectations." January 19, 2001.

John D. Ederer,  Pacific Growth Equities, "ITWO Announces Very Strong Q4:00 Results; Reiterate Buy Rating." January 18, 2001.

John Ederer, Pacific Growth Equities, "Ariba Derci?," March 30, 2001.

John Ederer, Pacific Growth Equities, "CMRC Pre-Announces Q1:01 Results Below Expectations," April 4, 2001.

John Ederer, Pacific Growth Equities, "Initiating Coverage of ARBA with a Neutral Rating," March 28, 2001.

John Ederer, Pacific Growth Equities, "ITWO Pre-Announces Q1:01 Results Below Expectations," April 2, 2001

John Ederer, Pacific Growth Equities, "Q1:01 Results In Line With Pre-announced Numbers, But Lowering Projections," April 19, 2001.

John Ederer, Pacific Growth Equities, "Q1:01 Results in Line With Pre-announced Numbers; Outlook Still Murky," April 20, 2001.

John Jones, Salomon Smith Barney, "IBM: 1Q01 Results Solid; Outlook Strong," April 18, 2001.

John Jones, Salomon Smith Barney, "IBM: 1Q01 Results Solid; Outlook Strong," April 19, 2001.

*Confidential*

## Documents Relied On

John Jones, Salomon Smith Barney, "IBM: Strategic Storage Overview Upbeat; Reiterate "Buy"," February 28, 2001

John Puricelli, AG Edwards & Sons, Inc., "Lies, Damn Lies, and Statistics," February 13, 2001

John Puricelli, AG Edwards & Sons, Inc., "Third Quarter Results," April 19, 2001.

Jon Ekoniak, US Bancorp Piper Jaffray, "Ariba Announced Q201 Results, In-Line With Preannounced Estimates. We Maintain Our Neutral Rating," April 23, 2001.

Jon Ekoniak, US Bancorp Piper Jaffray, "Commerce One Announces Q101 Results, Falling In-Line With Preannounced Estimates, But Demonstrating Weakened Revenue And Operating Metrics. We Maintain Our Buy Rating.," April 20, 2001.

Jon Ekoniak, US Bancorp Piper Jaffray, "Commerce One Preannounces Q101 Results, Missing Estimates, But Delivering A Stronger Performance Than Many of Its e-Business Software Peers. We Maintain Our Buy Rating," April 5, 2001.

Jon Ekoniak, US Bancorp Piper Jaffray, "The Bigger They Are, The Harder They Fall. Ariba Prereleases Q2 Results, Dramatically Missing Estimates, Laying Off One-Third of its Workforce; And Canceling Its Merger with Agile. We Maintain Our Nerutral Rating and Cautious Outlook," April 3, 2001.

Jon Ekoniak, US Bancorp Piper Jaffray, "Update From AppsWorld Conference; Buy," February 23, 2001

Jon Ekoniak, US Bancorp Piper Jaffray, "We Are Slightly Lowering Our Estimates On PeopleSoft Due To the Challenging U.S. Economic Environment. Maintain Buy Rating.," March 2, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, "Ariba, Inc. Equity Research Notes." January 12, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, "Commerce One Delivers Excellent Q400 Results, With Impressive Contributions From The SAP Relationship; We Are Raising Our Revenue Estimates For 2001, And Maintaining Our Strong Buy Rating." January 19, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, "Initiating Coverage With A Buy Rating; The Former ERP Giant Has Awoken And, In Our View, Is Poised To Become A Leading e-Business Software Company." January 30, 2001

Joseph Farley, Morgan Stanley Dean Witter, "Lowering Numbers Based on Economic Concerns." April 20, 2001

Joseph Farley, Morgan Stanley Dean Witter, "Results In Line with Pre- Announcement." April 6, 2001

Joseph Farley, Morgan Stanley Dean Witter, "HYSL Pre-announces Third Quarter Results," April 6, 2001

Joseph Farley, Morgan Stanley Dean Witter, "Lowering Numbers Based on Economic Concerns," April 20, 2001

Joseph Farley, Morgan Stanley Dean Witter, "Quarter in line, Still in Transition," April 20, 2001

Joseph Farley, Morgan Stanley Dean Witter, "Results In Line with Pre-Announcement," April 6, 2001

Kash G. Rangan, Dain Rauscher Wessels, "ARIBA REPORTS STRONG 1Q01 RESULTS WITH SIGNIFICANT OPERATING LEVERAGE." January 12, 2001.

Kash G. Rangan, Dain Rauscher Wessels, "Q4 UPSIDE DRIVEN BY INDIRECT CHANNEL; CY2001 REVS. GO HIGHER BUT NOT EPS." January 19, 2001.

Kash Rangan, Dain Rauscher Wessels, "Ariba Analyst Day--Chess Moves Toward Grand Vision," March 1, 2001

Kash Rangan, Dain Rauscher Wessels, "Parts 1 and 2 of 2: Big Miss; Agile Merger Off; Downgrading to Neutral," April 3, 2001.

Kash Rangan, Dain Rauscher Wessels, "Parts 1 and 2 of 2: CMRC Preannounces Q1: Lowering Rating to Neutral," April 5, 2001.

Kash Rangan, Dain Rauscher Wessels, "SELL OFF CREATES BETTER ENTRY POINT LONG-TERM FUNDAMENTALS INTACT," February 28, 2001.

Kash Rangan, Dain Rauscher Wessels, "Shortfall Not As Sever As Feared; Maintain Strong Buy-Aggressive Rating," April 3, 2001.

Ken Carey, UBS Warburg, "SEBL: Impressive Performance In The Current IT Spending Environment," April 19, 2001

Laura Lederman, William Blair & Co., "Highlights of AppsWorld Conference," February 21, 2001

Laura Lederman, William Blair & Co., "Oracle Appsworld Update," February 22, 2001.

Laura Lederman, William Blair & Co., "Oracle Corporation: B2B Day," January 17, 2001.

Laura Lederman, William Blair & Co., "Oracle Second Quarter 2001 Earnings Summary," December 15, 2000.

Laura Lederman, William Blair & Co., "Oracle's Preliminary Third Quarter 2001 Earnings Results," March 2, 2001.

Laura Lederman, William Blair & Co., "Oracle's Third Quarter 2001 Earnings Results," March 16, 2001.

Mark Altherr, Credit Suisse First Boston, "Oracle Warns that Q3 Results Will Lag Forecasts," March 5, 2001.

Mark Mulcahy, Pacific Growth Equities, "Strong Q1:02 Results; Fundamentas Solid; Valuation Remains a Concern," May 16, 2001.

Mark Verbeck, Epoch Partners, "Ariba - i2 Relationship: Irreconcilable Differences?." January 9, 2001

Mark Verbeck, Epoch Partners, "Commerce One 4Q00 Queen takes Rook, Check." January 19, 2001.

Mark Verbeck, Epoch Partners, "Little Increase in Outlook; Valuation Remains a Concern." January 18, 2001.

Mark Verbeck, Epoch Partners, "Update From AppsWorld at Mardi Gras; Let the Good Times Roll." February 22, 2001

Mark Verbeck, Epoch Partners, "Ariba Misses Big in Q2; Back to Basics?," April 3, 2001.

Mark Verbeck, Epoch Partners, "Commerce One Warns on 1Q; Still Executing," April 4, 2001.

Mark Verbeck, Epoch Partners, "Commerce One: Friends in High Places," April 20, 2001

Mark Verbeck, Epoch Partners, "i2 Warns on Q1 Results, In-Line With Our Expectations," April 2, 2001.

Mark Verbeck, Epoch Partners, "i2's 1Q: End of an Era," April 19, 2001.

Mel Cody, Sanders Morris Harris, "The Slowdown Continues; Downgrade to HOLD," April 20, 2001.

Melissa Eisenstat, CIBC World Markets, "4Q Exceeds Expectations, 2001 Outlook Encouraging But No Increase to EPS." January 31, 2001.

Melissa Eisenstat, CIBC World Markets, "Ariba Equity Research." January 11, 2001

Melissa Eisenstat, CIBC World Markets, "BEA Systems Enterprise Software." May 14, 2001

Melissa Eisenstat, CIBC World Markets, "Business Objects, Enterprise Software." February 2, 2001

Melissa Eisenstat, CIBC World Markets, "Downgrade to Hold: The Weak Get Weaker." February 6, 2001

Melissa Eisenstat, CIBC World Markets, "Downgrading Ariba And Commerce One To Buy From Strong Buy." January 18, 2001.

Melissa Eisenstat, CIBC World Markets, "i2 Technologies; Implementation Blamed for Shortfall at Nike." February 27, 2001

Melissa Eisenstat, CIBC World Markets Corp., "1QFY01 Results: Management Puts Forth Aggressive Plan To Rebound," March 6, 2001.

*Confidential*

## Documents Relied On

Melissa Eisenstat, CIBC World Markets Corp., "4Q Results: Growth Engine Still Chugging," January 24, 2001.
Melissa Eisenstat, CIBC World Markets Corp., "AppWorld - Upbeat Conference , but no Cajun Spice," February 22, 2001
Melissa Eisenstat, CIBC World Markets Corp., "Bucking The Trend: Solid Quarter And Maintaining Guidance," April 26, 2001.
Melissa Eisenstat, CIBC World Markets Corp., "Fool Me Once, Shame On You; Fool Me Twice Shame On…," March 12, 2001.
Melissa Eisenstat, CIBC World Markets Corp., "FY2Q01 Preview: All Eyes Focused On Applications Growth," December 11, 2000.
Melissa Eisenstat, CIBC World Markets Corp., "Initiating Coverage With Buy Rating," May 14, 2001
Melissa Eisenstat, CIBC World Markets Corp., "Microsoft Investors Get Coal In Their Christmas Stocking," December 15, 2000.
Melissa Eisenstat, CIBC World Markets Corp., "Oracle Users Weigh In," December 13, 2000.
Melissa Eisenstat, CIBC World Markets Corp., "Pre-announcement: Large Deals Slip Due to Customer Concern Over Economy," March 2, 2001.
Melissa Eisenstat, CIBC World Markets Corp., "Strong 1Q Results; No IT Spending Slowdown Here," May 16, 2001
Melissa Eisenstat, CIBC World Markets Corp., "Strong Execution Despite Weak Economy; Fundamentals intact," April 19, 2001
Melissa Eisenstat, CIBC World Markets Corp., "Strong F3Q Results: Win2K, Enterprise and OEMs Fuels Upside," April 20, 2001.
Michael Hughes,  Raymond James, "4Q Results Ahead of Expectations; Upbeat Conference Call." January 19, 2001.
Michael Hughes,  Raymond James, "Ariba, Inc. Shares Sell Off Sharply on Bad Debt Issue/Other Worries." January 8, 2001
Michael Hughes,  Raymond James, "Lowering Estimates to Reflect Slowing Economy." March 12, 2001
Michael Hughes, Raymond James, "1Q01 In Line With Pre-released Numbers; Estimates Reduced Significantly," April 19, 2001.
Michael Hughes, Raymond James, "ITWO Pre-Releases Disappointing 1Q01 Results, But It Could Have Been Worse," April 3, 2001.
Michael Hughes, Raymond James, "Lowering Estimates and Price Target to Reflect Slowing Economy and Competitive Environment," March 12, 2001.
Michael Hughes, Raymond James, "Lowering Estimates to Reflect Slowing Economy ," March 12, 2001.
Michael Hughes, Raymond James, "Lowering Estimates to Reflect Slowing Economy and Competitive Environment," March 12, 2001.
Michael Hughes, Raymond James, "No Real Surprises in 2Q01 Results; Reiterate Market Perform Rating," April 23, 2001.
Michael Marzolf, US Bancorp Piper Jaffray, "BEA Reports In-Line Quarter, Beats Earnings with Higher Margins; Financial Metrics Solid; Reiterate Buy Rating," May 16, 2001.
Paul Lechem, CIBC World Markets Corp., "Q3 Outlook," December 12, 2000.
Paul Lechem, CIBC World Markets Corp., "Q4 In Line With Preannouncement; Revises Guidance For F2002; Reduce To Buy," April 6, 2001.
Paul Steep, Yorkton , "Cognos Releases Finalized Q4 Results; Lowering Target Price," April 6, 2001.
Pawan Malhotra, SG Cowen Securities Inc., "Ariba Pre-Announces Huge FQ2 Revenue and EPS Miss Lowering Rating to Neutral," April 3, 2001.
Peter Rubicam, McDonald Investments, "ARBA: Announces Disappointing Preliminary 2Q01 Results; Reducing Estimates," April 3, 2001.
Peter Rubicam, McDonald Investments, "Commerce One - CMRC: Announces Expected Revenue Shortfall; Reducing Estimates," April 4, 2001.
Philip Rueppel, Deutsche Banc Alex. Brown Inc., "," January 18, 2001.
Rehan Syed, SG Cowen Securities Inc., "RECORD MANAGEMENT OPTIMISM REITERATED AT USER CONFERENCE," February 27, 2001.
Rich Scocozza, Bear Stearns, "ORCL: Earnings Preview," December 7, 2000.
Richard Gardner, Salomon Smith Barney, "MSFT: March Quarter Earnings Preview," April 17, 2001.
Richard Gardner, Salomon Smith Barney, "MSFT: Microsoft Preannounces Lower Than Expected December Qtr Results," December 15, 2000.
Richard Gardner, Salomon Smith Barney, "MSFT: Reducing Estimates; Reiterate 2H," March 12, 2001.
Richard Gardner, Salomon Smith Barney, "MSFT: Strong 3Q Results; Upgrade to 1H," April 20, 2001.
Richard T. Williams,  Jefferies, "Ariba Inc. Strong Quarter; Raising Estimates." January 12, 2001.
Richard T. Williams,  Jefferies, "Attractive Entry Point; Upgrade to Buy." December 18, 2000
Richard T. Williams,  Jefferies, "Market Stabilizing; Raising Price Target and Estimates." December 18, 2001.
Richard T. Williams,  Jefferies, "Market Stabilizing; Upgrade to Buy." December 18, 2000.
Richard Williams, Jefferies & Company, "CMRC Announces Earnings in Expected Range," April 20, 2001.
Richard Williams, Jefferies & Company, "i2 To Miss Quarter, Lowering Estimates," April 2, 2001.
Richard Williams, Jefferies & Company, "ITWO Earnings In Expected Range," April 19, 2001
Rob Tholemeier,  Wells Fargo Van Kasper, "Downgrading Cognos; No Apps, Please." April 6, 2001.
Rob Tholemeier,  Wells Fargo Van Kasper, "Informix Software, Inc. Looking Ahead." January 11, 2001
Rob Tholemeier,  Wells Fargo Van Kasper, "Solid Performance in 2000 for Resurgent Sybase." January 19, 2001.
Rob Tholemeier, Wells Fargo Van Kasper, "Drops Other Shoe: Visibility Is Anybody's Guess," March 16, 2001
Robbie Wouters, HSBC, "Relief but no excitement…at all," April 19, 2001.
Ruairi O'Neill,  PNC Advisors, "Earnings Estimate Revision." December 15, 2000.
Ruairi O'Neill,  PNC Advisors, "Earnings Estimate Revision." January 24, 2001.
Ruairi O'Neill,  PNC Advisors, "Oracle Corporation: Earnings Report Update." December 15, 2000.
Sanjiv Hingorani,  Dresdner Kleinwort Wasserstein Research, "Fiscal Q3 2001 results exceed our estimates." April 20, 2001
Sanjiv Hingorani,  Dresdner Kleinwort Wasserstein Research, "JDEC: Pre-announces fiscal Q1 2001 revenue and earnings shortfall." February 6, 2001.
Sanjiv Hingorani, Dresdner Kleinwort , "First fiscal Q1 2001 results," March 7, 2001.
Sarah Bernstein, US Bancorp Piper Jaffray, "Siebel Revenue And EPS Estimates Revised Lower Due to Broad Slowdown In IT Spending; Believe Siebel Is Best Positioned Among eCRM Competitors To Weather An Economic Downturn And Likely Gain Market Share; We Are Lowering Our FY'01 Revenue And EPS to $2.526," March 2, 2001.

*Confidential*

## Documents Relied On

Sarah Mattson, Dain Rauscher Wessels, "BEAS SCHEDULED TO REPORT FOURTH-QUARTER RESULTS THIS WEEK," February 20, 2001.

Sarah Mattson, Dain Rauscher Wessels, "PART 1 OF 2: BEAS AND VRTS: GETTING OUT OF THE SUN SHADOW," December 14, 2000.

Scott Penner, TD Securities, "Cognos Reports Q4/01 Results In-Line, Lowers Guidance," April 6, 2001

Scott Penner, TD Securities, "Technology -- Software Bulletin," April 3, 2001

Shebly Seyrafi, AG Edwards & Sons, Inc., "2001 On Track," April 18, 2001

Snell,  Robert W. Baird & Co. Incorporated, "ARBA: ANNOUNCES SIGNIFICANT 2Q01 SHORTFALL, AGIL ACQUISITION TERMINATED." April 3, 2001.

Snell,  Robert W. Baird & Co. Incorporated, "CMRC: REPORTS OUTSTANDING 4Q00 RESULTS, RAISING ESTIMATES." January 19, 2001.

Snell,  Robert W. Baird & Co. Incorporated, "ITWO: 4Q00 RESULTS TOP FORECASTS ACROSS THE BOARD, RAISING ESTIMATES." January 18, 2001.

Snell, Robert W. Baird & Co. Incorporated, "ARBA: Announces Significant 2Q01 Shortfall, Agil Acquisition Terminated," April 3, 2001.

Snell, Robert W. Baird & Co. Incorporated, "CMRC: B2B Landscape Deteriorating, Downgrading to Market Perform," April 3, 2001.

Snell, Robert W. Baird & Co. Incorporated, "CMRC: Joins the B2B Pre-Announcement Parade as Expected," April 3, 2001.

Snell, Robert W. Baird & Co. Incorporated, "CMRC: Reducing Estimates Following 1Q01 Miss And 25% Guidance Reduction," April 20, 2001.

Snell, Robert W. Baird & Co. Incorporated, "ITWO:1Q01 In Line With Pre-Release, Reduces 2001 Revenue Guidance By 20%," April 19, 2001.

Steve Robertson, Dresdner Kleinwort , "Overall, the results were impressive, smashing through consensus range on EBIT. Even in an unpredictable software demand climate SAP has proven that it can deliver. This underpins our previous comments that below €150 the shares are cheap and our fair val," April 20, 2001.

Steven Berg, Punk, Ziegel & Co., "Sybase Announces Q1 Revenue Shortfall; No Company is Immune to this Economic Environment," April 4, 2001.

Timothy Klein, US Bancorp Piper Jaffray, "Company Preannounces Disappointing Q1 Results; First Earnings Miss In Company's History; Expenses Indicate Company Blindsided By Slowdown; Maintain Buy Rating; Estimates Under Review," April 2, 2001.

Todd Weller, Legg Mason, "ARBA: A Rocky Road Ahead; Maintain Market Performance Rating," April 23, 2001

Todd Weller, Legg Mason, "ARBA: Preannounces Major F2Q01 Miss; Downgrading to Market Performance," April 3, 2001.

Todd Weller, Legg Mason, "CMRC : Looking to Weather the Current Economic Storm; Reiterate Buy," April 20, 2001

Todd Weller, Legg Mason, "CMRC : Preannounces Respectable 1Q01 Miss," April 4, 2001.

Toni Sacconaghi, Bernstein Research Call, "IBM & SUNW: Earnings Previews-The Environment is Tough, and Neither Likely to Wow-Expect More Sheepish Outlook from SUNW, IBM to Benefit from Weak '00 and More Stable Business System," April 17, 2001.

Wendell Laidley,  Credit Suisse First Boston, "BEA Systems, Inc. Solid Q4:FY01, License Revenue Reflects Sequential Accelerating, Reiterate Strong Buy." February 23, 2001

Wendell Laidley,  Credit Suisse First Boston, "MSFT: Alliance with eBay to Propel .NET Strategy." March 13, 2001

Wendell Laidley, Credit Suisse First Boston, "Highlights from CSFB Tech Conference," December 1, 2000

Wendell Laidley, Credit Suisse First Boston, "License Revenue Strength Highlights Solid Q1:FY02, Raising FY02 EPS Estimate," May 16, 2001.

Wendell Laidley, Credit Suisse First Boston, "License Revenue Strength Highlights Solid Q1:FY02, Raising FY02 EPS Estimate," May 17, 2001.

William Chappell, Robinson Humphrey, "BEAS: Solid 1Q02 Results; Increasing Estimates Due to Improved Revenue Mix," May 16, 2001.

## Court Documents

Expert Report of Alan Goedde, US District Court, Northern District of California, C-01-0988-MJJ, May 25, 2007

Expert Report of R. Glenn Hubbard, US District Court, Northern District of California, C-01-0988-MJJ, May 25, 2007

## Annual Reports, SEC Filings and Earnings Calls

Oracle Corp., Quarterly Report (Form 10-Q), November 30, 1997.

Oracle Corp., Quarterly Report (Form 10-Q), November 30, 1998.

Oracle Corp., Annual Report (Form 10-K), May 31, 1998.

## Press Releases & News Coverage

Press Release, Cisco Systems, Inc., "Cisco Systems Reports Second Quarter Earnings," February 6, 2001 available at http://newsroom.cisco.com/dlls/corp_020601.html.

## Depositions

Jeffrey Henley Deposition, March 3, 2004.

Lawrence Ellison Deposition, February 27, 2004.

Lawrence Ellison Deposition, September 21, 2006.

*Confidential*

# Documents Relied On

**Bates Numbered Documents**

Bloomberg News, "Oracle's Ellison Says Internet is Helping Him Battle Microsoft," December 15, 2000, NDCA-ORCL 307551-52.

Email from George Roberts, February 26, 2001, NCDA-ORCL 300208

Mathew Symonds, "The Rewards of Recklesness: A Portrait of Larry Ellison and Oracle Corporation at War," NDCA-ORCL 1053564-77.

R@dioWallStreet.com, "Oracle's VP/CFO Jeffrey Henley Will Discuss Quarterly Results," NDCA-ORCL 141660-65.

Transcript of Oracle's 3-15-01/4:30 p.m. CT conference call, confirmation #661069, NDCA-ORCL 399179-218 and NDCA-ORCL 307101-10.

*Confidential*

# Appendix C: Listing of Examples of Channel Checks from Analysts 12/1/00 to 2/28/01

| Date | Firm | Analyst | Company | Description of Research |
|---|---|---|---|---|
| December 1, 2000 | Credit Suisse First Boston | Wendell Laidley | Oracle | our checks suggest |
| December 5, 2000 | Wit SoundView | Jim Mendelson | Oracle | discussions with field sources |
| December 7, 2000 | Bear Stearns | Rich Scocozza | Oracle | Channel checks |
| December 8, 2000 | Wit SoundView | Jim Mendelson | Oracle | Our recent checks reaffirm |
| December 11, 2000 | CIBC World Markets Corp. | Melissa Eisenstat | Oracle | conversations with a large number of Oracle users |
| December 12, 2000 | CIBC World Markets Corp. | Paul Lechem | Cognos Inc. | Channel checks |
| December 12, 2000 | JP Morgan | William Epifanio | Oracle | Channel checks |
| December 13, 2000 | Chase H&Q | James Pickrel | PeopleSoft | Feedback from our customer checks; discussions with a number of industry sources, including customers and partners |
| December 13, 2000 | CIBC World Markets Corp. | Melissa Eisenstat | Oracle | speak a large number of Oracle customers; discussion with this customer; based on our survey of the 120 Oracle customers in attendance |
| December 14, 2000 | Dain Rauscher Wessels | Sarah Mattson | BEA Systems | Channel Checks; Checks with the hardware vendor resellers |
| December 15, 2000 | Chase H&Q | James Pickrel | Oracle | channel checks and partner discussions |
| December 15, 2000 | CIBC World Markets Corp. | Melissa Eisenstat | Microsoft | Our own research |
| December 15, 2000 | CIBC World Markets Corp. | Melissa Eisenstat | Oracle | Our own field research confirms |
| December 15, 2000 | FAC/Equities | Mark Murphy | Oracle | AMR Research |
| December 15, 2000 | First Union Securities, Inc. | Chip Wittman | Oracle | channel checks |
| December 15, 2000 | Josephthal & Co., Inc. | Bert Hochfeld | Oracle | our research indicates that |
| December 15, 2000 | Lehman Brothers | Neil Herman | Oracle | Speaking with corporate executives, consultants and other industry sources |
| December 15, 2000 | Morgan Stanley Dean Witter | Charles Phillips | Oracle | according,to AMR's recent survey |
| December 15, 2000 | Prudential Securities | Doug Crook | Microsoft | After our Asia Technology Tour... |
| December 15, 2000 | Salomon Smith Barney | Richard Gardner | Microsoft | Channel checks |
| December 15, 2000 | William Blair & Co. | Laura Lederman | Oracle | field checks |
| December 18, 2000 | Wit SoundView | Jim Mendelson | Oracle | Oracle users we spoke with |
| December 20, 2000 | Morgan Stanley Dean Witter | Charles Phillips | Oracle | CIO survey |
| December 21, 2000 | Morgan Stanley Dean Witter | Charles Phillips | Oracle | according,to AMR's recent survey |
| January 4, 2001 | Morgan Stanley Dean Witter | Charles Phillips | Oracle | field checks; survey of 150 CIOs; a fairly animated commentator broke the news about the Fed rate cut |
| January 5, 2001 | Wit SoundView | Jim Mendelson | Oracle | In recent checks |
| January 8, 2001 | Robertson Stephens | Eric Upin | Ariba | channel checks |
| January 12, 2001 | Credit Suisse First Boston | Christopher Vroom | Ariba | channel checks |
| January 12, 2001 | Robertson Stephens | Eric Upin | Ariba | channel check findings |
| January 16, 2001 | Robertson Stephens | Eric Upin | i2 Technologies, Inc. | Channel checks |
| January 17, 2001 | CIBC World Markets Corp. | Melissa Eisenstat | Oracle | heard directly from field sources |
| January 17, 2001 | JP Morgan | James Pickrel | Siebel Systems | channel checks; field checks; a multitude of recent surveys; conversations with both customers and major systems integrators (SIs) |
| January 17, 2001 | Merrill Lynch Global Securities Research | Christopher Shilakes | Oracle | Our checks indicate |
| January 17, 2001 | Robertson Stephens | Eric Upin | Commerce One | Channel checks |
| January 17, 2001 | UBS Warburg | Don Young | IBM | Checks |
| January 17, 2001 | William Blair & Co. | Laura Lederman | Oracle | customers we spoke with; Our own surveys indicate |
| January 18, 2001 | Credit Suisse First Boston | Brent Thill | i2 Technologies, Inc. | Field checks |
| January 18, 2001 | Deutsche Banc Alex. Brown Inc. | Philip Rueppel | IBM | Channel checks |
| January 18, 2001 | JP Morgan | James Pickrel | i2 Technologies, Inc. | Our ongoing checks |
| January 18, 2001 | Pacific Crest Securities | Brendan Barnicle | Oracle | Independent research, channel checks |
| January 18, 2001 | Robertson Stephens | Eric Upin | i2 Technologies, Inc. | channel check findings |
| January 18, 2001 | Robertson Stephens | Eric Upin | Oracle | channel checks |
| January 19, 2001 | CIBC World Markets Corp. | Melissa Eisenstat | Microsoft | field research |
| January 24, 2001 | CIBC World Markets Corp. | Melissa Eisenstat | Siebel Systems | conversations with customers and prospects |
| January 24, 2001 | Dain Rauscher Wessels | Cameron Steele | Siebel Systems | conversations with members of the Big Five |
| January 24, 2001 | McDonald Investments | Brent Williams | Hyperion Solutions | Channel checks |
| January 24, 2001 | Morgan Stanley Dean Witter | Charles Phillips | SAP | our checks suggest |
| February 5, 2001 | Morgan Stanley Dean Witter | Charles Phillips | Oracle | CIO survey |
| February 7, 2001 | SG Cowen Securities Inc. | Drew Brosseau | Oracle | channel checks; recent industry surveys |
| February 8, 2001 | Goldman, Sachs & Co. Investment Research | Rick Sherlund | Oracle | We have spoken with several dozen apps customers recently |
| February 8, 2001 | Wit SoundView | Jim Mendelson | Oracle | discussions with market research and field contacts |
| February 9, 2001 | Goldman, Sachs & Co. Investment Research | Rick Sherlund | Oracle | Customer checkings |
| February 12, 2001 | Lehman Brothers | Neil Herman | Oracle | field level sources |
| February 12, 2001 | Salomon Smith Barney | Gretchen Teagarden | Oracle | conversations with systems integrators |
| February 13, 2001 | AG Edwards & Sons, Inc. | John Puricelli | Oracle | We rely fairly heavily on research done by IDC, and the view of the world we get from reading their research and talking to our sources in the industry |
| February 14, 2001 | Lehman Brothers | Neil Herman | Oracle | the consultants we spoke with; its partners and the many consultants and SIs with whom we spoke |
| February 20, 2001 | Dain Rauscher Wessels | Sarah Mattson | BEA Systems | Channel checks |
| February 21, 2001 | Punk, Ziegel & Co. | Gary Abbott | Oracle | We have spoken to four [customers] |
| February 21, 2001 | Robertson Stephens | Eric Upin | Oracle | conversations with Oracle customers and implementation partners |
| February 21, 2001 | Salomon Smith Barney | Gretchen Teagarden | Oracle | conversations with numerous IT professionals |
| February 21, 2001 | William Blair & Co. | Laura Lederman | Oracle | field checks |
| February 21, 2001 | Wit SoundView | Jim Mendelson | Oracle | Field inputs |
| February 22, 2001 | CIBC World Markets Corp. | Melissa Eisenstat | Oracle | discussions with systems integrators; survey of attendees |
| February 22, 2001 | Deutsche Banc Alex. Brown Inc. | James Moore | Oracle | speaking with Oracle ....partners and customers |
| February 22, 2001 | William Blair & Co. | Laura Lederman | Oracle | Each of the Big Five representatives we spoke with |
| February 23, 2001 | US Bancorp Piper Jaffray | Jon Ekoniak | Oracle | Checks among the 11,000 attendees provided evidence |
| February 27, 2001 | Credit Suisse First Boston | Brent Thill | i2 Technologies, Inc. | spoke with industry contacts |
| February 27, 2001 | Robertson Stephens | Alex Baluta | BEA Systems | discussions with management, key partners, customers and developers |
| February 27, 2001 | Robinson Humphrey | Christopher Rowen | i2 Technologies, Inc. | spoke to a former Nike executive |
| February 27, 2001 | Salomon Smith Barney | Gretchen Teagarden | Oracle | Conversation with Visa; discussions with attendees |
| February 27, 2001 | SG Cowen Securities Inc. | Rehan Syed | BEA Systems | Talks with exhibitors and attendees |
| February 27, 2001 | Wells Fargo Van Kasper | Rob Tholemeier | Oracle | all of our conversations [with many firms] |
| February 28, 2001 | Dain Rauscher Wessels | Kash Rangan | i2 Technologies, Inc. | conversations with systems integrators and company executives |
| February 28, 2001 | Pacific Crest Securities | Brendan Barnicle | i2 Technologies, Inc. | discussions with industry consultants; discussions with CIOs and consultants |
| February 28, 2001 | Robertson Stephens | Eric Upin | i2 Technologies, Inc. | channel checks; conversations with SIs |
| February 28, 2001 | Salomon Smith Barney | John Jones | IBM | we heard that enterprise storage decision making |
| February 28, 2001 | SG Cowen Securities Inc. | Drew Brosseau | Oracle | channel checks |