1 | LATHAM & WATKINS LLP
2 |   Peter A. Wald (SBN 85705)
  505 Montgomery Street, Suite 2000
3 | San Francisco, California 94111-2562
  Telephone: (415) 391-0600
4 | Facsimile: (415) 395-8095
  E-mail: peter.wald@lw.com
5 |
  Attorneys for Defendants ORACLE CORPORATION,
6 | LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
  EDWARD J. SANDERSON
7 |
  ORACLE CORPORATION
8 |   Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
9 | 500 Oracle Parkway
  Mailstop 5OP7
10 | Redwood Shores, California 94065
  Telephone: (650) 506-5200
11 | Facsimile: (650) 506-7114
  E-mail: jim.maroulis@oracle.com
12 |
  Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| This Document Relates To: | *CLASS ACTION* |
| ALL ACTIONS. | **DECLARATION OF GEORGE FOSTER** |
| | Honorable Judge Susan Illston |
| | Date: January 9, 2009<br>Time: 9:00 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF GEORGE FOSTER
CASE NO. C-01-0988-SI

I, George Foster, declare as follows:

1. I have been retained by the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action, to provide expert testimony in this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On June 22, 2007, I submitted a rebuttal expert report. A true and correct copy of that report is attached hereto as Exhibit 1. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

3. On September 10, 2007, I submitted a rebuttal declaration. A true and correct copy of that declaration is attached hereto as Exhibit 2. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

4. I continue to stand by all opinions discussed in my rebuttal report and declaration.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 17, 2008 in Stanford, Cal.

*/s/ George Foster*
George Foster

SV\638818.1

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF GEORGE FOSTER
CASE NO. C-01-0988-SI

-1-