# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


-----------------------------------------------------------)

IN RE ORACLE CORPORATION        )           MASTER FILE NO:

SECURITIES LITIGATION           )           C01-0988-MJJ

-----------------------------------------------------------)


**REBUTTAL DECLARATION OF GEORGE FOSTER**

*Rebuttal Declaration of George Foster*
*Confidential*

## I.   INTRODUCTION

### A. Assignment and Summary of Opinions

1.  I have been asked by counsel to evaluate two of the analyses and conclusions Dr.
    Goedde put forth in his declaration of August 26, 2007,[1] specifically:

    a.  Conclusion #1: Jennifer Minton's Potential Forecast for Oracle's quarterly license
        revenue was primarily based on the prior year's conversion ratio and current
        quarter Pipeline.

    b.  Conclusion #2: There was an increase in judgment in the Field Forecast beginning
        approximately the fourth week of Q2 FY2001.

2.  As to his Conclusion #1, Dr. Goedde fails to compare the predictive ability of
    Minton's Potential Forecasts with the prior year's conversion ratio multiplied by the
    current quarter Pipeline (the "mechanical conversion ratio") forecasts Dr. Goedde
    assert she uses. I present two pieces of evidence that establish that Dr. Goedde's
    Conclusion #1 is wrong:

    a.  The Minton Potential Forecasts differ sizably in magnitude from the
        mechanical conversion ratio-based forecasts; and

    b.  The Minton Potential Forecasts predict Oracle's actual quarterly license
        revenue results significantly more accurately than the mechanical
        conversion ratio forecast model.

3.  The first result (point a) is a necessary but not sufficient condition for the second
    (point b) result. The second result establishes in that Minton has added meaningful
    insight to Oracle's forecasting over and above the mechanical conversion ratio model
    Dr. Goedde asserts she relied on. This finding is consistent with Ms. Minton's

---

[1]   Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants' Motion
      for Summary Judgment ("Goedde Declaration"), August 26, 2007, p. 1.

deposition testimony that she relied on multiple sources of information in formulating a judgment-based forecast.[2]

4.  Dr. Goedde relies on tests not involving forecast accuracy to support his erroneous conclusion that Minton relies on a mechanical conversion ratio forecasting model. The tests he relies on are statistically flawed. He ignores the year-to-year trend and seasonality in Oracle's business and regresses two time series on one another, a method which almost always results in a high correlation regardless of whether there is a causal relationship between the two variables. This is a well-known and well-established econometric principle ignored by Dr. Goedde. The high adjusted R-Squared he reports is not evidence that variation in the Potential Forecast can be explained by using the mechanical conversion ratio forecast.

5.  Conclusion #2 of Dr. Goedde is relevant to his opinion that Larry Ellison issued instructions (a "directive") to "the Field" to increase the amount of risk in its forecasts. Dr. Goedde further argues that this led to a "doubling" in the amount of risk in Jennifer Minton's Potential Forecast beginning approximately the fourth week of Q2 FY2001, and more fundamentally, wholly eliminated the need for Upside adjustments.[3] For this opinion to be true, it must be true that:

    a.  Mr. Ellison did in fact issue such a directive, and

    b.  The Oracle sales force across its many geographies and groups did in fact systematically and immediately implement that directive, and

    c.  Ms. Minton either:

        i.   Was unaware of (a) and (b), or
        ii.  Decided herself to add additional risk to her Potential Forecast.

6.  As I pointed out in my Rebuttal Report and my deposition, the evidence does not support Dr. Goedde's opinion that Mr. Ellison gave such a directive.[4] Moreover, Mr.

---

[2]  Deposition of Jennifer Minton, April 21, 2005, p. 122-127.
[3]  Expert Report of Alan G. Goedde ("Goedde Report"), May 25, 2007, p. 24-25.
[4]  Rebuttal Expert Report of George Foster, June 22, 2007; deposition of George Foster, July 6, 2007.

Ellison also testified that he did not intend to increase the amount of risk in the Field Forecast.[5]  Dr. Goedde has not presented evidence of even one, let alone multiple, emails or circulars by Mr. Ellison or Oracle senior executives associated with the forecasting process that was communicated to all the groups and geographies of Oracle asking for more "risk" in the sales forecast provided from the field.

7.  I find that the Goedde Declaration does not provide evidence of an increase in judgment or a resulting error in the Potential Forecast.  First, for the OSI and OPI divisions, Dr. Goedde does not have sufficient history to test whether in fact there was more judgment beginning approximately the fourth week of Q2 FY2001, much less draw that conclusion.  For the North American Sales (NAS) division, Dr. Goedde's analysis does not support his conclusion, and even if he could show an increase in judgment for NAS, he could not reasonably conclude that a change in the amount of judgment in one Oracle division necessarily implies a similar change in other Oracle divisions. Finally, none of this evidence addresses whether, in fact, Jennifer Minton's Potential Forecast included increased total risk or whether sandbagging and the need for Upside adjustments had been eliminated.  Even if there was increased risk in the Field Forecast, because he does not examine the total management judgment across all levels, Dr. Goedde has no basis for concluding that Jennifer Minton's Upside adjustments became unnecessary or that she created a Potential Forecast with any greater risk.

8.  Before addressing Dr. Goedde's two arguments in more detail, I first note that the two opinions offered by Dr. Goedde fundamentally contradict one another.  If Minton's Potential Forecast is based on the prior year's conversion ratio as Dr. Goedde opines, then the forecast and management judgment are fundamentally irrelevant, since the Potential Forecast would be a mechanical calculation not using the Field Forecast.

---

[5]   Ellison noted that he wanted more information and synchronized reporting across divisions. Deposition of Lawrence J. Ellison, September 21, 2006, pp. 423-426; Deposition of Jeffrey Henley, November 16, 2006, pp. 277-279; Deposition of Jennifer Minton, July 7, 2006, pp. 19, 101-112.

*Rebuttal Declaration of George Foster*
*Confidential*

9.   Both theories cannot be simultaneously true, yet Dr. Goedde has offered no
     explanation for this incongruity.

## II.   COMPARING THE PREDICTIVE ACCURACY OF MINTON'S ACTUAL FORECASTS WITH DR. GOEDDE'S MECHANICAL CONVERSION RATIO-BASED DESCRIPTION OF HER BEHAVIOR

10.  Dr. Goedde, in Exhibit 2 of his declaration, presents two data series: Minton's
     Potential Forecast and his mechanical conversion ratio-based series.  Visually, it is
     clear these differ.   Indeed, they differ by very sizable amounts.  In week 2 of Q3 FY
     2001 (the quarter at issue), Minton forecasts $1,420 million, while the mechanical
     conversion ratio model forecasts $1,565 million (10% above Minton).  Minton is
     more conservative by over $144 million compared with the mechanical conversion
     ratio model Dr. Goedde posits.[6]

11.  As a first test of the validity of Dr. Goedde's hypothesis that the mechanical
     conversion ratio explains almost all of Minton's Potential Forecast, I consider a basic
     test of accuracy of the two approaches to predict the actual results.  Minton's
     judgment-based Potential Forecast approach yields more accurate forecasts than the
     mechanical conversion ratio model Dr. Goedde asserts she used.  This is a very
     straightforward test and rebuts the analysis presented in the Goedde Declaration.

12.  Using the data for the mechanical conversion ratio and Potential Forecasts in Dr.
     Goedde's Declaration Exhibit 2, I computed the:

     a.   Forecast error  (Figure 3);

     b.   Absolute value of the forecast error  (Figure 4);

     c.   Mean squared forecast error[7] (Figure 5).

---

[6]    Goedde Declaration Exhibit 2.
[7]    The forecast error is the (forecast minus the actual result) divided by the actual result.  The
       absolute value of the forecast error takes is the same as the forecast error except it uses the
       absolute value of the numerator.  The mean squared error is the same as forecast error except
       it takes the square of the numerator.  The forecast error measures bias while the absolute
       value of the forecast error and mean square error measure dispersion. [George Foster,
       *Financial Statement Analysis*, 2nd Edition (Englewood Cliffs: Prentice-Hall, 1986), 264-269.]

4

13. The results of the average forecast error analysis for each week are shown in Figures 3 – 5. Figure 6A contains the mean and median forecast errors across all weeks and Figure 6B contains the mean forecast error by week. Figures 3-5 plot average errors across fiscal quarters by week for ten weeks. All three figures show a similar pattern. Notice that in only one week in one of the three exhibits is the error using the Potential Forecast greater than the error using the mechanical conversion ratio. In 10 out of the 10 comparisons in each of Figures 3 and 4, and 9 out of the 10 comparisons in Figure 5, the forecast error using the Potential Forecast is lower. Using a binomial test, the Minton Potential Forecasts are significantly more accurate predictors of the actual results than the mechanical conversion ratio forecasts Dr. Goedde uses.[8]

14. Ms. Minton, in her depositions, provides insight into why her forecasts are more accurate than the mechanical conversion ratio approach. During the period in question, she was continually interacting with Oracle sales executives.[9] These interactions give her the ability to incorporate and adjust for:

    a. Trends and factors expected to occur in the current quarter that were not as evident in the corresponding prior year's quarter;

    b. Trends and factors that occurred in the corresponding prior year's quarter that are not expected to be as evident in the current quarter.

15. Because Ms. Minton's forecasts are more accurate than the mechanical conversion ratio model, she clearly relied on sources of information in addition to the prior year conversion ratio and the current Pipeline. She used her own judgment to incorporate her diverse and multiple sources of information into the Potential Forecast in a way the mechanical conversion ratio approach cannot. The results in Figures 3 – 6 demonstrate that Minton did not rely on the mechanical conversion ratio model but, through her judgment, provided superior forecasting over the mechanical conversion ratio model.

---

[8] I calculated that the odds of the greater accuracy of the Potential Forecast occurring by chance are less than 5%. The test was done using each observation and also using the averages by week for each measure of forecast error. *See* Figure 16.

[9] Deposition of Jennifer Minton, April 21, 2005, p. 122-127.

5

*Rebuttal Declaration of George Foster*
*Confidential*

### III. CRITIQUE OF DR. GOEDDE'S IMPLIED CONVERSION RATIO COMPARISONS AND REGRESSION ANALYSES

16. In his declaration, Dr. Goedde corrects the data he incorrectly used in his prior conversion rate analysis and develops updated and additional charts and regression analysis. He computes the implied conversion ratio in each of Ms. Minton's Potential Forecasts and concludes there is minimal difference between the implied conversion ratio and Oracle's actual conversion ratio from the corresponding quarter on the prior year. He states that this analysis "provides further support for my opinion that Ms. Minton's Potential Forecast was an extrapolation based largely on the prior year's conversion rate."[10] Dr. Goedde's conclusions are not based upon sound scientific method.

#### A. Comparing Conversion Ratios

17. Dr. Goedde presents his corrected calculation of the conversion ratio in his Exhibit 1. In his Rebuttal Report, he argues that because the average difference between the prior year's and current conversion ratios in Q3 FY 2001 was 0%, this was evidence that Ms. Minton's forecast in Q3 FY 2001 "was based almost exclusively" on the prior year's conversion ratio.[11] After correcting his earlier mistakes and changing the dates he analyzes, this value increases to 2% in his August 26, 2007 Declaration, but he has not revised his opinion.

18. One of the first critiques of the method Dr. Goedde uses to calculate the difference between conversion ratios is that it improperly minimizes the differences between the current and prior year's conversion ratios. First, by merely subtracting one ratio from another, he ignores the proportional increase in the conversion ratio. For example, in Dr. Goedde's analysis, the difference in a conversion rate increase from 45% to 50% is calculated as a difference of 5%. However, the corresponding increase in projected revenue from this difference is over 10%.[12]

---

[10]  Goedde Declaration, p. 2.
[11]  Rebuttal Expert Report of Alan G. Goedde ("Goedde Rebuttal Report"), June 22, 2007, p. 76.
[12]  As an illustration, if the Pipeline is 100 and the conversion ratio is 45%, the forecast is 45. A conversion ratio of 50% yields a forecast of 50. Thus the conversion ratio difference of 5 percentage points results in a new forecast of 50/45 = 111%, or an 11% increase.

6

*Rebuttal Declaration of George Foster*
*Confidential*

19. A second critique is that by taking the average of positive and negative differences, he minimizes the actual difference between the two conversion ratios. For example, if we compare two weeks, one in which the prior year's conversion ratio <u>was greater than</u> the current conversion ratio by 10%, and one in which the prior year's conversion ratio <u>was less than</u> the current conversion ratio by 10%, Dr. Goedde's method would result in an average difference of zero, despite the obvious disparities. Clearly two errors in opposite directions on different forecasts do not result in an accurate forecasting method. As one can see from my Figure 7A, there are instances of positive and negative differences in his analysis.

20. To correct Dr. Goedde's misleading characterization of the differences between the conversion ratio from the prior year and the imputed conversion ratio determined by Ms. Minton's Potential Forecast, I analyze the difference between conversion ratios by computing the average of the absolute value of the proportional difference between conversion ratios, as follows:

|Current conversion ratio – Prior year's conversion ratio| / Historical conversion ratio[13]

21. Use of absolute values (and squared values) is an approach long used in the forecasting literature to avoid making erroneous inferences about the relative forecasting ability of different models based on average forecast errors.[14] This absolute value measure makes all differences positive, and normalizes the differences by the value of the prior year's conversion ratio. The quarterly averages of the differences in the conversion ratios (for dates Dr. Goedde includes in his Exhibit 1) are:

---

[13] The mathematical symbol for absolute value is illustrated as a vertical line, thus the numerator is calculated as a positive number regardless of whether the difference is positive or negative from the subtraction equation

[14] George Foster, *Financial Statement Analysis*, 2nd Edition (Englewood Cliffs: Prentice-Hall, 1986), 264-269.

*Rebuttal Declaration of George Foster*
*Confidential*

| Comparison of Calculations of Differences in Conversion Ratios | | |
|---|---|---|
| | Quarterly Average, Difference Between Prior Year Conversion Ratio and Potential Forecast Conversion Ratio | Quarterly Average, Absolute Percentage Change in Conversion Ratios |
| Q3 FY00 | 1% | 4% |
| Q4 FY00 | 6% | 11% |
| Q1 FY01 | 8% | 13% |
| Q2 FY01 | 4% | 8% |
| Q3 FY01 | 2% | 4% |
| Q4 FY01 | 9% | 16% |

22. These absolute value difference results highlight the misleading conclusion that can be drawn based on average forecasting errors. The average value for Q3 FY2001 for this computation is four percent, which is twice as large as the two percentage points reported by Dr. Goedde (See Figure 7). Moreover, examining the data from Q3 FY 2001 indicates that there is a substantial increase in the difference between the conversion ratios toward the end of the quarter, especially when the Upside Reports for February 27 and February 28, 2001 are included.[15] This variation within the quarter cannot be explained by a theory that Ms. Minton was basing her forecasts on the prior year's conversion ratios.

23. The results in my Figure 7 demonstrate that Dr. Goedde's implied conversion ratio comparison to the actual conversion ratio based test support exactly the opposite conclusion to the "no difference" conclusion he draws. The substantial differences in the implied conversion ratio vis-à-vis the actual ratio from the prior year are fully consistent with Ms. Minton using her judgment. This is highlighted by the fact that the differences between conversion ratios are sizeable and positive in some cases and sizeable and negative in other cases. My Figure 7 results reinforce my conclusion from my analysis in Figures 3 through 6 that Dr. Goedde is incorrect to assert that Ms. Minton mechanically applies the historical conversion ratio in her forecasting.

---

[15] Dr. Goedde included the February 27 and 28, 2001 Upside Reports in the analysis contained in his Rebuttal Report, but omitted them from the Goedde Declaration.

### B. Dr. Goedde's Hypothesis

24. Dr. Goedde's theory is that Ms. Minton based her Potential Forecast on the mechanical conversion ratio-based forecast. In his declaration, he therefore tests the hypothesis that the mechanical conversion ratio-based forecast predicts the Potential Forecast. His analysis is attached as Figure 1 in this Rebuttal Declaration, with the addition of letter codes to identify his columns. In this analysis, Dr. Goedde includes the Potential Forecast (column K) and the "Forecast Using Prior Year Conversion Rate and Current Pipeline" (column L) (the mechanical conversion ratio forecast).

25. The lines plotting these two variables are not identical (and not even particularly close in multiple instances). Dr. Goedde uses a regression analysis to reach his conclusion that they are very similar. Regression analysis is a commonly used technique to analyze relationships among variables, and it is used widely in academic research as well as in litigation settings. A regression analysis measures correlations between variables, and will provide estimates and statistics to explain how well different variables are correlated.

26. According to Dr. Goedde, he tested the relationship between the two variables and found that "…94% (Adjusted R-Squared) of any <u>variations</u> over time in Ms. Minton's Potential Forecast can be explained by similar <u>variations</u> in the calculated forecast based on the prior year's conversion rate (emphasis added)."[16] However, a closer look at his regression analysis reveals that this conclusion is not supported by his analysis. And in fact, using his own data and properly applying a regression analysis to test his hypothesis yields exactly the opposite conclusion.

27. Consider a simple example, based on the hypothetical table below:

|  | Hypothetical Mechanical Conversion Ratio-based Forecast | | Hypothetical Potential Forecast | |
|---|---|---|---|---|
|  | Level | Variation from Prior Week | Level | Variation |
| Week 1 | 100 |  | 99 |  |
| Week 2 | 110 | +10 | 108 | +9 |
| Week 3 | 95 | -15 | 94 | -14 |

---

[16] Goedde Declaration, p. 2

9

*Rebuttal Declaration of George Foster*
*Confidential*

28. Were Dr. Goedde to test his hypothesis that variations in the mechanical conversion ratio-based forecast explained variations in the Potential Forecast, one would expect him to examine whether changes in the first variable are associated with changes in the second variable. Were the hypothesis true, we would expect to observe a pattern similar to the one in the hypothetical example above: When the level of the mechanical conversion ratio-based forecast increases (from 100 to 110 in the example), the level of the Potential Forecast also increases. Similarly, when the level of the mechanical conversion ratio-based forecast decreases, the Potential Forecast should decrease.

29. In order to test Dr. Goedde's theory that a variation in one causes a variation in the other, one would do a regression analysis using the change or variation from the prior week, as in the table above, in order to determine how accurately the variation in the mechanical conversion ratio-based analysis predicts variation in the Potential Forecast. Importantly, this is not what Dr. Goedde does. Instead of regressing the variations, he simply regresses the levels of the two variables.

### C. Using Regression Analysis to Properly Test Dr. Goedde's Hypothesis About Variations in Forecasts

30. It is simple to appropriately do the analysis suggested by Dr. Goedde's hypothesis, using the data he provided. Figure 2 of this Rebuttal Declaration replicates Goedde Exhibit 2, and contains additional calculations. I calculate the difference from the week prior for the Potential Forecast and the mechanical conversion ratio-based forecast. These differences are shown as columns L and O.

31. As a first step, it is illustrative to chart the changes in the two variables. This allows one to ask the basic question: If Dr. Goedde's mechanical conversion ratio-based forecast increases by $50 million from one week to the next, what happens to the Potential Forecast? If Dr. Goedde's hypothesis had merit, one would expect to see the weekly forecast variations for the two forecasts moving closely together, as in the hypothetical table above.

Case 3:01-cv-00988-MHP   Document 459-2   Filed 10/08/2007   Page 12 of 56

*Rebuttal Declaration of George Foster*
*Confidential*

32. Figure 8 below illustrates that the actual data look nothing like the relationship hypothesized by Dr. Goedde and his conclusion. Dr. Goedde would predict that both of the two columns for each Potential Forecast observation move in the same direction and be of similar magnitude (height). In fact, of the 28 potential sets of pair-wise data points, only 12 of these even move in the same direction. In other words, it is more likely that the two forecasts move in opposite directions than that they move in the same direction, much less the same general magnitude.[17]

Figure 8
Variations in Forecast Estimates from Previous Upside Report



*Source:* Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

*Note:* Changes for each Week 2 over previous week are not included, as they are the first observation for each quarter.

33. Using these variation data (often called "first differences") in a regression analysis, as suggested by Dr. Goedde's hypothesis, is even more revealing. Results of this analysis are summarized in Figure 9 below; full regression results are reported in Figures 9A and 9B appended to this Rebuttal Declaration. In this analysis, the regression is examining the correlation between the variation in the mechanical conversion ratio and the variation in the Potential Forecast. This is exactly what Dr.

---

[17] Changes from the last week of one quarter to the first week of the next are not included in this analysis, since they are forecasts for different quarters.

Goedde says in his conclusion – he states that he "found that 94% (Adjusted R Squared) of any variations over time in Ms. Minton's Potential Forecast can be explained by similar variations in the calculated forecast based on the prior year's conversion rate"[18] – but is not what he did in the regression he actually computed.

34. Given the differences in Figure 8, it is not surprising that the regression analysis summarized in Figure 9 below finds that the variation in Dr. Goedde's mechanical conversion rate (column O in Figure 2) explains less than 4% (adjusted R-Squared) of the variation in the Potential Forecast (column L) when the percent change is used (Figure 9A), and approximately 2% when the dollar change is used (Figure 9B). The negative coefficient on the prior year's conversion ratio (Dr. Goedde's variable) in both Figures 9A and 9B highlights that there is no statistically significant positive relationship of the kind Dr. Goedde has concluded from his poorly specified regression analysis.

---

[18]   Goedde Declaration, p. 2.

*Rebuttal Declaration of George Foster*
*Confidential*

Figure 9
Regression Results Using Variations in Forecasts from Prior Upside Report

| Independent Variable | Dependent Variable | |
|---|---|---|
| | Percent Change in Potential Forecast from Previous Upside Report | Dollar Change in Potential Forecast from Previous Upside Report |
| Dollar Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate | --- | -0.100 (-0.616) |
| Percent Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate | -0.007 (-0.041) | --- |
| *Multiple R* | 0.008 | 0.120 |
| *Adjusted R* $^2$ | -0.038 | -0.024 |

*Notes* :
   t-statistics appear in parentheses.
   Neither is statistically significant at 5% level.
*Sources* :
[1] Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for
     Summary Judgment, August 26, 2007, Exhibit 2.
[2] Figure 2

### D.  Understanding Dr. Goedde's Regression

35.  A related and important question is to understand what Dr. Goedde is showing with
his regression analysis and how to properly interpret these results.  Superficially, by
regressing the levels of his mechanical conversion ratio and the Potential Forecast,
he reports a strong relationship between the Potential Forecast and the mechanical
conversion ratio forecast (Adjusted R-Squared of 93.4%) and a statistically
significant slope coefficient.  His results are shown below:

13

*Rebuttal Declaration of George Foster*
*Confidential*

Figure 10
Dr. Goedde's Regression Results

Independent variable: Goedde's Predicted Forecast Using Prior Year's Conversion Rate
Dependent variable: Current Potential Forecast

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.96762239 |
| R Square | 0.936293089 |
| Adjusted R Square | 0.934238027 |
| Standard Error | 75115580.57 |
| Observations | 33 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 2.57067E+18 | 2.57067E+18 | 455.6034078 | 4.27614E-20 |
| Residual | 31 | 1.74913E+17 | 5.64235E+15 | | |
| Total | 32 | 2.74559E+18 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 74280691.9 | 52924356.84 | 1.403525642 | 0.170398458 | -33659245.09 | 182220628.9 | -33659245.09 | 182220628.9 |
| X Variable 1 | 0.866003236 | 0.040571964 | 21.34486842 | 4.27614E-20 | 0.78325617 | 0.948750303 | 0.78325617 | 0.948750303 |

*Source:*
Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007.

36. Dr. Goedde's regression appears to show that if you take Dr. Goedde's mechanical conversion rate forecast, multiply it by .866 (the slope coefficient of the independent variable) and add approximately $74 million (the intercept), you can explain 93.4% of the observed Potential Forecast. Notably, while the .866 coefficient is statistically significant, the 95% confidence interval varies from .783 to .949. On a predicted Potential Forecast of $1,000 million, in other words, the 95% confidence interval would give you a range from approximately $911 million to approximately $1,089 million, a difference of over $177 million.[19] This is hardly a tight and narrow prediction. More specifically, as of week 2 of Q3 FY 2001, Dr. Goedde's regression has a 95% confidence interval ranging from $1,299 million to $1,559 million, a range of nearly $260 million.[20] Given the size of this range, Dr. Goedde's results, even if taken at his erroneous interpretation, show that the conversion ratio alone cannot explain the Potential Forecast – there is simply too wide a confidence interval around the estimate. As a result, at a minimum, Jennifer Minton must not have been

---

[19] This example assumes an independent variable of $1,069 million. The 95% confidence interval is equal to $1,000 million plus or minus the product of $1,069 million, 2.04, and the standard error of the coefficient of Dr. Goedde's regression. Goedde Exhibits 2 and 3.

[20] The 95% confidence interval is equal to the predicted value of Dr. Goedde's dependent variable as of Week 2 Q3 FY 2001 ($1,355 million) plus or minus the product of the independent variable ($1,565 million), 2.04, and the standard error of the coefficient of Dr. Goedde's regression.

14

*Rebuttal Declaration of George Foster*
*Confidential*

mechanically relying on the conversion ratio of the corresponding prior year's
forecast to determine the Potential Forecast.

37. From a scientific perspective, there is an even more glaring and fundamental
problem than the width of the confidence interval. The supposed strength of Dr.
Goedde's analysis—its ability to explain 93.4% of the Potential Forecast—is not the
result of any causal relationship between variation in the mechanical conversion
ratio-based forecast and the variation in the Potential Forecast. Rather, his results are
an artifact of running a regression with the levels (as opposed to changes or
variations) of time series data.

38. The forecast and pipeline data Dr. Goedde uses is a form of time series data, in that
these data are organized sequentially in time. It is a well-established principle in
econometrics that regressing one time series on another will give you a large
adjusted R-Squared, even if there is no causal connection.[21] In fact, the Federal
Judicial Center's Reference Manual on Scientific Evidence states that when
analyzing time series data, the R-Squared is not a useful indicator of goodness of fit:

> What level of $R^2$, if any, should lead to a conclusion that the model is
> satisfactory? Unfortunately, there is no clear-cut answer to this question, since the
> magnitude of $R^2$ depends on the characteristics of the data being studied and, in
> particular, whether the data vary over time or over individuals. Typically, an $R^2$ is
> low in cross-section studies in which differences in individual behavior are
> explained. It is likely that these individual differences are caused by many factors
> that cannot be measured. As a result, the expert cannot hope to explain most of
> the variation. In time-series studies, in contrast, the expert is explaining the
> movement of aggregates over time. **Since most aggregate time series have
> substantial growth, or trend, in common, it will not be difficult to "explain"
> one time series using another time series, simply because both are moving
> together. It follows as a corollary that a high $R^2$ does not by itself mean that
> the variables included in the model are the appropriate ones.**[22] [emphasis
> added]

39. The time-series nature of the Oracle forecast and Pipeline data is evident from
Figures 11 and 12, which reproduce Dr. Goedde's data in graphical form. In both
exhibits, the value of Dr. Goedde's independent or explanatory variable (mechanical

---

[21]   William H. Greene, *Econometrics*, 2nd Edition (Englewood Cliffs: Prentice Hall, 1990), 560-562.

[22]   *Reference Manual on Scientific Evidence*, 2nd Edition, Federal Judicial Center, 2000.

15

*Rebuttal Declaration of George Foster*
*Confidential*

conversion ratio forecast) is on the X axis and the value of the dependent variable, Ms. Minton's Potential Forecast, is on the Y axis. The largest values for Dr. Goedde's mechanical conversion ratio forecast and the Potential Forecast are for Q4 FY 2000. The smallest values are for Q1 FY 2001. While there are large differences between quarters, values within a quarter cluster together. This is due both to the seasonality and year-over year growth in Oracle's Potential Forecast and license Pipeline.

40. As explained below, Dr. Goedde's high R-Squared and statistically significant independent variable are the result of the influence of the seasonal patterns and year-over-year growth in Oracle's sales, and not the result of a predictive relationship between variations in the mechanical conversion-ratio based forecast and variations in the Potential Forecast.

### 1. Explaining Dr. Goedde's R-Squared and T-Statistics

41. A regression analysis finds a "best fit" line though the data points. The best fit line is the line one would draw if one were trying to find the best description of the relationship between the two variables, and is illustrated in Figure 12.[23]

42. Two common types of regression statistics are used to assess whether in fact a predictable relationship between the two variables exists as indicated by the best fit line. One is the t-statistic of the coefficient of the independent variable. If this t-statistic is large enough, then one concludes that the slope of the best fit line is different from zero, or, in other words, a change in the value of the independent variable is correlated with a change in the dependent variable.

43. The R-Squared, Adjusted R-Squared or Multiple R measure the ratio of the dispersion of the dependent variable (in this case the Potential Forecast) "explained" by the independent variable (the mechanical conversion ratio) to the total dispersion of the dependent variable. The total dispersion of the dependent variable is measured by the sum of the differences between each data point and the dependent variable's mean as indicated by the lines labeled A on Figure 11. The "explained"

---

[23] More technically, the best fit line is the line which minimizes the square of the differences between it and the data points. In this methodological discussion, by "regression" I refer to the method of Ordinary Least Squares.

16

*Rebuttal Declaration of George Foster*
*Confidential*

dispersion is the sum of the differences between the best fit line and the mean of the dependent variable. This is indicated by the lines labeled "B" in Figure 12. Almost always there will be some factors influencing the dependent variable that an independent variable cannot explain, which is why not every data point will be exactly on the line. If all the data points were on the regression line, you would be able to explain 100% of the correlation through a regression equation.

44. As is clear from Figure 12, the slope of Dr. Goedde's best fit line is due almost entirely to the differences between Oracle's fiscal quarters. His regression, therefore, measures the dispersion of Oracle's Potential Forecast and Pipeline <u>between</u> quarters, and not the relationship between variations in the mechanical conversion ratio and variations in the Potential Forecast <u>within</u> quarters.

45. Dr. Goedde's high Adjusted R-Squared and Multiple R are also the result of differences between Oracle's quarters. The explained and total dispersion of the Potential Forecast, the lines labeled "B" and "A", are dispersion arising from quarterly differences in the levels of the Potential and mechanical conversion ratio-based forecast. Dr. Goedde's regression is therefore "explaining" this temporal dispersion. He is not explaining how a change in the mechanical conversion ratio-based forecast <u>within</u> quarters explains changes in the Potential Forecast <u>within</u> quarters. In Dr. Goedde's regression, the ratio of the lines labeled "B" to the lines labeled "A", the explained total dispersion, is over 90% because the levels of the two variables differ so much <u>between</u> quarters.

46. More intuitively, these exhibits also illustrate why Dr. Goedde's interpretation of his regression's high R-Squared is erroneous. Notice that most of the variation in Figure 11 is due to the dispersion between data points in <u>different</u> fiscal quarters, not the dispersion <u>within</u> the same fiscal quarters. Therefore, most of the variation that Dr. Goedde's regression is "explaining" is variation that arises from different levels of sales in different quarters, *i.e.*, arising from the seasonality and year-over-year change in Oracle's license sales and hence its Potential Forecast and its Pipeline.

47. One would expect the current Pipeline and the Potential Forecast to change from quarter to quarter together. It does not follow, however, that Ms. Minton's Potential

17

*Rebuttal Declaration of George Foster*
*Confidential*

Forecast was based on a simple multiplication of the current Pipeline and historical conversion ratio. Dr. Goedde is therefore mistaken to conclude that his regression results and his reported high R-Squared supports his view that variations in Ms. Minton's Potential is based on variations in the prior year's conversion ratio.

48. A regression that does not include the mechanical conversion ratio at all and instead uses the individual quarters as explanatory variables shows the powerful influence of Oracle's year-over-year/seasonal change on the Potential Forecast. In this case the adjusted R-Squared (0.967 from Figure 13) is actually higher than Dr. Goedde's regression (0.934 from Figure 10). The coefficients on the quarterly dummy variables[24] are, in effect, simple averages of each quarter's Potential Forecast, and these have greater explanatory power than Dr. Goedde's mechanical conversion ratio-based forecast. Thus it is the year-over-year/seasonal change in Oracle's business that is leading to the Dr. Goedde's high adjusted R-Squared, not a relationship between variations in the mechanical conversion ratio-based forecast and the Potential Forecast (*See* Figure 13).

---

[24] Each quarter but one is identified with a "dummy" variable that is equal to 1 for that quarter and 0 otherwise.

*Rebuttal Declaration of George Foster*
*Confidential*

Figure 13

Regression Analysis - Potential Forecast vs. Quarterly Dummy Variables

(Q3 FY2000 - Q3 FY2001)

|  | Dependent Variable |
|---|---|
| **Independent Variable** | **Potential Forecast** |
| Q4 FY2000 dummy variable | 711,409 |
|  | (22.096)* |
| Q1 FY2001 dummy variable | -150,308 |
|  | (-5.0812)* |
| Q2 FY2001 dummy variable | 171,208 |
|  | (5.577)* |
| Q3 FY2001 dummy variable | 368,877 |
|  | (13.163)* |
| *Multiple R* | 0.985 |
| *Adjusted R $^2$* | 0.967 |

*Notes*:
  t-statistics appear in parentheses.
  *Statistically significant at 5% level.

*Sources*:
[1] Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to
  Defendant's Motion for Summary Judgment, August 26, 2007, Exhibits 1
  and 2.
[2] Figure 2

49. A related problem in time series data is autocorrelation of a regression's residuals. A
standard procedure to assess the degree of this problem is to compute a Durbin-
Watson statistic, which measures the autocorrelation. In order for the Ordinary
Least Squares method (the method used by Dr. Goedde) to be appropriate, the data
should not be autocorrelated. If this assumption is violated and autocorrelated data is
used in an Ordinary Least Squares regression, then R-Squared will be overestimated,
the standard errors will be underestimated, and the t-statistics and statistical
significance of the coefficients will be overestimated.[25]

50. Dr. Goedde makes no mention of the time series nature of his data and does not
compute a Durbin-Watson statistic. In fact, the Durbin-Watson statistic for Dr.

---

[25] Peter Kennedy, *A Guide to Econometrics*, 3rd Edition (Cambridge: MIT Press, 1993), 119-
122.

Goedde's regression indicates that the residuals are significantly autocorrelated.[26] Not only does this cast further doubt on the credibility of Dr. Goedde's results, but it also casts doubt on the reliability of Dr. Goedde's statistical testimony.

51. In summary, rather than being confirmatory of Dr. Goedde's hypothesis, a careful and scientific review of Dr. Goedde's methods shows that his conclusions are unfounded, and are based on a misunderstanding of his data, basic statistical and regression principles, and Oracle's business. The evidence from the forecasting tests (Figures 3 through 6B), the conversion ratio tests (Figures 7 and 7A), and the regression analysis specification tests (Figures 9-9B through 13) all indicate that Dr. Goedde is wrong in concluding that Jennifer Minton's Potential Forecast for Oracle's quarterly license revenue was primarily based on the prior year's conversion ratio and current quarter Pipeline.

## IV. CRITIQUE OF DR. GOEDDE'S ANALYSIS OF MANAGEMENT JUDGMENT IN THE POTENTIAL FORECAST

52. Dr. Goedde's declaration contains a new analysis not contained in his reports or completed prior to his deposition related to the amount of management judgment applied to the Field Forecast. Dr. Goedde's hypothesis regarding management judgment is that on or around week four of Q2 FY2001, Larry Ellison issued a directive that was intended to have additional management judgment added at the field level prior to Jennifer Minton's Upside adjustments. As an example, imagine a Field Forecast within a division that totaled $100 million before management judgment. Management judgment can be placed on top of the Field Forecast at several levels, up to and including the Division head. Prior to the supposed directive, perhaps there would be $10 million of management judgment, or risk, added to the forecast. Then Jennifer Minton would add an additional $15 million of her judgment for a total Potential Forecast of $125 million.

---

[26] The Durbin Watson statistic for Dr. Goedde's regression (0.59) is below the lower Durban Watson statistics limit (1.38) for the given number of observations (33) and the given number of explanatory variables (1). [Robert S. Pindyck and Daniel L. Rubinfeld, *Econometric Models and Economic Forecasts*, 3rd Edition (New York: McGraw-Hill, Inc., 1991), 568.] In other words, Dr. Goedde's regression residuals are positively autocorrelated (*See* Figure 17).

*Rebuttal Declaration of George Foster*
*Confidential*

53.  According to Dr. Goedde's hypothesis, following Larry Ellison's supposed directive, various levels (he does not specify which ones) of division management below Jennifer Minton suddenly increased the amount of judgment they applied. Again, using the hypothetical above, under the new system, there might now be $20 million of total division management judgment compared to $10 million previously.

54.  Continuing the hypothetical, if Jennifer Minton herself made no change in her Upside adjustment, then the total Potential Forecast for the division would be $120 + $15 = $135 million compared to $125 million previously.  Under Dr. Goedde's hypothesis, Jennifer Minton either purposely or accidentally failed to make any adjustment for the supposed directive.  Thus Dr. Goedde claims Minton was "effectively doubling the amount of risk that had previously been in the forecast."[27]

### A.  There is No Evidence of a Formal Directive by Ellison

55.  I analyzed the emails that Dr. Goedde argues proved that Mr. Ellison issued a directive to the field.[28]  Notably, the emails are not authored by Mr. Ellison.

56.  A second aspect Dr. Goedde ignores is how many divisions or geographies of Oracle received this alleged directive.  A third aspect Dr. Goedde ignores is how quickly the hundreds of sales people in the many divisions or geographies implemented this alleged directive.  In his Declaration Exhibits 4 through 6, Dr. Goedde uses week four of Q2 FY2001 as an approximate date for the alleged directive and assumes by December 2000 that it had been implemented across all the many divisions or geographies.  Based on my experience of examining the management control-systems of large companies, this is a very naïve assumption.  Dr. Goedde does not present systematic evidence of adoption of the alleged directive, let alone systematic evidence within a period just three months after its issuance.

---

[27]  Goedde Report, pp. 24-25.
[28]  Email from Patricia McManus to James English, October 6, 2000, NDCA-ORCL 203683; Email from Sandy Sanderson to Sebastian J. Gunningham *et. al.*, September 19, 2000, NDCA-ORCL 028211-212; Email from Jennifer Minton to William Plant *et. al.*, September 19, 2000, NDCA-ORCL 151956-962;

Case 3:01-cv-00988-MJJ Document 409-2 Filed 10/09/2007 Page 23 of 56

*Rebuttal Declaration of George Foster*
*Confidential*

57. The absence of a document from Mr. Ellison asking for additional risk in the forecast is consistent with Mr. Ellison's own testimony. When asked directly whether he wanted more risk in the field's forecast, Mr. Ellison responded "No":

> Q   Okay. At around this time, did you want more risk to be put into the forecasts?
>
> …
>
> THE WITNESS: No. I've always wanted the forecast to be accurate. You know, I would say slightly conservative but accurate.[29]

58. When asked to explain the email that Dr. Goedde cites as proof of the supposed Ellison directive, Mr. Ellison explained that he wanted more information, not a change in the amount of risk in the forecast, and that he did not expect sales executives to change their forecasting behavior:

> Q   Do you recognize this?
>
> A   I don't.
>
> Q   You will see, on the third page of the exhibit -- well, first, on the first page, the subject is "Draft New terminology on Forecasting"
>
> A   Yeah.
>
> Q   It's dated October the 6th, 2000; right?
>
> A   Right.
>
> Q   And then the third page has some text, and it starts, "Hi, Jim, we can talk through the recommendation, let me know your thoughts... "Recently Larry has changed the way that he is interpreting our forecast. He would like us to reflect our numbers as follows," and then there's a "Worst," "Forecast," and a "Best" category. Do you see that?
>
> A   I do.
>
> Q   Does this reflect the -- a change in forecasting that you directed?
>
> A   Yeah. I was trying to accomplish two things. I wanted to -- you know, yeah. Rather than a single number -- rather than getting a single number, I wanted to get three numbers: Worst case, most likely case, and best case --
>
> THE REPORTER: Say it one more time.
>
> THE WITNESS: Rather than getting a single forecast number from each of the sales executives, I wanted to get three separate numbers reflecting a worst case, guaranteed we will at least do that well; a most likely case, what you thought you were actually going to do; and a best case, if everything goes

---

[29] Deposition of Lawrence J. Ellison, September 21, 2006, p. 423.

really well, how high could it go. And I was also trying to get -- in putting in the new methodology, I was also trying to synchronize the way Europe forecasts with the way Latin America forecasts and Asia Pacific and different groups would have different ways of doing their forecast. And I was trying to get as much of that variability out of the system as possible. Now, you can't get the personalities out of the system. I mean, if you have a conservative sales executive, they are going to forecast conservatively. If you have an optimistic sales executive, they are going to forecast less conservatively.

BY MR. SOLOMON: Q    What drove you to make this change?

A    The -- we were going to put the three numbers in the computer system. What I wanted to see -- I've done -- to get more information, just  getting more -- you know, getting more data rather  than one number, which usually was someplace between  the best case and the most likely -- what they used to call a commit forecast; one we could count on.  I was trying to, you know, get a better idea of what, you know -- get more data -- more data to work with. [30]

59. This deposition transcript, which Dr. Goedde cites in his original report as evidence of the alleged Ellison directive to increase the risk in the field's forecast, clearly shows no evidence that Mr. Ellison asked Oracle's field sales force to increase the amount of risk in their forecast.[31]  Rather, Mr. Ellison wanted more information and to standardize forecasting practices across divisions.  Dr. Goedde's characterization of Mr. Ellison's intent is misleading.

60. Mr. Ellison's testimony is entirely consistent with Jennifer Minton's characterization of his concerns about the forecasting process in Q3 FY 2001.  Jennifer Minton testified that she did not recall an increase in risk in the Field Forecast, and that the field was merely instructed on how to report its forecasts consistently across divisions:

Q    Does this refresh your recollection at all on whether there was any changes made in response to Larry Ellison being frustrated, if you will, about the field's commit number?

MR. WALD:  Object to the form.

THE WITNESS:  No.  Again, what I recall during this time frame was that we were rolling out a new application, Oracle sales online, and we wanted to have consistent definitions so that the field would be using a new application

---

[30]    Deposition of Lawrence J. Ellison, September 21, 2006, p. 424-426.
[31]    Goedde Report, p. 22.

in a consistent fashion. Again, in part, due to the fact that we had three different sales organizations in North America.

BY MR. BRITTON: Q. Do you remember, during this period of time, Larry changing the way that he was interpreting the forecasts from the field?

A No.

Q Okay. Now, the fourth paragraph says "This is a change from our current thinking in that our forecasts is not usually had [sic] a significant amount of judgment. It was the amount that you believed you could deliver at a minimum." Do you remember whether the Field Forecast beginning in Q2 of 2001 included more management judgment than it had in the past?

A I do not recall.[32]

61. Similarly Jeff Henley did not recall if there was more risk in the forecast in Q3 FY 2001:

MR. SOLOMON: Q. So you don't know if more risk was in the forecast in fiscal '01 than earlier, correct?

A. I don't recall her methodology or her thought processes or how she was assigning these things, no.[33]

62. The deposition evidence is clear that

a. Mr. Ellison did not issue an email or memo to all the sales force of Oracle asking them to increasing the risk in the Field's Forecast; and

b. Senior Oracle executives that were at the center of the forecasting process had no recollection of an increase in the risk in the Field Forecast.

63. Finally, Figure 12 of my Rebuttal Report (dated June 22, 2007) shows that Minton's Upside adjustment as a proportion of the Field Forecast tended to decline from the beginning to the end of each quarter. This is inconsistent with Ms. Minton's making a standard markup to the Field Forecast. Rather, it is consistent with her adjusting her forecast based on her judgment, incorporating a wide variety of information.

### B. Dr. Goedde's New Analysis Does Not Indicate an Increase in Management Judgment

64. To test his hypothesis that the field increased the risk in its forecast, Dr. Goedde gathers data from various forecast packages for three divisions within Oracle: OSI,

---

[32] Deposition of Jennifer Minton, July 7, 2006, p. 111-112.
[33] Deposition of Jeffrey Henley, November 16, 2006, p. 278

OPI, and NAS. He then provides charts of his data (Exhibits 4 - 6 of the Goedde Declaration) and concludes that these charts confirm his hypothesis. Presumably the basis of this conclusion is that there are some larger management judgment amounts after the directive. However, Dr. Goedde's analysis suffers from two major problems:

   a.   He again misinterprets the data he is analyzing, resulting in important errors in his conclusions; and

   b.   He fails to test whether, in fact, Minton's Upside adjustment did not take into account any increase in management judgment, resulting in a "doubling of risk in the Potential Forecast."

### 1. Misinterpretation of the OPI and OSI Data

65. For the OPI data, shown in Goedde Rebuttal Exhibit 6, there is very little management judgment in the weeks following the supposed directive other than a couple of very large spikes in Q3 FY 2001. Dr. Goedde states in his declaration that in OPI in Q3 FY 2001, "[t]he first two reports of the quarter (Weeks 2 and 4) reflect 'management judgment' for the entire forecast, $160 million and $150 million, respectively."[34] If Dr. Goedde were correct, this would mean that all of the OPI forecast in these weeks was management judgment, and that therefore, the sales force was forecasting sales of zero dollars for the entire quarter. The OPI forecast documents report nothing of the sort. It is true that the Week 2 forecast package and versions of the Week 4 OPI forecast documents report that the forecast is made up entirely of management judgment at the AVP level (but with zero management judgment at the EVP level).

66. However, the forecast that at first looks to be all management judgment appears upon closer examination to be an artifact of the way the data was reported, rather than representing a situation where the sales force believed that it would literally not make any sales during Q3 FY 2001 and management believed that instead, the

---

[34]   Quote from Goedde Declaration, p. 4. Week 2 report is NDCA-ORCL 39026-39067, p. 3; week 4 report is NDCA-ORCL 96056-96071, p. 1.

division would make $150 million in sales. Indeed, by week 2 of Q3 FY 2001, OPI had already closed the $60 million Covisint transaction, so a field forecast of zero at that time is obviously nonsensical.[35] This alternate interpretation of the data Dr. Goedde cites is borne out by Volume 2 of the Week 4 OPI forecast package, which Dr. Goedde did not discuss.[36] This package breaks out the forecast into the management judgment and non-judgment parts. In this package, instead of total management judgment equaling $150 million, it equals negative $8 million. In each regional subdivision, the forecast numbers inclusive of management judgment are otherwise identical to the ones that appear in the Week 4 forecast package that Dr. Goedde cites. These data strongly suggest that management judgment was very small (or perhaps even negative) in Week 2 as well, because the total forecast was only $10 million higher in Week 2 than in Week 4.

67. Perhaps more importantly, Dr. Goedde reaches his conclusion that the directive resulted in an increase based on virtually no data from the "before directive" period. He does not provide sufficient data to judge with any degree of certainty whether there was an increase in division management judgment beginning approximately the fourth week of Q2 FY2001 in OSI or OPI. For OSI, Dr. Goedde presents only two data points prior to the fourth week of Q2 FY2001 and for OPI only one. Based on Oracle's undisputed forecast process, it is very likely that prior to these dates there was management judgment.

### 2. Misinterpretation of the NAS Data

68. For the NAS data, there are several forecast data points after the date of the supposed directive in which management judgment is higher than in forecast data points immediately before the directive. However, Dr. Goedde's own data show that there were instances of almost the same absolute dollar amount of division-level judgment before the supposed directive as after the supposed directive (both over $100 million). Again, this suggests that Dr. Goedde's conclusion is an overly simplistic view of how forecasts are prepared and what impact, if any, Larry Ellison's supposed directive had on the sales force and division management.

---

[35] Deposition of Safra Catz, July 2, 2006, p. 82.
[36] NDCA-ORCL 411057-411075.

69.   The Oracle database examined by Dr. Goedde and myself enables identification of:
(i) the field forecast before any adjustment; (ii) adjustments by Oracle division
executives to take account of factors they view as not fully incorporated into the field
forecast in (i); and (iii) the Upside amount that Jennifer Minton makes to the Field
Forecast that is the sum of components (i) and (ii).  Figure 14 computes the
following ratio: Minton's Upside adjustment divided by the Field Forecast including
adjustments for Oracle executive judgments.  Dr. Goedde argues that Minton
erroneously added more risk to the Field Forecast beginning approximately the
fourth week of Q2 FY2001.  Note, however, that the ratio of Minton's Upside to the
Field Forecast decreases in the post-week four Q2 FY2001 period to a mean of 9
percent from a mean of 22 percent in the pre-week four Q2 FY2001 period.  Dr.
Goedde does not report that such a reduction in Minton's relative adjustment
occurred after the alleged Ellison directive.  Nor does he explain how this reduction
is consistent with his argument that after week four of Q2 FY2001, Minton increased
the total risk component of Oracle's forecast.

*Rebuttal Declaration of George Foster*
*Confidential*



Figure 14
Potential Forecast as a Percent of Field Forecast



70. To further analyze these issues, I compare the amount of total management judgment in the NAS Potential Forecast before and after the supposed Ellison directive by calculating the ratio of the Potential Forecast for NAS to the Field Forecast excluding all management judgment. This allows me to assess whether the combined amount of division management and Ms. Minton's judgment changed after the supposed Larry Ellison directive. In this analysis, summarized in Figure 15, the value of the Field Forecast excluding any judgment from either division management or Ms. Minton is equal to 100%. The height of each column indicates the total amount of judgment in the Potential Forecast relative to the Field Forecast without judgment. Therefore the height of each bar indicates how much combined judgment (from the division management and Ms. Minton) is in the Potential Forecast. For example, a bar of 130% would indicate that the combination of division management judgment and Ms. Minton's judgment resulted in a net increase of 30% over the field forecast alone.

28

*Rebuttal Declaration of George Foster*
*Confidential*

71. These calculations rely on the same NAS forecast data Dr. Goedde uses in his declaration. As is evident in Figure 15, there is no dramatic increase in the overall judgment ratio after the date of the alleged Ellison directive. In fact, the mean total amount of judgment applied during the weeks with available data before the alleged directive (approximately the fourth week of Q2 FY2001) is 25 percent and the mean total amount of judgment applied during the weeks after the directive is 18 percent

Figure 15
Net Upside and Field Judgment as a Percent of Field Forecast Before Judgment



Sources and Notes: Refer to Figure 15A.

72. Had more risk been added to the forecast, the ratio of net management judgment, illustrated by the height of each bar above 100%, would have increased post week four of Q2 FY2001 reflecting more division management judgment being added to the forecast and no associated reduction in Ms. Minton's judgment. In fact, according to the theory of Dr. Goedde, the total amount of judgment should have increased by a significant amount, perhaps even doubling.

73. However, as the graph clearly illustrates, no such change occurred. Thus even if Dr. Goedde were partially correct and there was an increase in division judgment, Minton apparently reduced her judgment sufficiently to offset any increase, as would

29

*Rebuttal Declaration of George Foster*
*Confidential*

be expected given her description of the basis for her Upside adjustments, [37] and consistent with the fact that Minton communicated regularly with her staff and division staff throughout the quarter.

74. I reserve the right to modify my opinions should additional data or documents come to my attention.

Respectfully submitted,

*George Foster*

George Foster
September 10, 2007

---

[37]    Deposition of Jennifer Minton, April 21, 2005, p. 122-127.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 1**
**Goedde Declaration Exhibit 1**

| | Forecast Date | Forecast Week | Pipeline | Actuals | Conversion Rate | | Forecast Date | Forecast Week | Pipeline | Potential Forecast | Forecast Using Prior Year Conversion Rate and Current Pipeline | Difference Between Prior Year Conversion Rate Multiplied by the Current Pipeline and Potential Forecast | Quarterly Average Difference | As % of Average Calculated Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | At Following Year's Budget Rates | | | | | | At Current Year's Budget Rates | | | | | |
| **A** | **B** | **C** | **D** | **E** | **F** | **G** | **H** | **I** | **J** | **K** | **L** | **M** | **N** | **O** |
| **Q3 99** | 12/13/98 | Week 2 | $1,582,372,000 | $795,966,000 | 50% | **Q3 FY00** | 12/13/99 | Week 2 | $2,054,968,000 | $956,116,000 | $1,033,691,609 | $77,575,609 | | |
| | 1/10/99 | Week 6 | $1,631,990,000 | $795,745,000 | 49% | | 1/10/00 | Week 6 | $2,055,499,000 | $980,015,000 | $1,002,244,531 | $22,229,531 | | |
| | 1/24/99 | Week 8 | $1,632,013,000 | $795,739,000 | 49% | | 1/24/00 | Week 8 | $2,058,399,000 | $968,858,000 | $1,003,636,835 | $34,778,835 | | |
| | 2/7/99 | Week 10 | $1,632,013,000 | $795,818,000 | 49% | | 2/7/00 | Week 10 | $2,058,399,000 | $938,920,000 | $1,003,736,475 | $64,816,475 | | |
| | 2/14/99 | Week 11 | $1,530,912,000 | $795,818,000 | 52% | | 2/14/00 | Week 11 | $1,818,384,000 | $950,259,000 | $945,255,324 | ($5,003,676) | | |
| | 2/28/99 | Week 13 | $1,530,912,000 | $796,142,000 | 52% | | 2/28/00 | Week 13 | $1,816,384,000 | $973,541,000 | $944,600,075 | ($28,940,925) | $27,575,975 | 3% |
| **Q4 99** | 3/13/99 | Week 2 | $2,631,377,000 | $1,485,013,000 | 56% | **Q4 FY00** | 3/13/00 | Week 2 | $3,310,748,000 | $1,797,694,000 | $1,868,414,834 | $70,720,834 | | |
| | 4/10/99 | Week 6 | $2,744,684,000 | $1,484,259,000 | 54% | | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,550,000 | $1,877,775,684 | $232,225,684 | | |
| | 4/24/99 | Week 8 | $2,744,690,000 | $1,484,259,000 | 54% | | 4/24/00 | Week 8 | $3,472,373,000 | $1,620,424,000 | $1,877,771,580 | $257,347,580 | | |
| | 5/24/99 | Week 12 | $2,535,361,000 | $1,485,032,000 | 59% | | 5/24/00 | Week 12 | $3,267,241,000 | $1,635,522,000 | $1,913,714,629 | $278,192,629 | | |
| | 5/29/99 | Week 13 | $2,535,361,000 | $1,484,830,000 | 59% | | 5/29/00 | Week 13 | $3,267,241,000 | $1,664,279,000 | $1,913,454,318 | $249,175,318 | $217,532,409 | 12% |
| **Q1 FY00** | 6/19/99 | Week 2 | $1,027,888,000 | $603,711,000 | 59% | **Q1 FY01** | 6/19/00 | Week 2 | $1,765,898,000 | $890,785,000 | $1,037,167,520 | $146,382,520 | | |
| | 7/3/99 | Week 4 | $1,012,588,000 | $603,389,000 | 60% | | 7/3/00 | Week 4 | $1,737,782,000 | $893,553,000 | $1,035,523,375 | $141,970,375 | | |
| | 7/17/99 | Week 6 | $955,354,000 | $603,389,000 | 63% | | 7/17/00 | Week 6 | $1,584,737,000 | $844,700,000 | $1,000,899,011 | $156,199,011 | | |
| | 7/31/99 | Week 8 | $999,425,000 | $603,389,000 | 60% | | 7/31/00 | Week 8 | $1,567,331,000 | $784,509,000 | $946,254,381 | $161,745,381 | | |
| | 8/7/99 | Week 9 | $957,830,000 | $603,389,000 | 63% | | 8/7/00 | Week 9 | $1,349,003,000 | $761,447,000 | $849,810,061 | $88,363,061 | | |
| | 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% | | 8/14/00 | Week 10 | $1,309,074,000 | $758,242,000 | $835,781,999 | $77,539,999 | | |
| | 8/28/99 [1] | Week 12 | $882,174,000 | $603,389,000 | 68% | | 8/28/00 | Week 12 | $1,217,368,000 | $743,605,000 | $832,654,851 | $89,049,851 | $123,035,743 | 13% |
| **Q2 FY00** | 9/11/99 | Week 2 | $1,464,990,000 | $859,632,000 | 59% | **Q2 FY01** | 9/11/00 | Week 2 | $2,280,236,000 | $1,095,113,000 | $1,338,004,924 | $242,891,924 | | |
| | 9/25/99 [2] | Week 4 | $1,543,267,000 | $859,633,000 | 56% | | 9/25/00 | Week 4 | $2,285,073,000 | $1,120,585,000 | $1,272,834,939 | $152,249,939 | | |
| | 10/5/99 | Week 6 | $1,633,514,000 | $859,168,000 | 53% | | 10/5/00 | Week 6 | $2,352,287,000 | $1,141,246,000 | $1,237,216,037 | $95,970,037 | | |
| | 10/16/99 | Week 8 | $1,642,102,000 | $859,167,000 | 52% | | 10/16/00 | Week 8 | $2,319,243,000 | $1,144,078,000 | $1,213,455,102 | $69,377,102 | | |
| | 11/13/99 | Week 12 | $1,488,335,000 | $859,165,000 | 58% | | 11/13/00 | Week 12 | $2,032,129,000 | $1,150,688,000 | $1,173,078,717 | $22,390,717 | | |
| | 11/27/99 | Week 14 | $1,381,430,000 | $859,164,000 | 62% | | 11/27/00 | Week 14 | $1,853,940,000 | $1,143,247,000 | $1,153,035,989 | $9,788,989 | $98,778,118 | 8% |
| **Q3 FY00** | 12/11/99 | Week 2 | $1,949,375,000 | $1,029,793,000 | 53% | **Q3 FY01** | 12/11/00 | Week 2 | $2,961,737,000 | $1,420,272,000 | $1,564,591,744 | $144,319,744 | | |
| | 12/25/99 | Week 4 | $1,968,184,000 | $1,029,793,000 | 52% | | 12/25/00 | Week 4 | $2,633,350,000 | $1,420,272,000 | $1,377,821,076 | ($42,450,924) | | |
| | 1/15/00 | Week 6 | $2,015,185,000 | $1,029,793,000 | 51% | | 1/15/01 | Week 6 | $2,691,176,000 | $1,360,483,000 | $1,375,235,627 | $14,752,627 | | |
| | 1/22/00 | Week 8 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/22/01 | Week 8 | $2,649,859,000 | $1,359,507,000 | $1,351,656,999 | ($7,850,001) | | |
| | 1/29/00 | Week 9 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/29/01 | Week 9 | $2,649,859,000 | $1,308,007,000 | $1,351,656,999 | $43,649,999 | | |
| | 2/5/00 | Week 10 | 1829758000 | 1029792000 | 56% | | 2/5/01 | Week 10 | $2,417,909,000 | $1,275,265,000 | $1,360,804,732 | $85,539,732 | | |
| | 2/12/00 | Week 11 | $1,785,898,000 | $1,030,147,000 | 58% | | 2/12/01 | Week 11 | $2,296,078,000 | $1,280,441,000 | $1,324,430,546 | $43,989,546 | | |
| | 2/19/00 | Week 12 | $1,693,542,000 | $1,029,790,000 | 61% | | 2/19/01 | Week 12 | $2,166,375,000 | $1,270,613,000 | $1,317,304,980 | $46,491,980 | | |
| | 2/26/00 [3] | Week 13 | $1,609,185,000 | $1,029,790,000 | 64% | | 2/26/01 | Week 13 | $2,154,872,000 | $1,276,400,000 | $1,378,999,703 | $102,599,703 | $47,893,601 | 3% |

[1] Other data from the same week was excluded. Use data from 8/28 because it was the first forecast of the week. Use data from NDCA-ORCL 136060, which appears to be in line with the other forecasts for the week, instead of NDCA-ORCL 323775, which is also dated 8/28.
[2] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25.
[3] Other data from the same week was excluded. Use data from 2/26 because it was the first forecast of the week.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 2**
**Dr. Goedde's Exhibit 2 with Additional Calculations**

| [A] | [B] Forecast Date | [C] Forecast Week | At Following Year's Budget Rates [D] Pipeline | [E] Actuals | [F] Conversion Rate | [G] | [H] Forecast Date | [I] Forecast Week | At Current Year's Budget Rates [J] Pipeline | [K] Potential Forecast | [L]=Kt - Kt-1 Change in Potential Forecast from Previous Upside Report | [M]=[L]/Kt % Change in Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Q3 99** | 12/13/98 | Week 2 | $1,582,372,000 | $795,966,000 | 50% | **Q3 FY00** | 12/13/99 | Week 2 | $2,054,968,000 | $956,116,000 | | |
| | 1/10/99 | Week 6 | $1,631,990,000 | $795,745,000 | 49% | | 1/10/00 | Week 6 | $2,055,499,000 | $980,015,000 | $23,899,000 | 2.50% |
| | 1/24/99 | Week 8 | $1,632,013,000 | $795,739,000 | 49% | | 1/24/00 | Week 8 | $2,058,399,000 | $968,858,000 | -$11,157,000 | -1.14% |
| | 2/7/99 | Week 10 | $1,632,013,000 | $795,818,000 | 49% | | 2/7/00 | Week 10 | $2,058,399,000 | $938,920,000 | -$29,938,000 | -3.09% |
| | 2/14/99 | Week 11 | $1,530,912,000 | $795,818,000 | 52% | | 2/14/00 | Week 11 | $1,818,384,000 | $950,259,000 | $11,339,000 | 1.21% |
| | 2/28/99 | Week 13 | $1,530,912,000 | $796,142,000 | 52% | | 2/28/00 | Week 13 | $1,816,384,000 | $973,541,000 | $23,282,000 | 2.45% |
| **Q4 99** | 3/13/99 | Week 2 | $2,631,377,000 | $1,485,013,000 | 56% | **Q4 FY00** | 3/13/00 | Week 2 | $3,310,748,000 | $1,797,694,000 | | |
| | 4/10/99 | Week 6 | $2,744,684,000 | $1,484,259,000 | 54% | | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,550,000 | -$152,144,000 | -8.46% |
| | 4/24/99 | Week 8 | $2,744,690,000 | $1,484,259,000 | 54% | | 4/24/00 | Week 8 | $3,472,373,000 | $1,620,424,000 | -$25,126,000 | -1.53% |
| | 5/24/99 | Week 12 | $2,535,361,000 | $1,485,032,000 | 59% | | 5/24/00 | Week 12 | $3,267,241,000 | $1,635,522,000 | $15,098,000 | 0.93% |
| | 5/29/99 | Week 13 | $2,535,361,000 | $1,484,830,000 | 59% | | 5/29/00 | Week 13 | $3,267,241,000 | $1,664,279,000 | $28,757,000 | 1.76% |
| **Q1 FY00** | 6/19/99 | Week 2 | $1,027,888,000 | $603,711,000 | 59% | **Q1 FY01** | 6/19/00 | Week 2 | $1,765,898,000 | $890,785,000 | | |
| | 7/3/99 | Week 4 | $1,012,588,000 | $603,389,000 | 60% | | 7/3/00 | Week 4 | $1,737,782,000 | $893,553,000 | $2,768,000 | 0.31% |
| | 7/17/99 | Week 6 | $955,354,000 | $603,389,000 | 63% | | 7/17/00 | Week 6 | $1,584,737,000 | $844,700,000 | -$48,853,000 | -5.47% |
| | 7/31/99 | Week 8 | $999,425,000 | $603,389,000 | 60% | | 7/31/00 | Week 8 | $1,567,331,000 | $784,509,000 | -$60,191,000 | -7.13% |
| | 8/7/99 | Week 9 | $957,830,000 | $603,389,000 | 63% | | 8/7/00 | Week 9 | $1,349,003,000 | $761,447,000 | -$23,062,000 | -2.94% |
| | 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% | | 8/14/00 | Week 10 | $1,309,074,000 | $758,242,000 | -$3,205,000 | -0.42% |
| | 8/28/99 | Week 12 | $882,174,000 | $603,389,000 | 68% | | 8/28/00 | Week 12 | $1,217,368,000 | $743,605,000 | -$14,637,000 | -1.93% |
| **Q2 FY00** | 9/11/99 | Week 2 | $1,464,990,000 | $859,632,000 | 59% | **Q2 FY01** | 9/11/00 | Week 2 | $2,280,236,000 | $1,095,113,000 | | |
| | 9/25/99 | Week 4 | $1,543,267,000 | $859,633,000 | 56% | | 9/25/00 | Week 4 | $2,285,073,000 | $1,120,585,000 | $25,472,000 | 2.33% |
| | 10/5/99 | Week 6 | $1,633,514,000 | $859,168,000 | 53% | | 10/5/00 | Week 6 | $2,352,287,000 | $1,141,246,000 | $20,661,000 | 1.84% |
| | 10/16/99 | Week 8 | $1,642,102,000 | $859,167,000 | 52% | | 10/16/00 | Week 8 | $2,319,243,000 | $1,144,078,000 | $2,832,000 | 0.25% |
| | 11/13/99 | Week 12 | $1,488,335,000 | $859,165,000 | 58% | | 11/13/00 | Week 12 | $2,032,129,000 | $1,150,688,000 | $6,610,000 | 0.58% |
| | 11/27/99 | Week 14 | $1,381,430,000 | $859,164,000 | 62% | | 11/27/00 | Week 14 | $1,853,940,000 | $1,143,247,000 | -$7,441,000 | -0.65% |
| **Q3 FY00** | 12/11/99 | Week 2 | $1,949,375,000 | $1,029,793,000 | 53% | **Q3 FY01** | 12/11/00 | Week 2 | $2,961,737,000 | $1,420,272,000 | | |
| | 12/25/99 | Week 4 | $1,968,184,000 | $1,029,793,000 | 52% | | 12/25/00 | Week 4 | $2,633,350,000 | $1,420,272,000 | $0 | 0.00% |
| | 1/15/00 | Week 6 | $2,015,185,000 | $1,029,793,000 | 51% | | 1/15/01 | Week 6 | $2,691,176,000 | $1,360,483,000 | -$59,789,000 | -4.21% |
| | 1/22/00 | Week 8 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/22/01 | Week 8 | $2,649,859,000 | $1,359,507,000 | -$976,000 | -0.07% |
| | 1/29/00 | Week 9 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/29/01 | Week 9 | $2,649,859,000 | $1,308,007,000 | -$51,500,000 | -3.79% |
| | 2/5/00 | Week 10 | $1,829,758,000 | $1,029,792,000 | 56% | | 2/5/01 | Week 10 | $2,417,909,000 | $1,275,265,000 | -$32,742,000 | -2.50% |
| | 2/12/00 | Week 11 | $1,785,898,000 | $1,030,147,000 | 58% | | 2/12/01 | Week 11 | $2,296,078,000 | $1,280,441,000 | $5,176,000 | 0.41% |
| | 2/19/00 | Week 12 | $1,693,542,000 | $1,029,790,000 | 61% | | 2/19/01 | Week 12 | $2,166,375,000 | $1,270,813,000 | -$9,628,000 | -0.75% |
| | 2/26/00 | Week 13 | $1,609,185,000 | $1,029,790,000 | 64% | | 2/26/01 | Week 13 | $2,154,872,000 | $1,276,400,000 | $5,587,000 | 0.44% |

*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Actuals, Conversion Rate, Potential Forecast, and Forecast
Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan G. Goedde in Support
of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibits 1 and 2.
[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001
Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647
[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001
Product Revenue (Forecast v Actuals), "Mix" tab, NDCA-ORCL 277437-277439

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 2**
**Dr. Goedde's Exhibit 2 with Additional Calculations**

| [G] | [H] Forecast Date | [I] Forecast Week | [N]=[F]*[J] Forecast Using Prior Year Conversion Rate and Current Pipeline | [O]=Nt - Nt-1 Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate, from Previous Upside Report | [P]=[O] / Nt-1 % Change in Goedde Forecast Variable | [Q]=[N]-[K] Difference Between Prior Year Conversion Rate Multiplied by the Current Pipeline and Potential Forecast | [R] Quarterly Average Difference | [S]=[R] / N̄ As % of Average Calculated Forecast | [T] Q400 | [U] Q101 | [V] Q201 | [W] Q301 | [X] Current Quarter License Revenue at Current Year Budget Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Q3 FY00** | 12/13/99 | Week 2 | $1,033,691,609 | | | $77,575,609 | | | 0 | 0 | 0 | 0 [2] | $1,051,365,000 |
| | 1/10/00 | Week 6 | $1,002,244,531 | -$31,447,078 | -3.04% | $22,229,531 | | | 0 | 0 | 0 | 0 | $1,051,365,000 |
| | 1/24/00 | Week 8 | $1,003,636,835 | $1,392,304 | 0.14% | $34,778,835 | | | 0 | 0 | 0 | 0 | $1,051,365,000 |
| | 2/7/00 | Week 10 | $1,003,736,475 | $99,640 | 0.01% | $64,816,475 | | | 0 | 0 | 0 | 0 | $1,051,365,000 |
| | 2/14/00 | Week 11 | $945,255,324 | -$58,481,151 | -5.83% | -$5,003,676 | | | 0 | 0 | 0 | 0 | $1,051,365,000 |
| | 2/28/00 | Week 13 | $944,600,075 | -$655,248 | -0.07% | -$28,940,925 | $27,575,975 | 3% | 0 | 0 | 0 | 0 | $1,051,365,000 |
| **Q4 FY00** | 3/13/00 | Week 2 | $1,868,414,834 | | | $70,720,834 | | | 1 | 0 | 0 | 0 [2] | $1,831,770,000 |
| | 4/10/00 | Week 6 | $1,877,775,684 | $9,360,851 | 0.50% | $232,225,684 | | | 1 | 0 | 0 | 0 | $1,831,770,000 |
| | 4/24/00 | Week 8 | $1,877,771,580 | -$4,105 | 0.00% | $257,347,580 | | | 1 | 0 | 0 | 0 | $1,831,770,000 |
| | 5/24/00 | Week 12 | $1,913,714,629 | $35,943,050 | 1.91% | $278,192,629 | | | 1 | 0 | 0 | 0 | $1,831,770,000 |
| | 5/29/00 | Week 13 | $1,913,454,318 | -$260,311 | -0.01% | $249,175,318 | $217,532,409 | 12% | 1 | 0 | 0 | 0 | $1,831,770,000 |
| **Q1 FY01** | 6/19/00 | Week 2 | $1,037,167,520 | | | $146,382,520 | | | 0 | 1 | 0 | 0 [3] | $785,431,000 |
| | 7/3/00 | Week 4 | $1,035,523,375 | -$1,644,145 | -0.16% | $141,970,375 | | | 0 | 1 | 0 | 0 | $785,431,000 |
| | 7/17/00 | Week 6 | $1,000,899,011 | -$34,624,364 | -3.34% | $156,199,011 | | | 0 | 1 | 0 | 0 | $785,431,000 |
| | 7/31/00 | Week 8 | $946,254,381 | -$54,644,630 | -5.46% | $161,745,381 | | | 0 | 1 | 0 | 0 | $785,431,000 |
| | 8/7/00 | Week 9 | $849,810,061 | -$96,444,320 | -10.19% | $88,363,061 | | | 0 | 1 | 0 | 0 | $785,431,000 |
| | 8/14/00 | Week 10 | $835,781,999 | -$14,028,062 | -1.65% | $77,539,999 | | | 0 | 1 | 0 | 0 | $785,431,000 |
| | 8/28/00 | Week 12 | $832,654,851 | -$3,127,149 | -0.37% | $89,049,851 | $123,035,743 | 13% | 0 | 1 | 0 | 0 | $785,431,000 |
| **Q2 FY01** | 9/11/00 | Week 2 | $1,338,004,924 | | | $242,891,924 | | | 0 | 0 | 1 | 0 [3] | $1,124,838,000 |
| | 9/25/00 | Week 4 | $1,272,834,939 | -$65,169,984 | -4.87% | $152,249,939 | | | 0 | 0 | 1 | 0 | $1,124,838,000 |
| | 10/5/00 | Week 6 | $1,237,216,037 | -$35,618,902 | -2.80% | $95,970,037 | | | 0 | 0 | 1 | 0 | $1,124,838,000 |
| | 10/16/00 | Week 8 | $1,213,455,102 | -$23,760,934 | -1.92% | $69,377,102 | | | 0 | 0 | 1 | 0 | $1,124,838,000 |
| | 11/13/00 | Week 12 | $1,173,078,717 | -$40,376,385 | -3.33% | $22,390,717 | | | 0 | 0 | 1 | 0 | $1,124,838,000 |
| | 11/27/00 | Week 14 | $1,153,035,989 | -$20,042,728 | -1.71% | $9,788,989 | $98,778,118 | 8% | 0 | 0 | 1 | 0 | $1,124,838,000 |
| **Q3 FY01** | 12/11/00 | Week 2 | $1,564,591,744 | | | $144,319,744 | | | 0 | 0 | 0 | 1 [3] | $1,136,369,000 |
| | 12/25/00 | Week 4 | $1,377,821,076 | -$186,770,668 | -11.94% | -$42,450,924 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 1/15/01 | Week 6 | $1,375,235,627 | -$2,585,449 | -0.19% | $14,752,627 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 1/22/01 | Week 8 | $1,351,656,999 | -$23,578,628 | -1.71% | -$7,850,001 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 1/29/01 | Week 9 | $1,351,656,999 | $0 | 0.00% | $43,649,999 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 2/5/01 | Week 10 | $1,360,804,732 | $9,147,733 | 0.68% | $85,539,732 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 2/12/01 | Week 11 | $1,324,430,546 | -$36,374,186 | -2.67% | $43,989,546 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 2/19/01 | Week 12 | $1,317,304,980 | -$7,125,566 | -0.54% | $46,491,980 | | | 0 | 0 | 0 | 1 | $1,136,369,000 |
| | 2/26/01 | Week 13 | $1,378,999,703 | $61,694,722 | 4.68% | $102,599,703 | $47,893,601 | 3% | 0 | 0 | 0 | 1 | $1,136,369,000 |

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 3**

**Weekly Average, Forecast Error for Q3 FY2000-Q3 FY2001**



*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Prior Year Actuals, Conversion Rate, Potential Forecast, and Forecast Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001 Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647

[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001 Product Revenue (Forecast v Actuals), "Mix" tab, NDCA-ORCL 277437-277439

*Computations:*

For "Forecast Error Using Prior Year" Analysis: Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates

For "Forecast Error Using Potential Forecast" Analysis: Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates

*Notes:*  Number of observations by week: Week 2: 5, Week 4: 3, Week 6: 5, Week 8: 5, Week 9: 2, Week 10: 3, Week 11: 2, Week 12: 4, Week 13: 3, Week 14: 1. All license revenue values are at Budget Rates.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 4**

**Weekly Average, Absolute Value of the Forecast Error for Q3 FY2000-Q3 FY2001**



*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Prior Year Actuals, Conversion Rate, Potential Forecast, and Forecast Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001 Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647

[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001 Product Revenue (Forecast v Actuals), "Mix" tab, NDCA-ORCL 277437-277439

*Computations:*

For "Forecast Error Using Prior Year" Analysis: Absolute Value of the Forecast Error = ABS(Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates

For "Forecast Error Using Potential Forecast" Analysis: Absolute Value of the Forecast Error = ABS(Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates

*Notes:* Number of observations by week: Week 2: 5, Week 4: 3, Week 6: 5, Week 8: 5, Week 9: 2, Week 10: 3, Week 11: 2, Week 12: 4, Week 13: 3, Week 14: 1 . All license revenue values are at Budget Rates.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 5**

**Weekly Average, Mean Squared Forecast Error for Q3 FY2000-Q3 FY2001**



*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Prior Year Actuals, Conversion Rate, Potential Forecast, and Forecast Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001 Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647

[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001 Product Revenue (Forecast v Actuals), "Mix" tab, NDCA-ORCL 277437-277439

*Computations:*

For "Forecast Error Using Prior Year" Analysis: Mean Squared Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

For "Forecast Error Using Potential Forecast" Analysis: Mean Squared Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

*Notes:* Number of observations by week: Week 2: 5, Week 4: 3, Week 6: 5, Week 8: 5, Week 9: 2, Week 10: 3, Week 11: 2, Week 12: 4, Week 13: 3, Week 14: 1. All license revenue values are at Budget Rates.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 6A**
**Comparison of Forecast Errors**

| | Forecast Date | Forecast Week | Forecast Using Prior Year Compared to Current Quarter Actual License Revenue | | | | | | Potential Forecast Compared to Current Quarter License Revenue | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Forecast Error | Quarterly Average | Absolute Value of the Forecast Error | Quarterly Average | Mean Squared Forecast Error | Quarterly Average | Forecast Error | Quarterly Average | Absolute Value of the Forecast Error | Quarterly Average | Mean Squared Forecast Error | Quarterly Average |
| **Q3 FY00** | 12/13/99 | Week 2 | -2% | | 2% | | 29,708,878% | | -9% | | 9% | | 862,913,641% | |
| | 1/10/00 | Week 6 | -5% | | 5% | | 229,494,086% | | -7% | | 7% | | 484,210,764% | |
| | 1/24/00 | Week 8 | -5% | | 5% | | 216,668,592% | | -8% | | 8% | | 647,482,563% | |
| | 2/7/00 | Week 10 | -5% | | 5% | | 215,764,879% | | -11% | | 11% | | 1,202,615,459% | |
| | 2/14/00 | Week 11 | -10% | | 10% | | 1,070,918,606% | | -10% | | 10% | | 972,300,128% | |
| | 2/28/00 | Week 13 | -10% | -6% | 10% | 6% | 1,084,185,715% | 474,456,793% | -7% | -9% | 7% | 9% | 576,067,776% | 790,931,722% |
| **Q4 FY00** | 3/13/00 | Week 2 | 2% | | 2% | | 73,308,539% | | -2% | | 2% | | 63,390,806% | |
| | 4/10/00 | Week 6 | 3% | | 3% | | 115,545,238% | | -10% | | 10% | | 1,893,135,514% | |
| | 4/24/00 | Week 8 | 3% | | 3% | | 115,524,619% | | -12% | | 12% | | 2,438,468,351% | |
| | 5/24/00 | Week 12 | 4% | | 4% | | 366,581,083% | | -11% | | 11% | | 2,102,517,101% | |
| | 5/29/00 | Week 13 | 4% | 3% | 4% | 3% | 364,255,767% | 207,043,049% | -9% | -9% | 9% | 9% | 1,531,482,396% | 1,605,798,834% |
| **Q1 FY01** | 6/19/00 | Week 2 | 32% | | 32% | | 8,068,344,049% | | 13% | | 13% | | 1,413,168,734% | |
| | 7/3/00 | Week 4 | 32% | | 32% | | 7,963,296,077% | | 14% | | 14% | | 1,488,401,513% | |
| | 7/17/00 | Week 6 | 27% | | 27% | | 5,910,953,825% | | 8% | | 8% | | 447,246,717% | |
| | 7/31/00 | Week 8 | 20% | | 20% | | 3,292,989,440% | | 0% | | 0% | | 108,232% | |
| | 8/7/00 | Week 9 | 8% | | 8% | | 527,692,891% | | -3% | | 3% | | 73,237,784% | |
| | 8/14/00 | Week 10 | 6% | | 6% | | 322,781,138% | | -3% | | 3% | | 94,119,244% | |
| | 8/28/00 | Week 12 | 6% | 19% | 6% | 19% | 283,932,269% | 3,767,141,384% | -5% | 3% | 5% | 7% | 222,733,031% | 534,145,036% |
| **Q2 FY01** | 9/11/00 | Week 2 | 19% | | 19% | | 4,039,705,038% | | -3% | | 3% | | 78,551,367% | |
| | 9/25/00 | Week 4 | 13% | | 13% | | 1,947,222,092% | | 0% | | 0% | | 1,608,055% | |
| | 10/5/00 | Week 6 | 10% | | 10% | | 1,122,723,731% | | 1% | | 1% | | 23,934,332% | |
| | 10/16/00 | Week 8 | 8% | | 8% | | 698,144,163% | | 2% | | 2% | | 32,909,415% | |
| | 11/13/00 | Week 12 | 4% | | 4% | | 206,889,061% | | 2% | | 2% | | 59,406,100% | |
| | 11/27/00 | Week 14 | 3% | 9% | 3% | 9% | 70,688,097% | 1,347,562,030% | 2% | 1% | 2% | 2% | 30,128,008% | 37,756,214% |
| **Q3 FY01** | 12/11/00 | Week 2 | 38% | | 38% | | 16,136,899,040% | | 25% | | 25% | | 7,092,846,902% | |
| | 12/25/00 | Week 4 | 21% | | 21% | | 5,130,297,023% | | 25% | | 25% | | 7,092,846,902% | |
| | 1/15/01 | Week 6 | 21% | | 21% | | 5,021,015,655% | | 20% | | 20% | | 4,419,962,617% | |
| | 1/22/01 | Week 8 | 19% | | 19% | | 4,078,685,933% | | 20% | | 20% | | 4,381,549,219% | |
| | 1/29/01 | Week 9 | 19% | | 19% | | 4,078,685,933% | | 15% | | 15% | | 2,592,432,823% | |
| | 2/5/01 | Week 10 | 20% | | 20% | | 4,432,662,087% | | 12% | | 12% | | 1,697,696,683% | |
| | 2/12/01 | Week 11 | 17% | | 17% | | 3,112,294,082% | | 13% | | 13% | | 1,826,584,603% | |
| | 2/19/01 | Week 12 | 16% | | 16% | | 2,880,915,357% | | 12% | | 12% | | 1,590,609,136% | |
| | 2/26/01 | Week 13 | 21% | 21% | 21% | 21% | 5,180,505,459% | 5,561,328,951% | 12% | 17% | 12% | 17% | 1,725,555,780% | 3,602,231,630% |
| | Mean | | 11% | | 13% | | 2,678,462,983% | | 3% | | 9% | | 1,489,703,688% | |
| | Median | | 8% | | 10% | | 1,084,185,715% | | 0% | | 9% | | 972,300,128% | |

*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Prior Year Actuals, Conversion Rate, Potential Forecast, and Forecast Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan
G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001 Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647

[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001 Product Revenue (Forecast v Actuals), "Mix" tub, NDCA-ORCL 277437-277439

*Computations:*

For "Forecast Using Prior Year" Analysis:
    Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue
    at Current Year Budget Rates, Absolute Value of the Forecast Error = ABS(Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current
    Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Mean Squared Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline -
    Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

For "Potential Forecast" Analysis:
    Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Absolute Value
    of the Forecast Error = ABS(Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates,
    Mean Squared Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

*Note:*
    All license revenue values are at Budget Rates.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 6B**
**Comparison of Forecast Errors, by Week of Quarter**

**Forecast Using Prior Year Compared to Current Quarter License Revenue, by Week of Quarter**

| Week of Quarter | | Forecast Error Using Prior Year Conversion Rate | Weekly Average, Forecast Error Using Prior Year Conversion Rate | Absolute Value of the Forecast Error Using Prior Year Conversion Rate | Weekly Average, Absolute Value of Forecast Error Using Prior Year Conversion Rate | Mean Squared Forecast Error Using Prior Year Conversion Rate | Weekly Average, Mean Squared Forecast Error Using Prior Year Conversion Rate |
|---|---|---|---|---|---|---|---|
| 2 | Q3 FY00 | -2% | 18% | 2% | 18% | 29,708,878% | 5,669,593,109% |
|  | Q4 FY00 | 2% |  | 2% |  | 73,308,539% |  |
|  | Q1 FY01 | 32% |  | 32% |  | 8,008,344,049% |  |
|  | Q2 FY01 | 19% |  | 19% |  | 4,039,705,038% |  |
|  | Q3 FY01 | 38% |  | 38% |  | 16,136,899,040% |  |
| 4 | Q1 FY01 | 32% | 22% | 32% | 22% | 7,963,296,077% | 5,013,605,064% |
|  | Q2 FY01 | 13% |  | 13% |  | 1,947,222,092% |  |
|  | Q3 FY01 | 21% |  | 21% |  | 5,130,297,023% |  |
| 6 | Q3 FY00 | -5% | 11% | 5% | 13% | 229,494,086% | 2,479,946,507% |
|  | Q4 FY00 | 3% |  | 3% |  | 115,545,238% |  |
|  | Q1 FY01 | 27% |  | 27% |  | 5,910,953,825% |  |
|  | Q2 FY01 | 10% |  | 10% |  | 1,122,723,731% |  |
|  | Q3 FY01 | 21% |  | 21% |  | 5,021,015,655% |  |
| 8 | Q3 FY00 | -5% | 9% | 5% | 11% | 216,668,592% | 1,680,402,549% |
|  | Q4 FY00 | 3% |  | 3% |  | 115,324,619% |  |
|  | Q1 FY01 | 20% |  | 20% |  | 3,292,989,440% |  |
|  | Q2 FY01 | 8% |  | 8% |  | 698,144,163% |  |
|  | Q3 FY01 | 19% |  | 19% |  | 4,078,685,933% |  |
| 9 | Q1 FY01 | 8% | 14% | 8% | 14% | 527,692,891% | 2,303,189,412% |
|  | Q3 FY01 | 19% |  | 19% |  | 4,078,685,933% |  |
| 10 | Q3 FY00 | -5% | 7% | 5% | 10% | 215,764,879% | 1,657,069,368% |
|  | Q1 FY01 | 6% |  | 6% |  | 322,781,138% |  |
|  | Q3 FY01 | 20% |  | 20% |  | 4,432,662,087% |  |
| 11 | Q3 FY00 | -10% | 3% | 10% | 13% | 1,070,918,606% | 2,091,606,344% |
|  | Q3 FY01 | 17% |  | 17% |  | 3,112,294,082% |  |
| 12 | Q4 FY00 | 4% | 8% | 4% | 8% | 366,581,083% | 934,579,443% |
|  | Q1 FY01 | 6% |  | 6% |  | 283,932,269% |  |
|  | Q2 FY01 | 4% |  | 4% |  | 206,889,061% |  |
|  | Q3 FY01 | 16% |  | 16% |  | 2,880,915,357% |  |
| 13 | Q3 FY00 | -10% | 5% | 10% | 12% | 1,084,185,715% | 2,209,648,977% |
|  | Q4 FY00 | 4% |  | 4% |  | 364,255,767% |  |
|  | Q3 FY01 | 21% |  | 21% |  | 5,180,505,450% |  |
| 14 | Q2 FY01 | 3% | 3% | 3% | 3% | 70,688,097% | 70,688,097% |

**Potential Forecast Compared to Current Quarter License Revenue, by Week of Quarter**

| Week of Quarter | Forecast Error Potential Forecast | Weekly Average, Forecast Error Using Potential Forecast | Absolute Value of the Forecast Error Using Potential Forecast | Weekly Average, Absolute Value of the Forecast Error Using Potential Forecast | Mean Squared Forecast Error Using Potential Forecast | Weekly Average, Mean Squared Forecast Error Using Potential Forecast |
|---|---|---|---|---|---|---|
| 2 | -9% | 5% | 9% | 10% | 862,913,641% | 1,902,174,290% |
|  | -2% |  | 2% |  | 63,390,806% |  |
|  | 13% |  | 13% |  | 1,413,168,734% |  |
|  | -3% |  | 3% |  | 78,551,367% |  |
|  | 25% |  | 25% |  | 7,092,846,902% |  |
| 4 | 14% | 13% | 14% | 13% | 1,488,401,513% | 2,860,952,156% |
|  | 0% |  | 0% |  | 1,608,055% |  |
|  | 25% |  | 25% |  | 7,092,846,902% |  |
| 6 | -7% | 2% | 7% | 9% | 484,210,764% | 1,453,697,989% |
|  | -10% |  | 10% |  | 1,893,135,514% |  |
|  | 8% |  | 8% |  | 447,246,717% |  |
|  | 1% |  | 1% |  | 23,934,332% |  |
|  | 20% |  | 20% |  | 4,419,962,617% |  |
| 8 | -8% | 0% | 8% | 8% | 647,482,563% | 1,500,103,556% |
|  | -12% |  | 12% |  | 2,438,468,351% |  |
|  | 0% |  | 0% |  | 108,232% |  |
|  | 2% |  | 2% |  | 32,909,415% |  |
|  | 20% |  | 20% |  | 4,381,549,219% |  |
| 9 | -3% | 6% | 3% | 9% | 73,237,784% | 1,332,835,308% |
|  | 15% |  | 15% |  | 2,592,432,832% |  |
| 10 | -11% | -1% | 11% | 9% | 1,202,615,459% | 998,143,795% |
|  | -3% |  | 3% |  | 94,119,244% |  |
|  | 12% |  | 12% |  | 1,697,696,683% |  |
| 11 | -10% | 2% | 10% | 11% | 972,300,128% | 1,399,442,365% |
|  | 13% |  | 13% |  | 1,826,584,603% |  |
| 12 | -11% | 0% | 11% | 8% | 2,102,517,101% | 993,816,345% |
|  | -5% |  | 5% |  | 222,733,031% |  |
|  | 2% |  | 2% |  | 59,406,110% |  |
|  | 12% |  | 12% |  | 1,590,609,136% |  |
| 13 | -7% | -1% | 7% | 10% | 576,067,776% | 1,277,701,984% |
|  | -9% |  | 9% |  | 1,531,482,396% |  |
|  | 12% |  | 12% |  | 1,725,555,780% |  |
| 14 | 2% | 2% | 2% | 2% | 30,128,008% | 30,128,008% |

*Sources:*

[1] Data for Forecast Date, Forecast Week, Pipeline, Prior Year Actuals, Conversion Rate, Potential Forecast, Forecast Using Prior Year Conversion Rate and Current Pipeline were taken from Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

[2] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2000 are from Q1 FY2001 Pipeline Analysis (Month 1), NDCA-ORCL 006646-006647

[3] Current Quarter Actual License Revenue at Current Year Budget Rates for FY2001 are from Q3 FY2001 Product Revenue (Forecast v Actuals), "Mix" tab, NDCA-ORCL 277437-277439

*Computations:*

For "Forecast Using Prior Year" Analysis:

Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Absolute Value of the Forecast Error = ABS(Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Mean Squared Forecast Error = (Forecast Using Prior Year Conversion Rate and Current Pipeline - Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

For "Potential Forecast" Analysis:

Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Absolute Value of the Forecast Error = ABS(Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)/Current Quarter Actual License Revenue at Current Year Budget Rates, Mean Squared Forecast Error = (Potential Forecast - Current Quarter Actual License Revenue at Current Year Budget Rates)^2/Current Quarter Actual License Revenue at Current Year Budget Rates

*Note:*

All license revenue values are at Budget Rates.

*Rebuttal Declaration of George Foster*                                                  **Figure 7**
*Confidential*

### Comparison of Calculations of Differences in Conversion Ratios

| **Conversion Ratio Data from Goedde Declaration, Exhibit 1** | |
|---|---|
| Quarterly Average, Difference Between Prior Year Conversion Ratio and Potential Forecast Conversion Ratio | Quarterly Average, Absolute Percentage Change in Conversion Ratios |
| Q3 FY00 | 1% | 4% |
| Q4 FY00 | 6% | 11% |
| Q1 FY01 | 8% | 13% |
| Q2 FY01 | 4% | 8% |
| Q3 FY01 | 2% | 4% |
| Q4 FY01 | 9% | 16% |

| **Conversion Ratio Data from Goedde Declaration, Exhibit 1, and Goedde Rebuttal Report, Exhibit 4 (Complete Sample)** | |
|---|---|
| Quarterly Average, Difference Between Prior Year Conversion Ratio and Potential Forecast Conversion Ratio | Quarterly Average, Absolute Percentage Change in Conversion Ratios |
| Q3 FY00 | 1% | 4% |
| Q4 FY00 | 6% | 11% |
| Q1 FY01 | 7% | 11% |
| Q2 FY01 | 5% | 9% |
| Q3 FY01 | 3% | 6% |
| Q4 FY01 | 9% | 16% |

*Notes:*
   Absolute Percent Change is computed as (Absolute Value of (Current Conversion Ratio - Prior Conversion Ratio)) / Prior Conversion Ratio
   [1] A second set of data from 8/28/00 is cited in Goedde Rebuttal Exhibit 4, but does not appear in Minton's Index of Individual Defendant's Exhibits and could not be located. Pipeline and Actuals for FY00 are assumed to be the same as the other Upside Report from 8/28/00.

*Sources:*
   Unless noted, all data are from the Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 1
   * Date included in Rebuttal Report of Alan G. Goedde, Exhibit 4 but excluded from Declaration of Alan G. Goedde, Exhibit 1

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 7A**

## Comparison of Calculations of Differences in Conversion Ratios

Conversion Ratio Data from Goedde Declaration, Exhibit 1, and Goedde Rebuttal Report, Exhibit 4 (in bold)

| | | At Following Year's Budget Rates | | | | At Current Year's Budget Rates | | | Difference Between Prior Year Conversion Ratio and Potential Forecast Conversion Ratio | Quarterly Average | Absolute Percentage Change in Conversion Ratios | Quarterly Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast Date | Forecast Week | Conversion Ratio | | Forecast Date | Forecast Week | Forecasted Conversion Ratio | | | | |
| **Q3 99** | | 12/13/99 | Week 2 | 50% | **Q3 FY00** | 12/13/99 | Week 2 | 47% | 4% | | 8% | |
| | | 1/10/99 | Week 6 | 49% | | 1/10/00 | Week 6 | 48% | 1% | | 2% | |
| | | 1/24/99 | Week 8 | 49% | | 1/24/00 | Week 8 | 47% | 2% | | 3% | |
| | | 2/7/99 | Week 10 | 49% | | 2/7/00 | Week 10 | 46% | 3% | | 6% | |
| | | 2/14/99 | Week 11 | 52% | | 2/14/00 | Week 11 | 52% | 0% | | 1% | |
| | | 2/28/99 | Week 13 | 52% | | 2/28/00 | Week 13 | 54% | -2% | | 3% | |
| | | | | | | | | Exhibit 1 Sample | 1% | | 4% |
| | | | | | | | | Complete Sample | 1% | | 4% |
| **Q4 99** | | 3/13/99 | Week 2 | 56% | **Q4 FY00** | 3/13/00 | Week 2 | 54% | 2% | | 4% | |
| | | 4/10/99 | Week 6 | 54% | | 4/10/00 | Week 6 | 47% | 7% | | 12% | |
| | | 4/24/99 | Week 8 | 54% | | 4/24/00 | Week 8 | 47% | 7% | | 14% | |
| | | 5/24/99 | Week 12 | 59% | | 5/24/00 | Week 12 | 50% | 9% | | 15% | |
| | | 5/29/99 | Week 13 | 59% | | 5/29/00 | Week 13 | 51% | 8% | | 13% | |
| | | | | | | | | Exhibit 1 Sample | 6% | | 11% |
| | | | | | | | | Complete Sample | 6% | | 11% |
| **Q1 FY00** | | 6/19/99 | Week 2 | 59% | **Q1 FY01** | 6/19/00 | Week 2 | 50% | 8% | | 14% | |
| | | 7/3/99 | Week 4 | 60% | | 7/3/00 | Week 4 | 51% | 8% | | 14% | |
| | | 7/17/99 | Week 6 | 63% | | 7/17/00 | Week 6 | 53% | 10% | | 16% | |
| | | 7/31/99 | Week 8 | 60% | | 7/31/00 | Week 8 | 50% | 10% | | 17% | |
| | | 8/7/99 | Week 9 | 63% | | 8/7/00 | Week 9 | 56% | 7% | | 10% | |
| | | 8/14/99 | Week 10 | 64% | | 8/14/00 | Week 10 | 58% | 6% | | 9% | |
| | [1] | **8/28/99** | **Week 12** | **68%** | | **8/28/00** | **Week 12** | **64%** | **5%** | | **7%** | |
| | | 8/28/99 | Week 12 | 68% | | 8/28/00 | Week 12 | 61% | 7% | | 11% | |
| | * | **8/29/99** | **Week 12** | **68%** | | **8/29/00** | **Week 12** | **64%** | **5%** | | **7%** | |
| | * | **8/31/99** | **Week 12** | **68%** | | **8/31/00** | **Week 12** | **62%** | **6%** | | **9%** | |
| | | | | | | | | Exhibit 1 Sample | 8% | | 13% |
| | | | | | | | | Complete Sample | 7% | | 11% |
| **Q2 FY00** | | 9/11/99 | Week 2 | 59% | **Q2 FY01** | 9/11/00 | Week 2 | 48% | 11% | | 18% | |
| | * | **9/25/99** | **Week 4** | **56%** | | **9/25/00** | **Week 4** | **44%** | **11%** | | **20%** | |
| | | 9/25/99 | Week 4 | 56% | | 9/25/00 | Week 4 | 49% | 7% | | 12% | |
| | | 10/5/99 | Week 6 | 53% | | 10/5/00 | Week 6 | 49% | 4% | | 8% | |
| | | 10/16/99 | Week 8 | 52% | | 10/16/00 | Week 8 | 49% | 3% | | 6% | |
| | | 11/13/99 | Week 12 | 58% | | 11/13/00 | Week 12 | 57% | 1% | | 2% | |
| | | 11/27/99 | Week 14 | 62% | | 11/27/00 | Week 14 | 62% | 1% | | 1% | |
| | | | | | | | | Exhibit 1 Sample | 4% | | 8% |
| | | | | | | | | Complete Sample | 5% | | 9% |
| **Q3 FY00** | | 12/11/99 | Week 2 | 53% | **Q3 FY01** | 12/11/00 | Week 2 | 48% | 5% | | 9% | |
| | | 12/25/99 | Week 4 | 52% | | 12/25/00 | Week 4 | 54% | -2% | | 3% | |
| | | 1/15/00 | Week 6 | 51% | | 1/15/01 | Week 6 | 51% | 1% | | 1% | |
| | | 1/22/00 | Week 8 | 51% | | 1/22/01 | Week 8 | 51% | 0% | | 1% | |
| | | 1/29/00 | Week 9 | 51% | | 1/29/01 | Week 9 | 49% | 2% | | 3% | |
| | | 2/5/00 | Week 10 | 56% | | 2/5/01 | Week 10 | 53% | 4% | | 6% | |
| | | 2/12/00 | Week 11 | 58% | | 2/12/01 | Week 11 | 56% | 2% | | 3% | |
| | | 2/19/00 | Week 12 | 61% | | 2/19/01 | Week 12 | 59% | 2% | | 4% | |
| | | 2/26/00 | Week 13 | 64% | | 2/26/01 | Week 13 | 59% | 5% | | 7% | |
| | * | **2/27/00** | **Week 13** | **64%** | | **2/27/01** | **Week 13** | **58%** | **6%** | | **10%** | |
| | * | **2/28/00** | **Week 13** | **64%** | | **2/28/01** | **Week 13** | **53%** | **11%** | | **18%** | |
| | | | | | | | | Exhibit 1 Sample | 2% | | 4% |
| | | | | | | | | Complete Sample | 3% | | 6% |
| **Q4 FY00** | | 3/11/00 | Week 2 | 56% | **Q4 FY01** | 3/11/01 | Week 2 | 41% | 14% | | 26% | |
| | | 3/26/00 | Week 6 | 55% | | 3/26/01 | Week 6 | 42% | 12% | | 22% | |
| | | 4/9/00 | Week 8 | 53% | | 4/9/01 | Week 8 | 46% | 7% | | 14% | |
| | | 5/14/00 | Week 12 | 56% | | 5/14/01 | Week 12 | 52% | 4% | | 7% | |
| | | 5/28/00 | Week 13 | 62% | | 5/28/01 | Week 13 | 56% | 6% | | 10% | |
| | | | | | | | | Exhibit 1 Sample | 9% | | 16% |
| | | | | | | | | Complete Sample | 9% | | 16% |

*Notes:*
Absolute Percent Change is computed as (Absolute Value of (Current Conversion Ratio - Prior Conversion Ratio)) / Prior Conversion Ratio

[1] A second set of data from 8/28/00 is cited in Goedde Rebuttal Exhibit 4, but does not appear in Minton's Index of Individual Defendant's Exhibits and could not be located. Pipeline and Actuals for FY00 are assumed to be the same as the other Upside Report from 8/28/00.

*Sources:*
Unless noted, all data are from the Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 1
* Date included in Rebuttal Report of Alan G. Goedde, Exhibit 4 but excluded from Declaration of Alan G. Goedde, Exhibit 1

Rebuttal Declaration of George Foster
Confidential

**Figure 8**
**Variations in Forecast Estimates from Previous Upside Reports**



*Source:* Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

*Note:* Changes for each Week 2 over previous week are not included, as they are the first observation for each quarter.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 9**

### Regression Analysis - Change in Potential Forecast from Previous Upside Report vs. Change in Goedde's Predicted Forecast Using Prior Year's Conversion Ratio (Q3 FY2000 - Q3 FY2001)

| Independent Variable | Dependent Variable | |
| --- | --- | --- |
| | Percent Change in Potential Forecast from Previous Upside Report | Dollar Change in Potential Forecast from Previous Upside Report |
| Dollar Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate | --- | -0.100 |
| | | (-0.616) |
| Percent Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate | -0.007 | --- |
| | (-0.041) | |
| Multiple R | 0.008 | 0.120 |
| Adjusted $R^2$ | -0.038 | -0.024 |

*Notes* :
  t-statistics appear in parentheses.
  Neither is statistically significant at 5% level.

*Sources* :

[1] Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for
  Summary Judgment, August 26, 2007, Exhibit 2.

[2] Figure 2

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 9A**

## Regression 1

Independent variable: Percent Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate
Dependent variable: Percent Change in Potential Forecast from Previous Upside Report

SUMMARY OUTPUT

| *Regression Statistics* | |
| --- | --- |
| Multiple R | 0.008076919 |
| R Square | 6.52366E-05 |
| Adjusted R Square | -0.038393793 |
| Standard Error | 0.028720483 |
| Observations | 28 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
| --- | --- | --- | --- | --- | --- |
| Regression | 1 | 1.39919E-06 | 1.39919E-06 | 0.001696263 | 0.967462493 |
| Residual | 26 | 0.02144652 | 0.000824866 | | |
| Total | 27 | 0.021447919 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Intercept | -0.010511945 | 0.006255714 | -1.680374965 | 0.104861811 | -0.023370748 | 0.002346859 | -0.023370748 | 0.002346859 |
| X Variable 1 | -0.006656879 | 0.161630782 | -0.041185712 | 0.967462493 | -0.338893706 | 0.325579948 | -0.338893706 | 0.325579948 |

*Source:*
Figure 2, columns [P] and [M]

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 9B**

## Regression 2

Independent variable: Dollar Change in Goedde's Predicted Forecast Using Prior Year's Conversion Rate
Dependent variable: Dollar Change in Potential Forecast from Previous Upside Report

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.120006806 |
| R Square | 0.014401633 |
| Adjusted R Square | -0.023505996 |
| Standard Error | 37905362.69 |
| Observations | 28 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 5.45866E+14 | 5.45866E+14 | 0.37991385 | 0.543008863 |
| Residual | 26 | 3.73572E+16 | 1.43682E+15 | | |
| Total | 27 | 3.79031E+16 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | -15028655.42 | 8011032.951 | -1.875994707 | 0.071926081 | -31495569.32 | 1438258.488 | -31495569.32 | 1438258.488 |
| X Variable 1 | -0.099970575 | 0.162192074 | -0.616371519 | 0.543008863 | -0.433361155 | 0.233420004 | -0.433361155 | 0.233420004 |

*Source:*
Figure 2, columns [O] and [L]

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 10**
**Dr. Goedde's Regression Results**
**Regression Output: Potential Forecast vs. Calculated Forecast Based on Prior Year's Conversion Rate and Current Pipeline**

Independent variable: Goedde's Predicted Forecast Using Prior Year's Conversion Rate
Dependent variable: Current Potential Forecast

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.96762239 |
| R Square | 0.936293089 |
| Adjusted R Square | 0.934238027 |
| Standard Error | 75115580.57 |
| Observations | 33 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 2.57067E+18 | 2.57067E+18 | 455.6034078 | 4.27614E-20 |
| Residual | 31 | 1.74913E+17 | 5.64235E+15 | | |
| Total | 32 | 2.74559E+18 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | 74280691.9 | 52924356.84 | 1.403525642 | 0.170398458 | -33659245.09 | 182220628.9 | -33659245.09 | 182220628.9 |
| X Variable 1 | 0.866003236 | 0.040571964 | 21.34486842 | 4.27614E-20 | 0.78325617 | 0.948750303 | 0.78325617 | 0.948750303 |

*Source:*
Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 11**
**Dr. Goedde's Regression Data: Total Variance**



Source: Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 12**
**Dr. Goedde's Regression Data: Explained and Unexplained Variance**



Source: Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibit 2.

**Figure 13**

### Regression Analysis - Potential Forecast vs. Quarterly Dummy Variables (Q3 FY2000 - Q3 FY2001)

| Independent Variable | Dependent Variable |
| --- | --- |
| | Potential Forecast |
| Q4 FY2000 dummy variable | 711,409 |
| | (22.096)* |
| Q1 FY2001 dummy variable | -150,308 |
| | (-5.0812)* |
| Q2 FY2001 dummy variable | 171,208 |
| | (5.577)* |
| Q3 FY2001 dummy variable | 368,877 |
| | (13.163)* |
| *Multiple R* | 0.985 |
| *Adjusted $R^2$* | 0.967 |

*Notes*:

t-statistics appear in parentheses.
*Statistically significant at 5% level.

*Sources*:

[1] Declaration of Alan G. Goedde in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, August 26, 2007, Exhibits 1 and 2.

[2] Figure 2

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 13A**

## Regression 3

Independent variables: X1-X4 are dummy variables for Q4 FY2000 - Q3 FY2001, respectively
Dependent variable: Potential Forecast

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.985478974 |
| R Square | 0.971168807 |
| Adjusted R Square | 0.967050066 |
| Standard Error | 53170.39536 |
| Observations | 33 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 4 | 2.66643E+12 | 6.66607E+11 | 235.7925923 | 4.00241E-21 |
| Residual | 28 | 79158546397 | 2827090943 | | |
| Total | 32 | 2.74559E+12 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | 961284.8333 | 21706.72301 | 44.28512 | 1.80367E-27 | 916820.6275 | 1005749.039 | 916820.6275 | 1005749.039 |
| X Variable 1 | 711408.9667 | 32196.27327 | 22.0960035 | 2.92506E-19 | 645457.8914 | 777360.0419 | 645457.8914 | 777360.0419 |
| X Variable 2 | -150307.5476 | 29581.27716 | -5.081171675 | 2.22137E-05 | -210902.0462 | -89713.04902 | -210902.0462 | -89713.04902 |
| X Variable 3 | 171208 | 30697.94207 | 5.577181675 | 5.74292E-06 | 108326.117 | 234089.883 | 108326.117 | 234089.883 |
| X Variable 4 | 368877.3889 | 28023.25891 | 13.16325807 | 1.62917E-13 | 311474.346 | 426280.4318 | 311474.346 | 426280.4318 |

*Source:*
Figure 2, columns [T] [U] [V] [W] and [K]

Rebuttal Declaration of George Foster
Confidential

**Figure 14**
**Upside as a Percent of Field Forecast**



Sources and Notes:  Refer to Figure 15A.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 15**
**Net Upside and Field Judgment as a Percent of Field Forecast Before Judgment**



Sources and Notes:  Refer to Figure 15A.

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 15A**
**NAS and Upside Data**

| | NAS Forecast Week | Upside Report Forecast Week* | forecast | Goedde Ex. 4 | audit | division judgment as percent of forecast | Forecast | Upside ($thousands) | Upside ($millions) | label | Field Forecast Without Judgment | Field Judgment | Net Minton Judgment (Upside) | Total Postive | Total Positive | Upside/Field | Mean of Upside/Field | Median of Upside/Field |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Q3-00** | Week 6 | | 202.48 | (15.10) | (15.15) | (0.07) | 187.33 | 21,000 | 21.00 | Q3-00 Week 6 | 93% | 7% | 3% | 3% | | 11% | | |
| | Week 8 | 1/3/2000 | 218.04 | (11.80) | (11.76) | (0.05) | 206.26 | 21,000 | 21.00 | Q3-00 Week 8 | 95% | 5% | 4% | 4% | | 10% | | |
| | Week 10 | | 228.34 | (17.00) | (16.96) | (0.07) | 211.39 | 20,000 | 20.00 | Q3-00 Week 10 | 93% | 7% | 1% | 1% | | 9% | | |
| | Week 11 | 2/7/2000 | 241.99 | (19.60) | (19.63) | (0.08) | 222.36 | 20,000 | 20.00 | Q3-00 Week 11 | 92% | 8% | 0% | 0% | | 9% | | |
| | Week 12 | 2/14/2000 | 249.87 | (17.90) | (17.87) | (0.07) | 232.00 | 17,500 | 17.50 | Q3-00 Week 12 | 93% | 7% | 0% | 0% | | 8% | | |
| | Week 13 | 2/25/2000 | 257.22 | (21.40) | (21.43) | (0.08) | 235.79 | 15,000 | 15.00 | Q3-00 Week 13 | 92% | 8% | -2% | -2% | | 6% | | |
| | Week 13 | 2/28/2000 | 283.59 | (21.00) | (20.94) | (0.07) | 262.65 | 23,000 | 23.00 | Q3-00 Week 13 | 93% | 7% | 1% | 1% | | 9% | | |
| **Q4-00** | Week 2 | 3/13/2000 | 260.09 | 125.40 | 125.40 | 0.48 | 385.49 | 100,000 | 100 | Q4-00 Week 2 | 100% | 48% | 38% | 87% | | 26% | | |
| | Week 4 | 3/27/2000 | 265.41 | 122.60 | 122.57 | 0.46 | 387.99 | 110,000 | 110 | Q4-00 Week 4 | 100% | 46% | 41% | 88% | | 28% | | |
| | Week 6 | 4/10/2000 | 327.56 | 60.40 | 60.43 | 0.18 | 387.99 | 72,000 | 72 | Q4-00 Week 6 | 100% | 18% | 22% | 40% | | 19% | | |
| | Week 8 | 4/24/2000 | 402.69 | 7.40 | 7.43 | 0.02 | 410.12 | 50,000 | 50 | Q4-00 Week 8 | 100% | 2% | 12% | 14% | | 12% | | |
| | Week 10 | | 417.27 | 6.30 | 6.30 | 0.02 | 423.57 | 37,000 | 37 | Q4-00 Week 10 | 100% | 2% | 9% | 10% | | 9% | | |
| | Week 11 | 5/8/2000 | 419.94 | 10.50 | 10.52 | 0.03 | 430.46 | 37,000 | 37 | Q4-00 Week 11 | 100% | 3% | 9% | 11% | | 9% | | |
| | Week 12 | 5/15/2000 | 423.94 | 11.90 | 11.92 | 0.03 | 435.86 | 30,000 | 30 | Q4-00 Week 12 | 100% | 3% | 7% | 10% | | 7% | | |
| | Week 13 | 5/24/2000 | 447.71 | (11.60) | (11.58) | (0.03) | 436.13 | 25,000 | 25 | Q4-00 Week 13 | 97% | 3% | 3% | 3% | | 6% | | |
| **Q1 01** | Week 2 | 6/15/2000 | 143.69 | 6.60 | 6.59 | 0.05 | 150.29 | 70,000 | 70.00 | Q1 01 Week 2 | 100% | 5% | 49% | 53% | | 47% | | |
| | Week 4 | 7/3/2000 [1] | 145.74 | 4.30 | 4.26 | 0.03 | 150.00 | 100,000 | 100.00 | Q1 01 Week 4 | 100% | 3% | 69% | 72% | | 67% | | |
| | Week 6 | 7/6/2000 | 166.71 | (1.70) | (1.70) | (0.01) | 165.02 | 100,000 | 100.00 | Q1 01 Week 6 | 99% | 1% | 59% | 59% | | 61% | | |
| | Week 7 | [2] | 172.22 | (7.20) | (7.19) | (0.04) | 165.03 | 90,000 | 90.00 | Q1 01 Week 8 | 96% | 4% | 48% | 48% | | 55% | | |
| | Week 8 | 7/31/2000 [2] | 185.96 | (19.00) | (15.58) | (0.08) | 170.38 | 90,000 | 90.00 | Q1 01 Week 10 | 92% | 8% | 40% | 40% | | 53% | | |
| | Week 11 | 8/14/2000 | 186.67 | (13.20) | (13.19) | (0.07) | 173.49 | 40,000 | 40.00 | Q1 01 Week 11 | 93% | 7% | 14% | 14% | | 23% | | |
| | Week 12 | 8/21/2000 | 188.56 | (8.60) | (8.56) | (0.05) | 180.00 | 35,000 | 35.00 | Q1 01 Week 12 | 95% | 5% | 14% | 14% | | 19% | | |
| | Week 13 | 8/28/2000 | 188.25 | (8.30) | (8.25) | (0.04) | 180.00 | 35,000 | 35.00 | Q1 01 Week 13 | 96% | 4% | 14% | 14% | | 19% | | |
| **Q2 01** | Week 1 | 9/12/2000 [3] | 224.31 | (24.60) | (24.63) | (0.11) | 199.68 | 34,000 | 34.00 | Q2 01 Week 1 | 89% | 11% | 4% | 4% | | 17% | 22% | 15% |
| | Week 4 | 9/18/2000 | 229.04 | 21.00 | 20.98 | 0.09 | 250.02 | 34,000 | 34.00 | Q2 01 Week 4 | 100% | 9% | 15% | 24% | | 14% | | |
| | Week 6 | 10/9/2000 | 252.40 | 7.70 | 7.69 | 0.03 | 260.09 | 45,000 | 45.00 | Q2 01 Week 6 | 100% | 3% | 18% | 21% | | 17% | | |
| | Week 7 | | 251.34 | 18.70 | 18.65 | 0.07 | 269.99 | 40,000 | 40.00 | Q2 01 Week 7 | 100% | 7% | 16% | 23% | | 15% | | |
| | Week 9 | | 260.93 | 9.10 | 9.07 | 0.03 | 270.00 | 40,000 | 40.00 | Q2 01 Week 9 | 100% | 3% | 15% | 19% | | 15% | | |
| | Week 10 | 11/3/2000 | 251.25 | 19.40 | 19.42 | 0.08 | 270.67 | 40,000 | 40.00 | Q2 01 Week 10 | 100% | 8% | 16% | 24% | | 15% | | |
| | Week 11 | 11/13/2000 | 249.61 | 21.10 | 21.06 | 0.08 | 270.67 | 40,000 | 40.00 | Q2 01 Week 11 | 100% | 8% | 16% | 24% | | 15% | | |
| | Week 12 | 11/20/2000 | 262.20 | 22.00 | 21.97 | 0.08 | 284.16 | 28,000 | 28.00 | Q2 01 Week 12 | 100% | 8% | 11% | 19% | | 10% | | |
| | Week 13 | 11/27/2000 | 260.20 | 24.00 | 23.96 | 0.09 | 284.16 | 31,000 | 31.00 | Q2 01 Week 13 | 100% | 9% | 12% | 21% | | 11% | | |
| **Q3 01** | Week 1 | 12/5/2000 | 280.12 | 65.90 | 65.88 | 0.24 | 346.00 | 37,000 | 37.00 | Q3 01 Week 1 | 100% | 24% | 13% | 37% | | 11% | | |
| | Week 3 | 12/25/2000 [4] | 273.73 | 70.20 | 72.27 | 0.26 | 346.00 | 50,000 | 50.00 | Q3 01 Week 3 | 100% | 26% | 18% | 45% | | 14% | | |
| | Week 6 | | 217.01 | 129.00 | 128.99 | 0.59 | 346.00 | 14,000 | 14.00 | Q3 01 Week 6 | 100% | 59% | 6% | 66% | | 4% | | |
| | Week 7 | 1/15/2001 | 263.11 | 82.90 | 82.89 | 0.32 | 346.00 | 14,000 | 14.00 | Q3 01 Week 7 | 100% | 32% | 5% | 37% | | 4% | | |
| | Week 9 | 1/29/2001 | 268.29 | 77.70 | 77.71 | 0.29 | 346.00 | - | - | Q3 01 Week 9 | 100% | 29% | 0% | 29% | | 0% | | |
| | Week 10 | 2/5/2001 | 264.82 | 71.20 | 71.18 | 0.27 | 336.00 | - | - | Q3 01 Week 10 | 100% | 27% | 0% | 27% | | 0% | | |
| | Week 11 | 2/12/2001 | 261.86 | 68.80 | 68.79 | 0.26 | 330.65 | - | - | Q3 01 Week 11 | 100% | 26% | 0% | 26% | | 0% | | |
| | Week 12 | 2/19/2001 | 257.80 | 62.20 | 62.20 | 0.24 | 320.00 | - | - | Q3 01 Week 12 | 100% | 24% | 0% | 24% | 29% | 0% | 9% | 11% week 4, Q2 FY2001 - week 12 Q3 FY2001 |
| | Week 13 | 2/26/2001 | 266.29 | 4.80 | 4.75 | 0.02 | 271.04 | (20,000) | (20.00) | Q3 01 Week 13 | 100% | 2% | -8% | -6% | | -7% | | |
| **Q4 01** | Week 1 | 3/5/2001 | 413.86 | 3.30 | 3.31 | 0.01 | 417.18 | (171,754) | (171.75) | Q4 01 Week 1 | 1.00 | 1% | -42% | -41% | | -41% | | |
| | Week 4 | 3/26/2001 | 302.28 | 102.70 | 102.74 | 0.34 | 405.02 | - | - | Q4 01 Week 4 | 100% | 34% | 0% | 34% | | 0% | | |
| | Week 6 | 4/9/2001 | 356.297 | 41.8 | 41.847 | 0.12 | 398.144 | - | - | Q4 01 Week 6 | 100% | 12% | 0% | 12% | | 0% | | |
| | Week 8 | | 377.56 | 9.00 | 8.97 | 0.02 | 386.53 | 8,000 | 8.00 | Q4 01 Week 8 | 100% | 2% | 2% | 4% | | 2% | | |
| | Week 10 | | 345.95 | (1.60) | (1.61) | (0.00) | 344.34 | 8,000 | 8.00 | Q4 01 Week 10 | 100% | 0% | 2% | 2% | | 2% | | |
| | Week 11 | 5/7/2001 | 347.34 | 3.60 | 3.61 | 0.01 | 350.94 | 8,000 | 8.00 | Q4 01 Week 11 | 100% | 1% | 2% | 3% | | 2% | | |
| | Week 12 | 5/14/2001 | 350.04 | 2.60 | 2.58 | 0.01 | 352.63 | - | - | Q4 01 Week 12 | 100% | 1% | 0% | 1% | | 0% | | |
| | Week 13 | 5/21/2001 | 350.06 | 2.60 | 2.56 | 0.01 | 352.63 | - | - | Q4 01 Week 13 | 100% | 1% | 0% | 1% | | 0% | | |
| | Week 13 | 5/28/2001 | 342.22 | 5.80 | 5.78 | 0.02 | 348.00 | - | - | Q4 01 Week 13 | 100% | 2% | 0% | 2% | 18% | 0% | 4% | 2% week 4, Q2 FY2001 - week 13 Q4 FY2001 |

Sources:
George Roberts Forecast Reports
Winton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 036110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14,237073-81
NDCA-ORCL 237826-34, 239072-80, 278801-09

NDCA-ORCL 038290
NDCA-ORCL 1045282-90
NDCA-ORCL1045260-67
NDCA-ORCL 1045140-47
NDCA-ORCL 1045396-403
NDCA-ORCL 039283

NDCA-ORCL 038325
NDCA-ORCL 038332
NDCA-ORCL 227124
NDCA-ORCL 226050
NDCA-ORCL 234640
NDCA-ORCL 234640

NDCA-ORCL 236206
NDCA-ORCL 237077
NDCA-ORCL 237826
NDCA-ORCL 239072
NDCA-ORCL 235455
NDCA-ORCL 278801

Notes:
* Upside Reports with dates matching those on the George Roberts Forecast Reports are assigned the Forecast Week that Dr. Goedde assigns to those Forecast Reports. Otherwise, Upside Reports are assigned the Forecast Week corresponding to the calendar week in which they are dated (as noted below).
In instances where no Upside Report was identified for a Forecast Week for which there was a Forecast Report, values from the closest following Upside Report were used.
[1] 7/3 is calendar week 5
[2] Week 9, Q1 FY01 data appears to be missing from Dr. Goedde's source documents cited.
[3] 9/12 is calendar week 2
[4] 12/15 is calendar week 4

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 15B**
**NAS Forecast Data**

| | Forecast Week | Management Judgment (In Millions) | Primary Source Document Figure | Forecast | Forecast Deals |
|---|---|---|---|---|---|
| **Q3-00** | Week 6 | -$15.10 | -$15.15 | $187.33 | $202.48 |
| | Week 8 | -$11.80 | -$11.78 | $206.26 | $218.04 |
| | Week 10 | -$17.00 | -$16.96 | $211.39 | $228.34 |
| | Week 11 | -$19.60 | -$19.63 | $222.36 | $241.99 |
| | Week 12 | -$17.90 | -$17.87 | $232.00 | $249.87 |
| | Week 13 | -$21.40 | -$21.43 | $235.79 | $257.22 |
| | Week 13 | -$21.00 | -$20.94 | $262.65 | $283.59 |
| **Q4-00** | Week 2 | $125.40 | $125.40 | $385.49 | $260.09 |
| | Week 4 | $122.60 | $122.57 | $387.99 | $265.41 |
| | Week 6 | $60.40 | $60.43 | $387.99 | $327.56 |
| | Week 8 | $7.40 | $7.43 | $410.12 | $402.69 |
| | Week 10 | $6.30 | $6.30 | $423.57 | $417.27 |
| | Week 11 | $10.50 | $10.52 | $430.46 | $419.94 |
| | Week 12 | $11.90 | $11.92 | $435.86 | $423.94 |
| | Week 13 | -$11.60 | -$11.58 | $436.13 | $447.71 |
| **Q1 01** | Week 2 | $6.60 | $6.59 | $150.29 | $143.69 |
| | Week 4 | $4.30 | $4.26 | $150.00 | $145.74 |
| | Week 6 | -$1.70 | -$1.70 | $165.02 | $166.71 |
| | Week 8 | -$7.20 | -$7.19 | $165.03 | $172.22 |
| | Week 9 | -$15.60 | | | |
| | Week 10 | -$19.00 | -$15.58 | $170.38 | $185.96 |
| | Week 11 | -$13.20 | -$13.19 | $173.49 | $186.67 |
| | Week 12 | -$8.60 | -$8.56 | $180.00 | $188.56 |
| | Week 13 | -$8.30 | -$8.25 | $180.00 | $188.25 |
| **Q2 01** | Week 1 | -$24.60 | -$24.63 | $199.68 | $224.31 |
| | Week 4 | $21.00 | $20.98 | $250.02 | $229.04 |
| | Week 6 | $7.70 | $7.69 | $260.09 | $252.40 |
| | Week 7 | $18.70 | $18.65 | $269.99 | $251.34 |
| | Week 9 | $9.10 | $9.07 | $270.00 | $260.93 |
| | Week 10 | $19.40 | $19.42 | $270.67 | $251.25 |
| | Week 11 | $21.10 | $21.06 | $270.67 | $249.61 |
| | Week 12 | $22.00 | $21.97 | $284.16 | $262.20 |
| | Week 13 | $24.00 | $23.96 | $284.16 | $260.20 |
| **Q3 01** | Week 1 | $65.90 | $65.88 | $346.00 | $280.12 |
| | Week 3 | $70.20 | $72.27 | $346.00 | $273.73 |
| | Week 6 | $129.00 | $128.99 | $346.00 | $217.01 |
| | Week 7 | $82.90 | $82.89 | $346.00 | $263.11 |
| | Week 9 | $77.70 | $77.71 | $346.00 | $268.29 |
| | Week 10 | $71.20 | $71.18 | $336.00 | $264.82 |
| | Week 11 | $68.80 | $68.79 | $330.65 | $261.86 |
| | Week 12 | $62.20 | $62.20 | $320.00 | $257.80 |
| | Week 13 | $4.80 | $4.75 | $271.04 | $266.29 |
| **Q4 01** | Week 1 | $3.30 | $3.31 | $417.18 | $413.86 |
| | Week 4 | $102.70 | $102.74 | $405.02 | $302.28 |
| | Week 6 | $41.80 | $41.85 | $398.14 | $356.30 |
| | Week 8 | $9.00 | $8.97 | $386.53 | $377.56 |
| | Week 10 | -$1.60 | -$1.61 | $344.34 | $345.95 |
| | Week 11 | $3.60 | $3.61 | $350.94 | $347.34 |
| | Week 12 | $2.60 | $2.58 | $352.63 | $350.04 |
| | Week 13 | $2.60 | $2.56 | $352.63 | $350.06 |
| | Week 13 | $5.80 | $5.78 | $348.00 | $342.22 |

*Sources:*
George Roberts Forecast Reports
Winton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 036110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14,237073-81
NDCA-ORCL 237826-34, 239072-80, 278801-09

NDCA-ORCL 038290
NDCA-ORCL 1045282-90
NDCA-ORCL1045260-67
NDCA-ORCL 1045140-47
NDCA-ORCL 1045396-403
NDCA-ORCL 039283

NDCA-ORCL 038325
NDCA-ORCL 038332
NDCA-ORCL 227124
NDCA-ORCL 228050
NDCA-ORCL 234640
NDCA-ORCL 235455

NDCA-ORCL 236206
NDCA-ORCL 237077
NDCA-ORCL 237826
NDCA-ORCL 239072
NDCA-ORCL 278801

**Figure 16**

## Binomial Tests of Differences in Forecast Errors

By individual observation

|  | Forecast Error | Absolute Value of Forecast Error | Mean Squared Error |
|---|---|---|---|
| 12/13/1999 Week 2 | 1 | 0 | 0 |
| 1/10/2000 Week 6 | 1 | 0 | 0 |
| 1/24/2000 Week 8 | 1 | 0 | 0 |
| 2/7/2000 Week 10 | 1 | 0 | 0 |
| 2/14/2000 Week 11 | 0 | 1 | 1 |
| 2/28/2000 Week 13 | 0 | 1 | 1 |
| 3/13/2000 Week 2 | 1 | 1 | 1 |
| 4/10/2000 Week 6 | 1 | 0 | 0 |
| 4/24/2000 Week 8 | 1 | 0 | 0 |
| 5/24/2000 Week 12 | 1 | 0 | 0 |
| 5/29/2000 Week 13 | 1 | 0 | 0 |
| 6/19/2000 Week 2 | 1 | 1 | 1 |
| 7/3/2000 Week 4 | 1 | 1 | 1 |
| 7/17/2000 Week 6 | 1 | 1 | 1 |
| 7/31/2000 Week 8 | 1 | 1 | 1 |
| 8/7/2000 Week 9 | 1 | 1 | 1 |
| 8/14/2000 Week 10 | 1 | 1 | 1 |
| 8/28/2000 Week 12 | 1 | 1 | 1 |
| 9/11/2000 Week 2 | 1 | 1 | 1 |
| 9/25/2000 Week 4 | 1 | 1 | 1 |
| 10/5/2000 Week 6 | 1 | 1 | 1 |
| 10/16/2000 Week 8 | 1 | 1 | 1 |
| 11/13/2000 Week 12 | 1 | 1 | 1 |
| 11/27/2000 Week 14 | 1 | 1 | 1 |
| 12/11/2000 Week 2 | 1 | 1 | 1 |
| 12/25/2000 Week 4 | 0 | 0 | 0 |
| 1/15/2001 Week 6 | 1 | 1 | 1 |
| 1/22/2001 Week 8 | 0 | 0 | 0 |
| 1/29/2001 Week 9 | 1 | 1 | 1 |
| 2/5/2001 Week 10 | 1 | 1 | 1 |
| 2/12/2001 Week 11 | 1 | 1 | 1 |
| 2/19/2001 Week 12 | 1 | 1 | 1 |
| 2/26/2001 Week 13 | 1 | 1 | 1 |
| Obs, MCR > Potential | 29 | 23 | 23 |
| Trials | 33 | 33 | 33 |
| Binomial Probability | 0.00% | 0.68% | 0.68% |

By Weekly Averages

|  | Forecast Error | Absolute Value of Forecast Error | Mean Squared Error |
|---|---|---|---|
| Obs, MCR > Potential | 10 | 10 | 9 |
| Trials | 10 | 10 | 10 |
| Binomial Probability | 0.00% | 0.00% | 0.10% |

Source: Figure 6A

*Rebuttal Declaration of George Foster*
*Confidential*

**Figure 17**

**Durban - Watson Statistic Calculations for Dr. Goedde's Regression**

**Residual Output**

| Observation | Predicted Potential Forecast | Residuals ($e_t$) | Standard Residuals |
|---|---|---|---|
| 1 | 969,460,971 | -13,344,971 | -0.181 |
| 2 | 942,227,699 | 37,787,301 | 0.511 |
| 3 | 943,433,439 | 25,424,561 | 0.344 |
| 4 | 943,519,728 | -4,599,728 | -0.062 |
| 5 | 892,874,861 | 57,384,139 | 0.776 |
| 6 | 892,307,414 | 81,233,586 | 1.099 |
| 7 | 1,692,333,985 | 105,360,015 | 1.425 |
| 8 | 1,700,440,512 | -54,890,512 | -0.742 |
| 9 | 1,700,436,957 | -80,012,957 | -1.082 |
| 10 | 1,731,563,755 | -96,041,755 | -1.299 |
| 11 | 1,731,338,324 | -67,059,324 | -0.907 |
| 12 | 972,471,121 | -81,686,121 | -1.105 |
| 13 | 971,047,286 | -77,494,286 | -1.048 |
| 14 | 941,062,475 | -96,362,475 | -1.303 |
| 15 | 893,740,048 | -109,231,048 | -1.477 |
| 16 | 810,218,955 | -48,771,955 | -0.660 |
| 17 | 798,070,608 | -39,828,608 | -0.539 |
| 18 | 795,362,487 | -51,757,487 | -0.700 |
| 19 | 1,232,997,286 | -137,884,286 | -1.865 |
| 20 | 1,176,559,869 | -55,974,869 | -0.757 |
| 21 | 1,145,713,784 | -4,467,784 | -0.060 |
| 22 | 1,125,136,738 | 18,941,262 | 0.256 |
| 23 | 1,090,170,657 | 60,517,343 | 0.819 |
| 24 | 1,072,813,590 | 70,433,410 | 0.953 |
| 25 | 1,429,222,206 | -8,950,206 | -0.121 |
| 26 | 1,267,478,203 | 152,793,797 | 2.067 |
| 27 | 1,265,239,196 | 95,243,804 | 1.288 |
| 28 | 1,244,820,028 | 114,686,972 | 1.551 |
| 29 | 1,244,820,028 | 63,186,972 | 0.855 |
| 30 | 1,252,741,994 | 22,523,006 | 0.305 |
| 31 | 1,221,241,831 | 59,199,169 | 0.801 |
| 32 | 1,215,071,068 | 55,741,932 | 0.754 |
| 33 | 1,268,498,898 | 7,901,102 | 0.107 |

**Residual Lags Calculations**

| Residuals ($e_t$) | Lagged Residuals ($e_{t-1}$) | Differences in Residuals ($e_t - e_{t-1}$) |
|---|---|---|
| -13,344,971 | | |
| 37,787,301 | -13,344,971 | 51,132,272 |
| 25,424,561 | 37,787,301 | -12,362,740 |
| -4,599,728 | 25,424,561 | -30,024,288 |
| 57,384,139 | -4,599,728 | 61,983,866 |
| 81,233,586 | 57,384,139 | 23,849,447 |
| 105,360,015 | 81,233,586 | 24,126,429 |
| -54,890,512 | 105,360,015 | -160,250,527 |
| -80,012,957 | -54,890,512 | -25,122,445 |
| -96,041,755 | -80,012,957 | -16,028,798 |
| -67,059,324 | -96,041,755 | 28,982,430 |
| -81,686,121 | -67,059,324 | -14,626,796 |
| -77,494,286 | -81,686,121 | 4,191,835 |
| -96,362,475 | -77,494,286 | -18,868,189 |
| -109,231,048 | -96,362,475 | -12,868,574 |
| -48,771,955 | -109,231,048 | 60,459,093 |
| -39,828,608 | -48,771,955 | 8,943,347 |
| -51,757,487 | -39,828,608 | -11,928,879 |
| -137,884,286 | -51,757,487 | -86,126,799 |
| -55,974,869 | -137,884,286 | 81,909,417 |
| -4,467,784 | -55,974,869 | 51,507,085 |
| 18,941,262 | -4,467,784 | 23,409,046 |
| 60,517,343 | 18,941,262 | 41,576,080 |
| 70,433,410 | 60,517,343 | 9,916,067 |
| -8,950,206 | 70,433,410 | -79,383,616 |
| 152,793,797 | -8,950,206 | 161,744,003 |
| 95,243,804 | 152,793,797 | -57,549,993 |
| 114,686,972 | 95,243,804 | 19,443,168 |
| 63,186,972 | 114,686,972 | -51,500,000 |
| 22,523,006 | 63,186,972 | -40,663,966 |
| 59,199,169 | 22,523,006 | 36,676,163 |
| 55,741,932 | 59,199,169 | -3,457,237 |
| 7,901,102 | 55,741,932 | -47,840,829 |
| | 7,901,102 | |

**Sum of Squares***          **1.749E+17**          **1.040E+17**

**Durbin-Watson Statistic: D = 0.594****

Durbin-Watson Statistic result is compared to the five percent significance point lower ($D_L$) and upper ($D_U$) Durbin-Watson Statistic. For Dr. Goedde's regression (number of observations = 33 and number of explanatory variables = 1), $D_L$ is 1.38, and $D_U$ is 1.51. Durbin-Watson Statistic below the lower Durbin-Watson Statistic $D_L$ indicates autocorrelation of residuals.

*Notes:*
Predicted Potential Forecast, Residuals, and Standard Residuals generated via replication of Dr. Goedde's regression.

* Sum of Squares of Residuals is calculated as follows: $\sum_{t=1}^{T} e_t^2$

* Sum of Squares of Differences in Residuals is calculated as follows: $\sum_{t=2}^{T} (e_t - e_{t-1})^2$

* *Durbin-Watson Statistic is calculated as follows: $W = \sum_{t=2}^{T} (e_t - e_{t-1})^2 / \sum_{t=1}^{T} e_t^2$

*Source:*
Robert S. Pindyck and Daniel L. Rubinfeld, Econometric Models and Economic Forecasts, 3rd Edition, McGraw-Hill, Inc. 1991, p.568.