| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 2 | Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000 | Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive |
| 3 | San Francisco, California 94111-2562<br>Telephone: (415) 391-0600 | Menlo Park, California 94025<br>Telephone: (650) 328-4600 |
| 4 | Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com | Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |
| 5 | Attorneys for Defendants ORACLE CORPORATION, | |
| 6 | LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and<br>EDWARD J. SANDERSON | LATHAM & WATKINS LLP<br>Sean M. Berkowitz (*pro hac vice*) |
| 7 | | 233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606 |
| 8 | ORACLE CORPORATION<br>Dorian E. Daley (SBN 129049) | Telephone: (312) 876-7700 |
| 9 | James C. Maroulis (SBN 208316)<br>500 Oracle Parkway | Facsimile: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |
| 10 | Mailstop 5OP7<br>Redwood Shores, California 94065 | |
| 11 | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 | |
| 12 | E-mail: jim.maroulis@oracle.com | |
| 13 | Attorneys for Defendant ORACLE CORPORATION | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | In re ORACLE CORPORATION<br>SECURITIES LITIGATION | Master File No. C-01-0988-SI<br>(Consolidated) |
| 17 | | *CLASS ACTION* |
| 18 | This Document Relates To: | **DECLARATION OF J. DUROSS<br>O'BRYAN** |
| 19 | ALL ACTIONS. | |
| 20 | | Honorable Judge Susan Illston |
| 21 | | Date: January 9, 2009<br>Time: 9:00 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF J. DUROSS O'BRYAN
CASE NO. C-01-0988-SI

I, J. Duross O'Bryan, declare as follows:

1. I have been retained by the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action, to provide expert testimony in this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On May 25, 2007, I submitted an initial expert report. A true and correct copy of that report is attached hereto as Exhibit 1. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

3. On June 22, 2007, I submitted a rebuttal expert report. A true and correct copy of that report is attached hereto as Exhibit 2. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

4. I continue to stand by all opinions discussed in my initial and rebuttal expert reports.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 17, 2008 in Los Angeles, California.

_____
J. Duross O'Bryan

SV\638829.1