| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI<br>(Consolidated)<br><br>*CLASS ACTION*<br><br>**DECLARATION OF CHRISTOPHER M. JAMES**<br><br>Honorable Judge Susan Illston<br><br>Date: January 9, 2009<br>Time: 9:00 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF CHRISTOPHER M. JAMES
CASE NO. C-01-0988-SI

I, Christopher M. James, declare as follows:

1. I have been retained by the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action, to provide expert testimony in this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On May 25, 2007, I submitted an initial expert report. A true and correct copy of that report is attached hereto as Exhibit 1. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

3. On June 22, 2007, I submitted a rebuttal expert report. A true and correct copy of that report is attached hereto as Exhibit 2. I adopt and incorporate the opinions in that report as though fully set forth in this declaration.

4. I continue to stand by all opinions discussed in my initial and rebuttal expert reports.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 20, 2008 in __Istanbul, Turkey__.

Christopher M. James