Case 3:01-cv-00988-SI   Document 1510-6   Filed 10/20/08   Page 1 of 44

cant "go-lives"—the moment when a business switches its operations to new software. Oracle itself would be moving onto 11i only in stages, between the fall and the end of the year. When I met Ellison for lunch in mid-October at his home in Atherton, he appeared not to have a care in the world. It was the calm before the storm. Clad only in a *Sayonara* T-shirt and shorts and enjoying the sunshine, he oozed confidence about every aspect of the business. The new version of the database that was nine months away was "unbelievable," while 11i was building unstoppable momentum. Even with the clouds gathering over Silicon Valley as the dot coms imploded one by one and the hype about Internet-driven B2B faded, Ellison was sanguine. Just as in 1990, he seemed to think that any economic slowdown might pass Oracle by. His argument was that the E-Business Suite was such an extraordinary "cost-cutting engine" that customers were likely to need it all the more to preserve their profits in difficult selling conditions.

After lunch, Ellison showed me a draft of the chairman's letter to shareholders that he was writing for the annual report. "Tell me what you think when you've had a chance to read it," he said. It was a five-thousand-word account of Oracle's e-business transformation and a marvelously clear exposition of the philosophy of computing that had driven it. One passage went to the heart of what he was trying to do: "To eliminate inefficiency, we had to make information easier to find and easier to share. But how? The solution was quite simple. If we put all our information in one place—a global database on the Internet—then everyone would know where to look to find the information they needed. While conceptually simple, this single unified database approach required fundamental changes to our application software. It turned out to be a massive engineering effort involving thousands of computer programmers. But when we finished the Oracle E-Business Suite, it was the first and only set of applications to work with a single global database. We also developed several new applications, so that the E-Business Suite would be complete. Today, the suite includes every application you need to run your business—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources—everything. It works in every country and in every language. The E-Business Suite is the first and only complete set of applications ever to have been built." Ellison signed off with this: "The more we know, the more rational our decisions. Oracle's getting smarter. Oh, the possibilities. . . . "

If Ellison had known what was coming, he might have restrained himself a little more. In October, the first reports from the field described

early 11i implementations afflicted with more than usual bugginess. At the Oracle Applications Users Group conference in Honolulu at the end of October, the complaints were legion. Attendees griped about a lack of reliable information concerning the status of applications, malfunctioning modules—especially CRM and order management—a constant stream of bug-fix patches, and poor support from the customer service organization, which, according to some, hadn't been properly trained on the workings of 11i. In particular, customers that were upgrading from previous versions of Oracle applications were finding that theirs was not a favorable position to be in. During the conference, word got around that Oracle had released around five thousand patches for 11i. That was an oversimplification—many of the patches were to improve functionality rather than to fix bugs and many fixed multiple bugs, but the five thousand figure stuck in the memories of journalists and analysts, who would gleefully include it in almost every piece on Oracle for the best part of a year. Mark Jarvis says, "The five thousand bugs haunted us at least until midsummer of 2001."

Over the next couple of months, customer complaints poured in. Instead of working on the planned features and functions to flesh out the suite's capabilities as planned, development was increasingly engaged in a feverish attempt to produce patches that would fix the bugs that seemed to be flying at them from all sides. It was all made much worse by the sheer number of implementations that were under way. Yet, there was little air of crisis at Redwood Shores. Ellison says, "11i was a huge new product, so I knew there would be a lot of bugs, but there was no way to know how many there were or how long it would take us to fix them. I thought we could fix most of the bugs pretty quickly, during the controlled release phase. I was way too optimistic. It just kind of got away from us, and that became a very big problem."

The software business likes to play the blame game when products don't work as billed. At about the same time that users started beating up Oracle, i2, a specialist in supply-chain planning, was involved in a fierce "debate" with one of its most high profile customers, the sports goods firm Nike. According to Nike, the malfunctioning of the i2 order entry software it had bought to power its demand and inventory management system had been the cause of an earnings shortfall. Not so, said i2; Nike had overcustomized. It was not unusual for Oracle's senior executives to assume at first that customers' problems might be the result of shoddy work by integration partners. They also had plenty of anecdotal evidence that Ellison's well-publicized arguments against excessive customization

and his pleas to put in Oracle's software as "plain vanilla" were being ignored by some customers and their integrators.

Out in the field, however, George Roberts had a rather different take on where problems lay: "Larry is very fact-based, very logical with decisions and processes. Customers saying they are having issues is one thing, but being able to track down and point directly at the issue is another thing. It's a new product. Does the customer understand it? Is there a third party implementing it who's been trained on it? The problem was that Larry really thought that his development leaders had it done. He listens to them closely, and that's what they had been telling him. You know, the baby's never ugly. We should have done two things: installed it in-house first and engaged with the early implementations at an executive development level. I think if either of those things had happened, we would have rapidly found out that it wasn't done. As it was, it took us until November to realize we had issues here and to start to mobilize."

By this time, people from Ron Wohl's and Mark Barrenechea's organizations were being parachuted into troubled implementations—"customer escalations"—and were learning about "issues" firsthand. But what rammed the message home was that Oracle itself was, at last, beginning to go live on one part of the suite after another. By December, Oracle was running financials, some HR, field sales automation, and releases on 11i. Barrenechea says, "The next really big push was to get in contracting and order management over New Year's. What happened was one of the most dramatic moments I'd seen during my five years at Oracle. Everyone except Ron knew that we could not place an order with the new system.* And Larry, knowing we can't place an order, not knowing where we would be able to place an order, and knowing that once we turned off the old bespoke system that there was no going back, said, 'We're going live anyway, I need a forcing function, so off we go.' So we upgraded, and Oracle went down. We were down for fourteen days. For fourteen days that January, Oracle could not place a single order. It was frightening. But we got it to work. Larry was right. It was a great forcing function. At that point I became acutely aware of the customer dissatisfaction and immediately started drilling down into the implementations we were doing."

Ellison's view is less dramatic: "We knew that we were going to go

*LE writes: Nonsense. Of course Ron knew about the problems with our internal order management implementation. He was personally running the project to put it in and make it work. We planned to be down for a while, and we were.

---

down for some time, so we scheduled the installation over the Christmas/New Year's holiday. I had decided on a massive big-bang implementation: we were going to upgrade all our software at once. I never, ever recommend that to our customers. But I wanted to get all our latest application software installed, up, and running at Oracle, and I wanted to do it fast. We should have done it before we released 11i to customers, but we didn't. Okay, that was my mistake. Now I wanted to remedy that mistake as fast as possible. That meant installing 11i at Oracle the first opportunity we had. The fact that we got everything up and running in a couple of weeks was a major accomplishment. We uncovered a number of problems in our software, and we fixed a number of problems in our software. By the time we had finished the Oracle implementation, we had fixed most of the order management problems."

A revised release (11.5.3), which incorporated everything Oracle's developers had painfully learned, was rushed out to customers in early February. It was the third revision since May and by far the most reliable. Barrenechea boasted that 11i was now at least as solid as any rival enterprise software products, most of which had been around much longer. Cap Gemini Ernst & Young, one of the biggest consulting and integration houses, declared in March that "Oracle had made significant improvements and fixes." As a result, the suite was now sufficiently stable for Oracle to begin using the CRM modules in its own practice.

However, just as it took time for the problems with the E-Business Suite to surface, the fact that Oracle had now overcome many of the defects did little to stanch the flow of bad news. The technology press and the analysts were on the hunt for stories about 11i implementations that had run into trouble. Fairly typical was this story of woe in the March 12, 2001, issue of InformationWeek, a magazine aimed at information managers and integrators: "International courier DHL Worldwide Network NV in Brussels, Belgium, for example, was unable to complete transactions based on the euro currency using Oracle's 11i financial applications. Problems included defective currency-to-currency payment functions and slow performance. The glitches put the courier three months behind on its plans to deploy the suite in 12 European locations. DHL came within two days of a drop-dead January 31 deadline before Oracle engineers delivered software patches that fixed the flaws, says Jeremy Young, DHL's finance business-process manager. 'No software is perfect in its early release, but it took seven months to resolve these problems,' Young says."

Young also happened to be the president of the Oracle Applications

Users Group, which had been locked in a bitter feud with Oracle about who had the right to stage conferences—the users or the company. In 1995, Oracle had taken over the conferences, which had previously been run by the database user group, launching Oracle OpenWorld later that year. OpenWorld had been a huge marketing success. The number of attendees had gone from 2,500 or so to events that regularly pulled in 40,000 people, blowing the doors off some of the biggest venues in the world. Mark Jarvis reckoned that with the E-Business Suite soon to debut, Oracle needed to do something similar with applications.

The issue was that Oracle was putting a lot of executive time and money into the OAUG's conferences but not getting enough of what it wanted out of them. Jarvis says, "The OAUG ran two events a year in the U.S., and we were highly restricted in what we could do at them. The OAUG insisted that it was very independent. For example, they didn't want Oracle logos and signage around—a bit odd. There were other peculiarities, but their primary goal was to have users talk to other users, while our goal was to get out there, market our products, and educate people on all of the new stuff. The third factor was that a lot of the guys in the user group are not always on the leading edge. They are more interested in running a version of our software from three years ago and they want to talk about that, whereas, of course, we wanted to always talk about the latest thing so that we can get people upgraded and sell them more stuff. We were at cross-purposes. In early 2000, we told the user group of our desire to run a conference and we asked them if they wanted to be part of it. They took it as a declaration of war."

The result was a stalemate. Oracle went ahead with its plans to hold its first AppsWorld conference early in the first quarter of 2001 in Paris and New Orleans. The OAUG continued to hold its conferences, albeit without the official presence of Oracle executives and no keynote speeches from Ellison. Jarvis says, "They also started a very active PR campaign against us, continually emphasizing their 'independence.'" It proved very successful. Whenever industry analysts or press wanted to find out how Oracle customers were getting on with 11i, they started going to the user group for references rather than Oracle. "OAUG board members were suddenly being quoted in the press saying negative things, knocking whatever we were claiming, and attacking the company's whole approach. They wanted to point out to everybody that they weren't on 11i yet. We'd be saying in all our messages that people are starting to use 11i, and they'd be saying, 'But we don't know anybody who's on it.' They provided a counterpoint to everything we said."

If Oracle hadn't been vulnerable to criticism because of the early 11i quality issues, the damage caused by OAUG's revolt would have been easy to limit. But with plenty of people happy to take a swipe at "arrogant" Oracle for claiming more than it had been able to deliver, the user group was the perfect stick to beat it with. Even quite early on, Oracle could have pointed analysts in the direction of many pretty successful 11i implementations if they'd been interested, but it was much more fun to get the horror stories from the OAUG. Ellison maintains that the fight was never with the users as such but with the user group management: "Some of the officers in the users' group were not customers or users of our applications at all—they were independent consultants who made their living running the Oracle Applications Users Group meetings. We were threatening their livelihood by running our own meetings. It was unfortunate that at the same time we were having the quality problems with 11i, we were also having the spat with the user group. They bashed us every chance they got."

If Oracle had gone on making its numbers, the bad blood with the user group would have been no more than a minor irritant. Even the fallout from the buggy early versions of 11i would in all probability have been containable. But on the eve of the first AppsWorld show in Paris, the moment when Oracle had planned to deliver to the world a confident message about its winning applications strategy, a series of almost uniformly gloomy reports from Wall Street analysts thudded on the mat, including one by Morgan Stanley's Chuck Phillips. He argued that Oracle's forecast in December of 15 to 20 percent year-over-year revenue growth in its core database business, along with 75 percent for applications, would be extremely hard to achieve given the fact that no fewer than thirty of Oracle's dot-com customers had gone bust and that around 12 percent of the firm's total database license revenue had come from dot coms in the previous year. A prescient report by Bank of America analysts noted, "Though many management are confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next three weeks will tell the tale." As shareholders chewed over the possibility that Ellison might have exaggerated the extent of Oracle's immunity to the forces that were blighting other tech companies, Oracle's stock price plunged by 13 percent, to $23.56. In response, Oracle reiterated that it was standing by its bullish forecast.

A few days later in Paris, Ellison seemed unusually nervous and flustered. The main theme of his speech was on the folly of customizing Oracle's software and why it was better to buy a complete suite from

Oracle—in Ellison's analogy, a finished car that you knew would work—rather than a bundle of kit glued together by mechanics from IBM. He said, "We've worked hard to be the first car company. We don't want to sell you parts and labor. If you customize our software, when we bring out a new version you can't use it. You trap yourself in an old version." Ultimately, customizing the E-Business Suite was futile because Oracle itself would soon add the functionality customers were looking for. "We will bring out a new version of the software before you can finish customizing our old version." *

There was nothing wrong with the familiar argument. But without a prepared text, Ellison sometimes puts things in starker terms than he—and certainly Oracle's marketing department—intends. A significant part of the speech was a rant against system integrators—evil folk who persuaded customers to part with huge sums of money to let them mess up perfectly good software. As usual, IBM was singled out as the worst villain. "IBM has thousands of consultants who are eager to help. IBM has alliances with five hundred software partners. IBM has thousands of guys with glue guns who come and stick it all together. At least that's what I think happens. What is systems integration, anyway? What do those thousands of people do all day?" Unfortunately, most of the AppsWorld sponsors just happened to be systems integrators. Mark Jarvis says, "I was just thinking how proud we were of ourselves that we had done a great first AppsWorld, when we suddenly picked a battle with every systems integrator in town." Oracle had lined up a series of anti–systems integration ads. One said, "Just Say No to Systems Integration," while another asked, "Do You Have the Big Systems Integration Blues?" Naturally, "Blues" was written in the style of IBM's logo. After Paris, they never saw the light of day.

The other big "take-out" from the Paris speech was Ellison's frank recognition that the E-Business Suite didn't yet do everything its cus-

tomers wanted and maybe never would but that an "80 to 85 percent solution" that could be implemented in five months was better than the 100 percent promised by some vendors that would take three years to put in and still wouldn't work. Immediately, the chorus went up that Ellison had claimed that the suite was complete and now he was saying that it wasn't. The following week, when AppsWorld moved to New Orleans, Jarvis persuaded Ellison to ease up on the systems integrators. However, although the speech went down much better than the one in Paris, once again there were unintended consequences. Jarvis says, "A whole new thing came out, which was that he gave everyone the impression that you had to have the entire suite or nothing. I've looked at the videos many times. He didn't actually say that, but that was the impression he created."

Ten days later, on the first of March, after the markets had closed, Oracle issued a profit warning for its third quarter. It now expected to miss its earnings-per-share number by 2 cents. Although applications had continued to grow strongly thanks to the buzz that had been generated around 11i, database revenue growth was flat to negative. Ellison explained, "It's very disappointing. A bunch of deals were approved at the senior vice president level, but once they got to the CFO and CEO level, they were pushed off. We have a lot of nervous executives looking at this economy and being very cautious. They want to wait thirty to sixty days so they can get a better read on this economy." In after-hours trading, Oracle's stock fell 21 percent, to $16.88, about half the price it had been as recently as early January.

When Oracle got around to making its official earnings announcement in mid-March, the mix was different but the overall result was the same. But while database did a little better than predicted, applications revenue was slowing at a worrying speed. From the 75 percent growth projected by management on February 14 to the 50 percent expected on March 1 at the time of the profit warnings, the real figure had turned out to be only 25 percent. It didn't take a genius to see that not everything that was going on could be explained by the weakening economy and edgy CEOs waiting for "visibility" to return. For anyone who wanted to see, there was mounting evidence that it wasn't only the economy that prospective Oracle applications customers wanted to see stabilize.

To complete a miserable few weeks for Ellison, from the moment of the earnings warning legal vultures had been stirring up their clients to file class action suits against Oracle for misleading investors about its numbers and the true state of the E-Business Suite. One law firm, Milberg Weiss, alleged that Ellison was involved in the "largest case of insider

*LE writes: Worse than being overzealous in this presentation, I was ambiguous, imprecise, and easily misunderstood. The problem was that I failed to be clear as to what I meant by "customize." "Of course customers can tailor our applications to their business processes, but they should never modify our software. Customers can add to our applications and connect our applications to non-Oracle applications, but they should never go in and change the application program itself. If they do that, they will create quality and support problems and find it difficult to upgrade to new versions of our applications products.

dealing in U.S. financial history." It claimed that he had dumped nearly $900 million worth of shares during the third quarter, knowing that the stock price was likely to fall soon. The suit, on behalf of a small pension fund, accused Ellison of concealing information about the cost of any "massive technical problems" of 11i. In fact, the shares that Ellison had sold, his first disposal for five years, were stock options that were due to expire in August. Oracle said that the suit was "entirely without merit and would be defended vigorously."

Adding insult to injury, the fashionable technology consultancy Forrester Research leapt on the speeding anti-Oracle bandwagon with a particularly vicious briefing note, charging Ellison with "stooping to a new low—blaming its 11i unhappy customers for doing too much customization." The note, by an analyst named Laurie Orlov, attacked the whole proposition of the integrated suite, blithely advising Oracle: "By unhinging apps like CRM from tight links to order management, the individual apps can be coupled with apps from other vendors and can then be revised or released in chunks." Only three months earlier, Forrester had enthused that its "all-integrated approach will make Oracle outperform any best-of-breed technology vendor in the long run."

As usual, Chuck Phillips brought some level-headed perspective. His view of the numbers was philosophical: "Is this the beginning of the end? We don't think so. Every time Oracle misses a quarter—which is about every five to seven quarters—there are a rash of proclamations about market saturation [database] and fatal strategy missteps [usually applications] that point to eternal doom. Even in the best of times, Oracle has not produced smooth license or product line growth from quarter to quarter. The numbers generally fall where they may without, much to our chagrin, a ton of backlog management. Billions of license revenue gets booked in the last five days of the quarter and it's difficult to smooth out that business model. Usually, investors throw in the towel on Oracle for three quarters and don't want to hear the name mentioned for a while. But then, comparisons get easier, customers eat through their licenses and need more capacity, the product footprint expands into higher growth areas, the buying cycle improves with the economy and recently released products get seasoned and get some traction in the installed base. The only cure is time."

The mood at Oracle was bloody but unbowed. There was an embarrassed realization that it had fallen down badly on execution in sending a hugely important new product out to customers in an unfit state. But at the same time, there was complete conviction both that the suite message

was right and that Oracle was well on the way to dealing with the outstanding quality issues. Talking to me nine months later, Ron Wohl said, "Fundamentally, we tried to do something that I think was much larger in scope than even we realized and was much larger than the scope of any software we had released beforehand. In retrospect, we didn't do a good enough job up front—our QA [quality assurance] procedures didn't work because they had outgrown our scale.

"I would have liked to have done two things differently: we should have changed a number of processes within development to deal with the scale of the release, which we have now done; and two . . . we would have been wiser to withhold the release a little bit. We would have been better off as a company if we had deferred the release by three or four months. The stability actually improved at a very rapid pace. You could see it in the bug numbers, you could see it in customer satisfaction by anecdote. Customers who had started on a later version [11.5.3 and above], they were extremely happy. Customers who started on one of the early versions weren't happy, and they had a right to be upset with us."

Mark Barrenechea thanks God for the recession: "We actually got a little lucky that the economy turned down. It gave us more time to deal with the problems. Of course we'd like the satisfaction of stabbing our competitors before they hang themselves. But the downstep in the economy meant that a lot of them were just dying. It couldn't have happened at a better time for us. It meant that there were fewer choices among the best-of-breed vendors and customers were more nervous about making those choices. Secondly, in a boom economy, there's a lot more IT dollars. If something isn't working the customers can say, 'Fuck you' and go to another vendor, spend some more money. So companies weren't willing to double down on their mistakes and bet the farm, they couldn't abandon us. So they forced Oracle, and we were forcing ourselves to walk through the issues and fix the problems. To quote John Milton, I was not displeased that there was a downturn in the economy."

Ellison is rueful but philosophical. There's little in the software business left to surprise him. "A little over ten years ago we undertook a massive rework of our database software. It strained our company to the limit, but it resulted in a database product that was so much better than anything offered by the competition that we became the number one database company in the world. We have to make big leaps forward in technology or sink slowly into obsolescence. The pain is worth the gain. It's very much like childbirth. It's a lot of pain followed by great joy. The joy helps you forget the pain. When Version 7 of the database came out,

customers loved it. The pain of Version 6 was largely forgotten. The applications release 11i birthing process was not nearly as painful as Version 6 of our database, and I think the 11i gain will be even greater. We'll see. People haven't forgotten the pain yet. In fact, during the worst of our bad publicity and our sinking stock price, somebody said to me, 'Oh my God, this is as bad as 1991.' Jeff Henley and I both laughed. In 1991, we were on the brink of bankruptcy. At the worst point in this recent downturn, we had $6 billion in cash and profit margins of thirty-five percent."

Ellison had previously said that the only thing that would make any difference was a quarter that beat expectations. "Most analysts try to foretell the future by understanding and explaining the recent past. If you have a bad quarter, if your sales are going down, they will attribute part of that sales decline to product problems that are creating competitive pressures. If you suddenly have a good quarter, better than the competition, they explain that it's because your product is getting better. It's as simple as that—they just look at the numbers. So the best way to improve perception of the E-Business Suite is to sell more of it. Then the analysts will say, 'Good job, Oracle, it's a great product you got there.' "

Despite everything, at least the idea of the integrated suite was beginning to win acceptance, not just from customers but even from rivals, like SAP and PeopleSoft. George Roberts soon began to notice that he no longer had to bang the table with suite-versus-kit arguments. "If you have a strong strategy, it forces your competition to respond. Whether the release was premature or not, every major competitor has been forced to respond to the Oracle message and the value proposition that we brought out with 11i." The initial execution might have left much to be desired, but Oracle is a company that learns from its mistakes. Oracle, and Ellison in particular, have a reputation for arrogance. But during the difficult first six months of 2001, I discovered an impressive determination to face facts and put things right combined with an iron conviction that the E-Business Suite was still destined for greatness. Establishing it would not be the early-round knockout that Ellison had predicted, but as the going got tough, his certainty of ultimate victory, if anything, seemed to increase.

# 11

# TAKING STOCK

*April 2001*

In the weeks immediately after the "lost" third quarter and the trip to China, Ellison has been trying to get a handle on how bad the financial situation really is. But immediately after what could have been a rather tricky board meeting, he shows no sign of stress. The previous day, he flew in from a two-week spring break with his children in Tahiti on the recently renamed *Ronin* (its previous name—*Izanami*—spelled "I'm a Nazi" backward, which Ellison didn't think quite right for its Jewish owner).* His only grumble is that he strained his neck and sprained his toe while trying to crash tackle eighteen-year-olds during a game of beach football.

Ellison's next appointment is a press conference to announce a shift in the marketing strategy behind 11i. To some extent, the change is being driven by the worsening economy. However, he also wants to try to correct some impressions about the E-Business Suite that may be damaging its prospects in the market and for which he feels largely responsible. Ellison has already acknowledged that he made a mistake in sounding too hostile to systems integration—some integration with legacy software is

*LE writes: Izanami and Izanagi are the names of the two Shinto deities that gave birth to the Japanese islands, or so legend has it. When the local newspapers started pointing out that Izanami was "I'm a Nazi" spelled backward, I had the choice of explaining Shintoism to the reporters at the San Francisco Chronicle or changing the name of the boat.

inevitable in all but the newest businesses. It's modifying code that's the real crime. But there's another misapprehension that he thinks could be holding back sales: by spending so much time and money extolling the benefits and uniqueness of 11i as both integrated and *complete*, Oracle may have frightened off potential customers by making them think that they have to buy and install the whole suite at once—a massive undertaking that implies getting rid of any existing software no matter how recently acquired and fit for the job.

The new line is that the E-Business Suite can be broken down into bite-size chunks that automate discrete "business flows." The idea is that you can decide which "flow" of business processes you want to automate first, get that done quickly and relatively cheaply, and then move on to automate others when the first has proven its worth. To dramatize the idea and to differentiate Oracle's offering from that of its deadly rival, Siebel, Ellison has come up with the idea of installing "global CRM" within ninety days of purchase for a fixed price—any time or cost overruns "will be on our nickel," he says.*

The press briefing is held in the ground floor executive dining room at 500 Oracle Parkway, the headquarters building. There's a good turnout of about twenty journalists, including reporters from *The Wall Street Journal*, the *Financial Times*, *BusinessWeek*, *Fortune*, and *Forbes*. Ellison starts off by saying that the software industry's preoccupation with offering separate applications for what are really continuous processes has made "the graceful flow of information" hard to achieve. For example, says Ellison, although Siebel provides sales automation, it doesn't have contract automation. By contrast, the Oracle E-Business Suite automates complete business flows that reflect the way businesses operate in the real world; the alternative is to automate functional departments in separate modules. But unless data is to stay fragmented among different applications, you need to write separate programs that attempt to move the data between each application. It's an approach that, as Ellison never tires of saying, frequently fails, meaning one group can't work with another. Even when it doesn't fail, it's still very expensive.

*LE writes: Our new sales force automation software was an Internet system that ran on top of a single global database. We were able to get it up and running very quickly and inexpensively. Guaranteeing a firm fixed price for the software and the labor to put it in seemed the best way to differentiate us from Siebel.

The example he gives of Oracle's alternative is a flow called "campaign-to-cash"—one of ten other "fast-forward flows" that are being announced with names such as "plan-to-campaign," "procure-to-pay," "click-to-order," "opportunity-to-forecast," and "call-to-resolution." Once a decision is made to initiate a sales promotion, the software filters prospects and leads from the customer database and sends thousands of targeted e-mails—all within minutes. When a prospect turns up at the Web store, his or her identity is known. If a sale isn't made, the details will go to telesales, which will follow leads that didn't transact. Once a sale is booked, every other part of the process is automated, right through to the moment when the order is fulfilled and the vendor gets the money—hence campaign-to-cash. Ellison boasts that while a Siebel implementation can take nine months to complete in just one country of operation, Oracle guarantees to "go live" globally within ninety days.* While the cost of the software license fee to the consulting charges for big CRM implementations is typically in the ratio of 1 to 7; Oracle is betting on getting nearly 1 to 1.

Ellison goes on to predict that previously high-flying Internet software firms, such as Ariba and Commerce One, which are already suffering from the sudden downturn in demand for e-business applications, will not survive. "These aren't one-product companies," he asserts. "They're one-feature companies. Ariba has a little piece of the procure-to-pay flow—Internet purchasing requests. It's just a tiny component part of a procure-to-pay system." Oracle has already drawn attention to Ariba's difficulties with a nasty piece of copy on its Web site entitled "Ariba Derci." Siebel, by comparison, has a full CRM suite, but Ellison claims that it's the product of acquiring other software companies and putting a Siebel label on their products. "It's complete, but it's not integrated. It's a lot easier writing checks than writing software."

The reporters are politely interested in the "CRM in ninety days" message; the next day there is widespread, albeit fairly muted, coverage. But it's clear that they see it more as smart marketing than as anything fundamental—although Carleen Hawn of *Forbes* asks an interesting question about the impact on Oracle's business model of switching to a high-volume, low-price approach. (Ellison's answer is that the cost has never

*LE writes: We can't do all the business flows in ninety days. Campaign-to-cash takes longer. But we can do opportunity-to-forecast—global forecast—in ninety days, even in a fairly large company.

been in the software but in the labor needed to put it in—Microsoft got it right, the enterprise guys got it wrong.) They're also pretty used to hearing Ellison banging on about Oracle's "war on complexity" and the dreadful consequences of fragmenting data, even though he's always funny and they can't help laughing at his jokes.

What they most want is to get Ellison talking about the economy and its effects on the competitive landscape. Marc Bosler of *The Industry Standard* (a tech magazine in Silicon Valley that at the height of the dot-com boom was running to more than two hundred glossy, ad-packed pages but is now in what turn out to be terminal financial difficulties) asks in what way the B2B market has changed. It's time for Ellison to start enjoying himself. "A lot of wild things were going on," he says. "People were watching the stock market more closely than they were watching their businesses. Commerce One was giving big customers stock in their company if they bought its B2B exchange software. Companies were buying Commerce One products because they expected to make a lot of money on Commerce One stock. It seemed a brilliant plan because every time one of these big deals was announced the Commerce One stock would go up. On top of that, some of these companies would then spin off their purchasing departments and call them B2B exchanges. They thought they'd get rich taking their purchasing department public. It was crazy." * *

Another question, from the *San Francisco Chronicle's* Kelly Zito, is about whether Oracle is finding itself squeezed in the database market by IBM (the following day, IBM announces that it's buying an old but much-weakened survivor from the brutal database wars of a decade ago, Informix). No problem, says Ellison. Oracle 9i with real application clusters runs SAP or Siebel five times faster than IBM's DB2 or Microsoft's SQL Server, with ten times the scalability and one hundred times the reliability. "RAC [Real Application Clusters] is the most important new technology from Oracle in the last ten years. It's game, set, and match in the database business," he crows. The briefing is already running half an hour overtime, and the Oracle PR people are trying to pull Ellison out. Appropriately, one of the last questions is about the battle between Siebel and Oracle. The previous week, Tom Siebel claimed that he

*LE writes: At the height of this madness, we lost a very big sale to Commerce One because I refused to give the prospective customer any Oracle stock as a part of the deal.

didn't often see Oracle win big new accounts when the fight was on. Ellison is both outraged and amused. He says, "Very interesting. Possibly Tom needs an optometrist."

The meeting that Ellison is late for is the regular Monday afternoon PDMC (product development management committee) meeting attended by the heads of the key engineering teams. It starts off with fairly routine pricing and licensing issues. Among them is a proposal that Oracle's e-mail server (which, Ellison says, is faster and more reliable than Microsoft Exchange because it runs on top of a database) should cease to be sold as several separate products. Oddly, there's a feeling that telcos that license Oracle Internet Directory "product" in the millions at $5 a seat might not like the change. "It makes no sense to price every feature as a separate product," says Ellison. "But that's the way the enterprise software business has been for a very, very long time." Another mystery to Ellison is the poor reception of a proposal from Ron Wohl to stop talking about exchange software and to refer instead to "hub-and-spoke" software. Wohl convinced Ellison to make the change, and Ellison has been using the new terminology for several weeks. Unfortunately, nobody else agrees. Ellison says jokingly: "Okay, okay, I give up. I promise never to say 'hub' or 'spoke' again. I just want to get out of here before midnight. What's next?"

The next item on the agenda is rather more serious. It turns out that one of the "fast-forward flows" that Oracle is formally to launch the next day and that Ellison has just previewed with the press doesn't work as it should. It's a package called "incentives to performance" that is designed to allow members of a sales team to calculate their compensation precisely. The software has to deal with a fiendishly complicated set of variables, determining rules for who should get what as a deal is turned into an order and eventually becomes a sale. In the approved manner, Oracle has been using its own business and processes as a laboratory for developing its applications.

Ellison starts off by asking detailed questions about how the software maps and automates the set of interactions that begins with sales forecasts and ends with accounts receivable. He doesn't like what he hears. Always suspicious about the ability of sales organizations to extract more than they should by counting the same sale more than once or by spreading the commission around to too many people, he concludes that the detail isn't there. Suddenly he asks crossly, "Just what is it that we're announcing tomorrow?" The tension in the room is mounting. Is Ellison going to pull tomorrow's announcement? One of the team involved in the

"CRM in ninety days" initiative is licking his lips nervously and starting to sweat despite the air-conditioning. He agrees that the product isn't ready, Ellison says with rising incredulity, "You want to announce this, but not deliver until May . . . can anyone tell me why we're doing this? Why should we announce it now? Why shouldn't we wait until it works?"* It's a nasty moment, but Ellison is assured that the other flows are ready. The decision is made to pull the sales force compensation package until the problems are resolved and go ahead with launching the other flows on Tuesday.

• • •

When the day is over, Ellison and I drive the half mile to a canalside house he owns in Redwood Shores, where we can sit on the deck and watch the pelicans. Ellison's earlier belief (sincerely held) that Oracle alone might miraculously escape the recession sweeping through the rest of the technology industry now seems ludicrously optimistic. What really happened during those last few days in February at the end of the quarter? Was it a question of two or three big deals falling through at the last moment, as Ellison had earlier appeared to suggest, or was it something more fundamental going on?

"No. It was a lot of deals—dozens, I'd say. Sometimes a deal was delayed. Sometimes the size of the deal dropped from $6 million to $2 million. All of a sudden people stopped buying in anticipation of what they needed for the next couple of years. Instead they bought exactly what they needed for the next three months. There were even cases where companies that were already using our software were trying to find ways not to pay for it. I'm not going to mention names, but a very large wireless company that was supposed to give us $15 million or $20 million this quarter, based on their own published subscriber numbers, decided to dispute the amount. It was just a negotiating tactic. If we lowered their bill, they'd pay us this quarter. We didn't. Lots of tech companies and telcos are under financial stress, so they're being much more careful with their cash these days. The dot-com die-out is getting worse. Suddenly, moving all your business processes to the Internet doesn't seem so important anymore. It seems like e-business and the Internet are going out of fashion."

*Ellison writes: It made no sense to release the compensation flow until it was working successfully at Oracle. I had made this mistake too many times in the past. Never again.

I suggested that perhaps companies were no longer worried about Web-based "stealth competitors" coming from nowhere to eat their lunch. "That's exactly right," said Ellison. "Wal-Mart is no longer worried about Amazon.com—if Wal-Mart ever was worried about Amazon. A lot of companies have realized they don't have to move quite so quickly. They can be more deliberate and automate at a more rational rate. Flying the Internet flag isn't so cool anymore." Perhaps another factor was that simply making an announcement about what you were doing on the Internet was no longer likely to have a major impact on their stock price? "Absolutely," replied Ellison. "All these B2B exchanges . . . there were lots of companies that issued a press release about a B2B exchange and saw their stock price shoot up. Commerce One dished out about three of these B2B press releases for every one that we sent out. They killed us in the press release war. But that exchange business is gone now. And it's not just the exchange business that's dried up. Companies are much more cautious about buying any kind of new technology."

It is almost as if Ellison were talking about some semi-mythical period remembered only through the mists of time. I can't help reminding him that in mid-February, only ten weeks ago, he still thought Oracle would make its number. "Absolutely," he says. "We went into that quarter, extremely confident. We got off to a great start. If you look at our quarter month by month, we had great growth in December, we were still way ahead in January, and then we hit the wall in February," When did he first know that something big had changed, and why didn't Oracle's own much-vaunted e-business systems provide any warning? "Our sales-forecasting system tells us how many deals are in the pipeline and multiplies their value by a historic close rate. If there's a change in close rate we detect that, but in our case we don't detect it until the last day or two of the quarter, because that's when we close so much of our business. I hate that. Consulting firms actually go out and train software buyers to negotiate right up until the last hour of the last day of our quarter before signing a multimillion-dollar deal. Most software companies will increase the discount on the last day just to get the deal into the quarter. It's a monster the industry has created by mapping its sales compensation plans to its fiscal reporting. I think that's a bad practice, and we've tried to put a stop to it at Oracle. But that hasn't stopped our big customers from asking— and taking us right up to the end of quarter before they sign."

I asked Ellison what he had expected the reaction to be when he issued the earnings warning. He said, "Well, the reaction had already occurred. The stock had already gone down dramatically. It was one very loud "I

told you so.' It turns out that the analysts were looking at the macroeconomic forecast and that proved to be more accurate than our internal systems sales forecast." So how bad did he think things were going to get, and how did he plan to adjust to the new circumstances? "Well, first off, I thank God that we spent the last two years reengineering our company into an efficient global e-business. If we had just started the process of moving to the Internet now, we would really be in trouble. Yeah, we were disappointed in the quarter, but it wasn't a disaster: our sales went up, our margins went up, and our profits went up. I'm not happy, but I'm not going to go out and kill myself. We're really in pretty good shape. We have release 9i of the database coming out soon. We have a cool new version of the application server that's going to drive BEA nuts. Our products are competitive, and our organization is efficient. Those two things allow me to sleep at night. The last time the economy slowed down [in 1991], Oracle lost money."

Even if the product cycle was in good shape, it was clear from the "CRM in ninety days" initiative that the marketing message was changing with the times. "That's true. Without the same sense of urgency about moving to the Internet, we have to sell differently. What we're selling now are very rapid, low-cost, low-risk implementations of automated business flows. The E-Business Suite contains several separate business flows. We can automate one flow at a time—like "procure-to-pay" or "opportunity-to-global-sales-forecast" and so on. We provide the software and the labor to get it up and running for a guaranteed fixed price, so customers get a guaranteed return on their investment with a minimum of risk. That's what's selling these days—return on investment. People have lost their appetite for risk.

"Selling separate flows solved another key problem for us. By talking about the E-Business Suite as complete, people thought that you have to buy and install the entire suite all at once. It's an all-or-nothing kind of deal. No, no, no. Not true. But our competitors used it against us quite effectively. So we thought that we had better start talking about the separate E-Business Suite flows inside the suite. That also lets us sell better against the best-of-breed specialists. We'll sign a contract guaranteeing to do a CRM flow in ninety days for X number of dollars. We tell our prospects to go ask IBM and Siebel how long it will take and how much it will cost for them to do the same thing. It was the best way we could think of to drive home the point that Oracle applications install faster and are much less expensive to run than the competition. Even today

many companies make the incredibly expensive mistake of failing to ask for a guaranteed implementation cost and guaranteed annual operating cost of the applications systems they are about to buy. We'll guarantee everything. The competition won't."

Would Oracle have gone down this route if the economy hadn't gone bad? "Well, marketing the flows separately is a good idea with or without the downturn. We marketed the complete integrated E-Business Suite as a cost-cutting, productivity-enhancing engine. Now we emphasize the fact that you can install the suite a flow at a time. So we have two applications marketing messages. The first message is, we have a complete integrated E-Business Suite—we saved $1 billion at Oracle using it. The second message is that you can install one business flow at a time, quickly and at a guaranteed price."

A big part of Ellison's 11i campaign has been centered on the idea that systems integration was to be avoided at all cost. Yet the assumption behind being able to install the software to manage a particular flow was that it was being integrated at some point with legacy systems. Didn't that mean that he was backtracking on something pretty fundamental? "Yeah, the 'Just say no to systems integration' slogan was poorly thought out on my part. It wasn't systems integration that had to be avoided; it was code modifying that had to be avoided. Of course, some systems integration may be necessary. So wake up! Try a little harder!"

Perhaps another reason for the flip-flop on systems integration could be the damage that was being done to Oracle's relations with the big consulting firms, which frequently recommend what software their clients should buy. Ellison said, "I don't think so. We still think it's important to minimize systems integration. It's just not always possible to eliminate it completely. 'Say no to systems integration' was right some of the time, but it wasn't right often enough for it to be our primary message. 'No code modification' is the correct message. If you've integrated our accounting application to your custom telephone-billing systems, you can easily move to the next version of our accounting system so long as you haven't modified our code. If you've modified our code, you're stuck." And the integrators, the consultants? "Now that we've cleaned up our message, the integrators that compete on price love us because we install faster and cost less to operate than the competition. The integrators that do the giant time-and-materials projects still don't like our message."

How was Oracle doing in efforts to win a massive deal with AT&T that Ellison had recently been pitching in New York? "They'll make a choice in very, very short order. I think we're ahead. We're the only one

of Larry Ellison" and said, "Give him that." Which, to Ellison's vast amusement, I did. Siebel's main point about Oracle was that however much it was prepared to throw at building a competitive CRM package, he would believe it when he saw it: "This isn't simply something you can throw a thousand software programmers at. It's something that somebody in the organization has to know something about."

In much the same way that Ellison uses Microsoft and IBM as the points to Oracle's counterpoint, Siebel uses Ellison and Oracle to define what Siebel isn't. He says, "It is critically important to me that Siebel Systems never develops yet another pathological [a favorite Siebel word] Silicon Valley corporate culture. Too many companies here have an arrogant self-image. Their attitude is 'We are geniuses and visionaries who make insanely great technology.' And there's the cult of the software CEO, where it's all about 'me, me, me' and my transitory fulfillments—my parking lot filled with Ferraris, my crushing the competitors, my money, articles with pictures of me in my fighter jet or being escorted around by PR assistants." * Who could he be talking about?

Although Ellison patronizingly refers to him as "Tommy," he has a grudging admiration for what Siebel has achieved in defining and dominating a market (much as Oracle did in its early days), but he doesn't have much respect for Siebel's technology. "Siebel Systems is all about sales automation. They defined the category and made the market. They were the first mover. They built a ruthless, big-deal-focused sales force. But they have a couple of problems. Despite what Tom says, their software's still client/server and their Internet version isn't due out until the fall. Two years ago the Siebel Web site claimed their software was architected for the Internet—but it wasn't. Now they say that their Internet version is on its way. So I guess they moved to the Internet two years ago and it was so much fun, they're going to do it again. So, who's lying? Tom and Craig Conway were both key lieutenants in Gary Kennedy's sales team. Were they hard chargers? Jesus, were they ever. They're both killer salesmen and hard-driving sales managers. That's what made them successful. But they're not choirboys. And now that they're both CEOs they'll live and die as their quarterly results rise and fall. Tommy talked a

*LE writes: Gee, I guess I should have named the company "Ellison Systems" and put a huge ELLISON sign on the side of our buildings so everyone could see it as they drive by. And can someone please tell me what "transitory fulfillments" means?*

that can do the business flows. By the way, we did a very similar business flow for their ADSL division. The business we're trying to get now is fixed-line. They're trying to decide whether they're going to do the flow with us or take a more traditional, functional piece of sales automation from Siebel. We'll know in a week or so." As is often the case with Ellison, he was being overoptimistic about the time frame. The negotiations with AT&T dragged on interminably as key executives on both sides left and the decision-making process at the troubled telecom giant stalled. Apart from the sheer size of the deal, winning it would create a vital reference point in Oracle's struggle to catch Siebel.

How was the fight against Siebel, the market leader in sales automation and CRM software, going on other fronts? What about Tom Siebel's remark, quoted earlier in the day, that he hardly ever saw Oracle competing with CRM on major accounts? It's the kind of dismissive claim that incumbents always like to make about the pretensions of challengers, but it had seemed to needle Ellison. Obviously Mark Barrenechea lived and breathed the idea of one day destroying Siebel as a serious rival, but what abour Ellison? Did he get up in the morning thinking about how to take the fight to Siebel? Ellison replied, "At one point I ranked Siebel as our most important applications competitor, because they're the largest best-of-breed software company and they have a close partnership with the largest best-of-breed integrator, IBM. I thought we had to beat Siebel for the suite approach to triumph over best of breed. But even now the outcome of that war is now fairly certain. We'll end up with a couple of suite companies, and SAP will be our only major competitor."

It's true that the tech downturn isn't all bad news for Oracle. The likes of the once fashionable Ariba and Commerce One, which had been carried to extraordinary market caps by the Internet tsunami, were now in danger of being left high and dry. But Siebel Systems was a much tougher proposition. Founded and run with iron discipline by the former Oracle salesman Tom Siebel, the company was still outselling Oracle in CRM by a factor of four to one. Revenues in 2001 broke the $2 billion mark accompanied by net earnings of $255 million. Siebel also had a war chest of well over $1 billion—useful rainy-day money to ride out a prolonged tech slump. I first met Siebel in the summer of 1999 at his office, which cheekily strands just three miles north of Oracle's on the opposite side of Highway 101. A small, intense man with a harsh, gravelly voice, he lost little time in launching a bitter attack on Ellison and what he called his "pathological lying." When he heard I was having lunch with Ellison later that day, he immediately scrawled on a piece of paper "The six lies

lot about the 'pathology' of Oracle. And when Tommy talked people listened, because he was delivering the goods quarter after quarter. But that's all about to end. He really struggled to make his last quarter. He pumped it up with software swaps and a big deal with IBM. He can't do that two quarters in a row. Tommy's going to crash." * Siebel was indeed finding the going harder, but Ellison's predictions about Siebel hitting a wall had been wrong before. Two years earlier he had forecast that by the middle of 2000 Oracle would have knocked Siebel off its perch.

Part of Oracle's problem was that it had taken the company so long to build a product with enough features to match Siebel's even remotely. And whereas Siebel had gone our and bought companies to fill feature gaps, Ellison had insisted on making everything at home to ensure the architectural integrity of the integrated suite. As usual, Ellison put a higher priority on the benefits that derive from engineering elegance than the crude business functionality that Siebel's hotshot sales force expertly leveraged with customers. However, a new report from the Gartner Group had found that while Siebel remained well ahead in terms of customer wins, in the last year Oracle had emerged as its only significant challenger, putting distance between itself and the rest of the chasing pack.

Ellison says, "We don't have every feature that Siebel has with all their different CRM products. But our CRM front-office systems are tightly integrated with our ERP back-office systems. Our CRM systems and ERP system share a common database, so it's easy to find the information you're looking for. All our applications are architected for the Internet, so it's quick and easy to roll them out globally. We have enough advantages to win our fair share of CRM deals. Siebel built their feature-rich portfolio of CRM products by acquiring lots of different CRM companies: Scopus and about a dozen others. Then they rebranded all these separate products as the 'Siebel CRM Suite.' But it's not a true suite. The products are barely integrated, and they don't share a common database. Writing checks is easy. Writing software is hard.

"Could we have caught up with Siebel any faster? Sure. All we had to do was buy a bunch of companies like they did. But we wanted to stick to our product strategy of an integrated suite built on top of a common database. The only way to get one of those is to build it from scratch. You can't go out and buy it because it doesn't exist. We're building software

* LE writes: And crash he did.

---

about as fast as we can. We have nearly four thousand applications developers working on the suite, about nine hundred of them in CRM. [According to Mark Barrenechea, the true CRM figure is nearer to fifteen hundred, up from ten when he arrived at Oracle four years ago—Ellison still doesn't know how many people work for him!] They may have built the Empire State Building in nine months, but the E-Business Suite has already taken us several years, and we're still not done. Complex business software takes a long, long time to build. Sometimes you have to build it two or three times before you get it right. Mark Barrenechea still has a lot of work left to do. Mark worked for Scopus when Siebel bought them but came to work at Oracle rather than going to Siebel—something to do with having to wear a tie while programming." [Tom Siebel insists on suits and ties as a mark of 'respect' to customers and as another way to differentiate the company from the Silicon Valley norm.] As Barrenechea tells it, "I remember going over to Larry's house in Atherton. This was my first experience of Larry—he shows up in shorts and a pink tank top, holding a glass of carrot juice. And I'm thinking, this is my kind of guy." *

I ask Ellison if he sees Siebel in the same category as niche players like the Internet procurement specialists Ariba and Commerce One. "Yes, Siebel is a best-of-breed specialty player," he says, "I'd put Siebel and i2 into the same category. Why? Their stuff is too expensive to install, integrate, and operate. I'd guess that more than half the software these guys sell sits on the shelf and never gets used—shelfware. Companies still buy from Siebel because they're the CRM leader and people think it's safe to go with the leader. But i2 was the supply-chain leader, and look what's happened to them. Oracle and SAP are rapidly getting i2 out of our EPR accounts. We'll get Siebel out too. Every year Siebel and i2 will come under more and more pressure. I don't see how they can survive."

The idea of speeding up that market consolidation through acquisition doesn't much appeal to Ellison, even though the battered and reeling niche players would now go for peanuts. One possible exception was Clarify, the call center specialist acquired by telecom equipment maker Nortel a couple of years ago. He says, "We're cheap, too cheap, probably. We've never paid more than $125 million for an acquisition. Clarify's in that range these days now that SAP stopped reselling it. Selling Clarify

* LE writes: I met Mark out on my deck just as I arrived back home from the gym. I was wearing a black cotton tank top with a Sayonara logo on it. I have never owned, nor would I ever wear, a pink tank top. This is very important.

and Commerce One was SAP's brief experiment with best-of-breed integration. They weren't any better at it than we were. At a recent conference in Florence, I was on the same speakers' panel as Hasso Plattner [SAP's co-CEO]. Hasso was explaining about how hard it is to integrate with the third-party products they're reselling. Tell me about it! SAP's in the process of declaring their integration experiment a failure and going back to building and selling their own suite of applications. So will we buy Clarify? We'll look at it. We'll analyze it. We'll talk about it. But we won't buy it, because we can't integrate it."

One deal that Ellison wishes he had done was to buy PeopleSoft in 2000, when its stock was on the floor and Oracle's was riding very high. "PeopleSoft was amazingly cheap. We could have bought them for two or three percent of our [outstanding common] stock. I wanted to do it at first, but I gradually became convinced the timing wasn't right. Most of our executives thought doing our first big acquisition at that time was just too risky. We were in the midst of a massive reengineering of our own company that consumed a hundred and ten percent of our management capacity. No available management, no experience in big acquisitions— PeopleSoft pretends to be a suite company, but they're not. Sixty-five percent of their business is HR systems. They're really a best-of-breed HR specialist, and you know the fate of best-of-breed specialists. I think their HR product will gradually get replaced by Oracle HR and SAP HR. Still, PeopleSoft was so damn cheap we probably should have bought them anyway. It was close, but we probably made the wrong call." They certainly did. Although, in a predictable echo of Tom Siebel's remark about Oracle, Ellison says that he never "sees" PeopleSoft competing for big accounts, there's evidence in both the numbers and the analysts' reports that the firm from Pleasanton is making something of a comeback with its version of the E-Business Suite, PeopleSoft 8. Although still in recovery, PeopleSoft is a much-loved company.

Ellison accepts that one rival that is definitely not fading away yet is SAP. "SAP made a couple of exceptionally good decisions that resulted in them becoming the number one applications company in the world. First and foremost, they invented the applications suite business when they built the first integrated ERP system. Being first got them lots of big customers all over the world. Even when the going gets tough—it's been difficult for them to get new customers in the U.S. over the last couple of years—they can always sell into their installed base and into the hyperloyal German market. Nobody can compete with SAP in the German mar-

ket—they own it. Second, SAP has executed its strategy pretty well because it's an engineering company at its core. In that respect Oracle and SAP have a lot in common: we're both engineering-centric companies, and we both have software engineers as CEOs. Most other application software companies are run by salesmen. The Oracle and SAP engineering teams have great respect for each other and get along together quite well. Their engineers love our database. In fact, when we launch Oracle 9i in June, they'll be there up on the platform with us* [they weren't, as it turned out], which is really pretty incredible considering the rivalry in applications. But their customers desperately need the speed and reliability of Oracle 9i Real Application Clusters [RAC]. For all the things SAP has done right, they still face one overwhelming challenge: their system is very, very inflexible, and that makes it extremely expensive to install and operate. The big consulting firms charge a fortune installing, integrating, and customizing the SAP system. The cost overruns on big SAP implementations are legendary. In this new climate of constrained IT budgets, it's going to get harder and harder for them to sell to new customers. If people start asking for a price guarantee before buying or expanding an SAP system, then they're in big trouble. SAP's best hope is that people don't ask."

•  •  •

Hardly a month goes by without Ellison's hosting at least one or two CEO roundtables. While he has frequent meetings with Oracle's biggest customers and increasingly makes the vital calls that help to close deals, the roundtable format allows both efficient use of Ellison's time and the opportunity to talk more widely about the issues that concern Oracle's customers. Today's roundtable is being held at his house in San Francisco. The Pacific Heights house couldn't be more different from the restrained simplicity of his Japanese-style villa at Atherton. Four stories high, the house is famous for its extraordinary panorama of the bay, sweeping from the Golden Gate Bridge to Alcatraz. It's also well known for being fitted out like a James Bond villain's hideaway with touch screens directing the industrial-strength computers that control every

*LE writes: SAP wasn't on the stage with us, but they did officially certify and start reselling Oracle 9i Real Application Clusters under their applications. Interestingly, SAP did not certify either IBM's or Microsoft's database-clustering technology. So our biggest applications competitor is now our best database reference. SAP loves RAC.

function inside the house. It's gorgeous but so minimalist that it's not a cozy place to live in. It is, however, a spectacular venue for corporate entertaining. A few of the twelve expected guests are relatively local, such as Dick Kovacevich, CEO of Wells Fargo (and one of Oracle's bankers), and David Lawrence, the chairman of Oakland-based Kaiser Foundation Health Plan, one of America's biggest medical insurers. But others, such as Jim Courter of IDT, a telco in Newark, New Jersey, and Ron Orr, who runs the air force's logistics operation from Washington, D.C., have flown across the country to attend. And while an invitation to lunch from Ellison is on its own probably enough to get the attention of most CEOs, the fact that the lunch is being held in a house that you will want to tell your friends about is an added lure.

After the guests have had an opportunity to admire the view from the first-floor drawing room before the fog closes in, they are led down to the dining room and seated around the huge, rectangular white table. Oddly, there seems to be no seating plan. Other top Oracle executives, including Safra Catz, Sandy Sanderson (the head of Oracle Consulting), and Mark Jarvis, just spread themselves around, while a handful of the guests politely jockey for a seat near Ellison. The meal, served by a team of several black-uniformed waiters, is elegant but simple. Despite the opulently over-the-top surroundings, the atmosphere is serious and professional.

At least until Ellison starts talking. With this group, he's confident and ready to entertain. It's a variation on the usual theme: what he's learned from his own efforts to turn Oracle into an e-business and why it's a process in which CEOs must become directly involved; the profound impact of the Internet; the failure of IT to deliver on past promises because it is an industry founded on a model that both celebrates and distributes complexity; and, finally, the extraordinary benefits to be had, in terms of efficiency and knowing what's going on in your business, by adopting Oracle's approach of implementing a fully integrated suite of applications on top of a single consolidated database. But the anecdotes of the chaos at Oracle before he saw the light are well honed and funny. What's more, they strike an immediate chord with his guests, as he knows they will. The confessional tone is calculated to get others to tell their blood-curdling horror stories of their own. And then for Ellison to point them in the direction of salvation.

There is, however, a potential danger in being funny about the nightmares that the IT industry has visited on its wretched customers. In his own imagination, Ellison had long since moved on to a simpler and more rational kind of computing that banished armies of expensive consultants

and the associated problems of tying together software packages from a multitude of vendors. Oracle, Ellison boasted, could now, uniquely, offer computing solutions that, for the first time in IT history were guaranteed—that's right, guaranteed—to provide a spectacular and speedy return on the customer's investment. However, even at Oracle, with its much-trumpeted $1 billion of savings and the boast of being able to extract as much again this year (recently slightly moderated because of "the economy"), Ellison was, according to his own CFO, Jeff Henley, running slightly ahead of reality. But for customers, including some of the ones around the table on Broadway, what might be galling was the fact that until very recently, Oracle had enthusiastically been selling the very approach, namely customized best-of-breed solutions, that Ellison was now describing as madness.

By the time Ellison stops speaking (after a good forty-five minutes), one of the guests, George Buckley, an English expat who runs the Brunswick Corporation, a medium-sized conglomerate that operates boating and leisure-focused businesses such as Mercury Marine, is seething to say something. He has written a number of points down on his pad. Looking intense and white-faced, he begins, "Larry, we've spent $250 million on systems in the last few years, and we've got jack shit. I feel like we were led down the primrose path by the IT guys. It was always jam tomorrow. We have all the best stuff in the candy store—PeopleSoft, i2, Oracle—it's a real hodgepodge of systems." Ellison has a "There you are!" kind of smirk on his face. He says, "That's the absolute archetype of what not to do." Buckley looks furiously across the table at him: "Well, I've got to tell you that it was Oracle consultants who, when pressed by my IT people on a perceived deficiency in your software, would say that maybe PeopleSoft or i2 might be better. Well, I'm not going to throw in another $200 million to fix it now." IDT's Jim Courter chips in, saying, "We were fed all kinds of promises that it will all work, and it doesn't." Buckley adds, "We're in so deep now that spending money is not the way. We're spending $100 million a year now. So how do we get out of this mess?" *

—

*LE writes: CEOs as a group are incredibly pissed off about how much they spent for their computer systems and how little they got in return. They have a right to be. As for our own consulting organization recommending best-of-breed, well, that happened regularly in those days. All consulting organizations, including our own, made a lot of money pushing very large, very expensive best-of-breed integration projects.

It will be interesting to see how Ellison gets out of the hole he's dug for himself. What he'd like to do is disown the advice that Oracle's own consultants were peddling only a couple of years previously, when Oracle had some major gaps in its applications suite and couldn't afford to be so dismissive about best of breed if it was to compete with the more complete product from SAP. But with Sandy Sanderson, who has run consulting since the departure of Robert Shaw in 1998, a few feet away from him, doing so might be embarrassing. Instead he tells Buckley that he should actually be cutting his IT budget. He suggests that Buckley stop the work on some of his existing systems integration projects and swap a portion of the budget out to install 11i in one part of the business. Once it has proved itself, Buckley can start rolling it out across the rest of his company. By firing some of the consultants wrestling with his existing software and starting again, Buckley will be able to save some of the money he's currently spending. Says Ellison slightly smugly, "SI is the gift that keeps on giving."*

Buckley doesn't look any happier. The expression on his face suggests that Ellison is the worst kind of snake-oil salesman. It turns out, however, that one of his firm's divisions is in the process of doing a 100 percent 11i implementation. Ellison suggests that they audit how it goes and the time it takes to get a return from the software. Sandy Sanderson will follow up and report back. If that works, maybe Buckley will be more inclined to take up Ellison's suggestion of diverting funds from other projects.†

The message that Ellison wants to emphasize is that his guests should spend less on their IT rather than more. By stalling some spending and taking his recommended path of putting in 11i without modification, he genuinely believes that they will save money. The key, he says, is speed. Most SAP failures happened because the projects never got finished. The

*LE writes: I wasn't feeling smug. I was feeling frustrated. Over and over again I hear about consultants' recommending overly complex systems that end up costing for more than the customer planned to spend. If customers would demand a price guarantee for the total cost of the system before they signed a contract, it would go a long way toward solving this problem. (Total system cost includes: hardware, software, installation, and annual operating costs.)

†LE writes: We did a complete E-Business Suite implementation at one of Brunswick's divisions. The project was delivered on time and under budget. They're a very happy customer. The integrated suite approach works.

money spent went to IBM and Andersen. Don't take a three-year flyer like that. The longer a project runs, the less likely it will be to finish. Freeze your budget, and we'll get you a return in very short order. It's the 80/20 rule: a project aiming for 100 percent of the benefits will never finish. But if you go for 80 percent, you can get it done in six to nine months. David Lawrence of Kaiser, who has the manner of a kindly M.D., asks whether there is any evidence that going for the last 20 percent of functionality ever paid back. Never, Ellison says. That last 20 percent can cost you tenfold.*

It's just the opening Ellison needs to describe the approach he used at Oracle—what he calls spending less to know more. The pitch has now been carefully honed to the new reality of shrinking IT budgets, disenchantment with the Internet, and the absolute requirement for rapid payback. "When we first started planning the replacement of all our local country systems—there were hundreds of them—with a single global e-business system, the planning team told me I needed to increase our IT budget by $250 million and not to expect to see any payback for at least three years. Sound familiar? Of course, our IT budget was already way too high; it needed to go down, not up. We had to find a way to fund our global e-business transformation out of our existing IT budget. So I reviewed every one of our internal IT projects; if a project wasn't going to pay for itself in twelve months, we killed it. That didn't mean we canceled every big project. It just meant we had to break up our big projects into multiple steps and make sure we were getting deliverables with benefits and cost savings at every stage along the way. If we couldn't break a big

*LE writes: Even if the software could be made to do 100 percent of the things customers say they need, there are still a couple of serious problems that remain. First, the customer may not fully understand each and every one of its own needs, and second, even if it does, those needs are likely to change over time. A far better approach is to buy a system that delivers 80 percent of the benefits of a "perfect" system at 20 percent of the cost. After the 80 percent solution is installed and delivering substantial benefits, you then have the option of incrementally enhancing your system's automation and information capabilities a little at a time. Going for a 100 percent solution requires a perfect understanding of your business before the project starts and a lot of customization to make the software fit. That is very expensive and risky approach; you might end up with nothing.

sistance to the change, but it had very little to do with our e-business software. People didn't want to adopt our new global business processes because it meant they'd have to change the way they worked. The resistance was fierce, but we finally broke through by making the people *write down* exactly why they couldn't or wouldn't change to our new business processes. Making them write it down forced people to carefully study and think through the new process. Most of the time that resulted in them realizing that the new process was okay—98 percent of the cases—but sometimes they found real deficiencies in the software and they wrote down exactly what the engineers needed to do to fix it, which they did. Once our users and systems people were communicating in writing, we started making real progress. We added country after country to the global system in rapid succession. Every time we added another country to the global system, our information got better and our IT budget went down. The less we spent, the more we knew. It was amazing."

After Buckley, the two other voices of skepticism are from Wells Fargo's Kovacevich and from Justin Jaschke, the CEO and founder of Verio, a big Colorado-based Web-hosting specialist that was bought by Japan's NTT Communications a few months before the dot-com crash for an eye-watering $5 billion. The point that Kovacevich wants to make is that surely there's a danger of companies' losing competitive advantage and whatever is unique to them if they slavishly adopt business practices that suit the software they're putting in. It's a common misperception that has to be dealt with politely. Oracle's Steve Perkins, who handles much of Oracle's federal government business says that compared with SAP, Oracle's apps are very flexible and you have plenty of choices about the way you want to work.

Jaschke, not surprisingly, is more of a geek than the other guests. He wants to know what's wrong with the currently fashionable approach to systems integration in which applications from different vendors are made to work together using specially designed software, known as middleware, that acts as glue, and central data schema created to form a common language. It's the kind of question Ellison loves. "It just can't be done very well," he replies. "If you glue, say, E.piphany and Clarify [two popular CRM applications] together, the customer databases don't map to each other, so the systems can't pass data back and forth very easily. It's like one guy speaks French and the other guy speaks Japanese. You can get them on the phone together and they can hear each other talking, but they can't communicate. The only thing that really works is a common database schema like we have in the suite. Engineers have tried the data-

project into steps, then we killed it.* Every time we killed something of questionable value, we freed up people and budget to work on the global e-business project and a couple of other cool new things I had in mind.

"Now we targeted two operational systems that were burning money like it was going out of style. We had so many e-mail systems and Windows file servers that we couldn't figure out how much we were actually spending on them—but we knew it was a lot. Replacing our ninety-seven local country e-mail systems with one global e-mail system saved a fortune. Replacing our two thousand Windows file servers with one global file-sharing system saved even more than global e-mail.† These two projects were the closest you get in my business to 'cheap thrills.' Both projects were quick and easy to do and had huge near-term payoffs. Everyone should do them. It only takes about ninety days to lower your e-mail and file-sharing costs by 50 to 75 percent. We actually ended up saving *more* than the $250 million we needed to build our global e-business system. By the time we finished putting in our global e-mail and file-sharing systems and consolidating our data centers, our IT budget had dropped by half.

"As predicted, our global e-business system did take about three years to put in, but we saved money every step of the way. Every time we folded another local country's system into our global system, our IT costs went down and the quality of our business processes and information went up. The first local systems we turned off were in Latin America. Separate off a small part of your business—a country or a division—and move that small organization to the E-Business Suite first. The 'start small' approach minimizes both risk and cost; you'll find out very quickly if the suite delivers value to your business. If it does, then you can start adding other countries or divisions into your working E-Business Suite system.

"We started in Latin America because they were the least automated part of our business and they were the most willing to move to our new standardized Internet business processes. After we got Latin America running smoothly, we started moving other countries into the global system. In our big countries—like the U.S. and Japan—there was a lot of re-

*LE writes: The longer a project runs without delivering value, the greater the likelihood it will never deliver value. Go to zero-balance budgeting for IT projects, and beware of throwing good money after bad on long-overdue projects.

†LE writes: Both our global e-mail system and our global file-sharing systems are based on what has become the Oracle Collaboration Suite.

# 12
# HUNGARIAN LESSONS

*Hungary*
*May 2001*

The customer Larry Ellison refers to more than any other when selling the E-Business Suite is GE. It's a good choice: there are few more admired companies.* But the bit of GE he's improbably declared a model 11i customer is in a far-flung outpost of Jack Welch's sprawling imperium.

The road east from central Budapest toward the tiny market town of Veresegyház some forty-five minutes away is not a bad metaphor for modern Hungary. The capital itself is a job half done. There are plenty of new buildings—mainly banks and office blocks—and a concerted effort is under way to refurbish the grand government buildings, such as the absurdly Ruritanian Parliament that sits on the Buda side of the Danube and is covered in scaffolding. The road to Veresegyház, narrow, rutted, and bordered with ads for the latest in mobile phone technology, carries a mixture of modern European cars, a few wheezing Trabants, and, as the tatty suburbs give way to open countryside, increasing numbers of horse-drawn carts. On a warm afternoon in early May, the rolling landscape of neat fields is unspoiled and beautiful, until the view is interrupted by a shining new steel-and-glass factory that stretches across more

*LE writes: Working up close and personal with GE was like going to a real-world business school. What separates GE from most companies is its willingness to force change after change into its business in a relentless, never-ending pursuit of efficiency.

---

passing and messaging approach for twenty years without much luck." IDT's Jim Courter helpfully adds that he's trying to do something like that now and "it's a complex nightmare." "Absolutely," says Ellison. "It might work a little bit some of the time, just enough to tempt you to keep trying. You can put wings on a car, drive very fast, and it will take off . . . landing safely is another matter."

The next question turns out to be trickier. The air force's Ron Orr wants to know, reasonably enough, where Oracle has an example of 11i up and running that has stood the test of time. Ellison points out that the suite has been out for only a year but that a few customers had adopted the "no-modifications" model early on out of poverty. One such is Techtronics in Oregon—five years ago its business "fell off a cliff," so it put in global systems because that was the cheapest way to go. It's an odd example to give. Sensing it, Oracle's Mark Jarvis adds that Cisco is a well-known example using Oracle financials to achieve a daily "virtual close." Somebody points out that it didn't help Cisco from making a hash of its forecasting.*

Afterward, when the guests have gone, the Oracle execs strike a resolutely upbeat note, confident they will get solid orders out of the re-evangelized customers. But with the prospects for the economy as foggy as San Francisco Bay, the question is: For all Ellison's eloquence, how much software will they actually buy?

*LE writes: As I've said before, our forecasting system is not clairvoyant. Our forecasting does statistical extrapolations based on historic trends. If something that's outside our mathematical model of the business changes, like a war in the Middle East, our forecasting becomes inaccurate.

than 500,000 square feet and has changed forever the view of the valley. There's nothing to indicate what goes on inside—a reasonable guess might be some kind of agribusiness plant producing fertilizer or turning out farm machinery. Except that every few days a noise that blasts out of one of the huge metal containers lined up outside one end of the plant sounds oddly like a Boeing 747 taking off.

This building is a $100 million investment by the Power Systems division of America's mighty GE, put up in record time to make replacement parts for industrial gas turbines—highly sophisticated nozzles, shrouds, and combustors—and to manufacture what are known as "aeroderivative" power packages. These are $15-million-a-pop transportable gas turbines that harness the thrust of GE jet engines to produce up to 50 megawatts of electricity—enough to run a large factory or keep a small town humming. Before each of the turbines is disassembled and packed into twenty or so containers for shipping, it is given full load testing to verify its power output and heat rate. Within a year of the groundbreaking for the factory construction—even before the offices for site managers and engineers were completed—the first turbine package rolled out of the gates, on its way to a customer in Paris.

The man who makes it happen is Craig Kipp, a tall, athletic-looking forty-five-year-old who was yanked out of his job at GE's nuclear fuel business in Wilmington, North Carolina. When he arrived in April 2000, Kipp knew that he was facing the challenge of his life to get the plant up and running in the time demanded by his unrelenting bosses in Atlanta. What he didn't know was that Oracle's Larry Ellison would turn out to be staking even more on his success or failure than either GE's legendary Jack Welch or even John Rice, the hard-charging new head of the Power Systems division.

GE has been in Hungary for several years and has several major businesses in the country. The first, Tungsram Lighting, was acquired in 1990 in the first major phase of post-Communist Western investment. Since then, GE Capital has bought Budapest Bank, and GE's Medical Systems and Engine Services divisions have established outposts. Welch early on decided that Hungary would be one of the leaders in the Eastern European pack and the decision to build the turbine plant wasn't a difficult one, with the country expected to accede to European Union membership by 2005. As Kipp puts it, he can plug into an existing GE infrastructure for support services, and he has access to low-cost, well-educated local engineering talent. What's more, for American expats, Budapest is a "livable city."

However, within GE, the significance of Veresegyház would be more than just a new facility to help meet the booming demand for the firm's power generation products. Under Welch's project to digitize every aspect of GE's extraordinary spread of businesses, Veresegyház was to be given the status of a laboratory to test how far, using Internet technologies, the power systems operation could be transformed into a full-fledged e-business. There was also another consideration. The speed with which Welch and Rice's predecessor, Bob Nardelli, now boss of Home Depot, were insisting that the plant come on stream meant that a traditional approach to systems integration wouldn't work, particularly as the other outfits in GE that Veresegyház would be dealing with, such as oil and gas, based in Italy, and energy products, based in France, had a mishmash of ERP systems from different vendors.

At a strategic level, Welch was already convinced that going down the integrated suite route made more sense than best of breed, and anyway, time wouldn't allow for anything else. Nor was there much doubt that Oracle would get the nod—Release 11 had already been installed elsewhere in GE, for example, in medical systems, and was doing all right. In July, a month after the bulldozers started clearing earth at Veresegyház, the big discussion was whether to take the chance of going with 11i only weeks after its release. Kipp asks, "Did we really want to take the risk? Putting up a new plant in Central Europe and having to hire a workforce from scratch is risky enough. In the end, what swung it was the superior upgrade path. Because it was all Internet, Oracle convinced us that we could seamlessly get new versions and new features as they became available. The attitude here is that everything's going to the Internet, so we just decided on making a leap of faith. The whole thing had to be installed in just a few months, and we kind of figured that Oracle couldn't afford to let us down." It was a shrewd calculation.

The contract was signed in late October with a clear understanding that if Oracle delivered at Veresegyház, GE would start rolling out 11i across its thirty or so other turbine plants. Within a month, the project was in trouble. Kipp was using a local IT consulting firm named Ejiva, which had done work for GE in Hungary before but was now struggling. Worried, Kipp told Nardelli that at this rate he would never hit his milestones. Nardelli and Rice decided to call Larry Ellison. Kipp says, "Within a week we had thirty to forty Oracle consultants. It was like a MASH unit arriving." Kipp was working from hastily converted offices on a run-down industrial estate that he christened "the bunker." "There were lots of things going on: hiring people, riding the builders, working

with local government. Until December, I thought things were under control. On the other side of town we had all these people from GE and Oracle—there were about eighty of them in an office designed for forty. They were working through the night, mapping processes and figuring out what they wanted the software to do."

When the consultants invited Kipp over for what is known in the business as a "conference room pilot" (CRP), the first of a series of trials that the software has to be put through before it is deemed to be ready, he realized that things were far from "under control." Basically, a CRP involves running the business in a simulation mode—putting the systems that will run the manufacturing and financial operations through their paces. Within the first couple of hours, as he moved from room to room, Kipp felt increasingly uncomfortable. "It just dawned on me that a twenty-six-year-old recent graduate from Budapest Technical University and three guys from Oracle in San Jose were designing how to run my business. I realized I'd been focusing on the wrong thing. Pouring concrete may be important, but what was going to determine on a daily basis sixty to eighty percent of what my people would be doing was being written into the software. And I thought, shit, have we got the right people making the right decisions?"*

What convinced Kipp that he was in trouble was a simulation that involved picking up hypothetical parts from the stockroom to assemble on one of the turbine units. By the time they had taken all the parts out on the shop floor, they realized they were working on the wrong job. Kipp says, "The software was designed that way because people from my finance team were putting in very strict requirements for tracking costs. As I learned more about it, I said this is crazy, if this were to go live we'll just crash the whole business. So we had a meeting in the hallway that night at eleven P.M. There were people hanging off the doors. I'll never forget it. I said, 'What are you trying to do? We don't need this level of sophistication and complexity to run this business.' Because to have this very structured financial cost system means that everything has to be done differently on the manufacturing side."†

*LE writes: This was the turning point of the project. Once senior management got involved—deeply involved—we started making real progress.

†LE writes: Only senior management looks at and makes decisions for the business as a whole. Individual department managers optimize their internal departmental functions without much sympathy for or understanding of the

Kipp knew that if they continued down this track there was no way they'd meet the promised "go-live" date of March 7. His message was to make it simpler. The problem was that GE's finance and manufacturing specialists from America had believed they were expected to add value by getting Oracle to customize the software to deliver all the features Kipp might possibly want. Unfortunately, they hadn't thought to ask him, and the Oracle consultants were trained never to say no to a customer.*

Kipp says that what had happened was the key to understanding why the installation of business software systems so often goes wrong. "You decide on buying a piece of software that pretty much has what you need to run your business. But then the consultants ask, 'What would you really like it to do, because we want to optimize your business processes.' And they have the same conversation with the finance team and the manufacturing team and the sales guys. And of course, the consultant doing his job writes down all the little other things that would be great to have. So Oracle has this great product that will do eighty percent of what you want just by throwing the right switches in the software—no special code or anything—and it all falls down because someone asks that innocent little question: 'What else would you like it to do?'"

Kipp says that if they hadn't been sucked down the path of customization, they might have gotten the software installed in three rather than five months. The key was the commitment of his own time—as much as half of each working day for at least a couple months—and that of his dozen best managers. He says that it's to good expecting junior people to make the right decisions about how the business should be run, and it's crazy to ask them to do it. He admits that the strain of it nearly killed them, but that you have to use the people "who've really got that mental expertise to configure the system right from a process standpoint."

It's exactly what Ellison's been saying all along. Just after Veresegyház

burdens they may be placing on other departments. That's why it's treacherous to automate one department at a time. You're better off taking a self-contained segment of the business, like the Hungary plant, and automating the end-to-end business flows that cross departmental boundaries.

*LE writes: Today, Oracle's consultants are trained to say "no" when it comes to customizing the code. The less a customer changes our software, the more of it they're likely to buy. We make more money selling software than consulting. When consulting is your moneymaker, it's a lot harder to say "no."

# 13

# HILL BY HILL

*May 2001*

A year after the E-Business Suite was launched with such high hopes, the world has become a very different and, for Oracle, more hostile place. It would be tempting to describe Ellison as "beleaguered," but that overworked word doesn't really fit. He is still cracking jokes and generally enjoying life. At Oracle there's no hint of crisis. There's a good deal of grumbling about the evaporating value of stock options and the disappearance of bonuses, but at least Oracle isn't laying off swaths of workers like many companies in Silicon Valley. There's an atmosphere of sober determination. There are enough veterans around at Redwood Shores—guys who have been through far worse times than this—to steady the ship and calm the anxieties of young engineers who really did think, as Oracle's advertising insisted, that the Internet had changed everything, including the abolition of the business cycle.

We're on the road again—or, more accurately, flying at 45,000 feet in Ellison's Gulfstream—heading for more customer meetings and CEO roundtables. This time we're going to Chicago and then on to Fisher Island, an exclusive resort near Miami. It's a strange moment in the E-Business Suite campaign. Ellison is convinced that the bugginess and instability are a thing of the past. But the media and the analysts have gotten their teeth into that story and won't let go. The only way to turn it around will be increasing numbers of references from happy customers. But the bad publicity and the economy have persuaded many to delay planned installations. For Ellison, it's a waiting game.

Nonetheless, he says, "We've had some very significant E-Business Suite 'go-lives' lately. Alcoa went live at a major location in less than five

---

SOFTWAR

went live, John Rice called Kipp over to Orlando to share his experiences with some of GE's other senior managers. Kipp says, "I told them: don't let it happen to you. Just take the software, install it. If you simplify and standardize your business processes along the lines of the way the software's configured, you're going to get eighty percent of what you want. If you want to go back after the next year or three to get some special feature you need, you can still do that." By way of example, he told Oracle that if he needed improved data on quality, the chances were that most of their other customers would too. Oracle's response was that if he could wait six months they'd write it and give it to him in the next upgrade. Instead of saying that was too long and demanding a customized solution, Kipp said, "OK. . . the world's not going to fall apart in six months. Plus, I've got supported software that's in all their upgrades—not some special code that I have to take responsibility for."* It's another example of what Ellison calls his "80 percent rule": take 80 percent functionality now rather than risk never finishing by holding out for a 100 percent perfect solution that exists only in the imagination.

If the lessons for GE are clear, they should also be for Oracle. When the project nearly came off the rails because the consultants were obliging requests by junior managers that were at odds with the approach laid down by John Rice, there was, in Kipp's words, "no one on the Oracle side who was going to tell the customer, 'No, you can't have that.' " Kipp says that GE's managers, culturally used to demanding "everything and now" needed to be told more clearly what's in their best interests. "If they're offered this feature, they're not going to say, 'Well, I don't need that.' But somebody with authority has to be able to say no."

---

*LE writes: Our five thousand applications developers put lots of new features into the E-Business Suite based on customer priorities. This close collaboration was what made it possible for most of our customers to avoid the complexity and cost of custom code.*

months, start to finish, without any modifications. Liberty Mutual went live. More and more customers are going live on 11i. That's really important. People love the idea—the concept—of a complete and integrated E-Business Suite. But the question is 'Does it really work?' And if it does, 'How do I get there from where I am today?'"

I'm curious to know how many of these customers, if any, are actually using the whole suite. In Hungary, GE Power Systems was deploying the ERP part of the package—the manufacturing and financial apps plus the hot new order management system—but they had no need yet for the fancy CRM piece of the action. What about Alcoa? "Well, when I say that some company is using the E-Business Suite I mean they're using several E-Business Suite applications, not all of them. Nobody, not even Oracle, uses all of the E-Business Suite. We don't use manufacturing because we don't manufacture anything. However, I still describe Oracle as an E-Business Suite user. If a company is using a number of the release 11i applications, I call it an E-Business Suite user. GE Power is running a lot of our applications but not all of them. The same is true of Alcoa. Both GE and Alcoa are industrial giants in the process of modernizing their businesses. They're using E-Business Suite applications to modernize their supply-chain processes, their procurement processes, their manufacturing processes, and their accounting processes. Step by step, one location at a time, they're modernizing their companies using the E-Business Suite."

Alcoa will be an enormous Oracle installation, involving all 362 of its plants worldwide. "I started participating in regular conference calls at GE Power after we ran into some problems a couple of months into the project. We quickly solved those problems and stayed on top of new ones as they arose. During every call we go through major product and implementation issues in excruciating detail. I've learned a lot in the process. I'm going to try to spend more time with Alcoa because it's a huge project that automates all the different Alcoa businesses, from making and selling boxcars of aluminum ingots to consumer-packaged aluminum foil. Another big project I'm watching closely is at POSCO, the world's largest and most profitable steel company. They're doing a big-bang go-live in July. They're switching over the entire company all at once. Not many companies take that approach because of the risks involved. But if you pull it off, it's the by far the fastest way to go.* It takes iron balls to go

*LE writes: The POSCO go-live went nearly flawlessly. It did a lot of planning and testing before moving the entire operation to the E-Business Suite.

that route, but hey, they're a steel company so.... Anyway, I always recommend a safe, step-by-step implementation process: define a set of standard processes, bring up one location or one division using those processes, then start adding more locations or more divisions. That's what we're doing at GE, that's what we're doing at Alcoa, that's what we did at Oracle. But you must automate one business at a time, not one department at a time. One-department-at-a-time automation, best-of-breed systems that don't work across departmental boundaries, that's how companies got in the mess they're in today. Companies need a road map to move from their detached departmental systems with their disconnected processes and fragmented data to a modern integrated system built on a single global database."

While the campaign for 11i continues, Ellison's main focus is about to switch back to his first love, the database, and the launch of 9i, the latest and most significant new version of Oracle's flagship product for many years. "I'm back to spending about half my time on the database. 9i is a very big deal because for the first time our database clustering works with real applications—Oracle applications, SAP applications, Siebel applications, custom applications, everything. We've been trying to do this for more than a decade. It's not an easy problem. Microsoft's and IBM's clustering technology works fine for performance benchmarks, but it's useless for real applications. They run clustering tests and then run an ad bragging about their database performance. That's good marketing, but marketing can only carry you so far. Their database clusters can't run real-world applications, so their clustering performance tests are meaningless. Eventually people will notice.

"But our clustering isn't just a marketing scam. Our clustering works with real-world applications, and *that* fundamentally changes the database business forever. But it doesn't stop there: clustering changes the entire computer industry. The computer industry is based on the principle of scale: a big application runs on a big, expensive computer. But if you can make a bunch of cheap little computers 'look' like a big computer, then you've altered the economics of the industry. And that's exactly what we've done with 9i clusters. We've been able to take a group of cheap Windows or UNIX computers, cluster them together, and run SAP applications, PeopleSoft applications, Siebel applications, and everything else. We can do it. Nobody else can. Nobody.

"Before, if you wanted to run faster, you bought a faster machine. Once you bought the fastest machine there is, you're done, you can't run any faster. With Oracle 9i clustering, those limits no longer apply. You

can have multiple database computers running your SAP application. To add performance, you add another computer; to add reliability, you add another computer. Rather than having one expensive computer, you have four inexpensive computers, you run faster, you run more reliably, and you run much more cheaply using an array of small machines. We broke the code. We made it work. That's not good news for people who build huge expensive machines. IBM says, 'Gee, our database software costs less per processor than yours.' We say, true enough, but you have to buy software for twice as many processors and then spend five times more for hardware to run IBM's database. IBM would have to pay you to run their database for it to make economic sense. Even if they gave you all the software and hardware for free, it still wouldn't be nearly as fast or reliable as an Oracle 9i cluster. So Oracle9i is the 'last database.' This is game, set, and match in the database business. Oracle 9i clusters make it very difficult for IBM and Microsoft to compete on performance, reliability, or cost. We've got to do a good job getting the clustering message out there, but I think within three to six months it will become obvious that Oracle 9i really is the last database.'**

The trouble is that people think of databases as mature technology and not as sexy as applications. How will Ellison communicate his excitement? "Well, it's pretty interesting if you listen to Ellison. 9i servers running faster and more reliably than the largest IBM mainframe. And those PC servers could be running Linux. People say Linux isn't reliable enough for enterprise computing. Now, it doesn't have to be reliable. Not if you use lots of them. If one fails, who cares? Not fast enough? Use more of them. 9i is great computer science, not just another software product. It's, I have the expression, a 'breakthrough.' Bill's been talking a lot about Microsoft's horizontal scalability [using a cluster of little machines to get performance rather than one big machine] strategy. But they can't make it work. We've got horizontal scalability for every application ever written; they have horizontal scalability for one and only one application—their custom version of the TPC-C benchmark [an industry standard database performance test]! It's amazing. And, it will take IBM and Microsoft a long, long time to catch up. Maybe ten years, but probably never."

*LE writes: SAP has certified and started reselling Oracle Real Application Clusters, but SAP has not certified either IBM or Microsoft clusters. That says it all.

If Ellison's claims for 9i are borne out, it's not only bad news for Microsoft's and IBM's database products; it will also have some pretty serious implications for the hardware makers. It's a point that hasn't escaped him. "It will fundamentally change the high end of the computing business. Today, our big customers, like eBay [the Internet auction site], are running big Sun 10000 servers. When one of them goes down, part of their service is down. Now they can run a cluster of four 6500s, or run six 4500s rather than one big 10000. The cluster is cheaper, faster, and a lot more reliable. Why wouldn't you run a cluster?" Ellison had just met with Scott McNealy, the combative boss of Sun Microsystems and an important Oracle ally. Does he realize that Oracle 9i is a big threat to his business? "I don't think he does right now. For the first few years people will cluster two big machines together to double their performance and get fault tolerance. But as they gradually see how well clustering works, they'll start replacing their big machines with clusters of small machines. That's not good news for anyone who builds big, fast computers. The Sun 10000, the HP Superdome, the IBM S80, all these expensive sixteen- to sixty-four-processor computers, why buy them? You want sixty-four processors of power, buy sixteen four-processor PC servers. You don't need to buy these really big machines anymore. They're expensive and they're unreliable, because a single machine is a single point of failure. If it breaks, you're down. Why would anybody spend more for something that's slower and less reliable? Big boxes are going to be replaced by arrays of small boxes. And we're the ones with the software that makes it all work."

Ellison needs 9i to be the success he's so convinced it will be. Although Oracle has maintained its overall share of the relational database business, a report from Gartner that's due out in a few days suggests that IBM is growing its share of the UNIX market a good deal more quickly than Oracle, thanks to aggressive pricing and the naturally much cozier relationships it enjoys with the other ERP and CRM vendors thanks to the fact it doesn't compete with them. Meanwhile, through its willingness to bundle SQL Server with its other BackOffice products, Microsoft has overtaken Oracle for the first time in the Windows NT/2000 segment. Clearly, 9i has the potential for Oracle to open up more blue water between itself and its database competitors, while also providing an economic case based on total ownership costs to justify its much fancier price tag. But can the strength of 9i be leveraged to the advantage of the applications business?

"Well, I do think 9i will be a huge success. This is a little bit like when Oracle 7 showed up and it just creamed everybody. I think 9i will sweep

given a symbolic 2.0 release. Ellison was skeptical: "Yes, I thought about that, but it's a bad idea. Instead, we're just going to try to do a better job of explaining how we approach applications from a databasecentric point of view. We don't need a relaunch. We just need to tell the market about how much specific customers have saved and how fast the software went in because they didn't modify the code. The other thing we need to do is talk more about the notion of databasecentric applications—all your applications built around a single central database. People already believe Oracle's good at database stuff, so they might also believe we're good at databasecentric applications. And you know what, it's not only believable, it's true—we are good at that."

Despite Ellison's confidence about overall strategy and the quality of Oracle's products, the impact of the slowdown in technology investments and the deteriorating economy were plenty to worry about. With one of the trickiest final quarters for years ready to close, had the "visibility" that has been so clouded a month ago improved? "It's very odd, our business in Japan is doing extremely well, and they've been in a recession for around ten years. It's hard to understand exactly what's going on now that the bubble has burst. Those who enjoyed the ride up are now having an unpleasant ride down. Those who missed some of the ride up, like IBM and Microsoft, don't have as far to fall. But it is what it is. We can't control the market. I don't think it makes much difference whether our stock is flat or down a bit; in the long run what really determines our success and our stock price is how good our products are. And our products are really, really good right now. All we need are more references. References are the key to selling software. That's what gives people the courage to buy a complex, almost incomprehensible piece of technology. Selling the architecture only works with a few early adopters. In most cases, even when they agree that our applications architecture is much better, they'll still go with the market leader. People buy Siebel because 'everyone buys Siebel.' People have an innate belief that there is safety in numbers. It's deep inside everyone's biology. So until we have a significant number of references, including people who threw Siebel out, it will be slow going. So for now we're just going to take it hill by hill, deal by deal, until we have a strong enough foothold for our sales force do what it does best, reference selling."

Something I'd been wondering about is the effect on Oracle's business of Ellison's bad-mouthing of systems integrators. Ellison had sort of apologized and recognized his error, but was he doing anything positive to rebuild bridges with the consulting and SI partners whom he has man-

away the competition. 9i is also very important for our applications business. Clustering is so fast and so reliable, now even our largest applications customer can move to a single global database. In fact, we're thinking about repositioning our applications and focusing on the single database message. At the heart of the E-Business Suite is the one database idea: one customer database, one supplier database, all your information is in one place. We have this wonderful unified 'information architecture.' With SAP and Siebel, you have dozens of customer databases, dozens of data warehouses; it's really hard to find the information you need to do your job. Positioning our unified information architecture sitting on top of our clustered database will help us explain the benefits of the E-Business Suite. We're looking at the same picture, but we're looking at it through a different lens.

"Focusing on the database as the center of our applications strategy has another advantage: it allows us to tackle some new application areas where we're not going to write all the applications ourselves. Instead we're going to provide and publish a database schema with the necessary APIs to allow other apps vendors to write on top of our data model. We're going to start with health care. I think we need a national health records database where doctors input information, hospitals input information, laboratories input information. All your health care records are in one database. It's highly reliable, it's highly secure, it's auditable, privacy is guaranteed. And rapid access is assured in case of emergencies. We have a variety of partners like GE Medical who we're trying to get to build applications on top of our national health records database."

If Oracle were to succeed in persuading lots of independent software vendors to develop their applications using the same data model as Oracle's own applications, it would be big stuff. It would make the E-Business Suite limitlessly extensible by offering a different approach to integration that still kept all the information in one place. Paradoxically, it would even be a way of making best-of-breed work. Unfortunately for Oracle (and maybe its customers), Ellison will probably have to wait a long time for rival enterprise application vendors to allow Oracle the kind of leverage over them through its database that Microsoft exercises over the battered and submissive PC software industry through Windows. Working with niche players that target particular industries, such as health or education, with highly specialized software is a smart way for Oracle to fill out the functionality of the suite.

To try to draw a line under its early instability, Mark Jarvis, the senior VP for marketing, had told me that the E-Business Suite might soon be

aged to insult and annoy? Ellison says, "I've had meetings with all the heads of the big five consulting firms, so the answer is yes. More importantly, we've made a couple of important changes in our business that they seem to like. First, we changed our motto from 'Just say no to systems integration,' which was stupid, to 'Just say no to custom code.' That helped. Second, we've been gradually downsizing our consulting business because of our focus on rapid, low-cost implementations, so we don't compete with the big integrators very much anymore. We specialize on getting in and out very quickly."

That made sense, but there's been no letup in deriding Accenture and IBM Global Services. Were they more resistant than the others to what Oracle is trying to do? "Oracle and IBM are point, counterpoint. They say 'best of breed,' we say 'integrated suite,' they sign ten-year integration and outsourcing contracts, we want to implement in six months or less. It's unlikely that IBM will ever do much applications integration business with Oracle,* even though they do a lot of work with our database. The IBM hardware and service guys love our database. Accenture has been even more difficult to deal with than IBM. I really don't understand why, but they seem to think meeting with us is a waste of their time. Maybe the hard feelings date back to the Robert Shaw days, or maybe it was something I said. I really don't know. I've had a couple of conversations with George [Shaheen] before he went to Webvan [a struggling Internet grocery firm that would soon fold], but they led nowhere. We'd love to work with Accenture, but so far we've been unable to get them interested." Accenture, it's also worth pointing out, is an investor in Siebel.

Ellison and I then turned to discussing the future of the spin-off from Oracle that makes network computer devices—now known as New Internet Computers—the same ones that were meant to replace the PC. He's thinking of merging the company with a little firm called Be that's focused on developing software, particularly operating systems, for Internet appliances. Ellison relaxes, and his tone changes to that of someone talking more about a hobby than a business. "Be is a public

*LE writes: When IBM bought PWC [in July 2002], they inherited a large Oracle applications implementation business. That gave us an opportunity to try to work more cooperatively with IBM in both application implementations and outsourcing. Early on the signs are very promising. I don't agree with their best-of-breed strategy, but there is no denying the quality and professionalism of their people.

company, and they're having business problems, not good. But they've got great user interface technology and an important relationship with Sony. NIC is doing OK, $2 million last quarter, $4 million this quarter; they're tiny but growing. All NIC really is is a $200 desktop computer running Linux and a Netscape browser. If we put the Be user interface on top of Linux, the NIC would be easier to use. Maybe we should glue these two companies together."*

A potentially much more important initiative is Ellison's plan for Oracle to buy NetLedger, a start-up run by a former Oracle programmer named Evan Goldberg that has produced an award-winning suite of Web-based applications aimed at small businesses. It's a little awkward for Ellison because he has backed NetLedger with nearly $40 million of his own money and consequently owns most of the company. But now that the bursting of the Internet bubble has killed any hope of an IPO, Ellison wants to bring NetLedger and its five thousand subscribers into the Oracle fold and rebrand the software as Oracle Small Business Suite. He hopes that Intuit, the firm that makes the PC-based QuickBooks accounting application for professionals and small businesses, will make an offer for NetLedger and thus establish fair market value for an Oracle purchase. He says, "My conflict of interest prevents me from getting involved with an Oracle purchase of NetLedger. That said, if NetLedger proves to be successful, they could play an important role in Oracle's applications strategy. We're talking to a large auto company that's interested in providing an online service to all their dealers. The NetLedger system is designed as an online service for small businesses, like car dealerships. It's an ideal fit. It's also an interesting new business model. By connecting the NetLedger service to our E-Suite software we can link a bunch of small companies that are doing business with a large company. In other words, we can automate networks of companies, rather than one company at a time."

*LE writes: To Be or not to be, that may have been the question (sorry), but it didn't matter one way or the other. Microsoft killed both companies like a rogue rhinoceros trampling a couple of disoriented field mice. But the Linux-on-the-desktop idea lives on. If anything breaks Microsoft's monopoly, it will be a desktop version of Linux. The ingredient still missing is a replacement for Microsoft Office. Once the open-source version of StarOffice matures a bit, Microsoft might actually have to compete for business. Watch what's going on in India and China for early signs of cracks in Microsoft's desktop monopoly.

NetLedger/Oracle Small Business Suite could turn out to be important for other reasons. Microsoft has been dipping a toe in the small-business applications market with its bCentral Web site. In December 2000 it also spent more than $1 billion to buy Great Plains, an applications firm with a decent franchise in the small and medium-sized business sector. It's clear that Microsoft wants .NET to offer a range of services and applications to what it sees as a largely untapped market. Ellison agrees. Market research predicts that the small-business software market will be worth $47 billion by 2006, and Ellison thinks that he can use NetLedger both to get a big slice of the action and to head off Microsoft's efforts to extend its applications franchise beyond the desktop. He says, "Intuit is one of the few surviving PC software companies. They've done a terrific job. But NetLedger is an online service company, not a software company. It's a totally new business model. An online service has a much lower cost of ownership and offers a lot more features than Intuit's QuickBooks or any other small-business software, including Microsoft/Great Plains. Nobody is going to beat Intuit or Microsoft in the small-business software market. But if it's a war between service and software, then I think the service model will win." I wondered what would happen if Microsoft decided to offer $200 million for NetLedger. "I'd tell them to get fucked. I suppose Evan might take a swing at me, but I own 55 per cent of the company, and there's no way in hell Microsoft's going to get it."

* * *

When we land at Chicago's Midway Airport, there's a limo waiting to take us to an Italian steak house downtown where we're going to meet Jimmy Linn, or "the Judge," as Ellison usually refers to his nephew. Linn is the son of Doris, the much older sister he grew up with and the daughter of his adoptive father, Lou Ellison. Although there's no blood relationship, the Linns are Ellison's family and they're a very important part of his life. By the time we get to the Erie Café, a former meatpacking plant near River North, the dinner's already in full swing. There are about twelve people at the Judge's table, nearly all of them are lawyers, and most of them seem to have met Ellison before. It's a very traditional place with dark-paneled walls and bare brick, every plate groaning with bleeding slabs of meat (the twenty-four-ounce T-bone is a specialty) or mountains of steaming pasta. And the lawyers don't really look or sound like lawyers. From their appearance (loud sports jackets, open-neck shirts, and plenty of gold hanging from wrists and necks) and conversation (mostly about criminal mayhem of one kind or another), you'd think it

was a scene from The Sopranos. The Judge, who's only a few years younger than Ellison, has a dark tan, long black hair, and a Zapata moustache. It's the first time I've met him, and although he's outgoing and friendly, he's also guarded. He doesn't like the treatment Ellison has received from journalists, and he's protective of his famous uncle.

Although Ellison is, inevitably, the center of attention, he's not accorded any special treatment. There's a lot of joking and telling of mostly horrifying anecdotes about Chicago lowlifes. There's also quite a bit of grousing about the fall in Oracle's stock price. Ellison has made Jimmy wealthy by giving him shares in the company (it's the reason he could afford to follow his father onto the bench), and several of the others at the table have personally invested in Oracle. Ellison assures them that the business is in pretty good shape, but he's not prepared to say when he thinks the stock will start to recover. The only thing that fazes him is when a massive plate of lamb chops arrives for him. Ellison loves his food, but the sheer size of the portions seems to rob him of his appetite. He's been in California too long. When the dinner breaks up, Jimmy, who's picked up the tab, puts a braceleted arm around me and says that unless I'm nice about his uncle, he'll personally kill me. I *think* he's joking.

• • •

The next day's roundtable event turns out to be for chief information officers rather than CEOs. There's some embarrassment about this on the part of the Oracle people who've made the arrangements. According to protocol, Ellison really shouldn't be wheeled out in front of this lower-level audience. Maybe Sandy Sanderson, who heads Oracle's consulting organization, should take the meeting instead. Ellison decides that he will show up, but not until after lunch is out of the way. He's decided that from now on, even with a room full of CEOs, they should eat before he makes his grand entrance. It's difficult to make the pitch, he says, if you have already used up all your best lines on the people sitting next to you. In fact, perhaps because the audience is made of CIOs, who are more technically savvy than their bosses, it turns out to be a rather good occasion.

Most of those present are in service industries such as health, education, and the Chicago Police Department. When Ellison finishes his standard confessional riff on why information fragmentation is the reason that expensive computer systems promised much but delivered little, he's drawn into an interesting dialogue with the CIOs about what they need to do if they're to get their own organizations to follow Oracle down the path to e-business. There's near unanimity that, in the words of one,

"From an IT perspective we have islands of automation—little fiefdoms that like spending money on their own bespoke systems." The CIO of Western Digital, a maker of hard disks and storage for computers, says that he figures his firm is running on a total of thirty-eight different applications when it could be using just six—five of which are within Oracle 11i. But when he tried to change things, eight functional directors "slapped me down—the message was, you're in my penalty box."*

Without having the CEO "in their camp," Ellison admits, they'll find it tough. "New software is a great catalyst for change, but unless people are willing to change the way they work, the benefits will be elusive. New business processes are at least as important as new software. At Oracle we began with a project to put in new software. The software made us change the way we worked. Those new business processes led to a more efficient global organizational structure. The sum of all these changes was a new Oracle culture in constant pursuit of higher quality and lower costs. It was a surprise ending to what began as a software project." However, the message that Ellison most wants to leave this technical audience with is the idea that the database comes first. "Count your customer databases. Every year you should have fewer. You're not done until you get to one. Once you have a single customer database, your company has entered the information age. Technology is important. Applications are important. But chief information officers should focus on delivering better information to the business. That's what Oracle applications and Oracle technology are good at, managing and delivering information."

* * *

Next stop is Fisher Island, Miami. The private resort is reachable only by boat. The island was owned by the Vanderbilts, and the centerpiece is still William's former mansion, now converted into a hotel and surrounded by rather tacky guest bungalows that are reached by golf carts, the only

---

*LE writes: Functional directors, aka department managers, do a good job of optimizing business processes inside their own functional areas: marketing, sales, service, manufacturing, accounting, HR, and the rest. Functional directors have no authority to optimize processes between and across functional areas. That's why things break down between marketing and sales, manufacturing and service, manufacturing and sales, etc. Only the CEO is responsible for the business as a whole. If the CEO doesn't connect the dots, the company will never operate efficiently.

form of transport allowed on the island. The following day's roundtable is for the CEOs of eighteen of Oracle's Latin American customers. It's a sybaritic place but a boring meeting. There are language issues, and the guests are much more diffident about engaging Ellison in debate than their Yankee counterparts.

Perhaps it's just as well. As we're leaving, one of them, Paolo Bassetti, the president of Exiros, a big Internet exchange spun out of the Techint Group, an Italian-Argentine industrial conglomerate, starts telling me about the problems his company is having with Oracle's procurement software. Bassetti's company had opted for Oracle's Exchange Marketplace Platform because it promised a high level of scalability and the ability to integrate with most known ERP systems. But Bassetti felt let down: his clients were finding it difficult to close transactions; California power outages were undermining Oracle's hosting service; and the critical functionality that had been promised in subsequent releases was several months late in arriving.* When I say that he should have mentioned some of this to Ellison during the roundtable, he says that his fellow guests would have thought him ill mannered.

On the way back to California with Ellison, I tell him about Bassetti's complaints. It doesn't come as a total surprise to him and he says he'll look into it, but he looks a bit tired and fed up. I ask him if he doesn't sometimes think it's a little odd that at this time of life and with his kind of money, he's still flying all over the country trying to sell software. He smiles wryly. "It's not something I really enjoy. But right now, I have to do it."

---

*LE writes: At the height of Internet mania, our B2B exchange business spread around the world faster than Asian flu. I've never seen anything like it. Unfortunately, every customer wanted its Exchange Web site to operate slightly differently. As the bubble began to deflate, all our commercial Exchange customers began to alter their business plans. It was simply impossible for us to keep up with their constantly changing requirements. Then, to make matters worse, the lights in our California data center started going out on a regular basis. We moved our B2B exchange customers to our Texas data center as fast as we could because California was running out of electricity. California is a strange place. A few years back we almost ran out of water.

# 14

# THE LAST DATABASE

*June 2001*

I'm meeting Ellison by his hangar at tiny San Carlos airport, five minutes' drive from Oracle's headquarters. Ellison keeps four aircraft there: a couple of high-performance prop-driven stunt planes, one of which belongs to his son, David; an Italian Marchetti jet fighter that he acquired after the authorities told him what he could do with his plans to import a supersonic MiG-29 from Russia; and a Cessna Citation business jet, which is unquestionably the biggest and most sophisticated airplane that flies in and out of San Carlos. The Citation is more convenient than the San Jose–based Gulfstream V for trips of less than five hundred miles, and it's the Citation that we're flying to Las Vegas, a one-and-a-half-hour hop over the Sierra Nevada, for an Oracle sales conference.

Right on time at 4 P.M., we drop out of a cloudless sky over the famous strip that is home to the most incongruous set of buildings on the planet, including replicas of the Eiffel Tower and one of the Giza pyramids. As we emerge from the little white plane, a blast of heat hits us. On the taxiway are the inevitable black Lincoln limos and Ellison's bodyguards, George and Rich. On the short ride to Caesar's Palace, I ask Ellison whether he feels at all nervous. It's not only a big audience but one that's expecting to be inspired. Sales for the last two quarters of the year have been flat, and few, if any, of the 3,300 Oracle salespeople in the room will be taking home the bonuses that can bump their salaries up to more than a million dollars. Ellison says, "No, I'm not nervous. I just wish I didn't have to do this. All these guys are going to want to talk about is comp."

The Las Vegas bash is an annual event that takes place just after the close of the final quarter and costs Oracle the thick end of $10 million. It's a perpetual mystery to Ellison why the field needs this kind of thing or the ridiculous awards they love handing out to one another. He says that when he holds a modest party each year for the developers before Christmas, half of them don't turn up and those who do don't stay for long. The team that built 9i might go out for a few drinks when the software ships, but they're back at their desks the next morning, working on what will turn into the next release. When Ellison talks about the sales force, it's as if it's a strange, childlike tribe with odd customs and rituals that are impenetrable to anyone else (i.e., who's grown up). Ellison is willing to concede that Oracle's sales force is full of smart, intensely hardworking people—but the subtext is that most of them are emotionally immature and motivated only by money. It's not contempt, more a kind of fastidiousness combined with intellectual snobbery. The idea that Ellison might spend the night in town striving to be "one of the boys," as, say, Microsoft's Steve Ballmer would, is ridiculous. "If I stayed, they'd hate me for it," he says, "If I was around, they couldn't enjoy themselves."

We arrive at the rear entrance of Caesar's Palace, where Judy Sim is ready to brief Ellison. She says the audience has had a long day and has been "PowerPointed out" with one presentation after another from other Oracle executives. The message is that they're waiting impatiently for a bit of Ellison knockabout and he'd better not disappoint. As we pass one of the swimming pools on the way in, Sim points to what the hotel describes as its policy of allowing "European-style"—topless—sunbathing. The implication is clear: there are competing attractions.

The ballroom is jam-packed. It's standing room only, and people seated in the wings of the giant hall are dependent on the huge screens that fill both sides of the room. As news of Ellison's arrival ripples around the overwhelmingly male audience, all eyes swivel in our direction. On the stage, Jay Nussbaum, Oracle's vice president for service industries, has been presenting BellSouth's Lowri Groves with an award for completing a large CRM implementation at the firm's consumer broadband division. This is the same Lowri Groves whom we met three months earlier in the HealthSouth hangar, who had pleaded with Ellison to do what it took to make Ralph de la Vega, the division's nervy boss, "whole again." BellSouth appears so happy with de la Vega's restored wholeness that it's well on the way to a commitment to extend the Oracle system to its huge fixed-line residential business. Oh, and she's got a prize for Ellison. As Ellison gets up to mount the stage, I whisper to him that she's

changed her tune. He whispers back, "Software implementations are like childbirth. You go through terrible pain, but once you get through it, you have a beautiful new baby."

Nussbaum introduces Ellison—"We welcome our great leader"—who receives a hug from Groves and a piece of fragile-looking modernistic glass sculpture that stands as much chance of making it into Ellison's office as a bust of Bill Gates. The applause subsides; Ellison grabs a microphone and begins to prowl up and down the stage. It's curiously effective, giving the impression of pent-up energy, like a big cat restlessly pacing a cage that's too small to hold it.

Ellison wants to get across the message that despite a tough second half of the year, Oracle has never been in better shape to take the battle to its competitors. "Let's start with our products," he says. "The 11i suite is a revolutionary idea. All the information in one place. All the pieces fitting together. There's never been this breadth of functionality in an applications package before. After just one year we have more than four hundred customers running their businesses on it." He then starts to reel off some names. High up the list, which as usual includes the likes of Ford and Alcoa, comes the story of GE Power Systems and how GE Power in Hungary was able to complete something that might have taken two years in little more than three months by mapping its processes to the software rather than the doing it the other way round—a method of implementation that was now being rolled out in Houston and thirty-seven other sites around the world. For a little light relief and to show that not only huge companies are turning to 11i, Ellison brings up Papa John's Pizza and Pizza Hut: "We're dominating the business of configured pizzas—pineapple and anchovies, whatever you want, our software can configure the pizza. The telecoms business is also pretty important, but it's less familiar to me." The line, which is unrehearsed, gets a big laugh.

But Ellison isn't prepared to lighten up too much. He wants them to know how much more capable 11i is than the products of rival vendors: ERP and CRM combined . . . you can't do business without it . . . SAP and Siebel don't have it . . . Ariba can't automate procurement . . . we're the only ones who can automate whole business flows . . . don't take the whole E-Business Suite all at once . . . take it one integrated flow at a time. And then something close to an admission, an acceptance that the birth of 11i has been far from easy for both Oracle and its customers: "11i has been the most complex product transition in application software history—building a complete suite of applications with Java and HTML front ends. PeopleSoft says we're not as 'pure Internet' as they

are because they have no Java, just HTML, in their user interface—but ninety-nine percent of their apps are written in PeopleTools! Is People-Tools an Internet standard? It's the same with Siebel, their apps are written in SiebelTools—Tom won't sell any software that doesn't have his name on it! Siebel got into the CRM market early, and they didn't have any competitors for a long time. That time is over. The first year of selling the suite was the hardest year. It's difficult to sell without customer references. Maybe we began to doubt whether we could pull it off. They said we couldn't. But we did. We have four hundred references now, and next year there will be thousands. No one else is even trying to build what we've built."

He's brought with him the slides that will be used in two days' time at 9i's official launch. The idea is to see how the presentation goes down in Las Vegas and tweak it as necessary. At first, Ellison promises "no more PowerPoint," remembering Sim's warning on the way in. But just as suddenly he decides to use slides anyway because they'll help him show just how "amazing" a database 9i really is. "Oh, put the slides up. And then afterwards we'll talk about comp."

One of the slides compares the transaction speed of Oracle running on IBM's fastest UNIX computer compared with DB2; it's based on an ad that Oracle is about to run. It shows a tall red column for Oracle and for IBM a blue stump that doesn't extend much beyond the bottom of the chart. Ellison explains, "When IBM wanted to show how fast their fastest computer ran, they used Oracle. IBM won't even say how fast DB2 runs on the same computer. There are two possibilities. The first is that DB2 is so fast that IBM doesn't want to embarrass us. That's one possibility. The second possibility is that they run like a snail. I think we're dealing with escargot, folks." In the testosterone-charged atmosphere that Ellison has carefully stoked, it brings the roof down.

An important part of Ellison's argument is that IBM's DB2 is actually two entirely different products: an excellent database that runs on mainframes and that is capable of running real-world applications across clusters, albeit slowly and expensively, and a vastly inferior product that has a completely different architecture and can run only (briefly the TPC-C benchmark across different computers. Ellison jeers, "It's like painting the word 'Boeing' on the side of a roller skate and calling it a 747. DB2 on mainframes is a fine product with real clustering capability. DB2 on Unix and Windows is a totally different product with clustering capability that's only good for marketing. It's totally useless for running real applications. You expect this kind of thing from the boys in Seattle [Mi-

crosoft]. They're new to the database business. They might not even know their clustering is useless. But IBM should know better." Ellison then explains the different architectures: "shared disk" for DB2 on mainframes and Oracle 9i on Unix, Windows, and Linux versus "shared nothing" for the other DB2, which he describes as a piece of garbage. "Who's right?" he asks. "The mainframe DB2 guys at IBM or the UNIX DB2 guys? The products are totally different. They can't both be right. It's a difficult question for IBM to answer. So we're going to keep asking it. DB2 on UNIX is an imposter. Its shared-nothing architecture is good for nothing. It doesn't deserve the IBM logo. Oracle 9i is the last database."

With that Ellison turns to sing the praises of the newly released 9i AS application server as being now the "fastest and cheapest middleware in the world." A week earlier, Ellison made a rambunctious appearance at the Java One conference for Java developers at the Moscone Center in San Francisco. Despite the near hysterics of Sun's PR people, who had wanted Java One to be an anodyne celebration of the Java community, Ellison used his time on stage to proclaim the superior performance of 9i AS over the rival product from cosponsor BEA Systems that currently dominates the Web application server market. Ellison had set out to demonstrate that while BEA was much better than IBM's WebSphere—according to Oracle's tests, twice as fast rather than half as fast, as IBM claimed ("It's so easy to get those metrics confused," joked Ellison), 9i AS was three times faster than the market leader. BEA's boss, Bill Coleman, as Ellison now gleefully related to his troops in Las Vegas, had not been amused. "Bill liked the first slide showing how much faster BEA was than WebSphere, but he didn't like the second slide. Major bummer. In fact, he said afterwards that 'Larry had just made the numbers up onstage. He really hurt my feelings. A bit later, when he found out that all my numbers were based on certified performance test results, do you know what he said then? Bill Coleman said, 'Performance doesn't matter.' Performance doesn't matter? Is that right? We're going to feed those words right back to Bill in our next BEA comparison ad. Yes, folks, we *are* a kinder, gentler Oracle these days." The audience roars its approval.

It's time for questions from the floor. The first one's easy. What's Ellison's take on Microsoft? Ellison replies: "The X-Box looks fabulous. They've finally found something they're really good at. We don't compete with Microsoft. SQL Server is a joke. We don't make spreadsheets or word processors, so we don't see much of Microsoft in the market. The only time I think about them is when my Windows machine blows up."

Having spent much of the second half of the 1990s appearing to fight a holy war with Microsoft over the direction of computing, Ellison's approach now is to portray it as irrelevant to Oracle's future. While Oracle is the leader in the serious world of supplying complete business information systems to companies, Microsoft is derided as a company that is increasingly focused on consumer markets, where its main rival is AOL Time Warner.

The next question is a little trickier, although it's one that Ellison has been expecting. An intense-faced, clearly nervous young man, sitting near the back of the hall, asks Ellison about "comp." He says that they've recently been told via a conference call that there will be no money for raises in the second half of the fiscal year just ended. Is this really true? The hall is suddenly completely silent. But by the time he's through, the young man sounds more angry than frightened. And when he sits down he gets a big cheer for being bold enough to say what's on everybody's mind. Even though he's been expecting the question, Ellison still looks slightly uncomfortable. "You obviously drew the short straw," he jokes. "But the truth is that we've had a really crappy year, especially the last two quarters. We share the success, and we share the pain. When things are going well, we pay out huge raises and bonuses. When things aren't going so well, we don't give out raises and bonuses because there's no money for them. The stock's down to fifteen dollars. I'm sorry about that. But it's a fact of life. We're all suffering together. But because we're watching every penny we spend, we've been able to avoid layoffs—Cisco laid off thousands. We're watching every penny we spend so we can preserve our team intact—so you're all here to fight again this year. We have a long tradition of paying people well at Oracle. You can make it all back and more this year, it just depends on how much you sell." I wonder how the stuff about shared pain will go down. Most of the people in the ballroom know that Ellison cashed in $900 million worth of stock at the beginning of the year. Either they're too polite/scared to mention it, or the juxtaposition doesn't trouble them.

One of the more senior salesmen gets up to say that the current situation reminds him of 1990, when Ellison sent all employees an e-mail describing the crisis and the steps that he was taking to resolve it. What was he doing to help Oracle through its present crisis? Ellison is a little shocked at the comparison and starts to talk about some of the things that he's doing to lower costs, such as using the Internet to move customer support from high-price markets such as Britain and the United States to India. But, he says, this has nothing to do with the economy, it's

what Oracle would be doing anyway, "automating away jobs, saving head count, and improving service." The whole point of the E-Business Suite is to do more with less: "That's what we sell it for." Then he starts to waffle about adding people in development and maybe in sales too but says that Oracle is a tough place to be if you're a mediocre sales performer. Realizing he's losing his audience, Ellison stops himself and says what he ought to have earlier: "This is nothing like 1990. We were on the verge of going out of business then. Our performance this Q3 may have been disappointing for us, but it would have been glorious success for almost anyone else."

A couple of questions later Ellison is asked what Oracle's greatest challenge is. His answer is interesting: "The biggest challenge was this year's applications technology transition. It put huge stress on the entire organization. It was like the move from Oracle 6 to Oracle 7. It was Oracle 7 that saved Oracle. The E-Business Suite has been a difficult transition, but we've crossed the chasm. 11i wasn't perfect when it came out, how could it have been? It's five times more complex than the product it replaced. But we were right to be ambitious. There's nothing else like it. First we have to persuade ourselves; only then can we convince the rest of the world."

With that Ellison is done. He leaves the ballroom with the audience still standing and clapping. The effect is clearly calculated. While other Oracle senior executives are accessible and will stay overnight to get drunk and party, the charismatic leader maintains some distance between himself and his troops.

• • •

A couple of days later, it's time for the official launch of Oracle 9i. After the troubled infancy of the E-Business Suite, Oracle could do with some good publicity, and Ellison is convinced that the advanced technology of 9i, especially Real Application Clusters, will blow the minds of the journalists and analysts who have been invited to Redwood Shores. The main theater in the Oracle conference center is decked out with huge red banners, boldly proclaiming the extraordinary qualities of the new database. A spotlight sweeps over the banners, rock music pulsates, and a giant video screen projects swirling images of speed and power. The audience has been carefully segregated: the press occupies tables to the left and near the front; the analysts are behind them; and to the right are the Oracle employees: some from marketing, but mainly the middle-aged, rather academic-looking guys from the database development group, who are on hand to do one-to-one briefings when the main show is over.

When Ellison sweeps in, he moves quickly into the pitch for 9i that went down well in Las Vegas. He's trying to get across an idea that he fears cynical journalists and analysts will be naturally resistant to—that 9i is not just an incremental improvement over its predecessor but a breakthrough product with the potential both to transform the economics of corporate computing and to render the rival databases from IBM and Microsoft terminally obsolete. To Ellison, this is not just marketing bombast. He is convinced it's true. He can hardly contain his excitement. Oracle 9i is the superweapon that will not only win the war but convince the enemy that further resistance is futile. That's why Ellison calls the database team "the boys from Los Alamos" and why he talks of 9i as "the last database."

Although 9i has, according to Ellison, at least four hundred "incredibly cool new features," the one he wants even people who know nothing about databases to understand is RAC. Oracle's top computer scientists, led by a prickly genius named Roger Bamford, have been working on the technology for more than a decade. Although clustering, in which several computers are linked together to work as one, has been around for some time, there has always been a trade-off between scalability and reliability. As corporate IT departments have tried to add computing power to their applications, they have had to spend months reconfiguring data if their applications were to run at all. Even then, the applications were limited to highly specialized activities such as data warehousing, in which groups of machines laboriously look for patterns in their stock of information. The packaged applications made by the likes of SAP, Oracle, and Siebel do not run on clusters because they are unable to cope with the speed at which data changes with applications of this kind.

The only exception to this rule is clusters of IBM's ponderous and costly mainframe computers. Customers who needed both speed and scale to run their applications had no choice other than to buy very-high-end sixty-four-processor UNIX computers such as those made by Sun Microsystems, Hewlett-Packard, and IBM. However, not only do these complicated pieces of hardware typically cost upward of $2.5 million, but to get the reliability required for mission-critical applications or to support an e-business platform able to withstand the onslaught of millions of users, you have to buy twice as many machines as you really want—the one you actually need and one to act as a "hot standby" in case the other crashed. And once you fork out for the biggest, fastest, most powerful computer that money could buy, if you want even more performance, tough. You just have to wait for Sun or HP to get around to building something even bigger and more expensive.

Oracle's RAC is designed to get customers out of this bind by allowing groups of machines to share the same short-term memory or "cache," allowing them effectively to operate as one computer. With RAC, IT departments can start with just one low-cost computer, if that's all they need, and then add more boxes without making any configuration changes or rewriting the code in any of their applications, as demand increases. Not only can they scale their operations remarkably cheaply—thirty-two Compaq four-processor boxes cost less than a fifth of a couple of giant Sun E10000s—but with every server added, they increase redundancy and therefore reliability. Oracle's claim for RAC is that it delivers virtually limitless scalability, absolute fault tolerance, and dramatically lower hardware and operating costs. No wonder Ellison has convinced himself that it is the firm's most important step forward in database technology since it came up with the world's first commercial SQL relational database management system a quarter century ago.

Ellison begins the show with a slide outlining Oracle's original design target for 9i: to improve performance by a factor of five while halving the cost. A further goal was to achieve ten times the reliability. There are, he says, just two ways to get better database performance: use either faster software or faster hardware. Making Oracle 9i the fastest database on a single computer wasn't the problem. On the TPC-C standard benchmarks it could comfortably handle four times the number of transactions a minute as Microsoft's SQL Server, while IBM was not prepared to publish any benchmarks for the UNIX/NT version of DB2. Interestingly, Ellison says, when IBM wanted to show how fast its most powerful UNIX computer was, the benchmark was run using Oracle rather than DB2. Ellison jeers, "IBM couldn't even persuade its own hardware guys across the hall to use DB2, even though it was free!" But hitting the ten-times-improved cost/performance target simply wasn't possible on a single computer. "Really fast computers are not only very expensive," says Ellison, "but one high-end computer is also a single point of failure." So the aim of getting ten times better reliability was also not possible. Why had nobody used clusters? Because the only database that would run real applications was DB2 on mainframes. Pretty much the only application that would run on clusters in a UNIX/NT environment was the benchmarking software used to measure TPC-C performance. So unless you happened to run your business on a benchmarking application, clustering wasn't likely to be a whole lot of use to you.

The problem, Ellison explains, was one of architecture. The architecture of the DB2 clusters on mainframes is called "shared disk," which

means that any computer in the cluster can get at 100 percent of the data. But the clustering architecture used by "the other" DB2 and SQL Server is known as "shared nothing." Apart from the benchmarking software, the problem with "shared nothing" is that the only applications it will run are customized "one-offs." It won't run the packaged apps that are used in the real world. And, Ellison says, it gets worse. First of all, shared-nothing clusters are very hard to manage. If you need to add computers, all your data has to be repartitioned, a job that might take months. Worst of all, as you add computers, the whole system becomes increasingly unstable. With four computers, each holding 25 percent of your data, the failure of just one will bring down the others. In other words, from a reliability point of view there is not just one single point of failure that might bring down one application but multiple single points of failure.*

Oracle's achievement, according to Ellison, is to have taken the same shared-disk architecture that works within the tightly controlled, hermetically sealed environment of an IBM mainframe and make it work using clusters of the cheap computing boxes churned out by Compaq or Dell in their millions. It is, he says, true fault tolerance with commodity hardware—one of the holy grails of computing. The result, says Ellison, is not just ten times greater reliability than before but one thousand times, with no need for redundant "hot-standby" computers and no need for expensive twenty-four-hour-a-day human monitoring of the data center. If one computer, or "node," goes down, it doesn't matter. The system may slow down a little, but otherwise it carries on as normal.

What comes next is that staple of software presentations: the live demo. Onto the stage comes Mark Jarvis. His job is to run the demo while Ellison plays the role, rather unconvincingly, of the guy who asks the dumb questions. The aim of the demo is to show what happens to two clustered four-node computer systems when one node is brought down. One, represented by a thick blue bar that fluctuates in size according to the number of transactions being processed, is running DB2 with the "shared-nothing" partitioning architecture, while the other, in red, is on Oracle 9i with its "shared-disk" approach. Jarvis claims that the demo is live and hooked up via the Internet to an Oracle data center. At first, both systems chug along at pretty much the same rate. Then Jarvis

*LE writes: Simply stated, shared-nothing clusters get less reliable as you add computers to the cluster. An eight-machine shared-nothing cluster is one fourth as reliable as a two-machine shared-nothing cluster. Hard to believe, but true.

takes out one of the nodes of the Oracle system. The speed of transaction processing falls by about 20 percent, the red bar reducing slightly in size, but otherwise the system remains stable. He then applies the same treatment to the IBM cluster, which predictably, but nonetheless quite dramatically, can't take it. Within a minute, because only part of the data is now available to the application, thus rendering both the offline and the online data worthless, the blue bar collapses, indicating that the entire cluster has failed. The press and analysts are trained not to react to this kind of thing, but it's impressive. They know that the software business has an inglorious history of rigging demonstrations when products are late or can't do what they're meant to.

After the demo, Ellison turns to the issue of how Oracle 9i will be priced. Over the last year, Oracle has been pricing its database licenses according to a formula known¹ as "power units," which measure the overall power of a customer's computer system and price it accordingly. It's been unpopular because some customers, upgrading their hardware, have resented paying Oracle more money for the same software and because both DB2 and SQL Server licenses are sold according to the number of processors the database will be running on. By using a different metric from its rivals, Oracle has left itself vulnerable to accusations that it is overcharging. It's a stick that several of the market research analysts, principally Gartner's Betsy Burton, have been using to beat Oracle with while claiming, somewhat against the evidence of their own surveys, that it's been costing Oracle market share. Ellison has decided to return to the processor-licensing model used by IBM and Microsoft. He's incensed by the suggestion that DB2 works out cheaper than Oracle.

Under the new formula, the price of the enterprise edition of 9i is to be $40,000 per processor against the $20,000 charged by IBM. But whereas Oracle includes "essential" features such as queuing, work flow, and files in the basic price, DB2 customers must pay extra for them. Quoting IBM's own price list, Ellison says that DB2 turns out to cost 65 percent more than Oracle 9i before you even start to add in the advantages of running on cheaper hardware and lower running costs. And if you want data mining, Ellison claims, IBM will charge you $60,000 per processor compared with Oracle's $20,000. Although this seems like another well-aimed shot at IBM, it has the unfortunate consequence of turning the main story of the day away from 9i's fancy technology and into one about pricing policy, one with a pretty negative spin. The headlines next day are predictable: "Oracle Backs Down on Pricing" and "Oracle Cuts Prices to Stem Market Share Slide." It's a mystery how a company that

spends as much time and money on marketing could have made such an elementary mistake.*

But it gets worse. When Ellison finishes speaking, a local newspaper reporter named Tom McEwen wants a quote from Ellison—or "Captain Midnight," as he calls him—about a court ruling a few days earlier on whether he could fly his Gulfstream into San Jose Airport late at night. Ellison had claimed that the airport authority was unfairly discriminating against him on account of the weight of his plane rather than its noisiness, and the ruling, by federal judge Jeremy Fogel, was a big win. Still, he's shocked to be asked about it now. "Oh my God," he groans, raising his hand to his forehead in a gesture of exasperation.†

Most of the questions that follow are about pricing. Is this a disguised price cut because of the pressure from IBM, and if so, what impact will it have on revenues? The answers are "no" and "none"—it's just a question of using a comparable metric, and anyway, Oracle is always making its software cheaper and selling more of it as a consequence. An analyst says that in interviews he's conducted with DBAs (database administrators) about half of them are saying that Microsoft and DB2 are "good enough" and what's the point of paying extra for Oracle? Ellison responds almost wearily, "With Oracle, you use less hardware and less labor. The economics of the database industry actually have very little to do with the price of the software."

Only a few questions are about the radical clustering technology, but a couple of them raise interesting issues. Ellison has been keen to get endorsements from rival application vendors for 9i and has succeeded in getting a glowing reference from even SAP. So has Oracle been working with application partners? Ellison seizes on the opportunity to amplify a key point: "Our clusters don't require us to work with them. They don't

*LE writes: Right. We should have held the pricing change until the following week. It was really dumb to mix it with the RAC announcement.

†LE writes: San Jose Airport had a bizarre noise abatement program based on the weight of an airplane rather than the noise it made. My quiet plane was banned from landing after 11 P.M. because it was too "heavy." Noisier planes were allowed to land anytime because they were "lighter" than my airplane. Call me crazy, but I thought that noise ordinances had to do with restricting noisy airplanes, not heavy airplanes. The judge agreed. But in the meantime the press wrote lots of nasty articles about my not obeying the rules. It was quite the little local controversy.

have to change a single line of code. It just works—it's transparent to the app. The app doesn't even know it's running on multiple machines." One perceptive questioner wants to know what RAC means for Oracle's close relationship with Sun in terms of the latter's do-or-die battle with Intel.

The answer is up there on the stage in the form of a rack of Compaq four-processor boxes and in some of the slides that Ellison has shown indicating the price difference between getting sixty-four processors with sixteen Compaq boxes and a sixty-four-processor Sun E10000. Ellison equivocates, "We have a good relationship with both Sun and Intel. But we've always hesitated to recommend Intel for mission-critical applications because their server hardware is relatively small and the Microsoft operating system is so fragile. But with RAC none of that matters anymore. You get the performance you need from clustering lots of small servers together, and if a few should fail, no problem, the system keeps running. So RAC makes low-cost Intel servers viable in the data center." But Sun has very competitively priced small servers, and they have a great operating system. It's really about small machines versus big, high-end machines, not Sun versus Intel." The truth is that Sun is pretty competitive at the low end because it has to be—but it's not where it makes its money. If big, fast computers can be replaced with groups of little ones, it's seriously bad news for Oracle's old hardware partner, and Ellison knows it.

What Ellison isn't letting on is that he has decided to throw Oracle's weight behind Intel's sixty-four-bit McKinley processor when (and if) it finally debuts next year. Ellison isn't about to say anything disparaging about Sun in public, but what he's planning, not to mention what Oracle has already done with RAC, could turn out to be far more damaging to his feisty Valley neighbor than anything so far achieved by their mutual enemy Microsoft.

• • •

A week later, at Oracle's OpenWorld event in Berlin's huge and hideous ICC conference center, Ellison does a repeat of his 9i launch presentation.

*LE writes: The Linux operating system running on Intel servers is rapidly on its way to becoming the most popular hardware/software combination in large data centers. This presents a great opportunity for Oracle because our unique clustering technology lets us deliver our high-performance, fault-tolerant database on low-cost Intel servers running Linux. We can't continue to let Microsoft be the only software company to exploit low-cost Intel hardware.

This time, however, the seven-thousand-strong audience is largely made up of enthusiastic Oracle partners and database administrators. The professionally skeptical analysts and reporters have their chance to question Ellison in a side room, but it's a fairly tame affair despite the presence of one or two known Oracle scourges, including Gartner's Betsy Burton.

Burton has suggested in recent interviews that Oracle's database is losing ground because of intense pricing pressure from IBM and Microsoft, even though the evidence, and even the market research data—itself of questionable quality—is ambiguous. While it's taking flak over the early bugginess of 11i, the last thing Oracle needs is for the biggest technology research and consulting house to be suggesting that there are chinks in the armor of its core database product. In fact, in the course of Oracle's fourth-quarter earnings call earlier that week, Ellison had to admit to a 5 percent falloff in database revenues. While the financial analysts took comfort from the fact that Oracle's earnings had held firm, industry watchers such as Burton took it as further evidence that Oracle's database business was coming under pressure.*

The next day we're in London at his favorite hotel, the Lanesborough. After yet another CEO roundtable, Ellison is going to meet with a group of industry analysts from different firms, among them the dreaded Betsy Burton and two or three of her colleagues from Gartner. Although Mark Jarvis has been trying to mend fences with Burton, Ellison is more inclined to be confrontational. "Like a lot of these analysts," he says, "all she does is predict the past."†

About fifteen analysts from firms such as IDC, Forrester, AMR, and, of course, Gartner, are seated around a long table. Their demeanor is

*LE writes: Every survey that asked customers what database they were using or planning on using showed Oracle gaining share against IBM. A Morgan Stanley survey had Oracle six times more popular than IBM's DB2 under enterprise applications like SAP and Siebel.

†LE writes: The most respected analyst in our industry is Chuck Phillips. When Chuck publishes his survey results, he includes all of his supporting data and his methodology. Anyone can independently verify the data and double-check his calculations and conclusions. Chuck is completely devoted to the scientific method, invented by Sir Francis Bacon more than four hundred years ago. Betsy Burton uses a more modern approach: she publishes her results without any supporting data or details about her methodology. You can't check a damn thing. You just have to take her word for it.

mostly earnest and respectful, although one, Paul Mason, a senior analyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacentric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the proprietary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. Burton volunteers that one of the benefits of this is that it "reduces conflicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demonstrate the speed of their hardware with their own database? You guys always say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the computers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's running in a standard certified configuration, you can put hardware wherever you want and we'll run it for you. And another thing: everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-

gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early.*

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Oracle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. financial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and contrarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Oracle, Burton said, would have to: provide "proof points" for 9i's "clustering scalability" and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sustained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; deliver CRM product parity with Siebel; make sure that Oracle consulting

*LE writes: If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. However, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing On the Origin of Species and The Descent of Man for more than twenty years, but that judicious delay did not save him from vicious personal attacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

# 15
# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd effect of this was to diminish Oracle's own extraordinary suc-

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.

cess. Surely it was better to be known as the world's biggest enterprise software firm than to be seen as Microsoft's perennial challenger. As for Ellison's attacks on Gates, they could make him seem "chippy" and resentful, both of which were far from the truth. What made it even stranger was the fact that Microsoft and Oracle compete only at the margins. To be sure, Microsoft has a database product, originally licensed from Oracle's old rival, Sybase, more than a decade ago. But despite attempts by Microsoft to present the latest versions of its SQL Server as being sufficiently capable for data center duty, its deployment is still mostly departmental. Although Microsoft would like nothing better than to destroy Oracle's profitability by commoditizing the database business, the demands of Internet computing have so far thwarted that ambition. SQL Server remains essentially a "good enough" database that's bundled into Microsoft's BackOffice server suite to put some price pressure on Oracle at the low end of the market. As for applications, Microsoft has remained content to dominate the desktop with Office, preferring to partner with Oracle's competitors, such as SAP, than to compete with Oracle head-on.

However, from Ellison's perspective, the assault on Microsoft and all its works, which he initiated in September 1995 when deriding the PC as "a ridiculous device," had not only evolved into the much broader war on complexity, but created an awareness both of Oracle and of its vision of computing that nothing else could have achieved. Since then, although Microsoft's wealth had grown almost exponentially thanks to its near-monopoly profits from Windows and Office, it no longer had quite the aura of invincibility it had previously enjoyed. Thanks to the Internet, computing had moved decisively toward a model that played much more to Oracle's strengths than to Microsoft's. As for the antitrust case against Microsoft that had arisen from its brutal suppression of Netscape, it had not only hugely distracted its senior management but done great damage to the company's reputation. A few days after, I discussed these issues with Ellison. The Washington, D.C., Court of Appeals found Microsoft guilty of serially abusing its monopoly power while rejecting the controversial remedy of District Court Judge Thomas Penfield Jackson that it should be broken into two companies.

Ellison's antipathy toward Microsoft seemed to go much further than simply seeing it as a dangerous business adversary. He once said to me that what he really didn't like about Microsoft was that it didn't have any taste. What did he mean? "Well, actually I was quoting Steve Jobs. He said that the thing that really bothers him most about Microsoft is not

how successful they are or how much money they have; it's the tasteless mediocrity of their software.*

"I totally agree with Steve, Microsoft's software is rarely first rate. They never, ever innovate, but they're pretty good copiers. All those bright people up in Redmond remind me of the guys you see sitting in museums making beautiful copies of great art. Their pictures are beautiful, but they're copies—forgeries. Ever since the guilty verdict in the antitrust case, Bill began chanting Microsoft's new mantra: 'Please, please don't take away our right to innovate.' Microsoft innovate! Give me a fucking break. The innovation for the Internet came from Netscape. All Microsoft did was copy Netscape's browser and bundle a 'free' copy of the browser with Windows. But it wasn't really 'free' at all. Microsoft got paid for its 'free' browser by raising the price of Windows. But Netscape couldn't charge for its browser because Microsoft included a 'free' browser as a part of Windows. It was a brilliant business strategy. It killed Netscape. But it's illegal. Now Microsoft is trying to do the exact same thing to RealNetworks [the innovators of Internet streamed video and audio] by bundling a 'free' media player with Windows. They'll just keep doing it over and over again until somebody penalizes them for doing it. You're got to give them credit for balls, but not for innovation. Even Bill's business strategy is just a copy of Standard Oil's strategy back in the 1870s. But when Rockefeller used his monopoly to crush his competitors, it wasn't illegal. There were no antitrust laws back then.

"So what's Microsoft's single greatest innovation? Take your time. It's a trick question. There aren't any. All that money Microsoft spends on research; what have they got to show for it? Nothing! Compare that to IBM's research results. IBM invented the disk drive, they invented core memory, they invented the scanning tunneling microscope, they invented fractal geometry. The list of IBM inventions goes on and on. IBM researchers have won Nobel Prizes. IBM, at the height of their greatness, was a national treasure, an institution that anyone would be proud to be a part of. They don't do software very well anymore, but their old mainframe stuff was great. I make fun of a lot of other databases—all other

---

*LE writes: What bothers me most about Microsoft is the fact that they've been found guilty of repeatedly violating our antitrust laws but they've escaped all punishment—so far, anyway. Those guys are lucky as well as smart. I hate that.

databases, in fact, except the mainframe version of DB2. It's a first-rate piece of technology. Microsoft may have more money than IBM ever did, but they don't have more ideas. It's the difference between a great fashion designer in Paris and someone who just does knockoffs in Brooklyn. Except that Microsoft would bundle the dresses with Windows and give them away for 'free.' "*

There are a few things that Ellison loathes more than hypocrisy. It's one of the reasons that people often find him objectionable—he almost never says the politically correct thing, whether the subject is dating Oracle employees or how he spends his money. If he thinks he's in danger of sounding sanctimonious, he'll suddenly shut up in the middle of a conversation. More than anything, it was Gates's hypocrisy about the "right to innovate" that infuriated Ellison: "I didn't despise Bill for destroying Netscape, which wasn't very nice—or legal, for that matter. Bill just calculated he could smash his competitors by breaking the law and get away with it. Who knows? Maybe he can. But when Bill defended Microsoft's murderous behavior by saying, 'All I ask is the right to innovate,' that kind of pushed me over the edge. Netscape did the innovation, Bill—that's why you killed them! All you did was copy the innovation and destroy the innovator. To kill the innovator in the name of innovation was such an incredible lie, such a cynical piece of deception, such hyperhypocrisy, I just couldn't stand it. If Bill had said, 'We killed Netscape because they were in our way; they weren't tough enough to survive, so fuck 'em. Hey, Andreessen [Marc Andreessen founded Netscape when he was twenty-one], welcome to the software industry, punk. I've got a little present for you; it's a pine box and a bullet with your name on it. That'll teach little kids

*LE writes: Recently, in a Wall Street Journal article, I predicted "the end of Silicon Valley as we know it." I believe that a thousand Silicon Valley companies are in the process of going out of business and that the computer industry will consolidate around a few giant technology survivors. These large companies will dominate the industry and be the source of innovation in the years to come. Marc Andreessen, Netscape's founder, responded in both horror and disbelief. He said that large companies are incapable of innovation; that innovation is done in small companies by nineteen-year-olds. Of course that's what Marc believes. Marc is in his thirties. All he's seen is the complete absence of innovation at Microsoft. He never witnessed the cornucopia of inventions that poured forth from IBM in the 1960s and '70s.

to stay the fuck out of my neighborhood. Mess with Microsoft, you die.' Okay, cool. That's still not very nice, but at least it's honest."*

For a couple of years—between 1990, when Microsoft did its deal with Sybase, and 1992, when Oracle 7 arrived to save his bacon—Ellison regarded Gates as a direct competitor. But for most of the time, at least until Ellison launched his attack on the PC in the wake of the release of Windows 95, these were profound differences between Oracle and Microsoft—one was a desktop company, the other was server-based; one was Windows, the other largely UNIX; one believed in the proprietary software route, the other was committed to standards—actually made it easier for the two men to get along. Ellison says, "Bill and I used to be friends, insofar as Bill has friends. Back in the eighties and early nineties, all the people in the PC software industry hated Bill because they feared Bill.† But Oracle didn't compete with Microsoft very much back then, so we got on pretty well. As I got to know Bill, I developed a great respect for the thoroughness of his thinking and his relentless, remorseless pursuit of industry domination. I found spending time with Bill intellectually interesting but emotionally exhausting; he has absolutely no sense of humor. I think he finds humor an utter waste of time—an unnecessary distraction from the business at hand. Scary stuff. I don't have anything like that kind of focus or single-mindedness."

One telephone conversation with Gates in 1993 sticks in Ellison's mind. "It was the most interesting conversation I've ever had with Bill, and the most revealing. It was around eleven o'clock in the morning, and we were on the phone discussing some technical issue, I don't remember what it was. Anyway, I didn't agree with him on some point, and I explained my reasoning. Bill says, 'I'll have to think about that, I'll call you back.' Then I get this call at four in the afternoon and it's Bill continuing

*LE writes: During Netscape's heyday, John Doerr, Silicon Valley's top venture capitalist and a big investor in Netscape, told me that Marc Andreessen liked to say, "Microsoft just didn't get it." That's a saying in Silicon Valley. It means you're technically behind the times, you can't feel the change of seasons, you're a dinosaur just waiting to die. But in Microsoft's case, they were a dinosaur waiting to eat. Netscape was just getting fat before they were served up for lunch.

†LE writes: They had reason to be afraid. They're all dead now. There is no PC software industry anymore. There's just Microsoft.

the conversation with 'Yeah, I think you're right about that, but what about A and B and C?' I said, 'Bill, have you been thinking about this for the last five hours?' He said, yes, he had, it was an important issue and he wanted to get it right. Now Bill wanted to continue the discussion and analyze the implications of it all. I was just stunned. He had taken the time and effort to think it all through and had decided I was right and he was wrong. Now, most people hate to admit they're wrong, but it didn't bother Bill one bit. All he cared about was what was right, not who was right. That's what makes Bill very, very dangerous.

"Most people are so in love with their own ideas that it confines their thinking—creates boundaries and limits their ability to solve problems. Bill, however, has this Asian-like ability to manage his intellectual vanity and take ideas, regardless of where they come from, and put them to work for Microsoft.* The terrifying thing about Bill is that he's smart enough to understand what ideas are good—what's worth replicating—and he has the discipline and resources to get on with it and make it just a little bit better. That's very Japanese. That's very scary. Add that to Bill's ruthless perseverance and the fact that Microsoft has more money than God, and you get a most formidable foe—the ultimate foe, the perfect enemy. We pick our enemies very carefully. We decided to pick a fight with the biggest, most dangerous bully in the schoolyard. There's no way to avoid this fight, so let's start it."

Ellison's decision to start attacking Microsoft in 1995 was based on the same reasoning as today's attacks by Oracle on IBM. "If I want to make a point, I have to compare it to a counterpoint. I can't explain hot without comparing it to cold. In fact, there's no such thing as hot without

*LE writes: Bill Gates, like most of the other very smart programmers I know, loves to prove his brilliance during arguments with other smart programmers. But if Bill has to choose, he'd rather win the war than win the argument. He doesn't really care where the ideas come from as long as he's the one who gets paid for them. The very last time I ever spoke with Bill was in 1999, when he called and invited me to visit Microsoft and debate the future directions of tech-nology with their top technical people. When I declined, he asked me to recon-sider, arguing that I would find it interesting "because there are a lot of very smart people at Microsoft." I told him that was exactly why I didn't want to go. He had expected me to show up and show off by explaining how clever Oracle's ideas and plans were. Many of Microsoft's programmers fell into that intellectual vanity trap. Not us. We want to get paid for our ideas.

cold. Everything's relative. So I attacked Microsoft: this is what they think, this is what we think. Constant comparison between our Internet-centric server technology and their Windows-centric desktop technology provided increasing clarity. The battle lines were now clearly drawn. It was Microsoft versus the Internet—the common heritage of all mankind. We were part of Team Mankind, the last, best hope to prevent total world domination by the evil empire in Redmond. Very colorful stuff. Anyway, it made it interesting for journalists, analysts, and customers. We got a lot of press. It wasn't supposed to be a battle between two rival computing architectures. It wasn't supposed to degenerate into a me-versus-Bill thing, but people are more interested in personalities than technologies, so that's what it became: Billionaire A versus Billionaire B. I got onto the cover of Fortune magazine as 'software's other billionaire.' Oracle's technical ideas and products went along for the ride. The 'battle of the billionaires' was good brand building for Oracle. At that time the company we wanted to be compared to was Microsoft."

To what extent had Ellison really believed that his network computer was going to take over the world, or had it always been more of a stick to beat Microsoft with and a way to dramatize philosophical differences about computing architecture? "When I introduced our new Internet computing architecture, I emphasized what was new about it; how it was different from the client/server architecture that came before. What was different was that we stored the application software on the server, not the desktop client PC. One implication of running the application on a server is that you no longer need a desktop PC to access the application; all you need is a simple device running a standard Internet browser. Now, we make our money selling server software, so I wanted to talk about the server aspects of our new architecture. But the press wasn't interested in our architecture or any other difficult-to-photograph concept. They wanted to see the new, simple device—the Network Computer. The NC story just exploded beyond any-thing I imagined. It took on a life of its own. Some hardware companies even started manufacturing network computers. Then people started ask-ing me how we were going to make money with the network computer. We're not, I told them. We make money selling server software. As long as the application is on the server, I don't care what's on the desktop.*

*LE writes: Actually, I do care a little. It sure would be nice if desktop Linux took off. I'd love to see Microsoft's desktop monopoly broken and their revenue stream reduced.

Almost everyone now sees this Network Computer episode as an example of Ellison's shooting his mouth off and getting it embarrassingly wrong. When I asked him whether he'd put much real thought into it, he just laughed and made a zero sign. I pointed out that I'd never seen him using a network computer (or, for that matter, a Mac). "Well, my desktop PC has this big, beautiful screen. That plus the speed of my network connection is about all I care about. Ninety percent of the time I'm either in e-mail or on the Internet. In other words, I use my PC as if it were a network computer about ninety percent of the time. And when this book is done, that will go to ninety-nine percent of the time. Right now I'm spending more time in Word than I'd like, plus I still read the occasional PowerPoint file or Excel spreadsheet. That's a complete list of what I do on my PC. As for the network computer, I don't care about it at all. Why should I? It makes no difference to me what computer people have on their desk: a network computer, a Mac, or a PC, just so long as their shared applications are on Oracle's application server and all their data is in Oracle's database. The only applications that belong on your PC are personal productivity tools [e.g., Office], an e-mail and calendar interface [e.g., Outlook], an Internet browser [e.g., Explorer], and games, if you play games. All shared applications and all your data, all of it, belongs on a database server. You should never have any data stored on your desktop PC that isn't also stored in a database, unless you don't mind losing it.* Everyone's adopting the Internet server architecture or at least says they are. Look at PeopleSoft's new Version 8—one hundred percent of the user interface is via an Internet browser, and all the applications are on a server. Siebel's not there yet, but they say they are, which means that they know they should be, they just haven't gotten the programming done yet. But Tom knows what's hot, so that's what he sells. Anyway, the debate's over. The Internet computing architecture has won; the client/server architecture is dead."

I put it to Ellison that although the war had unquestionably been largely on the architectural front, he had been wrong about two things: the ability of the PC industry, through its extraordinary volume efficiencies, to turn out full-featured boxes for little more than the price of a

*LE writes: We created our Collaboration Suite [about which more later] to make it easy for users to replace Microsoft's Exchange e-mail servers and Microsoft's file servers with an Oracle database. Data, all data, belong in a database.

stripped-down network computer and the reluctance of people to give up having their personal productivity software running on their local hard drive. Ellison's response was that he hadn't been alone in underestimating how the price of PCs would fall. He recalled a conversation with Intel's Andy Grove in 1996.*

"My idea for a $500 Network Computer had been heavily ridiculed in Intel's internal magazine. They ran a mock ad showing 'Larry Ellison's magic $500 box.' It was an orange crate containing two tin cans connected by a string. Andy Grove, Intel's CEO, carefully explained to me that people wanted more powerful PCs and they were willing to pay for them. He said that PCs would keep getting more powerful and their selling price would stay about the same, around $2,500 for the foreseeable future; PCs would keep getting better but not cheaper. He compared my cheap NC to an inexpensive but unpopular car called the Yugo. I can still see Andy disdainfully spitting the word 'Yugo' at me as I responded back with my most adolescent smirk. Fine, I thought. A $500 NC will compete quite well with a $2,500 PC."

Unfortunately for both Grove and Ellison, the foreseeable future didn't last very long. A variety of competitive pressures forced PC prices to drop to around $700. Ellison says, "That $700 PC surprised the hell out of Intel, killed the NC, and made me look stupid. But it didn't cost me any money. Oracle's server software business was unaffected. However, for the PC hardware companies it was an extinction-level event. Most of them saw their margins drop, their profits disappear, and their life expectancy shorten to that of a fruit fly."

The implication was that if even Andy Grove, one of the founders of the PC industry, hadn't foreseen $700 machines with ten times the performance of high-end PCs of only a few years ago, why should Ellison, an enterprise software guy, have read it any better? As for Microsoft's Office, Ellison concedes, "Microsoft's real stranglehold monopoly has turned out to be Office, not Windows. Like everyone else, I could easily move to desktop Linux if Microsoft Office ran on Linux. But it doesn't. Microsoft maintains their desktop monopoly with Office; Windows isn't nearly as important."

*LE writes: Andy's the only guy whom both Steve Jobs and I agree we'd be willing to work for. Andy's absolutely brilliant and brutally honest. I've always loved him, but I fear my love has gone unrequited. I'm afraid Andy thinks I'm a bit of a flake. That's what he told me, anyway.

One of the things that made Bill Gates so livid about the government's antitrust case was the active support it received from powerful commercial rivals, such as Oracle and Sun, which he considered to be no less ruthless in the way they competed than Microsoft. In June 2000, it emerged in the press that Oracle was employing private detectives to root through Microsoft's garbage for evidence that apparently independent, but pro-Microsoft, institutes with names such as Americans for Technology Leadership and Association for Competitive Technology were, just front organizations, set up and entirely funded by Microsoft. Ellison's so-called Dumpster diving hit the headlines when Oracle passed the information it had gathered to the newspapers. Later the same week, Lane's departure from Oracle was tersely announced. According to the rumor mill, Lane had left after fighting with Ellison over his "inappropriate" behavior. Far from being embarrassed or chastened, a grinning Ellison had appeared before the cameras dressed in a blue suit, red tie, and white shirt (intentionally invoking the flag) and had spoken proudly of having done nothing more than his patriotic duty in helping to expose Microsoft's wrongdoing.

He still feels pretty good about it: "I'm an American. I think it's important that America's technology is competitive. Absolutely. But I don't think we stay competitive by killing off innovative companies like Netscape and RealNetworks, which was Microsoft's modus operandi. So why were they warning all patriotic citizens that anything that hurt Microsoft would hurt America? It was all part of Bill's Big Lie. Whatever's good for Microsoft is good for America? Microsoft's freedom to innovate must be protected? What? I think Bill must be some kind of reincarnation of Milo Minderbinder from Catch-22.* Microsoft was bankrolling all these bogus operations, such as the Independent Institute,

*LE writes: Joseph Heller's novel Catch-22 is set in Europe during World War II. One of Heller's characters is Milo Minderbinder, a budding entrepreneur serving in the U.S. Army Air Corps. To supplement his army pay, Milo forms M & M Enterprises with the grandiose marketing tag line "Whatever is good for M & M Enterprises is good for the world." Milo gets into a bit of trouble when M & M Enterprises signs a contract with the Germans to bomb American forces. But Milo strongly defends his actions by explaining that the war was being fought to "preserve the free enterprise system." Any restrictions on the behavior of M & M Enterprises would conflict with the goals of the war and be bad for the world.

which was neither 'independent' nor an 'institute.' But we had to find proof that Microsoft was paying them off to parrot the Microsoft party line. So we found a bunch of invoices and canceled checks in the garbage proving Microsoft was paying all these phony front organizations. Why should I be embarrassed about that? We didn't break the law. They did."

Back in late 1997, when Netscape, the target of Microsoft's aggression, was already on the ropes and the Department of Justice had begun to take action against Microsoft, I had asked Ellison whether Oracle might buy Netscape. If Netscape was so important, surely it was in Oracle's or Sun's interest to offer it protection. Ellison's answer then had been that Netscape didn't have any technology that Oracle wanted, his "cat could write a browser," that it was terribly overvalued, and that, anyway, Microsoft was going to kill it. I came away with the impression that perhaps Netscape was more valuable to Oracle as a very public victim than as a going concern. Even now, it's hard to gauge Ellison's real feelings about Netscape. "Netscape was the most innovative Silicon Valley start-up during the nineties. Netscape's Navigator browser ushered in the Internet age. They single-handedly changed the Valley. eBay, Yahoo!, and all the other Internet companies exist because of Netscape. But Netscape had a big problem. It's just nor very hard to write a browser. Andreessen wrote Mosaic [the Mosaic browser was the precursor of Navigator] in his spare time when he was in college. So there was no technical barrier preventing Microsoft from writing a competing browser. To emphasize that point, I said that my cat, the one that recently died, could write a browser. For some reason that made Jim Barksdale [Netscape's CEO] and Marc very angry at me. I don't know why. She was a very smart cat. The two cats I have left, incidentally, can't program worth a damn.

"Okay, I accept that most people don't believe that a cat, even a smart one, can write a browser—all by herself, anyway. Reasonable people can disagree. But there's no question that a team of competent programmers can build a pretty darned good browser in about a year. And that's exactly what Microsoft did. When they bundled it with Windows for 'free,' Netscape's days were numbered. They were just this little itty-bitty company—just a few kids and Jim Barksdale—in a fight to the death with Microsoft, for God's sake. They had no chance at all. Bill liked to say, and I quote, 'If Microsoft gives away all of its Internet software and Netscape gives away all of its Internet software, I like Microsoft's chances of survival better than Netscape's.' Yeah, no kidding. The most powerful company on Earth had decided to kill off a little newborn company called

Netscape. No holds barred. It was Godzilla versus Bambi—and Godzilla didn't bother to play by the rules."

On the question of whether Oracle should have bought Netscape, Ellison repeated that under the circumstances, the company had been horribly overvalued. "There was this big Netscape acquisition meeting at Oracle shortly before they sold out to AOL. John Doerr, Jim Barksdale, and Marc Andreessen represented Netscape. The gap between what they thought Netscape was worth and what I thought Netscape was worth was gigantic. They thought they were the heartbeat of Silicon Valley; I thought they were a corpse on the dark side of the moon. They wanted five to ten billion for the company. I thought that Netscape was near worthless. They were a money-losing proposition, and I couldn't figure out what we could have done to save them. If we had immediately open-sourced the Navigator browser, then browser revenue would have gone to zero. What's the point of that? We would have paid billions for nothing. Some people at Oracle didn't agree. They thought that we should buy Netscape just to make certain that Microsoft wouldn't have the only browser in the market. But I really didn't feel like paying a $5 billion entry fee into a one-sided browser war. It's a colossal mistake for us to battle with Microsoft over desktop software for one very simple reason: desktop software will not determine the ultimate winner of the software wars. It's not a desktop browser war, it's a server software war. I don't think that we can beat Microsoft on the desktop, and I don't care. We're a server software company. The Internet is all about network server software. Oracle is CBS, and Microsoft is Sony. We run the network, they make television sets. We make much better server software than Microsoft. Server software is a battlefield where we can fight them and beat them. We do it every day. Let them have the desktop. They can build all the television sets they want."*

Ellison thinks that the sheer distraction of destroying Netscape and dealing with legal consequences damaged Microsoft more than is generally realized. He's fond of saying that Microsoft "robbed the wrong bank." He says, "Microsoft wasted a tremendous amount of moral capital, credibility, and time destroying Netscape. At Oracle we used to call Netscape the 'heat shield.' Microsoft was so busy burning Netscape to a crisp that they fell further and further behind in database technology. We

---

*LE writes: I suppose they could build televisions that receive only MSNBC and give them away for free. I'm sure they're thinking about it.

have a big lead in server software, and I don't think that they can catch us. Unlike Netscape, we're protected by a huge, almost insurmountable technology barrier."

I couldn't help feeling that there was at least a whiff of the hypocrisy that Ellison detests in the tear-jerking way that he talked about the crushing of poor little Netscape, while he seemed quite happy to try to snuff the life out of smaller competitors such as Ariba and Commerce One, which he derided as "features rather than software companies." It's a charge that nettles Ellison: "We've never seen anyone compete like Microsoft. Nobody. Microsoft very effectively and illegally threatened and bullied PC companies that dared to distribute Netscape's browser. All the PC companies that dared to distribute Netscape's browser were afraid of Microsoft's reprisals. Microsoft will go on breaking the law until someone stops them. They're going after Real, using the same exact bundling techniques they used against Netscape. They're bundling instant messaging to go after AOL. That's how they compete: bundle, bundle, bundle. Why not? From their point of view, they're getting away with it. I've never seen anything like this degree of abuse of monopoly power. IBM used to have a monopoly. But they never engaged in the kind of behavior that's business as usual at Microsoft."

Okay, but if Oracle bundles its application server with its database, which is pretty much the case, and goes to war with BEA, which a lot of people see as an innovative company that has created a new market, what's the difference between what Oracle's doing and Microsoft? "First, we don't bundle our application server with our database; we charge separately for our application server. Second, even if we did bundle our application server with the database we wouldn't be breaking the law because we don't have a monopoly in database. Under the provisions of the Sherman Anti-Trust Act, standards of behavior are different if you have a monopoly versus not having a monopoly. The law says you can't use one monopoly to obtain another monopoly. Microsoft has a monopoly in desktop operating systems. Microsoft bundled its browser in their desktop operating system, and they succeeded in getting a monopoly in browsers. That's express violation of our antitrust laws. Now Microsoft is bundling a media player in its desktop operating systems to get a monopoly in those. Microsoft is bundling instant messaging. See any pattern here? We have no monopolies; we don't bundle; we don't break the law."

I wondered whether Oracle, if it ever did get monopoly power, would behave more like Intel than Microsoft. When Andy Grove first realized

Intel was on its way to having a dominant market share in PC processors, he made certain that everybody at Intel who dealt with the world outside understood exactly what the limits on their behavior should be. It didn't stop Intel acting, at times, in a fairly brutal way toward competitors, but it had always accepted that the law was there and that it applied to Intel. Ellison laughs. "I think that obeying the law's a really good idea. IBM and Intel managed their monopolies and competed aggressively without ever operating outside the law. But Microsoft is different. They understood the law. They had lawyers advising them. They're smart guys. They're not naive. But Bill's an ideologue. I think he believes that the antitrust laws are wrong, so he doesn't need to obey them."*

I had often thought that one of the reasons for Gates's apparent willingness to flout the antitrust laws time and again was simply the arrogance and sense of inviolability that comes from unimaginable wealth. If anyone had a take on that, it should be Ellison. His answer was complicated. "Bill's hyperrational side is in a losing battle with his emotionally fragile side. Bill goes out and methodically searches for good ideas to steal. That's perfectly rational behavior. That's made him very successful. But then, one by one, Bill starts to claim credit for the stolen ideas. He actually starts believing that they really were his ideas in the first place. He's pretending to be someone else. He wants to be someone else. He can't bear to see himself as Rockefeller; he sees himself as Edison. And he can get very childish and upset when other people don't see him as the great inventor." He tells a story of a dinner party at Andy Grove's house during which Grove was asked whom he admired most in the PC industry. Grove replied that it had to be Steve Jobs: he had either invented or popularized everything to do with the PC industry. News of this eventually reached Gates, who called Grove and asked him to dinner. When the meal was nearly over, Gates finally let it all out: His feelings have been terribly hurt. Doesn't Andy admire Bill?

Ellison says: "Here's this guy who built the most successful company

*LE writes: More likely Bill simply calculated the risk-reward ratio in breaking the law to break Netscape and acted accordingly. Getting rid of Netscape benefited Microsoft approximately $25 billion to $50 billion in market cap. The punishment for breaking Netscape and the law seems to have been a few harshly worded editorials in The New York Times and The Economist. So far Bill's calculations seem to be correct; for Microsoft the benefits of breaking the law have been great and the financial cost near zero.

on earth, but he's still very unhappy with himself. He's unhappy with how he's perceived, not just by the public but by the people who are close to him: his primary partner, the guy who ran Intel. His behavior during the antitrust trial wasn't so much recklessness coming from extreme wealth as self-destructiveness because he felt persecuted and unappreciated. Bill just wants to be loved. Who doesn't? But historically America has never offered great love to people who accumulate vast fortunes. Just the opposite. If you're rich, the best you can hope for is to make the transition from robber baron to philanthropist with a great deal of humility and a lot of check writing. Fair enough. That's a perfectly reasonable and time-honored bargain. What else can you do with all that money, anyway? You can't spend it, so you have to give it away."

America hasn't yet "offered great love" to Bill Gates, at least inasmuch as he is now seen by most people as a latter-day Rockefeller, a ruthless bully, rather than the benignly grinning and blinking supergeek who built America's most admired company. The government had been successful beyond all expectation in making its case against Microsoft, thanks to the courage of many witnesses, the courtroom skills of David Boies, and Microsoft's own almost cavalier self-incrimination through both the testimony of its executives and the damning trail of e-mails.

One consequence of the trial, I reckoned, was that the hardware makers had become braver about not being used as Microsoft's pawns, and there were greater opportunities for Oracle to forge strategic partnerships with the likes of Compaq (before it was absorbed by HP) and Intel, as it was now doing. Ellison agreed up to a point. "Do you remember when Microsoft invited all those people to New York to get up onstage with Bill and say how much they liked him and how much they like working with Microsoft? It reminded me of Al Capone doing a similar thing in Chicago back in the thirties. It's the 'Be nice to the alligator and maybe he'll eat you last' theory of survival. Well, I've got a better idea. Let's kill the fucking alligator before he kills us! If we fight back, maybe we'll survive. Maybe we won't kill the alligator, it's a huge fucking alligator, but trying to kill it will improve our chances for survival. Being nice to this alligator will never work. If you think Microsoft's competitors dislike them, you should talk to their 'partners.' Microsoft has bullied Intel and Compaq so many times they've lost count. Everyone in the industry is looking for an alternative supplier of software for Intel's mass-market computers. Everyone's thrilled about Linux. And I believe they're looking to Oracle to provide some balance against Microsoft. IBM's really not a big player in the software business except on mainframes, so it's up

to us. We're the last, best hope for mankind in the battle against Microsoft and its plans for world domination."

To that end, Ellison was devising a strategy for Oracle to go into the operating system business. He believed that despite the hype over Linux and IBM's enthusiasm for the open-source operating system, it would still be years before it was sufficiently hardened to do service in the corporate data center. For that reason, he was in discussions with Compaq's boss, Michael Capellas, an ex-Oracle hand, to rework, and eventually take over, the immensely fast and robust Tru64 operating system, which had been developed over more than two decades by the best engineers at Digital, so that it would run on Intel's new 64-bit processors.

Ellison eventually wanted to see all the Intel-based computer makers selling certified servers preinstalled with Tru64 and Oracle's database software. It would mean that Oracle would have preintegrated every part of the software "stack" from the applications at the top of the stack through the applications server to the database and, finally, the operating system at the bottom. "We're going to build our next generation of database clusters out of a bunch of low-cost Intel computers. Our Intel clusters will be highly secure, totally fault-tolerant, and much faster and cheaper than anything else on the block. As for the operating system—don't ask, don't tell. You don't ask what operating system a Cisco router is running. Why should anyone care what operating system our database cluster is running?" *

It seemed that regardless of the final outcome of the Microsoft case,

---

*LE writes: Perhaps people shouldn't care, but they do. So we had to adapt our operating system strategy from "Don't ask, don't tell" to the very latest, hippest fashion—namely, Linux. The Linux movement was gaining tremendous momentum, so we decided that we'd better jump on the train, not in front of it. But we had to add a number of critical features to Linux to enable it to run our fault-tolerant database clusters. We had to assign a number of our engineers to work with Red Hat [a Linux distributor] and the open-source community to build the features we needed into the Linux operating system. We even took our distributed file system and donated it to the open-source community so that it could become a standard part of Linux. After a lot of time and effort, Linux has now developed into the prime-time, mission-critical operating system that we need to compete head-to-head with Microsoft Windows. Today, Linux on Intel beats Windows on Intel in every important area: performance, reliability, security, and cost.

---

Oracle had already benefited from it. Even if Microsoft emerged constrained by only mild conduct remedies, Ellison seemed to think that Oracle could withstand any vengeance that Gates might want to exact. Rather than Oracle being on the firing line, Ellison believed that the companies that had most to fear were in the consumer and entertainment businesses. In particular, he thought that AOL Time Warner and Sony were about to feel the full effects of competing with Microsoft.

Ellison frowned. "I think AOL is in deep trouble, but what do I know? I really don't understand AOL's business at all. To me it seems like a simple online service for people who don't like computers. Whenever I prowl around their system, all I can find are a bunch of twelve- to fourteen-year-olds in chat rooms. Chat rooms are closely related to instant messaging. Both have been critical to AOL holding on to their customers. AOL chat and instant messaging is a closed network; they only allow you to communicate with other AOL members. That strategy works fine for a while, but it will fall apart over time. Imagine an e-mail system that only lets you e-mail other AOL members. No one would use it. As instant messaging matures into a standard service, AOL must open their system up or be isolated from all the other instant messaging users in the world. AOL has no good choices here. Either way they lose. Microsoft is bundling instant messaging with the next version of Windows. Instant messaging will soon become a standard service in business. There will be more instant messaging users outside AOL than inside AOL. It's not a pretty picture. To make matters worse, Microsoft can underprice AOL whenever they feel the government heat is off. What if Microsoft priced MSN at half the cost of AOL for the next ten years or so? Then there's the small issue of the upcoming competition from the broadband carriers—the phone and cable companies. Maybe they'll squeeze out both AOL and MSN. Who knows? All you really need is a fast line from a carrier and Yahoo! Why should the broadband carriers share any money with Microsoft or AOL? AOL has a very uncertain future. Steve Case pulled off the deal of the century by buying Time Warner. AOL shareholders should give him a medal. On the other hand, Time Warner shareholders have a right to be very, very upset. And I think they'll get more upset over time. What was Gerry Levin thinking?

"X-Box [Microsoft's game console] is likely to get killed by Sony's Playstation 2 for the next couple of Christmases. However, Microsoft has great patience and endurance. They'll be around year after year. Microsoft's monopolies generate so much cash that they can blow billions in the game business and keep coming at you. That's what Sony faces. Per-

haps Microsoft won't kill Sony's game machine business, but they'll be Sony's number one competitor. And as games go online with broadband, Microsoft is likely to start building games that work with both PCs and the X-Box. The online game business is brand new, and that presents opportunities to a newcomer like Microsoft. Sony's a great company, but Microsoft has unlimited financial resources. It's no fun competing with a company that has an infinite amount of monopoly money—real monopoly, real money. So I think AOL and Sony are both vulnerable to competition from Microsoft. The barriers to entry into their businesses are primarily financial, not technical. Fortunately, the opposite is true for us. The reason we're able to compete with Microsoft is because our technology is so hard to replicate. It took us more than twenty years to build our database. And our guys are every bit as smart as theirs. Sometimes I think that we'll be their last competitor. The last one standing."

Hating and baiting Microsoft, software's evil empire, is one thing, but I wondered whether Ellison could really get himself so worked up about IBM, a company he had admired all his life and was even now ready to call a "national treasure." "Well there are two different IBMs—the IBM of Christmas past and the IBM of Christmas present. The old IBM, the real IBM, was created by Thomas Watson, Jr. That IBM was the greatest company in the history of the earth. When I grew up in this industry, IBM wasn't someone against whom you competed; IBM was the environment in which you competed. But that was then and this is now. IBM never really recovered from the loss of Tom Watson. He was followed by a string of anonymous sales executives who just kept doing what IBM had always done: develop and sell mainframe hardware and software. As the center of gravity of the computer industry moved away from mainframes, IBM failed to adapt. The world changed, the industry changed, but IBM didn't. Eventually IBM was forced to hire an outsider, Lou Gerstner, to come in and change the company. He abandoned IBM's technology-centric past for a service-centric future.

"IBM hasn't developed any interesting software since the mainframe version of DB2 nearly twenty years ago. That's a long dry spell. All of their great software is their old mainframe stuff: OS/390, VM, the mainframe version of DB2—all first-rate pieces of technology. The new IBM no longer develops much software; instead they go out and buy it. They bought Lotus, Tivoli, Informix, Rational, and so on. IBM's products on UNIX and Windows are not close to being competitive. Their database on UNIX and Windows used to be called UDB [Universal Database] but they changed the name to DB2 to try to fool people into thinking it was

the same database product that they had on mainframes. Now, DB2 on mainframes is a great product. DB2 on UNIX and Windows is a totally different product with a totally different architecture, and it's a very distant third in the modern database business behind Oracle and Microsoft's SQL Server.

"Lou Gerstner turned IBM into a giant service organization. You have money; we have people. Want to trade? There is very little leverage in that. It's really just a bigger version of EDS [a big systems integrator and hosting firm founded by Ross Perot]. But I don't think building lots of oil and lube places to service your car is a very good idea. What if someone builds a car that only requires the oil to be changed every 100,000 miles? IBM's service business model depends on computer technology remaining very complex and labor-intensive. IBM ran this series of ads showing a roomful of business executives saying: 'Good grief, if this merger goes through we'll have seven different platforms, fifteen different databases, fourteen different operating systems, a wireless project, and so on.' Then you hear this woman's voice speaking to the roomful of desperate execs, and the voice says, 'And that's when you know it's time for IBM.' In other words, computing is so enormously complicated that a normal business can't hope to understand or cope with it, so you should call in IBM. I have a different idea. Use better technology that's easier to understand.

"Our strategy is to simplify our software so you need *less* labor to install and run it. You don't need a big systems integrator if you don't do much systems integration. IBM recommends that you buy lots of different applications from lots of different vendors. In fact IBM resells applications from SAP, Siebel, i2, Ariba, pretty much everyone I can think of except Oracle. Then IBM makes a bundle by selling you guys with glue guns to stick it all together. The old IBM's strategy was creating value by creating intellectual property. The new IBM's strategy is based on servicing complex systems; the more complex the system, the better it is for IBM. But if I'm right and the industry turns away from these labor-intensive, highly customized best-of-breed software systems, then IBM's service business will slowly melt away, like a glacier."

The essence of Ellison's hostility toward IBM is a form of intellectual snobbery. A company that was made great by its technology and applied engineering skills had lost its way and sold out. It was now run by sales and marketing guys who were cynically selling out the greatest name in American business. For the pragmatic Gerstner, remaking IBM as "the solutions provider with the deepest bench," as his successor, Sam Palmisano, once described it to me, has been a triumphant success. But