times had to be used sparingly, and technology would not automatically benefit the poor unless capitalism were tempered with some humanity.* Lederberg observes dryly, "Larry is usually ready for some modulation when we get into the detail."

Ellison's willingness to learn from Lederberg wasn't just confined to late-night intellectual schmoozing. In the summer of 1994, Ellison spent a fortnight's "vacation" in Lederberg's lab working as a humble technician. "He got his hands dirty and enjoyed it very much. He participated in our day-to-day discussions about how the experiments were being planned and the significance of the information we were getting from them. Within two or three days, he'd caught up enough to be able to play a real part—he has a very avid, quick mind. I think the experience helped to confirm his interest in this field, and I began to hear more and more from him about what was going on in other areas."†

Soon afterward, Lederberg felt confident enough of Ellison's seriousness and his friendship to ask him what he wanted to do with his money from a philanthropic point of view. He had just retired from Rockefeller University, so there was no question of putting the bite on Ellison for his own institution. He was convinced, however, that Ellison was ready to listen to some ideas. Lederberg says, "I knew something about philanthropic investment: what works and what doesn't; what can really produce some serious returns; and how to organize it."

Lederberg was careful not to put Ellison under any pressure. But after a series of conversations, the idea formed for Ellison to endow a medical research foundation. For years Ellison had been preoccupied with gaining a better understanding of cancer, the disease that had claimed the lives of his "two mothers" and his Oracle cofounder, Bob Miner. Given the speed at which medical science had been moving in other areas, Ellison thought that real progress in combating cancer had been "pretty dismal."

Lederberg's prompting could not have come at a better time. Having survived Oracle's recent trauma and crushed most of its database competition with Oracle 7, Ellison was convinced that his company would now

*LE writes: When capitalism is tempered by democracy there is the hope of combining prosperity with humanity.

†LE writes: I learned a lot by working in Josh's lab. And I had a great time. During lunch breaks a bunch of the postdocs and I would go out and play basketball in the park. It was the perfect way to spend my fiftieth birthday.

be able to handle whatever commercial rivals or the economy threw at it. For Ellison personally, there were two consequences. The first was that he was starting to get accustomed to the idea that he was not only extremely wealthy but highly likely to stay that way. The second was that he was ready for new challenges. Ellison says, "I'd always been curious about the fundamental mechanisms of molecular biology, and now I had this big lever—lots of money—that enabled me to influence the direction the research was going."

For Ellison, simply writing checks to good causes was never an attractive option. Always distrustful of conventional altruism, Ellison needed to develop a version of philanthropy that would work for him. He says, "I really can't distinguish my approach to philanthropy from my approach to anything else I take seriously. It's about discovering my own limits and learning about what it means to be alive. I set goals and live my life in hot pursuit of them: I want to win the America's Cup; I want Oracle to be number one in software; I want to help find cures for cancers. The America's Cup is just a silly game; nevertheless, I work at it. Oracle's an important business, so I work much harder at that. But you know, pursuing cures for cancer is incomparably more interesting and much more important than any of my other goals. So maybe that's what I should focus the rest of my life on. As far as I can tell, 'living large' means working on the most interesting and important problems." And there was another thing: Ellison's lack of religious belief contributed strongly to his sense of waste when a life was cut short by premature death or debilitating illness. "Fundamentally," he says, "life is the only miracle, and understanding how life works is the most interesting mystery remaining to be solved."

It's typically quixotic of Ellison to characterize his philanthropy as a dramatic personal quest to discover a cure for cancer. In an interview with Fortune magazine published in August 2001 (the first in which he drew public attention to his philanthropic activities), Ellison was careful to distinguish between the work of his medical foundation, which is primarily concerned with diseases related to aging, and his investment in the privately held Quark Biotech, a commercial company whose research may revolutionize the treatment of various cancers. But Ellison went on, "Someone asked me once how much I would pay to cure cancer if I could. And I replied, 'Everything I've got.' What do you think is cooler: being the richest guy on earth or helping find the cure for cancer? What would you want to do? That's a pretty easy question. Let me nail the Big

C." It left the reader with the rather misleading impression that cancer research was the primary recipient of his philanthropy.

Ellison adds another rider to his definition of philanthropy that he suggests differentiates it from—not coincidentally—the work of the Bill & Melinda Gates Foundation. He argues that the only thing that matters is results—whether any lives are saved. Until you can say that a certain proven lifesaving drug exists only because of research that would not have been funded without your money, it's best not to say anything at all. Ellison says, "We measure philanthropy and philanthropists with the wrong yardstick. It's not the size of the investment as measured in dollars contributed; it's the size of the return as measured in lives saved. That's what we should measure. What good it is to write a check for $100 million if the money is wasted? It may make you feel good, but you didn't help anybody. Money and motives grab a lot of attention, but I don't think you can climb into a person's soul and understand their motives. The correct measure is how much good you did for how many people: how many lives did you save; how many children did you educate; how many jobs did you provide?"

It's hard to say how much of this Joshua Lederberg (or deep down, Ellison himself) agrees with. It does, however, provide Ellison with a kind of shield against questions of motive and comparisons between him and Gates, who has undoubtedly committed greater sums of money to medical research than Ellison. For the record, Ellison has committed $250 million to his own foundation since it began in 1998, and he's made it clear to Lederberg that as the number of sponsored research projects grows, the funding will expand to meet the demand. But it goes deeper than the slightly absurd rivalry with Gates. Ellison can't bear the idea of being categorized as simply a rich man with a simple desire to do some good in the world. Even his philanthropy has to be judged by rules that don't apply to others. It also comes back to his suspicion of altruism and the baggage of political correctness that, these days, often accompanies it. "God won't grant you absolution just because you wrote a few checks," he says.

Whatever Ellison's eccentricities as a philanthropist, Lederberg's influence as chairman of the Ellison Medical Foundation has been powerfully present in setting its goals. Lederberg has a strong sense of how philanthropic funds should be used, in contrast to investment, which expects an economic return, or the aid that governments should give on behalf of taxpayers. For example, if the only concern is a straightforward cost/ben-

efit analysis of the best way to save lives, there's not much doubt that putting money into better sanitation and clean drinking water in the Third World would be the way to go. But both Lederberg and Ellison believe that such uncontroversial projects, which simply require money and management, are the role of governments and aid agencies rather than individuals, however wealthy. Ellison, who unlike many rich men has no objection to paying higher taxes, says, "Higher taxes don't bother me at all so long as governments spend the money efficiently on projects that make the world a better, safer place. Unfortunately most government agencies are quite inefficient, so an awful lot of the money they spend is wasted."

From the outset, Lederberg counseled Ellison against seeing the EMF as a vehicle for waging a personal war against the Big C. He says, "Finding a cure to cancer is not going to happen in any one step. Cancer is a lot of diseases, although there may be conceptual approaches that are shared in a number of areas. I think there will be incremental successes from time to time; however, in twenty years' time there will still be a lot of cancers, albeit not the same ones that we see today. But the main thing is that cancer is probably the most heavily invested area in biomedicine—it's actually very hard to find new niches for an investment in cancer. Which isn't to say that if an idea was presented to us that we were convinced was hot and for some reason wasn't acceptable to other funding sources, we wouldn't support it. But we decided against soliciting in cancer." The same was true of AIDS, another illness that doesn't lack for private sector funds.

The decision was made to focus the EMF on diseases that were related to aging—an oddly unfashionable area of research despite the fact that we are all living longer and increasingly susceptible to such illnesses. Our golden years may turn out to be more of a curse than a blessing, and the cost of caring for the sick elderly is in danger of bankrupting social security systems.

Ellison says, "The longer you live, the more likely it is that you'll get one of the common diseases of aging: Alzheimer's, osteoporosis, Parkinson's, and so on. But because health care has improved, these diseases no longer kill you right away. That's the good news. But a longer life span comes at a very high price: higher health care costs and extended periods of human suffering. The only way to avoid paying this price is to find cures for these diseases. Cures are vastly more humane and much more economical than care. Caring for a family member with Alzheimer's, os-

teoporosis, or Parkinson's can be financially and emotionally exhausting. Unless we cure these diseases, they'll devastate our families and destroy our health care system."*

One of the things that has riled Ellison is the perception, stimulated by speculative newspaper articles, that the real purpose of the EMF is to give its benefactor early access to treatments that will extend his own life. A typical example appeared recently in the *San Jose Mercury News*. It suggested that because Ellison was known for reacting badly to the death of loved ones, appeared in good shape for his age, and was an active sportsman, it followed that he was pouring his billions into seeking the "fountain of youth." The piece even managed to chuck in a reference to the age-discrimination case brought against Oracle by Randy Baker as further evidence that Ellison had a horror of old age.

Ellison says, "Our medical foundation has marshaled so many magnificent minds and committed hundreds of millions of dollars in an attempt to better understand the fundamental biology underlying the diseases of aging, and somehow the *San Jose Mercury* found a way to write a negative story about it. I think that says a lot more about the *Mercury* than my medical foundation." He does, however, agree that humanitarian issues as well as economic ones are at stake and that his own experiences have affected him: "Diseases of aging—and I consider many cancers to be diseases of aging—hit hard at most of our families. My mother died of leukemia. My brother-in-law got Parkinson's. It was awful to watch his body tremble and the personality I knew so well just slowly disappear." Lederberg simply observes that the time scale involved in bringing primary research from the lab even to the product-testing stage is unlikely to be of much personal benefit to someone of Ellison's age.

If there is a criticism, it is that the diseases that the EMF is focused on are predominantly those of the rich. In poor countries with lower life expectancy, they are simply far less prevalent than other killers. Lederberg

*LE writes: Several years ago, I gave a commencement address at Carnegie Mellon University called "Care Less and Cure More." It was my attempt to highlight the high cost of caring for, rather than curing, society's most pressing problems. Diseases of aging affect one segment of our population, while illiteracy affects another. Caring for people who are illiterate is much more expensive than teaching them to read and write. Curing our problems upstream is always better than caring for them downstream.*

and Ellison answer the question in different ways. Lederberg argues that once people in the Third World have surmounted the perils of early childhood, and assuming they don't fall victim to violence or AIDS, life expectancy is not as different as the statistics suggest: "This is something that's shared by the whole of mankind, not just the rich." Ellison points out that one of the results of lavishing expensive care on an aging population that votes is that there's less money available for programs for the poor. In the intensifying competition for resources, the education of inner-city children drops to the bottom of the list.

That said, the Ellison Medical Foundation has now added research into infectious diseases of the Third World to its dossier. One of Lederberg's preoccupations is that too many treatments for many diseases, above all AIDS, are simply too expensive for people in poor countries and that drug companies are unwilling to invest in those markets. "Because the people are too poor to buy the medicine, you have to find another approach—it's not intrinsically necessary that a treatment for HIV has to cost $10,000 a year. We should be making long-term gambles in the direction of producing treatments for tuberculosis and malaria and so on that are, above all, affordable."

One thing that may have held the EMF back a little is the relative lack of publicity it has received because of Ellison's uncharacteristic decision not to brag about the work it is funding until something concrete has been achieved—an approach that contrasts with the publicity machine that broadcasts the beneficence of the Gates foundation. But as word has gotten out, so has the number of research projects, now running into hundreds each year, being submitted for sponsorship to Lederberg, Richard Sprott (the former director of the Biology of Aging program at the National Institute of Aging, who was hired to run the foundation), and its superdistinguished Science Advisory Board (SAB). For Lederberg, the only disappointment has been the difficulty of getting Ellison involved in a more hands-on role. Lederberg says, "I've tried very hard to get Larry to engage in SAB meetings, but his time commitments have made it impossible."* Although Ellison has talked about making up to $2 billion available over time, you sense that Lederberg would be more confident

*LE writes: At this point in my career, I think I should spend most of my time making money, while the foundation figures out how best to spend it. When I leave Oracle, I'll be able to devote much more of my time to working with the foundation. I'm looking forward to it.*

about the future if Ellison were just a little more engaged. "We'll have other options to present to him [to add to aging and infectious diseases] in a couple of years. But these are all open questions. If I could count on his interest in doubling the foundation every three or four years, Larry will become the country's major philanthropist in the biomedical area." Ellison says simply that if Lederberg believes that there are projects that should be funded, they will be.

Two other schemes may compete with the medical foundation for resources. The first is a $100 million project to found a school to study the impact of technology on politics and economics. Ellison would like to see the PET (Politics, Economics, Technology) school investigate the interactions between technologically extended life expectancy, social security spending, and the competition between social groups for scarce public-sector resources. Ellison has approached Stanford, Harvard, and MIT, but he has discovered that trying to do anything genuinely interdisciplinary is hellishly difficult at institutions that aren't set up to run that way. One possibility is to make it a freestanding institution, but it currently seems more likely that if the PET school happens at all, it will be on a much more modest scale than originally contemplated.*

The second idea, a research university focused on biology, which has Lederberg's fingerprints all over it, reflects some of Ellison's suspicion of conventional academic institutions. Ellison believes that one of the major problems in getting potentially lifesaving ideas to market is the squabbling between researchers and their sponsoring universities when there is money to be made from the exploitation of a patent.

Ellison says, "Within a traditional university there's a lot of ambiguity about the ownership of intellectual property. Who gets the royalties? So I'm thinking of starting a research university that enables scientists to pursue their ideas, patent them, and even create companies on the outside to commercialize their ideas, if that's what they want to do. I want to break down the remaining walls between university research departments and commercial biotechnology companies. Hopefully that will allow new drugs to come to market more quickly. Lives will be saved, and fortunes will be made. Patients will get healthy, and professors will get rich. A perfect marriage of humanitarian ideals and market incentives: human nature at its very best."

*LE writes: I've pretty much given up on this idea. Interdepartmental cooperation within a university is near-impossible.

What Ellison is now thinking of is something like a "Rockefeller West"—something akin to the university in New York that Lederberg used to run but based in or around San Francisco and dedicated to biotech research. Combining a standard 80/20 "no-haggle" split of royalties* between researchers and the school with Silicon Valley's genius for encouraging entrepreneurs and its established infrastructure for bringing new businesses into existence seems to him the best way to ensure that the crossover from lab to market would happen faster there than anywhere else. Ellison quips, "The medical foundation and the research university will get ninety-five percent of what I earn in my lifetime. I don't think they'll have any problems spending it, either." They'll also get most of his time. He says, "Once I've completed the earning portion of my life, I'll have the time to get deeply involved in the operation of both of these institutions. That should begin to happen three to five years from now as I start to disengage from Oracle."

His impatience with academia and his own ambivalence toward the philanthropic ethic may also help explain why Ellison talks about Quark Biotech Inc. (QBI) with greater excitement than he does about his medical foundation despite "the dazzling work" being done there. Although it is incorporated in California, QBI is an Israeli company, and Ellison, although not a practicing Jew, has something of a love affair with Israel, admiring its steely pragmatism, respect for intellect, and ingrained entrepreneurialism. Having owned 70 percent of the company since 1996, representing an investment of about $100 million, he feels even more responsible for it than for the medical foundation. Finally, the fact that QBI is working on drugs that have the potential to produce dramatic improvements in cancer treatment provides a different order of excitement for Ellison.

And while Quark's long-term projections are daunting for ordinary investors and the odds against hitting the jackpot are long, the possibility that Quark could win big only adds spice to the game. Ellison doesn't disagree but adds, "The time frame is pretty long at QBI [because the whole drug approval process is such a drawn-out business], but they'll deliver lifesaving drugs sooner than the research being done by the medical foundation. That's why I'm so excited about QBI. If I judge myself on the number of lives saved, most likely they'll be the first to deliver. I guess it's just another example of my own impatience and immaturity."

*LE writes: I've now decided to give one hundred percent of the patent property to the researcher. It's much simpler that way.

"QBI is developing both therapeutic drugs and diagnostic tests. One test screens a patient's DNA to see if that person is especially sensitive to radiation. There's a small percentage of the population that should not be exposed to radiation of any type—not even dental X rays. Unfortunately, there's no simple test to identify these people. So QBI is developing one. Well, if you can identify people who should avoid radiation, you should also be able to identify people who should avoid taking a particular drug that would be harmful to them. It turns out that there are numerous drugs that have been proven to be very effective at treating a disease, but the drug fails the clinical trial because it's toxic to some people. Now, by looking at the DNA and the clinical outcomes of everyone who took the drug—it cured you, it killed you, it did nothing—we should be able to identify the people this drug is likely help and screen out the people the drug is likely to hurt. It's called drug personalization. It's sort of like how Amazon.com can look at all the books you've previously read to recommend a new one for you—except we look at your genes and recommend the right drug for you. It's a monumental breakthrough because it enables not just one new treatment but thousands of new treatments that previously failed their clinical trials."

Another technology, known as the PFT (Pifithrin) Compound, being pioneered by QBI, is designed to make existing cancer treatments exponentially more effective while reducing their damaging side effects. Ellison says, "The most common forms of cancer therapy are radiation and chemotherapy. Unfortunately, when you use either one of these to kill cancer cells, there is a tremendous amount of collateral damage to healthy cells. That is, large numbers of healthy cells die along with the targeted cancer cells. It's the death of these healthy cells that causes the terrible 'side effects' that accompany most forms of cancer therapy. The healthy cells die because the radiation or chemotherapy damages their DNA, which in turn causes the cell to 'commit suicide' through a process called apoptosis, or programmed cell death. When healthy cells detect that they have DNA damage, they increase the production of their p53 gene. The p53 gene is the primary molecular mechanism that induces programmed cell death in normal, healthy cells. Interestingly, the p53 gene is 'broken' in most cancer cells, so cancer cells will not commit suicide. That makes cancer therapy very difficult. Cancer cells are much harder to kill than healthy cells, because healthy cells have a working suicide mechanism and cancer cells don't.

"QBI solved this problem by developing a drug that turns off the p53 gene in all cells for a few hours during and after radiation or chemother-

apy. That eliminates most of the collateral damage to healthy cells, thus eliminating most of the side effects. Even better, this enables the physician to go after the cancer more aggressively by increasing the dosage of radiation and chemotherapy without damaging too many healthy cells. We've tested up to ten times the lethal dosage of radiation with minimum ill effects on healthy cells. So the Quark compound flips off the p53 gene for a couple of hours and death takes a holiday. It's a very big deal."

A big deal indeed, but unfortunately Quark has itself fallen foul of the Food and Drug Administration's (FDA's) approval process with PFT. Ellison admits that QBI wasn't sufficiently rigorous in its preclinical trials, with the result that almost two years may have been lost, but he's perplexed by an approval process that is so ultracautious that it can allow many people to die by denying them a new wonder drug because a handful of patients may suffer an adverse reaction. "The FDA and our legal system work hand-in-hand to virtually eliminate errors of commission; unfortunately, this leads to a dramatic increase in errors of omission. Here's why: If a drug saves a thousand lives for every one person it kills, the drug is not likely to be approved. You can't get sued for not releasing a drug that would have saved a thousand people; you can and will get sued for releasing a drug that killed one person. It's pretty bad math and worse ethics, if you ask me."

Quark may have fewer than 300 people on its payroll, but about 130 of its employees have a Ph.D. in molecular and cell biology, gene discovery, signal transduction, pathology, chemistry, or medicinal chemistry. In addition, it employs more than 30 specialists in DNA and protein analysis, algorithm development, programming, and statistics in what it calls its Bioinformatics Group. Lederberg, who sits on the board, says, "They're brilliant. That's the only word to describe them. Whether QBI will add up to a single coherent business is a little less obvious to me. But some of the things they're working on could turn out to be real blockbusters."

Ellison has constantly reiterated that biomedicine will be his second career. It's consistent with his belief that the computer industry is maturing and consolidating; that the great platform shifts that required technology visionaries are now, thanks to the Internet, a thing of the past; that the few surviving computer companies (including Oracle) will increasingly take on the character of business utilities. In short, Ellison thinks that biotech not only is the area that will best leverage his money for the good of mankind—although he'd never put it quite so portentously—but is also where he's likely to get the most intellectual stimulation and the most fun.

Don Lucas, who knows as well as anyone what makes Ellison tick, hopes more than anything that he won't leave it too late. Until his philanthropic interests absorb more of his time, he says, Ellison will never understand just how much pleasure and sense of worth they can give him. Jobs says something similar, albeit from the perspective of a younger man. He says, "My sense of it is that he's not quite ready for the next stage of his life. I don't think Oracle allows him enough time for much of anything but his family and a little bit for himself. This is a hobby now, but it's not yet a passion. However, I think it will become a passion in coming years that will be both fun and tremendously fulfilling for him."

* * *

Besides biotech and finding interesting ways to apply his wealth for the public good, Ellison is dabbling with the idea of going into politics. At a time when high-profile CEOs are not exactly topping the "Who do you most admire?" polls and when the memory of Oracle's wounding spat with the State of California is only just beginning to fade, it seems like a pretty crazy notion. And with the possible exception of Michael Bloomberg in New York—though the jury is still out on him—successful businessmen rarely make good politicians. They tend to share an autocratic style, a dislike of compromise, and a desire to quantify and analyze problems and set goals that they expect to be met. Most CEOs are also pretty useless when it comes to the arts of schmoozing and small talk that lubricate political wheels and flatter voters. Given that most of the above applies to Ellison in spades and is compounded by his hatred of pompous authority and determination never to do anything he doesn't want to, one might ask if he's taken leave of his senses.

It's partly Ellison's curiosity and constant challenge seeking, partly vanity—he has to believe that he would do a better job than some of the office-clinging nonentities with whom he is forced to do business—and partly idealism. He is genuinely passionate about improving the low standards in America's public schools and applying information technology to solve some of their problems (Oracle has given away thousands of network computers, and Ellison is thinking of using his own money to put expensive textbooks online).

His close friend Tom Lantos, the human-rights-campaigning California congressman, has urged him to make a run for the Senate. But Ellison admits, "I think I'd be a terrible freshman senator. I'm too impatient and uncompromising."

What does appeal to him is taking a pop at becoming governor of Cal-

ifornia. Since his bruising encounter with Governor Gray Davis—"the master of expediency"—over the alleged misselling of database licenses (see Chapter 25), the idea of running in 2006 as an independent has become even more interesting; one thing that Ellison would not have to worry about is money to fight an effective campaign. And it's probably as much the idea of the campaign that attracts him as the possibility of winning. As Joshua Lederberg said to him, "So you win. It's the day after that your problems begin."

So what exactly are Ellison's politics? He says that politics were always talked about at home. His adopted father, Lou, once ran unsuccessfully for the state legislature (Ellison thinks, but doesn't seem totally sure), while his brother-in-law, David Linn, was politically active and served on the Illinois Constitutional Convention. Ellison says, "In my family, you were either a liberal Democrat or a very liberal Democrat. Those were the only two political ideologies represented around our dinner table." In what he describes as the "Jewish ghetto" in Chicago where he was raised, the politics of the Ellisons and Linns were fairly typical. The big issue during Ellison's teen years was civil rights, which, naturally enough, everyone he knew was passionate about.

Perhaps as a result, Ellison's first foray into political activism was working for Robert Kennedy's presidential campaign. Ellison's political heroes are all of the "man of destiny" type—Winston Churchill, Napoleon, Douglas MacArthur—and, like them, Kennedy was a contradictory character, tough but complex. Ellison says of Churchill and MacArthur, "They had great intellectual and moral integrity. They had the courage to do what they believed to be right rather than what was popular or politically expedient at the time. I admire people with the strength to take a stand against the majority, when they believe the majority is wrong. Churchill took a strong stand against Hitler in the mid-1930s, and he was ridiculed and ostracized from his own party for doing so. But he did it anyway. That's courage. That's integrity. I admire risk takers. I like leaders: people who do things before they become fashionable or popular. I find that kind of integrity is inspirational." *

*LE writes: There are inspirational leaders in all walks of life. Johnny Cash, for example, wrote songs and did concerts supporting Native American causes long before it became fashionable or popular to do so. He was way out in front of everybody else. These days most artists will do concerts to raise money for good causes. I think that's great, but it's not the same.

in 1992. I gave him about half a million dollars. That was before he picked Gore as his vice president. After that I didn't contribute a dime."*

It's curious that he was so drawn to someone whom many people would consider the very antithesis of Ellison's heroes—an infinitely flexible political pragmatist rather than a man of unbending principle and conviction. Nor did Clinton when in office pursue the kind of agenda that Ellison particularly supported: his halfhearted use of American military power; his tedious political correctness on issues such as recruiting homosexuals to the military; his being in thrall to his ideological wife over her disastrous attempt to reform health care; and his lack of conviction on the subject closest to Ellison's heart—the appalling state of the nation's secondary schools—because of his timidity in the face of the teachers' unions.†

The most probable explanation is that Ellison, like many other people, was bowled over by Clinton's extraordinary charisma and his intellectual quickness. Ellison doesn't demur: "I just like the guy. He is so interesting: brilliant, complex, ambitious, troubled, talented. I've never met anyone quite like him. Nobody loves being alive more than Bill Clinton. And you can't help feeling the same passion for life when you're with him. Melanie and I had an unforgettable time jazz-clubbing with him in New Orleans. The man heightens your senses and teaches you what it means to be alive."

Roughly the same age, both illegitimate, both extremely successful, both risk takers in their professional and personal lives, and both a little bit in love with their own wit and intelligence, it's not surprising that the two men hit it off and have remained good friends. Nonetheless, Clinton in office was a disappointment to Ellison.

Ellison's anger about the quality of secondary education may have been influenced by his own experience at school. As an employer of some forty thousand people, a good many of them not only superbright but also the products of the education systems of much poorer countries, Ellison knows something about American secondary education. As he puts it, whatever the failings of America's health care system (mainly that it costs

---

*LE writes: Needless to say, I didn't support Gore for president. Thank God for the butterfly ballot.*

*†LE writes: All true, but you have to give President Clinton credit for NAFTA. He stood against his own party and the unions to create a more prosperous Mexico on our border. That's Bill Clinton's profile in courage in my book.*

After Robert Kennedy's assassination in June 1968, Ellison's interest in politics waned—"I kind of gave up after they shot Bobby. I just didn't care anymore. There was nobody left that I liked."* It was Ellison's growing business success in the late 1980s that helped to reengage him. As a wealthy individual who was making his money in the glamorous world of high tech, Ellison was a perfect target for fund-raisers. However, few of the politicians who approached him for money made any impact on him.

Al Gore, with his carefully cultivated contacts in the tech business and high-profile support for the Internet, might have seemed a natural home for some of Ellison's money. But Ellison despised Gore. After buying the parallel processing computer firm nCUBE, Ellison went to see then Senator Gore to complain about the preferential treatment that a rival, Thinking Machines, seemed to be getting. Not only was Thinking Machines winning government contracts at nCUBE's expense, but it was also being directly supported with tax dollars that Gore had been instrumental in steering its way. Ellison says that when he complained to Gore about this double whammy, the future vice president smiled and said to him, "What you've got to understand, Larry, is that Thinking Machines has been very good to me." Ellison exploded. "What do you mean, they've been good to you? Just how good have they been, Senator? What units of goodness are we talking about here?" Ellison says simply, "I guess he just wanted me to offer him a campaign contribution similar to the one he was getting from Thinking Machines, but back then I didn't know how the game was played, so I just kind of lost it."†

Ellison met plenty of other pols but says, "I was profoundly unimpressed by nearly all of them." Until Bill Clinton. "I met him when he was governor of Arkansas. We spent a few hours together discussing a variety of issues. He's incredibly smart and just plain interesting. I ended up being the second largest contributor to his first presidential campaign"

---

*LE writes: I didn't really re-engage in politics until I met Tom Lantos, the only Holocaust survivor who is a member of Congress. Tom and his brilliant wife, Annette, restored my hope in the potential of human beings to govern themselves.*

*†LE writes: Now I know how the game is played, but I don't want to play it. We need some kind of campaign finance reform that doesn't clash with the Constitution. Not an easy problem to solve, though.*

a lot and is socially divisive), people still get on planes to come and get treated in America, but it's a long time since he's heard of anybody coming because of the excellence of America's publicly funded high schools.

He's most incensed by the nexus between the teaching unions and the Democratic Party—"The teachers' union is one of the anchor tenants of the party," he grumbles—and the obstacle that places in the path of worthwhile reform. He's particularly fond of the idea of education vouchers to give some economic clout to poor families. He says, "The California public schools are a disgrace. Too many poor minority children are condemned to go to schools that fail to teach. African-American and Hispanic children should have a choice of schools. Any mechanism that gives them that choice—magnet schools, open enrollment, vouchers—I'm for. I'm prochoice on schools." *

If he ran for the governorship, he would concentrate on introducing vouchers, improving health care, and "keeping the lights on." He says, "California is a huge economy, and there's plenty of money available to solve our educational and health care problems if we can get rid of some of the unconscionable waste. Apart from that, I'd concentrate on not doing anything monumentally stupid like losing billions speculating in the energy market. I'm a pretty good problem solver, so I might be a good governor." Another thing he points out as being in his favor is that no special-interest group could buy him.†

How serious is he? He's definitely drawn to the idea of running and the opportunity it would give him to put issues that he cares about on the agenda. And compared with the well-named Gray Davis or his equally drab Republican rival in 2002, Bill Simon, Ellison would have probably made him too many enemies in business to survive a tough campaign against embattled party machines. And there's no escaping the fact that he has enough personal history to give a prurient press a field day. Is that what he really needs?

Ellison says that it all depends on how fed up people are with the traditional politicians by the time he's ready to run—fed up with their in-

*LE writes: I do not favor giving school vouchers to the rich. Only poor families need vouchers, and then only when their local school is failing.

†LE writes: My family has threatened to stop talking to me if I run for office. If I don't run I'll probably support Arnie [Schwarzenegger], but only if he invites me to the opening of Terminator 3.

competence, their pandering to special-interest groups, their "newsspeak," and their dreary political correctness. If Jesse Ventura can make it, he says, why not Larry Ellison? But Ventura could more easily present himself as being on the side of the little guy than California's wealthiest citizen can. The only thing that can be said with certainty is that if Ellison does decide to run, it won't be dull.

•  •  •

What's also certain is that Ellison wants to stay busy. One thing that he is acutely conscious of, despite rumors to the contrary, is his own mortality. "Life is the only miracle," he often says. With sixty fast approaching, he thinks increasingly about how to extract the most from what is left to him: "I don't waste a lot of time. I work intensely on things I care about, and I spend my time with people that I care about. I do what I want to with my time, because I know there's not much of it left."

Some of this urgency may be the consequence of Ellison's lack of any religious belief. Although he was brought up in Reform Judaism, his family was not particularly religious and the teachings at Hebrew school never stuck. The closest that Ellison is prepared to get to God or anything that might be termed spiritual is nature: a sunrise in Yosemite Valley or the cherry blossoms blowing in the wind at sunset in Kyoto. "That is where I find God," he says, "in this glorious accident of being alive."

What may also have concentrated Ellison's mind on the fragile glory of life are his still recent brushes with death. Although he has never had any serious illness, he nearly killed himself twice in 1992—when he broke his neck while bodysurfing in Hawaii and, soon after, smashed himself up in a serious bicycle accident. Careering down a mountain in Napa, he managed to stick the front wheel of his bike into a section of disused railroad track. The impact as he hit the ground was traumatic, smashing his arm in twenty-eight places and blowing the bone through the skin. It took more than two years of rehab in the gym, where he trained with Joe Montana, before he regained his strength. Typically, Ellison boasts that at the end of this period he managed to beat a champion triathlete at dips (although he does admit that the lighter triathlete was handicapped by wearing a thirty-five-pound weight vest).*

*LE writes: When I told Joe that my elbow injury was worse than his, he said, "True, but you don't earn your living with your arm."

If the feelings of power and well-being that come from physical fitness are a critical part of "the glory of being alive" for Ellison, so too is constant mental stimulation. He says, "As long as you're learning, as long as you're solving problems, as long as you are working with your mind, then you're alive. Problems intrigue, excite, and energize me."

Although Ellison jokes about his dislike of drinking alcohol, saying that it makes him even more unbearably over the top than he already is, the real reason is that he has what amounts almost to a terror of anything that might interfere with the working of his brain. He says, "I can't stand anything that clouds my mind. I couldn't take the painkiller they prescribed for me when I was in the hospital with my arm broken in twenty-eight places. I took Tylenol instead. I'd rather deal with the pain than lose my mind to the medication. I have no problem with people drinking; I have no problem with other people smoking dope. If that's what they want to do, God bless them, that's their business. But I can't do those things."

Ellison, I think, will find coping with the debilities of old age even more difficult than most of us will. What would he prefer, I wondered, a relatively shorter life and going out with a bang or dealing with the feebleness of advanced age? "Would I rather die at eighty or be feeble between eighty and ninety? I'll take feeble if it's okay with you. I'd never accept being feeble, though. I'd work out by competing in walker races against the seventy-year-olds." He admitted that much of what the medical foundation was working on are ways to help people live the last years of their life "in a healthy and robust fashion."

In the absence of any near-term breakthroughs from the EMF, I couldn't help asking Ellison whether he was taking anything to help him stay youthful. The answer was disappointingly prosaic: just a few over-the-counter dietary supplements available for a few dollars, such as DHEA (a steroidal precursor that encourages the production of testosterone in older men) and melatonin (a natural sleep enhancer that compensates for the declining efficiency of the pituitary gland). So no fountain of youth and (hand on heart) no cosmetic surgery since his broken nose was fixed nearly thirty years ago.

If Ellison was so certain that there was no life after death, was he, like many rich men, trying to secure a kind of immortality with his money? "Well," he said, "I hope my children will be proud of me after I've gone. But I think it's a big mistake for people to die very wealthy and leave it to their spouse or their children to give their money away. Why should they

have all the fun? I want to give it away myself and see some of the results before I die."

Surprisingly, perhaps, Steve Jobs believes that for all his emotional difficulties in dealing with the deaths of others, Ellison has succeeded in coming to terms with his own mortality. Jobs says, "What makes some people very effective in the way they use the time left to them is that they frequently remember that they're going to die soon. A lot of people get to the end of their lives and only then realize that they're going to die and that they should have made a lot of decisions differently. Larry thinks about death often, and I think a person like that has a much better chance of growing old gracefully."

I think that one day Ellison will be able to disengage from Oracle, but as long as he thinks Oracle needs him, it will continue to have a prior claim over anything else. However, assuming he does create a few degrees of separation between himself and Oracle, he will plunge more deeply into those other areas of interest. He probably won't find the cure for cancer—as Josh Lederberg says, that's going to be a long haul—but through his medical foundation, Quark, and his proposed "Rockefeller West" research university, he has a wonderful opportunity to have fun and do a lot of good at the same time. But he should forget about the politics. Even in winning he would be bound to fail. If you're Larry Ellison, why choose to be unhappy?

# 23

# "A SCRAP OF INFORMATION"

On the morning of September 11, 2001, Larry Ellison was up before dawn, getting ready to do some work on his e-mails, when one of his household staff burst into his study. "Mr. Ellison, turn on the TV right away. An airplane just hit the World Trade Center in New York." He was just in time to see United Airlines Flight 175 smash into the South Tower. As he watched the unfolding horror, two thoughts crowded his mind: how to keep the businesses running for the many Oracle customers based in the Twin Towers, and whether there had been any Oracle people in the buildings.

That morning Oracle lost eight employees. Six were consultants working with clients in the Towers, and two were among the many heroes created on that awful day. One who had some emergency medical training had gone inside one of the towers to see if he could help the injured. He was never seen again. Finally, there was Todd Beamer, a thirty-two-year-old account executive on his way home to San Francisco on United Airlines Flight 93 from Newark. It is Beamer who appears to have led the fight against the terrorists on the doomed plane that crashed near Shanksville, Pennsylvania.

Ellison says that making the calls to the families of the Oracle men who died on September 11 was the hardest thing he's ever done. Two days later, he sent out an emotional e-mail to the victims' colleagues at Oracle:

Everyone,

It is with indescribable sadness that I inform you that several of our people lost their lives in the terrorist attack on the United States. Todd

Beamer lost his life when United Flight 93 crashed in Western Pennsylvania. Seven more are missing in the rubble that was the World Trade Center. We pray that some may be found alive.

We know that Todd Beamer is dead. We believe he died when he and other passengers aboard Flight 93 tried to recover the hijacked airplane from the terrorists. In the struggle, the plane crashed. Todd's courageous actions may not have saved the lives of his fellow passengers, but he helped prevent the airplane reaching its target—our nation's Capitol. Considering the devastation wrought by the other aircraft, it is unquestionable that Todd's brave actions, and that of his fellow passengers, saved countless lives on the ground. We are very proud of Todd. We will miss him. Our heart goes out to Todd's wife, and his two young children.

Seven other Oracle people are missing. Six of them are consultants that were working on the 97th floor of the South Tower of the World Trade Center. We have not given up hope. Rescue workers are still searching, so we will not reveal their names at this time. I will tell you that two of the missing consultants were from the United States, three were from India, and one from the United Kingdom. This terror and tragedy is reaching families around the globe. The entire civilized world is in mourning.

The last Oracle person missing was trained as an emergency medical technician. He was near the World Trade Center when the first airplane hit. When everyone else was running out of the building, he ran in. Like the police and fire fighters, he risked his own life trying to save others. We will never know how many people he helped, or if he was able to save any lives. We do know he ran into the building and tried. In trying, he risked—and perhaps lost—his own life. Nothing is more heroic than giving your own life in an attempt to save another.

Several Oracle people are lost. Some we knew. Some we didn't. Some were heroes. All were family.

Larry

I talked to Ellison on September 12. He was deeply distressed, but he was clear that Oracle had to go on working. Oracle's first-quarter earnings call was due later in the week, and he didn't want to postpone it unless the markets remained closed. "Our people were in a state of shock. It was really hard to focus on work. But there was no time for a break. Most emergency services—police, fire departments, hospitals—depend on our systems working twenty-four hours a day, every day." What effect

the atrocity would have on the economy or Oracle's fortunes, he had no idea. "I really can't think about the stock market at a time like this—except to say that eventually it will recover. And our economy will recover. We always recover. The American people are very resilient. We'll recover from this attack. We'll learn from it, and we'll be stronger because of it."

Apart from anything else, all the government agencies and departments that dealt with the aftermath of the attacks and hunted for the terrorists depended on Oracle databases. He had already made arrangements with the army for more than two hundred technical staff from the damaged Pentagon to be accommodated in Oracle's Washington offices. A secure Special Response Center had been quickly established to provide support for government agencies needing security-cleared communications channels. Ellison said that in New York a similar effort was under way, including the creation of an "emergency office locator" to help identify the temporary office locations of thousands of displaced workers.

As the provider of the software that powered nearly all their databases, Ellison knew better than almost anyone that the U.S. security agencies were technologically ill prepared to protect the United States from further terrorist outrages. There were two major deficiencies. The first was the ease with which potential terrorists could enter the United States and disappear, thanks to a combination of lax rules for the issuing of visas and the lack of a standardized ID card system. Most of the hijackers had multiple stolen identities. The second was the difficulty of creating an effective and cross-checkable watch list, without which monitoring suspicious behavior was impossible. And just as the root cause of poor information management in the private sector almost always turned out to be fragmented data caused by information being dumped into too many small databases that couldn't easily communicate with one another, the same was true in spades of government in general and the security services in particular. Making the problem even worse were long-standing interagency rivalries, especially between the FBI and the CIA, which reinforced the chronic data fragmentation with a cultural bias against sharing intelligence.

Ellison's remedy was the introduction of a national standard for government ID cards using biometric authorization technology linked to a single, consolidated national security database. He knew that while what he was proposing was technically not difficult for Oracle to do, both ideas would be deeply controversial on both civil libertarian and political grounds. But he had been impressed when the secretary of defense, Don-

ald Rumsfeld,* had remarked that the difference between the war against terrorism and more conventional conflicts was that this was a war that would be won not by cruise missiles or bombers but by some scrap of vital information. Within a few days of the terror attacks, Ellison had decided that it was his public duty to campaign for both national standards for government ID cards and a national security database and that Oracle would donate the software to make it possible.

The first stage of the campaign was to start talking and writing about it. Ellison spent several days sweating over an op-ed piece that he hoped to place in *The New York Times*. The *Times* declined to take the article,† but *The Wall Street Journal* offered it a home, albeit in greatly shortened form. This is what Ellison wrote:

### DIGITAL IDS CAN HELP PREVENT TERRORISM
by Larry Ellison
10/08/2001

Since the September 11 attacks, our country has been thrust into a debate over how to root out terrorists while also maintaining our civil liberties. One of the suggestions proposed, though not yet fully debated, is that of national identification cards.

Many Americans instinctively fear that a national ID card would sacrifice basic freedoms and compromise personal privacy. They suspect our government would build Big Brother databases that would be better at snooping on law-abiding citizens than catching terrorists. They rightly agree that if we lose our liberty, the terrorists will have won.

On the face of it, issuing ID cards does seem a significant step. Trust-

*LE writes: I like Donald Rumsfeld, but not as much as Melanie does. She has a Donald Rumsfeld screen saver on her Macintosh laptop.

†LE writes: I submitted my op-ed piece to The New York Times, but they rejected it. I suppose they thought my position on ID cards was a bit too far to the right. However, shortly after my article appeared in the Journal, the Times ran a piece by the Harvard constitutional law professor Alan Dershowitz that called for a mandatory national ID card. All I wanted was a national standard for our existing voluntary government ID cards. So for the first time, I found myself standing slightly to the left of Alan Dershowitz on a civil liberties issue. Things had changed. September 11 convinced Alan and a lot of other people that we live in a very dangerous world.

ing government to maintain a database with our names, addresses, places of work, amounts and sources of income, assets, purchases, travel destinations, and more, seems a huge leap of faith. But we should remember that these databases already exist, and that we willingly helped in their creation. For years, companies like American Express and Visa have been issuing cards and building up information on millions of Americans. The databases they maintain are searched and sold on a daily basis.

We should remember, too, that the government already tracks things—lots of things. Federal, state and local agencies issue Social Security cards, driver's licenses, pilot's licenses, passports and visas. They maintain thousands of databases to keep track of everyone from taxpayers and voters to suspected terrorists.

And so the question is not whether the government should issue ID cards and maintain databases; they already do. The question is whether the ones we have can be made more effective, especially when it comes to finding criminals.

Do we need one national ID card? No. But the IDs that the government issues—such as Social Security cards—should use modern credit card technology. Do we need more databases? No, just the opposite. The biggest problem today is that we have too many. The single thing we could do to make life tougher for terrorists would be to ensure that all the information in myriad government databases was integrated into a single, comprehensive national security file.

Today, every federal intelligence and law enforcement agency— the Central Intelligence Agency, the Federal Bureau of Investigation, the Immigration and Naturalization Service, the National Security Agency—and all manner of state and local bodies maintain their own separate databases on suspected criminals. All these separate databases make it difficult for one agency to know about and apprehend someone wanted by another agency.

That's why one of the September 11 hijackers made it through U.S. passport control, even though he had an outstanding arrest warrant in Broward County, Florida. The FBI was searching for several other of the terrorists, because CIA intelligence revealed they had ties to Osama bin Laden. Four more were sought by the Immigration and Naturalization Service because they were in the country illegally.

Such a national database, though a large undertaking, is possible. My company, for example, has already offered to provide the necessary

software for free, and I'm sure other companies would pitch in with hardware and support. It's important these donations be made with no strings attached. The database would be maintained and run by the government alone, with no question of corporations benefiting.

The uses of such a database would be significant. Airlines, for example, could cross-check the names of passengers with names on a watch list. If this had been done, many of the September 11 terrorists would have been caught before they boarded their flights. Mandatory checks could be supplemented with voluntary checks. Companies, for example, might elect to submit the names of [job] applicants as a part of their reference-checking process. If the submitted name were on the watch list, the FBI (not the company) would be notified.

Another challenge is tracking people with multiple or stolen identities. The good news is that a national database combined with biometrics, thumb prints, hand prints, iris scans, or other new technology could detect false identities. Gaining entry to an airport or other secure location would require people to present a photo ID, put their thumb on a fingerprint scanner and tell the guard their Social Security number. This information would be cross-checked with the database.

The government could phase in digital ID cards to replace existing Social Security cards and driver's licenses. These new IDs should be based on a uniform standard such as credit card technology, which is harder to counterfeit than existing government IDs, or on smart-card technology, which is better but more expensive.

There is no need to compel any American to have a digital ID. Some Americans may choose to apply for a digital ID card to speed the airport security check-in process. Some states might use digital IDs for their next generation of driver's licenses. Companies might want to replace their current hodgepodge of IDs with the new system. In fact, a voluntary system of standardized IDs issued by government agencies and private companies could prove more effective than a mandatory system.

We don't need to trade our liberties for our lives. By law, Fourth Amendment protections against unreasonable search and seizure would govern access to the national security database. The "probable cause" standard will have to be met.

Two hundred years ago, Thomas Jefferson warned us that our liberties were at risk unless we exercised "eternal vigilance." Jefferson lived in an age of aristocrats and monarchs. We live with the threat of terror-

ists getting their hands on weapons with the capacity to destroy entire cities. Only by giving our intelligence and law enforcement agencies better tools can we expect to save life and liberty together.

As well as writing the article, Ellison was preparing for a visit to Washington, D.C. Meetings had been scheduled with the heads of the NSA, the CIA, and the FBI. He was also hoping to see the attorney general, John Ashcroft, and Vice President Dick Cheney. While finding out what the law-and-order agencies needed in order to do a better job of analyzing the huge quantities of information they were now feverishly gathering on the bin Laden global terrorist network, it would be an opportunity to evangelize the proposals in his article to the people who could actually make it happen. Afterward, he would fly to New York for TV interviews to publicize his ideas and, more prosaically, a CEO roundtable to sell software.

Arriving late in the evening of October 9 at the Ritz-Carlton in Tysons Corner, Virginia (an unattractive hotel catering for conferences some twelve miles from Washington, supposedly chosen by Jay Nussbaum because of its closeness to the CIA) Ellison's first meeting the following day is one that he would rather not have been having at such a time. The "digital hospital" project that had been launched with such fanfare at HealthSouth's Birmingham campus some six months earlier is in trouble, and HealthSouth's CEO, Richard Scrushy, is determined to grab Ellison while he's relatively nearby.

HealthSouth personnel have turned up in force, but so have Oracle's, with key members from Nussbaum's team (known within Oracle as "Jay Inc.") and John Wookey, a high-ranking developer who built large parts of the services version of Oracle's ERP suite. Although Ellison is more than half an hour late, he and Scrushy seem quite happy to waste the first five minutes chatting about airplanes. But when Scrushy gets going, it's clear he's livid, accusing Oracle of falling down on the undertakings it made when the project was announced. Ellison starts off by recapping what his understanding of Oracle's commitment is. Oracle, he says, is responsible for creating an architecture, an "information heart," for the hospital's clinical and administrative systems—a central repository for applications to place and retrieve information. The idea is for Oracle to establish a common data model that all the other vendors involved in the project can easily write to. "We want to make the integration trivial," says Ellison. "Has anything changed?" He implies that if there is a problem, it must be because other vendors are not cooperating.

After protracted attempts at negotiating the HealthSouth contract, Ellison decides he's had enough of the whole sorry mess.* The health care initiative that means so much to Oracle now has its own momentum thanks to the relationships that John Wookey has built with other partners. And Ellison will be very happy not to spend any more time with his fellow flying enthusiast Richard Scrushy. Even when the digital hospital project was in its promising infancy, there was something about Scrushy that troubled him, but now he can't stand the sight of the man.

• • •

The postmaster general's large office faces south with views across the Potomac and to the Pentagon beyond. From where we're sitting, it's not difficult to see where the American Airlines Boeing 757 plowed into Washington's most formidable building. Although Ellison, Jay Nussbaum, and Kevin Fitzgerald (the sales executive Oracle recently poached from archrival Siebel) have come to sell software, everyone seems uncomfortable about raising the subject. Ellison asks Jack Potter, a large, rather shambling veteran of the postal service who has been in the top job for five months, how September 11 has affected his business. Potter reckons that he's already suffered a $500 million loss of revenue, but he's relieved that, miraculously, given the number of postal workers in lower Manhattan, he didn't lose any people. Now he's worried about the envelopes containing anthrax powder that have turned up in Washington, D.C., and New York. (He could not know that the next fatality in the terror campaign would be a worker in a Washington, D.C., sorting office.)

Ellison's pitch is the best and simplest there is: Your biggest commercial rival is UPS, and we've transformed their business with software called Advanced Planning and Scheduling. UPS, says Ellison, has achieved huge cost savings. With more than 250,000 vehicles to manage and dispatch, making the postal service the biggest logistics business in the United States, the potential for efficiencies is staggering, but only as long as there

*LE writes: During a long negotiation with HealthSouth, we became more and more uncomfortable with their senior management team. In the end, we decided that they were not people we wanted to work with, so we walked away from the deal. Eighteen months later, when Richard Scrushy was charged by the SEC with what it described as "massive accounting fraud," John Wookey sent me an e-mail saying how thankful he was that we were watching this from the sidelines.

is enough flexibility within the organization to allow the new systems to work. Although the issues facing Potter are very different from those of the security agencies, Potter says that because of the crisis the time for doing something ambitious is right. It's not the only time we'll hear that sentiment while we're in Washington.

In a recent interview in *Catalyst* magazine, Health and Human Services Secretary Tommy Thompson painted a picture of IT chaos within the department with the biggest budget—$436 billion—in the federal government: "We have over 3,000 different servers and 2,900 IT staff. We have 1,200 different computer systems with different e-mail capabilities, some of which do not communicate with each other. We have 63,000 employees but 83,000 workstations. We have 12 operating divisions, all of which set their own IT systems, their own budget, their own ways on human resources, grants management, acquisitions, and logistics. We have 2,000 Web sites with 800,000 pages and 981 toll-free numbers. In one division, I found we had 5 financial systems, 13 grant management systems, 6 acquisition systems, 6 personnel systems, and 13 separate e-mail systems. Now, how do you run a department like that?" It will be interesting to see whether Thompson's appetite for radical reform has survived the journey from the governor's mansion in Madison, Wisconsin, to HHS's vast neo-Stalinist fortress at 200 Independence Avenue. It's also Ellison's chance to float his Other Big Idea, the one about a single national medical records database.

Jack Kemp, onetime Republican vice presidential candidate and an Oracle board member, has helped to fix the meeting with Thompson and is there to meet us under a bust of Hubert Humphrey, a politician of a very different stripe. Kemp is an affable man with a disconcertingly loud voice and a mop of carefully sculpted white hair.

When we arrive in Thompson's office, he seems genuinely thrilled to meet Ellison and insists on going through a rather ridiculous performance, seating a slightly embarrassed Ellison at his desk and having him pose for a photographer as "acting secretary." With these jollities out of the way, Thompson, a small man with rather florid features, opens the conversation with a statistic that could have come straight from Ellison's own mouth: "As many as ninety-eight thousand individuals allegedly died last year from medical mistakes. Most of those deaths were caused by the administration of drugs and drug interactions." The cause, says Thompson, is the antiquated way in which prescriptions are made out

and drugs distributed. "The lack of technology in our hospitals," he says, "is an absolute disgrace."

Ellison can hardly contain himself. With an almost beatific smile he embarks on a well-practiced riff: "A single national medical records database would save thousands of lives every year by preventing dangerous combinations of drugs from being prescribed. And a national health records database would save billions of dollars because it is so much cheaper to run than all those separate medical records systems we currently use. You have to be willing to save money if you want to save lives." For example, Walgreen and Rite Aid, two of the biggest pharmacy chains, have built database systems to record patients' prescriptions and to issue alerts about possibly dangerous drug interactions. But they're entirely separate systems that can't communicate with each other, so if you don't always buy your medicine from the same chain, they won't be able to help you. Ellison asks, "How much are we spending on medical record keeping out of the $1.3 trillion we spend on health care each year? I've heard estimates as high as thirty cents on the dollar, or nearly $400 billion. We'd save half of that—$200 billion—if we had a national medical records database. And with one medical records database we'd get better privacy and better accuracy. But most important, we'd save lives. The opportunity is extraordinary." Thompson thinks that record keeping may be costing "only" eighteen cents on the dollar, but he gets the point. "It's so shameful," he says, "but how do we do it?"

As Ellison develops his thoughts, explaining how it would be possible for all parties to keep their existing databases if they wanted to, as long as they agreed to copy everything that went into them into one central database, Thompson again asks, "How do I accomplish this?" Thompson's problem is that, understandably, he feels overwhelmed by the scale of the task before him. He's already encountering bureaucratic inertia and special-interest-group pushback of a kind that fourteen years as governor of Wisconsin haven't prepared him for. It's even possible that he's beginning to fear that in the three and a half years left to him in the job, he may end up achieving little of what he wants to do. And here comes Ellison, not just singing from the same hymn sheet, not just telling him what the problems are, but offering solutions.

Ellison has two suggestions. The first is that Thompson, who says he wants to introduce "paperless" hospitals and self-service check-in for patients, should meet with the Oracle/HealthSouth team. The second is that Thompson should follow the same path as Ellison when he started turn-

ing Oracle into an e-business—start with some "cheap thrills" that will demonstrate to skeptics what's possible and use the cost savings they generate to fund more ambitious projects. "Start with e-mail," says Ellison. "We could replace all your e-mail systems with just one unified system in ninety days. If we don't eliminate seventy-five percent of your e-mail costs, I'll personally pay for it." Thompson is so impressed that he wants to know from his advisers whether he can start on it right away without putting out a Request for Proposal (RFP) to allow other vendors to bid. Ellison's story about how Oracle succeeded in halving its IT budget and getting "dramatically better information" in the process has gotten him hooked.

On the way out, Ellison asks me, "Could we have had a meeting like that before September eleventh? I don't think so." Nussbaum adds, "You're not kidding. Something really changed in this town. People want to do things they would never have dared before." Next stop for Ellison is a helicopter ride to the National Security Agency at Fort Meade in Maryland to have dinner with its director, Lieutenant General Michael Hayden. On September 13, the NSA asked Oracle for assistance at the "premier technical level" and Oracle offered to give any help that was needed. Oracle's chief corporate architect, a very bright, very laid back young engineer named Ed Screven who oversees all the company's development work, is taking a polygraph test this week to get full security clearance. The following morning Ellison will be seeing the directors of both the FBI (Robert Mueller) and the CIA (George Tenet) who, in a sign of the times, will be together with their respective senior teams at the CIA's headquarters in Langley, Virginia. Lunch is scheduled to be with Attorney General John Ashcroft.

For security reasons, I'm not able to be present at any of these meetings, but Ellison has promised to tell me as much as he prudently can when we fly to New York on Thursday evening. Late on Wednesday, when Ellison returns from the NSA, I meet him for a drink in his suite at the Ritz-Carlton. He says, "The good news is that we're making real progress on gathering information about the bad guys. The bad news is that the bad guys are very bad—pure evil. There is no limit on what they're willing to do to harm us. If they could kill us all, they would."

The next day I meet Ellison outside the Department of Justice on Pennsylvania Avenue after his lunch with Attorney General Ashcroft. Our next appointment is at the Pentagon with the Comptroller of the Defense Department, and after that we're going to the Hill to see an old friend of Ellison, the former mayor of San Francisco and now the senior California

senator, Dianne Feinstein. Senator Feinstein has asked to see Ellison after reading his article in *The Wall Street Journal*, as she will be chairing a hearing of the terrorism subcommittee on Friday. But I'm eager for news of the morning. The time spent at Langley was impressively productive, but although Ellison is slightly reluctant to admit it, his encounter with Ashcroft was something of a disappointment. He says that Ashcroft seemed to be rather remote and unwilling to talk about anything substantive. His main preoccupation was privacy legislation, which makes the job of law enforcement more difficult—how can we be expected to catch terrorists when the law forbids a parent to have access to her own child's exam results?

On the way to the Pentagon, Kevin Fitzgerald explains that the Defense Department has put out an RFP for a commercial financial system that would be used servicewide. It's likely to be a bake-off between SAP and Oracle. Fitzgerald says it could be one of the biggest financial applications deals ever, with the opportunity to sell other E-Business Suite applications that need to be integrated into the financials package. Although Oracle is not heavy-handedly making the point that it would be odd for the Pentagon to buy German, Fitzgerald wants to hire the lobbying company of the previous defense secretary, William Cohen.

We then head back across town to the Hart Senate Office Building for a meeting with Senator Feinstein. When Feinstein joins us in her conference room, she embraces Ellison tenderly and starts pumping him for views and information she can use at the next day's hearing. She's particularly exercised about the lax oversight of the 30 million or so temporary visitors to the United States each year. Without an adequate tracking system, she says, our country has become a sieve, creating ample opportunities for terrorists to enter and establish their operations without detection. Ellison talks about his national ID plan and how he would make it mandatory for anyone entering the country to have a visa and a card with biometric information on it.* Whipping out his wallet, he asks her to compare the sophistication of his credit card—a black Centurion American Express card—with the shoddy and easily forgeable little piece of cardboard that is his commercial pilot's license. Feinstein is so ap-

*LE writes: I don't believe that American citizens should be required to carry digital ID cards; I do believe that all foreign visitors should be issued a digital ID card before they can get into our country.

palled that she immediately gets an aide to fire off a letter to the secretary of transportation.

For much of her legislative career, Feinstein has been promoting, precisely the kind of privacy measures that are now making the job of the security agencies so difficult. She rather limply suggests that Ellison's plan would provoke a huge uproar, but she doesn't protest much when Ellison points out that we've already lost our privacy thanks to the easily available information on nearly all of us that the credit card firms are prepared to hawk. He says, "I'm for privacy; I'm against secrecy. The Constitution doesn't give anyone the right to have multiple stolen identities." Feinstein is even prepared to admit that the existing privacy laws have gone too far. "We'll pay the piper for it," she says. Feinstein also wants to hear more about Ellison's offer to donate the software for the national security database. Ellison confirms it while explaining that he's talking about just the software, not the labor or network or hardware. Whether Feinstein understands exactly what he is proposing is uncertain, but she calls it "the best offer we've had all day" and asks Ellison if he'll put his offer in a letter that she can brandish at her committee's hearing next day.

Descending the steps of Congress into the warm autumn sunshine, Ellison seems suddenly overwhelmed by emotion. "I can't help thinking about how close we came to losing this building . . . how the Capitol dome could have come crashing down on top of all those people we picked to represent us. I look at that dome now, and I see something quite fragile, something that needs to be protected."

Jay Nussbaum is there to meet us at the Dulles Jet Center, where the G5 is waiting to take us up to New York. Bustling toward us, he can't wait to tell Ellison that not only has Tommy Thompson's office been in touch to get things moving on Ellison's e-mail offer (though there's some nervousness about their boss's determination to cut through red tape and give Oracle "sole vendor" status without an RFP), but the FBI has been on the phone seven times in the course of the afternoon. "Jeez," says Nussbaum, "I've never known anything like it. This is something completely different. I'm just stunned."

• • •

On the plane, Ellison and I settle down to discuss the last forty-eight hours and the way that Oracle is finding itself in the front line of the administration's war against terrorism. Ellison reflects, "Our first customer was the Central Intelligence Agency, our second customer was the Defense Intelli-

gence Agency, and our third customer was the National Security Agency. At the very beginning of my career, I was building information systems for these intelligence agencies, and here I am, at the end of my career, building information systems for the same intelligence agencies. What's different is their sense of urgency. Since the attack of September eleventh, this town's been on a war footing. The last time things moved this fast was World War II."

Since his *Wall Street Journal* article, Ellison has noted how ironic it is that credit databases for managing financial risk do a much better job of tracking people around the world than the intelligence databases do. What sort of conversation was Oracle having with the intelligence agencies to improve the situation? "The intelligence that's gathered has to be analyzed efficiently and shared appropriately among the different agencies. We need to provide the analysts with the appropriate data-mining and analysis tools so they're not overwhelmed by the sheer amount of data that's being gathered. That's what we focused on today."

I knew that Ellison had been pretty appalled by the neglected state of the FBI's systems after the chronic underinvestment during the Clinton years—the agency wasn't even using the Internet to connect its people. How bad was it? "They're like most large companies: they have lots of separate automation systems, which means their data is badly fragmented. Their procedures are inconsistent from department to department: some of their procedures are automated, others are still manual. Their internal network needs to be upgraded. The FBI has tremendous human resources—great people—but their computer systems are in desperate need of modernization.

"The question is, how quickly can the FBI's information management and communication systems be upgraded? That depends on who does the work. I think we can do it fast. We can install a secure e-mail and document-sharing system within ninety days, guaranteed. That's easy. We can also get version one of the national security database up and running in ninety days. That's much harder. We'd have to use the Oracle database development team to do the work. And we'd have to work in shifts, seven days a week, twenty-four hours a day. But it could be done."

How much could Ellison tell me about the meeting at the CIA? "Just like at the NSA last night, the primary focus was on the analyst. We have to get better at filtering out the irrelevant information. It really is the needle-in-the-haystack problem, except it's a really big haystack called the planet earth. We're very good at collecting information using satellites

and computers, but you have to organize the information properly, and you have to provide the right tools so the analysts can do their jobs. You've got to store vast amounts of data very efficiently, or your data-mining, pattern-matching and predictive modeling software will run too slowly to be of any use. And there has to be a single standard for ex-changing information between intelligence agencies. When the CIA pro-vides information to the FBI about a bad guy, both agencies' computer systems need to be speaking the same language. The data model for tracking people in both agencies must be the same." "

Given the traditional degree of interagency rivalry and distrust, are the CIA and FBI really prepared to go down the shared-data-model path that Ellison is advocating? "I think so. We talked about it at length in the meeting at Langley. Everyone agreed, and I expect the FBI to move very quickly now. The FBI has a greatly expanded mission, so they need new systems. I think Bob Mueller understands the size of the job in front of him. Before September eleventh, you couldn't get the first draft of a Re-quest for Proposal out in ninety days. Now the FBI is talking about build-ing a complete new computer system in ninety days. I've been working with these agencies the whole of my professional life, and I've never seen anything like it. These days, everyone in Washington is extremely focused and working hard. They have a new sense of urgency, motivated by a great and deep concern about the security of our country. They want to make sure that the events of September eleventh aren't repeated. We're at war—you can feel it."

• • •

Ellison's first appointment in New York is to record an interview about his ID card proposals for the *CBS Evening News*. However, when we ar-rive at the studios on West Fifty-seventh Street, the place is in an uproar. The news has just broken that an employee across the way at NBC has contracted anthrax poisoning from a letter sent to the studio. There's

*LE writes: Of course there is some information in certain intelligence data-bases that is so sensitive that there should be no automated sharing system. These databases are on computers located in underground vaults, with two ma-rine guards stationed outside the vault door. If you're trying to log on to one of these databases and you don't "remember" your password, the marine guards shoot you.*

great anxiety, subsequently confirmed, that Dan Rather, the CBS News star anchorman, and an assistant may have come into contact with a sim-ilarly booby-trapped letter. Ellison's interview with Anthony Mason has to take place in what looks like a storeroom because the studio we have been sitting in has to be swept for possible contamination.

Despite all the turmoil, the planned CEO roundtable is scheduled to go ahead. Among the guests are the home goddess Martha Stewart and the CEOs of ADP (a big provider of payroll services), UBS PaineWebber, and 1-800-Flowers.com. Also present are Ross Perot, Jr., the son of the former presidential candidate and now the CEO of Perot Systems, and Lex Fenwick, an Englishman who is running the financial news agency Bloomberg while his boss is campaigning to succeed Rudy Giuliani as mayor of New York. But the person who is likely to get Ellison's closest personal attention is Andrew Benton, the president of Pepperdine Uni-versity in Malibu, where Ellison's son, David, has just started his fresh-man year.

Inevitably, they all want Ellison to talk about his ID card plan and the national security database that goes with it, and what sort of reception Ellison's ideas received in Washington. He's happy to oblige, and, of course, it all neatly segues into the perennial theme of the urgent need to consolidate data if you want to know what's going on, whether you're running a federal agency or a business. But when Ellison gets on to telling them about the E-Business Suite and how it can help them both save money and get better information, he senses that he's lost their full atten-tion. Maybe some of them have heard the pitch, while others find the idea of spending a lot of money to upgrade their systems with fancy new soft-ware just plain inappropriate for the times. He decides to try something new, even though Jay Nussbaum has advised him against it because it hasn't yet been fully thought through.

The night before, in Washington, during a meeting with Diebold, a systems integrator specializing in security and servicing ATMs, Ellison came up with a new customer offer. Diebold's boss, Wally O'Dell, told El-lison that while he didn't need convincing about 11i conceptually, he wasn't in a mood to take any risks when it came to uncertain returns from investing in new software. If Ellison really believed what he was saying about the suite, what about shifting some of the risk to Oracle? El-lison told O'Dell that if he gave him his existing IT budget, he'd reduce it by 5 percent each year for the next five years and provide him with com-pletely new systems, everything that Diebold needs to run its business. As

a company in the IT business, Diebold might be expected to have little enthusiasm for such an innovative outsourcing deal. But the opposite is true: O'Dell is very interested indeed.

And so are the CEOs in New York. Ellison says, "We'll give you all our E-Business Suite software for free; we'll give you the computer hardware for free; we'll give you the network for free. Our consultants will upgrade your entire company to the E-Business Suite for free. We'll pay for everything. In return, you pay us your existing IT budget, and we'll guarantee to reduce it by five percent per year for the next five years. We'll sign a contract and guarantee it. And we have $7 billion in cash in the bank to back it up. You'll get a single global customer database. You'll get secure e-mail. You'll get the whole E-Business Suite. And you'll get it all for a lot less than you're spending now. There's no up-front cost. Your IT expenses go down immediately. We make the investment, we take the risk—you get a fixed, predictable bill."

The reaction in the room is silence. Surely it is too good to be true. The devil would be in the details. James McCann of 1-800-Flowers nervously asks whether this is "a new pricing paradigm." "Totally," says Ellison, and just before he has to start explaining what he meant, Art Weinbach, the tech-savvy CEO of ADP, comes to the rescue: "This concept works. It's a strategy that would work over a long period of time. The pricing is fascinating."

Ellison relaxes. "It just kind of slowly dawned on me. I have complete confidence in the suite approach. I know it saves money. I know it provides better information. But how do I convince people? Simple: move the risk from the customer to us; guarantee the price, and guarantee the savings. IBM can't do that. IBM's telling them to go best-of-breed, because IBM makes a bundle gluing it all together. But the IBM approach costs a fortune. They can never compete with us on price. Everything they do is one-off custom. So with our new E-Business Suite outsourcing offer, we take the risk and we share in the reward. I'm very confident that we'll make plenty of money, because we can lower IT costs at a much faster rate than five percent per year. We cut our own IT costs by more than half when we put in the E-Business Suite."

Martha Stewart, whose fast-growing company, Martha Stewart Living Omnimedia, is upgrading from a Microsoft to an Oracle technology platform, is impressed. She says to Ellison flirtatiously, "Do I call you? Can I have your home phone number?" The innuendo, however, seems to pass Ellison by. "Sure," he says. "Find out how much you're paying for IT, and then think about five percent savings each year and no

capital costs. If twenty, percent less after five years is interesting—let's talk."

Elsewhere in New York, Mayor Giuliani is speaking to a packed news conference about the anthrax attacks on the television companies and calming panicky New Yorkers. Selling software doesn't seem quite as important as it once did.

# 24

# THE GOLDEN NUGGET

*Amsterdam*
*January 2002*

About fifteen thousand of the Oracle faithful have gathered at the RAI Center in Amsterdam for the European leg of AppsWorld, the annual jamboree to evangelize Oracle's application products to its customers, its partners, and the technology media. Although Europe is SAP's backyard, Oracle is the strong number two in most of the major European markets other than Germany, where the firm from Walldorf has things pretty well locked up.

The big announcement in product terms at the RAI is something that Ellison calls Daily Business Intelligence. His big complaint with business applications is that although they have become quite good at automating key processes, it's still extremely difficult to get any useful information about your business out of them. As a result, on top of the huge sums of money big companies spend on applications, they also have to shell out for separate data-mining tools and data warehousing. Unfortunately, these so-called business intelligence products have some serious flaws: not only are they expensive, but they're difficult to use and the information they throw up is a snapshot of the past, not of the present. That's okay if you want to know everything about your sales of, say, driveshafts in Brazil over the last three years. But it's next to useless if you want important metrics at your fingertips about how every aspect of the business is operating in real time.

Ellison has believed for a while that one of the overwhelming advantages of a complete and integrated suite of applications sharing one set of data schema and running on top of a single database is that it would make it possible to create an "executive dashboard" that constantly updates every key performance indicator. But what in theory should be perfectly doable, has turned out to be very hard. Nonetheless, Ellison still wants to demonstrate a working product here in Amsterdam that, he's assured me, "will blow your mind."

There are a couple of other themes at Amsterdam of at least equal importance, both aimed at repairing some of the largely self-inflicted damage of the previous eighteen months. The first is to stress that although "completeness" is still a unique selling point of the E-Business Suite, what's really vital is the underlying information architecture. Markedly changing its tune from the ill-tempered AppsWorld in Paris a year ago, Oracle is now making a point of saying that legacy applications can successfully be integrated with its suite as long as they can be hooked into the shared architecture. The same goes for "extension" applications made by specialist third-party software vendors, such as those in the health care business. By publishing its data schema and application program interfaces, Oracle is trying to show that it has created an open, flexible platform. Ellison says, "We've always been able to connect the E-Business Suite to your existing legacy applications or to other vendors' applications. Now we use the very latest technologies to make systems integration as rapid and painless as possible. But understand, even though the tools have improved, integrating several separate software systems remains a complex and expensive process."

The second message—and maybe the most vital one—is that the suite, whatever users may have heard before, is now fully stable and delivering real-world efficiency gains and huge cost savings to an ever-increasing number of customers. The trouble is that for the best part of a year, Oracle has been saying with each new 11i release (and there's been one just about every three months) that pretty much all the issues have been dealt with. Even if what's being said is now completely true, there's a big credibility problem, one that Oracle itself tacitly acknowledges. Since the summer, Ellison has been saying that the only way to sell the suite going forward will be with a wide range of customer references. But Oracle has been hit by the double whammy of still sluggish corporate technology spending and the "wait-and-see"* approach within much of the installed

---

*LE writes: They waited, and they liked what they saw. Today, most of our fifteen thousand applications customers have very happily upgraded to the

base, which the press reports about the difficulties encountered by enthusiastic early adopters have contributed to.

This means that those references that Oracle does have—and there are now well over a thousand mostly satisfied E-Business Suite users—are being milked in Amsterdam for all their worth. For several months, the reference poster child has been POSCO, the Korean steel firm that is also the world's biggest and most efficient. Although the "go-live" on 11i was back in July, it's still one of the biggest "big-bang" installations to date. But what's really making the Oracle execs purr is that just in time for Amsterdam, POSCO's CIO has told them that the efficiency gains have been so spectacular that his team is doubling its already aggressive forecast of $4 billion savings over ten years—in other words, about $600 million in savings a year directly attributable to the E-Business Suite. You might never have heard of POSCO, but Oracle is doing its damnedest to rectify that."

Much of Ron Wohl's presentation is devoted to the superiority of Oracle's information architecture, and as the point man on the POSCO implementation, he also has plenty to say about that. It's a confident and convincing performance from somebody who lacks a natural stage presence. Backstage after his presentation, I ask Wohl about the twelve-month struggle to bring 11i to maturity after it became clear that Oracle had launched a product that, though conceptually brilliant, just wasn't ready for prime time. He sucks in his breath and begins, "Looking back at the release, you always have the wisdom of hindsight. Fundamentally, we tried to do something that I think was much larger in scope than even we realized and was much larger than the scope of any software we had released beforehand. In retrospect, we didn't do a good

*E-Business Suite. It wasn't easy, and it wasn't on time, but for our customers 11i was worth the wait.*

*"LE writes: POSCO is the best-run—most profitable—steel company in the world. When they told us they were getting $600 million a year in savings because of our E-Business Suite software, we got very excited. Many companies spend a fortune on enterprise software and get no measurable return on their investment. Now we had a large and respected company saying that huge savings were possible if you used an integrated suite. We saved a billion dollars a year at Oracle using our applications, and now we had a key customer confirming that the savings were real.*

enough job up front—our QA [quality assurance] procedures didn't work because they had outgrown our scale. In retrospect, I would have liked to have done two things differently: we should have changed a number of processes within development to deal with the scale of the release, which we have now done; and two, knowing what we know now, we would have been wiser to withhold the release a little bit. We would have been better off as a company if we had deferred the release by three or four months."

Wohl was ready to concede that the heart of the problem was the gamble he and Ellison had taken with the order management system. "It was one of the last parts of the 11i software to be completed, and as a result we had more stability issues in order management than in other parts of the ERP code. But the stability improved at a very rapid pace. You could see it in the bug numbers, and you could see it in the customer satisfaction levels. Customers who had started on a later version—11.5.3 and above—were extremely happy. If you talked to customers who started on one of the early versions, they weren't happy, and they had a right to be upset with us. But we made it up to them by really going out of our way to help them through their difficulties.

"Take a look at where we are now, about a year and a half after the release of 11i. We have more than one thousand customers live, achieving billions of dollars of benefit. You have to compare the problems to the accomplishments, and the accomplishments, by any measure, have been profound. In this business, there's always a three- to six-month lag between perception and reality. We benefited from that in the beginning, but now it's hurting us. If we talk in three or four months, the reputation of our E-Business Suite will be much improved. Reputations change very quickly in our business. Right now, the reality is that our software is extraordinarily good, our references are extraordinarily good, and the demos are fabulous. Coming out of this, nobody will be able to stop us, I honestly believe that. No one can match our software. Before, there was a lot of doubt, and frankly some of the ongoing skepticism is because we didn't do a good enough job initially. But now we've got it right, and we've proved it works. No one can argue with our live-customer stories; those are real."

Wohl's other point was the same one that George Roberts, Oracle's top salesman, had made to me some months earlier: the suite concept was winning acceptance in the market. Wohl says, "Some people thought we were crazy; they said that no one company can do all that. But look at

what's happened to all the best-of-breed vendors, except maybe Siebel, they've dived and hit the dust." They'll stick around for a while, but they are just not going to grow, they are not going to evolve and succeed, because the integration costs are too high. Also, notice that SAP is now calling itself an integrated business suite company, and so is PeopleSoft. They've both copied our marketing message, but they can't copy our software. The integrated application suite marketing message is what the applications vendors with a future have in common. But we're the only suite with an information architecture based on this single-data model in one database, and our competitors know it. The value of the simplicity . . . can't be overestimated. This is what will allow us to beat SAP and put PeopleSoft to bed."

Although in his quiet way, Wohl is as intellectually arrogant as anyone I've ever met, he is not normally given to making such bombastic statements. He has the air of somebody who has been through a great deal and now feels vindicated. It isn't just the experience of the previous torrid twelve months that has created this battle-hardened certainty, but the last decade, when Wohl was held up for ridicule within Oracle (especially by Ray Lane) and time and time again depended on Ellison's (to many people, quite baffling) faith in his ability, for his survival. He has the air of a man whose moment has come.[†]

If Ron Wohl had the scent of ultimate victory in his nostrils, I expected more of the same from the naturally cocky Mark Barrenechea. But he turns out to be far from happy. He starts by saying that in the last year and a half "we've done some brand damage." He puts the blame squarely on the order management system (and by implication on Ron Wohl): "We've been in order management for fifteen years, and we still didn't get it right. We've had quality issues with many of the underlying ERP components [Wohl's side of the suite], and in many cases we didn't even do damage limitation well." He even expresses some doubts as to whether the latest release to ship—11i 5.5—has dealt with all the problems. "Some of the

*LE writes: Now Siebel's "hit the dust" too. Best-of-breed is dead—except for dog shows.

[†]LE writes: Most people don't realize just how hard it is to build software as complex as the E-Business Suite. But I know. I'd been through it before with Version 6 of our database. Software megaprojects are very late—or they never finish. Ron and his team can be proud of finishing what they started. It was a major feat of engineering.

early indicators suggest that many of the issues are behind us, but if history repeats itself it's still going to take a lot to flush them out."

When I ask Barrenechea how the CRM modules, the part of the suite that he's responsible for, are performing, he vents his frustration. He claims that because most of Oracle's fourteen thousand existing applications customers inevitably begin their 11i implementation by upgrading their ERP systems, the quality problems they've hit have often meant that the money runs out before they even get to installing "his" CRM software. "By no means has our CRM execution faltered, not at all. But in many cases we don't even get to the starting gate because all the implementation dollars have already been used up. It may take three years from now before they get to try them. It makes me very impatient."*

Barrenechea accuses Wohl's team not only of mishandling the major rewrite of the crucial order management module, but also of not writing all its software to conform to the new Trading Community Architecture (TCA), or "customer master," that is meant to be the basis of the 11i platform. He says, "We've all been told to standardize on TCA, and yet we find the other organization somehow missed it along the way. So we had quite a bit of cobbling to do to get the new customer master and the new order management working across CRM. It kind of comes down to bad management in the other organization."

This is a pretty serious accusation from one of Oracle's most senior executives. I point out to Barrenechea that Ellison argues that the most important single contribution he has made since becoming involved in apps development in 1998 is to get the various parts of the development organization working together cooperatively. Barrenechea laughs and nearly chokes on the cake he's eating. "Oh, sure—it's a *lot* better than it used to be. At least we're not spitting at each other anymore. . . . Look, Larry has a brilliance, and he's certainly a virtuoso when it comes to understanding organizational structures. But he likes seeing two organizations compete so facts arise. Part of the difficulty for me in understanding this is that it translates into nonconsolidation of responsibility. Most companies would consolidate responsibility onto one sales guy, one consulting guy, one chief product developer. Right? This is either one of the most wonderful characteristics of Oracle, or it's one of the greatest flaws. And I can't work it out yet. It's so Larry."

*LE writes: Maybe I'm mistaken, but I think Mark was frustrated because the ERP products were outselling the CRM products.

I can see where this is leading, and sure enough Barrenechea says, "We need one applications organization." And we need one product development organization that, over time, does not consolidate to Larry. And we have to envisage an Oracle, someday, without Larry. And be working toward that."

As if realizing that he may be overdoing the criticism, Barrenechea returns to his usual optimism. Despite all the problems, which come from doing something that is intrinsically very hard, he is convinced that Oracle's approach is "absolutely right" and that no one else can match what's been achieved. He says that the release that's about to ship—11 5.6—is working really well within Oracle, smoothly integrating both the ERP and CRM sides of the suite, an indication that it's now ready for very wide scale deployment.

He takes particular heart from what looks like a major win over Siebel with AT&T's business services division. The deal has had to withstand a raft of executive departures as well as the departure of Jay Nussbaum on the Oracle sales side. What has won the deal for Oracle, says Barrenechea, is its ability to automate an entire business flow (from lead to opportunity to configured quote to order to contract to billing) involving twenty thousand sales representatives, thus reducing the process cycle from five months to thirty days. Coming on top of the BellSouth deal, it will make Oracle's CRM product very hard to beat in the telco market. He's also excited about winning business from Dell Computer, which has decided to standardize all its applications—a mix of bespoke apps and Oracle's products—on Oracle's information architecture. Given that Dell has few peers as a business process innovator, it's a major validation of Oracle's approach.

Mark Jarvis, the Englishman who spears Oracle's always aggressive marketing effort, readily admitted that after "eighteen months of Hell" he hoped Amsterdam would mark a turning point. He said, "I'd never previously thought that I might be fired. But in the last six months I have thought about it several times. I'm used to getting occasional notes from Larry, but I'd never had one like the one I got from him a few months ago, saying that the marketing is the worst it has ever been and our press coverage

*LE writes: I agree. We have in fact moved to a more conventional consolidated management structure in development. We now have one person responsible for all of applications development and another person responsible for all of technology development.

---

erage is the worst it has been in the history of the company." (I asked Ellison later whether Jarvis was in danger of getting the sack. He said, far from it. He'd "weep" if Jarvis ever left, but Jarvis needed better-quality managers at the level just below him, especially for dealing with the media.)*

In talking about turning points, was Jarvis just whistling to keep his courage up? He honestly seemed to believe otherwise. In the course of the last few months, Oracle had made its peace with the systems integrators, with the possible exception of the usually hostile Accenture. In particular, both Ernst & Young and PricewaterhouseCoopers agreed that they should be making most of their money from business process reengineering rather than customizing other people's software.† (In fact, I'd recently attended a very positive meeting between Oracle and PWC's top team in Washington, D.C., and PWC had been the lead consultant on the POSCO implementation. And in Amsterdam, I'd talked to a senior partner from Cap Gemini who was also singing from the same song sheet.) Just as important, Jarvis claimed that most of the financial analysts, if not yet the software industry analysts, had now come out in favor of the suite as the right approach over best-of-breed.

The Daily Business Intelligence, which Jarvis and Ellison were demonstrating in Amsterdam, was a dramatic illustration of what became possible with a single data model. It was one thing to show slides illustrating how SAP's applications ran across five separate databases linked by clunky messaging compared with the Oracle suite's tight integration with a single database. It was rather more impressive to be able to offer something that was both spectacularly useful and beyond SAP's capabilities because of the inferiority of its information architecture. The same could also be said of business flows, but Daily Business Intelligence was a much easier concept for most people to grasp and thus to sell to them.

Jarvis admitted that while his people used Oracle's CRM software to gather information on customers and target marketing campaigns, like

*LE writes: After we hired Jim Finn, our media relations improved markedly.

†LE writes: This was a huge philosophical victory for us. When I first started telling customers and consultants not to change our code, it was considered a radical idea. Now everyone was beginning to understand the risks and costs associated with too much customization. Plain vanilla was becoming the favorite flavor for applications software. Suites were literally killing best-of-breed. We had gotten a few things right after all.

most senior executives, he'd never used it personally: "I had never used any of this stuff until about two weeks ago. I'm a total convert. That . . . made me realize that it was all worth it. We'd been through hell, but wow! Look at this—a golden nugget. We've been searching for a long time, but we finally found the gold mine."

Later the same day, Ellison used his keynote to explain why the Daily Business Intelligence was not just another nice feature but was pretty close to being the Holy Grail of business IT. As usual, he blamed most of the problems afflicting business computing on the fatal combination of fragmented information and incomplete automation: "Most business processes are not completely automated; they're a combination of online and offline activity. For example, in the sales process called 'opportunity to order' each line of the sales order is always entered into the application system, but the price quote and sales contract might be stored separately in an Excel file or a document image file. If you store your price quotes in Excel files, that means your applications database is incomplete, so you can't ask the system questions like 'What is the total value of all my outstanding quotes?' Similarly, if you use a document image file to store contracts, you cannot ask the system, 'How many of my contracts have nonstandard limitation-of-liability clauses?,' because that information is not stored in the applications database. In other words, if your process automation system is incomplete—and most are—then your applications database will be incomplete as a consequence. And an incomplete database makes building a business intelligence system virtually impossible."

It's the "completeness" of the E-Business Suite's process automation and the single-data model, which allows you to keep all your information in one database, that makes Daily Business Intelligence possible. "Every day, Oracle sales managers see updated sales figures and sales forecasts. Every day, salespeople see how much they sold and how much they spent so far this month, this quarter, this year. They see exactly where they rank among their peers in sales and expenses. If they're in the lower ten percent in sales and the upper ten percent in expenses, that fact greets them every day on their home page. If you're an Oracle engineering manager, you see how well your product is selling, and you see how many service requests your product is generating. If your product is in the bottom ten percent in sales and the top ten percent in service requests, you know you have a serious quality problem that needs to be fixed. The Daily Business Intelligence system not only provides managers with up-to-date data to make better decisions, it provides every individual in

Oracle with better information—so they know what to do and how well they're doing it."

As well as providing detailed, almost instantaneous information about every aspect of Oracle's business, it also has a dramatic impact on the behavior of individuals: "Perhaps the most interesting aspect of Daily Business Intelligence is the comparison of your job performance with that of your peers. The reaction to these rankings is fascinating. People not only work harder to move up in the rankings, they work smarter. They study the people with the best performance and learn from them. And everyone gets daily feedback that lets them know if their job performance is improving. This makes a manager's job much easier. The manager doesn't have to constantly tell people that they're doing a good job or a bad job; the system does that. When Sally arrives at work and logs on to the system, her home page pops us and says: "Hi, Sally, you rank in the top twenty-five percent in sales, congratulations, but you're in the top five percent in entertainment expenses—knock it off; stop eating at all those fancy French restaurants.' But you know what, the second that Sally realizes we can see how much she's spending on expensive wine with dinner. Constant feedback, whether it's from a boss, a parent, a teacher, or the E-Business Suite's Daily Business Intelligence system, encourages people to improve their behavior. Hard facts about how well you're doing your job in comparison with other people in your company takes most of the human bias out of performance assessment. It doesn't matter much if your boss likes you or dislikes you, it's all about your numbers."*

• • • •

Backed up by an onstage demonstration of how the "executive dashboard" works and how easy the user interface makes it to drill down for extraordinarily fine grained data, Ellison's presentation makes a power-

*LE writes: Of course Daily Business Intelligence cannot take the place of good management judgment; it simply provides better data so managers can base their decisions on hard facts rather than gut feelings. Those "hard facts" are very difficult to come by in most companies, because current computer systems are a bunch of loosely connected process automation systems that are terrible at providing useful information about the business to management. A single, unified process automation database with integrated Daily Business Intelligence moves a company out of the dark and into the information age.

ful impact on the packed hall. But maybe because this is Europe rather than America, I detect a slight uneasiness in the nervous laughter that greets some of Ellison's jokes. Impressive proof though Daily Business Intelligence is of the computing philosophy behind the E-Business Suite, how many people would really welcome the introduction of such brutal transparency into their working lives? If Ellison has his way, it's something they'll just have to get over.*

Before going onstage, Sergio Giacoletto, Oracle's Italian head of European sales, has asked Ellison not to mention two things that are in the pipeline. The first is the "outsourcing with a twist" offer, which first broke cover at the New York CEO roundtable back in October. This is the deal in which Oracle proposes to take over a customer's entire IT budget and provide all the software (suite, apps server, database), hardware, and networking gear that's needed for a state-of-the-art computer system. Each year for the five-year term of the contract, Ellison commits to reducing that IT budget by 5 percent. Giacoletto reckons that it will give Oracle a formidable weapon to fight SAP in the European midmarket, which neither of the two rivals has penetrated much. But he wants to announce it when he's good and ready. However, when someone asks about Oracle's ASP (application service provider) strategy, Ellison can't resist the opportunity to pitch his new deal.

The second thing that the Oracle execs want kept under wraps is a radical new pricing plan for the E-Business Suite, which has barely been signed off on back at Redwood Shores. But at the press conference after his keynote speech, once again, Ellison can't help himself. From now on, he declares, the E-Business Suite will be sold to every customer in its entirety, and there will be just two license prices: $4,000 a year for power users and $400 for occasional users. What it means for the customer is that it will no longer be necessary to work out minutely in advance what modules in the suite are likely to be needed and how many licenses should be purchased, say, for financial users or sales-force users. As Ellison says, "Our pricing didn't match our product. Our product was an integrated suite, but our pricing was component by component. That meant when you were buying the suite you had to decide in advance how many users to buy for each application component: marketing, sales, service, financial, manufacturing, and so on. If you guessed wrong, you had

*LE writes: Your best people want management to know how well they're doing their job. Keeping relative performance a secret is not fair to them.

to come back and negotiate a new license." In other words, customers had to predict their future business needs and processes in a way that was inherently spurious. From now on, they would be able to turn on whatever parts of the suite their evolving requirements justified, and users would be allowed access to any applications they wanted to work with.

From Oracle's perspective, the new pricing model made even better sense. The bundling of features into the database and the apps server that customers could either use or not use was a neat way of locking competitors out of profitable niche markets—as Microsoft had proved over and over again (the legal difference was that, sadly for Ellison, Oracle was not a monopoly). If an ERP customer had already installed the whole suite and was thinking about deploying CRM, why not just switch on the Oracle stuff it already had rather than go to all the bother of buying and implementing a system from Siebel? The new pricing model leveraged the completeness of the suite without imposing it.

There were two further advantages from Ellison's point of view: first, it would no longer be a stretch to claim every 11i customer as a suite customer,* second, it might help to diminish some of the internal sniping between the Wohl and Barrenechea teams. Ellison told me later, "We'll now be measuring Suite sales in total, rather than ERP and CRM sales separately. That should take some of the edge off the intramural competition that's been going on between the different applications development groups. When a customer buys the entire suite, our sales system will record it as a Suite sale, but our support system will tell us exactly which applications in the Suite are actually being used."

Ellison's premature announcement at the press conference had two effects, one predictable, the other less so. The first was to send Oracle's marketing machine into a spin. When Ellison started to reveal the new pricing plan, Mark Jarvis exclaimed, "Oh my God. He said he wasn't going to do it. He always does this. This will be running on the wires, and the press will start calling Safra in a couple of hours [it was still 7 A.M. in California], and she won't know what the hell's going on." Jarvis had to prepare a detailed press statement in a couple of hours. The second, more positive, was that for the first time in a large gathering of skeptical journalists, not a single question about the value of the suite versus best-of-breed had been asked. A corner turned.

*LE writes: Not quite. Customers still have the option of buying the applications à la carte, which they do about half the time.

On the plane from Amsterdam to London, I discussed the last few days with Ellison, including an edited version of Barrenechea's attack on Ron Wohl. As to the latter, his reply is terse: "You know, Mark Barrenechea is a very smart guy, and he has some interesting theories that explain our CRM sales results. Indeed, our CRM sales are influenced by lots of things beyond Mark's control: the quality of our ERP software, the size and experience of our CRM sales force, the state of the economy, and the relative strength of the CRM competition." I asked him whether he agreed with Jarvis that Oracle had suffered real brand damage during the last twelve months.

He sighed; the expression "brand damage" had come from him a few months earlier, when he had wanted to draw attention to the fact that the quality issues affecting some 11i customers were the overriding priority for development. "We were all very pleased with the progress being made on our applications product quality issues, but I didn't want to let up. I wanted our developers to stay intensely focused on quality, quality, quality. So I casually said that the early versions of 11i had done some 'brand damage' to Oracle, and to repair that damage we'd have to constantly improve quality. I'm sorry I ever used the expression 'brand damage.' The phrase 'brand damage' caught on, and everyone started using it. A negative article in the press caused 'brand damage.' A sale didn't close because of 'brand damage.' I've been plagued by the expression 'brand damage' ever since I first used it. Never use catchy phrases to describe something negative about your own company. Aim the dark marketing at the competition, not yourself." Interestingly, Ellison added that the rollout of Daily Business Intelligence within Oracle had made it much easier to dig down into finding where the problems were and who should be responsible for fixing them: the transparency ended what had been a blame game between support and development.*

For all that, I suggested that from what I had seen over the last few

*LE writes: As we started to put in Daily Business Intelligence, I realized that Oracle had the wrong product-quality metrics; we had been measuring the wrong things for years. Oracle held engineering accountable for product defects—bugs—rather than service requests. A product can be bug-free and still generate too many service requests because it's difficult to install or difficult to use. We decided that our primary measure of product quality would be the number of service requests, not the number of defects or bugs. Once we got the metrics right, the squabbling between support and development ended, the number of service requests started trending downward, and customer satisfaction went

days of Oracle's customers and integration partners, the technology press, and even some of the analysts, the idea that a corner had been turned in Amsterdam didn't seem far-fetched. Ellison wants to agree, but he also wants to put things into context: "A big technology transition—a massive rewrite of one of our major products—happens infrequently, once every ten or fifteen years. When it does happen, it puts a huge strain on us and our customers. It's a little bit like childbirth. It's painful for what seems like a very long time, but the pain is suddenly forgotten when you see the beautiful baby. When Oracle 7 came out, nobody remembered the pain of Oracle 6. Rewriting the applications was a much easier transition than rewriting the database. But nobody remembers the extent of the problems we had with Version 6 of the database. Everyone's repressed it. It's just fascinating. Somebody said to Jeff Henley, 'Oh, my God, this is as bad as the database rewrite back in 1991.' Jeff and I had to laugh. During the database rewrite we almost went bankrupt. Today we have $6 billion in cash and profit margins of around thirty-five percent. But more important, we now have the only suite of applications integrated around a single applications database. We have the only applications database with built-in business intelligence. In other words, we have the smartest, best-looking baby in town."

Maybe the only thing that mattered was a return to sales growth: Ellison had said to me more than once that the one thing that would make a difference was a quarter that beat expectations. "Analysts don't try to foretell the future; they try to explain the recent past. If you have a series of bad quarters, they explain that it must be because you have product problems. If you then have a series of good quarters, they explain that it's because you've overcome your product problems. They'll conclude that our E-Business Suite product problems are over when we start growing faster than our applications competitors. It's that simple—they just look at the numbers."**

• • •

The tension in Amsterdam between Ron Wohl and Mark Barrenechea would soon be resolved. Getting Daily Business Intelligence to perform

up dramatically, Daily Business Intelligence is a powerful tool for changing behavior, but be careful of what you measure. If you measure the wrong things, behavior will change the wrong way.

**LE writes: Not all the analysts. A few good ones actually survey customers.

SOFTWAR

all its tricks proved to be difficult, and as a consequence, soon after returning to Redwood Shores, Ellison, threw himself into the effort to get the product finished: "We were getting most of the data we wanted out of Daily Business Intelligence, but not everything. There was some data that I considered very important that we were unable to track for some reason. I wanted to understand why." As usual when an engineering problem struck, he insisted on embarking on a process of highly detailed reviews of every product element to try to identify the issues.

The urgent need to make Daily Business Intelligence a reality had an unforeseen effect: it exposed weaknesses in the integration between the ERP and CRM sides of the suite that neither Ellison nor anyone else had been fully aware of. The more Ellison drilled down into the code, the more alarmed he became: "By March, I had found a couple of database schema errors that seemed to be the source of the Daily Business Intelligence problems I was working on. But schema errors were only a symptom of the real underlying problem: the ERP and CRM components of the suite were not as tightly integrated as they should have been, because our two development teams were not working as closely together as I thought they were. I discovered I had a serious organizational problem in applications engineering. I should have seen it and fixed it a while ago. I totally screwed up."

It may have taken Ellison longer than it should have to discover the defects in his applications development organization, but once he did, he acted decisively. Ellison says, "Once it's clear to me that I've made a mistake, I move pretty quickly to fix it." He determined that CRM would, in effect, be merged into Wohl's side of the house, with John Wookey, the senior development manager who had delivered Oracle's financials application and was currently working on health care, becoming responsible for the CRM sales and marketing modules; Don Klaiss, who was responsible for Oracle manufacturing products, would take over the CRM service modules. If there ever had been an argument for nurturing a "creative tension" between the two sides of Oracle's applications business, by now there was none. While CRM was newer and sexier than ERP, Ellison reckoned that it was nonetheless a lot easier to do: "I believe that CRM is a layer or feature set on top of your ERP customer database. CRM is pretty easy to build if and only if you have a unified customer database, but near-impossible to build if you don't. Once again, a single database and integration is the key. CRM applications should not be separated from the ERP applications, and we got ourselves into trouble when we tried to build them separately. The organizational structure I set up was wrong; it was my fault, my mistake—*mea culpa*."

# 25

# A PERFECT STORM

For Larry Ellison, Thursday, May 2, 2002, was meant to be a routine working day. Through the morning he had worked on the deck of his home in Atherton, taking the usual mix of calls from his senior executives, business partners, and customers. Much of the rest of the day, as had been the pattern for several months, was scheduled to be spent in the eleventh-floor boardroom at 500 Oracle Parkway hammering our problems with the newly unified applications development team. But by late afternoon, Ellison found himself engulfed in what soon became known within Oracle as the "perfect storm"—a vicious combination of political feuding driven by large egos and the impending gubernatorial election, a fashionable post-Enron obsession with "corporate wrongdoing," and a hyperaggressive media that had worked itself into a feeding frenzy. It was the worst crisis the company had faced in more than a decade.

The telephone call announcing the storm's arrival was from Ken Glueck, Oracle's Washington-based senior political operative. Glueck is a big, unflappable man whose calm and geniality were never threatened even at the height of the "Dumpster diving" brouhaha (when Glueck had helped to expose Microsoft's secret bankrolling of purportedly independent industry lobbying groups that just happened to take the software giant's side during the epic antitrust case). But now Glueck was agitated.

Alerted by an Oracle lobbyist in Sacramento, Glueck had been watching live TV coverage of the California Highway Patrol raiding the state's own Department of Information Technology (DOIT) "to secure all shredders and trash." The news bulletins were also carrying reports that DOIT's director, Elias Cortez, had been suspended by Governor Gray

Davis pending a criminal investigation and that the governor's-government adviser, a longtime political aide named Arun Baheti, had been fired. Baheti had accepted a $25,000 campaign check from an Oracle lobbyist just as the state was completing a big software contract (worth between $95 million and $122 million depending on whether it ran for five or ten years) with Oracle. Although there was nothing wrong with Oracle's making a political contribution, Davis had issued orders to his administration staffers not to accept money personally. It was clear to Glueck, Ellison, and Safra Catz that Oracle was now embroiled in a major political scandal. Ellison told me later, "I could see a headline with words like 'police raid' and 'shredders and trash' with 'Oracle' right in between. I didn't look forward to being served up as the tasty part of that media sandwich."

Increasingly ominous looking clouds had been gathering for some time, but Ellison hadn't noticed them—it had never occurred to him that Oracle had done anything wrong." The origins of the crisis had been more than a year earlier. California's DOIT had hired Logicon, a consultancy and systems integrator that was a subsidiary of Northrop Grumman, to look into the state's future IT requirements and propose a cost-effective solution. Logicon had recommended a six-year so-called enterprise license agreement (ELA: a kind of heavily discounted "all-you-can-eat" licensing arrangement sometimes favored by big corporate and public sector customers, in which they pay a lump sum for an unlimited number of database seats combined with long-term maintenance and support) with Oracle, with a further four years' option. The state and its 104 agencies were already big Oracle users, and Logicon reckoned that it could leverage their combined buying power to get a very good deal out of Oracle for both California and itself. Which is exactly what Logicon and the DOIT believed they had gotten. If the deal was allowed to run its full ten-year term, they calculated that the savings compared with buying Oracle database licenses on a piecemeal basis were likely to be around $110 million. It also meant that agencies could bring as many users on-line as they wanted, when they wanted—a big incentive to developing innovative and cost-saving e-government initiatives.

*LE writes: It never occurred to me that Oracle had done anything wrong, for the simple reason that Oracle hadn't done anything wrong. Unfortunately, it took a while for that fact to come out. In the meantime, the media simply presumed us guilty of something—without ever saying exactly what.*

Why Oracle was willing to do the deal is another matter. It was getting paid only $30 million to allow up to 270,000 people to use its software for ten years, while support and maintenance, which included free upgrades to the latest versions of Oracle's technology, were pegged to a flat rate that worked out at $5.2 million a year for the life of the contract. Unknown to Oracle, there was an escalator clause in the maintenance part of the contract that would give Logicon $12 million for doing little more than a help desk. Logicon was also doing well out of the transaction: from the $52 million the State of California was paying for licenses, Logicon was getting a $10.7 million sales commission, while the remainder was accounted for by sales tax and the charges of the leasing firm that had been brought in by Logicon to finance the deal. But from Oracle's point of view it made little financial sense. Ellison later complained to me, "It was a spectacular deal for Logicon and a good deal for the state, but it was not a good deal for Oracle."

Even at the time, plenty of people at Oracle, including Ellison, thought the contract was far too generous and an example of precisely the kind of "scorched earth" deal in which future earnings were sacrificed for the sake of making a quick buck in the present, which Ellison and Catz had actively campaigned against. If Oracle itself had negotiated the contract, the terms would have been very different. However, Jay Nussbaum, still the head of Oracle Service Industries, reasoned that although the State of California had been give very substantial discounts on Oracle products, there was something to be said for an arrangement that would help lock in a big customer for the foreseeable future.

But if the deal was controversial at Redwood Shores, it was rapidly becoming political dynamite a hundred miles away in Sacramento. The DOIT had a good many enemies among Sacramento legislators and, facing a reauthorization that many thought it would fail to get, Cortez was desperate for a big IT win to prove its worth; Barry Keene, the director of General Services, whose department was responsible for negotiating the contract, was eager to get the publicity that a deal of this size would bring. Sure enough, Cortez, Keene, and Arun Baheti had all appeared, grinning from ear to ear, on the pages of *InfoWeek*. Predictably, the pictures, and others like it in a host of publications that exist to massage the egos of senior government employees, were, to the DOIT's many critics, like a red rag to a bull. At the same time, issues began surfacing that were troubling to even neutral observers.

The Department of Finance suggested that neither it nor the other offices involved had exercised proper diligence in determining whether the

cost savings that the ELA was meant to bring were probable or were based on spurious estimates provided by Logicon after it had been hired as a consultant. The accusation was supported by the haste with which the deal had been put to bed and the ambiguity of Logicon's status, which stemmed from changes in its commercial relationship with the state. Logicon was now receiving all its remuneration from commission both as a distributor for Oracle and for arranging financing with a leasing firm. Consequently, there were legitimate doubts about how disinterested its advice had been while in its original consulting role.*

And that wasn't all. Suspicions were further raised because the contract had not been put out to tender. At the last moment, Cortez, determined to wrap things up as quickly as possible, had insisted that Oracle, rather than Logicon, be the prime contractor. Oracle was one of a select group of companies on a General Services Administration list that qualified it as a sole-source vendor. Ellison says, "The best place to buy Oracle software is from Oracle Corporation." Up to a point. The problem was the suddenness of the switch from Logicon to Oracle and, once again, uncertainty about what Logicon was bringing to the table and how much it was being paid. Finally, there was the nasty little kicker of the $25,000 check that Ravi Mehta, a political consultant on Oracle's books, had handed over to Arun Baheti while the two men were having a drink in a Sacramento restaurant. At the very least, the timing of the payment, the details of which had only just emerged, was unfortunate.

For Dean Florez, the Democratic chairman of the state Joint Legislative Audit Committee (JLAC), the target was too big and too tempting to ignore. Florez, a political maverick who saw himself as California's answer to John McCain, had a burning desire to make life as unpleasant as possible for Governor Davis and his administration. What Florez wanted and what Florez got was a full review "of the State's contracting practices in entering into an enterprise licensing agreement with the Oracle Corporation." The surprising thing is that nobody at Oracle seemed to realize that this was a portent of serious trouble.†

It was months later, toward the end of 2001, before even muffled

---

*LE writes: Logicon, not Oracle, recommended the deal to the state; Logicon, not Oracle, negotiated the terms of the deal with the state; Oracle, not Logicon, got all the headlines.

†LE writes: We naively believed that because we hadn't done anything wrong we had nothing to worry about.

alarm bells at Redwood Shores started ringing. State Auditor Elaine Howle was a long way from completing her report, but Oracle executives were beginning to worry about the kind of questions they were being asked. Belatedly, it occurred to them that Howle might be set on reaching a hostile conclusion. In January, fearing the worst but still convinced that the state had no grounds for complaint, Oracle took the precaution of asking Howle's vastly experienced predecessor, Kurt Sjoberg, who was now in private practice, to carry out his own "independent" report on the deal to see if, in his view, California would, as Logicon had claimed, save a lot of money. On April 10, Sjoberg Evashenk Consulting reported that over the full ten-year life of the contract the state stood to save between $110 and $163 million. In other words, Logicon's estimate of the contract's value had been respectably at the low end of the range. Surely even a skeptical Elaine Howle would have to admit that California was getting a pretty good deal after all.

Just six days later, Howle reached a very different conclusion. In a stinging report, the bureau argued that over six years the state would *lose* $40.6 million (although it admitted that this would be reduced to $3.6 million if the contract ran the full ten years). The state auditor made no mention of the campaign check from Oracle, but in just about every other respect, it was as bad as it could be. She accused DOIT of ignoring the results of its own survey of 127 state departments, undertaken prior to signing the contract, which had provided evidence that "few state workers might need or want any new Oracle Corporation products." All three departments responsible for overseeing large IT projects were lambasted for failing to assess the state's actual need for the contract. She further inveighed against "General Services' unprepared and inexperienced negotiating team" for agreeing to a contract "that left the state unprotected against numerous risks." "'Lacking an in-depth understanding of whether the ELA might fill a legitimate need for state departments, and without knowing the true costs and benefits of the contract, the state committed millions of taxpayer dollars to a questionable technology purchase."

It got worse. Howle argued that because of Logicon's "undisclosed role, actions and compensation," questions had been raised about the validity of the contract. Howle calculated that Logicon stood to make no less than $28 million out of the $95 million the state would be paying for the first six years of the contract. Legal advice to the audit bureau suggested that despite Oracle's status as a vendor that could be exempted from competitive bidding requirements, the same didn't apply to Logi-

con. Given that it was taking 30 percent of the contract's value, a court might judge the contract to be void. But for Oracle, it was the second half of Howle's report that was most damaging; it read like a sustained attack on the software firm's business practices. The report claimed that Oracle was well known for:

- Aggressively selling to the highest levels of an organization by basing its arguments on the "positive impact on the customer's business" rather than the technical details of the database and the competition;

- Using high-pressure sales tactics to close long-term, high-value deals quickly—saying, for example, "If you buy databases for ten computers this year and promise to buy databases for fifty computers over the next five years, we'll give them to you at the special rate we have now. Prices are going up; it's the fourth quarter, and we're ready to deal."

- Practicing the Oracle maxim, "Lock customers in, lock competitors out," by getting from customers a long-term commitment that encourages migration to Oracle products and helps establish Oracle as an organizational standard. The high cost of future transition away from Oracle products to those of competitors discourages future competition.

- Changing the way it licenses its products, making long-term commitments problematic. For example, the most recent version of the Oracle enterprise database software, Version 9i—released two weeks after the state executed the ELA—has certain features that are separately licensed. If the state wanted to upgrade from 8i to the 9i version and also wanted these special features, it would have to pay a separate license and maintenance fee for them.

The analysis continued, "According to our technical consultant [who had also provided the insights above], other Oracle business developments that were occurring shortly before the contract was finalized included aggressive pricing pressure from its customers. In 2000 and the first half of 2001, Oracle's users and prospective clients were putting tremendous pressure on the company to lower prices. Oracle's database market share was being threatened at the high-end (large, complex systems) by IBM and at the low-end (small, departmental systems) by Microsoft." The findings of Howle's "technical consultant," it emerged, were being assisted by none other than Ellison's old enemy—the Gartner Group, prob-

ably the technology consulting firm most consistently hostile to Oracle. Not surprisingly, Gartner "questioned the wisdom of establishing Oracle as a standard for the entire state."

The auditor's report was a nasty shock to Oracle. Ken Glueck said to me later, "The section of the report about our business practices simply couldn't be reconciled with what had happened. Our salespeople were not engaged at all in the negotiation of the deal, and the four guys from our side who were involved in it, you would instantly realize if you saw them, are just not capable of aggressive tactics. And besides, Kevin Fitzgerald, who had succeeded Nussbaum, kept telling us that the terms of the contract were the most favorable he'd seen during the twenty years he'd worked with the public sector. But the way Howle's report was written provided a lens for looking at the contract that was intended to make us look bad."

From that moment on, no reporting piece on the contract wrangle—and there was a never-ending stream of them—was complete without the words "Critics of the contract have noted that Oracle has long been known for sales tactics considered aggressive even in the high-stakes, high-pressure world of corporate software sales." According to Ellison, Oracle's sales team "simply agreed to take over a contract that had been fully negotiated and agreed to by both Logicon and the state. The state asked us to take over the contract, and that's what we did. I don't think that our sales team met with the state for more than a couple of hours. Yet they were accused of using such 'aggressive, high-pressure tactics' that they had 'forced the state to buy more software than the state needed.' Just how did they manage to do that in a couple of hours?"

Horrified by the likely impact of Howle's report, Ellison claims that he immediately told General Services' Barry Keene that he was prepared to scrap the deal. "I said we'd be happy to undo the deal if they want to undo it. But they said, 'No, we love the deal. We don't want to undo it. We'll stick by it.'" That is consistent with Keene's official response to the auditor. While agreeing that there were some steps that needed to be taken to ensure that the state received full value, he continued to maintain that the savings would be very substantial.*

The auditor's report was all Florez needed for his committee to em-

*LE writes: The state was saying it was a very bad deal, and at the same time, the state was refusing to undo the deal. It was a bit hard to understand—like the conversation between Alice and the Red Queen.

bark upon lengthy and politically charged hearings that would last more than two months. Of course, Oracle wasn't the primary target; that was Governor Davis. Florez made no bones about his belief that Davis ran an incompetent and greedy administration. The fact that he was handing ammunition to Davis's Republican rival, Bill Simon, in an election year troubled him not at all. If he could use Oracle to damage and embarrass Davis, he would be happy to do so. Ellison said, "It was like a drive-by shooting. Florez was aiming at Davis, but he hit us. We were in the wrong place at the wrong time." The first casualty, however, was Keene. One of the committee's early witnesses, he was forced to concede that his decision to proceed with the deal had been "an error of judgment." A few days later, Davis pushed Keene, a sixty-two-year-old former State Senate majority leader, out of his job.

From the governor's point of view, one of the most dangerous developments was the connection Florez was making between Oracle's $25,000 campaign check and what was now officially a profligate misuse of taxpayers' money. While trying to push through a $2 billion tax hike during the state's energy crisis, Davis had also managed to accumulate a $40 million reelection war chest. Davis now felt highly exposed. Ellison said, "Bill Simon accused Governor Davis of running a coin-operated government. The Republicans and some Democrats in Sacramento were jumping up and down saying the governor was selling contracts for campaign contributions. First the governor wastes the taxpayers' money on energy, now on software. We found ourselves in the middle of a no-holds-barred political battle. I couldn't believe it. How the hell did we get to be a part of the campaign to defeat Governor Davis in the upcoming election?"

Davis had to show that he was just as anybody as anybody that had happened and that he was going to make things right. By firing or suspending underlings, demanding that the state should get its money back from the rapacious Oracle, raiding the offices of DOIT, and endorsing an investigation by the state attorney general, Bill Lockyer, Davis was able to present himself as being both valiant for truth and the victim of his subordinates' wrongdoing. When Oracle's press spokesman, Jim Finn, said that not only was his company ready to rescind the contract but it had made the offer several weeks earlier, nobody in Davis's office could recollect such an offer being made.

Another interpretation of Davis's actions is that he panicked. From Oracle's point of view, Davis had helped stir in a further dash of toxicity to the already seething cauldron by lending his weight to the idea that

some kind of crime had been committed. By talking about "shredding" because of the "need to preserve evidence in our investigation" at the doomed DOIT, Barry Goode, the governor's chief counsel, was throwing fuel on the flames.

As far as the $25,000 check from Oracle was concerned, although it was made to look bad, it's doubtful whether anyone really believed that there was a connection between it and the ELA. In the first place, compared with the size of the contract, not to mention Oracle's size and profitability, it was a piddling amount. Second, the check had been promised at a fund-raising dinner organized by EDS, the big systems integrator. It was neither the biggest nor the smallest amount pledged that night by thirty tech firms. Ken Glueck points out that as well as being a rather small scale political contributor, the only states where Oracle made any contributions at all were California and Virginia, where, in both cases, it was a substantial employer. If Oracle was in the business of buying contracts, surely it would be politically active everywhere it sold software?

But for a number of reasons, the check still didn't look good. Although it had been issued in March, the fact that it had been handed over just as a major deal was closing was enough to raise suspicions. Glueck says, "Ravi Mehta did nothing illegal, but he showed bad judgment: first, by holding on to the check when he shouldn't have; second, by giving it to Baheti in a restaurant—which of course became a bar in the newspaper reports."

Meanwhile, the circus in Sacramento, with Dean Florez as ringmaster, dragged on, working its way through a mass of evidence and witnesses, all calculated to denigrate the Davis administration and to add further to Oracle's misery. Not all of it went Florez's way; he had boasted that Ohio, North Dakota, and Montana, as well as the city of Toronto, would testify damningly about their experiences of working with Oracle. But having seen what was going on in Sacramento, those states elected to put their relationship with Oracle ahead of participating in the JLAC inquisition. Ben Piscitelli, a spokesman for the Ohio Department of Administrative Services, said, "We continue to have a normal business relationship with Oracle. This really is a California-versus-Oracle issue, and we're leaving it at that."

But Florez was winning some rounds. Committee investigators dug up some incriminating e-mails from the unfortunate Mehta. Dated January 5, Mehta's e-mail to Robert Hoffman, Oracle's director of legislative affairs, listed nine state politicians who, in Mehta's view, were important to Oracle and should be given money. Oracle's response was to say that

Mehta's suggestions had, at the time, been ignored. But when Mehta, appearing under subpoena, took the Fifth Amendment, it made it clear as if there had been some kind of cover-up. Glueck suspected that Mehta refused to testify because of irregularities in his reporting of invoices. Glueck reckoned that he must have been ripping off Oracle by claiming expenses that he hadn't incurred, or that he had failed to report them and was guilty of noncompliance. Glueck didn't think (and certainly hoped) that Mehta's reticence had anything to do with the ELA contract. On May 31, Glueck terminated Mehta's contract with Oracle. He said, "In hindsight, Ravi working for us was probably a mistake."

If Mehta was an embarrassment, everyone at Oracle was furious that the committee attacked their company mercilessly but gave it no opportunity to defend itself. There were two particular bones of contention. The first was Florez's intention to call only five relatively junior Oracle salesmen who had been involved in the deal to testify and his refusal to allow them to make any opening statement. Oracle insisted that a senior sales executive, Kevin Fitzgerald, accompany them and be allowed at least fifteen minutes to state Oracle's position. Oracle was also adamant that information that Florez was demanding about the salesmen's personal remuneration on the deal was a breach of confidentiality that would leave it open to legal action by its own employees. The second spat was over Florez's lack of interest in hearing former state auditor Kurt Sjoberg's very different analysis of the deal to the state. At the end of May, the usually mild-mannered Jeff Henley fired off a splenetic letter to Florez.

Dear Chairman Florez and Members of the Committee:

This letter is a formal complaint regarding the manner in which the Joint Legislative Audit Committee ("JLAC" or "Committee") has conducted its inquiry into the May 31, 2001 Enterprise License Agreement between Oracle Corporation and the State of California ("ELA") and the Bureau of State Audits Report regarding the ELA ("BSA Report").

For nearly six weeks, the JLAC has conducted numerous hearings that have been severely critical of Oracle and the ELA. Despite repeated attempts by Oracle to be heard by the JLAC, the Committee has yet to hear directly from Oracle, and Oracle has not been given a single opportunity to defend itself against the baseless allegations in the BSA Report relating to the value of the ELA.

For the reasons listed below, we respectfully request that the Committee immediately give Oracle an opportunity to have a senior com-

pany executive, Mr. Kevin Fitzgerald, Senior Vice President, Oracle Government, Education and Healthcare Sales, testify before the JLAC as to why the ELA is an extraordinary value for the State of California.

- As the Committee is aware, Oracle has *voluntarily* produced thousands of pages of documents pursuant to the Committee's requests, *voluntarily* agreed to have five Oracle employees testify at the previously scheduled hearings on June 4th and 5th, and *voluntarily* agreed to make these five individuals available for interviews with Committee staff prior to the hearings. Oracle's cooperation with this Committee cannot be placed in question. Despite that cooperation, we have been told repeatedly by members of the media that you, as Chairman of the JLAC, have characterized Oracle as uncooperative. Nothing could be further from the truth.

- On April 18, 2002, just two days after the BSA Report was released, Oracle wrote to the State Auditor and the JLAC pointing out a specific material error in the BSA Report. *This single error changes the value of the ELA* from the State Auditor's estimate of a net loss for California taxpayers to a net benefit. The Auditor has not answered our letter, has refused to meet with Oracle, and has referred us to the JLAC to discuss questions related to the value proposition of the ELA. We have asked the JLAC for the opportunity to discuss this material error in public at the Committee's hearings, and we have been told by your staff that the Committee has no interest in having that discussion. Moreover, we have requested numerous meetings with the JLAC and have been told that you, as Chairman, will not meet with Oracle. It is unheard of—perhaps unprecedented—that the subject of an audit report is not given a single opportunity to engage in a thoughtful discussion about the report. We believe that the material error identified in our letter of April 18th is only one of many such issues that deserve serious and thoughtful attention from the JLAC.

- During the process of these hearings, you, as Chairman, have unjustly accused Oracle of many things and have permitted the hearing record to be filled with reams of undocumented innuendo and speculation. Oracle has repeatedly asked you, as Chairman, for the opportunity to have a senior Oracle executive address the Committee. It is inconceivable to Oracle that after nearly 75 hours of Committee

hearings in six weeks, the Committee cannot find the time to give the subject of those hearings a single opportunity to present its views. We believe that as a historical matter of legislative investigations—in Sacramento and nationally—this position is unprecedented. Your refusal to schedule this hearing reflects poorly on the entire legislature and calls directly into question your motives for holding these hearings.

- Oracle has been informed by the Committee that when Oracle's sales staff do testify, they will not be allowed to address the Committee with even a brief opening statement. Again, this is unprecedented. Even the most notoriously unfair legislative investigations in the history of our country, such as the House Un-American Activities Committee or its Senate counterparts, allowed its witnesses to make opening statements. A fifteen minute opening statement by the witness would permit Oracle to at least frame those issues it believes the Committee should review in any search for the truth about the ELA.

- Oracle has formally asked you, as Chairman, if Oracle's sales staff will be permitted to address the value proposition of the ELA during the hearings, as this is *the central issue* in the BSA Report. As we have sought to explain to the Committee, Oracle firmly believes that the ELA will save California taxpayers in excess of $100 million. This request was rejected by your staff.

- Oracle asked former State Auditor, Mr. Kurt Sjoburg, to perform an independent analysis of the ELA. That analysis *confirms the value proposition* presented to the Department of Information Technology, the Department of General Services, and the Department of Finance last year. Again, we have asked you, as Chairman, for the opportunity to address this report, and that request was also rejected.

- On May 20, 2002, Oracle sent you, as Chairman, and JLAC a very clear letter requesting that Oracle's Senior Vice President, Mr. Kevin Fitzgerald, be permitted to testify at the June 4th hearing. In addition, we were very clear in that letter that *Oracle was not refusing to provide other witnesses* that the Committee was requesting. Rather than work with us to come to a mutually acceptable resolution, you, as Chairman of the JLAC, mistated and misrepresented Oracle's po-

sition before the Joint Rules Committee. As a result, in our view, you, as Chairman, sought to seek subpoenas for no substantive cause; other than to create a media opportunity for the Chair.

Last, let me turn to the Committee's most recent document request dated May 23, 2002, which continues the pattern of trying to create issues rather than address facts. The JLAC letter requests:

" . . . communications and documents related to the retained services by Oracle through Manatt, Phelps & Phillips or the consulting firm of Sjoberg Evanshank. The requested documents include, but are not limited to, requests for proposals, letters of engagement, contracts for services, and all analyses prepared by Sjoberg Evanshank in relation to the Oracle ELA and State Audit Report #2001-128."

As you know, the Sjoberg firm was retained by Oracle's outside counsel to provide expert advice to Oracle. Oracle has delivered to the JLAC copies of the report prepared by that firm, which confirms that the State's savings from the ELA are $110-163 million, and a further $33 million in savings to local governments. In addition, Oracle has provided you with a copy of Mr. Sjoberg's letter of April 29, 2002, confirming his analysis of the savings despite the contrary findings of the BSA Report.

As we indicated above, you, as Chairman, have told us that you will not permit any discussion of Mr. Sjoberg's report or his analysis of the savings to the State to be achieved under the ELA. However, you are well aware that you are seeking to invade the attorney/client privilege and attorney work product doctrine to obtain attorney communications and other materials that are plainly protected by the law. By making this request for information, which is clearly beyond the limits of permissible legal discovery, it is clear to us that you, as Chairman, are *seeking a subpoena confrontation* with Oracle (and its more than 10,000 California-based employees).

You, as Chairman, also requested:

"records of all commissions recorded, promised or paid to any individuals related to the Enterprise License Agreement entered into on May 31, 2001, between the State of California and the Oracle Corporation."

was standing by her numbers, her former boss, Kurt Sjoberg, finally took the stand for Oracle. Sjoberg walked the committee through his rigorously conducted twenty-five-page audit on the deal, patiently trying to explain the difference between his conclusions and Howle's. He pointed out that Howle had not actually attempted to analyze the value of the contract but instead had simply tried to check the accuracy of the projections originally made at the time the state first considered the contract. Nor only did the audit bureau have far less complete information than his team had been able to extract from Oracle, but its whole methodology had been fundamentally different and, in his view, consequently flawed.

In an article for the *San Francisco Chronicle* three weeks earlier, Sjoberg had spelled out those differences and why Howle's calculations made little sense. Among Howle's mistakes, she had chosen fiscal 2000 as the baseline year—a period covering nine months of calendar 1999, a time when public sector IT budgets had been almost wholly dedicated to preventing millennium bug meltdown. Ellison says, "The two audit reports came to diametrically opposite conclusions; therefore, one of the two auditors must have been wildly mistaken in their analysis and calculation of savings. Sjoberg had about twenty years' experience as state auditor, while Howle was brand new to the job. It was obvious to anyone who bothered to read both reports which one was right." Sjoberg's report was casually and rather disgracefully dismissed by Florez ("After sitting through nine hours of testimony, my conclusion is that we stand by the state auditor's report. You get the numbers you pay for, and Oracle got those numbers."), and he was equally unimpressed by the evidence from Kevin Fitzgerald about Oracle's minimal involvement in drawing up the contract. Other members of the committee, however, had the decency to look a little uncomfortable. Ellison observed, "When the facts finally came out, Florez found it hard to completely ignore them—but he tried."

When Dean Florez finally called it a day on June 17 after two months, thirty witnesses, and more than 2,500 pages of documents, there was still no smoking gun. Most critically, nobody had been able to make any connection between the contract and "the buying of lawmaker influence," as one headline had optimistically put it. Florez concluded, "I think we got taken to the cleaners. If we have accomplished anything, I hope it is to warn state officials that the next time a smelly deal crosses your desk at the eleventh hour, you'd better do what's right instead of what's politically convenient." But he tacitly admitted failure when he decided to close the investigation without producing a report. John Borland of

This material pertains to intensely private personal financial information of four individual salesmen of the company that the company is not free to disclose without the employees' consent. In fact, a private attorney representing one of those individuals has advised Oracle that he wishes to invoke the salesman's right under the California Constitution's right to privacy not to have his client's personal financial records produced by the corporation. Your request and the employees' rights cannot both be met.

There is a significant body of California case law that specifically prohibits employers from violating the privacy rights of their employees. In addition, Oracle Corporation's sales commissions structure and compensation programs are proprietary trade secrets of Oracle.

Again, you, as Chairman, are well aware of these rights and privileges. As there is clearly no reasonable basis for the request, we can only view this as a punitive attempt to seek an unnecessary confrontation with Oracle in order to further the Chair's media strategy. It appears that no amount of cooperation, including voluntarily producing documents, witnesses for interviews, or witnesses for hearings will satisfy the ever increasing demands placed upon Oracle in this matter.

•

It is now very clear to Oracle that the merits of the ELA do not matter to the JLAC. For the reasons stated above, Oracle formally requests the right to be heard immediately, before the Committee continues its punitive abuse of one of California's most successful companies and employers.

Very truly yours,

Jeffrey O. Henley

Executive Vice President and Chief Financial Officer

cc: Senator Alarcon, Vice Chair, Joint Legislative Audit Committee

Members, Joint Legislative Audit Committee

Members, Joint Rules Committee

Although Florez described Henley's charge (in a letter to Ellison) that Oracle had not received a fair shake from his committee as "utter nonsense" and said that the overall tone of his complaint was one of "harsh and inaccurate criticism" of both him and the JLAC, for the first time he admitted on the record that it was state officials who were in the dock, not Oracle. And, albeit very late in the day, Oracle did get a hearing for its side of the story. On June 5, after Elaine Howle had testified that she

CNET, the San Francisco–based technology news Web site, wrote: "Contradictory testimony throughout the trial has failed to provide an accurate picture of how the deal was finalized or structured. It's also unclear whether Oracle or Logicon is to blame for the convoluted contract—or whether state officials were too trusting of the promised cost savings and license estimates in the first place." Or if Elaine Howle had simply gotten her sums wrong, he could also have added.

In the aftermath, there was a conspicuous attempt to mend fences. On July 23, Oracle's offer to rescind the contract was gratefully accepted by the state's attorney general, Bill Lockyer: "Today's agreement serves California taxpayers and successfully meets the state's objectives by rescinding a $95 million contract that had become controversial. Oracle and Northrop Grumman [the parent company of Logicon] were under no obligation to help California by rescinding this contract, and we appreciate their cooperation and willingness to rescind the ELA."

Three weeks after the closure of his committee's hearings, Dean Florez was stripped of his chairmanship. It was, of course, an act of vengeance by supporters of Governor Davis, but Florez had won few admirers by his relentlessly egotistical behavior. The *Sacramento News and Review* editorialized, "Let's talk about what a legislator ought not to be: more about self-interest than public interest, arrogant, grandstanding, difficult for both friends and enemies to deal with. This describes Dean Florez to a T. There are few people in the Capitol with anything nice to say about the Democrat from Shafter, except maybe for Republicans who cheered his over-the-top investigation of the Oracle scandal, and even they grumbled about his autocratic tendencies during the hearings."

• • •

How much real damage had the whole messy business done to Oracle? It wasn't as if its "perfect storm" had come out of a cloudless sky. The company was only just beginning to recover from the damage caused by the birth pangs of the E-Business Suite and was continuing to suffer slack demand for enterprise software. Also, more or less coincident with the California imbroglio, the market research arm of Gartner delivered what looked like another hammer-blow: survey numbers suggesting that IBM's DB2 had pushed Oracle into second place in the high-end database market for the first time in years—a finding gleefully leapt upon by the tech press and a good many analysts who ought to have known better.

Morgan Stanley's Chuck Phillips was pretty much a lone voice in putting the apparently sensational news into context. He wrote, "Gartner

Dataquest's numbers largely reflect whatever Microsoft and IBM provide to the market analysts as revenue for the past year's performance. There is no way to verify the numbers since they aren't audited and aren't provided to financial analysts. IBM allocates database revenue out of deals that include services, hardware, and even mainframe maintenance. We don't think IBM gained in the last year although they did in the previous year when Oracle was too focused on dotcoms and raised prices too aggressively but even then it was a small gain. We tend to look to actual usage since that's a more realistic measure of what customers believe they are buying in; by that measure Oracle is still around 50% share, Microsoft 23%, and IBM 34%. [The numbers total more than 100 percent because some companies use more than one database.] This is a numbers and marketing game between Microsoft, IBM, and Oracle that has gone on for years. Oracle has no flexibility since its numbers must be reported externally and audited. It has two large competitors that can allocate from other product areas. The game helps Microsoft and IBM, which is why they keep playing it and there is no downside for them since journalists and market analysts pretty much print the numbers they are provided."*

However, just as more analytical reporting of the "Oracle scandal" in California would have "spoiled the story," so would listening to the punctilious and experienced Phillips. But for all the media's pleasure in using these misfortunes to paint a picture of a company in deep trouble, apart from the flagging stock price, the actual harm to the business was probably far less than met the eye. Real-world customers were largely uninfluenced by dubious market-share figures—most of the growth in Oracle's database business is founded on selling more licenses to its installed base. For the same reason, although some analysts speculated that the adverse publicity in California would hurt Oracle's vital public-sector sales, there was subsequently no evidence of it. Ellison said, "Several large deals in the quarter got slowed down; they were delayed, but they didn't disappear. In the end, if you need the software, you buy the software." That would also apply to California: Ellison had no doubt at all that the state would end up paying more for less software because of canceling the ELA. In principle, he never wanted to do another deal like that

*LE writes: To this day, Gartner calculates market share numbers using unaudited sales figures provided by IBM and Microsoft, rather than taking the trouble to survey customers.

one: "These big up-front all-you-can-eat deals are just not as profitable for us as selling software on an as-needed basis."

The whole episode, however, made Ellison deeply miserable. For somebody not temperamentally given to depression, he came close to it. Above all, the sheer capriciousness of events combined with the mounting hostility toward big business had shaken him. When we met in London late in June, I was struck by how gloomy he seemed. He told me, "I'm not depressed, exactly. I'm just tired, and I feel vulnerable—like a zebra on the savanna at night. There are a lot of hungry animals out there hunting. They'd like to eat me and my family. I have to be alert, and I have to stay alert all night. And this is going to be a very, very long night. When the sun rises, a lot of zebras are going to be gone."

. . .

The California brouhaha had upset Ellison deeply. Oracle had finished its fiscal year quite strongly, beating analysts' expectations with fourth-quarter revenues of $2.774 billion combined with profits and margins exceeded in the software industry only by Microsoft. But the solid showing was rather undermined by Jeff Henley's downbeat forecast. The market took fright at his view that first-quarter license revenue could be anything between 15 and 25 percent down, sending the company's already sagging stock price to little more than $8. Even prompting Ellison to talk about his prospects in the America's Cup—just three months away—didn't seem to lighten his mood.

Yet only a few weeks later Ellison gave what Carolyn Balkenhol, among others, thought was one of his feistiest and most compelling performances at Oracle's Analyst Day. Nearly three hundred analysts and reporters had shown up at Oracle's conference center expecting to put Ellison on the rack. Typically, he came out fighting with plenty of gibes and a major product announcement. The big news was the launch of what Oracle was calling its Collaboration Suite—a software package that combined e-mail, voice mail, calendaring, scheduling, file sharing, and an enterprisewide search engine—all accessible by wireless. But this wasn't just any old product announcement. What really juiced it up was that the Collaboration Suite was targeted at a major Microsoft business. For all the rivalry between the world's two biggest software firms over architectural issues (the Internet versus client/server and, more recently, .NET versus the J2EE Java standard) and Microsoft's persistent harrying of the low end of Oracle's business with its SQL Server database, this was the first time that Oracle had gone directly after a big chunk of Redmond's revenues.

Since the previous summer, Ellison had been touting the advantages of running e-mail on top of Oracle's database rather than employing the hundreds of Microsoft Exchange servers that were common in most big companies. Keep Microsoft's Outlook as your desktop e-mail interface, he'd been saying, but replace Microsoft Exchange with Oracle's e-mail server and get the virus protection, security, reliability, and ease of administration that come with our database. In addition to e-mail, Collaboration Suite included a new technology called the Database File System: an extensible file system for storing, sharing, and searching all your PC files regardless of format. In other words, Oracle's Collaboration Suite wasn't just a replacement for Microsoft's Exchange servers; it was a replacement for Microsoft's file servers as well.

A year earlier I'd been with Ellison in a meeting with Ned Johnson, the chairman of America's biggest mutual fund, Fidelity Investments. Ellison had dubbed Microsoft's e-mail server software the "Virus Exchange" and had asked Johnson if he knew how much he was paying for this truly terrible system. Johnson's CIO figured maybe as much as $300 million a year.* Ellison had immediately offered to write Johnson out a personal check for that amount if he couldn't save him at least 85 percent of the cost while replacing it with something much better. It was the same pitch he'd made a few months later to Tommy Thompson in Washington, D.C. It was a pretty good way of getting the customer's attention.

Unfortunately, at that stage Oracle didn't have a complete product. Although it had the e-mail and the file system, it lacked a calendar—critical for coordinating meetings, travel, and appointments. Oracle's developers had discovered that although Microsoft's Outlook e-mail interface supported e-mail servers using either the standard IMAP4 Internet messaging protocol or Microsoft's proprietary MAPI protocol, the moment you put an IMAP4 e-mail server such as Oracle's underneath Outlook, Microsoft's Calendar server automatically turns off. The result was that Oracle's e-mail server and Microsoft's calendar server wouldn't work together. Ellison observed, "Microsoft is incapable of competing fairly."

*LE writes: Microsoft's e-mail and file servers are astonishingly expensive to run. Most companies can't even calculate their total cost of ownership, which includes hardware, software, network, and labor costs. Then there are the huge additional costs related to e-mail viruses and lost files. Microsoft Exchange has probably lost business more money than any product in the history of the software industry.

First they bundle their Outlook e-mail interface with Windows so everyone gets Outlook for 'free.' Then, if you use the 'free' Outlook as your e-mail interface, Microsoft makes it as difficult as possible to use any e-mail server other than theirs. Microsoft may claim that Outlook works with industry-standard IMAP4 e-mail servers like Oracle, but if actually you try to use one, everything else breaks. This isn't bundling 101; this is graduate-level bundling. They're the world's experts. They should host a symposium on bundling theory. They have loads of land mines buried in their software to blow up the competition. It's illegal, but they'd gotten away with it for years, so we had to figure out a way around the problem." The solution, in June 2002, was to buy a little Canadian company named Steltor that claimed to make "the best open-system time management communication solution on the market" and had a formidable customer base that included BMW, Verizon, Texas Instruments, and Kellogg. Best of all, Steltor's software fully supported every one of Outlook's features. It was Oracle's key to Microsoft's door. Suddenly, all the pieces worked together.

The Collaboration Suite wasn't just a welcome stick to beat Microsoft with. For years, Ellison had been arguing that Microsoft's low-price, high-volume model wasn't all it seemed because it brought with it so much complexity that had to be expensively managed. But now he was explicitly trying to beat Microsoft at its own game, and he was determined to enjoy himself in front of the assembled analysts. "Okay, here's where we have some fun. Just for the heck of it, we decided to price Collaboration Suite, with all its features, at one third of what Microsoft charges just for its e-mail server alone. Bill says that Microsoft's the place to go for low-priced software. Really? Not anymore. Collaboration Suite includes a secure, reliable database e-mail server, plus the best calendar/scheduler in the world, integrated voice mail, and a powerful database file-sharing system. Microsoft Exchange includes an e-mail server, plus a never-ending plague of viruses. Keep using Outlook; say good-bye to viruses with Oracle Collaboration Suite." To cap even that, Ellison had a further offer: for $10 a user per month, Oracle would supply a completely outsourced service.

Launching the Collaboration Suite had allowed Ellison to do one of the things that in front of an audience he was great at: making jokes about Gates. But it also helped him make a much more serious point: Oracle might think that it didn't need lessons from Microsoft about building software, but it could learn a great deal from the business strategies that had made Gates's firm one of the world's most fearsome competi-

tors. From now on, Ellison was saying, Microsoft would be the model for the way Oracle would do business. It had started with the E-Business Suite, but now in everything that Oracle did it would emphasize the same tight integration that Microsoft understood so well, the same determination to throw in a bewildering array of features that smaller rivals had to charge for, the same aggressive pricing and ruthless pursuit of volume.

Ellison told the analysts, "Our strategy in enterprise software is integrated suites with a low total cost of ownership. The only software company we worry about, watch, and try to learn from is Microsoft. We think their basic model—integrated suites, low price, high volume—is the winner. Nothing else works, and that's where we're going. In the end, there will be just three software infrastructure companies: Microsoft and their proprietary Windows and .NET stuff; and IBM and Oracle supporting Linux, Java, and open systems. That's it. Nobody else."

If anyone in the audience disagreed, they weren't saying so. The toughest question Ellison faced was about the impact on Oracle of competing in the America's Cup. After "getting a pass" on winning four world maxi-yacht titles in recent years, Ellison said he'd been hoping for the same on the America's Cup, "but it's just much more visible." However, he didn't think it would be that bad: "eight weeks of driving and racing max over this year and next year—and that's only if we win." Most years, Ellison said, he took five weeks out of the office on vacation. As he'd be working through August, he didn't think he'd have more time away from the office than usual. However, if Oracle BMW Racing went all the way, Ellison would be in Auckland for around eight weeks in 2002 and another four weeks in 2003. Luckily, none of the analysts seemed to have consulted the official race calendar.

And the dog that didn't bark? Throughout the entire day there was just one question about the effect on Oracle's business of the state of California contract "scandal". Would Oracle find itself in the "penalty box" with some states and agencies? Not at all, replied Kevin Fitzgerald smoothly. Even in California itself, he expected to see new revenues in the current quarter. As for other public-sector customers, Fitzgerald said, "Most agencies and government entities recognize it for what it was. They ask you what lessons you learned. You say, don't get in the way of an ambitious politician, and don't become an issue in a gubernatorial election year."

# 26

# "THE FIRST LOSER"

*Hauraki Gulf, Auckland*
*December 2003*

I've flown in with Ellison from San Jose for the semifinals of the Louis Vuitton Cup, the winner of which will go on to challenge Team New Zealand for the America's Cup in February. When we arrive, we find that *Katana*, which has been Ellison's base in New Zealand for the past year, has been moved out of Auckland's pretty, but crowded, inner harbor to a pier just outside that both affords more privacy and allows the big boat to make a quicker getaway each morning before the day's racing begins. At the landward end of the pier is sailing's equivalent of gasoline alley, known as Syndicate Row, along which are lined the high-tech boat garages of the nine teams that arrived here many months ago in their quest for the "auld mug." There's a constant sound of banging, grinding, and drilling, signaling the unremitting effort to hone and fettle the boats.

After a patchy start during the first round-robin races in October (when every team races every other team), Ellison is buoyantly confident. Since he brought his favorite sailor, Chris Dickson, back from exile on his farm near Auckland to skipper the team, Oracle BMW has been literally unbeatable, scoring eleven victories in succession—a run of wins that has now taken it through to the semifinals. Most satisfyingly, in the quarter final, Dickson trounced OneWorld, the team from Seattle that's owned by the cell phone pioneer, Craig McCaw, and backed by Microsoft co-founder Paul Allen. Quite apart from the Microsoft connection, there's not much love lost between them and Oracle. OneWorld has been dogged by accusations that it had stolen design secrets from Team New

Zealand, and Ellison refers to them in private as the "cheaters from Seattle." A little too cheerfully, on the morning of arrival, he tells reporters in the regatta press center how distressed he is "as an American" that this team, financed by billionaires, might have stolen from the impecunious Kiwis, who have had to raise money by public subscription. "If it can be proved that OneWorld is guilty," he intones solemnly, "they should be thrown out of the regatta." He might almost be talking about Microsoft during the antitrust case.*

Ellison is also openly scornful of McCaw and Allen's sentimental environmentalism: "OneWorld issued this press release saying that they were racing in the America's Cup for a 'higher purpose'; they said they were racing 'in the name of the health of the oceans.' Can you believe those guys? I mean, how does spending tens of millions of dollars on a sailboat race improve the health of the oceans? They travel to New Zealand in private jets and drive around the gulf in a boat that's twice as big mine [Allen's 302-foot *Tatoosh*, purchased from McCaw, is moored on the opposite shore]. You can't be a world-record consumer of fossil fuels and still claim to be a conservationist. Their crew was planting trees for the benefit of the TV cameras, not the environment." The stunt that Ellison is referring to was indeed pretty nauseating. Somebody from OneWorld calculated the amount of emissions caused by the team's armada of chase boats and further worked out that the precise remedy would be to plant ten thousand trees on the slopes of a nearby island volcano. Just how many trees you'd need to stick in the ground to clean up the atmosphere every time Allen fires up the twin 4,500-horsepower engines of his megayacht, nobody's saying.

One half of the draw will be contested between the two most successful boats so far, Oracle's USA-76 and Alinghi's (the Swiss challenger) SUI-64, while the bottom half is between the winners of the "repechage" quarterfinals, Prada from Italy (the winner of the Louis Vuitton three years ago) and OneWorld—if it's not chucked out. Under the complicated rules, the winner between Oracle and Alinghi, owned by billionaire biotech tycoon Ernesto Bertarelli, will progress directly to the finals, while the loser will have a second chance to qualify by racing against the winner of the best-of-seven series between Prada and OneWorld.

---

*LE writes: OneWorld eventually confessed to having design data from Team New Zealand in its possession. It was penalized one point for violating the rules, but it was allowed to go on racing.*

With racing due to start on Monday if the unpredictable Hauraki Gulf winds are not too strong—Alinghi has just had a narrow escape, losing the top of its mast during its Sunday-morning practice session—everyone's expecting a close and hard-fought battle between the two favorites. After the press conference, at which Ellison unassumingly sits in the audience, Dickson comes over to *Katana* to brief his boss on how things have gone in Ellison's absence during the fortnight's lull in the racing. Although Dickson never loses his intensity, by his standards he seems pretty relaxed and brimming with confidence. He says that the team has been working well together and has extracted some useful extra speed from the boat. Although he has a huge amount of respect for Alinghi (the Swiss boat is actually dominated by the Kiwis, who won the last America's Cup, in particular through the partnership of skipper Russell Coutts and tactician Brad Butterworth, controversially lured by Bertarelli with a check for $5 million), his body language suggests that he expects to win.

In terms of sheer boat speed, all the evidence suggests that unless one or the other side has hit on an especially effective "tweak," Alinghi and Oracle BMW should be pretty evenly matched. Bruce Farr has delivered a more than competitive design, but USA-76 is not quite, as Ellison earlier bragged, a "take-your-blazer-to-the-cleaners" boat, meaning one that is so far out ahead that all you have to worry about is looking your best when receiving the cup. Both are optimized for sailing upwind to try to grab crucial advantage between the start and rounding the first mark, where races are frequently won and lost. But after Oracle lost four out of five races between the end of the first round-robin and the beginning of the second, its sails have gotten bigger and the massive bulb on its keel lighter in a bid to improve its light-air and downwind performance.*

But the real worries are more to do with the crew than the boat. Ellison summed it up: "Alinghi runs like a fine Swiss watch; we're more like an American daytime TV soap opera." The problems had been there since the very beginning. The decision to buy the two boats from the AmericaOne syndicate, which had lost in 2000, had turned out to be a double-edged sword. It meant that Ellison's team had gotten onto the water early, giving them a head start in training and development, but the

*LE writes: After a disappointing round-robin one, we increased the size of our mainsail from 188 square meters to 200 square meters. Our results in round-robin two were much improved, but that had more to do with changes than the increased sail area.

boats had brought with them their skipper, Paul Cayard, and most of his losing crew. Right from the get-go, Cayard's Americans and the New Zealanders who had come from *Sayonara* didn't get along. But the biggest point of friction was between Dickson and Cayard, whose different styles and rivalries proved an impossible combination. Even Ellison's removal of Cayard, a man he'd never much liked, by locking him in "golden handcuffs" and pushing him off the team, had failed to bring harmony.*

Ellison told me, "There was a lot of infighting between the AmericaOne guys and the *Sayonara* guys. In hindsight, it should have been a very easy problem to solve; all we had to do was pick the right people and get on with it. But that's not what we did, because we couldn't agree on who the right people were. I wanted Chris. Others wanted Paul. So I made the worst decision possible: no decision. I just didn't have the time to gather the facts and figure out what was really going on down in New Zealand. Silicon Valley was in the middle of a severe recession, and I was 110 percent consumed by my job at Oracle. But I couldn't delay forever, so I made the second worst decision possible: I delegated the decision to being too hard on the crew, he had been 'voted off the team.' I was told that Chris had a 'dark side.' Well, I'd never seen this 'dark side' of Chris's

*LE writes: Paul Cayard is a formidable competitor. I found out just how formidable when he was skippering Boomerang in the maxi world championships in Sardinia. I thought that Sayonara would easily defend her title that year, but Paul had other ideas. The racing had turned out to be very close, and the championship was decided on the very last race on the very last day of the regatta. If Boomerang beat us in that race, it would take the title. The start was critical, and I lost it. Boomerang got out ahead early. We were both on starboard tack, with Sayonara to weather a couple of boat lengths behind. It looked pretty grim. But very gradually, I was able to creep up and close the gap—meter by meter—until Sayonara got to the point where Boomerang couldn't tack and safely cross in front of us. If she tried, she might be penalized or have to tack on our lee bow to avoid us. She didn't tack, so from that point on, it became a drag race out toward the port lay line. We got there first, tacked in front, and led them to the weather mark. We rounded the buoy more than three boat lengths ahead and held on the rest of the way home. Boomerang had never come close to beating Sayonara in a regatta. But somehow Paul Cayard found a way to make her competitive. He is America's best big-boat sailor.

personality that people were telling me about. All I saw was a guy who pushes himself and others because he wants to win. I'd been sailing with Chris for years. I couldn't imagine being on the boat without him. He's incredibly smart, organized, disciplined, hardworking, and intense. From what I can tell, he's the best sailor in the world. How can we fire the best sailor in the world?*

"It was a monumentally stupid mistake! When I finally got to New Zealand and started practicing with the sailing team, I discovered that the guys were pretty evenly divided between the pro- and anti-Chris factions. Several of the people I had sailed with on *Sayonara* told me that they were absolutely furious about how badly Chris had been treated. I felt terrible. How could I have let this happen? Chris is my friend. He trusted me. How could I let him down like that? Some of the key guys on the race boat didn't like Chris and didn't think we needed him; they were wrong. I was on the boat for all the races of the first round-robin of the Louis Vuitton Cup. It was painfully obvious that we were lacking leadership on the water.

"We had started our America's Cup campaign with three top-rated America's Cup drivers: Chris Dickson, Paul Cayard, and Gavin Brady. But somehow we managed to lose all three of them. We lost Gavin Brady early on, because he thought Chris and Paul would be driving our two boats and he wouldn't get a chance to drive at all. As it turns out, if he had stayed, he would have driven our race boat, but instead he went to Prada to drive their warm-up boat. That meant that Peter Holmberg, who started as our number four driver, was now our number one driver and skipper. Peter was ranked number one in the world in small-boat match racing, but he had done very little big-boat racing and he had virtually no America's Cup experience. As the Cup racing began and the pressure built, the team started making mistakes. We hit a stretch where we lost four out of five races."

*LE writes: The Apple board replaced Steve Jobs with John Scully, didn't it? How stupid was that? Brilliant, disciplined, intensely goal-oriented leaders routinely alienate the people they work with because they push too hard. They make the mistake of thinking everyone else on the team wants to win as much as they do. Michael Jordan was not popular with many of his teammates because he'd get in their face for not playing hard enough. Vince Lombardi "Winning is everything" types have a hard time coexisting with Rodney King "Why can't we all just get along?" types.

What made it possible to bring Dickson back was that losing streak. Although Oracle BMW's skipper, Peter Holmberg, had proved a fiercely competitive starter, according to Ellison, he was prone to errors while driving the rest of the race, which, in turn, was putting pressure on lead tactician John Cutler that he couldn't handle.* The result was that twice USA-76 lost the lead and the race against clearly weaker opposition. After losing one race against the unimpressive GBR from Britain, Ellison told me that, riding back to base in the tender, he had been closer to losing his temper than he could remember for a very long time.

Demoting Holmberg and restoring Dickson provoked a near mutiny, with four crew members threatening to quit (although only one, Stuart Argo, a headsail trimmer, actually did). It also put Bill Erkelens, Ellison's inexperienced team manager, in an awkward position, having had his earlier judgment so comprehensively overruled. Ellison is unimpressed: "This time I didn't have to rely on someone telling me what was going on. I was on the boat for every race. I saw firsthand how people performed under pressure. I had all the facts I needed. During the GBR race the British boat jibed and our tactician, John Cutler, said, 'GBR jibes, do we go with him?' You can't do that. It's too slow to take a vote *after* the other boat jibes; you have to decide in advance what you'll do if they jibe. The tactical situation needs to be evaluated in advance, the decision has to be made in advance, and then the decision has to be clearly communicated to everyone in the crew so we all know what we are going to do well in advance of actually doing it. It takes several seconds to get set up for a jibe on an America's Cup boat; those seconds can be the difference between winning and losing the race. The command should have been 'If GBR jibes, we go with them' or 'If GBR jibes we let them go.' We were in desperate need of an experienced, decisive leader, so I asked Chris to come back.

"I held a team meeting to announce and explain my decision. It got

*LE writes: It's not fair to blame Peter for the mistakes. Everyone in our after guard, including our tactician, strategist, and navigator, contributed. We made so many errors during the GBR race that it's hard for me to remember them all: we called the wind shift wrong on the first two beats; we did a bear-away set when we should have done a jibe set at the second weather mark and got passed as a result; we set the wrong spinnaker on the second run; and so on and so on. It was a fiasco. Before the race I had told Melanie that the only way we could lose to GBR was if we sank. It would have been less embarrassing if we had.

ugly. Some of the crew complained bitterly, saying they didn't like Chris and they didn't want him to come back. I said they didn't have to like him—I wasn't asking them to date him, I was asking them to sail for him. Some threatened to quit. They said they voted him off the team twice. Interesting. I'm voting him back on the team. They said Chris being on the boat put too much pressure on the crew to perform. What? If the crew can't take the pressure of Chris being on our boat, how are they going to handle the pressure of racing against Russell and Brad on the Swiss boat? One of the guys said, 'I thought we were here to have fun.' Do you think losing is fun? I don't. This is professional sports, not high school. We're here for one and only one reason—we're here to win. You're paid to win. But we're not winning, so you've got a new boss. I said it as clearly as I could: 'Chris Dickson is skipper of Oracle BMW Racing until we win the cup, or we're beaten on the water.' By the end of the meeting I had achieved two things: the best sailor in the world was back on board, and he was no longer the most hated guy on our sailing team—I was."

Dickson's resurrection had another consequence. After driving and winning his first race out, the intensely self-critical New Zealander had concluded that he couldn't make up for the months of practice lost while kicking his heels on land; he also knew he had to do something to try to bind the feuding team together. He therefore made it a priority to persuade Holmberg to continue to start the boat and do most of the driving, while he made the tactical calls. But that meant there was no longer room for Ellison on-board—no team could afford to race with three drivers. It was a tough call for Ellison, as he had been pleased with his performance against the world's best professionals. "Every time I drove, we increased our lead over the other boat. I'm proud of that. But, at the same time, I know I wasn't making the difference between winning and losing because I was only driving when we were already in front. And I wasn't enjoying myself. I hadn't had much time to practice with the team, and I hardly knew most of them. The only enjoyable race for me during the entire Louis Vuitton Cup was Chris's first day back on the race boat. Several members of our sailing team went on strike to protest Chris's return, so we had to replace them with a bunch of our old *Sayonara* guys. It was great to be with the guys I had sailed with for years. It was just like the old days, except we were in USA-76 racing our way toward the America's Cup. Chris easily won the start, drove for a while, and then I took over. It was a clear sunny day on the gulf with the wind out of the northeast at fourteen knots. We led from start to finish. That was my last turn at the wheel. Once it became clear to everyone that Chris was here to stay and we'd race with or

without the striking crew members, the strike was broken. All but one of the sailing team members returned and agreed to sail under Chris's leadership. Their return meant there was no room for me on the race boat. Being on the boat hadn't been great for me, but still, I really hated getting off." He also knew that if he had insisted on staying, Dickson's job would have been even harder than it was already: "The same people who didn't want Chris on the boat didn't want me there either."

The transformation of the team's performance since Dickson's return had triumphantly vindicated Ellison's decision. But winning races had suppressed rather than ended the grumbling and the personal animosities in the camp. The chances were that any reversal of fortune would quickly bring them bubbling to the surface again.

• • •

The first scheduled semifinal race day is canceled because the wind is averaging about twenty-four knots—according to the rules, too much for the highly tuned boats to sail in safely. The following day, however, is set fair, although the wind is expected to get up later. This should suit Oracle BMW, which is thought to have an advantage in strong breezes. Soon after 9 A.M. the teams begin the exodus from the harbor. They leave in pairs, towed by the powerful launches that carry spare parts, additional sails, and nonsailing team members. It takes about an hour and a half to reach the course, which is well out in the gulf. When they get there, the first- and second-string boats from each of the four teams still in the regatta will sail against each other for a couple of hours of warmup and shakedown. Soon after the racing boats set off, the rest of the flotilla, bearing officials and spectators, starts streaming out of Auckland. Among them are Bertarelli's 150-foot *Vava* and *Katana*.

To get closer to the action than I can on *Katana*, I decide to watch the race from one of the Oracle BMW chase boats—forty-foot RIBs (rigid inflatable boats) with powerful diesel engines. The previous day, I'd been on board a boat crewed by a couple of New Zealanders. They had been friendly and open, but it hadn't been long before they had started telling me about how fed up they were with the feuding in the camp. Supporters of Dickson, they said that too many of the crew on the race boat were there for political rather than sailing reasons. The atmospherics aboard the boat I'm on today are very different. There's almost no banter among the seven or eight team members on board, and while that may be due to tension, I get the distinct impression that because I'm associated with Ellison, I'm not a welcome presence.

The race itself goes badly. Although the weather conditions are poor—it's overcast and squally with quite heavy seas—they should suit USA-76. Holmberg is driving, while Dickson is calling the tactical shots. But despite what looks like a slight advantage at the start line, it quickly becomes clear that Alinghi has found more breeze by going out to the right-hand side of the course. By the time the boats reach the first mark, SUI-64 has opened out a lead of nearly fifteen seconds. Thereafter, Coutts and Butterworth continue to stay in phase with the wind shifts, finally crossing the line more than a minute ahead of a well-beaten USA-76. On the chase boat, there's no display of emotion. The truth is that the race was over within the first ten minutes and that Alinghi has given Oracle BMW a lesson in match sailing. After those eleven wins on the bounce, I find him back on Katana. "They won the right side, got the first shift, and it was over," he says.*

But the next day, things don't go any better. Although Holmberg manages to get to the far right of the course where the wind is once again, Coutts somehow manages not only to stay in contention but to get to the first weather mark a little ahead. It's enough to lock Oracle BMW out for the rest of the race. This time, Ellison is not inclined to make excuses for the team. He says, "We had a pretty even start with Alinghi, so it became a drag race to the lay line. When both boats are side-by-side racing in a straight line like that, you have to drive very smoothly inside a narrow performance envelope of wind angles and boat speed. It's a combination of driving by feel and driving by the instruments. Most of Peter's experience is in small boats, so he relies more on what he feels than what the instruments are telling him. I don't think you can beat Russell Coutts in a

*LE writes: Alinghi won the first race because Russell Coutts won the start. The start is critical in match racing. Winning the start does not necessarily mean that they started in front of us; it means that they got the side of the race course that they wanted. Five minutes before the race begins, both boats decide which side of the race course has the better wind conditions: more wind and/or a favorable wind shift up the course. If both boats pick the same side of the course, they fight for it by executing a complex set of maneuvers with each boat trying to gain a right-of-way advantage against the other. This five-minute maneuvering period before the start is called the prestart. It's the most exciting part of match racing. Peter's good at starting, but not as good as Russell Coutts. Russell won the start ten of the twelve times we raced Alinghi.

drag race if you drive that way." Consequently, Ellison decides to make another throw of the dice, taking Holmberg off the boat and persuading Dickson—"the best straight-line driver I've ever seen"—to replace him at the helm.

It really is a gamble. Dickson has been able to get some practice in since he came back on the water, but not enough to make up for the eight months spent on gardening leave. But that's not the only problem: it's impossible to drive and plot race tactics at the same time—you don't see the whole picture when you're at the wheel. Even if Dickson matches Coutts, he doesn't have anyone of the caliber of Brad Butterworth to help him. He also knows that some of the guys on the boat who are close to Holmberg may even be hoping he fails.

I ask Ellison whether, for the sake of harmony, this might be the moment to sling some of the troublemakers out of the team and bring some of the talented sailors from USA-71 on board for the race boat. The following day, Ellison does decide to fire a couple of the worst agitators from the shore-based team, but tempting though it is to root out the factionalism, he thinks it's too late to make wholesale changes. Even if the first semi-final goes to Alinghi, Ellison is confident that Oracle can reach the Louis Vuitton final by again beating OneWorld (the likely winner against Prada). With some speed tweaks to the boat, he still thinks there's a chance of going on to the America's Cup itself. "To take the team apart and reassemble it at this stage might be emotionally satisfying, but it's not the way to maximize our chances of winning."

When the local press realizes that the next day the two biggest names in New Zealand's yachting history are going head-to-head, there's a frenzy of excitement. Sailing journalist Ivor Wilkins writes, "Fire and Ice might be the putative title of this drama, with Dickson representing fire and Coutts ice. Dickson, mercurial, solitary, unpredictable is willing to make the high risk plays—using cunning, a lawyer's instinct for loopholes in the law, and a fabulous intuitive talent. In the nature of high risk moves, some don't succeed, but when they do, the results are usually spectacular. Iceman Coutts is more methodical and analytical. In the great match-racing chess game, he always plays the percentages, making his moves with patience and planning his strategies long in advance."

After the frostiness on the chase boat the day before, I decide to watch the race from Katana after a short spell as the seventeenth man on the warmup boat. On board Katana there's live satellite television coverage from the circling helicopters and a neat software package known as Virtual Spectator that shows not only the exact position of the boats in real

time but also the strength and direction of the wind in different areas of the racecourse. As usual, Ellison has holed up in his stateroom for the duration. He gets so sick with the tension that he literally finds it hard to speak until the race is over.*

At the start, it's Courts who uses all his experience to get the upper hand over Dickson, Alinghi managing to sail right over the face of USA-76, "locking out" the American boat to windward. But Dickson responds brilliantly. Tacking twice, he succeeds in wriggling clear of the Swiss team's close cover and finding a nice little puff of wind out on the right-hand side of the course that's enough for him to pass ahead when the boats converge on the next tack. From that point on, Dickson, his face screwed up in what looks like concentration but is actually a searing migraine, seems to have control of the race, keeping Courts comfortably at bay for well over an hour until the final beat. Then disaster strikes. Inexplicably, instead of covering Courts when he strikes out to pick up a small wind shift on the left side of the course, Dickson holds course. The result is that with the finish line in sight, Oracle BMW suddenly finds itself three boat lengths behind. Instead of gaining a morale-boosting win to go 2-1, USA-76 now trails SUI-64 3-0—it's a crushing blow. Emerging from his cabin, a downcast Ellison says, "The problem with having Chris on the wheel is that it means we don't have Chris as tactician. Nobody can do botfi jobs at once. He drove the drag race brilliantly and beat Courts to the lay line. We had the race won until we made that tactical blunder."

Although Alinghi still needs to win one more race to reach the final, realistically, the chances of pegging back Courts and Butterworth are now slim, and while Dickson has promised to make a fight of it, the focus of attention is already shifting beyond the next race. Ellison and Dickson have decided to move things around again. Holmberg is to return as the starting helmsman but will immediately hand over to Dickson once the balletic duel of the start gives way to the race proper. When and if Dickson establishes a decent fifty- to seventy-five-meter lead, the plan is for them to switch places again, allowing Dickson to "have his head out of the boat," fully focused on keeping race-losing tactical errors down to a minimum. Ellison says that whatever happens, this will be the final configuration. Holmberg, he says, has been "very professional about all the

*LE writes: I spoke, but it's a good thing that nobody was around to hear what I said.*

different things we tried," but Ellison knows that compared with the solidity and consistency of the Coutts/Butterworth partnership, they are making it up as they go along.

The next day, the racing is close, but Alinghi books itself into the Louis Vuitton final with another impressively error-free performance. If Oracle BMW is to have another shot at the Swiss team, OneWorld, which has knocked out Prada, will have to be beaten again in the repechage (second-chance) semifinal. Unfortunately for me, before the racing starts again, I have to leave New Zealand. When I arrived, Oracle BMW had won eleven races in succession, but while I've been there the team has lost four in a row. Inescapably, I've come to identify with Ellison's black boat and it's bitterly disappointing: I feel like some kind of Jonah.

Before I head back to London, I ask Ellison how he rates his chances now. Despite Alinghi's apparent superiority, he's typically optimistic: "I know we can beat them. We have several engineering changes scheduled that should speed the boat up before we have to race them again. We'll put some of them on for the repechage. The new keel bulb we used this week actually made us a second a mile slower. We'll replace that right away. But I'm not concerned about beating OneWorld, so we'll hold back most of the changes for the final." Ellison is hopeful because he thinks that SUI-64 is further up its development curve than is the newer USA-76, and for most of America's Cup history it has been the quicker boat rather than the best sailing team that has usually won. It's similar to Formula One car racing: put a middling driver into the fastest car, and nine times out of ten, he'll beat the fastest driver in a middling car.

• • •

Ellison is right about one thing. Once again, Oracle BMW turns out to be too powerful for the team from Seattle, USA-76 claiming its place in the finals against Alinghi with a 4-0 walkover concluded inside a week. With OneWorld safely disposed of, the sailing team will have a short break over Christmas while major changes are made to the boat that Ellison is gambling will provide an edge against Alinghi. He has more or less conceded that preventing Courts from dominating the starts and the first upwind leg is unrealistic. But to even the score, the plan he's come up with requires standing America's Cup racing conventional wisdom on its head: "The first boat to the first weather mark wins the race eighty-five percent of the time. That's why most America's Cup boats have an upwind design bias; that is, the boats trade away a lot of downwind speed for a little more upwind speed. But to take advantage of your upwind

466    SOFTWAR

speed, you have to win your fair share of the starts so you can get onto the favored side of the racecourse. That's not happening for us. Russell's killing us in the starts, so Alinghi is beating us to the first weather mark almost every time. I don't think that's going to change. So the question is: How do we win the race even though they beat us to the first weather mark?

Ellison had decided to transform the boat from being heavily biased for sailing upwind to being biased for sailing downwind. Because USA-76 is very narrow, the theory is that with the bigger sail area [the mainsail had gone from 188 to 214 square meters] that's allowed if you lighten the keel bulb, it should be a downwind flyer, making it possible for Oracle BMW to roll past Alinghi on a downwind leg and then sail defensively for the rest of the race. What makes Ellison hopeful is that with the other tweaks, USA-76 appears to have lost very little of its upwind pace.*

The first race of the best-of-nine series goes Alinghi's way. But in the second race, USA-76's speed on the run is confirmed, a lead of twenty-six-seconds at the first mark for Alinghi being cut to little more than a boat's length by the leeward mark. However, when Oracle BMW runs over its spinnaker and breaks its spinnaker pole, the chance to peg Alinghi back is lost. If that's frustrating, there's worse to come. In the third race, although SUI-64 once again takes the lead, on the second downwind leg, the two boats engage in a furious duel in which Alinghi could have been penalized but in fact Oracle BMW is, for ramming its rival's stern scoop. Although the American boat manages to stretch out a twenty-eight-second lead at the final weather mark, in the end it's not quite enough to unwind the penalty (a mandatory 360-degree turn) and still beat SUI-64 to the line: both psychologically and practically, 3–0 is very different from 2–1.†

*LE writes: With the larger sail area, USA-76 was faster downwind in all wind conditions and faster upwind in wind speeds of less than ten knots. We had gone from being a heavy-air upwind boat to being a light-air downwind boat. If the weather cooperated and we sailed well, we had a good chance of beating Alinghi in the finals.

†LE writes: The engineering changes worked perfectly. As expected, Coutts kept winning all the starts and getting to the weather mark ahead of us, but we had enough boat speed to catch up on the downwind leg. Unfortunately, we kept making mistake after mistake out on the water. A bad approach to the first leeward mark caused a cascading series of disasters that took us out of the

"THE FIRST LOSER"    467

The next race provides conclusive proof that if only Ellison's team can avoid mistakes, beating Alinghi is possible. Even though it's the Swiss boat that again takes the early lead, this time the combination of a good weather call and the sheer downwind velocity of USA-76 proves decisive, resulting in a winning delta of more than two minutes. Race five is tantalizingly close, the two boats swapping the lead several times and matching each other for both sailing skill and speed through the water. Unfortunately for Ellison, it's the nerve of Coutts and Butterworth that holds the steadier to deliver a fourth win, but by a little more than a boat's length at the line after more than two hours of the most intense racing. With Oracle BMW faced with elimination if it loses the next race, it's not surprising that the heat is on Holmberg to gain an advantage at the start. Perhaps he's trying too hard, but the upshot is that he's penalized at the start. Knowing that USA-76 will have to complete a penalty turn at some point in the race allows SUI-64 to sail a conservative race. Despite Oracle BMW's taking the lead on the final run, the outcome is never much in doubt.

It's a sad ending to the campaign, but the 5–1 margin of defeat doesn't do Ellison's still bickering team justice. Two-time America's Cup winner Peter Isler concluded, "It was a close series. Look at the number of lead changes compared with other rounds—that's an indication of the closeness." In fact, there were eight lead changes in the last four races, including two in the last half mile of the final race alone. However, Isler also pointed a finger at where he thought the weakness was: after going 2–0, Dickson had handed the helm back to Holmberg, but they had never managed to work together in the manner of Coutts and Butterworth. Isler, who used to navigate for the legendary Dennis Connor, commented, "Dickson calling the shots for Holmberg created a micromanaging after-guard structure that maybe wasn't a good way to play it. In a match race, the helmsman has to be able to take control. In some ways it would have been better to have Chris driving."*

The truth was that there was no ideal way for Holmberg and Dickson to work together. The penalties told a story of mistakes being made under

second race. In the third race we actually crossed the finish line well ahead of Alinghi, but we lost because of a penalty. We had no one to blame but ourselves. We just sailed badly.

*LE writes: When we tried that, we missed Chris as tactician. We needed a second Chris.

pressure. But how much of that pressure came from within the team? And, as Ellison summed it up in an e-mail to me, "The two penalties just killed us. Without the penalties the score would have been 3 to 3 and the racing would have continued. But you have to give Alinghi credit. Brad and Russell sailed brilliantly. We gave them a lot and they gave us absolutely nothing in return. It was a brutal experience."*

For Ellison, defeat was hard to take on many counts. It was bad enough realizing that they could have beaten Alinghi. A sympathetic e-mail from Dennis Conner provided scant comfort: "I am sure you have had better days but you did a terrific job and have every reason to be proud of your effort. I thought the boat was very good and the guys just let you down, nothing you could control. I hope you enjoyed the experience and will continue to be involved. All the best!! warm regards dennis" Unintentionally, Conner rubbed salt in the wound when he e-mailed again a couple of days later: "I thought you would like to know that last night Russell said your boat was definitely faster in the last three races. My feeling was that when the boats sailed straight for any length of time you were quicker but may have suffered in the tacking duels. Cheers! dc." But when the Swiss team went on to trounce Team New Zealand 5–0, Ellison also knew just how close he had come to the greatest prize in yachting.

When asked if he would make another attempt to win the cup, Ellison's answer was "Absolutely." But until Alinghi's triumph against the holders—something he, along with most people, had thought highly unlikely because of Team New Zealand's innovation-packed boat—Ellison was far from certain that he would carry on. He told me, "Yeah, I said 'absolutely,' but the answer that kept flashing through my mind was 'On Monday I start tennis lessons.' Tennis is much less expensive than America's Cup racing, and it's a lot more fun." Almost needless to say, it was the latter that mattered more than the former. When I was with him in New Zealand, it had seemed as though he hadn't been getting much

*LE writes: The finality of the defeat is hard to describe. All the time and effort you spent wasn't enough. You weren't smart enough. You weren't good enough. You lost. It's over. Go home. It's a vacant, numb feeling. You congratulate the winners and slip away as quickly and as quietly as you can. As you leave you can hear the winners cheering—but they're not cheering for you. You just don't matter anymore. Your race is over. I hate that feeling. I hate being beaten. Especially when I know it was because of mistakes I made.

fun out of it. Ellison had said, "Fun? Fuck no, it wasn't fun. I got kicked off my own boat, and then we lost. All I wanted to do was come down here and drive a sailboat. What I ended up doing was running a screwed-up sailing team. It wasn't fun. It was just another job, a job I didn't want. I didn't do the job very well either, because we lost. Yeah, I know we came in second. Big deal. Second place is just the first loser."

To mount another challenge, Ellison said that he would need two things: a united team composed not only of very good sailors but of people he liked and trusted; and a radically different format for America's Cup racing. "The whole idea of practicing for three years, then sailing for three months, is idiotic." The first part is relatively easy: "This time we'll build the sailing team around Chris Dickson. There are plenty of talented guys who would love the chance to sail on an America's Cup boat with Chris." Practically the first signing Ellison intends to make is the young New Zealander Gavin Brady, who sat out most of this Louis Vuitton after falling out with his Prada team. Brady has a reputation for being a tad hotheaded, but he may be the best racing helmsman in New Zealand. He reminds Dickson a little of himself when he was younger.*

The second part was dependent on Alinghi's winning the America's Cup. The winners, in concert with the team they accept as "challenger of record" (usually the next most successful competitor) have a huge power to decide the rules for the next series. During their time in Auckland, Bertarelli and Ellison had developed a mutual liking and respect. Ellison says, "One of the good things that's come out of all this is that Ernesto and I have become friends. It was a historic moment in sailing when he and Brad and Russell won the Cup and took it to Europe for the first time since 1861. They're a great team. They certainly kicked our butts. They deserved to win." Between them, the two men have hit upon the idea of turning America's Cup racing into something much more like the Formula One car-racing circus. With Alinghi installed as holder and Oracle BMW Racing as challenger of record, Bertarelli and Ellison can drive through the rule changes they want. Of these, the most important is that there will now be at least four International America's Cup Class regattas a year. They will be held in different parts of the world and will count as qualifying rounds for the next Louis Vuitton challenger series. The

*LE writes: If we hadn't lost Gavin Brady to Prada, we just might have won the Cup. It was that close. We were just one person away from giving Brad and Russell a real race for it.

SOFTWAR

holders will also race, and some races will be specifically for "owner-drivers." It means not only plenty of sailing for the likes of Bertarelli and Ellison but a much more attractive and consistent package for television and sponsors.

The first regatta, in recognition of Ellison's official challenger status, is to take place in September 2003 in—where else?—San Francisco Bay. This time, naturally, Ellison is quite certain that his Oracle BMW team will beat the Swiss. And this time, he really will get to drive.

# 27

# THE BIGGEST WATER BOTTLE

In the weeks after his return to California from New Zealand, as well as reimmersing himself in Oracle's affairs Ellison worked on his "dialogue" with this book—the commentary that runs through these pages. We had agreed to meet up in California in early April to review and complete the work; partly because of the emotional roller coaster of the America's Cup, an earlier deadline had already been missed. For me, it would also be a chance to talk not only to Ellison, which I had continued to do regularly, but also to some of the other Oracle executives I had come to know during the two years or so I had been involved in the life of their company. As well as catching up, it would help to put all that had happened, into some kind of rough perspective.

Neither of the two Ellison campaigns I had intended to chronicle had exactly gone smoothly. The E-Business Suite was still some way from realizing Ellison's prediction that it would become the default choice for any firm wanting to use the Internet to change its way of doing business, while the America's Cup was sitting proudly in the trophy room of the Société Nautique de Genève rather than that of the Golden Gate Yacht Club. In fact, there were similarities between the two. Ellison's USA-76 was almost certainly the fastest boat in the regatta and could have won had it not been for some silly mistakes on the water. So too, the extraordinary technical ambition of the E-Business Suite had been temporarily set back by what, with hindsight, seemed frustratingly avoidable execution errors. The difference was that the failure to win the America's Cup was brutal and definitive, while it is clear that the campaign to establish the dominance of the E-Business Suite is only now getting into its stride.

The E-Business Suite challenges conventional software industry thinking on so many different levels that the arguments have to be won one at a time. It's a process of attrition: a war, not a battle.

The inescapable background to the writing of this book has been the aftermath of the "tech smash." Oracle's stock had defied gravity longer than just about anybody else's save those of Microsoft and IBM, neither of which had enjoyed the same run-up during the years of Internet fever. But coincidentally, the crack had come just weeks before I started work, when Jeff Henley issued his first earnings warning since 1997. Like other big Internet infrastructure players, such as Cisco and Sun, Oracle had been unable to escape the fallout from disappearing dot-coms and the imploding telecom sector. The vision of Oracle's coming world domination (at least in terms of the software business) that Ellison had sketched out in his garden at Atherton with such certainty only a few months earlier suddenly seemed a long way off.

Some of the damage done to Oracle's prospects was undeniably self-inflicted. As Ellison subsequently acknowledged, the supposedly all-conquering E-Business Suite had been hit by lapses in quality control, an overaggressive rollout, and a marketing message that rivals and analysts found all too easy to hijack and distort. Oracle had also managed to make enemies unnecessarily: by initially attempting to impose pricing models that only confused the market; by allowing a minor spat with the application users' group to escalate into full-scale hostilities; and by appearing to declare war on the systems integrators. But while a little application market share was temporarily lost as the bugs infecting 11i's stability were being hunted down, the overwhelming cause of Oracle's slowing license revenues was the collapse in IT spending by companies that had gorged themselves on new technology during the Internet boom years and were now sitting on more hardware and software than they knew what to do with. For much of Oracle's installed base, waiting a year or two for the E-Business Suite to overcome its well-publicized teething problems was just common sense.

That said, the extent of Oracle's difficulties during the IT spending slump needs some context. Unlike both Cisco and Sun, far from plunging into big losses and write-offs, Oracle has remained steadfastly profitable, with its operating margins staying in the mid-thirties—a level barely contemplated, let alone seen, in the previous decade. As it has kept up the momentum of its internal e-business revolution, it has shed smaller pockets of labor, but Oracle has completely avoided the large-scale layoffs that

have scarred the rest of Silicon Valley. And while others have pared research and development to the bone, Oracle continues to spend more than a billion dollars a year. Meanwhile, its cash mountain of nearly $6 billion has remained untouched and unchanged.*

Although Oracle's market cap was "only" about $60 billion in April 2003 thanks to one of the lowest multiples in its history, it is still worth nearly two and a half times as much as the third biggest software firm in the world, SAP. Microsoft, it is true, has weathered the storm still better. But Microsoft is not as dependent on corporate spending and, crucially, has been able to exploit its monopoly by raising its prices as sales have slowed. Ellison says, "What do you do when there's a recession? Raise prices, of course. Bill's a genius. Why didn't I think of that?"

As for the specialized business application vendors that achieved spectacular valuations during the B2B phase of Internet hysteria, e-procurement specialists Ariba and Commerce One have almost disappeared beneath the waves, while the onetime supply-chain leader, i2, whose shares once reached $110, is now almost worthless, its stock having been delisted from the Nasdaq in May 2003 because of "accounting irregularities."

In a way, even more dramatic is Siebel's fall from grace. Two years ago, Siebel, the sales automation pioneer, had a claim to being the hottest software company on the planet. But in 2002 it plunged into loss as software sales evaporated, and a huge restructuring charge took an additional toll. Siebel was further tarnished as a result of doing too many of the now-discredited swap transactions that created such accounting havoc in the telecom sector. Siebel earned $30.7 million in the three months before June 2002 from deals in which the company had purchased goods or services from vendors within six months of having licensed software to them. Strip out Siebel's cash pile of $1.6 billion, and the firm that Tom D this year. Unlike most of the others, it's too early to write Siebel out of the game. But analysts for whom Siebel could previously do no wrong are predicting that it will find it hard to survive as an independent entity—SAP, Oracle, and even little PeopleSoft, once worth only a fraction of Siebel's towering market cap, have all been touted as potential preda-

*LE writes: We could have accumulated a lot more cash, but we bought back $16 billion of our stock.*

tors/suitors. Ellison, who bitterly regrets not buying PeopleSoft a few years ago, admits to having been tempted—not because he wants Siebel's software but because he wouldn't mind buying its installed base.

But Siebel's problems go much deeper than some sloppy accounting and a nasty downturn in the economy. As Ron Wohl puts it, "Siebel had a near monopoly in CRM, but it turned out that Tom's business model was flawed. It is now clear to nearly everyone that CRM is not the integration point. In a sense, there is no such thing as CRM, only sales and service automation that has to integrate with all the other ERP modules." Many of Siebel's customers had found, to their cost, that implementing the software they had bought was expensive and difficult. Nucleus Research, an East Coast consultancy, issued a damning report on Siebel during the summer of 2002. Based on interviews with sixty-six reference customers that Siebel had profiled on its Web site, Nucleus found that 61 percent believed they had achieved no positive return on investment (ROI) from their deployment and that nearly 80 percent claimed a major reason was because the software was much too difficult to use. Ellison's charge a year earlier that Siebel often ended up as "shelfware" seemed proven.

But the main threat to Siebel is the growing credibility of the main suite vendors' CRM offerings. It had taken Oracle and SAP a long time even to create "good-enough" CRM. And Ellison still wasn't convinced that the CRM components in the E-Business Suite were capable of the sophisticated sales "choreography" that he was looking for.* But in a "down" market that was risk-averse toward both complex implementations and software companies that might not be around long enough to maintain and upgrade their products, integrated suites from mature vendors with both a history and a future had become mighty attractive. Ellison says: "Best-of-breed products are just transitional technologies;

*LE writes: CRM systems automate only a part of the lead-to-order sales process: opportunity management, forecasting, and proposals. CRM systems don't automate contracting, quoting, and ordering. It is a classic example of incomplete automation. In contrast, the E-Business Suite automates the entire selling process end to end because it's complete. That makes it possible to engineer, implement, and enforce standard sales processes within your company. The days of the ad hoc, make-it-up-as-you-go-along sales force are coming to an end. It won't be long before all processes within a company will be carefully engineered—even selling.

suites always win in the end. Every six months Oracle and SAP come out with improved CRM products, and we eat another slice of Tom's pie. I don't see how he can survive. Siebel is the largest best-of-breed vendor and the last one standing. The second largest, i2, is dead and buried. Best-of-breed is too complex, too labor-intensive, too expensive to survive the stress of a long-lasting technology recession." Ellison is more convinced than ever about the pace of consolidation in the application business: PeopleSoft had a chance of hanging in as a viable midmarket competitor in the United States, but the future belonged to the big battalions from SAP and Oracle.

Before he was replaced as head of North American sales by Keith Block, George Roberts had said to me, "There are three street rules if you're going to survive in technology. First of all, don't screw up so bad you knock yourself out of the market. Second, it's a marathon, not a sprint. Lastly, when you get up in the morning you better be running. This is like the world championship of poker. Every year you've got to ante up more and more just to stay in the game. I don't see any way that these smaller software companies can continue the level of investment they need, based on their profitability level versus the profitability and assets of companies like Oracle. I think you're going to see them one by one all drop by the wayside. We're all in the middle of the desert. We'll see who gets out the other side." It was similar to a metaphor coined by Mark Jarvis: in the world of business software, Oracle had the largest water bottle.

As for screwups, Oracle had certainly made a few with the E-Business Suite, but none had been bad enough to take it out of the race, a race made longer still by the downturn. It seemed to me this was Ellison's single biggest mistake. Despite his almost matchless experience of the software business, he had expected success for the E-Business Suite to come much more quickly and more easily than it could ever realistically have done—even without the screwups.*

But although Ellison had been hopelessly wrong about timing and crazily overconfident about the true state of the E-Business Suite in the

*LE writes: Megasoftware projects, those scheduled to take two to three years or longer, are almost always late. The longer the project, the more likely it is that new ideas and technologies will emerge that you want to incorporate into your new product so it isn't obsolete the day you deliver it. It's hard to resist the temptation to make it better, even when making it better also makes it later.

months immediately after its launch, about the really big things he'd been vindicated; the superiority of suites over best-of-breed; the importance of reengineering business practices to fit the software instead of rewriting code to produce customized systems that were unreliable and impossible to upgrade; the need for the automation of whole business flows to be complete and seamless; the understanding that the key to getting useful information out of complex computer systems was for applications to share consistent database schemata.

But despite the rightness of Ellison's architectural vision, there were still many doubters. In April 2003, Ron Wohl said to me, "At the outset, people said that it was impossible for the E-Business Suite to do just about everything. Then they said, maybe it was possible after all, but you messed up the execution. Next they said, okay, it works, but it's not for us. How do we persuade people finally to accept the superiority of the E-Business Suite? References and proven cost reduction. If you save time and dollars, nobody can debate it."*

Within Oracle, there continued to be worries, as Mark Jarvis put it, that "Larry was too much the visionary purist—to some people he seems to be describing a perfect enterprise that in reality doesn't exist." Jeff Henley adds, "Larry still hurts himself by being too pure. Large companies get confused by the message—we have to do more to show that we live in a complicated world." Keith Block had a slightly different perspective. He says, "CEOs like the architectural sell, and they really get the idea of the single data model. But the truth is that procurement tends to be driven further down the organization. If a CIO has invested $100 million in an SAP implementation, he's not going to want to admit that he's made a mistake."

Although Oracle had taken major steps nearly two years earlier to ensure that integrating the E-Business Suite with legacy systems was perfectly feasible, you would not have gotten that impression from the firm's advertising. Whereas SAP was forever banging the drum for its NetWeaver integration platform and talking up how its Web services and messaging software could make all kinds of applications work together without the pain of customization, Ellison was steadfastly dismissive of that approach: "Web services makes it easy for one application program

*LE writes: Today, we have thousands of E-Business Suite references attesting to savings of up to $600 million per year and reduced IT costs of more than 60 percent.

to connect and pass data to another application—even if the applications are running on different computers. That's great. But the data passed by one application has to be structured in a way that's understandable by the other applications. Web services are analogous to the global telephone network, which makes it easy to call and connect to any telephone in the world. But if the guy you call only speaks French and you only speak English, you still can't communicate even though you're connected. Web services give us easy connectivity but not a common language. Web services on their own don't enable Siebel applications to talk to SAP applications." Both SAP and Ellison were exaggerating. Web services were by no means the silver bullet that the German firm claimed, but they could help deliver some functionality across a heterodox collection of applications, more anyway than Ellison was prepared to admit.*

The irony of this was twofold: Oracle was itself a big player in Web services, and the company's entire tradition was based on working with open standards. Nothing had changed, but it sounded as if Oracle had gone "proprietary." While SAP was delivering a message of comfort for customers who feared being locked into a single vendor, Oracle seemed to be saying, "it's all or nothing." It was a real dilemma for Oracle's marketing. On the one hand, Ellison didn't want to muddy the differences between what he believed was the hopelessly compromised SAP philosophy and the much more elegant Oracle way of doing things. On the other, Mark Jarvis had a point in saying, "Oracle needs to bend a bit with the market. We have all the interfaces to link to other systems, but what we don't have is a strong integration marketing message."

The "purity" of Ellison's vision was, however, unambiguously an advantage when it came to delivering what he and others were increasingly

*LE writes: I was just trying to keep our applications marketing message simple. We have a complete and integrated suite of applications built on top of a single database. They don't. A single database is the key to providing everyone with the information they need to do their job better—aka Daily Business Intelligence. End of message. I hate complex technobabble marketing messages. It so happens that we use Java and Web services in our applications much more than SAP, but the only people who really understand how Java Web services work are programmers. I find it all very strange. Almost no one understands it, but everybody wants it. Okay, I give up. It's futile to fight fashion. We now chant "Web services, Web services" in supplication to the marketing gods. We hope our prayers will be heard and rewarded with sales.

calling the "utility model" of delivering IT services. In Ellison's view, the "information utility" was something much more than a fancy new name for the old-style outsourcing of data center management, practiced very profitably by the likes of IBM and EDS. If the utility concept meant anything, it had to deliver a quality service at very low cost and with complete reliability. That meant using only software that was preintegrated and designed to work out of the box on certified hardware. Ellison's point was that computer systems didn't need to be different. The "Oracle guarantee," in which Oracle promised to fulfill all a firm's computing needs for a guaranteed, fixed price—something quite revolutionary in an industry that has trained its customers to write blank checks—was rapidly winning converts, and not just in the midmarket, as had been expected. Big firms, such as the networking giant JDS Uniphase, were going down that road, and even the federal government was showing signs of interest.*

The future prospects of the E-Business Suite are good, but how good? As even Gartner has acknowledged, it is stable, mature, and comprehensive. Over time, Oracle should be able to prove that architectural purity brings with it a host of real-world benefits—the promise of being able to do more with less. As customers run on more and more of the modules in the suite, they should increasingly leverage its power. The Daily Business Intelligence will also be a proof point for Ellison's approach: the "golden nugget," as Mark Jarvis described it. But as with almost everything to do with the E-Business Suite, that has proved much harder than expected to do. It is now expected to debut at the end of 2003, almost two years since the product announcement in Amsterdam.

A more unambiguous and, in some ways, unexpected triumph has come in the shape of Linux. When Oracle 9i was launched just after the E-Business Suite's problems had started to surface in the press, Ellison had been certain that it would be "the last database"—RAC (Real Application Clusters) was even capable of making Windows unbreakable. But if it could do that for Microsoft, it could also do it for the free open-source operating system. Thanks in good measure to the campaigning of IBM and the cooperation between Intel and the PC server makers such as Dell and Hewlett-Packard, determined to reduce their dependence on Microsoft, Linux had acquired credibility as an operating system for the

enterprise. With Oracle's RAC, Linux could make a huge additional step. Corporate data centers could now be filled with racks of cheap two-processor Intel boxes. What's more, they could provide availability and speed superior to those of million-dollar multiprocessor computers or giant mainframes.

The next version of the Oracle database—10g (the "g" stands for "grid")—which is likely to be released toward the end of 2003, will have an extension of clustering that will make it the computing equivalent of the electricity grid, automatically balancing loads, allocating resources, and scheduling jobs. Ellison says, "Oracle 10g is designed to run on a grid of 8 to 128 cheap Linux computers. Any application that runs on the Oracle database—SAP, PeopleSoft, Siebel—will run much faster and more reliably on the grid. The grid is Oracle's answer to high-performance, low-cost, fault-tolerant computing. Our Linux grid approach is the opposite of the 'one big computer' approach to high-performance computing invented by IBM a long time ago. Since neither IBM nor Microsoft can run a standard application like SAP on more than one database server computer, their only approach to high performance is to make that single database computer as big as possible. IBM is very good at building software for big computers because they've been doing it since they invented the mainframe way back in 1964. What's mind-boggling is that Microsoft has just introduced software for their first mainframe—a very expensive thirty-two-processor Windows mainframe. Can you believe it? Microsoft reinvents the mainframe forty years after IBM. Bill is the king of 'innovation,' but this is something truly special. The master copiers are copying the wrong stuff. I think they meant to break into the IBM research lab, but they broke into the IBM museum by mistake." *

And from Oracle's point of view, Linux provided something else. For years, its nightmare had been that Windows would eventually be strong enough to inflict a slow death on UNIX. Although UNIX would continue, new database business would depend on running Oracle on top of the operating system of its most hated and dangerous rival. While Linux may never displace Windows from the desktop, there is now every chance it will stymie its assault on the corporate server market, considered crucial by Microsoft for both growth and computing influence.

*LE writes: Oracle's promoting grids of small, low-cost Linux servers while Microsoft is pushing expensive Windows mainframes. What a turn of events. It's like the plot in the Eddie Murphy movie Trading Places.

*LE writes: Our low-cost outsourcing service has attracted some very large clients, including Merrill Lynch, J. P. Morgan, Qantas, JDS Uniphase, and Agilent.

Chuck Rowzat, who runs Oracle's platform business, says that Microsoft has no good arguments to range against the cost and flexibility of Linux, and what's more, it is trying to argue against fashion, which, as Ellison concedes, is a very hard thing to do. "Linux," he says, "is the first thing that customers always ask about. They love it." Mark Jarvis says that Microsoft has no idea what to do because it has been caught up in a form of asymmetric warfare: "When they felt threatened by Netscape, it was just another company with a known HQ they could go out and bomb. But that won't work with Linux, just as it didn't work with Apache [the open-source Web server]. Apache creamed them, and so will Linux. Microsoft has lost the server war."

When Ellison announced RAC, there was widespread skepticism about his claims for it. But now it has impressive traction—in less than nine months to March 2003, the number of RAC users went from 210 to 1,864. Jeff Henley expects that very soon, more than half of the installed base will be running the clustering software. Henley says that customers now believe that even compared with Microsoft's SQL Server database, Oracle on Linux is now the low-cost option, as well as working much better. The Collaboration Suite has done something similar, giving Oracle a direct play against Microsoft with something that is nor only far more capable but also a great deal cheaper. Keith Block says that more than twenty Fortune 500 companies are piloting the Collaboration Suite and that some large installations, such as 100,000 seats at Credit Suisse First Boston, are under way. Partly as a result of new regulatory requirements, firms are beginning to realize that their e-mails are as important a source of data as their accounts and that the right place to keep and manage them is inside the database.

If Oracle's strategy for taking on Microsoft is increasingly to win market share by imitating its rival's volume pricing model, it is also taking a leaf out of IBM's book with its outsourcing strategy. Ellison doesn't think much of Big Blue's software, but he has been forced to admit the power of its services organization: "I want us to imitate the one brilliant thing IBM has done over the last decade. They got more money from their huge installed base of mainframe customers by selling them a much broader range of services, including taking over and running their customers' data centers. We would like to sell outsourcing services to our fourteen thousand applications customers. We have hundreds of applications customers who are saving money using our outsourcing. We need to grow to thousands of outsourcing customers. It's a great new business for us, and

the customer saves a lot of money. We buy the computers, back up their data, run their applications, and upgrade their software much more cheaply than they could ever do it themselves. It is simply a matter of finally applying specialization of labor and economies of scale to the running of computer systems." In other words: the information utility, Oracle style.

What excited Ellison was his conviction that the utility model played to all of Oracle's strengths. Although IBM was spending a fortune on a typically well crafted advertising campaign to popularize and get people thinking about the information utility, Ellison argued that IBM could never achieve the same-scale economies as Oracle because its model meant never building exactly the same data center twice. "IBM's approach to outsourcing is highly customized on a customer by customer basis. In comparison, our outsourcing has little to no software customization. We have a true low-cost, high-volume utility model. So once again, IBM has a great marketing campaign around something they don't do."

SAP would also be at a disadvantage: its software was less flexible than Oracle's; it was present in only one part of the "stack," whereas Oracle had all the pieces; and, compared with Oracle, it had only a tiny service organization. Both Oracle and SAP had targeted the relatively unpenetrated midmarket as the main driver of applications sales growth in coming years, but Ellison was now convinced that 99 percent of that market would opt for the utility approach that Oracle was best placed to deliver. With the "Oracle guarantee," Oracle would provide all a firm's computing needs for a fixed price. Keith Block reckoned that already 25 percent of new applications business was based around the "software as service" model. And what was Ellison's answer to the worried CIO who feared being put out of a job? "CIO stands for Chief Information Officer. CIOs should focus on providing people in their companies with the *information* they need to do their jobs better. Currently CIOs spend most of their time evaluating, buying, and assembling cool little technology components into expensive computer systems that don't work very well and provide precious little useful information to the people running the business."

So did Ellison believe that the race to be the dominant software firm of the twenty-first century was still Oracle's to lose? "Yes. We've had some significant screwups, but we've still managed to move far ahead of our competition in both database and applications. You don't have to be perfect, you just have to be better than the other guy. We're now far enough ahead to win. The Internet model of computing has given birth to the

utility model of computing and software as a service. We couldn't be better positioned. Our fault-tolerant grids of Linux database servers provide the ideal low-cost, high-performance infrastructure for utility computing. Our applications outsourcing is one of the largest examples of software as a service in the industry, I know it won't be easy to catch Microsoft. They're more than three times bigger than we are, but they make their money on desktop computing—Windows and Office. They're nowhere in utility computing. SAP is nowhere in utility computing. IBM is advertising utility computing but delivering labor-intensive custom systems. So if utility computing is the future, then the future is ours. It took longer than I thought: Real Application Clusters and Database Grids; the E-Business Suite and Daily Business Intelligence. It always does. But it was worth the wait. Much longer road, much bigger payoff." In other words: victory not lost but postponed.

. . .

One consequence of stretching time horizons was that Ellison's idea that he might start to disengage himself little by little, devoting himself to biotech research, was very definitely on ice. Although he liked to think that he could do whatever in the world he wanted, the one thing he knew he couldn't do was walk away from Oracle until the last battle had been won or he no longer had anything left to contribute. Like most people who knew the company and the man, I found it almost impossible to imagine Oracle without Ellison or Ellison without Oracle.

Which was just as well, given that any arrangements for an orderly succession seemed to be as far in the future as ever. I agreed with Ellison that the "strong number two" and heir apparent whom everyone outside Oracle appeared to think so vital was irrelevant. Ellison was also right in saying that there was no shortage of management talent at Oracle. The ten or twelve most senior managers who made the place work would have had far less opportunity to develop if a "strong number two" had constantly been pressing down on them. And Ellison was lucky in having both Jeff Henley and Safra Catz to complement him in the leading "outside" and "inside" roles at Oracle. Catz, like some other fiercely intelligent women I have known, and quite unlike most men, had a degree of loyalty to her boss that transcended any personal agenda of her own. Henley was a straight arrow who was rich enough, old enough, and wise enough to tell Ellison the truth when he needed to hear it. He was also responsible for Oracle's having, without a doubt, the cleanest books in the

high-technology business*—something Oracle gets insufficient credit for among the financial analyst community. He and Ellison were among the first corporate executives in America in the wake of the Enron scandal to file sworn statements with the Securities and Exchange Commission about the accuracy of their company accounts.

Ellison was very specific about the qualities his "dream candidate" would need to lead Oracle after him: "That person must be an engineering manager who's not only very good at building products; he or she must be very good at marketing and selling the products as well. But first and foremost, the person must be a good engineer. At its core, Oracle is a software engineering company, and we need to be run by a software engineer." What would be less important in the future was "visionary" leadership. Ellison continued to be certain that there would be no more major platform shifts in software that you either called right or died. "It's mainly going to be about execution—there aren't any more life-threatening technology revolutions ahead."

When pressed, Ellison was prepared to talk about only two of his managers who might turn out to have the necessary qualities. One was Thomas Kurian, an Indian in his mid-thirties who had arrived at Oracle in 1996 via Princeton, McKinsey, and Stanford. Kurian was intense and serious—a little dour, even, although Ellison assured me that he'd managed to make him laugh at least once. But Kurian, in only a few years, had achieved something remarkable and of incalculable strategic importance to Oracle: after its successive failures in building a competitive application server and the departure of those who had been responsible, Kurian had made Oracle, according to its own numbers, second only to the incumbent BEA in the application server market. As well as being a fast-growing and, in time, juicy new revenue earner, the application server was critical to Oracle's ambition to be the dominant enterprise software infrastructure provider committed to using open standards. Kurian had created a strong engineering team, driven it with a combination of discipline and pragmatism, produced a quality product, and then sold it with passion and energy to the outside world. When Ellison mentions Kurian, he can't help beaming. "Thomas has done a brilliant job, absolutely extraordinary," he says.

---

*LE writes: No question about it. Jeff Henley is the best CFO in the computer industry. The shareholders can rely on him, and so can I.