# EXHIBIT 13

Re: Thanks for taking my call: The Daily Business Close

**Subject: Re: Thanks for taking my call: The Daily Business Close**
Date: Tue, 08 Jan 2002 14:20:46 -0800
From: Ivgen Guner <Ivgen.Guner@oracle.com>
Organization: Oracle Corporation
To: Mark Barrenechea <Mark.Barrenechea@oracle.com>
CC: Jennifer Minton <Jennifer.Minton@oracle.com>,
"Schireson,Max" <MAX.SCHIRESON@oracle.com>,
"Bonvanie,Rene" <RENE.BONVANIE@oracle.com>,
IGUNER <IVGEN.GUNER@oracle.com>

Mark,

The package is attached.  Please call me if any questions.


Ivgen


Mark Barrenechea wrote:

The historical information is now a priority.

The data we are looking for includes (previous 4 qtrs, current qtr, and next:
1. Consulting Booking Forecast and Billings Actual
2. License Revenue and Forecasts
3. Education Revenue and Forecasts
4. Support Renewal Revenues and Forecasts
5. Total revenues ( lets call the difference "other") and Total Forecast

What ever we have, we will use.  It is an interesting notion of all lines of business forecasting.  We need to be in a position no later then June 1, 2002, that we have this functionality in production.  Sooner, if possible.

--mark

Jennifer Minton wrote:

The spreadsheet I am forwarding is not from OFA but excel.  The data is obtained from OSO and retained in excel files since we don't archive history in OSO.  We have asked for this enhancement request for over two years as we like to keep historical data so we can evaluate the following trends:

• license pipeline growth , qtr over qtr for the same week (eg week 2 in a given quarter).  In addition, we also look at sequential pipeline growth.
• forecast coversion ratios -- forecast as a % of pipeline.  We track this for every forecast period within a quarter.  This enables us to evaluate conversion rates.  The conversion rates have been declining over historical periods due to the economic recession.  When we were going through the dot com bubble, the field would generally "sandbag" their forecast.  By evaluating historical trends, Jeff and I would be able to determine what the true forecast was by applying historical

**ORACLE CONFIDENTIAL**



Re: Thanks for taking my call: The Daily Business Close

conversion rates to the pipeline. As a side note, my upside analysis was usually spot on!

Ivgen will forward the excel analyses from last quarter to help you design the formats. We are willing to assist in any way possible.

Mark Barrenechea wrote:

* Jennifer, Rene is working on the visualization and Max on "Numbers".
We are iterating daily in preparation for Monday's Board Meeting;

** Rene and Max, we should review our daily changes with Jennifer ...
even if just via email.

*** Max, Jennifer will be forwarding a spread sheet from OFA to me.
Would be great if Max and Rene can get a demo from OFA.

--mark

| | |
|---|---|
| Pipeline Package.xls | **Name:** Pipeline Package.xls<br>**Type:** EXCEL File (application/msexcel)<br>**Encoding:** base64 |

Ivgen Guner <Ivgen.Guner@oracle.com>

ORACLE CONFIDENTIAL

2

NDCA-ORCL 132079

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER









**ORACLE CONFIDENTIAL**

NDCA-ORCL 132080

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

EXHIBIT 14

5

management judgment in Corporate Adjustments because she was getting the information at the organizational level and inputting it directly into the Upside column.[1]

**Ease And/Or Difficulty of Forecasting**

Minton stated that it is much harder to forecast for Oracle in the beginning of the quarter than at the very end of the quarter because of the "hockey-stick" effect, which prevents Oracle from having a clear understanding of its results until the very of the quarter. Minton also stated that it is more difficult to forecast more back-end loaded businesses because of this lack of visibility.

Minton was asked to name the most back-end loaded businesses at Oracle, to which she answered NAS, OPI and OSI in the U.S. She explained that both EMEA and APAC are more disciplined in their forecasting processes and have a much lower percentage of large deals, making their quarters less "lumpy" than the U.S. organizations. Minton stated that large deals create a more dramatic swing in revenue, which makes forecasting them more difficult. Because the U.S. organizations rely heavily on big deals, Minton stated that they are the most difficult to forecast. On the other hand, forecasting in EMEA and APAC is easier because those regions have a greater concentration of smaller deals and large deals comprise a smaller percentage of their revenue.

Minton stated that Education is also difficult to forecast because Education is dependent to some extent on license sales, and while Education does its own forecasting, Licensing actually sells the licenses. Education ultimately receives the revenue credit, but

---

[1]     At this point in the interview, Ivgen Guner (VP of Finance) and Lia Burke (Finance Director) joined the interview for approximately five minutes to discuss the management judgment line item.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609540

because one entity is forecasting and the other one is selling, the disconnect makes forecasting more difficult in Education than it is in other organizations.

### Henley's Quarterly Earnings Call

### Henley's Use of Stephanie Aas' Investor Relations Model

Minton stated that prior to and during Q3 of FY 2001, Aas would meet with Minton at the beginning of each new quarter to discuss Minton's forecasting data and her insights into that quarter. Subsequently, Aas used Minton's data and insights to create her own quarterly model for Investor Relations.[2] Prior to Oracle's quarterly earnings call, Aas, Minton and Henley would meet to review Oracle's latest upside report, as well as Aas' model. Aas would revise her model according to the discussion. Minton confirmed that this practice occurred in Q3 of FY 2001.

### Henley's 12/11/00 and 12/12/00 Emails re: Q2 FY 2001 Earnings Call

On December 11, 2000 Minton provided Henley with information given to her by Larry Garnick that compared Oracle's EPS for Q2 and Q3 dating back three years. ORCL 69151-52, attached hereto as Exhibit A. Henley responded to Minton by writing, "I think we should position the folks at the call that historically Q3 isn't a lot more EPS than Q2. so a penny more per share would seem right." When asked, Minton could not recall being asked by Henley to ask Larry Garnick to generate this comparison.

On December 12, 2000, Henley sent to Minton an email with "summary points/sound bites" for the Q2 earnings call. ORCL 69431-32, attached hereto as Exhibit B. Minton was asked about Henley's "Point 6" in the email, which stated,

---

[2] Minton explained that prior to Q3 of FY 2001, Oracle thought that it could model out its business, but with the current economic downturn, no analytical models can predict one quarter to the next.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

The average split-adjusted EPS improvement for the last 3 years from Q2 to Q3 was one cent per share. We think that probably makes sense again this year. Due to holidays Q3 is usually not much different than Q2 and then there is a spike in Q4. We have no reason to believe that this year should be any different (keep expectations low enough to beat by a penny).

Minton explained that management was comfortable with their Q3 FY 2001 projections at the beginning of the quarter, particularly in light of the Covisint deal that had closed early in the quarter. She did not specifically recall whether Henley thought Oracle would beat its $0.12 estimate by a penny at that time. When asked, she also said that she did not recall discussing the possibility of announcing a $0.13 projection to analysts. Minton could not recall any further details about the email (e.g. discussions with Henley about 11i Suite being through its "birthing phase" mentioned in Point 1).

**Minton's Upside Adjustments During Q3 of FY 2001**

**OSI Business and Minton's Upside Adjustments**

Minton reviewed OSI's Q3 FY 2001 upside numbers.

1. **December 8, 2000 Upside**

When asked where the $25 million upside originated from on December 8, 2000, Minton could not recall. ORCL 3003-3017, attached hereto as Exhibit C. However, she speculated that she may have based that number either on a statement made by Jay Nussbaum (head of OSI) or from a revised forecast from Sarah Kopp (Financial Director of OSI).

2. **December 25, 2000 Upside**

Minton reviewed this Upside report and noted that the $25 million upside was still showing for OSI. ORCL 3192, attached hereto as Exhibit D.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER