# EXHIBIT 28

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response | 0.5 |

1. Name and Address of Reporting Person*
Henley, Jeffrey
(Last) (First) (Middle)
500 Oracle Parkway
(Street)
Redwood Shores, CA 94065
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Oracle Corporation (ORCL)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
January 2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
___ Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
Executive Vice President
CHIEF FINANCIAL OFFICER

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/04/01 | G | V | 15,000 | D | (1) | | D | |
| Common Stock | 01/04/01 | M | | 206,228 | A | $1.6852 | | D | |
| Common Stock | 01/04/01 | S | | 206,228 | D | $32.3125 | | D | |
| Common Stock | 01/04/01 | M | | 793,772 | A | $1.0402 | | D | |
| Common Stock | 01/04/01 | S | | 793,772 | D | $32.3125 | 21,148 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ORCL 0013562

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)



NDCA-ORCL 04109
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

(Continued)

Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $1.0400 | 01/04/01 | M | | | 793,772 | (2) | 05/25/03 | Common Stock | 793,772 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $1.6900 | 01/04/01 | M | | | 206,228 | (2) | 05/31/04 | Common Stock | 206,228 | | 1,818,772 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

(1) Bona fide gift to University of California at Santa Barbara Foundation
(2) Option vests 25% annually on anniversary of grant date

ORCL 0013563

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**Signature of Reporting Person ______ Date ______

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.



NDCA-ORCL 04110
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g. puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $1.0400 | 01/04/01 | M | | | 793,772 | (2) | 05/25/03 | Common Stock | 793,772 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $1.4900 | 01/04/01 | M | | | 206,228 | (2) | 05/31/04 | Common Stock | 206,228 | | 1,818,772 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

(1) Bona fide gift to University of California at Santa Barbara Foundation
(2) Option vests 25% annually on anniversary of grant date

ORCL 0013564

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Jeffrey O. Henley
Signature of Reporting Person

2/7/01
Date





NDCA-ORCL 04111
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 29

**Table 4: Oracle Conversion Ratio and Potential License Revenue Forecast Accuracy vs. NASDAQ Performance**

| | NASDAQ Composite Growth | Actual Conversion Ratio (Actual License Revenue / Week 2 Pipeline)[1] | Oracle Week 2 Potential License Revenue / Actual[2] | Oracle Week 2 Forecast Error [(Potential-Actual)/Actual][2] |
|---|---|---|---|---|
| Q1 FY2000 | 14% | 56% | 110% | 9.9% |
| Q2 FY2000 | 21% | 57% | 97% | -2.7% |
| Q3 FY2000 | 40% | 53% | 92% | -8.0% |
| Q4 FY2000 | -29% | 56% | 99% | -0.7% |
| Q1 FY2001 | 17% | 45% | 114% | 14.2% |
| Q2 FY2001 | -39% | 49% | 99% | -1.1% |

***Notes*:**

[1] Actual license revenue and Week 2 Pipeline values in this ratio are taken at constant exchange rate dollars, as per Oracle Corp., Total Company Pipeline Conversion Trends (NDCA-ORCL 252684 - 252685).

[2] Potential license revenue forecasts and actual license revenue values in this ratio are at actual (vs. constant exchange rate) dollars. Potential license revenue forecasts are taken from the Upside Report which falls closest to the end of the second week of each fiscal quarter (in the case of Q1 FY2000, the earliest available Upside Report occurs in Week 6).

***Sources:***

Pipeline data from Oracle Corp., Total Company Pipeline Conversion Trends (NDCA-ORCL 089755). Potential license revenue forecasts from Oracle Corp. Upside Reports, Summary tabs (see Table 10 for further details). NASDAQ Composite data from Yahoo Finance. Actual quarterly license revenue data from:

Q1 FY2000 and Q1 FY2001 from Quarterly Financial Reference Book, Q1 FY2001 (NDCA-ORCL 303058 - NDCA-ORCL 303182), p. 13 (NDCA-ORCL 303075).

Q2 FY2000 and Q2 FY2001 from Quarterly Financial Reference Book, Q2 FY2001 (NDCA-ORCL 420630 - NDCA-ORCL 420578), p. 13 (NDCA-ORCL 420645).

Q3 FY2000 from Quarterly Financial Reference Book, Q3 FY2001 (NDCA-ORCL 303832 - NDCA-ORCL 303964), p. 13 (NDCA-ORCL 303849).

Q4 FY2000 from Quarterly Financial Reference Book, Q4 FY2001 (NDCA-ORCL 1913524 - NDCA-ORCL 1913684), p. 13 (NDCA-ORCL 1913541).

# EXHIBIT 30

**Subject:** Forecast Update
**Date:** Thu, 11 Jan 2001 00:45:26 -0800
**From:** David Winton <david.winton@oracle.com>
**Organization:** Oracle Corporation
**To:** "JENNIFER.MINTON" <JENNIFER.MINTON@oracle.com>
**CC:** "Winton,David" <DAVID.WINTON@oracle.com>

We finished the Ops Reviews this afternoon and I wanted to give you a quick update on the current quarter and full year look.

Our Q3 Forecast of $346M has not changed but the upside or Best is revised down by $16.8M to $360M. Main factors:

1. The Pipe has not grown as we had anticipated. We're actually slightly down from December end reporting.
2. Lack of big deals. Unlike Q1 & Q2, we have few big deals in Best case that could drive us past the $360 line.
3. Drop in Technology. As reflected in the softening Pipe, both GB and Majors see a slow down in both Q3 and Q4. GB's dot com bubble has burst( they expect the West to end the year $30-$40M behind their original Budget for Technology). Majors sees a slow down in spend along with smaller deal sizes. Also, the change in the ASP model for Generic Tech hosting lic's coupled with the dot com crash is impacting projected Tech results in that segment.

At this point, I still think we're tracking to end Q3 @$354-$355. If we get Americredit for an additional $5(in Best), it moves to the $360 range.

For the full year, Technology looks to trail both original Budget and the Replan targets. That get's offset to some degree by strong Apps over performance. When we add it up it's $1,445 for the full year equating to 25% growth. Tech growth is 9% and Apps is 80%(101%CRM/73%ERP).

David Winton <david.winton@oracle.com>

EXHIBIT 112
Rachel A. Fuller
CSR No. 6948
Date: 9/21/06
Witness: Ellison