EXHIBIT 31

# North America Sales

## *General Business Managers Meeting, Dallas TX*

### John Nugent, SVP

April 2, 2001

NDCA-ORCL 179335


EXHIBIT
Roberts 27
6/22/06   CLS

Well...so how is everyone feeling right now....a little shell shocked!

NDCA-ORCL 179336

# Q2 YTD Y/Y Comparison

Q2 YTD Y/Y Comparison
- Technology Grew 25%
- Applications Grew 119%
- HC Grew 38%

Month of December
- Pipeline to Budget Reduction
- AVPs Beginning to Voice Concern

Month of January
- AVPs Reluctant to Raise Their Forecast
- Deals Begin to Shrink & Get Delayed

NDCA-ORCL 179337

## Month of February

- NASDAQ off 22%
- Blue Chip Co. Announce Massive Layoffs
- SUN & EMC Reduce Earning Estimates
- Oracle Pre-Announces Lower Performance
- GB Forecast Drops Precipitously

NDCA-ORCL 179338

# Q3 & Q3YTD Actuals ($M)

| | Q3 FY01 | | | Q3 YTD FY01 | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Yr/Yr Growth | Actual | Budget | Yr/Yr Growth |
| Tech | $ 93.1 | $ 154.2 | -24.4% | $ 273.7 | $ 336.6 | 1.1% |
| Other | 1.6 | | 558.4% | 5.9 | | #DIV/0! |
| Total Tech | 94.7 | 154.2 | -23.3% | 279.6 | 336.6 | 3.3% |
| CRM | 14.9 | 12.1 | 89.8% | $ 37.1 | $ 25.9 | -35.4% |
| ERP | 24.5 | 37.1 | -12.2% | 87.1 | 79.8 | 409.4% |
| Total Apps | 39.4 | 49.2 | 10.2% | 124.2 | 105.7 | 66.7% |
| TOTAL Revenue | $ 134.1 | $ 203.4 | -15.8% | $ 403.8 | $ 442.3 | 17.0% |
| Expenses | 44.5 | 59.2 | 21.9% | 127.1 | 147.8 | 37.0% |
| GM | $ 89.6 | $ 144.2 | -27.0% | $ 276.7 | $ 294.5 | 9.6% |
| GM% | 66.8% | 70.9% | -13.3% | 68.5% | 66.6% | -6.3% |
| Headcount | 825 | 764 | 29.3% | 825 | 764 | 39.1% |

NDCA-ORCL 179339

# Q3 & Q3YTD '01 Financial Metrics Field ($M)

| Q3 Category | FY00 | FY01 | % Incr/(Decr) | Q3 YTD Category | FY00 | FY01 | % Incr/(Decr) |
|---|---|---|---|---|---|---|---|
| **Deal Metrics** | | | | **Deal Metrics** | | | |
| # of Deals | 484 | 376 | -22.3% | # of Deals | 1048 | 1150 | 9.7% |
| Avg Deal Size | 308.7 | 262.9 | -14.8% | Avg Deal Size | 290.1 | 259.6 | -10.8% |
| | | | | | | | |
| **Application Metrics** | | | | **Application Metrics** | | | |
| # of Apps Deals | 127 | 117 | -7.9% | # of Apps Deals | 265 | 334 | 26.0% |
| Avg Deal Size | 268.7 | 293.1 | 9.1% | Avg Deal Size | 265.7 | 335.6 | 26.3% |
| Apps Rev per Rep | 388.93 | 234.8 | -34.6% | Apps Rev per Rep | 733.3 | 855.7 | 16.7% |
| Apps % of Total | 23% | 34% | 47.8% | Apps % of Total | 23% | 36% | 56.5% |
| | | | | | | | |
| **Technology Metrics** | | | | **Technology Metrics** | | | |
| # of Tech Deals | 357 | 259 | -27.5% | # of Tech Deals | 783 | 816 | 4.2% |
| Avg Deal Size | 322.0 | 249.2 | -22.8% | Avg Deal Size | 297.9 | 227.3 | -23.7% |
| Tech Rev per Rep | 1029.5 | 413.1 | -59.9% | Tech Rev per Rep | 2159.3 | 1189.1 | -44.9% |
| Tech % of Total | 77% | 66% | -14.3% | Tech % of Total | 77% | 64% | -16.9% |
| | | | | | | | |
| **Headcount** | | | | **Headcount** | | | |
| Tech Reps | 112 | 158 | 41.1% | Tech Reps | 108 | 156 | 44.4% |
| Apps Reps | 95 | 146 | 53.7% | Apps Reps | 96 | 131 | 36.5% |
| iSd Reps | 91 | 140 | 53.8% | iSd Reps | 87 | 138 | 58.6% |
| Total Reps | 298 | 444 | 49.0% | Total Reps | 291 | 425 | 46.0% |

NDCA-ORCL 179340

# The Best Thing About Q3 ....
# it's OVER !!!
## Now it's Time ...
To reflect on the marketplace and
our response

NDCA-ORCL 179341

## The Question...

Was GBs Q3 Collapse Due to the Rapid Deterioration of US Economy or Poor Execution on Our Parts?

80/20 Rule

NDCA-ORCL 179342

# GB Experienced a Double Hit...

• DotCom E/C Market Bust

• Rapid Deterioration of US Economy

NDCA-ORCL 179343

## DotCom/EC Sector...Bad News

- 61,000 Layoffs
- 50% of named DotCom list out of business
- Trillions lost in market valuation
- Pink Slip parties
- DotCom's ... DotGone
- 100's of VCs turn off Funding Spicket

NDCA-ORCL 179344



NDCA-ORCL 179345

# DotCom/EC Conundrum

|  | FY99 | FY00 | FY01 | FY02 |
|---|---|---|---|---|
| EC Technology | 36.0 | 354.0 | 227.0 | 238.0 |
| Total Technology | 287.3 | 504.9 | 422.5 | 445.7 |
| % EC to Total | 13% | 70% | 54% | 53% |

NDCA-ORCL 179346



NDCA-ORCL 179347

# Q3 Realization

- US Economy Contraction eliminated hope of E/C Upswing and Resulted in Dramatic Decrease in Market Oppt'y
- Discovered That we Had Excess Sales Capacity
- Slow Down in Deal "Turnover" Requires Greater Knowledge of Forcasted Acc'ts

NDCA-ORCL 179348

## The Economy... Bad News

- Recognized Economic Contraction
- Consumer Confidence Trending Down
- Lower Demand/Rising Inventory Levels
- Tight Credit Market

NDCA-ORCL 179349

# Software Sector Stock Performance

## *YTD Stock Performance*

| | |
|---|---|
| PSFT | -36% |
| CMRC | -41% |
| | |
| BEA | -48% |
| SEBL | -50% |
| ITWO | -58% |
| ARBA | -73% |

NDCA-ORCL 179350



NDCA-ORCL 179351



NDCA-ORCL 179352

# Oracle's Performance...Bad News

- Missed Analysts Earnings Forecast by Two Cents
- Lower Than Expected License Growth
- Reluctant to Forecast Revenue

NDCA-ORCL 179353

# Oracle's Performance...Good News

- Generated 900M in Profit
- Net Income in Q3 up 16% to 33%
- We are Saving Billions
- Oracle's Size, Financial Strength, Market Presence

NDCA-ORCL 179354

# Our Products....Bad News

- 11*i* Quality Issues
- Lack of References/Demo Issues
- *i*AS Slow to Market
- Lots of Tough Competition

| APPS | Tech |
|------|------|
| PeopleSoft | IBM |
| *i*2 | BEA |
| SAP | MS |
| Siebel | |
| Ariba/C1 | |

NDCA-ORCL 179355

## Our Products...Good News

- Strategy Gaining Traction
- Very Difficult & Complex Integration Development Completed
- 11*i* R3 Putting Quality Issues Behind Us
- Continued Dominance in DB Market
- #1 ERP Vendor in US
- #1 Apps Vendor in Midmarket

NDCA-ORCL 179356

## Your Responsibility...

- Be Punctual
- Generate Five Take Aways Per Presentation
- If You Don't Understand or Agree,
    Raise Your Hand
- Discuss What You Hear With Your Peers
- Begin to Visualize Your FY02 Organization & GTM Strategy

NDCA-ORCL 179357

# One More Thing...

## Meet Your Q4 Target Number

## It's Non-negotiable!

NDCA-ORCL 179358



# Q4 FY01 Forecast by Area
## ($M)

| Area | Forecast | Most Likely | Best |
|------|----------|-------------|------|
| Northeast | $ 34.4 | $ 37.4 | $ 39.4 |
| Mid Atlantic | 49.5 | 54.5 | 57.5 |
| Central | 37.0 | 39.0 | 42.0 |
| West | 80.0 | 80.0 | 80.0 |
| General Business | $ 200.9 | $ 210.9 | $ 218.9 |

NDCA-ORCL 179359



Enjoy the Session!

NDCA-ORCL 179360

# EXHIBIT 32



Copyright 2001 Bloomberg L.P.

Bloomberg News

February 9, 2001, Friday 3:25 PM Eastern Time

LENGTH: 434 words

HEADLINE: ORACLE SHARES FALL ON CONCERN EARNINGS OUTLOOK MAY TURN GRIM

BYLINE: Jim Finkle in the San Francisco newsroom (415) 912-2996 or at
jfinkle@bloomberg.net/jac

DATELINE: San Francisco

BODY:

   Oracle Corp. shares fell as much as 14 percent, leading other computer and
software-related stocks lower, amid investor concern that the No. 2 software
maker's earnings could suffer as economic growth slows.

   Oracle tumbled $3.50 to $23.63 after touching $23.44. It was the second-most
active stock in U.S. markets.

   No. 1 software maker Microsoft Corp., networking-equipment maker Cisco
Systems Inc. and No. 1 computer-chip maker Intel Corp. have said in recent
months that business is being hurt as consumers and corporations curb spending.

   Oracle is among a handful of software makers that have yet to report a
slowdown, saying they expect to thrive in a weak economy because companies use
their products to become more efficient. While Oracle said it hasn't changed its
outlook, some investors said it's inevitable that businesses will cut back on
software from Oracle and rivals such as PeopleSoft Inc., Siebel Systems Inc. and
SAP AG as the economy worsens.

   "I'm not going near them," said Morton Cohen, chairman of Clarion Capital
Corp., which manages about $120 million. "I don't see tech earnings turning up.
And since many of these stocks are priced to perfection, why bother?"

   Oracle shares yesterday closed at $27.13, or 53 times the average fiscal-year
earnings forecast of analysts polled by First Call/Thomson Financial. The
Standard & Poor's 500 Index, by comparison, is trading at about 26 times
estimated earnings.

   Microsoft fell $3.31, or 5.3 percent, to $58.94. Siebel fell $4, or 6.4
percent, to $58.25. PeopleSoft fell $2.81, or 7.4 percent, to $35.19.

### Still Upbeat

   Oracle is still upbeat about its prospects for earnings growth, which will be
fueled by a new suite of Internet-friendly business software dubbed Oracle 11i,
spokeswoman Jennifer Glass said.

   "We haven't changed our projections at all," Glass said. "This slowdown is
going to provide new opportunities for Oracle as companies need to streamline
and be more strategic about the technology they buy."

Morgan Stanley analyst Charles Phillips said in a note to clients that he expects growth of Oracle's flagship database software to slow this year because Internet startups last year were responsible for many of that product's sales.

After the collapse of dozens of Internet companies over the past few months, that "dot-com candy" won't be around in 2001, Phillips said. He expects Oracle's database software sales to rise 10 percent to 13 percent in the current quarter, compared with 19 percent in the quarter that ended in November.

LOAD-DATE: February 10, 2001

# EXHIBIT 33

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Message-ID: <3A56738E.937B2145@oracle.com>
Date: Fri, 05 Jan 2001 17:23:26 -0800
From: Anil Vora <anil.vora@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: lowry fenton <lfenton@oracle.com>
Subject: [Fwd: Fwd: Critical Account Concession Request for Paxar
Corporation]]]
Content-Type: multipart/mixed;boundary="-----------8F616AD86F51A957AD541305"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

lets try to close on Monday

--
Anil Vora
Vice-President - Oracle Financing Division
650-506-5246
650-506-7392 (Fax)

Susie Marshall
650-506-1847
samarsha@us.oracle.com
500 Oracle Parkway, Lgn-1, Ste 120
Redwood Shore, CA 94065

Any proposed payment structure is subject to credit and documentation
approval and shall expire at the end of Oracle's current fiscal quarter.
Any extension requires additional OFD approval. Until contract
execution, payment amounts are subject to change due to changes in
credit and economic conditions.

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4bp3u33-ppp-sfe2-54.us.oracle.com
[130.35.36.140])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
OAA09240for <ANIL.VORA@ORACLE.COM>; Fri, 5 Jan 2001 14:00:34
-0800 (PST)
Message-ID: <3A564304.CE738F00@oracle.com>
Date: Fri, 05 Jan 2001 16:56:21 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "ANIL.VORA" <ANIL.VORA@oracle.com>
Subject: Fwd: Critical Account Concession Request for Paxar Corporation]]
Content-Type: multipart/mixed;boundary="-----------BCCB76E37D3CD4662620CB6C"

Anil, have you made any progress on this?  The late payment date you
mentioned is fast approaching... also, we need to get back to Paxar.

ORACLE
CONFIDENTIAL    CA-ORCL 037142

NDCA-ORCL 039324

EXHIBIT
PENGAD 800-631-6989
Ellism
34
7-13-06  ~

Tks -- Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Return-Path: <George.Roberts@oracle.com>
Received: from oracle.com (whq4op3x38-rtr-opo0-17.us.oracle.com
   [130.35.31.109]) by gmgw01.oraclecorp.com (8.8.8D.8.8) with ESMTP id
   JAA23883; Wed, 27 Dec 2000 09:07:15 -0800 (PST)
Message-ID: <3A4A0ADE.C5DEBD23@oracle.com>
Date: Wed, 27 Dec 2000 09:29:34 -0600
From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.74 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: larry.ellison@oracle.com, ron.wohl@oracle.com, safra.catz@oracle.com,
   jeff.henley@oracle.com, mary.anne.gillespie@oracle.com,
   michael.cochran@oracle.com, sandy.sanderson@oracle.com,
   carolyn.balkenhol@oracle.com
Subject: [Fwd: Critical Account Concession Request for Pazar Corporation]
X-Priority: 2 (High)
Content-Type: multipart/mixed;boundary="-----------D132CB11D97F744E9E907B2A"

Larry.

You should be aware of this one in case it continues to escalate. It may
make sense to discuss this one and any other critical situations at
the next EC. As you know some of our earliest 11i clients (especially
CRM and Order Management) are exhausted from the effort of implementing
the products.

ORACLE
CONFIDENTIAL

CA-ORCL 037143

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-66.us.oracle.com
        [130.35.36.152])by gmgw02.oraclecorp.com (8.8.8⧸8.8) with ESMTP id
        KAA27955;Tue, 26 Dec 2000 10:07:54 -0800 (PST)
Message-ID: <3A48DD7D.1B0A0687@oracle.com>
        Date: Tue, 26 Dec 2000 13:03:41 -0500
        From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
        X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
        To: "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
            "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
            "Wohl,Ronald" <RON.WOHL@oracle.com>,
            "Vora,Anil" <ANIL.VORA@oracle.com>,
            Mary Anne Gillespie <mgillesp@us.oracle.com>,
            "Snyder, Allen" <ALLEN.SNYDER@oracle.com>
        CC: "Meehan,Timothy" <TIMOTHY.MEEHAN@oracle.com>,
            ESANDERS <SANDY.SANDERSON@oracle.com>,
            "Block,Keith" <KEITH.BLOCK@oracle.com>,
            "Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
            "Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>
     Subject: Critical Account Concession Request for Paxar Corporation
Content-Type: multipart/mixed;boundary="----------DDE95D6AFF80354CC64AF96A"

Victor Hetchaft, Paxar's Vice Chairman, has been dealing with an
extremely critical 11i implementation.  By all accounts from those
involved, this has been very ugly.... and we've put the customer through
extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as
recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded
worldwide enterprise that manufactures  identification and tracking
products, systems and services to manufacturers and retailers.  Their
products are primarily labeling and tagging products for the apparel
market.  Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in
Ohio had implemented 10.7 in the 1997 timeframe.The implementation was
painful, late and over budget but Paxar decided that they needed one
global system for all their businesses and that since Oracle was already
implemented at one of their divisions it made sense to implement Oracle
Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and
reassurances from Drew Campbell and Ron Wohl that 11i (specifically
Order Management) would be a tested and stable release they decided to
go forward with Oracle.  Paxar signed a $1.8M license contract on
2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt.,
Discrete Mfg., APS, Configurator, iStore and HR.  The $1.8M was financed
by OFC at 0% interest to the customer as one lump sum payment due 1/1/01
to offset the fact that 11i was not yet in production status.  Paxar
would be given early access to 11i code in beta form.  Paxar was one of
the EARLIEST customer to commit to a large scale, single instance
implementation of 11i.  release 11 was not an option because of required

                              3      ORACLE
                              CONFIDENTIAL      CA-ORCL 037144

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC.  The Agreement was a $2M fixed bid for
implementation of the pilot plant.  The original go live date for the
pilot plant was 11/1/00.  Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 3/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability.  A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist.  The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing.  OCS has logged over 1,700
hours of non-billable time on such issues.  The APS
development Swat team has been dispatched to Paxar to assist in
resolution also.  Andria Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $1.8M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28/00. Although support
has been responsive,  Paxar claims they are  "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 111.  They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales -  I will continue to be responsible for discussions around relief
on license and support payments.  Paul
Seminara will assist on these issues.   Sales has agreed to fund some
support relief  for Paxar.

OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and Development
will agree to.  OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - AJ Snyder has agreed to  fund some support relief  to be

ORACLE          CA-ORCL 037145
CONFIDENTIAL

[Fwd: Fwd: Critical Account Concession Request for Pixar Corporation]]]

shared with Sales.  Al , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and APS) needs to validate the OCS project plan and
provide escalated support and counsel for critical Pixar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

Area Vice President
NE Majors

---

George Roberts <George.Roberts@oracle.com>

---

Area Vice President
NE Majors

ORACLE
CONFIDENTIAL

CA-ORCL 037146

EXHIBIT 34

Re: (no subject)

**Subject: Re: (no subject)**
**Date:** Wed, 08 Nov 2000 18:47:21 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Ron Wohl <ron.wohl@oracle.com>

Ron,

Agreed.  This was/is on my list for our 1 on 1 at noon.

Joel

Ron Wohl wrote:

> Joel, let's review this tomorrow
>
> "Lawrence J. Ellison" wrote:
>
> > Ron, comments please.   larry
> >
> > -------- Original Message --------
> > Return-Path: <Helen.Sayles@LibertyMutual.com>
> > Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com
> > [130.35.61.114])by gmgw03.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
> > OAA27154for <larry.ellison@oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > From: Helen.Sayles@LibertyMutual.com
> > Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com
> > [209.246.15.57])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id
> > OAA17452for <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > Received: from lmig-ims-01.lmig.com ([147.179.129.23])by
> > inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id OAA02423for
> > <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:31 -0800 (PST)
> > Received: by lmig-ims-01.lmig.com with Internet Mail Service
> > (5.5.2650.21)id <W3S6CS2B>; Wed, 8 Nov 2000 17:34:43 -0500
> > Message-ID: <E11465E67304D2118CFD0008C7288F18065091009LMIG-MSG-18>
> > To: lellison@us.oracle.com
> > Date: Wed, 8 Nov 2000 17:34:41 -0500
> > MIME-Version: 1.0
> > X-Mailer: Internet Mail Service (5.5.2650.21)
> > Content-Type: text/plain;charset="ISO-8859-1"
> >
> > Liberty Mutual Group,
> > November  7, 2000
> >
> > Oracle Corporation,
> > Lawrence J. Ellison
> >
> > Dear Larry
> >
> > We are the Senior IT and Human Resource Executives for Liberty Mutual
> > Group,
> > a diversified international financial services group of companies with
> > $13.6
> > billion in consolidated revenue, more than $54 billion in consolidated
> > assets and more than $67 billion in assets under management, and
> > employing
> > 37,000 people in more than 900 offices throughout the world.
> >
> > We are writing this to bring to your attention what we consider a major

ORACLE
CONFIDENTIAL

CA-ORCL 015512

NDCA-ORCL 018733

> > breach of promise from Oracle, and in the hope that we can yet recover
> > to a
> > mutually acceptable outcome.
> >
> > Having gone through extensive review of alternatives, we purchased the
> > Oracle 11i Human Resource Management System in late 1999.  Our decision
> > was
> > based on your team's explicit commitment to delivery of a product that
> > would
> > perform as intended in a time frame that would allow for smooth
> > implementation – including all of the essential testing required.
> >
> > We believed that purchase of the HRMS would not only allow us to fulfil
> > a
> > critical internal need, but would also allow us to evaluate the
> > technology
> > platform, technical capabilities, service delivery and support as we
> > look to
> > the future technology platform required to support our multiple business
> > units.
> >
> > Unfortunately, based on our most recent project review with our team
> > today,
> > our confidence in both the quality of the product, and in Oracle's
> > ability
> > to support us in meeting those objectives, is so low that we feel that
> > without a major change on your part,  the project has very little chance
> > of
> > success.
> >
> > To put it bluntly, we have encountered multiple software quality
> > problems
> > and we have struggled to get appropriate support and response to our
> > issues.
> > The situation is dire, and absent a concerted effort on your part, we
> > now
> > stand in great jeopardy on this implementation.
> >
> > The success of this project is crucial to Liberty Mutual's business
> > plans
> > for 2001, and represents a significant investment with Oracle.  As our
> > first
> > enterprise-wide endeavor with Oracle, we entered this relationship with
> > excitement, high hopes and expectations about a new working relationship
> > with you.   It has been represented by Oracle as a path to significant
> > productivity gains, and to improved access to information for employees
> > and
> > external suppliers of benefits.  We have made a substantial investment
> > and
> > commitment to its success, both personally and for the company, and have
> > been deeply disappointed in the results.  In summary:
> >
> > *        the base system was promised by 3/31/00 – it was delivered on
> > 6/2/00.
> > *        we were unable to run a first test payroll until 7/26/00
> > *        we have continually faced serious issues with your technical
> > assistance request process, with multiple TAR's remaining dormant while
> > our
> > people have tried to escalate the issues within your organization.
> > *        when escalated, the issues appear to get a flurry of action, but the
> > number of issues do not appear to diminish, and your customer support
> > process has not been effective in resolving flaws in what would appear
> > to be

ORACLE
CONFIDENTIAL

2

CA-ORCL 015513

NDCA-ORCL 018734

Re: (no subject)

```
> > basic functionality.
> > *        we have been working with people over 9 different time zones -
> > testing multiple potential solutions suggested by Oracle, only to find
> > the
> > solutions do not work.
> > *        The patch set that was planned to fix multiple outstanding issues on
> > system functionality was promised by 10/15/00, then 11/1/00 - it was
> > delivered on 11/3, only after we complained mightily about a further
> indicated delay.  It has taken 5 days to complete the installation
> > because
> > of problems with the install package.
> > *        We are now burning our resources and time in every effort to resolve
> > base functionality problems, when we should be directing those resources
> > to
> > building critical interfaces, testing, and bringing this project to a
> > successful conclusion.
> >
> > We are at a critical juncture.  We need to make a  'go - no go' decision
> > by
> > the end of November, and we have not yet, in our opinion, been delivered
> > a
> > system with enough functionality to even test adequately.  We have
> > approximately 25 TAR's still unresolved and we do not get a sense from
> > your
> > people of the appropriate urgency around resolving ALL of these
> > outstanding
> > issues.  We MUST resolve and remove these if we are to move forward.
> >
> > As with any new major product implementation,  our people have had many
> > of
> > the usual problems caused by lack of product specific knowledge.
> > Nevertheless, the bottom line is that we have a product that does not
> > work
> > and it will take a great deal of joint effort to bring us to the outcome
> > that was intended - one of the first successful installations of a
> > product
> > which we believe to be in a targeted growth area for Oracle .
> >
> > We have worked within the process and support channels provided by
> > Oracle,
> > but the work remaining, and the issues which will certainly still
> > surface,
> > paint a bleak picture of our chances of success.  We simply cannot
> > continue
> > along this path.
> >
> > Your company has a superior reputation for delivering web-enabled,
> > business
> > focused products to support e-business and the technology platform of
> > the
> > future.  It is a serious disappointment to us that our first Oracle
> > delivery
> > does not match the vision we believe you have for your organization.
> > Like
> > us and other successful companies, we believe your company's future
> > success
> > lies in excellent execution of your strategic goals and developing a
> > reputation for delivery which matches the promise.
> >
> > Again, we write to you in the hope that you will bring your  influence
> > to
> > bear on this situation and work with us to ensure a successful outcome.
> > Neither of us wants the alternative:
```

ORACLE
CONFIDENTIAL

3

CA-ORCL 015514

NDCA-ORCL 018735

Re: (no subject)

```
> >
> > *      We need a system that works - the one we had envisioned.
> > *      We presume you want this new, visible web-enabled application to be
> > a demonstration of success - not failure.
> >
> > At this juncture, we are requesting that this project be made the
> > highest
> > level of priority possible in order to turn this situation around.  We
> > are
> > committed to working on this in the same manner, and have dedicated
> > teams
> > working in a virtual 7 x 24 mode to insure that we do not fail.  We have
> > no
> > plans to back off on our commitment to our company.  We need your
> > commitment
> > at the same level.  Anything short of that at this point virtually
> > assures
> > that we will fail, with both Oracle and Liberty suffering as a result.
> >
> > What we are formally requesting, at a minimum, is the assignment of a
> > key
> > Oracle executive to this project, with both the wherewithal and the
> > commitment to make all necessary assets of your company available to
> > bring
> > this to fruition, on plan and on schedule.  We also believe that we need
> > Oracle assets on the ground that can cut through your processes to deal
> > decisively with our issues, and rapidly deliver answers and solutions to
> > problems.  We can still do this, but only if Oracle rises to the
> > occasion.
> >
> > We await your immediate response.
> >
> > Sincerely,
> >
> > Terry L. Conner                           Helen E.R. Sayles
> > Senior Vice President and CIO             Senior Vice
> > President
> > Information Systems                       Human Resources and
> > Administration
```

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015515

4

NDCA-ORCL 018736

# EXHIBIT 35

Fwd: FW: Frustration]

**Subject:** [Fwd: FW: Frustration]
**Date:** Sat, 16 Dec 2000 18:53:07 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** kshaw@oracle.com, bcadogan@oracle.com, courtney.shaw@oracle.com
**CC:** john.bourke@intl.pepsi.com

Thank you for resending it John.

Courtney, Bill, can you review the situation below, figure out what
action is needed, and close the loop with John.  Please update me on
status regularly until resolved.

-------- Original Message --------
Subject: FW: Frustration
Date: Fri, 15 Dec 2000 17:47:00 -0000
From: John.Bourke@intl.pepsi.com
To: ron.wohl@oracle.com

Ron
This e-mail does not appear to have got through to you.
John

-----Original Message-----
From: Bourke, John
Sent: 15 December 2000 17:29
To: 'Lawrence J. Ellison'
Cc: Murphy, Lorraine; ':ron.wohl@oracle.com'
Subject: RE: Frustration

Thank you for showing an interest.
Our intention is go as much as possible with the "vanilla" oracle
software
and to avoid modifications. As we cannot load 11i no modifications have
been
made.
Version is 11.5.2 on an RS6000 box.
John

-----Original Message-----
From: Lawrence J. Ellison [mailto:Larry.Ellison@oracle.com]
Sent: 15 December 2000 17:09
To: John.Bourke@intl.pepsi.com; Ron Wohl
Subject: Re: Frustration

Well will look into this immediately.  Have you modified the 11i
software?
What
version are you using? Ron, please follow up.     larry

John.Bourke@intl.pepsi.com wrote:

> Mr Ellison
>
> I am director of finance at the Pepsi Cola concentrate plant in Cork,
> Ireland.
> I have been an admirer of yours for a number of years and have noted with
> interest, although not necessarily agreeing with, some of your
> pronouncements on technology developments.

**CA-ORCL 025821**

**ORACLE
CONFIDENTIAL**

I

NDCA-ORCL 028798

Fwd: FW: Frustration]

> This e-mail to you is in some respects an appeal for help as well as a way
> of venting my frustration which is caused by one of your products. By the
> way, I have been around long enough to know my appeal will almost certainly
> be ignored.
>
> J D Edwards financials have performed very well for us for a number of years
> but the Pepsico corporation decided that Oracle was to be the standard
> software for the future. So rather than go with a necessary upgrade of JDE
> we decided to transfer to Oracle because we were sold on the increased
> functionality of Oracle 11i.
>
> Our oracle project has been an unmitigated disaster for us from both a cost,
> employee and relationship perspective.
>
> We have spent a fortune (to us) on consultants trying merely to get your
> product to work and months later we still do not have even have a system to
> test. How you can release software that does not work is simply beyond my
> comprehension. Is it only businesses that buy totally defective products ?
> If you were selling mere groceries your organisation would have been out of
> business a long time ago.
>
> We have had a small number of employees fully focused on the project and
> they are totally demoralised. They are some of our most dedicated and best
> individuals and it annoys me to witness their frustration. One of our goals
> is to make Cork an outstanding place to work, visit and do business with.
> The team are having a bad time putting in very long hours trying to play
> catch up. They are viewing the failure of the project to date as a
> reflection on themselves - they are all young professionals trying to forge
> their own careers. No matter how often I repeat the delay in the project is
> due to faulty software they still feel personally at fault.
>
> For many years now we have put a lot of very hard work into providing a
> professional service to our customers, both bottlers and Pepsi field staff
> in over 100 countries. As a result of our efforts much of the European and
> Middle East back office finance work is done through a shared services
> centre we set up 3 years ago. Our reputation will now be tarnished as we
> will have to announce shortly the delay and worse still we have to admit we
> do not know how long this delay will be. A number of world-wide best
> practice initiatives e.g. marketing effectiveness, T&E etc. are on hold
> pending implementation of oracle. I am not looking forward to the reaction
> to our announcement.
>
> I thought I would feel better after writing down my thoughts ----
> unfortunately I think I feel worse. I also did not think I would write so
> much.
>
> Anyway, I would really appreciate anything you or your organisation might do
> for us.
>
> John

CA-ORCL 025822

ORACLE
CONFIDENTIAL

NDCA-ORCL 028799

2

# EXHIBIT 36

[Fwd: RE: The cost of Partnering with Oracle]

**Subject:** [Fwd: RE: The cost of Partnering with Oracle]
**Date:** Tue, 09 Jan 2001 14:15:12 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>

what happened with this?

-------- Original Message --------
**Subject:** RE: The cost of Partnering with Oracle
**Date:** Tue, 9 Jan 2001 22:32:25 -0100
**From:** "Rebecca Enonchong" <renonchong@appstech.com>
**To:** "Renee Knee" <renee.knee@oracle.com>, "Ron Wohl" <ron.wohl@oracle.com>
**CC:** <larry.ellison@oracle.com>, "Drew Campbell" <harold.campbell@oracle.com>

Ron / Renee I am at a loss as to why I can't get Oracle to reply to a single one of of my e-mails. I am trying to work with Oracle on this and feel like I have hit a brick wall. I hear that you finally called Bill Grebe from Brock on Friday but offered him nothing in terms of a refund or credits as I had begged of you.I will be making the decision tomorrow as to whether or not to continue the project at Brock. My only reluctance at this point is the commitment we made to Brock. However, we understand from our legal counsel that they would have a better chance at a full refund from Oracle if we stopped the implementation. On another note, as a company, we ordered R11i Financials for our internal use. Again, since Oracle offers no discounts to its partners, we were billed full price. We had hoped that using the software internally would serve to reinforce our relationship with Oracle. We have never been able to implement it and have decided to return it. Please let us know what the procedure is. I have a prescheduled interview with the Industry Standard (London) on Friday. The topic was supposed to be on (my writing of the Oracle Book, our growing European practice and our creation of the Africa Technology Forum, a non-profit to promote technology in Africa. I would really like to get some kind of response from Oracle before then so I doesn't turn into a "Oracle is a monster" session.Thanks for your time. I am still in Europe and can best be reached by e-mail. My cell phone is active here 1.301.728.8854.Rebecca-----Original Message-----
**From:** Rebecca Enonchong [mailto:renonchong@appstech.com]
**Sent:** Wednesday, December 20, 2000 5:37 AM
**To:** Renee Knee; Ron Wohl
**Cc:** larry.ellison@oracle.com; Kurt Larsen; Drew Campbell
**Subject:** FW: The cost of Partnering with Oracle

Renee and Ron,I still have not received any reply to this mail from more than a week ago. Since then, more TARs have been added, and we continue to receive more requests for documentation and business cases from your support group. Our Order Management team is immersed in paperwork and bug testing for Oracle. I am becoming more and more frustrated at the lack of response and responsiveness from Oracle. We have lost close to $200K so far on our implementation of 11i for Brock Tool and we cannot even get anyone at Oracle to reply to our e-mails!The client has now heard from these other Oracle customers in the same industry that choosing Oracle almost cost them their business:- American Saw & Mfg- GB electrical- Thomas & BettsOne of these had more than $3 million in orders get "lost" in the system. Bill Grebe, the CEO of Brock Tool, our client, is ready to ship the software back to you. The only reason he hasn't is that we have talked him out of it (many times) and have kept to our fixed price deal so that they do not bear the rising costs for our services.If we do not see any improvement in the quality of service from Oracle and more involvement from top level management at Oracle very soon we will reluctantly have to throw in the towel and stop the implementation of the Order Management software for Brock Tool. I can tell you without hesitation that the customer will cancel this project and request a refund of all software and support fees.I have spent this last year trying to build up a successful e-business solutions firm. At the crucial time when we are looking for financing, we are now having to explain how a company that was profitable from day one is losing money a year later. We have asked *nothing* of Oracle other than to fix its own software and to provide some credits to the customer. Is the courtesy of a reply to my e-mail too much to ask for?By the way, it might be nice if someone at the executive level called or wrote to Brock Tool (CSI 3070171)

ORACLE CONFIDENTIAL       CA-ORCL 008527            4/25/2002 6:11 PM

NDCA-ORCL 012414

EXHIBIT
Ellison
36
7-13-06

[Fwd: RE: The cost of Panorama - re: Oracle]

entire implementation team creating TARs and beta testing OM for Oracle. To add insult to injury, one of the Oracle's early responses to Brock Tool was questioning their choice of an implementer! By now, all the on-site training we did for the end-users at Brock has long been forgotten and we will have to do it over (at our cost). We can't pull the team members off of Brock and onto other projects because as soon as OM is ready they will have to be pulled back onto Brock. To retain what remains of our reputation, we have not reneged on our fixed price arrangement. So basically, we have the cost of the team staying on the project and the opportunity cost of not being able to assign them to another project. Opportunity cost brings me to the other customer, Mervis Diamonds. After working with them for two months, negotiating prices, doing multiple demos, Mervis was finally convinced that Oracle was the way to go. In the meantime, we started experiencing the "effect" of 11i Order Management. Because this was also the core of Mervis' business, we initially tried to stall them, believing that OM would be stable soon and we would be able to implement it for them. Seeing the Thanksgiving go live date drawing closer and closer, we eventually backed out and told Mervis we would not be able to implement the software for them. We lost the account and the revenues that go along with it. The revenues for the implementation were low but Mervis had also wanted us to host and maintain the Apps so the account was very attractive from that standpoint. Of course, we could have misled the customer, had them sign a contract that we knew we could not uphold, and then let it drag on. We don't operate that way. Another firm actually picked up the account and, of course, has not met the deadline. Obviously, the Order Management modules were not ready for release to the public in June. Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03. Why weren't we told? Are partners valued at Oracle? Despite the lack of support from Oracle, we have always been faithful to you. Could you at least be respectful to us? Jon Simmons, who is responsible for your ASP program, threatened to have any Oracle sales rep who referred customers to us fired if we did not pay a $1 million ransom (AKA the "fee" for the ASP program). This conference call was attended by others I am not making this up. Had it not been for OM, we would have had one of the first live 11i implementations. Our PR firm has been ready to make an announcement but it is now to late to be amongst the first. Our most important client recently wanted to implement an expense management system. They had already spent a year and a half and $200K on a non Oracle solution. Based on our recommendation alone, they dropped that project and chose Oracle iExpense for 2000 of their employees. Again, we put our reputation on the line based on our belief that Oracle will deliver. Will you? If this product fails, we lose this customer and we could lose our business. When Oracle puts products out on the market that they know are not ready for production, it hurts Oracle, but more seriously, it could destroy a small business like our client's or like ours. We live by deliverables and SLAs. What standards is Oracle judged by? We still have to pay our partner fees, our software licenses and our support agreements. We still have to run our businesses, pay our salaries and our rent. We are still interested and waiting for an Applications specific partner program and hope that Oracle will not overlook us once more. More importantly, I ask that Oracle take small businesses seriously; this includes small customers and small partners. We all believe that with Oracle we will one day become big. We will continue to work with Oracle but Oracle has to work with us. If we are to be partners then it must be a relationship based on honesty and trust. We have to trust that when Oracle says it's ready, it really is. And if it's not, Oracle should have some SLA or other means of financial penalty for non-delivery or substandard delivery. Since you have no existing policy of the sort, we will ask that Oracle consider giving the following to our customer, Brock Tool:

* Refund for two years of support, including the current year
* Refund on iStore (which they overpaid for anyway)
* Education credits
* Marketing support (joint releases, etc).

CA-ORCL 008529

ORACLE
CONFIDENTIAL

If you do any of these things we will only ask that you let the customer know that this was based on our suggestions. I think this will go a long way to easing relations between Oracle and the customer and between the customer and ourselves. For both our sakes, Brock must be a referenceable customer. Brock's CEO is still at the point of wanting to ship the software back and going to the press to tell them Oracle software is worthless. If this happens, our six months of effort will have been for naught. The weekly calls with Oracle Support are a help but only reinforce the notion that the OM modules are not ready. I believe that Oracle can and should do more for Brock. If you don't do it for their sake, do it for ours. After all, we are your partner... or are trying to be. Rebecca Enonchong P.S. I am attaching the letter from Brock's CEO to Larry Ellison and one of the recent documents prepared by

NDCA-ORCL 012416

[Fwd: RE: The joys of Partnering with Oracle]

our OM Lead for Oracle support and development. _____ 
Rebecca Enonchong
Application Technologies, Inc.
www.appstech.com
3. Bethesda Metro Center Suite 700
Bethesda, MD 20814 USA
1(301) 961-1951 Fax 1(301) 657-9776

CA-ORCL 008530

ORACLE
CONFIDENTIAL

4/25/2002 6:11 PM

NDCA-ORCL 012417

# EXHIBIT 37

**November 2000**
**NAS Dialogs- E-Business Suite**
**Summary Actions**

### Overview

The third North America Sales Dialogs for E-Business Suite were held on November 2, 2000 at Redwood Shores.  Issues were raised around the following areas:

I.   **Integrated Demo Solution** -- Integration to back office apps is critical to show the entire e-business solution.
II.  **System Stability** -- System stability & performance improvements need to be made.
III. **Training** – Everybody does it and nobody "owns" it.  Field is not getting the training they need in order to be "battle ready."
IV.  **Partners** – Are we serious about Partners?  If so, Partner training and funding needs to increase dramatically.
V.   **Marketing** – Although improved, we still need to synch up field & global priorities with a programmatic approach to the development & rollout of marketing campaigns mapped to field priorities.
VI.  **References** – Need 11i references by Q3
VII. **ERP & Exchanges** – Need to create greater momentum around Exchanges.

### I.  Integrated Demo Solution Discussion

Per Mike Rosser, we are finally in a position to do demos. Mark Barrenechea's team is currently taking on the responsibility for integration testing between CRM & ERP.  We still hear that the integration is not working, but the field needs greater confidence that integration and the demos do, in fact, work. This confidence needs to come from better training and communication around the demo and integration processes. Reps are too focused on parts of the demos that don't work. Training currently does not exist on integration of CRM and ERP. Until we have stability, and problems around demos are solved, the best we can do is to continue with our "heroic" efforts

### II.  System Stability Discussion

The R3 release will have a huge impact in stabilizing the product. This is due to be released in mid November. Right now, however, there are few references. There was some discussion that a strong demo would go a long way in reducing reference complaints.

11iR3 is a collection of all patches on a single CD. It's a complete eBusiness suite CD and Barrenechea is confident about the quality.  Juliette Sultan has a staff in place responsible for testing the program before the customer does. Her team will test the entire suite. They have created a new program called Platinum. It's a collection of patches that are pre-installed.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 153364

We need to:
- Re-energize SCs & SRs around demo capabilities.
- Increase training around integration points.
- Do high level positioning of E-business suite early on with Grand Slam apps – position the stack
- Leverage Juliette Sultan's team of 20 by providing her with demo scripts and problems that are occurring with the demos.

**Actions:**

1. **Demo positioning & integration --** Develop high level positioning around demos and integration points (Lisa Arthur) –By next week have prototype for the integration of CRM and ERP ready to get out to the field.

2. **Implementation Process Communication --** Barrenechea to get note out to the field on the process for implementation. This might be a joint field / development note (Bill Costello / Juliette Sultan)

3. **R3 Webcast --** Plan for an R3 Webcast in November / December timeframe (Arthur, Sultan, Costello)

4. **Increase training around integration & key business flows** ( Juliette Sultan, Christine Dover, Lisa Arthur)

5. **OAUG Keynote demo --** Make copy of OAUG keynote Demo available to the field. Provide training or key message points around it (Lisa Arthur, Ken Hamel, Gayle Fitzpatrick).

6. **Help with Demo Scripts --** Field should get demo scripts to Juliette Sultan's team -- the more the better. Her team will help find "work arounds" or customize the demos (Ken Hamel, Gayle Fitzpatrick).

7. **Competitive demo flows --** Have the field provide any Seibel demo flows to Barrenechea's team.  He also needs more information on Vantive & Nortel, their strengths and where they compete with us (Ken Hamel, Gayle Fitzpatrick).

**III.  Training Discussion & Action**

We need greater collaboration and consistency of process across development, marketing and the field to deliver effective training internally and to our partners.  Currently,  field and partners are not "battle ready" on our products and solutions. And while much training is being developed, it is coming from multiple organizations with little coordination and process in place.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153365

Training efforts seem to arise from numerous groups when the need is immediate and critical. Marketing, OU, development, and the sales organizations are all involved in developing and delivering various types of training.  The results are duplication of efforts, training that is not attended or is ill -timed with sales cycles, training that is not repeatable, and ineffective messages for various audiences (SC, Sales, Partner).

We need:
- Stronger ownership and commitment to develop and implement a set of standards throughout the organization
- Course ware that emphasizes business positioning –training that *states* and *proves* the business issues
- Curriculum maps so that field / partners can anticipate and plan
- Consistency of process across all organizations
- Packaged and repeatable training
- Different messages targeted to the various audiences.  Start with the business problem in all instances.

8. **SC Training --  (Gayle Fitzpatrick, Ken Hamel, Christine Dover, Development)** - OU and SC team to work with *development* on 6 month training curriculum with content and approach appropriate for SCs.  Training must be packaged and repeatable. Include high level business positioning, issues & value.

9. **Sales Rep Training -- Mary Anne Gillespie as Executive Sponsor ( Gayle Fitzpatrick, Ken Hamel, Christine Dover, Marketing representation)** – OU and Sales to work with *Marketing* on 6 month curriculum plan, and training with content and approach appropriate for Sales Reps. Training must be packaged, repeatable, and focused on business issues and positioning.

10. **Training on Integration touch points** for Sales Reps & SCs (see Action #4)

**IV.  Partner Discussion & Action**
Partners are critical to Oracle success. There seems to be tremendous confusion from partners on Oracle products, solutions, key messages.  Partner training is unfocused and not in synch with key market messages and strategic areas. In general, the partner community does not understand what we have and we are losing traction with them.

If we're serious about using partners to go after the marketplace we need to back this with funding and immediate training programs. We need collaborative commitment to quickly get partners up to speed on the product areas and messages we need to get to the marketplace. We need:
- EC level commitment & funding for key partners
- A programmatic and repeatable approach for partner training that covers Sales Readiness thru implementation.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 153366

- To immediately identify deals where we're *currently* engaged or *should* be engaged with partners
- A consistent and ongoing way to identify key engagements we should be going after with partners
- Regular communication and updates on partner activities & training
- A more "bottoms up" approach to educating partners particularly around CRM

11. **Raise Partner issue at EC** -- George Roberts to raise Partner issue at EC. Need commitment and funding to ramp up partner training and assign ownership to develop systematic approach for partner sales readiness & implementation.

12. **Train 1000 partners in 90 days** (Renee Knee with combined effort from Sales consulting, alliances & education). Develop a "fast forward" partner training program. Each organization to kick in $$ and provide resources. Keith Block to determine $$ needed for implementation training.

13. **Review inventory of training classes** and remove fees to partners for classes that are high priority to the field. Increase number of "free" training courses for partners around key market or product areas (Renee Knee, Keith Block)

14. **Identify current deals and deals we should be doing with partners** particularly around CRM. (Mike Rosser, Renee Knee). Determine resources and training that need to be engaged to assist in these partner deals.

15. **Develop combined approach with SIs** to go after Seibel & IBM (Renee Knee)


**V. Marketing Discussion & Action—**
Mark Jarvis is trying to position ourselves as a heavy player in application sales and everything else falls below that. Ultimately, we need to ramp up awareness around point solution markets we're selling into. The field is asking for more product focused marketing.

The marketplace has a growing awareness of the umbrella messages for CRM and E-Business Suite. We may need to change tactics and implement campaigns that start with a point solution and expand to the broader messages. Product marketing is trying to focus this by audience and needs help in determining where the messages should be aimed -- new customers? Existing customers? SAP? We're not yet sure of the % of business we're currently doing with each of these segments.

The biggest concern that Jarvis expressed was the fact that we do not have any 11i customer references. Currently MyOracle.com site will go live on Dec 1 for customers and later it is anticipated that we will be able to demo off of that site. We are also trying to integrate dashboard into it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 153367

16. **CRM Marketing** -- Determine % of current CRM business we're doing with the customer segments below (Bill Costello) – Get this information to Mark Jarvis & Jeremy Burton to determine the targeted point solution marketing needs:
    - Existing customers
    - New Customers
    - SAP

17. **MyOracle.Com** -- Encourage the NAS organization to try out MyOracle.com beginning December 1  (all GVPs)

18. **CVC Actions** – Get AVPs & RMs trained on key messaging (J. Engelbert, J. Tung)  -- Combine this approach with a "CVC Menu" selection of speakers that Jarvis is putting together.

19. **ERP Marketing** – Develop more niche campaigns particularly around APS.  Would like a "Top Gun" type of program here as well (Jeremy Burton & Development)

20. **ERP Marketing**  – Need Field feedback to J. Burton & J. Tung on upcoming B to B Roadshow (All GVPs)

**VI . References Discussion & Action**
11i references are critical.  While R3 will go a long way towards product stabilization, current references are thin. We need a combined effort from Sales, development, consulting, alliances & education to secure customer references.

21. **CRM "Jump Start" References** –Identify 30 - 50 3i accounts from GB, Majors, Canada that have potential to be a reference. Ron Bunting has already forwarded Marie Cady's list of customers to the Sales Executives.  Marketing needs to wrap a "live 11i Customer" campaign around this.

22. **Marketing Reference Program** (Julie Tung) -- Need more, non E-leader references. Develop a smaller, showcase program with references that show we're up, live and running.

23. **Combine ERP / CRM live 11i reference lists** (Julie Tung) Combine all the small 11i lists into one master list available to the field.

**VII. ERP & Exchange Discussion & Action**
The feedback for 11i is that there are too many patches to go live. We just released 11i2, which is a better product. Again the issue is references and although we don't have big customers live on 11i we have about 150 small companies i.e.: Odwalla. We need the list from Julie Tung to market these smaller companies as references (see action 23)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 153368

Beginning in January we should be doing a marketing campaign for e-business to create more market awareness. We need to ramp up awareness around point solution markets were selling in to including HR, Supply Chain, APS, Exchanges. We need product-focused marketing.

Regarding Exchanges: Stability is the problem within exchanges. Hosting of the environment has just been given to the development team. Currently, they're setting it up, the #1 priority being to clean up the environment and fix the issues within 60 days. Also, we need to take the "high road" around exchanges and define what it is for our customers. It's not only the 10 percent savings in purchasing but it covers other parts such as supply chain management .....

24. **Demos** – Identify problems with time-outs. Get list of offices where this is occurring to George Roberts / Ron Wohl (Ken Hamel, Gayle Fitzpatrick)

25. **Exchanges:**
    - Raise Exchange issue at EC (George Roberts). Need increased funding for key functional areas.
    - Go for a January 1 Launch of Exchange. Increase market awareness & positioning. (Jon Colehower, Ron Wohl, Jeremy Burton)

26. **Marketing APS Campaign** -- and or develop top gun type program. Management needs feedback on B2B roadshow.

27. **French Translation Issues** – Ron Wohl & Glen Lim to look into costs around French translations. Why can't this be done? What is so cost prohibitive about this?

28. **Selling into SAP** -- Ron Wohl wants the list of partners that are selling into SAP and he will work to communicate that information to the field (GVPs to provide lists).

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153369

# EXHIBIT 38



# 11i Live Customer References
## As of 6/18/2001

## CRM References

| Company Name | Compelling Facts | Approved for Call |
|---|---|---|
| BellSouth | • 10,000 Call Center Agents<br>• 8 outsourced centers self-serve ordering and Provisioning TeleService 6 months.<br>• Doubled orders from 300 per day to 6000 per day.<br>• New products added 3x as fast<br>• Despatch accuracy from 50%-90%<br>• Customer satisfaction up… service costs down. | Per Mark B. |
| HP | • 2000 Sales Reps Opportunity to Forecast in 5 months.<br>• Best forecast accuracy in 50 years.<br>• Went global over a weekend. | Per Mark B. |
| EnTel Moviles | • Telecom Italia company Live in 6 months on TeleService, Scripting, Advanced Outbound - Next Phase: order management with Telesales, Lucent Kenan Arbor/BP integration and Provisioning They try to answer 100% of customer inquiries on first call Have significantly increased customer service levels, thereby securing customer loyalty - 140 live users - 2 call centers 40+ business workflows across all areas of customer care fully automated Have drastically reduced time to resolve trouble tickets. | Per Mark B. |
| Franklin Covey | • B2B and B2C store Specialty pricing, promotions Out of the box product 80% of their orders in the US processed through Store 5 months | Per Mark B. |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 442698

# 11i Live Customer References
## As of 6/18/2001

## CRM References

| Company Name | Compelling Facts | Approved for Call |
|---|---|---|
| **Wincor Nixdorf** CRM SUITE 9IAS | <ul><li>Wincor Nixdorf is one of the leading providers of IT solutions and products for the retail and banking sectors</li><li>Completeness of Oracle's solution and relationship with Oracle as a strategic partner convinced Wincor Nixdorf to go with Oracle instead of Clarify or Siebel. Siebel also couldn't address the customer's requirements.</li><li>"Leveraging the integration functionality in Oracle9i Application Server, Wincor Nixdorf will decrease integration time and reduce integration costs significantly. Integrating our sales and service applications with our back-end systems allows us to improve customer service and streamline internal business processes."-- Harald Scheuplein, Project Manager CRM, Wincor Nixdorf</li></ul> | Yes |
| **Soltre** CRM SERVICE | <ul><li>Soltre Technology, Inc., a rapidly growing application service provider (ASP).</li><li>Uses Oracle CRM software to track service requests, decrease implementation time for its customers and increase customer loyalty.</li></ul> | Yes |
| **Applied Digital;** SUITE | <ul><li>Applied Digital Solutions is an mplementor of E-business solutions through computer telephony Internet integration.</li><li>Live on Sales, Service, Marketing, Order Management, Inventory and Financials.</li><li>Siebel win.</li></ul> | Yes |
| **Hostcentric** CRM SUITE | <ul><li>By successfully implementing the entire suite of Oracle's CRM modules it has enabled Hostcentric to bring 6 different companies together and made the company one of the fasting growing web hosting companies in the US.</li></ul> | Yes |
| **Staff Leasing** CALL CENTER SUITE | <ul><li>Staff Leasing is one of the largest HR solutions providers in the world.</li><li>Staff Leasing has seen improved efficiencies including reduced call length by over 21% and reduced client error by more than 20%</li><li>As a result, client satisfaction and retention rates all have increased in less than one year</li></ul> | Yes |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 442699

# EXHIBIT 39

**From:** Ken Hamel
**Sent:** Fri, 06 Oct 2000 20:21:32 GMT
**To:** George Roberts
**CC:** John Nugent; Joe Dibartolomeo; Nic Classick; John Boucher; Ted Bereswill; David Handy; Bob Crochetiere; Lisa Cometa; Steven Vakulskas; kblock@us.oracle.com; Gayle Fitzpatrick; Ron Bunting; Mary Anne Gillespie
**BCC:**
**Subject:** Demo Issues with Applications

George, this note is a follow-up to our discussion at the Ops Review about the issues around our applications demonstration environment. Highlighted are the issues we've encountered in the last two quarters. I apologize for the length of this note.

First some assumptions:

1. There is a surge in the amount of ERP deals in which GB is engaging which translates into more demo dependency
2. In all the above deals, the prospect has an emphasis on various customer facing solutions (ie CRM)

Simply put, all of our demo issues have to do with our key marketed strength, INTEGRATION. We still have a great deal of difficulty showing Oracle's integrated suite of applications; from CRM through to ERP. Additionally, any Order Management demos also involving ERP are difficult.

There are three consistent issues:

1. System performance is very slow, given the demand on a limited amount of 11i instances
2. We cannot show what the customer wants to see when it comes to the combination of CRM and ERP
3. There are scripted flows for most of our products, but in many cases customers will want to see other functionality which isn't supported in these scripts.

Here's the exposure.

Not only have we lost deals in which we were the new player, many deals have been lost with installed base customers.

$200m Manufacturer

When the AVP met the CEO, his words were "I want to buy Oracle, PLEASE just show me some live software". This issue had to do with our sales-oriented suite. We still cannot show products like Sales, Telesales and until recently, Service. We're losing this deal.

$300m Incubator (CMGI)

They are an Oracle customer. There were two demo challenges faced here. One was for CRM (sales -oriented) They finally gave up on Oracle when we couldn't show live software. Seibel is winning. The



second was an Order Management demo which required showing contracts through to accounts receivable. Business-wise, this should be an easy issue (and is a very sought after flow) but it took SCs well over a week just to get it to work. We're essentially doing integration work in the field.

$250 Manufacturer

This company recognizes Oracle as a market leader when the sales team first engaged. And when the demo came about, the system crashed disenabling the SCs to show Order Management and CRM. THe customer was stunned at our inability to show even basic functions they needed. The SCs are back in but Oracle is significantly behind the competition. We are still struggling with showing service and contracts functionality.

These are three typical examples of demo challenges. There are easily 100 more. The issue continues to be showing integration between CRM, OE and Backoffice. ADS has promised to release more comprehensive flows (which is now a month overdue from the original commit date). However, even with that release, none of the "sales" products are included and much of CRM needs to be demoed within ADS-defined confined scripts.

What is different this time?

Oracle customarily publishes releases prior to demo availability. In the past, this has worked because Oracle was typically ahead of customer demand. Today, Oracle enjoys industry-wide market acceptance in applications so when something is released (e.g. 11i on May 19th), the expectation of our sales force and prospects is that we can demo live product. This six month lag from product release to a promised marginally improved demo environment is shattering our company reputation and the morale of our SCs. SCs are a having to spend four to five times as much time preparing for demos which greatly impacts our overall productivity. And when they do end up demoing, they never know what will work and what will crash during the event. We simply have not staffed the organization to handle this type of problem. To make matters worse, our competition is now aware of our weakness and in every sales situation convinces the customer to take us in functional demo areas we simply cannot go.

Recommendation

The product is the demo. Therefore, we need to prioritize the creation of demoware as part of our product development process. We must also deliver comprehensive demonstration capability at or near the time of major product releases. The current organizational structure does not support the demo needs sufficiently. While they work tirelessly to provide what they have to the field, they do not have the tools or people to deliver what the field needs given our widely expanded product offering. In addition they are tasked with doing integration testing of ERP and CRM, a responsibility that requires extensive time and staffing. Something is broken on the PRP side when fundamental product and integration testing appears incomplete prior to handing code to ADS. Finally, one area I've encouraged ADS to use is Oracle Services,

to augment their efforts (seeing Services is chartered to make these products work for our customers). For some reason they have consistently refused this option.

My suggestion is to create a demo organization that reports at a higher level with more senior management and visibility. This organization would then be in a position to leverage development, field sales, marketing and services to pull together a highly impactful demo environment.

Oracle has the best application products and technology in the industry. We all believe this to be true. We simply need the tools to showcase this strength in our selling activities.

Regards,

Ken

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617114