EXHIBIT 40

[Fwd: Poor demo system performance cost us another deal]

EXHIBIT
HAMEL
9
5/22/06    SKB

**Return-Path:** <kenneth.hamel@oracle.com>
**Received:** from oracle.com (dhcp-bay-colony-west-40-89.us.oracle.com [138.1.40.89])by
gmgw01.oraclecorp.com (8.8.8⊏.8.8) with ESMTP id JAA17992for
<RON.WOHL@ORACLE.COM>; Fri, 16 Feb 2001 09:25:55 -0800 (PST)
**Message-ID:** <3A8D6F77.8BAB0BF9@oracle.com>
**Date:** Fri, 16 Feb 2001 13:20:39 -0500
**From:** Ken Hamel <kenneth.hamel@oracle.com>
**Organization:** General Business U.S.
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Wohl,Ronald" <RON.WOHL@oracle.com>
**Subject:** [Fwd: Poor demo system performance cost us another deal]
**Content-Type:** multipart/mixed;boundary="------------EFF340D9E5ABE94A0928BDA2"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

Ron, here's a specific situation where the performance issues are
actually costing us business.  I pass this onto you so you'll have
anecdotal data as you continue to improve the environment.

Ken

---

**Return-Path:** <Meghan.Ware@oracle.com>
**Received:** from oracle.com ([130.35.29.191])by gmgw02.oraclecorp.com (8.8.8⊏.8.8)
with ESMTP id JAA25634;Fri, 16 Feb 2001 09:01:53 -0800 (PST)
**Message-ID:** <3A8D6AD4.6F21551B@oracle.com>
**Date:** Fri, 16 Feb 2001 10:00:52 -0800
**From:** Meghan Ware <Meghan.Ware@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Handy,David" <DAVID.HANDY@oracle.com>,
"Hamel,Kenneth" <KENNETH.HAMEL@oracle.com>
**Subject:** Poor demo system performance cost us another deal
**Content-Type:** multipart/mixed;boundary="------------E2B75A97515B8A2442F58A5B"

Ken and David,

Another deal lost primarily to demo system performance.  It took 1 1/2
hours to load the applet at REO and the demo performance was so terrible
that we only presented reporting and self service.  Please be aware,
that from the same PC that we were attempting to demo ADS from, we were
able to go to other web sites and surf with no system performance
issues.  We did call ADS for help, but they were not able to improve the
performance.

This is our second system performance loss this year.  As stated in my
earlier emails, Startek was the first.  At Startek, SAP was able to

ORACLE CONFIDENTIAL

10/3/2002 10:45 AM

NDCA-ORCL 063432

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Poor demo system performance cost us another deal]

perform a "screaming" www demo compared to our slow performing demo.

Maybe it would help if someone from ADS could come and sit through our field demos to understand the issues better?

Thanks,
Meghan

Terri Sikora wrote:

> Michael,
> I really am sorry that we have to do this but after converstations with the
> CEO we've decided to not look into our options with Oracle. This is based on
> several reasons, 1 being the demo that never happened and another is being
> generated by issues occurring at JDS Uniphase. This decision has come from
> the top although after much thought and bringing in the million dollar
> comment made in last weeks rap up I think it is a good path for now. I wish
> you all the best in your future endeavors
>
> Terri Sikora
> IT Manager
> Research Electro-Optics, Inc
> http:\\www.reoinc.com
> 303-245-4311
>
> > -----Original Message-----
> > From: michael.nicholls [SMTP:michael.nicholls@oracle.com]
> > Sent: Wednesday, February 14, 2001 9:37 AM
> > To:    terris@reoinc.com
> > Cc:    keith.milton@oracle.com; cindy.sayers@oracle.com
> > Subject:    March 7th?
> >
> > Terri,
> >
> > I hate to push it out this far but, will the 7th of March work for us to
> > come back out and present?
> >

```
Michael Nicholls
Application Sales Manager
                 <michael.nicholls@oracle.com>
6501 E. Belleview Ave.
Englewood
CO
80111
                 Cellular: 303 883 7748
                 Fax: 720 489 6150
                 Work: 720 330 1847

Additional Information:
Last Name
         Nicholls
First Name
         Michael
Version
```

ORACLE CONFIDENTIAL

10/3/2002 10 45 AM

NDCA-ORCL 063433

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Poor demo system performance cost us another deal]

2.1

GB Rocky Mountains SCM <Meghan.Ware@oracle.com>

Ken Hamel <Kenneth.Hamel@oracle.com>
Vice President
General Business U.S.
Sales Consulting

ORACLE CONFIDENTIAL

10/3/2002 10 45 AM

NDCA-ORCL 063434

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 41

UI: Q3 forecast and pipeline update for Monday EC

**Subject: UI: Q3 forecast and pipeline update for Monday EC**
**Date: Sat, 09 Dec 2000 14:41:44 +0100**
**From: Sergio Giacoletto <Sergio.Giacoletto@oracle.com>**
**Organization: Oracle Corporation**
**To: "Lawrence J. Ellison" <larry.ellison@oracle.com>**
**CC: "Safra A. Catz" <Safra.Catz@oracle.com>,**
**"Minton,Jennifer" <JENNIFER.MINTON@oracle.com>,**
**Jeff Henley <jeff.henley@oracle.com>**

| | *Recommended coding for first letter of e-mail subject line* | | | |
|---|---|---|---|---|
| Urgent | Permission (approval) required | Action required | Reply required | Information only |

Larry,
I will not be able to attend the EC on Monday 12th, as I have a critical customer meeting I could not change.

Here is the latest on Q3
( PS: we finally closed Q1 at 311 $M i.e. 20% growth and 51% margin ).

1) Forecast

The current bottom-up forecast in the system is 302 $M representing 19% growth with 14% in server and 69% in applications.

I have given a target to the countries this week of 330 $M representing 30% growth.
Best case is 350 $M, worst case 280 $M in my view.

Most of the additional target is in technology.

I believe this is achievable, provided Germany recovers the Q2 miss and closes all open deals.

2) Pipeline and OSO

The update of Q2 deals in OSO was almost done.... there are only 3.2 $M of deals left open. Not too bad.

The best estimate of the Q3 pipeline is 700 $M representing a 2.1 coverage of the 330 $M, and a 28% growth from last year.

The growth of the pipeline in technology is only 10% - this number however does not include the run rate of the partners and the SAP revenue. We will focus to improve it.

The growth of the pipeline in applications is 80% ; looks like another strong quarter for ERP. and hopefully an improvement on CRM.

3) Risks and opportunities.

- ERP /financial, HRMS, IP/;
Good momentum; products stable. Good pipeline. We will roll out FastForward R11i starting this month and we are increasing GB apps sales force.

CA-ORCL 009658

ORACLE CONFIDENTIAL



UI: Q3 forecast and pipeline update for Monday EC

- 9i AS:
we have started a number of sales initiatives, including an ISD sales campaign.
Training of ALL sales people is planned for January from Jeremy Burton's team. We are finding
difficult to sell to large clients who have a corporate wide architecture using best-of-breed.
It will take some time to change the IT standards.

- CRM :
we are loosing a bit of momentum, sales people are reluctant to engage to the product problems,
lack of references and local language issues. We are also loosing many people to Siebel, still,
and we are short of 50 sales consultants across EMEA. Hopefully the situation will turn in
January once we get 11.5.3 running in local language.

- Exchanges:
the pipeline is good; but we need to still satisfy our existing clients first.
The operations are more stable, but we have major functionality gaps, lack of 6.1 migration
commitment and lack of definite information to transfer hosting to the clients.

Best regards

Sergio Giacoletto                    Phone: +41 22 799 99 30
EVP EMEA                             Mobile:+41 79 200 75 06

Assistant :   Michele Delvaux
              E-mail:michele.delvaux@oracle.com  Phone:41 22 799 99 31

CA-ORCL 009659

ORACLE
CONFIDENTIAL

NDCA-ORCL 013402

# EXHIBIT 42

**From:** Gayle Fitzpatrick
**Sent:** Tue, 20 Mar 2001 18:41:04 GMT
**To:** George Roberts
**CC:**
**BCC:**
**Subject:** Re: [Fwd: [Fwd: Majors Demo Update]]

will do...

George Roberts wrote:

> I want this monthly please.
>
> Gayle Fitzpatrick wrote:
>
> > George,
> >
> > Here are the average demo ratings for Feb. for all demos. This data is taken directly from the ADS demo
feedback system:
> >
> > Period: 2/1/01 to 2/28/01
> >
> > Demo Environment Avg. #demos
> > 11i 6.8 164
> > 11.0 7.6 11
> > Internet Procurement 8.2 14
> > Miscellaneous Demos 7.5 184
> > Overall 7.2 373
> >
> > Thanks,
> >
> > /Gayle
> >
> > George Roberts wrote:
> >
> > > Jeff's perspective... and I agree. The facts help me... anecdotes do
> > > not.
> > >
> > > By the way Gayle, you mentioned that you can get me the average rating
> > > on demos... if this is the case what was the average rating from the
> > > field for Feb.?
> > >
> > > --------------------------------------------
> > >
> > > Subject: Re: [Fwd: Majors Demo Update]
> > > Date: Mon, 19 Mar 2001 09:05:11 -0800
> > > From: Jeff Henley <Jeff.Henley@oracle.com>
> > > Organization: Oracle Corporation
> > > To: George Roberts <George.Roberts@oracle.com>
> > > References: <3AB632DC.17628AB9@oracle.com>
> > >
> > > This is excellent. You should continue to publish these every week until they get fixed. When you see all
the names of prospects it's really sickening -- hopefully Larry will get sick as well and put more pressure on
getting this fixed.

EXHIBIT 62
Rachel A. Ferrer
CSR No. 6948
Date: 9/21/06
Where: Ellison

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618418

> > >
> > > George Roberts wrote:
> > >
> > > > Here is the latest on ADS from Majors. While 11.5.3 looks more complete
> > > > to the field performance does not appear to have improved. This quarter
> > > > we have to perform flawlessly to maximize our revenues and margins. If
> > > > this does not improve it will continue to impact our conversion rate.
> > > >
> > > > Sandy and Jay,
> > > >
> > > > Is the experience for your teams similar?
> > > >
> > > >-------------------------------------------------------
> > > >
> > > > Subject: Majors Demo Update
> > > > Date: Sun, 18 Mar 2001 17:16:27 -0500
> > > > From: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
> > > > Organization: Oracle Corporation
> > > > To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
> > > > CC: "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,"Cochran,Michael"
> <MICHAEL.COCHRAN@oracle.com>,"Crawford,Darryl"
> <DARRYL.CRAWFORD@oracle.com>,"Brady,Ted" <TED.BRADY@oracle.com>, xjohnson
> <xjohnson@us.oracle.com>
> > > >
> > > > George,
> > > >
> > > > As a follow-up to our demo discussions at the OPS review this week here is some current feedback from
> the Majors SC team. Most of the demos that are mentioned here were done with the 11.5.1 instances as we are
> in the midst of the rollout to the new 11.5.3 instances. Performance is the still the #1 issue with the demos. I
> know that ADS, and Ron are working on performance, but it continues to plague us. I have broken down the
> feedback into three areas: Do-Over demos, Demos Impacted by Performance, and Feedback on 11.5.3. The
> feedback on 11.5.3 is very limited since the new instances are just being used by the teams. I will make sure that
> we provide feedback to you on a regular basis as we utilize the new instances. I am reinforcing to the SC
> community the need to follow the recommendations from ADS that will help performance with the new
> instances.
> > > >
> > > > 1. Do-overs:
> > > >
> > > > Iron Mountain: We did a CVC with them last week (3/8). The performance of the system, especially
> Sales Online, was pathetic. We lost our winframe
> > > > connections twice, and the disconnected sales product didn't work (the synchronize routine failed). The
> customer has become extremely skeptical of our
> > > > performance, and is asking us to demo again to allow us to prove otherwise. And, they want this demo at
> their site in Seattle within the next 2-3 weeks.
> > > > Continental: - We did a high level demo in December in the Houston office and had some performance
> issues. Also, this demo was on 11.5.1 which had several issues in Service that patches could not be applied to
> correct until 11.5.3 so we did have to dance around some functionality. This may have been 1 of many reasons
> we had to do additional demos in February.
> > > > SAS: (CRM opportunity)- performance for telesales demo not acceptable had to reschedule meeting and
> use sales online.
> > > > Graybar: - The initial overview demo was so slow that the Graybar team talked about the system
> performance for most of the the day. We subsequently had to do
> > > the detail demo at the CVC to resolve the performance problem.
> > > >

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618419

> > >> 2. Demos Impacted due to Performance
> > >>
> > >> Wall Street Journal: Sales and Marketing, plus Interaction Center demo on 1/26. Demo done in the office performed very poorly and the customer noticed and
> > >> was "turned off" as a result.
> > >> Houghton Mifflin: Complete ERP demo on 2/20 in the Waltham office. Performance of software was abysmal during prep days, affecting the amount of prep
> > >> we were able to do. Performance improved somewhat during actual demo, although Order Management was still painfully slow. Our "dancing ability" kept the
> > >> customer from noticing it, for the most part.
> > >> Mita: Order Management/Service demo on 1/26 in our Secaucus office performed pitifully slow. Lucky for us, the customer put the blame on our own laptops....
> > >> they laughed when they heard we were running 266mhz PCs.
> > >> Good Guys: Oracle network was down for the last half hour of demo so we could not complete.
> > >> Ross Stores: The citrix server went down so we could not show ADI, publishing reports to the web. During the Ross demo the ISD server went down during the
> > >> demo so we had to relog in. (Does not look pretty.)
> > >> Xilinx: the iSD server was down so we could not show the portal that we created just for Xilinx.
> > >> Echostar: The Telesales on March 13th was very slow, while iStore was snappy.
> > >> Franklin Covey: iStore demo in December was terribly slow and we were bounced out of the session twice.
> > >> Milliken: (IP opportunity) - performance very slow (East Coast)
> > >> Ferguson: (ERP opportunity) - performance slow in the morning, but picked up late in the day (West Coast)
> > >> Unifi:(CRM opportunity) - performance for telesales demo not acceptable. Demo was rescheduled.
> > >> Springs:(ERP opportunity) - performance very slow (East Coast)
> > >> Pomeroy:(CRM opportunity) - performance very slow (East Coast)
> > >> Standard Register:(CRM/ERP) - performance very slow (East Coast). Lost deal.
> > >> Motel 6: - iProcurment/Purchasing demo was so slow that the client was uncomfortable rolling out the solution to all of their properties. No decision at this point.
> > >> Black & Veatch: - Very slow through opened ports in the clients network and the team had to switch to dial up.
> > >> Litton: Slow performance and system hangs caused distractions to the flow of the demos. Client commented several times on whether the performance was
> > >> indicative of the performance they would experience.
> > >> Agribrands: Performance was so slow during the demo that we had to provide an AT workshop on the fly to keep the tech folks happy. More importantly, the
> > >> client insisted on a performance pilot to ensure they would not have similar problems in their implementation.
> > >> Maritz: Projects demo to existing customer with very slow performance and system hangs. Contributed to the clients perception that 11i is not a stable product
> > >> or very well tested.
> > >> United: - During a financials demo at the customer site, it took 11 minutes for an ADI report to publish which is way too long. This did not cause a "do-over" but was not pretty.
> > >>
> > >> 3. Feedback on 11.5.3
> > >>
> > >> Iron Mountain (noted above). The available product set is more complete which is a good thing. The port tunnelling which ADS introduced is a plus. The SCs perceive the release as more stable (from a bugginess perspective) but they see absolutely no improvement in performance. Note: the testing exercise (in which many of our SCs were engaged) turned out to be quite demoralizing to the SCs. The performance problems during testing were so severe that most SCs were unable to even complete their tests.
> > >>
> > >> Jack in the Box: The two day demo was on 11.5.3, and it performed well. During the preparation the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618420

team discovered about fifteen problems that were
> > >> logged, and ADS fixed every one prior to the demo. There were three issues during the demo: 1) We could not demo our Jack in the Box portal going through the
> > >> Jack in the Box network; 2) The prospect required us to use Jack in the Box laptops using Internet Explorer (not Netscape). The ADS environment is tested on
> > >> Netscape, so there were some problems with things like ADI and Discoverer (we worked around these issues and it went fine); and 3) Somebody had changed a
> > >> system setting and Dave O'Connor had a problem with a Receivables transaction until Terry Endersen discovered the problem (similar to the date format change
> > >> issue we had at Warner Brothers II).
> > >>
> > >> Echostar: The days leading up to the demo for iStore were very painful. HE100E was just upgraded to 11.5.3 and there were many TARs opened, which cost my
> > >> team valuable prep time. Once the demo began, everything worked very well.
> > >>
> > >> The SC teams are anticipating demo improvement with 11.5.3, not only in the performance area but functionality. I will keep you updated regularly as we work through these issues.
> > >>
> > >> Thanks,
> > >>
> > >> /Gayle
> > >>
> > >>
> > >

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618421

# EXHIBIT 43

oracle jeff henley

| | |
|---|---|
| From: | Jeff Henley [Jeff.Henley@oracle.com] |
| Sent: | Thursday, April 19, 2001 8:34 AM |
| To: | scatz |
| Subject: | [Fwd: ADS Demo Feedback for week ending April 13] |

Re: ADS Demo    Jeff.Henley.vcf
-eedback for week..

with 11i

Absolutely incredible.  We're blowing the opportunity of a life time

ORACLE
CONFIDENTIAL



NDCA-ORCL 061369

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**oracle jeff henley**

| | |
|---|---|
| From: | George Roberts [George Roberts@oracle.com] |
| Sent: | Thursday, April 19, 2001 8:25 AM |
| To: | Ken Hamel |
| Cc: | Nugent,John; larry.ellison@oracle.com, safra.catz@oracle.com, ron.wohl@oracle.com, mark.barrenechea@oracle.com; jeff.henley@oracle.com; sandy.sanderson@oracle.com; jay.nussbaum@oracle.com, mary.anne.gillespie@oracle.com; gayle.fitzpatrick@oracle.com |

Subject: Re: ADS Demo Feedback for week ending April 13

Larry,

The scores for the GB Demos for last week  They are not heading in the right direction yet. Performance and product issues continue to hinder us every day.

Ken Hamel wrote:

George, for the week ending 4/13, here are General Business ADS scores:

Number of Demos:   38

Average Overall Score:   5.8

Average Performance Score:  6.2

The scoring on the overall and performance front are going in the wrong direction. Judging by the comments (see below), it feels like we are also running into selected product issues, as well.

**Below is an excerpt of comments in the feedback forms:**

*Absolutely awful performance. Called ADS for assistance. Decision was made to bounce the server over lunch break. That helped a little and performance improved a bit for the afternoon session.*

*Too slow. We waited 10 seconds to pull up a Task from the UWQ in TeleService. Their opinion is that this is unacceptable.*

*Concurrent managers had been stopped at some point the day before the demo   Could not get defaulting to work. Order management lines disappeared when entering orders (the prior line disappeared). Configurator didn't always come up.*

*Connected via T1 at customer site. Response time was generally good with a few exceptions: APS took longer than expected to open the manufacturing workbench. Order management performance is still an issue when opening forms, moving from field to field*

*Very good stable connection*

ORACLE
CONFIDENTIAL

NDCA ORCL 061370

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

*System was slow due to WEBEX at the beginning of the day, but after WEBEX was disconnected the Enterprise Apps - Projects ran fine.*

*Performed well for dialup.  A couple of screens took some time to load may not have been cached*

*Very poor performance: Grand Rapids office network may have contributed to performance*

*Demand Planning not usable*

*Customers network was outstanding   responsiveness degraded in the afternoon as traffic in ads increased*

*Response times were uniformly in the 15-20 second range.  the customer commented on the slowness*

*Customer Support/TeleService was extremely slow.  Specifically, drilling into open orders, open service requests, etc... took a long time -- I didn't time it but it was MINUTES -- probably in the 5 minute range   I know it wasn't the connection*

*Lost connection and was slow*

*Logged in as SVP/welcome and ran through the script a few times.  It was slow, but I expected that.  Then, when I got up to present, the customer intelligence report failed -- I stopped the transfer and called it again and it was fine.*

*Had some problems when working with Discoverer.  System locked up and I had to reboot.*

*This demo was done from the Bay Colony Waltham office.  I noticed decrease in performance using ADI when compared to the demo I did on Tuesday using the WWW access at a prospects office.*

*System performance was extremely slow today.  The CFO made a comment 5 times about how slow it was.  This is an existing customer that is evaluating whether or not to throw Oracle out and go with Navision.*

*The marketing oline screens took several seconds to paint.*

*System performance was erratic, sometimes acceptable, other times very slow*

*Response was slow for WIP and Autocreate POs from SS requisitions*

*System performance was mediocre, the self service applications took a while to load (last night I was prepping for the demo from my hotel room and it took over five minutes to load the iprocurement home page).*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decisionto move to another demo instance.  We had to re-do our prep work overnight.*

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 061371

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

*We were in our Miami office using our corporate network (no excuses) and the response time was less than acceptable  The prospect inquired about the slowness of the system and the fact that we were disconnected multiple times*

*We struggled so much with the performance issue.  We took the time to punch through their network and use WWW because we thought it would help, but the networks must have been really clogged because performance was awful*

*The demo was too slow for the customer.*

*There seem to be more bugs in 11.5 3 than there were in 11.5.1.  Defaulting rules, and lines disappearing in Order Management.  We spent an immense amount of time just trying to FORCE the system to do things that should be routine*

*Demo went very well except for two incidents where we had to shut down apps & browser and resturt.*

*The demo experience for Discoverer and Projects went well.*

*Very successful demo.  Definitely helped the sales process.  Performance via dial-up was very good, especially having to bounce between multiple instances and 2 pc's.*

*Still having the following problems:  First character typed into a field is highlighted then the second character entered replaces first character.  Very cumbersome when this happens.   Second: Mouse inoperable.  Couldn't navigate through the forms*

*Responsiveness still needs work, functionality much better, bugs still exist that are important functionality, still some holes in data*

*The response time overall was brutally slow.  I think a lot has to do with the fact that all the data pertains to the same customer, Business World.   Fortunately, I don't think speed hindered our ability to sell the products.*

*Very slow and lost connection many times -- system perf hurt demo
once cached, bis seemed to work great.  but, it was so sporatic -- especially when it didn't run while i was presenting.*

*Program worked as expected*

*The systems are getting better and the performance appears better.*

*The customer has a great networked and the response time was excellent. However, there were multiple points during the day that things just seemed to freeze and required us to reboot and establish a network connection.*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decisiont to move to another demo instance.  We had to re-do our prep work overnight.*

*Performance was still sub par for Marketing Online.  My prospect asked if their*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061372

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

*performance would be better. Before the demo, I cleared my cache and jcache and ran through my entire demo once. It did not seem to help the performance.*

*Tarantella did not function. A big part of the financial demo was AHE, Budgeting and Financial Reporting using ADI. Discoverer (using Tarantella) was another important part of the demo. Tarantella worked in the office that morning and when it was enable*

*Performance was the main contributor to the low rating*

*Followed all instructions to connect to ODP, including comments from ticket# 63243. Could not connect. Had to change proxy setting to 'Direct connection to the internet' in order to connect.*

*Due to prior connectivity problems at this client site, I built powerpoint from screen shots at office. Ended up showing just powerpoint screenshots of iStore/iSupport - this format was acceptable to client.*

*The only portion that was slow to respond was iExpenses when showing a demo of creating an expense report.*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061373

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

EXHIBIT 44

**oracle jeff henley**

| | |
|---|---|
| From: | William Plant [William.Plant@oracle.com] |
| Sent: | Tuesday, March 13, 2001 10:29 AM |
| To: | Sergio Giacoletto |
| Cc: | Jeff Henley, Jennifer Minton |
| Subject: | Re: [Fwd: [Fwd: emea license growth]] |

William.Plant.vcf

Jeff, this may be coincidence but if you look at our top 5 subs - UK, Germany, France, Italy and Netherlands (and after adjusting for the $1.5m error in Netherlands) we see technology at 33% and apps at 35% for the quarter. For the rest of the subs the technology growth was 31% and the apps growth -34%. Overall for the quarter 32% tech and 2% apps

The conclusion you could draw therefore is that in smaller subs where they dont have the critical mass it is more difficult for then to concentrate on the more complex apps sales and with customers becoming more demanding it is difficult to predict when a particular sale will occur

For the year to date the top 5 subs are growing technology at 25% and apps at 88%. The smaller subs are at 9% for technology and 19% for apps

Hope this helps. Regards, William

Sergio Giacoletto wrote:

> I have a simple, internal only, explanation ..
> given the R11i problems in Q1/Q2 many of our salespeople decide to focus on
> technology to make their
> quota and wait for the product to be stable
> Ciao
>
> Jeff Henley wrote:
>
> > fyi
> >
> > _____
> >
> > Subject: Re: [Fwd: emea license growth]
> > Date: Mon, 12 Mar 2001 18:05:55 -0800
> > From: Larry Garnick <Larry.Garnick@Oracle.com>
> > Organization: Oracle Corporation
> > To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
> >     Jeff Henley <Jeff.Henley@Oracle.com>
> > CC: Ivgen Guner <Ivgen.Guner@Oracle.com>,
> >     William Plant <William.Plant@Oracle.com>
> > References: <3AAD621F.A6D5F16E@oracle.com>
> >
> > The oddity is Europe where server is way up and apps are way down. Trending,
> > you would expect $55-60 million in apps revenue in Europe, but actual was CD
> > $38 million. The apps forecast was $45 million. We compared actuals to
> > forecast by country and found that all countries except the UK and Emerging
> > Territories came in under forecast for apps. Conversely, Server actuals were
> > above forecast in 75% of the EMEA countries. It does not appear to be an
> > error coming from one or two countries, but does need explaining.
> >
> > Thoughts, William?



Δ π EXHIBIT 82
Deponent_____
Date_____Rptr.____
WWW.DEPOBOOK.COM

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061297

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> >
> > Jennifer Minton wrote:
> >
> > > please look at all large deals in EMEA in Q2 and Q3 to see if this
> > > explains the unusual trends.
> > >
> > > _____
> > >
> > > Subject: emea license growth
> > > Date. Mon, 12 Mar 2001 15 47 41 -0800
> > > From: Jeff Henley <Jeff.Henley@oracle.com>
> > > Organzation: Oracle Corporation
> > > To: "PLANT,W." <WILLIAM.PLANT@oracle.com>
> > > CC· jminton <jminton@us.oracle.com>
> > >
> > > I know you're looking into database and apps but the growth rates seem
> > > crazy vs trend and the Q3 forecast--database too high and apps too low.
> > >
> > > _____
> > >
> > > Jeff Henley <Jeff.Henley@oracle.com>
> > >
> > > Jeff Henley
> > >   <Jeff.Henley@oracle.com>
> > > Additional Information:
> > > First Name    Jeff
> > > Version       2.1
> > >
> > > _____
> > >
> > > Jennifer Minton <Jennifer.Minton@oracle.com>
> > >
> > > Jennifer Minton
> > >   <Jennifer.Minton@oracle.com>
> > > Additional Information:
> > > First Name   Jennifer
> > > Version      2.1
> >
> > _____
> >
> > Larry Garnick <Larry.Garnick@Oracle.com>
> > Assistant Corporate Controller
> > Corporate Finance
> >
> > Larry Garnick
> > Assistant Corporate Controller  <Larry.Garnick@Oracle.com>
> > Corporate Finance
> >                     Cellular: (650) 867-6175
> >                     Fax: (650) 633-0839
> >                     Home: (650) 344-7491
> >                     Work: (650) 506-4050
> > Additional Information:
> > Last Name    Garnick
> > First Name   Larry
> > Version      2.1

2

ORACLE
CONFIDENTIAL

NDCA-ORCL 061298

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

EXHIBIT 45

**From:** Sergio Giacoletto
**Sent:** Thu, 07 Jun 2001 07:57:40 GMT
**To:** mark.barrenechea@oracle.com
**CC:** Lawrence Ellison; Catz; Safra; Henley; Jeffrey; Sanderson; Edward; Roberts; George; Nussbaum; Jay; WILLIAMS; DEREK; Jarvis; Mark; Rosser; Michael
**BCC:**
**Subject:** Re: CRM Business Update - my feedback

EXHIBIT 77
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness: Ellison

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162213

```
begin:vcard
n:Giacoletto;Sergio
tel;cell:+ 41 79 200 75 06
tel;fax:+ 41 22 799 99 33
tel;home:+ 41 22 757 14 26
tel;work:+ 41 22 799 99 30
x-mozilla-html:TRUE
adr:;;;;;;
version:2.1
email;internet:Sergio.Giacoletto@oracle.com
fn:Sergio Giacoletto, EVP Oracle EMEA
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162214

Mark,

I also disappointed by the results.... but... **as you know, we had six-nine months of product issues which caused loss of confidence by sales, partners, analysts and customers.**
Even as of today, R11.5.4 which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001.
This continued delay between the American English release and the local language is hurting us.

The good news are that confidence is building back, we start getting live customers and I can see the momentun coming back.

We have dedicated CRM sales reps in UK, NL, FR and we will continue to increase the number.

I have given a target to the countries for FY02 to double our revenue from FY01, ie 100 $M target.

I like to take the opportunity to thank you and your group for the good support provided to our critical customers and to ask for your continued involvement, particularly as we try to penetrate new accounts and new markets, with innovative approaches to catch up with Siebel ( like the Nokia opportunity, the Dendrite deal, etc.).

Best regards

Mark J Barrenechea wrote:


**BY THE NUMBERS: License (mil)**

| | | |
|------|-----|------------------|
| FY98 | 31 | |
| FY99 | 79 | |
| FY00 | 242 | through Q3 126mil |
| FY01 | 225 | through Q3 170mil |

**** FY01 Q4 clearly was a large issue ****

**BY AREA BREAKDOWN - YTD FY01**

| AREA | Stretch | Quota | Actual | % of Quota |
|------|---------|-------|--------|-----------|
| OPI | 130 | 94 | 61.3 | 65% |
| NAS | 120 | 70 | 72.2 | 103% |
| OSI | 110 | 70 | 26 | 37% |
| EMEA | 85 | 85 | 50 | 59% |
| APAC | 35 | 35 | 10.5 | 30% |
| Configuator | 50 | 50 | 25 | 50% |

**YEAR TO YEAR COMPARISON**

| AREA | FY00 | FY01 | %Growth |
|------|------|------|---------|
| OPI | 74 | 61.3 | -21% |
| NAS | 50 | 72.2 | 31% |
| OSI | 42 | 26 | -62% |
| EMEA | 33 | 50 | 34% |
| APAC | 8 | 10.5 | 24 |
| Configurator | 36 | 24 | -50% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162215

I maintain a few points:
  - We need dedicated and skilled SC teams.  NAS, UK, Rosser are excellent models for FY02.
  - Increase partner selling

There is no reason our FY01 Stretch goals are not the actuals for FY02!!!

--mark

[This email is not with standing product issues]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162216

EXHIBIT 46

**oracle**

| | |
|---|---|
| From: | Mark Jarvis [Mark.Jarvis@oracle.com] |
| Sent: | Thursday, August 30, 2001 8:09 AM |
| To: | Benny Souder |
| Cc: | Andrew Mendelsohn |
| Subject: | Re: [Fwd: PR on our good peope;  Re: two suggestions] |

Mark.Jarvis.vcf

unless we make our revenue numbers in Q1, executives stop leaving and we get 11i customers that actually save money (and are prepared to publicly state that), no journalist is going to care.  they are always looking for negative stories or angles.  400 SVPs are oracle is (a) not a story and (b) nothing special.  As such, they won't care.

We are going through a rough patch because 11i did not work (but it does now), we missed two quarters and we pissed off a lot of customers with the apps upgrade to 11i.  that is what the press like to cover.


Benny Souder wrote:

> Thanks.
>
> Would it perhaps be possible to speak about it in general terms, ie. there are
> 400 SVPs at Oracle with an average experience of 400 years, or 200% of
> engineering has been at Oracle over 200 years, or something?  I'm not sure such
> demographic profiles make a reasonable press release, but it might make a slide
> for the next analyst briefing, or something.
>
> Benny (coding for 29 years, managing for 19 years, at Oracle for 12.5 years --
> sheesh, I'm old!)
>
> Mark Jarvis wrote:
>
> > From ST specifically, Chuck has specifically told us he does not want any of
> > his people publicised for fear that they will be recruited away.  Larry has
> > also banned all press releases related to executives being hired or promoted.
> > mark
> >
> > Andrew Mendelsohn wrote:
> >
> > > ------------------------------------------
> > >
> > > Subject: PR on our good peope; Re: two suggestions
> > > Date: Wed, 29 Aug 2001 18:48:39 -0700
> > > From: Andrew Mendelsohn <andrew.mendelsohn@oracle.com>
> > > Organization: Oracle Corporation
> > > To: Benny Souder <benny.souder@oracle.com>
> > > References: <3B8D698F.BEF0BB@oracle.com>
> > >
> > > Benny,  This is an interesting PR question.  There certainly are lots of
> > > stories about senior executives leaving Oracle.
> > >

1

EXHIBIT 80
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness Ellison

ORACLE CONFIDENTIAL

NDCA-ORCL 062223

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > > Mark, Should we do more marketing of our key hires and the depth of our
> > > organization?
> > >
> > > Andy
> > >
> > > Benny Souder wrote:
> > >
> > > > I read how everyone thinks there is a big "brain drain" here at Oracle.
> > > > I'm not sure that is true, but that may be the perception people have.
> > > >
> > > > Perhaps we adopt the policy I've seen other companies have of announcing
> > > > promotions and key new hires.  For example, I heard that CRM hired a
> > > > senior manager from Kana, and a senior manager from Blue Martini.  I
> > > > don't recall seeing an announcement that they had joined Oracle.
> > > >
> > > > My first suggestion is that perhaps publicizing some of our hires and
> > > > promotions would change people's perceptions.
> > > >
> > > > My second suggestion is that we should actually profile Oracle
> > > > employees, at least for the higher levels.  For example, when Charles
> > > > Schwab came to the CVC, they were astonished to find that each presenter
> > > > had been at Oracle for more than 10 years.  I think people may have the
> > > > perception that there aren't a lot of senior, experienced, knowledgeable
> > > > people at Oracle.
> > > >
> > > > If you see value in either of these ideas please discuss with Chuck,
> > > > Larry or take whatever action you feel appropriate.
> > > >
> > > > Thanks,
> > > > Benny

2

ORACLE CONFIDENTIAL

NDCA-ORCL 062224

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

EXHIBIT 47

## HOW WE SAVED A BILLION DOLLARS
### BY LARRY ELLISON

At the start of fiscal year 2000, we announced that Oracle would become an e-business, and in doing so, save one billion dollars. In other words, we would use our own application software—the Oracle E-Business Suite—to put every aspect of our business on the Internet. The success of our move into the 'new economy' would be measured the 'old economy' way. The question was—once Oracle became an e-business, would our margins improve enough for us to save a billion dollars? The answer turned out to be no. We're going to save a lot more.



LAWRENCE J. ELLISON
ORACLE CHAIRMAN & CEO

A billion dollars in annual savings translates to a 10-point improvement in our operating margin. We've already exceeded that goal. In the fourth quarter, our operating margin was up nearly 14 points to over 41%. For the full year, net income without investment gains increased 61% to over $2 billion. Net income including investment gains was over $6 billion. Cash went from $3 billion to $8 billion. Sales topped $10 billion. The stock was up 500%. Oracle's market capitalization approached a quarter of a trillion dollars. It was a good year.

Not everything went up. Revenue went up from $8.8 billion to $10.1 billion, but headcount went down from 44,000 to 41,000. Application sales went up 61% in Q4, but quarterly expenses went down. We're selling more. We're spending less. And we're only half-way through our e-business transformation. How much faster can sales grow? How much more can we save? We'll find out this year, when we complete the process of becoming an e-business.

ORACLE
SOFTWARE POWERS THE INTERNET

Oracle Corporation reprint © 2000

CA-ORCL 012195

NDCA-ORCL 015757

# HOW WE SAVED A BILLION DOLLARS
## BY LARRY ELLISON

*It's not just about how well your software works together...*

But what is an e-business anyway? It's all about the Internet and globalization.

An e-business uses a global network—the Internet—and a global database to integrate all aspects of doing business. Every business function—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources, everything—uses the same global network and the same global database. An e-business runs on one unified computer system. Everybody is connected. And all the information is in one place.

Oracle was the first software company to move its application products to the Internet. In fact, we started moving all our software to the Internet back in 1995. So we've been using our own Internet application software to run our business for the past couple of years. Our Internet systems were a big improvement over the old client/server systems they replaced. Having all our customers, suppliers and employees online made Oracle a more responsive and efficient organization. But the huge productivity gains we were looking for somehow eluded us. All our applications were on the Internet. Everyone was connected. What was the problem?

Our information was scattered across hundreds of separate databases. That was the problem! Each one of our organizations—marketing, sales, service, etc.—had its own computer system. Each computer system had its own database. We had hundreds of databases around the world. Our data was so fragmented, it was difficult for people to find the information they needed to do their jobs.

Separate databases also made it difficult to share information between organizations. And if groups can't share information, they don't cooperate. So, marketing didn't cooperate with sales.

Germany didn't cooperate with France. It was lack of shared information that was limiting cooperation between groups at Oracle—not cultural differences or flawed human nature. And lack of cooperation led to duplication of effort and inefficiency. To eliminate this inefficiency, we had to make information easier to find and easier to share. But how?

The solution was quite simple. If we put all our information in one place—a global database on the Internet—then everyone would know where to look to find the information they needed. While conceptually simple, this single, unified database approach required fundamental changes to our application software. It turned out to be a massive engineering effort involving thousands of computer programmers. But when we finished the Oracle E-Business Suite, it was the first and only set of applications to work with a single global database.

We also developed several new applications, so that the E-Business Suite would be complete. Today, the suite includes every application you need to run your business—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources—everything. It works in every country and in every language. The E-Business Suite is the first and only complete set of applications ever to have been built.

Before Oracle released a complete suite of applications, customers had no alternative to acquiring application software from multiple vendors. Customers had to carefully analyze and choose the 'best' application software for each part of their company. For example, a customer might choose Epiphany for marketing, Siebel for sales, Broadvision for the Web store, Clarify for service, Ariba for procurement, i2 for supply chain, SAP for manufacturing and accounting, and PeopleSoft for human resources.

CA-ORCL 012196

NDCA-ORCL 015758

Unfortunately, these products were not designed or built to work together.

And it's not the responsibility of the software vendors to make their different products work together. Instead, you, the customer, are responsible for making all the different products work together. It's a process called systems integration. Systems integration consists of connecting the different vendors' systems—a kind of gluing them together—in the hope of making them work like a unified system. IBM heavily promotes this multi-vendor systems integration approach. And IBM employs 130,000 consultants to help you make it work.

Systems integration is an enormously complex, expensive and time-consuming process. And there are serious limits to the level of integration you can achieve with a multi-vendor system. The biggest problem is that every vendor's applications are engineered to work with their own separate database. Systems integration cannot make different vendors' applications work with a single database. So, if you choose five software vendors, you get five separate and distinct databases. And that's if you operate in just one country. If you operate globally, the data fragmentation problem multiplies.

Of course, it would be much easier if all your applications were designed and built to work together. Then no systems integration would be necessary. Then information would be easy to find and share, because it would be in one global database. That's what you get when you choose the unified set of applications that make up the Oracle E-Business Suite.

Choosing between a unified suite of applications or a multiple-vendor approach is not simply a matter of software strategy. It's not just about how well your software works together. It's about how well your organizations work together. Sharing information is key to eliminating duplication of effort. Sharing information is key to achieving specialization and economies of scale. Sharing information is key to standardizing business processes and implementing best practices. Sharing information between employees, distribution partners, and customers has already helped Oracle save over a billion dollars.

Now, everyone is excited about the prospect of saving more. But when we first began to move our business processes to the Internet and our information into a global database, we encountered a lot of resistance. Most Oracle managers wanted to proceed 'cautiously.' But I felt that if we didn't move fast, we were going to miss the biggest opportunity in the history of business. It took a while for me to understand that changing technology was the easy part of becoming an e-business. Convincing people to change the way they worked—that was the hard part.

Before you can change, you have to admit you have a problem, you have to understand your problem, and you have to communicate the problem clearly so everyone understands why the change is needed. In our case, the problem was quite clear: our information was so fragmented, people didn't have access to the information they needed to do their jobs. Since we're the world leader in information

> ...It's about how well your organizations work together.

**QUARTERLY MARGIN**

Oracle Corporation reprint © 2000

CA-ORCL 012197

NDCA-ORCL 015759

HOW WE SAVED A BILLION DOLLARS

*BY LARRY ELLISON*

management technology, this was especially embarrassing. But it was intriguing, too. If we were having trouble with our internal computer systems—and we're supposed to be experts—how well were other companies doing?

I talk with CEOs almost every day. Virtually none of them have access to all the information they need, even though all of them are spending a fortune on information technology (IT). If we could solve our internal business systems problems, we would be in an ideal position to help our customers better understand and solve their problems. Solving our problems would not only help us save money, it would demonstrate that we really were experts—not just in technology—but in using technology to efficiently run a business.

Back to the problem. All of Oracle's information was in databases—of course—but there were too many of them. We had hundreds of large server computers managing hundreds of separate databases. For example, Oracle had six separate customer databases— marketing, Web store, telesales, field sales, accounting and services. And that was just in the United States.

Around the world we had over a hundred customer databases. France had six customer databases. So did Japan and Brazil. Virtually every country we did business in had multiple customer databases. Scattering our customer information across more than a hundred separate customer databases was our worst data fragmentation problem, but not our only one. We had 140 product and pricing databases, 70 separate human resources databases and 97

> Sharing
> information
> is key to
> eliminating
> duplication
> of effort.

QUARTERLY REVENUE PER EMPLOYEE
(\$ THOUSANDS)

e-mail databases. The list went on and on.

Every country had its own data center filled with computer hardware. Each data center had its own IT staff maintaining separate systems for marketing, sales, service, etc. We were paying top dollar to maintain hundreds of separate computer systems and hundreds of separate databases around the world. The more we spent, the worse it got. Every time we added a new computer system and database, our information got more fragmented. The more databases we had, the harder it was to get information about our business.

We had another problem. Since every organization within Oracle had its own computer system, every organization could invent its own business processes, and then tailor its computer systems to automate those processes. Marketing in France invented its own marketing processes and tailored its marketing computer system to suit. Germany did the same. So did the U.K. And so on. Every country invented its own business processes for marketing, sales, service— everything—and operated the way it deemed best. Everything was non-standard. The duplication of effort was appalling.

To solve our problems, the only thing we really had to do was move our business processes to the Internet, and our information to a global database. But we wanted to do more than simply solve old problems—however big they were. We wanted to use the Internet to pursue new opportunities. To do that, we would have to do more than globalize our computer systems. We would have to globalize our business. That meant

CA-ORCL 012198

changing the way we were organized and managed. The Internet global network and global database were simply the technologies that made globalization possible.

Oracle has always been organized hierarchically by geography. The business is divided into four geographic regions—North America, Europe, Asia Pacific and Latin America. Each region was managed by a senior executive with a regional headquarters staff. Each country had a general manager plus teams of people doing marketing, sales, service, accounting, legal, etc. Every regional headquarters and every country had its own computer systems to support its activities.

These distributed computer systems, along with divided management responsibility, conspired to create our duplication of effort problems. Marketing was a typical example. We had a marketing group at corporate headquarters. We had another marketing group at European headquarters. We had a marketing team in every country. In the end, our country managers would invent the marketing strategy they felt was best for each of their countries. So, every country had different marketing policies, processes and programs.

Take a simple matter like pricing. For a long time I headed a group at Oracle headquarters that set global prices for our products. Or so I thought. In actuality, my pricing 'decisions' were first reviewed by the corporate headquarters marketing group, second by our European headquarters marketing group, and then by every country's marketing team. The price could get changed several times—sometimes up, sometimes down—before it got to the customer. Some countries would decide not to sell the product at all.

Oracle was in effect a feudal operation run by a group of autonomous general managers. We could set global prices and other global policies at corporate

headquarters, but it was difficult to monitor or enforce them. For years, our general managers set their own prices, invented their own policies and procedures, and ran their own computer systems. As long as they delivered adequate profit, we left them alone to run their businesses.

This loose federation of independent organizations had worked reasonably well for a long time. But in an era of increasing globalization, it was breaking down. Our customers wanted us to offer the same prices, products and services around the world. And we wanted to eliminate duplication of effort. We wanted to set a price once—not 150 times. We wanted to develop a marketing program once—not 150 times. We wanted to develop a business process once—not 150 times. We needed to globalize the business.

The very first organizational change we made was globalizing IT. We decided to move all the IT people from the countries and regional headquarters to a new Global IT organization. Our general managers fiercely resisted this change. They were not enthusiastic about relying on corporate headquarters for their essential automation systems. They were used to being self-sufficient. How could we convince them to support our globalization program?

We changed their compensation plans. Our general managers have always been paid a bonus based on how much they increased sales and profits. If they continued to run their own IT departments, they had to pay for it out of their budgets, thus lowering their profit margin and their annual bonuses. Or, they could use our new Global IT systems for 'free.' We would not charge them for global services. Resistance diminished, but it didn't go away. Our general managers just didn't trust a corporate headquarters organization to deliver all the computer systems they needed to run their businesses.

*Sharing information is key to achieving specialization and economies of scale.*

Oracle Corporation reprint © 2000

5

CA-ORCL 012199

NDCA-ORCL 015761

## HOW WE SAVED A BILLION DOLLARS
### BY LARRY ELLISON

*Sharing information is key to standardizing business processes and implementing best practices.*

Global IT first had to prove itself.

The proof came with the highly visible success of Global IT's very first project—global e-mail. When Global IT started the project, Oracle had 97 client/server e-mail systems running on 97 large server computers located all over the world. Every country had its own e-mail system and its own team of people to manage it. The new Global IT organization replaced all 97 of the old e-mail systems with a single Internet e-mail system running entirely on two computers in our global data center in California. (For safety, we have copies of all our data plus stand-by computers in our backup data center in Colorado.)

The global e-mail project was a stunning success. We used the Internet and our own database technology to link everyone in the company to a single, unified e-mail system. The new e-mail system is one-tenth the cost of all the systems it replaced. It's faster than the old in-country e-mail systems. It's more reliable and more secure. It supports all local languages. It's much easier to use. And it's 'free' to the country managers.

Oracle saves over $30 million a year as a result of the Internet e-mail project. And in the process, the new Global IT organization had proven itself. We no longer had to push for people to be transferred from the countries to Global IT. The country managers loved the idea of computer systems that just worked, especially when they didn't have to pay for them.

As we completed the globalization of IT, we gained huge economies of scale not only in labor, but also in purchasing computer equipment and network services. The best example of this was our newly upgraded global network. It cost less than our old network, yet the new network is much faster and more reliable. And that's just what we needed for the next phase of our e-business transformation.

Global e-mail had been relatively quick and easy. The improvements in e-mail were immediately visible to everyone in the company. We proved that this Internet thing actually works and saves money. But the cheap thrills were over. The next computer systems to go global on the Internet were marketing and sales.

We decided to globalize the marketing organization as well as the marketing computer systems. We left the marketing people in the countries, but they now reported to a Global Marketing executive—not the country or regional managers. In the end, only sales and associated consulting services still report to our country managers. And even these activities are automated and monitored by our new global computer systems. Oracle has abandoned the model of distributed general management. Management specialization was part of our globalization process.

The deal with the country managers was always the same. The marketing changes were no exception. If the country managers kept their marketing people and marketing computer systems, they paid for them. Marketing services— people and systems— provided by global organizations were 'free.' Trust in corporate headquarters and confidence in Internet technology had grown dramatically as a result of the recent success of Global IT. In a very short time, most marketing people around the world were voluntarily moved to the Global Marketing organization.

The benefits were immediate. Marketing costs went down because duplication of effort was eliminated. Every country stopped designing its own marketing programs, because we used the Internet to implement the same marketing programs all over the world. Every country stopped doing its own pricing, because customers could see the

CA-ORCL 012200

NDCA-ORCL 015762

official price list at our global Web store at oracle.com. The prices we set at headquarters were instantly visible all over the world. No more delays. No more duplication of effort. No more bureaucracy. No more ignoring policy.

But Global Marketing's most important set of accomplishments centered around using the Internet to increase the reach of our marketing programs. For example, generating leads via e-mail is a thousand times cheaper than using conventional direct mail, and we get a better response rate—even in Colombia, South America. It works all over the world. Today, we spend less to generate leads. We generate more and better qualified leads. And e-mail is environmentally more friendly than direct mail—even if you use brown paper.

Global Marketing moved our product seminars to the Internet. Internet seminars cost about two dollars per attendee, while a hotel seminar costs a hundred times more. Internet seminars are better attended because they consume less time for everyone involved—prospects, references and product experts alike. Now our best product experts and our best customer references meet regularly with large numbers of prospects from all over the world, and it only takes an hour out of their day. Most people don't miss traveling to hotel seminars. And nobody misses the food.

We moved all of our product demonstrations to the Internet. So now we demonstrate our software products at our Internet seminars and on our Web store. Anyone can see how our latest products work by simply clicking a button. If they like what they see, they can get more information or buy with another click. Internet product demonstrations and our Web store delivered big productivity gains to our sales force. But that was just the beginning.

Our new Internet sales system has made our entire sales process more

uniform and automated. When prospective customers come to our Web site, we collect information about them and then immediately route them to the latest information about the products and services that interest them. In a day or two, the system automatically follows up with additional information via e-mail and, optionally, regular mail. And the system keeps the salesperson informed through every step of the process.

Ideally, we make the sale at our Web store without assistance from a salesperson. Everyone agrees it's ideal because Oracle's costs are minimized and the salesperson's time is conserved. And there's no conflict, because we pay the salesperson the same commission regardless of how we sell—Web store, on the telephone, or face-to-face.

Our Internet sales system automates and enforces a step-by-step process for selling our products. It's a global system so the sales process is the same all over the world. The system tracks every lead from capture, through every stage of the sales process, up to the close. This gives us a highly accurate view of sales activity, so we can forecast the quarter with much greater accuracy than ever before.

And our sales force is about to become even more productive, because of a level of cooperation with distribution partners that was impossible before the Internet. The newest version of our online sales system allows us to share leads with distribution partners. We just began sharing leads with a leading computer manufacturer and large consulting firm. Our respective sales teams will work cooperatively throughout the entire sales process. Our Internet sales system is a sales force multiplier. Our one sales force just became many.

And our many service organizations are becoming one—on the global Internet. Our 6,000 person customer support organization had been divided into several geographic groups. Each

> *Sharing information between employees, distribution partners, and customers has already helped Oracle save over a billion dollars.*

CA-ORCL 012201

NDCA-ORCL 015763

# HOW WE SAVED A BILLION DOLLARS

## *BY LARRY ELLISON*

group had its own computer systems and its own support database. Sound familiar? Last year customer support submitted a plan for more hiring and lower margins. The plan was not approved. Instead we used the Internet to improve customer service and satisfaction without hiring any additional people.

First, we moved all of our service information onto our Web site. That gave all our customers immediate self-service access to most of the information they needed. Now we are moving all of our customer support people to a single global system on the Internet. Once we complete that process later this year, we will be able to organize our thousands of support service people by product expertise rather than geography. That means our most qualified people will work on customer problems, regardless of where in the world the problem occurs. We will track problems around the clock and around the globe. Our support people will be more productive and our customers more satisfied.

A year ago, education was our worst performing organization. They submitted a budget with margins targeted at a dismal 13%. I thought education was capable of margins of 50%—but they would have to move aggressively to the Internet. They would have to market and sell classes on the Internet, register students on the Internet and teach classes on the Internet. Education is doing all of this and more. By the end of the year their margins hit 33%. When we complete our e-business transformation, I bet they'll be at 50%.

I could go on and on. There are numerous additional examples of improvement at Oracle. But virtually every improvement was a result of the same strategy. We standardized our business processes and moved them to the Internet. We consolidated all our separate databases into a single global

database. We unified all our separate computer systems using the E-Business Suite.

Shared information enabled people to communicate more clearly and work together better—as a team. Since our new unified computer systems were interdependent, groups using those systems become dependent upon one another. With interdependency came cooperation, specialization and economies of scale. When we globalized our business, our operational inefficiencies began to melt away. It was amazing.

The introduction of Internet technology led us to globalization which, in turn, gave rise to even deeper changes at Oracle—changes in the culture and values of the company and its management. Oracle had been a company made up of many independent business groups, managed by self-reliant generalists who valued their autonomy. Oracle has become a company of interdependent business groups, managed by specialists who value their knowledge and excel at teamwork.

As a result, it's more fun to work at Oracle these days. There's less management conflict, because decisions are based on up-to-date, shared information. Facts, not force of personality, rule the day. The more we know, the more rational our decisions.

Oracle's getting smarter. Oh, the possibilities...

*Lawrence J. Ellison*

Oracle Corporation reprint © 2000

6

CA-ORCL 012202

NDCA-ORCL 015764

EXHIBIT 48

http://www.firstcall.com/links/4...903390839600106217739176270.html

09:22am EST 15-Dec-00 Thomas Weisel Partners LLC (Robert Schwartz 617.488.4625)
ORCL (TWP): 66% Apps Growth Highlights In-Line Q2

December 15, 2000                               Thomas Weisel Partners LLC

B2B e*Commerce/e*Business Applications     Oracle1,3- MARKET PERFORM
NASDAQ: ORCL-$27.50              66% Apps Growth Highlights In-Line Q2

Robert Schwartz, Ph.D. 617.488.4625 rschwartz@tweisel.com
Kevin McGuire 415.364.2656 kmcguire@tweisel.com
David Gremmels, CFA 617.488.4630 dgremmels@tweisel.com

Executive Summary

*Oracle reports in-line revenue and EPS. Yesterday after the close, Oracle
reported in-line revenue of $2.66bn (+15% Y/Y) and EPS of $0.11 (+68% Y/Y),
compared to our estimates of $2.72bn and $0.11. The strong dollar had a -8%
impact on the top line, but higher-than forecast operating profitability
offset the negative effect.

*Q2 applications growth at the high end of the Street's range. Oracle made up
for disappointing applications license sales in Q1 by posting 66% growth in
Q2. Notable wins at American General, Hewlett-Packard, JDS Uniphase, QUALCOMM
and others highlighted solid demand for the company's 11i e-business suite.

*Our long-term investment thesis remains intact. We project Oracle must hit
60% apps growth over the next five years to justify its current valuation, a
prospect we find difficult to swallow in the face of stiff competition from
best-of-breed vendors. Despite a solid Q2, we believe Oracle still has a long
row to hoe before establishing the kind of traction for 11i that results in
enterprisewide wins.

*Fine-tuning 2001 revenue estimates, maintaining EPS estimates. We are fine-
tuning our FY01 revenue estimate to $12.0bn from $12.1bn to account for a
slight shift in revenue mix. We maintain our EPS projections going forward
and reiterate our MARKET PERFORM rating.

| Key Data: | | | | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| Price: | $27.50 | Adjusted EPS | | | | |
| 52-Week Range: | $46-$19 | Q1 | | $0.04 A | $0.08 A | $0.10 E |
| Market Cap. (bn): | $161.6 | Q2 | | $0.06 A | $0.11 A | $0.13 E |
| Shares Out. (mn): | 5,875.0 | Q3 | | $0.08 A | $0.12 E | $0.15 E |
| Avg Daily Vol.: | 47,147,600 | Q4 | | $0.15 A | $0.20 E | $0.25 E |
| Fiscal Year End: | 31-May | Year | | $0.34 A | $0.52 E | $0.63 E |
| | | P/E | | 80.1x | 53.3x | 43.6x |
| Debt/ Total Capital: | 6% | Revenues ($mn) | | | | |
| Mkt Cap/ TTM Sales: | 15.0x | Q1 | | $1,985 A | $2,262 A | $2,703 E |
| Net Cash/ Share: | $0.69 | Q2 | | $2,322 A | $2,660 A | $3,227 E |
| Book Value/ Share: | $0.84 | Q3 | | $2,449 A | $2,943 E | $3,582 E |
| Price/ Book Value: | 32.8x | Q4 | | $3,374 A | $4,144 E | $5,077 E |
| | | Year | | $10,130A | $12,008E | $14,588E |
| | | Previous Year | | | $12,136E | |
| | | TEV/ Sales | | 15.5x | 13.1x | 10.8x |

Company Description: Oracle Corporation is the largest database (DBMS) and
second largest independent software company in the world. In addition, the
company provides leading enterprise resource planning (ERP), supply-chain
management (SCM), customer relationship management (CRM) and Internet exchange
software.

Applications License Growth Highlights an In-Line Q2

66% Growth in Apps Beat Our Estimate, But Other Rev Lines Did Not

Oracle delivered an in-line fiscal Q2 highlighted by top-line revenue of
$2.66bn (+15% Y/Y), slightly light of our $2.72bn estimate. License revenue of
$1.1bn registered 24% growth over the year-ago period, meeting our estimate of
$1.1bn. Services revenue of $1.54bn (+9% Y/Y), also essentially met our $1.6bn

1 of 3                                                      12/15/2000 8:09 AM



http://www.firstcall.com/links/41/...5505083960516621/13991762/0.html

estimate. The Euro's weakness combined with the dollar's strength was a challenge in the quarter for Oracle, impacting the top-line by -8%. Using constant dollar figures for year-over-year comparisons would have resulted in total license growth of 32%. Better-than-expected operating margins of 36% resulted in EPS of $0.11, in line with our $0.11 estimate.

The company experienced particular strength in its applications business, as that segment grew 66% Y/Y overcoming a disappointing start to the fiscal year. The $279mn in revenue this quarter underscored the company's ability to close on a "strong" pipeline for its 11i e-business suite that was built earlier in the year. $775mn in database license sales (+19% Y/Y growth) was 2% below our $787m estimate. Using constant dollar figures for each segment, database would have registered 26% growth and apps license sales would have increased 73%. All geographies performed well in FQ2, with the Americas and Asia-Pacific leading the charge with 35% and 43% Y/Y license growth, in local currency terms, respectively. EMEA continues to be the laggard (+20% Y/Y), but management indicated that business conditions are improving in Europe after a slow start to the fiscal year.

Operating Margin Gains Continue in Q2

Again, Oracle witnessed impressive gains in operating profitability. The company reported an operating margin of 35.6%, 330 basis points ahead of our 32.3% estimate, and a 1,080bps increase over last year's 24.8%. Oracle recently finished implementing Marketing Online globally and will complete the rollout of Contracts very soon. The company plans on continuing the global rollout of the services portion of its CRM platform over the next six to nine months, specifically the TeleService, Service Online and Customer Intelligence modules.

Balance Sheet Remains One of the Industry's Strongest, in Our View

Oracle's balance sheet continues to strengthen, in our view, with the company now possessing over $4.3 billion in cash. Cash declined slightly from Q1, as the company continued its aggressive stock repurchase program by buying back $2-3 billion of stock in the quarter. The company continues to manage accounts receivable well with days sales outstanding (DSOs) falling to 66 days from 67 last quarter. Deferred revenue fell as a percentage of revenue ($1.05bn or 36 days), but we note that it remains in line with historical norms.

Several Notable Wins in the Quarter

The company continues to witness the percentage of large deals increase, as the figure rose to 45% in Q2 from 36% last quarter (defined as deals greater than $500,000). Notable wins in the supply-chain management (SCM) area were GE Power, Hayworth, JDS Uniphase, QUALCOMM and Teradyne. Management noted that the company won over 20 advanced planning and scheduling (APS) deals in Q2. On the customer relationship management (CRM) side, American General, BellSouth and Hewlett-Packard were significant customers in the quarter.

Fine-Tuning 2001 and 2002 Estimates

We have updated our model to reflect fiscal Q2 results, and incorporated the company's financial guidance provided on the conference call. We made a slight shift in our  revenue mix, our top-line figures have changed minimally. Our fiscal 2001 revenue estimate goes from $12.1bn to $12.0bn and fiscal 2002 remains the same at $14.6bn. As illustrated in the following table, our quarterly revenue estimates change by no more than 1%. Higher operating profitability picks up for whatever revenue changes we have made, so therefore our EPS figures remain unchanged.

MARKET PERFORM Rating Based on Long-Term Execution, Not One Quarter's Performance

Our investment thesis on ORCL is not based on what the company does in any particular quarter. Certainly, quarterly performance is a meaningful data point that we incorporate into our thinking, but we prefer to focus on whether Oracle can deliver value over a longer period of time.

12/15/2000 8:09 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420618



http://www.firstcall.com/links/4....035950839605166217/399176270.html

In our opinion, the leverage in Oracle's story has to emanate from the applications side of the business. As we pointed out in our initiation piece on November 17, Oracle needs to grow its current apps market share of 1.7% nearly five-fold to justify its current valuation (assuming 19% DBMS growth, 25% services growth and continued operating profitability gains). In fact, at yesterday's closing price of $27.50, we estimate that Oracle needs to sustain nearly 60% annual growth from its applications business over the next five years to justify that price.

Fair Value of ORCL Based on Five-year Applications Revenue Growth

| Fair Value | Five-Year Apps Rev Growth | Apps Market Share |
|------------|--------------------------|-------------------|
| $22 | 40% | 5.0% |
| $24 | 47% | 6.5% |
| $28 | 59% | 9.5% |
| $30 | 64% | 11.0% |
| $32 | 68% | 12.5% |
| $35 | 73% | 14.5% |
| $40 | 81% | 18% |

Note: Analysis assumes 19% DBMS growth, 25% services growth and continued operating profitability gains. Source: Thomas Weisel Partners and company data

However, with strong best-of-breed vendors competing on all fronts, we believe the company may be challenged to sustain Q2's 66% apps Y/Y growth. Although Oracle's 11i e-business suite is building some solid momentum, we believe FYQ4 (May'01) in particular may present an obstacle to that argument as the company experienced strong 61% Y/Y growth in that quarter. We reiterate our MARKET PERFORM rating.

--------------------------
ADDITIONAL INFORMATION AVAILABLE UPON REQUEST.

Please refer to ticker TWPDISC for important Thomas Weisel Partners Disclaimer information.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

12/15/2000 8:09 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420619

EXHIBIT 49

http://www.firstcall.com/links/30/30817782632755027016/83045155222738366213/377860180.html

```
00:25am EDT 10-Oct-00 First Union Securities, Inc.  (Charles Wittmann 804-782-3
ORCL-LOWERING EPS $0.03 IN 2001 & $0.02 IN 2002 DUE TO LOWER APPLICATIONS....

### ###              FIRST UNION SECURITIES, INC.              ### ###
```

ORCL: LOWERING EPS $0.03 IN 2001 AND $0.02 IN 2002 DUE TO LOWER APPLICATIONS
BUSINESS FORECAST

Oracle Corp. (ORCL-NASDAQ)                         Stock Rating: 2
                                                   Price Target: $80

PRICE:            $66.75                          October 10, 2000
52-WEEK RANGE:    $93-20            Charles Wittmann, CFA / (804)782-3316
DIVIDEND/YIELD:   none/nil              Mark Tyler, CFA / (804)344-6258
                                        Joshua Wein / (804)782-4106

| EPS ESTIMATES (FY 5/31) | 2000A | 2001E | 2002E | |
|---|---|---|---|---|
| Q1 - August | $0.08 | $0.17A | $0.18 | AVERAGE |
| Q2 - November | 0.13 | 0.18 | 0.23 | VOLUME: 19.4MM |
| Q3 - February | 0.17 | 0.22 | 0.26 | |
| Q4 - May | 0.31 | 0.38 | 0.48 | INSIDERS |
| | ---- | ---- | ---- | OWN: 25% |
| Full-Year EPS | $0.69 | $0.95 | $1.15 | |
| or | | $0.98 | $1.17 | INSTITUTIONS |
| | | | | OWN: 45% |
| P/E RATIOS | NM | 70.3x | 58.0x | |

SHARES OUTSTANDING:  2.97 billion            3-5 YEAR EPS
MARKET CAPITALIZATION:  $198 billion         GROWTH RATE: 30%


KEY POINTS

-- We are lowering our 2001 and 2002 earnings per share estimates $0.03 and
$0.02, respectively, for more modest forecast in applications business.

-- Lowering 2Q01 earnings per share $0.02 to $0.18 due to lower forecasted
applications revenue growth.

-- Trimming 2Q01 applications growth to 41% from 63% and database growth to 20%
from 24% due to slower product ramp up with 11i ebusiness product and new 9i
database transition due for release first half calendar 2001.

   Current valuation at 15x 2001E revenues leaves downside risk should
applications business not gain traction during fiscal 2001.

-- Retain Buy rating due to compelling long term application platform for ebusiness once adoption for product begins.

CUSSION

We are lowering our 2001 and 2002 earnings per share estimates $0.03 in 2001 and $0.02 in 2002 due to lower forecasted growth in applications business this quarter.  We have lowered our revenue estimate this quarter by roughly $100 million to $2.6 billion due to lower forecasted growth in applications business and database sales over the next two quarters, in our opinion.  We make the following points:

-- We are concerned that lower than expect growth in the applications business will lower the multiple at Oracle.  We believe that Oracle's premium multiple is driven in large part by the potential growth in its ebusiness applications license fees that augment its mature, yet dominant database business.  We have lowered our applications revenue assumptions over the next two quarters due to the following reasons:

-- Few referenceable sites translates into delayed orders for ebusiness suites. At the i2 conference held on October 9, it is evident that enterprise customers want referenceable sites.  With over 1,000, i2 has an advantage of proving value, while Oracle has 27 referenceable sites.  These few sites will need six months before ROI can be demonstrated.  This lag in forecasted ption of ebusiness applications (11i product) causes us to push our application rampup into fiscal Q4 2001.

-- Oracle appears to be focusing on middle market deals that will have lower ASP's.  Our conversations with Ariba, Commerce One, and IBM indicate that these competitors do not see Oracle in megaexchange deals.  i2 indicates that Oracle is focused on smaller companies that may run on one ERP system in which an end to end solution is more compelling than with large, complex organizations. Our conclusion is that initially the majority of transactions will be smaller transactions.

The combination of fewer deals with lower price points leads us to be more conservative on the application growth in the next two quarters.  Moreover, with the introduction of the new database product, 9i, we believe that the product transition will lower database sales as potential customers wait for 9i to be generally available in the first half of 2001.  In light of these factors we are lowering our forecast accordingly:

|  | Current | | | Prior | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 2Q01E | 2001E | Y/Y% | 2Q01E | 2001E | Y/Y% |
| Revenues ($ Bil) | $2.6 | $11.8 | 16% | $2.7 | $13.8 | 19% |
| EPS | $0.18 | $0.95 | | $0.20 | $0.98 | |
| ' ' Growth | | | | | | |
| Application Revenues | 43% | 50% | | 63% | 73% | |
| Database Revenues | 19% | 20% | | 24% | 22% | |



Investment Opinion

    are lowering our revenue and growth targets for the applications business in the near term because we believe the length of time to sell the ebusiness application will take longer than our original forecast.  Enterprise customers will demand demonstrated results from third party referenceable sites and those results will not be in until Q3 2001 fiscal, in our opinion.  Moreover, the product transition in the database business may delay some orders until the new product is released next year.  We are taking a more conservative stand given the lower growth rate in the applications business may negatively impact the stock given the valuation.  Oracle is a superb long-term company and the applications business should ramp nicely, but it may take some time to gain traction with large enterprise customers.


Additional information is available upon request.

First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON