EXHIBIT 50

# SALOMON SMITH BARNEY

**2H** Outperform, High Risk
(NEW COVERAGE)

EQUITY
RESEARCH:
UNITED STATES

**LARGE-CAP**
**$186 bil.**

## B2B Enterprise Software

November 6, 2000

Gretchen Teagarden, CPA
212-816-8362
gretchen.teagarden@ssmb.com

United States

# Oracle Corporation

## (ORCL–$31.38)

### Initiating Coverage

➤ We initiated coverage on ORCL shares on September 5 at a price of $45.53, with a 2H rating and price target of $47, based on a discounted cash flow analysis.

➤ Recent initiatives have resulted in impressive operating margin improvements. Operating margin reached 30.4% at the end of fiscal 2000 versus 21.2% in the prior year.

➤ We believe sustainable growth in the database market coupled with new revenue opportunities due to Oracle's new eBusiness Suite will result in earnings reaching $2.8 billion and $3.3 billion in fiscal 2001 and 2002, respectively.

S&P 500: 1421

| FY May | 2000A | 2001E | 2002E | | |
|---|---|---|---|---|---|
| Revenues (mil.) | $10,130.0 | $11,935.0 | $13,924.0 | 52-Week Range | $46-$13 |
| Current EPS | $0.38 | $0.48 | $0.56 | Dividend/Yield | Nil |
| Previous EPS | — | NA | NA | Shares Out (mil.) | 5,932.0 |
| P/E | 82.6x | 65.4x | 56.0x | Float (mil.) | 4,271.9 |
| | | | | Est. 5-Year EPS Growth | 18% |
| | | | | L-T Debt/Capital | 8.2% |
| Price Performance | 1999 | 2000 | YTD | ROE (1999E) | NA |
| Absolute | 93.3% | 289.8% | 12.0% | Current Book Value | $0.91 |
| Relative | 66.6% | 270.3% | 15.3% | Price/Book | 34.5x |

A member of citigroup




Oracle Corporation – November 6, 2000

# Oracle Corporation

(ORCL-NASD)

*Gretchen Teagarden*

**212-816-8362**

| Rating: | Price (10/30/2000): | Price Target: | 52-Week Range: | Dividend: | Yield: |
|---|---|---|---|---|---|
| 2H (Outperform, High Risk) | $31.63 | $47.00 | $46-$13 | Nil | Nil |

### COMPANY DESCRIPTION

*Founded in 1977, Oracle Corporation is the world's second-largest independent software company with a presence in over 145 countries. Oracle Corporation develops, manufactures, markets and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be categorized into two broad categories: systems software and business applications software.*

ORACLE CORPORATION (ORCL) Price 35.8

### SALES AND EARNINGS ($ in millions, except per-share data)

| FY ends: | Revs. | EBITDA | Net Income | Shares (mil.) | EPS | CF/S | Div. |
|---|---|---|---|---|---|---|---|
| 5 /02(E) | $13,924.0 | $5,002.0 | $3,288.0 | 5,922 | $0.56 | $2.03 | NA |
| 5 /01(E) | 11,935.0 | 4,159.0 | 2,864.0 | 5,926 | 0.48 | 1.44 | NA |
| 5 /00(A) | 10,130.0 | 3,080.0 | 2,291.0 | 5,996 | 0.38 | 1.29 | NA |
| 5 /99(A) | 8,827.0 | 1,873.0 | 1,290.0 | 5,937 | 0.22 | 0.43 | NA |

**5-Year Growth Rates:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-05(E) | 13.5% | 18.3% | 17.0% | NA | 17.2% | 26% | NA |
| 96-00(A) | 19.1% | 36.5% | 39.0% | NA | 36.6% | 63% | NA |

### KEY RATIOS (%)

| | EBITDA Margin | Tax Rate | Net Margin | ROE |
|---|---|---|---|---|
| | 35.9% | 35.5% | 23.6% | NA |
| | 34.8% | 35.5% | 24.0% | NA |
| | 30.4% | 36.4% | 22.6% | NA |
| | 21.2% | 34.9% | 14.6% | NA |

### QUARTERLY EPS

| FY ends: | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| 5 /02(E) | $0.07 E | $0.11 E | $0.14 E | $0.24 E | $0.56 |
| 5 /01(E) | $0.09 A | $0.09 E | $0.11 E | $0.19 E | $0.48 |
| 5 /00(A) | $0.04 A | $0.06 A | $0.13 A | $0.15 A | $0.39 |

### BALANCE SHEET SUMMARY ($ in millions, as of 08/2000)

| | | | |
|---|---|---|---|
| Current assets | $7,259.0 | Current liabilities | $3,663.0 |
| Other assets | 1,247.0 | Other liabilities | |
| | | Equity | 5,371.0 |
| Total assets | 9,513.0 | Total liabilities & equity | 9,513.0 |
| | | L-T debt/capital | 8.2% |

### VALUATION

| | | | |
|---|---|---|---|
| P/E 5 /02(E) | 56x | Price/BV | 34.5x |
| P/E 5 /01(E) | 65x | TEV/EBITDA | 60x |
| Rel P/E 2000(E) | NA | Beta | 1.91 |
| Price/revs 5 /01(E) | NA | Technical rating | 1 |

### SHARE DATA

| | | | |
|---|---|---|---|
| Market cap (mil.) | $187,629.2 | Convertible shares | No |
| Primary shares (mil.) | 5,932.0 | Institutional ownership | 45.7% |
| Float (mil.) | 4,271.1 | Insider ownership | NA |
| Avg. daily volume (mil.) | 26.5 | Weight in S&P 500 | 1.53% |

### RATING CHANGES

| From | To | Date | Price |
|---|---|---|---|
| | 2H | 09/05/00 | $45.53 |

### RECENT PUBLICATIONS

| Title | Date | No. |
|---|---|---|
| | | |

2

Oracle Corporation – November 6, 2000



*Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions.*

### Will Oracle do to Enterprise computing what Microsoft did to desktop computing?

We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications — commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but abroad the entire software industry.

If it's free, how do they make money? Oracle will charge a storage fee if business users use the web-based service. Effectively, Oracle will sell application functionality but with a services model based on required data storage capacity versus a traditional license fee. It is still too early to tell how successful Oracle will be at delivering competitive applications over the web; however, we think Oracle will continue to drive the free service with volume-based-fee model throughout multiple application products (i.e., web-based procurement, sell-side e-business solutions).

### Oracle's dominant position in the database market is a strong platform for dominating e-business applications.

We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. Typically, applications were separated from databases, in that the application encompassed the application logic that needed to be executed while the data were inserted only when necessary for purposes of computing the answer to different business problems. The application logic resided on the desktop so that users could have access to the functionality. The operating system in the PC was critical to processing the required application logic and was a central part of application functionality delivery.

The Web has eliminated the need for the operating system logic at the client side to run the application. Because users can gain access to application functionality with a browser (without needing a client-centric operating system), the application logic can reside on the server side or, more importantly, it can reside on the database. Since the new Web architecture reduces the need for application logic to be executed at the client side, it makes it much easier to build more applications on top of the database. We believe Oracle has been an early mover among enterprise software vendors to capitalize on this trend. The recent announcement of Oraclesalesonline.com is the first sign of Oracle's ability to capitalize on its database as the platform for delivery of web-based applications.

# Table of Contents

Executive Summary ...................................................................................................... 3
Company Description .................................................................................................... 5
Investment Highlights .................................................................................................. 6
Investment Risks .......................................................................................................... 8
Financial Model and Analysis ...................................................................................... 9
Recent Results .............................................................................................................. 9
Operating Margins Improvements ............................................................................ 10
Market Overview ........................................................................................................ 12
Systems Software ...................................................................................................... 12
Business Applications Software ................................................................................ 13
Competition ................................................................................................................ 18
Systems Software ...................................................................................................... 18
Business Applications Software ................................................................................ 20
Strategy and Value Proposition ................................................................................ 22
Products, Technology and Services .......................................................................... 24
Systems Software ...................................................................................................... 25
Business Applications Software ................................................................................ 26
Services ...................................................................................................................... 28
Business Model Overview .......................................................................................... 29
Customers .................................................................................................................. 31
Cost of Services ......................................................................................................... 33
Research and Development ........................................................................................ 34
Sales and Marketing .................................................................................................. 35
Strategic Partnerships and Alliances ........................................................................ 36
Management Team ..................................................................................................... 37
Valuation .................................................................................................................... 39
Methodology .............................................................................................................. 39

Oracle Corporation – November 6, 2000



# Company Description

Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software.

Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. The Internet platform includes database management systems and development tools, which enable users to create, retrieve, and modify the various types of data stored in a computer system.

Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management. The company's principal products allow businesses to engage in commerce electronically and run on a broad range of computers, including mainframes, minicomputers, workstations, personal computers, laptop computers, and information appliances (such as handheld devices and cell phones) and more than 85 different operating systems, including UNIX, Windows, Windows NT, OS/390, and Linux.

Oracle Corporation – November 6, 2000



# Investment Highlights

### Early to Embrace the New Market Created By the Internet

Oracle has been developing Internet-enabled applications for the past three years while other traditional ERP vendors have been late to the game. Oracle has developed an entire eBusiness suite to provide one-stop shopping for companies seeking to quickly deploy a comprehensive e-business solution. The Oracle eBusiness Suite includes CRM, ERP, e-procurement, and SCM.

### Proven Ability to Quickly Enter and Be Competitive in New Applications Markets

Oracle has proven its ability to leverage its installed database customer base into cross-selling its applications products. For example, Oracle has grown its applications business by 64.4% to $923.2 million at the end of fiscal 2000 from $561.5 million at the end of fiscal 1998. The CRM product suite, introduced approximately two years ago, reached $241 million in revenues at the end of fiscal 2000. We project CRM to grow at a CAGR of 57.2%, reaching $2.3 billion by 2005.

### Oracle Is Successfully Offering "Network Commerce"- Type Services with Oracle Business OnLine

Oracle's Business OnLine is a new service that delivers enterprise applications and technology across a network hosted in a professionally managed environment. It offers a hosting service that delivers the enterprise applications across a network that can be accessed using a browser. At this time, Oracle does not break out revenues from this segment.

### Building the E-Business Machine Is Improving Margins

Oracle has declared an aggressive strategy to increase its operating margins by "Webifying" its internal operations ("building a machine" is how management described it). The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction. The company's internal e-business strategy includes the consolidation of its IT data centers, reducing headcount associated with product customer support, and achieving internal efficiencies through its own web-based procurement solution. The company has proven its ability to execute on this strategy, as reflected in a 920-basis-point increase in its operating margin to 30.4% at the end of fiscal 2000 versus 21.2% the prior year. The company was able to reduce headcount by 2,480 over the last year to 41,320 as of May 2000.



Oracle Corporation -- November 6, 2000

## Sustainable Growth in the Database Market

Because the database market is projected to reach $12.7 billion by 2004 from $8 billion at the end of 1999, Oracle's dominant position in this market should facilitate continued revenue growth.

## Attractive Strategy and Value Proposition

With "Old Economy" corporations scrambling to implement Internet-enabled applications, Oracle's comprehensive eBusiness Suite provides an attractive value proposition. Oracle uses the database as a building block for its e-business applications, which enables customers to get all the requisite technologies and applications from a single vendor. Ideally, this reduces integration, multivendor updates, time-to-market, and costs.

## Large Installed Customer Base

According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell its eBusiness Suite to its existing installed base of database customers. Additionally, Oracle has also proven that it can win new E2E marketplace clients with its announcement of the HomebuildersXchange.

## Solid Balance Sheet and Cash Flow

Oracle has a 8.2% debt-to-total-capital ratio, with $5.1 billion in cash and equivalents. We estimate the company will continue to grow annual free cash flow in the low double-digits for the next ten years.

Oracle Corporation – November 6, 2000

# Investment Risks

## Speculative Revenue Stream

In our opinion, much of Oracle's current valuation reflects the realization of the projected revenues associated with its new eBusiness Suite. Although the company has demonstrated growth in this area, this revenue stream lacks visibility. The failure of the company to fully develop this revenue stream could result in the company not reaching our long-term projections.

## Migration to Web-Based Hosted Services

We highlight the potential pricing pressure that could occur as Oracle migrates its business model to more of a services model from a traditional, upfront-license-fee-based model. For example, Oracle recently launched OracleSalesOnline.com as a free service with a subscription fee based on storage requirements and volume requirements. We believe that over the long term, migrating to this model could provide better revenue visibility and recurring revenues. However, in the short term, it could be difficult to transition to a services model from a license model, and this could slow short-term revenue growth.

## Valuation Risk

Oracle's EBITDA multiple is at a ten-year high. Our DCF model yields a stock price target of $47.

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000

# Financial Model and Analysis

## Recent Results

*Oracle exceeded our estimate for database revenue growth, but this was offset by lower-than-anticipated growth in its applications segment.*

Oracle reported a solid fiscal first quarter 2001, reporting EPS of $0.09. This number included a gain on the sale of marketable securities of $15 million. Oracle reported total revenues of $2.26 billion, slightly lower than our $2.3 billion estimate. More importantly, Oracle exceeded our estimate for database revenue growth, but this was offset by lower-than-anticipated growth in its applications segment. We were projecting 20% and 57% growth in database and applications, respectively.

Although we were impressed with the 32% growth in the database segment, the shortfall in applications is cause for concern. The outperformance of the database segment resulted from a portion of fourth quarter 2000 sales being pushed to the first quarter. Because we feel that the company's valuation is contingent on its ability to move into e-business applications categories (eCRM, SCM and e-procurement), which currently command a higher multiple, Oracle's ability to ramp up its applications division is critical. *Accordingly, we will monitor this category carefully going forward.*

We believe the shortfall in applications was likely a result of the sales force not being fully trained on the recently released Oracle 11i, which is a bundled suite of applications. This solution is sold at a higher level within a corporation, and it therefore requires a different skill set than Oracle's traditional applications. We expect to see improvements going forward and estimate 50% growth in the applications segment for fiscal 2001. We will look to raise this number based on second quarter performance in applications.

EBITDA margin increased by more than 11.7 percentage points to 29.1% over first quarter 2000 EBITDA margin of 17.4%. This resulted from continued productivity improvements and headcount reductions and a lower-than-expected services contribution. Additionally, the company exhibited considerable operating leverage with an 80-basis-points decrease in R&D as a percentage of sales.

## Figure 1. Financial Projections

($ in millions, except per share data)

| | May-00A | 1Q01A | 2Q01E | 3Q01E | 4Q01E | May-01E | May-02E |
|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | |
| Revenue | $10,130 | $2,262 | $2,722 | $2,876 | $4,074 | $11,935 | $13,924 |
| Gross Profit | 7,187 | 1,588 | 1,909 | 2,044 | 3,193 | 8,734 | 10,092 |
| Sales and Marketing | 2,677 | 573 | 715 | 644 | 1,327 | 2,959 | 3,315 |
| Research and Development | 1,010 | 253 | 263 | 290 | 354 | 1,128 | 1,236 |
| General and Administrative | 481 | 106 | 122 | 126 | 133 | 487 | 535 |
| EBITDA | 3,080 | 658 | 789 | 984 | 1,728 | 4,159 | 5,002 |
| EPS | $0.38 | $0.09 | $0.09 | $0.11 | $0.19 | $0.48 | $0.56 |
| **Balance Sheet:** | | | | | | | |
| Accounts Receivable | $ 2,534 | $ 1,696 | $ 2,042 | $ 2,157 | $ 3,081 | $ 3,081 | $ 3,641 |
| Deferred Revenue | 1,133 | 1,270 | 1,085 | 1,137 | 1,368 | 1,368 | 1,614 |
| DSO | 91 | 68 | 68 | 68 | 69 | 54 | 93 |

Source: Company reports and Salomon Smith Barney.



Oracle Corporation – November 6, 2000

## Potential Upside

Potential upside to our existing estimates could result from the following:

➤ Higher-than-anticipated demand for the Oracle eBusiness Suite. We are currently estimating close to 50% growth in the applications unit for fiscal 2001 and 2002. These growth rates could be conservative given the insatiable demand for e-business products.

➤ Faster-than-anticipated realization of operating targets. We predict gross margin expands to 73.2% in fiscal 2001. Ultimately, we believe Oracle has the exceptional horsepower to operate at a 55.7% EBITDA margin by 2010. The early realization of this goal presents considerable upside potential to our model.

## Operating Margins Improvements

**Figure 2. Overview of Company IT Reduction Targets**

($ in millions)

| Date | May, 1999 | May, 2000 | Dec., 2000 | May, 2001 |
|------|-----------|-----------|------------|-----------|
| Approximate Costs | $600 | $500 | $450 | $400 |
| Headcount | 1,500 | 1,200 | 1,000 | 800 |

Source: Oracle Presentation

## Consolidation of IT

➤ single data center;

➤ single instance;

➤ shared service center;

➤ minimal customization; and

➤ e-business suite.

## Sell-Side Efficiencies

### License

Cost reductions related to the license sales effort consist of a reduction in sales overlay and overhead, increased use of the iStore for simplification and standardization, heavier telesales mix, iMarketing (Internet technology to market and sell), and sales automation.

### Sell-Side Support.

Oracle hopes to reduce expenses associated with customer support by migrating the majority of support requests to the Internet. Product simplification, reduced overhead (reorganization), and better, consolidated data should also contribute to sell-side support savings.

### Sell-Side Consulting.

Sell-side consulting is a significant expense from which Oracle could extract considerable cost savings through headcount reduction. Initiatives in this area

SALOMON SMITH BARNEY

include value-based iSpeed implementation, service-based delivery, ReUse, eWorx Centers, OC on Oracle Store (simplification, standardization), and concentration on profitable business (regain utilization).

**Sell-Side Education.**

The company plans to eliminate nonessential classes, incorporate more non-classroom training, and consolidate internal and external training (mostly telesales).

## Buy-Side Efficiencies

By monitoring its own procurement practices, Oracle now hopes to extract $200 million in operating expenses from its current structure. Stated buy-side initiatives include the following:

➤ global i-procurement deployment;

➤ leverage OracleExchange.com;

➤ supply-chain/direct ship;

➤ simplified BOM;

➤ e-travel ticketing;

➤ self-service expense reports, purchase requisitions, hiring, etc.; and

➤ extension of model outside the United States.

The company has proven its ability to execute on its stated goals, as reflected in the operating margin improvement exhibited in fiscal 2000. We estimate additional operating margin expansion based on the continued execution of the above initiatives and an emphasis on services. We project EBITDA of $4.2 billion and $5.0 billion by year-end fiscal 2001 and fiscal 2002, respectively. This represents a 440-basis-points and 550-basis-points EBITDA margin improvement from the 30.4% reported for fiscal 2000.

Assuming steady tax allowances and interest income from steady cash-flow growth and constant interest expense (we are not projecting any additional debt financing), we arrive at net income for fiscal 2001 and 2002 of $2.8 billion and $3.3 billion, respectively. Our EPS estimates are $0.48 and $0.56 for fiscal 2001 and 2002, respectively.

Oracle Corporation – November 6, 2000

# Market Overview

*The two broadly defined markets that the company competes in are systems software and business applications software.*

Oracle Corporation competes in multiple markets.  The two broadly defined markets in which the company competes are systems software and business applications software.  The company plans to expand IT business applications practice into the rapidly growing e-commerce applications market.

The company's target market segments are enterprise businesses and general businesses.  Enterprise businesses are characterized as companies with total revenues of at least $500 million.  General businesses are those with total revenues of less than $500 million.

## Systems Software

Systems software represents a complete data management platform comprising relational database management systems, online analytical processing (OLAP), and development tools.  The database market is a large market with stable growth prospects.  Trends that should propel growth in the database market include Internet applications, e-business applications, e-commerce, evolving business intelligence solutions, and growth of wireless communications applications.

### Relational Database Management System (DBMS)

*The trend toward inter-enterprise collaboration creates a need for web-enabled DBMS.*

The database market has historically focused on internal data management.  The trend toward inter-enterprise collaboration creates a need for web-enabled DBMS.  The worldwide database industry is projected to grow at a CAGR of 9.7%, reaching $12.7 billion by 2004, up from about $8 billion in 1999, according to Dataquest.

Figure 3. Database Management Systems Market, 1998-2004E

($ in billions)



Source: Dataquest

SALOMON SMITH BARNEY

### Online Analytical Processing (OLAP)

Online analytical processing (OLAP) is enterprise software that helps companies analyze, optimize, and operate their businesses. OLAP is often referred to as business intelligence. For example, an OLAP application may allow project cost-benefit analysis and identify budget trends for the CFO of a corporation.

In 1999, the OLAP market was $2.5 billion according to "The OLAP Report," and it is expected to grow to $4 billion by 2002 due to increased demand. This market growth would reflect a CAGR of 23.4%. The OLAP Report indicates that OLAP demand should increase as major database vendors seek to offset slowing growth in the database market by promoting OLAP solutions.

**Figure 4. Worldwide OLAP Market Size, 1997-2002E**

($ in billions)



Source: The OLAP Report

### Business Applications Software

The business applications software market consists of solutions that automate the performance of specific business-data processing functions. Within the business applications software market, there are four main categories: customer relationship management (CRM), supply-chain management (SCM), Enterprise Resource Planning (ERP), and e-commerce applications.

### Customer Relationship Management (CRM)

Customer relationship management applications broadly include marketing automation, sales automation, services automation, and e-mail automation. Companies in this market provide applications aimed at improving the end-user experience. Figure 5 shows the projected growth for the CRM market (it includes Sales Automation, Services Automation, and e-mail Automation).

**Figure 5.  Customer Relationship Management Applications Market**
($ in billions)



Source: IDC

#### Marketing Automation

Market automation applications target the analysis, execution, and management of marketing initiatives. The market has benefited from the lower costs associated with online marketing.

#### Sales Automation

The sales automation market comprises solutions to optimize sales distribution, increase sales productivity, and enable collaboration. This market has benefited from the need to support sales efforts in the Internet economy.

#### Services Automation

Services automation solutions attempt to improve the effectiveness of customer service using the Internet. The Internet provides a low-cost method for improving satisfaction without a significant increase in customer service representatives. As corporations seek to lower costs by migrating their existing customer service organizations online, the market for services automation applications could experience growth.

**E-Mail Automation**

The market for e-mail automation requires the management of inbound and outbound e-mail to improve accuracy of Internet marketing activity and customer support. This market has experienced a direct benefit from the emergence of the Internet as a communication medium.

**Supply-Chain Management (SCM)**

*The traditional market for supply-chain management is benefiting from the Internet's ability to enable real-time collaboration between trading partners.*

Supply-chain management solutions enable companies to achieve cost reductions through production planning and supply-chain optimization. The traditional market for supply-chain management is benefiting from the Internet's ability to enable real-time collaboration between trading partners.

Figure 6. Supply-Chain Management Applications Market, 1998-2003E

($ in billions)



Source: IDC

**Enterprise Resource Planning (ERP)**

Enterprise resource planning has historically been associated with applications that automate internal back-office processes such as human resources, financial, and manufacturing. The recent pervasiveness of the Internet has created a trend toward "Internet-enabling" back-office ERP applications.

**E-Commerce Applications**

AMR Research forecasts the total market for e-commerce applications will reach $6 billion by 2004, representing a 56% CAGR. Oracle's e-commerce applications fall into two markets: the procurement applications market and trading exchange platforms applications.

## Procurement Applications

*The indirect goods e-commerce applications market is in its infancy and has developed due to the proliferation of the Internet.*

This market includes applications that enable the procurement of both indirect and direct goods electronically. Indirect goods include nonoperating resources that are not direct inputs of the final product. Examples of indirect goods include MRO, IT, travel services, and plant shop maintenance. Direct goods are the resources that go directly into the end product. The indirect goods e-commerce applications market is in its infancy and has developed due to the proliferation of the Internet. The direct goods market has historically been dominated by EDI vendors.

**Figure 7. Procurement Applications Market, 1999E - 2004E**

($ in billions)



Source: AMR Research

### Trading Exchange Platform Applications

*The major trend visible in this market is the large number of traditional applications vendors (e.g., SCM, ERP, CRM) beginning to enter the market.*

Trading exchange platform applications enable companies to create online trading communities.  The major trend visible in this market is the large number of traditional applications vendors (e.g., SCM, ERP, CRM) beginning to enter the market.

**Figure 8.  Trading Exchange Platform Applications Market, 1999-2004E**

($ in billions)



Source: AMR Research

Oracle Corporation – November 6, 2000

# Competition

Oracle competes in multiple markets. The following is an overview of each of the major markets and the main competitors in each of those markets.

**Figure 9. Overview of Competition by Market**

| DBMS *Database Management Software* | OLAP *Online Analytical Processing* | CRM *Customer Relationship Management* | SCM *Supply-Chain Management* | ERP *Enterprise Resource Management* | ASP *Application Service Providers* | Internet Procurement | Exchange Platform |
|---|---|---|---|---|---|---|---|
| IBM | Hyperion Solutions | Siebel | i2 Technologies | SAP AG | Corio | Commerce One | Commerce One |
| Microsoft | Oracle | PeopleSoft (Vantive) | J.D. Edwards (Numetrix) | PeopleSoft | US Internet Working | Ariba | Ariba |
| Informix | Cognos | Broadvision | Manugistics | Baan Co | | | i2 |
| Sybase | Micro Strategy | Octane | SynQuest | J.D. Edwards | | | |
| | Microsoft | Clarify | Descartes Systems | | | | |
| | Business Objects | Silknet | | | | | |
| | Other | Epiphany | | | | | |
| | | Kana | | | | | |
| | | eGain | | | | | |

Source: Salomon Smith Barney

## Systems Software

### Database

According to Dataquest, Oracle gained 40 basis points of market share in 1999. By comparison, Microsoft exhibited considerable market share gain, with a 200-basis-points increase in market share, validating the success of the release of its SQL Server 7.0.

**Figure 10. Market Share Analysis**



1998 Market Share          1999 Market Share

Source: Dataquest

*The Internet has created a new paradigm in the database market.*

The Internet has created a new paradigm in the database market. Each of the main competitors in this market is releasing new Internet-enabled database platforms. Due to the new paradigm in database functionality requirements, the competitive landscape might experience some volatility. The main competitive factor in the database market is the ability to quickly provide a database platform that is Internet enabled.

The primary competitors in this market include IBM and Microsoft and, to a lesser extent, Sybase and Informix Corporation.

The release of IBM's DB2 7.1 and Microsoft's SQL Server 2000 could pose a competitive threat to Oracle in the future. Although Microsoft's SQL 2000 is still in beta testing, its expected increased functionality (mainly data mining and a more-robust storage engine) may put pressure on the two dominant players, IBM and Oracle.

### Online Analytical Processing (OLAP)

The major competitive factors in this market are Internet functionality and price. OLAP encompasses business intelligence and decision support. The dominant player in this market, with 28.4% market share in 1999, was Hyperion Solutions, while Oracle held a distant second place, with 11% of the market. Major competitors in this market include Hyperion Solutions, Cognos, MicroStrategy, Microsoft, and Business Objects. In 1999, Microsoft entered the OLAP market, capturing considerable market share from existing competitors due to competitive pricing. According to "The OLAP Report," increased pricing pressure offset by growing product demand due to the Internet will likely continue.

**Figure 11. Market Share Analysis**



1998 Market Share          1999 Market Share

Source: The OLAP Market

### Tools Applications Software

*Oracle faces competition from Microsoft, Sybase, Inc., and Rational Software Corporation in the tools applications software market.*

Tools applications software automate the design and development of software applications. The main competitive factors are product architecture, functionality, product quality, performance, ease of use, price, and customer service.

Required product functionality includes rapid deployment, software quality, and application performance improvements , as well as the ability to manage change more effectively. An easy solution for automating software development is a critical differentiating factor. An emerging competitive factor facing this market is the



Oracle Corporation – November 6, 2000

ability to provide design and development tools not only in a client/server scenario but also in an Internet-based environment.

Oracle faces competition from Microsoft, Sybase, Inc. and Rational Software Corporation in the tools applications software market.

## Business Applications Software

### Customer Relationship Management (CRM)

In the CRM market, Oracle competes broadly with a number of players. Within each niche of the CRM market, Oracle competes with different companies.

#### Marketing Automation

The main competitive factors in the marketing automation market include functionality requirements such as list management, multichannel campaign, event planing, budget management, marketing intelligence, campaign to order, and online marketing. The company competes with Epiphany and Prime Response in this segment of CRM.

#### Sales Automation

The main competitive factors in the sales automation market include functionality requirements such as Palm Pilot application, integrated sales compensation, sales intelligence, global sales forecasting, global single instance, web storefront, product catalog, merchandising, promotions, customer service, order status, configurator, order management, payment processing, integration, digital content distribution, and global functionality. The company competes with Siebel and BroadVision in this segment of CRM

#### Service Automation

The main competitive factors in the services automation market include functionality requirements such as computer intelligence, single customer master, self-service, complete field service, globalization, resource availability, order status, contracts entitlements, shipping, billing, and inventory status. The company competes with Clarify and Kana/Silknet in this segment of CRM.

#### E-Mail Automation

The main competitive factors in the e-mail automation market include functionality requirements such as email management, high-performance agent desktop, integration to call center, and data model integration with applications. The company competes with Kana and e-Gain in this segment of CRM.

#### ERP

*Ease of integration between existing "back-office" applications and new inter-enterprise application will be a competitive advantage.*

The main competitive factor facing this market is the ability to Internet-enable existing internal ERP applications. Ease of integration between existing "back-office" applications and new inter-enterprise application will be a competitive advantage. Traditional ERP solutions providers need to provide a competitive e-commerce solution to existing and potential clients to provide a complete, end-to-end solution.



Oracle competes with traditional ERP vendors such as SAP JD Edwards, PeopleSoft, and Baan.

### Supply-Chain Management

A competitive Internet-based supply-chain management application must provide the following functionalities: inter-enterprise demand forecasting, demand fulfillment, collaborative product development, customer management, and strategic planning. Major competitors in this market are i2 Technologies, Atalas Commerce, Logility, Manugistics, MatrixOne, NexPrise, Oracle Corporation, supplyForce.com, and SynQuest.

### Procurement

Procurement applications must accommodate both indirect and direct goods procurement. Functionality requirements include identification of the appropriate supplier, purchase order processing, RFQ functionality, and incorporation of existing business rules.

Competitors in this market include Ariba, Commerce One, Procurenet, Rightworks, Concur, and Intelisys.

### Trading Exchange Platform Applications

The competitive factors in this market center around functionality and time-to-market. Functionality requirements include dynamic pricing, auction capabilities, XML tagging, integrated supply-chain management, supplier content availability, and an open platform. The company competes against Ariba, Clarus, Commerce One, i2 Technologies, Ventro, and VerticalNet.

# Strategy and Value Proposition

### Strategy

*The database product is pervasive in both the enterprise market and the general business market.*

The company has identified two key market segments in which its products are sold: the enterprise business market and the general business market. The enterprise business market segment is defined by the company as those businesses with total revenues of $500 million and above. In the enterprise business market segment, the company believes the most important considerations for end user software customers are performance, functionality, product reliability, ease of use, quality of technical support, and total cost of ownership, including initial price and deployment costs as well as ongoing maintenance costs.

The general business market segment is defined by the company as those businesses with total revenues of $500 million and less. In the general business market segment, the company believes that the principal competitive factors are strength in distribution and marketing, brand name recognition, price/performance characteristics, ease of use, ability to link with enterprise systems, and product integration.

Oracle's strategy for success in the two aforementioned markets is as follows:

➤ establish the database product, which is pervasive in both the enterprise market and the general business market, as a building block to sell other applications; and

➤ continue to promote the Oracle eBusiness Suite as the first complete set of e-business tools.

The company will also apply this strategy to establish itself as a leader in e-business-enabled organizations. Oracle has set the following goals in order to establish itself as the leader in e-business initiatives:

➤ reduce operating costs by $1 billion;

➤ showcase e-business "best practices";

➤ gain a 360 degree view of customers;

➤ increase research and development as well as marketing spending; and

➤ have Internet technology pervasive through its entire product line.

Oracle Corporation – November 6, 2000

Figure 12.  Value Proposition

| Oracle's Value Proposition | |
|---|---|
| **Systems Software** | **Business Applications Software** |
| • Centralized data from remote sites<br>• Cost of technology ownership is reduced<br>• Better decision making through the use of analytical tools<br>• Improved operating efficiencies | • Connect customers and employees<br>• Rapid deployment for competitive edge<br>• Targeted product offerings based on customer information<br>• New revenue opportunities<br>• Improved ROI on IT investments |

Source: Oracle and Salomon Smith Barney Internet Research

Oracle Corporation – November 6, 2000



# Products, Technology and Services

*Product-related revenues are derived from two main sources: support and services.*

Oracle derives revenues from two main product lines, broadly categorized as systems software and business applications software. Product-related revenues are derived from two main sources: support and services. Figure 13 gives an overview of Oracle's annual and quarterly historical revenues by product line and product-related revenues.

**Figure 13.  Annual Revenue Analysis**

($ in billions)

| | FY-End May-93 | FY-End May-94 | FY-End May-95 | FY-End May-96 | FY-End May-97 | FY-End May-98 | FY-End May-99 | FY-End May-00 |
|---|---|---|---|---|---|---|---|---|
| *Reported Revenue:* | | | | | | | | |
| Servers | $ 457.0 | $ 679.0 | $ 1,111.0 | $ 1,577.0 | $ 2,010.0 | $ 2,202.2 | $ 2,646.8 | $ 3,100.3 |
| Tools | 278.0 | 326.0 | 341.0 | 361.0 | 334.0 | 324.9 | 293.0 | 291.5 |
| Total Database License Revenue | 735.0 | 1,005.0 | 1,452.0 | 1,938.0 | 2,344.0 | 2,527.0 | 2,939.8 | 3,391.8 |
| Total Applications License Revenue | 71.0 | 94.0 | 154.0 | 295.0 | 478.0 | 561.5 | 651.0 | 923.2 |
| Total License Revenue | 806.0 | 1,099.0 | 1,606.0 | 2,233.0 | 2,822.0 | 3,088.5 | 3,590.9 | 4,315.0 |
| Support | 284.0 | 383.0 | 585.0 | 905.0 | 1,320.0 | 1,794.2 | 2,346.6 | 2,978.9 |
| Consulting & Education | 323.0 | 454.0 | 710.0 | 1,020.0 | 1,468.0 | 2,156.6 | 2,793.4 | 2,704.5 |
| Total Services Revenue | 607.0 | 837.0 | 1,295.0 | 1,925.0 | 2,788.0 | 3,950.8 | 5,138.9 | 5,683.3 |
| Other | 81.0 | 19.0 | 56.0 | 65.0 | 74.0 | 105.0 | 97.5 | 131.8 |
| Total Revenue | $ 1,494.0 | $ 1,955.0 | $ 2,967.0 | $ 4,223.0 | $ 5,684.0 | $ 7,144.3 | $ 8,827.3 | $10,130.1 |
| *Product Mix:* | | | | | | | | |
| Total License Revenue | | 55.1% | 54.1% | 52.9% | 49.6% | 43.2% | 40.7% | 42.6% |
| Total Services Revenue | | 42.0% | 43.6% | 43.6% | 49.0% | 55.3% | 58.2% | 56.1% |
| Other | | 3.0% | 2.2% | 1.5% | 1.3% | 1.5% | 1.1% | 1.3% |
| Total Revenue | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Servers | | 34.0% | 37.4% | 37.3% | 35.4% | 30.8% | 30.0% | 30.6% |
| Tools | | 16.3% | 11.5% | 8.5% | 5.9% | 4.5% | 3.3% | 2.9% |
| Total Database License Revenue | | 50.4% | 48.9% | 45.9% | 41.2% | 35.4% | 33.3% | 33.5% |
| Total Applications License Revenue | | 4.7% | 5.2% | 7.0% | 8.4% | 7.9% | 7.4% | 9.1% |
| Support | | 19.2% | 19.7% | 21.4% | 23.2% | 25.1% | 26.6% | 29.4% |
| Consulting & Education | | 22.8% | 23.8% | 24.2% | 25.8% | 30.2% | 31.6% | 26.7% |
| Total Services Revenue | | | | | 49.0% | 55.3% | 58.2% | 56.1% |
| Other | | 3.0% | 2.2% | 1.5% | 1.3% | 1.5% | 1.1% | 1.3% |
| Total Revenue | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| *YoY Percentage Change:* | | | | | | | | |
| Total License Revenue | | 36.4% | 46.1% | 39.0% | 26.4% | 9.4% | 16.3% | 20.2% |
| Total Services Revenue | | 37.9% | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.5% |
| Total Revenue | | 33.5% | 48.7% | 42.3% | 34.6% | 25.7% | 23.6% | 14.8% |
| Servers | | 48.6% | 63.6% | 41.9% | 27.5% | 9.6% | 20.2% | 17.1% |
| Tools | | 17.3% | 4.6% | 5.9% | (7.5%) | (2.7%) | (9.8%) | (0.5%) |
| Total Database License Revenue | | 36.7% | 44.5% | 33.5% | 20.9% | 7.8% | 16.3% | 15.4% |
| Total Applications License Revenue | | 32.4% | 63.8% | 91.6% | 62.0% | 17.5% | 15.9% | 41.8% |
| Support | | 34.9% | 52.7% | 54.7% | 45.9% | 35.9% | 30.7% | 27.0% |
| Consulting & Education | | 40.6% | 56.4% | 43.7% | 43.9% | 46.9% | 29.5% | (3.2%) |
| Total Services Revenue | | 37.9% | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.6% |
| Other | | (77.7%) | 71.9% | (1.5%) | 13.8% | 41.9% | (7.1%) | 35.1% |

Source: Oracle Corporation