Oracle Corporation – November 6, 2000

## Systems Software

Systems software revenues are derived from database products, applications servers, online analytical processing, and application development tools.

### Relational Database Management System (DBMS)

Figure 14.  Core Database Product-Oracle8 and Oracle8i

| | May 1999 | June 1997 |
|---|---|---|
| Product Name | Oracle8i Relational DBM's | Oracle8 |
| Functional Overview | Enables storing, manipulating and retrieving relational, object-relational, multi-dimensional and other types of data specifically designed as a foundation for Internet development and deployment. | Allowed users to manage unstructured information, such as text, spatial, video, messaging, multi-dimensional data, as well as, object-relational information. |
| Key New Features | Java Server (Jserver) Internet File System (iFS), Internet Directory, Internet Security, Intermedia Supports client service. | Object-relational technology, data partioning, server-managed back-up & recovery advanced queuing, heterogeneous services, index-only tables and binary-large obieu? |

Source: Salomon Smith Barney

*Oracle8i is a database specifically designed as a foundation for Internet development and deployment.*

The Oracle8i relational database management system (DBMS), the key component of Oracle's Internet platform, enables the storage, manipulation, and retrieval of relational, object-relational, multidimensional, and other types of data. Oracle8i is a database specifically designed as a foundation for Internet development and deployment, and it extends Oracle's technology in the areas of data management, transaction processing, and data warehousing to the new medium of the Internet. Built directly inside the database, Internet features, such as a Java Server (Jserver), Internet File System (iFS), Internet Directory, Internet Security, and Intermedia, help companies and developers build applications that lower costs, enhance customer and supplier interaction, and provide global information access across different computer architectures and across the enterprise. In addition to Internet architecture, Oracle8i supports traditional client/server applications and architecture.

### Oracle8i Lite

Oracle 8i is a mobile database for Internet computing. The product is less complex than 8i, requires no administration, and can be used to temporarily store data and apps to be replicated to 8i. Oracle8i Lite is aimed at enabling wireless communications devices. It is run principally on laptops and information appliances.

### Oracle Application Server

With the introduction of its Internet computing architecture, the company introduced Oracle Application Server, an open-software platform for developing, deploying, and managing distributed software application programs. This product accounted for 30.6% of revenues at the end of fiscal 2000. Oracle Application Server provides



the infrastructure necessary to run today's Internet-computing applications on all generation languages (Enterprise Java Beans, Java CORBA server-side components, C/C++, Java, PL/SQL, COBOL) applications. Oracle Application Server allows distributed transaction processing with large numbers of users and data while improving performance and lowering incremental deployment and maintenance costs.

**Application Development Tools**

Application Development tools contributed 2.9% to total revenues in fiscal 2000. The company provides application development tools supporting different approaches to software development for deployment while running a web browser.

For a model-based approach to development, Oracle offers two products: Oracle Designer and Oracle Developer. Oracle Designer allows business processes to be visually modeled and enterprise database applications to be generated. Oracle Developer is a fourth-generation language-development tool for building database applications that can be deployed, unchanged, in both Internet-based environments and client/server environments. For Java programmers, Oracle offers Oracle Jdeveloper, a Java development tool suite for building enterprise applications for use on the Internet. The Oracle Jdeveloper Suite provides a complete Java development environment for developing and deploying applications from Java and HTML clients to server-based business components across the enterprise. Oracle WebDB is a solution for building, deploying, and monitoring web database applications and content-driven Web sites. By combining an HTML interface with a complete set of browser-based HTML tools, Oracle WebDB enables users to develop Web database applications quickly and easily.

## Business Applications Software

At the end of fiscal 2000, total applications license revenues were $923.2 million, representing 9.1% of total revenues. This 170-basis-points increase over the prior year resulted from the accelerated growth in applications license revenues due to new product offerings.

### Rlli eBusiness Suite

The Rlli eBusiness Suite provides Internet-business applications for ERP — 50 integrated software modules to automate business functions such as financial management, SCM, procurement, manufacturing, project systems, and HR for large and mid-sized commercial and public sector organizations.

### CRM

CRM applications provide the following benefits to customers:

➤ extension of business to the Internet;

➤ complete management of customer relations; and

➤ integration services through the Internet, call center, and field sales.



Oracle Corporation – November 6, 2000

Figure 15 shows the last two years' performance of Oracle's CRM business unit.

**Figure 15. Last Two Fiscal Years CRM Business Performance**

($ in thousands)

| | 1QA Aug-99 | 2QA Nov-99 | 3QA Feb-00 | 4QA May-00 | 1QA Aug-00 | 2QA Nov-00 | 3QA Feb-00 | 4QA May-00 |
|---|---|---|---|---|---|---|---|---|
| CRM Revenues | $9,200 | $12,171 | $17,615 | $43,134 | $31,085 | $48,735 | $49,075 | $112,515 |
| Yr/Yr Growth, CRM Revenue | 104% | 23% | 674% | 156% | 238% | 300% | 179% | 161% |
| CRM Revenue as a % Total Business Applications Software Revenue | 9.4% | 9.5% | 12.0% | 15.6% | 28.5% | 29.0% | 24.7% | 25.1% |
| CRM Revenue as a % Total License Revenue | 1.6% | 1.6% | 2.2% | 2.9% | 5.2% | 5.6% | 4.7% | 6.3% |
| Total Business Application Software Revenue | $98,090 | $128,451 | $147,351 | $277,150 | $109,143 | $167,818 | $198,830 | $447,413 |
| Total License Revenue | $557,613 | $745,247 | $804,607 | $1,483,401 | $602,646 | $877,171 | $1,043,206 | $1,792,006 |

Source: Company reports and Salomon Smith Barney

*CRM applications software exhibited a 194% growth in fiscal 2000.*

Oracle's CRM applications offering consists of 35 integrated modules designed to improve marketing, sales, services, and e-mail automation.

Oracle's CRM applications include iMarket, iSell, iStore, iBilol, iPay, and iSupport. With more than 400 customers, CRM applications software exhibited a 194% growth in fiscal 2000.

**SCM**

The Oracle Internet Supply Chain Applications provide the client with the following functionality:

➤ single technology vendor with end-to-end solutions;

➤ reduced procurement costs;

➤ ability to manufacture personalized products;

➤ efficient distribution of products; and

➤ key features that address planning and scheduling, order management, procurement, manufacturing, and logistics.

**ERP**

Despite sluggish growth in the general EPP market, Oracle's ERP applications revenues grew by 20% to $681.8 million in fiscal 2000. Oracle's ERP offering consists of more than 50 integrated software modules to automate business functions such as financial management, supply-chain management, procurement, manufacturing, project systems, and human resources.

Figure 16 shows the last two years' performance of Oracle's ERP business unit.

**Figure 16. Last Two Fiscal Years ERP Business Performance**

($ in thousands)

| | 1QA Aug-99 | 2QA Nov-99 | 3QA Feb-00 | 4QA May-00 | 1QA Aug-00 | 2QA Nov-00 | 3QA Feb-00 | 4QA May-00 |
|---|---|---|---|---|---|---|---|---|
| ERP Revenues | $88,890 | $116,280 | $129,736 | $234,016 | $78,058 | $119,083 | $149,755 | $234,898 |
| Yr/Yr Growth, ERP Revenue | (6.0%) | 18.0% | (6.0%) | 18.0% | (12.0%) | 2.0% | 15.0% | 43.0% |
| ERP Revenue as a % Total Business Applications Software Revenue | 90.6% | 90.5% | 88.0% | 84.4% | 71.5% | 71.0% | 75.3% | 74.9% |
| ERP Revenue as a % Total License Revenue | 15.9% | 15.6% | 16.1% | 15.8% | 13.0% | 13.6% | 14.4% | 18.7% |
| Total Business Application Software Revenue | $98,090 | $128,451 | $147,351 | $277,150 | $109,143 | $167,816 | $198,830 | $447,413 |
| Total License Revenue | $557,613 | $745,247 | $804,607 | $1,483,401 | $602,646 | $877,171 | $1,043,206 | $1,792,006 |

Source: Company reports and Salomon Smith Barney



Oracle Corporation – November 6, 2000

## General Business eBusiness Suite

Oracle introduced the Fast Forward initiative to reduce time-to-market and address the needs of mid-sized business.

**Figure 17. Overview of Ili eBusiness Suite - Fast Forward Initiative**

| Aplication | Implementation | Volume | Cost |
|---|---|---|---|
| CRM | | | |
| iStore/iPayment | 60 days | | $300K |
| Sales | 60 days | 100, 300, 500 sales reps | $210-$379K |
| ERP | | | |
| Financials | 60 days | (25, 35, 50) user names | $270K-$351.9K |
| HR | 45 days | 500, 750, 1000 employees | $150K-$177.5K |
| B2B Commerce | | | |
| Manufacturing | less than 90 days | 30-60 users | $520K-$680K |
| Process Manufacturing | | 25-50 users | $625K-$765K |
| Manufacturing, HiTech | 90 days | 30-60 users | $530K-$700K |
| Distribution | | 25-50 users | $375K-$495K |

Source: Aberdeen Group and Salomon Smith Barney

## Services

In addition to computer software products, Oracle offers consulting, education, support, and systems integration services in support of its customers' use of its products. The services component of revenues made up 56.1% of total revenues in fiscal 2000. Consultants and instructors supplement the company's product offerings by providing services to assist customers in the implementation of applications based on Oracle's products.

### Hosted Business Services

*Oracle's Business OnLine offers a hosting service that delivers enterprise applications across a network that can be accessed using a browser.*

For customers who choose not to install their own applications, Oracle's Business OnLine offers a hosting service that delivers enterprise applications across a network that can be accessed using a browser. Oracle's Business OnLine is a new service that delivers enterprise applications and technology across a network hosted in a professionally managed environment.

Oracle Corporation – November 6, 2000

# Business Model Overview

Oracle derives revenues from sales of software licenses, services, and other sources. Figure 18 illustrates the percentage contribution to total revenues of each respective revenue source.

**Figure 18. Fiscal Year End 2000 - Percentage Revenue Mix**



Fiscal Year End 2000
Percentage Revenue Mix

Other 1.3%

Total License Revenue 42.6%

Total Services Revenue 56.1%

Source: Oracle Corporation and Salomon Smith Barney Internet Research

## Licenses

License revenues represent fees earned for granting customers licenses to use the company's software products. License and other revenues also include documentation revenues and other miscellaneous revenues. License and other revenues increased by approximately $758 million, or 21%, to $4.4 billion for the year ended May 2000 from $3.7 billion for the year ended May 1999.

Oracle's standard end user license agreement provides for an initial fee to use the product in perpetuity up to a maximum number of concurrent or named users. The company also enters into other types of license agreement, typically with major end-user customers, which allow for the use of the company's products, usually restricted by the number of employees, the number of users, the license term, or the number of power units (processing power).

The company receives sublicense fees from its Oracle Alliance partners (value-added reseller, hardware providers, systems integrators, and independent software vendors) based on the sublicenses granted by the partner. Sublicense fees typically



Oracle Corporation — November 6, 2000

are based on a percentage of the company's list price and are generally recognized as they are reported by the reseller.

## Services

Services revenues consist of support, including update rights, consulting, and education services revenues. Services revenues increased by approximately $544 million to $5.7 billion for the year ended May 2000.

In general, Oracle prices its support services based on the level of support services provided and the number of users authorized to access the company's software products. Most customers purchase support initially and renew their support agreements annually.

Oracle Corporation – November 6, 2000

# Customers

## Globally Diverse Client Base

During the past three fiscal years, Oracle's customer and product base has broadened as the company has increased both the number of channels that it uses to market its products, as well as the number of computers and operating systems on which its products operate.

Figure 19 shows the company's license revenues according to geographic region.

**Figure 19. Fiscal Year End 2000 - License Revenue Mix by Region**



Fiscal Year End 2000
License Revenue Mix By Region

Asia Pacific 15%

EMEA 27%

Americas 58%

Source: Oracle Corporation and Salomon Smith Barney Internet Research

## E-Commerce Initiatives and Clients

*The AutoXchange, now called Covisint, has become the bellwether consortium exchange, elevating Oracle to the forefront of B2B-enabling technology.*

With the unveiling of its agreement with Ford to develop AutoXchange in November 1999, Oracle announced its plans to compete in the B2B e-commerce sector. The AutoXchange, now called Covisint, has become the bellwether consortium exchange, elevating Oracle to the forefront of B2B-enabling technology, which we believe is reflected in the considerable appreciation in the stock since the announcement. Following this catalyst, Oracle signed a number of additional exchange agreements with various industries.

The significance of these new exchange clients is twofold. First, large industry and branded-client wins provide market validation that Oracle is a viable B2B e-commerce platform provider. Secondly, electronic marketplaces create a powerful distribution network for Oracle's database products to a captive client base. Figure 20 provides an overview of each of the large vertical marketplaces with the relevant data points.



Oracle Corporation – November 6, 2000

**Figure 20. Overview of E-Commerce Exchanges**

| Exchange Name | Description | Other Participants |
|---|---|---|
| *Industry Exchanges* | | |
| Covisint* | Electronic marketplace for the automotive industry | Ford, GM, DaimlerChrysler, Commerce One |
| RetailersMarketXchange | Electronic marketplace for convenience stores and suppliers | Chevron and McLane |
| GlobalNetXchange | Electronic Marketplace for direct and indirect goods for retailers | Sears, Carrefour, Kroger, Metro AG and J Sainsbury |
| FP-Xchange | Electronic marketplace for the forest products industry. | fibermarket.com |
| GlobalTransportXchange | Electronic exchange for the transportation services community | Hutchison Port Holdings |
| *Branded Exchanges* | | |
| Cable & Wireless Hong Kong Telecom | Electronic, horizontal marketplace targeting the Greater China region | Cable & Wireless HKT |
| Belgacom | Electronic Belgian marketplace | |
| Dubai Digital Marketplace | | Dubai Ports Authority and Jebel Ali Free Zone |

Source: Salomon Smith Barney Internet Research

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000



# Cost of Services

*Cost of services revenues decreased by $122 million to $2.9 billion in the year ended May 2000. This is primarily a result of reduced sales and services headcount.*

The cost of providing services consists largely of consulting, education, and support personnel expenses.  Cost of services revenues decreased by $122 million to $2.9 billion in the year ended May 2000.  This is primarily a result of reduced sales and services headcount.  At year-end fiscal 2000, sales and services headcount decreased by 3,492 to 29,564 from 33,056 at year-end fiscal 1999, representing a 10.6% reduction.  As a percentage of services revenue, cost of services was 52%, representing an eight-percentage-point decrease from the previous fiscal year-end.  Figure 21 provides an overview of Oracle's annual cost-of-services revenues.

Figure 21. Annual Cost of Services Revenue Analysis

($ in millions)

|  | Fiscal Year-End | | | | | |
|  | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
|---|---|---|---|---|---|---|
| Total Services Revenue | $1,295.0 | $1,925.0 | $2,788.0 | $3,950.8 | $5,138.9 | $5,683.3 |
| Cost of Services | $779.0 | $1,096.0 | $1,550.5 | $2,273.6 | $3,064.1 | $2,942.7 |
| Cost of Services/Total Services Revenue | 60.2% | 56.9% | 55.6% | 57.5% | 59.6% | 51.8% |
| Sales and Services Headcount | 11,775 | 16,807 | 21,617 | 27,523 | 33,056 | 29,564 |
| *Yr/Yr Growth:* | | | | | | |
| Total Services Revenue | 54.7% | 48.6% | 44.8% | 41.7% | 30.1% | 10.6% |
| Cost of Services | 56.0% | 40.7% | 41.5% | 46.6% | 34.8% | (4.0%) |
| Sales and Services Headcount | 42.7% | 42.7% | 28.6% | 27.3% | 20.1% | (10.6%) |
| *Efficiency Analysis:* | | | | | | |
| Services Revenue/Sales and Service Representative | $ 0.11 | $ 0.11 | $ 0.13 | $ 0.14 | $ 0.16 | $ 0.19 |
| Cost of Services/Sales and Services Representative | $ 0.07 | $ 0.07 | $ 0.07 | $ 0.08 | $ 0.09 | $ 0.10 |

Source: Company reports and Salomon Smith Barney



Oracle Corporation – November 6, 2000

# Research and Development

Research and development expenses were $1 billion for the fiscal year ended May 2000, representing 10% of total revenues. This reflects an increase from the previous fiscal year, when research and development was $841.4 million. As a percentage of total revenues, however, research and development were unchanged from the prior period. The increases in the dollar amount of research and development expenses were due to the hiring of additional research and development personnel and other related costs incurred to support the company's growth. Research and development headcount was 6,650 for the fiscal year ended May 2000. Headcount grew from 5,781 in fiscal 1999, representing a 15% increase. Figure 22 presents a research and development expense analysis, highlighting the historical increase in license revenues associated with an increase in the cash spending on research and development.

**Figure 22. Annual Research and Development Expense Analysis**

($ in millions)

| | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
|---|---|---|---|---|---|---|
| | | | **Fiscal Year-End** | | | |
| Research and Development Expense | $260.5 | $389.1 | $555.5 | $719.1 | $841.4 | $1,009.9 |
| Plus Adjustments to Research and Development: | | | | | | |
| In-process Research and Development from Acquisitions | $0.0 | $59.9 | $36.8 | $167.1 | | |
| Developed Technology | | | $13.5 | $11.4 | | |
| New Capitalized Software¹ | $48.2 | -$48.0 | $28.1 | $38.1 | $32.9 | $12.9 |
| Less Amortization of Capitalized Software¹ | $48.7 | $48.8 | $28.2 | $38.0 | $33.0 | $12.6 |
| Total Research and Development Cash Spend | $211.9 | $391.2 | $577.6 | $859.6 | $808.4 | $997.3 |
| Total License Revenue | $1,673.7 | $2,296.5 | $2,896.7 | $3,193.5 | $3,688.4 | $4,446.8 |
| Total Revenue | $2,966.9 | $4,223.3 | $5,684.3 | $7,143.9 | $8,327.3 | $10,130.1 |
| Increase in Product License Revenue | $509.9 | $622.9 | $600.1 | $296.8 | $494.9 | $758.4 |
| % Increase in Product License Revenue | 43.8% | 37.2% | 26.1% | 10.2% | 15.5% | 20.6% |
| Ratio Analysis: | | | | | | |
| R&D Cash Spend/Total License Revenue | 0.13 | 0.17 | 0.20 | 0.27 | 0.22 | 0.22 |
| R&D Cash Spend/Total Revenue | 0.07 | 0.09 | 0.10 | 0.12 | 0.09 | 0.10 |
| New Capitalized Software/Total R&D Cash Spend | 22.7% | 12.3% | 4.9% | 4.4% | 4.1% | 1.3% |
| Increase in Product License Revenue/Prior Year Cash Spend on R&D | 2.59 | 2.94 | 1.53 | 0.51 | 0.58 | 0.94 |

¹Note: In fiscal year and May 2000, new capitalized software and amortization of capitalized software includes only nine months ended.

Source: Company reports and Salomon Smith Barney



Oracle Corporation – November 6, 2000

# Sales and Marketing

## Direct and Indirect Sales Organization

Domestically, the company markets its products and services primarily through its own direct sales and service organization.  Sales and service groups are based in the company's headquarters in Redwood City, California, and in field offices that, as of May 31, 1999, were located in approximately 90 metropolitan areas within the United States.

Outside the United States, the company markets its products primarily through the sales and service organizations of approximately 60 subsidiaries.  These subsidiaries license and support the company's products both within their local countries and certain other foreign countries where the company does not operate through a direct sales subsidiary.

*The company also markets its products through indirect channels, which are called Oracle Alliance partners.*

The company also markets its products through indirect channels, which are called Oracle Alliance partners.  The partners include value-added relicensers, hardware providers, systems integrators, and independent software vendors that combine the Oracle relational DBMS, application development tools, and business applications with computer hardware or software application packages for redistribution.  Additionally, the company markets its products through independent distributors in international territories not covered by its subsidiaries' direct sales organizations.

As of May 31, 1999, the company employed 15,649 sales, service, and marketing employees in the United States, while the international sales, service, and marketing groups consisted of 18,401 employees.

Figure 23 shows Oracle's sales and marketing expense remaining constant from year-end fiscal 1999 through year-end fiscal 2000.  Figure 23 provides and analysis of Oracle's sales and marketing cash spending relative to license revenues.

### Figure 23.  Annual Sales and Marketing Expense Analysis

($ in millions)

|  | Fiscal Year-End | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | May-95 | May-96 | May-97 | May-98 | May-99 | May-00 |
| Sales and Marketing Expense | $1,103.3 | $1,349.2 | $1,950.4 | $2,371.3 | $2,622.4 | $2,616.7 |
| Total License Revenue | $1,613.7 | $2,296.6 | $2,896.7 | $3,193.5 | $3,688.4 | $4,446.5 |
| Total Revenue | $2,966.9 | $4,223.3 | $5,684.3 | $7,143.9 | $8,827.3 | $10,130.1 |
| Increase in License Revenue | $509.9 | $672.9 | $600.1 | $296.8 | $494.9 | $758.1 |
| Increase in Sales and Marketing Expense | $353.6 | $445.9 | $601.2 | $400.9 | $251.1 | ($5.7) |
| Ratio Analysis: |  |  |  |  |  |  |
| Sales and Marketing Cash Spend/Total License Revenue | 68% | 67% | 68% | 74% | 71% | 59% |
| Sales and Marketing Cash Spend/Total Revenue | 37% | 37% | 35% | 33% | 30% | 26% |
| New Capitalized Software/Total R&D Cash Spend | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Increase in License Revenue/Prior Year Cash Spend on Sales and Marketing | 0.680X | 0.565X | 0.367X | 0.151X | 0.209X | 0.283X |

Source: Company reports and Salomon Smith Barney

Oracle Corporation – November 6, 2000

# Strategic Partnerships and Alliances

Figure 24.  Strategic Partnerships and Alliances

| Company | Nature of Relationship | Strategic Value |
|---------|------------------------|-----------------|
| Sun Microsystems VERITAS Software | The three companies announced a joint initiative (VOS) that will set a new standard for quality and interoperability from the industry leading vendors in e-business. | The three companies will provide joint customers with a set of well integrated, high quality services to help customers rapidly build more robust e-business infrastructures. |
| Compaq | The two companies will jointly develop and test the Compaq and Oracle E-Business Platform and deliver the offering through their professional services organizations. | Compaq will offer the Oracle Internet Platform across its full line of server and storage offerings to provide customers of all sizes a reliable, scalable, and complete mission critical e-business platform. |
| DELL | Dell, through its DellPlus Custom Factory install service, is able to custom-install Oracle Financials applications on Dell PowerEdge servers. | Mid-sized companies are able to rapidly implement Oracle Financials and begin realizing the benefits of their applications, while gaining the traditional price advantages that come with buying direct from Dell. |
| Hewlett-Packard | Relationship is a series of agreements aimed at expanding the companies' ability to jointly develop and deliver Oracle Internet solutions on the HP platform. | The Internet-enabled Oracle CRM products combined with HP's and Oracle's sales forces can provide companies with a detailed view of joint opportunities and can act quickly to close deals that give customers what they want. |

Source: Oracle Corporation and Salomon Smith Barney Internet Research

Other Oracle platform partners include Bull, Data General, EMC, Fujitsu, Hitachi, IBM, Intel, Linus, NCR, NEC, Novell, NT, SCO, Siemens, SGI, and Unisys.

SALOMON SMITH BARNEY

Oracle Corporation – November 6, 2000

## Management Team

**Larry Ellison, CEO and Chairman of the Board**
Mr. Ellison founded the company in 1977. Mr. Ellison has received numerous honors and awards, including Entrepreneur of the Year from the Harvard School of Business. Mr. Ellison sits on the board of Apple Computer, Inc. and the Diane Fossey Gorilla Fund.

**Jeff Henley, Executive Vice President and CFO**
Prior to joining Oracle in 1991, he served as executive vice president and CFO of Pacific Holding Company.

**Gary Bloom, Executive Vice President**
Mr. Bloom oversees database and application server product development, marketing, support education, partner programs, global information technology, and mergers and acquisitions. Prior to joining Oracle, Mr. Bloom worked at IBM and at Chevron Corporation, where he held various technical positions in their mainframe system areas.

**Jay Nussbaum, Executive Vice President, Oracle Service Industries**
Jay Nussbaum is responsible for the operation of Oracle Service Industries, based in Reston, Va. Prior to joining Oracle, Mr. Nussbaum worked at Xerox Corporation, where he held various management roles during his 24-year career, including President of Integrated Systems Operations.

**George Roberts, Executive Vice President, U.S. Sales**
In fiscal year 1993, Mr. Roberts piloted and developed the U.S. Sales Model and restructured the compensation model for U.S. Sales. Previously, Mr. Roberts managed Oracle's Business OnLine hosting initiative.

**Edward Sanderson, Jr., Executive Vice President**
Mr. Sanderson is responsible for the Oracle Product Industries (OPI), Consulting and Latin American Division, and Oracle Exchanges. Before joining Oracle, Mr. Sanderson served as president of Worldwide Information Services for Unisys Corporation. Prior to Unisys, he was a partner at McKinsey & Company and Andersen Consulting.

**Safra Catz, Executive Vice President**
Safra Catz has been executive vice president of Oracle Corp. since November 1999 and was a senior vice president between April 1999 and October 1999. Prior to joining Oracle, Ms. Catz was at Donaldson, Lufkin & Jenrette, a global investment bank, where she was a managing director from 1997, and she had previously held various investment banking positions since 1986.

**Charles Rozwat, Executive Vice President, Server Technologies**
Mr. Rozwat is responsible for product strategy, development, and delivery of Oracle's Database products. Before joining Oracle, Mr. Rozwat spent 17 years with Digital Equipment Corporation, where he held several management positions.

### Ronald A. Wohl, Executive Vice President, Applications Development

Ronald A. Wohl is responsible for the development of Oracle's application line, including Oracle's manufacturing, financials, distribution, business productivity, human resources, and government financials applications. Before joining Oracle in 1986, Mr. Wohl was a consultant with the management consulting firm Boston Consulting Group.

Oracle Corporation – November 6, 2000

# Valuation

## Methodology

For purposes of valuing ORCL, we used a ten-year discounted cash flow analysis to arrive at our stock price target of $47. We also performed a comparable company P/E multiple analysis. However, we do not use this analysis for determining valuation.

### Discounted Cash Flow Analysis

We used a discounted cash flow analysis to arrive at our stock price target of $47. We assumed a 70x terminal multiple on year 2010 free cash flow and a 12.5% discount rate. Our assumptions are as follows:

➤ Applications revenues grow at a CAGR of 28.2%, reaching $3.2 billion by 2005, and in 2010 reach $6.4 billion;

➤ The database market grows by a steady 10%;

➤ Oracle controls 46% of the total database market by 2010; and

➤ Total headcount grows to 66,450 at the end of 2010 from 41,320 as of May 2000.

Note: Microsoft's EBITDA Margin is currently 48%.

### Comparable Company Analysis

We have chosen to compare Oracle to large software vendors BMC Software, Computer Associates, and Microsoft; enterprise software vendors i2, Peoplesoft, SAP, and Siebel; and database vendors Informix and Sybase. Currently, ORCL is trading at 69.5x current fiscal year EPS versus 97.5x for the comparable company group.

### Discounted Cash Flow Analysis

We used a discounted cash flow analysis to arrive at our year-end 2001 stock price target of $47. We assumed a 70x terminal multiple on year 2010 free cash flow and a 12.5% discount rate. The assumptions underlying our ten-year model are highlighted in Figure 25.

**Figure 25. Overview of Ten-Year Model Assumptions**

($ in millions)

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 10,130 | 11,935 | 13,924 | 15,606 | 17,275 | 19,047 | 20,968 | 23,166 | 25,408 | 27,873 | 30,542 | $30 Billion in Total Revenues |
| Revenue Growth | | 17.8% | 16.7% | 12.1% | 10.7% | 10.3% | 10.1% | 10.2% | 10.0% | 9.7% | 9.6% | |
| EBITDA | 3,080 | 4,159 | 5,002 | 5,137 | 6,605 | 7,142 | 8,664 | 10,393 | 12,459 | 14,711 | 17,016 | Assumes EBITDA Reaches 55.7% |
| Sales & Marketing Headcount | 1,145 | 1,215 | 1,240 | 1,252 | 1,265 | 1,277 | 1,290 | 1,303 | 1,316 | 1,329 | 1,342 | |
| Projected Database Market Share | 35.2% | 38.7% | 40.1% | 40.4% | 40.5% | 40.6% | 41.0% | 42.0% | 43.0% | 45.0% | 46.0% | |

Source: Salomon Smith Barney and Company Reports



Oracle Corporation – November 6, 2000

---

### Figure 26. Oracle Comparable Company Analysis

| Company | Ticker | SSB Rating | Price on 10/26/00 | Shares Out (in 000s) | Market Cap ($ 000s) | TEV* | LTT Date | Historical and Projected EPS LFY | LTM | CFY | NFY** | 5 Yr. CAGR | P/E Ratio LFY | LTM | CFY | NFY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oracle Corp | ORCL | 1H | 31.06 | 5,597.4 | 190,663.1 | 185,904.0 | 1H | 0.34 | 0.41 | 0.49 | 0.60 | 25% | 100.2 | 83.0 | 59.5 | 50.8 |
| **Comparable Companies** | | | | | | | | | | | | | | | | |
| Binc Software Inc | BMCS | NR | 18.13 | 254.4 | 4,611.0 | 4,541.2 | 3,CD | 1.76 | 1.54 | 1.40 | 1.84 | 22% | 10.3 | 11.8 | 12.9 | 9.3 |
| Computer Associates Intl Inc | CA | NR | 31.00 | 606.4 | 18,797.0 | 23,338.0 | 3,CD | 3.28 | 2.91 | 2.66 | 3.21 | 15% | 9.5 | 10.6 | 11.7 | 9.7 |
| I2 Technologies Inc | ITWO | 2H | 161.00 | 199.9 | 32,176.8 | 39,602.9 | 12/99 | 0.18 | 0.33 | 0.42 | 0.62 | 45% | 894.4 | 487.9 | 383.3 | 255.6 |
| Jniksrea | JMK | NR | 3.31 | 391.0 | 1,151.2 | 910.6 | 12/99 | 0.47 | 0.44 | 0.19 | 0.33 | 17% | 9.1 | 8.7 | 20.1 | 7.16 |
| Microsoft Corp* | MSFT | 2H | 64.44 | 5,281.0 | 340,423.3 | 315,712.3 | 6/00 | 1.71 | 1.71 | 1.58 | 2.12 | 22% | 39.3 | 31.7 | 34.3 | 30.4 |
| Progress.of Inc | PSFT | 1H2 | 46.58 | 290.6 | 13,013.2 | 12,220.1 | 12/99 | 0.10 | 0.16 | 0.26 | 0.55 | 22% | 458.0 | 285.0 | 178.4 | 84.3 |
| Sap Ag - Adr | SAP | 4H | 44.38 | 596.5 | 28,698.2 | 26,485.5 | 12/99 | 0.29 | 0.12 | 0.31 | 0.52 | 20% | 170.8 | 149.6 | 55.9 | 52.0 |
| Siecon Systems Inc | SEBL | NR | 107.00 | 431.2 | 46,072.4 | 44,204.1 | 10/99 | 0.53 | 0.72 | 0.88 | 1.17 | 45% | 201.9 | 148.8 | 121.8 | 91.5 |
| Syuase | SYBS | AR | 21.38 | 93.6 | 2,000.3 | 1,737.2 | 12/99 | 2.73 | 0.96 | 1.01 | 1.49 | 15% | 30.1 | 22.3 | 21.2 | 19.3 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | **Comparative Average** | **22%** | **197.7** | **129.7** | **93.6** | **63.5** |

\* Total Enterprise Value
** FactSet and I/B/E/S
Note: SFSB is covered by Richard Gardner. SAP is covered by Mark Geall

Source: Salomon Smith Barney, FactSet, and IBES estimates for noncovered companies

*Within the past year, Oracle's trailing-EBITDA multiple has exhibited impressive expansion, reaching a ten-year high.*

Figure 27 highlights ORCL's ten-year trailing EBITDA multiple, which is at a ten-year high, further evidence of ORCL's relatively rich valuation at these levels.

### Figure 27: Oracle Trailing-12-Months EBITDA Multiple at Fiscal Year End



Source: Salomon Smith Barney and Company reports

Oracle Corporation – November 6, 2000

---

**Figure 28. Valuation — Discounted Cash Flow Analysis, FY99 - FY2002E**

($ in millions, except per share data)

| | | Year-End Dec-02 | Year-End Dec-03 | Year-End Dec-04 | Year-End Dec-05 | Year-End Dec-06 | Year-End Dec-07 | Year-End Dec-08 | Year-End Dec-09 | Year-End Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | | 5,002 | 5,137 | 6,095 | 7,142 | 8,664 | 10,393 | 12,459 | 14,711 | 17,016 |
| Income Tax Expense | | (1,810) | (1,905) | (2,306) | (2,748) | (3,350) | (4,101) | (4,950) | (5,928) | (6,970) |
| Changes in Working Capital | | 586 | 634 | 617 | 519 | 563 | 627 | 675 | 722 | 782 |
| Computer SW Dev. & Cap Ex. | | (369) | (387) | (406) | (427) | (448) | (470) | (494) | (519) | (545) |
| Free Cash Flow | | 3,410 | 3,478 | 4,000 | 4,487 | 5,428 | 6,448 | 7,689 | 8,986 | 10,283 |

**Present Value**

*Cash Flows:*

| | | Year-End Dec-02 | Year-End Dec-03 | Year-End Dec-04 | Year-End Dec-05 | Year-End Dec-06 | Year-End Dec-07 | Year-End Dec-08 | Year-End Dec-09 | Year-End Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | 10.0% | 3,100 | 2,874 | 3,005 | 3,064 | 3,371 | 3,640 | 3,946 | 4,192 | 4,361 |
| | 12.5% | 3,031 | 2,748 | 2,809 | 2,801 | 3,012 | 3,181 | 3,371 | 3,502 | 3,583 |
| | 15.0% | 2,965 | 2,630 | 2,630 | 2,565 | 2,699 | 2,788 | 2,891 | 2,938 | 2,923 |
| | 17.5% | 2,902 | 2,519 | 2,465 | 2,354 | 2,424 | 2,450 | 2,487 | 2,473 | 2,409 |
| | 20.0% | 2,842 | 2,415 | 2,315 | 2,164 | 2,182 | 2,159 | 2,146 | 2,090 | 1,993 |

| | | 80x | 75x | 70x | 65x | 60x |
|---|---|---|---|---|---|---|
| | | **Terminal Multiple** | | | | |
| Terminal Value | | 822,670 | 771,253 | 714,695 | 668,420 | 617,003 |
| Discount Rate | 10.0% | 348,893 | 327,087 | 303,100 | 283,475 | 261,669 |
| | 12.5% | 285,005 | 267,193 | 247,590 | 231,567 | 213,754 |
| | 15.0% | 233,854 | 219,238 | 203,161 | 190,007 | 175,391 |
| | 17.5% | 192,701 | 180,658 | 167,409 | 156,570 | 144,526 |
| | 20.0% | 159,439 | 149,474 | 138,513 | 129,544 | 119,579 |

**Total Value**

| | | 80x | 75x | 70x | 65x | 60x |
|---|---|---|---|---|---|---|
| | | **Terminal Multiple** | | | | |
| Discount Rate | 10.0% | 380,446 | 358,640 | 334,654 | 315,028 | 293,223 |
| | 12.5% | 313,024 | 295,211 | 275,617 | 259,585 | 241,773 |
| | 15.0% | 258,882 | 244,267 | 228,189 | 215,035 | 200,419 |
| | 17.5% | 215,185 | 203,141 | 189,893 | 179,053 | 167,009 |
| | 20.0% | 179,744 | 169,779 | 158,818 | 149,849 | 139,084 |

| Less: Net Debt | (4,584) |
|---|---|
| Share Outstanding | 5,932 |

**Per Share Value**

| | | 80x | 75x | 70x | 65x | 60x |
|---|---|---|---|---|---|---|
| | | **Terminal Multiple** | | | | |
| Discount Rate | 10.0% | 65 | 61 | 57 | 54 | 50 |
| | 12.5% | 54 | 51 | 47 | 45 | 42 |
| | 15.0% | 44 | 42 | 39 | 37 | 35 |
| | 17.5% | 37 | 35 | 33 | 31 | 29 |
| | 20.0% | 31 | 29 | 28 | 26 | 24 |

Source: Company reports and Salomon Smith Barney

On: ___ poration – November 6, 2000

**Figure 29. Income Statement, FY99-FY2002E**
($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QA Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and Other | 3,680 | 632 | 903 | 1,071 | 1,841 | 4,447 | 907 | 1,109 | 1,280 | 2,284 | 5,480 | 886 | 1,286 | 1,478 | 2,677 | 6,327 |
| Services | 5,139 | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,613 | 1,596 | 1,790 | 6,455 | 1,664 | 1,879 | 1,995 | 2,139 | 7,597 |
| Total Revenue | 8,827 | 1,985 | 2,322 | 2,449 | 3,374 | 10,130 | 2,262 | 2,722 | 2,876 | 4,074 | 11,935 | 2,570 | 3,165 | 3,373 | 4,815 | 13,924 |
| Cost of Services | 3,064 | 757 | 753 | 707 | 725 | 2,943 | 674 | 814 | 833 | 881 | 3,201 | 671 | 950 | 979 | 1,008 | 3,831 |
| Gross Profit | 5,763 | 1,228 | 1,569 | 1,742 | 2,649 | 7,187 | 1,589 | 1,909 | 2,044 | 3,193 | 8,734 | 1,899 | 2,215 | 2,394 | 3,807 | 10,087 |
| Sales and Marketing | 2,622 | 538 | 631 | 595 | 852 | 2,617 | 573 | 715 | 644 | 1,027 | 2,959 | 617 | 793 | 721 | 1,184 | 3,315 |
| Research and Development | 841 | 236 | 248 | 256 | 270 | 1,010 | 251 | 283 | 290 | 304 | 1,128 | 288 | 315 | 310 | 322 | 1,236 |
| General and Administrative | 426 | 108 | 113 | 122 | 138 | 481 | 105 | 122 | 126 | 134 | 487 | 121 | 132 | 133 | 139 | 535 |
| EBITDA | 1,873 | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 789 | 984 | 1,728 | 4,159 | 635 | 974 | 1,230 | 2,163 | 5,002 |
| Amort. of Goodwill & Intangibles | 0 | | | | | 0 | 15 | | | | 157 | 64 | 64 | 64 | 64 | 235 |
| Net Inv. Gains on Marketable Securities | 0 | | | | | 0 | | | | | 0 | | | | | 0 |
| Operating Income / (Loss) | 1,873 | 346 | 576 | 770 | 1,389 | 3,080 | 643 | 737 | 932 | 1,676 | 3,987 | 571 | 910 | 1,165 | 2,099 | 4,747 |
| Other Income / (Expense), net | 109 | 18 | 15 | 40 | 48 | 522 | 103 | 51 | 51 | 60 | 266 | 53 | 88 | 80 | 90 | 351 |
| Pre-Tax Income | 1,982 | 364 | 592 | 1,209 | 1,437 | 3,602 | 776 | 842 | 1,035 | 1,788 | 4,441 | 664 | 998 | 1,245 | 2,189 | 5,098 |
| Effective Tax Rate | 34.9% | 35.0% | 35.0% | 36.9% | 36.3% | 36.4% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Provision for Income Taxes | 692 | 127 | 207 | 446 | 530 | 1,311 | 276 | 299 | 357 | 635 | 1,577 | 236 | 354 | 442 | 777 | 1,810 |
| Net Income / (Loss) | 1,290 | 237 | 384 | 763 | 907 | 2,291 | 501 | 543 | 668 | 1,153 | 2,864 | 428 | 644 | 802 | 1,412 | 3,288 |
| EPS | $0.22 | $0.04 | $0.06 | $0.13 | $0.15 | $0.38 | $0.09 | $0.09 | $0.11 | $0.19 | $0.48 | $0.07 | $0.11 | $0.14 | $0.24 | $0.56 |
| Fully-Diluted Shares Outstanding | 5,937 | 5,955 | 6,013 | 5,956 | 6,010 | 5,936 | 5,932 | 5,931 | 5,924 | 5,916 | 5,926 | 5,919 | 5,921 | 5,923 | 5,925 | 5,922 |
| **Common Size:** | | | | | | | | | | | | | | | | |
| License and Other | 41.8% | 31.9% | 38.9% | 43.7% | 54.5% | 43.9% | 35.1% | 40.7% | 44.5% | 56.1% | 45.9% | 34.5% | 40.6% | 43.8% | 55.6% | 45.4% |
| Services | 58.2% | 68.1% | 61.1% | 56.3% | 45.5% | 56.1% | 59.3% | 59.3% | 55.5% | 43.9% | 54.1% | 65.5% | 59.4% | 56.3% | 44.4% | 54.6% |
| Total Revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Gross Profit | 65.3% | 61.9% | 67.6% | 71.1% | 78.5% | 71.0% | 70.2% | 70.1% | 71.1% | 78.4% | 73.2% | 65.0% | 70.0% | 71.0% | 79.1% | 72.4% |
| Sales and Marketing | 29.7% | 27.1% | 27.2% | 24.3% | 25.3% | 25.8% | 25.3% | 26.3% | 22.4% | 25.2% | 24.8% | 24.0% | 25.1% | 21.4% | 24.6% | 23.8% |
| Research and Development | 9.5% | 11.9% | 10.7% | 10.5% | 8.0% | 10.0% | 11.1% | 10.4% | 10.1% | 7.5% | 9.5% | 11.2% | 10.0% | 9.2% | 6.7% | 8.9% |
| General and Administrative | 4.8% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.6% | 4.5% | 4.4% | 3.3% | 4.1% | 4.7% | 4.2% | 3.9% | 2.9% | 3.8% |
| EBITDA | 21.2% | 17.4% | 24.8% | 31.4% | 41.2% | 30.4% | 29.1% | 29.0% | 34.2% | 42.4% | 34.8% | 24.7% | 30.8% | 36.5% | 44.9% | 35.9% |
| Operating Income | 21.2% | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 28.4% | 27.1% | 32.4% | 41.1% | 33.4% | 22.2% | 28.8% | 34.6% | 43.6% | 34.1% |
| Net Income / (Loss) | 14.6% | 11.9% | 16.6% | 31.2% | 26.9% | 22.5% | 22.1% | 19.9% | 23.2% | 28.3% | 24.0% | 16.7% | 20.3% | 23.8% | 29.3% | 23.6% |
| **Y/Y Percentage Change:** | | | | | | | | | | | | | | | | |
| License and Other | 13.5% | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% | 27.7% | 22.9% | 19.4% | 24.1% | 23.2% | 9.6% | 16.0% | 15.5% | 17.2% | 15.5% |
| Services | 30.1% | 15.9% | 12.1% | 9.6% | 7.2% | 10.6% | 7.6% | 12.9% | 17.5% | 20.7% | 13.6% | 15.8% | 16.5% | 18.7% | 19.5% | 17.7% |
| Total Revenue | 23.6% | 12.9% | 13.9% | 14.8% | 14.6% | 14.8% | 14.0% | 17.2% | 17.5% | 20.7% | 17.8% | 13.6% | 16.3% | 17.5% | 18.2% | 16.7% |
| Gross Profit | 18.3% | 14.8% | 22.9% | 35.4% | 24.3% | 24.7% | 23.3% | 21.7% | 17.3% | 20.6% | 21.5% | 5.2% | 16.0% | 17.2% | 18.2% | 15.5% |
| Sales and Marketing | 10.6% | 5.6% | 6.7% | 4.9% | (0.7%) | 6.4% | 6.4% | 13.2% | 8.3% | 20.5% | 13.1% | 7.7% | 11.0% | 11.9% | 15.2% | 12.0% |
| Research and Development | 17.0% | 25.8% | 23.7% | 21.6% | 11.1% | 20.0% | 6.4% | 14.1% | 13.4% | 12.6% | 11.7% | 14.8% | 11.4% | 7.1% | 5.7% | 9.5% |
| General and Administrative | 15.7% | 14.1% | 11.3% | 17.9% | 8.7% | 12.7% | (1.5%) | 7.8% | 3.7% | (3.0%) | 1.3% | 23.2% | 8.2% | 6.1% | 4.1% | 9.8% |
| EBITDA | 32.7% | 24.5% | 50.8% | 69.3% | 72.2% | 64.5% | 90.3% | 36.9% | 27.9% | 24.5% | 35.0% | (3.5%) | 23.5% | 24.9% | 25.2% | 20.3% |
| Net Income / (Loss) | 58.5% | 21.4% | 40.3% | 160.2% | 71.9% | 77.0% | 111.5% | 41.2% | 23.2% | 27.2% | 25.0% | (14.4%) | 18.6% | 20.4% | 22.5% | 14.8% |

Source: Salomon Smith Barney

SALOMON SMITH BARNEY

Or...    ...poration – November 6, 2000

## Figure 30. Balance Sheet, FY99 - FY2002E

($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QA Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | 2,563 | 2,722 | 2,134 | 2,760 | 7,782 | 7,782 | 5,063 | 4,855 | 5,614 | 8,508 | 8,508 | 8,063 | 7,382 | 8,281 | 12,017 | 12,017 |
| Trade Receivables | 2,479 | 1,676 | 1,940 | 2,032 | 2,534 | 2,534 | 1,696 | 2,042 | 2,157 | 3,081 | 3,081 | 2,113 | 2,601 | 2,773 | 3,641 | 3,641 |
| Prepaid Expenses & Other Current Asse | 406 | 391 | 526 | 345 | 567 | 567 | 500 | 463 | 489 | 693 | 693 | 437 | 538 | 573 | 319 | 319 |
| Total Current Assets | 5,447 | 4,789 | 4,600 | 5,145 | 10,883 | 10,883 | 7,259 | 7,359 | 8,260 | 12,281 | 12,281 | 10,613 | 10,521 | 11,637 | 16,477 | 16,477 |
| PP&E, net | 987 | 966 | 966 | 967 | 934 | 934 | 937 | 1,228 | 1,263 | 1,298 | 1,298 | 1,327 | 1,355 | 1,364 | 1,412 | 1,412 |
| Long-Term Cash Investments | 250 | 208 | 193 | 120 | 110 | 110 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Computer Software Development Costs | 99 | 99 | 99 | 99 | 95 | 95 | 89 | 116 | 116 | 114 | 114 | 101 | 135 | 137 | 135 | 135 |
| Intangibles and Other Assets | 478 | 517 | 717 | 1,010 | 1,054 | 1,054 | 1,158 | 641 | 1,195 | 1,273 | 1,273 | 1,316 | 978 | 1,402 | 1,505 | 1,505 |
| Total Assets | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 13,077 | 9,513 | 9,614 | 10,805 | 15,037 | 15,037 | 13,427 | 13,059 | 14,629 | 19,598 | 19,598 |
| **Liabilities and Stockholders' Equity:** | | | | | | | | | | | | | | | | |
| Accounts Payable | 284 | 255 | 245 | 225 | 287 | 287 | 257 | 287 | 264 | 347 | 347 | 292 | 334 | 309 | 410 | 410 |
| Income Taxes Payable | 276 | 157 | 112 | 270 | 2,322 | 2,322 | 873 | 131 | 317 | 383 | 383 | 992 | 153 | 372 | 453 | 453 |
| Accrued Compensation | 894 | 388 | 513 | 501 | 500 | 500 | | 601 | 588 | 604 | 604 | | 699 | 690 | 714 | 714 |
| Deferred Revenue | 1,007 | 1,090 | 925 | 1,020 | 1,133 | 1,133 | 1,270 | 1,085 | 1,197 | 1,369 | 1,369 | 1,443 | 1,261 | 1,404 | 1,618 | 1,618 |
| Other Accrued Liabilities ** | 781 | 657 | 673 | 792 | 1,617 | 1,617 | 1,263 | 1,292 | 1,552 | 4,295 | 4,295 | 2,233 | 1,502 | 1,938 | 5,076 | 5,076 |
| Total Current Liabilities | 3,043 | 2,546 | 2,458 | 2,607 | 5,860 | 5,860 | 3,663 | 3,396 | 4,018 | 6,998 | 6,998 | 4,959 | 3,947 | 4,713 | 8,270 | 8,270 |
| Long-Term Debt | 522 | 533 | 508 | 558 | 758 | 758 | 479 | 305 | 305 | 305 | 305 | 305 | 305 | 305 | 305 | 305 |
| Total Liabilities | 3,564 | 3,079 | 2,976 | 3,365 | 6,615 | 6,615 | 4,142 | 3,700 | 4,324 | 7,303 | 7,303 | 5,264 | 4,252 | 5,018 | 8,575 | 8,575 |
| Total Stockholders' Equity | 3,695 | 3,500 | 3,401 | 3,984 | 6,461 | 6,461 | 5,371 | 5,914 | 6,582 | 7,735 | 7,735 | 8,163 | 8,807 | 9,611 | 11,023 | 11,023 |
| Total Liabilities and Stockholders' Equity | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 13,077 | 9,513 | 9,614 | 10,805 | 15,037 | 15,037 | 13,427 | 13,059 | 14,629 | 19,598 | 19,598 |
| **Drivers:** | | | | | | | | | | | | | | | | |
| DSOs | 100 | 77 | 76 | 76 | 81 | 81 | 68 | 68 | 68 | 94 | 94 | 75 | 75 | 75 | 69 | 95 |
| Prepaid Expenses & Other Current Asse | 4.6% | 19.7% | 14.0% | 14.1% | 5.6% | 5.6% | 22.1% | 17.0% | 17.0% | 5.6% | 5.6% | 17.0% | 17.0% | 17.0% | 17.0% | 5.9% |
| Computer Software Development Costs | 1.1% | 5.0% | 4.3% | 4.0% | 2.8% | 0.9% | 3.9% | 4.3% | 4.0% | 2.8% | 1.0% | 3.9% | 4.3% | 4.0% | 3.1% | 1.0% |
| Intangibles and Other Assets | 5.4% | 26.1% | 30.6% | 41.6% | 31.2% | 10.4% | 51.2% | 30.9% | 41.6% | 31.2% | 10.7% | 51.2% | 30.9% | 41.6% | 31.2% | 10.8% |
| Accounts Payable | 3.2% | 12.9% | 10.5% | 9.2% | 8.5% | 2.8% | 11.4% | 10.5% | 10.5% | 8.5% | 2.9% | 11.4% | 10.5% | 9.2% | 8.5% | 2.0% |
| Income Taxes Payable | 3.1% | 7.9% | 4.5% | 11.0% | 58.6% | 22.9% | 38.6% | 4.6% | 11.0% | 9.4% | 3.2% | 38.6% | 4.6% | 11.0% | 9.4% | 3.3% |
| Accrued Compensation | 7.9% | 19.5% | 22.1% | 20.5% | 14.6% | 4.9% | 0.0% | 22.1% | 20.5% | 14.6% | 5.1% | 0.0% | 22.1% | 20.5% | 9.4% | 5.1% |
| Deferred Revenue | 11.4% | 54.9% | 39.3% | 41.6% | 33.6% | 11.2% | 56.1% | 41.6% | 41.6% | 33.6% | 11.5% | 56.1% | 41.6% | 41.6% | 33.6% | 11.6% |
| Accrued Liabilities | 15.2% | 48.8% | 47.4% | 57.4% | 105.4% | 26.4% | 65.9% | 57.4% | 57.4% | 105.4% | 36.0% | 65.9% | 57.4% | 57.4% | 105.4% | 38.5% |

* Includes computer software development costs net of accumulated amortization of $54,381 in 1999 & $37,473 in 1998
** Includes value added tax and sales tax payable

Source: Company reports and Salomon Smith Barney

SALOMON SMITH BARNEY

Or:   ...poration – November 6, 2000

SALOMON SMITH BARNEY

## Figure 31.  Cash Flow Statement, FY99 - FY2002E

($ in millions)

| | Year-End May-99 | 1Q Aug-99 | 2Q Nov-99 | 3Q Feb-00 | 4Q May-00 | Year-End May-00 | 1QE Aug-00 | 2Q Nov-00 | 3Q Feb-01 | 4Q May-01 | Year-End May-01 | 1Q Aug-01 | 2Q Nov-01 | 3Q Feb-02 | 4Q May-02 | Year-End May-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (Loss) | 1,290 | 237 | 384 | 763 | 907 | 2,291 | 501 | 543 | 568 | 1,153 | 2,864 | 428 | 644 | 804 | 1,412 | 3,288 |
| Depreciation and Amortization | 320 | 77 | 77 | 62 | 40 | 256 | | | | | | | | | | |
| Amort. of Stock-Based Compensation | 56 | 18 | 19 | 19 | | 57 | | | | | | | | | | |
| Other Non-Cash Addbacks | 73 | 16 | 24 | (392) | | (352) | | | | | | | | | | |
| Changes in Working Capital | 69 | 308 | (363) | 498 | 2,309 | 2,722 | (1,271) | (576) | 482 | 1,851 | 486 | (815) | (1,602) | 550 | 2,443 | 508 |
| Cash Flow From Operations (footnote a) | 1,807 | 655 | 112 | 970 | 3,216 | 4,964 | (771) | (33) | 1,150 | 3,004 | 3,350 | (386) | (958) | 1,363 | 3,855 | 3,875 |
| | | | | | | | | | | | | | | | | |
| Capital Expenditures | (379) | (59) | (74) | (97) | (187) | (417) | (2) | (291) | (35) | (35) | (364) | (28) | (28) | (28) | (28) | (113) |
| Acquisitions | (228) | (8) | (27) | 295 | 224 | | (104) | 318 | (355) | (79) | (219) | (43) | 339 | (425) | (103) | (232) |
| Investments | (195) | (185) | 202 | 350 | 421 | | 46 | (28) | 30 | 2 | 20 | 13 | (35) | (1) | 2 | (21) |
| Cash Flow From Investments | (802) | (253) | 102 | 599 | 468 | | (60) | (1) | (360) | (111) | (562) | (58) | 276 | (454) | (129) | (366) |
| | | | | | | | | | | | | | | | | |
| Payment of Capital Leases | (1) | (4) | (1) | 3 | 198 | 197 | | | | | | | | | | |
| Long-Term Debt | 1 | (493) | (631) | (507) | 1,571 | (150) | (277) | (174) | 0 | 0 | (451) | 0 | 0 | 0 | 0 | 0 |
| Sale of Preferred/Common Stock | (485) | (496) | (631) | (593) | 1,768 | 1,768 | (1,591) | 0 | 0 | 0 | (1,591) | 0 | 0 | 0 | 0 | 0 |
| Cash Flow From Financing | (485) | | 16 | (25) | | 47 | (1,868) | (174) | 0 | 0 | (2,042) | 0 | 0 | 0 | 0 | 0 |
| Effect of Foreign Currency Translation | (8) | 26 | 16 | (25) | 18 | 18 | (174) | (174) | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | |
| Net Increase (Decrease) in Cash & Equiv | 644 | 159 | (588) | 534 | 4,994 | 5,199 | (2,689) | (208) | 760 | 2,893 | 746 | (444) | (682) | 909 | 3,726 | 3,509 |
| Cash and Equivalents, Beg. | 1,919 | 2,563 | 2,722 | 2,134 | 2,788 | 2,563 | 7,762 | 5,063 | 4,855 | 5,614 | 7,762 | 8,508 | 8,063 | 7,382 | 8,291 | 8,508 |
| Cash and Equivalents, End. | 2,563 | 2,722 | 2,134 | 2,788 | 7,762 | 7,762 | 5,063 | 4,855 | 5,614 | 8,508 | 8,508 | 8,063 | 7,382 | 8,291 | 12,017 | 12,017 |

footnote (a) For modeling purposes, expected depreciation and amortization is shown on the income statement only

Source: Company reports and Salomon Smith Barney

 

Oracle Corporation – November 6, 2000

## Notes

Oracle Corporation – November 8, 2000

## Notes

SALOMON SMITH BARNEY

 

Oracle Corporation – November 6, 2000

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

US11H068

# Within the past three years, Salomon Smith Barney, including its parent, subsidiaries, and/or affiliates, has acted as manager or co-manager of a public offering of the securities of this company.

Salomon Smith Barney ("SSB"), including its parent, subsidiaries, and/or affiliates ("the Firm"), usually makes a market in the U.S.-traded over the counter securities recommended in this report and may sell to or buy from customers, as principal, securities recommended in this report. The Firm or employees preparing this report may have a position in securities or options of any company recommended in this report. An employee of the Firm may be a director of a company recommended in this report. The Firm may perform or solicit investment banking or other services from any company recommended in this report.

Securities recommended, offered, or sold by SSR: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources SSB believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security.

This report has been approved for distribution in the United Kingdom by Salomon Brothers International Limited, which is regulated by the Securities and Futures Authority. The investments and services contained herein are not available to private customers in the UK. This report was prepared by SSB and, if distributed in Japan by Nikko Salomon Smith Barney Limited, is being so distributed under license. This report is made available in Australia through Salomon Smith Barney Australia Securities Pty Ltd. (ACN 003 114 832), a Licensed Securities Dealer, and in New Zealand through Salomon Smith Barney New Zealand Limited, a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives or financial situation of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision.

Guide to investment ratings: *RANK* is a guide to the expected total return over the next 12-18 months. The total return required for a given rank depends on the degree of risk (see below) in a stock. The higher the risk, the higher the required return. For example, a 1 (Buy) rating indicates a total return ranging from 15% or greater for a low-risk stock to 30% or greater for speculative stocks. Estimated returns for other risk categories are scaled accordingly. *RISK* takes into account predictability of earnings and dividends, financial leverage, and stock price volatility. *L (Low Risk)*: predictable earnings and dividends, suitable for conservative investors. *M (Medium Risk)*: moderately predictable earnings and dividends, suitable for average equity investors. *H (High Risk)*: earnings and dividends are less predictable, suitable for aggressive investors. *S (Speculative)*: very low predictability of fundamentals and a high degree of volatility, suitable only for investors/traders with diversified portfolios that can withstand material losses. *V (Venture)*: indicates a stock with venture capital characteristics that is suitable for sophisticated investors with a high tolerance for risk and broadly diversified investment portfolios. A thorough explanation of the ratings system is available upon request.

Investing in non-U.S. securities, including ADRs, by U.S. persons may entail certain risks. The securities of non-U.S. issuers may not be registered with, or be subject to, the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Investors who have received this report from the Firm may be prohibited in certain U.S. states from purchasing securities mentioned in this report from Salomon Smith Barney. Please ask your Financial Consultant for additional details.

The research opinions herein may differ from those of The Robinson-Humphrey Company, LLC, a wholly owned brokerage subsidiary of Salomon Smith Barney Inc.

Salomon Smith Barney is a service mark of Salomon Smith Barney Inc.

© Salomon Smith Barney, Inc., 2000. All rights reserved. Any unauthorized use, duplication, or disclosure is prohibited by law and will result in prosecution.

SALOMON SMITH BARNEY

Oracle Corporation — November 6, 2000

## Notes