EXHIBIT 51

5 of 8 DOCUMENTS

Copyright 2000 Time Inc.
Fortune

November 13, 2000



EXHIBIT 8

156

Ellison 3-30-04

SECTION: FEATURES/COVER STORY; Pg. 98

LENGTH: 6260 words

HEADLINE: The Next Richest Man In the World;
Larry Ellison is a very lucky guy: He has more money than anyone--except Bill Gates. He's CEO of the most powerful software company in the world--besides Microsoft. What's so bad about that? For Ellison, everything.

BYLINE: Andy Serwer, Reporter Associates Julia Boorstin, Jessica Sung

BODY:

It is one of those golden, glowing autumn days when, despite all the traffic and hassle of the new Northern California, you understand why people still flock here and never leave. Some 20 miles south of San Francisco the hills are gilded by the setting sun. But down in the bayside flatlands of Redwood Shores, the source of the dappling light would seem to be the Emerald City, the glittering blue-green complex of office towers of the Oracle Corporation. Brilliant, dazzling Emerald City, the would-be center of the e-commerce universe.

Here, inside building 500 on the 11th floor, CEO Larry Ellison, sleek as ever in his $ 7,000 suit, glides into a spacious office. Paneled in warm, blond wood and with a panoramic view of the giant man-made lake on the company's campus, the office seems part inscrutable sanctuary, part New Age power statement. In other words, vintage Ellison. But it turns out that this isn't really Ellison's office. It's actually the former office of Ray Lane, Oracle's ex-president-- and erstwhile heir apparent of Ellison. Given the contentious nature of Lane's departure, it seems a truly bizarre venue for a chat about the company's future. But maybe Ellison is sending a message: My underlings are as replaceable as furniture. No employee departure can harm the prospects of this company.

If there is such a message, it's quickly lost in the "dialogue" that follows. For nearly an hour the 56-year-old Ellison careens from one unexpected topic to the next: from Mother Teresa to Bismarck to the Sacramento Kings' star forward Chris Webber to the late Supreme Court Justice Louis Brandeis to country singer Faith Hill to Al Gore's and George W.'s SAT scores to relational databases. And then, finally, toward the end of his fascinating harangue, Ellison alights upon his glorious epiphany.

This big revelation, this strategy-changing moment, came to him in the fall of 1997 when Oracle was doing $ 5.7 billion a year in sales--about half of what it does now. Yes, Oracle had been immensely successful. Yes, its database software business was flourishing, in spite of Microsoft's big push to sell a much cheaper database called SQL Server. And yes, traditional database rivals like Sybase and Informix were fading further and further from view. But Ellison knew that the database business was showing signs of maturing, and that his company would be hard-pressed to continue delivering 30% growth rates year after year after year--especially when faced with a slew of upstart competitors. Oracle had always thought its software would be the core of operations in corporate America, but now a host of new rivals--Siebel, PeopleSoft, and SAP among them--were offering programs that threatened to relegate the database to mere plumbing. Some observers viewed the threat as modest, believing that Oracle could simply coexist with these relative neophytes, whose applications were predicated on tapping into databases. But that wasn't Larry Ellison's take. That wasn't his take at all.

The question he faced was simple: Where would Oracle go from here? How could Ellison take his company to the next level--the leadership role he so deeply believed it deserved? And then it hit him, he says. Oracle would create a suite of Internet-based enterprise application software. These enterprise applications would work perfectly with Oracle databases. The resulting combination would be irresistible to corporate IT guys looking to make their lives simpler. It would be an unbeatable combination. And Oracle would wipe out its competitors, wipe 'em all right out, just as it had

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

marginalized Sybase and Informix. "I realized this was the right thing to do for two reasons," recalls Ellison. "Number one, we're the big guys. We have the size and the brainpower to do this. No other software company does. If we're going to do applications, let's do it. Let's really do it. Two, I of course saw how incredibly successful Microsoft's Office suite was. Here we had a chance to do the same thing."

Whoa! Hold on here. The same strategy as Microsoft? Isn't this the same Larry Ellison who hired private detectives to dive into Mister Softee's dumpsters to dig up dirt on the company? ("Unsavory, yucky--kind of. But legal," Ellison says.) Aren't Oracle and Microsoft the bitterest blood rivals in techland? The new economy's Celtics and Lakers, Corn Huskers and Sooners, Hatfields and McCoys?

Exactly. And though Ellison may be flattering Bill Gates by copying him, he's also hoping to thrash him. To that end, Oracle's famously flamboyant chief has committed himself to a radical, bet-the-company strategy to build a colossus of finely integrated business applications that will do for the Net what Microsoft's software did for the old world of personal computers.

Indeed, one might argue that databases are already the system software of the e-commerce Internet, just as Windows is the key software of the PC realm (though the market share of Oracle's database software, roughly 40%, is less than half of what Microsoft's flagship program controls in PCs). So a suite of Oracle Net software applications, says Ellison, is a natural extension. Making Oracle the one-stop shop for database and application software is the right thing to do for his corporate customers. "It's like if you want to buy a car," says the high-energy CEO in one of his familiar rants. "Would you get an engine from BMW, a chassis from Jaguar, windshield wipers from Ford? No, of course not. Right now with the software that's out there, you need a glue gun--or hire all these consultants to put it together. They call it best of breed. I call it a mess. We want to put an end to that. Sometimes choice is a bad thing. If you say that our strategy is like Microsoft's in that it's giving customers what they want in one seamless package, then yes, it's like Microsoft."

On March 12, 1986, Oracle Corp. went public at $ 15 a share. It closed the day at $ 20.75, giving it a market value of $ 270 million. Twenty-four hours later, on March 13, Microsoft went public at $ 21. It ended the session up $ 7, giving it a market cap of $ 700 million. From that day on--now almost 15 years ago--these two wildly successful companies have become inextricably linked. Linked, perhaps as opposites, in the way north and south poles are.

In the bizarro universe of high-tech titans, the matchup is between California playboy and disheveled Seattle nerd. It's gonad vs. brain. Satyr vs. geek. For the longest time, of course, the geek had the upper hand. Microsoft was substance. Oracle was...a sideshow. Microsoft (until recently) never hit so much as a speed bump. Oracle crashed--and almost burned--not that long ago.

But then a funny thing happened. On Feb. 23 of this year the value of $ 10,000 invested in Oracle's IPO surpassed the value of $ 10,000 invested in Microsoft's IPO. The lines on the graph had crossed. Since then, they have continued to diverge. This particular point could be as insignificant as any Wall Street chartist voodoo, of course. But to Ellison, at least, it portends something monumental. He believes that Oracle will soon supplant Microsoft as the world's dominant software company. And if that occurs he believes that another critical thing will happen too: Ellison, who owns 24.2% of Oracle--a mammoth position for a CEO of an S&P 500 company--will supplant Bill Gates as the richest man in the world.

To some who know him well, this goal may matter even more to Ellison than his company's becoming the dominant software player on the Net. But then, knowing the real Ellison isn't easy. When Apple founder and CEO Steve Jobs (whom Ellison repeatedly refers to as his best friend) is asked what he thinks is the driving motivation of his pal, he chuckles, thinks for a moment, and then whispers into the phone: "Rosebud."

Born to an unwed mother who gave him to some relatives to raise, Ellison has never known his biological father and met his biological mother only once. Ellison says his family, Jewish immigrants from Europe, took the name "Ellison" after Ellis Island. He grew up working class in an apartment building in Chicago. His adopted father, Louis, was an accountant who was forever telling Larry that he was a good-for-nothing. According to The Difference Between God and Larry Ellison, by Mike Wilson, Ellison was considered smart but bridled under authority and was not a particularly great student. He attended the University of Illinois and the University of Chicago, quit both, and headed west to work for technology companies.

In 1977 he and programmers Bob Miner and Ed Oates founded a software company. They named their first product Oracle and sold it to various early clients, including the CIA. Ellison wasn't the star programmer--Miner (an extremely likable guy who died of lung cancer in 1994) and Oates were--but he was the venture's driving force. And even then he

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

was a memorable character. One Oracle VP, who joined the company in 1981, remembers Ellison's picking him up at the airport back then. "He showed up in a Mazda RX-7, which didn't really have a back seat, but somehow there is this blonde back there. He drove to his home, and the gal got out and walked off. We went inside the house, and there was another woman inside." Also impressive was Ellison's technical expertise: "He knew chip speeds and drive specs," says the VP.

Identifying relational databases as a great business opportunity is one of several unquestionably brilliant moves Ellison has made over his career. Databases existed back then, but they were static and couldn't interact with each other. A maker of sweaters, for example, might be able to ask for the number of pink sweaters one customer had ordered but not how many pink sweaters all customers had bought. In the 1970s computer scientists at IBM wrote about a new kind of database that was flexible and could do ad hoc queries. It could sort through all the sweaters. IBM management failed to capitalize on the idea, however, and Ellison seized upon it. While it is common lore that IBM essentially handed over the PC system-software business to Microsoft, it is less known that Big Blue also took a pass on what would become Oracle's business.

And so Oracle began writing database software for Digital Equipment Corp.'s VAX minicomputers and main-frames. Customers such as government agencies and manufacturers used Oracle programs to manage their data, such as supplier lists and accounts. From the beginning, Oracle was a sales-driven, win-at-all-costs pirate ship of a company. Ellison drove everyone hard, going through wives and top executives like pairs of boots. He developed a reputation for falling out of love with Oracle execs just before their options vested or their bonuses were due. "For most people there really is only a certain number of years they can take," says one ex-executive. "It's not like he's necessarily a bad guy. He's just very, very intense."

Intense, complicated, and a bit off-putting. Ellison's like the kid that came up to you on the playground when you were in fourth grade and said, "Everything I say to you is a lie, including this." Friends and colleagues describe him as insecure, arrogant, brilliant, sleazy, funny, cool, and ruthless. A celebrity billionaire. A rogue. His own CFO calls him a dictator. He says he's engaged (it will be his fourth marriage) to Melanie Craft, an author of Danielle Steel-like fare such as Hard-Hearted Man. He's preparing to race for the America's Cup and loves to talk sailing with Walter Cronkite. A huge hoops fan, he says NBA commissioner David Stern has suggested that he buy an NBA team.

Indeed, gossiping about Larry is one of the most popular spectator sports in Silicon Valley. Here is some of the latest dish about him served up at Buck's, the Valley's famed eatery: Larry's maid stole his Rolex. (Not true.) Larry forged the smog sticker on his McLaren. (Ellison will neither confirm nor deny this one.) Larry stiffed his boatyard. Larry--a huge fan of Bill Clinton's--is going to hire former White House spokesman Mike McCurry to be his personal publicist. (Who knows?)

"He works very hard at his bad-boy image," says Ellison's pal, former Intel CEO Andy Grove. But what makes all the boats and babes and braggadocio bearable--barely--is the fact that Ellison and his company have just been knocking the cover off the ball. In a business that chews companies up and spits 'em out by the quarter, Oracle has made it big.

Here are the numbers: The company did over $ 10 billion in sales last year. It had over $ 3 billion in operating prof-its, which are growing over 40% a year. (You don't even want to talk net income. Last year Oracle logged a nearly $ 7 billion gain in marketable securities.) Its operating profit margin has marched steadily upward over the past two years, reaching as high as 41% in a recent quarter. Since September 1998 the stock is up more than tenfold. (I don't own ORCL, but I wish I did!) The company now has a $ 184 billion market cap, making it one of the largest in the world. Beyond that, Oracle--along with Intel, Hewlett-Packard, Cisco, and Sun--is now one of the Silicon Valley elite. Not bad for a company that used to be best known for vaporware and an insaniac CEO.

Analysts describe the new business Ellison is attacking as the "Internet applications business" and estimate it is a $ 30 billion market, growing by 25% a year. As for Ellison, he's dead set on wrapping his arms around the whole thing, starting with his suite of Internet-based integrated business applications, 11i, introduced this past spring. "I would be surprised if we didn't do it," he said in a recent conversation. A good many observers, of course, think that's crazy.

First of all, his scheme carries huge risk. The market for these software applications is changing at Internet speed and is enormously complex. Consider what these applications actually do: They take whole segments of a company's operations and streamline them--sifting through all the sales, financial, and customer data that a company might have and then distributing them to managers and employees in all sorts of usable packages. And now, thanks to the Internet, a company can tie suppliers and customers into this movable data feast as well. For instance, such programs can help salespeople on the road have access to the corporate data they need and can configure products on the fly for their cus-

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

tomers. Still other applications totally reorganize supply-chain management. Not surprisingly, given the complexity of all this, Ellison's company doesn't have nearly the leverage in this world that Microsoft had when it started serving up suites of desktop applications to PC users.

And then, of course, there's the issue of how much the new strategy will benefit **Oracle** on Wall Street. Some analysts caution that even if the plan does work, its success is already factored into **Oracle's** pricey stock--right now ORCL has a forward P/E of 32, about the same as Microsoft's. "The debate isn't whether it's a great company," says Robertson Stephens analyst Eric Upin, "but how much **Oracle's** stock should be worth given the risk factors."

Over the past couple of years **Oracle's** "apps" sales have accounted for between 5% and 13% of revenues, depending on the quarter. And explosive growth beyond that threshold won't be as easy as Ellison makes it sound. One problem: Companies that are already leaders in enterprise applications--including PeopleSoft in the human resources category (see box); SAP, the giant German maker of enterprise resource software; and Siebel, in customer relationship management software--are migrating to the Web as well. What's more, a whole new crop of enterprise software companies has built entire businesses around the Web from the ground up: Ariba and Commerce One in procurement and exchanges, Broadvision in e-commerce, and i2 in the supply-chain arena. In any event the situation is so in flux that it would be hard for even the savviest South Hill Road player to pick a definite winner.

Meanwhile, there's a potentially big pricing problem with the Net apps suite strategy. Again, it's helpful to revisit the Microsoft Office analogy. When the Beast of Redmond began to bundle its desktop computing software for word processing, spreadsheets, and presentations, it was able to price the additional programs so dirt cheap that it knocked the competition (WordPerfect, Lotus) nearly out of the market. **Oracle**, however, would likely find such a marketing strategy--for example, essentially giving away an entire HR department's software for the price of a single program--to be a dangerous drag on its bottom line.

The aggressiveness of Ellison's strategy scares some. "**Oracle** hasn't been a leader in this business," points out Upin of Robertson Stephens, "and all of sudden they are talking about $ 1.3 billion in applications revenue for fiscal 2001 [May year-end]." Nor is Ellison's good buddy Andy Grove optimistic. "So often, when you see companies try to move from one area of dominance to another, they fail," says Grove. "I have my doubts about this one."

You don't have to be a software expert to understand what might be raising Grove's cautionary flags. Imagine taking all of a company's business software applications, ripping them out department by department, and replacing them with one global package. There's no small amount of institutional inertia that prevents companies from simply throwing over one app for another. These applications are to a large degree customized--and even though it will be far easier to make Internet-based apps fit a particular business without a lot of modification, it still is not an easy thing to pull off. Like crossing the desert on foot.

Nor is it easy to design standard apps that work for all the different kinds of customers that **Oracle** says it's trying to serve. An e-business has very different app needs than a manufacturer. A bank needs different kinds of apps than a trucking company.

Ellison says he's aware of all this. He knows its an enormous job. But he's got the programmers to do it. "No other company could create a suite of applications," he says. "They just aren't big enough."

In fact, Ellison's loyal lieutenants say that size factor--and **Oracle's** famously aggressive sales pitch--is already working. "I see CEOs come in here and get on their knees and weep after we explain this to them," says Mark Barrenechea, head of **Oracle's** CRM business. Says **Oracle** EVP Jay Nussbaum: "I went with Larry to visit Sandy Weill at Citigroup. And after Larry pitched Sandy, Sandy said, 'You don't have to sell me anymore. I'm a numbers guy. This is awesome. I want some of that.' " (Weill confirms the conversation but says he phrased it a little differently.)

Still, rhetoric aside, Wall Street was clearly a little disappointed in **Oracle's** apps biz for the quarter ended in August. Sure, applications revenue grew more than 42%, to $ 156 million, but analysts like Goldman's Rick Sherlund were looking for 65% growth. Likewise, though **Oracle** CFO Jeff Henley predicts the company will have 50 corporate applications customers by the end of the November quarter, the company has just about 27 now, with the recent signing of Agilent. Interestingly, most of **Oracle's** applications customers thus far have been smaller businesses or divisions--or newer ones that don't have many legacy systems to throw away.

"I think you'll be able to tell if they're on track over the next few quarters," says Morgan Stanley software analyst Chuck Phillips. "**Oracle's** sales force needs to really focus on applications. And the company could use one key executive besides Ellison who champions this cause."

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

One likely scenario is that Ellison's applications strategy will initially play hit-and-miss, making it a rough ride for shareholders. As the whole business evolves, though, many are putting their faith in Ellison's ability to reshape these products and make them work somehow, somewhere. That sort of finessing is something Ellison is very good at. "Who knows [what the outcome will be]?" says Jobs. "But at least Larry is moving forward, going somewhere that makes sense. Then if he has to change, he will. You can't get anywhere by standing still."

As with all things **Oracle**, in the end, it all comes back to Larry. And that may be the way he likes it. "Larry is misunderstood," offers Dave Roux, former head of corporate development at **Oracle** and now at buyout firm Silver Lake Partners. "Is he a great technologist? No, there are 100 guys in the Valley as good as he is. Is he a great manager? No, but he's been smart enough to get them. What he is is a great leader. His great strength is to make exceptional employees do the impossible."

To Roux's point, Ellison has become a master at rallying the troops. At **Oracle's** recent user group conference, the Larry faithful line up outside an auditorium for hours before his speech. When the doors open, 8,000 programmers race into the hall as if they're in some kind of frontier land grab. The pyrotechnics are cutting edge. Pulsing, futuristic sounds pound through the room. Abstract, flashing techno-images, like something out of The Matrix, blink across giant screens. And then Larry and his entourage march in. It's almost a rock star thing, with the buzz of the crowd and dozens of cameras flashing. Though surrounded by high-level executives, such as his enigmatic chief of staff, Safra Catz (the top woman executive at **Oracle**), marketing chief Mark Jarvis, and others--all wearing black--Ellison stands out. He's the tall one, wearing a gray suit this time, with the de rigueur black mock turtleneck. The whole thing is like a group of Romulan ministers surrounding their Romulan-in-chief. That's one metaphor. Sighs one employee watching: "Sometimes I feel like I work for Mephistopheles."

No question about it, the Ellison persona is powerful stuff. While some senior **Oracle** employees seem to get a kick out of him, others fear him (as in, "What kind of mood is he in today?"). He does not tolerate the uninformed. Says **Oracle's** IT chief Gary Roberts: "Larry will say, 'If I know more about your business than you do, we have a problem.' " Like Churchill, whom he professes great admiration for, Ellison likes to keep the message simple and repeat it often.

He is also a big believer in being a contrarian just for the sake of being one. "You can't win without being completely different," he says. "When everyone else says we are crazy, I say, 'Gee, we must really be on to something.' The louder they say it, the more excited I get."

It's true in his personal life too. He says his Japanese-style estate in tony Woodside will take almost a decade to complete. For years now it's looked like a gravel pit or a permanent construction site, pleasing the neighbors no end. Ellison isn't part of the club. Any club. "He will never be invited to Sun Valley," says a knowledgeable insider regarding Herb Allen's vaunted CEO confab. "Never." Ellison laughs in response. Or the Business Roundtable either, presumably.

But of all his personality quirks, the one that worries the Street most is Ellison's surprising ability to disengage from the company ship. Indeed, he has long had a history of popping in and out of a day-to-day leadership role, depending on how well the company is performing and how involved he is in his myriad outside interests.

Lately he has been very engaged. As it has become clear that the Internet is revolutionizing business, Ellison has charged back into **Oracle**, delving into parts of the company in which he had previously expressed little interest: "The way businesses worked changed," he says, getting up a head of steam. "Suddenly computers are central to the way we do marketing. Computers are central to the way we do selling. Computers are central to the way we do support. Hold it, hold it! I'm good at this computer stuff. I can help. I'm suddenly competent. An e-business--oh, I can run one of those. I'm good at that. A conventional business, I'm not very good at that."

Ellison has boiled down all this change to what he considers a couple of salient points about business: First, the Internet provides executives with incredible access to information. Second, you can take huge chunks of cost out of your business using that information. Third, **Oracle's** software can help executives do this. And finally, what better place to try this out than at **Oracle** itself?

And so Ellison has set out to make **Oracle** an e-business. A brutal evaluation of personnel has been instituted, with Ellison very much at the helm. "Larry asks, 'If you aren't making or selling **Oracle** software, explain to me again what you are doing at this company,' " notes one employee. Amazingly, even as **Oracle's** revenue grew almost 15% over last fiscal year, its head count actually fell 5.6%, from 43,800 to 41,320. The parsing involves hardware too. (For a detailed account of Ellison's cost-saving program, see the November 2000 issue of eCompany Now.) **Oracle** recently went from having 97 e-mail servers to having two, and from 140 global pricing models to just one. And so on. "When we started

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

this effort last year, I thought we could save $ 500 million," says Ellison. "We ended up saving $ 1 billion, and I'm convinced we can save $ 1 billion, maybe $ 2 billion more."

So where is Microsoft in all this? Well, it's around. The software behemoth to the north has a product called SQL Server, a database product that has made some inroads. "SQL Server?" taunts Oracle executive vice president Gary Bloom. "Yawn. Yawn. Yawn." No, the folks at Redwood Shores don't have much fear of the folks up in Redmond anymore. Not for years, really--ever since Netscape became Oracle's "heat shield," to use Ellison's phrase. "Microsoft looked at Netscape and got terrified because they thought the browser would make Windows moot. They spent all of their efforts trying to beat Netscape, and they broke the law too," Ellison says in his most serious voice. "In the end they won that battle, but they ended up losing the war because the real important battle wasn't fought on the desktop. It was fought on the server. They ignored Oracle. Maybe they thought they'd take care of us later after they dealt with Netscape. Now, my cat could write a browser, but the Oracle database? Very complicated. They'll never catch us now."

Do Ellison and Gates talk? "We used to years ago," says Ellison, who claims he cut off the conversations because Gates was poaching his ideas. [A spokesman for Microsoft declined comment.] "Bill did call me up a few years ago and invited me up to Redmond," Ellison continues. "He wanted me to speak to his people. He said, 'Come on, we have a lot of smart people up here.' I said, 'I know. That's why I don't want to go up. Why should I go up there and talk to them?' "

It's an early October morning at the Emerald City, and Jeff Henley is sputtering mad. Some say the 55-year-old Oracle CFO has his foot out the door--he's been at the company for almost a decade and has $ 500 million of ORCL options and stock--but at the moment he looks plenty engaged. "Those !@#$ %& idiots," he says, grimacing as he rushes by. "I'm going to issue a press release!" It's no wonder Henley is pissed. Oracle stock is in a free fall because of a presentation Henley made to analysts the day before, in which he said...nothing. Nothing new at all. Just reiterated what he'd said when Oracle announced its first-quarter earnings a few weeks before: "Don't worry, application sales are on target. Database sales are great, but don't expect them to keep growing 30%. The pipeline is full. If you loved [fiscal] 2000, you're going to love 2001." And yet immediately after his presentation at San Francisco's Palace Hotel, the stock begins to tank, ending the day down more than 12%. At that point Henley is surprised but not particularly upset. After all, there were rumors that Merrill Lynch downgraded the stock (not true), and this is earnings warning season. A little confusion here--no big deal.

Then the next morning, the stock hits the fan. On the front page of the San Francisco Chronicle's business section is the screaming headline ORACLE STOCK DIVES AFTER SALES WARNING. CNBC's Squawk Box reports that Henley's presentation looked "canned" and that he had "cautious body language." (This later amuses Ellison because Henley has just lost 20 pounds. "Maybe we need to fatten Jeff back up," he chuckles.) At the market open Oracle stock drops another 12% right off the bat. The general perception is that Intel and Apple had already warned about their business going forward, and that the previous day's analyst conference had been Oracle's turn. Oracle board members call the company asking what the hell is going on. And it's all in Henley's lap. And so at 3 P.M. that afternoon, Henley issues a press release: "There is no change in the outlook for Oracle's financial results   We believe this is going to be a terrific year." The stock firms up a bit, but the damage is done.

In this market, if it wasn't the sales-warning-that-never-happened, something else would have pushed Oracle's stock down, as almost all tech stocks are well off their highs these days. But still, Henley is in a singular position. It ain't easy being Larry Ellison's CFO. "Larry will say one thing, and then I'll nudge it down a bit," Henley explains. "I think the analysts are used to that." Like when Ellison says that Oracle will have 40% profit margins forever. Henley later tells the gang it's a stretch target. For reasons like that--Ellison's aggressiveness, to say nothing of his unconventional strategizing--Oracle stock has never been for the faint of heart. Even after the stock's incredible run over the past two years, lots of Wall Streeters have a traumatic history with Oracle. "The feeling is that this is a stock you can ride, but if you don't watch it, at some point Larry will burn you," says one trader. Witness the big air pocket in the fall of 1997, when the company began to move to Web-based applications. Sales dropped, the Street got scared, and the stock caved 40%.

Another area of concern for Wall Street is management. Who's running Oracle besides Ellison? Who's going to succeed Ellison? What happens if Larry gets hit by a bus? (Or crashes his plane? Or sinks his 78-foot yacht? Or drowns while bodysurfing?) For much of the past decade these fears were somewhat assuaged by the presence of Ray Lane. But Oracle's president departed suddenly in June, raising these issues anew. Lane came to Oracle in the wake of the company's near-death experience in 1990--a crisis born out of Oracle's cowboy sales culture. What happened is that the superincentivized and loosely supervised sales force was routinely exaggerating or simply falsifying numbers. (It was around this time that an Oracle sales chief instituted the infamous "Go for the gold" program, in which sales reps were

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

actually paid in gold!) Write-offs and losses piled up into the tens of millions of dollars. The company faced all sorts of litigation. The SEC later fined **Oracle** for its behavior, and the board reportedly even discussed removing Ellison. On Oct. 31, 1990, ORCL bottomed out at (split adjusted) 13 cents a share.

Somehow Ellison managed to turn the company around. (The stock is up some 26,000% since then!) **Oracle** released its Oracle 7 product, vastly superior to the bug-infested version 6. ("A dog could sell 7" is how one **Oracle** exec put it.) The company's migration from specializing in writing programs for minicomputers to making software for Unix-based servers--another one of Ellison's critical calls--began to pay dividends. And just as significantly, Ellison hired some experienced managers, including **Henley** and Ray Lane from Booz Allen. Today there is a fair amount of revisionism going on at **Oracle** that diminishes Lane's contributions, but especially in the early and mid-1990s, there is no question that he helped pull **Oracle** up and take it to the next level. "He professionalized the sales and service organizations," says one ex-**Oracle** exec. "He sold **Oracle** to CEOs. And he stood up to Larry. There were just a few who did that."

But Ellison went from perceiving Lane as a great asset to the organization to seeing him as a hindrance. The roots of this change go back to 1995, when Ellison, who was in Paris at the time, grandly announced the death of the PC. Largely ridiculed then, Ellison's notion hardly sounds far-fetched today. "I came to realize that computing power doesn't have to reside on the desktop," Ellison recalls during an interview, "that putting the power onto the PC was distributing complexity. Computing should be like water or electric power. You don't have a nuclear power plant at people's houses. Computing should be centralized."

What made this vision possible, of course, was the Internet. But instead of gradually moving the company (and customers) to the new model, Ellison wanted a revolution. In 1997 he told his troops they would make no more client/server-based software. This caused an uproar in the sales staff. Lane called Ellison into a meeting with a dozen or so other top **Oracle** execs and told him in no uncertain terms that they had to keep doing client/server. "I looked around the room," recalls Ellison, "and said, 'Gee, I'm sorry. I didn't know you all felt that way. Okay, we'll still make client/server.' " Then Ellison pauses for effect: "But I was lying." Hogwash, says Lane. "I simply told Larry that we had to make better application software. Ours was terrible then."

By 1998, sources say, Ellison was looking to force Lane out of the company. It wasn't done according to anyone's HR handbook. "Larry took responsibility away from Ray hoping that he would just leave," says one source. Lane didn't.

Then, last spring, Ellison brought in Safra Catz, **Oracle's** former banker at DLJ. Catz is a mystery to many **Oracle** watchers. "She's very smart, and Larry really depends on her," says one source. "When you're around the two of them you feel like the third person in the hot tub." Some suggest that Ellison pitted Catz against Lane. In any event, it's pretty evident that they didn't get along. It's also fair to say that Catz's arrival did nothing to delay Lane's departure. Finally, Lane took his $ 700 million-plus package of **Oracle** stock and options and left, soon thereafter joining VC firm Kleiner Perkins. Ellison took Lane's title and divided his remaining responsibilities among Bloom, **Henley**, and Catz.

"**Oracle** is sort of like the Red Sox," says one insider. "It's always been, 'Where's the pitching?' It's Larry and the seven dwarfs. At other companies they move execs around to give them different experiences. They don't do that at **Oracle**."

That's not to say there's no management depth at **Oracle**. "I could run this company," says Gary Bloom, who has operational expertise, though the word is that he needs more seasoning in the leadership department. Ellison also points to Safra Catz as a possible future CEO, though insiders scoff at that notion, saying it's simply Ellison's way of building her up. "Hey, this is the team I had over the past two years," says Ellison, apparently forgetting about Lane, "and they did pretty well, right? What's not to like?"

So how long will Ellison stick around? "Larry is fully engaged right now," says his buddy and fellow iconoclast Jobs. "He isn't going anywhere." Indeed, last year Ellison decided to forgo his salary for a monster 40-million-share option package with a strike price of $ 7, worth well over $ 1 billion. (Not surprisingly, Ellison doesn't believe options should be expensed.) And Ellison himself suggests that he'll stick around for another three or four years ("the duration," as he calls it), at which point he believes the great application war will be over. In the meantime, he says, a successor will emerge, "and there are several candidates." But one insider says the **Oracle** board is "petrified" about succession. "There is no one in sight, and they've been pounding away on this topic for years."

The fact is, though, it will be extremely difficult for anyone to succeed Larry Ellison. Ellison, for all his foibles, built **Oracle** brick by brick. It's his baby. He is the only tech company CEO who has launched a business in the era of mainframes and taken it to client/server and then to the Internet. At some point he'll have to let go. "After this is all over

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

I'm going to run Quark, this Israeli biotech company I own," says the next richest man in the world, who, as it happens, is deeply interested in the science of longevity. Makes sense. Anyone with this much ambition might have to live for-ever.

REPORTER ASSOCIATES Julia Boorstin, Jessica Sung

FEEDBACK: aserwer@fortunemail.com

BOX STORY:

A Tale of Two Billionaires

Gates' net worth: $ 56.4 billion Age: 44 Height: Microsoft won't say Raised: Seattle Residence: a $ 30 million state-of-the-art lakefront mansion Times married: 1 Number of kids: 2 Passions: golf, bridge, his Leonardo da Vinci Codex Biotech holdings: Pain Therapeutics, ICOS Clothes: Very Lands' End

Ellison's net worth: $ 47.4 billion Age: 56 Height: 6 feet Raised: Chicago Residence: a $ 40 million replica of a 16th-century Japanese palace Times married: 3 (Currently engaged) Number of kids: 2 Passions: his samurai helmets, Italian fighter jet, and 78-foot racing yacht Biotech holdings: Supergen, Quark Clothes: Armani to Zegna

GRAPHIC: COLOR PHOTO: PHOTOGRAPH BY MICHAEL O'NEILL, COVER, The Next Richest Man In The World Larry Ellison is sick of playing second banana to Bill Gates. So what's his plan to become No. 1? Make Oracle the Microsoft of the Internet.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, COLOR CHART: FORTUNE GRAPHIC, Microsoft is bigger... REVENUES in billions Microsoft Oracle; COLOR CHART: FORTUNE GRAPHIC, [See caption above] and more profitable... OPERATING MARGIN, Microsoft Oracle; COLOR CHART: FORTUNE GRAPHIC, [See caption above] PROFITS in billions Microsoft Oracle; COLOR CHART: FORTUNE GRAPHIC, [See caption above] but investors are betting on Oracle If you had invested $ 10,000 in both Oracle and Microsoft in 1986, you'd have many millions of dollars today Oracle IPO March 12, 1986 Microsoft IPO March 13, 1986; COLOR PHOTO: GATES: AJIT KUMAR--AP, COLOR PHOTO: MIKE SIEGEL--AP, COLOR PHOTO, COLOR PHOTO: ELLISON: MICHAEL O'NEILL, COLOR PHOTO: LOUIS PSIHOYOS--MATRIX, COLOR PHOTO: ED KASHI, COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, When journalists missed his signals, CFO Henley flipped: "Those !@#$ %&& idiots!"; COLOR PHOTO: PHOTOGRAPHS BY MARK PETER-SON--SABA, Oracle has so many engineers from India, it has a cafeteria that specializes in Indian food.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, "I could run Oracle," says executive VP Gary Bloom. Others aren't so sure.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, The back-to-back shift: two of the 10,000 employees who work in Oracle's Emerald City; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, Part of Ellison's inner circle: Oracle's chief marketing officer Mark Jarvis; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, Ellison strategizing with senior Oracle execs as his chief of staff, Safra Catz (background), casts a watchful eye.

LOAD-DATE: November 1, 2000

# EXHIBIT 52

[Fwd: HP Situation]

Subject: [Fwd: HP Situation]
   Date: Thu, 30 Nov 2000 10:59:29 -0800
 From: "Safra A. Catz" <Safra.Catz@oracle.com>
    To: Thomas Williams <TAWILLIA@us.oracle.com>, jminton <jminton@us.oracle.com>

---

   Subject: HP Situation
      Date: Thu, 30 Nov 2000 07:13:22 -0800
    From: Gary Roberts <gary.roberts@oracle.com>
Organization: Oracle Corporation
       To: "Catz.Safra" <SAFRA.CATZ@oracle.com>

Safra,
I understand Larry and Carly are discussing their purchase of our
products this quarter if we commit to purchase $20M - $30M of their
product over the next 18-24 months.  I've attached a spreadsheet that
Maria has developed that shows the relative cost positions on SUN & HP
product.  We have always hammered HP on price.  The chart shows why.
Let me know if there is more I can do to help.
Gary

| | Name: sunvshpnov.xls |
|---|---|
| sunvshpnov.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |

Gary Roberts <gary.roberts@oracle.com>
Sr. Vice President
Global Information Technologies

ORACLE CONFIDENTIAL

CA-ORCL 022028

1

WORKSTATION & SERVER BUNDLES
EKD USER DISCOUNT
SUN - vs - HP

| OPTION NO. | MFG. NAME | SYSTEM TYPE | COST WITHOUT SUPPORT | COST INCLUDING 3 YR. SUPPORT | Current Discount |
|---|---|---|---|---|---|
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | Ultra 10 / 1 GB / 43 HDD+9+512(AO) | 8,900 | 9,449 | 39% |
| OPTION1 | HP | C3600 / 551 MB SDRAM, 20 / 3D card, 36 GB int disk | 12,207 | 15,805 | 11% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | Ultra 80 / 2 GB / A3-UL(2)+4L+512(AO) | 16,790 | 14,237 | 35% |
| OPTION1 | HP | C3600 / 1 GB SDRAM, 20 / 3D, 36 GB int disk | 13,848 | 16,945 | 11% |
| OPTION2 | HP | J6000 / 1 GB SDRAM, 20 / 3D card, 36 GB int disk | 20,850 | 24,367 | 11% |
| OPTION2 | HP | J6000 / 1 GB SDRAM, 20 / 3D card, 36 GB int disk | 22,583 | 27,701 | 11% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | B-E420 R / 2-way 450 MHz / A3-UL(2)+2GFB11 | 15,410 | 18,433 | 49% |
| OPTION1 | HP | A500 / 2-way 440 MHz / 2 GB RAM, 36 GB int disk | 25,731 | 31,973 | 11% |
| OPTION2 | HP | L2000 / 2-way 440 MHz / 2 GB RAM, 36 GB int disk | 29,763 | 35,024 | 11% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | B-E420R / 4-way 450 MHz / A3-UL(4)+GFB11 | 15,730 | 31,088 | 50% |
| OPTION1 | HP | L2000 / 4-way 440 MHz / 4 GB RAM, 72 GB int disk | 51,269 | 61,841 | 9% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | B-E500 4-way 400 MHz disk, 4 GB RAM, w/ A3000 1M GB | 73,100 | 93,785 | 55% |
| OPTION1 | HP | N4000 / 4-way 440 MHz / 4 GB RAM w/ Auto Rald 1M GB disk | 75,607 | 89,561 | 49% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | $ | $ | |
| OPTION1 | SUN | B-E4500, 6-way 400 MHz, 6 GB RAM, w/ Sun storage array 400 GB | 118,860 | 160,274 | 55% |
| OPTION1 | HP | N4000 / 6-way 440 MHz / 6 GB RAM w/ 1.5TBG Auto Rald disk | 304,189 | 340,924 | 69% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | Discount | | |
| OPTION1 | SUN | B-E6500, 12-way 400 MHz, 12 GB RAM | $115,360 | $154,971 | 55% |
| OPTION1 | HP | N4000 / 4-way 550 MHz / 12 GB RAM | $175,118 | $204,761 | 60% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | | | |
| OPTION1 | SUN | B-E6500, 20-way 400 MHz, 20 GB RAM | $115,724 | $149,585 | 55% |
| OPTION1 | HP | N4000 8-way 550 MHz, 20 GB RAM | $184,477 | $215,175 | 60% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | | | |
| OPTION1 | SUN | E450 Ultra80 CPU w/ 4 MB cache, 2 GB RAM, 18 GB internal storage | $30,975 | $23,267 | 50% |
| OPTION1 | HP | L2000 1-way PA8500 CPU, 440 MHz, 2 GB RAM, 18 GB internal storage | $40,764 | $50,643 | 40% |
| OPTION NO. | MFG. NAME | SYSTEM TYPE | | | |
| OPTION1 | COMPAQ | AlphaServer GS160, 731 MHz with 8 MB cache, Twin 4 CPU, 4 CPU, 16 GB RAM, 3 GB Disk | | $772,657 | 50% |

Oracle Confidential

1:13 PM

# EXHIBIT 53

[Fwd: HP Q2 Execution Plan Update for November 10 Thursday]

**Subject:** [Fwd: HP Q2 Execution Plan Update for November 10 Thursday]
**Date:** Thu, 09 Nov 2000 20:45:49 -0800
**From:** michael decesare <michael.decesare@oracle.com>
**Organization:** Oracle Corporation
**To:** "Sanderson,Edward" <SANDY.SANDERSON@oracle.com>,
"Varasano,Frank" <FRANK.VARASANO@oracle.com>
**CC:** "Speck,Kurt" <KURT.SPECK@oracle.com>

Sandy/Frank: HP confirmed today that they will try and pull the CRM portion of the order off providing we deliver what we have outlined in Development and Production systems. Since they don't need ALL the license users right now they are hedging on how big an order they will do until they see how much production hardware Oracle comes back with. If this turns out to be a large number we could get the entire order

Mike

---

**Subject:** Re: HP Q2 Execution Plan Update for November 10 Thursday
**Date:** Thu, 09 Nov 2000 18:28:41 -0800
**From:** Marquesa Lloyd <marquesa.lloyd@oracle.com>
**Organization:** Global Information Technologies
**To:** Conway Snyder <Conway.Snyder@oracle.com>
**CC:** jjones@oracle.com, mlloyd@oracle.com, mrocha@oracle.com,
gary.roberts@oracle.com, sjanicki@oracle.com, mdecesar@oracle.com,
djimenez@oracle.com

Conway -

Just dropped you a voice mail. Gary can do a call with you tomorrow at 7:30 a.m., pst only. You can reach him on his cellular phone at 650/333-7400.

Thanks,
Marquesa

Conway Snyder wrote:

> Juan,
>
> Steve and I were unable to connect this morning at 8:30 due to a traffic
> jam on the road between the Stuttgart airport and the HP facility in
> Boeblingen. I was in traffic on the way to HP until 9:30. At that point
> Steve was in preparing for a meeting with Larry. The soonest we'll be
> able to get together may be next Tuesday. I'll be back in Redwood Shores
> Saturday afternoon.
>
> At Mike Decesare's suggestion, and by cc of this note to Marquessa
> Lloyd, I'm looking if there may be time tomorrow to brief Gary Roberts
> on what we're trying to do with HP and see if there is an alternate path
> to developing the server information required before next Tuesday. Gary
> called Mike DeCesare and would appreciate more details. Given my travel

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 055957

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



schedule, I could use your help in backfilling my availability later in
the day, if Gary is available. I will call Marquessa to discuss.

As you'll see in the note below from Kurt Graustein, there is alot of
production data that will eventually reside in 11i that may make the HP
sizing effort more complex because of the application change.

HP confirmed again today they're willing to do a Q2 CRM deal in some
amount if we can pull together machine requirements into a binding PO
and resolve the development issues we're working on.

According to Phil May, HP is willing to buy as much CRM from Oracle as
we buy in HW, Support and other requirements from HP.

My availability tommorow is good from 8 AM to 6 PM PST.

thanks.

---

**Subject:** Re: Fw: [Fwd: [Fwd: HP Update]]]
**Date:** Wed, 08 Nov 2000 15:36:15 -0800
**From:** Kurt Graustein <Kurt.Graustein@oracle.com>
**Organization:** Oracle Corporation
**To:** "Steven B. Janicki" <Steven.Janicki@oracle.com>
**CC:** Paul Van Amsterdam <paul.van.amsterdam@oracle.com>,
    campbell.webb@oracle.com, conway.snyder@oracle.com,
    "maria.maskiewicz" <maria.maskiewicz@oracle.com>
**References:** <006e01c044fd$b510b6c0$01721990@SJANICKIPC>

Steve.

Sorry for the delay on this.  I have put together the attached table describing all
that I know or was able
to extract from others as of today.  I realize that there are gaps, but this is the
best information I
have.  I included comments on a few services that are not owned by my group but I
had some information on.

Let me know if you have any questions.  I'll keep you posted on any changes or
updates I receive.  Please
let me know which of our services absolutely have to move to HP by June and what
priority each should be
given.  I'm sure we would have to work with Peter Lee to form a hardware plan for
them, as I doubt we want
to stack more databases and applications on the GSI database server cluster.  It
sounds like the whole point
is to increase hardware spend with HP anyway, so I doubt that would be the plan.

If you haven't already included Colin Nurse on this discussion, you may want to.

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 055958

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



[Fwd: HP Q2 Execution Plan Update for November 10 Thursday]

His group owns the Web
Calendar database.

Kurt

"Steven B. Janicki" wrote:

> Kurt, Paul, Campbell,
>
> Please take a look at the attached list of implementations and provide the
> current migration / implementation schedules for each.
>
> ----- Original Message -----
> From: "Conway Snyder" <conway.snyder@oracle.com>
> To: "Janicki,Steven" <STEVEN.JANICKI@oracle.com>
> Cc: "DeCesare,Michael" <MICHAEL.DECESARE@oracle.com>; "Speck,Kurt"
> <KURT.SPECK@oracle.com>; "Jones,Juan" <JUAN.JONES@oracle.com>;
> "Maskiewicz,Maria" <MARIA.MASKIEWICZ@oracle.com>
> Sent: Thursday, November 02, 2000 6:35 AM
> Subject: [Fwd: [Fwd: [Fwd: HP Update]]]
>
> > Steve,
> >
> > I've attached a spreadsheet with my understanding of the systems that
> > need to be migrated to HP. Appreciate an early assessment of what we
> > need in terms of the number of servers required and when we plan to
> > deploy them so we can fast track a proposal from HP for the HW.
> >
> > You may have had better success with HP, but my experience has been that
> > it takes several days for them to turn around a HW proposal. And there
> > has been some back and forth on what the requirement is. This is
> > relevant because Mike Decesare's team is trying to close a Q2 purchase
> > of Oracle sw by HP. Oracle purchase of HP hw in fulfillment of Larry's
> > commitment is a strong if not decisive bargaining chip, in those
> > negotiations.
> >
> > thanks.
> >
> >
> -----------------------------------------------------------------------
>                          Name: [Fwd:_[Fwd:_HP Update]].eml
>     [Fwd:_[Fwd:_HP Update]].eml   Type: Microsoft MHTML Document 4.0
(message/rfc822)
>                      Encoding: 7bit
>
>                          Name: IT Requirements 11-1-00.ppt
>     IT Requirements 11-1-00.ppt   Type: Microsoft PowerPoint Show
(application/vnd.ms-powerpoint)
>                      Encoding: base64
>              Download Status: Not downloaded with message
>

3

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 055959

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



[Fwd: HP Q2 Execution Plan Update for November 10 Thursday]

# HP Migration Schedule - Production Database Services

| Application | Database | Projected Date on HP | Comments |
|---|---|---|---|
| Consulting Apps: Resource Management System (RMS) | GSIAP | DONE | This is already on HP in the GSIAP database. I don't know why this is currently listed as Sun. There is a RM_SKILLS snapshot on this database where the master is eres.uk.oracle.com. Perhaps it is ERES that we are talking about here (talk to Mark Blaker). |
| Education: Education Registration System (ERS) | ERSPD | 16-DEC-00 | Go-live with GSIAP 11i upgrade (replacing products are OTA, OM, AR and Advanced Pricing). ERSPD retained for 1 year for reporting only. |
| Education: Global Online Education System (GOES) | GOSPD | 16-DEC-00 | Go-live with GSIAP 11i upgrade (replacing products are OTA, OM, AR and Advanced Pricing). |
| Corporate Repository (CR) | CREPAP | | Currently no business sponsor for this application (was Robert Nielsen) or technical staff assigned. In talking to Debbie Field, there are no plans to change this product. The last modifications to the application were for Y2K compliance. The big question is whether or not this is really used. Do we really consider this "production data"? An effort to move this to HP will likely result in either great heartache (including the need to bring in consultance for application support) or the decommissioning of the service. Can this be replaced by iFS (files.us.oracle.com). Keep in mind that iFS is being done on Sun... |
| Oracle Automated Sales Information System (OASIS) | OASIS | 15-JAN-01 | This is incorrectly listed as being on HP. It is currently on DEC (smprod2). This is scheduled to be replaced by the CRM OTS application. We will retain the OASIS database for a couple months beyond that just for reference. |

4

**ORACLE CONFIDENTIAL**

NDCA-ORCL 055960

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER




[Fwd: HP Q2 Execution Plan Update for November 10 Thursday]

| | | | |
|---|---|---|---|
| CRM Applications: OTS, OSC, OMO, Fulfillments, etc. | CRMRLT3i / CRMAP | | This schedule has recently changed and we do not have a revised schedule from CRM. We will get an update from CRM on 15-NOV-00. |
| ERP Applications: PA, GL, AP, etc. | GSIAP | | Are we listing this as "moving to HP" because it hasn't been completed globally? If so, a completion date for the global consolidation is not yet set (but likely toward the end of CY 2001). |
| iStore / OracleStore | ICSAP | MAR-00 ??? | I think this is incorrectly listed as being on HP already. The ICSAP database is currently on finprod6, which is a Sun Enterprise server. Though expected to be a part of the initial GSIAP 11i implementation, inclusion in GSI has since been pushed out by at least 2-3 months. |
| Internal Support and Information Services (ISIS) | | | Not my group, but I have comments... At least 6-8 months down the road ISIS is planned to be replaced byiSupport and related CRM support products. Campbell and An-Tzu would have to answer as to if/when ISIS will be moved to HP and if iSupport willroll out on HP. |
| Web Calendar | | | Not my group, but I have comments... Database maintained by Messaging Services. This is currently on Sun. They are in the process of moving the database, but to another Sun box. |
| Aria: Address book | | | Not my group, but I have comments... The database behind the Aria web site is maintained by Oracle Consulting Services. The HR data in Aria People is replicated from GSIAP (HP) nightly. Do we really consider Aria to be our "production data"? Contacts for this service are Tim Hoechst and Tom Kyte. |

Marquesa Lloyd <marquesa.lloyd@oracle.com>
Global Information Technologies

**ORACLE
CONFIDENTIAL**

5

NDCA-ORCL 055961

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



[Fwd: HP Q2 Execution Plan Update for November 10 Thursday]

michael decesare <michael.decesare@oracle.com>

ORACLE
CONFIDENTIAL

6

NDCA-ORCL 055962

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 54

LORRIE L. MARCHANT
RPR, CRR, CSR No. 10523
**FOR IDENTIFICATION**
Exhibit: 3
Date: 2-16-2006
Witness: DeCesare
No. of Pages: 6

HP CRM Close Plan

Subject: HP CRM Close Plan
Date: Tue, 28 Nov 2000 20:44:56 -0800
From: Michael DeCesare <Michael.DeCesare@oracle.com>
Organization: Oracle Corporation
To: "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>,
"Sanderson,Edward" <SANDY.SANDERSON@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>
CC: "Curtis,Shelley" <SHELLEY.CURTIS@oracle.com>,
"Snyder,Conway" <CONWAY.SNYDER@oracle.com>,
"Speck,Kurt" <KSPECK@US.ORACLE.COM>,
"Barrenechea,Mark" <MARK.BARRENECHEA@oracle.com>

I spoke again to Phil May (HP GM of Oracle business unit) tonight and he informed us that Karen Slatford (HP SVP WW Sales) is gaining support from Dwayne Zitsner to go to Carly tomorrow to try and get approval to move forward on our deal. If they decide to move forward the following will be needed by close of business on Thursday. Although several of these issues are not tied to our deal HP will push for closure on these issues

* Production Spend- Consistant with Larrys conversations with Carly, HP will expect a purchase order for the following amounts. They will expect this purchase order to be binding and commit Oracle to using the full amounts by the dates we promise. 10M by December 31 (I asked for this to give us time to scope out the configurations we currently need), 10M by May 31.

* CRM Development- As a follow up to Larrys conversation with Carly, Mark Barrenechea will be sending me a note tonight which will spell out exactly what Oracle will do within our CRM development environment to move to HP. Shelly Curtis will then draft this into a binding agreement. I will need to deliver this to HP tomorrow so that their legal can review.

* Development Parity- As a follow up to the MOU that was signed last August, Conway Snyder (Oracle Director of HP Alliance) has been working with HP and Oracle development over the past weeks to create a document that is explicit about what Oracle will do to achieve parity with Sun across all Oracle development. Although this is not tied to this deal HP is requesting that this have "executive sign off" from Larry.

* CRM Functional Issues- There are 14 show stoppers that HP feels are keeping them from being able to achieve their global rollout which is scheduled between April and October. Although this has nothing to do with this deal the project manager is using the leverage of this deal to get more attention from Oracle development. Consistant with the weekly meetings that Mark Barrenechea has been hosting over the past year, Mark is preparing a response that will enable HP to hit their internal dates.

ORACLE
CONFIDENTIAL

CA-ORCL 017630

1 of 1                                                                11/29/2000 11:42 AM

NDCA-ORCL 020844

*Cops & old discs*

## HP/ORACLE PARTNERSHIP DISCUSSIONS

- Order to Oracle
  - *Background*- Over the past 8 weeks Oracle (Mike DeCesare) and HP (Phil May, Mike Griffith, Karen Montague, Mike Overly..) have been working on a series of concessions that has been requested by HP before they move forward on the purchase of the additional CRM licenses. It has been understood that this would not be executed until all of the HP deliverables (Development Parity Document, CRM Development Document, Hardware Spend Document) are completed.
  - *Documents*-
    - Karen Montague currently has the order document. Highlights include:
      - The scope is all the remaining software needed to complete the global rollout
      - These users will go live between 4/01 and 9/01.
      - The net license fees are 23M Net. Tech support is 22% of net license fees.
      - An additional 921K has been deducted from the support to accommodate all the support related concessions HP raised.
      - (2) onsite analysts have been included in this proposal
      - An additional 828K has been deducted from the consulting services to accommodate all the consulting relates concessions HP raised.
    - Tomorrow by 10:00 am we will be delivering a new version of the Order Documents that have the following changes:
      - The payments have now been moved to an operating lease that will keep the expense for HP out of the current quarter and align the payments and expense recognition of these licenses with when HP will be going live. This will be offered at no additional expense to HP.
        - approximately 10% due Net 30
        - approximately 45% due April 01
        - approximately 45% due Nov 01
    - To complete this transaction Oracle will require the execution of the Order Form and Operating Lease.

*payments aligned by deliverables*

- Development Parity Document
  - *Background*- Over the past 8 weeks Conway Snyder (Oracle) and Phil May (HP) have been working on a document that explicitly spells out what will be done to achieve parity between HP and Sun as it relates to the entirety of Oracle's development environments. Both sides have agreed that this is comprehensive and represents what will be done over the upcoming months.
  - *Documents* - No binding agreements will be executed here but HP has requested that an "executive sign off" by Larry be given to this document.

- CRM Development Document
  - *Background*- To incent HP to move on the Oracle Order in November and to get closer to HP as a partner Oracle has committed to move the entirety of our CRM development environment to HP. This is the major breakthrough that HP has been looking for with Oracle over the past years. The highlights of this include:

ORACLE
CONFIDENTIAL

CA-ORCL 017631

- This is a full, tops down commitment to all CRM development within Oracle. Instead of allowing each group to move to HP based on their owning timing and evaluations all aspects of development will be moved in a comprehensive plan.
- Oracle will do a press release about this commitment
- Given the mutual CRM alliance we formed with HP this will be an excellent sales tool to leverage prospective customers to go HP instead of another Oracle platform.

- *Documents*- We are currently working on a document that will be given to HP tomorrow that explicitly spells out what Oracle will do within our CRM environment. We are prepared to make this binding but should this cause problems from a timing perspective with HP legal than we will get "executive sign off" from Larry.

- **Hardware Spend Document**
  - *Background*- To further strengthen the relationship with HP Oracle is committed to moving 100% of our production database environment to HP hardware.  As an incentive to move on the Oracle Order in November we are prepared to issue a binding commitment for 20M in total hardware.  Oracle expects the HP sales force to work aggressively on ensuring demand is created and configurations are finalized prior to these dates expiring.  Highlights of this include:
    - Oracle will do a press release about this commitment
    - Instead of allowing each owner within Oracle to purchase HP when the machines they are currently using need to be upgraded, this is a corporate wide commitment to move EVERYTHING to HP according to the schedule we have discussed.  This will result in more money and a more rapid sales process than HP would ever be able to achieve selling business unit by business unit.
    - Oracle will work with HP to ensure this equipment is used in high profile areas of Oracle
    - Larry Ellison will issue an internal note to Oracle confirming the commitment to HP (crm development, production...)
    - Oracle will consider Xchange and BOL (Phil I haven't gotten any feedback on this yet)
  - *Documents*- Oracle will issue a binding purchase order with expiration dates for the following amounts.  Orders will then be placed against these purchase orders.
    - 10M by December 31, 2000
    - 10M by May 31, 2001

- **CRM Functional Issues**
  - *Background*- HP has a critical go live in April of 2001.  There have been 14 show stoppers that HP has raised of commitments Oracle needs to make to ensure these dates do not slip.
  - *Documents*- We are currently working on a document that will be given to HP tomorrow that explicitly spells out what Oracle will do and in what time frames to meet this concern.  On an ongoing basis Mark Barrenchea (SVP CRM Development) participates on a weekly call to ensure all HP related issues are given the top priority within his organization.

ORACLE
CONFIDENTIAL

CA-ORCL 017632

WORKSTATION & SERVER BUNDLES
DVD/USER DISCOUNT
SUN + sv. HP



Oracle Confidential

ORACLE
CONFIDENTIAL        CA-ORCL 017633

NDCA-ORCL 020847



ORACLE
CONFIDENTIAL

CA-ORCL 017634

NDCA-ORCL 020848

*1.*

**HP/Oracle Executive Summary**

- **Mutual Spend**
  - HP to Oracle
  - Oracle to HP
  - NOTE:  HP is 4x the size of Oracle without Agilent, 5x with Agilent.  HP's numbers had contained licenses now owned by Agilent

- **Development Issue**
  - In August 1999 we signed an MOU that stated "we would achieve parity between HP and Sun".  Oracle feels we have done a great deal to achieve this but HP feels we have not lived up to our obligations.
  - Over the past month Conway Snyder, Juan Jones and Jim Clark have met with HP 2x to create a document that would be far more specific on what Oracle will do to further improve on the issues HP raises.  The topics discussed have been:
    - Availability of HP server labels early in the development process
    - Benchmark kit not available on HP/UX
    - CRM Severity 2 bug data
    - Progress of 9i relative to 24 hour development on HP
    - OTN HP code availability
    - Messages coming out of Oracle Support relative to HP and Sun
  - Our end goal here is to generate a document which Larry and Carly can agree to as the game plan both companies will execute against.  It will contain What Oracle will do, metrics for measuring success against these goals and an escalation path if either company feels the other is not delivering.  Currently this has been reviewed by Jim Clark and Mike Rocha.

- **Hardware Requirements to get to 100% database servers on HP**
  - In August 1999 Oracle committed to 50% of all production servers on HP.  Since then Larry confirmed to Carly that Oracle would move 100% of our production database servers to HP.
  - Over the past month Conway Snyder has been working with Gary Roberts, Mark Barrenechea, Ron Wohl and others to determine exactly what hardware would be required by Oracle to fulfill this pledge.  Attached is where we stand against this so far.
  - Our end goal here is to generate a spreadsheet which we can share with HP.  It needs to list every application not currently on HP, when we plan to move it to HP and an estimate of the machine size.  HP will then help us size what hardware is required.  HP would also like Oracle to consider other things like Laptops, Desktops, Storage...  To get them to execute our CRM order in Q2 we will then need to issue a binding PO for the majority of the needed hardware.

- **Q2 CRM Order to HP**
  - HP will not require the additional licenses until Jan 2001- June 2002 but is willing to commit to these licenses in exchange for the above points.  The list price on these new licenses is 46M and we are currently in front of them at a 50% discount for a net license deal of 23M.

*- BS·10·m*
*for prod*
*Cater*
*+ devely*
*rests*
*+ Greater*
*Wiseger*
*+ middleten*

• *We can make happen now, requires H/w purchase,*
*or wait till they showing we're delivered*

*They gave us a commitment f: $46m list sales*
*25M at 50% discount; $15M at 70% discount*

ORACLE
CONFIDENTIAL

CA-ORCL 017635

# EXHIBIT 55

| | |
|---|---|
| **From:** | MONTAGUE,KAREN (HP-PaloAlto,ex1) |
| **Sent:** | Thursday, July 12, 2001 3:26 PM |
| **To:** | HICKEY,SEAN (HP-Cupertino,ex1); SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1); ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-Cupertino,ex6); RAFFL,STEFAN (HP-MountainView,ex6) |
| **Cc:** | COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1); STRAUB,HARALD (HP-Germany,ex1); OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1); RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1); SNYDER,STEPHEN (HP-PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1); WHARTENBY,DARCY (HP-MountainView,ex1); HEINING,HEINZ (HP-Germany,ex1) |
| **Subject:** | RE: CRM Licenses |
| **Attachments:** | OracleCRMPurchaseSummary07.12.01.doc |



OracleCRMPurchas
eSummary07.12....

Hello Sean,

As requested, I have attached a summary of HP's Oracle CRM purchase in November 2000 (including the CRM Modules and the number of users purchased). If you need additional information or have any questions please contact me.

Thanks Dave for the great job summarizing the history, finances, relationship, etc.

Regards,
Karen Montague
Strategic Negotiations Manager
eBusiness Solutions
HP Global IT Procurement

Voice: 650-857-3718
Fax: 650-236-1653


-----Original Message-----
From: HICKEY,SEAN (HP-Cupertino,ex1)
Sent: Thursday, July 12, 2001 12:58 PM
To: SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1); ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-Cupertino,ex6); RAFFL,STEFAN (HP-MountainView,ex6)
Cc: COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1); STRAUB,HARALD (HP-Germany,ex1); OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1); RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1); SNYDER,STEPHEN (HP-PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1); WHARTENBY,DARCY (HP-MountainView,ex1); MONTAGUE,KAREN (HP-PaloAlto,ex1); HEINING,HEINZ (HP-Germany,ex1); HICKEY,SEAN (HP Cupertino,ex1)
Subject: RE: CRM Licenses
Importance: High


Darcy and Karen,

Could you please review what Dave has put together here in terms of the final analysis you are driving. Dave provides a good write up here, but I also wnat to ensure we have the full set of facts.

Here are my inputs:

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

HP 00019

1. There were never any licenses that were purchased in the category of " Expense category. These licenses were bought as an "incentive" for Oracle to help us increase HP's revenue. They are probably most accurately categorized as a Headquarters SG&A expense, not IT." Secondly, this agreement superceded the 1999 agreement, (was not additive). Correct me if I'm wrong.

2. It is critical to view this agreement as a Enterprise License Agreement and not something which is specific to BCO. Also, this needs to be managed in terms of the software products which are available to HP vs. a narrow organization view. Karen Montague will provide as part of this process the list of all the products which are available to HP from Oracle. Overall, this is needs to be look at as an integrated Enterprise System, not a BCSO system, much like the SAP platform for Supply Chain.

3. It is expected that Oracle will be used by HP Consulting for Customer Contact Management, Lead/Funnel Management etc. in addition to using SAP for Engagement Management, (oracle CRM is already being piloted in NA). Between SAP and Oracle, most of the six different Regional HP Consulting legacy systems will be obsoleted. It would defy logic if HPC went with a different application technology that the sales team is using for the same customer facing processes.

4. Secondly, there are at least 12+ solution web sites plus ESP which should use the licenses available under this agreement, (marketing on-line, marketing encyclopedia system)  vs. continuing to evaluate other technology which either don't work, (e.g. Adjunta, Short Cycles etc.) or requires costly/unnecessary integration of multiple technologies.

5. It is expected that Oracle compensation will be used, but not until 2H FY02. This is required to retire the multitude of legacy systems in this space plus to add comp plan modeling and pay plan modeling, (something done today with spreadsheets with little ability to measure against results)  Also, prior to signing the Oracle Agreement the previous compensation application front runner, Calidas, was thrown out.

6. The mobile licenses are a real possibility especially given the wireless pilot with Journadas now proceeding in NA which is part of the overall CRM rollout on a worldwide basis.

7. Inbound call center implementation to replace Remedy, (now delayed until FY02), will dramatically increase license usage when implemented.

9. Closed loop marketing now runs on Broadbase which has been integrated with Oracle CRM, it logically makes sense to obsolete Broadbase overtime and has a overlay with the PRM requirements.

10. There is real potential for meeting some of/all of the short term PRM requirements vs. introducing another application vendor.

10. There is the ability to exchange up to 20% of the licenses.

In general, my concern is the overall CRM rollout continues to be slowed down for various reasons vs. speeding up the entire implementation, (the current plan will result in the obsolescence of 247+ legacy systems not including items 3-10 above).

In terms of the support costs, there is already a $2.2M support FY01 2H cost reduction request on the table with Oracle.

I fully support that both that all capitlaize/amortized set ups get reviewed at least quarterly as a reqular process.  This is especially true in this situation where the original plan of record has changed several times since Nov.

Regards,

SEAN

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HP 00020

```
-----Original Message-----
From: SMITH,DAVE-PLANNING (HP-UnitedKingdom,ex1)
Sent: Thursday, July 12, 2001 8:36 AM
To: ALDECOA,LOU (HP-Boise,ex1); WACH,KEN (HP-Cupertino,ex6);
RAFFL,STEFAN (HP-MountainView,ex6)
Cc: COHEN,JOANNE (HP-Cupertino,ex1); STRAUB,HANS-PETER (HP-Germany,ex1);
HICKEY,SEAN (HP-Cupertino,ex1); STRAUB,HARALD (HP-Germany,ex1);
OVERLY,MIKE (HP-USA,ex1); SOLTERS,MATT (HP-Roseville,ex1);
RATHJENS,THOMAS W (HP-USA,ex3); GERICOT,LAURENCE (HP-Cupertino,ex1);
SNYDER,STEPHEN (HP-PaloAlto,ex1); KASPRIAN,MARTIN (HP-Sunnyvale,ex1);
WHARTENBY,DARCY (HP-MountainView,ex1)
Subject: CRM Licenses
```

Lou, Ken, Stefan,

I thought it would help to brief you on the details behind the Oracle CRM $13m potential write-off. Attached is a one-page summary of background, balance sheet position, and accounting issues/recommendations.

I will be on FTO from today, returning Monday 23rd. If you have questions in the meantime, please contact Matt Solters (tn 748-8504).

Regards,
Dave

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

HP 00021

# EXHIBIT 56

.Dec 01 00 10:48a    Bardwick                    415 567 5587           P.1
                                                                        ☎001
11/30/00  THU 23:45 FAX 415 833 3880    COMM SALE SF REGION             ☎001

CONFIDENTIAL                          *(handwritten)* THE REAL STORY...

*(handwritten left margin: to demonstrate partnership)*

Letter Agreement between Oracle Corporation ("Oracle") and Hewlett-Packard Company ("HP") on November 30, 2000

This Letter Agreement constitutes the agreement of Oracle, for good and valuable consideration received, to complete the following obligations as a result of Oracle's issuance of a non-cancellable blanket purchase order to HP in the amount of US$30,000,000 (exclusive of taxes, shipping and handling) for HP UNIX servers, associated peripherals and data storage systems ("Hardware") that are available during the term of this Letter Agreement, such as Superdome, and shall otherwise be subject to the terms of Agreement AWC56 ("Production Agreement") or Agreement A39Q9 ("Development Agreement") between Oracle and HP, as applicable ("Agreements"):

*(handwritten left margin: "I made $30M deal happen - At this the - SUN is really unhappy - Is this the way we do deals - Each bar to buy domestic!")*

1)  Oracle will complete configuration activity and submit releases from the blanket purchase order to HP no later than December 28, 2000 for the first $15,000,000 (exclusive of taxes, shipping and handling) of HP UNIX servers, associated peripherals and data storage systems.

2)  Oracle will schedule delivery dates for these products as follows:
    $10.0 million of products, that are not later than January 31, 2001; and
    $5.0 million of products, that are not later than April 30, 2001.

3)  Oracle will schedule deliveries only to Oracle locations in the United States of America.

4)  If Oracle does not complete the commitments in 1 through 3 above, then, Oracle will pay a cancellation fee of $15,000,000 (less the invoiced amount of products delivered from this blanket purchase order and paid for by June 15, 2001). This cancellation fee shall take the form of a check in the amount of the applicable fee delivered to HP no later than June 30, 2001.

5)  Oracle will complete configuration activity and submit releases from the blanket purchase order to HP no later than September 30, 2001 for an additional $15,000,000 (exclusive of, taxes, shipping and handling) of HP UNIX servers, associated peripherals and data storage systems.

6)  Oracle will schedule delivery dates for these products that are not later than October 31, 2001.

7)  Oracle will schedule deliveries only to Oracle locations in the United States of America.

8)  If Oracle does not complete the commitments in 5 through 7 above, then, Oracle will pay a cancellation fee of $15,000,000 (less the invoiced amount of products delivered from this blanket purchase order and paid for by December 15, 2001). This cancellation fee shall take the form of a check in the amount of the applicable fee delivered to HP no later than January 31, 2002.

Products ordered under the blanket purchase order are for Oracle's internal use only and are not for resale. Product support and consulting services will be in addition to these amounts. Terms and conditions governing the HP products will be those of the Agreements between Oracle and HP, or their successor agreements in effect at the time of shipment by HP, and discounts will be 50% for Hardware purchased for use in a

Page 1 of 3

ORACLE
CONFIDENTIAL

CA-ORCL 017624

CONFIDENTIAL

production environment and 55% for Hardware purchased for a development environment as defined in the Agreements, with the exception of the A and R classes which will be 17% for both the production and the development environments). In the event that the Agreements expire or terminate without replacement, the parties agree that their terms will continue in effect for HP products delivered as a result of this Letter Agreement.

In addition, Oracle commits to the following:

1) Oracle agrees to move 100% of Oracle's production data to HP UNIX servers by May 31, 2001.

2) Oracle agrees to move 100% of Oracle's CRM development servers to HP UNIX servers by November 1, 2001.

3) Oracle will operate all CRM online services, the Oracle Store, the Oracle web-based customer interaction database and the Oracle defect management database on HP UNIX servers by November 1, 2001.

4) The Oracle Platinum Systems (CRM training, education and consulting implementation pilots) will operate on HP UNIX servers by November 1, 2001.

5) Following the migrations described in 1 through 4 above, for a period of three (3) years after the date of this Letter Agreement, HP will be the exclusive provider to Oracle for the above uses, so long as HP provides products with the technical and quality standards necessary for the level of Oracle operations in these environments and at prices no higher than offered to similar customers ordering for their own use making similar commitments.

6) Oracle will commit the necessary funds and resources, and will complete a project plan and schedule together with HP, by January 31, 2001, that will provide support to HP in parity with the support provided to Sun Microsystems in the areas of:

a. Production Code
b. Beta code
c. Patch bundles
d. Nightly builds of Oracle applications
e. Code quality, and
f. Support quality.

Oracle agrees to maintain this level of support for a minimum of three (3) years after the date of this Letter Agreement.

7) Oracle agrees to assist HP in producing a press release regarding the commitments in 1 through 4 above to be issued on or before January 31, 2001.

In the event of a conflict between the terms of the Agreements and of this Letter Agreement, the terms of this Letter Agreement will prevail.

Page 2 of 3

ORACLE
CONFIDENTIAL

CA-ORCL 017625

NDCA-ORCL 020840

Dec 01 00 10:49a     Bardwick                    415 567 5587              P.3
                                                                          @003
   11/30/00  THU 23:48 FAX 415 833 3388    COMM SALE SF REGION ____ ___ ___ ___  @003

CONFIDENTIAL

The parties agree that the terms and conditions of this Letter Agreement will be
Confidential Information between them and will be protected according to the terms of
the Agreement.

Each party represents that the individual signing below is properly authorized to bind that
party to the commitments contained herein.

Agreed to and accepted this 30th day of November, 2000.


HEWLETT-PACKARD COMPANY          ORACLE CORPORATION

NAME  PHILIP MAY                 SAFRA A. CATZ
TITLE  GEN. MGR ORACLE DIV       EXECUTIVE VICE PRESIDENT
ADDRESS                          500 ORACLE PARKWAY, REDWOOD SHORES, CA.


Page 3 of 3


**ORACLE**
**CONFIDENTIAL**

**CA-ORCL 017626**

NDCA-ORCL 020841



# ORACLE

### Oracle/HP Tier 1 Partnership Summary

- Unprecedented Letter of Agreement signed 11/30/00
  - Oracle to place $30M purchase order with HP
  - 100% of Oracle Production Data on HP Servers by 6/01
  - 100% of Oracle CRM Development on HP Servers by 11/01
  - CRM online services, Oracle Store, Oracle web-based customer interaction database, Oracle defect management database on HP Servers by 11/01
  - Oracle Platinum Systems (CRM training, education & consulting implementation on HP Servers by 11/01
  - Oracle to provide parity for HP with Sun for the following:
    - Production code
    - Beta code
    - Patch bundles
    - Nightly builds of Oracle application
- Purchase order placed on 12/28/00 for $17.4M for Platform Technologies, Global IT, and CRM development
  - Purchase order allocation:
    - Platform Technologies          $ 1.2M
      - 13 L3000 Servers
      - Disk Rackmount Cabinets
    - Global IT          $ 3.5M
      - 21 L3000 Servers
      - 2 V2600 Servers
      - 1 DLT Tape Drive
    - CRM Development          $12.1M
      - 26 N4000 Servers
      - 7 L2000 Servers
      - 3 L3000 Servers
      - 3 XP 512 Disk Storage
      - Openview Software
    - Support          $  .6M
      Total  $17.4M
- Additional $15M in hardware to be configured by 9/01
  - Delivery of hardware by 10/01
  - Need to help validate and create demand
  - Specific additional needs by functional area TBD
  - Various proposals requested & submitted; more to follow
- On-site Support services due for HP hardware valued at approximately $3M
- HP's perceived project list as submitted by HP sales (HP Hardware2.xls-attached)

ORACLE
CONFIDENTIAL                    CA-ORCL 017627

HP's Potential Projects w/Oracle

ORACLE

| STORAGE OPPORTUNITIES | | | | | |
|---|---|---|---|---|---|
| Project Name | Contact | Phone | Rolls up | Amount | Oracle Internal Feedback |
| Email | Bob Lofton | 719-757-2637 | Roberts | $ 3,330,000 | Valid Project/Prefer HP-waiting on Larry |
| Consolidation Rocky Mt Center | Bob Lofton | 719-757-2637 | Roberts | $ 2,100,000 | Valid Project/prefer Network Appliance, HP #2 Waiting on Larry |
| Internet File System | Suzanne Amman | 650-506-3894 | Rozwats | $ 1,450,000 | Valid/Prefer 1#HP, 2#EMC,3#NA, Datacenter's Team also factoring in decision. Mike Rocca/Larry |
| BOL | Steve Huay | 650-506-3084 | Roberts | $ 2,500,000 | No, Larry choose Sun last week |
| Enterprise Sys Eng Dev | Kevin Byrd | 650-506-5548 | Wohl | $ 1,500,000 | Left Message, Cell 280-4656 |
| | | | Total Storage | $ 10,880,000 | |
| | | | | | |
| SERVER OPPORTUNITIES | | | | | |
| Product Family Server Consolidation | Kevin Byrd | 650-506-5548 | Wohl | $ 150,000 | Left Message, Cell 280-4656 |
| OSS Project | Karl Heitz Daday | 407-458-6022 | Rocha | $ 225,000 | Valid project, slightly out of budget. If HP can come down slightly on price, would be approved. This is for a support application. |
| Education Servers | Niln Mehtar/Kurt Andes | 650-506-5065 | Roberts | $ 471,000 | Valid Project Oracle WW Education Servers |
| WES/EP | Peter Lee | 650-833-8652 | Roberts | $ 3,600,000 | Valid Project, want to move with HP 2 v class machines. this would host all fin apps outside of americas. Waiting on Larry |
| Site On Line R&D | Huy Ly | 650-506-2797 | Barrenechea | $ 650,000 | Left message |
| Planet Write | Mike Burkett | 650-506-0332 | Barrenechea | $ 375,000 | Not valid, application is up and running on existing HP HW |
| IFS | Suzanne Amman | 650-506-3894 | Rozwats | $ 500,000 | Valid, she believes Requisition already in place to order |
| 111 Implementation of Email | Kurt Andes | 301-907-2749 | Roberts | $ 220,000 | Left message |
| BOL | Steve Huay | 650-506-3084 | Roberts | $ 1,500,000 | No, Larry choose Sun last week |
| | | | Total Servers | $ 7,700,000 | |

Confidential - Page 1

831.
461.1911

ORACLE
CONFIDENTIAL

CA-ORCL 017628