# EXHIBIT 57



ORACLE

January 8, 2001
Board of Directors

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD-1 01178

NDCA-ORCL 044428


ORACLE

**NOTICE OF THE REGULAR MEETING OF
THE BOARD OF DIRECTORS
ORACLE CORPORATION**

TO:  Lawrence J. Ellison, Chair    Jack F. Kemp
     Jeffrey Berg    Kay Koplovitz
     Michael J. Boskin    Donald L. Lucas
     Jeffrey O. Henley    Richard A. McGinn

RE:  January 8, 2001 Board Meeting

This notice confirms that the Board of Directors of Oracle Corporation will hold its regular meeting on Monday, January 8, 2001, at approximately 9:00 a.m. in the Board Room located on the 11th floor of Oracle Headquarters, 500 Oracle Parkway, Redwood City, California.

The items to be discussed at the meeting include the matters described in the enclosed agenda.  This notice is accompanied by the following enclosures:

- Agenda
- Draft minutes for the October 16, 2000 meeting and written consents adopted since October 16, 2000
- Index of actions taken by the Board and its committees in FY 2001
- Proposed resolutions and supporting information

If you have any questions regarding the Board meeting, please do not hesitate to contact me at (650) 506-5500 or Matthew Ng at (650) 506-5100.

*Daniel Cooperman*
Daniel Cooperman
Senior Vice President, General Counsel & Secretary
December 29, 2000

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD-1 01179

NDCA-ORCL 044429

**BOARD MEETING AGENDA**
**ORACLE CORPORATION**

January 8, 2001
9:00 a.m.

Tab

I. Approve minutes from October 16, 2000 meeting and review written consents       1
   adopted since October 16, 2000. Index of FY01 Board and Committee actions
   enclosed for reference. (COOPERMAN) 5 min.

II. **Management Presentation**. No exhibits. Overview of the Status of E-Business Suite
    Release 11i. Ronald Wohl, Executive Vice President, Applications Development and
    Mark Barrenechea, Senior Vice President, CRM Products. 60 min.

III. **Allocation of Executive Responsibilities following Bloom's Departure**. No
     exhibits. (ELLISON) 30 min.

IV. **Review Second Quarter Financial Results**. Please refer to the Financial Package
    delivered separately. (HENLEY) 20 min.

V. **Executive Items**. Proposed resolutions at referenced tab. (COOPERMAN) 20 min.
   total.

   A.   Amendment of Financial Approval Levels.                                       2

   B.   Promotion to Executive Management Committee.                                  3

   C.   Security Clearance Exclusions.                                                4

   D.          **REDACTED**                                                           5

VI. **Report of Finance and Audit Committee**. No exhibits. (LUCAS) 15 min.

**Following the Board Meeting:**

   Executive Session. Meeting of outside directors with CEO. 30 min.

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01180

NDCA-ORCL 044430

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01181

NDCA-ORCL 044431

INDEX

**ORACLE CORPORATION**
**Board of Directors Actions**
June 1, 2000 - May 31, 2001

| Board Entity | Type | Date | Action(s) Taken |
|---|---|---|---|
| Board of Directors | Regular Meeting | October 16, 2000 | 1. Reduction of Board Size<br>2. Annual Election of Chairman<br>3. Appointment of Corporate Officers<br>4. Election of Members of Board Committee<br>5. Establishment of 2001/2002 Regular Board Meeting Schedule<br>6. Increase Allocation for Investments in Venture Funds |

**REDACTED**

| | | | |
|---|---|---|---|
| Board of Directors | Written Consent | September 13, 2000 | Stock Split Effected as Dividend |
| Board of Directors | Special Meeting | August 21, 2000 | Discussion of Stockholder Proposal for 2000 Proxy Statement |
| Board of Directors | Regular Meeting | July 17, 2000 | 1. Record Date of Annual Meeting<br>2. Promotions to Executive Management Committee<br>3. Security Clearance Exclusions<br>4. Amendment of 1991 Long-Term Equity Incentive Plan<br>5. Agreement with<br>6. Adoption of 2000 Long-Term Equity Incentive Plan<br>7. Adoption of Conflicts of Interest Policy<br>8. Report of Nominating Committee<br>9. Approval of Fiscal Year 2001 Advertising Budget<br>10. Report of Finance and Audit Committee |
| Board of Directors | Written Consent | June 2, 2000 | Amendment of 1991 Long-Term Equity Incentive Plan |
| Committee on Compensation and Management Development | Written Consent | December 14, 2000 | 1. Amendment and Restatement of 1993 Deferred Compensation Plan<br>2. Conditions of Foreign Grants Under the 2000 Long-Term Equity Incentive Plan |

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01182

| | | | |
|---|---|---|---|
| Committee on Compensation and Management Development | Written Consent | October 18, 2000 | Form of Non-Qualified Stock Option Grant Agreement and Stock Option Exercise Notice and Agreement |
| Committee on Compensation and Management Development | Written Consent | September 29, 2000 | Employee Stock Option Grants |
| Committee on Compensation and Management Development | Written Consent | September 7, 2000 | 1. Compensation Committee Report on Executive Compensation<br>2. Discussion of 2000 Long-Term Equity Incentive Plan |
| Committee on Compensation and Management Development | Written Consent | August 2, 2000 | Interpretation of Oracle 1991 Long-Term Equity Incentive Plan |
| Committee on Compensation and Management Development | Regular Meeting | July 17, 2000 | 1. Review Fiscal Year 2000 Compensation for Outside Directors<br>2. Review Payments Under Fiscal Year 2000 Bonus Plan<br>3. Review Executive Officer and Outside Director Compensation<br>4. Approval of Executive Officers 2001 Base Salaries<br>5. Approval of Fiscal Year 2001 Executive Bonus Plan<br>6. Approval of Cumulative Total Return Graph |
| Committee on Compensation and Management Development | Special Meeting | July 12, 2000 | Interpretation of Oracle 1991 Long-Term Equity Incentive Plan |
| Committee on Compensation and Management Development | Special Meeting | June 30, 2000 | Interpretation of Oracle 1991 Long-Term Equity Incentive Plan |
| Committee on Compensation and Management Development | Written Consent | June 23, 2000 | Form of Non-Qualified Stock Option Grant Agreement and Stock Option Exercise Notice and Agreement |
| Committee on Compensation and Management Development | Special Meeting | June 9, 2000 | 1. EMEA Stock Option Grants<br>2. Discussion of Executive Compensation<br>3. Discussion of Executive Bonus Plan<br>4. Discussion of Outside Director Fees |
| Executive Committee | Written Consent | December 8, 2000 | Approval of Agreement |
| Executive Committee | Special Meeting | December 7, 2000 | |
| Executive Committee | Written Consent | December 4, 2000 | **REDACTED** |

CONFIDENTIAL –<br>SUBJECT TO PROTECTIVE ORDER

2

CD- 1 01183

NDCA-ORCL 044433

| | | | |
|---|---|---|---|
| Executive Committee | Special Meeting | November 30, 2000 | **REDACTED** |
| Executive Committee | Special Meeting | October 2, 2000 | |
| Executive Committee | Written Consent | June 30, 2000 | 1. Oracle OpenWorld 2000 Budget<br>2. Oracle Approved Education Center Budget |
| Finance and Audit Committee | Written Consent | September 5, 2000 | 1. Adoption of Audited Financial Statements for the Fiscal Year Ended May 31, 2000<br>2. Finance and Audit Committee Report |
| Finance and Audit Committee | Regular Meeting | July 14, 2000 | |
| Independent Committee | Special Meeting | October 2, 2000 | **REDACTED** |
| Independent Committee | Written Consent | September 15, 2000 | |
| Independent Committee | Special Meeting | July 14, 2000 | Discussion of Conflict of Interest Policy for Executive Officers |
| Nominating Committee | Special Meeting | July 14, 2000 | Discussion of the Composition of Oracle Board |
| Stockholder | Annual Meeting | October 16, 2000 | 1. Election of Directors<br>2. Adoption of 2000 Long-Term Equity Incentive Plan |

**REDACTED**

**REDACTED**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3

CD- 1 01184

NDCA-ORCL 044434



CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01185

NDCA-ORCL 044435

**DRAFT**

MINUTES OF THE REGULAR MEETING
OF THE BOARD OF DIRECTORS
ORACLE CORPORATION

October 16, 2000

A Regular Meeting of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation"), was held on Monday, October 16, 2000, beginning at 1:00 p.m. in the Board Room at 500 Oracle Parkway, Redwood Shores, California.

1. **ATTENDANCE AND QUORUM**

The following directors were present, constituting a majority of the Board and a quorum: Lawrence J. Ellison, Donald L. Lucas, Michael J. Boskin, Jeffrey O. Henley, Jack F. Kemp, Jeffrey Berg and Kay Koplovitz. Richard A. McGinn was not in attendance.

Also present were Safra Catz, Executive Vice President, Gary L. Bloom, Executive Vice President, and Daniel Cooperman, Senior Vice President, General Counsel & Secretary.

Mr. Ellison, Chairman of the Board, called the meeting to order and announced that the meeting was held pursuant to a written notice of meeting which was delivered to all members of the Board. Mr. Cooperman recorded the minutes of the meeting.

2. **REVIEW AND APPROVAL OF MINUTES**

The Board reviewed the minutes from the previous regular meeting of the Board, draft copies of which had been delivered to each director. Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

RESOLVED THAT:

The minutes of the Regular Meeting of the Board held on July 16 and July 17, 2000 hereby are approved for inclusion in the minute books of the Corporation.

3. **MANAGEMENT PRESENTATION**

Gary Bloom, Executive Vice President, gave a presentation about Oracle's hosting strategy.

4. **REVIEW FIRST QUARTER FINANCIAL RESULTS**

Mr. Henley reviewed the financial results for the first quarter of the Corporation's 2001 fiscal year which ended August 31, 2000.

CONFIDENTIAL—
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01186

5.   **REDUCTION OF BOARD SIZE**

The Board ratified the reduction of the Board size.  Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

WHEREAS:

The Board of Directors elected by the Corporation's Stockholders, at the Annual Meeting of Shareholders held this morning, consists of eight members.

RESOLVED THAT:

Pursuant to Section 2.1 of the Corporation's bylaws, the number of authorized directors of this Corporation hereby is decreased from nine directors to eight directors, effective as of October 16, 2000.

6.   **ANNUAL ELECTION OF CHAIRMAN**

The Board elected Mr. Lawrence J. Ellison as Chairman of the Board.  Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

RESOLVED THAT:

Mr. Ellison hereby is elected to serve as Chairman of the Board until his successor is duly elected and qualified or his earlier resignation or removal.

7.   **APPOINTMENT OF CORPORATE OFFICERS**

The Board elected the following persons as corporate officers of the Corporation.  Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

RESOLVED THAT:

Each individual listed below hereby is appointed to serve as an officer of the Corporation in the position specified below, until his or her successor is duly appointed and qualified or his or her earlier resignation or removal:

| | |
|---|---|
| Lawrence J. Ellison | Chief Executive Officer |
| Gary L. Bloom | Executive Vice President |
| Safra Catz | Executive Vice President |
| Sergio Giacoletto | Executive Vice President, Oracle Europe, Middle East and Africa |
| Jeffrey O. Henley | Executive Vice President and Chief Financial Officer |

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

2

CD- 1 01187

NDCA-ORCL 044437

| | |
|---|---|
| Jay Nussbaum | Executive Vice President, Oracle Service Industries |
| George Roberts | Executive Vice President, North American Sales |
| Charles A. Rozwat | Executive Vice President, Database Server |
| Edward J. Sanderson | Executive Vice President, Consulting and Latin America Division |
| Frank Varasano | Executive Vice President, Oracle Products Industries |
| Ron Wohl | Executive Vice President, Applications Development |
| Daniel Cooperman | Senior Vice President, General Counsel and Secretary |
| Jennifer Minton | Senior Vice President and Corporate Controller |
| Bruce M. Lange | Vice President and Corporate Treasurer |
| Deborah A. Lange | Vice President, Taxation |
| Matthew Ng | Assistant General Counsel and Assistant Secretary |
| Susan Hafleigh | Assistant Treasurer |

8. <u>**ELECTION OF MEMBERS OF BOARD COMMITTEES**</u>

The Board elected the members of the following committees of the Board: Executive Committee, Finance and Audit Committee, Committee on Compensation and Management Development, Nominating Committee, Special Litigation Committee and Independent Committee for Review of Interested Transactions. Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

<u>ELECTION OF EXECUTIVE COMMITTEE</u>

RESOLVED THAT:

1.  The Board hereby elects the following directors to serve on the Executive Committee of the Board:

> Donald L. Lucas, Chairman
> Lawrence J. Ellison
> Jeffrey O. Henley

2.  Each of the foregoing members of the Board shall serve on the Executive Committee until his successor is duly elected.

3.  Any and all previous actions taken by the Executive Committee hereby are ratified, confirmed and approved as the acts and deeds of the Board.

<u>ELECTION OF FINANCE AND AUDIT COMMITTEE</u>

RESOLVED THAT:

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

5

CD- 1 01188

NDCA-ORCL 044438

1.  The Board hereby elects the following directors to serve on the Finance and Audit Committee of the Board:

        Donald L. Lucas, Chairman
        Michael J. Boskin
        Jeffrey Berg

2.  Each of the foregoing members of the Board shall serve on the Finance and Audit Committee until his successor is duly elected.

3.  Any and all previous actions taken by the Finance and Audit Committee hereby are ratified, confirmed and approved as the acts and deeds of the Board.

## ELECTION OF COMMITTEE ON COMPENSATION AND MANAGEMENT DEVELOPMENT

RESOLVED THAT:

1.  The Board hereby elects the following directors to serve on the Committee on Compensation and Management Development of the Board (the "Committee"):

        Michael J. Boskin, Chairman
        Donald L. Lucas

2.  Each of the foregoing members of the Board shall serve on the Committee until his successor is duly elected.

3.  Any and all previous actions taken by the Committee hereby are ratified, confirmed and approved as the acts and deeds of the Board.

## ELECTION OF NOMINATING COMMITTEE

RESOLVED THAT:

1.  The Board hereby elects the following directors to serve on the Nominating Committee of the Board:

        Michael J. Boskin
        Donald L. Lucas
        Kay Koplovitz

2.  Each of the foregoing members of the Board shall serve on the Nominating Committee until his or her successor is duly elected.

CONFIDENTIAL -
SUBJECT TO PROTECTIVE
ORDER

-4-

CD- 1 01189

NDCA-ORCL 044439

3.   Any and all previous actions taken by the Nominating Committee hereby are ratified, confirmed and approved as the acts and deeds of the Board.

ELECTION OF SPECIAL LITIGATION COMMITTEE

**REDACTED**

ELECTION OF INDEPENDENT COMMITTEE FOR REVIEW OF INTERESTED TRANSACTIONS

RESOLVED THAT:

1.   The Board hereby elects the following directors to serve on the Independent Committee for Review of Interested Transactions of the Board (the "Independent Committee"):

    Michael J. Boskin
    Donald L. Lucas

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

5

CD-1 01190

NDCA-ORCL 044440

except in the case of transactions where either Dr. Boskin or Mr. Lucas will receive a direct or indirect benefit from such transaction, in which case the Board will elect a director to serve in place of each interested Independent Committee member.

2. Each of the foregoing members of the Board shall serve on the Independent Committee until his successor is duly elected.

3. Any and all previous actions taken by the Independent Committee hereby are ratified, confirmed and approved as the acts and deeds of the Board.

9.   **ESTABLISHMENT OF 2001/2002 REGULAR BOARD MEETING SCHEDULE**

The Board confirmed its 2001 calendar year meeting schedule and established its 2002 calendar year meeting schedule.  Upon motion duly made, seconded and unanimously carried, the Board took action as follows:

RESOLVED THAT:

1. The Board sets the dates for the 2001 regular Board meetings as follows:

> Monday, January 8, 2001
> Monday, April 23, 2001
> Monday, July 16, 2001
> Monday, October 15, 2001

2. The Board sets the dates for the 2002 regular Board meetings as follows:

> Monday, January 14, 2002
> Monday, April 15, 2002
> Monday, July 15, 2002
> Monday, October 14, 2002

10.   **INCREASE ALLOCATION FOR INVESTMENTS IN VENTURE FUNDS**

REDACTED

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

6

CD-1 01191

NDCA-ORCL 044441

REDACTED

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

7

CD- I 01192

NDCA-ORCL 044442

**LAND PURCHASE**

REDACTED

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

8

CD- 1 01193

NDCA-ORCL 044443

**REDACTED**

12.   **REPORT OF FINANCE AND AUDIT COMMITTEE**

Mr. Lucas reported on the Finance and Audit Committee Meeting held on Friday, October 13, 2000.

13.   **ADJOURNMENT**

There being no further business to come before the meeting, it was, upon motion duly made, seconded and unanimously carried, adjourned at 3:20 p.m.

Following adjournment of the Board meeting, the outside members of the Board met with the Chief Executive Officer in executive session.

_____
Daniel Cooperman
Secretary

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

9

CD- 1 01194

NDCA-ORCL 044444

MINUTES OF THE ANNUAL MEETING
OF STOCKHOLDERS
OF ORACLE CORPORATION

October 16, 2000

The Annual Meeting of the Stockholders of Oracle Corporation, a Delaware corporation (the "Corporation"), was held on October 16, 2000, at 10:15 a.m. in the Oracle Corporation Conference Center, located at 350 Oracle Parkway, Redwood City, California.

1.   ATTENDANCE

The following directors were present: Lawrence J. Ellison, Chairman of the Board and Chief Executive Officer; Jeffrey O. Henley, Executive Vice President and Chief Financial Officer; Donald L. Lucas; Michael J. Boskin; Jack F. Kemp; Jeffrey Berg, and Kay Koplovitz. Neither Richard A. McGinn nor Raymond J. Lane was in attendance.

Also present were Daniel Cooperman, Senior Vice President, General Counsel and Secretary; Gary Maruszak, partner at Arthur Andersen LLP, the Corporation's independent public accountants; certain representatives of Boston Equiserve, the Corporation's transfer agent; and approximately 500 stockholders of the Corporation.

Mr. Ellison, Chairman of the Board, called the meeting to order and announced that the meeting was held pursuant to a written Notice of Meeting which was mailed to all Stockholders on or about September 11, 2000. Mr. Cooperman recorded the minutes of the meeting.

2.   PRESENTATION OF LIST OF STOCKHOLDERS

Mr. Cooperman reported that of the 2,821,650,145 shares of the Corporation's common stock outstanding as of August 21, 2000, the record date for the meeting, based on the tabulation of shares immediately prior to the commencement of the meeting, 2,471,102,000 were present in person or by proxy, representing approximately 87.6% of the outstanding common stock of the Corporation.

Mr. Ellison then declared a quorum present at the meeting.

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01195

NDCA-ORCL 044445

3.   ELECTION OF DIRECTORS

The Stockholders considered candidates for election to the Board of Directors of the Corporation. Upon motion duly made, seconded and carried by at least 2,452,094,000 shares of the Corporation's common stock voting for each Director, each individual below was elected by the Stockholders to serve as a Director of the Corporation:

| | |
|---|---|
| Lawrence J. Ellison, Chairman | Jack F. Kemp |
| Jeffrey O. Henley | Jeffrey Berg |
| Donald L. Lucas | Richard A. McGinn |
| Michael J. Boskin | Kay Koplovitz |

4.   ADOPTION OF 2000 LONG-TERM EQUITY INCENTIVE PLAN      -

The Stockholders considered approval of the adoption of the Company's 2000 Long-Term Equity Incentive Plan. Upon motion duly made, seconded and carried by at least 1,664,378,000 shares of the Corporation's common stock, the adoption of the 2000 Long-Term Equity Incentive Plan was approved by the Stockholders.

5.   RATIFICATION OF THE APPOINTMENT OF ARTHUR ANDERSEN LLP AS INDEPENDENT PUBLIC ACCOUNTANTS

The Stockholders considered approval of the ratification of the appointment of Arthur Andersen LLP as independent public accountants. Upon motion duly made, seconded and carried by at least 2,461,481,000 shares of the Corporation's common stock, the ratification of the appointment of Arthur Andersen LLP as independent public accountants was approved by the stockholders.

6.   STOCKHOLDER PROPOSAL

**REDACTED**

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

2

CD- I 01196

NDCA-ORCL 044446

7.    ADJOURNMENT

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned at 10:40 a.m.


*Daniel Cooperman*
Daniel Cooperman
Secretary


Attached to these minutes are the final Stockholder vote totals as provided by Equiserve.

CONFIDENTIAL
SUBJECT TO PROTECTIVE
ORDER

3

CD- 1 01197

NDCA-ORCL 044447

 EQUISERVE

October 27, 2000

Susan Halleigh
Director of Treasury Operations
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

<u>*Certificate of Tabulation*</u>

Dear Susan:

In connection with the Annual Meeting of Oracle Corporation held on October 16, 2000, we tabulated proxies representing 2,483,060,300 votes, or 88.032% of the outstanding vote as follows:

PROPOSAL I    (Election of Directors)

| For All Nominees | Instructed | Withheld From All Nominees |
|---|---|---|
| 2,464,014,359 | 1,152,484 | 17,893,457 |

| | Total Vote For Each Director | Total Vote Withheld From Each Director |
|---|---|---|
| Lawrence J. Ellison | 2,464,817,097 | 18,248,203 |
| Donald L. Lucas | 2,464,559,460 | 18,500,840 |
| Michael J. Boskin | 2,464,884,562 | 18,175,738 |
| Jeffrey O. Henley | 2,465,166,843 | 17,893,457 |
| Jack F. Kemp | 2,464,014,359 | 19,045,941 |
| Jeffrey Berg | 2,464,671,863 | 18,388,437 |
| Richard McGinn | 2,464,587,098 | 18,473,202 |
| Kay Koplovitz | 2,464,664,162 | 18,396,138 |

PROPOSAL II    (Approval the Adoption of the Company's 2000 Long Term Equity Incentive Plan):

| For | Against | Abstain | Broker Non-Vote |
|---|---|---|---|
| 1,665,940,658 | 808,002,018 | 9,117,624 | -0- |

Proposal III    (Proposal to ratify the appointment of Arthur Andersen LLP as Independent Public Accounts of the Company for the fiscal year ending May 31, 2001):

| For | Against | Abstain | Broker Non-Vote |
|---|---|---|---|
| 2,473,390,110 | 3,251,346 | 6,418,844 | -0- |

As the stockholders of Oracle Corporation have approved Proposal II, we require the following documentation:

i)    Certified copy of the Board of Resolution adopting the above proposal.

ii)    Opinion from counsel attesting to the validity of shares increased with reference to the specific number of shares per plan authorized for issuance. Further, the opinion should state that upon issuance, the shares of the Company are fully paid and non-assessable and whether the reserved shares should bear restrictive legend(s) or if the shares have been registered (i.e. S 8 filing,) and therefore, bear no restrictive legend(s)

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- I 01198

NDCA-ORCL 044448

 EQUISERVE

Thank you in advance for your assistance in this matter and please feel free to call me at (781) 575-2394 if you have any questions.

Sincerely

Norm Richardson
"Ricky"
Senior Account Manager

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- I 01199

NDCA-ORCL 044449

WRITTEN CONSENT OF THE
COMPENSATION COMMITTEE
OF THE BOARD OF DIRECTORS
ORACLE CORPORATION

October 18, 2000

Pursuant to Section 141(f) of the Delaware General Corporation Law, the following resolutions hereby are adopted by the unanimous written consent, without a meeting, of the Committee on Compensation and Management Development (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation"):

FORM OF NON-QUALIFIED STOCK OPTION GRANT AGREEMENT AND STOCK OPTION EXERCISE NOTICE AND AGREEMENT

WHEREAS:

A. On July 17, 2000 and September 7, 2000, the Board adopted the Corporation's 2000 Long-Term Equity Incentive Plan (the "Plan").

B. On October 16, 2000, the stockholders of the Corporation approved the adoption of the Plan.

C. Pursuant to the terms of the Plan, the Committee is authorized to approve the forms of agreement, or other forms for communicating to participants that they have been granted an award under the Plan, for use under the Plan.

D. The Committee has determined that it is in the best interests of the Corporation and its stockholders to adopt forms of the Non-Qualified Stock Option Grant Agreement in the form attached hereto as Exhibit A (the "NQ Grant Agreement") and the Stock Option Exercise Notice and Agreement in the form attached hereto as Exhibit B (the "Exercise Agreement").

RESOLVED THAT:

1. The form, terms and provisions of the NQ Grant Agreement and Exercise Agreement (collectively, the "Agreements") are approved for use in connection with the grant and the exercise of non-qualified stock options, respectively, pursuant to the Plan in substantially the forms presented to the Committee;

2. Each of the officers of the Corporation, with full authority to act without the others, is authorized and empowered to make any revisions in the Agreements which such officer deems necessary or advisable as long as such revisions do not significantly alter the substance of the Agreements; and

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01200

3.   Any and all prior actions taken by the officers of the Corporation that are within the scope of these resolutions hereby are ratified, confirmed and approved as the actions of the Corporation.

The undersigned, being all the members of the Committee, do hereby approve and consent to the adoption of the foregoing resolutions as of October 18, 2000.  This consent may be executed in any number of counterparts, each of which so executed shall be deemed an original and together such counterparts shall constitute one instrument.

_____          _____
Michael J. Boskin                        Donald L. Lucas

CONFIDENTIAL -
SUBJECT TO PROTECTIVE
ORDER

CD- I 01201

NDCA-ORCL 044451

3.   Any and all prior actions taken by the officers of the Corporation that are within the scope of these resolutions hereby are ratified, confirmed and approved as the actions of the Corporation.

The undersigned, being all the members of the Committee, do hereby approve and consent to the adoption of the foregoing resolutions as of October 18, 2000.  This consent may be executed in any number of counterparts, each of which so executed shall be deemed an original and together such counterparts shall constitute one instrument.

_____
Michael J. Boskin

_____
Donald L. Lucas

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01202

NDCA-ORCL 044452

EXHIBIT A

### NOTICE OF STOCK OPTION GRANT
### 2000 LONG-TERM EQUITY INCENTIVE PLAN
#### NON-QUALIFIED STOCK OPTION

1. <u>Grant</u>. Oracle Corporation (the "Company") has granted to the optionee ("Optionee") named on the preceding Certificate of Stock Option Grant (the "Certificate") a non-qualified option (the "Option") to purchase the total number of shares of Common Stock set forth on such Certificate (the "Shares") at the exercise price per share set forth therein (the "Exercise Price"). This Option is subject to the terms set forth below and in the Company's 2000 Long-Term Equity Incentive Plan as amended to date (the "Plan"). In the event of a conflict between the terms of the Plan and the terms of this Notice of Stock Option Grant (the "Grant Notice"), the terms of the Plan shall govern. All capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

2. <u>Restrictions on Exercise</u>. Subject to the terms of the Plan and this Grant Notice, the Option may be exercised in increments on or after each vesting date specified on the Certificate, provided that in no event may the Option be exercised after the last date to exercise specified on the Certificate (the "Expiration Date"). In addition, this Option may not be exercised as to fewer than 100 shares unless it is exercised as to all Shares as to which this Option is then exercisable.

3. <u>Termination of Option</u>.

    a) This Option shall cease vesting upon termination of Optionee's employment relationship with Optionee's employer. An Optionee's employment relationship shall be considered to have terminated, and the Optionee to have ceased to be employed by the Company or its Parent, Subsidiary or Affiliate, on the earliest of:

        (1) the date on which the Company, or any Parent, Subsidiary or Affiliate of the Company, as appropriate, delivers to the Optionee notice in a form prescribed by the Company that the Company, or such other entity, is thereby terminating the employment relationship (regardless of whether the notice or termination is lawful or unlawful or is in breach of any contract of employment);

        (2) the date on which the Optionee delivers notice in a form prescribed by the Company, to the Company, or any Parent, Subsidiary or Affiliate of the Company, as appropriate, that the Optionee is terminating the employment relationship (regardless of whether the notice or termination is lawful or unlawful or is in breach of any contract of employment);

        (3) the date on which the Optionee ceases to provide services to the Company, or any Parent, Subsidiary or Affiliate of the Company, as appropriate, except where the Optionee is on an authorized leave of absence; or

        (4) the date on which the Optionee ceases to be considered an "employee" under applicable law.

The committee of the Board of Directors of the Company administering the Plan (the "Committee") shall have discretion to determine whether Optionee has ceased to be employed by the Company or any Parent, Subsidiary or Affiliate of the Company and the effective date on which such employment terminated.

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01203

NDCA-ORCL 044453

b) If Optionee ceases to be employed by the Company or any Parent, Subsidiary or Affiliate of the Company, as appropriate, for any reason except death or disability, this Option may be exercised to the extent (and only to the extent) that it would have been exercisable upon the date of termination of Optionee's employment, within three (3) months after the date of termination, but in any event no later than the Expiration Date of the Option. If employment ceases because of death or disability, this Option may be exercised to the extent (and only to the extent) specified in the Plan.

c) **FOR UK RESIDENTS ONLY:** Optionee acknowledges and agrees that Optionee shall be liable for all contributions required under the Social Security Contributions and Benefits Act 1992, including both primary and secondary contributions on any gains made by the Optionee, and that liability for the secondary contributions shall be transferred to the Optionee to the fullest extent permitted by law. Prior to the earlier of the one year anniversary of the date of the grant of this Option or the first vesting date, the Optionee shall make an election, in the form specified and/or approved for such election by the Inland Revenue, that the liability for the secondary contributions on any gains shall be transferred to the Optionee (the "Election") and that the Optionee shall prior to any exercise of this Option either authorize the Company, Oracle Corporation UK Limited or any subsidiary owned directly or indirectly by the Company (the "Company Group") to withhold such secondary contributions or make payment for such secondary contributions by cash or check to the member of the Company Group who will remit any such contributions to the Inland Revenue. If the Optionee does not make an Election prior to the earlier of the one year anniversary of the date of the grant of this Option or the first vesting date, or shall at any time revoke such Election, this Option shall become null and void without any liability to the Company Group and may not be exercised. Unless expressly revoked, the Election shall apply to all future stock option grants by the Company Group to Optionee.

4. **Manner of Exercise; Consideration.** The Option may be exercised by delivery to the Company of the stock option exercise agreements in the form then approved by the Committee, stating the number of Shares being purchased, the restrictions imposed on the Shares, if any, and such representations and agreements, as may be required by the Company to comply with applicable laws, together with payment in a form allowed under the Plan. The current forms of Stock Option Exercise Form and Stock Option Exercise Notice and Agreement (the "Exercise Agreement") are available at the Company's web site at:

http://hrweb.us.oracle.com/benefits/option.htm

The Committee may permit the execution of "same day sale" transactions electronically.

5. Compliance with Laws and Regulations. The issuance and transfer of Shares shall be subject to compliance by the Company and Optionee with all applicable requirements of federal, state or local securities laws and with all applicable requirements of any stock exchange or national market system on which the Company's common stock may be listed at the time of such issuance or transfer.

6. Transferability of Option. This Option may not be transferred in any manner other than (i) by will, or (ii) by the laws of descent and distribution.

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01204

NDCA-ORCL 044454

7. <u>Tax Consequence.</u> The tax consequences of receipt and exercise and transfer of the Option, as well as upon disposition of the Shares following exercise, are set forth in the Plan Prospectus made available at the Company's web site at:

http://crweb.us.oracle.com/guest/plsql/file_content.download/nowaming/109774.pdf

8. <u>Tax Withholding.</u> Prior to the issuance of the Shares upon exercise of the Option, Optionee must pay or make adequate provision for any federal, state or local withholding obligations of the Company. Optionee agrees that, if necessary to cover any tax withholding obligations of Optionee upon exercise of the Option, the Company may withhold the appropriate amount at or after the time of such exercise. The Company (a) makes no representations nor undertakings regarding treatment of any tax-related items in connection with any aspect of the Option grant, including the grant, vesting or exercise of the Option and the subsequent sale of shares acquired pursuant to such exercise; and (b) does not commit to structure the terms of the grant or any aspect of the Option to reduce or eliminate the Optionee's liability regarding tax-related items.

9. <u>Standard Acknowledgement & Waiver.</u> By entering into this Agreement and accepting the grant of an Option evidenced hereby, Optionee acknowledges that: (i) the Plan is discretionary in nature and may be amended, suspended or terminated by the Company at any time in accordance with its terms; (ii) the grant of the Option is a one-time benefit which does not create any contractual or other right to receive future grants of options, or benefits in lieu of options; (iii) all determinations with respect to any such future grants, including, but not limited to, the times when options shall be granted, the number of shares subject to each option, the option price, and the time or times when each option shall be exercisable, will be at the sole discretion of the Company; (iv) the Optionee's participation in the Plan shall not create a right to further employment with the Optionee's employer and shall not interfere with the ability of the Optionee's employer to terminate the Optionee's employment relationship at any time with or without cause; (v) the Optionee's participation in the Plan is voluntary; (vi) the value of the Option is an extraordinary item of compensation which is outside the scope of the Optionee's employment contract, if any; (vii) the Option is not part of normal or expected compensation for purposes of calculating any severance, resignation, redundancy, end of service payments, bonuses, overtime, long-service awards, pension or retirement benefits (including the 401(k) Savings and Investment Plan and the Deferred Compensation Plan) or similar payments; (viii) the vesting of any Option ceases upon termination of employment for any reason except as may otherwise be explicitly provided in the Plan document; (ix) the future value of the underlying shares is unknown and cannot be predicted with certainty; (x) the Option has been granted to the Optionee in the Optionee's status as an employee of Optionee's employer, and if the Company is not the Optionee's employer, can in no event be understood or interpreted to mean that the Company is the Optionee's employer; and (xi) if the underlying shares do not increase in value prior to the expiration of the Option, the option will have no value.

10. <u>Data Privacy Consent.</u> As a condition of the grant of the Option, the Optionee consents to the collection, use and transfer of personal data as described in this paragraph. The Optionee understands that the Company and any Parent, Subsidiary or Affiliate hold certain personal information about the Optionee, including, but not limited to, the Optionee's name, home address and telephone number, date of birth, social security number of identification number,

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01205

salary, nationality, job tile, any shares of stock or directorships held in the Company, details of all options or any other entitlement to shares of stock awarded, canceled, exercised, vested, unvested or outstanding in the Optionee's favor, for the purpose of managing and administering the Plan ("Data"). The Optionee further understands that recipients of Data including the Company and/or any Parent, Subsidiary or Affiliate will transfer Data amongst themselves as necessary for the purpose of implementation, administration and management of the Optionee's participation in the Plan, and that the Company and/or any Parent, Subsidiary or Affiliate may each further transfer Data to recipients including third parties assisting the Company in the implementation, administration and management of the Plan. The Optionee understands that these recipients may be located in the United States or the European Economic Area. The Optionee authorizes the recipients to receive, possess, use, retain and transfer the Data, in electronic or other form, for the purposes of implementing, administering and managing the Optionee's participation in the Plan, including any requisite transfer to a broker or other third party with whom the Optionee may elect to deposit any shares of stock acquired upon exercise of the option such Data as may be required for the administration of the Plan and/or the subsequent holding of shares of Stock on Optionee's behalf. The Optionee understands that the Optionee may, at any time, view Data, require any necessary amendments to Data or withdraw the consents herein in writing by contacting Optionee's local Human Resources representative. Withdrawal of consent may, however, affect Optionee's ability to exercise or realize benefits from the Option.

11. Entire Agreement; Interpretation. The Plan made available at the Company's web site at http://crweb.us.oracle.com/guest/plsql/file_content.download/nowarning/109774.pdf is incorporated herein by reference. This Grant Notice and the Plan constitute the entire agreement of the parties and supersede all prior undertakings and agreements with respect to the subject matter hereof. This Grant Notice and the Plan may be amended from time to time by the Committee. Optionee agrees that the terms of the Plan govern the Option and that all interpretations and determinations made by the Company (or its Board of Directors and any committee of the Board administering the Plan) with respect to the Plan and this Grant Notice shall be final and binding on all persons. This Grant Notice is governed by California law except for that body of law pertaining to conflict of laws. Optionee agrees to institute any legal action or legal proceeding relating to the Grant Notice or the Plan in state court in San Mateo County, California or in federal court in San Francisco, California. Optionee agrees to submit to the jurisdiction of and agrees that venue is proper in the aforesaid courts in any such action or proceeding.

12. By clicking "I have Read and Agree" on the button below, Optionee accepts the Option and agrees to be bound by its terms.

Date First Posted: _____ __, 2000

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- I 01206

NDCA-ORCL 044456

EXHIBIT B

ORACLE CORPORATION
STOCK OPTION EXERCISE NOTICE AND AGREEMENT

1.  <u>Representation of the Optionee</u>.  I acknowledge that I have received, read and understood the 2000 Long-Term Equity Incentive Plan (the "Plan"), the Notice of Stock Option Grant (the "Grant Notice") and the prospectus relating to the Plan and agree to abide by and be bound by their terms and conditions.

2.  <u>Compliance with Securities Laws</u>.  I understand and acknowledge that the exercise of any rights to purchase shares of Common Stock of Oracle Corporation ("Shares") is expressly conditioned upon compliance with the Securities Act of 1933, as amended, and all applicable state securities laws.  I agree to cooperate with Oracle Corporation (the "Company") to ensure compliance with such laws.

3.  <u>Tax Consequences</u>.  I understand that I may suffer adverse tax consequences as a result of my purchase or disposition of the Shares.  I represent that I have consulted with any tax consultant(s) that I deem advisable in connection with the purchase or disposition of the Shares and that I am not relying on the Company for any tax advice. I have made provision for the payment of any federal and state withholding taxes required to be paid or withheld by the Company.

4.  <u>Insider Trading</u>.  I acknowledge that I have received, read and understood the Company's policy against trading in Company stock while in the possession of inside information (i.e., material nonpublic information), as set forth in the Company's Employee Handbook.  I agree to sell or otherwise dispose of the Shares strictly in compliance with this Company policy and all related securities laws.

5.  <u>Entire Agreement</u>.  I acknowledge the following:  The Plan and the Grant Notice are incorporated herein by reference; this Agreement, the Plan and the Grant Notice constitute my entire agreement with the Company and supersede all prior undertakings and agreements between us with respect to the subject matter hereof;  and this Agreement is governed by California law except for that body of law pertaining to conflict of laws.  Optionee agrees to institute any legal action or legal proceeding relating to the Grant Notice, the Plan or this Agreement in state court in San Mateo County, California or in federal court in San Francisco, California. Optionee agrees to submit to the jurisdiction of and agrees that venue is proper in the aforesaid courts in any such action or proceeding.

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01207

NDCA-ORCL 044457

MINUTES OF THE SPECIAL MEETING
OF THE EXECUTIVE COMMITTEE
OF THE BOARD OF DIRECTORS
ORACLE CORPORATION

November 30, 2000

A Special Meeting of the Executive Committee (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation"), was held by telephone conference on November 30, 2000 at 11:45 a.m. Pacific Daylight Time.

1.   ATTENDANCE AND QUORUM

The following directors were present, constituting a majority of the Committee and a quorum: Lawrence J. Ellison and Jeffrey O. Henley. Donald L. Lucas was not in attendance.

Also present was Safra Catz, Executive Vice President, and Daniel Cooperman, Senior Vice President, General Counsel and Secretary.

Mr. Cooperman called the meeting to order and announced that the meeting was held pursuant to a telephonic notice of meeting delivered to all members of the Committee. Mr. Cooperman confirmed that each participant was able to hear clearly all other participants. Mr. Cooperman recorded the minutes of the meeting.

2.   APPROVAL OF PURCHASE OF HARDWARE AND SERVICES FROM THE

REDACTED

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01208

NDCA-ORCL 044458

**REDACTED**

3.    ADJOURNMENT

There being no further business to come before the meeting, it was, upon motion duly
made, seconded and unanimously carried, adjourned at approximately 12:00 p.m.

Daniel Cooperman
Secretary

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

2

CD- I 01209

NDCA-ORCL 044459

WRITTEN CONSENT OF THE
EXECUTIVE COMMITTEE OF
THE BOARD OF DIRECTORS
ORACLE CORPORATION

December 4, 2000

Pursuant to Section 141(f) of the Delaware Corporation Law, the following resolutions are hereby adopted by the unanimous written consent, without a meeting, of the Executive Committee (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation").

1.  UNDERLINE VALUATION OF INVESTMENT IN :

WHEREAS:

**REDACTED**

The undersigned, being all the members of the Committee, do hereby approve and consent to the adoption of the above resolutions as of December 4, 2000.  This consent

CONFIDENTIAL -
SUBJECT TO PROTECTIVE
ORDER

CD- I 01210

NDCA-ORCL 044460

may be executed in any number of counterparts, each of which shall be deemed an original, and together the counterparts shall constitute one instrument.

Donald L. Lucas

Jeffrey O. Henley

Lawrence J. Ellison

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- 1 01211

NDCA-ORCL 044461

may be executed in any number of counterparts, each of which shall be deemed an original, and together the counterparts shall constitute one instrument.

_____
Donald L. Lucas

_____
Jeffrey O. Henley

_____
Lawrence J. Ellison

CONFIDENTIAL -
SUBJECT TO PROTECTIVE
ORDER

CD-1 01212

NDCA-ORCL 044462

12/04/00  MON 15:46 FAX 650 633 1556        CORPORATE LEGAL                    ☒004

may be executed in any number of counterparts, each of which shall be deemed an original, and together the counterparts shall constitute one instrument.

_____                  _____
Donald L. Lucas                            Jeffrey O. Henley


_____
Lawrence J. Ellison

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- I 01213

NDCA-ORCL 044463

MINUTES OF THE SPECIAL MEETING
OF THE EXECUTIVE COMMITTEE
OF THE BOARD OF DIRECTORS
ORACLE CORPORATION

December 7, 2000

A Special Meeting of the Executive Committee (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation"), was held by telephone conference on December 7, 2000 at 4:35 p.m. Pacific Daylight Time.

1.    ATTENDANCE AND QUORUM

The following directors were present, constituting a majority of the Committee and a quorum: Lawrence J. Ellison and Donald L. Lucas. Jeffrey O. Henley was not in attendance.

Also present was Safra Catz, Executive Vice President, Matthew Ng Assistant General Counsel and Assistant Secretary and George Gucker, Senior Corporate Counsel.

Ms. Catz called the meeting to order and announced that the meeting was held pursuant to a telephonic notice of meeting delivered to all members of the Committee. Ms. Catz confirmed that each participant was able to hear clearly all other participants. Mr. Ng recorded the minutes of the meeting.

2.    APPROVAL OF CAPITAL CONTRIBUTION TO _____

WHEREAS:


**REDACTED**

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD- I 01214

NDCA-ORCL 044464

REDACTED

RESOLVED THAT·

REDACTED

.3.   <u>ADJOURNMENT</u>

There being no further business to come before the meeting, it was, upon motion duly made, seconded and unanimously carried, adjourned at approximately 4:40 p.m.

*Matthew Ng*
Matthew Ng
Assistant Secretary

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

2

CD- 1 01215

**WRITTEN CONSENT OF THE**
**EXECUTIVE COMMITTEE OF**
**THE BOARD OF DIRECTORS**
**ORACLE CORPORATION**

December 8, 2000

Pursuant to Section 141(f) of the Delaware Corporation Law, the following resolutions are hereby adopted by the unanimous written consent, without a meeting, of the Executive Committee (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation").

1.  APPROVAL OF **REDACTED** AGREEMENT

WHEREAS:

**REDACTED**

RESOLVED THAT:

**REDACTED**

CONFIDENTIAL –
SUBJECT TO PROTECTIVE
ORDER

CD-1 01216

NDCA-ORCL 044466