EXHIBIT 58

07:58am EST 15-Dec-00 Salomon Smith Barney (Gretchen Teagarden 212-816-8362)
ORCL: Reports 2Q-Traction in Applications Sooner than Expected

SALOMON SMITH BARNEY

Oracle Corporation (ORCL)
ORCL: Reports 2Q-Traction in Applications Sooner          2H (Outperform, High Risk)
than Expected                                             Mkt Cap:  $168,350.2 mil.

December 15, 2000                   SUMMARY
                                    * Traction in the applications division occurred
ENTERPRISE SOFTWARE/B2B               sooner than expected increasing a solid 66% to
Gretchen Teagarden, CPA               $279 million (SSB estimate of $258 million; 54%
212-816-8362                          growth).
gretchen.teagarden@ssmb.com         * We were impressed with the applications growth
Daniele Donahoe                       and the number of large eBusiness Suite, client
212-816-4235                          wins including JDS Uniphase, American General and
                                      Compaq. Qualcomm and Haworth actually chose
                                      Oracle over their existing i2 applications for
                                      SCM (supply-chain management).
                                    * The combination of referenceable customers from
                                      the newest version of the eBusiness Suite,
                                      functional product demos and a sales force
                                      trained on the eBusiness Suite should propel
                                      growth in the applications division.
                                    * We are increasing our 3Q EPS estimate from
                                      $0.11 to $0.12 based on expectations for
                                      continued strong operating margin expansion and
                                      applications revenue growth. We are raising our
                                      2001 EPS estimate from $0.49 to $0.52.

FUNDAMENTALS
P/E  (5/01E)                        54.6x
P/E  (5/02E)                        45.8x
TEV/EBITDA  (5/01E)                 NA
TEV/EBITDA  (5/02E)                 NA
Book Value/Share  (5/01E)           $1.09
Price/Book Value                    26.1x
Dividend/Yield  (5/01E)             NA/NA
Revenue (5/01E)         $12,005.0 mil.                     ORCL 0000697
Proj. Long-Term EPS Growth          NA
ROE  (5/01E)                        NA
Long-Term Debt to Capital(a)        10.5%
ORCL is in the S&P 500(R) Index.
(a) Data as of most recent quarter

SHARE DATA                          .  RECOMMENDATION
Price (12/13/00)            $28.38     Current Rating                    2H
52-Week Range     $46.31-$19.23        Prior Rating                      2H
Shares Outstanding(a)  5,932.0 mil.    Current Target Price          $33.00
Convertible                    No      Previous Target Price         $33.00

EARNINGS PER SHARE
FY ends              1Q        2Q        3Q        4Q     Full Year
5/00A    Actual    $0.04A    $0.07A    $0.13A    $0.15A    $0.38A
5/01E    Current   $0.09A    $0.11A    $0.12E    $0.20E    $0.52E
         Previous  $0.09A    $0.09E    $0.11E    $0.20E    $0.49E
5/02E    Current   $0.09E    $0.13E    $0.15E    $0.25E    $0.62E
         Previous  $0.07E    $0.11E    $0.14E    $0.24E    $0.56E
5/03E    Current      NA        NA        NA        NA        NA

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308931

Previous        NA      NA      NA      NA      NA
First Call Consensus EPS: 5/01E $0.49; 5/02E $0.60; 5/03E NA
Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

SECOND QUARTER OVERVIEW                           ORCL 0000698

Revenue Analysis

Total revenues increase 14.5% over prior year quarter to $2.66 billion; 2.3%
light of our $2.72 billion estimate.

Revenue Mix

Software license revenue/other and services contributed  42%, and  58%,
respectively versus our estimate of 40.7% and 59.3%, respectively.

* Software License Revenue and other grew 24% over the prior year to $1.11
  billion in-line with our estimate.

    * Database and applications revenues contributed $775 and $279 million,
      respectively; increasing 19.2% and 66.4%, respectively. Applications
      revenue exceeded our estimate of $258 million as a result of traction in
      the applications business occurring sooner than expected. We were
      impressed with the applications growth and the number of large client
      wins. Large eBusiness Suite customers during the quarter include JDS
      Uniphase, American General and Compaq. Additionally, Qualcomm and
      Haworth actually chose Oracle over their existing i2 applications for
      SCM (supply-chain management).

    * We anticipate the applications division will continue to accelerate
      given that the company has exhibited significant traction since the
      release of Version 2 of its eBusiness Suite in October. We are under the
      impression that the first version had considerable bugs and the most
      recent version is really gaining traction in only a matter of months.
      The combination of referenceable customers from the newest version,
      functional product demos and a sales force trained on the eBusiness
      Suite should propel growth in the applications division going forward.

* Services revenue was $1.54 billion versus our estimate of $1.6 billion

Expense Analysis

Gross Profit grew 25.2% to $1.965 billion; exceeding our estimate by 20%. Gross
margin increased  630bp from 2Q99 and was 380bp above our estimate. The
improvement in gross margin was a result of

* The favorable revenue mix with high-margin product revenue contributing 42%
  versus our estimate of 40.7%. We expected more growth in services for the
  quarter as the company had planned to build out its consulting efforts.

The company reported $1.0 billion in total cash operating expenses (we include
sales and marketing, research and development and general and administrative
expenses) versus our estimate of $1.12 billion. ORCL reported $933 million in
operating income, representing an 67.7% increase over the prior year and a
14.7% premium to our $842 million estimate. Oracle continues to extract excess
costs out of its business at an impressive rate. Although the company will be
up against tougher comparisons in the later portion of the year, we believe
there is still significant margin expansion on the horizon. We are estimating
operating margins to reach 37.0% for the end of fiscal 2001. Any revenue upside
in the later portion of the year could result in operating margins reaching

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153...  2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308932

39%-40%, in our opinion.

- Sales and Marketing expenses increased only 1.5% to $641 million representing 24.1% of total revenues; 220bp lower than our 26.3% estimate

- Research and development expenses increased 7.3% to $266 million, but decreased 70bp as a percentage of total revenues over the prior year.

- General and administrative expenses declined 1.5% to $111 million over the prior year.

Per Share Analysis

ORCL reported EPS of $0.11 versus our estimate of $0.09 and the First Call consensus estimate of $0.10. The per share upside resulted from the impressive revenue momentum and a 2.3% decrease in shares outstanding over the prior year to 5.87 billion fully-diluted shares outstanding.

Revising Estimates Upward

Short-term

Given the momentum exhibited in the quarter, and our belief that the demand for the eBusiness Suite will accelerate during the later portion of the year., we are increasing our 3Q and fiscal year-end 2001  EPS estimates of $0.11 and $0.49 to $0.12 and $0.52, respectively. Additionally, we are raising or fiscal 2002 estimate from $0.56 to $0.62. These estimates are based on

- 3Q total revenue of $2.94  billion versus our original estimate of $2.87 billion.

  - 3Q applications revenue of $349.6 million versus our original estimate of $298.8 million.

- Fiscal 2001 revenue of $12.0 billion versus our original estimate of $11.9 billion.

  - 2001 applications revenue of $1.54 billion (66.8% Yr/Yr growth) versus our original estimate of $1.38 billion (50.2% Yr/Yr growth).

INVESTMENT THESIS

NA

COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries.  As of August 30, 1999, the company had approximately 40,000 employees  worldwide.  Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses.  The company's software products can be broken down into two broad categories:  systems software and business applications software.  Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate intranets.  Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

ORCL 0000699

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308933

Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. (c) Salomon Smith Barney Inc., 2000. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and may result in prosecution. Please refer to ticker SSBDISCL for important Salomon Smith Barney Disclaimer information.

Gretchen Teagarden 212-816-8362
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

ORCL 0000700

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308934

# EXHIBIT 59

```
08:23am EST 15-Dec-00 Goldman Sachs (Rick G. Sherlund) ORCL
Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

              Goldman, Sachs & Co. Investment Research

Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

*******************************************************************
* Oracle reported strong fiscal 2Q (Nov) results across all geographies  *
* with rev gwth of 15%, in line with ests. Despite negative currency, apps*
* gwth was robust at 66%, above our 50% est and database gwth of 19% was  *
* also in line with our and Street ests.  EPS of $0.11 increased 66% over *
* $0.06 last year.  Hosting a bullish conf call, Oracle was optimistic    *
* about F3Q, with apps gaining traction with large, referenceable         *
* customers; company outlook is strong despite broader concerns of        *
* potential economic slowdown.  We maintain our F2001 rev est of approx   *
* $12B and EPS of $0.51 and F2002 rev est of approx $15B and EPS of $0.64.*
* Maintain Buy Rating.                                                    *
*******************************************************************

     Rick G. Sherlund (New York) 1 212-902-6790  -  Investment Research
     Lilly Bahramipour (New York) 1 212-902-4605  -  Investment Research
     Nils Tristan (New York) 1 212-902-4077  -  Investment Research
     Sheng-Sheng Foo (New York) 1 212-357-4172  -  Investment Research
     Patricia Reddington (New York) 1 212-902-1950  -  Investment Research

=================== NOTE 8:01 AM  December 15, 2000  ====================
```

| | Stk Rtg | Latest Close | 52 Week Range | Mkt Cap (mm) | YTD Pr Change | Cur Yield |
|---|---|---|---|---|---|---|
| Oracle Corp. | RL | 27.50 | 47-19 | 153929. | -2% | 0.0% |

| ORCL (US$: | ---------Earnings Per Share--------- | | | | | |
|---|---|---|---|---|---|---|
| | Aug | Nov | Feb | May | FY | CY |
| 2002 FY | 0.10 | 0.13 | 0.15 | 0.26 | 0.64 | |
| 2001 FY | 0.08A | 0.11A | 0.12 | 0.20 | 0.51 | 0.55 |
| 2000 FY(A) | 0.04 | 0.07 | 0.09 | 0.16 | 0.34 | 0.42 |

ORCL 0000672

| | | -Abs P/E on-- | | -Rel P/E on-- | | EV/NxtFY | LT EPS |
|---|---|---|---|---|---|---|---|
| | | Cur | Nxt | Cur | Nxt | EBITDA | Growth |
| ORCL | FY | 53.9X | 43.0X | 2.3X | 1.9X | NA | 25% |
| | CY | 50.0 | | 2.1 | | | |

```
====================================================================
* Oracle delivered strong earnings, benefiting from: 1) growing traction
  in the application market fueling robust applications revenue growth of
  66% (or 73% in local currencies), and 2) solid database growth of 19%
  (or about 26% growth in local currencies); and 3) further operating
  margin expansion. The company reported 83 live customers on its 11i
  applications suite (we estimate about 20% are live on the CRM module and
  30% may be live on SCM) with several hundred expected to be live by the
  end of the February quarter.  Oracle emphasized that its key
  differentiation is its fully integrated suite of applications that
  installs relatively quickly, requiring minimal systems integration.

* Oracle management indicated it has seen no effects of a slower economy
  on its business.  We note that the company is positioned in a high
  growth market and has new product momentum with the applications Release
```

http://www.firstcall.com/links/43/4303476873219090740 6/5925164248593576116 9/39916...  2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308884

11i. Management expects applications growth of about 75% in the February quarter, but we have modeled only 60% given our view that there may be slower capital spending if the slowing economy continues to broaden the range of sectors that are affected.

=================================================================

QUARTERLY REVIEW

Oracle continues to use integration as a long-term strategy and competitive advantage. Management seems very bullish on the growth opportunity for its 11i-application suite across all geographies, and has characterized its sales prospect pipeline as 'astounding.'

The company posted an impressive quarter with good key metrics across the geographies and business segments despite a 6.5% negative impact from currency. We would expect currency to have some dampening effects on business for the remainder of fiscal 2001, but not as bad as the November quarter (assuming no change from current levels).

License revenue of $1.1 billion was in line with our estimates. As expected, consulting and education increased slightly (growing one percent over last year in local currencies and declining 4% in reported revenues), which should continue to accelerate. Internationally, Oracle had strong results in North America, Asia/Pacific, and EMEA where EMEA doubled its applications sales for two quarters in a row.

The balance sheet remains healthy, with accounts receivable DSO's declining to 66 days from 69 days. Deferred revenues declined 17% sequentially, in line with the company's normal seasonal pattern.

Oracle continues to evangelize the benefits of an integrated suite of applications versus its more functional best of breed competitors (including i2 and Siebel). We believe this is a more compelling advantage in the mid-market where the tradeoff of functionality for the benefits of ease of implementation is less of an issue than for the high-end customers. Oracle disputes the assertion that it is a mid-market vendor, noting a number of high-end customer wins as well.

We remain bullish on Oracle and believe it has likely seen the worst in its transition to the new 11i suite and estimate accelerating top line growth going forward. We do suspect that a tougher macroeconomic environment for capital spending could have some impact on Oracle's business, including a lengthening of sales cycles, higher accounts receivable days sales outstanding, possibly lower average deal sizes, and less upside to operating results and perhaps less of an increase in deferred revenues. To date, this is not evident and the product cycle momentum is robust.

Important Disclosures (code definitions attached or available upon request)
ORCL      : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORCL 0000673

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308885

EXHIBIT 60

00:38am EST 15-Dec-00 Merrill Lynch (C.Shilakes (1) 415 676-3520) ORCL
ORACLE SYSTEMS:Q2 01: Steady As She Goes

    ML**ML**ML      Merrill Lynch Global Securities Research      ML**ML**ML
                        ORACLE SYSTEMS CORP (ORCL/OTC)
                        Q2 01: Steady As She Goes
                    Christopher C. Shilakes (1) 415 676-3520
ACCUMULATE*     Long Term: BUY

Reason for Report: Analysis of Sales/Earnings

Investment Highlights:
o    Expect ORCL to remain near current levels after solid 2Q 01 results, as
expected.

o    Should calm nerves regarding enterprise software demand after Microsoft
shortfall.

o    Raising FY01 (May) EPS est from $0.51 to $0.52 (+51% YoY) and FY02 EPS est
from $0.62 to $0.63 (+22% YoY).

o    We believe Oracle could appreciate up to 20% from current levels (2.3x PEG
on CY 01 EPS of $0.56).  Our price objective is $33, reflecting moderated
valuations.  Maintain int.-term Accumulate.

Fundamental Highlights:
o    Revs +14.5% to $2.66 bil and EPS +66% to $0.11.  ML ests of $2.68 bil and
EPS of $0.10. Currency translation took 7% off growth, slightly worse than
modeled.

o    Database up 19%, in line with expectations, and Apps better at 66% growth
vs 55% est.

o    Operating margins continue to expand, similar to last Q, up 10.8% points,
to 35.6%.

o    Solid execution and balanced revenue; balance sheet still strong.  More
moderate earnings growth and tempered valuations likely to cap big upside moves
near-term.

**ORCL 0000725**

| | 2000A | 2001E | 2002E |
|---|---|---|---|
| Price: | $27.50 | | |
| 12 Month Price Objective: | $33.00 | | |
| Estimates (May) | | | |
| EPS: | $0.34 | $0.52 | $0.63 |
| P/E: | 80.9x | 52.9x | 43.7x |
| EPS Change (YoY): | | 51.4% | 21.7% |
| Q3 EPS (Feb): | $0.08 | $0.12 | |
| Cash Flow/Share: | $0.40 | $0.58 | $0.69 |
| Price/Cash Flow: | 68.8x | 47.4x | 39.9x |
| Dividend Rate: | Nil | Nil | Nil |
| Dividend Yield: | Nil | Nil | Nil |

Opinion & Financial Data
            Investment Opinion:  C-2-1-9
Mkt. Value / Shares Outstanding (mn):  $160,820 / 5,848
       Book Value/Share (Nov-2000):  $0.65
                Price/Book Ratio:  42.3x
                ROE 2001E Average:  46.0%
         LT Liability % of Capital:  6.1%
         Est. 5 Year EPS Growth:  25.0%

http://www.firstcall.com/links/67/676432641644175388825/86176637635527838132/39893... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308890

Stock Data

|  | 52-Week Range: | $46.47-$21.50 |
|--|--|--|
|  | Symbol / Exchange: | ORCL / OTC |
|  | Options: | Chicago |
|  | Institutional Ownership-Vickers: | 45.6% |
|  | Brokers Covering (First Call): | 31 |

*Intermediate term opinion last changed on 21-Jun-2000.
For full investment opinion definitions, see footnotes.

ORCL 0000726

Good, Not Great

Summary

Oracle reported a solid 2Q 01, with database growth in line with expectations, and applications and margin performance better than expected. We believe that ORCL should hold at current levels in the near-term with these results, despite a difficult technology tape. We believe Oracle's current valuation is deserved, as a leader in enterprise software/e-business infrastructure. Given the recent recovery in ORCL, we believe the stock will pause until investors see evidence of sustained performance in e-business applications and more balanced, consistent growth mix across product lines and geographies. Our new price objective of $33 is based on a more tempered overall valuation framework for technology stocks, where we believe Oracle can hold a premium 2.3x PEG on forward earnings.

We are modestly raising our EPS estimates for Oracle following these results, although our revenue estimates remain unchanged. Our FY 01 EPS estimates go from $0.51 to $0.52 and FY 02 EPS estimates go from $0.62 to $0.63. We do not believe these estimate changes will be enough to act as a near-term catalyst in this difficult technology market, although ORCL may see a near-term boost from capital flowing out of MSFT into ORCL as a "safe haven", following Microsoft's disappointing pre-announcement last night.

Oracle began to show traction again in its applications business, and the company spoke confidently about improving its growth in applications through the remainder of FY01. The company noted 83 live customers on 11i and new wins with HP (thought to be a $20 mil deal), Qualcomm and Compaq. This will be an important factor for increased sponsorship of ORCL this spring.

We believe these results should help to calm the nerves of investors looking at the overall demand environment for enterprise software, although higher growth rates will be required before we would recommend more aggressive purchase at current valuations.

2Q 01 Highlights

Total license revenues grew 25% to $1.09 billion, besting our $1.07 billion estimate. Database revenues of $775 million (+19%) were in-line with our forecast, while Apps revenues grew a healthy 66% to $279 million, $19 million above our estimate. Overall, large deals ($500K+) as a percentage of revenue increased to 45% from 33% a year ago, indicating traction from 11i. Services revenues were $46 million below our estimates of $1.57 billion (+8%) as the company continues to de-emphasize the services aspect of its business.

By geography, the weak Euro limited Oracle's growth in Europe, up 1% on a dollar basis, 18% in local currency. Americas revenue grew 20% and Asia Pacific grew 28% on a dollar basis, 34% in local currency.

Margin expansion remains a key driver of earnings upside, with operating

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308891

margins increasing 1,080 basis points to 35.6% versus our 31.6% estimate. Other income of $20 million was lower than our $75 million expectation due to investment losses related to market conditions and more stock buybacks lowering cash and interest income.

On the balance sheet, cash and equivalents dropped $707 million sequentially, A/R DSOs decreased a day sequentially to 66 days and deferred revenues were down 17% to $1.05 billion, a seasonal trend.

ORCL 0000727

Outlook

Oracle management provided a confident outlook into 2H F01, with applications growth moving towards 70%-80% and database remaining in 15-20% growth range. Services growth, which came up short in Q2 01, is now slated for 15-17% growth for the balance of the year. The company stated that it could still post operating margins of 40% for the year, although that was not a certainty. The rate of margin growth will slow as tougher prior year margin comparisons appear in 2H F01, but margin expansion should continue into FY 02.

We expect ORCL could gain up to 20% price appreciation over the next 12 months given current fundamentals and maintain our Accumulate, long-term Buy opinion.

(ORCL)  The securities of the company are not listed but trade over-the-counter in the United States.  In the US, retail sales and/or distribution of this report may be made only in states where these securities are exempt from registration or have been qualified for sale.  MLPF&S or its affiliates usually make a market in the securities of this company.
Copyright 2000 Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S). All rights reserved. Any unauthorized use or disclosure is prohibited. This report has been prepared and issued by MLPF&S and/or one of its affiliates and has been approved for publication in the United Kingdom by Merrill Lynch, Pierce, Fenner & Smith Limited, which is regulated by SFA; has been considered and distributed in Australia by Merrill Lynch Equities (Australia) Limited (ACN 006 276 795), a licensed securities dealer under the Australian Corporations Law; is distributed in Hong Kong by Merrill Lynch (Asia Pacific) Ltd, which is regulated by the Hong Kong SFC; and is distributed in Singapore by Merrill Lynch International Bank Ltd (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd, which are regulated by the Monetary Authority of Singapore.  The information herein was obtained from various sources; we do not guarantee its accuracy or completeness. Additional information available.
Neither the information nor any opinion expressed constitutes an offer, or an invitation to make an offer, to buy or sell any securities or any options, futures or other derivatives related to such securities ("related investments").  MLPF&S and its affiliates may trade for their own accounts as odd-lot dealer, market maker, block positioner, specialist and/or arbitrageur in any securities of this issuer(s) or in related investments, and may be on the opposite side of public orders. MLPF&S, its affiliates, directors, officers, employees and employee benefit programs may have a long or short position in any securities of this issuer(s) or in related investments. MLPF&S or its affiliates may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any entity mentioned in this report.
This research report is prepared for general circulation and is circulated for general information only.  It does not have regard to the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report.  Investors should seek financial advice regarding the appropriateness of investing in any securities or investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized.  Investors should note that

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308892

income from such securities, if any, may fluctuate and that each security's
price or value may rise or fall. Accordingly, investors may receive back less
than originally invested.  Past performance is not necessarily a guide to
future performance.
Foreign currency rates of exchange may adversely affect the value, price or
income of any security or related investment mentioned in this report.  In
addition, investors in securities such as ADRs, whose values are influenced by
the currency of the underlying security, effectively assume currency risk.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
}

EON

ORCL 0000728

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308893

# EXHIBIT 61

**Deutsche Banc Alex. Brown**

**Deutsche Bank** 

Moore, James A. 415-617-4269
Chen, Charles 415-617-4274
Kong, Seihun 415-617-3323
Kelly, Matthew F 415-617-3344
Deutsche Banc Alex. Brown

12/15/2000

---

### ORACLE CORPORATION [ORCL] "STRONG BUY"
#### Oracle F2Q Delivers the Goods

---

| Date: | 12/14/2000 | EPS | | 1999A | 2000A | 2001E |
|---|---|---|---|---|---|---|
| Price: | 27.5 | 1Q | | 0.03 | 0.04 | 0.08 |
| 52-Wk Range: | 46 - 19 | 2Q | | 0.05 | 0.06 | 0.11A |
| Ann Dividend: | 0.0 | 3Q | | 0.05 | 0.08 | 0.12 |
| Ann Div Yld: | 0.00% | 4Q | | 0.09 | 0.15 | 0.20 |
| Mkt Cap (mm): | 161,562 | FY(May) | | 0.22 | 0.34 | 0.51 |
| 3-Yr Growth: | 25% | FY | P/EPS | NM | 80.9X | 53.9X |
| | | CY | EPS | 0.24 | 0.43 | 0.54 |
| Est. Changed | Yes | CY | P/EPS | NM | 64.X | 50.9X |

---

Industry:          E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (1999) :   48.0%

---

**HIGHLIGHTS:**
ORACLE DELIVERS THE GOODS IN F2Q. Oracle delivered a strong F2Q (Nov.) with total revenue of $2.7B (+15% y/y) in line with our estimate, and EPS of $0.11 (+66% y/y), a penny above our estimate and Street consensus of $0.10. Software growth was in line, up a healthy 25% on 66% applications growth and 19% database growth.

APPLICATIONS 11I GAINING MOMENTUM. Oracle's new 11i e-business suite appears to be gaining significant traction. 83 11i customers are live with roughly 100 in late-stage implementation. We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems and Agilent Technologies.

MARGIN EXPANSION CONTINUES BUT FUTURE GAINS MAY MODERATE. Operating margin was 36% vs. our 31% estimate and 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth, which increased sequentially in F2Q for the first time in five quarters.

MANAGEMENT REMAINS BULLISH. Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in Spring 2001. Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001.

ESTIMATE REVISIONS. Forward revenue estimates are fine-tuned with a higher mix of applications and total software revenue offset by slightly lower database and services revenue. FY'01 revenue and EPS estimates are now $11.8B and $0.51 vs. $11.9B and $0.49 previously. FY'02E revenue is largely unchanged at $14.1B. FY'02E EPS increases to $0.59 from $0.57. We reiterate our STRONG BUY rating.

**DETAILS:**
SOLID F2Q (NOV.) RESULTS
Oracle reported a solid F2Q (Nov) with impressive applications growth of 66%, 36% operating margin and 66% EPS growth. EPS of $0.11 beat our estimate and Street consensus of $0.10. Total revenue of $2.66B (up 14.5% year/year) was slightly below, but in line with our $2.7B estimate. The weak euro resulted in a negative 6.5% impact to revenue growth.

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Yr/Yr Revenue

|  | F2Q'01 | Our Est. | F2Q'00 |
|---|---|---|---|
| License/Other Revenue | $1,118.2M | $1,115.0M | $902.6M |
| Service Revenue | $1,541.3M | $1,580.0M | $1,419.3M |
| Total Revenue | $2,659.6M | $2,695.0M | $2,321.8M |
| Y/Y Growth | 14.5% | 16.1% | 12.9% |

Source: Company data and Deutsche Banc Alex. Brown estimates

On the license side, applications revenue grew 66% to $279M, handily beating our estimate of $250M (+49% growth). Oracle's 11i e-business suite, in its second full quarter of general release, helped to bolster applications growth. Database licenses grew 19% to $775M, slightly below our estimate of $800M (+23% growth) but a respectable number that provides adequate validation of the health of the database market. Services revenue grew 9% to $1,541.3M a bit below our estimate of $1,580.0M. Maintenance and support growth was 21%, while consulting continued to lag expectations, declining 4.3%.

APPLICATIONS 11I GAINS MOMENTUM
A key part of Oracle's strong F2Q was the strength of the applications business and, more importantly, marquee customer wins with the new 11i e-business suite. Applications license growth of 66% solidly outpaced Street expectations in the 50-60% range. The outperformance should also allay concerns about the viability of Oracle's applications business and the relative immaturity of release 11i following last quarter's decent, but slightly disappointing 42% growth. Management sees 75% growth for the rest of FY'01. Marquee customer wins (see below), in addition to the 83 11i customers now live and 100 or more set to go live in the coming months, should provide important reference customers key to sustainable growth. 3000 Oracle field reps are now fully trained and selling the 11i suite.

11I'S "OPEN ENTERPRISE" CAPABILITIES DRIVE MARQUEE WINS
Oracle's marketing message for the 11i applications suite lauds the merits of tight integration, end-to-end e-business functionality and its thin-client, IP-based architecture. With this positioning, we see Oracle as a key enabler in, what we have termed, the "open enterprise" movement in which organizations are tearing down the corporate four walls to extend information and e-business processes to partners, suppliers and customers (see our September 2000 theme report, "The e-Process Revolution 2"). Oracle's positioning as a key e-business enabler appeared to gain significant traction in F2Q with impressive, 8-figure wins at JDS Uniphase, Compaq, Sun Microsystems, Agilent Technologies and American General.

JDS Uniphase is rolling out the full 11i e-business suite enterprise wide to 14 sites in 5 countries. Demonstrating the rapid deployment capabilities of 11i's IP-based architecture, JDSU is bringing a new site on line every 17 days. Notable 11i CRM wins included Hewlett-Packard and Simplex. 25 new supply chain customers were added including Sony and Boeing. In F3Q'01 (Feb.), Oracle inked a significant licensing deal with Covisint, the automotive B2B vertical marketplace formed by Ford, General Motors, DaimlerChrysler and other major auto makers. Covisint is licensing more than 55 Oracle products including a large portion of the e-business application suite. We believe this deal is in the eight-figure range and will be recognized this quarter (F3Q). Oracle, along with i2 Technologies and SAP, remain in the hunt to provide Covisint's supply chain management capabilities.

MARGIN EXPANSION CONTINUES BUT FUTURE GAINS MAY MODERATE
Operating margins expanded for a sixth consecutive quarter and the fourth straight quarter of double-digit gains. F2Q operating margin was 36%, vs. our 31% estimate and an 1100 basis point improvement over 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth, which increased sequentially in F2Q for the first time in five quarters. Headcount growth will likely focus on sales, marketing, and service organizations. Our full year FY'01 forecast is now 37%, up from 35% previously. For FY'02, we now forecast operating margin of 38% vs. 36% previously.

Margin Analysis

|  | F2Q'01 | F2Q'00 | Our Est |
|---|---|---|---|
| Gross (aka Service) Margin | 73.9% | 67.6% | 71.0% |
| Sales & Marketing | 24.1% | 27.2% | 25.5% |
| Research & Development | 10.0% | 10.7% | 10.0% |
| General & Administrative | 4.2% | 4.9% | 4.3% |
| Operating Margin | 35.6% | 24.8% | 31.2% |

Source: Company data and Deutsche Banc Alex. Brown estimates

KEY F2Q METRICS
Large deals (over $500K) accounted for 45% of revenues versus 36% last year. This was largely driven by Oracle's strong performance in applications. Currency translation had a -6.5% impact on revenue growth, largely from continued weakness in the euro. Geographically, the Americas represented 57% of revenue and increased 20% y/y. EMEA was 29% of revenue and grew 1% (as reported). Asia/Pacific was 15% of revenue and grew 28%

y/y (as reported).  Applications growth was strong in all regions:  65% in the Americas and 90%-plus in both EMEA and Asia Pacific regions (in local currency).  For the first time in five quarters, Oracle's headcount increased sequentially, growing to 42,002 from 41,170 in F1Q'01, but still below year ago levels of 42,682.

BALANCE SHEET
Oracle ended F2Q'01 with $4.4B in cash and short-term investments, down from $5.1 billion at the end of F1Q.  This largely resulted from the repurchase of more than $1.4 billion in Oracle stock, (44M shares, avg. price of $32-33 a share).  Long-term debt was $301M, flat compared to the previous quarter.  DSO continues to be well managed at 66 days, down slightly from 67 days in F1Q and 69 days in F2Q'00.

ESTIMATE REVISIONS AND OUTLOOK
Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in spring 2001.  Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001.  Management sees revenue growth in the remainder of FY'01 as follows:  15-20% in database, 75% in applications, 23% in maintenance and 5% in consulting.  Management sees moderately higher operating margins going forward as well, though the company may not reach 40% for all of FY'01.

We have fine-tuned our forward revenue estimates with a higher mix of applications and total software revenue offset by slightly lower database and services revenue.  We project full year FY'01 growth of 55% in applications, 20% in database and 11% in services, compared to prior estimates of 40%, 23% and 13%, respectively.  FY'01 revenue and EPS estimates are now $11.84B and $0.51 vs. $11.86B and $0.49 previously.  FY'02 estimates are now $14.08B and $0.59 vs. $14.07B and $0.57 previously.

|  | New F01 | Prior F01 | New F02 | Prior F02 |
|---|---|---|---|---|
| Revenue | $11.84B | $11.86B | $14.08B | $14.07B |
| EPS | $0.51 | $0.49 | $0.59 | $0.57 |

Source: DB Alex. Brown estimates

REITERATE STRONG BUY-THE QUESTION IS VALUATION
Oracle's fundamentals and positioning support a continued strong outlook barring a significant economic dislocation.  With a strengthening e-business applications story and a dominant database franchise, we believe Oracle will remain a core provider of Internet infrastructure software for the foreseeable future.  At $28.50/share, Oracle trades at 48x our FY'02 EPS estimate of $0.59, 2.5x our top line growth estimate for FY'02 and roughly 2x our secular growth rate estimate of 25%.  In an interest rate-friendly environment with a reasonably stable macroeconomic outlook, this may be a fair or attractive price to pay for a blue chip technology name like Oracle.  That said, Oracle and many other technology names still look expensive by historical standards and thus carry substantial market risk, in our view.  As we remain in uncertain economic times, we believe valuations of even the highest quality companies will continue to be intensely scrutinized and rationalized.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed.  Opinions, estimates, and projections constitute our judgement and are subject to change without notice.  This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument.  Deutsche Bank Securities Inc., DB Alex. Brown LLC., and their affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer.  Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law.  Deutsche Bank Securities Inc., and DB Alex. Brown LLC., are members of NYSE and NASD.  Copyright 2000 Deutsche Bank Securities Inc., and DB Alex. Brown LLC.  In the U.S. this report may be distributed either by Deutsche Bank Securities Inc., or DB Alex. Brown LLC.  Interested parties are advised to contact the U.S. entity they currently deal with, or the U.S. entity that has distributed this report to them.

Additional Information Available Upon Request

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.

# EXHIBIT 62



ORACLE

**TOTAL COMPANY - Q2 FY01 FORECAST**
$ in Thousands at Actual Rates

| | Q2 FY00 Actuals | Forecast | Q2 FY01 Forecast Upside | Potential | Forecast vs PY % | Q2 Potential Growth % | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 886,783 | $ 1,005,404 | $ 53,132 | 1,058,626 | 17% | 22.76% | $ 1,501,998 | $ 1,820,571 | $ 53,132 | $ 1,873,703 | 25% |
| Consulting | 578,651 | 540,942 | 2,000 | 542,942 | -7% | -6% | 1,155,132 | 1,067,733 | 2,000 | 1,069,733 | -7% |
| Support | 720,603 | 859,788 | 16,340 | 876,128 | 19% | 22% | 1,387,556 | 1,698,777 | 16,340 | 1,715,117 | 24% |
| Education | 132,605 | 123,890 | 1,700 | 125,590 | -7% | -5% | 249,721 | 225,184 | 1,700 | 226,884 | -9% |
| Other | 2,773 | 7,684 | | 7,684 | 177% | 177% | 10,497 | 16,922 | | 16,922 | 61% |
| Other Non-Distribution | | (485) | | (485) | -204% | -204% | 1,397 | | | | -100% |
| **Total Revenues** | $ 2,321,683 | $ 2,567,313 | $ 73,172 | $ 2,640,485 | 11% | 14% | $ 4,306,300 | $ 4,629,188 | $ 73,172 | $ 4,902,360 | 14% |
| **Expenses** | | | | | | | | | | | |
| License | $ 489,296 | $ 479,699 | $ 265 | 479,964 | 2% | 2% | $ 893,627 | $ 893,753 | $ 265 | $ 894,018 | 0% |
| Consulting | 436,469 | 429,207 | | 429,207 | -2% | 2% | 896,933 | 830,000 | | 830,000 | -7% |
| Support | 191,358 | 159,976 | (1,780) | 158,196 | -16% | 17% | 367,838 | 314,953 | (1,780) | 313,173 | -15% |
| Education | 81,039 | 71,570 | | 71,570 | -12% | 12% | 161,352 | 142,895 | | 142,895 | -11% |
| Other | 12,918 | 18,725 | | 18,725 | -45% | -45% | 28,193 | 32,331 | | 32,331 | -23% |
| Marketing | 82,501 | 111,279 | (7,000) | 104,279 | -35% | -28% | 161,628 | 202,345 | (7,000) | 195,345 | -21% |
| Global Alliances | 9,375 | 8,668 | | 8,668 | 8% | 8% | 22,434 | 23,288 | | 23,288 | |
| G&A | 85,518 | 77,887 | | 77,887 | 9% | 9% | 132,157 | 151,210 | | 151,210 | -12% |
| Development & IT | 271,385 | 287,777 | (3,000) | 284,777 | -6% | -6% | 532,634 | 552,782 | (3,000) | 549,782 | -3% |
| Information Technology | 64,585 | 70,661 | | 70,661 | -10% | -10% | 125,126 | 139,253 | | 139,253 | |
| Corporate | 17,511 | 27,744 | | 27,744 | -58% | -58% | 27,444 | 48,085 | | 48,085 | -75% |
| Corporate Accruals | (15,301) | (3,848) | (25,000) | (28,848) | -89% | -89% | (39,726) | (12,330) | (25,000) | (37,330) | 6% |
| **Total Operating Expenses** | $ 1,726,972 | $ 1,739,643 | $ (36,515) | $ 1,703,128 | -1% | 1% | $ 3,348,041 | $ 3,315,567 | $ (36,515) | $ 3,282,052 | 2% |
| **Operating Income** | 594,911 | 827,670 | 109,687 | 937,357 | 39% | 58% | 958,359 | 1,510,621 | 109,687 | 1,620,308 | 69% |
| **Operating Margin %** | 26% | 32% | | 35% | | | 22% | 31% | | 33% | |
| Other (Income)/Expense | (1,688) | (15,646) | | (15,646) | nm | 827% | (5,764) | (93,506) | | (93,506) | 1514% |
| Investment (Gains)/Minority Loss (1 | 5,039 | | | | | | | 8,428 | | (3,846) | 146% |
| **Pre-Tax Income** | 591,515 | 831,725 | 109,687 | 941,566 | 41% | 59% | 955,276 | 1,607,973 | 109,687 | 1,717,660 | 80% |
| **Pre-Tax Margin %** | 25% | 32% | | 36% | | | 22% | 33% | | 35% | |
| Tax Rate | 36.0% | 36.5% | | 35.5% | | | 35.0% | 35.5% | | 35.5% | |
| Tax Provision | 207,030 | 305,264 | 38,030 | 334,203 | -43% | -61% | 334,504 | 570,830 | 38,030 | 600,760 | |
| **Net Income** | $ 384,485 | $ 530,485 | $ 70,748 | 607,213 | 40% | 58% | $ 621,221 | $ 1,037,142 | $ 70,748 | 1,107,691 | 78% |
| Weighted Average Shares | 6,012,500 | 5,874,180 | | 5,874,180 | | | 5,988,702 | 5,930,335 | | 5,930,335 | |
| **Earnings Per Share** | 6.4c | 9.1c | 1.2c | 10.3c | 43% | 62% | 10.4c | 17.5c | 1.2c | 18.7c | |
| Market Expectation | | | | 10.8c | | | | | | | |
| **Memo:** | | | | | | | | | | | |
| Consulting | 578,651 | 540,942 | 2,000 | 542,942 | -7% | -6% | | | | | |
| Support | 720,603 | 859,788 | 16,340 | 876,128 | 19% | 22% | | | | | |
| Education | 132,605 | 123,890 | 1,700 | 125,590 | -7% | -5% | | | | | |
| Other | 2,773 | 12,684 | | 12,684 | 177% | 177% | | | | | |
| **Total Services Revenues** | $ 1,434,632 | $ 1,552,304 | $ 20,040 | $ 1,552,344 | 7% | 8% | | | | | |

8/22/2002

Oracle Corporation Confidential

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 440830

Corp Adj 6/22/2002

| Corporate Adjustments | License | Support | Education | Consulting | Total |
|---|---|---|---|---|---|
| Int'l Revenue Transfers | $ 7,000 | $ | $ - | $ - | $ 7,000 |
| US Bad Debt Adjustment | 11,600 | 4,600 | 600 | 3,200 | 20,000 |
| Management Judgment | (3,500) | - | | | (3,500) |
| **Total** | $ 15,100 | $ 4,600 | $ 600 | $ 3,200 | $23,500 |

**License By Product**

| | | | |
|---|---|---|---|
| Technology | 807,928 | 76% | 11,476 |
| ERP | 205,443 | 19% | 2,918 |
| CRM | 49,677 | 5% | 706 |
| Total | 1,063,047 | 100% | 15,100 |

**Bad Debt Adjustment   $20,000**

| | |
|---|---|
| License | 58% |
| Support | 23% |
| Education | 3% |
| Consulting | 16% |
| Total | 100% |

**Bad Debt Give Back**

Total $ -

**Management Judgment**

Total $ -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 440832

EXHIBIT 63

**From:** Tammy Pinnick
**Sent:** Fri, 08 Dec 2000 00:53:16 GMT
**To:** Jennifer Minton; Williams; Thomas
**CC:**
**BCC:**
**Subject:** Bad Debt

Confidential - Pursuant To Protective Order

Jennifer and Tom,

Here is the final version of the Bad Debt Analysis.

Tammy

Confidential - Pursuant To Protective Order

NDCA-ORCL 1610859

0000063_54587.xls

# BAD DEBT RESERVE RECONCILIATION
## Q2 FY01

| | | Beginning Balance | September-00 Activity | September-00 Balance | October-00 Activity | October-00 Balance | November-00 Activity | November-00 Res. Adj. | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12600 | Bad Debt Recoveries | (3,213,957) | (95,469) | (3,309,426) | (213,365) | (3,522,791) | (156,487) | | (3,679,278) |
| 12601 | Bad Debt Write-offs | 15,652,331 | 461,686 | 16,114,017 | (15,673,143) | 440,874 | (4,836,191) | | (4,395,317) |
| 12604 | Reserve for Uncollectible | (82,779,800) | (70,427,286) | (153,207,085) | (6,151,718) | (159,358,804) | (14,946,135) | 20,000,000 | (154,304,939) |
| 12607 | Reserve for Uncollectible - License | - | 66,983,141 | 66,983,141 | 7,915,497 | 74,898,638 | 5,031,320 | | 79,929,958 |
| 12610 | Reserve for Uncollectible - Support | (27,402,354) | 924,453 | (26,477,901) | (2,567,263) | (29,045,164) | (6,586,202) | | (35,631,366) |
| 12620 | Reserve for Uncollectible - Consulting | (36,318,019) | (2,774,958) | (39,092,977) | (3,981,977) | (43,074,954) | 581,117 | | (42,493,837) |
| 12630 | Reserve for Uncollectible - Education | (2,210,674) | (681,969) | (2,892,643) | (318,572) | (3,211,215) | 866,652 | | (2,344,563) |
| | Total Reserve | (136,272,474) | (5,610,401) | (141,882,875) | (20,990,541) | (162,873,415) | (20,045,927) | 20,000,000 | (162,919,342) |

1212, 1213, 1216 rec

Page 1

Confidential - Pursuant To Protective Order

NDCA-ORCL 1610987