# EXHIBIT 102

**106**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609764

## SECOND INTERVIEW OF LARRY ELLISON

On September 20, 2002, the Special Litigation Committee ("SLC") and its counsel interviewed for the second time Lawrence Ellison, the Chief Executive Officer of Oracle Corporation, at his home in Atherton, California.  Present were SLC members Joseph Grundfest and Hector Garcia-Molina and the SLC's counsel, George Newcombe and Alexis Coll of Simpson Thacher & Bartlett.  Also in attendance was Javier Rubenstein and Adrienne Hiegel of Mayer, Brown, Rowe & Maw, Ellison's counsel.  The interview lasted approximately 3 hours.  What follows is a summary of the interview with impressions of counsel.  It is not, and does not purport to be, a verbatim account of what was said.

<u>Insider Sales</u>

Ellison previously told the SLC that his motivation for his sales in January 2001 was that certain of his stock options were expiring in a few months.  Counsel asked him why, if this was his motivation, he sold other shares beyond the expiring options.  Ellison explained that he does not regularly trade and is concerned about the effect his trades can have on the share price.  Accordingly, once he decided to enter into the market to sell the expiring options he decided to take the advice of his financial advisor, Philip Simon, to diversify and raise capital in order to pay down certain debts.  According to Ellison, Simon is very conservative and regularly encourages Ellison to diversify and pay down any debt he may be carrying.  Ellison said that while these two factors were not motivations for entering the market, he decided to act on Simon's advice once he was in the market.  Ellison also explained that the $30 floor price is evidence that liquidation to pay off debts and diversification were not the primary motivators; had he been driven by these factors, he would not have been worried about trading below $30, a



Exhibit No. 106
Witness Ellison
Date 2/27/04
Karen Thompson, CSR 2792

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609765

2

price that Ellison thought undervalued the stock. Ellison reiterated that but for the expiring options, he would not have entered into the market and traded the additional shares.

Ellison waited until the last days before the trading window closed to begin exercising his options and selling the stock.[1] Ellison was asked why he did not trade earlier in January. Ellison stated that he began thinking about exercising the options around the holidays in December. Then Simon went on vacation. While Simon was away, Ellison decided to trade because (1) he knew he only had three windows in which to trade the shares before the options expired and (2) all financial data within the company — Covisint deal closed for $60M and the pipeline looked better than ever — indicated that "there was no way the company would miss its earnings projections." Ellison said that at the time he believed it was an ideal time to trade. *As soon as Simon returned from his holiday, Ellison instructed him to exercise the options and begin trading as soon as possible, as long as the share price did not dip below $30.* Ellison then went on a short holiday.

Ellison was asked why Simon requested additional clearance into February 2001. (ORCL 20245-20247, attached hereto at Exhibit C). Ellison was not aware that Simon had made the request or that Cooperman had granted permission despite the unofficial closing of the trading window on February 1, 2001. Ellison stated that his express instruction to Simon was to trade as many shares as possible, as long as the price did not dip below $30, before February 1.

---

[1]  Ellison was shown a December 18 email from Carolyn Balkenhol to Ellison, Deborah Lange, Jennifer Minton and Barbara Wallace in which Balkenhol informs them that prior to the end of 2000, Ellison would be exercising some of his Oracle options but not trading them. (ORCL 23483, attached hereto at Exhibit A). He identified the email as referring to the end of the year generation of taxable income recommended by Philip Simon, his financial advisor. Ellison's December 2000 Form 4 indicates that 815,000 options were exercised on December 27, 2000. (December 2000 Form 4, ORCL 13493 – 13495, attached hereto at Exhibit B).

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609766

Ellison insisted that Simon not trade in February.

Ellison was asked why he was trying to raise $400 million after-taxes through his trades. (ORCL 23488 – 23489, attached hereto at Exhibit D). Ellison did not recall this definitive number but believes it was suggested by Simon. He did not disagree with it as a target goal.

Ellison was shown the option exercise form he executed in January 2001 (ORCL 1417-1420, attached hereto Exhibit E) and asked why he signed the older version of the Notice of Option Exercise and Sale Agreement and not the version approved by the Compensation Committee in June 2000 (CD-I 1398-1404, attached hereto Exhibit F). Ellison said he was not aware that the form was an old one and that he simply signed the form provided to him by his assistant, Carolyn Balkenhol.

When asked whether he was aware of the trading activity of any of the other defendants — Lucas, Boskin and Henley — Ellison said he was not aware of their trading at the time and subsequently learned about it when the company was sued.

### Financial Information Relied Upon By Ellison

A.   Forecasting Documents

Ellison was asked about the documents he relies upon in analyzing the company's revenue and earnings forecast. Ellison said that he relies on Jennifer Minton's forecasting documents, the so-called Upside Reports. Ellison said that these reports are the primary source of forecasting data, along with information shared at the Executive Management Committee meetings, used by Oracle.

B.   Pipeline Data

Ellison was asked about his review of pipeline reports. He said that he reviews them periodically and reviews the pipeline information that is included on the Upside Report

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609767

4

After reviewing pipeline data from a number of pipeline reports[2] in FY2001, Ellison stated that this pipeline data supported the company's expectation for Q3 FY2001.

C.   Actual Revenue Reports

Ellison was asked about his reliance on the Flash Reports, which he previously said were important during the SLC's prior interview.  Ellison said that he reviews the flash reports to get actual revenue numbers, as opposed to projected numbers, but that the reports are of limited value in evaluating the company's prospects of meeting revenue and earnings targets.  According to Ellison, the company's revenue stream is so back-end-loaded that the Flash Reports for the first two months provide very little information about quarterly earnings.

Ellison was shown the Flash Report for December 2000 (ORCL 20825-20828, attached hereto at Exhibit H) and asked for his opinion.  He said that the report indicated that the company was off to a record-breaking start.  Even absent Covisint, the company had a solid start in Ellison's view, given the holidays are always slow sales in the third quarter.  Moreover, Ellison said he was encouraged by the pipeline growth — 40% — which was extraordinary for a December.  When asked whether he agreed with Garnick's arguably reserved tone, Ellison said that in his view Garnick is very conservative, which is what Ellison wants from his Finance Department personnel.  He said he would be concerned if the Finance Department had the "exhuberant tone of the sales department" because Finance is supposed to be cautious and conservative.

Ellison was shown the Flash Report for January 2001 (ORCL 20843-20844, 20855-20856, attached hereto at Exhibit I) that was circulated on February 12.  Ellison said that when

_____

2    *See* ORCL 1433-1471 at 1466, 1543-1565 at 1560, 1929-1940 at 1930, 2250-2261 at 2251, 2457-2465 at 2458, 2748-2756 at 2749, 3076-3095 at 3087, 3440-3449 at 3441, 3929-3961 at 3930, attached hereto as Exhibit G.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609768

he received this he still believed that Oracle would meet its quarterly growth, revenue and earnings targets. Reviewing the document today, Ellison said that it raises no questions or problems; the company's prospects still looked solid and it was "way ahead in the quarter." However, Ellison cautioned yet again that given Oracle's back-end loaded revenue pattern, it was impossible to know whether or not the company would meet EPS based on the first two months' actual revenues.

### Oracle's 3Q FY01

A.   December 2000

Counsel asked Ellison about the Earnings Call on December 14, 2000. Ellison explained that while he participates in each quarterly Earnings Call, he plays no role in choosing the EPS target. According to Ellison, Henley makes the decision as to what guidance to provide to investors, including growth, revenue and earnings targets. Henley and Ellison generally speak before the call to discuss Henley's decisions. It is Ellison's understanding that Henley bases his decision on his review of forecasts from the sales force (listed in the projection column of Minton's Upside Report) and the forecast from the Finance personnel (listed in the potential column of Minton's Upside Report). Ellison believes Henley reviews these figures, balances them against one another and chooses a reasonable target. When asked what role the forecast model prepared by Stephanie Aas plays in Henley's calculations, Ellison responded that he does not know whether Henley relies on it at all. Ellison believes Aas' model does not contain any analysis but is simply a reformatting of information generated from Minton's personnel.

Ellison was asked for his reaction to an email from Henley on December 14, 2000 (the day of the Analyst Call) in which Henley's staff analyzes the relationship between iAS, Tools and Database in Apps deals over $500K. (ORCL 31006-31008, attached hereto at Exhibit J).

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Ellison was asked whether he agreed with Henley's conclusion is that the "technology drag" is "significant but certainly not huge." Ellison responded that the email simply quantified what he already knew, every sale has the potential to encourage or drag on other sales. Ellison said this email was of little use because it provided a fact without an explanation; without the "why", Ellison found this information fairly useless.[3] Ellison also noted that this information had no impact on his view of the quarter's earnings prospects.

Ellison was asked whether he agreed with the exuberant tone of Ron Wohl's December email. (ORCL 17364, attached hereto at Exhibit K). Ellison told the committee that he shared Wohl's excitement and anticipation for the quarter because Ellison thought the company would have a great quarter. However, Ellison said that he would not have taken Wohl's exuberance into account in considering the company's forecast for the quarter because he "wouldn't rely on Development to project earnings." In Ellison's view, Wohl would have "the worst visibility" to determine the company's revenue prospects because Wohl has "deep access to a small sector" of Oracle's business, which can lead to skewed views and opinions.

B.   January 2001

Ellison was asked about an email from Henley dated January 4, 2001. (ORCL 45275, attached hereto at Exhibit L). He did not recall having ever seen the email nor does he remember ever seeing an email like it. Ellison could not recall any specific conversations he had with Henley in early January regarding macroeconomic factors and their impact on the business, but remembers many such conversations during the course of Q3 FY01. When asked whether he had any change in attitude regarding the economy and its impact on Oracle between December

---

[3]   Ellison hypothesized several explanations for this relationship: (1) selling to smaller companies who generally do not buy database products, (2) cheaper database prices, and (3) relative prices of apps to database.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609770

and mid-January, Ellison responded no and explained that the holiday season, which is typically slow for Oracle, had in December 2000 been active leaving him feeling positive.

An email from Jim English to Minton was shown to Ellison who was asked to comment. (ORCL 45571, attached hereto at Exhibit M). Ellison noted that he did not receive a copy of this email in 2001 and had never seen it before. After reading the document, Ellison described it as neutral — the information in it was neither positive nor negative. Had Ellison received the email in 2001, it would not have caused him any concern.

### C.    February 2001

Ellison was asked about an email dated February 1 from Sohaib Abassi (ORCL 58257-58259, attached hereto at Exhibit N) in which Abassi lowers his forecast by $7.2 million. According to Ellison, the problems Abassi encountered were related to systems problems affecting the Call Center in the U.S. Ellison did not take Abassi's lowered forecast as a sign of impending problems at Oracle because (1) the source of the problem was readily discernable and limited to this group alone and (2) the problem was unrelated to the general economic climate.

Ellison was asked when he first learned of a potential earnings shortfall in NAS. Ellison recalled hearing about it in the last days of the quarter from George Roberts. Counsel then showed Ellison an email from Nic Classick and George Roberts dated February 26. (ORCL 19279-19280, attached hereto at Exhibit O) Ellison said he remembered this email and his response to it. He called the information in this email "material" because it (1) lowered forecast by a substantial sum ($10 million in one group) and (2) explains that there are potentially widespread problems in the economic environment that may negatively influence Oracles revenues across the United States. When asked whether this email caused Ellison to believe the company would not meet its earnings targets, Ellison said he became concerned but not

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609771

8

convinced: there were still two days to go in the quarter and the pipeline still looked strong enough to allow earnings of 12 cents per share.  (ORCL 4225-4258, attached hereto at Exhibit P).  He explained that $60 million in new income would result in an EPS of 1 cent.  Given the company's experience with Covisint, Ellison was still thinking at this time that "we're just one big deal away" from meeting guidance.  Ellison also stated that in Q2 FY01, the forecast did not look good in the last week but Oracle closed an enormous number of deals in the final three days to result in earnings in excess of guidance.[4]  Given this experience from the recent past, he remained hopeful.

   D.   Reasons Oracle Missed Guidance

   When Ellison asked why the Company failed to earn 12 cents per share in Q3 of FY01, Ellison said that certain deals the sales force was certain would close in the last week were deferred into the future by high level executives within the customer organizations because of economic uncertainty and financial concerns.  Ellison said that the quarter was typical until the very last few days when historical conversion rates were not realized.  According to Ellison, the low conversion rate the company experienced in Q3 FY01 was unprecedented and wholly unpredictable.  Today, Ellison is certain that the conversion rate decrease was caused by economic deterioration in the U.S.  However, at the time of the miss, Ellison was not as certain that the sole cause of the problem was macroeconomic impact.  As the CEO of the company, he was concerned that there were internal problems that also played a role.  It was not until several months later that he became convinced that the problems were purely external.

---

[4]     Ellison noted that predicting earnings in the third quarter is particularly difficult, compared to other quarters, given the holiday season.  He called Q3 FY01 "the worst visibility month."

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609772

9

In light of his response, counsel asked Ellison about the company's explanation of the earnings disappointment in its March 1 Press Release. (ORCL 17384-17385, attached hereto at Exhibit Q). In that statement, Oracle attributed the miss to the economy. Ellison said that at the time it seemed to be a reasonable explanation that was substantiated by the data then known to the company.[5] While it was his suspicion that the economy was a cause, Ellison said that personally he did not become convinced that the economy was the cause of the miss until some months later. One of the factors that proved to Ellison that it was the macroeconomic environment, and not an internal problems, were the subsequent announcements by Oracle's competitors that they too experienced unexpected downturns in their businesses and would not meet earnings projections.

Ellison was asked about Henley's March 13 email in which Henley lists his thoughts for the March 14 Earnings Call. (ORCL 69468-69470, attached hereto at Exhibit R). Ellison's first reaction upon reading the document was he would love to have such a successful quarter today. By this he meant that other than missing its guidance target the company did quite well that quarter in terms of growth, revenue and margins. Ellison's next comment was that he would not describe his reaction as "shell shocked" but rather as "surprised and dismayed."

Ellison was asked whether problems with Suite 11i caused the customers to refuse to execute deals at the last minute resulted in the revenue shortfall. Ellison gave several reasons he believes Suite 11i problems were not the cause: (1) the Suite 11i product was more robust in Q3 FY01 than in Q2 FY01 and the company successfully closed many deals at the end of Q2; (2) many of the deals that slipped did not involve the Suite 11i products; (3) if customers were

---

[5] In addition, they were careful to say that this was a preliminary explanation based on preliminary data.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609773

concerned with Suite 11i's functionality, they would have chosen a different vendor long before it got to the stage where the contract was completely negotiated, documented and presented to top management for execution.

Ellison was asked about particular aspects of Oracle's business and whether they caused part, or all, of the earnings shortfall:

- **Tools:** Ellison was shown a document in which he wrote that "tools will drop like a rock." (ORCL 691110-69118 at 69113, attached hereto at Exhibit S)  Ellison explained this was not a prediction regarding earnings. Rather, the company implemented an accounting change with how revenues would be classified between Tools and Applications Server. The change would negatively impact the revenue numbers for the Tools Business. As to whether problems in the Tools Business resulted in the Q3 FY01 shortfall, Ellison said that it had no material impact.

- **Support:** Ellison was asked about the $20 million shortfall in Support revenue. Ellison explained that during Q3 FY01, Oracle went live with the OKS database (part of Suite 11i). Support encountered problems with the conversion of its data from 60 separate systems to one system, resulting in a failure to invoice numerous customers for support payments. Ellison said that Oracle put a tremendous effort into stabilizing the data and fixing the problem during February 2001 but that the problem was not resolved until March. This resulted in approximately $20 million in lost revenues in Q3 FY01. However, according to Ellison, this was a minor and immaterial source of the shortfall.

- **Education:** Ellison explained that revenues related to the Education business fell in Q3 FY01 in the United States not because of the greater economic problems but because of systems problems related to Oracle's implementation of Suite 11i.

- **Consulting:** Ellison was asked about allegations in the derivative complaints that (1) Consulting had an atypically large number of consultants "sitting the bench" and (2) Consulting was giving away for free many services to fix the problems with Suite 11i. Ellison responded that there might have been more consultants sitting the bench in FY01 than in prior years as a result of consolidations within that business and that he recalled layoffs in Consulting in 2000 and 2001. He also agreed that Consulting provided services for free in order to facilitate relationships where customers were dissatisfied with Oracle's products, not just Suite 11i. The effect was lower margins.[6] However, Ellison noted that even with these issues, each consulting organization either met its projected revenue numbers or narrowly

---

[6]   Ellison noted that the margin problems in the OSI group, especially consulting in the government sector, was a factor in his decision to fire Jay Nussbaum.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609774

missed its forecasts.  Accordingly, the Consulting Business had little or no impact on the Company's failure to meet projections in Q3 FY01.

**FY 2001**

Ellison was asked to review an email he sent on in August 2001 regarding the results of FY01.  (ORCL 23721, attached hereto at Exhibit T).  The note states, in part:

> What a year.  The Internet bubble burst.  It began with the collapse of the dot-coms causing a large new market we dominate to disappear overnight.  All the biggest Internet companies – Amazon, e-Bay, Yahoo! – still use Oracle, but no one seems to care.  Oracle is the software that powers the Internet, but the Internet technology market is shrinking.  And the Internet technology stars are no longer shining. . . . The Nasdaq stock market dropped like a rock.  Oracle's stock is down more than 60%.  The new economy is in ruins, and there's no relief in sight.  It's been a very bad year.
>
> Or has it?  Take a careful look at our financial results.  Our profits were good: better than ever before.
>
> While the other Internet boom companies saw their profits vanish, ours held up quite well.  In fact, we recorded record profits and profit margins for the year. . . . How did we maintain our profitability when all the other Internet stars dimmed?  We used our E-business software to control costs.
> Not everybody attributes our cost savings to the E-business Suite.  Some analysts and journalists say that all Oracle did was lower its costs by laying off a bunch of people.  Well, if it were that simple, we would have done it years ago.  In fact, if it were that simple, every company would lower their costs by laying off people . . . .

Ellison said that he wrote "every word" of the document and continues to believe in all of the analyses and statements therein today.

**Suite 11i Functionality**

    a.    <u>Bugs</u>

Ellison was asked about the allegations in the derivative complaints regarding functionality problems with Suite 11i.  Ellison acknowledged that there were bugs in the software but stated that all software problems have bugs and that this program — which was

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609775

highly ambitious, sophisticated and complex — was no different. He explained that the market

and the investment community expect bugs in new software releases. Ellison pointed to

Microsoft as a company that not only releases software with bugs, but also publicly admits that it

tests its products on customers. In the case of Suite 11i, Oracle extensively tested the product

but due to its complexity Oracle could not troubleshoot all problems in a lab setting; the software

had to be used in the real world to identify further problems. Ellison noted that at the same time

customers were using Suite 11i and incurring problems, Oracle was using it internally,

identifying problems, creating solutions and sharing them with its customers.[7]

  b.  No Integration Necessary

Ellison was asked what the company means when it describes Suite 11i as requiring "no

integration." Ellison explained that this means that the software is a "complete business suite"

that can replace a legacy system without need for any other system. Of course, Suite 11i can also

be built upon a legacy system, but when Suite 11i is used with a legacy system, integration is

obviously necessary.

Ellison said that Oracle's concept of an integrated solution means one database upon

which all software modules can run. Other software products simply allow various databases to

communicate with one another so that all applications can run together. Oracle's "big solution"

is permitting all applications to run off one database to streamline costs and to simplify data.

Ellison was asked about an email from February 8 regarding problems with CRM

modules. (ORCL 14176, attached hereto at Exhibit U). Ellison explained that this email was

---

[7]  Ellison described the rollout of Suite 11i within Oracle as painful but not extraordinary.
Certain groups encountered problems (i.e., Support and Education) but generally nothing
that caused irreparable harm to the company. He said that given the enormity of the
project — converting all systems worldwide onto 2 servers — it went very well.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609776

13

about a power struggle between Mark Barrenchea and Ron Wohl. Barrenchea was responsible for CRM; Wohl for ERP. Ellison would coordinate between the two. However, there was tension, with each blaming the other for problems arising from Suite 11i. Ellison admitted that there were certain integration issues between CRM and ERP and that there were also integration issues between various modules of the ERP product. Ultimately, Ellison decided that Wohl should take over both products to eliminate the disputes and increase accountability.

C.     Dissatisfied Customers

Ellison was shown documents that show he was directly involved in monitoring customer escalations. (ORCL 24072-24075, 24291-24329, attached hereto at Exhibit V). Ellison said he regularly gets involved in facilitating resolutions to customer problems; he thinks it is important that customers know that executive management cares about their problems. Ellison explained that with each new product release he establishes a "task force" responsible for monitoring escalated customers and regularly reporting to him and Safra Catz on the progress of the resolution.

Counsel asked Ellison about specific customers:

* AppsTech: Ellison said he never heard of them. When shown a document regarding this customer that was sent to Ellison (ORCL 19330-19336, attached hereto at Exhibit W) Ellison said he has no recollection of the email or the customer.

* Pepsi Cola: Ellison was read an email in which the situation at this customer is called "an unmitigated disaster." (ORCL 14087-14088, attached hereto at Exhibit X). Ellison said he did not recall a deal with Pepsi but he recalls involvement with the Tropicana deal (Tropicana is owned by Pepsi). Ellison recalls the Tropicana rollout of Suite 11i as difficult but today Tropicana is a happy customer that, Ellison believes, acts as a reference.

* Bell South: Ellison said this was a huge customer who created many problems by insisting on customization. Suite 11i is not intended to be a proprietary product. Oracle's consultants spent thousands of hours customizing the product on site; according to Ellison, the software Bell South uses is mostly a customized product

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

with a "tiny piece of Hi." Ellison said that Bell South remains an unhappy customer today, largely because Suite Hi was not an appropriate product for the company's needs.

- **Liberty Mutual:** Ellison recalled speaking with the CEO of this customer to address his concerns and allay his fears. According to Ellison, this was a typical implementation. Ellison explained that a typical implementation is nevertheless very painful, disruptive, expensive and timely. He compared it to childbirth: stressful to prepare for, extremely painful to go through, and extremely rewarding two months later. Today the customer is very happy and acts as a reference.

- **Papa Johns':** Ellison did not recall details of this project other than it involved automation of the Pizza Call Center. This was not a highly customized deal nor was it a large deal. Ellison did not recall any other details.

- **ADT:** Ellison was asked about this customer who threatened not to pay for the product due to implementation problems. (ORCL 50821-50822, attached hereto at Exhibit Y). Ellison did not recall any details, even after reviewing the email.

<u>Nussbaum</u>

Ellison was asked why Nussbaum was fired. Ellison explained that there were many reasons. Among them were:

- Nussbaum's reluctance to standardize business practices. Part of the consolidation process included having all groups subject to the same standards. Nussbaum resisted this effort, wanting more autonomy. A company joke was to refer to OSI as "Jay Inc." This philosophy was at odds with the consolidation efforts by Oracle.

- Nussbaum was entering into contracts that were against Oracle policy (but not against the law). An example cited by Ellison was the license agreement with the State of California which Nussbaum negotiated and which Ellison did not learn about until the day before it was executed. Ellison explained that Nussbaum made a regular habit of keeping a large deal or two "in his pocket" and not disclosing the deal in OSO or his forecasts. Ellison also mentioned the Health South deal in which Nussbaum made numerous promises that were not documented.

- Generally, Nussbaum was resistant to change and was unhappy with the recent changes implemented by Ellison and Catz.

The precipitating event was Ellison's desire to restructure the consulting business. Ellison wanted to take away Nussbaum's responsibility for certain consulting services to consolidate all

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

consultants under one new executive. Nussbaum was angry about this effort and this disagreement led Ellison to fire Nussbaum.

Ellison was asked about the F&A Committee's investigation into Nussbaum's business practices after his departure. Ellison explained that both the F&A Committee and Ellison (as well as Catz) were concerned that Nussbaum may have engaged in "creative ways to get around the Catz approval process." According to Ellison, the F&A Committee, along with Arthur Anderson, vetted all of Nussbaum's deals for the prior year or so. Nothing material arose and no adjustments had to be made to the company's financial statements because all adjustments were well within existing reserves. In addition, Ellison is not aware of any information discovered during the investigation showing Nussbaum's practices had a negative impact on the revenues of Q3 FY01.

## Discounting

The SLC's counsel explained the allegations in the derivative complaints regarding discounting during FY01 and its alleged impact on Oracle's business. In response, Ellison said that these allegations are entirely preposterous. According to Ellison, there were no exceptional discounts approved during Q3 FY01. Over the last three years, Oracle has lowered its product list rates and discounting levels have dramatically decreased. Ellison explained that by Q3 FY01, new controls had been implemented to ensure standardization in discounting. These controls require higher levels of executive approval for deeper discounts. For significant discounts, Catz is directly involved. Ellison explained that it is possible that a lack of deep discounts — especially in the last few days of the quarter — might have negatively affected conversion rates (and therefore revenue and earnings) but that discounts did not account for any portion of the shortfall in Q3 FY01.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609779

16

**LarryEllison.com**

Ellison was asked about this website which was developed for the purpose of posting his interviews and statements (ORCL 23695-23720, attached hereto at Exhibit Z) but which at the time of this interview was not available on the Internet.  Ellison said that the initial idea behind this website was to post the entire transcripts of interviews because he became frustrated about the frequency with which he was misquoted or his statements were taken out of context.  He said that it became too time consuming to maintain the site given its limited purpose so he was not surprised that it was not longer available.  According to Ellison, Q3 FY01, the website would have consisted of transcripts of his interviews.

J.A.G
H.G.M.
G.M.N.
A.S.C.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609780

# EXHIBIT 103



EXHIBIT
7
165
Ellison 33007
PENGAD 800-631-6989



"It's really only the size of a very large house."



Just eight guest suites on *Rising Sun*. Ellison is picky about his friendships.

Ellison can be as patient as he is aggressive.

# Ellison would be the first

## to admit no one actually deserves

## to be as wealthy as he is.



Case 3:01-cv-00988-SI   Document 1513-7   Filed 10/20/08   Page 26 of 26

