EXHIBIT 104

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 1

## ORACLE CORPORATION

### Moderator: Stephanie Aas
### March 1, 2001
### 4:30 p.m. CT

Operator: Good day everyone, and welcome to today's Oracle Corporation conference call.

Today's conference is being recorded. At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas. Ms. Aas, please go ahead.

Stephanie Aas: Thank you. Good afternoon and thank you for joining us to discuss Oracle's Q3 preliminary results.

I would like to introduce to you Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer. Today's call will begin with opening remarks from Larry Ellison.

Larry Ellison: Actually I think Jeff -- Jeff do you want to kick this off?

Jeff Henley: Yes. Stephanie would you please read the Safe Harbor, please?

Stephanie Aas: Sure. Our discussion may include predictions, estimates or other information that might be considered forward looking. While these forward-looking statements represent our best

ORACLE
CONFIDENTIAL

NDCA-ORCL 092600

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 2

current judgment on what the future holds they are subject to risks and uncertainties that could

cause actual results to differ materially.

Throughout today's discussion we will attempt to prevent some important factors relating to our

business that may affect our predictions.

Jeff Henley:  OK, this is Jeff.  I apologize.  I'm here on a freeway on a cell phone in Miami.  I was at a

Business Week -- e-business conference where I was the speaker and obviously we didn't plan

on having a phone call today.  But we were obviously very disappointed over the last couple of

days.  Going in to as late as last Friday we still felt very good about our quarter and then on Friday

we started to see a few cracks.  The cracks got a little bit wider earlier in this week, and then on

Wednesday we just had a significant amount of deals that were deferred.

And again, I think we're seeing what other people who have pre-announced before us are seeing.

It's just that it was very difficult because we just kept asking the questions and talking to

customers but at the end a lot of people just, because of the economy we believe, delayed

decisions

So because this cell phone may not be the greatest way to communicate, I'll turn it over to Larry

and let him go through some of the numbers and then we can take your questions.  I would

hasten to add that I don't think either Larry or I can really add a lot beyond the comments that

we're making here because we don't have a lot of information yet.  We'll be providing some more

information on our regularly scheduled conference call.

Larry Ellison:  Again, I'll reiterate.  This is Larry Ellison.  What Jeff said -- a lot of our approvals

((inaudible)) senior management amongst our customers for purchases of software, both our

applications software and our database software.  Managers are -- senior managers are deferring

expenses and pushing out IT expenditures in light of the uncertain U.S. economy.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092601

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 3

In spite of that, in spite of that, our application growth was still about 50 percent year-over-year. Though we expected substantially higher. We probably were expecting at least 75 percent in a normal economy, maybe even as much as 100-percent growth of our applications business in a normal economy.

Our margins -- we again, I guess the (street) expectations in round numbers. Expect about $1 billion in operating income. In fact we delivered about $900 million in operating income. That's up 20 percent from where we were last year. It's very difficult -- it's very disappointing to us but in a very difficult economy we're glad that we're in a position to deliver improved margins and improved income in the light of this background of a very difficult economy.

And as long as the economy doesn't, you know, doesn't get worse we think we're going to be just fine. We think we're better equipped to deal with this slow down than almost any other company in the world because we have diligently used our e-business software to improve efficiency, improve productivity, and improve our margins.

So even in the middle of a slowdown, like this, unexpected slow down in sales, like this, our margins improved and our income improved. Nonetheless we're disappointed. We'll take your questions.

Jeff Henley: Well to make one other comment, Larry, and that is obviously these are preliminary estimates. So we will get final numbers, which are, you know, something you can change although hopefully these numbers are fairly close and are conservative at this point.

Larry Ellison: Yeah, we think the numbers are pretty accurate.

Stephanie Aas: Operator we're ready for Q&A.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092602

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 4

Operator: OK, everyone.  Ladies and gentlemen, Q&A today will be conducted electronically.  If you would

like to ask a question simply press the star key, followed by the digit one on your touch-tone

telephone.  If you find that your question has been asked and answered and would like to remove

yourself from the roster, you may do so by pressing the pound key.  Once again, that's star, one to

ask a question.

We'll pause just a moment to assemble our roster.  We'll take our first question from Rick

Sherlund, Goldman Sachs.

Rick Sherlund:  Thanks.  Can you help us at all understand on the data-base weakness if we have any

more granularity on whether that data base for internal developments or, you know, how much of

that might be indicative of how the applications business is doing more broadly across the

market?

Larry Ellison:  Rick, I think the database business if you really want to drill down there are two things we

can say about it.  The weakness was almost entirely in the United States.  We had two -- we had

a very strong database quarter a year ago driven by the dot-coms.  So that put us, you know, put

a lot of pressure on our database.  It was a combination of the disappearance of the dot-coms and

just a general slowdown of database across the board in the United States.

Rick Sherlund:  So when you say across the board, that would be both driven by (packaged) aps as well

as the piece that is sold for internal development?

Larry Ellison:  Absolutely.  It really appears to be economic factors, where people actually need the data

base, where actually they were getting ready to sign deals, people just delayed.  Where there is

no question they were going to buy, they were going to go ahead and buy but they are trying to

push it out as long as possible.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092603

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 5

Rick Sherlund:  You know Larry, can you help me understand this?  I mean clearly everybody understands that when, you know, the economy goes through a period like this, visibility is lower, you guys know to scrub the pipeline, talk to the salespeople, make sure those are real deals, yet it turns out they're not real deals.  How does that work?  How can the salespeople kind of not know that the deals are going to slip at the end of the quarter?  Is the customer just not aware that they're going to run into resistance at the end of the quarter?

Larry Ellison:  (Mill) like I can tell you.  I actually was involved in a lot of the calls on some of these transactions.  And really what happened is all -- a bunch of deals were already approved at the mid-high level, you know, at the Vice President or Senior Vice President level.  Once it got up to the CFO, CEO level they were pushed off.

So I think we have a lot of nervous senior executives looking at this economy and being very cautious and these are ongoing.  These were deals where there is ongoing projects, ongoing budgets, all of this stuff working its way up the normal chain of command where you would expect senior management approval, and the senior management approval was not coming, not forthcoming.

Though again, I talked to a lot of these people and they said, well they actually -- this was not a matter of they're not going to buy; they would just like to wait 30 days or 60 days.  They're just looking at the economy.  Everyone is trying to get a read on this economy and everyone is being slow to act in light of the economy.

Rick Sherlund:  Did you also notice the size of deals being changed during the quarter or smaller deals?

Larry Ellison:  Well actually depending on the size of the company -- certainly very large deals in large companies, anything that needed senior management approval.  So it could be a rather small or

ORACLE
CONFIDENTIAL

NDCA-ORCL 092604

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 6

medium-sized deal in a small company, which is a large deal for that company.  So if it was a substantial expenditure for the company, and that expenditure went up to senior management, a surprising number of those decisions were deferred.

So these are not competitive losses.  We have good visibility on competitive losses which occur, you know, early on.  These are -- where we had drafted the contract, agreed to discount levels, agreed to terms and it just never made it through the CEOs' office.

Rick Sherlund:  Thank you.

Operator:  Our next question comes from Bob Austrian Bank of America.

Bob Austrian:  Yeah, thank you very much.  I guess I would want to ask a couple of quick ones.  One, Larry you've mentioned Jeff that mostly we're talking about North America.  Are you really referring to just companies with North American domicile headquarters?  You know, there are a lot of multi-national companies that do a lot of business here.  Is it really isolated to just companies that ((inaudible)) doing business in the U.S. or just clarify what you mean by that?

Larry Ellison:  Well again, these are mainly U.S. headquartered companies.  And so if there is a slowdown in the U.S. economy, you know, we don't have the detailed numbers in our press release, but we have very good growth in Asia Pacific.  We have very good growth in Europe.  There the forecasts were absolutely predictive of what they actually delivered.  All of the shortfall, overwhelmingly, was in the United States.

Bob Austrian:  I guess another question, Larry, is concerning the applications.  You know the applications at Oracle are really just beginning to seriously get in the game and yet they prove to be just as sensitive.  Can you just comment on, you know, the shortfall in applications relative to where you

ORACLE
CONFIDENTIAL

NDCA-ORCL 092605

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

believed you would really come out?  Is this equally divided shortfall versus internal budget, let's

say internal hope?

Larry Ellison:  I would say, "Yes."  That it didn't make any difference if it was a $20 million database deal or

a $20 million applications deal, once the CEO saw that number they, you know, they were just

reluctant to sign that PO.  Even when, and this is the case where even when it was acknowledged

that within six months these applications would start saving that company money.

Bob Austrian:  Right.

Larry Ellison:  There's just a good deal of, you know, I don't need to tell you that there is a good deal of

uncertainty in the market.

Bob Austrian:  Sure.  And I guess final question that I would have Larry.  You obviously have a lot of points

of contact with the senior most executives in the customer base.  This seems to have just come

up recently, if it's in the last days, last week, or last few weeks.  What is your guess about the

trajectory of this slowdown year?  How quickly are we still sinking in the sense of those executives

willingness to sign the bottom line?  And how long do you, from your vantage point, believe that

this period of economic shock, as I call it, is going to really last and impair Oracle?

Larry Ellison:  OK, well the -- of course no one knows, you know, if I could predict the economy, you know,

I'd have your job.  But I don't know, I don't know what the state of the economy is.  I do know that

some of these transactions can only be deferred for a short period of time.  Because these are

projects that are going through an implementation cycle where they actually are using the

software, or about to start using the software so they have to buy.  On the other hand there are,

you know, other projects that can be deferred for three or six months.  So we ...

Bob Austrian:  ... ((inaudible)) any sense Larry?

ORACLE
CONFIDENTIAL

NDCA-ORCL 092606

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 8

Larry Ellison:  Do I think that our applications growth is going to get worse than 50 percent?  I don't think

so but I don't know.

Bob Austrian:  Lastly, as you were asked about it, another one quickly comes to mind; which is a large

volume of Oracle's database sales relate to existing applications that are growing e-Bay, e-

Schwab and so forth.  Do you have any visibility into whether that kind of ((inaudible)) is likewise

effective versus new applications?

Larry Ellison:  Well what people are doing, again, are just trying to defer these things a quarter.  You know

they can push off the decision a quarter or two quarters they're more comfortable now.  You're

absolutely right.  They can only delay so long.  So because they're actually using the software and

the applications are growing.  But they can, you know, not sign a contract or sign a smaller

contract for a shorter period of time.  So rather than buying the software they need for the next

year, they could buy the software they need for the next three months.

Bob Austrian:  Right.

Larry Ellison:  So and we saw a whole bunch of that.

Bob Austrian:  Great, thanks very much Larry.

Larry Ellison:  Sure thing.

Operator:  We'll go now to Charles Phillips Morgan Stanley.

Charles Phillips:  As you entered the third month of the quarter do you think -- were you ahead of where

you normally are or were you counting on more than normal for the third month of the quarter?

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 092607

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 9

Larry Ellison:  I'm sorry (chuck) I'm not hearing you.

Charles Phillips:  As you entered the third month of the quarter were you ahead of where you normally

expected to be, or ...

Larry Ellison:  Yes.

Charles Phillips:  OK.

Larry Ellison:  What threw us off completely is, we had a very strong December.  We were well ahead of

our numbers at the end of January.  And the pipeline looked terrific, you know, going into

February.  And what happened literally, and of course you know, and I talked with (Scott

McNealey) and (John Chambers) and we're hearing all these other things.  And we had just not, I

mean we were all cautious but we hadn't been seeing it in our business.  And we really didn't see

it in our business until the last few days as these approvals made it up the management chain.

And, you know, it doesn't take a lot of, you know, a lot of people, you know, 20 percent of the

people are nervous.  It has tremendous impact on our quarter as we just demonstrated.

Charles Phillips:  Did you notice anything by industry?  Perhaps you were counting on something out of

high-tech or telecom and that was particularly weak?

Larry Ellison:  Yeah.  No, I think we saw -- I think certain industries were more sensitive than others.

There is no question that telecom -- where dot-coms are gone, telecom is (strapped).  And, yeah,

that's the sector where we saw people delaying where they could -- absolutely.  Probably more so

than most sectors.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092608

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 10

**Charles Phillips:** And do you think that, you know, the (sweep) strategy that you led, you know, perhaps to larger deal sizes where ((inaudible)) were concentrated? Selling entire ...

**Larry Ellison:** Yes. The (sweep) strategy is actually doing very well. There are people -- a lot, people are still behind the (sweeps). There were other transactions where they are committed to the (sweeps). They say they want to do this. I talked to -- I mean I can start naming companies. They said they are definitely going to do this. They want to do this. They just can't do it right now. And I think there will be several large transactions I think we will carry in Q4. But again, there is a general nervousness caused by uncertainty out there that no doubt impacted, is impacting senior executives across the board, across industry.

**Charles Phillips:** I guess what I'm asking though was there a greater concentration of large deals as a result of the salesmen focusing on ((inaudible)) ...

**Larry Ellison:** Are you saying that the revenue that we brought in, what is the percentage of large deals versus small deals?

**Charles Phillips:** Right, right.

**Larry Ellison:** Chuck we don't have, you know, it's pretty much the same as before. I think there is no change, but I don't have that exact detail data in front of me one day after the quarter ((inaudible)).

**Charles Phillips:** OK, and a final question. It may be too early, but anything -- any actions to be taken on the (cost) side as a result?

**Larry Ellison:** Well the good news is we've been taking (cost) actions for almost two years. So we're continuing, you know, we're continuing to use our own software to move every process, everyone of our business processes to the Internet. So every quarter we improve our (costs) and, you

ORACLE
CONFIDENTIAL

NDCA-ORCL 092609

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 11

know, I think you'll see continuation of, you know, natural head-count reductions again through

attrition. You know, natural improvements in productivity and efficiency that will allow us to

continue to improve our margins, we think, you know, in a very difficult environment.

Charles Phillips:  All right.  Thanks a lot.

Operator:  We'll go now to (Eric Eupin), Robertson Stephens.  Mr. (Eupin) your line is open.  Hearing no

response we'll go to Jim Pickrel, JP Morgan.

Jim Pickrel:  Is there any indication yet of how the consulting business did during the quarter?  Have you

seen any drop-offs there?  Have you been able to make some progress on improving services

(gross) or was that impacted as well?

Larry Ellison:  Well again, the idea with our software is we're trying to make our software easier to install.

We're trying to lower the number of days and lower, you know, lower the cost of installing our

software.  Nonetheless because our application (gross) is growing, our consulting business, you

know, it was not yet -- our consulting business has been consistently negative over the last

several quarters.  It in fact was positive, consulting (growth) was positive, but again, that's

because our applications are growing, have grown so quickly for so many quarters.

Jim Pickrel:  OK, and I know a lot of the detail isn't at hand.  But, Larry, do you have any sense about any

patterns, big companies versus small companies?

Larry Ellison:  No, actually it was across.  I hate to use the word interesting, but it was across the board

and I would say that every time it seemed to go to a CEO or a CFO they said, "We just don't

have," quite frequently they used the expression, "We just don't have the money to spend right

now.  We're just uncomfortable spending the money right now."

ORACLE
CONFIDENTIAL

NDCA-ORCL 092610

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 12

Jim Pickrel:  And just to follow-up with just one more thing on that point, are you getting the sense then that IT budgets for the full year are essentially being slashed?  Or is this more a matter of, 'let's wait and see' and it's sort of the deferral effect?

Larry Ellison:  Yeah.  I think it's definitely a wait and see.  I don't think it's budget slashing.  It is this uncertainty that's sitting out there.

Male:  I agree with Larry.

Jim Pickrel:  Yeah.  So, have you heard companies tell you, "We've already made a decision that we're cutting IT spending for the full year by X percent"?

Larry Ellison:  No.  All the indications that we have are that people want to do these projects.  People want to put in the e-business suite.  They're actually -- if you look at budgets, the database budgets, are going up with the exception of the dot-coms.  The database budgets are going up everywhere.  So all of that looks very, very good   It's just this umbrella of uncertainty that is causing people to defer decisions.

Jim Pickrel:  OK, thanks.

Operator:  We'll take our next question from (Gretchen Teagarden), Salomon Smith Barney.

(Gretchen Teagarden):  On your sales force in terms of customers saying that they wanted to wait for (9-I) on the database side and do you think (9-I) could be a catalyst, a positive catalyst, here in the short term, here in April?

Larry Ellison:  Well we think (9-I) is a big positive; however, I don't think that's the issue.  I don't think it is whether they question the competitiveness of our database technology or the competitiveness or

ORACLE
CONFIDENTIAL

NDCA-ORCL 092611

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 13

(obligation) technology.  These are customers who are committed to our (databank), existing

customers committed to the applications, have decided they're going to buy and then at the last

minute saying, "Not right now.  We've got to wait."  That's what is going on.

(Gretchen Teagarden):  OK, and then are you seeing any alienation from third-party software vendors?

Like say if people ((inaudible)) in terms of now that you're rolling out a suite of applications are

they viewing IBM as a friendlier database vendor when they're selling database along with their

aps?

Larry Ellison:  Well there's no change in that for the last several years.  That's been true for several years.

I don't know if people are ever recommending the Oracle database.  But the Oracle database sits

under I think, I don't know, 80 percent of  (FAP) applications and a huge -- a majority of people

saw us and ((inaudible)) applications sit on top of Oracle even though they don't recommend it.

So that's really no change.  That's really -- that is not what is going on.

(Gretchen Teagarden):  OK

Larry Ellison:  What is going on is senior executives have heard about the economy, wanting to keep their

options open as far as spending.

(Gretchen Teagarden):  OK, then the last question.  I know you're doing a lot of CEO meetings to really

market the suite.  When you walk out of those meetings and you ask them what their timeframe is

for making a decision about the suite what kind of timeframe have they been giving you, like say

just in the last couple of weeks?

Larry Ellison:  Well again, some of these guys are moving incredibly fast.  So we have an example of

going from the first meeting to deal in 30 days or 60 days.  We've got several examples of those.

We got, you know, my favorite example which I cited, (GE Power) from contract to live on

ORACLE
CONFIDENTIAL

NDCA-ORCL 092612

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 14

manufacturing financial e-business suite, redoing all the business processes in five months.  So we are moving very, very quickly with a variety of customers.

However, there's another sect, with all that goodness happening and all that is really happening, there -- a whole bunch of transactions went up, got to the CFO, got to the CEO and they said, "Look, we love this stuff, we're going to buy this stuff, but we want to watch the economy for the next 30 days or the next 60 days.

There is tremendous concern, maybe Alan Greenspan is not concerned but, you know, there are a lot of senior executives that are very concerned with what's going on in the economy.

Jeff Henley:  You know, Larry, I think we're starting to run out of answers.  I mean we're just repeating ourselves.  I think maybe we'll take a question or two more but I don't think we have much more to say.

Larry Ellison:  Yep.

Female:  Right.

Operator:  Thank you.  We'll take our next question from Jim Mendelson with SoundView.

Jim Mendelson:  This question may be a tough one for either you, Larry, or Jeff to comment on.  But to the extent that you are seeing these deferrals and to the degree that Oracle's seasonal business pattern is such that the May quarter is the big quarter, which may still be in a period where there is this deferral process and likewise the August period may be a point where conceivable things are hopefully getting a little better, any thoughts about how your business may lay out a little bit over the next -- high level thoughts?

**ORACLE CONFIDENTIAL**

NDCA-ORCL 092613

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 15

Larry Ellison:  Well again there are two things.  There is our seasonality, layered on top of the economy. So, yeah I suppose it's possible the economy weakened in our Q4 and got stronger in our Q1, that would certainly reflect in our numbers.  The key thing here and I want to emphasize this is a lot of these transactions the people are actually using our software already or they ((inaudible)) implementation.  They can only push it off so much.  So these are not cases, so these were not cases of deals that we lost competitively, or deals are going away.  They're just being shut down. At some point they're, you know, the customers are going to have to buy.

Jim Mendelson:  And I presume on the March 15th call, that's the point where once you've had a chance to go through the numbers in greater detail that you may update some sense of how expectations might look, provided you have any confidence in the pipeline.

Larry Ellison:  Well again, you know, all of this stuff is obviously dependent on the economy.  Jeff, please go ahead.

Jeff Henley:  Right.  I mean Jim we'll do the best we can to be as honest as we always are but we obviously have less visibility right now.  Nobody knows where this economy is going.  So in a couple of weeks we'll have more facts about the current quarter that we just finished, and we can give whatever thoughts we have I guess, but obviously it's difficult right now to figure out.

Jim Mendelson:  And do you, I'm sorry, one last point.  On currency, was that much of a help relative to the drag factor ...

Larry Ellison:  The currency was up four-percent negative.

Jeff Henley:  It was a little bit better at the start of the quarter, but not much, (Jim), it's still in drag.

Jim Mendelson:  OK.  Thank you.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092614

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 16

Stephanie Aas:  Right.  Thank you.

Operator:  Our next question comes from, go ahead.

Larry Ellison:  This will be the last question.

Operator:  OK, our last question comes from Drew Brosseau SG Cowen.

Drew Brosseau:  Thanks very much.  I understand that we pushed some business out here and hopefully that will close within another 30 to 60 days.  Beyond what happened to that business, can you talk at all about what if any change has happened to the pipeline in the last 30 days since you came in to February strongly.

Larry Ellison:  Well again, the pipelines they're just a bunch of big deals, a bunch of big and small deals that have just gone to (convert).  So that's all still sitting in the pipeline.  We expect to close some of those deals starting today.  So, again, I will reemphasize.  These were not deals that we lost competitively.  These were not deals where they decided not to buy.  These are literally deferrals because of economic uncertainty.  And, you're right, as we wear on in Q4 a bunch of these deals should come in.

Drew Brosseau:  So I guess my question is, the closure rate changed on you and you couldn't see that coming obviously ...

Larry Ellison:  Right.

Drew Brosseau:  I'm wondering whether the pipeline building rate has continued at the same pace or whether that's changed at all.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092615

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 17

Larry Ellison:  No, I think the pipeline building looks normal.

Jeff Henley:  Well, I don't -- you know, we just don't know Drew.  I would really rather make more

comments on the conference call when we have more notice.  We made a call here today to kind

of give people the best quick (flex) about what happened this quarter and once we know a little

more we can share that with you.

Drew Brosseau:  OK, all right thanks.

Stephanie Aas:  Great.  I'm going to wrap up the call.  The replay number is 715-457-0820.  Pass code is

532812.  Thank you.

Operator.  Ladies and gentlemen this does conclude today's conference call.  We appreciate your

participation and you may disconnect at this time.

END

ORACLE
CONFIDENTIAL

NDCA-ORCL 092616

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 105

# ORACLE

News Release

Contact:   Stephanie Aas
            Investor Relations
            Oracle Corporation
            (650) 506-4073

### ORACLE NET INCOME UP 16%, EARNINGS PER SHARE $0.10
### APPLICATIONS SALES UP 25%, DATABASE SALES UP 6%

*3,000 Customers Implementing 11i E-business Suite*

Redwood Shores, Calif., March 15, 2001—[http://www.oracle.com/tellmemore/?624479] Today, Oracle Corporation announced that third quarter income increased 16% to $583 million or $0.10 per share, while revenue grew to $2.7 billion.  This compares to $2.4 billion in revenue, $503 million in net income, and $0.08 per share in Q3 last year, excluding extraordinary investment gains.  Application software sales increased 25% to $248 million while database software sales grew 6% to $825 million.  Service revenue increased 12% to $1.5 billion for the quarter.

Oracle has over 3,000 customers in the process of implementing the 11i E-business suite. More than 210 of those customers have already gone live on 11i applications including JDS Uniphase, TeliaNet, Compaq, Fosters Brewing Company, and Westpac.  This past quarter, hundreds of additional companies have committed to the E-business Suite including Healthsouth, Cisco, Qwest, Americredit, Ciena, and McGraw Hill.

"Rapid application implementation is the key to customers getting a quick return on their software investment," said Oracle CEO Larry Ellison.  "Oracle applications are ideally suited for rapid implementations because our E-business suite is complete and integrated – no application customizations are required.  Customers can begin selling more with our Global CRM in 90 days, and spending less with our Internet Procurement in 30 days.  No other applications can implemented so quickly and inexpensively.  Rapid application implantation is important in this economic climate because companies focus on projects with a rapid ROI."

"The U.S. economic downturn over the past several months clearly affected our revenue and profit growth  more than we anticipated, and continues to limit our visibility going forward," said Oracle CFO Jeffrey O. Henley.  "However, we are proud of our ability to achieve 33%

- more -

CA-ORCL 036052
ORACLE CONFIDENTIAL

operating margins in the quarter, resulting in a 2 percentage point improvement compared to last year.  Our ongoing efforts to improve our cost structure over the past two years has positioned us well to weather the current economic storm.  Looking ahead, we plan to tightly adhere to the e-business cost reduction plan already in place, which hopefully will allow us to maintain our improvements in productivity and efficiency despite a difficult environment."

Oracle Corporation is the world's second largest software company.  With annual sales of more than $10.7 billion, Oracle provides the software that powers the Internet.  For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) A weakening of economic factors, particularly in the United States economy, may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates. (2) Delays in closing of sales or product delivery can cause quarterly revenues and income to fall significantly short of anticipated levels.  (3) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured.  (4) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge.  An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (5) Oracle has made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies and practices. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release.  For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/

# # #

CA-ORCL 036053
ORACLE CONFIDENTIAL

# EXHIBIT 106

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

PAGE 1 OF 7

MONTH ENDING JANUARY 31, 2001
LAST STATEMENT DECEMBER 29, 2000

ACCOUNT NUMBER 230-29325

ASSET ALLOCATION

EQUITIES                    100%

INCOME SUMMARY
                                    CURRENT PERIOD
TAXABLE INTEREST --------------------- $108.70.90
DIVIDENDS ------------------------------ 315.83
MARGIN INTEREST ----------------------- (315.83)
TOTAL --------------------------------- 758.335

MESSAGES

ARE YOU RETIRING FROM YOUR COMPANY OR CHANGING JOBS? IF SO, IT MAY BE TIME TO
ROLL OVER YOUR EMPLOYER-SPONSORED RETIREMENT PLAN INTO AN IRA AT MORGAN
STANLEY DEAN WITTER ONLINE. YOU PAY NO FEES, AND THERE IS NO MINIMUM TO OPEN
AN IRA ACCOUNT. VISIT OUR WEB SITE AT MSDWONLINE.COM OR CALL 1-800-58-INVEST
1-800-584-6837.

"A BIG STEP FORWARD OCCURRING AND EVERYTHING IN ONE PLACE, WITH MORGAN STANLEY
DEAN WITTER NETWORTH. THIS POWERFUL ACCOUNT AGGREGATION TOOL ALLOWS YOU
TO VIEW ALL OF YOUR FINANCIAL AND PERSONAL ONLINE ACCOUNTS ON ONE SECURE
SITE. USING A SINGLE PASSWORD. SIMPLY LOG INTO YOUR ACCOUNT AND CLICK ON THE
THE NETWORTH LINK."

CUNG VAN CHU &
HANHNGAN NGUYEN JT TEN
521 HORAN COURT
SAN JOSE CA 95122-4013

MORSTAN 0096

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

PORTFOLIO SUMMARY

| | CURRENT | PRIOR | PRIOR YEAR |
|---|---|---|---|
| SECURITIES RELATED INVESTMENTS | | | |
| TOTAL MARKET VALUE | | | |
| MARGIN ACCOUNT BALANCE | | | |
| TOTAL EQUITY | | | |

ACTIVITY SUMMARY

OPENING CASH & MONEY MARKET FUND BALANCE

| | |
|---|---|
| INCOME | |
| SECURITIES SOLD | |
| OTHER | |
| SECURITIES BOUGHT | |
| CLOSING CASH & MONEY MARKET FUND BALANCE | |

MORSTAN 0097

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 280-28925

PORTFOLIO DETAILS

THIS SECTION SHOWS THE HOLDINGS IN YOUR ACCOUNT. IT REFLECTS VALUES AS OF THE CLOSE OF BUSINESS ON 1/31/01 WHEN AVAILABLE. PRICES, INCOME, AND CURRENT VALUES MAY BE APPROXIMATE.

EQUITIES, RIGHTS & WARRANTS

| SECURITY TYPE | SHARES | DESCRIPTION | SYMBOL | CURRENT PRICE | CURRENT VALUE | ESTIMATED YEARLY INCOME | ESTIMATED YIELD |
|---|---|---|---|---|---|---|---|
| K | 10,000 | ORACLE CORP TO PURCHASE PREFRD WITH RIGHTS STK UNDER CERTAIN CIRCUMSTANCE | ORCL | 29.125 | 291,250.00 | | |

TOTAL EQUITIES, RIGHTS & WARRANTS          291,250.00

TOTAL PORTFOLIO VALUE          291,250.00

TRANSACTION DETAILS

| SECURITY TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | EST BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | | | 152,246.46 | .00 |
| C | 01/02/01 | PURCHASED | **ALLIANCE PRIME PORTFOLIO | 152,246.46 | | 152,246.46 | | 152,246.46 | 152,246.46 |
| C | 01/16/01 | REDEEMED | **ALLIANCE PRIME PORTFOLIO | (144,597.53) | | | 144,597.53 | 144,597.53 | 7,648.93 |
| K | 01/16/01 | MARGIN INT | FROM 12/16 THRU 01/03 104.902 % BAL 144,597> QUAL 104,902 | | | 208.96 | | 144,388.57 | 7,648.93 |
| K | 01/16/01 | MARGIN INT | FROM 01/04 THRU 01/15 8 1/2% BAL 144,597> QUAL 104,902 1/31-1/15 | | | 124.64 | | 144,263.93 | 7,648.93 |
| C | 01/16/01 | DIVIDEND | **ALLIANCE PRIME PORTFOLIO MONTHLY DIVIDEND | | | | 211.31 | 144,475.24 | 7,648.93 |
| C | 01/16/01 | REDEEMED | **ALLIANCE PRIME PORTFOLIO | (3,961.14) | | | 3,961.14 | 148,436.38 | 3,687.79 |
| C | 01/16/01 | REINVEST | **ALLIANCE PRIME PORTFOLIO MONTHLY DIVIDEND REINVESTED | 211.31 | | 211.31 | | 148,225.07 | 3,899.10 |
| K | 01/16/01 | INTEREST | INTEREST ON CREDIT BALANCE AT 2 3/4% 12/16 THRU 01/15 | | | | 68.03 | 148,293.10 | 3,899.10 |
| C | 01/17/01 | REDEEMED | **ALLIANCE PRIME PORTFOLIO | (3,899.10) | | | 3,899.10 | 152,192.20 | .00 |
| K | 01/17/01 | YOU BOUGHT | ADVANCED MICRO DEVICES INC UNSOLICITED | 1,500 | 18.437 | 27,671.20 | | 124,521.00 | .00 |

MORSTAN 0098

PAGE 3 OF 7

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 780-29325

OZUMG UGM CMU &

TRANSACTION DETAILS (CONTINUED)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | COST BALANCE | MKT BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/17/01 | YOU BOUGHT | CISCO SYSTEMS INC UNSOLICITED | 1,000 | 38.187 | 38,202.45 | | 86,318.55 | .00 |
| 01/17/01 | YOU BOUGHT | INTEL CORP UNSOLICITED | 1,000 | 34.062 | 34,077.45 | | 52,241.10 | .00 |
| 01/17/01 | YOU BOUGHT | ORACLE CORP WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | 1,000 | 33.687 | 33,702.45 | | 18,538.65 | .00 |
| 01/17/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHR | 1,000 | 31.812 | 31,815.85 | | (13,277.20) | .00 |
| 01/17/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHR | 4,000 | 31.75 | 127,011.60 | | (140,288.80) | .00 |
| 01/17/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHR | 5,000 | 30.25 | 151,264.95 | | (291,553.75) | .00 |
| 01/17/01 | YOU SOLD | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHR | (2,100) | 31 | | 65,091.29 | (226,462.46) | .00 |
| 01/17/01 | YOU SOLD | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHR | (2,900) | 30.937 | | 89,707.34 | (136,755.12) | .00 |
| 01/18/01 | TRANSFERRED | TRNSFR FROM CASH TO MARGIN | | | 59 | | (136,755.71) | .00 |
| 01/18/01 | TRANSFERRED | TRNSFR FROM CASH TO MARGIN | | | | 59 | (136,755.12) | .00 |
| 01/18/01 | DIVIDEND | **ALLIANCE PRIME PORTFOLIO ACCRUED DIV/10  1/16-1/17 | | | | 59 | (136,755.53) | .00 |

MORSTAN 0099

MORGAN STANLEY DEAN WITTER ONLINE

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 730-29325

16

DZUMG UAK CMU 8

TRANSACTION DETAILS (CONTINUED)

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | CASH BALANCE | MKT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| K | 01/18/01 | YOU BOUGHT | ADVANCED MICRO DEVICES INC UNSOLICITED | 4,500 | 17.875 | 80,452.45 | | (217,206.98) | .00 |
| K | 01/18/01 | YOU SOLD | CISCO SYSTEMS INC UNSOLICITED | (1,000) | 38.937 | | 38,921.25 | (178,285.73) | .00 |
| K | 01/18/01 | YOU SOLD | ORACLE CORP TO PURCHASE PREFRD WITH RIGHTS STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | (1,000) | 33.625 | | 33,608.92 | (144,676.81) | .00 |
| K | 01/23/01 | YOU SOLD | ADVANCED MICRO DEVICES INC UNSOLICITED | (6,000) | 19.187 | | 115,106.21 | (29,570.60) | .00 |
| K | 01/23/01 | YOU SOLD | INTEL CORP UNSOLICITED | (1,000) | 31.937 | | 31,921.48 | 2,350.88 | .00 |
| K | 01/23/01 | YOU SOLD | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHA | (2,103) | 33.062 | | 69,521.57 | 71,872.45 | .00 |
| K | 01/23/01 | YOU SOLD | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHA | (2,897) | 32.937 | | 95,408.35 | 167,280.80 | .00 |
| C | 01/24/01 | PURCHASED | **ALLIANCE PRIME PORTFOLIO | 7,318.25 | | 7,318.25 | | 159,962.55 | 7,318.25 |
| K | 01/24/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | 1,000 | 30.687 | 30,702.45 | | 129,260.10 | 7,318.25 |
| K | 01/24/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 5000 SHA | 2,000 | 30.687 | 61,378.20 | | 67,881.90 | 7,318.25 |
| K | 01/24/01 | YOU BOUGHT | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED PART OF 7000 SHA | 7,000 | 30.75 | 215,261.75 | | (147,379.85) | 7,318.25 |

MORSTAN 0100

PAGE 5 OF 7

MORGAN STANLEY DEAN WITTER ONLINE          ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 780-29J25

OZUMG UOX CMU X

TRANSACTION DETAILS (CONTINUED)

| ACCT TYPE | DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | DEBIT BALANCE | NET BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| M | 01/24/01 | YOU SOLD | SUN MICROSYSTEMS INC WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | (10,000) | 30.75 | | 307,474.80 | 160,094.95 | 7,318.25 |
| C | 01/25/01 | REDEEMED | **ALLIANCE PRIME PORTFOLIO | (7,105.00) | | | 7,105.00 | 167,199.95 | 213.25 |
| C | 01/26/01 | REDEEMED | **ALLIANCE PRIME PORTFOLIO | (213.25) | | | 213.25 | 167,413.20 | .00 |
| M | 01/26/01 | YOU BOUGHT | ORACLE CORP WITH RIGHTS TO PURCHASE PREFRD STK UNDER CERTAIN CIRCUMSTANCE UNSOLICITED | 10,000 | 31.75 | 317,514.95 | | (150,101.75) | .00 |
| C | 01/29/01 | TRANSFERRED | TRANSFR FROM CASH TO MARGIN | | | 1.12 | | (150,102.87) | .00 |
| M | 01/29/01 | TRANSFERRED | TRANSFR FROM CASH TO MARGIN | | | | 1.12 | (150,101.75) | .00 |
| C | 01/29/01 | DIVIDEND | **ALLIANCE PRIME PORTFOLIO ACCRUED DIV/LIQ 1/24 - 1/28 | | | | 1.12 | (150,100.63) | .00 |
| | | | CLOSING BALANCE | | | | | (150,100.63) | .00 |

MORSTAN 0101

MORGAN STANLEY DEAN WITTER ONLINE        123 MARCH STREET
                                         SAN FRANCISCO CALIFORNIA
16                                       xxx-xxxxxxx-xxxx-xxxx

ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 780-2932S

DZUNG VGA CPU 6

## UNREALIZED AND REALIZED GAIN AND LOSS SUMMARY

THE GAIN AND LOSS SUMMARY IS PROVIDED FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION. THE DATA REQUIRED
TO ESTIMATE A GAIN OR LOSS, INCLUDING COST BASIS (PURCHASE PRICE), HAS BEEN PROVIDED FOR MOST SECURITIES PURCHASED THROUGH MORGAN
STANLEY DEAN WITTER ONLINE. INFORMATION FROM UNREALIZED AND REALIZED GAINS AND LOSSES CAN BE USED TO... THE DAY OF... KEEP
... THE PRODUCTION WAS... ... ... ... ...

## UNREALIZED GAINS AND LOSSES

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | TOTAL COST | CURRENT VALUE | UNREALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|
| M | 10,000 | ORACLE CORP | 01/23/01 | 317,515.00 | 291,250.00 | (26,265.00) | SHORT |

### CATEGORY —————————————————————————————————— TOTAL ——

| | | UNREA | | | (26,265.00) | | SHORT TERM LOSS |
| | | UNREA | | | (26,265.00) | | SHORT TERM NET |
| | | UNREA | | (26,265.00) | | | LOSS |
| | | UNREA | | (26,265.00) | | | GAIN/LOSS |

## SUMMARY OF UNREALIZED GAINS AND LOSSES

## REALIZED GAINS AND LOSSES

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | DATE SOLD | TOTAL COST | NET PROCEEDS | REALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|---|
| M | 1,500 | CRD DEVICES INC | 01/23/01 | 01/18/01 | 27,671.00 | 28,777.00 | 1,106.00 | SHORT |
| M | 4,500 | CRD DEVICES INC | 01/12/01 | 01/18/01 | 80,452.00 | 86,330.00 | 5,878.00 | SHORT |
| M | 6,000 | CRD DEVICES INC | | | 108,123.00 | 115,107.00 | 6,984.00 | TOTAL RECORD |

THIS SUMMARY IS NOT PART OF YOUR ACCOUNT STATEMENT. IT IS FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION.

MORSTAN 0102

MORGAN STANLEY DEAN WITTER ONLINE
ACCOUNT STATEMENT

MONTH ENDING JANUARY 31, 2001

ACCOUNT NUMBER 780-29325

DZUNG VAN CHU &

REALIZED GAINS AND LOSSES (CONTINUED)

| ACCT TYPE | SHARES | DESCRIPTION | DATE ACQUIRED | DATE SOLD | TOTAL COST | NET PROCEEDS | REALIZED GAIN/(LOSS) | GAIN TYPE |
|---|---|---|---|---|---|---|---|---|
| X | 1,000 | MS INC | 01/11/01 | 01/12/01 | 38,202.00 | 38,921.00 | 719.00 | SHORT |
| X | 1,000 | | 01/11/01 | 01/18/01 | 34,077.00 | 31,921.00 | (2,156.00) | SHORT |
| X | 1,000 | | 01/11/01 | 01/18/01 | 33,702.00 | 33,609.00 | (93.00) | SHORT |
| X | 2,900 | STEMS INC | 01/21/01 | 01/21/01 | 87,734.00 | 89,707.00 | 1,973.00 | SHORT |
| X | 2,100 | STEMS INC | 01/11/01 | 01/11/01 | 63,531.00 | 65,091.00 | 1,560.00 | SHORT |
| X | 2,897 | STEMS INC | 01/11/01 | 01/18/01 | 91,988.00 | 95,406.00 | 3,420.00 | SHORT |
| X | 1,103 | STEMS INC | 01/11/01 | 01/18/01 | 35,023.00 | 36,463.00 | 1,440.00 | SHORT |
| X | 1,000 | STEMS INC | 01/11/01 | 01/18/01 | 31,816.00 | 33,058.00 | 1,242.00 | SHORT |
| X | 1,000 | STEMS INC | 01/19/01 | 01/19/01 | 30,702.00 | 30,747.00 | 45.00 | SHORT |
| X | 2,000 | STEMS INC | 01/19/01 | 01/19/01 | 61,378.00 | 61,495.00 | 117.00 | SHORT |
| X | 7,000 | STEMS INC | 01/19/01 | 01/19/01 | 215,262.00 | 215,232.00 | (30.00) | SHORT |
| X | 20,000 | STEMS INC | | | 617,434.00 | 627,201.00 | 9,767.00 | TOTAL RECORD |

YEAR TO DATE SUMMARY OF REALIZED GAINS & LOSSES

| CATEGORY | | | |
|---|---|---|---|
| REALI | | 12,500.00 | SHORT TERM GAIN |
| REALI | | (2,279.00) | SHORT TERM LOSS |
| REALI | | 15,221.00 | SHORT TERM NET |
| | TOTAL | | |
| REALI | | 15,221.00 | GAIN/LOSS |

THIS SUMMARY IS NOT PART OF YOUR ACCOUNT STATEMENT. FFIC ACCOUNTING HAS BEEN USED TO CALCULATE GAINS AND LOSSES AS A DEFAULT. IT IS FOR INFORMATION PURPOSES ONLY AND SHOULD NOT BE USED FOR TAX PREPARATION

MORSTAN 0103

# EXHIBIT 107.1

# Baird / NORTHWESTERN MUTUAL COMPANY

JANUARY 1 -
JANUARY 31, 2001

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 4 of 5
Account number: 4922-7853

## ACTIVITY SUMMARY

| Activity | This period | Year-to-date |
|---|---|---|
| Opening Balance - Net Cash Equivalents | - $258,114.24 | - $258,114.24 |
| Assets Sold/Redeemed | 127,741.23 | 127,741.23 |
| Assets Bought | - 67,186.73 | - 67,186.73 |
| Deposits | | |
| Withdrawals | | |
| Dividends | 1,360.00 | 1,360.00 |
| Interest | | |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other | | |
| Margin Interest Charged | - 2,120.21 | - 2,120.21 |
| VIP Card Activity | | |
| VIP ACH/ATM Activity | | |
| Checks You Wrote | | |
| Other Transactions | | |
| Closing Balance - Net Cash Equivalents | | |

## SUBACCOUNT ACTIVITY

| | Cash | Money Market | Margin |
|---|---|---|---|
| | $0.00 | $0.00 | - $258,114.24 |

## ACTIVITY DETAILS

| Date | Activity | Quantity | Price | Description | Total | Margin |
|---|---|---|---|---|---|---|
| | Opening Balance | | | Total Opening Balance | - $258,114.24 | - $258,114.24 |
| 01/02/01 | Dividend | | | MERCK & CO INC | 1,360.00 | 1,360.00 |
| 01/04/01 | Asset Bought-Close | 30 | 0.3750 | CALL MERCK & COMPANY $95 EXP 01/20/01 | - 1,181.14 | - 1,181.14 |
| 01/04/01 | Asset Bought-Close | 10 | 0.3125 | CALL MERCK & COMPANY $95 EXP 01/20/01 | - 333.09 | - 33 |
| 01/04/01 | Asset Sold-Open | -40 | 2.8750 | CALL MERCK & COMPANY $85 EXP 01/20/01 | 11,229.00 | 11,229.00 |
| 01/04/01 | Asset Sold-Open | -10 | 4.1250 | PUT SIEBEL SYSTEMS INC $60 EXP 01/20/01 | 4,015.02 | 4,015.02 |
| 01/04/01 | Asset Bought-Close | 10 | 0.2500 | PUT WILLIAMS COS INC D $30 EXP 01/20/01 | - 250.00 | - 250.00 |
| 01/05/01 | Asset Sold-Open | -20 | 0.9375 | CALL PFIZER INCORPORATED $43.375 EXP 01/20/01 AS OF 01/04/01 | 1,776.37 | 1,776.37 |
| 01/17/01 | Asset Sold-Open | -12 | 4.2500 | PUT AMGEN INC $60 EXP 02/17/01 | 4,976.67 | 4,976.67 |

CONFIDENTIAL

BAIRD0013

S5A4C5000000

**Baird** / A NORTHWESTERN MUTUAL COMPANY

JANUARY 1 -
JANUARY 31, 2001

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

Account number: 4922-7853    page 5 of 5

## ACTIVITY DETAILS continued

## SUBACCOUNT ACTIVITY continued

| Date | Activity | Quantity | Price | Description | Total | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|---|
| 01/20/01 | Asset Bought | 2,000 | .03125 | PUT SIEBEL SYSTEMS INC $60 EXP 01/20/01 | - 347.50 | | | - 347.50 |
| | | | | CALL PFIZER INCORPORATED $43.375 EXP 01/20/01 | | | | |
| | | 60 | 43.3750 | PFIZER INCORPORATED AS OF 01/19/01 | 81,482.42 | | | 81,482.42 |
| | | 40 | | CALL MERCK & COMPANY $85 EXP 01/20/01 AS OF 01/20/01 | | | | |
| | | 1 | | CALL PFIZER INCORPORATED $43.375 EXP 01/20/01 AS OF 01/20/01 | | | | |
| 01/20/01 | Asset Bought | 2,000 | 32.2375 | ORACLE CORP | - 64,475.00 | | | - 64,475.00 |
| 01/20/01 | Asset Sold-Open | -20 | 2.1250 | CALL ORACLE CORP $32.50 EXP 02/17/01 | 4,121.45 | | | 4,121.45 |
| 01/24/01 | Asset Sold-Open | -40 | 2.7500 | CALL MERCK & COMPANY $80 EXP 02/17/01 AS OF 01/23/01 | 10,732.94 | | | 10,732.94 |
| 01/29/01 | Asset Bought-Close | 12 | 0.5000 | PUT AMGEN INC $60 EXP 02/17/01 | - 600.00 | | | - 600.00 |
| 01/29/01 | Asset Sold-Open | -10 | 9.6000 | PUT GENENTECH INC $70 EXP 02/17/01 | 9,427.36 | | | 9,427.36 |
| 01/30/01 | Margin Interest Charge | | | INT 12/28-01/04 @ 10.250% 09 DAY AVG BAL= 257,604 INT 01/05-01/29 @ 9.750% 25 DAY AVG BAL= 226,476 | - 2,120.21 | | | - 2,120.21 |

Thank you for allowing Robert W. Baird & Co. Incorporated to serve you.
If you have any questions regarding your account or this statement,
please contact your Baird Representative.

CONFIDENTIAL

BAIRD0014

58AH05000000

# Baird / NORTHWESTERN MUTUAL COMPANY

## CLIENT STATEMENT
FEBRUARY 1 - FEBRUARY 28, 2001

page 1 of 5

Account number: 4922-7853   AH05

yyyy 11111 11111 111

**RYAN E KUEHMICHEL &**
**LYNN A KUEHMICHEL**
JT TEN WROS
12397 W LEWIS & CLARK DR
BOISE ID  83713-5665

### FROM YOUR BAIRD REPRESENTATIVE

**Connie Chumas**
Telephone (715) 836-9990

**Current opportunities**
To Help Achieve Your Life Legacy Goals, Baird Has Put Together A
Comprehensive Checklist Identifying Events That Require Long-Term
Estate Planning.  To Receive A Copy Of Our Estate Planning Checklist, Or A
Complete Financial And Estate Plan Analysis, Call Your Baird Financial
Advisor.

**Portfolio bulletin board**
You have options expiring.

**Account protection**
Robert W. Baird & Co. Incorporated provides up to $150 million of coverage for
securities held in client accounts, of which $1 million may be in cash deposits.
Ask your Baird Representative for details and a copy of the Automatic Account
Protection at Baird brochure.

**Office servicing your account**
Post Office Box 1248
Eau Claire WI 54702

$$AH05000000

---

| | |
| --- | --- |
| | 270,734.17 |
| | 400,275.00 |
| | $176,990.05 |
| | $207,385.76 |

### INVESTMENT OBJECTIVES

Appreciation with acceptance of risk

If you have any questions concerning your investment objective, or wish to
make a change, please contact your Baird Representative.

### ASSET ALLOCATION



Stocks/Options
100%

# CONFIDENTIAL

Robert W. Baird & Co. Incorporated
777 East Wisconsin Avenue Milwaukee, WI 53202-5391
Member NYSE, Inc. and other principal exchanges. Member SIPC.
www.rwbaird.com

BAIRD0015

# EXHIBIT 107.2

Re: quiet period policy

X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
Message-ID: <3929B2AA.72A15009@us.oracle.com>
Date: Mon, 22 May 2000 15:20:26 -0700
From: Stephanie Aas <saas@us.oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.51 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Gaye Hudson <gjhudson@uk.oracle.com>
CC: Jennifer Glass <jglass@US.oracle.com>,
"bmodanlo@US.ORACLE.COM" <bmodanlo@US.ORACLE.COM>,
"storman@US.ORACLE.COM" <storman@US.ORACLE.COM>
Subject: Re: quiet period policy
References: <39296399.10A7B22C@uk.oracle.com>
Content-Type: multipart/mixed;boundary="------------4540526656B82CF8D4F4824C"

Gaye-

Below is the formal policy.  The policy as I try to explain to people is
this:  Anything that may be interpreted as material information to the
quarterly results or the annual outlook, by an average investor should
not be released during quiet period.  Material means, any information
that may would cause an investor to BUY or SELL the stock based on his
interpretation of the news.  That means any deals, any forecasts or
outlook on the market or our performance in a product area or product
line or geography.  Basically, anything that implies that we are doing
really well or we are not doing so well would make people want to make a
buying decision on ORCL and therefore would be considered "material".

Hope this helps -

Stephanie

This is a reminder.

Oracle is a public company.  Consequently, stockholders, financial
analysts
and speculators are anxious to obtain inside information about our
performance
for Q4 FY00 prior to our announcing results publicly in mid-June.

If you talk about the company's results, results of your organization, or
in any way speculate to non-employees about our results, you are
violating company policy and you may be violating securities laws.  For
further information, please review Oracle's Insider Trading Policy,
attached below and available on the Corporate Repository.

Per Company policy, officers, directors and employees of Oracle must
decline comment on any developments that are material to the Company
during "quiet period."  Answer any questions pertaining to Q4 and FY2000
growth targets, prior comments to press and analysts, strengths of
various markets, potential large deals, cash flow estimates, and other
significant developments with the following prepared statement:

    "Per Company policy, I am unable to answer any questions
concerning
        financial results or other developments during the quiet period."

1

CA-ORCL 029713
ORACLE CONFIDENTIAL

EXHIBIT
thill 4
9.7.06

NDCA-ORCL 032690

Re: quiet period policy

While I know that thanks, congratulations, and positive remarks regularly emanate from groups that meet their goals -- DO NOT DISCUSS THESE OR ANY OTHER COMMENTS REGARDING OUR FINANCIAL RESULTS WITH ANYONE OUTSIDE THE COMPANY OR WITH ANYONE WITHIN THE COMPANY NOT NEEDING THE INFORMATION.

In addition to the quiet period restrictions, it is Oracle's policy not to comment on unannounced or future earnings at any time.  Please direct all inquiries concerning financial results and all inquiries from any individuals in the investment community to Investor Relations (415-506-4073).

Thanks in advance for your attention to this important aspect of being a public company.

Jeff Henley
Executive Vice President &
Chief Financial Officer

---

INSIDER TRADING POLICY

You are expected to comply with federal and state securities laws and regulations forbidding trading in securities based on inside information and  to comply with the following guidelines:

Legal Requirements

Federal and state securities laws and regulations forbid trading in securities
based on inside information.  You expose yourself and Oracle to civil and

criminal liability if you or members of your immediate family trade in securities, including Oracle securities and those of other companies, while
you possess inside information gained through your work at Oracle, or if you
provide others with inside information for their use in securities trading.
Individuals can be liable for civil penalties of up to three times the gain in
any trade, including profits made and losses avoided, as well as criminal
fines of up to $1 million and prison terms of up to 10 years.

"Inside information" is information that is not available to the general public that could affect an investor?s decisions about buying or selling the
securities.  Such information may be both positive and negative and may include, but is not limited to, information concerning earnings (e.g., revenues, operating profits, as well as net income and earnings per share), a
proposed merger or acquisition, significant financing transactions, changes in
financial circumstances such as significant write-offs, a major new product or
service, an important new contract, an intended offering of securities, potential litigation or other legal proceedings, or a significant change in
the status of litigation or proceedings.

2

CA-ORCL 029714
ORACLE CONFIDENTIAL

NDCA-ORCL 032691

Re: quiet period policy

"Trading" includes the purchase, sale or exercise of options in securities.

"Securities" includes common stock, employee stock options, and CBOE (Chicago
Board Options Exchange) options.

Trading on inside information can even include making a single purchase or
sale, or engaging in or facilitating a pattern of transactions, which might
appear to take advantage of inside information possessed by others at Oracle.
You need not actually use or rely on inside information, but simply possess it
at the time of the trade, to be considered trading on inside information.

Also, the number of shares or the dollar amounts involved need not be large.
In addition, you need not hold the securities directly to be considered
trading on inside information.  It is enough that the securities are
beneficially owned or controlled by or for you through family members,
partnerships, trusts or other such entities.

General Guidelines

You should keep inside information confidential at all times and should not
"tip" inside information to anyone.  You should be particularly careful about
communicating any inside information to brokers and others involved in trading
securities.

If you are aware of inside information, you should not trade in Oracle
securities and you should hold the inside information confidential until
Oracle has disclosed it to the general public through a press release, the
press has circulated it, and investors have had time to evaluate it.
Generally, you should refrain from trading from the time you become aware of
the inside information until two full trading days after Oracle has issued a
press release disclosing the information.  For example, if Oracle issues its
press release on Thursday, you should refrain from trading until the following
Tuesday.

"No Trading" Periods

If you have access to earnings and revenue information, you should refrain
from trading in Oracle securities during the following period of time: from
two weeks before the end of each quarter through two full trading days after
Oracle releases its earnings report for that quarter.  For example, if Oracle
issues a press release announcing earnings at the close of market on Tuesday,
you should continue to refrain from trading until the market opens on Friday.

3

**CA-ORCL 029715**
**ORACLE CONFIDENTIAL**

NDCA-ORCL 032692

Re: quiet period policy

Speculative Transactions

We strongly discourage you from engaging in speculative transactions in Oracle
securities, such as short sales, puts, calls, straddles or similar
transactions.  In most instances, such transactions provide none of the
benefits of traditional stock ownership, and, in the case of "short sales,"
represent a wager against Oracle?s success.  For these reasons, we request
that you refrain from any short sale or from any purchase or sale of any put,
call, straddle or other publicly traded option in Oracle securities.  This
policy does not apply to the exercise of any employee stock options granted by
Oracle.

Trading in Securities of Other Companies

This Insider Trading Policy also applies to trading in securities of other
companies.  You may not trade in the securities of another company while you
possess inside information regarding that company gained through your work at
Oracle.  You should also keep inside information regarding other companies
confidential at all times and should not "tip" the inside information to
anyone.

Gaye Hudson wrote:

> a gentle reminder that you were going to distribute a reminder of the
> policies around quiet period, tx Gaye

---

Stephanie Aas <saas@us.oracle.com>
Senior Director
Oracle
Investor Relations

CA-ORCL 029716
ORACLE CONFIDENTIAL

NDCA-ORCL 032693