EXHIBIT 108

ORACLE PRESENTATION

1

2

3    Q    Okay. It's a pleasure to welcome Oracle

4  Corporation to our conference. We have with us today

5  from the company Andy Sanderson, EVP of Product Industry

6  Sales Division & Consulting.

7        The rest of the management I believe is over in

8  Europe right now at the Applications User Conference.

9        We also have Stephanie Aas, Senior Director of

10 Investor Relations, up here with us.

11   A    This is a big week for us. We have what we

12 call Oracle Applications World. It's this week in

13 Paris. And then Larry's over there for that and a number

14 of our developer -- heads of development. And then next

15 week we're in New Orleans having our conference there,

16 the America's version of that.

17       I-- just to touch on my responsibilities. I've

18 spoken at a number of these events, but I think it's

19 worthwhile just giving you a sense -- since I may be a

20 new face to some of you. I have responsibility probably

21 for four things at Oracle.

22       One of them is all our products industries. So

23 our discrete and process manufacturing, retail industries

24 are my responsibility. That includes automotive, A & D,

25 high tech, in the discrete side.

REASON REPORTING

ORCL 0122947

NDCA-ORCL 03281
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER



Δ π EXHIBIT 2/
Deponent Sanderson
Date 1/26/06 Rptr. KG
WWW.DEPBOOK.COM

I also have global responsibility for consulting. And some interesting things going on in that regard which I'll tell you about as well briefly while I speak.

I also have Latin America, which is more out of an area of personal interest, having lived there when I was a kid. And that responsibility.

And finally really have been driving a lot of the B to B initiative for Oracle in the marketplace.

And so, for example, a number of the key exchanges, Covis and GNC, RMX, those all fall into my space. Where we're working with the automotive companies. Sears, Carcor, Chevron, the claims division of Wal-Mart, those kinds of things. So that all falls into my space as well. So a little bit of the background.

Another thing, I've been at Oracle about six years. And I don't normally point that out, but I'm actually one of the junior members in that regard, tenure of the management team, even though I think I run about 25 percent of the business. Because when you look at it below Larry, the average tenure of the management team is ten years. So I'm just a junior guy, being there six years at Oracle. So that gives you a sense of how long we've been around as a management team.

REASON REPORTING

ORCL 0122948
NDCA-ORCL 03282          2
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    What I want to do is give you an overview about
2  three things.  A little bit about the numbers, which you
3  might find interesting.
4    Secondly, talk to you about our applications
5  business and give you a perspective on that.
6    And then talk to you about B to B and our
7  technology business.
8    Here's the Safe Harbor Act.  I'm not going to
9  take time to read it, but I'm sure you're all familiar
10  with it.
11    Just to give you an update on our financial
12  performance.  Our Q2, which ended in November -- we're on
13  a June 1 fiscal year.  In November, you can see what the
14  revenue was.  And then our net income continues to grow
15  substantially as we have been transforming Oracle into an
16  e-business, and I'll tell you more about that in a
17  minute.
18    Operating margin, this is an area in part
19  because we're transforming ourselves into an E-business,
20  leveraging our e-business applications, and have been
21  very successful in that regard in our business.  We've
22  been able to really take cost out of our business and
23  become much more efficient.  And as you can see, we're
24  sitting here at about 35-1/2 percent in the quarter
25  versus what we did about a year ago.  So close to 11

ORCL 0122949
NDCA-ORCL 03283
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

3

1   point improvement.

2       You can see here that our database business, 19

3   percent growth, and then our applications license

4   business was 66 percent.

5       On a rolling four-quarter basis, I think the key

6   numbers here, as you can see, is that we've continued to

7   drive the -- our net income both in actual dollars and

8   our operating margin.  We're now at a 35 percent

9   operating margin.  Our target is 40.  Time frame for

10  achieving that is by end of this fiscal year to about --

11  I'm sorry, in the next six months, maybe the end of this

12  fiscal year, which would be May 31st, or by the end of

13  the calendar year.

14      So some time in that time we hope to get to the

15  40 percent, and you can see we're well on our way.

16      Database growth, 21 percent on a rolling

17  four-quarter basis, and our applications license, 54

18  percent.

19      Where are we getting the growth in our

20  business?

21      We -- clearly in the United States where we've

22  had about 34 percent growth in our business.  Europe is

23  strong as well where we've been driving about 30

24  percent.  Continued demand for database in Europe.  And

25  also now that we really have a strong answer around the

ORCL 0122950
NDCA-ORCL 03284        4
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Euro, the localized requirements in Europe, we've been able to drive fairly significant growth there as well.

I think now -- and I may -- I think our applications are written in 23 different languages. So not only do we have, you know, for example, an E-Business Suite, which I'll tell you more about. But it's basically ERP and CRM all integrated together. But it's written in 23 different languages, including Spanish Spanish and Latin American Spanish, Portugal Portuguese and Brazilian Portuguese, as being four different languages. But we also have taken care of the localization requirements of all these countries around the world as well. So fiduciary requirements that are in these countries, we've addressed that as well. So that's been very appealing to Asia-Pac. I'm sorry, Asia-Pac 30 percent growth, I misquoted that, and then AMEA 17 percent growth. So nice growth around the world.

I think this is the story that a lot of people focus on. It's the one that I share with customers. It is probably one of the biggest things that opens the door for Oracle when any of the -- any of us executives go in and speak with the customer. It's also the kind of thing that's giving us great access to senior managers and customers when they want to know more about the story.

When you can put these kind of numbers up

ORCL 0122951

NDCA-ORCL 03285
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

5

that -- it's excellent margin improvement across the board, but when you look at the last four quarters that we've been able to drive ten points of improvement in operating margin, they want to understand the Oracle story. So it's been a very significant story for us.

So let me tell you a little bit about how we got there.

This is -- what I want to talk to you about is the Best of Breed versus the Integrated Solution.

And we've opted to take the Integrated Solution strategy. But let me talk to you a little bit about Best of Breed.

In Best of Breed you look at the different solutions or areas that you need to address within a company. And as you see, here's marketing, sales and service and financials and supply chain. Even exchanges that have to be addressed.

And what a lot of companies have historically done is they've gone out there and selected the Best of Breed solution to meet their needs. And one of the reasons they did that is they didn't have a choice. That's what they did.

And then they had the challenge of getting all these different applications to work together. They had different technologies. You know, for example, different

ORCL 0122952
NDCA-ORCL 03286
CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

6

1   database, different tools, different architectures in the

2   way it was done.  Each of them have their own customer

3   schema or own products -- customer database; product

4   database.  So companies are trying to fit all that

5   together.  And that was the choice that they had.

6        But one of the challenges that companies have

7   faced in this with this Best of Breed solution is that a

8   number that seems to be about right, every time we test

9   it, is about 40 percent of a company's IT budget is being

10   spent on integration of applications and legacy systems.

11        And so that is actually one of the ways that we

12   truly have been able to save costs at Oracle and drive

13   the kind of operating margins that we have, because we

14   haven't had to deal with this interfacing among these

15   different Best of Breed solutions.

16        Because even after the interfacing and getting

17   them all working together, you still oftentimes have to

18   create, for example, a data warehouse to take the

19   different pieces of information and try to put it all in

20   one place.

21        We've also seen that this chip solution or Best

22   of Breed solution is what we sometimes refer to as the

23   gift that keeps on giving.  Because once you have gotten

24   this all interfaced together and working together, it

25   works until one of these vendors changes their product.

NDCA-ORCL 03287
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   And then it's now the obligation of the customer to go

2   back and do the maintenance to try to get that

3   interfacing back so that it's working.  And that's a

4   constant demand on the customer that they have to take

5   care of.

6       Again, this is what contributes in part to the

7   40 percent cost that they've got.

8       It ends up taking too long to implement.  And

9   candidly, you know, we are trying at Oracle leading into

10  the E-Business Suite is that we want to get our ratios --

11  our target is to get our ratios down between license and

12  consulting, whether it's our consulting or one of the

13  system integrators' consulting, to a two-to-one ratio.

14  So for every dollar of license, it's $2 of consulting.

15  And we've achieved significant success there.

16      For example, in the general business space, the

17  mid-market space, where we've had a number of rapid

18  implementation programs, we've actually been able to get

19  down to less than a dollar for consulting for every

20  dollar of license.  And so this is a significant benefit.

21      It's counter to, for example, to IBM's strategy,

22  IBM Global Services' strategy, where Gerzner has publicly

23  announced that for every dollar of license, customers

24  should plan on spending 4 to $7 in consulting.

25      We think that's wrong.

ORCL 0122954
NDCA-ORCL 03288
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

8

One of the missions, for example, within Oracle Consulting and working with our partners is to make Oracle successful, not the consulting business successful. And in fact, as you look at our numbers -- and in consulting we're forecasting this year that we'll be somewhere about zero to 5 percent growth.

And you can really attribute that to two factors. One is that we're doing everything we can to increase the implementation of our applications. And secondly, leveraging partners more, which has been something that we've really needed to do.

So we really have been successful there.

But here is the issues that you see around the Best of Breed solution. It's -- it was up until recently the only choice that customers had. It's expensive. It's about -- it drives about 40 percent of a customer's IT budget. That they can have now discretion if they didn't spend that on either dropping that to the bottom line or investing elsewhere. It takes a long time to implement. It's the IBM model. And it's also, as I said, it's the gift that keeps on giving.

Let me just give you a quick example of that in the E-Business Suite kit. Here's an example. And it's just a real simple example.

But in a marketing solution, for example, if a

ORCL 0122955
NDCA-ORCL 03289
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

9

1    customer was using Epiphany, they would have to capture
2    this kind of information around just say a customer.  If
3    it's a sales solution, there's other information that you
4    would want to capture in there.  Some cases the same
5    information that's captured differently.  And then other
6    cases it's new information.  And then if it's a service
7    application, there's additional information that has to
8    be captured.  In some cases redundant, in some cases
9    different.

10          So now this is where the data warehousing starts
11   to come in where companies that take this Best of Breed
12   approach have to build these data warehouses and maintain
13   them over time as each of those vendors changes their
14   product to keep it up to date.

15          It even becomes more compounded when you think
16   about that these implementations that have to take place
17   oftentimes, particularly in a client server environment,
18   we're talking about in a large company it's not unusual
19   to do 30 implementations around the world.  And the way
20   that Europe -- you don't think about Europe.  The way
21   that France implements and what they want in their
22   solution, their "requirement" is different than Germany,
23   different than U.K., different than Hungary, different
24   than the United States, different than Brazil.
25          And so what you end up doing with this Best of

REASON REPORTING

ORCL 0122956
NDCA-ORCL 03290          10
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

breed solution, which is already very complicated, it now gets multiplied by a significant factor because you're having to implement these applications all over the world.

You know, no wonder the CIO life span tends to be very short. And no wonder do you see CIOs out there constantly having to ask for more budget in order to implement and operate their -- the IT systems in a company.

The notion that we have at Oracle is to spend less and get more. Get more by spending less.

And how we've done it is we've built the E-Business Suite. And the E-Business Suite as you can see where there's marketing, sales and service. All of these that -- they're all Oracle-based solutions. Common architecture, common technology, and a common single view of the customer.

We have a single-customer database, whether that customer is a business or a consumer. And whether you touch that customer through creating a lead with that customer in marketing, selling to them within sales, servicing them in the after market. Whether you're touching them there. Whether you're touching them through once you've taken the order, through orders that once you capture that order, that that impacts your

ORCL 0122957
NDCA-ORCL 03291
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

11

1    manufacturing, if it's available to promise, for example.
2    That impacts supply chain.  That impacts manufacturing.
3    That impacts logistics.  It impacts collecting the money
4    from the customer.
5         All of that, all of that integration that's
6    built in.  That 40 percent factor that the customer has,
7    40 percent of their IT budget can be dramatically
8    impacted by leveraging the Oracle E-Business Suite.
9         The notion of the Suite isn't a new notion.  If
10   you think about some of the analogs out there, when you
11   go out and buy a PowerPoint presentation or a
12   presentation, we don't think about what one we're going
13   to get.  We all buy Microsoft Office.  Whether it's
14   Spreadsheet, whatever it is we're using, we just select
15   the Microsoft Office.
16        When it comes to -- I remember in the early days
17   in my business that I was at a customer where they would
18   select a different customer for accounts payable and a
19   different customer for general ledger just to make the
20   point.
21        But then it quickly moved to customers making
22   decisions around financials.  And now the decision is
23   that you see customers making decisions around ERP.  CRM
24   is the next thing.  And what we're seeing is that
25   customers aren't making decisions now just around sales

REASON REPORTING          ORCL 0122958          12
                     NDCA-ORCL 03292
                   CONFIDENTIAL-SUBJECT TO
                      PROTECTIVE ORDER

1    automation.  What they're making decisions around are
2    sales automation, service, marketing and, oh, by the way,
3    I want to have an integrated business view of the
4    customer and I want it to all work for me.  I don't want
5    to pay for it.  Whether -- if I'm going to transact --
6    just take a CRM, marketing sales and service, whether I
7    interact with that customer over the Internet, through
8    telesales or through a field sales force or franchisee or
9    distributor, something like that.  I want to have a
10   common interaction integrated solution for that
11   customer.  Just like the ERP model.
12         So it's happened in ERP, it's very rapidly
13   happening in CRM, and thus the E-Business Suite.  Because
14   it's a single view of the customer.
15         It is -- it's one that can dramatically reduce
16   costs.  Not only on an implementation basis, but on an
17   ongoing basis.
18         It also -- it can provide a global
19   implementation versus local implementation.  Let me give
20   you an example of one of the things we've done at Oracle.
21         For example, in the sales area, in the sales
22   automation area, I can now -- Larry can look at, for
23   example, our forecast on a global basis, our forecast
24   around the world up to the minute at any level of detail
25   that you want to see.  You can go down to that account

ORCL 0122959
NDCA-ORCL 03293     13
CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

1    rep in Hungary or you can look at it on a global basis
2    around the world.

3        And if we go back in five minutes later and look
4    at what our forecast is, it's different.  Because some
5    rep around the world has changed the forecast.

6        I now have insights too because the way we're
7    collecting this information is to deals in Latin America
8    or in the products industries that I run.

9        I had a deal the other day where I wouldn't have
10   seen it without the -- our applications in place.  It's a
11   significant opportunity.  The rep had it, but in a way
12   typically systems work you wouldn't capture that
13   information.  Because if you got implementations all
14   around the world, somebody then is building a warehouse,
15   somebody's deciding what deals you see and what deals you
16   don't see.

17       Now I can see every deal out there that my reps
18   around the world are working.  So that's a significant
19   benefit.

20       And you'll see that one of the things -- and in
21   fact again factoring in consulting and what we're doing
22   with our partners is that we're also -- we've been very
23   successful in reducing those times to implement, as I
24   talked about.  And you're going to shortly hear about
25   programs around where we're implementing CRM in 90 days

ORCL 0122960
NDCA-ORCL 03294
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

14

1    on a global basis.

2         Why can we do that?  Because we have an

3    integrated E-Business Suite.

4         Let me tell you just two other points about the

5    Suite that you might find interesting.

6         Number one is companies also have the choice

7    that they don't have to buy it all.  And oftentimes

8    you're going to walk in to a customer and they've just

9    made a decision and they have financials from somebody

10    else and they're happy with that.  And we have that

11    capability.  And I'll talk more about that, the ability

12    to integrate with other products.

13         But the more of the E-Business Suite that the

14    customer selects and leverages, the more that we can

15    drive that IT integration cost down.

16         So a significant point to think about there,

17    and actually I'll move on.  But just there, the thought

18    around the E-Business Suite.

19         So in this case, as you can see, what it's

20    saying is that now that we've got a single customer

21    schema, again whether that customer is a business or

22    consumer, we can collect all that.

23         It's all about 11i.  That's our E-Business

24    Suite.  Here is the status of our internal rollout,

25    because we're implementing these in Oracle.  And as you

ORCL 0122961
NDCA-ORCL 03295     15
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

can see here, we've made significant progress around marketing, sales compensation, contracts, sales online, financials, telesales, all of those applications have been implemented at Oracle worldwide. Worldwide.

Our i-store -- so our online store you'll see that we'll do in spring targeting the April time frame, and also our support, our service capability or applications that we'll implement in spring as well.

So we still have a ways to go, and this is why when I say that our target is to achieve that 40 percent margins in the company is very doable because we still have part of the E-Business Suite to implement.

In the end, it will be about a two-year journey to go from where we were before driving 24 or 25 percent margins to where we will be where we're driving 40 percent margins in the business.

I get asked a lot of times what are we doing -- when I say "a lot of times," particularly recently -- with what's going on with the economy and "What are you doing at Oracle to protect against that?"

Well, it's interesting. Because we really have focused on efficiency, because we really have focused on leveraging the Internet, the simple answer is we're not doing much different.

We really have built the efficiencies into the

REASON REPORTING

ORCL 0122962
NDCA-ORCL 03296
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

16

1   company and already have those there to protect against

2   any kind of challenges that we might face in the economy.

3        We focused on revenue.  We spend -- if you watch

4   what we've done on head count as a company, we've had

5   anywhere from modest to no head count increase in sales,

6   marketing -- I'm sorry -- sales, consulting, education,

7   support.  We've had virtually no increase.  Where we've

8   had the increase is in R & D and building better

9   products.  And so we've made significant progress there.

10       So you can see where we are, and we've really

11   been able to manage our cost.  And a lot of it is around

12   the E-Business Suite.

13       Just one other point I'll make about the Suite.

14   Is that I call the approach that we take to the

15   E-Business Suite the Jack Welch portfolio management

16   approach.

17       And what I mean by that is if you know what he

18   says is that they're going to be No. 1 or No. 2 in every

19   business.  If you take a particular point solution,

20   there's a chance -- and in some cases you'll see it --

21   where somebody else out there may have in that particular

22   solution, in that point solution, a better -- they might

23   have a piece of functionality or a feature that Oracle

24   doesn't have.  Well, we also have 6,000 application

25   developers that are out there building our product and

BENSON REPORTING

ORCL 0122963
NDCA-ORCL 03297        17
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    addressing that.

2         But candidly, even when we address that, we

3    might fall behind in another area.  So our goal is to be

4    No. 1 or No. 2 in every area.  Ideally our goal is to be

5    No. 1 in every area, but we understand it's going to

6    happen, but because we've got this integration solution

7    and we've built all that integration in so that it allows

8    more rapid implementation, lower cost for a customer's IT

9    perspective, it's tremendously appealing.  This is one of

10   the key reasons why we can get access to CEOs and COOs in

11   ways that we never had before.

12        Other quick updates on 11i E-Business Suite.

13   You can see here we've had 69 percent worldwide

14   applications growth in the first half of the year.

15        In AMEA, our applications growth -- this is what

16   I was referring to earlier -- 90 percent, almost a

17   hundred percent growth in applications.

18        We got 2,500 11i implementations going on around

19   the world now and we've got 160 live customers, and that

20   increases by 50 to a hundred and will even more

21   logarithmically increase as we go along in each month.

22        And then our version -- our third release of 11i

23   shipped in January.  We found in launching 11i that it

24   was a significant challenge building a completely

25   integrated E-Business Suite, leveraging common

REASON REPORTING

ORCL 0122964
NDCA-ORCL 03298        18
CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

architecture, common technology, single-customer schema, so that you truly can get this single view from around the world in whatever business that -- aspect of the business that you want to look at, was a significant effort.

And with the Release 3 of 11i, we think that we now have got a product that is clearly stable and meets the needs. And we just launched that at the end of January.

Also, this, just by the way, is our third generation, not to confuse here with the Release 3, but our third generation of Internet-based applications. We've been at it. There's learning that we -- we've got a ton of learning that we gained out of this and we built that all back into the product.

So we think it's good that some of our competitors now are building Internet-based applications, but think that they've got some learning to do that we've gone through as well.

Here's some examples of 11i Enterprise customers. As you can see here, these either are live or implementing, Bell South, Citibank, Compaq. You can read the list. And if you notice a number of GE companies as well. GE has identified Oracle applications as a key way to pull the costs out in their business. And you can see

ORCL 0122965
NDCA-ORCL 03299     19
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

the number of businesses here that we're working with.
And this doesn't include all of them.  So a nice list of
Enterprise customers.

And then if you look at the mid-market customers
also, we continue to be very successful in that space as
well with 11i.

We also just on the partner front -- it's
actually quite interesting.  I haven't seen the interest
among the partners in the way that we've seen now.  We've
got -- I told Larry a while ago.  I said, "It really
takes three things for us to be successful with our
partners.  We have to have great product, we have to have
mind share, and we have to have a good go-to-market plan
with a partner."

We've got great product.  We have mind share
now.  We've -- I'm sure you've been watching what we're
doing from an advertising perspective.  As well as the
billion dollar story is something that companies want to
understand and creates tremendous market share as well.

Harvard Business School has just written an
article on us.  And we've got one of the major management
consulting firms now that also is writing a case study on
what we've been able to do at Oracle.  So it's creating
mind share.

And the last piece is a strong go-to-market

ORCL 0122966
NDCA-ORCL 03300     20
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

plan. And you can see here the kind of impact now that we're having among the system integrators, which we all know that -- those that have been following us -- that have not been the case. And it's an interesting dilemma for them, because what we're talking about is the E-Business Suite more rapid implementation. And that could be a challenge to their culture and their philosophy about driving large implementation projects.

And we've really -- but what's interesting is we're getting attention from the very top of these companies. PricewaterHouse, Deloitte & Touche, CGEY, KPMG, all at the very top, now coming to us wanting to understand the Oracle story and build this capability in their practice.

Let me just talk about the B to B strategy quickly.

When we talk about B to B, we really think about three components.

The Oracle Exchange, which I'm going to talk to you more about. It's much more than the marketplace.

I want to talk about our applications, which I actually have. But it includes applications.

And then our technology. Built around our 8i database -- 9i to be released the first half of this year, database -- and our 9i application server, which is

1   already released and does run with our 8i database.

2       So when we're talking about B to B, those are

3   the components.

4       Let me just talk about exchanges.  This is an

5   area that I spend a lot of my time.

6       There is a lot of drive and a lot momentum

7   around exchanges about a year ago around "exchanges" and

8   "marketplaces" were being used interchangeably,

9   "exchange" and "marketplace" being viewed as the same

10  thing.  Our argument is that they're quite different.

11      Marketplaces were launched.  This is focusing on

12  procurement.  More specifically around auctions, reverse

13  auctions, spot buys, contract buys.  And a lot of energy

14  that's been put into that space.

15      And the energy is still there, but as things are

16  starting to be sorted out in B to C, it happens obviously

17  in B to B as well, and companies are now looking at what

18  are truly the advantages here.

19      What they're seeing is interestingly a

20  double-edged sword.  And just taking some of these

21  consortium -- industry consortium-based exchanges, it's

22  really a double-edged sword, because a lot of these

23  exchanges have focused on the marketplace.  The companies

24  that they're working with are all providing input to

25  those exchanges and back to us and our competitors about

ORCL 0122968
NDCA-ORCL 03302
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

22

1    what should be in these exchanges. The functionality.
2    But interestingly, what's also emerged is that the
3    top-line growth around marketplaces isn't there.
4         A company has a choice of buying tires from
5    Covason, from free markets, or from e-bay.  I mean if you
6    think about it.  And so there's a real price point
7    pressure, and this is one of the reasons why Covason is
8    not only leveraging the marketplace, but also looking at
9    other areas which are important to their business which
10   I'll tell you about in a minute.
11        But the key is there's much more to exchanges
12   than just the marketplace, because it has done some
13   things, it's pulled the costs down on goods sold that are
14   bought over the Internet through the marketplace.  But as
15   you might imagine, it hasn't built those terrific
16   relationships with the suppliers that companies would
17   like to achieve.
18        So is it marketplace or is it businessplace?
19   It's much more than that.  As you're going to see, it's
20   much more that we're seeing that it's much more than just
21   the marketplace about auctions.  In fact, it's much more
22   than supply chain.  It's about the value chain.  It's not
23   about the marketplace.  It's about the businessplace.
24        So when we're talking about that, we're talking
25   about all the processes in buying and selling.  And again

REASON REPORTING

ORCL 0122969
NDCA-ORCL 03303          23
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   here's this integration story.  It's about seamless
2   integration across the marketplace, which you see at the
3   bottom of the slide.  It's about supply chain where
4   you're capturing the demand from the manufacturer and
5   feeding that back to the suppliers.  It's about
6   transportation and getting that good once it's been
7   procured to that particular plant or location that's
8   needed in the most efficient and quickest way possible.
9   And it's also about electronic collaboration around
10  product development.
11          Let me take each one of these.
12          Let's talk about supply chain, the old way.  It
13  was done manually, very manually, in your collecting
14  demand from customers or from marketing, from sales,
15  however you're capturing that customer demand, typically
16  on paper.  A supply chain plan is put together where
17  you're trying to optimize, say, from the known business
18  requirements.  You're sharing that supply chain.  But
19  that's oftentimes done, for example, in the automotive
20  industry, just with the Tier 1 suppliers.  That Tier 1
21  supplier may build the interior of a car.  But if that
22  Tier 3 or Tier 4 supplier that builds the door handle
23  doesn't know what that demand is and they can't be ready,
24  then in the end the Tier 1 supplier can't deliver.
25          So this is one of the challenges inherent in

REASON REPORTING

ORCL 0122970
NDCA-ORCL 03304
CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

24

today's way of doing supply chain, and so there's a lot of focus on having to resolve exceptions.

So -- okay. So in the -- the way that it works now is now in supply chain by doing it over the Internet all that information can be driven by the advance planning system, for example, within Oracle's applications E-Business Suite fed into the supply chain exchange, and then all of that can be fed out to not only the Tier 1, but the Tier 3 suppliers as well.

Product development, interesting situation as well. In the sense that there -- in the supplier company A and company B working together on a product all kinds of information is exchanged. Typically through e-mail, through spreadsheets, through CAD/CAM documents, that kind of thing. And then there's all kinds of people involved. And what you do is you end up getting this kind of approach to a very complicated issue.

In fact, in the automotive industry the CEO of General Motors said in a conference I was recently at, 80 percent of their R & D costs go to change orders. So if you can build electronic collaboration where the development of -- the manufacturer establishes the project, sources suppliers and again integrates back into the marketplace to identify suppliers if they don't know who they are already or want to get a broader reach on

ORCL 0122971
NDCA-ORCL 03305    25
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    suppliers, and then collaboratively between the suppliers
2    and manufacturers to work together to build the product
3    online using Oracle's product and other products out
4    there, for example, PTC, that will run under Oracle, then
5    we really can take a lot of those product development
6    costs out.  And in the meantime executives can check the
7    progress.
8         Same thing in transportation.  The issue there
9    is now with the Internet in our transportation exchange,
10   then you can go out there and actually capture this
11   information that's needed about what products are being
12   produced, when they have to be delivered, and how can
13   they be done efficiently.  So we've done significant work
14   in that area as well.
15        So we have an integrated solution around -- in
16   our exchange space around the marketplace, supply chain,
17   transportation, and product development, and all
18   integrated together so that you can meet the needs of the
19   customer and that integrated with our E-Business Suite.
20        What does it do?  It provides tremendous
21   visibility and drives a lot of efficiency.
22        For example, allows developers to see the
23   suppliers in the marketplace.  Allows the supply chain to
24   see the sales demand.  Those kinds of things.  So it's
25   driven tremendous value for customers.  And that's going

ORCL 0122972
NDCA-ORCL 03306
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

26

1    to be the differentiator for the exchanges out there.

2         It's not about the marketplace.  It's about the

3    businessplace.

4         Moving ahead.  Just on the technology side, for

5    example, within B to B there's three requirements.

6         One is around personalization.  So that

7    companies participating in these exchanges, for example,

8    can get personalized views of exchanges.

9         It's around integrating third-party software so

10   they can plug and play different software companies or

11   different products out there, because we recognize, for

12   example, Oracle's not going to be the answer to

13   everything.  And so we have to have that capability to

14   integrate.

15        And then also we have to provide that

16   performance, scaleability, reliable, security.

17        So those are the requirements that we're seeing

18   in the B to B space.

19        So what we've done is we have our Oracle

20   Exchange, for example, leveraging our 9ias product to

21   provide that portal technology so that customized portals

22   can be built.

23        9ias integration.  We can integrate third-party

24   applications and other value-added services.  And we can

25   leverage our database and our after service to provide

ORCL 0122973
NDCA-ORCL 03307    27
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    the performance and scaleability.

2           In the interest of time I'm going to skip over

3    this, but this is just an example of our portal.

4           In integration we're using XML standards,

5    OAG's XML standards.  Not Oracle's standards.  Not

6    proprietary to us, as you see with a number of our

7    competitors.  Industry standard where we've built the

8    integration and the XML gateways into our products.

9           And we have supplier integration kits out there,

10   for example, with SAP, JD Edwards, PeopleSoft.  So if

11   that's what suppliers or participants in these exchanges

12   are using in addition to the Oracle solution, we've built

13   the integration kits to support that as well.  All

14   leveraging open standards.

15          With our database, it's 9i -- I'm sorry.  It's

16   8i data base.  It's a terrific product.  As one of my

17   sales reps said the other day, "9i, I thought 8i was

18   everything."  But we found things that we can do in our

19   database to make it even better and faster, and we've

20   done that.

21          Oracle 9i Application Server is one of the

22   reasons why we have the challenge out there for IBM, DEA,

23   Microsoft that we'll bet a million dollars that we can

24   make a company's Web site run faster than what they have

25   today if they're using any of those products.

REASON REPORTING          ORCL 0122974        28
                          NDCA-ORCL 03308
                          CONFIDENTIAL-SUBJECT TO
                          PROTECTIVE ORDER

We have the confidence because of the technology. For example, caching capability technology that we've built into our database and our after server to really drive speed.

So B to B -- I apologize for going through this so quickly. Yesterday it was transactional. It was around marketplaces. It drives millions of dollars of savings. Today we're seeing that it's much more around collaborative businessplaces which are driving billion dollars of saving. And that's it.

Q   Sandy, I'm curious about this new sales forecasting you have, how that's working.

A   It's working great.

Q   "As you get together every week and sort of roll up your numbers, the economy -- what's the sense, what are you hearing from the field in terms of how -- the economy and sales cycles, anything changing there?

A   We're actually -- I guess I'd start out by saying that our pipelines are -- at application and database have never been stronger. And that continues to be the case. They evolve over time as they do in any corridor. In some cases they're growing. In some cases it may be deals moving to the next quarter.

But interestingly, one of the things we're not seeing is very few deals that actually fall out. They're

REASON REPORTING

ORCL 0122975
NDCA-ORCL 03309        29
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

either staying in the quarter, a few might be moving to
next quarter. We're interestingly seeing -- not a
dilemma, but two different paths being taken by
companies.

We're seeing some companies out there with the
economy that are doing -- taking more due diligence or
doing more due diligence in making their selection, which
in the end can slow down the buy cycle.

But we're also seeing other companies out there
because of the economy, knowing the competition isn't
going away, that see the power of leveraging the Internet
that are actually accelerating their decisions around
applications.

I was with a company that they were going -- it
was going to be our Q4, March, April, May time frame is
when we had them targeted for making a decision. I met
with the COO. They want to do it in February. The COO
brought his entire management team out to Oracle. We
spent two days together helping them understand what we
had. And that deal happened this month and it would have
happened two to three months later.

Q    Why don't we try one or two questions if there
are from the audience and there's a break out at 1:30 in
the Fiesta 3 room. Research reports in the back of the
room.

ORCL 0122976
NDCA-ORCL 03310
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

30



Any quick questions?

Sandy, Stephanie, thanks so much.

A    Thank you.  Thank you, everybody.

REASON REPORTING

ORCL 0122977
NDCA-ORCL 03311    31
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

EXHIBIT 109

CRM DEVELOPMENT TO HP

November 30, 2000

Carly Fiorina
Chief Executive Officer
HEWLETT-PACKARD COMPANY
3000 Hanover Street
Palo Alto, CA 94304

Dear Carly:

As we discussed, it is my intention that various Oracle computing environments will be moved to HP as discussed in more detail below.

1. INTRODUCTION

The Oracle CRM Products Division commits to moving its development environment in general, and the central areas of that environment in particular, to HP hardware; this, of course, is provided your pricing is competitive with our alternate hardware vendors. Development is defined to include:

2. BUILDING
3. TESTING
4. PERFORMANCE
5. RELEASE, PORTING, TRANSLATION MANAGEMENT
6. DELIVERY
7. IMPLEMENTATION
8. ONLINE SERVICES
9. INTERNAL ROLLOUTS
10. FIELD READINESS.

2. BUILDING

The development environment for the Oracle E-Business Suite comprises a set of centrally managed servers, partitioned logically and physically by function (SEED, TEST, DEVELOPMENT, RELEASE VERSION). E-Business development is mainly server-based, and all developers use these central servers, which currently are 100% Sun. CRM is moving to a set of seven distinct development environments, each specific to one of the following major functional components:

- Foundation
- Call Center
- Communications
- Contracts
- eCommerce
- Marketing and Sales

1029006pm

ORACLE
CONFIDENTIAL

CA-ORCL 018356

- Service

All servers supporting these environments will be exclusively from HP.  The central ERP
environments, however, will continue to use Sun servers.

3.  TESTING

The E-Business Integration Quality team defines and tests key E-Business flows.  These
include not only standard pre-release testing of Oracle software but also pre-
implementation testing of customer scenarios.  Roughly once every six months, Oracle
also invites system integrators—as many as 200 at a time—to test in these environments.
Support for all such testing will move to HP.

4.  PERFORMANCE

Performance testing, continuous at Oracle, is conducted by teams from CRM, ERP,
support, consulting, and systems test.  It takes place in several sets of circumstances:

- in build environments (ongoing)
- with regard to Oracle internal implementations
- in dedicated environments and with regard to specific initiatives (e.g., new database
features, new approaches to HTML generation)
- with regard to customer implementations
- with regard to conference-room pilots (these being significant early milestones in many
customer installations).

Support for all testing in the first three sets of circumstances will move to HP servers.
Servers to support testing in the other two sets will be specified by the customer involved.

5.  RELEASE, PORTING, TRANSLATION MANAGEMENT

CRM participates with the broader Oracle development community in environments for
release management, porting, and translation.  These environments currently rely, and
must continue to rely, on hardware from a range of vendors.

6.  DELIVERY

Oracle anticipates that the standard delivery mode for the E-Business Suite will be what
the Oracle Corporation calls "Platinum".  Platinum is available to our system integrators
globally.  It consists of a set of installed online instances "zipped up": the latest versions
of CRM software, updated weekly to fully- or almost-fully-patched status.  These E-
Business instances will include:

- an OOTB (out-of-the-box) setup
- Oracle's internal setups

1029006pm

**ORACLE
CONFIDENTIAL**

**CA-ORCL 018357**

NDCA-ORCL 021379

- Oracle's OOTB demo setup
- a multi-lingual multi-currency setup
- HP and Sun configurations.

Hardware support for this delivery process will move to HP.

## 7. IMPLEMENTATION

Oracle has begun to host customer implementations online. We expect to scale this effort, which we call "E-Business Environments" (or "E-Squared"), to more than 500 simultaneous online implementations. Once an implementation is complete, the customer can move its operations to Business OnLine.

E-Squared will use HP servers exclusively.

## 8. ONLINE SERVICES

In addition to delivering software on traditional CDs, through Platinum, and via Business OnLine, Oracle now offers a standalone CRM service using the same code line.

All CRM online services will use HP support.

Today this means Oraclesalesonline.com.

Tomorrow it will mean:

- Oraclestore.com
- Oracleemail.com
- Oraclesupport.com
- Oraclemarketing.com
- Oraclecontracts.com

. . . and more.

In due course, all of these online services will migrate to www.oracle.com.

## 9. INTERNAL ROLLOUTS

Going forward, all database servers for Oracle internal rollouts of the E-Business Suite will be HP. Many HP mid-tier servers will be used. They will support very public applications including Oracle Store, Oracle iSupport (our self-service support application), and Oracle Defect Management (the single application used by all developers and support engineers for TARs/defects/enhancements). But HP support will extend to rollouts of all E-Business modules (marketingonline , salesonline, telesales, compensation, iSupport, and so on).

1029006pm

ORACLE
CONFIDENTIAL

CA-ORCL 018358

Dec 01 00 10:50a   Bardwick                415 567 5587              p.7

## 10. FIELD READINESS

Platinum, as hosted on E-Squared, will begin to serve as the training environment for
Oracle internal development as well as for system integrators. This environment (as
stated above) will depend on HP hardware. E-Squared is also beginning to serve as a
CRM demo environment. This demo capability, which we expect to grow over time, will
also depend on HP.

ADS (Applications Demonstration Services, managed within the ERP division) is the
largest demo environment for the E-Business Suite. This is currently and will remain a
Sun environment.

## 11. TIMETABLE

Completing items 2-10 will occur over the next twelve months. We expect Release 11i,
R5 will be the first release fully developed within the specified HP environments.

This letter is not intended to be, and does not constitute, a binding agreement, but is
merely an outline of intention to facilitate the negotiation and preparation of definitive
agreements. Both HP and Oracle agree to keep the existence, status and terms of this
letter confidential.

Best regards,

Larry Ellison
Chairman and Chief Executive Officer
Oracle Corporation

f029006pm

**ORACLE**
**CONFIDENTIAL**

SENT BY: ATHERTON;      6503255285;      NOV-30-00  9:04PM;      PAGE 4/4

**CA-ORCL 018359**

NDCA-ORCL 021381

# EXHIBIT 110

*Confidential*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


------------------------------------------------------------)

IN RE ORACLE CORPORATION          )          MASTER FILE NO:

SECURITIES LITIGATION               )          C01-0988-MJJ

------------------------------------------------------------)


**REBUTTAL EXPERT REPORT OF GEORGE FOSTER**

*Confidential*

c.     Customer performance

37. Oracle also kept track of customer performance and how such performance could impact Oracle's forecast.  As an example, Jim English, Director of Finance, Oracle Product Industries (OPI), was aware of how potential deals could be affected by the performance of his customers, as demonstrated by the excerpt below regarding GE, GM and Gateway:

- *"GE.  Although they announced pending layoffs our biggest deals are in Capital, Aircraft, Engines and Power which were reported to be doing very well.  We will see in coming weeks. ... GM with poor earnings and announced poor 1ˢᵗ quarter. They are reviewing all budgets. ... Gateway.  Again poor earnings but we presented very strong ROI analysis..."* [42]

d.     Historical information

38. An additional source of information used to check the forecast was the historical Conversion Ratio.  The Conversion Ratio was defined as the forecast divided by the Pipeline.  The Pipeline was the sum of all deals that sales representatives had closed for the quarter or were pursuing for the quarter.[43]  Because many sales opportunities spanned multiple quarters as the deal was being negotiated, one might well see opportunities from the Pipeline in one quarter continuing to the next quarter.  For example, Steve Johnson, former Area Vice President of the South Central region of North American Sales (NAS),[44] testified about the sales cycle in deposition:

- *"Q.  Okay.  And for -- in the 2000 time period, how long for technology products in general did this process take?*

  *...*

  *A.  In -- you know, the experience was, I'm going to just give you a broad -- it's my opinion or feel for it.  It could take anywhere from three months to a year.*

  *Q.  For technology products?*

  *A.  Yeah.*

  *Q.  Was it different for apps?*

---

[42] Deposition of Lawrence Ellison, September 21, 2006, pp. 434-437, Exhibit 113.
[43] Deposition of Jennifer Minton, April 21, 2005, pp.120, 128.
[44] Deposition of Steve Johnson, April 26, 2006, p. 22.

14

*Confidential*

*A. Yeah.*

*Q. How much -- what was the general time period for applications products?*

...

*A. It -- it takes longer to sell the applications, and it can be -- I'm going to say generally it takes nine months at the minimum, and it could take a couple of years at the -- on the long side of it.*

*Q. For the applications products?*

*A. Yeah.*

*Q. Okay. And did that change, the length of the sales cycle change from say the 1998 time period to the 2000 time period?*

*A. My recollection is no.* "[45]

39. Because of this long sales cycle, it was not uncommon for particular deals to be in the Pipeline for more than one quarter. This, combined with the fact that Oracle was not successful in closing every deal, also accounts for the fact that the Pipeline is larger than the actual sales figures, even at the end of the quarter. Again, Steve Johnson discussed this in his deposition:

- *"A. Generally because the -- you know, the sales cycles for what we sell [sic] in those days were very long, and it took the better part of a year in most cases to originate an opportunity and then get it to a point we're closing. And so you'll refine that the cycle was that you start at the beginning of the year with the development of opportunities, you end the year by closing them, so when the new year starts again, you're back at ground zero, and that's why it's smaller.*

  *Q. Would deals carry over from Q4?*

  *A. Yes.*

  *Q. To Q1?*

  *A. Yes.*

  *Q. So you have this continual process of the pipe?*

  *A. Yes.*

---

[45]   Deposition of Steve Johnson, April 26, 2006, pp. 69-70.

15

*Confidential*

*Q. So you don't really start from ground zero at Q1?*

*A. Not completely, but sometimes you do.*

*Q. Really?*

*A. Yeah.*

*Q. And why is that?*

*A. Because you may have had one of those very fortunate Q4s where you closed every deal that you were expecting to close."*[46]

40. Ms. Minton assessed whether her Potential Forecast was reasonable given historical experience by comparing the Potential Conversion Ratio (the Potential Forecast divided by the current Pipeline) to the ratio of prior quarters' final revenues divided by the Pipeline at the same week in the quarter.  Because there was significant seasonality in Oracle's sales, with sales patterns varying by fiscal quarter, Ms. Minton typically used the Conversion Ratio from the same fiscal quarter of the previous year (*i.e.*, in Q3 FY2001 she relied on the Conversion Ratio from Q3 FY2000).[47]

## 2.    The process had appropriate checks and balances

41. Oracle's forecasting process had numerous checks and balances that ensured that the perspectives of different members of the organization were taken into account and that forecasts were checked for reasonableness.  The process of creating business unit forecasts involved the perspectives of sales representatives, business unit executives and field finance staff.  Business unit forecasts were, in turn, scrutinized and evaluated by Jennifer Minton and Jeff Henley.  Ms. Minton analyzed these forecasts by discussing the prospects for particular deals with the business unit heads and by drawing on her experience with particular executives' forecasting history.[48]  Ms. Minton's forecast was reviewed in the Executive Management Committee as Larry Ellison, Jeff Henley and others scrutinized each sales executive's forecast and the upside adjustments.

---

[46] Deposition of Steve Johnson, April 26, 2006, p. 63.
[47] Deposition of Jennifer Minton, April 21, 2005, pp. 121-122.
[48] Deposition of Jennifer Minton, April 21, 2005, pp. 121-126

16

# EXHIBIT 111

Stock Buyback

| | SHARES | PRICE | TOTAL |
|---|---|---|---|
| TOTAL FY93 | 84,941,730 | 98.4718 | 543,674,459 |
| TOTAL FY94 | 53,391,230 | $1.6693 | 321,358,720 |
| TOTAL FY95 | 39,816,870 | 52.8060 | 275,828,310 |
| TOTAL FY96 | | 53.9182 | 383,437,139 |
| TOTAL FY97 | 113,247,300 | 54.2023 | 2518,309,186 |
| TOTAL FY98 | 74,578,624 | 64.895 | 3238,781,847 |
| TOTAL FY99 | 133,959,948 | 55.1448 | 36,067,309,899 |
| TOTAL FY00 | 316,607,864 | 821.89?4 | 54,914,489,729 |
| YTD FY01 | 186,593,556 | 526.2658 | 33,745,677,141 |
| | | | |
| TOTAL | 871,053,776 | 212.1324 | 618831,928,387 |

| Total Q1FY01 | 31,927,870 | 826.52 | 1,995,423,824 |
| Total Q1FY01 | 39,614,968 | $25.72 | 1,399,242,197 |

Q1FY01 PURCHASES

| | | | |
|---|---|---|---|
| 13/0?00 | 000,000 | 530.09 | $10,597,020 |
| 137,600 | 480,900 | 570.79 | $34,928,135 |
| 13/30/00 | 592,000 | 530.22 | 822,304,375 |
| 6/?0/01 | 1,290,000 | 521.64 | 833,912,313 |
| 1/3/01 | 733,000 | 529.32 | $1,900,000 |
| 1/5/01 | 500,000 | 531.00 | $15,277,500 |
| 1/6/01 | 610,000 | 530.39 | $17,561,900 |
| 1/11/01 | 695,000 | 530.93 | $23,810,540 |
| 1/12/01 | 500,000 | 331.59 | 56,700,000 |
| 1/22/01 | 510,000 | 530.33 | $15,486,445 |
| 1/26/01 | 153,000 | 529.49 | $5,969,373 |
| 3/1/01 | 700,000 | 529.31 | $20,570,500 |
| 3/2/01 | 721,900 | 523.56 | $28,619,283 |
| 3/3/01 | 900,000 | 527.26 | $24,534,990 |
| 3/7/01 | 600,000 | 525.69 | $10,753,920 |
| 3/8/01 | 1,275,000 | 531.79 | $35,994,870 |
| 3/9/01 | 2,900,000 | 524.49 | $68,293,600 |
| 3/13/01 | 370,000 | 523.14 | $13,400,930 |
| 3/15/01 | 600,000 | 523.69 | $9,347,325 |
| 3/23/01 | 300,000 | 527.09 | $4,800,000 |
| Total Q2FY01 | 17,420,000 | $29.82 | $530,913,000 |

TOTAL FY01 STOCK PURCHASES | 194,022,556 | $26.89 | 3,795,677,141

Price for October through March 31,2000, EST?... 22.73  X 8996 =

| Summary to Broker | Shares | % |
|---|---|---|
| Credit Suisse | 11,240,900 | 7% |
| Boston Equishare | 190,640 | 0% |
| Fossil?Fitzc?Oppe | 13,399,286 | 7% |
| Sherson | 22,314,773 | 3% |
| UBS | 37,204,900 | 4% |
| DLJ | 75,190,000 | 0% |
| Goldman | 63,934,386 | 6% |
| Smith Barney (Chase) | 100,459,836 | 12% |
| Alex. Brown | 122,399,393 | 15% |
| Merrill | 113,378,390 | 11% |
| Morgan Stanley | 463,237,279 | 46% |
| Total Shares Repurchased to Date | 993,953,176 | 72% |

SHARES AUTHORIZED FOR REPURCHASE:
1,994,209,000

Shares remaining:
34,299,936

ORACLE CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

EXHIBIT 112

# Oracle Corp.
## November 28, 2000 to March 30, 2001

