# EXHIBIT 113

# Banc of America Securities
## Equity Research

Montgomery Division



## ORACLE CORPORATION*                          MARKET PERFORMER

| March 16, 2001 | INTERNET INFRASTRUCTURE SOFTWARE | NASDAQ: ORCL |

| Bob Austrian (415) 913-5424; baustrian@bofasecurities.com | Analysis of Sales/Earnings |

| Tom Pagel (415) 627-3817; tpagel@bofasecurities.com | DJIA: 10031 |
| Sandeep Shroff (415) 627-2845; sshroff@bofasecurities.com | S&P 500: 1174 |

| | | FYE 5/31 | | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|---|
| PRICE: | $14.69 | FYE 5/31 | | 2000A | 2001E | 2002E |
| 12-MONTH TARGET PRICE: | N/A | EPS | | | | |
| 52-WEEK RANGE: | $46-15 | Q1(AUG) | | $0.04 | $0.08A | $0.08 |
| FULLY DILUTED SHARES O/S: | 5,850.0 MM | Q2(NOV) | | 0.06 | 0.11A | 0.11 |
| MARKET CAPITALIZATION: | $85.9 BB | Q3(FEB) | | 0.08 | 0.10A | 0.12 |
| AVG. DAILY VOL. (3 MOS.): | 51,246,435 | Q4(MAY) | | 0.15 | 0.15 | 0.19 |
| SECULAR EPS GROWTH: | 30% | FISCAL YR | | $0.34 | $0.44 | $0.50 |
| FY 2001E REVENUES: | $11.1 BB | P/E | | 43.2 | 33.4 | 29.4 |
| MARKET CAP./REVENUES: | 773% | P/E/G | | 144% | 111% | 98% |
| 2/01 TOTAL DEBT: | $300.8 MM | PREV. EST. | | | $0.47 | $0.56 |
| 2/01 LTD/TOTAL CAP.: | 5.3% | CALENDAR YR | | $0.43 | $0.44 | $0.55 |
| 2/01 ROAE: | 56.5% | P/E | | 34.2 | 33.4 | 26.7 |
| 2/01 SHAREHOLDERS' EQ.: | $5,324.1 MM | P/E/G | | 114% | 111% | 89% |
| 2/01 BOOK VALUE/SHARE: | $0.91 | PREV. EST. | | | $0.49 | $0.63 |
| DIVIDEND/YIELD: | NONE | | | | | |

*    Banc of America Securities LLC currently maintains a market in this security.

**3Q In-Line with Pre-announcement. Economic Problems Getting Worse. Visibility At an All-Time Low. Guidance is Lower but Not Overly Conservative: Global Slowing Ahead? Still Downside Risk. Maintain Market Performer Rating.**

**KEY POINTS:**

◆ **F3Q in-line with preannounced estimates.** Oracle's F3Q was in-line with preannounced estimates of $1.1 billion in license revenues and $0.12 in EPS. The results were lower than our original estimates of $1.3 billion in licenses $0.12 in EPS. Applications revenues were $50 million lower than preannounced and <u>down sequentially</u> while database revenue was $50 million higher.

◆ **Management lowered guidance as problems are worsening.** The problems affecting Oracle are only getting worse with economic uncertainty causing more deferrals of purchases. F4Q (May), with three months affected, should see more weakness than 3Q, which had one month affected. The result is downward guidance for F4Q to flat license growth (where our estimates were) and EPS of $0.15 versus current consensus of $0.17.

◆ **Visibility is at an all-time low.** Whether you agree this economic malaise will continue or not, one thing seems clear—there is very limited visibility into Oracle's business. In 3Q, the company's

BOA 02709

**Banc of America Securities**

pipeline-based predictive tools lacked strong correlation with final results and management seems **unc**onfident in its ability to predict the ramifications of the weaker economy. More uncertainty, all else equal, should translate to lower valuation of the shares.

◆ **Are Oracle's problems entirely the economy? We don't think so.** We continue to believe the economy is only one of several factors that are pressuring the company currently. On the database side, we believe the economy explains perhaps 70-80% of the weakness, with the remainder due to company-specific woes (possible market share loss and dot-com impact?). On the applications side, especially in light of Oracle's weaker than expected 3Q applications growth, we believe the economy may only explain 20-30% of the weakness. The rest, in our view, is a result of the product set not yet reaching a competitive level of functionality, relative to best-of-breed vendors. The litmus test for Oracle's applications business is in 15-30 days when applications software companies report their March quarters. If results are weak, it's probably good news for Oracle (Oracle's apps weakness is due to industry weakness); if they're strong, it's bad news (apps business is losing share).

◆ **Lowering estimates.** We're lowering estimates for F4Q (May) in-line with management guidance to $1.8 billion in license revenue an $0.15 in EPS (was $1.85 billion and $0.18 in EPS). For FY02, we're lowering license estimates by about 7% to $5.5 billion and EPS from $0.56 to $0.50. Our license estimates for FY02 are in-line with guidance, but we're being a bit more conservative with EPS, as management continues to back consensus estimates of $0.56 to $0.57.

Table 1
**ESTIMATE REVISIONS**
($ millions)

|  | FY 4Q01E | FY01E | CY01E | FY02E | CY02E |
|---|---|---|---|---|---|
| **Current** | | | | | |
| License Revenue | $1,793 | $4,757 | $4,828 | $5,460 | $5,884 |
| Total Revenue | 3,528 | 11,122 | 11,576 | 12,680 | 13,774 |
| Operating Margin | 38.4 | 34.5 | 33.7 | 35.1 | 35.4 |
| EPS | $0.15 | $0.44 | $0.44 | $0.50 | $0.55 |
| **Previous** | | | | | |
| License Revenue | 1,835 | 4,804 | 4,985 | 5,835 | 6,520 |
| Total Revenue | 3,600 | 11,191 | 11,815 | 13,245 | 14,600 |
| Operating Margin | 43.8 | 36.3 | 36.2 | 38.1 | 38.8 |
| EPS | $0.18 | $0.47 | $0.48 | $0.56 | $0.63 |

Source: Company reports, Banc of America Securities LLC estimates.

◆ **Primary risks: US continues to slump or international economies weaken.** We believe Oracle could be subject to further pressure domestically, especially with 4Q having 3 months' effect of the weaker economy versus 3Q having only one month's effect. In addition, with Oracle's international business having been the strongest performer of late, any US-led contagion of foreign economies could affect the company. Either of these factors could cause further deterioration of near-term results, including 4Q falling short of our new estimates.

◆ **Modest downside risk still exists. Maintain Market Performer.** Although we maintain a neutral rating on Oracle and support an underweight near-term position, we do not see more than a few points of downside from current levels. We believe a worst reasonable case for FY02 is $0.45 to

BOA 02710

## Banc of America Securities

$0.50 in EPS. A conservative P/E ratio of 20x would yield a $10 stock. Both scenarios represent conservative views. We maintain our **Market Performer** rating.

---

**Details:**

♦ **F3Q in-line with preannounced estimates.** Oracle's F3Q was in-line with preannounced estimates of $1.1 billion in licenses, $2.7 billion in total revenues and $0.12 in EPS. The results were lower than our original estimates of $1.3 billion in licenses, $2.9 billion in total revenue and $0.12. The database and applications components of license revenue were surprisingly different than the pre-announced estimates with applications licenses of $249 million (sequentially <u>down</u>), versus the preannounced $300 million and database licenses of $823 million versus the preannounced total of roughly $770 million.

Table 2
**VARIANCE SUMMARY**
($ millions)

| | FY 3Q01A | FY 3Q00 | % Chg | FY 3Q01E | Variance |
|---|---|---|---|---|---|
| License Revenue | $1,100 | $1,043 | 5.4% | $1,105 | (0.5%) |
| Total Revenue | 2,673 | 2,449 | 9.1% | 2,670 | 0.1% |
| Operating Income | 876 | 770 | 13.8% | 888 | (1.4%) |
| Pretax Income | 901 | 777 | 15.9% | 908 | (0.8%) |
| Net Income | 580 | 498 | 16.6% | 586 | (1.0%) |
| **EPS** | **$0.10** | **$0.08** | **19.5%** | **0.10** | **(1.0%)** |
| Shares O/S (mm) | 5,851 | 5,996 | (2.4%) | 5850 | NM |

Source: Company reports, Banc of America Securities LLC estimates.

♦ **Problems are getting worse. Guidance is lower.** As reflected by the state of the economy, management's commentary and reduced guidance, the problems affecting Oracle (largely economic in nature) are only getting worse. Economic uncertainty is causing more and more deferrals of purchases. In addition, F4Q (May) could be affected more significantly than 3Q (Feb.) because Oracle really began detecting the problem only in the final month of 3Q. The result of this worsening environment is downward guidance for F4Q to flat license revenue growth (year-over-year), which is roughly where our estimates are, and flat EPS.

♦ **Flying in a fog with no instruments.** Whether you agree this economic malaise (or other external factors) will continue or not, one thing seems clear to us: there is an almost total lack of visibility in Oracle's business. The company's pipeline-based predictive tools lacked strong correlation with final results. Management seems highly <u>un</u>confident in its ability to predict the ramifications of the weaker economy. In short, visibility is at an all-time low and uncertainty, all else equal, is consistent with lower valuations.

♦ **Oracle's problems are not <u>entirely</u> explained by the weaker economy.** We continue to believe the economy is only one of several factors that are pressuring the company currently. On the database side, we believe the economy comprises perhaps 70-80% of the weakness. The company also faces strong competition and some price pressure at both the low end (from Microsoft) and the high-end (primarily from IBM). In addition, we believe the database business could be subject to somewhat

*Bob Austrian (415) 913-5424*     3

## Banc of America Securities

weaker sales through applications partners, as a result of its highly aggressive negative marketing campaign targeting these vendors.

On the applications side, we believe the economy is even less of a factor. Oracle's weaker-than-expected applications growth (25% versus original estimates of 65-75%) supports our view. We believe the economy may explain 20-30% of the applications weakness. The remainder, in our view, is due to the fact that Oracle's applications are not yet widely competitive from a functional perspective. To reiterate our view, we believe Oracle's applications suite will only be competitive to hold/gain market share when it can deliver at least 50% of the functionality of "best-of-breed" competitors. We believe Oracle is not yet there.

Table 3
### SECTOR VALUATION
($ thousands, except SAP which is Euro millions)

| Company | Rate | Price 3/15 | Shares Out (mm) | Mkt. Val. (mm) | CY01E Rev | CY02E Rev | Rev. Growth CY01E/CY00A | Rev. Growth CY02E/CY01E | PSR CY01E | PSR CY02E | CY01E EPS | CY02E EPS | P/E CY01E | P/E CY02E | L.T. EPS Grth | P/E to Grth on CY01 | P/E to Grth on CY02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ariba | B | $11.06 | 245 | $2,710 | $815 | $1,250 | 91% | 53% | 3.3x | 2.2x | 0.30 | N/A | 37x | N/A | NA | N/A | N/A |
| Aspen | B | 19.44 | 33 | $641 | 370 | 455 | 22% | 23% | 1.7x | 1.4x | 0.40 | 0.69 | 49x | 28x | 32% | 153% | 88% |
| Commerce One | B | 10.16 | 227 | $2,306 | 870 | 1,166 | 116% | 34% | 2.7x | 2.0x | (0.02) | 0.22 | NA | 47x | NA | N/A | N/A |
| Digital Insight | SB | 13.75 | 29 | $399 | 103 | 154 | 90% | 50% | 3.9x | 2.6x | (0.33) | 0.30 | N/A | 46x | 60% | NM | 76% |
| i2 | NR | 17.81 | 400 | $7,120 | 1,653 | 2,205 | 51% | 33% | 4.3x | 3.2x | 0.37 | 0.52 | 48x | 34x | 59% | 90% | 69% |
| JDA Software | B | 10.44 | 27 | $277 | 178 | 204 | 3% | 15% | 1.6x | 1.4x | 0.52 | 0.68 | 20x | 15x | 30% | 67% | 51% |
| Manugistics | B | 20.08 | 73 | $1,473 | 537 | 430 | 52% | 28% | 4.4x | 3.4x | 0.19 | N/A | 106x | N/A | 30% | 352% | N/A |
| Oracle | MP | 16.69 | 5,850 | $97,622 | 11,576 | 13,774 | 8% | 19% | 8.4x | 7.1x | 0.44 | 0.55 | 38x | 30x | 30% | 126% | 101% |
| Peregrine | B | 19.81 | 157 | $3,111 | 724 | 1,004 | 54% | 39% | 4.3x | 3.1x | 0.63 | 0.88 | 31x | 22x | 40% | 78% | 56% |
| PeopleSoft | MP | 22.00 | 300 | $6,600 | 1,900 | 2,182 | 12% | 16% | 3.5x | 3.0x | 0.50 | 0.81 | 44x | 27x | 25% | 175% | 108% |
| Remedy | B | 23.50 | 32 | $758 | 396 | 409 | 16% | 22% | 2.3x | 1.9x | 1.42 | 1.89 | 16x | 12x | 30% | 53% | 41% |
| SAP | MP | 36.15 | 1,258 | $45,477 | 6,890 | 7,940 | 10% | 15% | 6.6x | 5.7x | 0.58 | 0.79 | 63x | 46x | 20% | 314% | 229% |
| Siebel | B | 27.25 | 540 | $14,715 | 2,540 | 3,560 | 42% | 40% | 5.8x | 4.1x | 0.69 | 0.03 | 40x | 29x | 50% | 79% | 59% |
| Mean | | | | | | | 44% | 30% | 4.1x | 3.2x | | | 45x | 31x | | 149% | 85% |
| Median | | | | | | | 32% | 25% | 4.1x | 3.1x | | | 42x | 29x | | 111% | 72% |

Source: Company reports, Banc of America Securities LLC estimates.

ITWO Estimates taken from I/B/E/S.

* Banc of America Securities LLC currently maintains a market in ARBA, AZPN, CMRC, DGIN, JDAS, MANU, ORCL, PSFT, PRGN, RMDY, SEBL. Banc of America Securities LLC was manager of a public offering for PRGN in the last three years. Banc of America Securities LLC was co-manager of a public offering for AZPN, DGIN, SEBL in the last three years. Banc of America Securities LLC has performed investment banking or other services for AZPN, RMDY, SEBL in the last three years. A member, allied member or employee of Banc of America Securities LLC is a director or officer of this company.Banc of America Securities LLC acted as exclusive financial advisor to Aspen Technology, Inc., in connection with it acquisition of Petrolsoft Corporation. Banc of America Securities LLC acted as exclusive financial advisor to Aspen Technology, Inc., in connection with it acquisition of ICARUS Corporation. Banc of America Securities LLC was manager or co-manager of a 144A offering for this company. These securities have not been registered under the Securities Act of 1933 and may only be offered or sold to qualified institutional buyers (QIBs) pursuant to SEC Rule 144A or another available exemption. Such information is intended for QIBs only.

### Financial Overview

**Revenues:** Total revenue came in at $2.67 billion, up 9% y/y, inline with the pre-announced numbers. Application license revenue at $249 million (22.6% of total license revenue) was up a

BOA 02712

## Banc of America Securities

disappointing 25% y/y and was $50 million below the pre-announced application license revenue of $300 million. On the other hand, database server license revenue was $823 million, up 6% y/y, $53 million more than the pre-announced database license revenue of $770 million. EPS was $0.10, inline with the pre-announcement. This quarter saw total revenues get impaired by about 4% due to foreign exchange factors.

**Expenses:** The company continues to keep tight control on expenses on all fronts, although as a percentage of revenue all expense items were slightly higher sequentially. On the operational efficiency front, Oracle continues to lead by example by using its own software products to streamline its own business processes. Implementation of the 11isuite is about two-thirds complete and should be fully implemented over the next twelve months or so. Gross margin for services was 54.2%—70bp lower than the record gross margin achieved in the previous quarter. Total headcount, inched up by 3% this quarter, in part due to "lack of natural attrition in view of the economic conditions." As Oracle continues to run a lean shop we expect headcount to reduce in the coming quarters.

**Guidance:** For F4Q01, management guided to a 0% y/y growth in database license revenue, 15%-30% y/y growth in application license revenue and 10% y/y growth in services revenue. This is by and large inline with our previously lowered estimates. EPS guidance at $0.15 was below our previous estimate of $0.18. Citing the lack of visibility management gave only a rough guidance beyond the current quarter. We have adjusted our model accordingly and the changes are detailed in the table below.

◆ **"Dot Bomb" comes home to roost.** The dot coms contributed to an exceptionally strong license revenue growth in F3Q00 in the Americas region. We believe that dot coms contributed about 20% to the $620 million license revenue from Americas for F3Q00 and the company mentioned that in F3Q01 this component was down 66% y/y bringing the Americas license revenue growth to (4%). The dot com contribution was likely the same in F4Q00 and as such will hurt comparisons for the Americas in the coming quarter.

◆ **Focus on rapid application implementation to enable quick ROI for customers.** Oracle is focused on rapid application implementation to allow its customers obtain a quick ROI on their software investment. The company believes that its integrated e-business suite requires no application customization and allows quick implementation. Oracle has promised that its customers can begin selling with Global CRM in 90 days and spend less with its Internet procurement product in 30 days. We believe that in these uncertain economic conditions, the promise of a quick ROI will make Oracle applications more attractive to its customers.

◆ **Oracle 11i e-business seems to be selling well.** Oracle has more than 210 customers live on Oracle 11I creating an attractive set of reference customers. In addition more than 3000 customers are in the process of implementing the 11i e-business suite. In this quarter, several new customers such as Healthsouth, Cisco, Qwest, McGraw Hill, Americredit and Ciena were added.

◆ **Risk to estimates.** The license estimate table below shows the break-up of our growth assumptions by geography. The negative growth for Americas reflects the extension of F3Q01 drop in dot-com revenues (70% drop in 20% of revenue) and a modest (5%) increase for the rest of the 80% of revenue from Americas. The growth of 15% in EMEA and AsiaPAC regions we believe can prove to be aggressive if the US economic slowdown spreads to those regions in the current quarter.

BOA 02713

## Banc of America Securities

Table 4

**ORACLE—LICENSE REVENUE GROWTH RATES BY GEOGRAPHY AND OUR ASSUMPTIONS FOR F4Q01**

| Y/Y growth in license rev. | F1Q01 | F1Q02 | F1Q03 |
|---|---|---|---|
| Americas | 34% | 34% | -4% |
| EMEA | 12% | 3% | 19% |
| APAC | 38% | 37% | 22% |

Components of F4Q01 license revenue estimate ($ million)

| | F4Q00 | y/y growth estimate | F4Q01E |
|---|---|---|---|
| Americas | $1,143 | -9% | $1,044 |
| EMEA | $425 | 15% | $490 |
| APAC | $225 | 15% | $259 |
| | | | $1,793 |

BOA 02714

**Banc of America Securities**

## ORACLE CORPORATION
($ thousands, except per-share data. Fiscal year ends May)

| | Aug-99 1Q00A | Nov-99 2Q00A | Feb-00 3Q00A | May-00 4Q00A | FY2000A | Aug-00 1Q01A | Nov-00 2Q01A | Feb-01 3Q01A | May-01 4Q01E | FY2001E | Aug-01 1Q02E | Nov-01 2Q02E | Feb-02 3Q02E | May-02 4Q02E | FY2002E | Calendar 2000E | Calendar 2001E | Calendar 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues by Product:** | | | | | | | | | | | | | | | | | | |
| Database Server Licenses | 443 | 651 | 778 | 1,228 | 3,100 | 585 | 775 | 823 | 1,228 | 3,411 | 585 | 775 | 950 | 1,500 | 3,810 | 2,366 | 3,411 | 4,014 |
| Programming Tools | 50 | 69 | 66 | 116 | 292 | 31 | 38 | 28 | 28 | 133 | 35 | 35 | 35 | 35 | 140 | 292 | 132 | 140 |
| Applications Licenses | 109 | 168 | 199 | 935 | 1,002 | 150 | 225 | 249 | 550 | 825 | 310 | 315 | 325 | 625 | 1,530 | 1,310 | 1,055 | 1,730 |
| Total Product Licenses | 602 | 887 | 1,043 | 1,792 | 4,315 | 771 | 1,093 | 1,100 | 1,793 | 4,757 | 610 | 1,125 | 1,315 | 2,210 | 5,460 | 2,366 | 4,828 | 5,884 |
| Server & Tools Support Services | 613 | 939 | 981 | 1,061 | 3,574 | 1,077 | 1,064 | 1,078 | 1,150 | 4,349 | 1,130 | 1,230 | 1,260 | 1,360 | 4,850 | 4,163 | 4,598 | 5,322 |
| Application Support Services | 439 | 460 | 398 | 473 | 1,769 | 378 | 497 | 471 | 540 | 1,886 | 450 | 540 | 620 | 630 | 2,190 | 1,745 | 1,745 | 2,388 |
| Total Support, Consulting & Ed. | 1,352 | 1,419 | 1,534 | 1,538 | 5,683 | 1,455 | 1,541 | 1,549 | 1,690 | 6,235 | 1,650 | 1,750 | 1,800 | 1,890 | 7,040 | 5,908 | 6,587 | 7,710 |
| Other | 33 | 25 | 28 | 49 | 132 | 36 | 23 | 24 | 45 | 130 | 45 | 45 | 45 | 45 | 180 | 180 | 158 | 180 |
| Total Service and Other | 1,385 | 1,445 | 1,562 | 1,585 | 5,815 | 1,491 | 1,564 | 1,573 | 1,735 | 6,365 | 1,645 | 1,795 | 1,845 | 1,935 | 7,220 | 6,945 | 6,745 | 7,890 |
| TOTAL REVENUES | 1,985 | 2,322 | 2,449 | 3,374 | 10,130 | 2,262 | 2,660 | 2,673 | 3,528 | 11,122 | 2,455 | 2,920 | 3,160 | 4,145 | 12,680 | 10,745 | 11,576 | 13,774 |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | | | | | | |
| Sales & Marketing | 538 | 631 | 695 | 857 | 2,617 | 573 | 641 | 666 | 673 | 2,700 | 640 | 730 | 820 | 1,030 | 3,220 | 2,651 | 2,946 | 3,480 |
| Cost of Licenses | 757 | 753 | 767 | 725 | 2,943 | 671 | 695 | 769 | 775 | 2,853 | 720 | 788 | 841 | 861 | 3,150 | 2,872 | 2,992 | 3,467 |
| Research & Development | 226 | 248 | 255 | 270 | 1,010 | 251 | 266 | 331 | 340 | 1,158 | 290 | 300 | 330 | 400 | 1,320 | 1,043 | 1,231 | 1,390 |
| General & Administrative | 108 | 113 | 122 | 138 | 481 | 108 | 111 | 121 | 150 | 488 | 110 | 125 | 140 | 160 | 535 | 477 | 506 | 595 |
| Total operating expenses | 1,629 | 1,746 | 1,680 | 1,986 | 7,050 | 1,604 | 1,714 | 1,797 | 2,175 | 7,289 | 1,760 | 1,943 | 2,071 | 2,451 | 8,225 | 6,983 | 7,675 | 6,902 |
| OPERATING INCOME | 346 | 576 | 770 | 1,388 | 3,080 | 658 | 946 | 876 | 1,353 | 3,833 | 695 | 978 | 1,089 | 1,694 | 4,455 | 3,762 | 3,902 | 4,872 |
| Other Income (expense) [1] | 18 | 15 | 8 | 49 | 90 | 118 | 20 | 25 | 22 | 183 | 20 | 20 | 20 | 20 | 80 | 194 | 85 | 80 |
| Income before income taxes [1] | 364 | 592 | 777 | 1,437 | 3,170 | 776 | 966 | 901 | 1,373 | 4,016 | 715 | 998 | 1,109 | 1,714 | 4,535 | 3,956 | 3,987 | 4,952 |
| Provision for income taxes [1] | 33.5% | 35.5% | 36.0% | 35.6% | 35.6% | 35.5% | 35.6% | 35.6% | 35.5% | 35.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 35.1% | 34.5% |
| Provision for income taxes | 127 | 207 | 280 | 511 | 1,125 | 276 | 343 | 321 | 487 | 1,427 | 247 | 344 | 383 | 591 | 1,565 | 1,410 | 1,399 | 1,708 |
| NET INCOME [1] | 237 | 384 | 498 | 926 | 2,045 | 501 | 623 | 580 | 886 | 2,589 | 468 | 653 | 726 | 1,123 | 2,971 | 2,547 | 2,587 | 3,244 |
| Fully Diluted Shares Outstanding | 5,965 | 6,013 | 5,996 | 6,010 | 5,996 | 4,732 | 5,851 | 5,851 | 5,826 | 5,877 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,875 | 5,875 | 5,875 |
| EPS x-one-time charges [1] | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.10 | $0.15 | $0.44 | $0.08 | $0.11 | $0.12 | $0.19 | $0.50 | $0.43 | $0.44 | $0.55 |
| **Growth Y/Y:** | | | | | | | | | | | | | | | | | | |
| Database Server License | 21% | 35% | 36% | 36% | 30% | 32% | 19% | | 65% | 10% | | | | 58% | 5% | 77% | 3% | 15% |
| Programming Tools | 8 | | 12 | 12 | 17 | (34) | (19) | | (65) | 13 | 25 | | | 21 | | | 1 | 18 |
| Applications Licenses | 1 | (5) | (3) | 21 | (1) | 36 | 34 | | (70) | | (55) | | | (13) | | (47) | | 55 |
| Total Product Licenses | 6 | 18 | 26 | 28 | 42 | 28 | 23 | | 10 | 9 | 5 | 9 | | 24 | 21 | 19 | 20 | 35 |
| Server & Tools Support Services | 16 | 14 | 21 | 13 | 21 | 9 | 9 | | 16 | 20 | 5 | 14 | | 17 | 20 | | 15 | 17 |
| Application Support Services | 16 | 8 | (0) | (3) | 3 | (14) | 8 | | 14 | | 19 | 9 | | 17 | | (5) | | 17 |
| Total Support, Consulting & ed. | 16 | 12 | 16 | 7 | 15 | 8 | 8 | | 14 | 12 | 12 | 14 | | 12 | | 14 | | 18 |
| Total Service | 26 | | 51 | 72 | 76 | 59 | 64 | | 64 | | (4) | 5 | | 27 | | 15 | 8 | 23 |
| Operating Income | 21 | | 55 | | | 90 | 64 | | | 54 | 4 | | | | | 76 | 2 | 25 |
| Net Income [1] | | | | | | | | | | | | | | | | 77 | | |
| **Common Size Analysis (% of Sales):** | | | | | | | | | | | | | | | | | | |
| Server Licenses | 22.3 | 28.0 | 31.8 | 36.4 | 30.6 | 25.8 | 29.1 | 30.8 | 34.8 | 30.7 | 23.8 | 26.5 | 30.1 | 36.2 | 30.0 | 31.3 | 29.5 | 29.1 |
| Total Programming Tools | 2.5 | 3.0 | 2.7 | 3.4 | 2.9 | 1.4 | 1.4 | 1.0 | 0.8 | 1.2 | 1.4 | 1.2 | 1.1 | 0.8 | 1.1 | 2.7 | 1.1 | 1.0 |
| Applications Licenses | 5.5 | 7.2 | 8.1 | 27.7 | 9.9 | 6.6 | 8.5 | 9.3 | 15.6 | 10.9 | 7.7 | 10.8 | 10.3 | 15.1 | 12.1 | 12.1 | 9.1 | 12.6 |
| Total License Fees | 30.3 | 38.2 | 42.6 | 53.1 | 42.6 | 34.1 | 41.1 | 41.2 | 50.8 | 42.8 | 24.9 | 38.5 | 41.6 | 53.3 | 43.1 | 43.5 | 41.7 | 42.7 |
| Server & Tools Support Services | 44.0 | 40.4 | 40.0 | 31.4 | 38.6 | 38.4 | 40.0 | 40.3 | 32.6 | 39.1 | 46.0 | 42.1 | 39.9 | 32.8 | 38.5 | 38.7 | 39.7 | 38.6 |
| Application Support Services | 22.1 | 19.8 | 16.2 | 14.0 | 17.5 | 16.7 | 18.7 | 17.6 | 15.3 | 17.0 | 18.3 | 18.5 | 19.6 | 15.2 | 17.2 | 16.2 | 15.1 | 17.3 |
| Total Support, Consulting & Ed. | 68.1 | 61.7 | 63.5 | 45.3 | 56.1 | 65.4 | 58.0 | 58.0 | 47.9 | 57.2 | 67.2 | 61.5 | 57.0 | 45.6 | 56.0 | 55.0 | 56.9 | 56.0 |
| TOTAL REVENUES | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | | | | | | |
| Sales & Marketing | 27.1 | 27.2 | 24.3 | 25.3 | 25.8 | 25.3 | 24.1 | 24.9 | 25.8 | 25.1 | 26.1 | 25.0 | 25.3 | 25.3 | 25.3 | 24.7 | 24.6 | 25.3 |
| Cost of Services | 36.0 | 32.5 | 31.3 | 47.3 | 51.8 | 46.3 | 45.1 | 45.8 | 45.9 | 45.8 | 45.0 | 45.0 | 44.5 | 44.5 | 44.6 | 44.7 | 45.4 | 45.0 |
| Services Gross Margin | 46.0 | 44.5 | 46.7 | 44.7 | 45.7 | 53.7 | 54.0 | 55.8 | 51.2 | 54.2 | 55.8 | 55.0 | 55.5 | 55.5 | 55.0 | 53.6 | 52.0 | 55.0 |
| Research & Development | 11.0 | 10.6 | 10.3 | 9.4 | 10.3 | 11.1 | 10.0 | 11.2 | 9.6 | 10.4 | 11.8 | 10.3 | 10.4 | 9.7 | 10.4 | 9.7 | 10.6 | 10.0 |
| General & Administrative | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 4.8 | 4.2 | 4.5 | 4.2 | 4.4 | 4.5 | 4.3 | 4.4 | 3.9 | 4.2 | 4.4 | 4.4 | 4.2 |
| Total operating expenses | 82.0 | 75.2 | 68.6 | 58.9 | 69.6 | 70.9 | 64.4 | 67.2 | 61.7 | 65.5 | 71.7 | 66.5 | 65.5 | 59.1 | 64.9 | 65.0 | 66.3 | 50.1 |
| OPERATING INCOME | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 29.1 | 35.6 | 32.8 | 38.4 | 34.5 | 28.3 | 33.5 | 34.5 | 40.9 | 35.1 | 35.0 | 33.7 | 35.4 |
| NET INCOME [1] | 11.9 | 16.6 | 20.3 | 27.4 | 20.2 | 22.1 | 23.4 | 21.7 | 25.1 | 23.3 | 19.1 | 22.4 | 23.0 | 27.1 | 23.4 | 23.7 | 22.4 | 23.5 |

Source: Banc of America Securities estimates, company information

Source: Company reports, Banc of America Securities LLC estimates.

BOA 02715

## Banc of America Securities

**BAS (United States)**
**Banc of America Securities LLC**
600 Montgomery Street
San Francisco, California 94111
Tel Contact : 415-627-2000

9 West 57th Street
New York, New York 10019
Tel. Contact : 212-583-8000

100 North Tryon Street
Charlotte, North Carolina 28225
Tel. Contact : 888-279-3457
*Member NYSE, NASD and SIPC

**BAIL (United Kingdom)**
**Bank of America International Limited**
1 Alie Street
London E1 8DE, England
Tel Contact: +44 207 634 4000

**BAAL (Hong Kong)**
**BA Asia Limited**
Bank of America Tower
2nd Floor, Hong Kong
Tel Contact: 852-2847-6175

This report is issued in the US by Banc of America Securities LLC; in Europe by Bank of America International Limited; and in Asia by BA Asia Limited (which companies are collectively referred to as "Banc of America Securities").

This report has been prepared by Banc of America Securities as part of its research activity and not in connection with any proposed offering of securities or as agent of the issuer of any securities. This report has been prepared independently of any issuer of securities mentioned herein. Neither Banc of America Securities nor its analysts have any authority whatsoever to make representation or warranty on behalf of the issuer(s). The opinions are entirely those of their authors. This report is provided to you for your information purposes and is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any decision to purchase or subscribe for securities in any offering must be made solely on the information in the prospectus or other document issued in connection with such offering.

The information contained in this report has been obtained from sources believed to be reliable but is not necessarily complete and its accuracy cannot be guaranteed. Accordingly, no representation or warranty, express or implied, is made as to fairness, accuracy, completeness or correctness of the information and opinions contained herein. The views and other information provided are current as of the date of this report and are subject to change without notice. In particular, any projections or forecasts mentioned are, unless otherwise stated, those of the author and do not represent the views of the issuer or any other person. This report does not constitute or contain investment advice. This report has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient.

Bank of America Corporation, its affiliates and their respective officers, directors, partners and employees, including persons involved in the preparation or issuance of this document, may from time to time maintain a long or short position in, or purchase or sell a position in, hold or act as market-makers or advisors, brokers or commercial and/or investment bankers in relation to the securities (or related securities, financial products, options, warrants, rights or derivatives), of persons mentioned in this report or be represented on the board of such persons. Neither Bank of America Corporation nor any officer or employee of Bank of America Corporation or any subsidiary or affiliate thereof accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or its contents.

Investments in general and derivatives (i.e. options, futures, warrants and contracts for differences) in particular involve numerous risks, among others, market risk, counterparty default risk and liquidity risk. You can lose your entire investment and incur an unlimited loss. Derivatives and options are not suitable investments for all investors. Foreign currency denominated securities are subject to fluctuation in exchange rates that could have an adverse effect on the value, price or income derived from such investment. In addition, investors in securities such as American Depository Receipts (ADRs), the values of which are influenced by foreign currencies, effectively assume currency risk. It may be difficult to sell an investment and to obtain reliable information about its value or the risks to which it is exposed. Past performance of securities, loans or other financial instruments is not indicative of future performance.

To US Customers: Banc of America Securities LLC has accepted responsibility for the distribution of this report in the United States under applicable requirements. Any transactions by US persons in any security discussed herein must be carried out through Banc of America Securities LLC. Securities mentioned herein are not FDIC insured; may lose value; and are not subject to any bank guarantee. The securities described herein may not have been registered under the Securities Act of 1933, and in such case, may not be offered or sold in the United States or to US persons unless they are being sold in compliance with an exemption from the registration requirements of such Act.

To UK Customers: This document has been approved for distribution in the UK by Bank of America International Limited, which is regulated by the Securities and Futures Authority (including any successor body) for the conduct of investment business in the UK. Prices, values or income ascribed to investments in this report may fall against your interests. The investments may not be suitable for you and if in any doubt you should seek advice from an investment advisor. Changes in rates of exchange may have an adverse effect on the value, price or income from an investment. Levels and basis for taxation may change. The protection provided by the UK regulatory regime, including the Investors Compensation Scheme, do not generally apply to business coordinated by Banc of America Securities from an office outside the United Kingdom.

To Canadian Customers: The contents of this report are intended solely for the use of, and may only be issued or passed on to, persons to whom Banc of America Securities LLC ("BAS") is entitled to distribute this report under applicable Canadian securities laws. In the province of Ontario, any person wishing to effect a transaction should do so with BAS which is registered as an International Dealer. With few exceptions, BAS may only effect transactions in Ontario with designated institutions in foreign securities as such terms are defined in the Securities Act ( Ontario).

To Hong Kong Customers: Any Hong Kong person wishing to effect a transaction in any securities discussed in this report should contact BA Asia Limited.

To Customers in Other Countries: This report, and the securities discussed herein, may not be eligible for distribution or sale in all countries or to certain categories of investors. Generally, this report may only be distributed to professional and institutional investors.

Copyright protection exists in this report and it may not be reproduced, distributed by any person for any purpose. Please cite source when quoting. All rights reserved. Further information on any security or financial instrument mentioned herein is available on request.

| NOT FDIC-INSURED | May lose value |
| | No bank guarantee |

*Bob Austrian (415) 913-5424*

BOA 02716

# EXHIBIT 114



**ORACLE**®  Oracle Announces Preliminary Third Quarter Earnings Results
http://www.oracle.com/corporate/press/619431.html

## Oracle Press Release

Contact(s):
Stephanie Aas
Oracle Corp.
(650) 506 7000
investor_us@oracle.com

### Oracle Announces Preliminary Third Quarter Earnings Results
Oracle Earnings per share expected to be $0.10

REDWOOD SHORES, Calif., Mar. 1, 2001 - (http://www.oracle.com/tellmemore/?619431)
Today, Oracle Corporation announced estimated earnings for its fiscal third quarter ended
February 28, 2001, based upon preliminary financial results for the quarter. Preliminary third
quarter results indicate earnings per share grew over 20% to $0.10 per share, up from $0.08 per
share in Q3 last year (excluding investment gains). Operating margins improved to 33%, up from
31% in Q3 last year.

Current estimates for the quarter, including a 4% negative currency impact, show license revenue
grew approximately 6% and total revenue grew approximately 9%. Applications revenue growth
is estimated at approximately 50%, and database revenue growth is estimated to be flat to slightly
negative.

"License growth was strong in the first two months of Q3, and our internal sales forecast looked
good up until the last few days of the quarter," said Oracle CEO Larry Ellison. "However, a
substantial number of our customers decided to delay their IT spending based on the economic
slowdown in the United States. Sales growth for Oracle products in Europe and Asia Pacific
remained strong. The problem is the US economy."

"Oracle will provide more detailed fourth quarter financial guidance on the regularly scheduled
conference call on March 15, 2001," said Oracle CFO Jeffrey O. Henley. "With continued
uncertainty in the economy, we can't predict when sales growth will improve. However, we can
predict that Oracle will continue to use our e-business suite software to move all our business
processes to the Internet. That in turn will allow us to continue to improve efficiency and keep
our overall expenses under tight control. These productivity improvements should allow us to

Kuehmichel
Exhibit
13
6/10/2005
2 pgs

continue to deliver year-over-year earnings growth, albeit at a lower rate than previously expected due to lower revenue growth." More information on the company's quarterly performance will be communicated in a conference call at 2:30 (PST), dial-in number at (913) 981-5591. There will be a live web broadcast available on the investor relations web site at www.oracle.com/investor. Oracle's regularly scheduled quarterly earnings conference call will take place on March 15, 2001.

Oracle Corporation is the world's second largest software company. With annual sales of more than $10 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: . (1) A weakening of economic factors, particularly in the United States economy, may affect the overall demand for computer software and services which could result in decreased revenue or lower revenue growth rates. (2) Delays in closing of sales or product delivery can mean quarterly revenues and income to fall significantly short of anticipated levels. (3) Oracle is introducing new products, such as Internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as tailoring its customers in funding exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured. (4) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, separately on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (5) Oracle has made changes to its pricing model which could lead to a decline or delay in sales at its sales force and customers adjust to the new pricing policies and practices. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing product that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/

###

Trademarks
Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.

Copyright © 2001 Oracle Corporation. All Rights Reserved.

Contact Us | Legal Notices and Terms of Use | Privacy Statement