# EXHIBIT 125



**NDCA-ORCL-440760.xls Properties**

General | Summary | Statistics | Contents | Custom

Created:    Tuesday, November 02, 1999 4:37:29 PM
Modified:   Saturday, June 22, 2002 11:11:48 AM
Accessed:   Saturday, September 08, 2007 3:41:54 PM
Printed:    Tuesday, December 05, 2000 2:04:56 PM

Last saved by:    Jennifer Minton
Revision number:
Total editing time:

OK    Cancel

## TOTAL COMPANY - Q2 FY01 FORECAST
### $ in Thousands at Actual Rates

ORACLE

| | Q2 FV00 Actuals | Q2 FY01 Forecast — Forecast | Upside | Potential | Q2 Forecast vs PY % | Q2 Potential Growth % | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 886,783 | $ 1,035,464 | $ 50,576 | 1,086,070 | 17% | 22.47% | $ 1,501,998 | 1,620,571 | 50,576 | $ 1,871,147 | 25% |
| Consulting | 578,651 | 540,942 | 1,800 | 542,742 | -7% | -6% | 1,155,132 | 1,067,733 | 1,800 | 1,069,533 | -7% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% | 1,387,656 | 1,698,777 | 11,740 | 1,710,517 | 23% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -7% | 249,721 | 1,225,184 | 1,100 | 228,284 | -9% |
| Other | 2,773 | 7,684 | | 7,684 | 177% | 177% | 10,497 | 16,322 | | 16,322 | 61% |
| Other Non-Distribution | 483 | (485) | | (485) | -204% | -204% | 1,397 | | | | -100% |
| **Total Revenues** | $ 2,321,883 | $ 2,567,313 | 65,216 | 2,632,529 | 11% | 13% | $ 4,306,450 | $ 4,829,188 | 65,216 | $ 4,694,464 | 14% |
| **Expenses** | | | | | | | | | | | |
| License | 489,296 | 479,666 | (573) | 479,125 | 2% | 2% | 883,827 | 803,763 | (573) | 803,180 | 0% |
| Consulting | 436,448 | 423,207 | (2,000) | 421,207 | 7% | 2% | 896,933 | 830,000 | (2,000) | 828,000 | 8% |
| Support | 191,358 | 159,976 | (1,780) | 158,196 | 16% | 17% | 397,838 | 314,953 | (1,780) | 313,173 | 15% |
| Education | 81,399 | 71,570 | | 71,570 | 12% | 12% | 161,352 | 142,895 | | 142,895 | 11% |
| Other | 12,918 | 18,725 | | 18,725 | -45% | -45% | 26,193 | 32,331 | | 32,331 | -23% |
| Marketing | 82,501 | 111,279 | (7,000) | 104,279 | -35% | -26% | 161,628 | 203,345 | (7,000) | 196,345 | -21% |
| Global Alliances | 9,375 | 8,668 | | 8,668 | 8% | 8% | 22,434 | 23,288 | | 23,288 | |
| G&A | 65,518 | 77,887 | | 77,887 | 9% | 9% | 172,157 | 151,210 | | 151,210 | 12% |
| Development & IT | 271,365 | 287,777 | (3,000) | 284,777 | -6% | -5% | 532,834 | 552,782 | (3,000) | 549,782 | -3% |
| Information Technology | 64,585 | 70,961 | | 70,961 | -10% | -10% | 125,126 | 139,253 | | 139,253 | |
| Corporate | 17,511 | 27,744 | | 27,744 | -58% | -58% | 27,444 | 48,085 | | 48,085 | -75% |
| Corporate Accruals | (15,301) | (3,848) | (25,000) | (28,848) | nm | -86% | (39,726) | (12,330) | (25,000) | (37,330) | 6% |
| **Total Operating Expenses** | $ 1,728,972 | $ 1,739,643 | (39,353) | 1,700,290 | -1% | 2% | $ 3,348,041 | $ 3,318,567 | (39,353) | $ 3,279,214 | 2% |
| **Operating Income** | 594,911 | 827,670 | 104,569 | 932,239 | 39% | 57% | 958,359 | 1,510,621 | 104,569 | 1,616,180 | 69% |
| **Operating Margin %** | 26% | 32% | | 35% | 38% | 57% | 22% | 31% | | 33% | 33% |
| Other (Income)/Expense | (1,688) | (15,646) | | (15,646) | nm | 827% | (5,784) | (93,506) | | (93,506) | 1514% |
| Investment (Gains)/Minority Loss (1) | 5,063 | 11,587 | 5,266 | 16,853 | | | 6,428 | (3,846) | | (3,846) | 146% |
| **Pre-Tax Income** | 591,515 | 831,729 | 99,303 | 931,033 | 41% | 57% | 955,724 | 1,607,973 | 104,569 | 1,712,542 | 79% |
| **Pre-Tax Margin %** | 25% | 32% | | nm | 35% | 35% | 22% | 35% | | 35% | 35% |
| Tax Rate | 35.0% | 35.0% | 35.5% | | -7% | -6% | 35.0% | 35.5% | 35.5% | | 35.5% |
| Tax Provision | 207,030 | 295,264 | 35,253 | 330,517 | -43% | -60% | 334,504 | 570,030 | 37,122 | 607,852 | |
| **Net Income** | 384,485 | 536,495 | 64,051 | 600,516 | 40% | 56% | 621,221 | 1,037,142 | 67,447 | 1,104,690 | 78% |
| Weighted Average Shares | 6,012,600 | 5,874,160 | 5,874,180 | 5,873,874 | -2% | -2% | 5,988,702 | 5,930,335 | 5,930,335 | 5,930,335 | |
| **Earnings Per Share** | 6.4¢ | 9.1¢ | 1.1¢ | 10.22¢ | 43% | 60% | 10.4¢ | 17.5¢ | 1.1¢ | 18.6¢ | |
| Market Expectation | | 9.1¢ | | 10.AA¢ | | | | | | | |

**Memo:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 578,651 | 540,942 | 1,800 | 542,742 | -7% | -6% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -7% |
| Other | 2,773 | 7,684 | | 7,684 | 177% | 177% |
| **Total Services Revenues** | $ 1,434,632 | $ 1,532,304 | 14,640 | 1,546,944 | 7% | 8% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 440761