COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION |
| | DATE:     January 9, 2009<br>TIME:     9:00 a.m.<br>CTRM:   The Honorable Susan Illston |

I, DOUGLAS R BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration to set forth facts sufficient to support a finding that the materials and documents cited in Plaintiffs' Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information ("Plaintiffs' Summary Judgment Motion") and attached to the Appendix in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Inside Information are what they are described to be. Fed. R. Evid. 901.

3. All documents cited in Plaintiffs' Summary Judgment Motion bearing Bates numbers with the prefix NDCA-ORCL, are documents produced by Oracle Corporation ("Oracle") in this action pursuant to March 10, 2005 Order re Discovery Plan (Dkt. No. 246), and related orders of the Court concerning discovery. These documents are presumed authentic. *See Orr v. Bank of America*, 285 F.3d 764, 777 (9th Cir. 2002) (documents produced in discovery satisfy authentication requirement of Fed. R. Evid. 901).

4. Oracle has admitted that all of the documents produced by Oracle in this action are true and correct copies of documents in its files. *See* Exhibit 1, Defendants' Responses and Objections to Plaintiffs' Second Set of Request for Admissions.

5. All documents cited in Plaintiffs' Summary Judgment Motion bearing Bates numbers with the prefix "ORCL" or "CA-ORCL" are also authentic. The parties to the action entitled *Akher Derivatively on behalf of Oracle Corporation*, Superior Court Case No. 417511 (the "Derivative Litigation"), including the defendants in this action, submitted certain documents to the Superior Court of the State of California in support of and in opposition to defendants' motion for summary judgment. In that case, Oracle submitted a Stipulation Admitting Authenticity of Certain Documents Relied upon in Support of and in Opposition to Summary Judgment. Exhibit 2 attached hereto. That stipulation admitted that documents produced by defendants in that litigation and used by the parties

in connection with that motion, which bore Bates numbers with the prefix "ORCL" and "CA-ORCL", are authentic pursuant to California Evidence Code §1414. Many of the documents that were submitted in that case are the same documents that defendants produced in this case and bear Bates numbers with the prefix "CA-ORCL" in addition to the prefix "NDCA-ORCL."

6. Certain additional documents cited in Plaintiffs' Summary Judgment Motion are also self-authenticating publications, *i.e.*, newspaper or other periodicals. *See* Fed. R. Evid. 902(5)-(6). True and correct copies of those documents include the following:

| Exhibit | Description |
|---|---|
| Ex. 7 | Oracle Corporation analyst report, Salomon Smith Barney, G. Teagarden, January 10, 2001. |
| Ex. 12 | Book: "SOFTWAR: An Intimate Portrait of Larry Ellison and Oracle" by Matthew Symonds. |
| Ex. 22 | Ellison Deposition Ex. 14, "Softwar, The Rewards of Recklessness: A Portrait of Larry Ellison and Oracle Corporation at War," NDCA-ORCL 1053564-1053577. |
| Ex. 23 | Article from The Federal Reserve Board, "Open Market Operations," www.federalreserve.gov., dated May 22, 2007. |
| Ex. 24 | Article from The Federal Reserve Board, "Minutes of the Federal Open Market Committee, January 20-31 2001," www.federalreserve.gov., dated July 26, 2007. |
| Ex. 25 | Article from The Federal Reserve Board, "Minutes of the Federal Open Market Committee, February 1-2, 2000," www.federalreserve.gov., dated July 26, 2007. |
| Ex. 26 | Article from The Federal Reserve Board, "Minutes of the Federal Open Market Committee, December 19, 2000," www.federalreserve.gov., dated July 26, 2007. |
| Ex. 32 | Plaintiff's Ex. 17, Bloomberg News, Headline: "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," February 9, 2001. |
| Ex. 49 | Oracle Corporation analyst report, First Union Securities, Inc., Chip Whittman, October 10, 2000. |
| Ex. 50 | Oracle Corporation analyst report, Salomon Smith Barney, Gretchen Teagarden, November 6, 2000. |
| Ex. 51 | Ellison Deposition Ex. 156. Andy Serwer, et al., "The Next Richest Man in the World," *Fortune*, November 13, 2000. |
| Ex. 93 | Wall Street Journal, "Sun Microsystems Profit Climbs by 19%, dated January 19, 2001. |
| Ex. 113 | Banc of America Securities Analyst Report, dated March 13, 2001. |
| Ex. 117 | "Oracle Stocks tumble in heavy trading after warning," *Reuters*, March 2, 2001. |

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON  - C-01-0988-SI

- 2 -

| Exhibit | Description |
|---|---|
| Ex. 118 | Lee Owens & Don Clark, "Oracle Issues Profit Warning as Sales Slow," *The Wall Street Journal*, March 2, 2001. |

7. Deposition transcripts and excerpts thereof which are cited in the Summary Judgment Motion and attached to the Appendix are properly authenticated as they include the reporter's certification and the cover page of the depositions. *See* Fed. R. Civ. P. 80. True and correct copies of those documents include the following:

| Exhibit | Description |
|---|---|
| Ex. A | Deposition Transcript of Jennifer Minton, Apr. 21, 2005, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. B | Confidential Deposition of Jennifer Minton, July 7, 2006, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. C | Deposition of Lawrence J. Ellison, Feb. 27, 2004, Vol. II, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. D | Confidential Videotaped Deposition of Lawrence Ellison, Sept. 21, 2006, Vol. II, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. E | Deposition of John J. Nugent, May, 19, 2004, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. F | Deposition of Lawrence J. Ellison, Feb. 26, 2004, Vol. I, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. G | Deposition of Lawrence Ellison, July 13, 2006, Vol. I, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. H | Videotaped Deposition of Jay Nussbaum, Mar. 23, 2004, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. I | Confidential Deposition of Lawrence Ellison, Mar. 30, 2007, Vol. III, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. J | Confidential Videotaped Deposition of John Duross O'Bryan, Jul. 12, 2007, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. K | Confidential Deposition of Jeffrey Henley, Nov. 16, 2006, Vol. II, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. L | Confidential Videotaped Deposition of Edward J. Sanderson, Jr., Jul. 25, 2006, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. M | Confidential Videotaped Deposition of Jennifer Minton, Sept. 25, 2006, Vol. 2, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |

| Exhibit | Description |
| --- | --- |
| Ex. N | Deposition of Jeffrey O. Henley, Mar. 2, 2004, Vol. I, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. O | Deposition of Roberta Ronsse, Apr. 20, 2004, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. P | Confidential Videotaped Deposition of Sarah Kopp, June 14, 2006, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. Q | Videotaped Deposition of Robert Green, Oct. 18, 2005, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. R | Confidential Deposition of Kelly A. Wood, Oct. 7, 2005, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. S | Confidential Deposition of Phillip B. Simon, Mar. 16, 2004, Vol. I, *In re Oracle Corp. Derivative Litig.*, No. 18751, Judicial Council Coordination Proceeding 4180 (Cal. Superior Ct. San Mateo; Del. Chancery Ct. New Castle Cty.). |
| Ex. T | Confidential Deposition of Phillip B. Simon, Sept. 6, 2006, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. U | Videotaped Deposition of Matthew Symonds, March 19, 2007, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. V | Videotaped Deposition of Matthew Symonds, March 20, 2007, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. W | Confidential Deposition of Edward J. Sanderson, Jr., July 26, 2006, *In re Oracle Corp. Sec. Litig.*, No. C-01-0988-MJJ (N.D. Cal.). |
| Ex. 3 | Declaration of Custodian of Business Records, Charles J. Glasser, Jr., dated February 22, 2007. |

8.   The documents cited in Plaintiffs' Summary Judgment Motion and bearing Bates numbers with the prefixes "NDCA-ORCL," "CA-ORCL," or "ORCL" are true and correct copies of the following documents as produced by defendants in this action or as filed by the parties in the Derivative Litigation:

| Exhibit | Description |
| --- | --- |
| Ex. 1 | Oracle Corporation Conference Call Report, Moderator: Stephanie Aas, December 14, 2000; NDCA-ORCL 03215-03247. |
| Ex. 2 | Oracle Corporation Conference Call Report, Moderator: Stephanie Aas, March 14, 2000; NDCA-ORCL 005608-005643. |
| Ex. 4 | Oracle Corporation analyst report, Deutsche Banc Alex. Brown Inc., James A. Moore, February 9, 2001, NDCA-ORCL 091536-091538. |
| Ex. 5 | Oracle Corporation analyst report First Union Securities, Inc., February 8, 2001, NDCA-ORCL 091531-091533. |

| Exhibit | Description |
|---|---|
| Ex. 6 | Article entitled, "The TSC Streetside Chat: Oracle's Executive Vice President Sandy Sanderson, Jr." by Joe Bousquin, January 20, 2001, NDCA-ORCL 141672-141678. |
| Ex. 8 | Exhibit 52 to the Deposition of Jeffery Henley dated November 16, 2006, "Highlights of AppsWorld Conference," February 21, 2001. |
| Ex. 9 | E-mail dated February 26, 2001, from Stephanie Aas to Dan Cooperman and forwarded to Alan Clark, subject: Financial analyst coverage of AppsWorld, NDCA-ORCL 069388-069391. |
| Ex. 10 | Oracle Corporation analyst report, CIBC World Markets Corp., M. Eisenstat, February 23, 2001, NDCA-ORCL 091429-091431. |
| Ex. 11 | Oracle Corporation analyst report, First Union Securities, Inc., Chip Whittman, February 20, 2001, NDCA-ORCL 091447-091449. |
| Ex. 13 | E-mail from Ivgen Guner to Mark Barrenechea and cc: Jennifer Minton, dated January 8, 2002, subject: "Re: Thanks for taking my call: The Daily Business Close," NDCA-ORCL 132078-132080. |
| Ex. 14 | NDCA-ORCL 609540-609542, "Ease And/Or Difficulty of Forecasting." |
| Ex. 17 | Exhibit 110 from Larry Ellison's September 21, 2006 Deposition, NDCA-ORCL 203681-203683. |
| Ex. 18 | Akhter, et al. v. Ellison and Oracle Corp., No. 417511 (Superior Ct. San Mateo June 9, 2005), Individual Defendant Lawrence J. Ellison's Compendium of Exhibits in Support of Motion for Summary Judgment. |
| Ex. 19 | Minton Deposition Ex. FR 2, ORCL 0122080-0122090. |
| Ex. 20 | Oracle: Quarterly Financial Reference Book, NDCA-ORCL 1914003-1914136. |
| Ex. 21 | E-mail from David Winton to George Roberts, dated December 7, 2000, subject: First Q3 Forecast-Thinking, NDCA-ORCL 096150-096151. |
| Ex. 27 | Henley Deposition Ex. 7, NDCA-ORCL 03418. |
| Ex. 28 | Form 4 of Jeffrey Henley, NDCA-ORCL 04109. |
| Ex. 30 | Ellison Deposition Ex. 112, NDCA-ORCL 040617. |
| Ex. 31 | Roberts Deposition Ex. 27, "North America Sales, General Business Managers Meeting, Dallas, TX," John Nugent, SVP, April 21, 2001, NDCA-ORCL 179335-179360. |
| Ex. 33 | Ellison Deposition Ex. 34, NDCA-ORCL 039324-039328. |
| Ex. 34 | E-mail from Joel Summers to Ron Wohl dated November 8, 2000, NDCA-ORCL 018733-018736. |
| Ex. 35 | E-mail to Lawrence Ellison from John Bourke dated December 15, 2000, subject: Frustration, NDCA-ORCL 028798-028799. |
| Ex. 36 | Ellison Deposition Ex. 36, NDCA-ORCL 012414. |
| Ex. 37 | November 2000 NAS Dialogs, E-Business Suite Summary Actions, NDCA-ORCL 153364-153369. |
| Ex. 38 | 11i Live Customer References as of 6/18/2001, NDCA-ORCL 442698-442699. |

| Exhibit | Description |
|---|---|
| Ex. 39 | Fitzpatrick Deposition Ex. 14, NDCA-ORCL 617112-617114. |
| Ex. 40 | Hamel Deposition Ex. 9, NDCA-ORCL 063432-063434. |
| Ex. 41 | Ellison Deposition Ex. 32, NDCA-ORCL 013401-013402. |
| Ex. 42 | Ellison Deposition Ex. 62, NDCA-ORCL 618418-618421. |
| Ex. 43 | Deposition Ex. 77, NDCA-0RCL 061369-061373. |
| Ex. 44 | Deposition Ex. 82, NDCA-ORCL 061297-061298. |
| Ex. 45 | Ellison Deposition Ex. 77, NDCA-ORCL 162213-162216. |
| Ex. 46 | Ellison Deposition Ex. 80, NDCA-0RCL 062223-062224. |
| Ex. 47 | "How We Saved A Billion Dollars," by Larry Ellison, NDCA-ORCL 01575-015764. |
| Ex. 48 | Oracle Corporation analyst report, Thomas Weisel Partners LLC, Robert Schwartz, December 15, 2001, NDCA-ORCL 420617-420619. |
| Ex. 52 | E-mail from Safra A. Catz to Thomas Williams, dated November 30, 2000, subject: HP Situation, NDCA-0RCL 025018-025019. |
| Ex. 53 | E-mail from Michael Decesare to Edward Sanderson, dated November 9, 2000, subject: HP Q2 Execution Plan Update for November 10, Thursday, NDCA-ORCL 055957-055962. |
| Ex. 54 | Decesare Deposition Ex. 3, NDCA-ORCL 020844-020849. |
| Ex. 55 | E-mail from Karen Montague to Sean Hickey et al., dated July 12, 2001, subject: CRM Licenses, HP 00019-00021. |
| Ex. 56 | Letter Agreement between Oracle and Hewlett-Packard Company on November 30, 2000, NDCA-ORCL 020839-020843. |
| Ex. 57 | Oracle Board of Directors Meeting, January 8, 2001, NDCA-ORCL 044428-044505. |
| Ex. 58 | Oracle Corporation analyst report, Salomon Smith Barney, Gretchen Teagarden, December 15, 2000, NDCA-ORCL 308931-308934. |
| Ex. 59 | Oracle Corporation analyst report, Goldman Sachs, Rick G. Sherlund, December 27, 2002, NDCA-ORCL 308884-308885. |
| Ex. 60 | Oracle Corporation analyst report, Merrill Lynch, Christopher C. Shilakes, December 15, 2000, NDCA-ORCL 308890-308893. |
| Ex. 61 | Oracle Corporation analyst report, Deutsche Banc Alex. Brown, James A. Moore, December 15, 2000, NDCA-ORCL 420587-420589. |
| Ex. 62 | Upside Report of December 1, 2000, NDCA-ORCL 440830, 440832 (with metadata). |
| Ex. 63 | Bad Debt Analysis, NDCA-ORCL 1610858-59; NDCA-ORCL1610987. |
| Ex. 65 | License Revenue Forecast Accuracy, NDCA-ORCL 151956-151962. |
| Ex. 66 | E-mail from Jay Nussbaum to Ronald Police dated December 4, 2000, subject: First Q3 Forecast Data, NDCA-ORCL 153946. |

| Exhibit | Description |
|---|---|
| Ex. 67 | Ellison Deposition Ex. 115, E-mail from Larry Garnick to Larry Ellison, dated January 17, 2001, subject: December FY01 Revenue Results., NDCA-ORCL 00540-00543. |
| Ex. 68 | Henley Deposition Ex. 15, NDCA-ORCL 610120-610134. |
| Ex. 69 | Minton Deposition Ex. 22A, NDCA-ORCL 440076-440092. |
| Ex. 70 | Minton Deposition Ex. 24A, NDCA-ORCL 440093-440109. |
| Ex. 71 | Minton Deposition Ex. 42, NDCA-ORCL 03427. |
| Ex. 72 | Catz Deposition Ex. 231, NDCA-ORCL 609288-609289. |
| Ex. 74 | NDCA-ORCL 293930-293945. |
| Ex. 75 | Oracle Service Industries Forecast Q2FY01, NDCA-ORCL 090539-090542. |
| Ex. 76 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 084736-084737. |
| Ex. 77 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 222171-222178. |
| Ex. 78 | E-mail from Cliff Godwin to Ron Whol, dated January 14, 2001, subject: Bellsouth ADSL – Performance Issues, NDCA-ORCL 058347-058349. |
| Ex. 79 | ORACLE USA Q3-FY01, Top 20 License Contracts Revenue Recognition Review, NDCA-ORCL 621807-621809. |
| Ex. 80 | Catz Deposition Ex. 230, NDCA-ORCL 609283-609284. |
| Ex. 81 | NDCA-ORCL 252256-252264. |
| Ex. 82 | MCI Past Due Renewal, NDCA-ORCL 156553-156562. |
| Ex. 83 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 410658-410659. |
| Ex. 84 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 093219-093220. |
| Ex. 85 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 349358-349359. |
| Ex. 86 | OSI Forecast Summary Report by Product Category, NDCA-ORCL 349354-349355. |
| Ex. 87 | E-mail from Sarah Kopp to Jennifer Minton, subject: OS1 Projections, dated February 14, 2001, NDCA-ORCL 081828-081829. |
| Ex. 88 | P. Simon Deposition Ex. 23, NDCA-ORCL 300598-300628. |
| Ex. 89 | Minton Deposition Ex. 25A, NDCA-ORCL 440110-440126. |
| Ex. 90 | Minton Deposition Ex. 26A, NDCA-ORCL 440127-440143. |
| Ex. 91 | Minton Deposition Ex. 27A, NDCA-ORCL 440144-440160. |
| Ex. 92 | Q3 FY01 Week 6, January 15, 2001, NDCA-ORCL 099009-099014. |
| Ex. 94 | P. Simon Deposition Ex. 9, NDCA-ORCL 042804. |
| Ex. 95 | P. Simon Deposition Ex. 6, NDCA-ORCL 294187-294189. |

| Exhibit | Description |
|---|---|
| Ex. 96 | P. Simon Deposition Ex. 11, NDCA-ORCL 294194-294195. |
| Ex. 97 | P. Simon Deposition Ex. 19, NDCA-ORCL 060974. |
| Ex. 98 | P. Simon Deposition Ex. 22, NDCA-ORCL 294193. |
| Ex. 99 | P. Simon Deposition Ex. 47, NDCA-ORCL 300655-300658. |
| Ex. 100 | P. Simon Deposition Ex. 128, NDCA-ORCL 005601. |
| Ex. 101 | Ellison Deposition Ex. 130, NDCA-ORCL 609915-609938. |
| Ex. 102 | Ellison Deposition Ex. 106, NDCA-ORCL 609764-609780. |
| Ex. 103 | Ellison Deposition Ex. 165. |
| Ex. 104 | Conference Call Report, Moderator Stephanie Aas, March 1, 2001, NDCA-ORCL 092600-092616. |
| Ex. 105 | Press Release: "Oracle Net Income up 16% Earnings Per Share $0.10 Applications Sales up 25%, Database Sales Up 6%," NDCA-ORCL 038232-038233. |
| Ex. 106 | Account Statement, Morgan Stanley Dean Witter online, MORSTAN 0096-0103. |
| Ex. 107.1 | Account Statement, Baird/A Northwestern Mutual Company, BAIRD 0013-0015. |
| Ex. 107.2 | Thill Deposition Ex. 4, E-mail dated May 22, 2000, from Stephanie Aas to Jennifer Glass, subject: Quiet Period Policy, NDCA-ORCL 032690-032693. |
| Ex. 108 | Sanderson Deposition Ex. 27, NDCA-ORCL 03281-03311. |
| Ex. 109 | Letter from Larry Ellison to Carly Fiorina, dated November 30, 2000, NDCA-ORCL 021378-80. |
| Ex. 111 | Stock Buyback, NDCA-ORCL 117400. |
| Ex. 114 | Kuemichel Ex. 13, Oracle Press Release, "Oracle Announces Third Quarter Earnings Results." |
| Ex. 115 | Conference Call Transcript, Moderator: Stephanie Aas, March 15, 2001, NDCA-ORCL 050619-58. |
| Ex. 116 | E-mail string, Subject: Early Returns: QZ/CRM update, December 4, 2000, NDCA-ORCL 020728-30. |
| Ex. 120 | Exhibit 10 to the Deposition of Michael Quinn, taken April 18, 2006, Account 12601 Reserve Activity, NDCA-ORCL 104764. |
| Ex. 121 | Exhibit 10 to the Deposition of Sanjay Kumar, taken September 8, 2006, E-mail re: Refund Debit memos, NDCA-ORCL 048716-18. |
| Ex. 122 | Exhibit 11 to the Deposition of Sanjay Kumar, taken September 8, 2006, E-mail re: Refund Debit memos, NDCA-ORCL 078424. |
| Ex. 123 | Exhibit 28 to the Deposition of Cathy Orr, taken June 24, 2006, memo from Raul Campos to Joseph Russo, dated April 5, 2002. |
| Ex. 123.1 | Exhibit 4 to the Deposition of Ryan Roberts, taken May 12, 2006, memo from Raul Campos to Joseph Russo, dated March 27, 2002. |

| Exhibit | Description |
| --- | --- |
| Ex. 124 | Executive Committee Worldwide Forecast dated December 4, 2000, NDCA-ORCL 1532804-05. |
| Ex. 125 | Upside Report of December 5, 2000, NDCA-ORCL 440761 (with metadata). |

9. Exhibit 55 to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Inside Information, which is an e-mail from Karen Montague to Sean Hickey et al., dated July 12, 2001, with the subject CRM Licenses, and which bears the Bates numbers HP 00019-00021 is authentic. Thomas Rathjens, HP's corporate designee pursuant to Federal Rule of Civil Procedure 30(b)(6), provided testimony in his deposition which establishes that the document is what it is described to be. *See* Exhibit 3 to this Declaration. Counsel for HP also agreed on the record that all documents produced by HP are authentic. *Id*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2008, at San Diego, California.

s/ DOUGLAS R BRITTON<br>DOUGLAS R BRITTON

S:\CasesSD\Oracle3\DEC00055029_DRB SJ.doc

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON - C-01-0988-SI         - 9 -

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 20, 2008.

s/ DOUGLAS R BRITTON
DOUGLAS R BRITTON

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```