1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3 | 655 West Broadway, Suite 1900
    San Diego, CA 92101
4 | Telephone: 619/231-1058
    619/231-7423 (fax)
5 | marks@csgrr.com
    dougb@csgrr.com
6 |      – and –
    SHAWN A. WILLIAMS (213113)
7 | WILLOW E. RADCLIFFE (200087)
    ELI R. GREENSTEIN (217945)
8 | DANIEL J. PFEFFERBAUM (248631)
    100 Pine Street, Suite 2600
9 | San Francisco, CA 94111
    Telephone: 415/288-4545
10 | 415/288-4534 (fax)
    shawnw@csgrr.com
11 | willowr@csgrr.com
    elig@csgrr.com
12 | dpfefferbaum@csgrr.com

13 | Lead Counsel for Plaintiffs

14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | In re ORACLE CORPORATION ) Master File No. C-01-0988-SI
     SECURITIES LITIGATION )
18 | _____ ) CLASS ACTION
     )
19 | This Document Relates To: ) DECLARATION OF SHAWN A.
     ) WILLIAMS IN SUPPORT OF PLAINTIFFS'
20 |     ALL ACTIONS. ) MOTION TO EXCLUDE EXPERT
     ) TESTIMONY OF EDWARD YOURDON
21 | _____ )
                                    DATE:      January 9, 2009
22 |                                 TIME:      9:00 a.m.
                                    COURTROOM: The Honorable Susan
23 |                                            Illston

24

25

26

27

28

1    I, Shawn A. Williams, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts in the State of

3    California and before this District Court.  I am a member of the law firm of Coughlin Stoia Geller

4    Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I

5    make this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Edward

6    Yourdon.  I have personal knowledge of the matters stated herein and, if called upon, I could and

7    would competently testify thereto.

8    2.    Attached are true and correct copies of the following exhibits:

9    Exhibit 1:    Deposition Transcript of Edward Yourdon, dated July 3, 2007;

10   Exhibit 2:    Analyst Report by Salomon Smith Barney, "ORCL: Oracle EVP Visit
               to SSB," dated January 10, 2001.  NDCA-ORCL 035470-72;

11

12   Exhibit 3:    Oracle Corporation Press Release, "Oracle Ships 11i, Industry's First
               Integrated E-Business Suite," dated May 24, 2000.  NDCA-ORCL
13             026005-07;

14   Exhibit 4:    Expert Report of Edward Yourdon in the matter of *Oracle
               Corporation Securities Litigation*;
15

16   Exhibit 5:    Deposition Transcript of Ronald Wohl, Vol. 1, dated March 23, 2006;

17   Exhibit 6:    E-mail from Charles Phillips to Mark Barrenchea, Ron Wohl and Jeff
               Henley regarding 11i, dated December 13, 2001.  NDCA-ORCL
18             061302-03;

19   Exhibit 7:    Rebuttal Declaration of Brooks L. Hillard CMC CCP Regarding
               Expert Report of Edward Yourdon;
20

21   Exhibit 8:    Matthew Symonds Interviews, "Oracle: Interview with Larry Ellison
               on January 18th 2002."  NDCA-ORCL 1529157-80;

22   Exhibit 9:    E-mail from Jennifer Minton to William Plant, *et al*., regarding IT
               CRM, dated March 22, 2002.  NDCA-ORCL 059745-47;
23

24   Exhibit 10:   Oracle Corporation 2000 Annual Report, "Oracle Software Powers
               the Internet" (Exhibit 29 to Deposition Transcript of Lawrence
25             Ellison, Vol. 1, dated July 13, 2006);

26   Exhibit 11:   Capers Jones, *Estimating Software Costs: Bringing Realism to
               Estimating* at 101, 149-50 (2d ed. McGraw-Hill 2007);
27

28   Exhibit 12:   Declaration of Alan Fletcher, dated February 28, 2005;

| | |
|---|---|
| 1 | Exhibit 13: Capers Jones, *Applied Software Measurement* at 142, 189, 213 (2d ed. McGraw-Hill 1996) (1991); |
| 2 | |
| 3 | Exhibit 14: Rebuttal Declaration of Randall W. Jensen, PhD Regarding Expert Report of Edward Yourdon; |
| 4 | |
| 5 | Exhibit 15: E-mail from Stephanie Aas to Jeff Henley, dated March 31, 2000. NDCA-ORCL 031608-09 (Exhibit 1 to Deposition Transcript of Lawrence Ellison, Vol. 1, dated July 13, 2006); and |
| 6 | |
| 7 | Exhibit 16: Rebuttal Expert Report of Edward Yourdon in the matter of *Oracle Corporation Securities Litigation*. |
| 8 | I declare under penalty of perjury under the laws of the United States of America that the |
| 9 | foregoing is true and correct. Executed this 20th day of October, 2008, at San Francisco, California. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2008, at San Francisco, California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

C:\Program Files\pdfDocs\users\PamelaJ\Import\DEC00055022.doc

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON - C-01-0988-SI

- 2 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on October 20, 2008. |
| 9 | |
| 10 |   s/ Shawn A. Williams<br>SHAWN A. WILLIAMS<br>COUGHLIN STOIA GELLER |
| 11 |     RUDMAN & ROBBINS LLP |
| 12 | 100 Pine Street, 26th Floor<br>San Francisco, CA 94111 |
| 13 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 14 | E-mail: shawnw@csgrr.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111