Exhibit 4d

**Confidential**

220.         It was well understood by the market that customers would need some time to implement Suite 11i before becoming reference accounts. For example, Eric Upin of the Robertson Stephens Analyst Report commented that[132]:

> Although the company has announced a number of 11i
> customer wins, none of the bigger names, including
> BellSouth, GE, and Lucent, have gone live yet.  We
> believe it will take several more quarters for the
> company to implement these customers and to use them
> as references to win additional business.

221.         Any software vendor struggles to secure reference customers early in the lifecycle of an enormous release of business enterprise software. Oracle had the same problem with every one of its releases. For example, George Roberts testified[133]:

> We would like to have a thousand of them, we only have
> 50 of them because it is a new release. ... And, you
> know, when you have new release of a new product, you
> know, it takes awhile until you build up a base of 500
> plus customers to talk to people.

222.         Mark Jarvis further testified[134]:

> So the whole area of customer references throughout my
> career in Oracle has been hard.

223.         I have seen no evidence that would support Plaintiffs attempt to distinguish reference problems of Suite 11i with reference issues in an any other software release's early stages.

224.         Even putting aside the effect of the newness of the software and the length of implementations, there are many other common difficulties in building customer references that Plaintiffs gloss over; for example, many customers hesitate to serve as a reference to avoid losing a competitive advantage. For example, Mark Jarvis testified[135]:

---

[132] E. Upin, *ORCL: Reiterating Near-Term Cautious Outlook on the Stock Following ...* (Part 2 of 3), Robertson Stephens Analyst Report, November 8, 2000 (NDCA-ORCL 419950-52) at 419950; *see also* C. Wittmann, *Oracle First Call, First Union Securities Analyst Report*, February 20, 2001 (NDCA-ORCL 091447-49) at 091448 ("Oracle has 180 live 11i ebusiness [sic] customers. Of the larger customers we count 14 large companies that would be considered Fortune 500 size. These customers are also in various stages of implementation. These accounts are becoming referenceable, but we believe the real momentum will begin to build when they are fully implemented and that should take place over 2001.").

[133] Deposition of George Roberts (June 22, 2006) at 353:17-354:22.

[134] Deposition of Mark Jarvis (May 30, 2006) at 128:5-6.

[135] *Ibid,* at 121:24-123:23.

**Confidential**

```
I know of situations where we could not get customers
to talk about it because they were getting a
competitive advantage from it.
```

225.      Other customers simply did not want to serve as a marketer for another company, or would not agree to do so due to legal issues or other company policies.[136] In any event, it was a complicated process, including approval and legal issues on both sides.[137]

226.      There is nothing unusual about Oracle having relatively few references during the first 6-9 months after the new release of a massive revolutionary software product. For example, Mark Jarvis testified[138]:

```
Q. ... Would it surprise you if in January of '01,
there was still a real problem getting references for
Suite 11i and there was still a lack of references?

. . .

THE WITNESS:  No, it wouldn't surprise me.
```

227.      Despite these challenges, Oracle indeed had reference customers for Suite 11i. As of October 4, 2000, Oracle had 27 reference customers; as of December 14, 2000, that number had increased to 83; and Oracle had 210 reference customers for Suite 11i by March 15, 2001. By February 8, 2001, 32 of the references were for CRM.[139]

228.      The number of references for such a young product has no bearing on the quality of the product, nor on whether Suite 11i was "integrated" or "interoperable" or whether there existed undisclosed product defects.

---

[136] *Ibid,* at 127:15-128:6.

[137] *Ibid,* at 126:16-128:6.

[138] *Ibid,* at 210:21-211:19.

[139] *See, e.g.,* N. Herman, *Oracle Corp: Reiterate Oracle 1-Buy Rating,* Lehman Brothers Analyst Report, October 4, 2000 (NDCA-ORCL 421258-60) at 421258; C. Phillips, *How Suite It Is,* Morgan Stanley Analyst Report, December 14, 2000 (NDCA-ORCL 1055084-91) at 1055084; transcript of Q3 2001 Earnings Call, March 15, 2001 (Larry Ellison) (NDCA-ORCL 129106-44) at 129135; February 8, 2001 email from C. Johnson to S. Umphrey, *et al.* Re: CRM Reference Report (NDCA-ORCL 069250-51) at 069250 (noting 32 referenceable CRM customers in Oracle's E-Leader program); *see also* Oracle Presentation by Jeremy Burton Re: Q4 2001 Recap (NDCA-ORCL 072154-210) at 072160 (noting 550 referenceable Suite 11i customers and 3500 implementing following June 2001 release of version 11i.4); Oracle Presentation by Jeffrey Henley Re: Q1 2002 Recap (NDCA-ORCL 071910-45) at 071933 (noting 860 referenceable Suite 11i customers and over 3500 implementing following 11i.5 release).

Confidential

### X.1.7    Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY 01

229.        As I understand it, Plaintiffs' claim is that, throughout the third quarter of Oracle's fiscal year 2001, there were problems with Suite 11i that were unknown to the financial markets (including that various affirmative statements made by Oracle about the product were untrue), but which became known to potential customers, and that these customers decided not to purchase Oracle software based on the problems that were unknown to the financial markets.[140] According to Plaintiffs' logic, the stock drop that resulted from the earnings miss constituted a "disclosure" to the market of these previously undisclosed problems with Suite 11i.

230.        For the same reasons discussed above, the evidence in this case does not support the conclusion that Oracle's Suite 11i product had problems that were different in nature from other major releases of business software of similar size, scope, and new technology. The likely complexity and difficulty of implementing this kind of major new product release (including the bugs inherent to such a release, both in the abstract, and specific to Suite 11i) were well known.[141]

231.        The evidence also does not support the conclusion that "product issues" in Oracle's Q3 2001 were different from any other quarter. Oracle customers identified bugs in every quarter for which there is evidence. Customers had difficult implementations in quarters before the earnings miss, as well as quarters following the earnings miss. Indeed, all of the facts identified by Plaintiffs as evidence of the undisclosed product problems in the third quarter – from bugs and difficult implementations, to problems with CRM, as well as concessions, SWAT teams, complaints by the sales force about the products, internal disputes about the allocations of consulting time – all appeared on the record in other quarters, not just in the third quarter of 2001. The reasons for this are straightforward: these "facts" are part and parcel of large commercial software projects and implementations. Despite Plaintiffs' attempt to paint them as such, they are nothing out of the ordinary. For instance, Oracle's records demonstrate that bugs existed throughout the lifespan of Suite 11i. The same was true, however, for all of its applications products, as well as the products of other, similar vendors.

232.        In fact, Oracle's own internal implementation of Suite 11i during the third quarter of 2001 – including the CRM module – demonstrates that Oracle did not

---

[140] *See* Plaintiffs' Third Supplemental Response to Interrogatory No. 10 (noting that Oracle failed to meet its forecast because, among other things, "[c]ustomers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of Suite 11i due to the problems with Suite 11i").

[141] *See, e.g.,* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21.

believe that there were significant undisclosed problems with the product at the time. Though Plaintiffs attempt to suggest that Oracle's implementation was troubled, the evidence in this case does not support this conclusion. Given the size of the product and the size and global nature of the company, the evidence suggests the implementation was relatively smooth.[142]

## XI       THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM REGARDING "LOST DEALS"

### XI.1  Oracle Did Not Lose Third Quarter Deals Because Of Problems With Suite 11i, Much Less Unknown Or Unexpected Problems

233.       As described in the expert report of Glenn Hubbard, Oracle's earnings guidance is primarily based on the Upside Report, which is based on a roll-up of sales opportunities contained in Oracle's quarterly sales "pipeline," along with aggregated forecasts from the business units (which are themselves based on sales representatives' forecasts about specific deals and business unit judgment). The pipeline includes all deals that sales representatives are pursuing or that have closed for the quarter. The Upside Report provides a comparison of the forecast to the pipeline, and in particular, against the historic rate at which deals in the pipeline closed from the same quarter in the prior fiscal year. Had Oracle achieved the same conversion ratio in the third quarter of fiscal year 2001 that it had achieved in the third fiscal quarter of 2000, Oracle would have achieved its guidance of $0.12 EPS. [143]

234.       As noted more fully below, Plaintiffs have not identified the collection of customers that they claim declined to purchase Oracle's product due to Suite 11i defects. In order to determine whether "product problems" resulted in the failure to close the deals identified in Oracle's internal sales pipeline, I reviewed evidence relating to over 100 transactions in the pipeline for Q3 2001. It is my understanding from counsel that these deals represent all potential deals in Oracle's Q3 2001 sales pipeline – both forecast and "best case" – that at any point were projected to have the potential to exceed $2 million, but subsequently failed to close during that quarter. Because Plaintiffs allege that the problems with Suite

---

[142] *See* Deposition of Ron Wohl (March 23, 2006) at 242:25-243:8 ("Oracle for the U.S. was a very complex customer of our own products, so it – you know, Oracle had a lot of testing to go through. ... So it was a substantial effort to upgrade."). Despite this, Oracle "solved the problems, got the system up and running, and we were fine." Deposition of Larry Ellison (September 21, 2006) at 351:4-5; *see also* Deposition of Ron Wohl (March 23, 2006) at 238:5-8 ("If I remember correctly, we were pretty pleased that the first instances went up sometime over the summer, I believe, quickly."); Deposition of Sukumar Rathnam (May 18, 2006) at 136:4-8; Deposition of Valerie Borthwick (April 11, 2006) at 195:4-6; *compare* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21 ("Because within HP, to implement this enterprise type wide software is a very difficult task; and even with the Seibel software that we moved to afterwards, I think it was three years ago, we are still trying to implement it.").

[143] *See* Expert Report of R.Glenn Hubbard, at Section VI.

11i caused deals involving other products, including database and tools, to fall out of the quarter, I reviewed all of the deals over $2 million, even if they included products other than applications.[144]   In addition, I reviewed a number of the largest remaining deals that appeared to have a heavy applications component, as well as any potential deals relating to the customers identified by Plaintiffs.  I believe that sampling of the largest potential transactions in Oracle's pipeline for Q3 2001, as well as those identified by Plaintiffs and others with a particularly significant applications component – provides me with a reasonable and sound basis upon which to base my opinion about the lost deals generally.

235.        Based on this review, there is no evidence that would support the contention that unknown or unexpected product quality issues with Suite 11i, caused the failure of these deals to be signed in Oracle's Q3 2001.

236.        Similarly, there is no evidence that these deals failed to be signed in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements regarding integration and interoperability.

### XI.1.1  My review of key "Lost Deals"

237.        There is very little evidence of Suite 11i product issues related to the Q3 2001 deals.[145]  Though there is limited evidence in this case with respect to many of the transactions – as discussed in paragraph 242 below – the evidence that has been produced provides a wide variety of reasons why these deals were deferred to subsequent fiscal quarters, reasons which have nothing to do with the product.

238.        In very few deals from Oracle's 3Q 2001 sales pipeline were the stability and performance of Suite 11i even mentioned. Certainly nothing indicated that product quality was unusually bad, or noticeably lower than Oracle (or any other vendor) would have expected from a relatively new and massive release of business enterprise software.

239.        In the evidence I have reviewed, there are a few documents that suggest customers held off on purchasing Oracle's Suite 11i product because of its lack of maturity or depth of functionality compared to other, sometimes more specialized,

---

[144] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10.

[145] In fact, even the witnesses cited in the Complaint to support Plaintiffs' allegation that sales were lost due to problems with Suite 11i undermined that very proposition at their depositions. *See, e.g.*, Deposition of CW 27 (June 17, 2006), 38:8-19 ("Q.  You've been described as stating that defects in 11i caused several other customers to either delay planned purchases of 11i until Oracle could fix the problems or cancel deals altogether.  A.   There is no way I could have stated that because I don't know any, you know…"); Deposition of CW 32 (August 14, 2006), 49:6-10 ("Q.  Are you aware of any customers that decided not to license Suite 11i -- the CRM side of Suite 11i due to problems or perceived problems with the product?  A. No."); Deposition of CW 21 (June 21, 2006), 43:10-19 ("Q.  So you don't remember any customers that canceled their order of 11i due to problems or perceived problems with the software?  A.  No.").

offerings.[146] Such decisions, however, have nothing to do with defects (much less undisclosed or generally unknown defects) in the software product. Every major release of business enterprise software lacks maturity in its early stages and potential customers are well aware of that fact.[147] It is also true that sometimes a competitor's best-of-breed offerings have more functionality. Far from some unknown "problem", this is the very trade-off (depth of functionality versus breath of coverage) that Oracle discussed with analysts and customers.[148] Like any software, Suite 11i could have had more features and functionality, but it was nonetheless a complete ERP system.[149]

240.         Indeed, if there *were* suspicions, concerns, or rumors of serious stability problems in a new ERP system being considered by a customer, it is highly unlikely that the customer would fail to raise these doubts during its technical evaluation process. Stability issues might be overlooked in a small, seldom-used software package, but ERP systems like Oracle's Suite 11i (as well as comparable products from SAP, PeopleSoft, J.D. Edwards, Baan, and others) are typically employed by hundreds of simultaneous business users on a daily basis, to run every aspect of the company's day-to-day business. There would be no reticence, nor the slightest hesitation, to raise the issue, investigate it, confront the vendor about it, and – if appropriate – identify it as a significant factor in a decision to defer implementation or cancel a pending purchase.

241.         In summary, while I observed some discussion of the Suite 11i product in my review of the evidence related to the "lost deals," there was no evidence that

---

[146] *See, e.g.*, February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50) (noting that The Gap was considering a more mature, retail-specialized competitor's retail module over Oracle's WMS module); January 19, 2001 email from M. Tasooji (Disney) to G. Roberts Re: "WDW CRM Decision" (NDCA-ORCL 063552) (citing as the reason for not going forward with Oracle CRM the fact that it was not market-ready and the functionality was not mature yet compared to competitors).

[147] Deposition of CW 17 (formerly of Eaton Corporation) (June 8, 2006) at 149:2-5; *see also ibid*, at 148:19-149:1 and 149:6-7.

[148] Transcript of AppsWorld Keynote Speech (Larry Ellison), February 13, 2001 (NDCA-ORCL 141544-602) at 141548-9 ("Because the fact is the eBusiness suite does not have everything that GE wants. We admit the eBusiness suite does not have everything that our customers want. But we have 80 percent or 85 percent or 86 percent. And an 85 percent solution in five months is better than 100 percent solution that you dream about happening in two years or three years after you heavily modify our software."); *see also* A. Roskill, *ORCL: Analyst Meeting*, Warburg Dillon Reed, LLC Analyst Report (NDCA-ORCL 308701-03) at 308701 ("While [Oracle] management conceded that some point solutions might have minor functional advantage, it does not outweigh their breadth of product.").

[149] L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report, April 5, 2000 (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

product problems existed that were out of the ordinary for a major ERP release of this size, or that any such product-related issues were the reason deals failed to close. As a result, I do not believe that undisclosed or unexpected quality problems with Suite 11i caused deals to be lost. Nor have I seen any evidence that deals in Oracle's Q3 2001 sales pipeline failed to close because of problems that undermined Oracle's statements that the product was integrated and interoperable.

### XI.1.2   The deals specifically identified by Plaintiffs

242.        It is my understanding that, although Plaintiffs have made a number of vague allegations that customers decided not to purchase various Oracle products (including Suite 11i, database and related products) in the third quarter of Oracle's Fiscal Year 2001 ("Q3 2001") because of problems or perceived problems with Suite 11i,[150] Plaintiffs have not provided any comprehensive description of the specific deals allegedly lost due to undisclosed product problems, nor have they identified any evidence that would support that conclusion with respect to specific transactions.

243.        Plaintiffs have identified several customers they claim refused to purchase Oracle products as a result of Suite 11i problems. I have reviewed the evidence in this case that appears to relate to the reason these transactions failed to close; this evidence does not support Plaintiffs' claims.

244.        First, Plaintiffs identified a number of companies – including McDonald's, TMP Worldwide and Barclays – that they suggest had difficult Suite 11i implementations; and Plaintiffs presumably argue that these companies failed to close deals related to Suite 11i in Q3 2001.[151] My understanding from counsel is that no sales of Suite 11i (or any other product, for that matter) to any of these entities were included in Oracle's forecasts in Q3 2001.

245.        Second, Plaintiffs allege several specific customers encountered difficulties implementing Suite 11i, and that as a result, "several major sales expected in the third quarter fell through."[152] In connection with this allegation, Plaintiffs have identified General Electric Aircraft Engines, Telia AB, Ingersoll-

---

[150] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10 ("Customers and potential customers of defendants declined or deferred purchasing Suite 11i due to the problems with Suite 11i."), No. 6 ("Oracle customers had rejected/declined to purchase 11i or reduced purchases and implementation commitments modules because the product did not work as represented."), and No. 7 ("The problems with 11i affected Oracle's ability to sell to potential customers both directly and indirectly. ... Customers were refusing to buy additional products from Oracle as a result of their terrible experience with 11i.").

[151] *See* Plaintiffs' Responses to Contention Interrogatories at Third Supplemental Response to Interrogatory No. 7 at 77-79.

[152] RSAC paragraph 54.

Rand, Hewlett Packard, JDS Uniphase, Principal Financial Group, Nantucket Nectars, Alliance Coal, New York City Housing Authority, GE Capital, Motorola, Health Net, Citibank, Eaton, and Hostcentric.[153]

246.       The evidence related to this second group of transactions also fails to support Plaintiffs' claims. The majority of these companies had no deals in Oracle's pipeline in Q3 2001. Others failed to close because the parties could not agree on price or terms or available functionality by the end of the quarter. Many of these deals thus closed in Q4 2001 instead. I did not observe customers who otherwise would have entered into license deals, but failed to do so based on product problems that were out of the ordinary, or otherwise unknown or unexpected.  Nor did I observe any customers who refused to purchase products because of facts about 11i that would have rendered Oracle's statements regarding integration and interoperability incorrect.

## XI.2  There Is A Variety Of Evidence Showing That Deals Did Not Close For Reasons Unrelated To The Alleged Problems Identified By Plaintiffs

247.       The record contains substantial evidence showing that many deals in Q3 2001 failed to close for reasons that had nothing to do with Suite 11i.[154] A common cause was unsuccessful negotiations regarding pricing, discounts, contracting, and licensing. In my experience, it is extremely common for deals to slip into subsequent quarters because customers of large, business enterprise software know that the best time to engage in negotiations is at the end of the software vendor's reporting period.[155] There are numerous examples of large deals falling out at the very end of the quarter because of such negotiations.

248.       A potential $12-25 million deal with The Gap, Inc. for database, applications, and tools in Oracle's Q3 2001 sales pipeline failed to close because of various negotiations of the terms. It appears that, late in February 2001, a deal for database (*i.e.,* "Technology") was on course to close at the end of the quarter.[156] The customer eventually linked this deal to a large potential deal for

---

[153] *Ibid*, paragraph 54(a)-(m).

[154] As Mr. Hubbard's Report also notes, it always is the case that many deals do not close. In any given period, most of the potential deals fail to close by the end of the quarter.

[155] *See, e.g.,* February 24, 2001 email From Tony Rabold (Lucent) to Jeffrey Herbine, *et al.* (Lucent) Re: "Oracle (DB) software license" (LT 0167) ("[T]he end of Oracle's fiscal year is the best time to negotiate (May); followed by the end of their quarters.").

[156] *See* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent: Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50).

applications as well, but still planned to close by the end of the quarter.[157] And while the deal failed to close in Q3,[158] The Gap nevertheless purchased $25 million of Oracle products in Q4 2001, including over $8 million of Suite 11i applications.[159]

249.    A potential $4.2 million deal with Loudcloud, Inc. for database and applications failed to close at the end of Q3 2001 because Loudcloud returned the signed deal documents to Oracle after midnight on February 28, 2001, and Oracle was therefore obligated to treat it as a Q4 2001 deal.[160] The delay over the signed documents had nothing to do with the products, and Loudcloud later purchased $4.3 million of Oracle database and Suite 11i applications in Q4 2001.[161]

250.    A potential $12.6 million deal with the New York State Office of Finance & Technology ("NYS OFT") failed to close at the end of Q3 2001 because of last minute negotiations and approval issues.[162] Similarly, a potential $8-24 million deal with Solectron Corporation for database and ERP applications failed to close because negotiations regarding pricing and support broke off near the end of Q3 2001.[163] In any event, Solectron purchased $10.4 million of Oracle product in Q4 2001, including database, tools, and ERP applications.[164]

---

[157] *See* OPI Forecast – Q3 '01 Week 12, February 15, 2001 (NDCA-ORCL 079145-47) at 079146 ("Customer has linked 2 deals - tech and Apps together, but still talking Feb deal.").

[158] *See* February 26, 2001 email from L. Mahon to T. Williams, *et al.* Re: "Big Deal Update February 26 Workday -3" (NDCA-ORCL 147090-95) at 147094 ("The GAP for $17m fell off today.").

[159] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

[160] *See* NAS Big Deals Scenario, Q3 '01 Week 13 Spreadsheet (NDCA-ORCL 080190) ("Moved to Q4: March Deal – Closed Paperwork received after midnight.").

[161] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110955.

[162] *See* Deposition of Jay Nussbaum (June 22, 2006) at 586:12-22 ("It was on our forecast list to have been done … It didn't get done … New York State and New York City [were] debating within themselves over State contracts, and we were still – I'm not – they were still holding us for a better discount, which we were at that point, in Q3, unwilling to do."); *see also* OSI Q4 '01 (NDCA-ORCL 116720-116723), at 116722 ("[M]eeting with customer on a daily basis to finalize paperwork and address individual agency concerns/questions. OFT will begin reviewing paperwork with the Attorney General and the Comptrollers Office 5/18 … may slip a week.").

[163] *See* February 25, 2001 email From M. DeCesare to HQAPP, *et al.* Re: "URGENT REAPPROVAL: Solectron" (NDCA-ORCL 140423-30) at 140423 (noting that negotiations regarding support renewal was holding up the deal because Solectron was "asking for this to go away"); *see also* OPI Forecast – Q3 '01 Feb. 26, 2001 (NDCA-ORCL 084762-63) 084762 (indicating in a handwritten note that Solectron was asking for a 50% backout clause).

[164] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

251.          I would also include in this category unanticipated economic pressures experienced by customers during this period, many of whom were facing budget cuts and spending uncertainties in late February of 2001. For example, in an email to George Roberts, Executive Vice President of North American Sales, Nic Classick, an Oracle Area President, indicated that regional managers reported the strongest reason for deals falling out was an effort to conserve cash.[165] Mr. Classick wrote that 70 percent of the lost deals in his region were "delayed until economic or business conditions are clearer."[166] He further noted[167]:

> ```
> We had 5 POs cut that Presidents pulled until April as
> they wanted to see what their q1 would look like. The
> uncertainty of their business and outlooks  for the
> year has caused many client to delay until they better
> understand what directions 2001 will take.  We can't
> commit this  70%  as April results and the business
> climate will have to determine.
> ```

252.          The evidence surrounding deals lost in Oracle's Q3 2001 reflects this economic uncertainty.

253.          A potential $2 million deal with Timberland Co. failed to close at the end of Q3 2001 because Timberland's "CFO could not sign the license deal without approval from his legal counsel on the consulting Terms and Conditions."[168] Internal Timberland documents indicate that the deal eventually died altogether because of economic concerns[169]:

> ```
> The combination of the rapid acceleration in the
> weakness of the U.S. economy [emphasis added] over the
> past several months, including the retail sector, and
> the continuing impact to Timberlands business from
> external trends related primarily to foreign exchange
> and higher leather costs [emphasis added] has caused
> Timberland to re-evaluate its near-term needs.
> ```

---

[165] *See* February 26, 2001 email from N. Classick to G. Roberts Re: "Forecast Reduction of 20mm" (NDCA-ORCL 089691-93) at 089691.

[166] *Ibid.*

[167] *Ibid; see also* Deposition of George Roberts (June 22, 2006), at 269:5-272:20.

[168] *See* March 2, 2001 email Exchange Re: "TIMBERLAND approval" (NDCA-ORCL 177255-78) at 177272.

[169] *See* May 2001 Timberland Memo Re: Termination of Oracle Negotiations, Talking Points (TIM 000006-7) at TIM 000006; *see also* May 30, 2001 America's Forecast Flash Q4 Week 14 (NDCA-ORCL 161831-39), at 161836 ("Sighting [sic] problems in ASPAC and Mad Cow Disease (anticipated increased leather costs) customer is hesitant to sign dela [sic] this quarter.").

**Confidential**

254.        A potential $36 million deal with Lucent Corporation for database, CRM,
            ERP, and tools failed to close in Q3 2001 because of funding issues.[170] In Q4
            2001, Lucent purchased $9.9 million worth of Oracle products, including $5.5
            million in applications.[171]

255.        A potential $1.8 million deal with Ultimate Electronics, Inc. for CRM
            applications failed to close in Q3 2001 due to consumer spending concerns.[172]
            Nevertheless, Ultimate Electronics purchased $1.5 million of CRM applications
            in Q4 2001.[173]

256.        I also observed evidence of strong competitive pressures from IBM, JDE,
            Baan, and others during this period of time. Some deals that appeared reasonably
            likely to close in Q3 2001 were apparently disrupted by last-minute offers from
            competitors who claimed to have better prices, better technology, *etc*. This is
            common in the industry, but even more so during this timeframe because of
            economic pressures. For example, a potential $3.5 million deal with Halliburton
            Energy Services for database and tools failed to close in Q3 2001 because of
            negotiations and external competition.[174] As a former Oracle Area Vice President,
            Steve Johnson, testified, there was also evidence of economic pressures that
            prompted deep concessions by IBM to compete[175]:

                    And IBM was offering their product at a - almost a
                    maintenance only - what we call maintenance fees only
                    pricing model, which was well below our pricing

---

[170] *See* February 28, 2001 email from J. Minton to S. Catz, J. Henley Re: "Q3 License Status" (NDCA-ORCL 623329-42) at 623342 ("[M]ore bad news coming from OSI. My understanding is that Lucent's transaction was not approved by their lender, which is a requirement under their loan covenant. Thus, Lucent is dead."); *see also* Memorandum of September 26, 2002 Interview of Jay Nussbaum (NDCA-ORCL 300047-59) at 300051 (noting that Nussbaum learned on February 27, 2001 that "Lucent was required to seek bank approval prior to agreeing to any expenditures that exceeded a certain amount because the company had been experiencing a severe financial downturn.").

[171] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110954.

[172] *See* March 28, 2001 Ultimate Electronics Approval Request (NDCA-ORCL 1056856-57) at 1056856 ("They are in the consumer product sector and cost cost [sic] are a must. They are starting to get really concerned about consumer spending.").

[173] *See* Product Revenue Reporting Package, Q4 FY2001 (NCDA-ORCL 110948-1032) at 111001.

[174] *See* March 30, 2001 email Exchange Re: "APPROVAL FORM – ORDERING DOCUMENT/ Halliburton" (NDCA-ORCL 179257-304) at 179283 ("This is a deal we had approved last quarter and did not get complete. As you may recall, Halliburton is the account where we are fighting IBM, who has been challenged by Halliburton to find ways to save them $$. Oracle is the target of that endeavor.") and Bates 179289 ("Halliburton has engaged an outside consulting group to assist them with this contract, causing them to be very couscous [sic] in these negotiations. Because of this and the growing competitive pressures applied by IBM to displace Oracle, Halliburton has come up with additional concessions.").

[175] *See* Deposition of Steve Johnson (April 26, 2006) at 224:24-225:12.

> schedule, even at these high discount levels with
> Halliburton at a time when Halliburton was, if I
> recall correctly, they were struggling just to bid as
> a company in the oil field services market. It was
> not the days of the $72 a barrel oil. . . . There
> were a lot of budget considerations on their part
> because of an SAP implementation that they were
> struggling with.

257.          Nevertheless, Halliburton purchased $5.4 million dollars of database and tools in Q4 2001.[176]

# XII    CONCLUSIONS

258.          As I have discussed in this Report, I have reached several main conclusions after reviewing deposition testimony, analyst reports and a considerable body of other evidence in this case:

- Oracle's Suite 11i product was an exemplar of a large, sophisticated, complex ERP system – and, as such, it initially experienced many of the well-known problems common to large, sophisticated products in the software industry. Plaintiffs' arguments about product quality unfairly attempt to magnify the problems of Suite 11i. The reality is that all large, sophisticated, new software releases experience early stages in which bugs must be worked out, and the company must stabilize the product and secure reference customers.

- A review of the evidence compels the same conclusion with regard to Suite 11i. The problems here were not unique, and there is no evidence that they were of any greater magnitude than any other comparable past release of Oracle ERP software. Notwithstanding the initial difficulties, the Suite 11i product *did* work, and was both a technical success and a marketplace success within a reasonable period of time. It continues to be a success today.

- Many of the problems attributed to Suite 11i by customers, industry analysts, computer trade journals, and Plaintiffs were not attributable to Oracle's software. Instead, they were caused by a wide variety of ancillary factors that are common to large-scale ERP implementations, regardless of vendor – many of which are associated with a combination of decisions, actions, and mistakes made by customers or third party consultants attempting to implement the product.

- The specific statements regarding the Suite 11i product that Plaintiffs have identified as "false" were, in fact, accurate.

---

[176] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110974.

- The evidence in this case does not support the conclusion that Oracle's Suite 11i suffered from undisclosed bugs or other problems that were out of the ordinary for a major new release of an ERP product.

- The evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability.

- The evidence in this case does not support the conclusion that deals in Oracle's forecast or sales pipeline failed to close in Oracle's Q3 2001 because of generally unknown or unexpected quality problems with Suite 11i.

Confidential

# PAGE INTENTIONALLY LEFT BLANK

**Page 95**                                                                          **Confidential**

Edward Yourdon
Dated May 25, 2007

# XII APPENDIX A: Documents Relied On

### A.    BOOKS

1.    Geoffrey Moore, *Crossing the Chasm* (Revised Edition, CollinsBusiness Essentials, 2002)

2.    Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw Hill, 2007)

3.    Barry Boehm, *Software Engineering Economics* (Prentice-Hall, 1981)

4.    Capers Jones, *Applied Software Measurement* (McGraw Hill, 1996)

### B.    ORACLE APPLICATIONS CDS

1.    Release 11.5.1 Documentation Library, NDCA-ORCL 050949

2.    Release 11.5.1 Documentation Library, NDCA-ORCL 050972

3.    Release 11.5.2 Documentation Library, NDCA-ORCL 050781

4.    Release 11.5.3 Documentation Library, NDCA-ORCL 050681

### C.    DEPOSITION TRANSCRIPTS AND EXHIBITS

1.    Deposition transcript and exhibits from deposition of Mary Ann Anthony (August 11, 2006)

2.    Deposition transcript and exhibits from deposition of Mark Barrenechea (July 11, 2006)

3.    Deposition transcript and exhibits from deposition of Keith Block (May 3, 2006)

4.    Deposition transcript and exhibits from deposition of Valerie Borthwick (April 11, 2006)

5.    Deposition transcripts and exhibits from depositions of Safra Catz (July 20, 2006 and March 23, 2007)

6.    Deposition transcript and exhibits from deposition of Julie Cullivan (May 24, 2006)

7.    Deposition transcript and exhibits from deposition of Michael Cochran (June 16, 2006)

8.    Deposition transcripts and exhibits from deposition of Larry Ellison (July 13, 2006, September 21, 2006 and March 30, 2007)

9.   Deposition transcript and exhibits from deposition of Gayle Fitzpatrick (February 24, 2006)

10.  Deposition transcript and exhibits from deposition of Alan Fletcher (April 6, 2005)

11.  Deposition transcript and exhibits from deposition of Cliff Godwin (March 3, 2006)

12.  Deposition transcript and exhibits from deposition of Kenneth Hamel (May 22, 2006)

13.  Deposition transcripts and exhibits from depositions of Jeffrey Henley (July 27, 2006 and November 16, 2006)

14.  Deposition transcript and exhibits from deposition of Mark Jarvis (May 30, 2006)

15.  Deposition transcript and exhibits from deposition of Steve Johnson (April 26, 2006)

16.  Deposition transcript and exhibits from deposition of Charles Kendig (May 4, 2006)

17.  Deposition transcript and exhibits from deposition of Donald Klaiss (June 20, 2006)

18.  Deposition transcript and exhibits from deposition of Jay Nussbaum (June 22, 2006)

19.  Deposition transcript and exhibits from deposition of Thomas Rathjens (HP 30(b)(6)) (June 30, 2006)

20.  Deposition transcript and exhibits from deposition of Sukumar Rathnam (May 18, 2006)

21.  Deposition transcript and exhibits from deposition of George Roberts (June 22 and August 8, 2006)

22.  Deposition transcript and exhibits from deposition of Michael Rocha (April 7, 2006)

23.  Deposition transcripts and exhibits from depositions of Edward Sanderson (July 25 and 26, 2006)

24.  Deposition transcript and exhibits from deposition of Bradford Scott (June 13, 2006)

25.  Deposition transcript and exhibits from deposition of Greg Seiden (May 16, 2006)

Confidential

26.   Deposition transcript and exhibits from deposition of Richard Sellers (February 28, 2006)

27.   Deposition transcript and exhibits from deposition of Kirsten Shaw (September 19, 2006)

28.   Deposition transcript and exhibits from deposition of Juliette Sultan (May 22, 2006)

29.   Deposition transcript and exhibits from deposition of Joel Summers (March 21, 2006)

30.   Deposition transcript and exhibits from deposition of Stephanie Aas Thill (September 8, 2006)

31.   Deposition transcripts and exhibits from depositions of Ron Wohl (March 23 and May 31, 2006)

32.   Deposition transcript and exhibits from deposition of CW 1 (October 21, 2005)

33.   Deposition transcript and exhibits from deposition of CW 4 (September 29, 2005)

34.   Deposition transcript and exhibits from deposition of CW 8 (June 16, 2006)

35.   Deposition transcript and exhibits from deposition of CW 10 (December 7, 2005)

36.   Deposition transcript and exhibits from deposition of CW 11 (May 25, 2006)

37.   Deposition transcript and exhibits from deposition of CW 12 (January 20, 2006)

38.   Deposition transcript and exhibits from deposition CW 13 (October 18, 2005)

39.   Deposition transcript and exhibits from deposition of CW 14 (May 17, 2006)

40.   Deposition transcript and exhibits from deposition of CW 15 (June 20, 2006)

41.   Deposition transcript and exhibits from deposition of CW 16 (September 16, 2005)

42.   Deposition transcript and exhibits from deposition of CW 17 (June 8, 2006)

43.   Deposition transcript and exhibits from deposition of CW 18 (January 5, 2006)

44.   Deposition transcripts and exhibits from depositions of CW 19 (September 22 and October 19, 2005)

45.   Deposition transcript and exhibits from deposition of CW 20 (May 19, 2006)

46.   Deposition transcript and exhibits from deposition of CW 21 (June 21, 2006)

Confidential

47. Deposition transcript and exhibits from deposition of CW 23 (September 10, 2005)

48. Deposition transcript and exhibits from deposition of CW 24 (June 23, 2006)

49. Deposition transcript and exhibits from deposition of CW 25 (November 4, 2005)

50. Deposition transcript and exhibits from deposition of CW 26 (August 17, 2005)

51. Deposition transcript and exhibits from deposition of CW 27 (June 17, 2006)

52. Deposition transcript and exhibits from deposition of CW 29 (February 2, 2006)

53. Deposition transcript and exhibits from deposition of CW 32 (August 14, 2006)

54. Deposition transcript and exhibits from deposition of CW 33 (June 7, 2006)

55. Deposition transcript and exhibits from deposition of CW 34 (February 10, 2006)

56. Deposition transcript and exhibits from deposition of CW 35 (May 11, 2006)

57. Deposition transcript and exhibits from deposition of CW 39 (February 16, 2006)

58. Deposition transcript and exhibits from deposition of CW 41 (January 24, 2006)

59. Deposition transcript and exhibits from deposition of CW 42 (April 21, 2006)

60. Deposition transcript and exhibits from deposition of CW 45 (September 22, 2005)

61. Deposition transcripts and exhibits from deposition of CW 47 (February 16, 2006)

## D.   PRESS RELEASES & ANALYST REPORTS

1. SAP Ships New Customer Relationship Management Business Solutions with mySAP.com, SAP Press Release, Business Wire, December 14, 1999

2. SAP Extends Comprehensive Telecommunications Solution Through mySAP.com to Include Integrated Customer Relationship Management, SAP Press Release, Business Wire, October 11, 1999

3. C. Stedman, Big Retail SAP Project Put On Ice, Computerworld, November 2, 1998

4. P. Key, SAP America Hit With a $500M Suit, Philadelphia Business Journal, October 30, 1998

Page 100                                                                          **Confidential**

5.    J. Bailey, Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to Shed SAP's Costly R/3, The Wall Street Journal, June 9, 1999

6.    E. MacDonald, Maker of Gore-Tex Sues PeopleSoft and Deloitte, The Wall Street Journal, November 2, 1999

7.    J. Cahill, Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software, The Wall Street Journal, November 3, 1999

8.    L. Mearian, Supermarket Dumps $89M SAP Project, Computerworld, February 5, 2001

9.    L. Mearian, Retailers Hit Installation Bumps With SAP Software, Computerworld, February 19, 2001

10.   T. Wilson, Nike: i2 Software Just Didn't Do It, TechWeb, March 01, 2001

11.   Koch, Supply Chain: Hershey's Bittersweet Lesson, CIO Magazine, November 15, 2002

12.   March 9, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

13.   May 31, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

14.   October 4, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

15.   April 19, 2001 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

16.   October 9, 2001 Morgan Stanley Industry Report entitled Enterprise Software – Timing the Inflection Point—Getting Acclimated…

17.   December 12, 2001 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

18.   January 18, 2000 Brendan Barnicle, Oracle Corporation, PacificCrest Report

19.   December 4, 2000 Charles Phillips, *Technology: Enterprise Software, SoftNotes,* Morgan Stanley Dean Witter Equity Research

20.   December 6, 2000 Philip Schrank, Summary Analysis – Oracle Corp., Standard & Poors

21.   December 14, 2000 James Moore et.al, Oracle Corporation, Oracle Delivers the Goods, Deutsche Banc Alex. Brown

22. December 15, 2000 James Pickrel, Great Q2 Results Highlight Strong Industry Position; Big Upside In Apps With 66%, Chase H&Q eBusiness Research Note

23. December 29, 2000 Douglas J. Crook, Strong Buy/Select, Global Equity Research

24. January 3, 2001 Andrew Roskill et al., Adjusting Sector Price Targets, Fourth Quarter Preview, UBS Warburg

25. January 17, 2001 Christopher Shilakes, Oracle Systems Corp., B2B Collaboration Report, Merrill Lynch Report

26. February 7, 2001 Jon Ekoniak, Kevin Merritt, Oracle Corporation, Initiating Coverage Of Software Bellwether With a Buy Rating, USBancorp Report

27. February 9, 2001 Rick Sherlund et al., Oracle Corp. (ORCL) e Business & Internet Infrastructure Software, Goldman Sachs Global Equity Research

28. February 12, 2001 Neil Herman, Oracle Corp. Company Update, Worried – But Way Premature to Make Any Call on the Quarter, Lehman Brothers Equity Research

29. February 28, 2001 Drew Brosseau, Adam Liebhoff, Oracle, Highlights From AppsWorld: Evaluating 11i, SG Cowen

30. March 2, 2001 Bob Austrian, Tom Pagel, Oracle Pre Announces Weak Result Across the Board. Our Fears, As Highlighted Earlier This Week, Are Confirmed. Action: Lowering Coverage Wide Estimates Again AND Ratings Too. As Predicted, Economic Slowdown :Shock" A Serious Demand Impairment, Banc of America Securities Equity Research

31. March 2, 2001 Christopher Shilakes, Oracle Systems Corp., 3Q Shortfall Prompts Long Term Downgrade, Merrill Lynch Company Update

32. March 16, 2001 Gretchen Teagarden, ORCL: 3Q Earnings Uncertain Outlook Leads to Estimate Reductions, Salomon Smith Barney

33. March 16, 2001 Christopher Shilakes, Oracle Corp., Not Many Answers in Q3 01 Results, Merrill Lynch Company Update

34. March 29, 2001 Philip Schrank, Summary Analysis – Oracle Corp., Standard & Poors

35. September 15, 2000 Gretchen Teagarden, *ORCL: Strong Quarter But Disappointing Applications Revenue*, Salomon Smith Barney

36. October 19, 2000 Rob Tholemeier, *ORCL: Good Vibes From The Users; Reiterating Strong Buy Rating; Raising Estimate*, First Security Van Kasper

**Confidential**

37.    December 21, 2000 Charles Phillips, *Technology: Enterprise Software CIO Outlook For 2001 - Conference Summary,* Morgan Stanley

38.    April 17, 2001 Charles Phillips, *Enterprise Software Software Stocks: So Long Backlog...,* Morgan Stanley

39.    April 13, 2000 Wolfgang Martin, *Exploiting ERP Data: Part 1,* Application Delivery Strategies META Group

40.    October 17, 2000 *Dwight Klappich, Making Sense of Supply Chain Planning Pricing,* Application Delivery Strategies META Group

41.    January 16, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – December,* Morgan Stanley Dean Witter

42.    March 14, 2000 Herman/Lehmann, *Oracle Can it get any better than this?? Yes,* Salomon Smith Barney

43.    March 16, 2000 Brian Blair, *CSFB Tech Daily, Thursday, March 16, Research Update – Pt1,* Credit Suisse First Boston

44.    March 16, 2000 Brian Blair, *CSFB Tech Daily, Thursday, March 16, Research Update – Pt2,* Credit Suisse First Boston

45.    October 2000 *The Technology Edge Shaping Global Performance,* Morgan Stanley Dean Witter

46.    October 3, 2000 J.D. Edwards, *One World Xe Product Launch P1,* Morgan Stanley\ DW

47.    October 3, 2000 J.D. Edwards, *One World Xe Product Launch P2,* Morgan Stanley\ DW

48.    October 4, 2000 Charles E. Phillips, *Technology: Enterprise Software, The B2B/Enterprise Software Databank,* Morgan Stanley Dean Witter

49.    October 5, 2000 Charles E. Philips, J.D. Edwards, *One World Xe Launches Open Integration Strategy,* Morgan Stanley Dean Witter

50.    October 6, 2000 Charles E. Phillips, *Technology: Enterprise Software, SoftNotes,* Morgan Stanley Dean Witter

51.    October 10, 2000 Charles Wittmann, *ORCL Lowering EPS $0.03 in 2001 & $0.02 in 2002 due to Lower Applications,* First Union Securities, Inc.

52.    October 13, 2000 Vinay H. Shah, et al., *Technology: Enterprise Software Infrastructure,* Monthly Report September, Morgan Stanley Dean Witter

53.  October 17, 2000 Mary Meeker, et al., *Internet,  New Media, eCommerce & PC Software C3Q00 Earnings Preview*, Morgan Stanley Dean Witter

54.  November 6, 2000 Gretchen Teagarden, *Equity Research: United States, B2B Enterprise Software*, Salomon Smith Barney

55.  November 7, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – October*, Morgan Stanley Dean Witter

56.  November 15, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Storage Management Software: A Primer*, Morgan Stanley Dean Witter

57.  December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software, The B2B/Enterprise Software Databank, Part 1*, Morgan Stanley Dean Witter

58.  December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software, The B2B/Enterprise Software Databank, Part 2*, Morgan Stanley Dean Witter

59.  December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software, The B2B/Enterprise Software Databank, Part 3*, Morgan Stanley Dean Witter

60.  December 2000 Charles Philips, et al., *Technology: Enterprise Software, The B2B/Enterprise Software Databank, Part 4*, Morgan Stanley Dean Witter

61.  December 4, 2000 Vinay H. Shah, et al, *Enterprise Software Infrastructure, Quarterly Report – 3Q00*, Morgan Stanley Dean Witter

62.  December 7, 2000 Charles Phillips, *JD Edwards, The Stealth Supply Chain Play*, Morgan Stanley Dean Witter

63.  December 7, 2000 Vinay H. Shah, et al. *Enterprise Software Infrastructure, Monthly Report – November*, Morgan Stanley Dean Witter

64.  December 18, 2000 Vinay H. Shah, et al, *Enterprise Software Infrastructure, Outlook 2001: The Evolution of the Enterprise*, Morgan Stanley Dean Witter

65.  December 21, 2000 Charles Phillips, *Technology:  Enterprise Software, SoftNotes*, Morgan Stanley Dean Witter

66.  January 3, 2001 Mary Meeker, et al., *Internet:  New Media & eCommerce & PC Software, A Look at Global TMT Market Status and Internet User/Usage Propensity*, Morgan Stanley Dean Witter

67.  January 4, 2001 Charles Phillips,  Technology: *Enterprise Software, CIO Outlook for 2001 – Conference Summary*, Morgan Stanley Dean Witter

68.  January 17, 2001 James Moore, *ORCL:  New Supply Chain Collaboration Products Unveiled at B2B Day – Strong Buy*, Deutsche Banc Alex Brown

69.  January 22, 2001 Charles Phillips, et al., *Enterprise Software, Summary of Internet, Software & Networking Conference,* Morgan Stanley Dean Witter

70.  January 22, 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Internet, Software & Networking Conference,* Morgan Stanley Dean Witter

71.  January 29, 2001 Vinay H. Shah, et al., *Compuware, Revenues Light, Earnings Ahead,* Morgan Stanley Dean Witter

72.  February 12, 2001 *Bulletin: Strategy 01 S 32 February 12, 2001, Oversold Technology Issues,* Birinyi Associates, Inc.

73.  February 12, 2001 Charles Phillips, *PurchasePro, B2B for the Masses,* Morgan Stanley Dean Witter

74.  February 21, 2001 Mary Meeker, et al., *Internet: New Media & eCommerce & PC Software, Global IU, Brand Value, and Customer Monetization for AOL, YHOO, EBAY, AMZN,* Morgan Stanley Dean Witter

75.  February 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – January,* Morgan Stanley Dean Witter

76.  March 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Quarterly Report – 4Q00,* Morgan Stanley Dean Witter

77.  March 2, 2001 *Intraday Comment March 2, 2001, Oracle Corporation Japan (4716): Company Update,* NikkoSalomonSmithBarney

78.  April 2, 2001 Conrad Werner, Goetz Thurm, *Neuer Markt Software, CeBIT 2001 Roundup,* Morgan Stanley Dean Witter

79.  April 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – March,* Morgan Stanley Dean Witter

80.  April 23, 2001 Gretchen Teagarden, *ORCL: Interview with Larry Ellison,* Salomon Smith Barney

81.  April 23, 2001 Gretchen Teagarden, *ORCL: Clarification of IBM DB2 Growth Reported Last Week,* Salomon Smith Barney

82.  September 8, 2000 Mary H. Ainsworth, et al., *Oracle, Inc. E Business Suite for Retail*, Gartner

83.  September 14, 2000 Michael Maoz, *OracleSalesOnline's Lack of Integration Limits Usefulness*, Gartner

84.  September 19, 2000 Daren Siddall, *The E Procurement Software Evolution in Europe*, Gartner

85.  September 25, 2000 David W. McCoy, *The Next iAS Goal: Oracle's Total Integration Strategy*, Gartner

86.  March 19, 2001 Laurie M. Orlov, et al., *Memo to Oracle: Stop Blaming Customers*, Forrester

87.  March 19, 2001 John Ragsdale, *Determining the Health of Support Knowledge Bases: Three Key Performance Metrics*, Ideabyte, Giga Information Group

88.  March 22, 2001 Brad Day, *Sun's Midframe Debuts – What's Here Now, What's Still Evolving*, Ideabyte, Giga Information Group

89.  March 26, 2001 Lou Agosta, *Integrated Data Is an Intrinsic Good*, Ideabyte, Giga Information Group

90.  March 26, 2001 Paul Hamerman, *Making Intelligent Choices About the UI: The Packaged Applications Perspective*, Ideabyte, Giga Information Group

91.  March 30, 2001 Terilyn Palanca, *Oracle Won't Abandon NT*, Ideabyte, Giga Information Group

92.  October 9, 2000 Betsy Burton, et al., *Oracle 9i: Marketing Fanfare and Yet to Be Proven*, Gartner

93.  October 27, 2000 Bindi Bhullar, The CRM Applications Market in Europe: The Games Have Just Begun, Gartner

94.  November 15, 2000 Mary C. Welch, *Oracle's Launch Box: Launch With Caution*, Gartner

95.  December 4, 2000 Bruce A. Bond, et al., *An Oracle ERP Report Card*, Gartner

96.  December 5, 2000 Jon Rubin, *Oracle's $ 1 Million Performance Guarantee*, Gartner

97.  December 12, 2000 David Mitchell Smith, et al., *Dynamic Services Propels Oracle Into Web Services*, Gartner

98.  January 23, 2001 Brian Zrimsek, et al., *The 2000 ERP Market – Year in Review*, Gartner

99.  January 29, 2001 Carol L. Simons, et al., *PeopleSoft/Vantive Contract Center Solution*, Gartner

100. February 9, 2001 Daniel B. Stang, *Portera ServicePort*, Gartner

101. February 9, 2001 Thomas J. Bittman, et al., Server and Storage Appliances*: Get Ready, It's Inevitable*, Gartner

**Confidential**

102.    February 26, 2001 Norma Schroder, ASPs and Internet Hosters: *Sources of Demand for Infrastructure Software Ven*dors, Gartner

103.    March 1, 2001 Jane Stanhope, *High Price Tags on Integration Solutions May Be Negotiable*, Ideabyte, Giga Information Group

104.    March 5, 2001 Paul Hamerman: *Oracle's Billion Dollar Savings – Does it Apply to Real Customers?,* Ideabyte, Giga Information Group

105.    March 5, 2001 Robert P. Desisto, *Oracle Closing the Gap on Sales Configuration Competitors,* Gartner

106.    March 8, 2001 Stephanie Moore, E *Business Consulting Rates After the Crash,* Ideabyte, Giga Information Group

107.    March 8, 2001 Paul Hamerman, *Oracle Applications Momentum is Slowing,* Ideabyte, Giga Information Group

108.    March 9, 2001 Neil Bradford, *For UK Executives, It's eBusiness As Usual*, Forrester

109.    March 13, 2001 John Ragsdale, *Key Criteria for Evaluating Enterprise CRM Vendors*, Ideabyte, Giga Information Group

110.    March 13, 2001 Art Williams, *ASPs Share the Fourth Quarter Slowdown*, Ideabyte, Giga Information Group

111.    March 14, 2001 Tom Harwick, *Collaborative Value Chain Exchanges From Oracle,* Ideabyte, Giga Information Group

112.    March 14, 2001 Terilyn Palanca, *Oracle DBMS Revenues Fall Flat in Fiscal Third Quarter of 2001,* Ideabyte, Giga Information Group

113.    March 14, 2001 Robert P. Desisto, *Sales Configuration Vendors Magic Quadrant: 1Q01,* Gartner

114.    March 19, 2001 David Friedlander, *Server Based Computing in a slowdown (Part 1 ): Postpone Tactical Deployments*, Ideabyte, Giga Information Group

115.    March 22, 2001 Nigel Rayner, et al*., Oracle AppsWorld: The Suite is King, Sls are the New Foe*, Gartner

116.    March 23, 2001 Timothy Tow, *Oracle's Lowered Earnings Offer Potential Opportunity for Customer*s, Gartner

117.    March 26, 2001 Mary I. Hubley, et al., *Oracle Corporation Oracle Rdb*, Gartner

118.    March 30, 2001 Terilyn Palanca, *IBM's DB2 Pricing Strategy May Pull Some Away from Oracle*, Ideabyte, Giga Information Group

119.   March 2001 Matthew R. Sanders, et al., *What Does eMarketplace Buying Cost?*, Forrester

120.   April 2, 2001 Terilyn Palanca, *For The Time Being, Embarcadero's RapidSQL and Quest's SQL Navigator Are on Equal Ground*, Ideabyte, Giga Information Group

121.   April 2, 2001 Terilyn Palanca, *Maturity for 24x7 Operations: Microsoft SQL vs. Oracle8i*, Ideabyte, Giga Information Group

122.   April 2, 2001 Terilyn Palanca, *Questions Every Prospective Database Management System Customer Should Ask Oracle,* Ideabyte, Giga Information Group

123.   April 5, 2001 Douglas McKibben, *Oracle Treasury: An Enterprise Solution?,* Gartner

124.   April 6, 2001 Art Williams, *Customer Satisfaction With Oracle.com, Ideabyte*, Giga Information Group

125.   April 9, 2001 Erin Kinikin, *CRM From ERP Vendors? The Answer Hinges on the Type of Customer Relationship Desired*, Ideabyte, Giga Information Group

126.   April 9, 2001 Lou Agosta, *Update: DecisionPoint Sees a Silver Lining*, Ideabyte, Giga Information Group

127.   April 9, 2001 Jane Stanhope, et al., *Strong Adoption of OAGIS Likely for Large Enterprises, but Not for Small to Midsize Businesses,* Planning Assumption, Giga Information Group

128.   April 13, 2001 Anette Borba, Market Overview: *Data Visualization Tools – The Vendor Landscape,* Planning Assumption, Giga Information Group

129.   April 16, 2001 Paul Hamerman, *Multinational HR/ Payroll Systems: A Challenging Proposition, at Best,* Ideabyte, Giga Information Group

130.   April 23, 2001 Paul Hamerman, *Comparing High End Financial Planning and Budgeting Solutions,* Ideabyte, Giga Information Group

131.   April 24, 2001 Lou Agosta, *Teradata ETL Options From Third Party Software Providers*, Ideabyte, Giga Information Group

132.   April 24, 2001 Mike Gilpin, *Tech Sector Worries Accelerate Trend to J2EE Market Leaders BEA Systems and IBM, Planning Assumption*, Giga Information Group

133.   April 27, 2001 Kazim Isfahani, *Be Aware of Integration Capabilities of Recruitment Automation Tools*, Ideabyte, Giga Information Group

134.   April 30, 2001 Carl Zetie, *The First Web Services Backlash*, Ideabyte, Giga
       Information Group

135.   April 30, 2001 Paul Hamerman, Expense Management Solutions: *International
       Support Is Improving*, Ideabyte, Giga Information Group

136.   January 12, 2001 Charles E. Philips, Ariba Inc., Q1: Major Margin Swing,
       Morgan Stanley Dean Witter

137.   January 24, 2001 Charles E. Philips, et al., SAP, *Strong 4Q00 earnings, but mixed
       messages from metrics,* Morgan Stanley Dean Witter

138.   February 23, 2001 Charles E. Philips, et al., BEA Systems, *BEA Solid Quarter in
       Tough Environment;* Morgan Stanley Dean Witter

139.   February 27, 2001 Charles E. Philips, et al., BEA Systems, *BEA e World:
       Evolving the Mode*l, Morgan Stanley Dean Witter

140.   February 28, 2001 Douglas R. Augenthaler, et al., ARBA: *Value Chain Song
       Doesn't Ring True P1 2*, CIBC World Markets.

141.   March 2, 2001 Charles E. Philips, et al., BEA Systems, *Downgrading from
       Outperform to Neutral*, Morgan Stanley Dean Witter

142.   March 2, 2001 Charles E. Philips, i2 Technologies, *Downgrading from
       Outperform to Neutral*, Morgan Stanley Dean Witter

143.   April 2, 2001 Douglas R. Augenthaler, et al., ARBA: *Game, Set, Match P1 2*,
       CIBC World Markets.

144.   April 3, 2001 Douglas R. Augenthaler, et al., ARBA: *Game, Set, Match P2 2*,
       CIBC World Markets.

145.   April 6, 2001 Joseph Farley, Cognos Inc., *Results in Line with Pre
       Announcement*, Morgan Stanley Dean Witter

146.   April 19, 2001 Charles E. Philips, et al., i2 Technologies, *No More Elephants*,
       Morgan Stanley Dean Witter

147.   April 19, 2001 Douglas R. Augenthaler, et al., ARBA: *Remain Cautions on Ariba
       in Front of Earnings Report*, CIBC World Markets.

148.   April 20, 2001 Douglas R. Augenthaler, et al., ARBA: *March Q as Expected.
       Excellent Cash Mgmt in Q, but Long Road Ahead*, CIBC World Markets

149.   April 20, 2001 Charles E. Philips, et al., SAP *Tough Market, but Strong Q1 for
       SAP,* Morgan Stanley Dean Witter

Confidential

150.  April 20, 2001 Joseph Farley, et al., Business Objects, *Lowering Numbers Based on Economic Concerns,* Morgan Stanley Dean Witter

151.  December 15, 2000 Charles E. Philips, Hyperion Solutions, *Sluggish Execution in a Fast Growing Market*, Morgan Stanley Dean Witter

152.  January 18, 2001 Charles E. Philips, et al., i2 Technologies, *A Good Finish but Front End Loaded 2001*, Morgan Stanley Dean Witter

153.  April 6, 2001 Joseph Farley, et al., Hyperion Solutions, *HYSL Pre announces Third Quarter Results*, Morgan Stanley Dean Witter

154.  April 24, 2001 Joseph Farley, et al., Hyperion Solutions, *Quarter in line, Still in Transition,* Morgan Stanley Dean Witter

155.  December 3, 2004 CRM Daily, *SAP's $50 Million Rollout Runs Into Trouble*

156.  March 2003 Majed Al-Mashari & Abdullah Al-Mudimigh, *ERP implementation: lessons from a case study*, Information Technology & People

157.  Judy E. Scott, *The FoxMeyer Drugs' Bankruptcy: Was it a Failure of ERP?*

158.  November 3, 1999 Kim Girard, *Business Software: firms sued over implementation*, CNET News.com

159.  March 27, 2000 Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, IdeaByte, Giga Information Group

160.  May 3, 2000 *PeopleSoft Bolsters Internet-Based, Analytic Product Line by Acquiring Advance Planning Solutions*, PeopleSoft Press Release, Business Wire

161.  January 17, 2000 *Angoss Announces Availability of KnowledgeStudio for Siebel*, Siebel Press Release, Canadian Corporate Newswire, Inc.

162.  March 14, 2000 *J.D. Edwards Names Michael Schmitt to Lead New B2B Business Unit; Visionary to Drive J.D. Edwards Development, Sales and Trading Community Integration Efforts to Power J.D. Ed-wards as the Leader in the New Economy*, J.D. Edwards Press Release, PR Newswire Association, Inc.

163.  April 14, 1998 *SAP Announces New Global Contract with Phillips Petroleum Company; Phillips Expanding Commitment to SAP and Deployment Across All Operations*, SAP Press Release, Business Wire, Inc.

## E.   PRODUCED/BATES-STAMPED MATERIALS

1.   AGE 000038-000053

2.   BOA 00105-00108

3.   BOA 01071-01074

4.   BOA 02688-02703