Exhibit 11

# *Estimating* SOFTWARE COSTS

## BRINGING REALISM TO ESTIMATING

### Second Edition

- Complete software projects on time and within budget
- Select the estimation applications and methods that fit your needs
- Use object-oriented, reusable component, and Java techniques
- Understand impact of Agile, Extreme (XP), and CMM on schedules and costs

## CAPERS JONES

FOREWORD BY Doug Brindley, President, Software Productivity Research, LLC

---

*Estimating* SOFTWARE COSTS
BRINGING REALISM TO ESTIMATING

Second Edition

JONES

McGraw Hill

---

"Capers Jones' work offers a unique contribution to the understanding of the economics of software production. It provides deep insights into why our advances in computing are not matched with corresponding improvements in the software that drives it. This book is absolutely required reading for an understanding of the limitations of our technological advances."
—Paul A. Strassmann, former CIO of Xerox, the Department of Defense, and NASA

## Deliver bug-free software projects on schedule and within budget

Get a clear, complete understanding of how to estimate software costs, schedules, and quality using the real-world information contained in this comprehensive volume. Find out how to choose the correct hardware and software tools, develop an appraisal strategy, deploy tests and prototypes, and produce accurate software cost estimates. Plus, you'll get full coverage of cutting-edge estimating approaches using Java, object-oriented methods, and reusable components.

* Plan for and execute project-, phase- and activity-level cost estimations
* Estimate regression, component, integration, and stress tests
* Compensate for inaccuracies in data collection, calculation, and analysis
* Assess software deliverables and data complexity
* Test design principles and operational characteristics using software prototyping
* Handle configuration change, research, quality control, and documentation costs

SOFTWARE ENGINEERING

$75.00 USA
£42.99 UK
$89.95 CDN

ISBN-13: 978-0-07-148300-1
ISBN-10: 0-07-148300-4

9 780071 483001

5 7-5 0 0

ABOUT THE AUTHOR:
Capers Jones is a leading authority in the world of software estimating. He was the founder and chairman of Software Productivity Research, where he currently serves as chief scientist emeritus.

The McGraw-Hill Companies

McGraw Hill Osborne

www.osborne.com

OSBORNE DELIVERS RESULTS

The McGraw-Hill Companies

*This book is dedicated to colleagues who were among the pioneers of software measurement and software cost estimating: Al Albrecht, Dr. Barry Boehm, Tom DeMarco, Steve Kan, Larry Putnam, Howard Rubin, and Tony Salvaggio*

Cataloging-in-Publication Data is on file with the Library of Congress

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

**Estimating Software Costs: Bringing Realism to Estimating, Second Edition**

Copyright © 2007 by The McGraw-Hill Companies. All rights reserved. Printed in the United States of America. Except as permitted under the Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of publisher.

1 2 3 4 5 6 7 8 9 0   DOC DOC   0 1 9 8 7

ISBN-13: 978-0-07-148300-1
ISBN-10:   0-07-148300-4

**Sponsoring Editor**
Wendy Rinaldi

**Editorial Supervisor**
Janet Walden

**Project Manager**
Madhu Bhardwaj,
International Typesetting
and Composition

**Acquisitions Coordinator**
Mandy Canales

**Copy Editor**
Claire Splan

**Proofreader**
Raina Trivedi

**Indexer**
Claire Splan

**Production Supervisor**
Jean Bodeaux

**Composition**
International Typesetting
and Composition

**Illustration**
International Typesetting
and Composition

**Art Director, Cover**
Jeff Weeks

**Cover Designer**
Pattie Lee

Information has been obtained by McGraw-Hill from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, McGraw-Hill, or others, McGraw-Hill does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from the use of such information.

Case 3:01-cv-00988-SI   Document 1519-12   Filed 10/20/08   Page 4 of 33

simple: Base the size of applications on external characteristics that do not change because of the programming language or languages used.

In essence, a *function point* consists of the weighted totals of five external aspects of software applications:

- The types of *inputs* to the application
- The types of *outputs* that leave the application
- The types of *inquiries* that users can make
- The types of *logical files* that the application maintains
- The types of *interfaces* to other applications

In October 1979, Allan Albrecht presented the function point metric at a conference in Monterey, California, sponsored jointly by IBM and two IBM user groups, SHARE and GUIDE. Concurrently, IBM placed the basic function point metric into the public domain.

What Albrecht and his colleagues at IBM were attempting to do was to create a software metric that had the following ten important design goals:

- The metric can be used to measure software productivity.
- The metric can be used to measure software quality.
- The metric can be used to measure software in any known programming language.
- The metric can be used to measure software in any combination of languages.
- The metric can be used to measure all classes of software (real-time, MIS, systems, etc.)
- The metric can be used to measure any software task or activity and not just coding.
- The metric can be used in discussions with clients.
- The metric can be used for software contracts.
- The metric can be used for large-scale statistical analysis.
- The metric can be used for value analysis.

On the whole, the function point metric meets all ten goals fairly well. This is not to say that function points have no problems of their own, but they meet the ten criteria far better than the older lines-of-code-metrics. Indeed, given the advent of visual languages and object-oriented software, the lines-of-code-metrics does not currently meet any of the ten criteria at all.

As the usage of function points expanded, a nonprofit organization, the International Function Point Users Group (IFPUG), was formed. IFPUG has now become one of the largest measurement associations in the world, and there are affiliated organizations in at least 20 other countries. (For additional information on this group, readers can visit their web site, www.IFPUG.org.)

IFPUG took over responsibility from IBM for modernizing and updating the basic counting rules for function points, which have gone through a number of major and minor sets of revisions. On average, IFPUG issues a major revision about every three years, and minor revisions once or twice a year. The most common reason for a revision is to include new kinds of software or new environments, such as web-based applications or embedded applications.

This chapter contains a number of simple rules of thumb that cover various aspects of software development and maintenance. The rules assume the Version 4.5 function point counting rules published by IFPUG. Adjustments would be needed for the British Mark II function point rules, for COSMIC function point rules, or the older IFPUG rules. Also, these rules would need adjustments for some of the many function point variations, such as the Boeing 3D function point, object points, use-case points, feature points, or the DeMarco *bang* function point.

However, rules of thumb are far too limited to cover every aspect of software development. So this section also discusses the usage of simple table-driven *templates* that allow somewhat finer levels of estimation. Here, too, the table-driven method is not as accurate as a commercial estimating tool, but can be performed quickly and can provide a rough check on more formal and rigorous estimating approaches.

Strong cautions must be given yet again:

- Simple rules of thumb are *not* accurate.
- Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes.
- No manual software-estimating methodology can give rapid response when assumptions change and requirements creep.

The following rules of thumb are known to have a high margin of error. They are being published in response to many requests to the author for simple methods that can be used manually or with pocket calculators. Also, an understanding of the limitations of manual estimating methods can give a greater appreciation for the need for more formal automated methods.

The best that can be said is that the rules of thumb are easy to use, and can provide a "sanity check" for estimates produced by other and hopefully more rigorous methods.

## Enterprise Resource Planning (ERP) Deployment

The most important point to understand about ERP deployment is that modern ERP tools are enormous. Because they attempt to support almost every aspect of a modern business, they average around 250,000 function points in size. This is equivalent to about 12,500,000 Java statements. (Note that ERP tools are not written in Java, but that language is so widespread that it is convenient for expressing size information.)

As background for understanding the economics of ERP packages, recall that software development in corporate environments has traditionally been funded and driven by the specific needs of operating units: sales, marketing, purchasing, manufacturing, finance, human resources, taxation, quality assurance, and so forth.

Although these disparate operating units are part of the same companies, they have historically operated as semi-independent groups under their own executives and with their own budgets. In many large corporations, each of the main operating units had their own dedicated software development and maintenance groups.

It often happens that the software created to support a particular business operation is so unique that it is difficult to interface with the software created in support of other business operations. The result has been a patchwork collection of independent applications that do not communicate with others easily (or at all), built on top of databases with unique structures and data elements. Therefore, while local unit-level information and data processing needs are usually met, many companies have trouble gaining a clear perspective or useful data at the corporate level.

The fundamental ERP vision is that to be successful, enterprises need to integrate all of their business applications so that they communicate, and to pool all of their disparate data into an enterprise-wide data warehouse.

Since the aging legacy applications built by the companies themselves cannot easily be blended or integrated, the ERP concept has been to provide a cohesive set of applications that are already integrated. Further, most ERP architectures are built on the concept of sharing information in the presence of continuous growth and changing business needs. Therefore, the installation of ERP packages provide much better cross-unit integration of data and information than companies have had in the past.

As ERP packages expand their markets, there is an increasing need to estimate the schedules and costs of deploying and customizing the ERP packages. There is also a need to estimate the downstream schedules

and costs of building custom applications in an ERP environment or customizing some of the ERP components.

Examples of the major business components of ERP applications and their approximate sizes include

| | |
|---|---|
| **Manufacturing** | 50,000 function points |
| Bill of materials | |
| Capacity planning | |
| Workflow management | |
| Quality control | |
| Cost management | |
| **Supply Chains** | 25,000 function points |
| Inventory | |
| Order entry | |
| Purchasing | |
| Supply chain planning | |
| **Finance** | 50,000 function points |
| General ledger | |
| Cash flow | |
| Accounts payable | |
| Accounts receivable | |
| **Projects** | 20,000 function points |
| Cost accounting | |
| Billing | |
| **Human Resources** | 30,000 function points |
| Time and expense management | |
| Payroll | |
| Benefits | |
| Time and attendance | |
| Health care plans | |
| **Customer Relationships** | 25,000 function points |
| Marketing | |
| Sales | |
| Call centers | |
| Warranties | |
| **Data Warehouses** | 50,000 function points |
| All relevant corporate data | |
| **Full ERP Package** | 250,000 function points |

Of course, not every company uses every ERP feature. A more typical ERP deployment in a large manufacturing company would probably utilize about 150,000 function points out of the total feature set of 250,000 function points.

Considering the historical results of ERP deployment, raising the function point total of the ERP features to be deployed to the 0.23 power will generate an approximate schedule in calendar months for installation,

customization, and training. Applying this rule of thumb to a feature set of 150,000 function points yields 15.5 calendar months.

What is somewhat surprising is that as large as they are, ERP applications do not really supply 100 percent of necessary business functions to run a large enterprise. The total quantity of function points found in large corporations' portfolios often exceeds 1,000,000. Thus it can be seen that as big as they are, ERP features comprise only about 25 percent of the capabilities needed to run a modern enterprise.

The main advantage of ERP applications is consistency in interfaces, and easy sharing of important data across many departments and organizations of large enterprises. Also, ERP packages are fairly cost-effective compared to attempting to build similar feature sets.

Typical ERP clients would have to spend perhaps $1000 per function point if they set out to build the most widely used ERP features for themselves. Assume a typical ERP installation that uses 150,000 function points. At a development cost of $1000 per function point, it would cost about $150,000,000 to replicate the ERP features. By contrast, the ERP package can be leased for less than $5 per function point.

Although ERP deployment can sometimes be lengthy and difficult, the schedules for building custom software are far longer. An approximate development schedule in calendar months can be calculated by taking the size of the desired application in function points and raising it to the 0.4 power. Thus, to build the features of a 150,000-function point ERP installation would take about 117 months or almost ten years. By contrast, most ERP packages can be fully deployed and operational in 16 months or less.

The generalized capabilities of ERP application suites often require significant tailoring for specific clients. The adjustments consist of modifications to ERP tables, and perhaps some custom code development.

As a provisional rule of thumb, assume that about 5 percent of the ERP features require tailoring for a specific client. Thus, for the 150,000–function point ERP installation discussed above, roughly 7500 function points would require modification or adjustment. Since ERP vendors provide tools and trained consultants, a rate of about 75 function points per staff month might be anticipated for the modifications and customization. That would imply about 100 staff months or 2,200 staff days of effort to tailor a 150,000 function point ERP installation and customize 7,500 function points. At a nominal cost of $2500 per day, customization of the ERP package would cost about $5,500,000. This may sound like quite a bit, but compared to the average development effort of ten function points per staff month for ordinary COBOL applications, it is rather efficient.

Most complex tools such as ERP applications require substantial training and sometimes consulting assistance to be used effectively.

A provisional rule of thumb is that every ERP user will need about five days of training to get up to speed on the new ERP way of doing business. Since a typical ERP deployment will have about 1000 users, the overall need for training adds up to about 5000 class days. At a nominal cost of $250 per student day, ERP training might cost $1,250,000. Training is usually spread over about a three-month calendar period.

Another way of understanding training is to interview some of the consulting companies that provide it. At a conference for the German ERP tool, SAP, about 25 training consultants were interviewed. The average response by the training partners was that SAP clients should expect to spend about $2 in training for every $1 of the first year lease. The range of responses ran from a low of $1.25 to a high of $85 although the high response also included some consulting.

A general rule of thumb for software training is that users of application packages need about one day of instruction for every 5000 function points in the package. Since users of ERP packages will typically use between 10,000 and 25,000 function points of ERP features in their normal jobs, somewhere between two days and five days of training per user should be anticipated.

One important topic that is not discussed as widely as it should be is the fact that ERP packages, like all other large software applications, contain defects or bugs. Typically, ERP packages start with defect potentials of about 6.0 per function point due to their large sizes. Defect-removal efficiency before their initial release is about 90 percent. Thus, for an ERP package of 250,000 function points the total defect volume would be 1,500,000 defects. At first deployment, as many as 150,000 defects would still be present. About 1000 would be high-severity defects, 20,000 would be medium-severity defects, and 129,000 would be low-severity defects.

Unfortunately, the bad-fix injection rate on such large and complex applications is about 7 percent, so secondary defects with ERP packages are an issue for several years.

However, after deployment latent defects will be found, reported by customers, and fixed at a rate of perhaps 40 percent per calendar year overall. The more critical high-severity defects will be found at a rate of about 70 percent during the initial year of deployment, and then about 60 percent per year after that. Thus, after several years of deployment and usage, the ERP packages achieve reasonable levels of stability.

Another fairly serious issue with ERP packages is that of "error-prone modules." It was discovered in the 1970s that large software applications have an unequal distribution of defects. About 5 percent of their modules typically contain about 50 percent of all reported defects. ERP applications are very large, and from customer reports, some of these may have error-prone modules.

Exhibit 12

2-28-05

MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
John C. Kloosterman (SBN 182625)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:      (650) 331-2000
Facsimile:       (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
190 South LaSalle Street
Chicago, IL 60603-3441
Telephone:      (312) 782-0600
Facsimile:       (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:      (650) 506-5200
Facsimile:       (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | DECLARATION OF ALAN FLETCHER |
| | Judge Martin J. Jenkins |

CHDB01 1263250.1

DECLARATION OF ALAN FLETCHER - CASE NO: C-01-0988-MJJ

# DECLARATION OF ALAN FLETCHER

I, Alan Fletcher, declare and state that:

1.      I am Alan Fletcher.  I have personal knowledge of the facts set forth in this Declaration and, if called upon, I could testify competently thereto.

2.      I currently am the Vice President of Applications Development Operations  at Oracle Corporation ("Oracle").  During the period from December 1, 2000 through February 28, 2001 ("3Q01"), I was the Vice President of Operations for Customer Relationship Management ("CRM") Development.

3.      Oracle introduced a suite of business software in May 2000 known as Suite 11i. The software consisted of over 80 separate application modules.  Customers had the option of purchasing some or all of the modules.  Each module fell under one of two broad categories: either Enterprise Resource Planning ("ERP") or Customer Relationship Management ("CRM"). ERP modules addressed the "back office" functions of a company, e.g., procuring and paying for supplies and manufacturing goods or developing services – activities that generally are not apparent in a transaction between a business organization and its customer.  CRM modules addressed the "front office" functions of a company, e.g., marketing, sales, and servicing.

4.      Oracle's 11i software was designed to be an integrated suite of modules. "Integrated" or "interoperable" when used in the context of describing Suite 11i modules, means that every application in the suite is engineered around a unified global customer and product database.  In other words, there is only one database, and each item of information concerning customers and products was stored generally in only one place in the database.  Each module in the Suite is designed to be able to find and read the data because there is a single data schema identifying the location of each item of information in the database and all the data is written in the same computer language (Sequel or "SQL").  Furthermore, if one module updates an item of

CHDB01 1263250.1

1

1  information in the database, the update will be instantly available to every other module since

2  they all are working off of the same database and using the same language.

3      5.    Oracle's integrated modular approach was in sharp contrast to the prevailing

4  
5  industry practice, which was commonly referred to as "best of breed." In such an installation,

6  the customer chooses software from different vendors for different business functions based

7  upon its assessment of which vendor's software performs each function best. Since the software

8  has been developed by different vendors who generally use different computer programming

9  technology, databases and database schemas, it is necessary for the customer to hire consultant to

10  "integrate" the software from different vendors. This integration process can be very time-

11  consuming and expensive. Generally, the integrator has to write extensive customized computer

12  
13  code to cause data from one database to transfer to other databases and to be readable by other

14  applications. In addition, it is usually necessary to devise new computer programs to update the

15  information in each database when an item in one database is changed by one of the applications.

16      6.    The development of Suite 11i required a huge investment of capital and human

17  resources. Oracle's development organization was principally responsible for designing and

18  coding the software comprising Suite 11i. Oracle built Suite 11i partly from scratch and partly

19  
20  by modifying or upgrading various Oracle applications already on the market. I am informed

21  and believe that, in 3Q01, Oracle employed almost 3000 employees to develop ERP applications,

22  and over 1200 employees to develop CRM applications. Oracle invested well over 6,000,000

23  person-hours of development time to create Suite 11i, not including the time originally spent in

24  developing existing applications that Oracle modified or upgraded to work within the integrated

25  suite. Employees in Oracle's consulting and support organizations assisted customers in

26  
27  
28

2

1   implementing Suite 11i software. I am informed and believe that in 3Q01, Oracle employed

2   12,782 persons in its consulting organization and 5,578 persons in its support organization.

3       7.      The result of Oracle's investment was a very extensive, complex software

4   program consisting of programming code organized into over half a million files. During 3Q01,

5   the code required to install the database and other underlying technology on which the

6   applications ran occupied approximately 200,000 files. The programming code required to run

7   the actual applications occupied approximately 400,000 files, and approximately 600,000 Sequel

8   statements specifically addressed inputting and extracting data to and from the database. The

9   data in the database was organized into approximately 20,000 different tables.

10

11      I declare under penalty of perjury under the laws of the United States of America that the

12  above is true and correct and that this Declaration was executed on February 28, 2005 in

13  Redwood City, California.

14

15

16  

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 13

**Applied
Software
Measurement**

**Library of Congress Cataloging-in-Publication Data**

Jones, Capers.
  Applied software measurement : assuring productivity and quality /
  Capers Jones.—2d ed.
      p.   cm.
  Includes index.
  ISBN 0-07-032826-9
  1. Computer software—Quality control.   2. Function point
analysis.  I. Title.
QA76.76.Q35J66  1996
005.14—dc20
                     96-8652
                     CIP

*McGraw-Hill*

A Division of *The McGraw-Hill Companies*

Copyright © 1996, 1991 by Capers Jones. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

4 5 6 7 8 9 0  DOC/DOC  9 0 1 0 9 8

ISBN 0-07-032826-9

*The sponsoring editor for this book was John Wyzalek, the editing supervisor was Caroline R. Levine, and the production supervisor was Pamela A. Pelton.*

Printed and bound by R. R. Donnelley & Sons Company.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

This book is printed on recycled, acid-free paper containing a minimum of 50% recycled de-inked fiber.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

# Contents

Preface  ix
Acknowledgments  xv

**Chapter 1. Introduction**    **1**
  The Essential Aspects of Applied Software Measurement  5
  Strategic and Tactical Software Measurement  15
  Current Measurement Experiences by Industry  17
  Measurement and the Software Life Cycle  23
  The Structure of a Full Applied Software Measurement System  25
  The Sociology of Software Measurement  30
  Justifying and Building an Applied Software Measurement Function  35
  Applied Software Measurement and Future Progress  43
  Suggested Readings  44
  References  45

**Chapter 2. The History and Evolution of Functional Metrics**    **47**
  The Invention and First Publication of Function Points  47
  Problems with and Paradoxes of Lines-of-Code Metrics  53
  Albrecht's Original 1979 Function Point Methodology  60
  Worldwide Publication of Function Points in 1981  62
  DeMarco's 1982 Publication of the "Bang" Functional Metric  62
  Albrecht's 1984 Revision of the IBM Function Point Methodology  64
  The 1985 Software Productivity Research Method  73
  Function Points for Maintenance and Enhancement Projects  95
  The 1986 Formation of the International Function Point Users Group (IFPUG)  96
  The 1986 Development of Feature Points for Real-Time and Systems Software  97
  The 1987 Merger of Function Points and Halstead Metrics  106
  The 1988 Publication of the British Mark II Function Point Method  108
  The 1989 Publication of the Dreger Function Point Tutorial  110
  The 1990 IFPUG Standard Counting Practices Manual  111
  The 1990 IEEE Draft Standard on Productivity Measurement  113

v

quality of commercial software (i.e., the packages sold over the counter such as spreadsheets or word processors) has improved and overall results are better than in 1991.

Table 3.1 shows the approximate net changes in U.S. average productivity and quality rates between 1990 and 1995. [Since the 1990 data was expressed using version 3.0 of the function point counting rules developed by the International Function Point Users Group (IFPUG) the new 1995 average is also based on the version 3.0 rules rather than the newer version 4.0 counting rules.]

The upper data in Table 3.1 shows the average results from the overall SPR knowledge base, i.e., cumulative results through 1990 and the cumulative results through 1995. Although newer projects are more productive than older ones, the overall national averages cannot change with much rapidity. The lower portion of Table 3.1 illustrates projects that were put into production in calendar year 1990 and those that entered production in 1995. By limiting the results to a single year, it is easier to see the rate of progress because prior data is excluded.

Unfortunately, averages tend to be deceptive no matter how the information is displayed since the ranges are so broad. The ranges of observed productivity in 1990 ran from a low of 0.13 function point per staff month to a high of about 140 function points per staff month for prototypes and small end-user applications. In 1995, the ranges ran from a low of 0.35 up to a high of more than 200 function points per staff month for prototypes and small end-user applications with substantial reuse. (Note that Table 3.1 excludes end-user applications.) The reasons and details for such wide ranges are discussed later in this chapter. Suffice it to say there is still a high margin of error, and readers are cautioned that "averages" are often misleading and should not be used for serious business purposes such as contracts or cost estimates.

The overall productivity gains between 1990 and 1995 can be attributed to the growth of the object-oriented paradigm, to better tool suites, to the explosive growth of client-server applications, and to

TABLE 3.1    Comparison of 1990 and 1995 Overall U.S. Productivity and Quality Levels (Data Expressed Using IUG Version 3.0 Function Points)

| | U.S. productivity average | U.S. defect potential average | U.S. defect removal average, % | U.S. defect delivery average |
|---|---|---|---|---|
| 1990 (cumulative) | 5.00 | 5.00 | 85 | 0.75 |
| 1995 (cumulative) | 5.66 | 4.74 | 92 | 0.38 |
| 1990 (only) | 5.60 | 4.85 | 87 | 0.63 |
| 1995 (only) | 8.45 | 4.60 | 93 | 0.32 |

continued expansion of high-level programming languages and application generators within the software world. Software reusability is also becoming a contributor, and especially so within specific domains such as outsourcing and commercial software. Better measurements are also a major contributor since as more companies use function points the pool of available data is becoming larger.

The quality gains between 1990 and 1995 can be attributed to continued progress within the systems and military software domains, to improved quality control within the commercial software domain, and to greater recognition of the need for software quality as a by-product of the ISO 9000 standards and the Software Engineering Institute's capability maturity model. Defect tracking tools and test management tools are also growing in numbers and sophistication. The down side of software quality is that client-server applications are often worse than prior quality levels during the monolithic mainframe era. In quality too, better measurements have been a major contributor by providing expanding pools of information. As the software industry continues to evolve, the overall impetus is positive and indicates that continued improvements should occur throughout the remainder of the twentieth century and well into the twenty-first century.

## Sources of Possible Errors in the Data

Readers should be aware that this study has the potential of a high error content. The raw data, although better than that available for the first edition, remains partial and inconsistent in respect to the activities included, and it is often known to be incomplete and even wrong (i.e., the widespread failure to measure unpaid overtime).

Many different companies and government data has been examined. There are no current U.S. or international standards for capturing significant data items or for including the same sets of activities when projects are measured. For costs and financial data, there are not even any recognized, standard accounting practices for dealing with the overhead or burden rates which companies typically apply. This fact is troublesome within the United States, and even more troublesome for international cost comparisons where there are major differences in compensation, where currency exchange rates must be dealt with, and where burden rate variances can be many hundred percent.

Since the data has such as high potential for error, it is reasonable to ask why it should be published at all. The reason for publication is the same as the reason for publishing any other scientific results based on partial facts and provisional findings. Errors can be corrected by subsequent researchers, but if the data is not published there is no incentive to improve it.

**TABLE 3.16   Patterns of Software Defect Prevention and Removal Activities for Six Software Subindustries, Percentages**

| Prevention activities: | End user | MIS | Outsource | Commercial | Systems | Military |
|---|---|---|---|---|---|---|
| Prototypes | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Clean rooms | | | | | | 20.00 |
| JAD sessions | | 30.00 | 30.00 | | 25.00 | |
| QFD sessions | | | | | | |
| Subtotal | 20.00 | 44.00 | 44.00 | 20.00 | 52.00 | 36.00 |
| Pretest removal: | | | | | | |
| Desk checking | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| Requirements review | | | 30.00 | 25.00 | 20.00 | 20.00 |
| Design review | | | 40.00 | 45.00 | 45.00 | 30.00 |
| Document review | | | | 20.00 | 20.00 | 20.00 |
| Code inspections | | | | 50.00 | 60.00 | 40.00 |
| Independent verification and validation | | | | | | 20.00 |
| Correctness proofs | | | | | | 10.00 |
| Usability labs | | | | 25.00 | | |
| Subtotal | 15.00 | 15.00 | 64.30 | 89.48 | 88.03 | 83.55 |
| Testing activities: | | | | | | |
| Unit test | 30.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| New function test | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 |
| Regression test | | | 20.00 | 20.00 | 20.00 | 20.00 |
| Integration test | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 |
| Performance test | | | | 15.00 | 15.00 | 20.00 |
| System test | 35.00 | 35.00 | 35.00 | 35.00 | 40.00 | 35.00 |
| Independent test | | | | | | 15.00 |
| Field test | | | | 50.00 | 35.00 | 30.00 |
| Acceptance test | 30.00 | | 25.00 | | 25.00 | 30.00 |
| Subtotal | 30.00 | 76.11 | 80.89 | 91.88 | 92.69 | 93.63 |
| Overall efficiency | 52.40 | 88.63 | 96.18 | 99.32 | 99.58 | 99.33 |
| Number of activities | 3 | 7 | 11 | 14 | 16 | 18 |

**TABLE 3.17   Maximum, Minimum, and Modal Productivity Ranges for Software Development Activities**

| Activities performed | Function points per month | | | Work hours per function point | | |
|---|---|---|---|---|---|---|
| | Minimum | Mode | Maximum | Maximum | Mode | Minimum |
| 1. Requirements | 50.00 | 175.00 | 350.00 | 2.64 | 0.75 | 0.38 |
| 2. Prototyping | 25.00 | 150.00 | 250.00 | 5.28 | 0.88 | 0.53 |
| 3. Architecture | 100.00 | 300.00 | 500.00 | 1.32 | 0.44 | 0.26 |
| 4. Project plans | 200.00 | 500.00 | 1500.00 | 0.66 | 0.26 | 0.09 |
| 5. Initial design | 50.00 | 175.00 | 400.00 | 2.64 | 0.75 | 0.33 |
| 6. Detail design | 25.00 | 150.00 | 300.00 | 5.28 | 0.88 | 0.44 |
| 7. Design reviews | 75.00 | 225.00 | 400.00 | 1.76 | 0.59 | 0.33 |
| 8. Coding | 15.00 | 50.00 | 200.00 | 8.80 | 2.64 | 0.66 |
| 9. Reuse acquisition | 400.00 | 600.00 | 2000.00 | 0.33 | 0.22 | 0.07 |
| 10. Package purchase | 350.00 | 400.00 | 1500.00 | 0.38 | 0.33 | 0.09 |
| 11. Code inspections | 75.00 | 150.00 | 300.00 | 1.76 | 0.88 | 0.44 |
| 12. Independent verification and validation | 75.00 | 125.00 | 200.00 | 1.76 | 1.06 | 0.66 |
| 13. Configuration management | 1000.00 | 1750.00 | 3000.00 | 0.13 | 0.08 | 0.04 |
| 14. Formal integration | 150.00 | 250.00 | 500.00 | 0.88 | 0.53 | 0.26 |
| 15. User documentation | 20.00 | 70.00 | 100.00 | 6.60 | 1.89 | 1.32 |
| 16. Unit testing | 70.00 | 150.00 | 400.00 | 1.89 | 0.88 | 0.33 |
| 17. Function testing | 25.00 | 150.00 | 300.00 | 5.28 | 0.88 | 0.44 |
| 18. Integration testing | 75.00 | 175.00 | 400.00 | 1.76 | 0.75 | 0.33 |
| 19. System testing | 100.00 | 200.00 | 500.00 | 1.32 | 0.66 | 0.26 |
| 20. Field testing | 75.00 | 225.00 | 500.00 | 1.76 | 0.59 | 0.26 |
| 21. Acceptance testing | 75.00 | 350.00 | 600.00 | 1.76 | 0.38 | 0.22 |
| 22. Independent testing | 100.00 | 200.00 | 300.00 | 1.32 | 0.66 | 0.44 |
| 23. Quality assurance | 30.00 | 150.00 | 300.00 | 4.40 | 0.88 | 0.44 |
| 24. Installation and training | 150.00 | 350.00 | 600.00 | 0.88 | 0.38 | 0.22 |
| 25. Project management | 15.00 | 100.00 | 200.00 | 8.80 | 1.32 | 0.66 |
| Cumulative results | 1.90 | 6.75 | 13.88 | 69.38 | 19.55 | 9.51 |
| Arithmetic mean | 133 | 284.8 | 624 | 2.78 | 0.78 | 0.38 |

further toward the concept of activity-based costing of software projects. Software data that is collected only to the levels of complete projects or to the levels of six to eight software development phases is not accurate enough for either serious economic analysis or cost estimating of future projects.

The arithmetic mean of the data in Table 3.17 is not very useful information. The cumulative results, on the other hand, are actually both interesting and useful. Experience has shown that the concept of cumulative results is difficult to grasp, so a simple example may clarify the situation.

Suppose we were building a simple application of 100 function points in size, and we spent 1 month in coding the application and 1 month in testing the application. Our productivity rate for coding is obviously 100 function points per month, and our productivity rate for testing is

**TABLE 3.30   Ranges of Software Effort in Person-Months**

| Function points | Minimum | Average | Maximum |
|---|---|---|---|
| 1 | 0.01 | 0.09 | 0.41 |
| 10 | 0.14 | 1.42 | 6.02 |
| 100 | 2.60 | 18.99 | 64.28 |
| 1,000 | 64.87 | 267.50 | 876.49 |
| 10,000 | 1,079.42 | 4,362.00 | 12,952.98 |
| 100,000 | 21,553.29 | 66,690.00 | 205,735.95 |

ance, database administration, and testing. Project management is assumed to be present also. The assumption in the table is that an average work month contains approximately 132 working hours. Note that Table 3.29 shows averages for the rows, but not for the columns. It is easy to average columns of numbers, but the arithmetic average of projects that span a range from 1 to 100,000 function points is so misleading that it is better not to even bother. The situation is even more troublesome when the ranges of effort are considered, as will be seen in Table 3.30.

Table 3.30 shows the overall ranges that occur in this important topic. A host of factors are associated with the extreme conditions, such as reusability, experience, programming languages, and tools. Only an expert human estimator or one of the better expert-system software cost estimating tools can sort through all of the contributing factors and develop an accurate estimate for where any particular project is likely to fall. The minimum side of the table can occur only with state-of-the-art technologies and expert technical and management personnel. The maximum side of the table can occur whenever too many mistakes are made. As always, there are many ways to fail and only a few ways to succeed.

## U.S. Software Productivity Averages and Ranges for New Projects

The first edition of this book utilized "function points per staff-month" as the primary normalizing metric for expressing productivity. This edition continues to use that metric but also adds the complementary metric "work hours per function point." In this book, the two are roughly equivalent if you assume a staff-month contains 132 work hours.

Table 3.31 assumes all activities from the start of requirements through delivery to the first external customer. As many as 25 activities can be performed, including many that have nothing at all to do

---

with coding, such as creation of paper documents (i.e., specifications, user manuals, plans, etc.). Also assumed in Table 3.31 are activities such as quality assurance, testing, and project management. This data is much lower than several other national databases of software productivity data. So far as can be determined, the primary reason for the differences is that the SPR knowledge base attempts to include *all* activities. Many other productivity data collections center on "design, code, and unit test" and these activities amount to only about 25 percent of total effort expended on software projects.

Note that the averages displayed with Table 3.31 are merely the arithmetic means of the columns, the weighted average, or total function points divided by total effort. Table 3.32 presents the same information, only expressed in terms of work hours per function point rather than function points per staff-month.

The two forms of data in Tables 3.31 and 3.32 are mathematically equivalent under the assumption that there are 132 work hours, on average, in a calendar month. The ranges of software productivity in

**TABLE 3.31   U.S. Average Productivity in Function Points per Staff-Month**

| Function points | End user | MIS | Outsource | Commercial | Systems | Military | Average |
|---|---|---|---|---|---|---|---|
| 1 | 80.00 | 20.00 | 20.00 | 10.00 | 8.33 | 4.44 | 23.80 |
| 10 | 40.00 | 13.33 | 11.11 | 8.00 | 5.33 | 2.86 | 13.44 |
| 100 | 28.57 | 8.89 | 9.15 | 5.19 | 4.17 | 2.22 | 9.70 |
| 1,000 | 0.00 | 4.63 | 5.68 | 4.17 | 3.25 | 1.75 | 3.90 |
| 10,000 | 0.00 | 2.98 | 3.50 | 2.72 | 2.36 | 1.30 | 2.57 |
| 100,000 | 0.00 | 1.85 | 2.10 | 1.96 | 1.42 | 0.90 | 1.65 |
| Average | 49.52 | 8.61 | 8.59 | 5.34 | 4.14 | 1.81 | 9.17 |

**TABLE 3.32   U.S. Average Productivity in Work Hours per Function Point**

| Function points | End user | MIS | Outsource | Commercial | Systems | Military | Average |
|---|---|---|---|---|---|---|---|
| 1 | 1.65 | 6.60 | 6.60 | 13.20 | 15.84 | 29.70 | 12.27 |
| 10 | 3.30 | 9.90 | 11.88 | 16.50 | 24.75 | 46.20 | 18.76 |
| 100 | 4.62 | 14.85 | 14.42 | 25.41 | 31.68 | 59.40 | 25.06 |
| 1,000 | 0.00 | 28.51 | 23.23 | 31.68 | 40.66 | 75.24 | 35.31 |
| 10,000 | 0.00 | 44.35 | 37.75 | 48.58 | 55.84 | 101.38 | 57.58 |
| 100,000 | 0.00 | 71.28 | 62.83 | 67.52 | 92.66 | 145.86 | 88.03 |
| Average | 3.19 | 29.25 | 26.12 | 33.81 | 43.57 | 76.30 | 39.50 |

# Exhibit 14

# Rebuttal Declaration of
# Randall W. Jensen, PhD

Regarding
**Expert Report of Edward Yourdon**
dated 25 May 2007

**in the Matter of**
**Oracle Corporation ("Oracle") Securities Litigation**
**United States District Court**
**Northern District of California**
**San Francisco Division**
**Case No. C-01-0988-SI**

**Initially Submitted:  June 22, 2007**
**Sworn: October 20, 2008**

## <u>Assignment</u>

I was engaged in the Oracle Corporation Securities Litigation (Case No. C-07-0988-MJJ) in June 2007 and was asked to review and analyze the Expert Report of Edward Yourdon dated May 25th, 2007.  Specifically, I have been asked to:

1.  Address the methodology and accuracy of Mr. Yourdon's finding that the Oracle 11i software comprises 250,000 function points.

2.  Address Mr. Yourdon's analysis and findings relating to the quality of the Oracle 11i software during the class period from December 14th, 2000 to March 1, 2001.

3.  Address Mr. Yourdon's analysis and findings regarding the adequacy of testing done on the Oracle 11i software prior to its release.

I have addressed each of these issues and reached the conclusions in the following paragraphs.

# Conclusions

**Conclusion #1:**

> **The basis on which Mr. Yourdon calculates 267,000 function points for Oracle 11*i* is flawed, and therefore his calculation cannot be relied upon.**

According to Mr. Yourdon, the Oracle 11*i* suite would have had on the order of 267,000 function points. To get this number, Mr. Yourdon relies on testimony from a senior Oracle developer[1] stating that Oracle expended 6 million staff hours developing Oracle 11*i*. However, using information from the same sources that it appears that Mr. Yourdon used,[2] the size of Oracle 11*i* could actually have been anywhere between 76,000 to 556,000 function points. That range is so wide that all one can infer from that fact alone is that the Oracle 11*i* system is very large. According to Table 3.17 in Capers Jones's 1996 book, the number of function points that Oracle could have developed per staff-month could have been anywhere between 1.90 and 13.88, as opposed to the mode value 6.75 (which is approximately the same as the 6.67 that Yourdon uses[3]). It is this range of 1.90 to 13.88 that produces the 76,000 to 556,000 function point calculation. However, even this is misleading because it refers to all types of software (e.g., internally-developed custom software, outsourced custom software, military software, etc.). What Mr. Yourdon should have noted is that Table 3.31 from Capers Jones's same book[4] shows that average development productivity for commercial software (e.g., Oracle 11*i*[5]) would only be in the range of 1.96 function points per staff-month (which corresponds to approximately 80,000 function points). Using this more realistic number, Oracle could not have properly developed and tested a 267,000

---

[1] Declaration of Alan Fletcher dated February 28, 2005 (incorrectly stated as February 28, 2006 in Mr. Yourdon's report).

[2] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 189.

[3] The table Mr. Yourdon references in his report, Table 15-3 does not exist in this reference source, but Table 3.17 covers the same subject matter and has a similar statistic.

[4] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 213.

[5] Ibid., page 179.

function point product with only 6 million staff hours of effort.[6]

However, the whole approach of calculating function points from staff hours is misleading because the calculation method is not sufficiently precise to be useful.[7] In fact, the only reliable method of determining the number of function points in a software system is to have a function point counter certified by the International Function Point Users Group (IFPUG) count them.  In order to accomplish this, the counter would have to undertake the following steps:

- Define the desired application boundary (i.e., the limits of the functionality and systems for which function points are to be counted)
- Count the external files used by the system
- Count the internal files used by the system
- Count the system's logical inputs
- Count the system's logical outputs
- Count the system's logical queries (i.e., the number of different types  of user inquiries that the system needs to be able to handle)

Once having taken these steps, the counter would need to adjust the count based on the attributes of the internal and external files (see above), and then adjust that total based on the system attributes.

Thus, Mr. Yourdon's function point estimate has no validity because the method he used was flawed and imprecise and he failed to do the one thing that could have produced a reasonably accurate estimate.

---

[6] It is my experience that modifying earlier versions of a software module requires nearly the same effort as developing it from scratch.  Thus, even considering that Oracle 11*i* was comprised in part of modified or upgraded modules from earlier versions of the Oracle Applications, Mr. Yourdon should have realized that 6 million staff hours was insufficient to develop a reliable Oracle 11*i* product.

[7] According to Capers Jones ("Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 121), "Simple rules of thumb are *not* accurate . . . Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes."

**Conclusion #2:**

**Based on the sources Mr. Yourdon relied upon to determine the prevalence of defects in ERP-type software, Mr. Yourdon had no factual basis to state whether Oracle 11*i* defect levels were high, low or normal.**

There are only two places in Mr. Yourdon's report where he discusses what a normal defect level would be for software like Oracle 11*i*:

- In paragraph 48, Mr. Yourdon states that a normal level of defects would be 1 to 2 defects per thousand lines of code (defects/KLOC). However, Mr. Yourdon does not know or does not state how many lines of code Oracle 11*i* has. Therefore the number of defects per thousand lines of code is meaningless.

- In paragraph 87, Mr. Yourdon states that a normal ERP systems would have 1.5 million defects, only 1,000 of which would be high severity defects. However this is based on the estimate of 250,000 function points and Mr. Yourdon has no basis for using that estimate to apply to the amount of development Oracle did on 11*i*, as discussed above.

Thus there is no factual basis anywhere in Mr. Yourdon's report that supports his conclusion that the defects found in Oracle 11*i* were within normal bounds. In fact, he either did not know or did not say how many defects Oracle 11*i* had.

**Conclusion #3:**

> **The defect level that Mr. Yourdon's asserts was acceptable for Oracle 11*i* is much higher than the true acceptable level for commercial software.**

In Paragraph 45 of his report, Mr. Yourdon references a table from Capers Jones's book, "Applied Software Measurement", which shows that software development projects can expect to remove 85% of the defects in a project before delivering it to customers.[8] In his use of this statistic, Mr. Yourdon implies that removal of just 85% of the suite's defects prior to customer delivery was normal and customary for software projects such as the development of Oracle 11*i*. However he has taken this figure, which refers to all types and sizes of software projects, out of context.

What Mr. Yourdon ignored was the fact that Oracle 11*i* is commercial software,[9] and Mr. Jones also documented the defect removal efficiency for commercial software, which – instead of 85% – is over 99%.[10] Of course, the 99%+ defect removal efficiency is predicated on the commercial software developer having completed 14 different defect removal activities, which is what Oracle should have done. If Oracle skipped some of these normal and expected activities (e.g., unit test, regression test, system test, integration test, etc.), Oracle would not have removed 99%+ of the defects, and the product would have experienced unusually high and unacceptable defect levels.

In paragraph 92 of his report (specifically in footnote 33), Mr. Yourdon implies that if Oracle did not test the Oracle 11*i* software completely, that was still an acceptable practice because:

> . . . vendors of large, sophisticated software products [including] Oracle
> . . . are unable to identify and eliminate all software bugs before they
> release a product.  The nearly infinite number of combinations and

---

[8] Yourdon Report dated May 25, 2007, paragraph 45 (based on Table 9.15 from Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 290).

[9] Capers Jones, "Applied Software Measurement" Second Edition, McGraw Hill, 1996, page 179.

[10] Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, Table 20.2, page 488.  Note: the figures in this table are based on data from approximately 12,000 actual software projects examined by Mr. Jones and his colleagues (page 486).

> permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, etc.), third-party software, and customer data, make it impossible to conduct "exhaustive" testing.

This logic is fallacious. Whether or not it is possible to do what Mr. Yourdon describes as "'exhaustive' testing", it is customary for software developers to do the types of testing shown in Capers Jones's book[11] in order to assure that the software will satisfy all of the system's requirements and it will reject invalid inputs. If Oracle did not do such testing, that was not an acceptable practice.

---

[11] Ibid.

**Conclusion #4:**

**Yourdon generously asserted that 1,000 high-severity defects in the first year would be normal, but the defect levels experienced by Oracle 11*i* were significantly higher than this.**

In Paragraph 87 of his report, Yourdon quotes Capers Jones's statistics that an ERP system could reasonably expected to have approximately 1,000 high-severity defects in the first year of use.  Mr. Yourdon also states (in paragraph 33 of his report) that "urgent" defects should be corrected with what are known as software patches.  In this paragraph, Mr. Yourdon's description of an "urgent defect" is essentially the same as a "high severity defect".  I am informed that Oracle issued approximately 5,000 software patches during the first six months after Oracle 11*i* was released for customer use, and that the level of bugs and patches during the next six months remained approximately the same or higher.  Thus, even using Mr. Yourdon's logic (which was being overly generous to Oracle, as described in conclusion #3, above), the Oracle 11*i* defect rate was significantly higher than it should have been.

In his paragraph 192, Mr. Yourdon states: "Like bugs, patches are a natural part of software lifecycles" supported by a quote from Ron Wohl that, in turn, states "some number of software changes were made to – for the exact reason, to improve the software with new features."  Two paragraphs later, Mr. Yourdon quotes Mr. Larry Ellison as saying "Yeah. Patches are often enhancements."  In my experience, no new software system ever issues 5,000 enhancements during the first six months of a new product release that is not working according to its specifications.  In fact, I believe the existence of the 5,000 patches and the continuing bugs during the following months are evidence strongly indicating that the Oracle 11*i* software was neither stable nor mature.

## Publications

My publications within the past ten years are included in my resume, attached.

## Prior Expert Witness Testimony

I do not have any expert witness testimony within the past four years.

## Expert Compensation

The compensation to be paid for services rendered in this matter is as follows: preparation, research and consulting at $450 per hour plus expenses; deposition testimony at $2,750 per half day plus expenses; and trial testimony at $6,000 per day plus expenses.  To date, I have spent approximately 16 hours on this assignment.

## Concluding Comments

This declaration has summarized my opinions and has presented the basis on which they were formed.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of October, 2008 in Brigham City, Utah.

Signed,

Randall W. Jensen, PhD

Enclosure

# RANDALL W. JENSEN

660 North Highland Blvd, Brigham City, UT   84302-5526
Home: (435)734-0126; Office (801)775-5742

## RESUME

**AREAS OF SPECIAL INTEREST**

Software development management; schedule and cost estimation; and software productivity improvement; Real-time software engineering methods

**EXPERIENCE SUMMARY**

Forty eight years experience in the design, analysis, application, and testing of sophisticated embedded systems, backed by an extensive technical education including a Ph.D. in Electrical Engineering (Computer Science minor). Experience during the last thirty five years concentrated in software engineering including development of resource estimation and management techniques, and real-time software development methods research and application.

**EMPLOYMENT**

Software Technology Support Center, Hill AFB, UT, 5/02 to present

> **Cost Estimation Subject Matter Expert**, 2/05 to present. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

> **Consultant**, 5/02 to 2/05. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

Software Engineering, Inc., Brigham City, UT, 8/75 to 5/02

> **President**, 8/75 to present. Developed software cost and schedule estimating tools (Sage, SEER-SEM, System3, Seer). Professional consulting and training in areas of real-time software engineering methods, total quality and resource management, implementation and application of software development resource estimation tools and techniques. Clients include GTE, NSA, US Air Force, US Navy, Canadian National Defence Hdqtrs, and Bull Information Systems.

Hughes Aircraft Company, Fullerton, CA, 8/72 to 11/92 (ret.)

> **Chief Scientist**, 10/80 to 11/92. El Segundo and Fullerton, CA. Conducted software engineering methods research including real-time software development techniques and tools for analysis and design. Pioneered application of structured methods and Computer-Aided System Engineering (CASE) in software development. Continued research in Total Quality Management and methods for improved software productivity with emphasis on team techniques. Enhanced resource and schedule estimation techniques for the widely-used Jensen software development model.

> **Senior Scientist**, 8/76 to 10/80, El Segundo, CA. Conducted software engineering methods research including structured software development techniques and tools. Conducted research in methods for improved software productivity with emphasis on team techniques. Developed resource and schedule estimation techniques and the Jensen software development model.

> **Senior Staff Engineer**, 8/72 to 8/76, El Segundo, CA. Tested and integrated large-scale embedded software systems. Conducted research in structured techniques in large-scale software systems and automated tools to support software test.

Utah State University, Logan UT, 9/67 to 8/72

> **Assistant Professor**. Taught software design methods and programming languages for Computer Science Department, and network theory and Computer-Aided Design (CAD) courses for the Electrical Engineering Department. Conducted research in computer simulation of electronic devices, circuits, and systems.

Design Analysis Associates, Logan, UT, 9/67 to 8/72

**Vice President, CAD Consultant.** Consulting in electronic circuit and device simulation including stressed and transient radiation environments. Developed circuit simulation and design modeling software. Conducted simulation methods training courses. Clients included IBM and US Army Munitions Command.

Hughes Aircraft Company, Culver City, CA, 6/61 to 9/67

**Member of Technical Staff.** Designed airborne digital computer memory systems including magnetics, circuitry, and logic. Developed state-of-art simulation methods, software, and models for the analysis of nonlinear circuits and systems operating in extreme environments.

## EDUCATION

BS, MS Electrical Engineering, Utah State University, 1959,1961

PhD Electrical Engineering (Computer Science minor), Utah State University, 1970

Sys 283 Introduction to System Architectures, AFIT, 2006

Science Mission & System Design and Operations, TSTI, 2005

Software Life Cycle Managememt, QSM, 2006

## HONORS

Sigma Tau honorary engineering fraternity

Engineering Senator, Utah State University, 1958-59

IEEE Outstanding Professor, Utah State University, 1970-71

Sigma Tau Outstanding Engineering Professor, Utah State University, 1970-71

Fellow - Institute for the Advancement of Engineering

IEEE Distinguished Visitor, 1979-82

International Society of Parametric Analysts (ISPA) Frieman Award for outstanding contributions to parametric analysis and estimating, 1984

Outstanding Senior Civilian Engineer 2005, Hill Air Force Base, UT

## PROFESSIONAL ACTIVITIES

**Senior Member**, IEEE, 1973-92

**Executive Board**, IEEE Computer Society Software Engineering Technical Committee, 1982-86

**Chairman**, IEEE Circuit and Systems Society - Los Angeles Chapter, 1973-78

**Executive Board**, CASE Outlook Newsletter

**Board of Directors**, International Society of Parametric Analysts, 1984-86

## REFERENCES

Available on request

## PUBLICATIONS

*Quantitative Methods in Software Management*, Prentice-Hall, Inc., Englewood Cliffs, NJ, (in production)

"Commandments for a Productive Software Development Environment," with Les Dupaix, *Systems and Software Technology Conference*, Salt Lake City, UT, April 18-21, 2005

"An Economic Analysis of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, December, 2004

"Extreme Software Cost Estimating," *CrossTalk*, Hill AFB, Ogden STSC, January, 2004

"A Pair Programming Experience," *CrossTalk*, Hill AFB, Ogden STSC, March, 2003

"Lessons Learned from Another Failed Software Contract," *CrossTalk*, Hill AFB, Ogden STSC, September, 2003

"Software Estimating Model Calibration," *CrossTalk*, Hill AFB, Ogden STSC, July, 2001

"Estimating the Cost of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, May 1997

"Management Impact on Software Cost and Schedule," *CrossTalk*, Hill AFB, Ogden STSC, July 1996

"A New Perspective in Software Cost and Schedule Estimation," *Software Technology Conference 1996*, Hill AFB, Ogden STSC, 21-26 April 1996

"Projected Productivity Impact of Near-Term Ada Use in Embedded Software Systems," *Proceedings of the Seventh Annual International Society of Parametric Analysts Conference*, Orlando, FL, May 6-9, 1985

"A Comparison of the Jensen and COCOMO Schedule and Cost Estimation Models," *Proceedings of the Sixth Annual International Society of Parametric Analysts Conference*, San Francisco, CA, May 17-19, 1984

"Sensitivity Analysis of the Jensen Software Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"An Improved Macrolevel Software Development Resource Estimation Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"Structured Programming," Tutorial in *Computer*, **Vol. 14, No. 3**, March, 1981

*Software Engineering*, Prentice-Hall, Inc., 1979

"A Macrolevel Software Development Cost Estimation Methodology," *Proceedings of the Fourteenth Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 17-19, 1980

"A Proposed 4-Year Software Engineering Curriculum," *SIGCSE Bulletin*, **Vol. 10, No. 3**, 1978

"Schematic Logic -A Software Design Notation," *Proceedings of the Eleventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 7-9, 1977

"Software Engineering Education: A Constructive Criticism," *COMPCON 1977*, 1977

"On Benchmarking CAD Programs," *ELECTRO 76*, Boston, MA, 1976

*Handbook of Circuit Analysis Languages and Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ 1976

*Network Analysis: Theory and Computer Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1974

"A Bipolar Transistor Model Including Low Current Effects," *Proceedings of the Seventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, 1973

"A Class of Higher-Order Diode and Transistor Models," *Doctoral Dissertation*, Utah State University, Logan, UT, 1970

*IBM Electronic Circuit Analysis Program: Techniques and Applications*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1968

"Charge Control Transistor Model for the IBM Electronic Circuit Analysis Program," *IEEE Transactions on Circuit Theory*, **Vol. CT-13, No. 4**, December, 1966

Exhibit 15

Re: [Fwd: AVAILABLE IN MAY: E-BUSINESS CRM]

**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Message-ID:** <38E4D369.7034B637@us.oracle.com>
**Date:** Fri, 31 Mar 2000 08:33:46 -0800
**From:** Stephanie Aas <saas@us.oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.51 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Jeff Henley <jhenley@us.oracle.com>
**Subject:** Re: [Fwd: AVAILABLE IN MAY: E-BUSINESS CRM]
**References:** <38E4390F.424A1AD7@us.oracle.com>
**Content-Type:** multipart/mixed;boundary="------------F99402B3CAF7C6B51275A55A"

I know. Yesterday, I worked with marketing and Gary to provide Larry with all the facts before he made that decision. Its unfortunate because all the major audiences- industry analysts, financial analysts/investors, partners, OAUG board- already know about the delay.  We will lose even more credibility if we go back on what what is already out in the market.

Stephanie

Jeff Henley wrote:

> larry now says that Mark was wrong and that all of CRM will be available
> end of May.
>
>    --------------------------------------------------------------------
>
> Subject: AVAILABLE IN MAY: E-BUSINESS CRM
> Date: 30 Mar 2000 19:26:24 -0800
> From: "ORACLE WORLDWIDE MARKETING " <MKTG@us.oracle.com>
> Reply-To: mktg@us
> To: oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com,
>      oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com
>
>
> ***Oracle Confidential - For Internal Distribution Only***
>
>
> By May, Oracle will have released all components of the world's first
> E-Business Suite, including the complete set of CRM products.  A recent
> report from GIGA stated otherwise. The report is simply not true.
>
> The complete set of E-Business CRM components delivered in May are:
>
> MARKETING AUTOMATION
>     Oracle Marketing Online
>     Oracle Marketing Intelligence
>
> SALES AUTOMATION

CA-ORCL 028631
ORACLE CONFIDENTIAL

NDCA-ORCL 031608



Re [Fwd AVAILABLE IN MAY. E-BUSINESS CRM]

```
>       Oracle Sales Online
>       Oracle Sales Compensation
>       Oracle TeleSales
>       Oracle Field Sales / Mobile
>       Oracle iStore
>       Oracle Sales Intelligence
>
> SERVICE AUTOMATION
>       Oracle Customer Care
>       Oracle Field Service
>       Oracle Contracts
>       Oracle Field Service / Mobile
>       Oracle iSupport
>       Oracle eMail Center
>       Oracle Customer Intelligence
>
> ADDITIONAL OPTIONS
>       Oracle Advance Call Center
>       Oracle Scripting
>       Oracle Financial Service's extensions
>       Oracle Communication/Utilities extensions
>
> Please see crm.us.oracle.com for further details.
>
>
>
> ---
> Oracle Worldwide Marketing
```

Stephanie Aas <saas@us.oracle.com>
Senior Director
Oracle
Investor Relations

2

CA-ORCL 028632
ORACLE CONFIDENTIAL

NDCA-ORCL 031609