1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-SI |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE |
| ALL ACTIONS. | ) ) ) | EXPERT TESTIMONY OF EDWARD YOURDON |

1         Having considered Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon,

2    along with all the pleadings filed by the parities on this matter, exhibits submitted therewith, and

3    arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that

4    Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon is GRANTED.

5                   *      *      *

6    **O R D E R**

7         IT IS SO ORDERED.

8    DATED: _____            _____
                                             THE HONORABLE MARTIN J. JENKINS
9                                            UNITED STATES DISTRICT JUDGE

     Submitted by:
10
     DATED:  October 20, 2008
11
     COUGHLIN STOIA GELLER
12     RUDMAN & ROBBINS LLP
     SHAWN A. WILLIAMS
13   WILLOW E. RADCLIFFE
     ELI R. GREENSTEIN
14   DANIEL J. PFEFFERBAUM

15
     _____
                s/ Eli R. Greenstein
16            ELI R. GREENSTEIN

17   100 Pine Street, Suite 2600
     San Francisco, CA  94111
18   Telephone:  415/288-4545
     415/288-4534 (fax)
19
     COUGHLIN STOIA GELLER
20     RUDMAN & ROBBINS LLP
     MARK SOLOMON
21   DOUGLAS R. BRITTON
     655 West Broadway, Suite 1900
22   San Diego, CA  92101
     Telephone:  619/231-1058
23   619/231-7423 (fax)

24   COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
25   STACEY M. KAPLAN
     9601 Wilshire Blvd., Suite 510
26   Los Angeles, CA  90210
     Telephone:  310/859-3100
27   310/278-2148 (fax)

     Lead Counsel for Plaintiffs
28   C:\Program Files\pdfDocs\users\PamelaJ\Import\ORD00055031.doc

     [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY
     OF EDWARD YOURDON - C-01-0988-SI                                                      - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 20, 2008.

s/ Eli R. Greenstein
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111