1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (JCS) (Consolidated) |
|---|---|
| This Document Relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS'** *DAUBERT* **MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT** <br><br>**Honorable Judge Susan Illston** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675666.1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO
EXCLUDE STEINHOLT REPORTS AND TESTIMONY
Master File No. C-01-0988-si (JCS)

Having considered the papers regarding Defendants' *Daubert* Motion to Exclude Expert Report and Testimony of Bjorn I. Steinholt and any argument thereon, the Court hereby ORDERS that Defendants' *Daubert* Motion is **GRANTED**. Plaintiffs are precluded from offering into evidence Bjorn I. Steinholt's May 25, 2007 Expert Report, his June 22, 2007 Rebuttal Report ("Rebuttal Report") (collectively, the "Reports"), and any testimony or argument related to his opinions.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 20, 2008

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

_____/s/_____
    Patrick E. Gibbs

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675666.1||

1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE STEINHOLT REPORTS AND TESTIMONY
Master File No. C-01-0988-SI (JCS)