LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN T. GLENNON IN SUPPORT OF DEFENDANTS' REVISED *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF BJORN I. STEINHOLT**<br><br>Honorable Judge Susan Illston<br>Hearing Date: January 9, 2009<br>Time: 9:00 a.m. |

SF\675205.2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF B. GLENNON ISO DEFS' REVISED *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)

I, Brian T. Glennon, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Revised *Daubert* Motion to Exclude Expert Opinions and Testimony of Bjorn I. Steinholt, in connection with the matter entitled *In re Oracle Corporation Securities Litigation*, Master File No. C-01-0988-SI.

3. Attached hereto as Exhibit 1 is a true and correct listing of companies included in the NASDAQ-100 market index as of January 1, 2001 and March 1, 2001, from Bloomberg Finance L.P.

4. Attached hereto as Exhibit 2 is a true and correct copy of the January 11, 2001 press release from Ariba, Inc. entitled "Ariba First Internet B2B to Report Profit."

5. Attached hereto as Exhibit 3 is a true and correct copy of the January 17, 2001 Dow Jones Newswires article entitled "I2 Technologies CFO Sees Revenue of $361M in 1Q."

6. Attached hereto as Exhibit 4 is a true and correct copy of the January 18, 2001 Dow Jones Newswires article entitled "Commerce One CEO: On Track for Profit in 2Q."

7. Attached hereto as Exhibit 5 is a true and correct copy of the February 22, 2001 press release from BEA Systems, Inc. entitled "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results."

8. Attached hereto as Exhibit 6 is a true and correct copy of the March 1, 2001 press release from Oracle Corporation entitled "Oracle Announces Preliminary Third Quarter Results."

9. Attached hereto as Exhibit 7 is a true and correct copy of the March 5, 2001 press release from Cognos, Inc. entitled "Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675205.2

1

DECLARATION OF B. GLENNON ISO DEFS' REVISED *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)

10. Attached hereto as Exhibit 8 is a true and correct copy of the April 2, 2001 press release from i2 Technologies, Inc. entitled "i2 Announces Preliminary First Quarter Results."

11. Attached hereto as Exhibit 9 is a true and correct copy of the April 5, 2001 news article from Reuters News entitled "Hyperion Says Q3 Outlook Lower Than Street View."

12. Attached hereto as Exhibit 10 is a true and correct copy of the April 3, 2001 press release from Ariba, Inc. entitled "Ariba Announces Preliminary Second Quarter Results."

13. Attached hereto as Exhibit 11 is a true and correct copy of the April 3, 2001 Business Wire article entitled "Commerce One Announces Revised Financial Outlook For First Quarter 2001."

14. Attached hereto as Exhibit 12 is a true and correct copy of the March 5, 2001 Credit Suisse First Boston Analyst Report entitled "Oracle Warns That Q3 Results Will Lag Forecast."

15. Attached hereto as Exhibit 13 is a true and correct copy of the March 16, 2001 Morgan Stanley Dean Witter Analyst Report entitled "It Needs Time – Give It 9 To 12 Months."

16. Attached hereto as Exhibit 14 is a true and correct copy of the April 3, 2001 Morgan Stanley Dean Witter Analyst Report entitled "They Call It Stormy Monday, But Tuesday's Just As Bad."

17. Attached hereto as Exhibit 15 is a true and correct copy of the March 2, 2001 Lehman Brothers Analyst Report entitled "Oracle Corp.: Oracle Shortfall Makes Software Sector A Show Me Story," which was produced with Bates numbers NDCA-ORCL 091384-NDCA-ORCL 091385.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675205.2

2

DECLARATION OF B. GLENNON ISO DEFS' REVISED *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)

18. Attached hereto as Exhibit 16 is a true and correct copy of the March 2, 2001 Salomon Smith Barney Analyst Report entitled "ORCL: Negative Preliminary Results Lowering Estimates And Rating," which was produced with Bates numbers NDCA-ORCL 091361-NDCA-ORCL 091363.

19. Attached hereto as Exhibit 17 is a true and correct copy of the March 6, 2001 Robertson Stephens Analyst Report entitled "J.D. Edwards & Company Reports February Quarter Results At The High End Of The Pre-Announced Range; Visibility Remains Limited Over the Next Several Quarters; Maintain Cautious Outlook On Stock."

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 20, 2008 in Los Angeles, California.

*/s/ Brian T. Glennon*

Brian T. Glennon

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\675205.2

3

DECLARATION OF B. GLENNON ISO DEFS' REVISED *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)