# EXHIBIT 1

5                                                                              Index **MEMB**

Date adjusted to earliest available

## Index Member Weightings

| Ticker Search | | GO | Edit | | Output Results To | | NDX Index |

As of 1/2/2001    [NASDAQ 100 STOCK INDX]    100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 1) | COMS | UQ | 3Com Corp | 0.098 | 333.779 | 7.78 |
| 2) | ABGX | UQ | Abgenix Inc | 0.289 | 145.903 | 52.31 |
| 3) | ADCT | UQ | ADC Telecommunications Inc | 1.068 | 1803.502 | 15.62 |
| 4) | ADELQ | UQ | Adelphia Communications Corp | 0.486 | 268.014 | 47.86 |
| 5) | ADBE | UQ | Adobe Systems Inc | 0.784 | 442.449 | 46.73 |
| 6) | ALTR | UQ | Altera Corp | 1.015 | 1047.331 | 25.56 |
| 7) | AMZN | UQ | Amazon.com Inc | 0.234 | 444.220 | 13.88 |
| 8) | AMGN | UQ | Amgen Inc | 2.146 | 900.259 | 62.88 |
| 9) | AAPL | UQ | Apple Inc | 0.480 | 851.408 | 14.88 |
| 10) | AMAT | UQ | Applied Materials Inc | 1.180 | 787.955 | 39.50 |
| 11) | AMCC | UQ | Applied Micro Circuits Corp | 1.546 | 639.533 | 63.75 |
| 12) | ARBA | UQ | Ariba Inc | 0.694 | 434.766 | 42.11 |
| 13) | ATHMQ | UQ | At Home Corp | 0.081 | 470.256 | 4.56 |
| 14) | ATML | UQ | Atmel Corp | 0.288 | 649.353 | 11.69 |
| 15) | BEAS | UQ | BEA Systems Inc | 1.333 | 661.825 | 53.12 |
| 16) | BBBY | UQ | Bed Bath & Beyond Inc | 0.578 | 714.979 | 21.31 |
| 17) | BIIB | UQ | Biogen Idec Inc | 0.662 | 98.192 | 177.75 |
| 18) | BGEN | UQ | Biogen Inc | 0.722 | 341.404 | 55.75 |
| 19) | BMET | UQ | Biomet Inc | 0.673 | 450.960 | 39.38 |
| 20) | BMC | UQ | BMC Software Inc | 0.181 | 351.139 | 13.62 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:11:11


**Bloomberg**
TERMINAL

<HELP> for explanation.                                                    Index **MEMB**
Date adjusted to earliest available

## Index Member Weightings

| Ticker Search | | GO | Edit | Output Results To | NDX Index |
|---|---|---|---|---|---|

As of 1/2/2001   [NASDAQ 100 STOCK INDX]   100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 21) | BRCM | UQ | Broadcom Corp | 0.756 | 261.968 | 76.12 |
| 22) | BVSN | UQ | BroadVision Inc | 0.202 | 548.697 | 9.69 |
| 23) | CHKP | UQ | Check Point Software Technologies | 1.202 | 286.895 | 110.50 |
| 24) | CHIR | UQ | Chiron Corp | 0.825 | 503.121 | 43.25 |
| 25) | CIEN | UQ | Ciena Corp | 1.596 | 638.978 | 65.88 |
| 26) | CTAS | UQ | Cintas Corp | 0.726 | 380.086 | 50.38 |
| 27) | CSCO | UQ | Cisco Systems Inc | 6.090 | 4822.058 | 33.31 |
| 28) | CTXS | UQ | Citrix Systems Inc | 0.328 | 413.465 | 20.94 |
| 29) | CNET | UQ | CNET Networks Inc | 0.166 | 292.408 | 14.98 |
| 30) | CMCSK | UQ | Comcast Corp | 1.229 | 803.080 | 40.38 |
| 31) | CPWR | UQ | Compuware Corp | 0.108 | 423.083 | 6.73 |
| 32) | CMVT | UQ | Comverse Technology Inc | 1.108 | 321.065 | 91.06 |
| 33) | 519239Q | UQ | Concord EFS Inc | 0.729 | 457.604 | 42.00 |
| 34) | CNXT | UQ | Conexant Systems Inc | 0.244 | 503.202 | 12.81 |
| 35) | COST | UQ | Costco Wholesale Corp | 0.692 | 443.005 | 41.19 |
| 36) | DELL | UQ | Dell Inc | 1.200 | 1808.291 | 17.50 |
| 37) | DISH | UQ | DISH Network Corp | 0.377 | 456.012 | 21.81 |
| 38) | EBAY | UQ | eBay Inc | 0.430 | 375.306 | 30.19 |
| 39) | ERTS | UQ | Electronic Arts Inc | 0.370 | 250.340 | 38.94 |
| 40) | EXDSQ | UQ | EXDS Inc | 0.541 | 862.017 | 16.56 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:11


**Bloomberg**
TERMINAL

<HELP> for explanation.                                                    Index **MEMB**
Date adjusted to earliest available
## Index Member Weightings

| Ticker Search | | GO | Edit | | Output Results To | | NDX Index |
|---|---|---|---|---|---|---|---|

As of 1/2/2001   [NASDAQ 100 STOCK INDX]   100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 41) | FISV | UQ | Fiserv Inc | 0.489 | 290.681 | 44.38 |
| 42) | FLEX | UQ | Flextronics International Ltd | 0.785 | 857.746 | 24.12 |
| 43) | GMST | UQ | Gemstar-TV Guide International Inc | 1.218 | 807.235 | 39.81 |
| 44) | GENZ | UQ | Genzyme Corp | 0.680 | 204.987 | 87.50 |
| 45) | HGSI | UQ | Human Genome Sciences Inc | 0.540 | 228.686 | 62.25 |
| 46) | ITWO | UQ | i2 Technologies Inc | 1.339 | 817.741 | 43.19 |
| 47) | IACI | UQ | IAC/InterActiveCorp | 0.446 | 654.248 | 18.00 |
| 48) | IMNX | UQ | Immunex Corp | 1.981 | 1391.791 | 37.55 |
| 49) | INKT | UQ | Inktomi Corp | 0.108 | 195.566 | 14.56 |
| 50) | INTC | UQ | Intel Corp | 5.213 | 4426.732 | 31.06 |
| 51) | SPOT | UQ | Intelsat Corp | 0.495 | 378.832 | 34.44 |
| 52) | INTU | UQ | Intuit Inc | 0.671 | 488.272 | 36.25 |
| 53) | JDSU | UQ | JDS Uniphase Corp | 2.621 | 1761.338 | 39.25 |
| 54) | JNPR | UQ | Juniper Networks Inc | 1.524 | 392.027 | 102.56 |
| 55) | KLAC | UQ | Kla-Tencor Corp | 0.548 | 423.398 | 34.12 |
| 56) | LVLT | UQ | Level 3 Communications Inc | 0.560 | 479.043 | 30.81 |
| 57) | LLTC | UQ | Linear Technology Corp | 1.368 | 795.157 | 45.38 |
| 58) | MXIM | UQ | Maxim Integrated Products Inc | 1.315 | 748.076 | 46.38 |
| 59) | MCLDQ | UQ | McLeodUSA Inc/Old Pre 2002 | 0.415 | 912.204 | 12.00 |
| 60) | MEDI | UQ | Medimmune Inc | 0.715 | 423.497 | 44.52 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:12



&lt;HELP&gt; for explanation.

Index **MEMB**

Date adjusted to earliest available

## Index Member Weightings

| Ticker Search | | | GO | Edit | | Output Results To | | NDX Index |
|---|---|---|---|---|---|---|---|---|

As of 1/2/2001   [NASDAQ 100 STOCK INDX]   100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 61) | MERQ | UQ | Mercury Interactive Corp | 0.457 | 161.768 | 74.55 |
| 62) | MFNXQ | UQ | Metromedia Fiber Network Inc | 0.376 | 992.428 | 10.00 |
| 63) | MCHP | UQ | Microchip Technology Inc | 0.154 | 186.240 | 21.81 |
| 64) | MSFT | UQ | Microsoft Corp | 5.669 | 3447.227 | 43.38 |
| 65) | MLNM | UQ | Millennium Pharmaceuticals Inc | 0.899 | 437.767 | 54.19 |
| 66) | MLNK | UQ | ModusLink Global Solutions Inc | 0.115 | 654.257 | 4.62 |
| 67) | MOLX | UQ | Molex Inc | 0.248 | 182.049 | 36.00 |
| 68) | MNST | UQ | Monster Worldwide Inc | 0.303 | 195.786 | 40.88 |
| 69) | NTAP | UQ | NetApp Inc | 1.211 | 621.095 | 51.44 |
| 70) | NXTL | UQ | Nextel Communications Inc | 1.540 | 1756.732 | 23.12 |
| 71) | NOVL | UQ | Novell Inc | 0.137 | 739.143 | 4.91 |
| 72) | ORCL | UQ | Oracle Corp | 4.384 | 4384.066 | 26.38 |
| 73) | PCAR | UQ | PACCAR Inc | 0.305 | 160.998 | 50.00 |
| 74) | PALM | UQ | Palm Inc | 0.906 | 1005.835 | 23.75 |
| 75) | PMTC | UQ | Parametric Technology Corp | 0.357 | 694.819 | 13.56 |
| 76) | PAYX | UQ | Paychex Inc | 1.149 | 663.366 | 45.69 |
| 77) | 3029830Q | UQ | Peoplesoft Inc | 0.941 | 757.613 | 32.75 |
| 78) | PMCS | UQ | PMC - Sierra Inc | 0.848 | 331.515 | 67.44 |
| 79) | QLGC | UQ | QLogic Corp | 0.437 | 175.292 | 65.69 |
| 80) | QCOM | UQ | QUALCOMM Inc | 4.556 | 1695.549 | 70.88 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:12



&lt;HELP&gt; for explanation.                                             Index **MEMB**

Date adjusted to earliest available

## Index Member Weightings

| Ticker Search | | GO | Edit | Output Results To | NDX Index |
|---|---|---|---|---|---|

As of 1/2/2001    [NASDAQ 100 STOCK INDX]    100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 81) | RATL | UQ | Rational Software Corp | 0.474 | 370.832 | 33.75 |
| 82) | RNWK | UQ | RealNetworks Inc | 0.084 | 278.819 | 7.94 |
| 83) | RFMD | UQ | RF Micro Devices Inc | 0.319 | 346.704 | 24.25 |
| 84) | SANM | UQ | Sanmina-SCI Corp | 0.795 | 305.414 | 68.69 |
| 85) | SDLI | UQ | SDL Inc | 0.895 | 170.206 | 138.69 |
| 86) | SEBL | UQ | Siebel Systems Inc | 1.935 | 945.108 | 54.00 |
| 87) | SSCC | UQ | Smurfit-Stone Container Corp | 0.240 | 448.578 | 14.12 |
| 88) | SPLS | UQ | Staples Inc | 0.263 | 572.397 | 12.12 |
| 89) | SBUX | UQ | Starbucks Corp | 0.779 | 488.592 | 42.06 |
| 90) | JAVA | UQ | Sun Microsystems Inc | 2.567 | 2661.616 | 25.44 |
| 91) | 1667830 | UQ | T-Mobile USA Inc | 1.756 | 458.557 | 101.00 |
| 92) | ERIC | UQ | Telefonaktiebolaget LM Ericsson | 0.831 | 2002.991 | 10.94 |
| 93) | TLAB | UQ | Tellabs Inc | 0.838 | 439.501 | 50.31 |
| 94) | VRSN | UQ | VeriSign Inc | 0.819 | 349.658 | 61.81 |
| 95) | VRTS | UQ | Veritas Software Corp | 1.880 | 751.298 | 66.00 |
| 96) | VTSS | UQ | Vitesse Semiconductor Corp | 0.653 | 365.479 | 47.12 |
| 97) | WCOEQ | UQ | WorldCom Inc - WorldCom Group | 1.175 | 1945.434 | 15.94 |
| 98) | XLNX | UQ | Xilinx Inc | 1.347 | 821.580 | 43.25 |
| 99) | XOXOQ | UQ | XO Communications Inc/Old | 0.332 | 553.252 | 15.81 |
| 100) | YHOO | UQ | Yahoo! Inc | 0.539 | 504.237 | 28.19 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:12


**Bloomberg**
TERMINAL

5                                                                                  Index **MEMB**

# Index Member Weightings

| Ticker Search | | GO | Edit | | Output Results To | | NDX Index |
|---|---|---|---|---|---|---|---|

As of 3/ 2/2001   [NASDAQ 100 STOCK INDX]   100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 1) | COMS | UQ | 3Com Corp | 0.101 | 333.779 | 7.12 |
| 2) | ABGX | UQ | Abgenix Inc | 0.202 | 145.903 | 32.81 |
| 3) | ADCT | UQ | ADC Telecommunications Inc | 0.872 | 1803.502 | 11.44 |
| 4) | ADELQ | UQ | Adelphia Communications Corp | 0.514 | 302.128 | 40.19 |
| 5) | ADBE | UQ | Adobe Systems Inc | 0.518 | 442.449 | 27.69 |
| 6) | ALTR | UQ | Altera Corp | 1.146 | 1047.331 | 25.88 |
| 7) | AMZN | UQ | Amazon.com Inc | 0.188 | 444.220 | 10.00 |
| 8) | AMGN | UQ | Amgen Inc | 2.758 | 900.259 | 72.44 |
| 9) | AAPL | UQ | Apple Inc | 0.738 | 906.585 | 19.25 |
| 10) | AMAT | UQ | Applied Materials Inc | 1.508 | 787.955 | 45.25 |
| 11) | AMCC | UQ | Applied Micro Circuits Corp | 0.779 | 639.533 | 28.81 |
| 12) | ARBA | UQ | Ariba Inc | 0.268 | 434.766 | 14.56 |
| 13) | ATHMQ | UQ | At Home Corp | 0.116 | 470.256 | 5.81 |
| 14) | ATML | UQ | Atmel Corp | 0.311 | 649.353 | 11.31 |
| 15) | BEAS | UQ | BEA Systems Inc | 0.915 | 661.825 | 32.69 |
| 16) | BBBY | UQ | Bed Bath & Beyond Inc | 0.747 | 714.979 | 24.69 |
| 17) | BIIB | UQ | Biogen Idec Inc | 0.677 | 294.576 | 54.31 |
| 18) | BGEN | UQ | Biogen Inc | 0.986 | 341.404 | 68.31 |
| 19) | BMET | UQ | Biomet Inc | 0.750 | 450.960 | 39.31 |
| 20) | BMC | UQ | BMC Software Inc | 0.417 | 351.139 | 28.06 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:36


**Bloomberg**
TERMINAL

<HELP> for explanation.                                        Index **MEMB**

## Index Member Weightings

| Ticker Search | | GO | Edit | Output Results To | NDX Index |
|---|---|---|---|---|---|

As of  3/ 2/2001     [NASDAQ 100 STOCK INDX]     100 Members

|  | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 21) | BRCM | UQ | Broadcom Corp | 0.513 | 261.968 | 46.31 |
| 22) | BVSN | UQ | BroadVision Inc | 0.161 | 548.697 | 6.94 |
| 23) | BRCD | UQ | Brocade Communications Systems Inc | 0.645 | 428.014 | 35.62 |
| 24) | CHKP | UQ | Check Point Software Technologies | 1.172 | 430.342 | 64.38 |
| 25) | CHIR | UQ | Chiron Corp | 1.004 | 503.121 | 47.19 |
| 26) | CIEN | UQ | Ciena Corp | 1.789 | 638.978 | 66.19 |
| 27) | CTAS | UQ | Cintas Corp | 0.590 | 380.086 | 36.69 |
| 28) | CSCO | UQ | Cisco Systems Inc | 4.525 | 4822.058 | 22.19 |
| 29) | CTXS | UQ | Citrix Systems Inc | 0.405 | 413.465 | 23.19 |
| 30) | CNET | UQ | CNET Networks Inc | 0.137 | 292.408 | 11.06 |
| 31) | CMCSK | UQ | Comcast Corp | 1.484 | 803.080 | 43.69 |
| 32) | CPWR | UQ | Compuware Corp | 0.183 | 423.083 | 10.25 |
| 33) | CMVT | UQ | Comverse Technology Inc | 1.033 | 321.065 | 76.06 |
| 34) | 519239Q | UQ | Concord EFS Inc | 0.929 | 457.604 | 48.00 |
| 35) | CNXT | UQ | Conexant Systems Inc | 0.274 | 503.202 | 12.88 |
| 36) | COST | UQ | Costco Wholesale Corp | 0.725 | 443.005 | 38.69 |
| 37) | DELL | UQ | Dell Inc | 1.687 | 1808.291 | 22.06 |
| 38) | DISH | UQ | DISH Network Corp | 0.520 | 456.012 | 26.94 |
| 39) | EBAY | UQ | eBay Inc | 0.598 | 375.306 | 37.69 |
| 40) | ERTS | UQ | Electronic Arts Inc | 0.549 | 250.340 | 51.81 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:48



**Bloomberg**
TERMINAL

Case 3:01-cv-00988-SI   Document 1523-1   Filed 10/20/08   Page 9 of 11

&lt;HELP&gt; for explanation.                                                      Index **MEMB**

# Index  Member  Weightings

| Ticker Search | GO | Edit | Output Results To | NDX Index |

As of  3/ 2/2001     [NASDAQ 100 STOCK INDX]     100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 41) | EXDSQ | UQ | EXDS Inc | 0.650 | 1082.876 | 14.19 |
| 42) | FISV | UQ | Fiserv Inc | 0.584 | 290.681 | 47.50 |
| 43) | FLEX | UQ | Flextronics International Ltd | 1.073 | 950.423 | 26.69 |
| 44) | GMST | UQ | Gemstar-TV Guide International Inc | 1.432 | 807.235 | 41.94 |
| 45) | GENZ | UQ | Genzyme Corp | 0.764 | 204.987 | 88.12 |
| 46) | HGSI | UQ | Human Genome Sciences Inc | 0.546 | 228.686 | 56.44 |
| 47) | ITWO | UQ | i2 Technologies Inc | 0.852 | 817.741 | 24.62 |
| 48) | IACI | UQ | IAC/InterActiveCorp | 0.638 | 654.248 | 23.06 |
| 49) | IMNX | UQ | Immunex Corp | 1.924 | 1391.791 | 32.69 |
| 50) | INKT | UQ | Inktomi Corp | 0.085 | 216.656 | 9.28 |
| 51) | INTC | UQ | Intel Corp | 5.488 | 4426.732 | 29.31 |
| 52) | SPOT | UQ | Intelsat Corp | 0.624 | 378.832 | 38.94 |
| 53) | INTU | UQ | Intuit Inc | 0.854 | 488.272 | 41.38 |
| 54) | JDSU | UQ | JDS Uniphase Corp | 2.815 | 2522.000 | 26.39 |
| 55) | JNPR | UQ | Juniper Networks Inc | 0.889 | 392.027 | 53.61 |
| 56) | KLAC | UQ | Kla-Tencor Corp | 0.714 | 423.398 | 39.88 |
| 57) | LVLT | UQ | Level 3 Communications Inc | 0.471 | 479.043 | 23.25 |
| 58) | LLTC | UQ | Linear Technology Corp | 1.406 | 795.157 | 41.81 |
| 59) | MXIM | UQ | Maxim Integrated Products Inc | 1.576 | 748.076 | 49.81 |
| 60) | MCLDQ | UQ | McLeodUSA Inc/Old Pre 2002 | 0.509 | 912.204 | 13.19 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000       U.S. 1 212 318 2000       Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:48


**Bloomberg**
TERMINAL

<HELP> for explanation.

Index **MEMB**

# Index  Member  Weightings

| Ticker Search | | GO | Edit | | Output Results To | | NDX Index |

As of 3/2/2001    [NASDAQ 100 STOCK INDX]    100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 61) | MEDI | UQ | Medimmune Inc | 0.774 | 423.497 | 43.19 |
| 62) | MERQ | UQ | Mercury Interactive Corp | 0.332 | 161.768 | 48.50 |
| 63) | MFNXQ | UQ | Metromedia Fiber Network Inc | 0.387 | 992.428 | 9.22 |
| 64) | MCHP | UQ | Microchip Technology Inc | 0.207 | 203.522 | 24.00 |
| 65) | MSFT | UQ | Microsoft Corp | 8.265 | 3447.227 | 56.69 |
| 66) | MLNM | UQ | Millennium Pharmaceuticals Inc | 0.640 | 437.767 | 34.56 |
| 67) | MLNK | UQ | ModusLink Global Solutions Inc | 0.110 | 654.257 | 3.97 |
| 68) | MOLX | UQ | Molex Inc | 0.289 | 182.049 | 37.50 |
| 69) | MNST | UQ | Monster Worldwide Inc | 0.398 | 195.786 | 48.06 |
| 70) | NTAP | UQ | NetApp Inc | 0.716 | 621.095 | 27.25 |
| 71) | NXTL | UQ | Nextel Communications Inc | 1.639 | 1756.732 | 22.06 |
| 72) | NOVL | UQ | Novell Inc | 0.183 | 739.143 | 5.84 |
| 73) | ORCL | UQ | Oracle Corp | 3.129 | 4384.066 | 16.88 |
| 74) | PCAR | UQ | PACCAR Inc | 0.323 | 160.998 | 47.44 |
| 75) | PALM | UQ | Palm Inc | 0.771 | 1005.835 | 18.12 |
| 76) | PMTC | UQ | Parametric Technology Corp | 0.334 | 694.819 | 11.38 |
| 77) | PAYX | UQ | Paychex Inc | 1.094 | 663.366 | 39.00 |
| 78) | 3029830Q | UQ | Peoplesoft Inc | 0.867 | 757.613 | 27.06 |
| 79) | PMCS | UQ | PMC - Sierra Inc | 0.506 | 331.515 | 36.06 |
| 80) | QLGC | UQ | QLogic Corp | 0.263 | 175.292 | 35.44 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:48



**Bloomberg**
TERMINAL

<HELP> for explanation.                                                    Index **MEMB**

# Index Member Weightings

| Ticker Search | | GO | Edit | | Output Results To | | NDX Index |
|---|---|---|---|---|---|---|---|

As of 3/ 2/2001    [NASDAQ 100 STOCK INDX]    100 Members

| | Ticker | | Name | % Weight in the Index | Shares in the Index | Closing Price |
|---|---|---|---|---|---|---|
| 81) | QCOM | UQ | QUALCOMM Inc | 4.339 | 1695.549 | 60.50 |
| 82) | RATL | UQ | Rational Software Corp | 0.505 | 370.832 | 32.19 |
| 83) | RNWK | UQ | RealNetworks Inc | 0.095 | 278.819 | 8.06 |
| 84) | RFMD | UQ | RF Micro Devices Inc | 0.176 | 346.704 | 12.00 |
| 85) | SANM | UQ | Sanmina-SCI Corp | 0.757 | 610.828 | 29.31 |
| 86) | SEBL | UQ | Siebel Systems Inc | 1.443 | 945.108 | 36.11 |
| 87) | SSCC | UQ | Smurfit-Stone Container Corp | 0.276 | 448.578 | 14.56 |
| 88) | SPLS | UQ | Staples Inc | 0.360 | 572.397 | 14.88 |
| 89) | SBUX | UQ | Starbucks Corp | 0.982 | 488.592 | 47.50 |
| 90) | JAVA | UQ | Sun Microsystems Inc | 2.209 | 2661.616 | 19.62 |
| 91) | 1667830 | UQ | T-Mobile USA Inc | 1.878 | 458.557 | 96.81 |
| 92) | ERIC | UQ | Telefonaktiebolaget LM Ericsson | 0.642 | 1797.998 | 8.44 |
| 93) | TLAB | UQ | Tellabs Inc | 0.799 | 439.501 | 43.00 |
| 94) | VRSN | UQ | VeriSign Inc | 0.748 | 349.658 | 50.56 |
| 95) | VRTS | UQ | Veritas Software Corp | 2.022 | 751.298 | 63.62 |
| 96) | VTSS | UQ | Vitesse Semiconductor Corp | 0.618 | 386.575 | 37.81 |
| 97) | WCOEQ | UQ | WorldCom Inc - WorldCom Group | 1.332 | 1945.434 | 16.19 |
| 98) | XLNX | UQ | Xilinx Inc | 1.477 | 821.580 | 42.50 |
| 99) | XOXOQ | UQ | XO Communications Inc/Old | 0.328 | 553.252 | 14.00 |
| 100) | YHOO | UQ | Yahoo! Inc | 0.463 | 504.237 | 21.69 |

Modified Capitalization Weighted

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2008 Bloomberg Finance L.P.
20-Oct-2008 13:12:49



**Bloomberg**
TERMINAL