# EXHIBIT 2

**Search**

| Buyer Solutions | Supplier Solutions | Customers | Partners | Company | Support | Learning Center | LOGIN |

**In this section:** Overview : Careers : Public Relations : Investor Relations : Leadership : News : Events : Offices : Subscribe

# Financial Releases

**Ariba First Internet B2B to Report Profit**

*Earnings $0.05 and Revenues of $170.2 Million, up 625% Exceeds Expectations*

**MOUNTAIN VIEW, Calif. — January 11, 2001** — Ariba, Inc. (Nasdaq: ARBA), the leading business-to-business (B2B) eCommerce platform and network services provider, today announced record results for the first quarter of fiscal 2001, ended December 31, 2000.

Income Statement & Balance Sheets

Revenues for the first quarter of fiscal 2001, are the largest for any quarter in Ariba's history at $170.2 million, up 625 percent from the same period last year. Net income for the quarter excluding certain non-cash charges was $14.0 million, or $0.05 per share, beating the First Call consensus estimate of $0.02 per share. During the corresponding quarter in fiscal 2000, the comparable net loss was $5.6 million, or a loss of $0.04 per share, excluding certain non-cash charges.

"Demand for Ariba eCommerce products and services continues to be strong as customers -- around the world -- are closely watching the bottom line and looking to realize immediate benefits," said Keith Krach, Ariba's chairman and chief executive officer. "Our revenue growth and profitability are the ultimate validation of a well-balanced strategy and Ariba's best-of-breed eCommerce applications."

"Ariba continued to build market share and extend its leadership position globally this quarter," said Larry Mueller, Ariba's president and chief operating officer. "Looking forward, Ariba is positioning itself to lead the next wave of e-commerce: extending and validating the strength of our eCommerce platform."

### Building Market Share
Ariba expanded its market share globally this quarter and signed a number of new contracts around the world including: American Airlines, American Cancer Society, Best Buy, PNC Bank N.A., Sara Lee and USAA in North America; Dutch Railways, EuroBank of Greece, TI Group in Europe; Cable & Wireless HKT IMS, India Markets, and Sony in Asia, and many others.

### Delivering Results Worldwide

**Contact Us**

**Financial Information**
Corporate Governance
Analyst Coverage
FAQ
Stock Quote
Proxy Statement
Financial News
SEC Section 16
SEC Filings

Corporate Fact Sheet (.pdf 43kb)
Reconciliation of Outlook for the Quarter Ending December 31, 2006 (.pdf 32kb)
Supplemental Analysis for the Quarter Ending September 30, 2006 (.pdf 35kb)

**Financial Events:**
Ariba Fourth Quarter and Fiscal Year 2006 Earnings Conference Call
Available Wednesday, October 25, 2006

Ariba Celebrates its Tenth Anniversary with the Ringing of the NASDAQ Stock Market Opening Bell
Press Release
Video Replay

**Search Financial Releases:**
- [            ]

Search

Additionally, the power of Ariba's eCommerce platform was experienced around the globe in the first quarter of fiscal 2001. Customers going live on Ariba included FiNetrics, Rohm & Haas, Sprint PCS, Sunoco, Texaco and Union Bank of California in North America, as well as Volkswagen, Cemex in Latin America, and ORICA (a major chemicals company) in Australia among many others.

**Extending Global e-Commerce with Leveraged Partnerships**
In Japan, Ariba made significant strides to become the leading B2B eCommerce provider for the world's second largest economy including a joint venture with SOFTBANK CORP. and SOFTBANK E-COMMERCE CORP., a wholly owned subsidiary of SOFTBANK CORP., the appointment of Mr. Kuniaki Watanabe as the president of the combined Ariba-Softbank effort and the addition of 20 proposed partners including major Japanese electronic manufacturers, system integrators, banks, brokers and trading houses.

Global B2B e-commerce was further enabled this quarter as the UDDI Project (Universal Description, Discovery and Integration) was rolled out to the public. The UDDI Business Registry — initially introduced by Ariba, IBM and Microsoft — is a Web service designed to accelerate the adoption of B2B integration and commerce on the Internet. The UDDI Project also announced that 94 new members have joined since the launch in June of 2000, bringing the total number of participants to 130.

Additionally technology alliances were struck with Rapt Inc., a leading provider of solutions for Dynamic Commerce Management (DCM), to help Ariba customers take the next step in Internet procurement -- intelligent, informed purchasing decisions across multiple locations, lines of business and purchasing scenarios; and with diCarta, Inc., the leader of Internet-based, contract and revenue management solutions, to help its customers reduce process complexity and costs involved in negotiating and developing contracts.

**Launching New Products and Services**
A number of new programs to ease the integration to Ariba's eCommerce platform as well as product enhancements to conduct commerce were introduced in the first quarter of the fiscal year including:

- the creation of Ariba Ready™, a new Ariba program for helping to ensure smooth business integration and seamless interoperability between buyers, market makers, and suppliers accessing the Ariba Commerce Services Network™;

- general availability of AribaLive™, a new implementation methodology and knowledge resource for partners and customers designed to increase deployment speed and efficiency of Ariba solutions;

- he latest version of Ariba Sourcing™, featuring intuitive graphical user interface with comprehensive field instructions;

expanded criteria for supplier capability matching; expanded set of product/service RFQ templates for a wide-ranging variety of areas and expanded registration capability allowing users to register simultaneously as both a buyer and supplier organization thereby increasing the reach of the middle tiers throughout the supply chain.

### Financial Guidance

In Q2 fiscal year 2001 we expect revenues in the range of $180-$185 million in revenue and EPS in Q2 in the range of $0.06 per share.

For FY2001, our revenue forecast is for $780-$790 million. Our outlook for earnings growth is $0.25-$0.26 per share for the year.

### ABOUT ARIBA

Ariba, Inc. is the leading business-to-business (B2B) eCommerce platform and network services provider. Through the Ariba B2B Commerce platform - an open, end-to-end infrastructure of interoperable software solutions and hosted Web-based commerce services - the company enables efficient online trade, integration and collaboration between B2B marketplaces, buyers, suppliers and commerce service providers. The reach and functionality of the Ariba B2B Commerce platform is designed to create Internet-driven economies of scale and process efficiencies for leading companies around the world. Ariba can be contacted in the U.S. at 650-930-6200 or at www.ariba.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act 1995:
Information and announcements in this release involve Ariba's expectations, beliefs, hopes, plans, intentions or strategies regarding the future and are forward-looking statements that involve risks and uncertainties. All forward-looking statements included in this release are based upon information available to Ariba as of the date of the release, and we assume no obligation to update any such forward-looking statements. These statements are not guarantees of future performance and actual results could differ materially from our current expectations. Factors that could cause or contribute to such differences include, but are not limited to: delays in development or shipment of new versions of our Ariba B2B Commerce Platform; lack of market acceptance of the Ariba B2B Commerce Platform or other new products or services; inability to continue to develop competitive new products and services on a timely basis; introduction of new products or services by major competitors; our ability to attract and retain qualified employees; difficulties in assimilating companies recently acquired, including Tradex, Trading Dynamics, and SupplierMarket.com; inability to expand our operations to support increased growth; the recognition of an increasing portion of revenues at the end of the quarter; declining economic conditions, including a slowdown or recession; inability to control costs; changes in our pricing or compensation policies; and significant fluctuations in our stock price. These and other factors and risks associated with our business are discussed in the Company's Form 10-K filed December 29, 2000.

###

Ariba and the Ariba logo are registered trademarks and Ariba B2B Commerce Platform are trademarks of Ariba, Inc. All other products or company names mentioned are used for identification purposes only, and may be trademarks of their respective owners.

| Careers | Investor Relations | Education | Sitemap | Contact Us |
|---|---|---|---|---|

© 1996 – 2006 Ariba Inc., All Rights Reserved　Terms of Use　Privacy Policy



Case 3:01-cv-00988-SI    Document 1523-2    Filed 10/20/08    Page 5 of 5