# EXHIBIT 4

Article 4



**Commerce One CEO: On Track For Profit In 2Q**
By Tom Locke
Of DOW JONES NEWSWIRES
1906 words
18 January 2001
16:47
Dow Jones News Service
English
(c) 2001 Dow Jones & Company, Inc.

DENVER -(Dow Jones)- Commerce One Inc. (CMRC) Chief Financial Officer Peter Pervere said Thursday that the company expects to realize revenue of $205 million to $210 million in the first quarter and $900 million to $925 million for all of 2001.

The full-year 2001 figure, he said in an analysts' conference call following the release of fourth-quarter results, raises the previous revenue guidance for 2001. That guidance had been $800 million to $825 million for the Pleasanton, Calif., provider of electronic-marketplace software and services.

Pervere also projected an operating loss of $7 million to $9 million for the first quarter, or a loss of about 4 cents per share. He said the company expects to break even on an operating basis in the second quarter.

"It was actually a pretty good quarter," said Wit SoundView research analyst David Mahoney. He had been projecting a loss of 7 cents a share for the fourth quarter, which matched the First Call/Thomson Financial consensus estimate. And Commerce One beat that by 2 cents, reporting a loss of 5 cents a share.

That net loss figure excluded acquisition-related costs, interest, taxes and other non-cash charges. Mahoney explained that the First Call estimates are also on an EBITDA (earnings before interest, taxes, depreciation and amortization) basis.

In the year-ago quarter, the company lost $11.7 million, or 8 cents a share, on that basis.

Mahoney had been projecting $176.2 million in revenue for the fourth quarter, and Commerce One reported revenue of $191.4 million.

That revenue was more than 10 times the $16.9 million reported a year ago, and 70% higher than the third quarter.

He had been projecting revenue of $175.1 million for the first quarter, and the new Commerce One guidance of $205 million to $210 million exceeds that. He had been projecting $801.6 million for all of 2001, and the new guidance from Commerce One of $900 million to $925 million is higher.

Mahoney said he will raise his revenue estimates for the first quarter and 2001, but he won't likely take them all the way up to the new guidance. That's because he doesn't think the opportunities in the e-marketplace sector are as great as the company believes, he said.

Commerce One shares recently changed hands at $26 in after-hours trading Thursday, according to Reuters Instinet. That's up 20% from the 4 p.m. EST closing price of $21.69. The company released its fourth-quarter results after the close of markets Thursday and held its conference call shortly thereafter.

Asked about the most important aspects of the fourth- quarter results, Chief Executive Mark Hoffman told Dow Jones Newswires, "Certainly the revenue growth for the quarter and the year were terrific." He noted that the company's partnerships were an important part of that growth, including its partnership with SAP AG (SAP). Joint sales with SAP accounted for 30% of Commerce One's fourth-quarter license revenue.

Hoffman said that Commerce One is seeing continued strong demand despite the U.S. economic slowdown because companies need to save more and be more competitive in a tougher economic climate, and e-marketplaces allow them to do that.

Commerce One's guidance in the conference call Thursday was for break-even results on an EBITDA basis for the second quarter and for the full year.

Hoffman told Dow Jones Newswires he does want to become profitable, but he plans to forego some profitability by plowing money back into the business to keep growing quickly and to gain market share. Commerce One will be

investing in areas such as expansion of its distribution, expansion of its sales capacity, and expansion of its products, he said.

"It's easy to become very profitable by just slowing down growth," he said, but he wants to keep emphasizing growth.

The company already has a dominant share in the "megavertical market," said Hoffman, noting that its software and services are used in giant e-marketplaces in aerospace, automotive products, oil and gas, and other areas.

Last month General Motors Corp. (GM) and Ford Motor Co. (F) bought a combined 14% share of Commerce One for $1.26 billion as part of a deal that made Commerce One a technology partner in Covisint, an online-parts exchange formed by those two automakers and DaimlerChrysler AG (DCX).

The company's strategy is to increase the breadth and scale of its e-market solutions, and Hoffman foresees an expansion of e-marketplaces in a variety of ways. For instance, he foresees the increasing use of "horizontal exchanges," a term that can apply to entire countries linking businesses through a common set of import-export rules, or to broad areas such as finance or logistics.

And he sees an expansion of the use of exchanges to the point where they will be used for almost any business transaction.

Wit SoundView's Mahoney said that weak fourth-quarter results from Ariba Inc. (ARBA), a principal competitor for Commerce One, made him think Commerce One might show some fourth-quarter weakness as well.

But Hoffman said Ariba has focused on selling applications dealing with procurement transactions, and demand for those applications is less robust than for e-marketplaces that go beyond procurement and deal with supply-chain automation, collaboration, analytics and other applications. Through its partnerships, Commerce One has been focusing on broader offerings, he added.

"We strongly believe that the opportunities today are bigger than they've ever been," Hoffman said.

-By Tom Locke, Dow Jones Newswires; 303-293-9294; tom.locke@dowjones.com

Of DOW JONES NEWSWIRES

   (This report was originally published late Thursday.)

DENVER (Dow Jones)--Commerce One Inc. (CMRC) Chief Financial Officer Peter Pervere said Thursday that the company expects to realize revenue of $205 million to $210 million in the first quarter and $900 million to $925 million for all of 2001.

The full-year 2001 figure, he said in an analysts' conference call following the release of fourth-quarter results, raises the previous revenue guidance for 2001. That guidance had been $800 million to $825 million for the Pleasanton, Calif., provider of electronic-marketplace software and services.

Pervere also projected an operating loss of $7 million to $9 million for the first quarter, or a loss of about 4 cents per share. He said the company expects to break even on an operating basis in the second quarter.

"It was actually a pretty good quarter," said Wit SoundView research analyst David Mahoney. He had been projecting a loss of 7 cents a share for the fourth quarter, which matched the First Call/Thomson Financial consensus estimate. And Commerce One beat that by 2 cents, reporting a loss of 5 cents a share.

That net loss figure excluded acquisition-related costs, interest, taxes and other non-cash charges. Mahoney explained that the First Call estimates are also on an EBITDA (earnings before interest, taxes, depreciation and amortization) basis.

In the year-ago quarter, the company lost $11.7 million, or 8 cents a share, on that basis.

Mahoney had been projecting $176.2 million in revenue for the fourth quarter, and Commerce One reported revenue of $191.4 million.

That revenue was more than 10 times the $16.9 million reported a year ago, and 70% higher than the third quarter.

He had been projecting revenue of $175.1 million for the first quarter, and the new Commerce One guidance of $205 million to $210 million exceeds that. He had been projecting $801.6 million for all of 2001, and the new guidance from Commerce One of $900 million to $925 million is higher.

Mahoney said he will raise his revenue estimates for the first quarter and 2001, but he won't likely take them all the way up to the new guidance. That's because he doesn't think the opportunities in the e-marketplace sector are as great as the company believes, he said.

Commerce One shares changed hands at $26 in after-hours trading Thursday, according to Reuters Instinet. That's up 20% from the 4 p.m. EST closing price of $21.69. The company released its fourth-quarter results after the

close of markets Thursday and held its conference call shortly thereafter.

Asked about the most important aspects of the fourth- quarter results, Chief Executive Mark Hoffman told Dow Jones Newswires, "Certainly the revenue growth for the quarter and the year were terrific." He noted that the company's partnerships were an important part of that growth, including its partnership with SAP AG (SAP). Joint sales with SAP accounted for 30% of Commerce One's fourth-quarter license revenue.

Hoffman said that Commerce One is seeing continued strong demand despite the U.S. economic slowdown because companies need to save more and be more competitive in a tougher economic climate, and e-marketplaces allow them to do that.

Commerce One's guidance in the conference call Thursday was for break-even results on an EBITDA basis for the second quarter and for the full year.

Hoffman told Dow Jones Newswires he does want to become profitable, but he plans to forego some profitability by plowing money back into the business to keep growing quickly and to gain market share. Commerce One will be investing in areas such as expansion of its distribution, expansion of its sales capacity, and expansion of its products, he said.

"It's easy to become very profitable by just slowing down growth," he said, but he wants to keep emphasizing growth.

The company already has a dominant share in the "megavertical market," said Hoffman, noting that its software and services are used in giant e-marketplaces in aerospace, automotive products, oil and gas, and other areas.

Last month General Motors Corp. (GM) and Ford Motor Co. (F) bought a combined 14% share of Commerce One for $1.26 billion as part of a deal that made Commerce One a technology partner in Covisint, an online-parts exchange formed by those two automakers and DaimlerChrysler AG (DCX).

The company's strategy is to increase the breadth and scale of its e-market solutions, and Hoffman foresees an expansion of e-marketplaces in a variety of ways. For instance, he foresees the increasing use of "horizontal exchanges," a term that can apply to entire countries linking businesses through a common set of import-export rules, or to broad areas such as finance or logistics.

And he sees an expansion of the use of exchanges to the point where they will be used for almost any business transaction.

Wit SoundView's Mahoney said that weak fourth-quarter results from Ariba Inc. (ARBA), a principal competitor for Commerce One, made him think Commerce One might show some fourth-quarter weakness as well.

But Hoffman said Ariba has focused on selling applications dealing with procurement transactions, and demand for those applications is less robust than for e-marketplaces that go beyond procurement and deal with supply-chain automation, collaboration, analytics and other applications. Through its partnerships, Commerce One has been focusing on broader offerings, he added.

"We strongly believe that the opportunities today are bigger than they've ever been," Hoffman said.

-By Tom Locke, Dow Jones Newswires; 303-293-9294; tom.locke@dowjones.com

Document dj00000020010711dx1i024yk

More Like This

**Related Factiva Intelligent Indexing™**                                                                                    +

© 2007 Factiva, Inc. All rights reserved.
UI 23.14.0 - Monday, December 11, 2006 5:46:24 PM