# EXHIBIT 7

Manage My Profile | Contact Us | Careers | Investor Relations

**COGNOS®** THE NEXT LEVEL OF PERFORMANCE™

Worldwide Sites

Search:

COMPANY | PRODUCTS | SOLUTIONS | CUSTOMERS | SERVICES | PARTNERS | **NEWS** | EVENTS

- **News**
- News Highlights
- News Releases
  - 2006
  - 2005
  - 2004
  - 2003
  - 2002
  - 2001
  - 2000
- Cognos in the News
- Industry Analyst Reviews
- Awards
- Global Management Team
- Media Contacts

Cognos Home > News Highlights > 2001 News Releases > **News Release**

## Cognos® Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001

**OTTAWA, ON, March 5, 2001—**Cognos® Incorporated (Nasdaq: COGN; TSE: CSN) today announced preliminary estimates of results for the Company's fourth quarter of fiscal year 2001, which ended February 28, 2001. Preliminary estimates of revenue for the quarter indicate revenue at $143.0 million to $144.5 million, compared with revenue of $118.1 million for the same period last year.

Preliminary net income in the fourth quarter of fiscal 2001 was $21.0 million to $22.5 million, or $0.23 to $0.25 per share. This compares with net income of $21.3 million, or $0.24 per share for the fourth quarter of the prior fiscal year.

Net income per share figures have been adjusted to reflect the two-for-one stock split in April 2000. All figures are stated in U.S. dollars and in accordance with U.S. GAAP.

"Preliminary results indicate revenue was slightly below our expectation for the quarter," said Ron Zambonini, Cognos President and CEO. "More specifically, early indications point to a shortfall in business intelligence (BI) license revenue in North America, where a number of customers did not conclude software purchases in response to the rapidly softening economy.

"Throughout the quarter, revenue from support, services, and our application development tools business tracked well, and we expect to modestly exceed our expectations in these areas," continued Mr. Zambonini. "As well, BI license growth was solid throughout most of the quarter. But in the latter part of February, we started to experience hesitancy on the part of commercial customers in North America to make large commitments in light of the current economic outlook."

Cognos will hold a Webcast and conference call to present these preliminary estimates of results for fourth quarter fiscal 2001 at 8:30 a.m. Eastern Time on Tuesday, March 6, 2001. The Webcast may be accessed at www.cognos.com/company/investor/060301.html.

The Company will issue fourth quarter and fiscal year 2001 financial results, and more detailed guidance for its upcoming quarter at its regularly scheduled conference call on April 5, 2001.

Certain statements made in this press release that are not based on historical information are forward-looking statements which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995.

This press release contains forward-looking statements relating to: the Company's expectations concerning future revenues and earnings, including future growth rates from the licensing of its business intelligence and application development products and related product support and services; the effect of the current economic environment on the Company's business and technology strategies; the trends and growth rates in the business intelligence market generally, and of Web-based solutions in particular; the Company's ability to deliver business intelligence solutions that respond to changing market requirements; the future prospects of the Company's current and future products, and the Company's ability to compete in an intensely competitive marketplace.

These forward-looking statements are neither promises nor guarantees, but involve risks and uncertainties that may cause future results to differ materially from those in the forward-looking statements. Factors that

**BETTER DECISION-MAKING:** How Smart Companies Win with Cognos Performance Managment

**Read how customers use Cognos to improve performance.**

Cognos positioned in Leaders Quadrant in **Gartner's** Business Intelligence Platforms Magic Quadrant.

**Read the research note »**

Read all Industry Analyst Reviews »

may cause such differences include, but are not limited to: the Company's ability to continue to grow at historical growth rates or to anticipate a decline in revenue from any of its products; fluctuations in its quarterly and annual operating results based on historical patterns, which may cause its stock price to fluctuate or decline; rapid technological change and new product introductions and enhancements in the business intelligence software market; the Company's reliance on partners and other third party distribution channels to market and distribute its products; unauthorized use of the Company's intellectual property; claims by third parties that the Company's software infringes their intellectual property; the Company's ability to compete in an intensely competitive marketplace; the risks inherent in international operations, such as currency exchange rate fluctuations; global economic conditions; the Company's ability to identify, hire, train, motivate and retain highly qualified management and other key personnel; the Company's ability to identify, pursue and complete acquisitions which could divert management attention and financial resources and not produce desired business results; as well as the risk factors discussed in the Company's most recent Annual Report on Form 10-K filed with the United States Securities and Exchange Commission. Readers should not place undue reliance on any such forward-looking statements, which speak only as of the date they are made. The Company disclaims any obligation to publicly update or revise any such statement to reflect any change in the Company's expectations or in events, conditions, or circumstances on which any such statements may be based, or that may affect the likelihood that actual results will differ from those set forth in the forward-looking statements.

About Cognos

###

Cognos, the Cognos logo and Better Decisions Every Day are trademarks or registered trademarks of Cognos Incorporated in the United States and/or other countries.

**Note to Editors:**
Copies of previous Cognos press releases and Corporate and product information are available on Cognos' Web site at http://www.cognos.com, and at PR Newswire's site at http://www.prnewswire.com.

Home | Legal Notices | Privacy Statement | Site Map | RSS Feeds
Copyright © 2007 Cognos Incorporated
corporate performance management — business intelligence, enterprise planning and balanced scorecard