# EXHIBIT 9

Article 7



**Hyperion says Q3 outlook lower than Street view.**
166 words
5 April 2001
16:55
Reuters News
English
(c) 2001 Reuters Limited

SUNNYVALE, Calif., April 5 (Reuters) - Software maker Hyperion Solutions Inc. on Thursday said third-quarter results will be lower than Wall Street estimates due to a slower U.S. economy.

Releasing preliminary figures after markets closed, the company said in a statement it expected earnings per share in the range of a 4-cent loss to a 1-cent profit, on total revenues of $122 million to $127 million.

That was lower than Wall Street's expectations. According to Thomson Financial/First Call, the consensus estimate from seven analysts was for earnings of 7 cents a share, with the range of estimates from 2 cents to 11 cents.

"The slowdown in the U.S. economy is negatively impacting our business and causing some of our customers to postpone spending on information technology," said Jeff Rodek, Hyperion's chairman and chief executive.

Shares of Hyperion closed up 14.4 percent or $2 to $15-7/8 on the Nasdaq.

Document lba0000020010713dx4502kmr

More Like This

**Related Factiva Intelligent Indexing™** +

© 2007 Factiva, Inc. All rights reserved.
UI 23.14.0 - Monday, December 11, 2006 5:46:24 PM