# EXHIBIT 13

**MORGAN STANLEY DEAN WITTER**  Comment  Page 1

**Equity Research**
North America

United States of America

Technology: Enterprise Software

# Oracle
Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Change in Earnings Forecast**   March 16, 2001

## *It Needs Time - Give it 9 to 12 months*

| NEUTRAL | |
|---|---|
| Price (March 15, 2001): | $14.69 |
| Price Target: | NA |
| 52-Week Range: | $46.47 - 14.50 |

| WHAT'S CHANGED | |
|---|---|
| Earnings (2001): | $0.43 (from $0.44) |
| Earnings (2002): | $0.52 (from $0.50) |

- **Final results generally in line with preannouncement**
  Applications license revenue was lower at 25% growth; Database was higher at 6%. Overall results matched the preannouncement.

- **Outlook**
  Management looking for flat license growth. We're looking for down 8% license growth or sequentially up 49% in Q4; F02 dependent on economic rebound and we're assuming 2HF02 rebound for Oracle.

- **Valuation**
  Stock is selling at 7.7x trailing sales compared to historical median of 5.8x and average of 7.8x. Stock near fair value in the near term with no catalyst given tough Q4 ahead.

**Price: Abs. and Rel. To Market & Industry**



Relative to MSCI WRLD/SOFTWARE & SERVICES (Right)
Relative to S&P 500 Composite (Right)
Oracle Corp. (Left, U.S. Dollar)

*Data Source: FactSet Research Systems Inc.*

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.43 | 0.52 | – |
| Prior EPS Ests. ($) | – | 0.44 | 0.50 | – |
| P/E | 44.5 | 34.2 | 28.2 | – |

| | | |
|---|---|---|
| Market Cap ($ m) | 85,941 |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 |
| Shares Outstanding (m) | 5,851.3 |

| Q'trly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|
| Q1 | 0.04 | 0.08A | – | 0.07 | – |
| Q2 | 0.06 | 0.11A | – | 0.12 | – |
| Q3 | 0.08 | 0.10A | – | 0.13 | 0.11 |
| Q4 | 0.15 | 0.14E | 0.15E | 0.20 | – |

*E = Morgan Stanley Dean Witter Research Estimate*

**Company Description**
Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

**MORGAN STANLEY DEAN WITTER**

# It Needs Time - Give it 9 to 12 months

## Summary and Investment Conclusion

Oracle reported its final results for the third quarter of fiscal year 2001. The company preannounced earnings of 10 cents earlier this month which was a penny cents lower than consensus estimates.

Most metrics lined up as expected in the final results announcement with the exception of the applications license revenue which grew 25% year over year to $249 million in the quarter versus the company's preliminary estimate of 50% applications license growth. Database revenue was up 6% versus the pre-announced range of flat to slightly down license revenue growth.

As we expected, the shortfall was concentrated in but not limited to the U.S. The Americas license revenue was down 4% year to year while EMEA was up 19% (on a strong database number but weak applications number – a reversal of recent trends).

## Oracle – Living and Dying with the Tech Sector

Like many large software companies, Oracle has a few power alleys by vertical market. For PeopleSoft its financial services, energy, chemicals, and pharmaceuticals for SAP.

*Unfortunately for Oracle in the latest quarter, technology and telecom have long been power alleys for the company. Oracle has always had a technology sale – even for its applications business – which appeals most readily to technology companies.* The big deal flow we've heard about was concentrated in the verticals and most of those customers are under siege in their business and not ready to write checks. A different mix of verticals might have resulted in a different outcome for Oracle and might allow some Oracle competitors to get through the March quarter in better shape although we don't expect anyone to go completely unscathed in this environment.

*We now know that Oracle took the dot com candy like many of the hardware and storage vendors.* The dot com sector was down 66% for Oracle in the quarter. Excluding this business, the Americas would have been up 9% in
*Oracle - March 16, 2001*

license revenue instead of down 4%. Unlike the hardware vendors, Oracle's licenses aren't transferable in the used equipment market. Oracle has some modest receivables exposure here but has been taking reserves all along although the company isn't fully reserved at the moment. The company also took reserves again some dot com investments ($20 million in the latest quarter) which could get reversed if these investment work out.

All in all, the technology sector has been good to Oracle as a customer segment and it's been a fast growing one for many years. Oracle has to take the bad with the good. If one believes the technology sector is going through a healthy correction and belt tightening with a likely recovery to more modest growth, Oracle will be a beneficiary down the road.

## Is This the Beginning of the End?

*We don't think so. Every time Oracle misses a quarter – which is about once every 5-7 quarters – there are, understandably, a rash of proclamations about market saturation and fatal strategy missteps that point to eternal doom.*

*Even in the best of times, Oracle has not produced smooth license or product line growth from quarter to quarter.* The numbers generally fall where they may without, much to our chagrin, a ton of backlog management. Billions of license revenue get booked in the last five days of the quarter and its difficult to smooth out that business model.

*Usually investors throw in the towel on Oracle for three quarters and don't want to hear the name mentioned for a while.* But then comparisons get easier, customers eat through their licenses and need more capacity, the product footprint expands into higher growth areas, the buying cycle improves with the economy, and recently released products get seasoned and get some traction in the installed base. The only cure is time.

Unless customers are indefinitely satisfied with existing business applications and simply have less need to support changing business processes, new applications eventually get built and bought. Given that most companies don't know how profitable their top ten customers are or how well

their top ten suppliers are performing, we'd contend there's still plenty to do on the applications front. Those new projects drive database and applications demand for Oracle and everyone else.

Right now, not many project champions want to raise their hand and champion a $20 million project for e-business. It wouldn't likely get approved anyway. We're still at the early stages of the build out of inter-company applications and there's plenty of building left to do. But as companies enter the new territory of inter-company applications, there's uncertainty regarding architecture, standards, product viability, and methodology, which have also slowed decision-making.

The question is how long budgets and decision makers stay paralyzed by the sliding economy. The confidence to move forward with major spending projects doesn't snap back after such a sharp, startling decline in the macro environment. History suggests it's a slow thaw over many quarters. The early adopters and innovators come back first and are more willing to invest through the cycle – the GE's of the world. Unfortunately there aren't many GE's in the world.

*Additionally, we've assumed slowing growth from other enterprise application companies, which would slow database OEM revenue.*

## Outlook

Management's guidance for Q4 and next year was more of an exercise in documenting the tolerance and variables in the model. The company suggested a possible scenario of targeting flat year over year license revenue growth, which would imply sequentially license growth of 63%. *We think the company was reluctant to mention the "N" world – negative license growth year over year for Q4 although we think it's likely.*

*We were hoping the company would take the opportunity to get numbers down substantially for Q4 and use any upside to build backlog for next year but it didn't happen.* Nonetheless there is historical precedence for the big sequential ramp. Oracle's Q4 has always been magic given the salesforce compensation plans. *The average sequential growth between Q3-Q4 over the last five years has been 70% with a range of 60-83% over the time period.*

Exhibit 1
**Sequential License Revenue Growth**

|  | Sequential License growth Q3-Q4 |
|---|---|
| 2001E | 49% |
| 2000 | 72% |
| 1999 | 83% |
| 1998 | 60% |
| 1997 | 66% |
| 1996 | 70% |

*Source: Company data, Morgan Stanley Dean Witter Research.*

The pipeline is up 30% year over year and if the close rate remains unchanged from last quarter, license revenues would come in at 6% growth according to the company. But close rates have been slipping and customers are reducing deal sizes. Customers tend to buy in very small chunks in slow economies – even if it means they pay more over the long term. They are willing to forgo the discount for buying in bulk to preserve capital. There's a healthy aspect for Oracle over the long term because the shrinking deal sizes more closely match sales to consumption. It forces a reduction in the forward selling. When the economy rebounds the bulk buying and forward selling pick back up which accelerates the rebound unless Oracle consciously restricts the sizes of the deals which is unlikely.

## Estimates

*Our estimate for 2001 is $0.43 and $0.14 for the fourth quarter. We've fine tuned our estimate to $0.52 per share for next year assuming an improvement in margins to 38% on license growth of 9% (back end loaded).*

*The guided range for earnings was set at $0.56 to $0.57 per share, which assumes an earnings growth rate of 25% to 30%.* Management expects license revenue growth to be flat in the first two quarters of fiscal year 2002 and up 20% in the second two quarters of the year. Operating margins are expected to hold at or above the 30% level.

Management expects currency to have a 2% negative impact in the fourth quarter of 2001 and a 1% positive impact next year. The tax rate for next year will fall by one percentage point from 35.5% to 34.5%.

*Employee options are underwater* and we expect management to take a look at some sort of repricing for the rank and file. The exchange method (no charges after a six month trade in program) seems to be the popular route.

*MORGAN STANLEY DEAN WITTER*   Page 4

## Valuation

The median trailing price to sales including the last year has been 5.8x since 1994 and the average has been 7.8x. The stock is currently trading at 7.7x. Prior to the bubble of the last two years, the mean average was 5.5x. Assuming a survivor premium in a sector with a high casualty rate, the stock probably continues to sell above the historical industry average (1996-1998) of 6.5x trailing sales

Exhibit 2
**Oracle Price Sales History**



*Source: Company data, Morgan Stanley Dean Witter Research*

## Detailed Financial Results

***EPS — Oracle reported F2Q01 earnings per share of $0.10, which was in line with the preannounced estimate and the most recent Street estimate.*** Our original estimate, before the preannouncement, was $0.12.

***Total revenue in the quarter was $2.7 billion and grew 9% year over year as expected in the preannounced forecast.*** Our total revenue estimated prior to the preannouncement was $2.8 billion or 14% year over year growth.

***License revenue growth came in one percentage point lower than the preannounced growth rate of 6%.*** The final reported license revenue figure for the quarter was $1.1 billion, which compares to our original estimate of $1.3 billion or 19% year over year growth. On a constant currency basis, license revenue grew 9%. This compares to constant currency growth of 31% and 32% in the first and second quarters of the year, respectively. Americas license revenue excluding the effect of dot coms was 9%, far short of the 34% growth rates of the past two quarters, which is confirmation that the downturn was caused by the weak economy.

***Applications growth came in at 25% or $249 million, well below the guided range and initial estimates.*** Management reiterated commentary on last minute pipeline cracks and

*Oracle - March 16, 2001*

uncontrollable economic impacts as the cause for the shortfall. Oracle's applications growth was 28% after adjusting for the currency impact of the strong US dollar. Our estimate after the preannouncement was 50% and original estimate for applications growth before the preannouncement was 66%.

Live customers reference sites for 11i climbed up to 210, which compares to 83 last quarter. Over 3,000 implementations are now underway. The trade press continues to pick at Oracle's product rollout and bug fixes, but the patches and fixes are a necessary part of the process and no other vendors have rolled out a product of this magnitude in one product release.

***Database license revenue came in at $823 million beating preannounced expectations.*** The reported growth rate of database was 6% and after adjusting for currency, database growth was 10% this quarter. Our estimate after the preannouncement was a year over year decrease of 1% and original estimate for applications growth before the preannouncement was 11%.

Database had a tough compare this quarter largely due to the strong contribution from dot coms in the third quarter of last year. Management had planned for this in their forecasts; however, they did point out that the dot com effect was a bit worse then they had anticipated. Dot com year over year license revenue grow had a huge decline of 66% this quarter. Although dot com revenue will be with us for one more quarter, the compare from Q4 of last year will be easier as a result of slipped deals and database had the larger dollar contribution from dot coms.

***Services revenue grew 12% year over year this quarter, which compares to 10% in the same quarter last year.*** Sequentially, services increased slightly. Support revenue grew 20% year over year and consulting and training was up 3% year over year.

***Operating margins were 33% this quarter, up 2% from the same period one year ago.*** Our original margin estimate for this quarter was 36%. Oracle has managed to improve year over year operating margins for the last 11 quarters.

## Geographic Segments

The US was the clear culprit this quarter as EMEA and Asia did not seem to be affected by the economy thus far. The currency effect this quarter was a 4% clip.

# MORGAN STANLEY DEAN WITTER

Page 5

In the Americas, total license revenue grow was down 4% year over year with applications up 31% (with a large contribution from the Covisint deal) and database down 11%. By comparison, during the first two quarters of this year the Americas grew at 34% year over year. Americas license revenue holds a heavy weight in the mix of geographic license revenue. The contribution of the Americas is 50% of worldwide license revenue.

In EMEA, year over year total license revenue growth was up 19% with applications down 4% and database up 31%.

Exhibit 3
**F3Q01 vs. F3Q00 Revenues by Region**



*Source: Company data, Morgan Stanley Dean Witter Research*

In Asia Pacific, year over year total license revenue growth was up 22% with applications up 54% and database up 22%. In local currency terms, Americas was down 3%, EMEA was up 28% and Asia Pacific up 32%. Although there was some oscillation in the international segment product line, EMEA growth accelerated in constant currency terms and Asia Pacific growth was consistent with historical growth.

## Balance Sheet

Total cash at the end of the period was $5.0 billion, which compares to $4.4 billion at the end of last quarter. DSOs were 66 days, in line with previous quarters. Deferred revenue was down sequentially from $1.05 billion to $1.04 billion.

## Headcount

Total headcount grew 3% sequentially to 43,308 employees as turnover rates are slowing down. The company currently maintains a 50-50 split between domestic and international employees. Management plans to review headcount and trim all areas of the organization with the exception of the research and development division. Management pointed out that additional hiring this quarter was partially due to an increase in the services organization, however, we do not expect any additional hiring in this area.

## Large deals

Deals greater than $500,000 grew by 45% this quarter over last year. Management reiterated the point that both large and small deals slipped this quarter. Some of those deals have since closed. As for deals that slipped this quarter, applications deals were generally postponed and database deals tended to be downsized. Some of these deals include customers that are already using the software and some of these debtors owe $10 to $20 million.

Exhibit 4
**Product Line Growth Rates — Constant Currency**



*Source: Company data, Morgan Stanley Dean Witter Research*

## Product Rollouts

In response to the selling environment and customer jitters, Oracle has put two programs in place to facilitate the sales and penetration of 11i. The two programs have been set up for rapid global deployments of CRM and eProcurement. The program is based on customers accepting the product without customization, so if they are willing to take the leap of faith, customers will have CRM in 90 days or eProcurement in 30 days.

*Oracle - March 16, 2001*

One example of a large customer that was able to get up and running in a short time horizon was GE.  GE signed up for 11i in November 2000, and is ready to go live this month, only five months later.  The key element to this rapid deployment was the minimal amount of customization required.

Oracle 9i database is expected to ship this quarter.  The key feature delivered in this product is real application clusters.

### 9iAS Demand Check

Last quarter, Oracle's 9iAS product contributed 5% to database revenue and we expect this figure to continue to grow over time.  Its clear that demand for the application server is beginning to pick up.  We checked in with the Oracle Technology Network (OTN) to see how the number of downloads were tracking and found that Oracle's iAS product has been downloaded 897,243 times between September 2000 and February 2001.  This is 1/4 of the number downloads for database and 3/4 of the number of downloads for tools.  We view the number of downloads by OTN members as a leading indicator of product sales.  The OTN network is a training ground for database users and allows them to test products for 30 days before they make the final purchases.

The most popular product on the network during this period was Oracle's Web cache technology, which increases Web site performance and scalability.  It's important to point out that Oracle's Web cache product is complimentary to BEA's Weblogic product.  In talking with Oracle database customers at a recent user group, we identified a few customers who were using BEA to develop new heavyweight custom applications and Oracle 9iAS to improve performance and post lighter weight forms and reports on their sites.

### Customer Wins

Management listed a number of customer wins that took place during the quarter.  New 11i customers this quarter include Healthsouth, Cisco, Qwest, Americredit, Ciena, and McGraw Hill.  In the application server space, Oracle is competing with IBM and BEA Systems.  Management cited competitive wins at Cisco, Cap Gemini, and McGraw Hill.

Exhibit 5

**Oracle Fourth Quarter 2001 Financial Results**

| $Million (EPS$) | MSDW 4Q01 Estimate | 4Q01 Actual | 3Q01 Actual | 4Q00 Actual |
|---|---|---|---|---|
| **License Revenue** | 1135.0 | 1125.1 | 1118.2 | 1071.4 |
| % Growth (Y/Y) | 5.9% | 5.0% | 23.9% | 29.7% |
| % Growth (Q/Q) | 1.5% | 0.6% | 38.5% | 18.7% |
| **Database Revenue** | 772.8 | 823.3 | 775.4 | 778.0 |
| % Growth (Y/Y) | -0.7% | 5.8% | 19.2% | 32.1% |
| % Growth (Q/Q) | -0.3% | 6.2% | 32.6% | 19.6% |
| **Applications Revenue** | 298.2 | 249.4 | 279.3 | 198.8 |
| % Growth (Y/Y) | 50.0% | 25.4% | 66.4% | 34.9% |
| % Growth (Q/Q) | 6.8% | -10.7% | 79.6% | 18.5% |
| **Services Revenue** | 1540.0 | 1549.3 | 1541.3 | 1378.0 |
| % Growth (Y/Y) | 11.8% | 12.4% | 8.6% | 10.0% |
| % Growth (Q/Q) | -0.1% | 0.5% | 6.0% | -2.9% |
| **Total Revenues** | 2675.0 | 2674.4 | 2659.5 | 2449.4 |
| % Growth (Y/Y) | 9.2% | 9.2% | 14.5% | 17.8% |
| % Growth (Q/Q) | 0.6% | 0.6% | 17.6% | 5.5% |
| Operating Income | 883.2 | 878.1 | 946.0 | 769.7 |
| Operating Margin | 33.0% | 32.8% | 35.6% | 31.4% |
| Tax Rate | 35.5% | 35.5% | 35.5% | 36.0% |
| EPS | 0.10 | 0.10 | 0.11 | 0.08 |
| Shares Outstanding | 5880 | 5851 | 5875 | 5996 |
| DSO | - | 66 | 66 | 68 |
| Deferred Revenue | - | 1040.7 | 1053.8 | 1019.6 |

*Source: Company data, Morgan Stanley Dean Witter Research*

.

*Oracle - March 16, 2001*

*MORGAN STANLEY DEAN WITTER*                                                                                          Page 7

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter").  Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information.  Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies.  This memorandum is based on information available to the public.  No representation is made that it is accurate or complete.  This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors.  Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary.  Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment.  Past performance is not necessarily a guide to future performance.  Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited.  Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report.  Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States:  While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents.  Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents.  Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada:  This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited.  Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

**© Copyright 2001 Morgan Stanley Dean Witter & Co.**

*Oracle - March 16, 2001*

Morgan Stanley Dean Witter - e/Interprise Software Research                                                                    Charles Phillips, CFA
                                                                                            charles.phillips@msdw.com / 1-800-MR CHUCK / www.msdw.com/mrchuck

## Oracle
## Sales and Earnings Summary
*($ Millions, Except Per-Share Data)*

|  | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01 | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Total Revenue** | **1985** | **2322** | **2449** | **3374** | **10130** | **2262** | **2660** | **2674** | **3405** | **11001** | **2400** | **2875** | **3015** | **3870** | **12160** |
| *% Growth (y/y)* | *13.5%* | *12.9%* | *17.8%* | *14.6%* | *14.8%* | *14.0%* | *14.5%* | *9.2%* | *0.9%* | *8.6%* | *6.1%* | *8.1%* | *12.7%* | *13.7%* | *10.5%* |
| *% Growth (seq.)* | *-32.6%* | *17.0%* | *5.5%* | *37.8%* | *-* | *-33.0%* | *17.6%* | *0.6%* | *27.3%* | *-* | *-29.5%* | *19.8%* | *4.9%* | *28.4%* | *-* |
| Americas | 1124 | 1262 | 1450 | 2077 | 5913 | 1291 | 1511 | 1541 | 1873 | 6215 | 1320 | 1581 | 1658 | 2129 | 6688 |
| EMEA | 618 | 756 | 707 | 902 | 2983 | 643 | 761 | 783 | 1022 | 3209 | 720 | 863 | 905 | 1161 | 3648 |
| Asia/Pac | 243 | 304 | 292 | 395 | 1234 | 327 | 388 | 350 | 511 | 1576 | 360 | 431 | 452 | 581 | 1824 |
| **Total Services Revenue** | **1352** | **1419** | **1378** | **1534** | **5683** | **1455** | **1541** | **1549** | **1725** | **6270** | **1650** | **1725** | **1725** | **1920** | **7020** |
| *y/y % growth* | *15.9%* | *10.1%* | *10.0%* | *7.2%* | *10.6%* | *7.6%* | *8.6%* | *12.4%* | *12.5%* | *10.3%* | *13.4%* | *11.9%* | *11.3%* | *11.3%* | *12.0%* |
| Support | 667 | 720 | 754 | 837 | 2979 | 839 | 873 | 906 | 1000 | 3618 | 984 | 1016 | 1043 | 1152 | 4195 |
| *% Growth (y/y)* | *27.2%* | *27.2%* | *29.3%* | *24.8%* | *27.0%* | *25.7%* | *21.1%* | *20.1%* | *19.5%* | *21.5%* | *17.3%* | *16.5%* | *15.1%* | *15.2%* | *16.0%* |
| Consulting & Training | 685 | 699 | 624 | 697 | 2704 | 616 | 669 | 643 | 725 | 2652 | 666 | 709 | 682 | 769 | 2825 |
| *% Growth (y/y)* | *6.7%* | *-3.2%* | *-6.9%* | *-8.3%* | *-3.2%* | *-10.1%* | *-4.3%* | *3.1%* | *4.0%* | *-1.9%* | *8.2%* | *6.0%* | *6.0%* | *6.0%* | *6.5%* |
| **Total License Revenue** | **632** | **903** | **1071** | **1841** | **4447** | **807** | **1118** | **1125** | **1680** | **4731** | **750** | **1150** | **1290** | **1950** | **5140** |
| *% Growth (y/y)* | *8.5%* | *17.6%* | *29.7%* | *21.7%* | *20.6%* | *27.7%* | *23.9%* | *5.0%* | *-8.7%* | *6.4%* | *-7.1%* | *2.8%* | *14.7%* | *16.1%* | *8.7%* |
| *% Growth (seq.)* | *-58.2%* | *42.8%* | *18.7%* | *71.8%* | *-* | *-56.1%* | *38.5%* | *0.6%* | *49.3%* | *-* | *-55.4%* | *53.3%* | *12.2%* | *51.2%* | *-* |
|   Other licenses | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 24 | 25 | 110 | 25 | 25 | 25 | 25 | 100 |
|   Product Licenses | 603 | 877 | 1043 | 1792 | 4315 | 771 | 1093 | 1101 | 1655 | 4620 | 725 | 1125 | 1265 | 1925 | 5040 |
| **Revenue by Product Category** | | | | | | | | | | | | | | | |
| Database Servers | 443 | 651 | 778 | 1228 | 3100 | 585 | 775 | 823 | 1160 | 3343 | 506 | 746 | 908 | 1303 | 3462 |
| Development Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 28 | 45 | 143 | 25 | 30 | 45 | 60 | 160 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 249 | 450 | 1134 | 194 | 349 | 312 | 563 | 1418 |
| **Expenses** | | | | | | | | | | | | | | | |
| Sales/Mkt Exp. | 538 | 631 | 595 | 852 | 2617 | 573 | 641 | 666 | 850 | 2729 | 600 | 620 | 630 | 700 | 2550 |
| Cost of Services | 757 | 753 | 707 | 725 | 2943 | 674 | 695 | 709 | 845 | 2923 | 776 | 811 | 811 | 902 | 3299 |
| Total Rev. Cost | 1295 | 1385 | 1302 | 1578 | 5559 | 1247 | 1336 | 1374 | 1695 | 5652 | 1376 | 1431 | 1441 | 1602 | 5849 |
| Research | 236 | 248 | 256 | 270 | 1010 | 251 | 266 | 301 | 295 | 1114 | 290 | 290 | 292 | 295 | 1167 |
| Corp G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 121 | 135 | 473 | 122 | 128 | 135 | 147 | 532 |
| **Total Expense** | **1639** | **1746** | **1680** | **1986** | **7050** | **1604** | **1714** | **1796** | **2125** | **7239** | **1787** | **1849** | **1868** | **2044** | **7548** |
| **Operating Income** | **346** | **576** | **770** | **1389** | **3080** | **658** | **946** | **878** | **1280** | **3762** | **613** | **1026** | **1147** | **1826** | **4612** |
| *Operating Margin* | *17.4%* | *24.8%* | *31.4%* | *41.1%* | *30.4%* | *29.1%* | *35.6%* | *32.8%* | *37.6%* | *34.2%* | *25.5%* | *35.7%* | *38.1%* | *47.2%* | *37.9%* |
| Net Interest | 18 | 15 | 24 | 48 | 106 | 103 | 33 | 48 | 45 | 229 | 45 | 45 | 45 | 45 | 180 |
| Special gains (charges) | - | - | 415 | 6521 | 6937 | 15 | -13 | -22 | - | -20 | - | - | - | - | 0 |
| **Pretax Income** | **364** | **592** | **794** | **1437** | **3186** | **761** | **979** | **926** | **1325** | **3991** | **658** | **1071** | **1192** | **1871** | **4792** |
| *Pretax Margin* | *18%* | *25%* | *32%* | *43%* | *31%* | *34%* | *37%* | *35%* | *39%* | *36%* | *27%* | *37%* | *40%* | *48%* | *39%* |
| Taxes | 127 | 207 | 286 | 511 | 1131 | 270 | 348 | 329 | 470 | 1417 | 227 | 370 | 411 | 645 | 1653 |
| *Tax rate* | *35%* | *35%* | *36%* | *36%* | *35%* | *36%* | *36%* | *36%* | *36%* | *36%* | *35%* | *35%* | *35%* | *35%* | *35%* |
| **Net Income** | **237** | **384** | **508** | **926** | **2055** | **491** | **632** | **597** | **854** | **2574** | **431** | **702** | **781** | **1225** | **3139** |
| Avg. Shrs. - Basic | 5722 | 5718 | 5638 | 5638 | 5679 | 5604 | 5584 | 5596 | 5810 | 5649 | 5810 | 5810 | 5810 | 5810 | 5810 |
| Avg. Shares - FD | 5965 | 6013 | 5996 | 6010 | 5996 | 5933 | 5875 | 5851 | 5900 | 5890 | 5900 | 5950 | 5950 | 5990 | 5948 |
| EPS Operating - Basic | 0.04 | 0.07 | 0.09 | 0.16 | 0.36 | 0.09 | 0.11 | 0.11 | 0.15 | 0.46 | 0.07 | 0.12 | 0.13 | 0.21 | 0.54 |
| **EPS Operating - FD** | **0.04** | **0.06** | **0.08** | **0.15** | **0.33** | **0.08** | **0.11** | **0.10** | **0.14** | **0.43** | **0.07** | **0.12** | **0.13** | **0.20** | **0.52** |
| *EPS Growth* | *33.3%* | *20.0%* | *60.0%* | *66.7%* | *50.0%* | *100.0%* | *83.3%* | *25.0%* | *-6.7%* | *30.3%* | *-12.5%* | *9.1%* | *30.0%* | *42.9%* | *20.9%* |
| EPS Reported | 0.04 | 0.06 | 0.25 | 1.63 | 2.10 | 0.17 | 0.11 | 0.10 | 0.14 | 0.52 | 0.07 | 0.12 | 0.13 | 0.20 | 0.52 |

E = MSDW Research Estimates

As of: 3/16/2001

Case 3:01-cv-00988-SI    Document 1523-13    Filed 10/20/08    Page 10 of 10

Morgan Stanley Dean Witter - e/Interprise Software Research                                                                                                                           Charles Phillips, CFA
charles.phillips@msdw.com / 1-800-MR CHUCK / www.msdw.com/mrchuck

## Oracle - Financial Statistics and Ratios

|  | 2000 | | | | | 2001E | | | | | 2002E | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01 | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Growth Y/Y %** | | | | | | | | | | | | | | | |
| Oracle Americas | 12.1 | 12.5 | 24.5 | 17.8 | 17.0 | 14.9 | 19.7 | 6.3 | -9.8 | 5.1 | 2.2 | 4.7 | 7.6 | 13.7 | 7.6 |
| Oracle Eur./ME/Afr. | 9.4 | 6.5 | 2.0 | 1.7 | 4.5 | 4.1 | 0.7 | 10.8 | 13.2 | 7.6 | 11.9 | 13.4 | 15.4 | 13.7 | 13.7 |
| Oracle Asia/Pacific | 33.8 | 35.3 | 32.7 | 34.9 | 34.2 | 35.0 | 27.6 | 19.9 | 29.4 | 27.8 | 10.0 | 11.1 | 29.2 | 13.7 | 15.7 |
| **Database Servers** | **8.2** | **17.2** | **32.1** | **12.5** | **17.2** | **31.9** | **19.2** | **5.8** | **-5.6** | **7.8** | **-13.5** | **-3.8** | **10.3** | **12.3** | **3.6** |
| Development Tools | 0.7 | -4.6 | -1.5 | 1.8 | -0.5 | -38.1 | -34.4 | -57.4 | -61.3 | -51.0 | -19.6 | -22.0 | 59.4 | 33.3 | 12.0 |
| **Applications** | **11.3** | **30.6** | **34.9** | **61.4** | **41.8** | **42.5** | **66.6** | **25.4** | **0.6** | **22.9** | **25.0** | **25.0** | **25.0** | **25.0** | **25.0** |
| Product Licenses | 8.5 | 17.6 | 29.7 | 21.7 | 20.6 | 27.7 | 23.9 | 5.0 | -8.7 | 6.4 | -7.1 | 2.8 | 14.7 | 16.1 | 8.7 |
| Product Licenses (seq %) | -59.4 | 45.6 | 18.9 | 71.8 | - | -57.0 | 41.7 | 0.7 | 50.3 | - | -56.2 | 55.2 | 12.4 | 52.2 | - |
| Service Sales | 15.9 | 10.1 | 10.0 | 7.2 | 10.6 | 7.6 | 8.6 | 12.4 | 12.5 | 10.3 | 13.4 | 11.9 | 11.3 | 11.3 | 12.0 |
| Total Revenue | 13.5 | 12.9 | 17.8 | 14.6 | 14.8 | 14.0 | 14.5 | 9.2 | 0.9 | 8.6 | 6.1 | 8.1 | 12.7 | 13.7 | 10.5 |
| Sales/Mkt Exp. | 5.6 | 6.7 | 4.9 | -10.7 | -0.2 | 6.4 | 1.5 | 11.9 | -0.3 | 4.3 | 4.7 | -3.3 | -5.3 | -17.6 | -6.6 |
| Cost of Services | 11.4 | -3.4 | -10.7 | -10.8 | -4.0 | -11.0 | -7.7 | 0.2 | 16.5 | -0.7 | 15.1 | 16.7 | 14.4 | 6.8 | 12.9 |
| Research | 25.8 | 23.7 | 21.8 | 11.1 | 20.0 | 6.4 | 7.3 | 18.0 | 9.2 | 10.3 | 15.5 | 8.9 | -3.1 | 0.0 | 4.8 |
| Corp G&A | 14.1 | 11.3 | 17.9 | 8.7 | 12.7 | -1.5 | -1.5 | -1.3 | -2.1 | -1.6 | 15.0 | 15.0 | 12.0 | 8.9 | 12.5 |
| Total Expenses | 11.4 | 4.3 | 0.4 | -7.1 | 1.4 | -2.1 | -1.8 | 6.9 | 7.0 | 2.7 | 11.4 | 7.9 | 4.0 | -3.8 | 4.3 |
| Total Expenses (seq %) | -23 | 7 | -4 | 18 | - | -19 | 7 | 5 | 18 | - | -16 | 3 | 1 | 9 | - |
| Operating Profit | 24 | 51 | 89 | 72 | 64 | 90 | 64 | 14 | -8 | 22 | -7 | 8 | 31 | 43 | 23 |
| Pretax Income | 21 | 44 | 79 | 74 | 61 | 109 | 66 | 17 | -8 | 25 | -14 | 9 | 29 | 41 | 20 |
| Net Income | 21 | 40 | 73 | 76 | 59 | 107 | 64 | 18 | -8 | 25 | -12 | 11 | 31 | 43 | 22 |
| **% of Sales** | | | | | | | | | | | | | | | |
| License Sales | 30.4 | 37.8 | 42.6 | 53.1 | 42.6 | 34.1 | 41.1 | 41.2 | 48.6 | 42.0 | 30.2 | 39.1 | 42.0 | 49.7 | 41.4 |
| Service Sales | 68.1 | 61.1 | 56.3 | 45.5 | 56.1 | 64.3 | 58.0 | 57.9 | 50.7 | 57.0 | 68.8 | 60.0 | 57.2 | 49.6 | 57.7 |
| Selling/Marketing | 27.1 | 27.2 | 24.3 | 25.3 | 25.8 | 25.3 | 24.1 | 24.9 | 25.0 | 24.8 | 25.0 | 21.6 | 20.9 | 18.1 | 21.0 |
| Service margin | 44.0 | 46.9 | 48.7 | 52.7 | 48.2 | 53.7 | 54.9 | 54.3 | 51.0 | 53.4 | 53.0 | 53.0 | 53.0 | 53.0 | 53.0 |
| Total Cost of Revenue | 65.3 | 59.6 | 53.2 | 46.8 | 54.9 | 55.1 | 50.2 | 51.4 | 49.8 | 51.4 | 57.3 | 49.8 | 47.8 | 41.4 | 48.1 |
| Services | 38.1 | 32.4 | 28.9 | 21.5 | 29.0 | 29.8 | 26.1 | 26.5 | 24.8 | 26.6 | 32.3 | 28.2 | 26.9 | 23.3 | 27.1 |
| Research | 11.9 | 10.7 | 10.4 | 8.0 | 10.0 | 11.1 | 10.0 | 11.3 | 8.7 | 10.1 | 12.1 | 10.1 | 9.7 | 7.6 | 9.6 |
| Corp G&A | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 4.7 | 4.2 | 4.5 | 4.0 | 4.3 | 5.1 | 4.5 | 4.5 | 3.8 | 4.4 |
| Op Margin | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 29.1 | 35.6 | 32.8 | 37.6 | 34.2 | 25.5 | 35.7 | 38.1 | 47.2 | 37.9 |
| **Selected Ratios and Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Book Value/shr | 0.59 | 0.57 | 0.66 | 1.08 | - | 0.91 | 0.84 | 0.91 | - | - | - | - | - | - | - |
| Cash/shr | 0.46 | 0.35 | 0.46 | 1.29 | - | 0.85 | 0.74 | 0.85 | - | - | - | - | - | - | - |
| Sales/Shr | 1.52 | 1.55 | 1.62 | 1.69 | - | 1.75 | 1.83 | 1.87 | - | - | - | - | - | - | - |
| Total Cash | 2722 | 2134 | 2768 | 7762 | - | 5063 | 4356 | 4985 | - | - | - | - | - | - | - |
| Total Debt | 304 | 304 | 307 | 301 | - | 304 | 303 | 304 | - | - | - | - | - | - | - |
| TotalEquity | 3500 | 3401 | 3984 | 6461 | - | 5371 | 4926 | 5324 | - | - | - | - | - | - | - |
| Total Assets | 6579 | 6376 | 7349 | 13077 | - | 9513 | 8924 | 9451 | - | - | - | - | - | - | - |
| Rec Days Outst | 69 | 69 | 68 | 68 | - | 67 | 66 | 66 | - | - | - | - | - | - | - |
| Receivables | 1514 | 1769 | 1849 | 2534 | - | 1696 | 1936 | 1952 | - | - | - | - | - | - | - |
| Deferred Revenue | 1090 | 925 | 1020 | 1133 | - | 1270 | 1054 | 1041 | - | - | - | - | - | - | - |
|  %of LTM sales | 12.0% | 9.9% | 10.5% | 11.2% | - | 12.2% | 9.8% | 9.5% | - | - | - | - | - | - | - |
| Cash from Operations | 656.1 | 112.0 | 970.0 | 1185.4 | - | -873.8 | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | -54.9 | -69.6 | -82.1 | -56.8 | - | -73.4 | - | - | - | - | - | - | - | - | - |
| Headcount | 43093 | 42682 | 41917 | 41320 | - | 41170 | 42002 | 43308 | - | - | - | - | - | - | - |
| Revenue Per Employee | 0.21 | 0.22 | 0.23 | 0.24 | - | 0.25 | 0.26 | 0.26 | - | - | - | - | - | - | - |
| Capitalized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Amortized Software | 3.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Provision for Doubtful Accounts | 15.79 | 24.43 | 39.52 | 55.58 | - | 58.99 | - | - | - | - | - | - | - | - | - |
| Depreciation and Amortization | 76.81 | 77.35 | 82.22 | 77.93 | - | 73.16 | - | - | - | - | - | - | - | - | - |
| Amortization of Goodwill | 18.31 | 19.07 | 19.27 | 19.96 | - | 19.00 | - | - | - | - | - | - | - | - | - |
| LTM Sales | 9063 | 9329 | 9699 | 10130 | - | 10407 | 10745 | 10970 | 11001 | - | 11139 | 11354 | 11695 | 12160 | - |
| LTM EPS | 0.23 | 0.24 | 0.45 | 0.33 | - | 0.37 | 0.42 | 0.69 | 0.43 | - | 0.42 | 0.43 | 0.46 | 0.52 | - |

E = MSDW Research Estimates

As of: 3/16/2001