# EXHIBIT 15

```
07:15am EST  2-Mar-01 Lehman Brothers (Herman, Neil 212-526-6093) ORCL VRTS MER
Oracle Corp: Oracle Shortfall Makes Software Sector A Show Me Story

Today's Date:   03/02/01
 Ticker:          ORCL                     Fiscal Year:      5/31
 Price:           21.38                    52wk Range:       46 - 19
 Rank(New):       1 - Strong Buy           Target(New):      50
 Rank(Old):       1 - Strong Buy           Target(Old):      50
--------------------------------------------------------------------------
 EPS 2000           2001                       2002              %Change
     Act.      Old    New    St.Est     Old    New    St.Est    2001/2002
 1Q  0.04      0.09A  0.09A  0.09A      - -E   - -E   0.10E     125     - -
 2Q  0.06      0.11A  0.11A  0.11A      - -E   - -E   0.13E      83     - -
 3Q  0.08      0.12E  0.10E  0.12E      - -E   - -E   0.15E      25     - -
 4Q  0.15      0.21E  0.17E  0.20E      - -E   - -E   0.25E      13     - -
--------------------------------------------------------------------------
 Yr. 0.34      0.52E  0.47E  0.51E      0.67E  0.55E  0.62E      38      17
 P/E                  45.5                     38.9
--------------------------------------------------------------------------
MARKET DATA                              FINANCIAL SUMMARY
Shares OutStanding (MM)    5,875.8       Revenue (B)             11.3
Mkt Capitalization (B)     125.6         Five-Year EPS CAGR      - - %
Dividend Yield             - -           Return On Equity (2001) - -
Convertible                No            Current Book Value      - -
Float                      - -           Debt To Capital         - - %
                                         Disclosure(s)           C
--------------------------------------------------------------------------
INVESTMENT CONCLUSION
* Yesterday, Oracle pre-announced a significant revenue shortfall which the
  company blamed on the economy.  Given the large decline in Oracle shares,
  we are maintaining our 1-Strong Buy rating but cutting estimates.
SUMMARY
* The magnitude of Oracles shortfall increases the risks in particular for
  software companies that rely on large deals to make their numbers at the
  end of the quarter.  Apps vendors most vulnerable.
* Given recent Oracle management optimism, every software stock is now likely
  to be a show me story over the near-term with investors putting very little
  faith in management comments.  As a result, the higher PE multiple stocks
  are likely to continue to suffer, however, for long term investors, we
  believe this time period will ultimately prove to have been a buying
  opportunity.  Our best idea remains BEA Systems.
--------------------------------------------------------------------------
Oracle Announces Significant Revenue Shortfall
```

Yesterday, after the close, Oracle pre-announced a significant revenue shortfall which the company blamed on a weak economic environment. Oracle now projects that Q3 database license revenue showed little or potentially negative growth over the year ago quarter compared to our modeled growth rate of 15%. Applications revenue will also be weaker than expected, growing roughly 50% year-over-year vs. our estimate of 70%. This translates into total license revenue growth of approximately 6% vs. our previously expected rate of 22.3%. Oracles projection of 9% total top-line growth will fall significantly shy of our 16.4% Q3 estimate. Earnings per share will likely come in at around $0.10, 2 pennies below our $0.12 estimate. We noted a number of weeks ago that given the absolute size of its revenue stream and dependence on closing large, end of quarter transactions, Oracle was more at risk to economic weakness than most other software companies. Nevertheless, we never imagined that this would turn into such a problem so quickly. Additionally, management seemed to be quite upbeat at last weeks applications users conference.

**NDCA-ORCL 091384**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

Is This A Great Buying Opportunity For Oracle???

Given the recent big decline in Oracles shares, an earnings pre-announcement and the likely further downside in the stock tomorrow, we believe that the shares represent a buying opportunity for long-term oriented investors. Although it may take several quarters for Oracle to climb back to healthier top-line growth, eventually the economy will improve, and along with it, Oracles business should as well. We continue to believe that Oracle remains the dominant player in the database marketplace and that the company is gaining share in the applications space. Additionally, we believe that Oracle has operating margin improvement opportunities ahead of it as the company likely keeps a lid on its cost structure. As a result, we believe that the long-term fundamentals at Oracle remain in place. Nevertheless, we are lowering our revenue and earnings estimates to reflect what is now clearly a more difficult economic environment for Oracle. We are lowering our fourth quarter revenue estimate to $3.67 billion from $4.05 billion. Our new estimate includes Y/Y database growth of 3% (vs. our previous estimate of 21%) and applications growth of 30% (vs. our previous estimate of 60%). This translates into our revised fourth quarter EPS estimate of $0.17 vs. our previous estimate of $0.21. For fiscal year 2002, we are lowering our topline projection to $12.78 billion from $14 billion and our EPS estimate to $0.55 from $0.67. Accordingly, we are now modeled at 10% database growth for 2002 (down from 17.6%) and 40% applications growth (down from 45%).

What about Other Software Companies?

Clearly, the magnitude of Oracles miss combined with its commentary that CEOs, CIOs and CFOs decided, at a minimum, to delay deals given the current state of economic uncertainty, casts a pretty big shadow over the health of the entire software industry. Specifically, we believe that companies that sign very large deals, particularly at the end of quarters, are most at risk of facing very ugly surprises at the end of any given quarter. In general, applications companies tend to rely most heavily on such transactions. As a result, we would be most cautious on the enterprise applications software space as a whole. Historically, we have focused our coverage on companies that we believe are more immune to the big deal syndrome. Companies that have worked very hard to build backlog and stretch out deals include BEA Systems, Veritas Software, Micromuse, Mercury Interactive and Advent Software. The buildup of a substantial backlog of business combined with smaller deal sizes should make these companies much more immune to the challenges brought on by a slowing economy. Nevertheless, Oracles results suggest that the pace of projects being undertaken and completed is indeed slowing in corporate America. If this trend persists then ultimately it would impact the growth rates at some of these companies as well.

Where Is Investment Confidence In Management?

Oracles upbeat nature at the application users conference followed by a pre-announcement the following week, is likely to shake investors confidence in positive management comments at this stage of the game. Add in the obvious impact of Reg FD and we believe that almost every stock is likely to be a show me story for some time to come. Given this lack of confidence, the abundance of fear and the generally high multiples associated with the software segment we believe the near term sentiment of the entire software sector is likely to remain negative. Ultimately, we believe this period of time will prove to have been a great buying opportunity for long-term investors and for the

http://www.firstcall.com/links/56/56048584764988625719/52385160743999855871/42300... 2/27/2002

NDCA-ORCL 091385

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

highest quality names. Our single best idea remains BEA Systems. Oracle however, given the likely negative performance today, should now be a very defensive stock to hold.

Update on Mercury Interactive and Veritas Software

Over the last several days, shares of Mercury Interactive have been extremely weak. Our belief is that so far this quarter business continues to track. The company also has been increasingly focused on delivering recurring and subscription oriented revenue streams which should decrease the Mercurys sensitivity to end of quarter business slippage. We also believe that no major acquisition is likely any time soon. The feedback that we continue to get from our sources is that business continues on plan, although clearly it is still earlyin the quarter. Earlier this week we wrote an extensive note on Veritas Software. The company is scheduled to hold a mid-quarter update on Monday. As outlined in our note, we expect Veritas to indicate that business remains very much on track.

---

Company Description : Oracle is the leading vendor of relational database management software with secondary businesses in development tools and client/server applications.

David Lehmann (1.212.526.5996) - dlehmann@lehman.com

Bill Warren (1.212.526.5977) - wwarren@lehman.com

---

Disclosure Legend: A-Lehman Brothers Inc. managed or co-managed within the past three years a public offering of securities for this company. B-An employee of Lehman Brothers Inc. is a director of this company. C-Lehman Brothers Inc. makes a market in the securities of this company.
This document is for information purposes only. We do not represent that this information is complete or accurate and it should not be relied upon as such. All opinions are subject to change. The securities mentioned may not be eligible for sale in some states or countries. This document has been prepared by Lehman Brothers Inc., Members SIPC.
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

NDCA-ORCL 091386

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER