LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' REVISED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   January 9, 2009<br>Time:  9:00 a.m<br>Judge: Hon. Susan Illston |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FORTNEY DECLARATION IN SUPPORT OF DEFS' REVISED
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

I, David C. Fortney, declare as follows:

1.  I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I submit this declaration (the "Fortney Declaration") in support of the Defendants' Revised Motion for Summary Judgment.

3.  Attached hereto as Exhibit 394 is a true and correct copy of Oracle Corporation's January 22, 2001 Upside Report, which was produced in the instant litigation as NDCA-ORCL 440127-440143.

4.  Attached hereto as Exhibit 395 is a true and correct copy of an April 3, 2001 Morgan Stanley Analyst Report entitled "They Call it Stormy Monday, but Tuesday's Just as Bad."

5.  Attached hereto as Exhibit 396 is a true and correct copy of a January 11, 2001 press release from Ariba, Inc. entitled "Ariba First Internet B2B to Report Profit."

6.  Attached hereto as Exhibit 397 is a true and correct copy of a January 17, 2001 press release from i2 Technologies, Inc. entitled "i2 Technologies CFO Sees Revenue of $361M in Q1."

7.  Attached hereto as Exhibit 398 is a true and correct copy of a January 18, 2001 press release from Commerce One, Inc. entitled "Commerce One CEO: On Track for Profit in 2Q."

8.  Attached hereto as Exhibit 399 is a true and correct copy of a February 22, 2001 press release from BEA Systems, Inc. entitled "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results."

9.  Attached hereto as Exhibit 400 is a true and correct copy of the National Bureau of Economic Research's ("NBER") November 26, 2001 Report entitled "The Business Cycle Peak of March 2001."

10. Attached hereto as Exhibit 401 is a true and correct copy of selected pages from the transcript of the July 9, 2007 deposition of Plaintiffs' purported accounting expert, D. Paul Regan.

11. Attached hereto as Exhibit 402 is a true and correct copy of selected pages from the transcript of the December 20, 2007 hearing before the Honorable Martin J. Jenkins, in this case, *In re Oracle Securities Litigation*, N.D. Cal. Case No. C-01-0988-SI.

12. Attached hereto as Exhibit 403 is a true and correct copy of selected pages from the transcript of the April 7, 2006 deposition of Michael Rocha, who served as Oracle's Executive Vice President of Global Support Services and Platform Technologies during the relevant time period.

13. Attached hereto as Exhibit 404 is a true and correct copy of a screen shot of Oracle's database detailing Oracle's shipment of software to Hewlett Packard on November 30, 2000, which was produced in the instant litigation as NDCA-ORCL 3043129.

14. Attached hereto as Exhibit 405 is a true and correct copy of the January 5, 2001 Minutes of the Meeting of the Finance and Audit Committee of the Board of Directors of Oracle Corporation, which was produced in the instant litigation as NDCA-ORCLA 102704-102705.

15. Attached hereto as Exhibit 406 is a true and correct copy of a March 2, 2001 Banc of America Securities Analyst Report entitled "Oracle Pre-announces Weak Result Across the Board," which was produced in the instant litigation as BOA 02688-BOA 02703.

16. Attached hereto as Exhibit 407 is a true and correct copy of a March 2, 2001 Morgan Stanley Analyst Report entitled "Oracle: Downgrading from Strong Buy to Neutral," which was produced in the instant litigation as NDCA-ORCL 091347-091350.

17. Attached hereto as Exhibit 408 is a true and correct copy of an April 17, 2001 Morgan Stanley Analyst Report entitled "Software Stocks: So Long Backlog."

18. Attached hereto as Exhibit 409 is a true and correct copy of a March 2, 2001 Lehman Brothers Analyst Report entitled "Oracle Corp.: Oracle Shortfall makes Software

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FORTNEY DECLARATION IN SUPPORT OF DEFS' REVISED
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

1  Sector a Show Me Story," which was produced in the instant litigation as NDCA-ORCL 091384-091385.

19.  Attached hereto as Exhibit 410 is a true and correct copy of a March 2, 2001 Salomon Smith Barney Analyst Report entitled, "ORCL: Negative Preliminary Results Lowering Estimates and Rating," which was produced in the instant litigation as NDCA-ORCL 091361-091363.

20.  Attached hereto as Exhibit 411 is a true and correct copy of a March 5, 2001 Credit Suisse First Boston Analyst Report entitled "Oracle Warns that Q3 Results Will Lag Forecast," which was produced in the instant litigation as CSFB 00075-00077.

21.  Attached hereto as Exhibit 412 is a true and correct copy of a March 6, 2001 Robertson Stephens Analyst Report entitled "J.D. Edwards & Company Reports February Quarter Results at the High End of the Pre-Announced Range; Visibility Remains Limited Over the Next Several Quarters; Maintain Cautious Outlook on Stock."

22.  Attached hereto as Exhibit 413 is a true and correct copy of a March 5, 2001 press release from Cognos, Inc. entitled "Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001."

23.  Attached hereto as Exhibit 414 is a true and correct copy of an April 2, 2001 press release from i2 Technologies, Inc. entitled "i2 Announces Preliminary First Quarter Results."

24.  Attached hereto as Exhibit 415 is a true and correct copy of an April 5, 2001 press release from Hyperion Solutions, Inc. entitled "Hyperion Says Q3 Outlook Lower Than Street View."

25.  Attached hereto as Exhibit 416 is a true and correct copy of an April 3, 2001 press release from Ariba, Inc. entitled "Ariba Announces Preliminary Second Quarter Results."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

FORTNEY DECLARATION IN SUPPORT OF DEFS' REVISED
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

26. Attached hereto as Exhibit 417 is a true and correct copy of the April 3, 2001 Business Wire article entitled "Commerce One Announces Revised Financial Outlook For First Quarter 2001."

27. Attached hereto as Exhibit 418 is a true and correct copy of the Rebuttal Report of Bjorn I. Steinholt, dated June 22, 2007, and filed in the instant litigation.

28. Attached hereto as Exhibit 419 is a true and correct copy of excerpts from the transcript of the July 26, 2006 deposition of Edward 'Sandy' Sanderson, Jr., who served as Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division, during the relevant time period.

29. Attached hereto as Exhibit 420 is a true and correct copy of Jeffrey Henley's January 4, 2001 notes in preparation for Oracle Corporation's January 5, 2001 audit committee meeting, which was produced in the instant litigation as NDCA-ORCL 03418.

30. Attached hereto as Exhibit 421 is a true and correct copy of a February 9, 2001 Bloomberg article entitled, "Oracle Shares Fall on Concerns Earnings Outlook May Turn Grim," which was produced in the instant litigation as NDCA-ORCL 141679-141680.

31. Attached hereto as Exhibit 422 is a true and correct copy of excerpts from the transcript of the April 21, 2005 deposition of Jennifer Minton (Rule 30(b)(6) deposition of Oracle Corporation), who served as a Senior Vice President and Oracle's Controller during the relevant time period.

32. Attached hereto as Exhibit 423 is a true and correct copy of the Report of Bjorn I. Steinholt. dated May 25, 2007, and filed in the instant litigation.

33. Attached hereto as Exhibit 424 is a true and correct copy of excerpts from the transcript of the July 13, 2006 deposition of Lawrence Ellison, who was Oracle's Chief Executive Officer ("CEO") during the relevant time period, and continues to be Oracle's CEO today.

34. Attached hereto as Exhibit 425 is a true and correct copy of excerpts from the transcript of the July 20, 2006 deposition of Safra Catz, who served as Oracle's Executive Vice President of Global Business Practices during the relevant time period.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

FORTNEY DECLARATION IN SUPPORT OF DEFS' REVISED
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

35. Attached hereto as Exhibit 426 are true and correct copies of documents detailing Oracle Corporation's November 30, 2000 sale to Hewlett Packard, which were produced in the instant action as NDCA-ORCL 260105-260135.

36. Attached hereto as Exhibit 427 is a true and correct copy of the Briefing Package for the January 5, 2001 Finance and Audit Committee of Oracle Corporation.

37. Attached hereto as Exhibit 428 is a true and correct copy of Oracle Corporation's March 15, 2001, third quarter 2001 earnings release conference call, which was produced in the instant action as NDCA-ORCL 05619-050658.

38. Attached hereto as Exhibit 429 is a true and correct copy of excerpts from the transcript of the February 16, 2006 deposition of Michael DeCesare, who served as an Area Vice President during the relevant time period.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 20, 2008 in San Francisco, California.

_____
David C. Fortney

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

FORTNEY DECLARATION IN SUPPORT OF DEFS' REVISED
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI