# EXHIBIT 397

Article 64



**I2 Technologies CFO Sees Revenue Of $361M In 1Q**
By Marcelo Prince
Of DOW JONES NEWSWIRES
975 words
17 January 2001
17:26
Dow Jones News Service
English
(c) 2001 Dow Jones & Company, Inc.

NEW YORK -(Dow Jones)- As it predicted two weeks ago, i2 Technologies Inc. (ITWO) Wednesday posted fourth-quarter results that exceeded Wall Street's expectations and showed few signs of a slowdown in corporate technology spending.

"We haven't seen much of the talked-about economic slowdown," said Sanjiv Sidhu, i2's chairman and chief executive, on a teleconference. He added that even if the economy worsens, i2 should fare well because its software promises cost reductions to its users.

i2, which makes software that helps corporations manage their suppliers and partners, reported fourth-quarter sales rose 18% sequentially to $378 million. Software licenses rose 20% from the previous quarter to $244 million.

On Jan. 8, the Dallas company said it expected to beat analysts' consensus earnings and revenue estimates. It forecast fourth-quarter sales would top $370 million, compared with analyst expectations that ranged from $340 million to $356 million.

Its fourth-quarter pro-forma income, which excludes amortization, merger-related expenses, one-time charges, stock compensation and losses on investments, was 9 cents a share - a penny ahead of the 8-cent consensus estimate tallied by First Call/Thomson Financial. Including items, i2 had a net loss of $727 million, or $1.80 a share.

In a teleconference, Bill Beecher, chief financial officer, told listeners to expect first-quarter pro-forma earnings of 6 cents a diluted share on revenue of $361 million.

He said the projections were higher than analysts' estimates, but the current First Call estimate for the March quarter is a profit of 7 cents a share. Beecher attributed the sequential revenue decline to "normal seasonality" in i2's first quarter.

Beecher also predicted revenue for 2001 would be $1.64 billion, slightly above analysts' current estimates of roughly $1.61 billion. Beecher put 2001 pro-forma earnings at 37 cents a diluted share, compared with the current First Call consensus estimate of 34 cents.

I2 Technologies, whose stock split 2-for-1 twice in 2000 and soared more than 600% in the last two years, ended Wednesday's session at $53.25. In after-hours action, the share price recently slipped to $50.24 on the Island ECN.

The stock is nearly 55% below the split-adjusted high of $111.50 set last March, a few days before i2 announced one of the biggest software mergers in history. On March 13, i2 said it would buy Aspect Development Inc. in a stock swap initially worth $9.3 billion. The deal closed in June.

The fourth-quarter results leave the combined entity with fiscal 2000 revenue of $1.126 billion and pro-forma earnings of $108.4 million, or 26 cents. Including items, its net loss was $1.752 billion, or $4.83 a share.

-By Marcelo Prince, Dow Jones Newswires; 201-938-5244; marcelo.prince@dowjones.com

Of DOW JONES NEWSWIRES

   (This report was originally published late Wednesday.)

NEW YORK (Dow Jones)--As it predicted two weeks ago, i2 Technologies Inc. (ITWO) Wednesday posted fourth-quarter results that exceeded Wall Street's expectations and showed few signs of a slowdown in corporate technology spending.

"We haven't seen much of the talked-about economic slowdown," said Sanjiv Sidhu, i2's chairman and chief executive, on a teleconference. He added that even if the economy worsens, i2 should fare well because its software promises cost reductions to its users.

i2, which makes software that helps corporations manage their suppliers and partners, reported fourth-quarter sales rose 18% sequentially to $378 million. Software licenses rose 20% from the previous quarter to $244 million.

On Jan. 8, the Dallas company said it expected to beat analysts' consensus earnings and revenue estimates. It forecast fourth-quarter sales would top $370 million, compared with analyst expectations that ranged from $340 million to $356 million.

Its fourth-quarter pro-forma income, which excludes amortization, merger-related expenses, one-time charges, stock compensation and losses on investments, was 9 cents a share - a penny ahead of the 8-cent consensus estimate tallied by First Call/Thomson Financial. Including items, i2 had a net loss of $727 million, or $1.80 a share.

In a teleconference, Bill Beecher, chief financial officer, told listeners to expect first-quarter pro-forma earnings of 6 cents a diluted share on revenue of $361 million.

He said the projections were higher than analysts' estimates, but the current First Call estimate for the March quarter is a profit of 7 cents a share. Beecher attributed the sequential revenue decline to "normal seasonality" in i2's first quarter.

Beecher also predicted revenue for 2001 would be $1.64 billion, slightly above analysts' current estimates of roughly $1.61 billion. Beecher put 2001 pro-forma earnings at 37 cents a diluted share, compared with the current First Call consensus estimate of 34 cents.

I2 Technologies, whose stock split 2-for-1 twice in 2000 and soared more than 600% in the last two years, ended Wednesday's session at $53.25. In after-hours action, the share price recently slipped to $50.24 on the Island ECN.

The stock is nearly 55% below the split-adjusted high of $111.50 set last March, a few days before i2 announced one of the biggest software mergers in history. On March 13, i2 said it would buy Aspect Development Inc. in a stock swap initially worth $9.3 billion. The deal closed in June.

The fourth-quarter results leave the combined entity with fiscal 2000 revenue of $1.126 billion and pro-forma earnings of $108.4 million, or 26 cents. Including items, its net loss was $1.752 billion, or $4.83 a share.

-By Marcelo Prince, Dow Jones Newswires; 201-938-5244; marcelo.prince@dowjones.com

Document dj00000020010711dx1h023nw

More Like This

**Related Factiva Intelligent Indexing™**                                                               +

© 2007 Factiva, Inc. All rights reserved.
UI 23.14.0 - Monday, December 11, 2006 5:46:24 PM