# EXHIBIT 399



Subscribe   Sales   Download   Worldwide sites

Search

Solutions   Products   Services   Support   Developers   Partners   Our Customers   About BEA

**Press Releases**

Awards

White Papers

Media Resources

Events

Contact Information

Home / News & Events / **Press Releases**

## Press Release

### BEA Reports Record Fourth Quarter and Fiscal Year Financial Results

*BEA Fastest Software Company Ever to Reach $1 Billion Run-Rate; Sequential License Growth Rate Accelerated to 24 Percent*

SAN JOSE, Calif.—February 22, 2001 — BEA Systems, Inc., (Nasdaq: BEAS), one of the world's leading e-business infrastructure software companies, today announced its 21st straight quarter of record revenues. For the fourth quarter ended January 31, 2001, BEA reported revenues of $256.0 million, up 72 percent from $149.2 million for the same period in the prior year. BEA reported record fourth quarter license fees of $158.9 million, up 24 percent from $128.2 million in the third quarter of this fiscal year.

BEA had record pro forma operating income for the fourth quarter of $55.9 million, up 45 percent from $38.6 million for the third quarter of this fiscal year and up 150 percent from $22.3 million for the prior year fourth quarter. BEA had record pro forma net income for the fourth quarter of $43.8 million, up 40 percent from $31.3 million for the third quarter of this fiscal year and up 154 percent from $17.2 million for the prior year fourth quarter. BEA's record pro forma net income per share was $0.10 for the fourth quarter versus $0.07 per share in the third quarter of this fiscal year and $0.05 per share for the prior year fourth quarter. BEA had record cash flow from operations of $83.0 million, compared to $74.1 million for the third quarter of this fiscal year and $37.7 million for the prior year fourth quarter. Pro forma results exclude acquisition-related expenses, premium paid on early conversion of certain of BEA's 4% Convertible Subordinated Notes due 2005, employer payroll taxes on gains realized by employees from stock option exercises, and net gain on investments. The impact of pro forma adjustments is summarized on pages six and seven of this release. For full details on BEA's reported results, see the financial tables accompanying this release.

For the fiscal year ended January 31, 2001, BEA reported total revenues of $819.8 million, up 77 percent from $464.4 million reported for the fiscal year ended January 31, 2000. BEA had pro forma operating income of $133.4 million for fiscal 2001, up 160 percent from pro forma operating income of $51.4 million for fiscal 2000. BEA had pro forma net income per share of $0.25 for fiscal 2001, compared to pro forma net income per share of $0.11 for fiscal 2000. Pro forma results exclude acquisition-related expenses, premium paid on early conversion of certain of BEA's 4% Convertible Subordinated Notes due 2005, employer payroll taxes on gains realized by employees from stock option exercises, and net gain on investments. The impact of pro forma adjustments is summarized on pages six and seven of this release. For full details on BEA's reported results, see the financial tables accompanying this release.

"We couldn't be more pleased with the business and financial results we

SEND TO A FRIEND
COMMENT ON A PAGE
PRINTER FRIENDLY



achieved this quarter and in fiscal 2001," stated Bill Coleman, BEA founder, chairman and CEO. "We became the fastest software company ever to reach a billion dollar run rate. Our license growth rate, both sequential and year over year, accelerated again this quarter. We exceeded the goal we set two years ago of 20 percent pro forma operating margin for Q4. For the fiscal year, we added five percentage points to our pro forma operating margin, significantly better than the expectation going into the year of adding two or three points. This increase resulted in a record $225 million positive cash flow from operations for the year. We experienced the operating leverage that software companies can achieve as revenue grows, while continuing to invest aggressively in our sales capacity to capture the tremendous market opportunity available to us. In fact, due to the economic climate that others are experiencing, we were able to hire a record number of sales representatives and research and development staff last quarter, thus improving our potential for growth this year."

"The indirect sales channels are also generating license revenue and demand for our products. The systems integrator and packaged application developer channels are ramping faster than we expected. To date, we have exceeded every goal for hiring staff, for signing partners, for training consultants and for generating leveraged revenue. As we expected, the development of these indirect channels drove this quarter's license revenue to grow faster than services revenue, a key goal of the channel program. For the first time this fiscal year, license revenue exceeded 60 percent of total revenue," Coleman added.

Coleman concluded, "Companies continued to build their e-businesses, resulting in increased revenue and pipeline, and improving our confidence in our ability to meet our goals for the first half of fiscal 2002, even in this challenging economic and IT spending environment. With the new or enhanced products we introduced this quarter, we already provide most of the so-called 'Web Services' some of our competitors are now beginning to talk about providing in the future. We remain very excited about the potential for future revenue growth and continuing improvement of our operating model as companies future-proof their businesses by building flexible, reliable Web-based systems."

In Q4, BEA closed a record 3,057 deals, up 18 percent from the previous quarter, demonstrating the aggressive adoption of the BEA E-Business Platform by customers leveraging the Internet to improve their business fundamentals. Key deals for the quarter included 3Com, American Airlines, Bank of New York, Bertelsmann Media Systems, BP Amoco, CCC Information Systems, Chase Manhattan Bank, Cox Interactive Media, Cable & Wireless Optus, Deutsche Post, DHL, FedEx, General Electric, Hewlett Packard, Korea Medical Supplies Center, Lehman Bros., Lockheed Martin, Merrill Lynch, New Health Exchange, NTT DoCoMo, Salomon Smith Barney, STMicroelectronics, TeleDenmark, and Verizon. New or expanded relationships were also entered into with hardware, systems integrator, ASP and ISV vendors such as Amdocs, Ariba, Atos, CSC, Documentum, LoudCloud, Manugistics, PricewaterhouseCoopers, Sema, and Vignette.

FINANCIAL TABLES FOLLOW

*About BEA*

BEA Systems, Inc. (Nasdaq: BEAS) is one of the world's leading e-business infrastructure software companies, with more than 9,400 customers around

Case 3:01-cv-00988-SI   Document 1525-6   Filed 10/20/08   Page 4 of 5

the world, including the majority of the Fortune Global 500. BEA and its WebLogic brand are among the most trusted names in e-business. Businesses built on the award-winning BEA WebLogic E-Business Platform™ are reliable, highly scalable, and poised to bring new services to market quickly. BEA's e-business platform is the de facto standard for more than 1,500 systems integrators, independent software vendors (ISVs) and application service providers (ASPs) to provide complete solutions that fast-track and future-proof e-businesses for high growth and profitability. Headquartered in San Jose, Calif., BEA has 93 offices in 30 countries and is on the Web at www.bea.com.www.bea.com.

Investors will have the opportunity to listen to BEA's earnings release conference call over the Internet through Street Events, Inc., at http://www.streetevents.com or on the investor information page of BEA's Web site at http://www.bea.com/investors/. The call will be available live on both the Street Events and BEA Web sites beginning today at 2 p.m. PST, and a replay will be available immediately following completion of the live call and for up to 30 days thereafter. In addition, investors will have the opportunity to access a telephone replay of the call through March 8, 2001 by dialing (703) 925-2435, access code 4983461.

*Contact Information*

**Investor Relations Contacts:**
Kevin Faulkner, Vice President, Investor Relations
BEA SYSTEMS, INC.
+1-408-570-8293
Daniel Ibarra, Director,Investor Relations
BEA SYSTEMS, INC.
+1-408-570-8606

**At Financial Relations Board:**
Lisa Horn Chainey (general info)
Allison Parker (investors)
+1-415-986-1591
Joyce Hanson (media)
+1-859-272-7322

*Forward Looking Statement*

Some of the statements in this press release are forward-looking, including statements regarding future growth in revenue and operating leverage, improvement in BEA's operating model, size of the market opportunity, and performance of BEA's indirect channel. BEA's actual results could differ materially from those expressed in any forward-looking statements. Risks and uncertainties BEA faces that could cause results to differ materially include risks associated with: quarterly fluctuation in customer spending due to economic and other factors, dependence on growth of the markets for BEA's products, dependence on acceptance of BEA's products by channel partners, dependence on success of BEA's channel partners, market acceptance of BEA's products, integration of past and future acquisitions, length of BEA's sales cycle, competition, dependence on hiring key personnel, rapid technological change, dependence on new product introductions and enhancements, potential software defects, and significant leverage and debt service requirements. Readers should also refer to the section entitled "Factors That May Impact Future Operating Results" on pages 18 through 26 of BEA's Report on Form 10-Q for the quarter ended

Case 3:01-cv-00988-SI   Document 1525-6   Filed 10/20/08   Page 5 of 5

October 31, 2000 and similar disclosures in subsequent BEA periodic SEC reports. The forward-looking statements and risks stated in this press release are based on information available to BEA today. BEA assumes no obligation to update them.

NOTE: BEA and WebLogic are registered trademarks of BEA Systems, Inc. BEA WebLogic E-Business Platform is a trademark of BEA Systems, Inc. All other company and product names may be trademarks of the company with which they are associated.

News & Events | Feedback | Legal | Privacy| Site Map        Copyright 2006 © BEA Systems, Inc. All rights reserved.

Web Application Server | ESB | Service Oriented Architecture | Portal Software | JVM | RFID Technology | Custom Software Development | Java Application Development | Process Automation | Systems Integration | Eclipse Software