# EXHIBIT 404



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   NDCA-ORCL3043129