# EXHIBIT 405

**Minutes of the Meeting
of the Finance and Audit Committee
of the Board of Directors
of Oracle Corporation
January 5, 2001**

A meeting of the Finance and Audit Committee (the "Committee") of Oracle Corporation was held on January 5, 2001, at the Company's World Headquarters, 500 Oracle Parkway, Redwood City, California.

1.    **ATTENDANCE AND QUORUM**

The following members of the Committee were present, constituting a quorum: Donald Lucas (Chairman of the Committee), Jeff Berg, and Michael Boskin. Also present were: Safra Catz, Executive Vice President; Daniel Cooperman, Senior Vice President, General Counsel & Secretary; Jeffrey Henley, Executive Vice President and Chief Financial Officer; Bruce Lange, Vice President and Treasurer; Deborah Lange, Vice President, Taxation; Annica Magnusson, Vice President and Director of Internal Audit; and Jennifer Minton, Senior Vice President and Corporate Controller.

2.    **APPROVAL OF MINUTES**

The Committee approved the minutes of the meeting held on October 13, 2000.

3.    **FINANCIAL RESULTS**

Jeff Henley and Bruce Lange made presentations to the Committee relating to results of operations and cash flows for the quarter and year ending November 30, 2000. Jeff Henley also commented on his outlook for the third quarter.

Bruce Lange updated the Committee on the information of the Liberate Trust, the existence of which will facilitate the holding and disposition of Oracle's holdings of Liberate shares.

4.    **INCOME TAXES**

Deb Lange made a presentation to the Committee relating to income taxes.

5.    **ARTHUR ANDERSEN LLP**

Gary Matuszak, Angelika Caicedo, and Guy Johnson from Arthur Andersen LLP joined the meeting and presented information about the results of their audit of the Company's financial statements for the quarter ending November 30, 2000. Gary Matuszak also presented on the SEC:s final ruling on auditor independence.

The Committee discussed Arthur Andersen's fees for non audit services for FY00.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 102704**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

Minutes of the Meeting
of the Finance and Audit Committee
of the Board of Directors
of Oracle Corporation
January 5, 2001

6.      CORPORATE GIVING

Rosalie Gann presented on how Oracle allocates its charitable contributions and how Oracle is performing
compared to other high tech companies.  The Audit Committee asked Rosalie Gann to compile information
indicating how much cash Oracle donates to charity annually, this number should also include money
donated to purchase hardware.  In addition, Rosalie will estimate how much Oracle donates in free software
by using the license list price and apply a reasonable discount to arrive at a net number.

7.      VENTURE FUND INVESTMENTS

Safra Catz presented on Oracle's investments in Venture Funds and discussed the valuation of these assets.

8.      OTHER TOPICS

The Committee discussed recent internal audits and the progress towards completion of the FY01 audit
schedule.

9.      EXECUTIVE SESSION

Annica Magnusson left the room while the Committee held an Executive Session.

_____
Annica Magnusson
Secretary of the Committee

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 102705

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER