# EXHIBIT 407

```
08:19am EST  2-Mar-01 Morgan Stanley/DW (Phillips, Charles E. 1-212-761 445) CA
ORACLE: DOWNGRADING FROM STRONG BUY TO NEUTRAL P1
```

North America: United States of America
Technology: Enterprise Software

March 02, 2001
Change in Recommendation
Oracle
(NASDAQ: ORCL, Bloomberg: ORCL US)
Downgrading from Strong Buy to Neutral

---

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

---

-ECONOMIC UNCERTAINTY
We are downgrading our rating on Oracle from Strong Buy to Neutral based on
the overall economic uncertainty in the market, which has now surfaced in
software customer buying behavior.

-MISSED EARNINGS
Oracle preannounced earnings per share of $0.10, which compares to our
estimate of $0.12 per share for the quarter. Our estimate was in-line with
the Street.

-CRACKING PIPELINE
The cracks in Oracle's pipeline did not appear until the final days of the
quarter. Events like these highlight the risks of low visibility and the
last minute nature of software sales.

-SHIFTING TO NEUTRAL
We are downgrading the remaining Outperform rated companies in our coverage
universe to a Neutral rating.

---

NEUTRAL

Price (February 28, 2001):            $19
Price Target:                         $NA
52-Week Range:            $46.47 - 18.81

WHAT'S CHANGED
Rating:                Strong Buy to Neutral
Change of Target Price:      $62.50 to NA
Earnings (2001):         $0.44 (from $0.51)
Earnings (2002):         $0.50 (from $0.60)

---

Price: Abs. and Rel. To Market & Industry

The PDF versions of the complete document including these graphics or tables
are available to Morgan Stanley Dean Witter clients through Research Link at
www.msdw.com, contact your sales representative for access information.

Company Description

Oracle is the world's leading supplier of software for information
management, and the second-largest software company. Oracle's products

include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 31:       | 2000A    | 2001E | 2002E | 2003E |       |
|-------------------------|----------|-------|-------|-------|-------|
| EPS ($)                 | 0.33     | 0.44  | 0.50  | --    |       |
| Prior EPS Ests. ($)     | --       | 0.51  | 0.60  | --    |       |
|                         |          |       |       |       |       |
| P/E                     | 57.6     | 43.2  | 38.0  | --    |       |
|                         |          |       |       |       |       |
| Market Cap ($ m)        | 111,625  |       |       |       |       |
| L-T EPS Grth (E) (%)    | 20.0     |       |       |       |       |
| Shares Outstanding (m)  | 5,875.0  |       |       |       |       |
|                         |          |       |       |       |       |
| Q'trly                  | 2000A    | 2001E |       | 2002E |       |
| EPS                     | actual   | curr  | prior | curr  | prior |
| Q1                      | 0.04     | 0.08A | --    | 0.07  | 0.09  |
| Q2                      | 0.06     | 0.11A | --    | 0.12  | 0.13  |
| Q3                      | 0.08     | 0.10E | 0.12E | 0.11  | 0.14  |
| Q4                      | 0.15     | 0.15E | 0.20E | 0.20  | 0.24  |

E = Morgan Stanley Dean Witter Research Estimate

Downgrading from Strong Buy to Neutral

Summary and Investment Conclusion

We are downgrading our rating on Oracle from Strong Buy to Neutral based on the overall economic uncertainty in the market, which has now surfaced in software customers' buying behavior. As a result, we have also shifted the ratings on each of the stocks we maintain coverage on to a Neutral rating. In addition to downgrading Oracle from Strong Buy to Neutral, we have downgraded our ratings on the following fourteen companies from Outperform to Neutral: BEA Systems (US$38 59/64), Click Commerce (US$18 3/8), Computer Associates (US$31.4), E.piphany (US$16 11/16), i2 Technologies (US$27 9/16), Informatica (US$25 13/16), PurchasePro (US$12 1/8), Siebel (US$44 5/8), SeeBeyond (US$15 5/16), TeleTech (US$14 21/32), TIBCO (US$11 7/16), Veritas (US$70 11/16), Vignette (US$6 3/8), and webMethods (US$46 11/16). The remaining rated stocks in our universe all maintain Neutral ratings.

We all know the quarters are backend loaded for enterprise software companies, and, as a result, most of these companies make money about eight days a year. Prior to the last few days it's all pipeline and customer activity to assess the probability of a quarter closing. Having said that, this was an Oracle quarter that tracked fine during the first two months with more deals than normal closing in the first two months (although still a small percentage of the goal). The number of pending deals as percentage of the goal for the quarter was higher than normal as well. But close rates fell through the floor in the last few days.

Oracle had projects that had been budgeted for, approved by the project team, approved at the VP level, and run up for final signature. In some cases the customer was already using the product and simply needed to sign a contract to cover their current, actual usage. But once these deals reached the CFO and CEO level for one more approval, the executives at this level wanted more time or simply could not feel confident writing multimillion dollar checks in this environment for much of anything. The budgets are still there. The demand for the product is there and is already in use in some cases. The pressures to serve business units and re-engineer business processes still exists. Many of the purchases will likely still occur.

NDCA-ORCL 091348

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

This is worse than past downturns in the suddenness and severity. However we don't necessarily buy the argument this downturn will be short in duration. A shock to the system of this magnitude is only repaired by time. All software purchases are discretionary and managements will only regain confidence to buy technology products when they see stabalization and an upturn in their own business prospects. Experience says recoveries take longer than we think, although the rewards on the other end can be substantial.

But it's useful to keep the quarter in perspective. It's a miss but not a financial disaster:

- Oracle made $900 million in operating profits in the quarter. This is a real business.

- Revenue of $2.67 billion was 5% below our $2.75 billion estimate -- not 25% below like some other pre-announcements.

- The company booked $1.1 billion in license revenue instead of our $1.2 billion estimate -- so most deals closed.

- Applications were up 50% in the quarter. Database was flat to slightly down in the quarter versus a tough compare. Total licenses increased 6%.

Oracle was one of the last generals left standing on a brittle technology battlefield, and in the end couldn't avoid the bullets and hand grenades that were showering down from above. It has become clear that in an environment like this one, there are no bulletproof vests. Other software companies have to be concerned and will likely see something in March. Oracle has a strong product line, is well established with customers references and couldn't get quite enough deals dones. Most other software companies are in far weaker positions from a product and positioning perspective.

Cracking Pipeline

At its applications conference, Oracle delivered an upbeat message, which was based on a robust pipeline on the second to last Tuesday before the quarter closed. It was only three days later, after analysts and investors headed back to their New York City offices, when the company started to see cracks emerging in the pipeline and began having nightmares of empty fax machines. The cracks in Oracle's pipeline did not appear until the final days of the quarter.

The process of closing deals isn't over until the CEO or CFO signs off on the check. A number of Oracle's deals were primed and ready to go; however, the CIOs and VPs of IT who were instilling confidence in Oracle's sales reps after working through all of the contract terms and agreements didn't expect belt tightening and delays from their superiors. Management highlighted that many of these deals include software which is currently being used and therefore it is highly doubtful that these deals will be lost. Some of the deals resulted in much smaller purchases which only included products needed for the next three months. The majority of deals remain in the pipeline and were not lost to competitors.

Management pointed out that the larger deals, relative to the size of the buying organization, were most difficult to close. In terms of product priority, neither database nor application deals experienced more of an issue with close rates. From an industry perspective, Telecom was weak and dot com revenue was nonexistent this quarter.

http://www.firstcall.com/links/48/48978848351384446807/28303249978933125616/42302... 2/27/2002

NDCA-ORCL 091349

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Preannounced Results

Oracle preannounced its earnings results as the following:

- Oracle preannounced earnings per share of $0.10, which compares to our estimate of $0.12 per share for the quarter. Our estimate was in-line with the Street.

- The company provided estimated results for total revenue, license revenue and its components. The preannounced year over year growth rates were approximately 9% for total revenue, 6% for license revenue, 50% for applications and flat to slightly negative for database. The slowdown in database was across the board between applications related sales and independent sales.

               (PLEASE SEE PART 2)

]

EON

NDCA-ORCL 091350

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
08:19am EST  2-Mar-01 Morgan Stanley/DW (Phillips, Charles E. 1-212-761 445) CA
ORACLE: DOWNGRADING FROM STRONG BUY TO NEUTRAL P2
```

- Currency had a 4% negative impact on revenue in the quarter. On a geographic basis, management pointed out that the weakness was focused on US customers. Performance in both Asia and Europe were on track this quarter. At the end of FY2000, international revenue contributed 42% to total revenue.

- Operating margins did improve year over year and are expected to come in at 33%, up from 31% in the same period one year ago. Our estimate for operating margins was 36% this quarter.

- The outlook discussion was limited but we expect management to lower revenue guidance when they deliver the company's final results. Operating margin improvements should help sustain earnings growth; however, earnings will grow at a lower rate than previously expected. Improvements in operating margins should result from internal software implementations and headcount reductions from natural attrition. Management still believes that application revenue will grow by 50% year over year.

Outlook

We have lowered our earning and revenue forecasts. In 2001 we lowered revenue to $10.9 billion from $11.6 billion and in 2001 we lowered revenue to $12.0 billion from $13.5 billion. EPS in 2001 was lowered to $0.44 per share from $0.51 per share and in 2002 was lowered to $0.50 per share from $0.60 per share.

In addition to these changes, we have systematically lowered the ratings on all of the remaining Outperform rated software companies to a Neutral rating. Oracle's missed results is a clear indicator that software purchases will be dampened by the US economy and we have lowered our expectations for our coverage universe accordingly.

Exhibit 1

Downgrades --- Revenue Estimate Changes 2001 ($MM)

|  | 2001 old | 2001 new | % Change |
|---|---|---|---|
| Click Commerce | 85 | 73 | -14% |
| E.piphany | 267 | 227 | -15% |
| i2 Technologies | 1664 | 1414 | -15% |
| Informatica | 238 | 207 | -13% |
| PurchasePro | 202 | 180 | -11% |
| Siebel | 2869 | 2496 | -13% |
| TeleTech | 1160 | 1009 | -13% |
| Veritas | 1770 | 1505 | -15% |
| Vignette | 495 | 446 | -10% |

Source: Morgan Stanley Dean Witter Research Estimates

Exhibit 2

Downgrades --- Revenue Estimate Changes 2002 ($MM)

|  | 2002 old | 2002 new | % Change |
|---|---|---|---|
| Click Commerce | 143 | 123 | -14% |
| E.piphany | 418 | 356 | -15% |
| i2 Technologies | 2330 | 1981 | -15% |
| Informatica | 313 | 272 | -13% |
| PurchasePro | 287 | 255 | -11% |

NDCA-ORCL 091344

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
Siebel      4136    3598    -13%
TeleTech    1525    1327    -13%
Veritas     2375    2019    -15%
Vignette     624     561    -10%
```

Source: Morgan Stanley Dean Witter Research Estimates

Our revenue estimates for BEA Systems, Computer Associates, SeeBeyond, TIBCO, and webMethods are currently under review.

Final Results

Oracle's final results and detailed fourth quarter guidance will be provided on March 15, 2001.

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of Click Commerce, E.piphany, i2 Technologies, Informatica, Veritas Software, Vignette and webMethods.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle, BEA Systems, Click Commerce, Informatica, PurchasePro, Siebel Systems, SeeBeyond, TeleTech, Veritas Software, Vignette, webMethods and TIBCO Software.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

NDCA-ORCL 091345

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

Additional information on recommended securities is available on request.

(c) Copyright 2001 Morgan Stanley Dean Witter & Co.

First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091346

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER