# EXHIBIT 411

<900



CREDIT SUISSE FIRST BOSTON CORP.

High Grade Credit Research — Americas

New York: March 5, 2001

# High Grade Trading Daily

### Technology

Mark R. Altherr, CFA
(212) 538-4082
mark.altherr@csfb.com

Nicolle P. Haneman
(212) 538-5077
nicolle.haneman@csfb.com

**Oracle Warns that Q3 Results will Lag Forecasts**

**Oracle Corporation [ORCL] (A3/A-) (Outlook: Stable/Stable) (Recommendation: Hold)**

Oracle Corporation announced yesterday that revenue and earnings for the third quarter, ending February 28th, would miss estimates. Earnings per share are expected to be 10 cents, versus consensus EPS of 12 cents. The company said in a conference call following the release that they still thought they would meet estimates up through Friday. The cause of the shortfall was last minute deferrals in its Americas business (accounts for 57% of revenues.) The company stressed that they were ahead of plan coming out of January, but that deals needing approval from top-level management were pushed out until more visibility is available into the economic slowdown.

The company did not release many details about FY Q3 results, but did say that they expected operating income of about $900 million (the Street expected $1 billion.) We do not view this shortfall as an operational problem at Oracle, but rather as a result of a slowing economy. Applications growth was 50%, database revenue growth was flat to slightly down, license revenue grew 6% and total revenue grew 9%. We continue to believe that, relatively speaking, Oracle is well positioned and continues to introduce new products that are well received by its customers. Oracle has been successfully removing costs from the business for the last two years and will continue to do so.

**Opinion:**

Although bad news for Oracle, we believe the announcement is a problem relating to the economy and not one inherent to the company. At the end of the last quarter, Oracle had only $303 million in debt outstanding and had $4.3 billion in cash and equivalents. Oracle has strong cash flows and a high level of financial flexibility. We expect that the weak economic conditions will continue to pressure revenue and earnings. The software segment is the last of the Technology sectors to warn of lowered expectations and Oracle will not be alone. It is interesting that it appears delays in spending are occurring at top corporate levels at this point and are not yet institutionalized. It may also be a way for Oracle's customers to save earnings in what will turn out to be a weak quarter. While Computer Associates (Hold) has a different revenue model which is not skewed to the end of the quarter, we would expect that company will not be immune from the slowing and that its results will also come in below expectations. Oracle has been very fully valued in the fixed income market. We would prefer Computer Associates among software companies.

CSFB 000075

# CREDIT SUISSE | FIRST BOSTON

| | | |
|---|---|---|
| AMSTERDAM.......... 31 20 5754 890 | LONDON................44 20 7888 8888 | SEOUL..................... 82 2 3707 3700 |
| ATLANTA................ 1 404 656 9500 | MADRID..................34 91 423 16 00 | SHANGHAI............ 86 21 6881 8418 |
| AUCKLAND............... 64 9 302 5500 | MELBOURNE..........61 3 9280 1666 | SINGAPORE................ 65 212 2000 |
| BALTIMORE............ 1 410 223 3000 | MEXICO CITY...........52 5 283 89 00 | SYDNEY.................. 61 2 8205 4400 |
| BEIJING.................. 86 10 6410 6611 | MILAN..........................39 02 7702 1 | TAIPEI..................... 886 2 2715 6388 |
| BOSTON.................. 1 617 556 5500 | MOSCOW................7 501 967 8200 | THAILAND................ 66 2 614 6000 |
| BUDAPEST............... 36 1 202 2188 | MUMBAI...................91 22 230 6333 | TOKYO..................... 81 3 5404 9000 |
| BUENOS AIRES.... 54 11 4131 2700 | NEW YORK..............1 212 325 2000 | TORONTO................ 1 416 352 4500 |
| CAIRO........................ 202 567 7600 | PALO ALTO.............1 650 614 5000 | VIENNA...................... 43 1 512 3023 |
| CHICAGO................ 1 312 750 3000 | PARIS......................33 1 40 76 8888 | WARSAW................ 48 22 695 0050 |
| FRANKFURT.............. 49 69 75 38 0 | PASADENA..............1 626 395 5100 | WASHINGTON DC.. 1 202 354 2600 |
| GENEVA.................. 41 22 394 70 00 | PHILADELPHIA.......1 215 851 1000 | WELLINGTON........... 64 4 474 4400 |
| HOUSTON............... 1 713 220 6700 | PRAGUE................420 2 210 83111 | ZUG......................... 41 41 727 97 00 |
| HONG KONG........... 852 2101 6000 | SAN FRANCISCO....1 415 836 7600 | ZURICH...................... 41 1 333 55 55 |
| JOHANNESBURG . 27 11 884 67 41 | SÃO PAULO..........55 11 3841 6000 | |

Copyright Credit Suisse First Boston, and its subsidiaries and affiliates, 2001. All rights reserved.

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse First Boston or its subsidiaries or affiliates (collectively "CSFB") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CSFB. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, or distributed to any other party, without the prior express written permission of CSFB.. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CSFB.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CSFB has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor.

Information and opinions presented in this report have been obtained or derived from sources believed by CSFB to be reliable, but CSFB makes no representation as to their accuracy or completeness and CSFB accepts no liability for loss arising from the use of the material presented in this report unless such liability arises under specific statutes or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. CSFB may have issued other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them.

CSFB may, to the extent permitted by law, participate or invest in financing transactions with the issuer(s) of the securities referred to in this report, perform services for or solicit business from such issuers, and/or have a position or effect transactions in the securities or options thereon. In addition, it may make markets in the securities mentioned in the material presented in this report. CSFB may, to the extent permitted by law, act upon or use the information or opinions presented herein, or the research or analysis on which they are based, before the material is published. CSFB may have, within the last three years, served as manager or co-manager of a public offering of securities for, or currently may make a primary market in issues of, any or all of the companies mentioned in this report. Additional information is available on request.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information opinions and estimates contained in this report reflect a judgement at its original date of publication by CSFB and are subject to change. The value and income of any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct its own investigation and analysis of the product and consult with its own professional advisers as to the risks involved in making such a purchase.

This report is issued in Europe by Credit Suisse First Boston (Europe) Limited, which is regulated in the United Kingdom by The Securities and Futures Authority ("SFA"). It is not for distribution to private customers as defined by the rules of The SFA. This report is being distributed in Europe by Credit Suisse First Boston (Europe) Limited, in the United States by Credit Suisse First Boston Corporation; in Canada by Credit Suisse First Boston Securities Canada, Inc.; in Japan by Credit Suisse First Boston Securities (Japan) Limited; elsewhere in Asia by Credit Suisse First Boston (Hong Kong) Limited;. Credit Suisse First Boston Australia Equities Limited; Credit Suisse First Boston NZ Securities Limited, Credit Suisse First Boston Singapore Branch and elsewhere in the world by an authorised affiliate.

In jurisdictions where CSFB is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CSFB entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse First Boston Corporation in the U.S.

CSFB 000076



# CSFB High Grade Credit Research Team
## William Battey — Managing Director/Global Group Head — +1 212 325 5591

## AMERICAS

### Global Credit Strategy

**Global Head**
| | | |
|---|---|---|
| David Goldman | Corporate Bond/Generalist | +1 212 325 1791 |
| J. Curtis Shambaugh | Generalist | +1 212 325 2434 |
| Deepak Agnani | Index | +1 212 325 1559 |
| Elizabeth Bram | Analyst | +1 212 325 2314 |
| Michael Cloherty | Short-Term Strategist | +1 212 325 4069 |
| Way King | Index | +1 212 325 6843 |
| Jeffrey Rosenberg | Corporate Bond | +1 212 325 7309 |
| Baldwin Smith | Index | +1 212 325 5524 |
| Jonathan Song | CBO Modeling | +1 212 325 1768 |
| Hin-Tso Tai | Index | +1 212 325 1465 |
| Priya Anthunadan | Desktop Publisher | +1 212 325 4870 |

### Sectoral Relative Value

**U.S. Head**
| | | |
|---|---|---|
| Tony Smith | U.S. Banks/H.Y. Finance | +1 212 538-3711 |
| Mark Altherr | Tech./Gaming/Lodging/Cruise Lines | +1 212 538 4082 |
| Andrew Brooks | Project Finance | +1 212 325 3014 |
| Matthew Duda | Energy | +1 212 325 9780 |
| Filippe Goossens | Consumer Products/Retail | +1 212 325 9876 |
| Van Hesser | Finance Companies/Global Banks | +1 212 325 2632 |
| Terran Miller | Utilities/Pipelines | +1 212 538 3181 |
| Kevin Morley | Manufacturing/Insurance | +1 212 325 2435 |
| Thierry Perrein | REITs/Insurance | +1 212 538-6616 |
| Robert Schiffman | Telecom/Media & Entertainment | +1 212 538 3972 |
| Paula White-Lavitt | Utilities/Pipelines | +1 212 325 4853 |
| Lora Branz | Analyst | +1 212 325 4893 |
| Cort Corbin | Analyst | +1 212 538 4453 |
| Danielle Faris | Analyst | +1 212 325 9372 |
| Nicolle Haneman | Analyst | +1 212 538 5077 |
| Rene Ledis | Analyst | +1 212 325 7018 |
| Justin Kim | Analyst | +1 212 538 2675 |
| Soo Koon Lee | Analyst | +1 212 325 3378 |
| Brian Orr | Analyst | +1 212 538 6631 |
| Gerald Rook | Analyst | +1 212 325 4851 |
| Jill Sakol | Analyst | +1 212 538 8792 |
| Nicole Wilcox | Analyst | +1 212 538 8396 |
| Justin Ziegler | Analyst | +1 212 325 1284 |
| Helen Amodeo | Desktop Publisher | +1 212 325 4891 |

### Asset Backed Securities

**U.S. Head**
| | |
|---|---|
| Neil McPherson | +1 212 325 1148 |
| Samir Bhatt | +1 212 325 3663 |
| Rod Dubitsky | +1 212 325 4740 |
| Christina Lai | +1 212 325 9961 |
| Kumar Neelakantan | +1 212 325 4879 |

### Mortgage Backed Securities — Residential

**U.S. Head**
| | | |
|---|---|---|
| David Montano | Mortgages | +1 212 325 9899 |
| Rajan Dabholkar | Derivatives | +1 212 325 4734 |
| David Rios | Analytics | +1 212 325 6605 |

### Mortgage Backed Securities — Commercial

**U.S. Head**
| | |
|---|---|
| Gail Lee | +1 212 325 1214 |
| Patty Crowell | +1 212 325 4881 |
| Ken Elder | +1 212 325 1203 |
| Jim Rhodes | +1 212 325 6161 |
| David Kung | +1 212 325 2000 |

### Collateralized Bond Obligations

**U.S. Head**
| | |
|---|---|
| Gail Lee | +1 212 325 1214 |
| Helen Remeza | +1 212 325 3935 |
| Eric Zhai | 1 212 325 4043 |

## EUROPE

### Global Credit Strategy

**European Head**
| | | |
|---|---|---|
| Evan Kalimtgis | Strategy | +44 207 888 7532 |
| Richard Cookson | Strategy | +44 207 883 6832 |
| Recai Günesdogdu | Strategy | +44 207 883 7978 |
| Derek Hynes | Strategy | +44 207 888 8107 |
| Has Tank | Index | +44 207 883 5822 |

### London

#### Sectoral Relative Value

**European Head**
| | | |
|---|---|---|
| Said Saffari | Gen'l. Industrials/Banks | +44 207 888 3173 |
| Andrei Gorodilov | Telecommunications | +44 207 888 2939 |
| Patrick Hughes | Energy/Utilities | +44 207 888 3161 |
| Louise Pitt | Banks/Insurance | +44 207 883 6060 |
| Heidi Wettenhall | Consumer Products/Retail/Media | +44 207 888 3922 |
| Kay C. Hope | Emerging Markets | +44 207 883 7178 |
| Orlando Finzi | Analyst | +44 207 888 8576 |
| Helen Frebell | Analyst | +44 207 888 3173 |
| Thierry Guermann | Analyst | +44 207 888 1229 |
| Zaki Kada | Analyst | +44 207 883 5821 |
| Clark McPherson | Analyst | +44 207 883 8571 |
| Guido Versondert | Analyst | +44 207 888 6687 |

#### Securitization

**European Head**
| | |
|---|---|
| Eve Flotron | +44 207 883 6703 |
| James Crispin | +44 207 888 6029 |

### Zurich

| | | |
|---|---|---|
| Peter Jeggli | Swiss Franc/General Industrial | +41 1 333 6620 |

## PACIFIC

### Global Credit Strategy

| | |
|---|---|
| Neale Vincent | +813 5404 9096 |
| Yasuhiro Yoshie | +813 5404 9143 |

### Sectoral Relative Value

**Japan Head**
| | | |
|---|---|---|
| Yoshio Shima | All Sectors | +813 5404 9729 |
| Akihito Murata | Corporate Bond | +813 5404 9102 |
| Reiko Hosono | | +813 5404 9728 |
| Yukio Egawa | | +813 5404 9728 |
| Maiko Tamura | | +813 5404 9728 |

### Singapore

**North Japan Head**
| | |
|---|---|
| Abdul Hussain | +65 212 3761 |
| Kevin Aepli | +65 212 3765 |
| Lelyana Kurniawan | +65 212 3798 |
| Adam Deutsch | +65 212 3552 |

CSFB 000077