# EXHIBIT 412

Robertson Stephens

March 6, 2001

# J.D. EDWARDS & COMPANY (JDEC $9.75)

Reports February Quarter Results at the High End of the Pre-Announced Range; Visibility Remains Limited Over the Next Several Quarters; Maintain Very Cautious Outlook on the Stock

**Rating: Market Performer**

Eric B. Upin  415/693-3441  eric_upin@rsco.com
Carey L. Jennings  415/248-4025  carey_jennings@rsco.com
Kristen B. Schaeffer  415/623-7543  kristen_schaeffer@rsco.com

| Change In... | Yes/No | Was | Is |
|---|---|---|---|
| Rating | Yes | BUY | MP |
| EPS  F1999A | No | | $(0.07) |
| EPS  F2000A | No | | $0.04 |
| EPS  F2001E | Yes | | $0.15 |

| | |
|---|---|
| 52-Week Range | $45.75-9.81 |
| FD Shares Outstanding | 110.8 MM |
| Market Cap | $1,080.3 MM |
| Avg Daily Volume (000) | 827 |
| Book Value/Share 1/01 | $4.49 |
| 3-Yr Secular Gr Rate | 25.00% |
| Dividend/Yield | NONE/ NONE |
| Price/Book Value 1/01 | 2.2x |
| Total Debt/Tot Cap 1/01 | 2.2% |
| Net Cash/Share 1/01 | $2.66 |

| FY February EPS | F1999 A | F2000 A | F2001 E |
|---|---|---|---|
| 1Q | $0.04 A | $0.00 A | $0.00 E |
| 2Q | $(0.08) A | $(0.09) A | $(0.06) E |
| 3Q | $(0.07) A | $0.02 A | $0.07 E |
| 4Q | $0.03 A | $0.11 A | $0.13 E |
| Year | $(0.07) | $0.04 | $0.15 |
| P/E: | NM | NM | 65.0x |
| CY EPS: | $(0.12) | $0.06 | $0.23 |
| CY P/E: | NM | NM | 42.4x |

| Rev (MM) | F1999 A | F2000 A | F2001 E |
|---|---|---|---|
| 1Q | $222.9 A | $231.7 A | $217.7 E |
| 2Q | $231.6 A | $231.1 A | $212.0 E |
| 3Q | $232.1 A | $261.1 A | $255.0 E |
| 4Q | $257.6 A | $277.2 A | $295.0 E |
| Year | $944.2 | $1,001.1 | $979.7 |
| CY: | $944.2 | $1,012.4 | $1,062.0 |
| Eqty Mkt Val/Rev: | NM | NM | 1.1x |
| Eqty Mkt Val/CY Rev: | NM | NM | 1.0x |

### Key Points

- **J.D. Edwards[a,b] reported Q1:F01 (ending January) results at the high end of the pre-announced range.** For the quarter, total revenue was $217.7 million (representing a 6% year/year decline) and operating EPS came in at breakeven. Reported EPS was ($0.04). Prior to the pre-announcement on February 5, we had been looking for revenue of $243 million and operating EPS of $0.01. Software license revenue came in at $82.7 million – representing a slight decline year/year and a 16% shortfall relative to our original estimate of $98 million.

- **At the time of the pre-announcement in early February, management cited poor salesforce and professional services execution, rather than deteriorating market fundamentals, as the key reasons for the miss. On the earnings conference call, management discussed its plans to address these issues**, including: **1) reorganization of the sales force** – eliminating management layers, separating consulting services from the sales organization, and paring sales regions from 10 to 4; **2) formation of a separate services unit** – hiring a senior executive to run the consulting business and focusing on higher margin projects, such as supply chain and network design; and **3) more targeted sales and marketing efforts** – focusing on supply chain and collaboration applications, selling more aggressively into the installed base, and leveraging partnerships with large systems integrators.

- **For F2001, management expects to achieve flat software license and services revenue growth and operating EPS in the $0.20 to $0.25 range – versus our previous estimate of 18% revenue growth and $0.46 in EPS.** Management anticipates flat to negative revenue growth and margins in the first half of the fiscal year, turning positive in the second half as the company works through the reorganization. The company is targeting a 3-4% operating margin for the year, compared to –0.6% for F2000 and –1.4% in

**INTERNET / ENTERPRISE APPLICATIONS/SERVICES RESEARCH**

Q1:F01. Although the company did not provide detailed guidance for Q2:F01, management stated that it expects a "tough" April quarter as a result of the reorganization and a more difficult economic environment.

- **However, based on company-specific issues compounded by broader sector challenges, we are taking a more conservative view of F2001 relative to management's guidance.** For F2001, we are lowering total revenue from $1.18 billion to $979.7 million (2% year/year decline), license revenue from $542.0 million to $404.7 million (3% year/year decline), and operating EPS from $0.46 to $0.15. We believe the April quarter could be particularly weak given that the company is in the midst of an organizational transition and a month of selling days were essentially lost as reps anticipated the restructuring announcements made on Monday.

- **In addition, we are downgrading the stock to a Market Performer rating based on the following:**

  1) **Company-specific execution challenges** – including the restructuring of the sales and services organizations, recent management changes, limited visibility into the pipeline, and poor sales conversion rates, resulting in slowing revenue growth and potential cash flow negative quarters over the near-term.

  2) **Increasing competition in the applications space** – from a combination of established enterprise software players such as Oracle[a], SAP, and PeopleSoft[a], who are aggressively targeting the mid-market with broad suites of applications, and entrenched supply chain vendors i2[a] and Manugistics[a,b].

  3) **Potential effects of a slowing economy** – where we believe software companies across the board currently face significant challenges and uncertainty in light of the slowing economy and more restricted IT budgets, potentially resulting in longer sales cycles, greater pricing pressure, and smaller deal sizes over the next several quarters.

  **Until we can gain additional insight into all three of these dimensions, we remain cautious on the stock and recommend that investors stay on the sidelines.**

## Review of January Quarter Results

**J.D. Edwards reported Q1:F01 (ending January) results at the high end of the pre-announced range.** For the quarter, total revenue was $217.7 million (representing a 6% year/year decline) and operating EPS came in at breakeven. Reported EPS was ($0.04). Prior to the pre-announcement on February 5, we had been looking for revenue of $243 million and operating EPS of $0.01. Software license revenue came in at $82.7 million – representing a slight decline year/year and a 16% shortfall relative to our original estimate of $98 million.

**At the time of the pre-announcement, management emphasized poor salesforce and professional services execution, rather than deteriorating market fundamentals, as the key reasons for the miss.** The company experienced greater-than-expected weakness in November and December and failed to close a number of deals in the pipeline in January. Although the January quarter is typically seasonally softer and back-end loaded, the company attributed the low pipeline conversion rate to a lack of discipline in its business practices. According to management, employee turnover and total headcount levels were not factors.

**On the earnings conference call, management discussed its plans to address these issues**, including: **1) reorganization of the sales force** – eliminating management layers, separating consulting services from the sales organization, and paring sales regions from ten areas to four; **2) formation of a separate services unit** – hiring a senior executive to run the consulting business and focusing on higher margin projects, such as supply chain and network design; and **3) more targeted sales and marketing efforts** – focusing on supply chain and collaboration applications, selling more aggressively into the installed base, and leveraging partnerships with the largest systems integrators.

Robertson Stephens, Inc.    **1**

**Financial highlights of the quarter included:**

- **Weaker-than-expected total revenue** – coming in at $217.7 million, representing 21% sequential and 6% year/year declines, and a 10% shortfall relative to our estimate of $243 million.

**Figure 1: Quarterly Results Comparison** *($ Thousands, except per share data)*

| Q1:01 (ending January) ($000s) | Q1 RS Estimates | Q1 Actuals | Variance | Prior Qtr. Actuals | Q/Q Change | Prior Year Qtr. Actuals | Yr/Yr Change |
|---|---|---|---|---|---|---|---|
| **Software Licenses** | $98,000 | $82,669 | ($15,331) | $137,399 | -40% | $83,287 | -1% |
| **Services** | $145,000 | $135,016 | ($9,984) | $139,795 | -3% | $148,419 | -9% |
| Total Revenues | $243,000 | $217,685 | ($25,315) | $277,194 | -21% | $231,706 | -6% |
| **Total Operating Income** | ($2,066) | ($3,021) | ($955) | $16,797 | -118% | ($3,312) | -9% |
| *Operating Margin* | -0.9% | -1.4% | -0.5% | 6.1% | | -1.4% | |
| **Operating EPS** | $0.01 | $0.00 | ($0.00) | $0.11 | -98% | ($0.00) | -223% |

*Source: Robertson Stephens.*

- **Software license revenue was $82.7 million or 38% of total revenue – representing 40% sequential and 1% year/year declines.** License revenue from partner-related software products (such as Ariba[a], Siebel[a] and Extensity) represented 15% of total license sales compared to 7% in the October quarter. The company has not yet experienced any changes in the partner pipeline for the current quarter. In addition, sales of supply chain related solutions accounted for 45% of total license revenue – compared to 25% of license sales in FQ4:00. Of the 21 $1 million-plus deals signed in the quarter, 4 were supply chain related – compared to 8 out of 25 $1 million-plus deals in Q4:F00 and zero in Q1:F00. We believe this demonstrates the growing emphasis by enterprises to connect to business partners to improve supply chain visibility and J.D. Edwards' ability to leverage its breadth of supply chain solutions – ranging from planning to fulfillment – as a competitive advantage.

- **Services and other revenues contributed $135.0 million or 62% of total sales.** Gross margin for services revenues improved to 36.8% – an increase of 50 basis points over FQ4:00, which was partially attributable to the increase in maintenance fees. We believe there is opportunity for margin expansion if the company can improve the utilization and billing rates of its consultants and the quality and cost of the training programs. On January 1, the company raised its maintenance fees by an average of 10%. About 70% of customers have maintenance agreements and the company has achieved renewal rates of approximately 95%.

**Figure 2: Revenue Mix** *($ Thousands, except per share data)*

| October FYE | FQ1:00 | FQ2:00 | FQ3:00 | FQ4:00 | FQ1:01 |
|---|---|---|---|---|---|
| **License ($MM)** | $83.3 | $81.7 | $116.7 | $137.4 | $82.7 |
| *% of Total Revenues* | *36%* | *35%* | *45%* | *50%* | *38%* |
| **Services ($MM)** | 148.4 | 149.3 | 144.4 | 139.8 | 135.0 |
| *% of Total Revenues* | *64%* | *65%* | *55%* | *50%* | *62%* |
| **Total Revenues ($MM)** | $231.7 | $231.0 | $261.1 | $277.2 | $217.7 |

*Source: Robertson Stephens.*

- **Margin and earnings deterioration** – the blended gross margin decreased to 54.9% from 61.6% in Q4:F00 and 56.2% in the year-ago quarter, reflecting pressure on the software license gross margin, which dropped 100 basis points sequentially. Management attributed the gross margin pressure to higher costs associated with sales of partner solutions. Operating expenses reached $122.5 million or 56.3% of sales – compared to $153.9 million or 55.5% of revenue in FQ4:00. The operating margin deteriorated to (1.4%) from 6.1% in FQ4:00 and was in line with the year-ago quarter. As a result, net income (excluding amortization and extraordinary charges) dropped from $12.3 million in the October quarter to $192K this quarter – and operating EPS decreased sequentially from $0.11 to break-even.

*Balance Sheet*

- **Cash and short-term investments decreased to $192.8 million,** or by 16%, from $230.1 million in the October quarter.

- **DSOs rose dramatically to 122 days** – compared to 80 days in the October quarter and 108 days in the prior year quarter. Management attributed most of this increase to maintenance revenue billing in the first quarter and more flexible maintenance payment terms as customers evaluate different maintenance programs.

- **Deferred revenue rose 44% sequentially to $211.2 million** – compared with a 14% sequential decline in FQ4:00. Given that deferred revenue primarily reflects maintenance revenue, which is typically booked during the first quarter of each fiscal year, this uptick is common and should decrease throughout the year as portions of the maintenanace revenue are recognized.

**Figure 3: Selected Balance Sheet Metrics**

|  | **Q1:F01** | **Q4:F00** | **% Change Prior Qtr** | **Q1:F00** | **% Change Prior Year** |
|---|---|---|---|---|---|
| **Cash + Short Term Investments** | $192,803 | $230,108 | -16% | $194,306 | -1% |
| **Accounts Receivable** | $294,734 | $247,919 | 19% | $277,361 | 6% |
| **Working Capital** | $158,173 | $157,654 | 0% | $172,976 | -9% |
| **Deferred Revenue** | $211,237 | $146,797 | 44% | $186,991 | 13% |
| **Net Cash per Share** | $2.66 | $2.94 | -10% | $3.90 | -32% |
| **DSOs** | 122 | 80 | 51% | 108 | 13% |

*Source: Robertson Stephens.*

## Business Highlights

Business highlights in the quarter included the following:

- **143 customer wins, including 21 $1-plus million deals** – compared with 165 new customers and 25 $1 million-plus contracts in the October quarter. New customer wins, which included Alltel Corporation and Skandia Insurance, brought the total customer count to 6,168. New customers accounted for 55% of license revenue in the quarter.

- **80 live OneWorld Xe customers** compared to 8 in Q4:F00. Live customers this quarter included Ainsworth, Ecostar Electronic Drive Systems, Wright Medical Group, Batesville Casket Company, Appleton Coated, and Plexus.

- **45% of license revenue from supply chain planning solutions** – representing about $37.2 million compared to $34.3 million, or 25% of total license revenue, in Q4:F00. Supply chain customers this quarter included Baxter Healthcare (a competitive win against i2), New World Pasta, Yazaki Europe Limited, and Vilimorin, Clause & Compagnie. New customers accounted for approximately 60-70% of supply chain license revenue and about half of the supply chain deals were sold with other applications, such as fulfillment or financials.

- **Strong demand for solutions on the UNIX and NT platforms** – accounting for 60% of license fees in the quarter compared to an average of 45%. The AS/400 platform represented 37% of license revenue compared to 63% in Q4:F01 and 46% in Q3:F00.

**Figure 4: Selected Quarterly Operating Metrics**

|  | Q1:01 | Q4:00 | Q3:00 | Q2:00 | Q1:00 | Q4:99 | Q3:99 | *Q/Q Change* | *Y/Y Change* |
|---|---|---|---|---|---|---|---|---|---|
| **Business Statistics** | | | | | | | | | |
| Total number of customers | 6,168 | 6,025 | 5,860 | 5,721 | 5,601 | 5,544 | 5,391 | *2%* | *9%* |
| Number of new customers | 143 | 165 | 139 | 120 | 57 | 241 | 89 | *16%* | *56%* |
| Number of +$ 1 million deals | 21 | 25 | 22 | 9 | 17 | 11 | 11 | *144%* | *100%* |
| Average deal size (in thousands) - All Customers | 254 | 248 | 268 | 190 | 276 | 165 | 155 | *41%* | *73%* |
| Average deal size (in thousands) - New Customers | 326 | 296 | 383 | 262 | 352 | 233 | 231 | *46%* | *66%* |
| % License revenue - new customers | 55% | 43% | 55% | 51% | 33% | 43% | 52% | *8%* | *6%* |
| % License revenue - existing customers | 45% | 57% | 45% | 49% | 67% | 57% | 48% | *-8%* | *-6%* |
| % License revenue - non-AS/400 | 63% | 37% | 54% | 48% | 34% | 37% | 34% | *13%* | *59%* |
| Cumulative # *OneWorld* sites shipped | 3,959 | 3,697 | 3,288 | 2,970 | 2,646 | 2,361 | 2,025 | *11%* | *62%* |
| **Headcount Summary** | | | | | | | | | |
| Total headcount | 5,142 | 5,072 | 5,156 | 5,798 | 5,556 | 5,669 | 5,784 | *-11%* | *-11%* |
| Number of quota carrying sales reps | 290 | 276 | 284 | 364 | 346 | 356 | 383 | *-22%* | *-26%* |
| **Revenues by Geogrpahy** | | | | | | | | | |
| USA | $177.4 | $188.5 | $169.7 | $143.2 | $148.3 | $154.6 | $141.6 | *19%* | *20%* |
| *% of total revenues* | *64%* | *68%* | *65%* | *62%* | *64%* | *60%* | *61%* | *5%* | *7%* |
| Europe, Middle-East, Africa (EMEA) | $47.1 | $52.7 | $47.0 | $53.1 | $44.0 | $61.8 | $53.4 | *-12%* | *-12%* |
| *% of total revenues* | *17%* | *19%* | *18%* | *23%* | *19%* | *24%* | *23%* | *-22%* | *-22%* |
| Latin America, Asia, Pacific | $52.7 | $36.0 | $44.4 | $34.7 | $39.4 | $41.2 | $37.1 | *28%* | *20%* |
| *% of total revenues* | *19%* | *13%* | *17%* | *15%* | *17%* | *16%* | *16%* | *13%* | *6%* |

*Source: Robertson Stephens.*

**In addition, the company recently named a new Chief Operating Officer and a Chief Marketing Officer.** Hank Bonde, who previously held positions at IBM, Los Angeles Cellular, BellSouth Cellular, and Tachyon, was named COO – replacing Dave Girard, who recently resigned. Les Wyatt, from Harbinger and Texas Instruments, was named CMO. These management changes follow the replacement of Doug Massingill by Ed McVaney (the company's founder) as CEO last spring. While we believe the addition of seasoned talent is a positive for the company, the new COO and CMO will take time to integrate into the organization, in our opinion.

## Downward Revisions to Estimates

**On the conference call, management provided the following guidance for F2001:**

- **Flat license and services revenue growth year/year** – implying total revenue of $1.0 billion. This compares to our published estimate of $1.18 billion, or 18% year/year growth (29% growth in licenses and 10% growth in services) in mid-December. Management anticipates negative growth in the first half of the fiscal year, which means that Q3:F01 and Q4:F01 will have to turn positive in order for the company to deliver on current expectations. Although the company did not provide detailed guidance for Q2:F01, management stated that it expects a "tough" April quarter as a result of its reorganization and a more difficult economic environment – which we interpreted as a sequentially down quarter in terms of license revenue.

- **Gross margins of 83-86% for software licenses and 35-37% for services** – in line with F2000 and Q1:F01 results. These margins are likely to vary each quarter.

- **Operating margin of 3-4%** – compared to an operating margin of –0.6% for F2000. The company plans to achieve $75 million in cost savings over the next 18 months by streamlining the organization and realizing greater efficiencies.

- **EPS of $0.20-$0.25** – compared to operating EPS of $0.06 in F2000. This estimate is based on the assumptions above, as well as Other Income of $1.5 million per quarter and a tax rate of 37%.

Robertson Stephens, Inc.      **4**

*33*

**As a result of the company's disappointing Q1:F01 results, management's F2001 guidance, and limited visibility into the business, we are substantially lowering our revenue and EPS estimates for the year.**

**Given the limited near-term visibility and fewer selling days in the April quarter, we are modeling a sequentially down quarter.** We are projecting total revenue of $212.0 million (representing 3% and 8% sequential and year/year declines), software license revenue of $72.0 million (representing a 13% and 12% sequential and year/year declines), and an operating EPS loss of ($0.06). This compares to our previously published estimates of total revenue of $270.0 million, license revenue of $115 million, and operating EPS of $0.05.

**For F2001, we are taking a more conservative view than the company in terms of revenue, margins and profitability.** For the year, we are modeling total revenue of $979.7 million, software license revenue of $404.7 million, and operating EPS of $0.15 – representing a total revenue decline of 2% year/year and an operating margin of 1.8%. This compares to our previously published F2001 estimates of total revenue of $1.18 billion, license revenue of $542 million, and an operating EPS of $0.46.

**Figure 5: Estimate Changes**

| Year | Estimate | Former | Current | Change |
|---|---|---|---|---|
| Q2:01E | Revenues (MM) | $270.0 | **$212.0** | -21.5% |
|  | Operating EPS | $0.05 | **($0.06)** | NM |
| Q3:01E | Revenues (MM) | $307.0 | **$255.0** | -16.9% |
|  | Operating EPS | $0.12 | **$0.07** | -42.6% |
| Q4:01E | Revenues (MM) | $362.0 | **$295.0** | -18.5% |
|  | Operating EPS | $0.27 | **$0.13** | -53.5% |
| F2001E | Revenues (MM) | $1,182.0 | **$979.7** | -17.1% |
|  | Operating EPS | $0.46 | **$0.15** | -67.6% |

*Source: Robertson Stephens.*

## Investment Impact

**This quarter marked another stumble in J.D. Edwards's turnaround after two quarters of improving metrics** – where the company had returned to profitability, achieved year/year revenue growth, and signed major new customer wins in the July and October quarters. The company initiated a major restructuring plan in May 2000, including significant headcount reductions and the consolidation of offices, following a series of earnings disappointments that began in early 1999.

**Although J.D. Edwards has largely completed a very difficult and expensive product transition over the past two years, internal execution issues, coupled with more intense competition in the applications space and broader economic slowing, have diminished our visibility and confidence in the numbers over the next several quarters.** Therefore, we are downgrading the stock from Buy to Market Performer as we wait for additional evidence of successful execution and improved financial performance. We maintain our cautious stance on the stock and recommend that investors stay on the sidelines at this time.

# Company Info

### The Company

Founded in 1977 and based in Denver, Colorado, J.D. Edwards is an application software company providing enterprise resource planning (ERP) solutions.   The company is one of the industry s leading provider of ERP software with nearly 5,100 employees and a global presence in more than 60 countries deriving 36% of FQ4:01 revenues from overseas operations.  JD Edwards  product breadth has considerably expanded, from the company's strong financial origins into a robust and integrated application suite that includes manufacturing, distribution and human resources applications.

### Investment Thesis

We believe J.D. Edwards represents a direct play on the enterprise application space   where the company currently provides ERP solutions in over 6,000 companies worldwide.  We believe J.D. Edwards represents a direct play on the ERP space for the following reasons: (1) one of the leading players in the $15-20 billion enterprise application market and expansion into the emerging B2B market through partnerships with Ariba, Siebel and Extensity; (2) diversified approach offering solutions for both the AS/400 and client server markets; (3) proven traction - implemented over 6,000 ERP applications since 1977; (4) blue chip customer base - including BMW AG, Honeywell International, and Dole Food Company among others; and (5) global presence in over 60 countries and over 300 strategic partners.

### Investment Risks

Among the risks are: (1) long sales cycles, resulting in low visibility; (2) product development and rollouts of new releases; (3) AS/400 concentration - where the contribution of AS/400 platform revenue fluctuates quarter to quarter, but has typically been in the 40-50% plus range; (4) competition, including vendors such as SAP, Oracle, i2, Manugistics and PeopleSoft; (5) potential impact from economic conditions; and (6) ability to manage and expand strategic relationships, including extended sales channels and integrators.

**This research report is a product of Robertson Stephens, Inc.**

If noted in the text of this report, the following may apply:

**(a)** - *Robertson Stephens maintains a market in the shares of this company.*
**(b)** - *Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.*
**(c)** - *A Robertson Stephens officer sits on the board of directors of this company.*
**(s) -** *Fleet Meehan Specialist, Inc. (Member NYSE), an affiliate of Robertson Stephens, Inc., is the specialist that makes a market in this security, and at any given time, Fleet Meehan Specialist may have an inventory position, either "long" or "short," in this security. As a result of Fleet Meehan Specialist's function as a market maker, such specialist may be on the opposite side of orders executed on the floor of the Exchange in this security.*

**Additional information is available upon request.**

Robertson Stephens, Inc. ("Robertson Stephens") is an NASD member and a member of all major exchanges and SIPC.

The information contained herein is not a complete analysis of every material fact respecting any company, industry or security. Although opinions and estimates expressed herein reflect the current judgment of Robertson Stephens, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis; when it is, the date of the change in estimate will be noted. In addition, opinions and estimates are subject to change without notice. This Report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from the results described in the forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in "Investment Risks." Robertson Stephens from time to time performs corporate finance or other services for some companies described herein and may occasionally possess material, nonpublic information regarding such companies. This information is not used in the preparation of the opinions and estimates herein. While the information contained in this Report and the opinions contained herein are based on sources believed to be reliable, Robertson Stephens has not independently verified the facts, assumptions and estimates contained in this Report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information and opinions contained in this Report. Robertson Stephens, its managing directors, its affiliates, its employee investment funds, and/or its employees, including the research analysts authoring this report, may have an interest in the securities of the issue(s) described and may make purchases or sales while this report is accessible. Robertson Stephens International, Ltd. is regulated by the Securities and Futures Authority in the United Kingdom. This publication is not meant for private customers.

*Unless otherwise noted, prices are as of Monday, March 5, 2001.*

*Copyright © 2001 Robertson Stephens*

![Robertson Stephens]



### Eric B. Upin

Eric is a managing director and senior research analyst at Robertson Stephens, having joined the firm in 1993. For seven years, Eric covered enterprise software companies and now focuses on the business-to-business (B2B) eCommerce sector.

Before joining the firm, Eric was a management consultant at Booz, Allen & Hamilton for four years, and he also played key roles in two technology start-ups. He graduated from Washington University in St. Louis in 1983 and received an MBA from Harvard Business School in 1989.



### Carey L. Jennings

Carey is a research analyst at Robertson Stephens covering B2B software companies. Prior to joining the firm, Carey spent three years at J.P. Morgan, where she completed an analyst training program and was an associate in equity research. She also workedfor The Gap in merchandise planning and distribution. Carey graduated from Northwestern University.

Atlanta

Boston

Chicago

London*

Munich*

New York

Palo Alto

San Francisco

Tel Aviv**

www.robertsonstephens.com

\* Robertson Stephens International, Ltd. is registered with the Securities and Futures Authority in the United Kingdom and is not a U.S. broker-dealer.

\*\* Robertson Stephens Israel, Ltd is an affiliate of Robertson Stephens International, Ltd. and is not a U.S. broker-dealer.

37

**JD Edwards & Company  (JDEC)**  **ROBERTSON STEPHENS**
**Quarterly Earnings Model**  Eric Upin  (415) 693-3441
**October FY ($ thousands)**  Carey Jennings  (415) 248-4025

| | Year | Jan. | April | July | Oct. | Year | Jan. | April | July | Oct. | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revised on March 5, 2001 | F1999A | Q1:00A | Q2:00A | Q3:00A | Q4:00A | F2000A | Q1:01A | Q2:01E | Q3:01E | Q4:01E | F2001E |
| **Income Statement Data** | | | | | | | | | | | |
| Software License | 312,817 | 83,287 | 81,742 | 116,675 | 137,399 | 419,103 | 82,669 | 72,000 | 110,000 | 140,000 | 404,669 |
| Client Services & Other | 631,414 | 148,419 | 149,307 | 144,441 | 139,795 | 581,962 | 135,016 | 140,000 | 145,000 | 155,000 | 575,016 |
| **Total Revenues** | **944,231** | **231,706** | **231,049** | **261,116** | **277,194** | **1,001,065** | **217,685** | **212,000** | **255,000** | **295,000** | **979,685** |
| Cost of License Fees | 29,882 | 12,904 | 14,122 | 15,457 | 17,480 | 59,963 | 15,662 | 10,800 | 16,500 | 19,600 | 62,562 |
| Cost of Services | 408,293 | 88,571 | 92,139 | 96,319 | 89,052 | 366,081 | 82,593 | 89,600 | 92,075 | 97,650 | 361,918 |
| Cost of Sales | 438,175 | 101,475 | 106,261 | 111,776 | 106,532 | 426,044 | 98,255 | 100,400 | 108,575 | 117,250 | 424,480 |
| Gross Profit | 506,056 | 130,231 | 124,788 | 149,340 | 170,662 | 575,021 | 119,430 | 111,600 | 146,425 | 177,750 | 555,205 |
| Sales & Marketing | 334,201 | 81,245 | 91,790 | 94,222 | 99,793 | 367,050 | 72,809 | 73,000 | 80,000 | 94,700 | 320,509 |
| General & Administrative | 94,241 | 22,934 | 25,218 | 25,319 | 24,085 | 97,556 | 23,700 | 24,000 | 24,000 | 27,100 | 98,800 |
| Research & Development | 109,206 | 29,364 | 28,728 | 28,787 | 29,987 | 116,866 | 25,942 | 26,000 | 31,600 | 34,800 | 118,342 |
| Total Operating Expenses | 537,648 | 133,543 | 145,736 | 148,328 | 153,865 | 581,472 | 122,451 | 123,000 | 135,600 | 156,600 | 537,651 |
| Operating Income | (31,592) | (3,312) | (20,948) | 1,012 | 16,797 | (6,451) | (3,021) | (11,400) | 10,825 | 21,150 | 17,554 |
| Amortization of Intangibles | 9,488 | 5,878 | 6,392 | 6,470 | 6,304 | 25,044 | 6,211 | 6,000 | 6,000 | 6,000 | 24,211 |
| Interest Income | 19,056 | 8,949 | 3,612 | 3,745 | 3,660 | 19,966 | 4,495 | 1,500 | 1,500 | 1,500 | 8,995 |
| Pretax Income | (22,024) | (241) | (23,728) | (1,713) | 14,153 | (11,529) | (4,737) | (15,900) | 6,325 | 16,650 | 2,338 |
| Taxes | (8,941) | (89) | (1,370) | (9,382) | 5,631 | (5,210) | (2,571) | (5,883) | 2,340 | 6,161 | 47 |
| Extraordinary Charge | 26,141 | 0 | 0 | 30,113 | (2,097) | 28,016 | 1,043 | 0 | 0 | 0 | 1,043 |
| One-Time Gain on Investment | 0 | 0 | 17,878 | 1,018 | 0 | 18,896 | 0 | 0 | 0 | 0 | 0 |
| Foreign Currency Gain | 0 | 0 | 2,147 | (1,177) | (953) | 17 | (1,170) | 0 | 0 | 0 | (1,170) |
| **Net Income (oper., excl. Amort.)** | **(7,898)** | **(152)** | **(9,569)** | **2,255** | **12,288** | **4,822** | **192** | **(6,237)** | **7,765** | **14,270** | **16,726** |
| Net Income as reported (incl. Extra & Amort) | (39,224) | (152) | (2,333) | (22,603) | 9,666 | (15,422) | (4,379) | (10,017) | 3,985 | 10,490 | 1,248 |
| **Operating EPS (fully taxed)** | **($0.07)** | **($0.00)** | **($0.09)** | **$0.02** | **$0.11** | **$0.04** | **$0.00** | **($0.06)** | **$0.07** | **$0.13** | **$0.15** |
| Reported EPS (incl. Extra & Amort) | ($0.36) | $0.00 | ($0.02) | ($0.21) | $0.08 | ($0.14) | ($0.04) | ($0.09) | $0.04 | $0.09 | $0.01 |
| Shares Outstanding (000) | 108,816 | 107,649 | 109,763 | 110,024 | 114,657 | 110,523 | 110,758 | 111,758 | 112,758 | 113,758 | 112,258 |
| **Revenue Mix (% of Rev)** | | | | | | | | | | | |
| Software License | 33% | 36% | 35% | 45% | 50% | 42% | 38% | 34% | 43% | 47% | 41% |
| Client Services & Other | 67% | 64% | 65% | 55% | 50% | 58% | 62% | 66% | 57% | 53% | 59% |
| **Margin Detail** | | | | | | | | | | | |
| Software License Margin | 90.4% | 84.5% | 82.7% | 86.8% | 87.3% | 85.7% | 86.3% | 85.0% | 85.0% | 86.0% | 84.5% |
| Client Services & Other Margin | 35.3% | 40.3% | 38.3% | 33.3% | 36.3% | 37.1% | 36.8% | 36.0% | 36.5% | 37.0% | 37.1% |
| **Total Gross Margin** | **53.6%** | **56.2%** | **54.0%** | **57.2%** | **61.6%** | **57.4%** | **54.9%** | **52.6%** | **57.4%** | **60.3%** | **56.7%** |
| Sales & Marketing | 35.4% | 35.1% | 39.7% | 36.1% | 36.0% | 36.7% | 33.4% | 34.4% | 31.4% | 32.1% | 32.7% |
| General & Administrative | 10.0% | 9.9% | 10.9% | 9.7% | 8.7% | 9.7% | 10.9% | 11.3% | 9.4% | 9.2% | 10.1% |
| Research & Development | 11.6% | 12.7% | 12.4% | 11.0% | 10.8% | 11.7% | 11.9% | 12.3% | 12.4% | 11.8% | 12.1% |
| Operating Margin | -3.3% | -1.4% | -9.1% | 0.4% | 6.1% | -0.6% | -1.4% | -5.4% | 4.2% | 7.2% | 1.8% |
| Interest Income | 2.0% | 3.9% | 1.6% | 1.4% | 1.3% | 2.0% | 2.1% | 0.7% | 0.6% | 0.5% | 0.9% |
| Pretax Margin | -2.3% | -0.1% | -10.3% | -0.7% | 5.1% | -1.2% | -2.2% | -7.5% | 2.5% | 5.6% | 0.2% |
| Tax Rate | 40.6% | 37.0% | 5.8% | 547.7% | 39.8% | 45.2% | 54.3% | 37.0% | 37.0% | 37.0% | 2.0% |
| Net Income | -0.8% | -0.1% | -4.1% | 0.9% | 4.4% | 0.5% | 0.1% | -2.9% | 3.0% | 4.8% | 1.7% |
| **Quarter-to-Quarter Growth** | | | | | | | | | | | |
| Revenues | | -10% | 0% | 13% | 6% | | -21% | -3% | 20% | 16% | |
| Operating Income | | N/M | N/M | -105% | 1560% | | -118% | N/M | -195% | 95% | |
| Net Income | | N/M | N/M | -124% | 445% | | -98% | N/M | -224% | 84% | |
| **Year-to-Year Growth** | | | | | | | | | | | |
| Software License Revs | -19% | 20% | 22% | 56% | 36% | 34% | -1% | -12% | -6% | 2% | -3% |
| Client Services & Other Revs | 15% | -3% | -9% | -8% | -11% | -8% | -9% | -6% | 0% | 11% | -1% |
| **Total Revenues** | **1%** | **4%** | **0%** | **13%** | **8%** | **6%** | **-6%** | **-8%** | **-2%** | **6%** | **-2%** |
| Operating Income | N/M | N/M | N/M | -107% | 861% | N/M | N/M | N/M | 970% | 26% | -372% |
| Net Income | N/M | N/M | N/M | -131% | 219% | -161% | N/M | N/M | 244% | 16% | 247% |
| **EPS** | **N/M** | **N/M** | **N/M** | **-129%** | **267%** | **-157%** | **N/M** | **N/M** | **250%** | **18%** | **275%** |
| **Trailing 12-month data** | | | | | | | | | | | |
| Trailing-12-month Revenues | 944,231 | 953,000 | 952,458 | 981,505 | 1,001,065 | 1,001,065 | 987,044 | 967,995 | 961,879 | 979,685 | 979,685 |
| Trailing 12-month NI | -7,898 | -12,317 | -13,056 | -3,616 | 4,822 | 4,822 | 5,165 | 8,497 | 14,007 | 15,989 | 15,989 |
| **Trailing-12-month EPS** | **($0.08)** | **($0.12)** | **($0.12)** | **($0.03)** | **$0.04** | **$0.04** | **$0.04** | **$0.07** | **$0.12** | **$0.14** | **$0.14** |
| Trailing 12-month Op Margin | -3.3% | -3.8% | -3.9% | -2.2% | -0.6% | -0.6% | -0.6% | 0.4% | 1.4% | 1.8% | 1.8% |

*Source: Company Reports and RS estimates.*

38

| | Year | Jan. | April | July | Oct. | Year | Jan. | April | July | Oct. | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revised on March 5, 2001 | F1999A | Q1:00A | Q2:00A | Q3:00A | Q4:00A | F2000A | Q1:01A | **Q2:01E** | Q3:01E | Q4:01E | F2001E |

| | Year | Jan. | April | July | Oct. | Year | Jan. | April | July | Oct. | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F1999A | Q1:00A | Q2:00A | Q3:00A | Q4:00A | F2000A | Q1:01A | **Q2:01E** | Q3:01E | Q4:01E | F2001E |

*39*

**JD Edwards & Company (JDEC)**  **ROBERTSON STEPHENS**
**Balance Sheet**  Eric Upin  (415) 693-3441
**October FY ($ thousands)**  Carey Jennings  (415) 248-4025

| Revised on March 5, 2001 | Oct. Q4:98A | Jan. Q1:99A | April Q2:99A | July Q3:99A | Oct. Q4:99A | Jan. Q1:00A | April Q2:00A | July Q3:00A | Oct. Q4:00A | Jan. Q1:01A |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement Recap** | | | | | | | | | | |
| **Revenues** | 307,133 | 222,937 | 231,591 | 232,069 | 257,634 | 231,706 | 231,049 | 261,116 | 277,194 | 217,685 |
| Cost of Goods Sold | 116,160 | 104,753 | 114,026 | 109,283 | 110,113 | 101,475 | 106,261 | 111,776 | 106,532 | 98,255 |
| Operating Income | 57,183 | 1,667 | -20,265 | -14,741 | 1,747 | -3,312 | -20,948 | 1,012 | 19,162 | -3,021 |
| Net Income | 37,656 | 4,268 | -8,830 | -7,185 | 3,849 | -152 | -9,569 | 2,255 | 14,088 | 192 |
| Shares Out (thousands) | 111,466 | 111,549 | 105,333 | 106,181 | 112,200 | 107,649 | 109,763 | 110,024 | 114,657 | 110,758 |
| **Balance Sheet** | | | | | | | | | | |
| **Assets** | | | | | | | | | | |
| Cash and equivalents | 211,782 | 215,974 | 169,884 | 130,403 | 175,887 | 194,306 | 170,116 | 158,595 | 230,108 | 192,803 |
| Accounts receivable | 265,704 | 275,208 | 253,767 | 249,614 | 236,216 | 277,361 | 268,748 | 258,944 | 247,919 | 294,734 |
| Prepaid and other current assets | 32,823 | 35,491 | 40,601 | 44,042 | 34,936 | 64,668 | 65,758 | 74,342 | 59,205 | 62,355 |
| **Total Current Assets** | 510,309 | 526,673 | 464,252 | 424,059 | 447,039 | 536,335 | 504,622 | 491,881 | 537,232 | 549,892 |
| Long-term Investments | 322,527 | 321,815 | 347,143 | 261,478 | 246,564 | 225,569 | 237,877 | 161,973 | 107,458 | 101,788 |
| Property and equipment, net | 60,689 | 64,420 | 75,993 | 84,160 | 86,332 | 89,796 | 90,911 | 89,557 | 83,677 | 85,166 |
| Software development costs, net | 5,821 | 4,558 | 5,852 | 36,325 | | | | | 61,352 | 68,339 |
| Non Current portion of deferred income taxes | 43,658 | 48,080 | 55,157 | 65,701 | 82,572 | 93,627 | 107,672 | 125,081 | 122,537 | 134,567 |
| Deposits and other assets | 7,469 | 5,721 | 12,366 | 53,591 | 78,021 | 72,446 | 83,308 | 87,219 | 38,785 | 36,126 |
| **Total Assets** | 950,473 | 971,267 | 960,763 | 925,314 | 940,528 | 1,017,773 | 1,024,390 | 955,711 | 951,041 | 975,878 |
| **Liabilities and S/H Equity** | | | | | | | | | | |
| Accounts Payable | 60,366 | 43,167 | 49,913 | 39,572 | 46,004 | 49,396 | 47,768 | 41,351 | 59,591 | 42,190 |
| Unearned revenue and customer deposits | 121,092 | 161,178 | 142,340 | 128,192 | 114,865 | 160,365 | 163,867 | 149,582 | 135,445 | 200,051 |
| Accrued liabilities | 157,473 | 140,581 | 132,642 | 148,170 | 162,635 | 153,598 | 148,692 | 187,737 | 184,542 | 149,478 |
| **Total Current Liabilities** | 338,931 | 344,926 | 324,895 | 315,934 | 323,504 | 363,359 | 360,327 | 378,670 | 379,578 | 391,719 |
| Unearned revenue, net of current portion, other | 27,546 | 21,541 | 24,179 | 21,310 | 24,304 | 26,626 | 21,571 | 21,751 | 11,352 | 11,186 |
| Common shares subject to repurchase | 0 | 0 | 0 | 0 | 0 | 63,683 | 103,932 | 93,682 | 89,113 | 75,755 |
| Shareholders' Equity | 583,996 | 604,800 | 611,689 | 588,070 | 592,720 | 564,105 | 538,560 | 461,608 | 470,998 | 497,218 |
| **Total Liabilities and S/H Equity** | 950,473 | 971,267 | 960,763 | 925,314 | 940,528 | 1,017,773 | 1,024,390 | 955,711 | 951,041 | 975,878 |

*Source: Company reports.*

*40*