# EXHIBIT 417

47 of 180 DOCUMENTS

Business Wire

April 3, 2001, Tuesday

# Commerce One Announces Revised Financial Outlook For First Quarter 2001

**LENGTH:** 736 words

**DATELINE:** PLEASANTON, Calif., April 4, 2001

**BODY:** Commerce One, Inc. (Nasdaq:CMRC), the e-marketplace company, today revised its financial outlook for the first quarter, ended March 31, 2001. Revenue is expected to be approximately $170 million. Commerce One expects net loss per share for the current quarter, excluding non-operating charges, of approximately $0.11.

"As recently stated by many information technology companies, we believe today's generally challenging macro-economic conditions are impacting our business, primarily by delaying IT purchases and lengthening sales cycles," said Mark Hoffman, chairman and CEO of Commerce One. "In spite of this challenging environment, we believe that the opportunity for e-marketplaces remains strong. We believe Commerce One is well positioned to maintain industry leadership based on our global reach, our channel partnerships and the breadth and depth of our solutions."

More information on the company's quarterly performance will be communicated on a conference call scheduled for 5:30 am Pacific Time April 4, 2001. The conference call may be accessed via a live webcast at www.commerceone.com and via dial-in number at 303/262-2211, confirmation number 319403. An audio replay will be available on our website after the call.

Commerce One's regularly scheduled quarterly earnings conference call will take place on April 19, 2001.

About Commerce One

Commerce One (Nasdaq:CMRC) is the e-marketplace company. Through its software, services and Global Trading Web of interconnected business communities, Commerce One enables worldwide commerce on the Internet. With headquarters in Pleasanton, California and offices around the world, Commerce One can be reached by phone at 800/308-3838 or 925/520-6000 or via the Internet at www.commerceone.com.

Forward Looking Statements

The foregoing paragraphs include forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements include statements concerning the expected financial results for the first quarter of 2001, the opportunity for e-marketplaces and the market leadership of Commerce One. The words "believe," "expect," "expected" and similar phrases as they relate to Commerce One are intended to identify such forward-looking statements. Such statements reflect the current views and assumptions of Commerce One, and are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. These risks include, but are not limited to, potential volatility of quarterly operating results, accounting entries and adjustments at the closing of the quarter, reduction in demand for software products and services, competition and pricing pressures, the ability of Commerce One to successfully implement its expansion plans, potential difficulties in integrating acquisitions, unexpected expenses, delays in developing or shipping new versions of our e-marketplace solutions, the possibility that e-marketplace solutions offered may not meet user expectations, the extent of customer adoption and utilization of the solutions provided, operational difficulties including unexpected delays integrating acquired companies, risks related to the World Wide Web, general economic conditions, intense and increasing competition in the market and volatility of the stock market. For a discussion of these and other risk factors that could affect Commerce One's business, see "Risk Factors" in Commerce One's filings with the Securities and Exchange Commission, including its annual report on Form 10-K for the year ended December 31, 2000.

Note to Editors: Commerce One, Many Markets. One Source. Global Trading Web, Commerce One.net, BuySite, MarketSite, Global Trading Platform, Common Business Library, XML Development Kit, XML Commerce Connector, MarketSite Builder, and SupplyOrder are either trademarks or registered trademarks of Commerce One, Inc. Enterprise Buyer and MarketSet are trademarks of Commerce One, Inc., SAP AG, and SAPMarkets. All other company, product, and brand names are trademarks of their respective owners.

CONTACT: Commerce One
Andrew McCarthy, 925/520-5324 (Press)
andrew.mccarthy@commerceone.com
John Biestman, 925-520-5440 (Investor)
john.biestman@commerceone.com

URL: http://www.businesswire.com

**LOAD-DATE:** April 5, 2001

**LANGUAGE:** ENGLISH

**DISTRIBUTION:** Business Editors/High-Tech Writers

Copyright 2001 Business Wire, Inc.