# EXHIBIT 419

CERTIFIED COPY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
                                              )
 4    In re ORACLE CORPORATION                )
      SECURITIES LITIGATION                   )  Master File No.
 5    _____)
                                              )  C-01-0988-MJJ
 6    THIS DOCUMENT RELATES TO:               )
                                              )
 7         ALL ACTIONS.                       )
      _____)
 8
 9
10
11                         CONFIDENTIAL
12
13                          VOLUME II
14      VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.
15                  Wednesday, July 26, 2006
16
17                        VIDEOTRACK LLC
                          Reporting For:
18
19                   LiveNote World Service
                 221 Main Street, Suite 1250
20              San Francisco, California  94105
                     Phone:  (415) 321-2300
21                   Fax:    (415) 321-2301
22
23
24    REPORTED BY: KAE F. GERNANDT
                   CSR No. 5342
25
```

Sanderson, Jr., Edward J Vol. II  7/26/2006  9:00:00 AM

1  Q. This is what I'm asking.

2  A. Yeah.

3  Q. Because the top of the document begins

4  with the license line of the business.

5  A. Right.

6  Q. And then the second half is the

7  consulting line of business. And then the large

8  deal impact kind of trails off at the end. It

9  appears, logically, that it might relate to the

10  second half.

11  A. It doesn't relate to Consulting. And I

12  mean, it's not consulting as well. If you notice

13  under "Consulting LOB," the very first bullet on

14  11/22, it says revenue forecast is 38 million.

15      If you see on November 10th revenue

16  forecast is 38 million. We didn't even put judgment

17  against consulting because you can project out

18  billable hours and that kind of thing. Where you

19  had the more -- you know, the -- where things were

20  less defined was on the sales side, and so, you

21  would track those deals.

22      I also tracked deals, what -- one of the

23  things I did when I took over OPI, I wanted to track

24  the deals in each month of the quarter. And as you

25  can see, September, October, and November, I saw it

1   shows what deals we closed and what the trend is.

2        And, not surprisingly, particularly in a

3   sales organization, you're closing more deals in the

4   last month of the quarter than you did in the first

5   month.

6        Q.  Okay.  Just going to 620717.

7        A.  New quarter.

8        Q.  Right, the beginning of the third

9   quarter, right?

10       A.  Correct.

11       Q.  It -- maybe about a quarter of the way

12  down the page, it has the pipeline.

13       A.  Uh-huh.

14       Q.  And it indicates that the pipeline is

15  down 33 million from last week, right?

16       A.  Correct.

17       Q.  But it doesn't offer reasons here?

18       A.  No.  But it was not unusual -- right

19  after a quarter starts, it's when the reps go back

20  and everybody starts focusing on that quarter, and

21  they look at which deals are going to happen this

22  quarter and which deals are going to happen next

23  quarter or not at all.  So, they're cleaning up

24  their pipeline for the new quarter.

25       Q.  Yesterday we talked a little bit about

1    reps updating the pipeline prior to, I think it was,

2    December 15th --

3         A.   At that point, we were -- as I recall,

4    we were implementing OSO internally, and Mark

5    Barrenechea was just simply putting a request out

6    that --

7         Q.   That people update.

8         A.   -- we make sure because the system was

9    going to be down for a period of time as we went to

10   the new application.

11        Q.   Right.  So, he wanted everyone to update

12   it before the system went down, right?

13        A.   Until the old system was -- was stopped

14   so that they could begin the preparation to

15   implement OSO, correct.

16        Q.   Do you think that this pipeline

17   reference is a number that's before or after it was

18   updated by the sales reps?

19        A.   I -- I don't recall.

20        Q.   Okay.  Going down to Consulting --

21        A.   Uh-huh.

22        Q.   -- looking at, I guess, the sixth or

23   seventh bullet point down, it has the utilization at

24   57 percent.

25        A.   Uh-huh.

```
 1
 2
 3                    REPORTER'S CERTIFICATE
 4
 5        I, KAE F. GERNANDT, a Certified Shorthand
 6   Reporter for the State of California, do hereby certify:
 7        That the witness in the foregoing deposition
 8   was by me duly sworn; that the deposition was then taken
 9   before me at the time and place herein set forth; that
10   the testimony and proceedings were reported by me
11   stenographically and were transcribed through
12   computerized transcription under my direction; and the
13   foregoing is a true and correct record of the testimony
14   and proceedings taken at that time.
15        IN WITNESS WHEREOF, I have subscribed my
16   name this 3rd day of August, 2006.
17
18
19
20   _____
21         Kae F. Gernandt, CSR No. 5342
22
23
24
25
```