# EXHIBIT 422

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | |
| | In re ORACLE CORPORATION |
| 4 | SECURITIES LITIGATION |
| | Master File No. C-01-0988-MJJ |
| 5 | This Document Relates To: |
| 6 | ALL ACTIONS. |
| | _____/ |
| 7 | |
| 8 | |
| 9 | ---oOo--- |
| 10 | DEPOSITION OF JENNIFER MINTON |
| 11 | Thursday, April 21, 2005 |
| 12 | ---oOo--- |
| 13 | |
| 14 | SHEILA CHASE & ASSOCIATES |
| | 25 Otsego Avenue |
| 15 | San Francisco, California  94112 |
| | Phone: (415) 333-7474 |
| 16 | Fax:  (415) 333-7412 |
| 17 | |
| 18 | |
| 19 | |
| 20 | Reported by: |
| | SANDRA L. CARRANZA, CSR, RPR, CRR |
| 21 | CSR No. 7062 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

| | | | |
|---|---|---|---|
| 1 | | I N D E X | |
| 2 | | INDEX OF EXAMINATION | |
| 3 | | PAGE | |
| 4 | MR. BRITTON | | 7 |
| 5 | AFTERNOON SESSION | | 103 |
| 6 | | ---oOo--- | |
| 7 | | INDEX OF EXHIBITS | |
| 8 | DESCRIPTION | | PAGE |
| 9 | 1 | Plaintiffs' Notice of Deposition of Oracle Corporation Pursuant to Federal | |
| 10 | | Rule of Civil Procedure 30(b)(6) | 11 |
| 11 | 2 | Document entitled, "Week 2 of Budget Meetings, Bates stamped 028477 - | |
| 12 | | 028480 | 57 |
| 13 | 3 | Document entitled, "Budget Growth Rate Comparison - License, Bates stamped | |
| 14 | | 041949 | 67 |
| 15 | 4 | Document entitled, "Oracle Fiscal 2001 Budget," Bates stamped 039895 - | |
| 16 | | 039918 | 69 |
| 17 | 5 | String of e-mails; first is dated 6/19/00, from Lawrence Ellison to Jeff Henley, | |
| 18 | | Bates stamped 028499 | 82 |
| 19 | 6 | 7/28/00 e-mail from Jennifer Minto to Terry Ford, Bates stamped 041952 | 87 |
| 20 | | | |
| | 7 | Document entitled, "License Revenue | |
| 21 | | FOrecast Accuracy, Bates stamped 040637 | 91 |
| 22 | | | |
| | 8 | 1/18/01 e-mail from Jennifer Minton to | |
| 23 | | Ivgen Guner, Bates stamped 039315 | 95 |
| 24 | 9 | String of e-mails; first is dated 10/18/00 from Jennifer Minton to Jeff Henley, Safra | |
| 25 | | Catz, Mark Barrenechea, Sukumar Rathnam | 114 |

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

```
 1    INDEX PAGE (continued)
 2
 3    10   11/29/00 e-mail from "forecast" to
           pateam, et al., Bates stamped 040601
 4         - 040602                              130
 5    11   Document entitled, "November Flash
           Report," from Ivgen Guner to Jeff
 6         Henley, Bates stamped 019803          132
 7    12   String of e-mails; first is dated
           12/11/00, from Jeff Henley to "saas,"
 8         Bates stamped 020731                  134
 9    13   Document entitled, "Americas Cumulative
           Weekly License Pipeline Trends," Bates
10         stamped 008131                        150
11    14   String of e-mails; first is dated
           9/15/00, from David Winton to George
12         Roberts, Bates stamped 040837         156
13    15   Document Bates stamped 024454,
           ending with 24464                     161
14
15    16   Document entitled, "Oracle Corp. Pipeline
           Reporting Package, January 15, 2001,"
16         Bates stamped 00514 - 00523           161
17    17   Document entitled, "Large Deals in Q3,"
           Bates stamped 042297 - 042356         175
18
      18   Document entited, "Big Deal Update,
19         November 17 Workday 8," Bates stamped
           025049 - 025067                       181
20
      19   Document entitled, "Sanderson-Q201
21         Oracle Product Industries Q3 Week 7,"
           Bates stamped 016213 - 016240         187
22
      20   Document entitled, "Oracle Product
23         Industries Q3 '01 and Q4 '01 Forecast
           Package Week 10 - January 31, 2000,"
24         Bates stamped 036971 - 039178         196
25
```

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1  A.  Not that I know of, because I don't know what

2  this is.

3        (Whereupon, Plaintiffs' Exhibit 18 was

4        marked for identification.)

5        MR. BRITTON:  Q.  The court reporter has placed

6  in front of you what's been marked as Exhibit 18.

7        For the record, Exhibit 18 starts with Bates

8  025049 and ends at 025067.

9        Can you take a quick look and let me know if

10  you recognize these documents.

11  A.  Yes, I do.

12  Q.  Okay.  It appears to me that this is and

13  accumulation of a number of different e-mails; is that

14  fair?

15  A.  It is up through 025054.  Which number am I

16  supposed to be going off, the MDCA or the CA?

17  Q.  Yes --

18  A.  So up to that point, it is.

19  Q.  Okay.

20  A.  And I don't know how this enters into this next

21  one, 02055.

22  Q.  Right.

23  A.  I don't know how it commits in this bucket

24  [sic].

25  Q.  Okay.

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1    A.  But then the remaining are -- the remaining are

2    the same e-mails.  So these are the flash reports that

3    we get towards the end of the quarter from Lauren Mahon.

4    Q.  Okay.  Now, when you -- when you said the

5    remainder, if you look at 25058 through 061 --

6    A.  No, 25056.

7    Q.  I have more than --

8    What -- what page does yours end?

9    A.  So there's just one --

10    MR. RUBENSTEIN:  Mine ends with 67.

11    MR. BRITTON:  Right.

12    THE WITNESS:  So there's just one page, 025055.

13    MR. BRITTON:  Q.  Right.

14    A.  That is not the same --

15    Q.  Not the same.

16    A.  -- as 025056 through --

17    MR. RUBENSTEIN:  What about 58 and 59?

18    MR. BRITTON:  Look at 58 through 61.

19    MR. RUBENSTEIN:  Through 61, right.

20    THE WITNESS:  No, those aren't either.

21    MR. RUBENSTEIN:  Okay.

22    MR. BRITTON:  Q.  So these --

23    A.  Those -- those -- I have no idea why -- why

24    025058 would be in the stack, or 02059.

25    MR. BRITTON:  Q.  Okay.  So let's focus on

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1    the -- on the pages --

2    A.  Or 025060 --

3    Q.  Or 61.

4    A.  -- or 025061.

5    Q.  Let's focus on the pages that talk about the

6    big deal status.  Do you recognize --

7    A.  Big deal updates, yes.

8    Q.  Big deal updates.  You recognize these?

9    A.  Absolutely.

10    Q.  You referred to this as a flash report?

11    A.  This is the big -- this is the big deal update

12    report.

13    Q.  Okay.  And how often were these prepared?

14    A.  They were prepared like in the last week or so

15    of the quarter.  I have it here, if you can give me just

16    a minute so I can get back.

17        They were prepared essentially starting

18    somewhere around the last week of the quarter.

19    Q.  They'd be prepared daily?

20    A.  Yes, that's correct.

21    Q.  Okay.  Now, this -- this top e-mail talks about

22    this report only dealing with deals above $500,000,

23    unlike OSO, which includes all deals.

24        Does this refresh your memory on whether Oracle

25    was using OSO prior to the upgrade to 11i in December?

1   A.   Again, I believe that OSO was used -- I don't

2   know when OSO was implemented.  I do believe that one of

3   the sales divisions used it first so that they could

4   help development to find additional features and

5   functionality.  This has nothing to do with OSO.

6   Q.   Right, right, right.  This was -- okay.

7        What -- what program did Ms. Maha -- Mahon use

8   to -- to create these flash reports?

9   A.   She used a report that was called Approvals

10  2000 Report.

11  Q.   Approvals 2000.

12       So is it fair to say that this is a subset of

13  the Approvals 2000 Report?

14  A.   It is a summary.

15  Q.   Summary of it, okay.

16       Who is Lauren Mahon?

17  A.   Lauren Mahon is currently my vice president

18  responsible for North America finance operations.

19  Q.   Okay.  And what was her position during the

20  relevant period?

21  A.   I do not recall what position.  She clearly had

22  responsibilities still, as she does today, for the

23  contract administration group.

24       So just to clarify, sometime between this

25  period in question, November 2000 and today, I have

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1   moved additional folks underneath her, so Sarah Kopp,

2   who used to report directly to me, now reports to

3   Lauren.

4       Q.  Okay.  How would you use the information that

5   is contained in these big deal status reports in your

6   forecasting for the upside adjustments?

7       A.  I didn't.

8       Q.  You didn't use them at all?

9       A.  No.

10      Q.  Okay.  Then what was the purpose of receiving

11  this information?

12      A.  What this report shows is the number of -- so

13  pipeline deals are -- I want to clarify from pipeline

14  versus contracts pipeline.

15          This represents a summary of deals in the

16  license pipeline that are actually being worked on by

17  the contracts admin organization, okay.

18          So if you refer to the second page, it says,

19  "Pipeline deals are deals where contracts are received

20  in approval form, a quote, or a contract draft has been

21  prepared, and the sales rep has indicated that the deal

22  still may close in November."

23          Okay?

24      Q.  Okay.

25      A.  So these are what I would call live deals.

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1     They're in the hopper.

2        Q.  Okay.  So there is a chance that it may not

3     close.

4        A.  There is a chance that it may not close, but

5     unlike, you know, unlike the sales pipeline that we have

6     been talking about before --

7        Q.  Uh-huh.

8        A.  -- these are deals where they've gotten so far

9     along in the sales process that they have actually begun

10    contract negotiations.

11       Q.  Okay.  So it's contract negotiations, not

12    contracts processing once a deal is signed; is that

13    right?  I'm trying to figure out at what point in time

14    they are still negotiating the contract, or the contract

15    has been negotiated, but there's still more left to be

16    done to get the deal closed.

17       A.  Well, closed deals are where they have received

18    the paperwork from the customer --

19       Q.  Uh-huh.

20       A.  -- and they are a hundred percent complete.

21       Q.  Okay.

22       A.  Whereas, the pipeline deals are contracts that

23    are still being worked on.

24       Q.  Okay.

25       A.  And I should also inform you that this is only

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1   reporting on deals in the contracts queue for the

2   United States.

3       Q.  What do you mean by "contracts queue"?

4       A.  The contracts -- contracts that they're working

5   on.

6       Q.  Okay.

7       A.  She was America's revenue management

8   services -- he just pointed out -- at the time.  Lauren.

9           MR. RUBENSTEIN:  If you look on page two.

10          MR. BRITTON:  Oh, very nice.

11          THE WITNESS:  So she was in charge of contracts

12  OMS.

13          MR. BRITTON:  Q.  Okay.

14      A.  Order entry.

15          People move around a lot.

16      Q.  Okay.  Put that the aside.

17              (Whereupon, Plaintiffs' Exhibit 19 was

18              marked for identification.)

19          MR. BRITTON:  Q.  The court reporter has placed

20  in front of you what's been marked as Minton Exhibit 19.

21          For the record --

22          MR. RUBENSTEIN:  Ours is 20, I believe.

23          THE REPORTER:  Oh -- I have 19.

24          MR. BRITTON:  We have 19.

25          MR. RUBENSTEIN:  I stand corrected.

1  A.  Absolutely not.

2  Q.  It isn't?

3  A.  Absolutely not.

4  Q.  Absolutely not, okay.

5     We'll put that document aside.

6        (Whereupon, Plaintiffs' Exhibit 22 was

7        marked for identification.)

8        MR. BRITTON:  Q.  Okay.  The court reporter has

9  placed in front of you what's been marked as Minton

10 Exhibit 22.  Take a moment to look at this exhibit.

11 A.  I am familiar with it.

12 Q.  What's that?

13 A.  I -- I understand what it is.

14 Q.  Do you?  Yeah, let me identify it real quick.

15    For the record, Exhibit 22 starts with Bates

16 41923 and ends at 41939.

17    What is this report?

18 A.  As I testified earlier, when we were talking

19 about the e-mail notes that Lauren Mahon would send out

20 in the last week or so of the quarter of the big deal

21 update reports --

22 Q.  Uh-huh.

23 A.  -- this report was used to generate those

24 e-mail notes.  This report essentially is used by the

25 contracts organization in the United States to track the

1    status of the contracts that they are working on during

2    the course of the quarter.

3        Q.  Okay.  You use this report for purposes of your

4    forecasting?

5        A.  Absolutely not.

6        Q.  Okay.  Put that document aside.

7            (Whereupon, Plaintiffs' Exhibit 23 was

8            marked for identification.)

9        MR. BRITTON:  Q.  Okay.  We have placed in

10   front of you what's been marked as Minton Exhibit 23.

11   Take a moment to review this exhibit.

12       And Exhibit 23 starts at 039448 and ends at

13   039477.

14       A.  Okay.

15       Q.  Do you recognize this exhibit?

16       A.  I may have seen a copy of this exhibit, but I

17   would not have used it.  This exhibit is the divisional

18   reporting package for OSI, similar to the divisional

19   reporting package that we talked about a few moments ago

20   for OPI.

21       Q.  Okay.  And where would this document be used in

22   the process?

23       A.  This document would be distributed to the area

24   VPs reporting to Jay Nussbaum so that they could discuss

25   the forecast, I am assuming, in their weekly forecast

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1   calls.

2       Q.  On the Monday calls?  Or on Fridays?

3       A.  Or -- or whatever day they had them, yes.

4       Q.  Right.

5       A.  Some had them on Mondays; some had them on

6   Tuesdays; some had them, I think, on Fridays.

7       Q.  Okay.  Now, was there a -- a final version or

8   another version that OSI prepared after this that they

9   would use to put the information into OFA, or how did

10  that work -- from -- from the -- withdrawn.

11         From the Monday calls to the time that the

12  information went up into OFA, what happened in OSI?

13      A.  Let me step back for a moment, if I may.

14         The forecasts were due to be submitted into the

15  OFA system on, I believe, Wednesday evening.  And we

16  would solve the forecasts and prepare the upside report

17  for the EC meetings on Thursday.  It would take a while

18  to solve, since you are converting local currency into

19  constant U.S. dollars.

20         We would prepare the package.  I would look at

21  it on Friday, generally speaking; sometimes I would look

22  at it on Monday morning, make any adjustments to the

23  upside analysis before it was presented to Jeff Henley,

24  our CFO at the time, during the relevant period, and

25  before being presented to the executive management

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1    committee.

2        So going back to your question, if you could

3    rephrase it, I would appreciate it.

4    Q.  I was wondering if there was a subsequent

5    report prepared by -- withdrawn -- a subsequent forecast

6    prepared by OSI between the time of their Monday call

7    and the time that the information finally made its way

8    into OFA?

9    A.  So, again, as I just described the process, the

10   forecast submissions needed to get in by Wednesday.

11   Q.  Right.

12   A.  Right?

13   Q.  Right.

14   A.  And then the following week comes along, they

15   have their forecast meeting, my forecast that I'm done

16   using to create my EC upside reports is still; and so if

17   their forecast changed, I would learn about it during

18   the course of the EC meeting or through notification by

19   one of my directs that the forecast was changing --

20   Q.  Okay.

21   A.  -- so that I could change my upside numbers to

22   reflect any changes that may have taken place in the

23   submitted forecasts by the field.

24   Q.  Okay.  All right.  You can put that document

25   aside.

Minton, Jennifer 30(b)(6)  4/21/2005  9:00:00 AM

1     REPORTER'S CERTIFICATE

2        I hereby certify that the foregoing is a true

3     record of the testimony as reported to the best of my

4     ability by me, a duly certified shorthand reporter and a

5     disinterested person, and was tghereafter transcribed

6     under my direction into typewriting by computer.

7

8        I FURTHER CERTIFY that I am not interested in the

9     outcome of the said action and not connected with nor

10    related to any of the parties in said action or their

11    respective counsel.

12

13

14

15    Dated:  May 4, 2005

16

           _____

17         SANDRA L. CARRANZA, CSR No. 7062

18

19

20

21

22

23

24

25