# EXHIBIT 426

# License Checklist

| Date: | 30-Nov-00 | | Page 1 of | |
|---|---|---|---|---|
| Contract Specialist: | Kristina Zane | | Phone: | 650-506-4413 |

## END USER/CUSTOMER INFORMATION:

| | | New Customer (Y/N): | N |
|---|---|---|---|
| Name: | Hewlett Packard Company | Customer #: | 6057 |
| OLA: | | Contract Options (Y/N): | Y |
| Other Agrmnt: | SLSA-6057-23-FEB-94 | A2K: | |
| License Agreement Std: | | Global Tracking #: | 224467 |

## ORDER ENTRY:

Ship ☐   No Ship ☐   Tax Exempt
Trial ☐   Trial Conv. ☐   Order Number ☐   Tax Certificate #:
Stage ☐   Stage Conv. [X]   Order Number   3280748   Price List: Current

☐ FOB -Destination
(Requires ACM Review)

| | |
|---|---|
| Lease: | |
| PO | |
| Payment Discount Amount $: | 0 |
| License PO: | OCC4190 |
| Support PO: | OCC4190 |
| Hosting PO: | |

## CONTACT INFORMATION:

SHIP TO:
  Customer: Hewlett Packard Company
  Address: 100 Circle Blvd.
           MS6UC9
           Corvallis, OR 97330

  Ship Contact: Jack Strukel
Email Address:
  Phone #:
Tech Contact:

BILL TO:
  Customer: Hewlett Packard
  Address: 3000 Hanover Street
           Palo Alto, CA 94304

  Bill Contact: Accounts Payable
Email Address:
  Phone #: 650-857-3718
Admin Contact: Karen Montague

## Fees:

| | List | Net | | | |
|---|---|---|---|---|---|
| License: | | $21,331,122.50 | Payment terms | Net 30 | Conversion Credit: |
| Update Subscription: | | $3,199,668.38 | Payment terms | Net 30 | Roll-In Amount: |
| Product Silver Support: | | $1,493,178.58 | Payment terms | Net 30 | Unused Support: |
| Annual BOL Hosting Service: | | | Payment terms | BusinessOnline | |
| Other Support._ **Onsite** | | $549,700.00 | Payment terms | | |
| CD Packs: | | $0.00 | # of Copies: | 1 | |
| Training Units: | | | # of Units: | | Price Per Unit: |
| Consulting: | | | | | |
| Reinstatement: | | | | | |
| Onsite: Part or Full Time | | | Payment terms | | |
| Annual Supplemental Hosting: | | | Payment terms | BusinessOnline | |
| Other (Specify): | | | | | |
| Total Net Fees: | | $26,573,669.46 | | | |

## Sales Credits: Please attach spreadsheet if necessary

| Sales Rep   Full Name | Revenue Type | | Revenue % |
|---|---|---|---|
| **Please see attached spreadsheet** | | | |
| **also include:** | | | |
| Greg Fiorindo | onsite support | | 100% |
| Nancy Novak | onsite support | | 50% |
| Kelly Kinney | onsite support | | 50% |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 260105

# License Checklist

| Date: | 30-Nov-00 | | Page 1 of |
|---|---|---|---|
| Contract Specialist: | Kristina Zane | | Phone: | 650-506-4413 |

## END USER/CUSTOMER INFORMATION:

| | | |
|---|---|---|
| Name: | Hewlett Packard Company | New Customer (Y/N): | N |
| OLA: | | Customer #: | 6057 |
| Other Agrmnt: | SLSA-6057-23-FEB-94 | Contract Options (Y/N): | Y |
| License Agreement Std: | | A2K: | |
| | | Global Tracking #: | 224467 |

## ORDER ENTRY:

| | | | |
|---|---|---|---|
| Ship | No Ship | | Tax Exempt | |
| Trial | Trial Conv. | Order Number | Tax Certificate #: | |
| Stage | Stage Conv. [X] | Order Number | 3280748 | Price List: | Current |
| | | Lease: | Payment Discount Amount $: | 0 |
| [ ] FOB -Destination | | PO | License PO: | OCC4190 |
| (Requires ACM Review) | | | Support PO: | OCC4190 |
| | | | Hosting PO: | |

## CONTACT INFORMATION:

SHIP TO:
Customer: Hewlett Packard Company
Address: 100 Circle Blvd.
MS6UC9
Corvallis, OR 97330

Ship Contact: Jack Strukel
Email Address:
Phone #:
Tech Contact:

BILL TO:
Customer: Hewlett Packard
Address: 3000 Hanover Street
Palo Alto, CA 94304

Bill Contact: Accounts Payable
Email Address:
Phone #: 650-857-3718
Admin Contact: Karen Montague

## Fees:

| | List | Net | | | |
|---|---|---|---|---|---|
| License: | | $21,331,122.50 | Payment terms | Net 30 | Conversion Credit: |
| Update Subscription: | | $3,199,668.38 | Payment terms | Net 30 | Roll-In Amount: |
| Product Silver Support: | | $1,493,178.58 | Payment terms | Net 30 | Unused Support: |
| Annual BOL Hosting Service: | | | Payment terms | BusinessOnline | |
| Other Support._ **Onsite** | | $549,700.00 | Payment terms | | |
| CD Packs: | | $0.00 | # of Copies: | 1 | |
| Training Units: | | | # of Units: | | Price Per Unit: |
| Consulting: | | | | | |
| Reinstatement: | | | | | |
| Onsite: Part or Full Time | | | Payment terms | | |
| Annual Supplemental Hosting: | | | Payment terms | BusinessOnline | |
| Other (Specify): | | | | | |
| | | | | | |
| Total Net Fees: | | $26,573,669.46 | | | |

## Sales Credits:  Please attach spreadsheet if necessary

| Sales Rep    Full Name | Revenue Type | Revenue % | |
|---|---|---|---|
| **Please see attached spreadsheet** | | | |
| | | | |
| **also include:** | | | |
| | | | |
| Greg Fiorindo | onsite support | 100% | |
| Nancy Novak | onsite support | | 50% |
| Kelly Kinney | onsite support | | 50% |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 260106

**Control hold approval? (Y/N)**

**Is there an acceptance period? (Y/N)**  N

**Notes:**

****Unused Support· Please specify who receives sales credits

****Provide CSI # to be terminated          **2791880 and 2792138**

****Provide CSI # if they are not on Contract & Indicate if Csi is only to be partially terminated

## MIGRATION:

**Scenario #**

**Fees:**          List          Net

| | | |
|---|---|---|
| License: | | 0 | Payment terms | | Roll-In Amount: |
| Update Subscription: | | 2,210,204 | Payment terms | | Unused Support: |
| Product Silver Support: | | 1,040,096 | Payment terms | | |
| Other Support:_____ | | | Payment terms | | |

**Support Dates:**     Start     01-Sep-00          End          31-Aug-01

***Per product pricing on migrated licenses must be on a separate attachment.**

## Sales Credits for Migration:     Please attach spreadsheet if necessary

| Sales Rep   Full Name | Revenue Type | Revenue % | |
|---|---|---|---|
| Greg Fiorindo | Updates | | |
| Greg Fiorindo | Support | 100% | |
| | | 100% | |
| | | | |
| | | | |
| | | | |
| | | | |

## CD PACKS:     Provide version information of the cd packs that are on the shipment summary.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260107

# HP-INT ALLocations

| Step 1 | | | Step 2 | | | Step 3 | |
|---|---|---|---|---|---|---|---|
| **Total License** $21,331,122.50 | | | **Total Support** $4,692,846.95 | | | **Support Type** Silver | enter 'Bronze', 'Silver' |

| Step 4 Country (exclude the US) | Step 5 License Amount Installed | License Amount Transferred | License Percentage of Revenue | Step 6 Support Amount Installed | Centralized Support Percentage of Revenue |
|---|---|---|---|---|---|
| Brazil | $292,236.38 | $146,118.19 | 0.6850% | $64,292 | 0.5357% |
| Germany | $912,972.04 | $456,486.02 | 2.1400% | $200,854 | 1.6735% |
| UK | $648,466.12 | $324,233.06 | 1.5200% | $142,663 | 1.1886% |
| France | $618,346.28 | $259,173.14 | 1.2150% | $114,036 | 0.9501% |
| Italy | $253,840.36 | $126,920.18 | 0.5950% | $55,845 | 0.4653% |
| Netherlands | $518,346.28 | $259,173.14 | 1.2150% | $114,036 | 0.9501% |
| Austria | $108,788.72 | $54,394.36 | 0.2550% | $23,933.52 | 0.1994% |
| Japan | $236,775.46 | $118,387.73 | 0.5550% | $52,090.60 | 0.4340% |
| Australia | $196,246.33 | $98,123.17 | 0.4600% | $43,174.19 | 0.3597% |
| Malaysia | $217,577.45 | $108,788.73 | 0.5100% | $47,867.04 | 0.3988% |
| Singapore | $300,768.83 | $150,384.42 | 0.7050% | $66,169.14 | 0.5513% |

Choose either Ce[ntralized]

$2,102,182.13

**Step 4**
Int'l Total $2,102,182.13
USA Total $19,228,940.38

| Total Rev to Int'l | 9.8550% |
| Rev to Rep | 9.8550% |
| | 90.1450% |
| Non-Rev to Rep | 100% |
| Non-Rev to Prod Reps | |

| Total Rev to Int'l | 92.2934% |
| Rev to Corp $ | 7.7065% |
| Non-Rev to Rep | 92.2934% |
| Non-Rev to Prod Reps | |

| | License Rev | License Non Rev | Support Non Rev | Update Non Rev |
|---|---|---|---|---|
| Kelly Kinney | 45.0725% | 4.9275% | 46.1467% | 46.1467% |
| Nancy Novak | 45.0725% | 4.9275% | 46.1467% | 46.1467% |

Page 1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260108

# ORACLE®

## Ordering Document

**Ship-to Address:** 1000 Circle Boulevard
MS 6UC9
Corvallis, OR 97330

**Technical Contact:** Mike Overly
**Phone:** (650) 857-3718
**Fax:** (650) 857-8117
**Email Address:** mike_overly@hp

### ORACLE CONTRACT INFORMATION

**Customer Name:** Hewlett Packard Company
**Business Location:** 3000 Hanover Street
Palo Alto, CA 94304

**Contract Administrator:** Karen Montague
**Phone:** (650) 857-3718
**Fax:** (650) 857-8117

**Agreement:** Software License And Services Agreement
**Agreement Name:** SLSA-6057-21-FEB-94
This Ordering Document is placed in accordance with the agreement specified above ("Agreement")

## A. PROGRAMS

Customer hereby orders the Program licenses described below for use in the Territory, unless otherwise specified.

| Product Description | Quantity | License Type |
|---|---|---|
| **PERPETUAL LICENSES:** | | |
| Oracle Application Users | | |
| **Marketing** | | |
| Marketing Online | 1,000 | Application User |
| **Sales** | | |
| TeleSales | 600 | Application User |
| Sales Online | 5,500 | Application User |
| Mobile Sales | 5,500 | Application User |
| Incentive Compensation | 7,300 | Compensated Individual |
| **Service** | | |
| Service Online | 1,500 | Application User |
| **Call Center** | | |
| Advanced Inbound | 2,000 | Workstation |
| eMail Center | 2,000 | Workstation |

dbsua 22467 Hewlett Packard Co 11/30/2000

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 260109

dbush 22-4467 Hewlett Packard Co.1/230/2000

## License Migration

| Existing Licenses | CSI Number | Order Date | Migrated Licenses |
|---|---|---|---|
| Telesales-138 Named User | 2791880 | 31-Aug-99 | Telesales-138 Application User |
| Field Sales-5756 Named User | 2791880 | 31-Aug-99 | Sales Online-5756 Application User |
| Mobile Sales-3545 Named User | 2791880 | 31-Aug-99 | Mobile Sales-3545 Application User |
| Sales Compensation-3525 Named User | 2791880 | 31-Aug-99 | Incentive Compensation-3525 Compensated Individual |
| Marketing-375 Named User | 2791880 | 31-Aug-99 | Marketing Online-375 Application User |
| Customer Care-150 Named User | 2791880 | 31-Aug-99 | TeleService-150 Application User |
| Tutor for Sales-6341 Named User | 2792138 | 31-Aug-99 | Tutor for Applications-6341 Application User |

| | |
|---|---|
| Net New License Fees: | $21,331,122.50 |
| First Year Product Support Fee For New Program Licenses: | $1,493,178.58 |
| First Year Update Subscription Service Fee For New Program Licenses: | $3,199,668.38 |
| Total New Technical Support Service Fees: | $4,692,846.96 |
| Product Support Fee for Migrated Licenses from 01-Sep-2000 to 31-Aug-2001: | $1,040,096.00 |
| Update Subscription Service Fee for Migrated Licenses from 01-Sep-2000 to 31-Aug-2001: | $2,210,204.00 |
| First Year Premium Technical Support Services: | $549,700.00 |
| Total Technical Support Service Fees for Migrated Licenses and Premium Support Services: | $3,800,000.00 |
| Total Fees: | $29,823,969.46 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260110

## B. GENERAL TERMS

1. **Technical Support.** Fees for Technical Support Services are due and payable annually in advance. Technical Support Services are effective upon shipment or upon the Effective Date of this Ordering Document if shipment is not required. Technical Support Services acquired with this order may be renewed annually, and for the initial 2 renewal years, the Technical Support fee will not increase by more than 5% over the prior year's fees.

The Technical Support fees stated herein shall be for Technical Support services provided to the following designated Customer Locations in each geographical region (EMEA, APAC, Americas, Japan), where Customer's internal 24x7 helpdesk and designated technical support contacts are located. Regionally centralized Technical Support services shall be provided to the designated Customer Locations in the local native language during the local country's normal business hours. Technical Support services provided outside of normal business hours shall be routed to Oracle's global support centers where Technical Support services shall be provided in English (except in countries where 24x7 Technical Support is made available locally). Customer acknowledges that Customer's internal helpdesk has the capability to provide first line support from line support from the designated Customer Locations to all Customer's international locations for the Programs licensed under this Ordering Document. Customer's technical contacts located at the designated Customer Locations shall be the sole contacts able to receive Technical Support Services from an Oracle support center.

For any Updates to the Programs provided under the Ordering Document, Oracle shall upon Customer's request deliver to the Customer Location provided herein one Update copy. Localized versions of the Updates shall be administered and delivered from the appropriate local country support center. Customer is responsible for contacting the appropriate local country support center to request a localized version copy of the Update.

2. **Miscellaneous.** The Shipment Summary included with this Ordering Document specifies the CD Pack and/or Programs on the particular computer operating system requested by Customer, which have been shipped or currently are being shipped to Customer. Where shipment is required, Oracle shall deliver to the Customer Location 1 copy of the software media and 1 set of Documentation (in the form generally available) for each Program currently available in production release as of the Effective Date below. Customer shall be responsible for installation of the software. All fees due under this Ordering Document shall be non-cancelable and the sums paid nonrefundable, except as provided in the Agreement. Customer agrees to pay applicable media and shipping charges Provided Customer continuously maintains Update Subscription Service, additional CD Packs for the programs provided under this Ordering Document may be ordered though the Oracle Store at the standard CD Pack price. If Customer loses or damages the media containing a Program licensed hereunder, upon Customer's written notice Oracle will provide a replacement copy thereof, under Oracle's then-current Technical Support policies, for a media and shipping charge. The following shipping terms shall apply: FOB Shipping Point, Prepaid, and Add. These terms shall also apply to any options exercised by Customer. For purposes of this Ordering Document, Applications and/or Tools Programs may also include any source code Oracle may provide as part of its standard shipment of such Programs, which source code shall be governed by the terms of the Agreement.

Additional Programs may be included with Customer's order which Customer may use for trial purposes only. Customer shall have 30 days from the delivery date to evaluate these Programs. Any use of these Programs after the 30 day trial period shall require Customer to obtain the applicable license. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or any warranties of any kind for these Programs.

3. **License Migration.** Customer agrees to migrate licenses previously acquired to new license types. The existing number of licenses and license types to be migrated are specified in the Existing Licenses column above; these licenses shall be converted into the number of licenses and license types specified in the Migrated Licenses column above and all existing licenses and license types shall be terminated.

dbush 224467 Hewlett Packard Co 11/30/2000

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 260111

Page 4 of 6

## C. OTHER

1. **Territory.** The "Territory" shall be defined as Customer facilities worldwide, subject to U.S. export laws. Customer may only access and use the programs in the Territory.

2. **Customer Definition.** For purposes of this Ordering Document, Customer shall be defined as the company listed at the head of this Ordering Document and Customer's majority owned subsidiaries. Before accessing the Programs, each subsidiary must agree in writing to be bound by the terms of this Ordering Document.

3. **Divestiture.** If another company is created through a divestiture or reorganization of Customer's business ("Divested Entity") such Divested Entity may use a portion of the licenses provided under this Ordering Document for up to 12 months, upon written notice to Oracle, provided that the Divested Entity is not a competitor of Oracle and the Divested Entity agrees in writing to the terms and conditions of this Ordering Document. During this period, the Divested Entity may use the programs for either their business operations or Customer's business operations. If the Divested Entity wishes to continue its use of the programs at the end of the time period specified above, the Divested Entity must execute a mutually agreeable Ordering Document with Oracle which will govern the Divested Entity's use of the programs.

4. **Program Exchange.** For 2 years from the Effective Date, Customer shall have the one-time option to terminate the Migrated Licenses listed above and exchange such terminated Migrated Licenses (the "Exchanged Programs") for other Migrated Licenses listed above (the "New Programs"). The fee for such Program Exchange shall be based on the list price of the Migrated Licenses listed on Oracle's eBusiness Global Price List as of the Effective Date.

   This option may be exercised at no additional charge to Customer provided that Customer has continuously maintained Technical Support from Oracle for the Programs licensed under this Ordering Document. If the list license fees for the Exchanged Programs does not exceed the amount of the list license fees for the New Programs pursuant to Oracle's eBusiness Global Price List as of the Effective Date, Customer shall not be entitled to any refund of any excess amount. Customer acknowledges that the Exchanged Programs may not exceed 20% of the total number of Migrated Licenses listed above. Oracle has no shipment obligation.

5. **Assignment.** Upon notice to Oracle, Customer may assign its rights under this Ordering Document to an entity resulting from a merger or a sale or other transfer of substantially all of Customer's assets and the assignee agrees in writing to the terms and conditions of this Ordering Document.

## D. DEFINITIONS

1. **Application User.** For the purposes of this Ordering Document, Application User shall be defined as an individual authorized by Customer to use the applications Programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the Programs at any given time.

2. **Compensated Individual.** For the purposes of this Ordering Document, Compensated Individual shall be defined as an individual whose compensation or compensation calculations are generated by the Programs. The term Compensated Individual includes, but is not limited to, Customer employees, contractors, retirees, and any other Person.

dbush 224467;Hewlett Packard Co 11/30/2000

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 260112

3. **Workstation.** For the purposes of this Ordering Document, Workstation shall be defined as the client computer from which the Programs are being accessed, regardless of where the Program is installed.

Customer and Oracle agree that the terms and pricing of this Ordering Document shall not be disclosed without the prior written consent of the other party. This quote is valid through November 30, 2000 and shall become binding upon execution by Customer and acceptance by Oracle.

**HEWLETT PACKARD COMPANY**

Signature: _____

Name: PHILIP MAY

Title: GENERAL MANAGER ORACLE BU

Effective Date: 11/30/00

**ORACLE CORPORATION**

Signature: _____

Name: SHELLEY S. CURTIS

Title: ASSISTANT GENERAL COUNSEL

dbush:224467 Hewlett Packard Co 11/30/2000

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260113

dbush 224467 Hewlett Packard Co.,11/30/2000

**SHIPMENT SUMMARY:**

**CD PACK**

Oracle Applications CD Pack for HP-UX

**PROGRAMS**

Sales Online
Advanced Inbound
TeleSales
Service Online
Marketing Online
eMail Center
Incentive Compensation

**CSI NUMBER**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260114

**ORACLE**

# ONSITE SUPPORT SERVICES EXHIBIT

**Customer Name:**    Hewlett Packard Company
**Customer Location:**    1911t Pruneridge Avenue
Cupertino, CA 94014

This Onsite Support Services Exhibit ("Exhibit") shall be governed by the terms of the Software Licenses and Services Agreement dated February 23, 1994 (the "Agreement") between Hewlett Packard Company ("Customer") and Oracle Corporation ("Oracle"). Oracle Support Services ("OSS") shall provide Onsite Support Services ("Services") acquired under this Services Ordering Document only at the Customer Location identified in Section C.1.

## A.    SERVICES

1.    <u>Description of Services</u>
Customer shall receive up to a total of 400 Service Days of assistance by an Oracle OnSite Technical Support Engineer during the Term. For the purposes of this Exhibit, a "Service Day" shall be defined as: up to 8 hours per day from 8:00 a.m. to 5:00 p.m. (in Customer's time zone in the U.S.), Monday to Friday, excluding Oracle holidays. Customer and Oracle shall schedule Services of the OnSite Technical Support Engineer at least one week in advance; scheduling of OnSite Services is subject to availability of a Technical Support Engineer.  The Onsite Technical Support Engineer may assist Customer with one or more of the following Services:

- Assist with upgrade and implementation planning
- Assist in developing and maintaining system documentation related to Customer's hardware and software configuration
- Technical Assistance Request (TAR) review and analysis:
    - investigation of recent TAR reports
    - TAR filing, tracking and reporting
    - recommendations designed to minimize future TARs
- Research features and functionality of supported Oracle Programs
- Provide available product-specific white papers and bulletins
- Database administration assistance
- System Administration assistance
- Assist with plan for Oracle Program migration
- Assist with Capacity planning
- Establish appropriate procedures and guidelines to pursue, track and document Technical Assistance Requests (TARs).
- Monitor Technical Assistance Requests (TARs) and communicate status to Customer's designated Technical Support Contacts.
- Communicate critical support issues identified by Customer to Oracle Support.
- Assist in maintaining Oracle and Customer Support contact(s) list.
- Assisting Customer in reviewing Oracle's current Support service offerings.
- Preparation of weekly written Status Reports for Customer's Technical Contact
- Assist with test case creation, filing, tracking, and reporting

HP onsite support 12/01/2000                    Page 1



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260115

- Assist with bug report filing, tracking, and reporting
- Assistance with problem workarounds for open Technical Assistance Requests (TARs)
- Oracle Program installation assistance
- Assisting with the management, application and verification of Oracle Program patches
- Conduct quarterly account reviews
- Assistance with feasibility and proof-of-concept analysis and design assistance for Customer's planned IT projects that involve supported Oracle Programs
- At Customer's request, attend Customer IT planning meetings
- Escalation management for severity 1 Oracle TARs
- Assist with Oracle Program release planning
- Research information on problems/questions posed by Customer's production and development DBA's.
- Assistance with creation of a new database instance
- Assist with performance Tuning of the database
- Assist with database performance analysis

Services under this Exhibit do not include data conversion or custom coding. The services shall be performed in accordance with Oracle's Technical Support Policies in effect on the Effective Date of the Ordering Document attached hereto.

2.    Customer Obligations and Oracle Assumptions
The Description of Services and Fee set forth in this Exhibit are based upon information Customer has presented to Oracle and upon Customer's performance of the following:

- Provide OSS with adequate workspace, computer resources, and normal equipment and business supplies, at no charge to Oracle, for the duration of work under this Exhibit (e.g. desks, PCs or terminals, telephones, modem lines, copiers, printers, facsimile machines, word processing, and spreadsheet software)
- Acquire licenses for the necessary Oracle software prior to commencement of Services;
- Inform the Onsite Technical Support Engineer in a timely manner of any pending scheduled upgrades (including the application of Oracle patches) specific to the Oracle Programs, or any other modifications of the hardware and/or software environment that could affect performance.
- Maintain and make payment to Oracle for Product/Silver support for the Program Set. If Product/Silver support lapses during the term, this Exhibit will be terminated, and any unused Service Days forfeited.
- Provide remote access to Customer's computer systems as necessary for OSS to perform the Services specified in this Exhibit.

Customer acknowledges that its timely provision of and access to Customer operations, documentation, equipment, assistance, complete and accurate information and data from its officers, agents, and employees (collectively, "Cooperation") as well as fulfillment of the obligations above are essential to the performance of the Services set forth in this Exhibit and that Oracle shall not be liable for any deficiency in performing Services if such deficiency results from Customer's failure to provide Cooperation or meet its obligations under this Exhibit.

HP onsite support 12/01/2000                    Page 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260116

**B.     FEES AND PAYMENTS**

1.    <u>Fees</u>
Customer will pay to Oracle a fee of $549,700 (the "Fee") for Services described in this Exhibit.
The Fee shall be due and payable annually in advance, net thirty five (35) days from date of
invoice, and shall be non-cancellable and the sum paid nonrefundable. The Fee does not include
taxes or expenses, which shall be invoiced separately, and does not include fees for products
and/or Services provided by any group other than OSS. Any unused Service Days remaining at
the end of the Term shall be deemed forfeited and Customer shall not be entitled to any refund
for forfeited days.

**C.     ADDITIONAL TERMS**

1.    <u>Term and Customer Location</u>
The Term of this Exhibit  shall be 1 year from the Effective Date of the Ordering
Document attached hereto.  The Customer Location shall be: 19111 Pruneridge Avenue
                                                          Cupertino, CA 94014

2.    <u>Program Set</u>
Oracle shall provide Services listed in Section A of this Exhibit, only with respect to the
Programs for which Customer has acquired licenses and Oracle Silver/Product Technical
Support listed in Section A of the Ordering Document attached hereto (the "Program
Set"), and only at the Customer Location above.

Nothing in this Exhibit shall be construed as expanding any license conferred under a
separate ordering document.

3.    <u>Segmentation</u>
Customer acknowledges that the Services acquired hereunder were bid by Oracle
separately from any Oracle Program licenses.  Customer understands that it has the right
to acquire Services without acquiring any Oracle Program licenses, and that Customer
has the right to acquire the Services and any Oracle Program licenses separately.

4.    <u>Change Order</u>
In order to make a change to the Description of Services in this Exhibit, Customer will
submit a written request to Oracle specifying the proposed changes in detail.  Oracle will
submit to Customer an estimate of the charges and the anticipated changes in the delivery
schedule that will result from the proposed change in Services (Change Order).  Oracle
will continue performing the Services in accordance with this Exhibit until the parties
agree in writing on the change in scope of work, scheduling, and fees therefore.  Any
Change Order shall be agreed to by the parties in writing prior to implementation.

5.    <u>Confidentiality</u>
Customer and Oracle agree that the terms and pricing of this Exhibit are confidential and
shall not be disclosed without prior written consent of the other party.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 260117

6.  <u>Independent Contractor Status</u>

It is the intention of the parties that Oracle and any Oracle personnel be independent contractor(s) and not an employee, agent, joint venture, or partner of the Customer. Nothing in this Exhibit shall be interpreted as creating or establishing the relationship of employer and employee between Customer and either Oracle or any employee or agent of Oracle.

7.  <u>Compensatory Tax</u>

The parties acknowledge that temporary living reimbursements to Oracle consultant(s) may be deemed compensatory under federal, state, and local tax laws if a consultant's assignment in a particular location will exceed or has exceeded one (1) year. Where reasonably possible, Oracle will plan with Customer to limit the duration of a consultant's assignment in a particular location to less than one (1) year. If Customer's requirements are such that it becomes necessary for a consultant's services in a particular location to continue for one (1) year or more and as a result such consultant's living expenses are deemed compensatory for tax purposes, then Customer agrees to pay Oracle the amount of additional compensation provided to such Oracle personnel to compensate for taxes imposed therefor.

This quote is valid through November 30, 2000 and shall become binding upon execution of the attached Ordering Document by Customer and acceptance by Oracle.

HEWLETT PACKARD COMPANY

Signature: _____

Name: __PHILIP MAY__

Title: __GENERAL MANAGER, ORACLE EU__

ORACLE CORPORATION

Signature: _____

Name: **SHELLEY S. CURTIS**
ASSISTANT GENERAL COUNSEL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260118

## EXPERT PACKAGE IDENTIFICATION ATTACHMENT

Oracle Support Administrator:
    Name:
    Address
    Telephone:
    Fax:

Oracle Resource Manager:
    Name:
    Address:
    Telephone:
    Fax:

Customer Billing Accounts Payable Contact:
    Name:
    Address:
    Telephone:
    Fax:

Customer Contract Manager:
    Name:
    Address:
    Telephone:
    Fax:

Purchase Order No. _____ or Purchase Order Exception Acknowledgment:

Customer agrees to pay for Services performed under this Ordering Document, as specified in the Ordering Document and/or Agreement without a purchase order.

Tax Information
___ (1) Exempt (Attach Tax Exemption Form)
___ (2) Non-exempt


_____          _____
Customer Authorized Signature             Date

_____          _____
Customer Name (please print or type)      Title

HP onsite support 12/01/2000                    Page 5



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 260119

# ORACLE FINANCING DIVISION

### YOUR ORACLE SOFTWARE AND SERVICES
### FINANCING SOLUTIONS
One Lagoon Drive, Suite 120
Redwood Shores, CA 94065
DIRECT TELEPHONE: 650.633-8582
HOTLINE: 650.506.2020
FAX: 650 633 0804
ALT. FAX: 650.506.7392
e-mail:Elizabeth.ortiz@oracle.com

ATTENTION:     Dave Jinnett
               **"URGENT"**
FAX:           ~~312-704-1724~~  633 - 1644
FROM:          Lizzy Ortiz
PHONE:         650-633-8582
FAX:           650-633-0804
TOTAL NUMBER OF PAGES (INCLUDING COVER):  **3**
MESSAGE:

Following please find the counter-signed financing documents for  Hewlett-Packard
Company.

*NOTE:  These are new instructions!  Any fields not mentioned here
should match the standard Oracle Net 30 entry.*

 **PAYMENT DISCOUNT INFORMATION:**
*!!!PLEASE ENTER PAYMENT DISCOUNT IN ORDER ENTRY'S PAYMENT
DISCOUNT FIELD (COMMENTS SCREEN)!!!*

**The payment discount on this deal is $0.00.  Provide ORDER #
upon booking!!!**

*SUPPORT:*
*Please book Support Annually in Advance.*

*CD PACKS:  N/A*

*ORIGINAL FINANCING DOCUMENTS:* Faxes have been received - Thanks!
*PO:*
Please enter the following in the PO field:   "OCC4190"

*ORDER TYPE:*  OE = "OCC Ship" or "OCC No Ship"

*ORDER NUMBERS:*
Please forward (email or voicemail) IMMEDIATELY upon booking. ←IMPORTANT

Thanks, and PLEASE contact me if you have any questions!

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 260120

12/01/00  FRI 01:42 FAX 650 909 0399                                    ☑016

# ORACLE

Page 1 of 1

## Oracle Term License Lease Schedule
## (Oracle Product) No.  1

| | |
|---|---|
| Customer: | Hewlett-Packard Company |
| Address: | 3000 Hanover Street |
| | Palo Alto, CA 94304 |
| Contact: | |
| Phone: | Email Notice: |
| Order: | dated |
| Agreement: | dated |
| PPA No.: | 1759    dated    27-Aug-98 |

Executed by Customer (authorized signature):
By:
Name: PHILIP MAY
Title: GENERAL MANAGER, ORACLE BU
Executed by Lessor/Supplier: Oracle Corporation
By:
Name: ANN YORA
Title: VICE PRESIDENT
Payment Schedule Effective Date:

| System: | | Payment Schedule: | Payment Amount | Due Date |
|---|---|---|---|---|
| Software: | $21,331,12; 50 | | $3,000,000 | Net 30 |
| Support: | $4,692,84 96 | One Year | 2 @ $13,402,685 | 01-Apr-01 and 01-Nov-01 |
| Education: | | | | |
| Other: | $3,800,000 00 | Old Support | Three (3) payments due and payable as set forth above | |
| System Price: | $29,823,969 46 | | | |

| License Term:   11 months    Purchase Price:   $2,136,290 due 01-Dec-01 | Renewal Terms: |
|---|---|

**End of Term Options:** If Customer does not exercise one of the below End of Term Options, Lessor may extend the License Term for Software on a month to month basis at the then prevailing terms and rates, and support will be billed and collected pursuant the Order, until Customer exercises one of these options.
**Purchase Option:** Acquire the rights granted under the Order and Agreement with respect to the System, and upon paying the Purchase Price in full, Customer's rights in the System will revert back to those granted under the Order and Agreement.
**Renewal Option:** Extend the Initial License Term and any renewal of Support for an additional period under the then prevailing terms and rates or Renewal Terms, if listed above, but in no event will the License Term for the System, including Software and Support, be extended beyond the license term originally granted under the Order and Agreement; or
**Return Option:** Terminate this Contract, return all Software pursuant to the terms of the Order and Agreement and pay all outstanding payment obligations.

**Optional (if this box is checked):**
☐ The Customer has ordered the System from an alliance member of Oracle Corporation, whose name and address are specified below ("Alliance Member"). Customer shall provide Lessor with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into the Order and Agreement based upon its own judgment. Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claim against such Order and Agreement against Lessor or its Assignee. If Customer enters into the Agreement with Alliance Member, thereby sublicensing all or a portion of the System from Alliance Member, Customer represents that it has obtained Alliance Member's consent, if required, to enter into and perform this Contract. No party is authorized to waive or alter any term or condition of this Contract unless Lessor's consent has been obtained and the modification of the terms of this Contract is set forth in writing signed by the Lessor or its Assignee.   If within ten days of the Payment Schedule Effective Date, Lessor is provided with Customer invoices for the System specifying applicable Taxes and System location, then Lessor may add the applicable Taxes in accordance with the Invoice.

| Alliance Member | | Contact: |
|---|---|---|
| Address: | | Phone: |

This Payment Schedule is entered into by Customer and Lessor for the acquisition of the System which is directly or indirectly licensed or provided by Oracle Corporation ("Oracle") pursuant to the Order and Agreement (collectively "Agreement"). The System is ordered from Oracle or an alliance member of Oracle ("Supplier"). Oracle also acts as Lessor, and any reference to "Oracle Credit Corporation" or "OCC" in the Payment Plan Agreement ("PPA") means Oracle in its role as Lessor, extending lease terms to Customer. This Payment Schedule incorporates by reference the terms and conditions of the PPA, to create a Contract ("Contract"). In consideration of allowing Customer to use the System and pay the System Price over time, this Contract amends the Agreement with respect to the System by adding the terms contained herein. Except as otherwise provided under the Contract, Customer's rights and remedies under the Agreement, including Supplier's warranty and refund rights, shall not be affected.
**A. LICENSE TERM; TRANSFER OF RIGHTS:** Customer hereby assigns to Lessor Customer's rights to use System under the Agreement and Lessor hereby grants to Customer a license to use the System pursuant to the terms of the Agreement and this Contract during the License Term. Any rights granted under the Agreement are hereby modified to a license to use the System for a non-perpetual period of time as specified in the License Term, and failure to pay any sums due hereunder will be a default under the Agreement. Customer's right to use the System is conditioned upon its compliance with the terms of this Contract including the payment of its Payment Amounts in accordance with the Payment Schedule above. Software shall be accepted pursuant to the terms of the Agreement. Before Customer trades in or accepts a credit for any item that replaces part of the System, Customer will obtain Lessor's consent pursuant to this Contract.
**B. PAYMENT OF SYSTEM PRICE:** This Contract shall replace Customer's payment obligations under the Agreement, to the extent of the System Price listed above, upon Customer's delivery of a fully executed Agreement, PPA, this Payment Schedule, and any other documentation required by Lessor, and execution of the Contract by Lessor. Lessor may add the applicable Taxes due to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment, and adjust subsequent Payment Amounts to reflect any change or correction in Taxes due as a result of a change in System location or otherwise. Customer agrees to notify Lessor prior to any

change in the location of the System. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable support period from the Payment Amounts received in that period. The balance of each Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.
**C. RIGHTS AND REMEDIES:** This Payment Schedule is a financial accommodation extended to Customer and Lessor shall invoice fees for incidental services to the lease of the Software, such as Support and Education, as a financial accommodation. The right to use the System under the Agreement and this Payment Schedule, may not be assumed or assigned without the consent of Supplier and Lessor. Upon Default, (i) any obligation by Supplier to perform hereunder (or under the Agreement, including provision of Support) is automatically suspended without notice until such default is fully cured, and (ii) Customer agrees to permit Lessor's review of Customer's use of the System. Upon termination of Customer's right to use all or a part of the System, Customer will promptly execute and deliver to Lessor or its Assignee a certificate of non-use and return the System in accordance with the Agreement. If Customer files for bankruptcy, Customer shall timely perform all its obligations under the Contract, unless this Contract is rejected in bankruptcy court within sixty (60) days of filing the bankruptcy petition. If Customer has a dispute with Oracle or Lessor, or is subject to insolvency proceedings, Customer will promptly provide written notice at 1500 Oracle Parkway, Redwood Shores CA 94065) attn: Oracle Financing Division, Legal Operations.
**D. END OF TERM OPTIONS:** So long as no default exists and Customer has fulfilled all outstanding payment obligations hereunder, at the end of the License Term, upon sixty (60) days prior written notice to Oracle Financing Division and payment of any sums then due and payable, Customer may exercise one of the End of Term Options.
**E. ADMINISTRATIVE:** Customer agrees that Lessor or its Assignee may treat executed faxes or photocopies delivered to Lessor as original documents; however, Customer agrees to deliver original signed documents if requested.   Customer agrees that Lessor may insert the appropriate administrative information to complete the above form. Lessor will provide a copy of the final Contract upon request.

OTLL6 US 14MaxMo

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER            NDCA-ORCL 260121

## STANDARD LANGUAGE OPTIONS CHECKLIST

Please circle the clause id(s) from the CLAUSE_ID Column that pertain to your deal and the applicable option_id(s) from the OPTION_ID Column

| CLAUSE_ID | CLAUSE_DESC | OPTION_ID | OPTION_DESC |
|---|---|---|---|
| AGR | Agreement Reference | AGR01 | order placed against a custom agreement (OLA outside standard options, SLSA, SLSA with options, Other) |
| ASS | Assignment | ASS01 | non standard assignment option |
| | | ASS02 | assignment to successor company in event of merger or acquisition |
| | | ASS03 | allow assignment to a specific entity- up to one year |
| | | ASS04 | allow assignment to a successor prime contractor |
| AUD | Audit | AUD01 | non standard audit option |
| | | AUD02 | audit conducted by independent 3rd party for fee |
| | | AUD03 | deletion of clause if audit not permitted by law |
| | | AUD04 | contractor to use best efforts to obtain right to audit Gov Agency |
| | | AUD05 | contractor to use reasonable efforts to obtain right to audit Gov Agency |
| | | AUD06 | audit unless precluded by security regulations |
| | | AUD07 | contractor use best efforts to obtain access to Gov Agency site |
| | | AUD08 | audit Prime Contractor only |
| | | AUD09 | audit of Oracle |
| | | AUD12 | audit customer no more than once annually |
| BHT | Business OnLine Hosting Term | BHT01 | hosting term up to 2 years |
| | | BHT02 | hosting term more than 2 years |
| BID | Business OnLine International Delivery | BID01 | territory is customer facilities worldwide- hosting provided from US |
| CAP | Technical Support Cap | CAP01 | non standard cap option |
| | | CAP02 | cap >3 year term or % less than published rate |
| CON | Consulting | CON01 | non standard consulting option |
| | | CON02 | consulting services being purchased on ordering document |

Version 3

11/01/00

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 260122

| | | CON03 | free consulting |
|---|---|---|---|
| CPH | Order Placed per Contractual Price Hold | CPH02 | order is placed per contractual license discount/price hold |
| | | CPH03 | order is placed per contractual license and support discount/price hold |
| CRQ | Customer Requirements in a Contract | CRQ01 | non standard customer requirements in a contract option |
| | | CRQ02 | contract includes obligation to deliver a new product or version to the customer |
| | | CRQ03 | contract includes obligation to deliver a new product or version to the customer by a specified date |
| | | CRQ04 | contract includes obligation to add a specific functionality to a program |
| | | CRQ05 | contract includes obligation to add a specific functionality to a program by a specified date |
| CUS | Customer Definition | CUS01 | non standard customer option |
| | | CUS02 | majority owned subs >50% must agree in writing to be bound by the terms of the agreement |
| | | CUS03 | majority owned subs >50%- customer warrants it can bind subs and shall be responsible for breach by subs |
| | | CUS04 | minority owned subs |
| | | CUS05 | parent corporation included in customer definition |
| | | CUS06 | parent and parent's majority owned subsidiaries |
| | | CUS07 | majority owned subs with exhibit- must agree in writing to be bound by the terms of the agreement |
| | | CUS08 | majority owned subs with exhibit- customer warrants it can bind subs and shall be responsible for breach by subs |
| DIV | Divestiture | DIV01 | non standard divestiture option |
| | | DIV02 | if customer divests itself of a company new company may use software up to a year |
| ECR | Exchange Customer Reference Language | ECR01 | include customer reference language |
| EDU | Education Units | EDU01 | non standard education units option |
| | | EDU02 | education units are being purchased on the ordering document |
| | | EDU03 | not currently used |
| | | EDU04 | not currently used |
| | | EDU05 | education units valid for >12 months |

Version 3

11/01/00

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 260123

| | | | |
|---|---|---|---|
| END | Exchange Equity Interest | EEI01 | not currently used |
| | End of License Agreement | END01 | non standard end of license agreement option |
| | | END02 | breach must be material |
| | | END03 | Oracle may terminate agreement/ license for the breaching Customer subsidiary only |
| | | END04 | Oracle may terminate agreement/license of the breaching Customer division only |
| | | END05 | Delete Oracle's ability to terminate the Agreement and Program Licenses |
| ENT | Entire Agreement | ENT01 | non standard entire agreement option |
| | | ENT02 | entire agreement section added |
| EPH | Exchange Price Hold | EPH01 | not currently used |
| EQU | Equal Employment | EQU01 | non standard equal employment option |
| | | EQU02 | equal employment option added |
| ERS | Exchange Revenue Share | ERS01 | exchange licenses in consideration for revenue share- customer has >$1billion in annual revenue |
| | | ERS02 | exchange licenses in consideration for revenue share- customer has <$1billion in annual revenue |
| ERT | Exchange Reporting | ERT01 | customer report annual transaction volume every 6 months |
| ETP | Exchange Tiered Pricing | ETP01 | add option to tier pricing for exchange |
| EXC | Exchange Marketplace Included | EXC01 | add option to include exchange marketplace on ordering document |
| EXT | Exchange Term | EXT01 | reducing the term of exchange hosting services |
| FED | Free Education | FED01 | non standard free education option |
| | | FED02 | free education option added |
| FFT | FastForward Training | FFT01 | fastforward onsite training option added |
| FUT | Future Program Discounts | FUT01 | non standard future program option |
| | | FUT02 | future programs- agree to negotiate fees in good faith if and when available |
| | | FUT03 | specified future programs at a discount |
| | | FUT04 | specified future program at a designated price |
| GOV | Governing Law | GOV01 | replace with a state other than TX or LA |
| | | GOV02 | replace with TX or LA |
| HOS | Hosting Rights/Service Bureau | HOS01 | non standard hosting/service bureau option |
| | | HOS02 | right to use technology programs in a generic hosting environment |

Version 3

| | | HOS03 | right to use technology programs in a value add hosting environment |
|---|---|---|---|
| | | HOS04 | right to use applications programs in a value add hosting environment |
| | | HOS05 | right to use technology programs in a multi tier generic hosting environment |
| | | HOS06 | right to use technology programs in a multi tier value add hosting environment |
| | | HOS07 | right to use applications programs in a value add multi tier hosting environment |
| IND | Indemnification | IND01 | non standard infringement indemnification option |
| | | IND02 | delete Oracle's ability to have sole control of legal defense if required by law |
| INT | International Support Delivery Models | INT01 | non standard international support delivery option |
| | | INT02 | local country support |
| | | INT03 | centralized support |
| | | INT04 | regionally centralized support |
| JUR | Jurisdiction | JUR01 | non standard jurisdiction option |
| | | JUR02 | local jurisdiction when required by law |
| LCL | License Clarifications | LCL01 | multiserver environment right to use 8I standard if purchase ee |
| | | LCL02 | additional operating system |
| LIC | License Type Definitions | LIC01 | application specific |
| | | LIC02 | non standard licensing metric |
| | | LIC03 | beta programs |
| LIM | Limitation of Liability | LIM01 | non standard limitation of liability option |
| | | LIM02 | modify cap greater than amount paid or 1 mil |
| | | LIM03 | greater of up to 2x amount paid or up to 3 mil |
| | | LIM04 | greater than 2x amount paid or more than 3 mil |
| | | LIM05 | exception for gvmt entities who have legally required standard for limitation of liability |
| MIG | Migration Options | MIG01 | non standard migration option |
| | | MIG02 | add migration language |
| MUL | Multiple Years of Support Paid Up Front (Flatlined) | MUL01 | non standard multiple years of support option |
| | | MUL02 | customer pays for multiple years of support (flatlined)- if list price of support changes they will be invoiced for the difference |

Version 3

11/01/00

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260125

| NON | No Disclosure | NON01 | non standard non disclosure provision |
| | | NON02 | add non disclosure language |
| NOS | No Shipment Language | NOS01 | no shipment required for entire contract |
| | | NOS02 | no shipment required for a subset of the programs |
| ORD | Order of Precedence | ORD01 | ordering doc takes precedence |
| PAY | Payment | PAY01 | barter transaction |
| | | PAY02 | payment in the form of corporate securities |
| PCP | Preferred Customer Provision | PCP01 | non standard preferred customer provision |
| | | PCP02 | add preferred customer provision |
| PRH | Price Holds | PRH01 | non standard price hold option |
| | | PRH02 | hold price at same or higher price than original deal for up to 2 years |
| | | PRH03 | hold price at same or higher price than original deal for more than 2 years |
| PRO | Product Unavailability | PRO01 | non standard product unavailability option |
| | | PRO02 | add product unavailability option |
| RES | Resale of Third Party Product | RES01 | non standard one off resale of third party program option |
| | | RES02 | section added stating that third party program is warranted and supported by third party |
| | | RES03 | section added stating that third party program is warranted by third party with first line support custom via OSS |
| SBT | Support Billing Terms | SBT01 | non standard support billing term option |
| | | SBT02 | support billed quarterly in advance |
| | | SBT03 | support billed quarterly in arrears |
| SEG | Segmentation | SEG01 | non standard segmentation provision |
| | | SEG02 | add segmentation language, consulting not being purchased |
| | | SEG03 | not currently |
| SHP | Shipment of Software by Third Party | SHP01 | add language that software will be shipped by third party |
| SUP | Support shown on contract at <22% net license | SUP01 | non standard <22% net support option |
| | | SUP02 | year 1 shown at less than 22% net- year 2 shown at 22% net |

Version 3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260126

... prepay maintenance at xx% net and flatlined for x years

| SWA | Swaps | SWA01 | right to exchange included in contract |
| | | SWA02 | right to exchange product after contract has been signed |
| TAX | Taxes | TAX01 | non standard tax option |
| | | TAX02 | This section shall not apply to taxes based on Oracle's net income or personal property |
| | | TAX03 | Oracle will not pay any taxes on Customer's behalf if Customer provides Oracle with a copy of Customer's direct pay permit |
| | | TAX04 | Oracle will not pay any taxes on behalf if Customer if Customer provides Oracle a tax certificate of exemption |
| TEC | Technical Reference Manuals | TEC01 | option to include technical reference manuals on a contract |
| TER | Territory | TER01 | non standard territory option |
| | | TER02 | U S is replaced with territory defined as worldwide and estimated usage per country is listed |
| | | TER03 | U S. is replaced with Territory defined as worldwide |
| | | TER04 | military installations overseas |
| VIR | Viruses | VIR01 | non standard virus option |
| | | VIR02 | standard virus option |
| WAR | Warranty | WAR01 | non standard warranty option |
| | | WAR02 | Oracle to warrant technical response to RFP |

Version 3

11/01/00

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 260127

**From:** Kelley Kinney <kelley.kinney@oracle.com>                          11/14/2000 11:05 AM
**Subject:** [Fwd: HP CRM]
**To:** "Jinnett,David" <DAVID.JINNETT@oracle.com>

CRM Renewal numbers.

---

Kelley Kinney (Busse)
Oracle Corporation
Account Manager
650-506-5552 (Office)
415-215-4979 (Mobile)
650-633-3753 (Fax)

---

**From:** OSSINFO <ossinfo_us_appr@oracle.com>                              11/03/2000 5:37 PM
**Subject:** HP CRM
**To:** "Kinney,Kelley" <KELLEY.KINNEY@oracle.com>,
        "DeCesare,Michael" <MICHAEL.DECESARE@oracle.com>,
        "Fiorindo,Gregory" <GREGORY.FIORINDO@oracle.com>

Mike, Kelley, and Greg,

Support approved as follows for the renewal of HP's CRM licenses:

-Silver Support:  $3,250,300
-2 Onsites (200 days each):  $549,700
-Total Support $3,800,000

Support will start from expiration date.

Regards,


Travis

OSSINFO:
Allison Adams
Phone  732-726-2429
Fax    732-636-5915

Travis K. Tom
Phone  650-506-0995
Fax    650-633-2332

Visit "esource" for the latest policies and pricing:

http://esource.oraclecorp.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260128

**From:** Kelley Kinney <kelley.kinney@oracle.com>
**Subject:** HP CRM Approval                                                   Thu 10:35 AM
    **To:** OPIINFO <opiinfo_us@oracle.com>
    **CC:** "Jinnett,David" <DAVID.JINNETT@oracle.com>, Mike <michael.decesare@oracle.com>,
       Kurt <kurt.speck@oracle.com>, "Kinney,Kelley" <Kelley.KINNEY@oracle.com>,
       "Flessel,Mark" <mark.flessel@oracle.com>

Please approve the following additions:

- HQAPP: Definitions and General Licensing Rules - take pertinent definitions and place in ordering Document(app user, workstation, compensated individual, technical support)
- OPIINFO: In Aug 1999 CRM deal, we gave HP 1 time program exchange for 18 months(ends Feb 01) to swap no more than 20% of total licenses. Want to carry language over to new contract still to terminate at same time(Feb01) and only on migrated licenses from Aug 1999. **No additional time extension and does not apply to new licenses.**
- OSIINFO: Centralized Support (currently have these rights on Aug 1999 contract)
- DeCesare: Divestiture, Migration and Aqusition language added

Thanks, Kelley

OPIINFO wrote:

```
70% discount approved per Frank Varasano.

--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax
```

**Subject:** [Fwd: HP CRM Approval]
**Date:** Tue, 14 Nov 2000 14:52:40 -0800
**From:** Frank Varasano <Frank.Varasano@oracle.com>
**To:** opiinfo_us@oracle.com
**CC:** jim.english@oracle.com

```
Approved.
```

**Subject:** HP CRM Approval
**Date:** Tue, 14 Nov 2000 14:42:04 -0500
**From:** OPIINFO <OPIInfo_us@oracle.com>
**To:** "Varasano,Frank" <FRANK.VARASANO@oracle.com>
**CC:** "English,James" <JIM.ENGLISH@oracle.com>

```
Frank,
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260129

Please approve 70% discount.  Only your approval is needed.

--
Regards,
Catherine Chou
Director, OPI Business Practices
Tel:  (732) 855-5060
Fax: (732) 855-5061
E-mail: OPIInfo_us@oracle.com

---

**Subject:** [Fwd: HP CRM Approval]
**Date:** Tue, 14 Nov 2000 11:25:13 -0800
**From:** OPIINFO <opiinfo_us@oracle.com>
**To:** "Chou,Catherine" <CATHERINE.CHOU@oracle.com>

Please approve the following request.  HQAPP is not required.

Request:  70% discount (worst case)

Justification:  Aggressive discount is due to 1st year challenges and
frustrations with Oracle CRM software, and, HP's frustrations with the
August 1999 Wall Street Journal article that singled out HP as receiving
only 40% discount off their last CRM deal (also the largest Q1FY01deal).

Summary:
All worst case -
Net License:  $13.5M
Net Support:  $3M
License Discount:  70%
Current Price List

--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax

---

**Subject:** Re: HP CRM Approval
**Date:** Fri, 10 Nov 2000 15:43:45 -0800
**From:** michael.decesare <michael.decesare@oracle.com>
**Organization:** Oracle Corporation
**To:** Kelley Kinney <kelley.kinney@oracle.com>,
       OPIINFO_US <OPIINFO.US@oracle.com>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260130

**CC:** Kurt <kurt.speck@oracle.com>, "Jinnett,David" <DAVID JINNETT@oracle.com>,
"Flessel,Mark" <mark.flessel@oracle.com>
**References:** <3A0C352E.10AFAB10@oracle.com>

approved.mpd

Also required is net fees only on the contract.  We are working this hard for Q2 close.  Please approve
and expedite.. Mike

Kelley Kinney wrote:

Mike - Please approve -

APPROVAL REQUIREMENTS -

Approval(s) Required: HQAPP, OSIINFO, REV REC
Approvals/Non Standard Language

- Net fees = License 22.6 Support $4.9 (Worse Case L=$13.5 S=$3)
- License Discount = 50% (Worse Case = 70%)

> Discount warranted by 1st year challenges and frustrations with CRM software
> HP's frustrations w/Aug 1999 Wall Street Journal article publishing HP only receiving
40% discount off CRM committment(and largest Q1FY01deal)

- This contract is for further committment/additional users and roll out of Oracle CRM internally
at HP
- Net fees = License 22.6 Support $4.9 (Worse Case L=$13.5 S=$3)
- Show net fees only
- 5/99-9/00 total spend $47.5 m to Oracle

=====================================================================

ORDER SUMMARY
==============

=====================================================================
1. This account is: Vertical Mkt: OPI
2. Deal Structure: X Direct
===============================

=====================================================================
DRAFT CONTRACT at these e Business discounts:
License Discount    50%
Support Discount    50%

If discount is by product category, draft at these discounts:
CRM Apps
Vertical Apps      50% /  50%

LIST License fees  $45,237,620     NET License fees  22,618,810

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260131

LIST Update fees      6,767,548      NET Update fees   3,383,774
LIST Product Support fees 2,165,615      NET Prod Support   1,592,364

***Past Due Support Fees 4,172,870 due 8/99
=======================================================
=======================================================

APPROVAL REQUEST for these worst case discounts:

License Discount   70%
Support Discount   70%

If discount is by product category, worst case discounts:      License
CRM Apps
   Vertical Apps      70%     70%

LIST License fees $45,237,620      NET License fees $13,571,286
LIST Update fees      6,767,548      NET Update fees $2,035,693
LIST Product Support fees 2,165,615      NET Product Support fees $949,990

=================================================================

PRICING/CONTRACT INFORMATION:
=======================================
=======================================

Quote valid through:11/25/00
Note:

PARTNER -
  [ x] n/a

MIGRATION -
Are there existing licenses to be migrated or upgraded? x Yes

SUPPORT -
  (X] Premium Support Services-Gold, Value Added Premium, LifeCycle, Custom Gold
PAYMENT TERMS -
  [ x] Net 35(SLSA 6057-feb-94

REFERENCED AGREEMENT(S):
[x ] Existing SLSA (SLSA Date 6057-feb-94 EDA 6057-27-mar-97)

=================================================================
==========================

CUSTOMER ADMINISTRATIVE INFO
=======================================
=======================================

Customer's EXACT Legal Name:Hewlett Packard Company
      Business Address:3000 Hanover Street Palo Alto, Ca 94304
      Customer Contract Admin:Karen Montague
          Phone #:650-857-3718

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 260132

Fax #:
Billing Contact:Karen Montague
(          Address: 3000 Hanover Street Palo Alto, Ca 94304
Phone #·same
Fax #:
Tax Status · Non-Exempt x
Shipping Contact:Jack Strukel
Address:Corvallis, Or
Phone #:
Fax #:
Technical Support Contact: Mike Overly
Address:
Phone #:
Fax #:
Email ID:mike_overly@hp.com

APPLICATION PROGRAMS -

-Will the Apps be modified?  No x
Make: HP  OS: UX

| Programs | Term | QTY* | USER TYPE | USER PROCESS. TYPE | LICENSE LIST | NET | SUPPORT LIST | NET |
|---|---|---|---|---|---|---|---|---|
| Sales Online | 5244 | Application Users | | | | | | |
| Mobile Sales | 5255 | Application Users | | | | | | |
| Telesales | 462 | Application Users | | | | | | |
| Service Online | 1300 | Application Users | | | | | | |
| Marketing Online | 660 | Application Users | | | | | | |
| Incentive Comp | 6475 | Compensated Individual | | | | | | |
| Email Center | 2000 | Workstations | | | | | | |
| Advanced Inbound | 1980 | Application User | | | | | | |

Total List License fee: $ 46,133,870
Total List Support fee: $ 10,149,451

=====================================
=============================================MIGRATION/UPGRADE
INFORMATION
CSI# 2791880, 2792138
Support approved as follows for the renewal of HP's CRM licenses:

-Silver Support:  $3,250,300
-2 Onsites (200 days each):  $549,700
-Total Support $3,800,000

Support will start from expiration date.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 260133

EXISTING USER AGMT CSI ORDER NET FEES NEW USER
PROGRAM QTY & TYPE TYPE NUMBER DATE PAID* QTY & TYPE

| PROGRAM | QTY | & TYPE | TYPE | NUMBER DATE PAID* | QTY & TYPE |
|---|---|---|---|---|---|
| Telesales | 138 | full Use | Named User | Perpetual | |
| Field Sales | 5756 | Full Use | Named User | Perpetual | |
| Mobile Sales | 3545 | Full Use | Named User | Perpetual | |
| Sales Comp | 3525 | Full Use | Named User | Perpetual | |
| Marketing | 375 | Full Use | Named User | Perpetual | |
| Customer Care | 150 | Full Use | Named User | Perpetual | |
| App Object Lib | 20 | Full Use | Named User | Perpetual | |
| App Interc SAP | 1 | Full Use | Module | Perpetual | |
| Tutor for Sales | 6341 | Full Use | Named User | | |

=
=====================================================================================

LANGUAGE OPTIONS

Please indicate the requested options below and delete unused sections prior to sending.

Premium Support Services
[x ] Value Added Premium Services (OSSINFO)

hTerritory (Ordering Document Option)
 [x ] Worldwide definition  "subject to export controls"  (RD Approval)

Customer Definition (Ordering Document Option)

[x ] Majority owned subs(>50%) (e.g. with no exhibit) and subs agree in writing to be bound by
terms of the agreement.( RDD Approval)

=====================================================
====================================================INTERNAL ADMINISTRATIVE INFO
=====================================================
==========1. SALES CREDIT- Rev Credit - Field AM/TM:Kelley Kinney/Kurt Speck
  Non-Rev Credit- DATABASE Product Rep:

2. ADMINISTRATIVE INFO - Requester:Kelley Kinney
            Cost Center:496
        Contract Specialist:David Jinnett

--

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 260134

HP CRM Approval

Kelley Kinney (Busse)
Oracle Corporation
Account Manager
650-506-5552 (Office)
415-215-4979 (Mobile)
650-633-3753 (Fax)

Kelley Kinney (Busse)
Oracle Corporation
Account Manager
650-506-5552 (Office)
415-215-4979 (Mobile)
650-633-3753 (Fax)

| | |
|---|---|
| ☐ exec_HP_crm.doc | **Name:** exec_HP_crm.doc<br>**Type:** Microsoft Word Document (application/msword)<br>**Encoding:** base64<br>**Download Status:** Not downloaded with message |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 260135