# EXHIBIT 427

# ORACLE®

## ORACLE CORPORATION

## FINANCE AND AUDIT COMMITTEE MEETING

## January 5, 2001

Company Confidential

ORACLE
CONFIDENTIAL

NDCA-ORCL 081711

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# ORACLE CORPORATION

# FINANCE AND AUDIT COMMITTEE MEETING

## January 5, 2001

### Briefing Package Distribution List

Jeff Berg
Michael Boskin
Safra Catz
Dan Cooperman
Lawrence Ellison
Jeff Henley
Bruce Lange
Deborah Lange
Don Lucas
Annica Magnusson
Jennifer Minton

ORACLE
CONFIDENTIAL

NDCA-ORCL 081712

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Oracle Corporation
# Finance and Audit Committee Meeting Agenda
## 500 Oracle Parkway, Redwood Shores
## Board Room, 11th Floor
## January 5, 2001

Invited to attend the entire meeting are: Safra Catz, Dan Cooperman, Jeff Henley, Bruce Lange, Deb Lange, Annica Magnusson, Jennifer Minton

| Topic | | Time | Tab |
|---|---|---|---|
| Minutes of Previous Meeting | Don Lucas | 1:30-1:35 | 1 |
| Q1 Financial Review | Jeff Henley | 1.35-1.55 | 2 |
| Treasury | Bruce Lange | 1.55-2.15 | 3 |
| Income Taxes | Deb Lange | 2.15 - 2.35 | 4 |
| Arthur Andersen LLP | Gary Matuszak | 2.35 - 3.20 | |
| Q2 FY 01 Review | | | 5 |
| Auditor Independence | | | 6 |
| Corporate Giving | Rosalie Gann | 3.20 - 4.00 | 7 |
| Internal Audit | Annica Magnusson | 4.00 - 4.15 | |
| Q2 FY 01 Operations Review | | | 8 |
| Audit Schedule Progress | | | 9 |

ORACLE CONFIDENTIAL

NDCA-ORCL 081713

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ARTHUR ANDERSEN

ORACLE®

AUDIT COMMITTEE MEETING
JANUARY 5, 2001

ORACLE CONFIDENTIAL

NDCA-ORCL 081752

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW

- OVERALL RESULTS
  - No adjustments proposed
  - "Quality of Earnings" discussion - no issues

- JUDGMENTAL RESERVES AND ACCRUALS
  - Management Judgment Reserves and Accruals
    - Domestic Reserves
      - A/R judgment reserve
      - Sales return reserves
      - Accruals
    - International Reserves
      - No changes identified

ORACLE CONFIDENTIAL

NDCA-ORCL 081753

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW - REVENUE REVIEW

- REVENUE REVIEW
  - No changes in Scope or Procedures
    - License revenue - tested 37 %
    - Consulting revenue - tested 16 % (in process)
  - "VSOE" of Fair Value
    - Discounts on License transactions
    - Consistency of support pricing
    - Fixed price consulting
  - Re-use Consulting
    - Establishment of VSOE
  - Migration of Licenses
    - Several transactions with "cancellation" or "migration" rights
    - AA to test process for conversion in Q3

ORACLE CONFIDENTIAL

NDCA-ORCL 081754

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW - REVENUE REVIEW CONT'D

— HP
- $30 million hardware purchase guarantee
- 11 month term license/lease that converts to perpetual with final payment
- Remix/exchange rights on migrated licenses

ORACLE CONFIDENTIAL

NDCA-ORCL 081755

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW - INTERNATIONAL WORK



- INTERNATIONAL REVENUE/OTHER REVIEW
  - Work performed in 5 countries
  - France
    - Oracle was not able to print invoices or credit memos regularly since the end of October 2000, therefore causing significant increases in DSO
    - MFF 10.6 unexplained difference between A/R aging and A/R balance in G/L
  - Germany
    - Accounts Receivable Reserve
      -Fujitsu Siemens DM 10.4 million due June 30, 2000 is still outstanding at November 30, 2000; will now be financed; 10% reserve established

ORACLE CONFIDENTIAL

# RESULTS OF SECOND QUARTER REVIEW - INTERNATIONAL WORK

- UK
  - Unable to perform detailed testing on consulting revenue reconciliations
  - No detail of accrued or deferred revenue
  - Historical issues with CRM product licenses
- Japan
  - Fixed price consulting projects
    - Tsukuda
      » contract extended due to a discrepancy between Oracle and customer in terms of scope
      » Oracle agreed to perform additional work for less than the cost to perform the work
      » Local management believes that total contract will not result in a loss
  - Account Receivable
    - Significant increase in credit reserve
    - Changed methodology in Q1 of Fiscal 2000 for recording resellers is causing deterioration in aging.

ORACLE CONFIDENTIAL

NDCA-ORCL 081757

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW - OTHER

- OTHER DISCUSSION ITEMS
  - Liberate
    - Adjustment of SAB 51 gain
    - Q3 financial statement presentation (record increases in FMV through equity)
  - Taxes
    - Effective tax rate of 35.5%
    - FSC litigation -- accrual & 10-Q disclosure
    - True-up of deferred tax accounts
    - Tax Reserves --adequate

ORACLE CONFIDENTIAL

NDCA-ORCL 081758

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# RESULTS OF SECOND QUARTER REVIEW - OTHER CONT'D

- Q4/Q1 Follow-up Items
    - A/R aging to G/L reconciliation
    - Unearned education revenue reconciliation
- Detail of Fees for Non Audit Services from Fiscal 2000
    - To be provided at meeting

ORACLE CONFIDENTIAL

NDCA-ORCL 081759

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER