# EXHIBIT 429

DeCesare, Michael  2/16/2006  9:37:00 AM

1      IN THE UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

    In re ORACLE CORPORATION

4   SECURITIES LITIGATION

            Master File No. C-01-0988-MJJ

5   This Document Relates To:

6      ALL ACTIONS.

    _____/

7

8

9              ---oOo---

10           CONFIDENTIAL

11     VIDEOTAPED DEPOSITION OF MICHAEL DeCESARE

12         Thursday, February 16, 2006

13             ---oOo---

14

15         SHEILA CHASE & ASSOCIATES

             REPORTING FOR:

16         LiveNote World Service

         221 Main Street, Suite 1250

17      San Francisco, California  94105

           Phone: (415)  321-2300

18          Fax:  (415)  321-2301

19

20

21  Reported by:

    LORRIE L. MARCHANT, CSR, RPR, CRR

22  CSR No. 10523

    and

23  SHEILA CHASE, CSR, RPR

    CSR No. 4934

24

25

In re Oracle Corporation Securities Litigation        None                                Page 1

DeCesare, Michael  2/16/2006  9:37:00 AM

1   between the customer, HP, and the financial institution

2   instead.

3       Q.  Okay.  Do you know whether Oracle was the

4   financial institution in this instance?

5       A.  My understanding of the situation at that point

6   was that 100 percent of the paper was sold to third

7   parties.

8       Q.  Okay.

9       A.  And if it was kept by Oracle -- hold on.  Hold

10  on.  Hold on.  Hold on.

11         So the typical business practice would have

12  been to sell that to a third-party institution.  I think

13  on this that, when we put the leasing document in front

14  of HP, they objected to the language, and Oracle had to

15  carry that internally.  But I could be wrong on that.

16  I -- I don't remember, to be honest with you.

17      Q.  All right.  That's fine.

18      A.  In which case you would just see these

19  three bullet points in the contract instead of another

20  third-party leasing document, but I don't remember that.

21  That's -- I think that's what happened on this

22  transaction.

23      Q.  And --

24      A.  By the way, I don't think this is my document.

25      Q.  You don't know if this is --

DeCesare, Michael  2/16/2006  9:37:00 AM

1   A.   I don't think it is.  The e-mail is mine for

2   sure, which is the front page, but I have no

3   recollection of writing this.  My guess is this was

4   written by Conway.

5   Q.   Conway Snyder?

6   A.   Yes.

7   Q.   Why is that?  Because he was the manag- -- the

8   account manager?

9   A.   Because this was a deal that wasn't just as

10  simple as them buying software from us.  There was

11  heave, heavy involvement from the alliance team that

12  managed the relationship; right?  Getting HP to use

13  the -- to get Oracle to use HP's products was very

14  attractive to both alliance teams as well, because it

15  furthered the partnership.  So there's a lot of

16  documents that are in here and things that, you know --

17  I -- I -- you know, I just don't remember writing this.

18  Q.   Looking at 020845, do you recognize the

19  handwriting on that document?

20  A.   I do not.

21  Q.   If you can just go through that -- the entire

22  document through 849 and let me know if you recognize

23  any of the handwritten notes on -- on these documents.

24  A.   No, I don't.

25  Q.   Okay.

DeCesare, Michael  2/16/2006  9:37:00 AM

1    A.  It's definitely not my writing.  I'm far

2    messier.

3    Q.  Okay.

4    A.  I'm on this last page.

5    Q.  I'm going to ask you to just turn to the last

6    page of the document.

7    A.  Okay.

8    Q.  020849.  Look at the very last bullet point

9    there, where it says "Q2 CRM order."

10       Do you see that?

11   A.  M-hm.

12   Q.  Can you just read that for me.

13   A.  So

14       "HP will not require the additional

15       licenses until January 2001 to" --

16       January -- or "to June 2002 but is willing

17       to commit to these licenses in exchange for

18       the above points.  The list price on these

19       new licenses is $46 million and we" --

20       currently -- "we are currently in front of

21       them at a 50 percent discount for a net

22       license deal of 23 million."

23   Q.  Okay.  Where it says "HP will not require

24   additional licenses until January 2001 through

25   June 2002," is that what you were referring to, when --

DeCesare, Michael  2/16/2006  9:37:00 AM

1  CERTIFICATE OF DEPOSITION OFFICER

2  I, SHEILA CHASE, RPR, CSR NO. 4934, duly authorized

3  to administer oaths pursuant to Section 8211 of the

4  California Code of Civil Procedure, hereby certify that

5  the witness in the foregoing deposition was by me sworn

6  to testify to the truth, the whole truth and nothing but

7  the truth in the within-entitled cause; that said

8  deposition was taken at the time and place therein

9  stated; that the testimony of said witness was reported

10  by me and was thereafter transcribed by me or

11  under my direction by means of computer-aided

12  transcription; that the foregoing is a full, complete

13  and true record of said testimony; and that the witness

14  was given an opportunity to read and correct said

15  deposition and to subscribe same.

16  I further certify that I am not of counsel or

17  attorney for either or any of the parties in the

18  foregoing deposition and caption named, nor in any way

19  interested in the outcome of the cause named in said

20  caption.

21  IN WITNESS WHEREOF, I have hereunto subscribed

22  by my hand this _____ day of _____, 2006,

23

24  _____

   SHEILA CHASE, RPR, CSR NO. 4934

25