1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>**Honorable Susan Illston** |

1   The Court, having considered the papers regarding Defendants' Motion for
2   Summary Judgment and any argument thereon, and finding that there is no genuine issue as to
3   any material fact and that Defendants are entitled to judgment on all claims as a matter of law
4   pursuant to Federal Rule of Civil Procedure 56(c), hereby **ORDERS** as follows: Defendants'
5   Amended Motion for Summary Judgment is **GRANTED**.  Judgment on all claims is hereby
6   entered for Defendants.

7

8   **IT IS SO ORDERED**.

9

10  Dated: _____

    THE HONORABLE SUSAN ILLSTON
11

12  Submitted By:

13  DATED:  October 20, 2008

14  LATHAM & WATKINS LLP                        LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)                   Patrick E. Gibbs (SBN 183174)
15    505 Montgomery Street, Suite 2000         140 Scott Drive
    San Francisco, California 94111-2562        Menlo Park, California 94025
16  Telephone: (415) 391-0600                   Telephone: (650) 328-4600
    Facsimile: (415) 395-8095                   Facsimile: (650) 463-2600
17  E-mail: peter.wald@lw.com                   E-mail: patrick.gibbs@lw.com

18
    LATHAM & WATKINS LLP
19    Sean M. Berkowitz (*pro hac vice*)
    233 South Wacker Drive, Suite 5800
20  Chicago, Illinois 60606
    Telephone:  (312) 876-7700
21  Facsimile:  (312) 993-9767
    E-mail: sean.berkowitz@lw.com
22
            /s/
23  _____

24      Patrick E. Gibbs

25  | SF\675669.1||

26

27

28