Exhibit 4e

subordinate diagrams that describe various details of this ERP financial
component, one of which is titled "Journals," as shown in Figure 8, below[57]:

## Diagram 2: Journals



**Figure 8: One of Ten Detailed Data Model Diagrams for the General Ledger Component of Oracle's Suite 11i.1**

---

[57] *Ibid*. at 2-14.

**Confidential**

134.          It is important to emphasize that Figures 7 and 8 are just two pieces of the overall data model for the General Ledger component, and that there are approximately 75 such components that comprise Suite 11i. And it is equally important to emphasize that the hundreds of such data-model diagrams, and the thousands of individual entities (tables), and relationships between those tables, are all implemented *together*, as part of one *aggregate* database within 11i. There are not 75 databases, one for each of the 75 components; there is *one* database, whose thousands of interrelated entities (tables) are documented in the hundreds of diagrams exemplified by Figures 7 and 8.

## VIII.2     Technical Review Of The Workflow Integration In Suite 11i

135.          As discussed in Section VI.6.2 above, workflow integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of organizations.

136.          During the development of Suite 11i, Oracle's developers identified the primary business workflows that would be needed by most businesses. These were documented in "business flow diagrams" for both the ERP and CRM components of Suite 11i, with notations showing when and how the workflow crossed the boundary between the front-office CRM activities, and the back-office ERP activities.

137.          For example, the business flow diagram for the workflow "sales-opportunity-to-closing-the-deal" workflow is shown in Figure 9 below.[58] Note that this workflow begins in the "call center" portion of Suite 11i's CRM component; and then after various activities leading through "order capture," it drops down to a further set of activities (near the bottom left corner of Figure 9) dealing with the compensation of the sales representative associated with the order. Finally, after an activity labeled "Conduct Approval Process," the workflow "crosses the boundary" from CRM to ERP, to an activity labeled "Process Compensation," which is part of Suite 11i's Human Resource (HR) component.

---

[58] *See* Market Requirements Document, Post 11i Release (NDCA-ORCL 280607-22) at NDCA-ORCL 280619.

Page 53                                                                              Confidential



**Figure 9: CRM Business Flow Diagram for Opportunity-to-Close Workflow in Suite 11i**

## VIII.3    Overall Assessment Of Integration In Suite 11i

138.    To evaluate Oracle's claims that Suite 11i was integrated and interoperable, we must use the Oracle data-model diagrams and business flow diagrams – of which Figures 7-10 are only a few of a large collection – to answer three basic questions: *first*, do all of the 11i components that interact with a common data entity – *e.g.*, a "customer," or an "order," or an "employee" – all refer to the *same* entity, with the same name on the various diagrams? *Second*, do the "navigation paths" represented by the business flow diagrams support all of the key workflows that may be initiated from various parts of the overall Suite 11i system? And *third*, do the indexes and links in the data-model diagrams support the "navigation paths" shown in the business flow diagram – *e.g.*, so that the Suite 11i software can navigate from the details of a customer to the details of an order associated with that customer, in order to carry out an "order to cash" workflow?

139.    Providing a complete answer to these two questions for Oracle's Suite 11i is a complex technical task, and it requires intimate knowledge of the business requirements for the various Suite 11i components. I have examined the data-model diagrams for a representative subset of common data entities (*i.e.*, to address the first question identified immediately above) and associated business

flows diagrams[59] (*i.e.,* to address the second and third question identified immediately above) in both the ERP and CRM components of Suite 11i, and am satisfied that Suite 11i (as implemented in version 11i.1) *is* integrated with respect to that representative subset. Based on that review, I am confident that the entire Suite 11i system *is* integrated with respect to its database and business workflows.

140.          Of course, given the scope and scale of Suite 11i's application components, and the size and complexity of its related database (as represented by the hundreds of diagrams, and thousands of data elements) and business workflows, even an exhaustive review may have overlooked an error in Oracle's design – *e.g.,* a missing business flow, or a redundant entity, such as two different tables describing the same basic information about an "employee." In a similar fashion, it is possible (in fact, almost certain, given the studies showing that software errors increase with the size of the software) that Oracle's developers, when creating Suite 11i, made such an error when implementing the logical data model and creating associated database tables and indexes, or when coding the triggers and navigation paths to support the business flows.

141.          But such errors do not, by themselves, invalidate the legitimate claim that Suite 11i was (and is) "integrated." It does not change the fact that "all the pieces are designed and engineered to fit together, and no systems integration is required" as Oracle and Ellison claimed.[60] It simply means that the software implementing the integration was imperfect, as all complex software is. Indeed, there were such errors, as reported by some of Oracle's Suite 11i customers; but those errors were corrected over a period of a few months.

---

[59] The business flows were documented on Oracle's web site (*see* Baseline Requirements Document, February 4, 2000, (NDCA-ORCL 067168-206) at NDCA-ORCL 067176), and summarized in "baseline requirements documents." For example, Baseline Requirements Document CRM Release 11iR2-11iR3-PostR3 (Bates NDCA-ORCL 067176-206) documents "12 business flows which detail high level processing across multiple products and scenarios:

- Campaign to execution
- Opportunity to Close
- Web Click Through
- Service Request
- Service Request and Registration Process on the Web
- Query of Order / Service Request
- email Center Interaction
- Defect Management
- Field Dispatch
- RMA Processing
- Provision Service/Manage Network
- Billing"

[60] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003225.

# IX    THE ALLEGEDLY FALSE STATEMENTS

142.        The following section of the Report addresses the specific affirmative
statements that Plaintiffs claim were false, as well as Plaintiffs' claims that certain
facts rendered those statements misleading, even if literally true.

### IX.1 Specific Product-Related Statements Identified By Plaintiffs

143.        Plaintiffs specifically claim that the following false statements were made:

1.    December 14, 2000 – Larry Ellison on conference call to
      investment analysts announcing Q2 2001 results:

      > [Y]ou can buy our complete E-Business
      > Suite, where all the pieces are
      > designed and engineered to fit
      > together, and no systems integration is
      > required. It's up and running in
      > months. You get the savings in months.
      > It costs you less, and it takes less
      > time to install.[61]

2.    December 15, 2000 – Larry Ellison statement to Dylan
      Ratigan, reporter from Bloomberg:

      > There's no systems integration
      > required. No software modifications
      > required to use our E-Business Suite.[62]

3.    January 8, 2001 – Sanderson statement to Solomon Smith
      Barney, published on January 10, 2001:

      > The suite is pre-integrated and fully
      > interoperable out of the box, helping
      > to lower consulting costs and time-to-
      > value.... Oracle sees robust demand for
      > both its database and applications
      > business. Specifically, Sanderson noted
      > demand for ERP is surprisingly robust
      > while advanced planning and scheduling,
      > CRM, and SCM products are also
      > performing well. Oracle says it is also
      > seeing sustained demand for its
      > database product, despite industry-wide
      > concern over contracting IT budgets.
      > Sanderson noted two trends driving
      > demand for databases is demand for the

---

[61] Plaintiffs' Revised Second Amended Complaint ("RSAC"), paragraph 50; December 14, 2000 Earnings
Call Transcript (NDCA-ORCL 003215-47) at 003225.

[62] RSAC, paragraph 51; Oracle's Larry Ellison Second Quarter Results: December 15, 2000 Interview
(NDCA-ORCL 141654-57) at 141655.

**Confidential**

> 11i applications that are typically
> bundled with the database as well as
> applications of other vendors that rely
> on the functionality of the Oracle
> database. [63]

4.      February 6, 2001 – Barrenechea statement in Oracle
        Technical White Paper:

> Oracle's CRM suite is both complete and
> integrated.  .  .  .      [N]o systems
> integration is required to install the
> Oracle CRM suite.   In fact, systems
> integration labor usually runs many
> times the cost of the software or the
> hardware needed to run the system - and
> the customer gets to pay for it.   To
> install the Oracle CRM suite, no
> systems integration is required.   And
> because the CRM suite consists of true
> Internet      applications,      every
> application works in every country,
> every major language and every major
> currency. [64]

5.      February 13, 2001 – Sanderson statement at Goldman
        Sachs conference:

> So not only do we have, you know, for
> example, an E-business Suite, which
> I'll tell you more about.   But its
> basically ERP and SCM integrated
> together.     But its written in 23
> different languages, including Spanish
> and Latin American Spanish, Portugal,
> Portuguese and Brazilian Portuguese as
> being four different languages. But we
> have also taken care of the
> localization requirements around the
> world as well. [65]

6.      February 13, 2001 – Ellison keynote address at Oracle's
        AppsWorld Conference in New Orleans:

> In fact, we recommend that you start
> with, you try a component of the suite
> and then you add it in. Now the nice

---

[63] RSAC, paragraph 58; ORCL: Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[64] RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690-91.

[65] *See* 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, January 31, 2007 (Plaintiffs' "Contention Interrogatory Responses"), at 14; *see also* February 13, 2001 Presentation to Goldman Sachs Investor Conference, NDCA-ORCL 003281-3311.

**Confidential**

> thing is it's like Lego blocks. Once
> you have one piece in, the other pieces
> just snap together. There's no systems
> integration required. The key thing
> is, you can install just one piece and
> then again install another piece. No
> systems integration. You just
> basically turn it on or snap it
> together. . . . Plug and play. It is
> absolutely, all the pieces within the
> suite are literally plug and play.[66]

## IX.2  What Oracle Said Was True

### IX.2.1  Plaintiffs' claims are misleading and ignore context

144.        Plaintiffs allege that Oracle executives made certain false public statements[67] during Oracle's Q3 2001 regarding the capabilities of Suite 11i; these statements are set forth in Section IX.1, above. Each statement involves the following basic assertions about the nature of the software: (i) its modules were "complete," (ii) "integrated" (or "pre-integrated"), and "interoperable" with one another, and therefore (iii) no "systems integration" was required by the customer to implement the Suite after it was purchased.[68]

145.        Plaintiffs allege that these statements were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle has claimed. Plaintiffs further allege that Suite 11i installations required hundreds of hours of consulting work to make the products work at customer sites, citing several troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim, the statements made by Oracle about the degree of

---

[66] RSAC, paragraph 68; February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Press Conference (NDCA-ORCL 306962-86) at 306974-75.

[67] It is unclear whether the statement Plaintiffs attribute to Mark Barrenechea on February 6, 2006 in an Oracle Technical White Paper is a public statement; I have seen no evidence that this document was released to the public or even finalized. I have reviewed several versions of the document, each with various "[p]rinted dates." Some of the versions with the printed date of February 6, 2001 differ in substance. Also, Mr. Barrenechea, the former Executive Vice President of CRM Development whose name is on the cover, testified that he does not believe this document was ever published. *See* Mark Barrenechea Deposition transcript (July 11, 2006) at 161:12-24; *see also* April 3, 2001 email from Mark Barrenechea to Larry Ellison, *et al.* re CRM White Paper (NDCA-ORCL 061840) (indicating that the CRM White Paper could be distributed internally and externally but was not final – strongly suggesting the paper was not public before then).

[68] Some of these statements are identified in the RSAC. Others are identified in Plaintiffs' Contention Interrogatory Responses. I do not opine either here or in the subsequent section addressing Plaintiffs' omissions claims about any legal significance that may arise from this distinction.

effort necessary to install Suite 11i were misleading because the product could not be installed without extensive "systems integration."

146.        Based on my review of the evidence, and based on my extensive knowledge of business enterprise software and large software projects generally, it is my opinion that Plaintiffs' claim of falsity is incorrect for several reasons. First, Plaintiffs have failed to include any context surrounding the statements made by Oracle, in an attempt to make certain incorrect suggestions about the nature of those communications. I have read each of the documents and/or transcripts containing the allegedly false statements; even a cursory review indicates that the various speakers clearly did not intend to convey the meaning that Plaintiffs attribute to them. Any IT professional familiar with enterprise software would have understood the speaker's true meaning.

147.        Second, each of the documents and transcripts in which the statements are contained makes clear that Oracle was comparing Suite 11i's capabilities to the best-of-breed offerings currently on the market; this is consistent with Oracle's message since Suite 11i's inception. Thus, when Oracle referred to the "complete" nature of Suite 11i, it meant that, unlike best-of-breed, Oracle provided, in one package a complete set of basic back-office and front-office applications upon which a company could run its business.[69]

148.        Similarly, in contrast to having to "glue together" a number of modules from various software vendors, Oracle stated that Suite 11i was "integrated" and "interoperable," because all of its modules were developed by Oracle, designed to work together and based on a single global instance.

149.        With regard to the claims that "no systems integration" was required to install Suite 11i, Plaintiffs have again confused and conflated that phrase in a way that is inconsistent with industry usage. When Oracle stated that no systems integration was required to install Suite 11i, any IT professional with any background in business enterprise software would have understood what was meant: because Suite 11i was integrated on a data level (*i.e.*, all modules were based on a single global instance and designed to use a common data schema) and designed to work together, no software programming was required to combine those modules. In other words, unlike with best-of-breed (where modules from different vendors were *not* based on a single schema and integrated data model

---

[69] *See* Larry Ellison AppsWorld Keynote Speech, February 13, 2001 (NDCA-ORCL 306988-7021) at 306995 ("Now, I understand up until now, no company has offered you a complete suite of software to run your business. Everything. Marketing, sales, service, supply chain automation, manufacturing, accounting, human resources, all as a single integrated system. . . . Since no one was providing you a complete set of software to run your business, you have had up until now, no choice but to shop for parts."); *see also* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

**Confidential**

and could not work together in any fashion without extensive additional software to connect one another), customers did not have to write custom code for the modules to speak to each other.

150.   Oracle's consistent message that Suite 11i's architecture was inherently more integrated than best-of-breed offerings, and required no systems integration, is evident in each of the statements that are partially quoted by Plaintiffs. For example, during the December 14, 2000 earnings call, Mr. Ellison discussed in depth the level of integration of Suite 11i as it related to best-of-breed[70]:

> Now, these are astounding timeframes, in terms of delivering a comprehensive application automation of very, very large companies. You know, how can we do it? We do it because there's no systems integration required. This is a huge point and is not well understood. The conventional way of delivering applications, the so-called best-of-breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor - either Anderson Consulting or IBM - to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete.
>
> Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. . . .
>
> Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together. IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba, to (SAP).
>
> And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is. And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson [sic] Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk. Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and

---

[70] *See, e.g.,* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47), at 003224-25.

```
running in months.  You get the savings in months.  It
costs you less, and it takes less time to install.
```

151.        Another example of this message is Sandy Sanderson's January 8, 2001
conversation with Solomon Smith Barney,[71] where he emphasized the portions of
the statement omitted by Plaintiffs precisely illustrate what Oracle meant by
"integration" – *i.e.*, that Suite 11i (i) was integrated on a data level, and (ii) unlike
best-of-breed, was designed to work together without additional software from
third parties, thereby saving the customer time and money because no custom
code was required to stitch the modules together.[72]

152.        This contrast between what Oracle meant and the Plaintiffs' unfair
inference suggest could not be more evident than in the portions omitted by
Plaintiffs from the allegedly public statement made by Mark Barrenechea.[73] In the
White Paper, Mr. Barrenechea explained *exactly* what Oracle meant by
integration, as compared to best-of-breed offerings[74]:

```
Oracle's CRM suite is both complete and integrated
(Figure  1).  By  complete  we  mean  that  every  CRM
application   needed   —   marketing,   sales,   service,
contracts, Web store. etc. — for sales and service to
customers  is  included  in  the  Oracle  CRM  suite.  By
integrated we mean that every application in the CRM
suite has been engineered around a unified global
customer and product database.   All the applications
have  been  designed  and  built  by  Oracle  to  work
together   and   share   information.   So   no   systems
integration  is  required  to  install  the  Oracle  CRM
suite.

In  contrast,  Siebel's  CRM  offerings  require  systems
integration — a lot of custom programming and a lot of
architectural  reconstruction  —  to  make  the  different
applications  in  the  suite  work  together.  That's
because  Siebel  did  not  design  or  build  most  of  the
applications in the Siebel product set.
```

153.        Contrary to Plaintiffs' suggestion, Oracle never claimed that customers
would not have to do any implementation work or integration into legacy systems,
third-party software or an existing database to install the product; nor did Oracle
claim that this new and revolutionary product would be free of the bugs that are a
component of all large software products, or that those errors would be absent
from the portions of the software relating to communication between the modules.

---

[71] *See* Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[72] *Ibid.*

[73] *See* RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship
Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690.

[74] *Ibid.*

No one in the industry would have adopted any of the interpretations suggested by Plaintiffs; indeed, the "excessive patching" alleged by Plaintiffs did not indicate that Suite 11i was not "integrated" and "interoperable," because the product was fundamentally integrated at the data level. A software vendor's issuance of patches, bug fixes, and additional functionality for a new release simply does not constitute "systems integration."

154.        During a portion of the December 14, 2000 earnings call, Mr. Henley made it quite clear that extensive work was required to implement Suite 11i.[75] Mr. Henley clearly differentiated between extensive implementation required to install the products versus custom programming to stitch together various modules (*i.e.*, "systems integration"):

> Now, I'm very careful to say - we don't require
> systems integration or application modification. You
> still have to - you know, to put in our software - you
> still have to clearly convert your data, move your
> data out of the old system and into our system. There
> is still some labor involved in implementing our
> applications. But that labor is not computer
> programming. I'm going to be very clear. You don't
> need computer programmers to implement our systems.
> You've got to convert data, train some users, do
> things like that. You don't need to - you don't want
> to hire programmers to glue our software to other
> people's software, you don't want to hire programmer
> to, worse yet, to (actually) change our software.

155.        During that same earnings call, Mr. Henley and Mr. Ellison pointed out several customers that took many months to implement Suite 11i.[76] Mr. Ellison contrasted those with fixed-priced implementations at small companies, which still took up to three months.[77] In his keynote speech on February 13, 2001 at the Paris AppsWorld conference, Mr. Ellison stated on a number of occasions that Suite 11i installations take months – *e.g.*, "We think that whole notion of parts and labor is over…. All the pieces fit together. And we can install it in a matter of months, in a matter of months, and give you benefits in a matter of months, in a short period of time."[78]

156.        After having reviewed the factual record provided to me, it is readily apparent that Oracle's statements about Suite 11i, including the nature of the work required to implement it, were fundamentally true. This conclusion is based both

---

[75] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[76] *See, e.g., ibid,* at 003222-24 (citing GE and JDS Uniphase).

[77] *See, e.g., ibid,* at 003232.

[78] *See, e.g.,* February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Keynote Speech (NDCA-ORCL 306988-7021) at 306997-98.

on the context in which the statements were made, as well as my understanding of these statements as an industry expert (*i.e.*, the audience for which they were intended).

### IX.2.2  Oracle's public statements boiled down to two points and these points are true

#### IX.2.2.1        *"Pre-Integrated" And "Interoperable"*

157.            Oracle's statements that Suite 11i was "pre-integrated" and "interoperable" must be interpreted in the context in which they were made – *i.e.,* the various modules and components of 11i were integrated *with one* another, prior to being released as a product to the marketplace, and prior to any subsequent effort a customer might have made to integrate Suite 11i with some other in-house legacy system, or third-party product.

158.            Similarly, and for the same reasons, an IT professional would immediately understand, from the context of such statements, that Oracle's claim of "full interoperability" would be limited to interoperability *between Suite 11i components*. Again, it would be absurd to expect that Suite 11i could be designed and built, *in advance*, in such a way that it would be interoperable with customized and proprietary in-house legacy systems (many of which developed as many as 20 years earlier) whose existence Oracle could not be aware of; nor would anyone expect that Oracle's interoperability claims meant that Suite 11i could interoperate "fully" with the complete spectrum of hundreds, or even thousands, of third-party business applications and products.

159.            The technical form and nature of Suite 11i's integration was discussed in Section VIII.1, above, and the contemporaneous reports and analyses of Oracle's Suite 11i integration by computer-industry technical analysts – whose opinions and assessments were widely consulted and weighed by prospective customers of Oracle's products – are summarized in Section IX.1.1, below.

#### IX.2.2.2        *No Systems Integration Required To Make It Work*

160.            Oracle's public statements that no systems integration was required to make Suite 11i work must also be interpreted in the context in which such statements were made – *i.e.,* the various modules and components of Suite 11i would work together *by themselves*, without the need for any additional systems integration. IT professionals would not have interpreted such a statement as a claim by Oracle that its 11i system could somehow work with a customer's internal legacy systems – systems whose existence and technical details Oracle could not even be aware of – without additional systems integration work. Nor would a typical IT professional expect that Oracle's Suite 11i would automatically "work" with an unlimited number of third-party products – whose nature and details Oracle could not know – without additional systems integration work.

161.        Indeed, even though Oracle's Suite 11i could reasonably be expected to
"work" without additional systems integration *of its own components*, that does
not mean it could be installed in a customer environment without a significant
implementation effort. Even if Suite 11i was implemented "out of the box" – *i.e.*,
without any customization activity, and without any attempt to integrate it with
in-house legacy systems or third-party products – it would still require weeks or
months of intense effort to *configure* the thousands of different parameter settings
to properly account for the details of the customer's environment.[79] As noted
above, Oracle explicitly noted that implementation was still necessary, would take
months, and would have to address the existence of legacy systems.[80]

## X        THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11i

### X.1    None Of The Quality Related Evidence/Contentions Identified By Plaintiffs Identifies Anything Out Of The Ordinary For A Major ERP Release

162.        In support of their allegations that the statements discussed above were
false and/or misleading, and that Oracle failed to disclose materials facts about
problems with Suite 11i, Plaintiffs make a series of factual allegations.[81] Their
allegations can be summarized as seven general assertions:

- The integration of Suite 11i's components was allegedly incomplete and/or faulty, due in part to development of ERP and CRM modules by separate programming teams;

- Suite 11i allegedly experienced an extremely large number of bugs and patches;

- Many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i, including Oracle itself;

- The CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete;

---

[79] Issues related to *configuration* of software systems were discussed in Section V.2.3, above.

[80] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[81] *See, e.g.,* Plaintiffs' Contention Interrogatory Responses at 16-22.

**Confidential**

- Oracle provided customers with significant "concessions," such as discounted or free consulting services "due to problematic and failed implementation of 11i and its individual modules"[82];

- Oracle misrepresented Suite 11i capabilities by using staged or fake demonstrations; and

- Oracle had a small number of reference customers for Suite 11i during Q3 of fiscal year 2000.

163.    As discussed in greater detail below, based upon my review of the Plaintiffs' contentions and the evidence in this case, none of the material identified by Plaintiffs supports the conclusion that Oracle's affirmative product-related statements were false or misleading.

164.    Many of these claims merely describe facts that are typical features of large software projects, as discussed in Section V.2 of this Report.

165.    The specific evidence cited by Plaintiffs is often incorrect or speculative. For example, much of the evidence cited by Plaintiffs consists of uncorroborated statements from "confidential witnesses," unsubstantiated statements and "horror stories" based on hearsay from computer-industry analysts writing about customer installations, and email statements, between Oracle employees, taken out of context.

166.    My responses to these allegations are based on:

- Review of specific details provided by Plaintiffs to support their claims;

- Review of contemporaneous reports and assessments by technology analysts, such as Gartner, Forrester, and Meta;

- Review of evidence, including internal Oracle correspondence and documents, produced in this case;

- Review of evidence associated with specific "go-live" and implementation projects with key Oracle customers; and

- Knowledge and experience of similar software development/ implementation efforts in the software industry.

---

[82] *Ibid,* at 16.

### X.1.1   Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete and/or faulty

167.       Plaintiffs allege that Defendants falsely stated that Suite 11i did not require systems integration or software modifications, and was fully interoperable out of the box.[83]  Plaintiffs claim that these statements made by Defendants were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs further assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle had claimed. In addition to the problems cited by Plaintiffs, they also allege that Suite 11i installations required hundreds of hours of consulting work to make the products function at customer sites, citing certain troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim the statements made by Oracle about the level of work necessary to install Suite 11i were misleading because the suite could not be installed without extensive "systems integration" to make the various modules work together.

168.       I have reviewed the deposition testimony of key Oracle witnesses who supervised the technical development of Suite 11i – e.g., Messrs. Wohl, Barrenechea, Godwin, Seiden, and Fletcher – as well as numerous internal Oracle documents, public analysis, and popular press reports regarding the nature of Suite 11i.[84]  This review compels only one conclusion: that Plaintiffs' allegations that Suite 11i was not "integrated" (and therefore that Oracle's statements regarding Suite 11i were false) are fundamentally misguided.

169.       First, it is important to understand what Oracle meant by the term "integration"; for Plaintiffs' argument to succeed, one would have to accept a drastically skewed interpretation of this technical term – an interpretation that was neither intended by Oracle, nor adopted by the market. When it claimed that the Suite 11i modules were integrated, Oracle did not mean to imply that *every single module would seamlessly share data with one another without any errors or technical difficulties*. To the contrary, the relevant literature regarding large software projects indicates that bugs are inevitable in large commercial software, and Plaintiffs have not suggested why this aspect of the software would be immune to this general rule. Such a standard would be unrealistic and impractical, if not impossible to achieve. As discussed below in Section VIII.3.2, below, bugs that cause problems with the modules sharing data will occur – especially in a massive, new release. This does not mean the product is not "integrated." Indeed,

---

[83] *See* RSAC, paragraphs 50-51.

[84] *See*, for example, the discussion in Section VIII.1, and the list of Technical Reference Manuals following paragraph 130, above. *See also* the Trading Community Architecture design document titled "High Level Design TCA Classification Phase II" (NDCA-ORCL 238870-84).

**Page 66**                                                                                   **Confidential**

Plaintiffs' definition of "integration" could not possibly be attained by any general release of major commercial software.

170.     Rather, Oracle meant "that every application . . . has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information."[85] Oracle witness testimony consistently reinforced what integration means from a technical standpoint. For example, Greg Seiden testified[86]:

> [I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized. ... It's integrated by design. It was – it's never not integrated.

171.     This is precisely the same definition of integration that was understood by the market. For example, Rick G. Sherlund of Goldman Sachs wrote[87]:

> Customers we are talking to like integration (one data model, one programming language, on [sic] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.

172.     Similarly, Gartner's E. Thompson wrote[88]:

> Oracle is focusing its marketing on synergies given by tight integration between is front-office modules and back-office applications. This integration is because: 1) most code has been written by in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.

173.     And Hurwitz's Sharon Ward wrote[89]:

_____

[85] _See_ Mark Barrenechea, _Oracle Corporation Technical White Paper: Customer Relationship Management_, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690. _See also_ Gretchen Teagarten, _Oracle EVP Visit to SSB_ (NDCA-ORCL 035470-72) at 035471 ("The suite provides a single view of the customer across the enterprise by incorporating a single data model.").

[86] Deposition of Greg Seiden (May 16, 2006) at 69:7-70:4.

[87] Rick G. Sherlund, _Oracle – Early Checks with Applications Customers_, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051217.

[88] E. Thompson, _Oracle 11i CRM: Better but Not the Best_, Gartner Group Analyst Report, July 10, 2000 (NDCA-ORCL 009364-65).

Page 67                                                              Confidential

> Over the last two years, Oracle's development teams
> have been busy designing a single data model that
> would be utilized and shared by all the applications
> that make up E-Business Suite 11i. ... Once finished
> with the data model, each of the previously individual
> Oracle applications had to be retrofitted to utilize
> the new data model design.

174.     And the Meta Group reported that[90]:

> The suite uses a multi-tier, 100% internet computing-
> based architecture with shared application schema and
> data models (customer, inventory, order management,
> pricing, etc.).

175.     It is with this definition of "integration" that Oracle discussed the *relative* ease of implementation of components/modules *within* Suite 11i. Oracle's consistent message regarding Suite 11i was that, because Suite 11i's modules were created on a single data schema and designed around a single, global instance, it was *inherently* more integrated than the "best-of-breed" offerings in the market. The use of the terms "integrated" and "interoperable" to contrast the complexity of stitching together best-of-breed modules is clear in the contemporaneous evidence I have reviewed. For example, Oracle's Mark Barrenechea wrote a technical White Paper that stated[91]:

> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction—to make the different
> applications in the suite work together. That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

176.     Because Suite 11i was "integrated" and "interoperable," companies did not have to glue together a number of modules from various software vendors. All of the data was integrated and accessible in one place, rather than contained in the separate silos inherent to multiple best-of-breed modules from different vendors. Thus, Oracle advanced Suite 11i as a value proposition compared to best-of-breed because it required no custom code to make modules based on separate schema share data. For example, Salomon Smith Barney's Gretchen Teagarten wrote[92]:

---

[89] *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506-07.

[90] *Evaluation of: Oracle Sales*, META Group Analyst Report, 2001 (NDCA-ORCL 009889-93) at 009891.

[91] Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106691.

[92] Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-472) at 035471.

```
Oracle reiterates two value propositions for the suite
solution versus the "best-of-breed" approach:   The
suite provides a single view of the customer across
the enterprise by incorporating a single data model
[and]  [t]he  suite  is  pre-integrated  and  fully
interoperable  out  of  the  box,  helping  to  lower
consulting costs and time-to-value.
```

177.        Oracle was *not*, as Plaintiffs allege, making any claims that Suite 11i could be integrated with other third-party products, or within customers' internal legacy systems, *without* integration coding and effort. In my experience, IT professionals who worked with business enterprise software would not understand such a claim in the way Plaintiffs suggest. In addition, Oracle reiterated on many occasions that its suite would require significant effort for customers to implement, including conversion of legacy data. For example, as noted in paragraph 154, above, Oracle's Jeff Henley made exactly this point in a December 14, 2000 earnings call to Wall Street analysts on December 14, 2000.[93]

178.        Plaintiffs further suggest that Oracle's use of separate development teams for the CRM and ERP modules compromised their integration. In my experience, it is necessary to use many separate teams to develop software of the size and scope of Suite 11i. It was well known to the industry that thousands of programmers were necessary to create Suite 11i, and Oracle made clear that the CRM and ERP modules were being developed separately; indeed, much of the functionality of the ERP modules had been developed in previous works of Oracle's applications, long before the CRM team was even created. The evidence I have reviewed nevertheless indicates that the modules were developed to work together, and while there may have been communication problems, political problems, and/or technical misunderstandings between the two teams that would result in some software defects, I do not believe the separate teams are relevant to the fundamental question of whether the CRM and ERP components were "integrated" as Defendants used that term to describe Suite 11i.

### X.1.2   Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and patches

179.        Plaintiffs allege that many customers who attempted to implement Suite 11i shortly after it was introduced would require hundreds of patches to correct defects in the software. Plaintiffs argue that, because the product was "riddled" with bugs and defects, it was not integrated, and therefore Oracle made false claims about its functionality. Plaintiffs cite a number of general product quality issues, including allegations that the Suite was released too early and/or was not adequately tested for bugs, and therefore exhibited a large number of bugs; that patches released by Oracle to fix bugs were not tested adequately, and sometimes

---

[93] Second Quarter 2000 Earnings Call Transcript, December 14, 2000 (NDCA-ORCL 003215-47) at 003237.

caused other parts of the software to "break"; and that the products within the Suite had "functionality gaps."[94]

180.    In my expert opinion, the fact that Suite 11i – like any massive, new release of business enterprise software – had bugs has nothing to do with Oracle's use of the terms "integration" and "interoperability." The fact that the Suite 11i product, like most major releases of large commercial software packages, experienced the same issues as do many early releases of large commercial software does not, in my opinion, bear on the technical aspects of the product, which Oracle truthfully and accurately disclosed (*see* Section IX.2, above).

181.    As I have discussed in greater detail already (*See* Section V.3.3, above), bugs are an unavoidable reality in the software industry. Notwithstanding the vociferous complaints levied by some Oracle customers, the phenomenon of software bugs in the initial release of a large, complex system is common, familiar, and well understood by technologically sophisticated IT professionals. Suite 11i was a huge, new release of software that contained "massive" amounts of new functionality; for example, Alan Fletcher testified as follows[95]:

```
Q.   Do you know what the ... functionality difference
between 10.7 and 11i was?

A.   It's – it's massive. ... Many new products.  Much
of CRM was new in 11i compared to 10.7.  Every module
had significant new functionality.
```

182.    Similarly, Oracle's Executive Vice President, Ron Wohl, testified that Suite 11i contained many more CRM modules than in any prior release.[96]

183.    As an expert in this area, I would expect more than the usual amount of initial product defects than normally associated with early versions of software. Other industry analysts had the same reaction at the time of Suite 11i's release. For example, GIGA's Erin Kinikin wrote[97]:

```
Oracle 11i is one of the largest single application
releases ever (2.5 years, four product acquisitions,
close to 1,000 developers on two continents),
exacerbating the usual major release glitches.
```

---

[94] *See, e.g.*, Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 6 at 16-20.

[95] Deposition of Alan Fletcher (April 6, 2005) at 121:8-18.

[96] Deposition of Ron Wohl (March 23, 2006) at 108:8-17.

[97] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758. As the GIGA report focused on CRM, its reference to 1,000 developers likely referred to GIGA's estimate of the number of CRM developers. In fact, approximately 1,200 developers worked on the CRM applications and another 3,000 worked on the ERP applications. Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

184.        Similarly, Hurwitz Group's Sharon Ward wrote[98]:

> Oracle basically introduced an application that covers
> the functionality of at least five (ERP, CRM, SCM,
> HRMS, Service) enterprise class applications. This
> resulted in a substantial number of bug reports, but
> probably on par with the total number that would be
> found in any five such applications.

185.        And Goldman Sachs' Rick Sherlund wrote[99]:

> We believe the release was buggy, but consistent with
> other major new releases.

186.        Plaintiffs decry a supposedly inordinate amount of bugs and patches
associated with Suite 11i's early life, yet they provide no frame of reference
(apparently in an attempt to magnify 11i's problems). Bugs occur in every release
of every software product delivered by every vendor; Oracle's Suite 11i is simply
not, as Plaintiffs imply, unusual in having bugs on a significant scale. This
phenomenon is evident in this case. For example, Forrester's L. Orlov emailed
Oracle's Leslie Rubin that[100]:

> For long time customers it harkens back to the
> September 1994 OAUG conference in San Francisco when
> Oracle management at the Ask Oracle panel was
> lambasted by customers struggling to get a tardy and
> buggy release 10 into production. It took 4 1/2 point
> releases to stabilize R10 for general release.

187.        Similarly, Oracle's Mark Jarvis testified[101]:

> When Windows '95 was released ... it had 50,000 bugs
> in it, if I remember correctly. Should they have
> released Windows '95? I don't know. It sounds like a
> lot of bugs. Every product has bugs.

188.        And Oracle's Michael Rocha testified that[102]

---

[98] Sharon Ward, *Oracle's E-Business Suite 11i*, HurwitzGroup Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506.

[99] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051216.

[100] April 5, 2001 email from L. Orlov (Forrester Group) to Leslie Rubin (Oracle), Re: "Some of the comments I have received re: the brief" (NDCA-ORCL 121620-23) at NDCA-ORCL 121622 (forwarding comments from readers regarding an earlier Oracle release).

[101] Deposition of Mark Jarvis (May 30, 2006) at 167:25-168:10.

[102] Deposition of Michael Rocha (April 7, 2006) at 212:9-24.

**Confidential**

> ```
> I  have  a  general  recollection,  and  the  general
> recollection  was  there  was  bugs  just  like  every
> software that's ever gone out of a software lab.
> ```

189.          Bugs are a normal, expected part of a software lifecycle, and companies
do whatever they can to resolve these issues and ensure that future customers
don't encounter the same defects. As discussed in paragraph 45, above, it is also
normal and expected that the process of fixing bugs can sometimes create new
bugs. Given the size of a typical ERP package, it is by no means clear from the
evidence on record the Suite 11i was "buggier" than one would expect or that
Oracle's patches were causing more problems than one would expect in the
ordinary course of testing and improving software of that size.[103]

190.          In Plaintiffs' citation of purportedly unprecedented bug issues, I would
correct the misconception that *all* of the Technical Assistance Requests (TARs)
customers issue to Oracle for help are bugs. The system used by Oracle to track
TARs is a common mechanism used by various software vendors to receive
questions, comments, complaints, and notification of unexpected behavior (*some*
of which might be bugs) from customers. The evidence I have seen in this case is
consistent with that usage. For example, Richard Sellers testified as follows[104]:

> ```
> Now, that technical assistant request can be anything
> from how do you do this, how do I do that, how do I do
> something  else,  all  the  way  to  essentially  the
> customer having found a bug in the software that can
> only be repaired by a patch. ... So they run the full
> gamut of advice to, gee, you've actually unearthed a
> problem with our code that has to be repaired.
> ```

191.          In fact, the evidence indicates that, as of April 2001, only 30% of TARs
issued by customers regarding Suite 11i were eventually identified as software
bugs.[105] The factual record in this case is consistent with my professional
experience: that customers, or on-site consultants, often escalate problems that are
not bugs.[106] In her deposition, Oracle's Kirsten Shaw gave the following
testimony about Bell South's implementation experience[107]:

---

[103] See paragraph 87, above, for a discussion of the number of bugs typically experienced in large,
comprehensive ERP systems.

[104] Deposition of Richard Sellers (February 28, 2006) at 38:3-15.

[105] *See* April 2, 2001 email from Mary Ann Anthony to Distribution, Re: "11i Issues for Discussion at the
AMCM on 4/3" (NDCA-ORCL 054443); *see also* March 27, 2001 Excel Spreadsheet, Re: "Escalation
Management" (NDCA-ORCL 1027687-750) at 1027739-45 (showing that 68% of Suite 11i TARS were
issues other than bugs).

[106] *See, e.g.,* July 13, 2000 email From Cliff Godwin to Ron Wohl, Re: "CRM 11i product install problems
(NDCA-ORCL 028721-23) (determining that a critical P1 bug at POSCO was actually "pilot error").

[107] Deposition of Kirsten Shaw (September 19, 2006) at 239:3-7.

**Confidential**

> They were trying to do an installation at Bell South,
> and the issues they brought up, there were five bugs
> that they had logged as SEV1 bugs and, all of them
> turned out to be setup problems.

192.        Plaintiffs characterization of numerous "patches" as a proxy for lack of integration or product functionality is also misguided. Like bugs, patches are a natural part of software lifecycles. As Ron Wohl testified[108]:

> I think it is unfair to talk about the 5,000 patches
> as necessarily all being a bad thing. Having too many
> bugs in software is certainly a bad thing, but simply
> the fact of having – of making a software change –
> some number of software changes were made to – for the
> exact reason, to improve the software with new
> features and so forth.

193.        Contrary to Plaintiffs' suggestion that patches are somehow out of the ordinary, Oracle defines patches as any instance in which new and/or modified code is delivered to the customer, as is common in the industry. As a result, patches also include enhancements and the inclusion of additional functionality into the software. Indeed, each point release of software typically rolls up patches (including bug fixes and enhancements) from the prior release. Patches also include changes required by external regulations and new legislation – *e.g.,* changes in tax laws, changes to reporting requirements in HR systems, changes in accounting procedures (*e.g.,* GAAP, Sarbanes-Oxley) in the financial systems. Indeed, some patches are merely diagnostic tools – *i.e.,* they are not intended to provide additional functionality, or correct existing bugs, but merely provide technical monitoring and report technical information to Oracle, to assist in trouble-shooting and software improvement.

194.        Because of the reality that TARs and patches can result from a number of issues completely unrelated to software defects, reports of over 5,000 patches to Suite 11i early in its lifecycle is neither surprising, nor necessarily a cause for concern. As Larry Ellison testified[109]:

> Q What about the 5,000 patches; were you aware at that
> time of the 5,000 patches?
>
> A  Yeah. Patches are often enhancements.

195.        Having reviewed the evidence in this case, there can be no dispute that Suite 11i had its share of bugs as a new release; however, Plaintiffs have unfairly implied that Suite 11i had unusually poor quality because it contained bugs in its early stages. That simply does not reflect reality: every major release of business enterprise software exhibits similar problems, because it is impossible to work out

---

[108] Deposition of Ron Wohl (May 31, 2006) at 337:9-15.

[109] Deposition of Larry Ellison (September 21, 2006) at 288:1-3.