# Exhibit 4f

every bug prior to its release. Suite 11i was revolutionary product for its massive amounts of new functionality (compared to any other release). Indeed, I have seen no evidence that Suite 11i was worse than any other ERP product of a comparable size and scope. It appears that Plaintiffs have relied on dramatic statements (*e.g.*, the claim that Suite 11i had 5,000 "patches" during the first six months after its release)[110] and anecdotal evidence that, taken in a vacuum, unfairly magnify the actual problems that occurred. Plaintiffs also fail to place these numbers in any context, and make no effort to review the widely distributed literature describing the number of bugs to be expected in a product of Suite 11i's size.[111]

#### X.1.3 Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i

196. Oracle's consistent message that Suite 11i was integrated (*i.e.*, not requiring custom software modifications to integrate the modules, based on the same data schema and engineered around a single, unified data model), compared to best-of-breed offerings, is not rendered false or misleading merely because certain customers encountered difficulties in implementing the product. Large-scale ERP and CRM implementations can be hampered for reasons having absolutely nothing to do with the software involved, including:

- *Incorrect use of the product or improper customization.* For example, Keith Block testified[112]:

  > Well, some of the challenges with that is it is new software. And, again, the folks at Ingersoll Rand weren't intimate with the workings of the software, they were asking the software to do things it wasn't designed to do. Whole bunch of issues.

  And Michael Rocha testified[113]:

  > [Y]ou know, I had a customer one time who implemented fixed assets on a train system. You know, I mean, you're sitting there going, "Well, what part of fixed assets did you not understand?" That's just the way the industry works.

---

[110] RSAC, paragraph 69(c).

[111] As discussed in paragraph 87, above, software metrics expert Capers Jones estimates that when a large ERP product is first deployed, as many as 150,000 defects will typically still be present. Of these, approximately 1000 will be high-severity defects (*i.e.*, "P1" defects in Oracle's nomenclature), 20,000 will be medium-severity defects (*i.e.*, "P2" defects in Oracle's nomenclature), and 129,000 will be low-severity defects (*i.e.*, "P3" defects in Oracle's nomenclature).

[112] Deposition of Keith Block (May 3, 2006) at 196:6-9.

[113] Deposition of Michael Rocha (April 7, 2006) at 209:16-210:21.

- *Problems with the customer's hardware*. For example, Mary Ann Anthony testified[114]:

  [W]hen they had a large number of their users on, the system was slower than they wanted it to be. Now, that could have been hardware related, it's not necessarily a software issue. It could have been how they configured their hardware. So it would be difficult to say if that was a bug or not.

- *Lack of appropriate internal sponsorship or resources.* For example, Keith Block testified[115]:

  [Ingersoll Rand] lacked an executive sponsor, they didn't deploy business resources, they didn't have the expertise, they weren't trained. There were a whole host of issues. They were actually very independent of the product.

- *Mistakes or misunderstandings by on-site consultants.* For example, Richard Sellers testified that[116]:

  [C]onsulting many times hires very bright people, but they don't train them. They haven't had extensive training. Many times not even as much training as my support people have on the product. So they're asking a lot of questions. Those questions are all TARs.... So as they submit these questions, we're working to resolve them. Sometimes we call back, and we can't find them. They're not there, so there is nobody to give the answer to. Other situations are they don't do a good job doing their part, for whatever reason, training, competence, whatever. Because - they almost always will then blame it on the product. I mean, they will rarely say, Yes, Mr. Customer, I just didn't get it done in time. They say, You know, I couldn't get that done because of all of these TARs, or, The product didn't do what it was supposed to do, so it's not my fault.

- *Migration of old or bad data*. For example, Kirsten Shaw testified that[117]:

  Actually, frequently we are involved where there's been bad data put into the system, and that's what's causing the problem.

---

[114] Deposition of Mary Ann Anthony (August 11, 2006) at 99:9-23.

[115] Deposition of Keith Block (May 3, 2006) at 195:23-196:2; *see also ibid*, at 195:6-22 and 196:3-20.

[116] Deposition of Richard Sellers (February 28, 2006) at 93:19-94:10; *see also* Deposition of Ron Wohl (March 23, 2006) at 145:20-146:16; Deposition of Donald Klaiss (June 20, 2006) at 100:9-22.

[117] Deposition of Kirsten Shaw (September 19, 2006) at 168:22-24..

197. As noted above, even problems that are reported to Oracle as TARs are, more often than not, unrelated to software defects; *see* Section VIII.3.2, above. It would be incorrect for me to assert that there were no product problems – during the first year of its release, a number of Oracle customers implementing Suite 11i did indeed experience bugs and defects that caused numerous setbacks; however, problems with early releases of software are common and expected by the industry. This is why many companies wait a few releases for the software to stabilize. For example, CW 17, formerly of Eaton Corporation, testified as follows[118]:

> [M]y coaching to Eaton was, you know, this is an early release. This is a dot zero release. We really don't want to go there until we have some proof that it's stable and running and that was my comment. ...

198. Industry analysts even warned potential customers to wait a year for Oracle to work out the kinks in its new release. For example, GIGA's Erin Kinikin wrote [119]:

> Despite the fact that some Oracle CRM modules have been available before, Giga believes that the size and scope of Oracle 11i CRM justify treatment as 'Release One' product, suitable primarily for early adopters with high tolerance for risk and additional expense. ... Companies should delay broad implementation and rollout until 2001 to give new modules and vertical offerings time to mature.

199. And META Group's Steve Bonadio wrote[120]:

> Users must approach the newer applications cautiously, because many have not been field tested in real-world scenarios. For mission-critical applications, we recommend users wait at least six months after the release of 11i to purchase/implement Oracle's newest applications.

200. Nevertheless, implementation difficulties (which are common in the industry for adopters of the first few releases of new software) do not signify that Suite 11i was not "integrated" or "interoperable" as compared with a best-of-breed offerings in the market. After a review of the record, it is my understanding also that Plaintiffs have targeted a small number of "escalated" customers out of

---

[118] Deposition of CW 17 (June 8, 2006) at 149:2-5; *see also ibid*, at 148:19-149:1 and 149:6-7.

[119] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[120] Steve Bonadio, *Application Deliver Strategies; Oracle 11i: The Holy Grail?* META Group Analyst Report, July 5, 2000 (NDCA-ORCL 009736-38) at 009737.

the entire customer base, which unfairly skews the picture. For example, Michael Rocha testified[121]:

> [W]e had a lot of customers all of which were going to be upgraded on a lot of software. We're sort of picking, you know, a couple customers here inside of a big customer base. So it's hard to sort of take one situation and draw conclusions from it in the general case. You know, I wouldn't - these are a handful of cases.

201. Plaintiffs' anecdotal evidence of bugs and a handful of escalated customers that experienced escalated concerns for a host of possible reasons, do not indicate anything to me about the overall quality of the software. [122]

202. Furthermore, Plaintiff's evidence that certain customers were offered discounts or free consulting services (including SWAT teams) to remedy problems does not indicate anything to me about the quality of the software. Indeed, I have reviewed evidence that Oracle often offered complimentary

---

[121] Deposition of Michael Rocha (April 7, 2006) at 209:2-15. *See also Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009 (stating that 2,500 Oracle customers were implementing Suite 11i).

[122] Contrary to Plaintiffs' claim of fundamental problems with the software, throughout Q3 2001, the number of customers licensing and implementing Suite 11i applications steadily increased, from approximately 1,000 customers in the process of implementing Suite 11i applications at the start of the quarter (L. Wendell, *Oracle Corporation: Picture Perfect Q2: FY01 Should Even Convert the Skeptics*, Credit Suisse First Boston Corporation, December 15, 2000, (NDCA-ORCL 154522-31) at 154523) to approximately 1,300 customers by mid January of 2001 (G. Teagarden, *ORCL: Oracle EVP to Visit to SSB*, SSB Report, January 10, 2001, (NDCA-ORCL 309063-7) at 309066), to 2,500 customers by the end of the quarter. C. Phillips, *Oracle Apps World Feedback*, Morgan Stanley Analyst Report, February 26, 2001, (NDCA-ORCL 400672-8) at 400672-73; *Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009; *see also* Mark Barrenechea CRM Presentation, Q3 2001, (NDCA-ORCL 399590-637) at 399614. "Go lives," or customers live on Oracle's 11i applications, also increased steadily throughout the same period, from 85 at the start of the quarter, to nearly 200 by quarter's end. *See* December 13, 2000 R11i Customer Information (NDCA-ORCL 418888-96) at 418888-91 (listing 85 "11i Live Customers" as of December 13, 2000); January 3, 2001 R11i Customer Information (NDCA-ORCL 418744-54) at 418744-47 (listing 100 live customers as of January 3, 2001); January 24, 2001 R11i Customer Information (NDCA-ORCL 418726-36) at 418726-31 (listing 149 live customers as of January 24, 2001); February 8, 2001 R11i Customer Information (NDCA-ORCL 418629-40) at 418629-34 (listing 175 live customers as of February 8, 2001); February 26, 2001 R11i Customer Information, (NDCA-ORCL at418419-31) at 418419-25 (listing 200 live customers as of February 26, 2001). By the end of FY 2001, nearly 400 customers were live on Suite 11i software. June 13, 2001 R11i Customer Information (NDCA-ORCL 417620-39) at 417620-33. Throughout the same period, Oracle was winning key big license deals for its 11i applications. *See* W. Laidley, *ORCL: Picture Perfect Q2: FY01 Should Even Convert the Skeptics*, CSFB Report, December 15, 2000, (NDCA-ORCL 308895-900) at 308895 ("More than 3,000 customers are migrating to 11i … JDS Uniphase, American General, and GE Power are few [sic] examples … Another significant customer win highlighted was Covisint."); Bob Austrian, *Highlights from BAS Presentation*, Bank of America Report, February 7, 2001, (BOA 01071-4) at 01071 (noting license sales to BellSouth, Citibank, MBNA, Xerox, HP, Hitachi, GE Medical, GE Capital, Boeing, Veritas, Ingersoll-Rand, and Humana).

consulting services or discounts for reasons entirely unrelated to the quality of Suite 11i. For example, Eaton Corporation received license discounts and concessions on Suite 11i for products as compensation for products purchased in 1995 and 1997.[123]

203. In addition, as discussed in Paragraph 97, above, certain concessions are simply a business reality with commercial customers. I have seen evidence that Oracle provided consulting services or discounts for a variety of reasons unrelated to product quality – such as maintenance of long-term relationships.[124]

**X.1.4 Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete**

204. Plaintiffs make a number of accusations concerning the lack of quality and maturity of the CRM modules of Suite 11i. Plaintiffs target this part of the product as the most problematic of the Suite, citing troubled implementations, allegedly excessive bugs and a lack of referenced customers during the relevant time period.

205. Based on my review of the factual record and my extensive experience in business enterprise software, however, the growing pains encountered by the massive CRM portion of Oracle's Suite 11i were neither undisclosed to the public, nor were they out of the ordinary. As I have noted previously, all new releases of complex business enterprise software experience some initial problems – including bugs and missing functionality.

206. In early 2000, prior to the general release of Suite 11i, Oracle publicly stated it would release CRM separately and on a rolling basis of added functionality. As Alorie Gilbert wrote in the computer trade magazine *Information Week*[125]:

---

[123] *See* February 16, 2001 Settlement Agreement and Release Between Oracle Corporation and Eaton Corporation ("Eaton Settlement Agreement") (NDCA-ORCL 1125685-93).

[124] *See* Deposition of George Roberts (June 22, 2006) at 168:4-169:11; *see also ibid*, at 167:24-168:3 ("I mean he was saying that we want to make the client successful. It may cost us some – some, you know, expense. ... And again, you know, that is part of the game. I mean, it was a new release. New releases have challenges sometimes. But at the end, if the client is successful, you all win."); *see also* Deposition of Kirsten Shaw (September 19, 2006) at 181:6-10; *see also ibid*, at 180:21-181:5 and 181:11-14 ("Customers ask to be reimbursed all the time, and consulting asks us to reimburse them for their time all the time. When you're in a tough situation that's a negotiating ploy, it doesn't necessarily mean anything."); *see also* Deposition of Richard Sellers (February 28, 2006) at 55:12-57:5 (noting that, as annual support renewal dates approached, clients would use a number of tactics to negotiate the price, including concessions for perceived problems).

[125] Alorie Gilbert, *ERP Vendors Look for Rebound After Slowdown*, InformationWeek, February 14, 2000 (NDCA-ORCL 031333-37) at 031335.

> [T]he fully Web-enabled application Suite, Oracle Applications Release 11i, won't be released until the end of the first quarter - and some components, such as CRM and order management, will ship even later.

207. Thus, any argument by Plaintiffs that Oracle represented that CRM would be initially complete is inaccurate.

208. It was widely disclosed that CRM was the newest and least mature of the Suite 11i modules. Early in 2000, analysts advised customers to wait out the bugs until later in the product's development. For example, Steve Hamm wrote in *Business Week*[126]:

> Even after the suite ships, consultants such as Gartner Group Inc. warn corporate customers that it probably won't be stable enough to handle the most crucial jobs until the end of the year.

209. And GIGA's Erin Kinikin wrote[127]:

> Companies should delay broad implementation and rollout until 2001 to give new modules and vertical offerings time to mature.

210. At the October 24, 2000 OAUG meeting in Honolulu, Hawaii, Ron Wohl advised customers interested in CRM applications to wait and implement release 11i.3, which was still in development and pre-release testing, and would not be released until early 2001[128]:

> If you're running CRM, you'll want to look to 11i.3, the next release. This release will be of particular help in CRM.

211. Again, these bugs and problems with functionality are typical of such new and massive software. The fact that CRM was developed by separate applications groups within Oracle and delivered on separate dates has no bearing on whether the product was "integrated and interoperable." As Greg Seiden testified[129]:

> Q. If in - with one of the releases the CRM and ERP code were released separately, would that separate release have any impact on the integration between the

---

[126] Steve Hamm, *Oracle: Why It's Cool Again*, Business Week, May 8, 2000 (NDCA-ORCL 307328-35) at 307330.

[127] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[128] *See* Transcript of Oracle Question and Answer Session at October 24, 2005 OAUG Fall Conference (found in NDCA-ORCL 101777-88) at 101780.

[129] Deposition of Greg Seiden (May 16, 2006) at 265:3-9.

ERP and CRM modules as you've used that term here today?

. . .

THE WITNESS: No, it wouldn't.

212. Oracle truthfully represented that Suite 11i was integrated and interoperable; the early problems with CRM that were widely publicized prior to the Class Period do not change the truth of that claim.

### X.1.5 Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged demonstrations or fake data

213. Plaintiffs have also asserted that Oracle misrepresented the capabilities of Suite 11i by rigging demonstrations.[130] I have not seen anything in the evidentiary record in this case suggesting that any salesperson at Oracle misled a customer by rigging a demonstration or misrepresenting Suite 11i's capabilities.

214. *All* demonstrations of business enterprise software operate in a simulated environment designed to demonstrate specific business flows for the customer. In my experience, a customer will issue a request for a proposal, detailing which business flows are of particular interest. It is impossible for Oracle or other vendors of comparable systems to implement the product at the customer site and run it, as if it was live; instead, for Suite 11i, Oracle used a demonstration environment based on the latest release of software (without any patches, because the environment was in constant use) that was populated with what Plaintiffs have deemed "fake data." The Applications Demonstration System, or "ADS," was necessarily running on data for a fictitious company called "Vision."

215. Sales consultants in charge of demonstrations at customer sites could then log into ADS on separate "instances," to perform a live demo over internet connections. Despite the new technology, sales consultants (like at any software company) still used static screen shots and other methods of demonstrating the product to potential customers.

216. I have seen no evidence that customers misunderstood these facts. Demonstrations of the product used fictional data running through Oracle's ADS, and they followed the script specifically requested by the customer. This is typical of all large software demonstrations after the advent of the Internet allowed demonstrations to flow through dynamic environments – such as ADS – instead of using static presentations on laptops.

217. For the same reason – *i.e.,* that given the size and complexity of the software it can only be shown to the customer in a demonstration environment

---

[130] Plaintiffs' Responses to Contention Interrogatories at 19.

rather than a fully implemented environment – problems experienced with the demonstration environment do not necessarily reflect problems with the underlying product. To the contrary, the demonstration product may have problems resulting from errors in the demonstration platform/environment itself – *e.g.,* corrupted data, incorrect configuration, hardware problems, operating system bugs. Likewise, it is not uncommon or unusual for demonstration products to be unable to demonstrate the full functionality of the underlying product – *e.g.,* the demonstration may be presented on a smaller computer, with limited memory and network capabilities, than the intended operational environment. As a result, Plaintiffs' reliance on problems with Oracle's demonstration product as evidence of bugs or lack of functionality in the underlying Suite 11i software is misplaced. The available evidence does indicate that, in certain instances, it was extraordinarily frustrating for Oracle's sales force to be unable to effectively demonstrate Suite 11i's features to potential customers – but this failure does not reflect on the underlying software.

#### X.1.6 Plaintiffs' claim that Oracle had a small number of reference customers

218. Finally, Plaintiffs claim that Oracle had only a small number of reference customers to support its sales of Suite 11i, because of the problems with the product. Again, based on my extensive experience with business enterprise software, it is readily apparent that Plaintiffs are identifying problems with Suite 11i in particular, when reference issues are typical of *all* new software releases.

219. The typical implementation of Suite 11i for a small company could take up to three months – or substantially longer for enormous, multi-divisional corporations. Implementations are expensive, complex and lengthy even if nothing goes wrong. Therefore, there was nothing unique or nefarious about a small number of reference accounts leading into Oracle's Q3 2001. On the contrary, the evidence I have seen regarding references appears consistent with any new software release of Suite 11i's size and complexity. For example, Mark Jarvis testified[131]:

> A. I absolutely remember that getting references for E-Business Suite was a very uphill struggle.
>
> Q. Why?
>
> . . .
>
> THE WITNESS: For many reasons, including the amount of time taken for the customer to go live and see benefits.

---

[131] Deposition of Mark Jarvis (May 30, 2006) at 201:18-202:15.