Exhibit 4h

**Confidential**

| | | | | |
|---|---|---|---|---|
| 5. | BOA 02704-02708 | 30. | MS 00022-00024 |
| 6. | BOA 2709-2716 | 31. | MS 00030-00035 |
| 7. | CIBC 00061-00066 | 32. | MS 00036-00043 |
| 8. | CIBC 00096-00098 | 33. | MS 00069-00076 |
| 9. | CIBC 00110-00115 | 34. | MS 00077-00082 |
| 10. | CIBC 00193-00197 | 35. | MS 00089-00097 |
| 11. | CIBC 00208-00209 | 36. | MS 00120-00124 |
| 12. | CIBC 00210-00214 | 37. | MS 00148-00159 |
| 13. | CSFB 000037-000040 | 38. | MS 00160-00164 |
| 14. | CSFB 000046-000053 | 39. | MS 00175-00182 |
| 15. | CSFB 000075-000077 | 40. | NCDA-ORCL 110948-1032 |
| 16. | CSFB 000078-000081 | 41. | NDCA ORCL 115356-61 |
| 17. | CSFB 000082-000084 | 42. | NDCA-ORCL  107511-107514 |
| 18. | GMS 00107-00109 | 43. | NDCA-ORCL 003215-47 |
| 19. | IR 0199 | 44. | NDCA-ORCL 003281-3311 |
| 20. | JOM 00036-00041 | 45. | NDCA-ORCL 003365-003368 |
| 21. | JPM 00010-00015 | 46. | NDCA-ORCL 005755-005757 |
| 22. | JPM 00022-00025 | 47. | NDCA-ORCL 005758-005759 |
| 23. | JPM 00026-00035 | 48. | NDCA-ORCL 005760-005763 |
| 24. | JPM 0042-0045 | 49. | NDCA-ORCL 005773 |
| 25. | JPM 0046-0050 | 50. | NDCA-ORCL 005802-005804 |
| 26. | LT 0167 | 51. | NDCA-ORCL 005826-005827 |
| 27. | MIS 00036-00043 | 52. | NDCA-ORCL 005908-005909 |
| 28. | MS 00010-00013 | 53. | NDCA-ORCL 005910-005912 |
| 29. | MS 00014-00021 | 54. | NDCA-ORCL 005913-005915 |

Confidential

| | |
|---|---|
| 55. NDCA-ORCL 005926-005931 | 80. NDCA-ORCL 009430-009431 |
| 56. NDCA-ORCL 005941-005947 | 81. NDCA-ORCL 009453-009462 |
| 57. NDCA-ORCL 005986-005985 | 82. NDCA-ORCL 009472-009476 |
| 58. NDCA-ORCL 005999 | 83. NDCA-ORCL 009477-009479 |
| 59. NDCA-ORCL 006051-006053 | 84. NDCA-ORCL 009480-009486 |
| 60. NDCA-ORCL 006081-006087 | 85. NDCA-ORCL 009487-009493 |
| 61. NDCA-ORCL 006092-006094 | 86. NDCA-ORCL 009494-009497 |
| 62. NDCA-ORCL 006095-006096 | 87. NDCA-ORCL 009498-009504 |
| 63. NDCA-ORCL 006315-006319 | 88. NDCA-ORCL 009505-009511 |
| 64. NDCA-ORCL 0065535-9 | 89. NDCA-ORCL 009512-009517 |
| 65. NDCA-ORCL 009288-009303 | 90. NDCA-ORCL 009518-22 |
| 66. NDCA-ORCL 009304-009305 | 91. NDCA-ORCL 009523-009528 |
| 67. NDCA-ORCL 009316-009317 | 92. NDCA-ORCL 009529-009533 |
| 68. NDCA-ORCL 009318-009319 | 93. NDCA-ORCL 009534-009539 |
| 69. NDCA-ORCL 009320-009343 | 94. NDCA-ORCL 009540-009543 |
| 70. NDCA-ORCL 009344-009345 | 95. NDCA-ORCL 009544-009547 |
| 71. NDCA-ORCL 009358-009360 | 96. NDCA-ORCL 009548-009551 |
| 72. NDCA-ORCL 009364-65 | 97. NDCA-ORCL 009552-009557 |
| 73. NDCA-ORCL 009366-009367 | 98. NDCA-ORCL 009558-009562 |
| 74. NDCA-ORCL 009370-009371 | 99. NDCA-ORCL 009569-009572 |
| 75. NDCA-ORCL 009373-009374 | 100. NDCA-ORCL 009573-009581 |
| 76. NDCA-ORCL 009375-009376 | 101. NDCA-ORCL 009582-009587 |
| 77. NDCA-ORCL 009377-009388 | 102. NDCA-ORCL 009588-009592 |
| 78. NDCA-ORCL 009390-009391 | 103. NDCA-ORCL 009593-009596 |
| 79. NDCA-ORCL 009397-009405 | 104. NDCA-ORCL 009597-009600 |

Confidential

| | | | | |
|---|---|---|---|---|
| 105. | NDCA-ORCL 009601-009606 | | 130. | NDCA-ORCL 009745 |
| 106. | NDCA-ORCL 009613-009616 | | 131. | NDCA-ORCL 009886-8 |
| 107. | NDCA-ORCL 009617-009620 | | 132. | NDCA-ORCL 009889-93 |
| 108. | NDCA-ORCL 009621-009624 | | 133. | NDCA-ORCL 012377 |
| 109. | NDCA-ORCL 009625-009629 | | 134. | NDCA-ORCL 012381-012383 |
| 110. | NDCA-ORCL 009630-009633 | | 135. | NDCA-ORCL 012384 |
| 111. | NDCA-ORCL 009634-009637 | | 136. | NDCA-ORCL 012385 |
| 112. | NDCA-ORCL 009638-009640 | | 137. | NDCA-ORCL 012393-012395 |
| 113. | NDCA-ORCL 009641-009642 | | 138. | NDCA-ORCL 012414-012417 |
| 114. | NDCA-ORCL 009643-009645 | | 139. | NDCA-ORCL 012424 |
| 115. | NDCA-ORCL 009646-009648 | | 140. | NDCA-ORCL 012425-012426 |
| 116. | NDCA-ORCL 009724 | | 141. | NDCA-ORCL 012433-012438 |
| 117. | NDCA-ORCL 009725 | | 142. | NDCA-ORCL 012439-012441 |
| 118. | NDCA-ORCL 009726 | | 143. | NDCA-ORCL 013041-013047 |
| 119. | NDCA-ORCL 009727-009728 | | 144. | NDCA-ORCL 013115-22 |
| 120. | NDCA-ORCL 009727-8 | | 145. | NDCA-ORCL 013149-013156 |
| 121. | NDCA-ORCL 009729-009730 | | 146. | NDCA-ORCL 013665-013668 |
| 122. | NDCA-ORCL 009733-009734 | | 147. | NDCA-ORCL 013717-013720 |
| 123. | NDCA-ORCL 009736-009737 | | 148. | NDCA-ORCL 013731-013734 |
| 124. | NDCA-ORCL 009736-37 | | 149. | NDCA-ORCL 014075-014076 |
| 125. | NDCA-ORCL 009736-7 | | 150. | NDCA-ORCL 014244-014245 |
| 126. | NDCA-ORCL 009737 | | 151. | NDCA-ORCL 014914-7 |
| 127. | NDCA-ORCL 009739 | | 152. | NDCA-ORCL 016242-016267 |
| 128. | NDCA-ORCL 009740-009741 | | 153. | NDCA-ORCL 018580-92 |
| 129. | NDCA-ORCL 009744 | | 154. | NDCA-ORCL 018737-018742 |

**Page 113**

| | |
|---|---|
| 155. | NDCA-ORCL 018745-018749 |
| 156. | NDCA-ORCL 018771-018773 |
| 157. | NDCA-ORCL 019152 |
| 158. | NDCA-ORCL 019156-019159 |
| 159. | NDCA-ORCL 019238-019243 |
| 160. | NDCA-ORCL 019238-019243 |
| 161. | NDCA-ORCL 019438-66 |
| 162. | NDCA-ORCL 0197087-019711 |
| 163. | NDCA-ORCL 019758-59 |
| 164. | NDCA-ORCL 020544-020547 |
| 165. | NDCA-ORCL 020728 |
| 166. | NDCA-ORCL 020844-020849 |
| 167. | NDCA-ORCL 023354-023370 |
| 168. | NDCA-ORCL 023823-023825 |
| 169. | NDCA-ORCL 023954-023959 |
| 170. | NDCA-ORCL 024623-024626 |
| 171. | NDCA-ORCL 024862-024864 |
| 172. | NDCA-ORCL 024862-4 |
| 173. | NDCA-ORCL 026862-68 |
| 174. | NDCA-ORCL 026981-026982 |
| 175. | NDCA-ORCL 026981-026984 |
| 176. | NDCA-ORCL 027055-027151 |
| 177. | NDCA-ORCL 027955 |
| 178. | NDCA-ORCL 028424-028425 |
| 179. | NDCA-ORCL 028461-028464 |

| | |
|---|---|
| 180. | NDCA-ORCL 028721-23 |
| 181. | NDCA-ORCL 028748-028749 |
| 182. | NDCA-ORCL 031333-37 |
| 183. | NDCA-ORCL 031369-061373 |
| 184. | NDCA-ORCL 034333 |
| 185. | NDCA-ORCL 034377-034380 |
| 186. | NDCA-ORCL 034382-034383 |
| 187. | NDCA-ORCL 034382-3 |
| 188. | NDCA-ORCL 035038-035040 |
| 189. | NDCA-ORCL 035111-035112 |
| 190. | NDCA-ORCL 035243-035264 |
| 191. | NDCA-ORCL 035265-035268 |
| 192. | NDCA-ORCL 035276-035279 |
| 193. | NDCA-ORCL 035293-4 |
| 194. | NDCA-ORCL 035298-035300 |
| 195. | NDCA-ORCL 035352 |
| 196. | NDCA-ORCL 035356-035358 |
| 197. | NDCA-ORCL 035362-035364 |
| 198. | NDCA-ORCL 035362-035364 |
| 199. | NDCA-ORCL 035384-035387 |
| 200. | NDCA-ORCL 035384-7 |
| 201. | NDCA-ORCL 035425-035428 |
| 202. | NDCA-ORCL 035467-035468 |
| 203. | NDCA-ORCL 035470-3 |
| 204. | NDCA-ORCL 039324-039328 |

205. NDCA-ORCL 039546

206. NDCA-ORCL 039547-039551

207. NDCA-ORCL 040638-40

208. NDCA-ORCL 041513-041520

209. NDCA-ORCL 041796-041821

210. NDCA-ORCL 042007-042009

211. NDCA-ORCL 049452-079453

212. NDCA-ORCL 052361-052366

213. NDCA-ORCL 052422-052424

214. NDCA-ORCL 052443-052444

215. NDCA-ORCL 052451-052462

216. NDCA-ORCL 052474

217. NDCA-ORCL 052475-052478

218. NDCA-ORCL 052479

219. NDCA-ORCL 052487-052488

220. NDCA-ORCL 052495

221. NDCA-ORCL 052514-052518

222. NDCA-ORCL 052527

223. NDCA-ORCL 052550-052551

224. NDCA-ORCL 052556-7

225. NDCA-ORCL 052558-63

226. NDCA-ORCL 052567

227. NDCA-ORCL 052567

228. NDCA-ORCL 052567

229. NDCA-ORCL 052573 - 052574

230. NDCA-ORCL 052586 - 052587

231. NDCA-ORCL 052586-7

232. NDCA-ORCL 052598 - 052599

233. NDCA-ORCL 052625052626

234. NDCA-ORCL 052637

235. NDCA-ORCL 052709 - 052711

236. NDCA-ORCL 052770 - 052772

237. NDCA-ORCL 052815 - 052817

238. NDCA-ORCL 052838-052839

239. NDCA-ORCL 052838-9

240. NDCA-ORCL 052844

241. NDCA-ORCL 052890 - 052891

242. NDCA-ORCL 052901 - 052902

243. NDCA-ORCL 052924 - 052926

244. NDCA-ORCL 052944-052951

245. NDCA-ORCL 052960

246. NDCA-ORCL 052987 - 052988

247. NDCA-ORCl 052989-052991

248. NDCA-ORCL 053057 - 053058

249. NDCA-ORCL 053168 - 053169

250. NDCA-ORCL 053228-053229

251. NDCA-ORCL 053262 - 053263

252. NDCA-ORCL 053274-053725

253. NDCA-ORCL 053288-056292

254. NDCA-ORCL 053348 - 053349

Confidential

| | | | | |
|---|---|---|---|---|
| 255. | NDCA-ORCL 053374 - 053375 | | 280. | NDCA-ORCL 054231-054234 |
| 256. | NDCA-ORCL 053384 - 053385 | | 281. | NDCA-ORCL 054235-054244 |
| 257. | NDCA-ORCL 053452 - 053453 | | 282. | NDCA-ORCL 054274 - 054275 |
| 258. | NDCA-ORCL 053519-053520 | | 283. | NDCA-ORCL 054292 |
| 259. | NDCA-ORCL 053542 - 053543 | | 284. | NDCA-ORCL 054302 - 054303 |
| 260. | NDCA-ORCL 053575 - 053580 | | 285. | NDCA-ORCL 054361 - 054362 |
| 261. | NDCA-ORCL 053630 - 053635 | | 286. | NDCA-ORCL 054361-054362 |
| 262. | NDCA-ORCL 053679 - 053680 | | 287. | NDCA-ORCL 054367 - 054368 |
| 263. | NDCA-ORCL 053718 - 053719 | | 288. | NDCA-ORCL 054369 - 054370 |
| 264. | NDCA-ORCL 053728 - 053729 | | 289. | NDCA-ORCL 054373 - 054376 |
| 265. | NDCA-ORCL 053733 - 053734 | | 290. | NDCA-ORCL 054413 - 054414 |
| 266. | NDCA-ORCL 053736-053739 | | 291. | NDCA-ORCL 054443 |
| 267. | NDCA-ORCL 0537713-053717 | | 292. | NDCA-ORCL 054443 |
| 268. | NDCA-ORCL 053778 - 053779 | | 293. | NDCA-ORCL 054494 - 054495 |
| 269. | NDCA-ORCL 053857 - 053858 | | 294. | NDCA-ORCL 054543-054544 |
| 270. | NDCA-ORCL 053905 - 053906 | | 295. | NDCA-ORCL 054545 - 054546 |
| 271. | NDCA-ORCL 053978 - 053979 | | 296. | NDCA-ORCL 054591 - 054592 |
| 272. | NDCA-ORCL 053998 - 053999 | | 297. | NDCA-ORCL 054664 - 054665 |
| 273. | NDCA-ORCL 054013 - 054014 | | 298. | NDCA-ORCL 054680 - 054681 |
| 274. | NDCA-ORCL 054015 - 054016 | | 299. | NDCA-ORCL 054689 - 054690 |
| 275. | NDCA-ORCL 054074054080 | | 300. | NDCA-ORCL 054757 - 054758 |
| 276. | NDCA-ORCL 054130 - 054131 | | 301. | NDCA-ORCL 054811 - 054812 |
| 277. | NDCA-ORCL 054156-054157 | | 302. | NDCA-ORCL 054846 - 054847 |
| 278. | NDCA-ORCL 054170 - 054171 | | 303. | NDCA-ORCL 054889 - 054890 |
| 279. | NDCA-ORCL 054228-054240 | | 304. | NDCA-ORCL 054894-054898 |

305.  NDCA-ORCL 054938 - 054939

306.  NDCA-ORCL 054974-064975

307.  NDCA-ORCL 054984-054985

308.  NDCA-ORCL 055457-055459

309.  NDCA-ORCL 055970-055971

310.  NDCA-ORCL 056045-056048

311.  NDCA-ORCl 056046-056048

312.  NDCA-ORCL 056049-056050

313.  NDCA-ORCL 056051-056054

314.  NDCA-ORCL 056055-056056

315.  NDCA-ORCl 056055-056056

316.  NDCA-ORCL 056055-6

317.  NDCA-ORCL 056207-12

318.  NDCA-ORCL 056213-056214

319.  NDCA-ORCL 056213-4

320.  NDCA-ORCL 056288-92

321.  NDCA-ORCL 056298-056299

322.  NDCA-ORCL 056341-056347

323.  NDCA-ORCL 056367-056368

324.  NDCA-ORCL 056385-056388

325.  NDCA-ORCL 056440-056442

326.  NDCA-ORCL 056479 - 056481

327.  NDCA-ORCL 056487 - 056491

328.  NDCA-ORCL 056526 - 056528

329.  NDCA-ORCL 056587 - 056588

330.  NDCA-ORCL 056642 - 056644

331.  NDCA-ORCL 056658 - 056662

332.  NDCA-ORCL 056712 - 056714

333.  NDCA-ORCL 056718

334.  NDCA-ORCL 056729 - 056731

335.  NDCA-ORCL 056802-056804

336.  NDCA-ORCL 056808-056815

337.  NDCA-ORCL 056934

338.  NDCA-ORCL 056965 - 056967

339.  NDCA-ORCL 056965-056967

340.  NDCA-ORCL 056968 - 056971

341.  NDCA-ORCL 057050

342.  NDCA-ORCL 057087-057088

343.  NDCA-ORCL 057116-7

344.  NDCA-ORCL 057127-9

345.  NDCA-ORCL 057167-057174

346.  NDCA-ORCL 057167-057174

347.  NDCA-ORCL 057187-057189

348.  NDCA-ORCL 057237-9

349.  NDCA-ORCL 057289-057290

350.  NDCA-ORCL 057301-057303

351.  NDCA-ORCL 057423-057424

352.  NDCA-ORCL 058176-018185

353.  NDCA-ORCL 058253-4

354.  NDCA-ORCL 058291-93

**Page 117**

| | | | |
|---|---|---|---|
| 355. | NDCA-ORCL 058328-058331 | 380. | NDCA-ORCL 061306-061309 |
| 356. | NDCA-ORCL 058335-058338 | 381. | NDCA-ORCL 061311-061311 |
| 357. | NDCA-ORCL 058335-058338 | 382. | NDCA-ORCL 061313-061315 |
| 358. | NDCA-ORCL 058351-058352 | 383. | NDCA-ORCL 061370-061372 |
| 359. | NDCA-ORCL 058351-058352 | 384. | NDCA-ORCL 061378-061379 |
| 360. | NDCA-ORCL 058388-058389 | 385. | NDCA-ORCL 061378-061379 |
| 361. | NDCA-ORCL 058525- 058531 | 386. | NDCA-ORCL 0615941-0615947 |
| 362. | NDCA-ORCL 058611-058612 | 387. | NDCA-ORCL 061785-061790 |
| 363. | NDCA-ORCL 058653-058655 | 388. | NDCA-ORCL 061815-061818 |
| 364. | NDCA-ORCL 058653-058655 | 389. | NDCA-ORCL 061840 |
| 365. | NDCA-ORCL 058656-058658 | 390. | NDCA-ORCL 061968 |
| 366. | NDCA-ORCL 058705-058707 | 391. | NDCA-ORCL 062088-062090 |
| 367. | NDCA-ORCL 058708-058709 | 392. | NDCA-ORCL 063385 |
| 368. | NDCA-ORCL 058723-058724 | 393. | NDCA-ORCL 063393-95 |
| 369. | NDCA-ORCL 059264-0590266 | 394. | NDCA-ORCL 063405-063407 |
| 370. | NDCA-ORCL 059264-059266 | 395. | NDCA-ORCL 063409-063410 |
| 371. | NDCA-ORCL 059561-059563 | 396. | NDCA-ORCL 063409-10 |
| 372. | NDCA-ORCL 059716 - 059718 | 397. | NDCA-ORCl 063415-063417 |
| 373. | NDCA-ORCL 059791-059795 | 398. | NDCA-ORCL 063418-064422 |
| 374. | NDCA-ORCL 060330-060332 | 399. | NDCA-ORCL 063423-063424 |
| 375. | NDCA-ORCL 060383-5 | 400. | NDCA-ORCL 063429 |
| 376. | NDCA-ORCL 060716 - 060718 | 401. | NDCA-ORCL 063429 |
| 377. | NDCA-ORCL 061028-061032 | 402. | NDCA-ORCL 063432 |
| 378. | NDCA-ORCL 061033 | 403. | NDCA-ORCL 063432-063434 |
| 379. | NDCA-ORCL 061302-061303 | 404. | NDCA-ORCL 063438-063439 |

| | | | | |
|---|---|---|---|---|
| 405. | NDCA-ORCL 063440-063441 | | 430. | NDCA-ORCL 063990-064009 |
| 406. | NDCA-ORCL 063440-063442 | | 431. | NDCA-ORCL 064031-064096 |
| 407. | NDCA-ORCL 063446-47 | | 432. | NDCA-ORCL 064031-96 |
| 408. | NDCA-ORCl 063462-063464 | | 433. | NDCA-ORCL 064316 - 064330 |
| 409. | NDCA-ORCL 063469 | | 434. | NDCA-ORCL 064346 - 064360 |
| 410. | NDCA-ORCL 063471-063477 | | 435. | NDCA-ORCL 067168-206 |
| 411. | NDCA-ORCL 063478-063480 | | 436. | NDCA-ORCL 067328 - 067331 |
| 412. | NDCA-ORCL 063478-063480 | | 437. | NDCA-ORCL 067364 - 067390 |
| 413. | NDCA-ORCL 063478-80 | | 438. | NDCA-ORCL 067407 - 067411 |
| 414. | NDCA-ORCL 063498-063500 | | 439. | NDCA-ORCL 067429 - 067433 |
| 415. | NDCA-ORCL 063498-500 | | 440. | NDCA-ORCL 067492 - 067508 |
| 416. | NDCA-ORCL 063547-063549 | | 441. | NDCA-ORCL 067554 - 067559 |
| 417. | NDCA-ORCL 063552 | | 442. | NDCA-ORCL 067626 - 067630 |
| 418. | NDCA-ORCL 063552 | | 443. | NDCA-ORCL 067643 – 067659 |
| 419. | NDCA-ORCL 063555-063557 | | 444. | NDCA-ORCL 067670 - 067674 |
| 420. | NDCA-ORCL 063590-063592 | | 445. | NDCA-ORCL 067694 - 067698 |
| 421. | NDCA-ORCL 063630-063650 | | 446. | NDCA-ORCL 067709 - 067713 |
| 422. | NDCA-ORCL 063671-87 | | 447. | NDCA-ORCL 067764 - 067768 |
| 423. | NDCA-ORCL 063711-063728 | | 448. | NDCA-ORCL 067884-067888 |
| 424. | NDCA-ORCL 063767-063769 | | 449. | NDCA-ORCL 069250-1 |
| 425. | NDCA-ORCL 063770-063785 | | 450. | NDCA-ORCL 069404-069420 |
| 426. | NDCA-ORCL 063958-063960 | | 451. | NDCA-ORCL 069404-20 |
| 427. | NDCA-ORCL 063964-063967 | | 452. | NDCA-ORCL 069907-069939 |
| 428. | NDCA-ORCL 063986-063988 | | 453. | NDCA-ORCL 071116-071159 |
| 429. | NDCA-ORCL 063989 | | 454. | NDCA-ORCL 071260-82 |

Confidential

| 455. | NDCA-ORCL 071305-32 | 480. | NDCA-ORCL 079145-47 |
| 456. | NDCA-ORCL 071815-071862 | 481. | NDCA-ORCL 079148-079150 |
| 457. | NDCA-ORCL 071910-45 | 482. | NDCA-ORCL 079233-079238 |
| 458. | NDCA-ORCL 072154-210 | 483. | NDCA-ORCL 080032-080033 |
| 459. | NDCA-ORCL 072671-072676 | 484. | NDCA-ORCL 080190 |
| 460. | NDCA-ORCL 072934-40 | 485. | NDCA-ORCL 081490-081497 |
| 461. | NDCA-ORCL 075428-075436 | 486. | NDCA-ORCL 081817 |
| 462. | NDCA-ORCL 075437-075445 | 487. | NDCA-ORCL 081828-081829 |
| 463. | NDCA-ORCL 075913-075915 | 488. | NDCA-ORCL 083722-083748 |
| 464. | NDCA-ORCL 077903-077935 | 489. | NDCA-ORCL 084198-084206 |
| 465. | NDCA-ORCL 078373-078375 | 490. | NDCA-ORCL 084716-084717 |
| 466. | NDCA-ORCL 078373-5 | 491. | NDCA-ORCL 084760-084761 |
| 467. | NDCA-ORCL 078378 | 492. | NDCA-ORCL 084762-084763 |
| 468. | NDCA-ORCL 078381-078382 | 493. | NDCA-ORCL 084765-084770 |
| 469. | NDCA-ORCL 078383-078384 | 494. | NDCA-ORCL 084771 |
| 470. | NDCA-ORCL 078383-4 | 495. | NDCA-ORCL 084775-084778 |
| 471. | NDCA-ORCL 078385-078387 | 496. | NDCA-ORCL 084779-084780 |
| 472. | NDCA-ORCL 078388-90 | 497. | NDCA-ORCL 084785-084786 |
| 473. | NDCA-ORCL 078408-078411 | 498. | NDCA-ORCL 084804-31 |
| 474. | NDCA-ORCL 078408-11 | 499. | NDCA-ORCL 084832-084833 |
| 475. | NDCA-ORCL 078416-078418 | 500. | NDCA-ORCL 084893-084895 |
| 476. | NDCA-ORCL 078416-8 | 501. | NDCA-ORCL 084926-084927 |
| 477. | NDCA-ORCL 078622-29 | 502. | NDCA-ORCL 084966-084968 |
| 478. | NDCA-ORCL 078646-078652 | 503. | NDCA-ORCL 084969-084971 |
| 479. | NDCA-ORCL 078865-078868 | 504. | NDCA-ORCL 084973-084999 |

Confidential

505.  NDCA-ORCL 085005

506.  NDCA-ORCL 086661-086686

507.  NDCA-ORCL 086728-9

508.  NDCA-ORCL 089691-93

509.  NDCA-ORCL 091315-091317

510.  NDCA-ORCL 091318-091319

511.  NDCA-ORCL 091341-091343

512.  NDCA-ORCL 091344-091350

513.  NDCA-ORCL 091354-091356

514.  NDCA-ORCL 091359-091360

515.  NDCA-ORCL 091361-091363

516.  NDCA-ORCL 091368-091369

517.  NDCA-ORCL 091384-091386

518.  NDCA-ORCL 091394-091395

519.  NDCA-ORCL 091400-091405

520.  NDCA-ORCL 091406-091407

521.  NDCA-ORCL 091447-9

522.  NDCA-ORCL 091454-56

523.  NDCA-ORCL 091457-091461

524.  NDCA-ORCL 091457-091461

525.  NDCA-ORCL 091467-70

526.  NDCA-ORCL 091477-9

527.  NDCA-ORCL 091483-091485

528.  NDCA-ORCL 091488-091492

529.  NDCA-ORCL 091531-091533

530.  NDCA-ORCL 091545-091549

531.  NDCA-ORCL 091545-9

532.  NDCA-ORCL 091550-091553

533.  NDCA-ORCL 091550-3

534.  NDCA-ORCL 091554-091558

535.  NDCA-ORCL 091554-8

536.  NDCA-ORCL 093689-093693

537.  NDCA-ORCL 094069-094070

538.  NDCA-ORCL 094090-094093

539.  NDCA-ORCL 094094-094097

540.  NDCA-ORCL 094098-094100

541.  NDCA-ORCL 0940994-094097

542.  NDCA-ORCL 094103-094104

543.  NDCA-ORCL 094109

544.  NDCA-ORCL 094110-094111

545.  NDCA-ORCL 094110-094111

546.  NDCA-ORCL 094110-11

547.  NDCA-ORCL 094113

548.  NDCA-ORCL 094128-094137

549.  NDCA-ORCL 094138-094139

550.  NDCA-ORCL 094258-094264

551.  NDCA-ORCL 094269-094274

552.  NDCA-ORCL 094420-094472

553.  NDCA-ORCL 095876-095890

554.  NDCA-ORCL 095991-096003

Page 121

Confidential

555.  NDCA-ORCL 096135-48
556.  NDCA-ORCL 096199
557.  NDCA-ORCL 096930-096942
558.  NDCA-ORCL 097322
559.  NDCA-ORCL 097387-097389
560.  NDCA-ORCL 097390-097392
561.  NDCA-ORCL 097883
562.  NDCA-ORCL 098793-098794
563.  NDCA-ORCL 098795-098798
564.  NDCA-ORCL 099149-099156
565.  NDCA-ORCL 099157
566.  NDCA-ORCL 099198
567.  NDCA-ORCL 100146
568.  NDCA-ORCL 100181-100182
569.  NDCA-ORCL 100181-82
570.  NDCA-ORCL 100279-84
571.  NDCA-ORCL 101024
572.  NDCA-ORCL 101133-101161
573.  NDCA-ORCL 101162-101188
574.  NDCA-ORCL 101162-88
575.  NDCA-ORCL 101468-70
576.  NDCA-ORCL 101474-6
577.  NDCA-ORCL 101535-101537
578.  NDCA-ORCL 101588-101592
579.  NDCA-ORCL 101630-6

580.  NDCA-ORCL 101651-101653
581.  NDCA-ORCL 101654-101656
582.  NDCA-ORCL 101663-101664
583.  NDCA-ORCL 101665
584.  NDCA-ORCL 101666-101670
585.  NDCA-ORCL 101671-101673
586.  NDCA-ORCL 101745-101746
587.  NDCA-ORCL 101777-101788
588.  NDCA-ORCL 101777-88
589.  NDCA-ORCL 101854-101855
590.  NDCA-ORCL 102009-12
591.  NDCA-ORCL 102044-84
592.  NDCA-ORCL 102108-9
593.  NDCA-ORCL 1021207-1021209
594.  NDCA-ORCL 1021267-1021277
595.  NDCA-ORCL 1021353-1021361
596.  NDCA-ORCL 1021607-1021611
597.  NDCA-ORCL 1021612-1021616
598.  NDCA-ORCL 1023176-1023177
599.  NDCA-ORCL 1023193
600.  NDCA-ORCL 1023247-102352
601.  NDCA-ORCL 1023359-1023367
602.  NDCA-ORCL 102356-102383
603.  NDCA-ORCL 102384-102402
604.  NDCA-ORCL 102403-102420

Confidential

605. NDCA-ORCL 102421-102445

606. NDCA-ORCL 1024548-1024554

607. NDCA-ORCL 1024555

608. NDCA-ORCL 102471-105496

609. NDCA-ORCL 1024812-1024814

610. NDCA-ORCL 102497-102515

611. NDCA-ORCL 102539-102558

612. NDCA-ORCL 1026737-1026742

613. NDCA-ORCL 1027516-1027521

614. NDCA-ORCL 1027667-1027750

615. NDCA-ORCL 1027687-750

616. NDCA-ORCL 1027884-1027886

617. NDCA-ORCL 1028065-1028067

618. NDCA-ORCL 1028419-1028421

619. NDCA-ORCL 1028899-1028901

620. NDCA-ORCL 1029513-1029523

621. NDCA-ORCL 1029513-23

622. NDCA-ORCL 1029900-1029905

623. NDCA-ORCL 1031356 - 1031396

624. NDCA-ORCL 1032070

625. NDCA-ORCL 1032829-35

626. NDCA-ORCL 1033021 - 1033066

627. NDCA-ORCL 1033537-1033551

628. NDCA-ORCL 1034025-1034030

629. NDCA-ORCL 1034563-73

630. NDCA-ORCL 1035503

631. NDCA-ORCL 1035667-1035668

632. NDCA-ORCL 1035669-1035672

633. NDCA-ORCL 1036677-1036678

634. NDCA-ORCL 1036867-1036877

635. NDCA-ORCL 1037148-1037199

636. NDCA-ORCL 1037470-1037475

637. NDCA-ORCL 104869-104869

638. NDCA-ORCL 1051216-18

639. NDCA-ORCL 1051488-1051491

640. NDCA-ORCL 1051592-1051595

641. NDCA-ORCL 1051592-5

642. NDCA-ORCL 1053527-1053533

643. NDCA-ORCL 1053527-33

644. NDCA-ORCL 1054514-1054521

645. NDCA-ORCL 1054749-1054752

646. NDCA-ORCL 1054749-52

647. NDCA-ORCL 1054773-1054776

648. NDCA-ORCL 1054773-6

649. NDCA-ORCL 1056046-1056049

650. NDCA-ORCL 1056838

651. NDCA-ORCL 1056850-1056851

652. NDCA-ORCL 1056856-1056857

653. NDCA-ORCL 1056856-57

654. NDCA-ORCL 106680-728

Page 123                                              Confidential

655.   NDCA-ORCL 107254-107260       680.   NDCA-ORCL 107578-107580

656.   NDCA-ORCL 107364-107368       681.   NDCA-ORCL 107586-107588

657.   NDCA-ORCL 107369-107371       682.   NDCA-ORCL 107933-107938

658.   NDCA-ORCL 107372-107374       683.   NDCA-ORCL 108090-108093

659.   NDCA-ORCL 107378-107379       684.   NDCA-ORCL 108090-108093

660.   NDCA-ORCL 107383-107384       685.   NDCA-ORCL 108262-108266

661.   NDCA-ORCL 107385              686.   NDCA-ORCL 108380-108383

662.   NDCA-ORCL 107386-107389       687.   NDCA-ORCL 109268-109271

663.   NDCA-ORCL 107406-107407       688.   NDCA-ORCL 109873-109879

664.   NDCA-ORCL 107418-107424       689.   NDCA-ORCL 110114-110125

665.   NDCA-ORCL 107435-107437       690.   NDCA-ORCL 110448-110450

666.   NDCA-ORCL 107438-107440       691.   NDCA-ORCL 110448-50

667.   NDCA-ORCL 107441-107443       692.   NDCA-ORCL 110451-110453

668.   NDCA-ORCL 107444-107446       693.   NDCA-ORCL 110451-3

669.   NDCA-ORCL 107447-107449       694.   NDCA-ORCL 110454-110456

670.   NDCA-ORCL 107459              695.   NDCA-ORCL 110454-6

671.   NDCA-ORCL 107462-107464       696.   NDCA-ORCL 110458-100460

672.   NDCA-ORCL 107465-107467       697.   NDCA-ORCL 110458-60

673.   NDCA-ORCL 107471-107473       698.   NDCA-ORCL 110486

674.   NDCA-ORCL 107520-107522       699.   NDCA-ORCL 110486

675.   NDCA-ORCL 107523-107525       700.   NDCA-ORCL 110505-11

676.   NDCA-ORCL 107526-107528       701.   NDCA-ORCL 110578

677.   NDCA-ORCL 107529-107539       702.   NDCA-ORCL 110578

678.   NDCA-ORCL 107555              703.   NDCA-ORCL 110579-110580

679.   NDCA-ORCL 107569-107572       704.   NDCA-ORCL 110579-80

705.   NDCA-ORCL 110948-111032

706.   NDCA-ORCL 111294

707.   NDCA-ORCL 111308-111311

708.   NDCA-ORCL 111763-111765

709.   NDCA-ORCL 111935-111939

710.   NDCA-ORCL 112166-243

711.   NDCA-ORCL 1125685-93

712.   NDCA-ORCL 1125976 - 1125983

713.   NDCA-ORCL 1125984 - 1125991

714.   NDCA-ORCL 1125992 - 1125999

715.   NDCA-ORCL 1126000 - 1126007

716.   NDCA-ORCL 1126009 - 1126013

717.   NDCA-ORCL 113354-113382

718.   NDCA-ORCL 113354-113382

719.   NDCA-ORCL 113354-113382

720.   NDCA-ORCL 115101-115106

721.   NDCA-ORCL 116670-116675

722.   NDCA-ORCL 116683-116686

723.   NDCA-ORCL 116687-116693

724.   NDCA-ORCL 116694-116697

725.   NDCA-ORCL 116707-116712

726.   NDCA-ORCL 116720-116723

727.   NDCA-ORCL 116720-116723

728.   NDCA-ORCL 116724-116727

729.   NDCA-ORCL 117404-16

730.   NDCA-ORCL 119117-119120

731.   NDCA-ORCL 120438

732.   NDCA-ORCL 120740-120751

733.   NDCA-ORCL 120842-120850

734.   NDCA-ORCL 120920-120922

735.   NDCA-ORCL 120934-120939

736.   NDCA-ORCL 121003-121463

737.   NDCA-ORCL 121067-121095

738.   NDCA-ORCL 121145-121175

739.   NDCA-ORCL 121263-121277

740.   NDCA-ORCL 121288-121287

741.   NDCA-ORCl 121306-121308

742.   NDCA-ORCL 121355-121359

743.   NDCA-ORCL 121406-121407

744.   NDCA-ORCL 121418-121431

745.   NDCA-ORCL 121460-121463

746.   NDCA-ORCL 121497-121506

747.   NDCA-ORCL 121507-121516

748.   NDCA-ORCL 121542-121580

749.   NDCA-ORCL 121620-121623

750.   NDCA-ORCL 121620-23

751.   NDCA-ORCL 121624-121628

752.   NDCA-ORCL 121632-121635

753.   NDCA-ORCL 121642-121646

754.   NDCA-ORCL 121644-121646

| | |
|---|---|
| 755. NDCA-ORCl 121668 | 780. NDCA-ORCL 123967-123970 |
| 756. NDCA-ORCL 121670-121671 | 781. NDCA-ORCL 123967-70 |
| 757. NDCA-ORCL 121687-121689 | 782. NDCA-ORCL 123971-123973 |
| 758. NDCA-ORCL 121704-121707 | 783. NDCA-ORCL 123971-3 |
| 759. NDCA-ORCL 121744-121745 | 784. NDCA-ORCL 123974-123976 |
| 760. NDCA-ORCL 123880-123898 | 785. NDCA-ORCL 123974-6 |
| 761. NDCA-ORCL 123880-98 | 786. NDCA-ORCL 124011-124012 |
| 762. NDCA-ORCL 123909-12 | 787. NDCA-ORCL 124011-2 |
| 763. NDCA-ORCL 123909-123912 | 788. NDCA-ORCL 124016-124019 |
| 764. NDCA-ORCL 123915-123917 | 789. NDCA-ORCL 124016-9 |
| 765. NDCA-ORCL 123915-7 | 790. NDCA-ORCL 124023-124026 |
| 766. NDCA-ORCL 123942-123943 | 791. NDCA-ORCL 124023-6 |
| 767. NDCA-ORCL 123942-3 | 792. NDCA-ORCL 124039-124043 |
| 768. NDCA-ORCL 123946-123948 | 793. NDCA-ORCL 124039-44 |
| 769. NDCA-ORCL 123946-8 | 794. NDCA-ORCL 124078-124087 |
| 770. NDCA-ORCL 123951-123954 | 795. NDCA-ORCL 124078-124087 |
| 771. NDCA-ORCL 123951-4 | 796. NDCA-ORCL 124078-87 |
| 772. NDCA-ORCL 123955-123956 | 797. NDCA-ORCL 124078-87 |
| 773. NDCA-ORCL 123955-6 | 798. NDCA-ORCL 124088-124092 |
| 774. NDCA-ORCL 123957-123958 | 799. NDCA-ORCL 124088-92 |
| 775. NDCA-ORCL 123957-8 | 800. NDCA-ORCL 124101-124104 |
| 776. NDCA-ORCL 123959-123963 | 801. NDCA-ORCL 124101-4 |
| 777. NDCA-ORCL 123959-63 | 802. NDCA-ORCL 124132-124136 |
| 778. NDCA-ORCL 123964-123966 | 803. NDCA-ORCL 124132-6 |
| 779. NDCA-ORCL 123964-6 | 804. NDCA-ORCL 124137-124139 |

Page 126

Confidential

805.  NDCA-ORCL 124137-9

806.  NDCA-ORCL 124142-124143

807.  NDCA-ORCL 124142-3

808.  NDCA-ORCL 124144-124147

809.  NDCA-ORCL 124144-7

810.  NDCA-ORCL 124148-124150

811.  NDCA-ORCL 124148-50

812.  NDCA-ORCL 124151-124154

813.  NDCA-ORCL 124151-4

814.  NDCA-ORCL 124155-124159

815.  NDCA-ORCL 124155-9

816.  NDCA-ORCL 124169-124172

817.  NDCA-ORCL 124169-72

818.  NDCA-ORCL 124179-124181

819.  NDCA-ORCL 124179-81

820.  NDCA-ORCL 124182-124183

821.  NDCA-ORCL 124182-3

822.  NDCA-ORCL 124184-124186

823.  NDCA-ORCL 124184-6

824.  NDCA-ORCL 124187-124190

825.  NDCA-ORCL 124187-90

826.  NDCA-ORCL 124191-124193

827.  NDCA-ORCL 124191-3

828.  NDCA-ORCL 124194-124197

829.  NDCA-ORCL 124194-7

830.  NDCA-ORCL 124202-124205

831.  NDCA-ORCL 124202-5

832.  NDCA-ORCL 124212-124216

833.  NDCA-ORCL 124212-6

834.  NDCA-ORCL 124217-124235

835.  NDCA-ORCL 124217-35

836.  NDCA-ORCL 124253-124256

837.  NDCA-ORCL 124253-6

838.  NDCA-ORCL 124259-124278

839.  NDCA-ORCL 124259-78

840.  NDCA-ORCL 124305-124306

841.  NDCA-ORCL 124305-6

842.  NDCA-ORCL 124307-124308

843.  NDCA-ORCL 124307-8

844.  NDCA-ORCL 124309-10

845.  NDCA-ORCL 124309-124310

846.  NDCA-ORCL 124429-124447

847.  NDCA-ORCL 124429-47

848.  NDCA-ORCL 124450-124455

849.  NDCA-ORCL 124450-5

850.  NDCA-ORCL 124462-124480

851.  NDCA-ORCL 124462-80

852.  NDCA-ORCL 124539-124542

853.  NDCA-ORCL 124539-42

854.  NDCA-ORCL 124554-124556

855.  NDCA-ORCL 124554-6

856.  NDCA-ORCL 124573

857.  NDCA-ORCL 124573

858.  NDCA-ORCL 124574-124575

859.  NDCA-ORCL 124574-5

860.  NDCA-ORCL 124588-124591

861.  NDCA-ORCL 124588-91

862.  NDCA-ORCL 124616-124619

863.  NDCA-ORCL 124616-9

864.  NDCA-ORCL 124620-124622

865.  NDCA-ORCL 124620-2

866.  NDCA-ORCL 124623-124627

867.  NDCA-ORCL 124623-7

868.  NDCA-ORCL 124628

869.  NDCA-ORCL 124628

870.  NDCA-ORCL 124639-124641

871.  NDCA-ORCL 124639-41

872.  NDCA-ORCL 124642-124647

873.  NDCA-ORCL 124642-7

874.  NDCA-ORCL 124676-124677

875.  NDCA-ORCL 124676-7

876.  NDCA-ORCL 124678-124680

877.  NDCA-ORCL 124678-80

878.  NDCA-ORCL 124691

879.  NDCA-ORCL 124691

880.  NDCA-ORCL 124695-124698

881.  NDCA-ORCL 124695-8

882.  NDCA-ORCL 124700-124706

883.  NDCA-ORCL 124700-6

884.  NDCA-ORCL 124776-124779

885.  NDCA-ORCL 124776-9

886.  NDCA-ORCL 124823-124825

887.  NDCA-ORCL 124823-5

888.  NDCA-ORCL 124826-124829

889.  NDCA-ORCL 124826-9

890.  NDCA-ORCL 124833-124836

891.  NDCA-ORCL 124833-6

892.  NDCA-ORCL 124866-124868

893.  NDCA-ORCL 124866-8

894.  NDCA-ORCL 1249787-124988

895.  NDCA-ORCL 124987-8

896.  NDCA-ORCL 125310 - 125314

897.  NDCA-ORCL 125321 - 125324

898.  NDCA-ORCL 129106-44

899.  NDCA-ORCL 129789-129798

900.  NDCA-ORCL 1304747

901.  NDCA-ORCL 130968

902.  NDCA-ORCL 131310-131319

903.  NDCA-ORCL 131696-131702

904.  NDCA-ORCL 131696-702

905.  NDCA-ORCL 132108-27

906.  NDCA-ORCL 132270

907.  NDCA-ORCL 132275-132285

908.  NDCA-ORCL 132850-132853

909.  NDCA-ORCL 134812-134817

910.  NDCA-ORCL 134812-134817

911.  NDCA-ORCL 134822-134828

912.  NDCA-ORCL 136390-136407

913.  NDCA-ORCL 140423-140430

914.  NDCA-ORCL 140423-30

915.  NDCA-ORCL 140434-36

916.  NDCA-ORCL 141544-602

917.  NDCA-ORCL 141652-141653

918.  NDCA-ORCL 141654-57

919.  NDCA-ORCL 141791-141793

920.  NDCA-ORCL 143064

921.  NDCA-ORCL 144262-144263

922.  NDCA-ORCL 144274-144276

923.  NDCA-ORCL 144297-144298

924.  NDCA-ORCL 146347-146350

925.  NDCA-ORCL 146724-146764

926.  NDCA-ORCL 146724-64

927.  NDCA-ORCL 147090-147097

928.  NDCA-ORCL 147090-97

929.  NDCA-ORCL 147106-147325

930.  NDCA-ORCL 147338-147450

931.  NDCA-ORCL 147820-147823

932.  NDCA-ORCL 147951-147968

933.  NDCA-ORCL 148319-148326

934.  NDCA-ORCL 148320-148325

935.  NDCA-ORCL 148376-422

936.  NDCA-ORCL 148937-148946

937.  NDCA-ORCL 150893-150895

938.  NDCA-ORCL 151866-151870.0002

939.  NDCA-ORCL 152033.0001-
      152033.0002

940.  NDCA-ORCL 152750-152752

941.  NDCA-ORCL 152750-152752

942.  NDCA-ORCL 153080-153090

943.  NDCA-ORCL 153364-153369

944.  NDCA-ORCL 153457-153458

945.  NDCA-ORCL 153459-153460

946.  NDCA-ORCL 153853-153860

947.  NDCA-ORCL 153904-153909

948.  NDCA-ORCL 154013-154017

949.  NDCA-ORCL 154023

950.  NDCA-ORCL 154522-31

951.  NDCA-ORCL 154680-154693

952.  NDCA-ORCL 154707-154711

953.  NDCA-ORCL 155104-155124

954.  NDCA-ORCL 155461-155462

Confidential

955. NDCA-ORCL 155722.0001-.0002

956. NDCA-ORCL 156744-156749

957. NDCA-ORCL 156773-778

958. NDCA-ORCL 156812-156818

959. NDCA-ORCL 156878-156937

960. NDCA-ORCL 157831-157834

961. NDCA-ORCL 158350-158355

962. NDCA-ORCL 158429-158430

963. NDCA-ORCL 158630-158655

964. NDCA-ORCL 158786-158792

965. NDCA-ORCL 159430-159433

966. NDCA-ORCL 159545-159575

967. NDCA-ORCL 159545-75

968. NDCA-ORCL 159957-159994

969. NDCA-ORCL 160596

970. NDCA-ORCl 160970-160976

971. NDCA-ORCL 161734-161758

972. NDCA-ORCL 161829-161839

973. NDCA-ORCL 161829-161842

974. NDCA-ORCL 161831-39

975. NDCA-ORCL 161843-161856

976. NDCA-ORCL 161845-161853

977. NDCA-ORCL 162213-162216

978. NDCA-ORCL 162213-6

979. NDCA-ORCL 166026-166033

980. NDCA-ORCL 166026-33

981. NDCA-ORCL 166084-166090

982. NDCA-ORCL 166084-90

983. NDCA-ORCL 167197-167200

984. NDCA-ORCL 167197-200

985. NDCA-ORCL 167373-167378

986. NDCA-ORCL 167373-8

987. NDCA-ORCL 169566-169573

988. NDCA-ORCL 169718-169720

989. NDCA-ORCL 172774-172789

990. NDCA-ORCL 173682-173686

991. NDCA-ORCL 174855-174890

992. NDCA-ORCL 175012-175033

993. NDCA-ORCL 175158-175161

994. NDCA-ORCL 175295-175297

995. NDCA-ORCL 175694-157697

996. NDCA-ORCL 176384-176400

997. NDCA-ORCL 177255-177278

998. NDCA-ORCL 177255-78

999. NDCA-ORCL 177297-177300

1000. NDCA-ORCL 177297-300

1001. NDCA-ORCL 177693-177707

1002. NDCA-ORCL 178238-178275

1003. NDCA-ORCL 178238-75

1004. NDCA-ORCL 178450-178475

Confidential

1005. NDCA-ORCL 178604-178606

1006. NDCA-ORCL 178604-6

1007. NDCA-ORCL 178607-178609

1008. NDCA-ORCL 178607-9

1009. NDCA-ORCL 178610-178619

1010. NDCA-ORCL 178610-9

1011. NDCA-ORCL 179257-304

1012. NDCA-ORCL 179622-179676

1013. NDCA-ORCL 179774-179900

1014. NDCA-ORCL 179902-1779904

1015. NDCA-ORCL 182383-182391

1016. NDCA-ORCL 183292-183305

1017. NDCA-ORCL 184022-184032

1018. NDCA-ORCL 185353-185361

1019. NDCA-ORCL 199323-199324

1020. NDCA-ORCL 199621-199635

1021. NDCA-ORCL 199791-199792

1022. NDCA-ORCL 199993

1023. NDCA-ORCL 200341

1024. NDCA-ORCL 200378-200380

1025. NDCA-ORCL 202443-202444

1026. NDCA-ORCL 202542-202545

1027. NDCA-ORCL 202671-201674

1028. NDCA-ORCL 202671-202674

1029. NDCA-ORCL 202671-4

1030. NDCA-ORCL 203067

1031. NDCA-ORCL 203076

1032. NDCA-ORCL 206895-206898

1033. NDCA-ORCL 208357-208362

1034. NDCA-ORCL 209137-209146

1035. NDCA-ORCL 209493-209502

1036. NDCA-ORCL 210425

1037. NDCA-ORCL 210918

1038. NDCA-ORCL 210921

1039. NDCA-ORCL 211573-211766

1040. NDCA-ORCL 212080-212082

1041. NDCA-ORCL 219294-219296

1042. NDCA-ORCL 219365-219371

1043. NDCA-ORCL 219386-219387

1044. NDCA-ORCL 219494

1045. NDCA-ORCL 219678-219680

1046. NDCA-ORCL 219686

1047. NDCA-ORCL 219907-219935

1048. NDCA-ORCL 221083-221090

1049. NDCA-ORCL 221121-221122

1050. NDCA-ORCL 221144-221147

1051. NDCA-ORCL 221215

1052. NDCA-ORCL 221216

1053. NDCA-ORCL 221418-221423

1054. NDCA-ORCL 221481-221488

1055.  NDCA-ORCL 221584-221587

1056.  NDCA-ORCL 221584-221587

1057.  NDCA-ORCL 221609-221612

1058.  NDCA-ORCL 221656-221665

1059.  NDCA-ORCL 221672-221673

1060.  NDCA-ORCL 221678-221681

1061.  NDCA-ORCL 221750-221770

1062.  NDCA-ORCL 222150-222161

1063.  NDCA-ORCL 222171-222178

1064.  NDCA-ORCL 222179-222187

1065.  NDCA-ORCL 222303-222311

1066.  NDCA-ORCL 222334

1067.  NDCA-ORCL 222513-222629

1068.  NDCA-ORCL 222661-222670

1069.  NDCA-ORCL 222878-222881

1070.  NDCA-ORCL 223034-43

1071.  NDCA-ORCL 223039-223040

1072.  NDCA-ORCL 223073-223076

1073.  NDCA-ORCL 223198-223207

1074.  NDCA-ORCL 223224-223225

1075.  NDCA-ORCL 223230-223233

1076.  NDCA-ORCL 223533-223542

1077.  NDCA-ORCL 223726-223752

1078.  NDCA-ORCL 223753-223756

1079.  NDCA-ORCL 223771-224939

1080.  NDCA-ORCL 224027-224939

1081.  NDCA-ORCL 224068-224954

1082.  NDCA-ORCL 224106-224108

1083.  NDCA-ORCL 224246-224251

1084.  NDCA-ORCL 224938-224939

1085.  NDCA-ORCL 224953-224954

1086.  NDCA-ORCL 225089-225099

1087.  NDCA-ORCL 225149-225151

1088.  NDCA-ORCL 225156-225158

1089.  NDCA-ORCL 225439-225439

1090.  NDCA-ORCL 225440

1091.  NDCA-ORCL 225485-225488

1092.  NDCA-ORCL 227371-227372

1093.  NDCA-ORCL 227712-227746

1094.  NDCA-ORCL 227864-227875

1095.  NDCA-ORCL 228059-228068

1096.  NDCA-ORCL 228059-228068

1097.  NDCA-ORCL 234766-234771

1098.  NDCA-ORCL 234785-234790

1099.  NDCA-ORCL 234860-234865

1100.  NDCA-ORCL 235069-235072

1101.  NDCA-ORCL 235316-235356

1102.  NDCA-ORCL 235407-235419

1103.  NDCA-ORCL 235492-235502

1104.  NDCA-ORCL 235970-235977

Page 132                                                   Confidential

1105.  NDCA-ORCL 236034-236041

1106.  NDCA-ORCL 236633-236643

1107.  NDCA-ORCL 237440-237451

1108.  NDCA-ORCL 237440-237452

1109.  NDCA-ORCL 237629-237633

1110.  NDCA-ORCL 238273-238284

1111.  NDCA-ORCL 238870-84

1112.  NDCA-ORCL 239311-26

1113.  NDCA-ORCL 239367-239380

1114.  NDCA-ORCL 246915246922

1115.  NDCA-ORCL 247399-247408

1116.  NDCA-ORCL 247876-247884

1117.  NDCA-ORCL 247901-247909

1118.  NDCA-ORCL 248340-248595

1119.  NDCA-ORCL 248721-248728

1120.  NDCA-ORCL 251502-251506

1121.  NDCA-ORCL 252256-252264

1122.  NDCA-ORCL 252581-252611

1123.  NDCA-ORCL 260461-260471

1124.  NDCA-ORCL 261776.0001-
        261776.046

1125.  NDCA-ORCL 261801.0001-
        261801.0018

1126.  NDCA-ORCL 261813.0001-.0018

1127.  NDCA-ORCL 261825-
        261825.00025

1128.  NDCA-ORCL 266971-266978

1129.  NDCA-ORCL 267389-267391

1130.  NDCA-ORCL 267389-91

1131.  NDCA-ORCL 268015-268031

1132.  NDCA-ORCL 268087-268110

1133.  NDCA-ORCL 268108-268109

1134.  NDCA-ORCL 268510-268514

1135.  NDCA-ORCL 268825-268832

1136.  NDCA-ORCL 268825-268833

1137.  NDCA-ORCL 268940-268951

1138.  NDCA-ORCL 269067-269070

1139.  NDCA-ORCL 269085-98

1140.  NDCA-ORCL 269711-269719

1141.  NDCA-ORCL 269874-902

1142.  NDCA-ORCL 274769-274784

1143.  NDCA-ORCL 274769-84

1144.  NDCA-ORCL 275637

1145.  NDCA-ORCL 275642-65

1146.  NDCA-ORCL 275670-275673

1147.  NDCA-ORCL 275844-275847

1148.  NDCA-ORCL 275844-275847

1149.  NDCA-ORCL 276048-276056

1150.  NDCA-ORCL 276219-276269

1151.  NDCA-ORCL 276443-64

1152.  NDCA-ORCL 276775-276784

1153.  NDCA-ORCL 276837-276840

1154.  NDCA-ORCL 276919-276922

1155.  NDCA-ORCL 276930-276933

1156.  NDCA-ORCL 277071-277084

1157.  NDCA-ORCL 278006-278009

1158.  NDCA-ORCL 278237-278242

1159.  NDCA-ORCL 278853-278868

1160.  NDCA-ORCL 278853-68

1161.  NDCA-ORCL 278899-278909

1162.  NDCA-ORCL 280104-280180

1163.  NDCA-ORCL 280607-22

1164.  NDCA-ORCL 285846-285857

1165.  NDCA-ORCL 296261-296293

1166.  NDCA-ORCL 296261-296293

1167.  NDCA-ORCL 296299-296300

1168.  NDCA-ORCL 296352-296353

1169.  NDCA-ORCL 296471 - 296472

1170.  NDCA-ORCL 296485-296487

1171.  NDCA-ORCL 296489-296491

1172.  NDCA-ORCL 297329-297330

1173.  NDCA-ORCL 297774-7

1174.  NDCA-ORCL 297840-297882

1175.  NDCA-ORCL 297892-297893

1176.  NDCA-ORCL 297894-297896

1177.  NDCA-ORCL 298746-50

1178.  NDCA-ORCL 298823-298833

1179.  NDCA-ORCL 300026-300029

1180.  NDCA-ORCL 300047-59

1181.  NDCA-ORCL 300065

1182.  NDCA-ORCL 301045-301046

1183.  NDCA-ORCL 301048

1184.  NDCA-ORCL 301069-301102

1185.  NDCA-ORCL 306701-306703

1186.  NDCA-ORCL 306807-306810

1187.  NDCA-ORCL 306812

1188.  NDCA-ORCL 306814

1189.  NDCA-ORCL 306816-306825

1190.  NDCA-ORCL 306827-306828

1191.  NDCA-ORCL 306830-306832

1192.  NDCA-ORCL 306830-32

1193.  NDCA-ORCL 306834-306835

1194.  NDCA-ORCL 306842-306843

1195.  NDCA-ORCL 306845-306891

1196.  NDCA-ORCL 306947-306952

1197.  NDCA-ORCL 306954-306957

1198.  NDCA-ORCL 306959-306960

1199.  NDCA-ORCL 306962-86

1200.  NDCA-ORCL 306988-7021

1201.  NDCA-ORCL 307096-9

1202.  NDCA-ORCL 307101-307110

1203.  NDCA-ORCL 307133-307135

1204.  NDCA-ORCL 307137-307141

1205.  NDCA-ORCL 307314

1206.  NDCA-ORCL 307328-307335

1207.  NDCA-ORCL 307328-35

1208.  NDCA-ORCL 307378-307381

1209.  NDCA-ORCL 307399-307402

1210.  NDCA-ORCL 307500-307502

1211.  NDCA-ORCL 307504-307513

1212.  NDCA-ORCL 307525-307527

1213.  NDCA-ORCL 307551-307552

1214.  NDCA-ORCL 307576-307578

1215.  NDCA-ORCL 307830-307833

1216.  NDCA-ORCL 307830-307833

1217.  NDCA-ORCL 307857-307858

1218.  NDCA-ORCL 307867-307882

1219.  NDCA-ORCL 307884-307886

1220.  NDCA-ORCL 307888-307889

1221.  NDCA-ORCL 307891-307893

1222.  NDCA-ORCL 307899-307900

1223.  NDCA-ORCL 307970-2

1224.  NDCA-ORCL 307974-78

1225.  NDCA-ORCL 308043-308045

1226.  NDCA-ORCL 308062-308065

1227.  NDCA-ORCL 308087-308088

1228.  NDCA-ORCL 308330-308334

1229.  NDCA-ORCL 308488-308489

1230.  NDCA-ORCL 308518

1231.  NDCA-ORCL 308578-308582

1232.  NDCA-ORCL 308584-308585

1233.  NDCA-ORCL 308587-308588

1234.  NDCA-ORCL 308590-308595

1235.  NDCA-ORCL 308597-308608

1236.  NDCA-ORCL 308615-308617

1237.  NDCA-ORCL 308619-308624

1238.  NDCA-ORCL 308626-308648

1239.  NDCA-ORCL 308650-308656

1240.  NDCA-ORCL 308681-308683

1241.  NDCA-ORCL 308685-308686

1242.  NDCA-ORCL 308688-308690

1243.  NDCA-ORCL 308692-308694

1244.  NDCA-ORCL 308696-308699

1245.  NDCA-ORCL 308701-3

1246.  NDCA-ORCL 308705-308708

1247.  NDCA-ORCL 308710-308713

1248.  NDCA-ORCL 308714-308716

1249.  NDCA-ORCL 308718-308719

1250.  NDCA-ORCL 308721-308752

1251.  NDCA-ORCL 308754-308757

1252.  NDCA-ORCL 308758-308759

Page 135

1253.  NDCA-ORCL 308761-2

1254.  NDCA-ORCL 308761-308762

1255.  NDCA-ORCL 308764-308827

1256.  NDCA-ORCL 308829-308830

1257.  NDCA-ORCL 308835-308834

1258.  NDCA-ORCL 308839-308841

1259.  NDCA-ORCL 308843-308844

1260.  NDCA-ORCL 308846-308849

1261.  NDCA-ORCL 308851-308853

1262.  NDCA-ORCL 308855-308858

1263.  NDCA-ORCL 308860-308861

1264.  NDCA-ORCL 308863-308875

1265.  NDCA-ORCL 308877-308878

1266.  NDCA-ORCL 308880-308882

1267.  NDCA-ORCL 308884-308885

1268.  NDCA-ORCL 308887-308888

1269.  NDCA-ORCL 308890-308893

1270.  NDCA-ORCL 308895-308900

1271.  NDCA-ORCL 308895-900

1272.  NDCA-ORCL 308902-308910

1273.  NDCA-ORCL 308912-308914

1274.  NDCA-ORCL 308916-308918

1275.  NDCA-ORCL 308920-308925

1276.  NDCA-ORCL 308927-308929

1277.  NDCA-ORCL 308931-308934

1278.  NDCA-ORCL 308937-308942

1279.  NDCA-ORCL 308944-308946

1280.  NDCA-ORCL 308944-308946

1281.  NDCA-ORCL 308948-308950

1282.  NDCA-ORCL 308952-308953

1283.  NDCA-ORCL 308955-308957

1284.  NDCA-ORCL 308959-308960

1285.  NDCA-ORCL 308962-308965

1286.  NDCA-ORCL 308967-308972

1287.  NDCA-ORCL 308974-309049

1288.  NDCA-ORCL 309063-309067

1289.  NDCA-ORCL 309063-7

1290.  NDCA-ORCL 309069-309071

1291.  NDCA-ORCL 309094-309118

1292.  NDCA-ORCL 309120-309122

1293.  NDCA-ORCL 309120-309122

1294.  NDCA-ORCL 309127-309128

1295.  NDCA-ORCL 309130-309131

1296.  NDCA-ORCL 309130-309131

1297.  NDCA-ORCL 309133-36

1298.  NDCA-ORCL 309144-309150

1299.  NDCA-ORCL 309161-301964

1300.  NDCA-ORCL 309178-309179

1301.  NDCA-ORCL 309181-309184

1302.  NDCA-ORCL 309196-309198

Page 136

1303.  NDCA-ORCL 309200-309202

1304.  NDCA-ORCL 309204-309205

1305.  NDCA-ORCL 309244-309254

1306.  NDCA-ORCL 309256-309259

1307.  NDCA-ORCL 309261-309263

1308.  NDCA-ORCL 315079

1309.  NDCA-ORCL 315191-315198

1310.  NDCA-ORCL 315233

1311.  NDCA-ORCL 315354-315395

1312.  NDCA-ORCL 342587-342589

1313.  NDCA-ORCL 350276-350303

1314.  NDCA-ORCL 376443

1315.  NDCA-ORCL 377180-377184

1316.  NDCA-ORCL 377275-377276

1317.  NDCA-ORCL 396366-396367

1318.  NDCA-ORCL 396366-7

1319.  NDCA-ORCL 396967-396977

1320.  NDCA-ORCL 397168-397172

1321.  NDCA-ORCL 397577-397578

1322.  NDCA-ORCL 399179-399218

1323.  NDCA-ORCL 399179-399218

1324.  NDCA-ORCL 399471-399498

1325.  NDCA-ORCL 399471-98

1326.  NDCA-ORCL 399590-637

1327.  NDCA-ORCL 400672-8

1328.  NDCA-ORCL 400880-400906

1329.  NDCA-ORCL 400933-400936

1330.  NDCA-ORCL 400993-400995

1331.  NDCA-ORCL 401115-401116

1332.  NDCA-ORCL 401141-401144

1333.  NDCA-ORCL 401566-401568

1334.  NDCA-ORCL 401748-401785

1335.  NDCA-ORCL 401787

1336.  NDCA-ORCL 401866-401867

1337.  NDCA-ORCL 403239-403276

1338.  NDCA-ORCL 403739-403779

1339.  NDCA-ORCL 404149-404152

1340.  NDCA-ORCL 407204-407223

1341.  NDCA-ORCL 407692-407700

1342.  NDCA-ORCL 407828-407835

1343.  NDCA-ORCL 407845-407852

1344.  NDCA-ORCL 409040-409044

1345.  NDCA-ORCL 409959-409960

1346.  NDCA-ORCL 410031-410032

1347.  NDCA-ORCL 410329-410330

1348.  NDCA-ORCL 410864-410921

1349.  NDCA-ORCL 411041-411043

1350.  NDCA-ORCL 411044-45

1351.  NDCA-ORCL 411046-411048

1352.  NDCA-ORCL 411052-411053

1353. NDCA-ORCL 411057-411075

1354. NDCA-ORCL 411155-411183

1355. NDCA-ORCL 411184-411211

1356. NDCA-ORCL 411212-411239

1357. NDCA-ORCL 411240-411260

1358. NDCA-ORCL 411449-411450

1359. NDCA-ORCL 411449-411450

1360. NDCA-ORCL 411456-411457

1361. NDCA-ORCL 411503-411505

1362. NDCA-ORCL 411506-411508

1363. NDCA-ORCL 411509-411511

1364. NDCA-ORCL 411701-411779

1365. NDCA-ORCL 411780-411858

1366. NDCA-ORCL 411859-411937

1367. NDCA-ORCL 412017-412021

1368. NDCA-ORCL 412098-412184

1369. NDCA-ORCL 412185-412186

1370. NDCA-ORCL 412273-412281

1371. NDCA-ORCL 412282-412285

1372. NDCA-ORCL 412287-412291

1373. NDCA-ORCL 412444-412447

1374. NDCA-ORCL 412448-412451

1375. NDCA-ORCL 412456-415498

1376. NDCA-ORCL 412815-412860

1377. NDCA-ORCL 413087

1378. NDCA-ORCL 413090-413124

1379. NDCA-ORCL 413125-413164

1380. NDCA-ORCL 414476-414586

1381. NDCA-ORCL 414650-414654

1382. NDCA-ORCL 415430-415431

1383. NDCA-ORCL 415609-415610

1384. NDCA-ORCL 416656-416734

1385. NDCA-ORCL 416735-416742

1386. NDCA-ORCL 416753-416754

1387. NDCA-ORCL 416950-417074

1388. NDCA-ORCL 417075-417077

1389. NDCA-ORCL 417620-39

1390. NDCA-ORCL 417643-417667

1391. NDCA-ORCL 417776-803

1392. NDCA-ORCL 418074-418114

1393. NDCA-ORCL 418260-77

1394. NDCA-ORCL 418373-418387

1395. NDCA-ORCL 418419-31

1396. NDCA-ORCL 418629-40

1397. NDCA-ORCL 418649 418659

1398. NDCA-ORCL 418687-418697

1399. NDCA-ORCL 418713-418714

1400. NDCA-ORCL 418726-36

1401. NDCA-ORCL 418744-54

1402. NDCA-ORCL 418809-418810

1403.  NDCA-ORCL 418888-96

1404.  NDCA-ORCL 419043

1405.  NDCA-ORCL 419609-419626

1406.  NDCA-ORCL 419609-419626

1407.  NDCA-ORCL 419658-419659

1408.  NDCA-ORCL 419942

1409.  NDCA-ORCL 419944-419945

1410.  NDCA-ORCL 419946-419947

1411.  NDCA-ORCL 419950-2

1412.  NDCA-ORCL 419950-419955

1413.  NDCA-ORCL 419958-419959

1414.  NDCA-ORCL 419960-419962

1415.  NDCA-ORCL 419967-419968

1416.  NDCA-ORCL 419979-419980

1417.  NDCA-ORCL 419981-419983

1418.  NDCA-ORCL 419986-419989

1419.  NDCA-ORCL 419990-419992

1420.  NDCA-ORCL 419993-96

1421.  NDCA-ORCL 420004-06

1422.  NDCA-ORCL 420004-420008

1423.  NDCA-ORCL 420009-420014

1424.  NDCA-ORCL 420023-420024

1425.  NDCA-ORCL 420037-420039

1426.  NDCA-ORCL 420042-420044

1427.  NDCA-ORCL 420045-420046

1428.  NDCA-ORCL 420047-420052, 420379-42038

1429.  NDCA-ORCL 420071-420072

1430.  NDCA-ORCL 420073-420074

1431.  NDCA-ORCL 420077-420084

1432.  NDCA-ORCL 420077-80

1433.  NDCA-ORCL 420085-420087

1434.  NDCA-ORCL 420088-420089

1435.  NDCA-ORCL 420090

1436.  NDCA-ORCL 420134-420137

1437.  NDCA-ORCL 420138-420140

1438.  NDCA-ORCL 420141-420144

1439.  NDCA-ORCL 420153-420154

1440.  NDCA-ORCL 420155-420156

1441.  NDCA-ORCL 420165-420168, 421198

1442.  NDCA-ORCL 420169-420171

1443.  NDCA-ORCL 420197-420203

1444.  NDCA-ORCL 420206-420208

1445.  NDCA-ORCL 420222-420225

1446.  NDCA-ORCL 420226-420227

1447.  NDCA-ORCL 420228-420230

1448.  NDCA-ORCL 420231-420233

1449.  NDCA-ORCL 420234-420235

1450.  NDCA-ORCL 420234-420237

1451.  NDCA-ORCL 420236-420237

1452.  NDCA-ORCL 420240-420242

1453.  NDCA-ORCL 420248-420250

1454.  NDCA-ORCL 420254-420257

1455.  NDCA-ORCL 420259-420260

1456.  NDCA-ORCL 420261-420264

1457.  NDCA-ORCL 420265-420271

1458.  NDCA-ORCL 420272-420274

1459.  NDCA-ORCL 420277-420278

1460.  NDCA-ORCL 420281-420283, 420293-420295

1461.  NDCA-ORCL 420287-420289

1462.  NDCA-ORCL 420290-420292

1463.  NDCA-ORCL 420296-420298

1464.  NDCA-ORCL 420299-420300

1465.  NDCA-ORCL 420307420308

1466.  NDCA-ORCL 420309-420311

1467.  NDCA-ORCL 420312-420313

1468.  NDCA-ORCL 420314-420316

1469.  NDCA-ORCL 420317-420320

1470.  NDCA-ORCL 420321-420323

1471.  NDCA-ORCL 420324-420326

1472.  NDCA-ORCL 420327-420328

1473.  NDCA-ORCL 420329-420330

1474.  NDCA-ORCL 420331-420332

1475.  NDCA-ORCL 420333-420335

1476.  NDCA-ORCL 420338-420340

1477.  NDCA-ORCL 420341

1478.  NDCA-ORCL 420344-420345

1479.  NDCA-ORCL 420346-420351

1480.  NDCA-ORCL 420352-420353

1481.  NDCA-ORCL 420354-420356

1482.  NDCA-ORCL 420360-420362

1483.  NDCA-ORCL 420363-420365

1484.  NDCA-ORCL 420369-420370

1485.  NDCA-ORCL 420369-420370

1486.  NDCA-ORCL 420566-420571

1487.  NDCA-ORCL 420580

1488.  NDCA-ORCL 420587-420589

1489.  NDCA-ORCL 420607-420609

1490.  NDCA-ORCL 420617-420619

1491.  NDCA-ORCL 420620-420621

1492.  NDCA-ORCL 420620-420621

1493.  NDCA-ORCL 420626-420627

1494.  NDCA-ORCL 420628-420629

1495.  NDCA-ORCL 421199-421201

1496.  NDCA-ORCL 421202-42 1204

1497.  NDCA-ORCL 421205-424209

1498.  NDCA-ORCL 421210-421214

1499.  NDCA-ORCL 421220-421225

1500.  NDCA-ORCL 421220-421225

1501.  NDCA-ORCL 421228-421230

Page 140

1502.  NDCA-ORCL 421231-421232

1503.  NDCA-ORCL 421233-421235

1504.  NDCA-ORCL 421238-421239

1505.  NDCA-ORCL 421249-42 1250

1506.  NDCA-ORCL 421258-60

1507.  NDCA-ORCL 421286-421287

1508.  NDCA-ORCL 421940-421951

1509.  NDCA-ORCL 422048-422152

1510.  NDCA-ORCL 422153-422246

1511.  NDCA-ORCL 422894-422976

1512.  NDCA-ORCL 423797-800

1513.  NDCA-ORCL 424647-424651

1514.  NDCA-ORCL 428550-669

1515.  NDCA-ORCL 430484-430486

1516.  NDCA-ORCL 430568-430575

1517.  NDCA-ORCL 432002-432028

1518.  NDCA-ORCL 432094-432095

1519.  NDCA-ORCL 432353-432355

1520.  NDCA-ORCL 434457-434459

1521.  NDCA-ORCL 435254-435317

1522.  NDCA-ORCL 443154-443159

1523.  NDCA-ORCL 533606-533655

1524.  NDCA-ORCL 610546-8

1525.  NDCA-ORCL 610546-8

1526.  NDCA-ORCL 610921-3

1527.  NDCA-ORCL 614148-614149

1528.  NDCA-ORCl 615543-615545

1529.  NDCA-ORCL 615551-615552

1530.  NDCA-ORCl 615553

1531.  NDCA-ORCL 0616317-39

1532.  NDCA-ORCl 617112-617114

1533.  NDCA-ORCL 617160-617161

1534.  NDCA-ORCL 617223

1535.  NDCA-ORCL 617236-617239

1536.  NDCA-ORCL 617247-617248

1537.  NDCA-ORCL 617269-617273

1538.  NDCA-ORCL 617307-617311

1539.  NDCA-ORCL 617452-617462

1540.  NDCA-ORCL 617453-617462

1541.  NDCA-ORCL 617660

1542.  NDCA-ORCL 617662-617666

1543.  NDCA-ORCL 617806-617809

1544.  NDCA-ORCl 617851-617856

1545.  NDCA-ORCL 617853-617857

1546.  NDCA-ORCL 617963-617964

1547.  NDCA-ORCL 617970-617974

1548.  NDCA-ORCL 617993

1549.  NDCA-ORCL 618113-618114

1550.  NDCA-ORCL 618166-618169

1551.  NDCA-ORCL 618209-618213

Confidential

1552. NDCA-ORCL 618280-618283

1553. NDCA-ORCL 618412-7

1554. NDCA-ORCL 618418-618421

1555. NDCA-ORCL 618433-618439

1556. NDCA-ORCL 618513-618521

1557. NDCA-ORCL 618532-618537

1558. NDCA-ORCL 618553-618555

1559. NDCA-ORCL 618641

1560. NDCA-ORCL 618645-618646

1561. NDCA-ORCL 618656-618660

1562. NDCA-ORCL 618740-618741

1563. NDCA-ORCL 618750-618751

1564. NDCA-ORCL 618750-618751

1565. NDCA-ORCL 618768-618771

1566. NDCA-ORCL 618886-618889

1567. NDCA-ORCL 619091-619092

1568. NDCA-ORCl 619300-619301

1569. NDCA-ORCL 619342

1570. NDCA-ORCL 619380-619384

1571. NDCa-ORCL 619479-619483

1572. NDCA-ORCL 619494-619497

1573. NDCA-ORCL 619632-619363

1574. NDCA-ORCL 619911-620036

1575. NDCA-ORCL 620365-620371

1576. NDCA-ORCL 620675-620677

1577. NDCA-ORCL 620802-620814

1578. NDCA-ORCL 621218

1579. NDCA-ORCL 621274-621322

1580. NDCA-ORCL 621409-621412

1581. NDCA-ORCL 621413-621415

1582. NDCA-ORCL 621672-621687

1583. NDCA-ORCL 623239-623243

1584. NDCA-ORCL 623329-42

1585. NDCA-ORCL 623329-623342

1586. NDCA-ORCL 623355-623361

1587. NDCA-ORCL 623367-623374

1588. NDCA-ORCL 941658-941659

1589. NDCA-ORCL 942411-972418

1590. NDCA-ORCL 971508

1591. NDCA-ORCL 971513-971514

1592. NDCA-ORCL 971515-971516

1593. NDCA-ORCL 971668-971671

1594. NDCA-ORCL 971698

1595. NDCA-ORCL 971924-971925

1596. NDCA-ORCL 971929-971930

1597. NDCA-ORCL 971935-971736

1598. NDCA-ORCL 971952

1599. NDCA-ORCL 971953

1600. NDCA-ORCL 971954

1601. NDCA-ORCL 972002-972003

Page 142                                                                                    **Confidential**

1602.  NDCA-ORCL 972006-972007          1621.  TELE 0086-0087

1603.  NDCA-ORCL 972313-972314          1622.  TELE 0118-0119

1604.  NDCA-ORCL 972315-972319          1623.  TELE 0133-0144

1605.  NDCA-ORCL 972329-972331          1624.  TIM 000006-7

1606.  NDCA-ORCL 972339-972346          1625.  TIM 000009-0000010

1607.  NDCA-ORCL 972427-972429          1626.  TWP 0048-0052

1608.  NDCA-ORCL 972430-972442          1627.  TWP 0072-0079

1609.  NDCA-ORCL-050972                 1628.  TWP 0088-0096

1610.  NDCA-ORCL1021528-1021531         1629.  TWP 143-154

1611.  NDCA-ORCL1029867-1029869         1630.  UBS 00051-00052

1612.  NDCA-ORCL1055084-91              1631.  UBS 00053-00055

1613.  NDCA-ORCL108105-108107           1632.  UBS 136-137

1614.  NDCA-ORCL147106-147325           1633.  WBC 0012-13

1615.  NDCA-ORCL276919-276922           1634.  WBC 0029-0033

1616.  NDCA-ORCL396815-396817           1635.  WCM 024-029

1617.  OAUG 0040351-0040632             1636.  WCM 046-050

1618.  OAUG 00451146-0045149            1637.  WCM 051-054

1619.  SG 0170-0193

1620.  TBC 000852-000856

**F.      PLEADINGS**

1.      Declaration of Alan Fletcher (February 28, 2005)

2.      Plaintiffs' Revised Second Amended Complaint (RSAC)

3.      1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to
        Defendants' Second Set of Interrogatories to Plaintiffs, dated January 31, 2007
        (Plaintiffs' "Contention Interrogatory Responses")

4.      Expert Report of Glen Hubbard

Page 143                                                                 **Confidential**

   5.   Expert Report of Christopher James

   6.   Defendants' Third Supplemental Responses to Plaintiffs' First Set of
        Interrogatories

   7.   Oracle Corporation's Third Amended and Supplemental Responses to Plaintiffs'
        Second Set of Interrogatories to Defendant Oracle Corporation

**G.   MISCELLANEOUS**

   1.   Wikipedia, <http://en.wikipedia.org/>

   2.   The Factorial Calculator: <http://math.about.com/library/blcalcfactorial.htm>

   3.   Free On-Line Dictionary of Computing ("FOLDOC"), located at
        <http://foldoc.org/index.cgi?query= beta+testing>, visited May 17, 2007 at 4:30
        PM (defining "beta testing")

   4.   Oracle Applications Resource Library,
        <www.oracle.com/applications/product_information.html>, visited May 21, 2007
        at 11:29 a.m.

# XIV.    APPENDIX B: CASES IN WHICH EXPERT TESTIMONY PROVIDED IN THE PAST FOUR YEARS

1.  XPAN, LLC v. Computer Task Group, Inc., United States District Court, Northern District of Ohio (Case No. 5:03 CV 225).

2.  Misys International Banking Systems Limited v. Bank of Eritrea, Commercial Bank of Eritrea, and Housing and Commerce Bank of Eritrea (Arbitration).

3.  Compuware Corporation v. International Business Machines Corporation, United States District Court, Eastern District of Michigan (Case No. 02-70906).

4.  River Rubicon, Ltd.  v. Price Waterhouse, Eleventh Judicial Circuit of Florida, Miami-Dade County (Case No. 2002-023494-CA-01).

5.  Eastman Kodak Company v. Sun Microsystems, Inc., United States District Court, Western District of New York (Case No. 02-CV-6074T).

6.  Velocity Express Corp. v. SVT, Inc., United States District Court, Southern District of New York (Case No. 604093-02).

7.  Murphy-Hoffman Company v. J.D. Edwards World Solution Company (Arbitration).

8.  Evans Industries, Inc. v. J.D. Edwards World Solution Company (Arbitration).

9.  Three-Five Systems, Inc. v. J.D. Edwards World Solution Company (Arbitration).

10.  Sprague Energy Corp v. J.D. Edwards World Solution Company (Arbitration).

11.  Amherst Technologies Corp. v. J.D. Edwards World Solution Company (Arbitration).

12.  Flexitallic Corp. v. J.D. Edwards World Solution Company (Arbitration).

13.  Department 56, Inc. v. J.D. Edwards World Solution Company (Arbitration).

14.  Quantegy Corp. v. J.D. Edwards World Solution Company (Arbitration).

15.  XL Insurance, Limited v. GTE Corporation (Arbitration).

16.  Computer Associates International, Inc. v. Quest Software, Inc., United States District Court, Northern District of Illinois (Case No. 02-CV-4721).

17.  IRA/USPA v. Keane, Incorporated, District Court for Tarrant County, Texas (Case No. 96-173235-98).

**Page 145**                                                      **Confidential**

18.   *Party's Identity Subject to Confidentiality Agreement v. Party's Identity Subject to Confidentiality Agreement* (Arbitration).

19.   SAGEM Morpho v. Bsquare, Inc. (Arbitration).

**Confidential**

# XV.    APPENDIX C: PUBLICATIONS AUTHORED, CO-AUTHORED, OR EDITED BY EDWARD YOURDON

1. *Outsource: competing in the global productivity race.* (Prentice Hall, 2004).

2. *Death March.* (2nd ed., Prentice Hall, 2003).

3. *Byte Wars: The Impact of September 11th on the IT Industry.* (Prentice Hall, 2002).

4. *Managing High-Intensity Internet Projects.* (Prentice Hall, 2001).

5. *Time Bomb 2000!,* with Jennifer Yourdon. (2nd ed., Prentice Hall, 1999).

6. *Case Studies in Object-Oriented Analysis and Design*, with Carl Argila. (Prentice Hall, 1996).

7. *Rise and Resurrection of the American Programmer.* (Prentice Hall, 1996).

8. *Mainstream Objects*, with Katharine Whitehead, Jim Thomann, Karin Oppel, and Peter Nevermann. (Prentice Hall, 1995).

9. *Object-Oriented Systems Development: An Integrated Approach.* (Prentice Hall, 1994).

10. *Decline and Fall of the American Programmer.* (Prentice Hall, 1992).

11. *Object-Oriented Design,* with Peter Coad. (Prentice Hall, 1991).

12. *Object-Oriented Analysis*, with Peter Coad. (2nd ed., Prentice Hall, 1991).

13. *Modern Structured Analysis.* (Prentice Hall, 1989).

14. *Structured Walkthroughs.* (4th ed., Prentice Hall, 1989).

15. *Managing the Structured Techniques.* (4th ed., Prentice Hall, 1989).

16. *Managing the System Life Cycle.* (2nd ed., Prentice Hall, 1988).

17. *Nations at Risk.* (Prentice Hall/YOURDON Press, 1986).

18. *The Perils of Personal Computing.* (YOURDON Press, 1986). (Out of print.)

19. *Silent Witness.* (YOURDON Press, 1982). (Out of print.)

20. *Writings of the Revolution.* (Prentice Hall, 1982). (Out of print.)

21. *Classics in Software Engineering.* (Prentice Hall, 1979). (Out of print.)

**Confidential**

22.     *Structured Design*, with Larry L. Constantine. (Prentice Hall, 1979).

23.     *Learning to Program in Structured COBOL*, Part II, with Timothy R. Lister. (Prentice Hall, 1978).

24.     *Learning to Program in Structured COBOL*, Part I and II, with C. Gane and T. Sarson and T. Lister. (Prentice Hall, 1976).

25.     *Techniques of Program Structure and Design.* (Prentice Hall, 1975).

26.     *Design of On-Line Computer Systems.* (Prentice Hall, 1972).

27.     *Real-Time Systems Design.* (Information & Systems Press, 1967).


# Edward Yourdon's Technical Articles

1.      "The Wiki Phenomenon," *Cutter Consortium Business Technology Trends & Impacts Advisory Service*, Vol. 7, No. 6, June 2006.

2.      "Hastily Formed Networks," *Cutter Technology Trends & Impacts Advisory Service,* Vol. 7, No. 4, April 2006.

3.      "A Review of the September 2005 *IEEE Spectrum* issue on Software Failures," *The YOURDON Report*, Vol. 5, No. 1: August 12, 2005.

4.      "The Role of XP/Agile in Sourcing-Related IT Litigation," *Cutter Consortium Sourcing & Vendor Relationships Service*, Vol. 6, No. 8, August 2005.

5.      "The 'New Jobs for New York' Conference," *The YOURDON Report*, Vol. 4, No. 2: July 25, 2004.

6.      "Offshore Outsourcing — Trends and Fallout, Pt. II," *Cutter Consortium Business Technology Trends & Impacts Advisory Service*, Vol. 5, No. 11, April 2004.

7.      "Offshore Outsourcing — Trends and Fallout, Pt. I," *Cutter Consortium Business Technology Trends & Impacts Advisory Service*, Vol. 5, No. 9, April 2004.

8.      "What the Wall Street Journal Didn't Say," *Cutter Consortium · Business Technology Trends & Impacts E-Mail Advisor*, October 16, 2003.

9.      "Pandemic Redux," *Cutter Consortium Business Technology Trends & Impacts Advisory Service*, Vol. 4, No. 10, October 2003.

10.     "How War-Gaming Can Help Agile Project Managers," *Cutter Consortium Business Technology Trends & Impacts Executive Update*, Vol. 4, No. 16, September 2003.

11. "Dusting Off Useful Lessons from the Past," *Cutter Consortium Agile Software Development & Project Management Advisory Service*, Vol. 4, No. 1, January 2003.

12. "The Government's Cybersecurity Report," published in *Cutter Consortium Business/IT Trends,* September 23, 2002.

13. "9/11, One Year Later," published in *Cutter Consortium Business/IT Trends*, September 9, 2002.

14. "Can Technology Bring Utopia?", published in *Cutter Consortium Business/IT Trends*, August 19, 2002.

15. "The Passing of Edsger Dijkstra," published in *Cutter Consortium Business/IT Trends*, August 12, 2002.

16. "Technology Disclosure Statements," published in *Cutter Consortium Business/IT Trends*, August 5, 2002.

17. "Ambient Devices," published in *Cutter Consortium Business/IT Trends*, July 29, 2002.

18. "Back to India," published in *Cutter Consortium Business/IT Trends*, July 22, 2002.

19. "What If They Attacked Microsoft," published in *Cutter Consortium Business/IT Trends*, July 15, 2002.

20. "When, Not If," published in *Cutter Consortium Business/IT Trends*, July 8, 2002.

21. "Microsoft's Palladium," published in *Cutter Consortium Business/IT Trends*, July 1, 2002.

22. "The Future of Spam," published in *Cutter Consortium Business/IT Trends*, June 27, 2002.

23. "The Form-Factor/Convergence Conundrum," published in *Cutter Consortium Business/IT Trends*, June 20, 2002.

24. "The Latest Wrinkle in IT Certification," published in *Cutter Consortium Business/IT Trends*, June 13, 2002.

25. "Could Cyber-Terrorism Promote Open Source Software?", published in *Cutter Consortium Business/IT Trends*, May 30, 2002.

26. "Moore No More?", published in *Cutter Consortium Business/IT Trends*, May 23, 2002.

**Confidential**

27.    "The Next Wave of IT Employee Shortages," published in *Cutter Consortium Business/IT Trends*, May 16, 2002.

28.    "Network Armies," published in *Cutter Consortium Business/IT Trends*, May 9, 2002.

29.    "Web Services: the next big thing?", published in *Cutter Consortium Business/IT Trends*, May 2, 2002.

30.    "Resilient systems, by accident and by design," published in *Cutter Consortium Business/IT Trends*, April 25, 2002.

31.    "Stealth P2P Networks," published in *Cutter Consortium Business/IT Trends*, April 18, 2002.

32.    "Googling," published in *Cutter Consortium Business/IT Trends*, April 11, 2002.

33.    "Cell phones, instant messaging, and the issue of control," published in *Cutter Consortium Business/IT Trends*, April 4, 2002.

34.    "Another look at IT certification," published in *Cutter Consortium Business/IT Trends*, March 27, 2002.

35.    "CEO Link: peer to peer communications on a grand scale," published in *Cutter Consortium Business/IT Trends*, March 20, 2002.

36.    "Banning Foreign Nationals from Defense Work," published in *Cutter Consortium Business/IT Trends*, March 11, 2002.

37.    "BLOGS," published in *Cutter Consortium Business/IT Trends*, March 4, 2002.

38.    "The Organization for Internet Safety," published in *Cutter Consortium Business/IT Trends*, February 25, 2002.

39.    "A world without Windows?", published in *Cutter Consortium Business/IT Trends*, February 18, 2002.

40.    "The impact of the recession on overseas outsourcing," published in *Cutter Consortium Business/IT Trends*, February 11, 2002.

41.    "Hackademy," published in *Cutter Consortium Business/IT Trends*, February 4, 2002.

42.    "Microsoft discovers that 'good enough' isn't good enough," published in *Cutter Consortium Business/IT Trends*, January 28, 2002.

43.    "The Social Impact of Technology," published in *Cutter Consortium Business/IT Trends*, January 21, 2002.

44.  "Hand Me Down Computers," published in *Cutter Consortium Business/IT Trends*, January 14, 2002.

45.  "Beyond the GUI," published in *Cutter Consortium Business/IT Trends*, January 7, 2002.

46.  "Five Years From Now," published in *Cutter Consortium Business/IT Trends*, December 31, 2001.

47.  "There is Still an IT Shortage," published in *Cutter Consortium Business/IT Trends*, December 24, 2001.

48.  "Microsoft's View of the Future," published in *Cutter Consortium Business/IT Trends*, December 17, 2001.

49.  "Invention vs. Inertia," published in *Cutter Consortium Business/IT Trends*, December 10, 2001.

50.  "Planetary Computing," published in *Cutter Consortium Business/IT Trends*, December 3, 2001.

51.  "Funding New Technologies," published in *Cutter Consortium Business/IT Trends*, November 26, 2001.

52.  "Idea Wars," published in *Cutter Consortium Business/IT Trends*, November 19, 2001.

53.  "Paradigm Shifts," published in *Cutter Consortium Business/IT Trends*, November 12, 2001.

54.  "Will Cyberspace Suffer the Equivalent of the WTC Attack," published in *Cutter Consortium Business/IT Trends*, November 5, 2001.

55.  "Reassessing Priorities," published in *Cutter Consortium Business/IT Trends*, October 29, 2001.

56.  "PopTech! 2001," published in *Cutter Consortium Business/IT Trends*, October 22, 2001.

57.  "Rethinking the Internet," published in *Cutter Consortium Business/IT Trends*, October 15, 2001.

58.  "A Disturbance in the Force," published in *Cutter Consortium Business/IT Trends*, October 9, 2001.

59.  "Recalling Y2K Lessons," published in *Cutter Consortium Business/IT Trends*, October 1, 2001.

60.   "Responding to Chaos," published in *Cutter Consortium Business/IT Trends*, September 24, 2001.

61.   "The IT Implications of the World Trade Center Attack," published in *Cutter Consortium Business/IT Trends*, September 17, 2001.

62.   "Pondering the HP/Compaq Merger," published in *Cutter Consortium Business/IT Trends*, September 10, 2001.

63.   "Cyber Warfare Is No Longer An Academic Theory," published in *Cutter Consortium Business/IT Trends*, September 6, 2001.

64.   "Shades of Y2K — The Euro Cometh," published in *Cutter Consortium Business/IT Trends*, August 30, 2001.

65.   "Ruminating on the 20th Anniversary of the PC," published in *Cutter Consortium Business/IT Trends*, August 23, 2001.

66.   "Wearable Computers," published in *Cutter Consortium Business/IT Trends*, August 16, 2001.

67.   "Keep Lawyers in Loop," published in the August 13, 2001 issue of *Computerworld*.

68.   "Disposable Technology," published in *Cutter Consortium Business/IT Trends*, August 9, 2001.

69.   "India Update," published in *Cutter Consortium Business/IT Trends*, July 30, 2001.

70.   "Internet Appliances," published in *Cutter Consortium Business/IT Trends*, July 23, 2001.

71.   "Can XP Projects Grow?", published in the July 23, 2001 issue of *Computerworld*.

72.   "IT for Law Enforcement," published in *Cutter Consortium Business/IT Trends*, July 16, 2001.

73.   "A Chicken in Every Pot," published in *Cutter Consortium Business/IT Trends*, July 9, 2001.

74.   "The Microsoft Saga Continues," published in *Cutter Consortium Business/IT Trends*, July 2, 2001.

75.   "The AI Debate Continues," published in *Cutter Consortium Business/IT Trends*, June 28, 2001.

76.  "What's Next for the World Wide Web?", published in *Cutter Consortium Business/IT Trends*, June 21, 2001.

77.  "Peer-to-Peer Computing," published in *Cutter Consortium Business/IT Trends*, June 14, 2001.

78.  "The Joy of Mentoring," published in the June 18, 2001 issue of *Computerworld*.

79.  "COBOL is Dead, Long Live COBOL," published in *Cutter Consortium Business/IT Trends*, June 7, 2001.

80.  "Will Handheld Computers Supplant Desktop PCs?", published in *Cutter Consortium Business/IT Trends*, May 28, 2001.

81.  "Is Software a Product or Service?", published in *Cutter Consortium Business/IT Trends*, May 21, 2001.

82.  "Mastering Contracts," published in the May 21, 2001 issue of *Computerworld*.

83.  "Microsoft Criticizes the Open Source Concept," published in *Cutter Consortium Business/IT Trends*, May 14, 2001.

84.  "The XP Paradigm Shift," published in *Cutter Consortium Business/IT Trends*, May 7, 2001.

85.  "The Complexities of High-Tech Layoffs," published in *Cutter Consortium Business/IT Trends*, April 30, 2001.

86.  "The Big Mystery: What Will Be The Next 'Paradigm Shift' in User Interfaces?", published in *Cutter Consortium Business/IT Trends*, April 23, 2001.

87.  "Finding Time to Think," published in the April 23, 2001 issue of *Computerworld*.

88.  "Virus versus Anti-virus," published in *Cutter Consortium Business/IT Trends*, April 16, 2001.

89.  "MIT OpenCourseWare Initiative Confirms Distance Learning Trend," published in *Cutter Consortium Business/IT Trends*, April 9, 2001.

90.  "The IT Shortage Hasn't Ended, It's Just Gotten Saner," published in *Cutter Consortium Business/IT Trends*, April 4, 2001.

91.  "Evaluating the Status of Telecommuting," *Cutter Consortium Business Trends Executive Update*, Vol. 2, No. 7, April 2001.

92.  "The Emergence of Short-Lived Systems," published in *Cutter Consortium Business/IT Trends*, March 26, 2001.

**Confidential**

93.     " 'State of the Art' Means Different Things in Different Places," published in *Cutter Consortium Business/IT Trends*, March 19, 2001.

94.     "Mini Post-Mortems," published in the March 19, 2001 issue of *Computerworld*.

95.     "The New Zealand Perspective on Software Development," published in *Cutter Consortium Business/IT Trends*, March 12, 2001.

96.     "The E-business chasm," published in *Cutter Consortium Business/IT Trends*, March 5, 2001.

97.     "Old Ideas Become New Again: Reduce the IT Shortage by Hiring More Women," published in *Cutter Consortium Business/IT Tre*nds, February 26, 2001.

98.     "Spelling Success," published in the February 19, 2001 issue of *Computerworld*.

99.     "The Importance of Inertia and Infrastructure When Evaluating Technology Trends," published in *Cutter Consortium Business/IT Trends*, February 12, 2001.

100.    "Dot-com Blues and Whiz Kids," published in *Cutter Consortium Business/IT Trends*, February 5, 2001.

101.    "Nuclear Power," *The YOURDON Report*, Vol. 2, No. 3, February 4, 2001.

102.    "The Recession and India," published in *Cutter Consortium Business/IT Trends*, January 29, 2001.

103.    "India," *The YOURDON Report*, Vol. 2, No. 2, January 29, 2001.

104.    "Internet Taxation," published in *Cutter Consortium Business/IT Trends*, January 22, 2001.

105.    "A Recession Guide," published in the January 22, 2001 issue of *Computerworld*.

106.    "A New Year, A New President," *The YOURDON Report*, Vol. 2, No. 1, January 20, 2001.

107.    "Whither IT Spending," published in *Cutter Consortium Business/IT Trends*, January 8, 2001.

108.    " A New Year," published in *Cutter Consortium Business/IT Trends*, January 1, 2001.

109.    "Y2K, One Year Later," published in *Cutter Consortium Business/IT Trends*, December 25, 2000.

110.    "The Value of Tools," published in the December 18, 2000 issue of *Computerworld*.

111. "Microsoft's Settlement With Temp Workers," published in *Cutter Consortium Business/IT Trends*, December 18, 2000.

112. "What Comes After the GUI?", published in *Cutter Consortium Business/IT Trends*, December 11, 2000.

113. "Justice at Internet Speed," *The YOURDON Report*, Vol. 1, No. 23, December 10, 2000.

114. "Will Election Chaos Lead to Technology-Based Voting Changes?", published in *Cutter Consortium Business/IT Trends*, December 4, 2000.

115. "The Latest IT Job Title: Culture Manager," published in *Cutter Consortium Business/IT Trends*, November 27, 2000.

116. "Could Technology Solve The Election Mess?", *The YOURDON Report*, Vol. 1, No. 22, November 22, 2000.

117. "Write Stuff for Users," published in *Cutter Consortium Business/IT Trends*, November 20, 2000.

118. "Write Stuff for Users," published in the November 20, 2000 issue of *Computerworld*.

119. "The Price Was Wrong," published in the November 15, 2000 issue of *CIO Magazine*.

120. "The Election and the Internet," *The YOURDON Report*, Vol. 1, No. 21, November 14, 2000.

121. "How Do New Technologies Get Used?", published in *Cutter Consortium Business/IT Trends*, November 13, 2000.

122. "Telecommuting Still Has A Long Way To Go," published in *Cutter Consortium Business/IT Trends*, November 6, 2000.

123. "Why Fuss Over the Microsoft Break-in?", published in *Cutter Consortium Business/IT Trends*, October 30, 2000.

124. "IBM Says Moore's Law Will Continue," published in *Cutter Consortium Business/IT Trends*, October 26, 2000.

125. "The IT Brain Drain," published in *Cutter Consortium Business/IT Trends*, October 23, 2000.

126. "Techno-Geek Returns to Rome," *The YOURDON Report*, Vol. 1, No. 20, October 18, 2000.

**Confidential**

127.   "Long-Term Thinking," published in the October 16, 2000 issue of *Computerworld*.

128.   "Scams, Hoaxes, and Urban Folklore," *The YOURDON Report*, Vol. 1, No. 19, October 11, 2000.

129.   "The Clash Between Technology and Culture," published in *Cutter Consortium Business/IT Trends*, October 10, 2000.

130.   "Techno-Geek Watches the Presidential Debates," *The YOURDON Report*, Vol. 1, No. 18, October 4, 2000.

131.   "India Keeps Charging Ahead," published in *Cutter Consortium Business/IT Trends*, October 2, 2000.

132.   "Politicians Want Top-Level Computer Czar and Committees," *The YOURDON Report*, Vol. 1, No. 17, September 27, 2000.

133.   "The H-1B Debate Goes Mainstream," published in *Cutter Consortium Business/IT Trends*, September 25, 2000.

134.   "European Hackers Join the Protest Against the High Cost of Oil," *The YOURDON Report*, Vol. 1, No. 16, September 20, 2000.

135.   "Taxing The Internet," published in *Cutter Consortium Business/IT Trends*, September 18, 2000.

136.   "The 'Light' Touch," published in the September 18, 2000 issue of *Computerworld*.

137.   "The United Nations Millennium Conference," *The YOURDON Report*, Vol. 1, No. 15, September 13, 2000.

138.   "Does The U.S. Need a CIO?", published in *Cutter Consortium Business/IT Trends*, September 11, 2000.

139.   "Amazon Revises Its Privacy Policy," *The YOURDON Report*, Vol. 1, No. 14, September 6, 2000.

140.   "The High-Tech Shortage Continues," published in *Cutter Consortium Business/IT Trends*, September 4, 2000.

141.   "The Latest Open-Source Wars," published in *Cutter Consortium Business/IT Trends*, August 28, 2000.

142.   "The Internet Backlash," *The YOURDON Report*, Vol. 1, No. 13, August 23, 2000.

143. "Have Dot-com Companies Lost Their Appeal?", published in *Cutter Consortium Business/IT Trends*, August 21, 2000.

144. "Success in E-Projects," published in the August 21, 2000 issue of *Computerworld.*

145. "The TYR Forum, and Discussions," *The YOURDON Report*, Vol. 1, No. 12, August 16, 2000.

146. "The Growing Emphasis on Computer Privacy and Security," published in *Cutter Consortium Business/IT Trends*, August 14, 2000.

147. "Ford Versus the State of Texas," *The YOURDON Report*, Vol. 1, No. 11, August 9, 2000.

148. "The Centralization/Decentralization Pendulum," published in *Cutter Consortium Business/IT Trends*, August 7, 2000.

149. "The US Post Office Discovers the Internet," *The YOURDON Report*, Vol. 1, No. 10, August 2, 2000.

150. "The Long-Range Implications of Napster," published in *Cutter Consortium Business/IT Trends*, July 31, 2000.

151. "A Nation Called Cyberspace," *The YOURDON Report*, Vol. 1, No. 9, July 26, 2000.

152. "Labor Department Uses H-1B Fees To Subsidize Local Training," published in *Cutter Consortium Business/IT Trends*, July 24, 2000.

153. "Software the 'E' Way," published in the July 24, 2000 issue of *Computerworld.*

154. "The FBI 'Carnivore' System," *The YOURDON Report*, Vol. 1, No. 8, July 19, 2000.

155. "Government Plans To Increase High-Tech Labor Pool," published in *Cutter Consortium Business/IT Trends*, July 17, 2000.

156. "Oracle's New Internet Computer," *The YOURDON Report*, Vol. 1, No. 7, July 12, 2000.

157. "Telecommuting As A Recruiting Enticement," published in *Cutter Consortium Business/IT Trends*, July 10, 2000.

158. "The Digital Signature Bill," *The YOURDON Report*, Vol. 1, No. 6, July 5, 2000.

159. "What Are The Drivers That Will Produce The Next Killer App?", published in *Cutter Consortium Business/IT Trends*, July 3, 2000.

**Page 157**                                                    **Confidential**

160.   "What Did We Learn From Y2K?", published in *Cutter IT Journal*, July 2000.

161.   "The Government's Plan for a 'Really Big' Website," *The YOURDON Report*, Vol. 1, No. 5, June 28, 2000.

162.   "Dot-Com Companies Need Something Besides Cheap Bargains To Compete," published in *Cutter Consortium Business/IT Trends*, June 26, 2000.

163.   "The Internet in Poland," *The YOURDON Report*, Vol. 1, No. 4, June 21, 2000.

164.   "Net Legacy Nightmares," published in the June 19, 2000 issue of *Computerworld*.

165.   "Germany's Invitation to IT Workers Gets Lukewarm Response in Poland," published in *Cutter Consortium Business/IT Trends*, June 19, 2000.

166.   "The Personal Impact of the Microsoft Verdict," *The YOURDON Report*, Vol. 1, No. 3, June 14, 2000.

167.   "Microsoft and the Mainstream IT Organization," published in *Cutter Consortium Business/IT Trends*, June 12, 2000.

168.   "Managing Projects With Visible Processes," published in the June 12, 2000 issue of *Computerworld*.

169.   "Will Microsoft be the First of the Internet-Era Virtual Companies?", *The YOURDON Report*, Vol. 1, No. 2, June 7, 2000.

170.   "The Economic Impact of the Software Cottage Industry," published in *Cutter Consortium Business/IT Trends*, June 5, 2000.

171.   "Microsoft's Windows CE," published in *Cutter IT Journal*, June 2000.

172.   "The Inaugural Issue," *The YOURDON Report*, Vol. 1, No. 1, May 31, 2000.

173.   "Loyalty in a High-Tech Bear Market," published in *Cutter Consortium Business/IT Trends*, May 29, 2000.

174.   "Privacy for the People," published in *Cutter Consortium Business/IT Trends*, May 22, 2000.

175.   " 'Viewing' The Project," published in the May 15, 2000 issue of *Computerworld*.

176.   "The Growing Importance of Knowledge Management," published in *Cutter Consortium Business/IT Trends*, May 15, 2000.

177.   "The Love Bug Virus," published in *Cutter Consortium Business/IT Trends*, May 8, 2000.

178.  "Microsoft Aprés Bill," published in *Cutter Consortium Business/IT Trends*, May 1, 2000.

179.  "Lineo's Embedded Systems Environment," published in *Cutter IT Journal*, May 2000.

180.  "A Quick Look At the Indian IT Industry," published in *Cutter Consortium Business/IT Trends*, April 24, 2000.

181.  "Finding Bottlenecks," published in the April 17, 2000 issue of *Computerworld.*

182.  "The Programmer Shortage: Déja vu all over again," published in *Cutter IT Trends*, April 17, 2000.

183.  "Thin Methodologies," published in *Cutter Consortium Business/IT Trends*, April 17, 2000.

184.  "Zaplets," published in *Cutter Consortium Business/IT Trends*, April 10, 2000.

185.  "High Tech Interruptions Contribute to Knowledge Worker Paralysis," published in *Cutter Consortium Business/IT Trends*, April 3, 2000.

186.  "Will Microsoft Have a Near-Death Experience?", published in *Cutter Consortium Business/IT Trends*, March 27, 2000.

187.  "The Value of Triage," published in the March 20, 2000 issue of *Computerworld.*

188.  "Understanding the 'Community' Phenomenon on the Internet," published in *Cutter Consortium Business/IT Trends*, March 20, 2000.

189.  "Linux and the Open-Source Movement," published in *Cutter Consortium Business/IT Trends*, March 13, 2000.

190.  "Internet Taxation," published in *Cutter Consortium Business/IT Trends*, March 6, 2000.

191.  "The Rocket eBook," published in *Cutter Consortium Business/IT Trends*, February 28, 2000.

192.  "People and projects," published in the February 21, 2000 issue of *Computerworld.*

193.  "Windows 2000," published in *Cutter Consortium Business/IT Trends*, February 21, 2000.

194.  "Using the Internet for Global Collaboration," published in *Cutter Consortium Business/IT Trends*, February 14, 2000.

**Confidential**

195.   "Network Nation," published in *Cutter Consortium Business/IT Trends*, February 7, 2000.

196.   "Not Everyone is World-Class: The Reality of Good-Enough IT Organizations," published in *Cutter IT Journal*, February 2000.

197.   "What Would Dot-Com Companies Do Without the Super Bowl?", published in *Cutter Consortium Business/IT Trends*, January 31, 2000.

198.   "Evolution versus Revolution," published in *Cutter Consortium Business/IT Trends*, January 26, 2000.

199.   "Y2K Success Lessons," published in the January 24, 2000 issue of *Computerworld*.

200.   "It's Not Easy to Create AOL," published in *Cutter Consortium Business/IT Trends*, January 17, 2000.

201.   "The AOL-Time Warner Merger," published in *Cutter Consortium Business/IT Trends*, January 13, 2000.

202.   "Y2K: Sayonara Once Again," published in *Cutter Consortium Y2K Information Service*, January 6, 2000.

203.   "The International Y2K Scene," published in *Cutter Consortium Y2K Information Service*, January 5, 2000.

204.   "Y2K: Time for Lessons Learned," published in *Cutter Consortium Y2K Information Service*, January 4, 2000.

205.   "Y2K: Everyone Declares Victory," published in *Cutter Consortium Y2K Information Service*, January 3, 2000.

206.   "January 2: No TEOTWAWKI," published in *Cutter Consortium Y2K Information Service*, January 2, 2000.

207.   "Don't let initial Y2K success make your PC users too complacent," published in the January 1, 2000 issue of *Computerworld*.

208.   "The Influence of Y2K on Software Development Megatrends," published in *Cutter IT Journal*, January 2000.

209.   "Into the Midnight Hour," published in *Cutter Consortium Y2K Information Service*, December 30, 1999.

210.   "Final Y2K Predictions," published in *Cutter Consortium Y2K Information Service*, December 23, 1999.

211.  "Post-Y2K Proactive," published in the December 20, 1999 issue of *Computerworld*.

212.  "Y2K Viruses, Hackers, Criminals, and Terrorists," published in *Cutter Consortium Y2K Information Service*, December 16, 1999.

213.  "Slip sliding away," published in *Cutter Consortium Y2K Information Service*, December 9, 1999.

214.  "Just in case," published in *Cutter Consortium Y2K Information Service*, December 2, 1999.

215.  "The Emergence of e-Culture: The More Things Change, the More They Stay the Same," published in *Cutter IT Journal*, December 1999.

216.  "Y2K Lessons Learned," published in *Cutter Consortium Y2K Executive Reports*, December 1999.

217.  "The Y2K Movie," published in *Cutter Consortium Y2K Information Service*, November 24, 1999.

218.  "The First of a Million Mosquito Bites," published in *Cutter Consortium Y2K Information Service*, November 18, 1999.

219.  "Y2K Whistle-blowers," published in the November 15, 1999 issue of *Computerworld*.

220.  "Punishing the Losers," published in *Cutter Consortium Y2K Information Service*, November 11, 1999.

221.  "Known Knowns, Known Unknowns, and Unknown Unknowns," published in *Cutter Consortium Y2K Information Service*, November 4, 1999.

222.  "Y2K Corporate Communications," published in *Cutter Consortium Y2K Executive Reports*, November 1999.

223.  "Wall Street's Reaction to IBM," published in *Cutter Consortium Y2K Information Service*, October 28, 1999.

224.  "Planning for Panic," published in *Cutter Consortium Y2K Information Service*, October 21, 1999.

225.  "Data Corruption: The Silent Y2K Killer," published in the October 18, 1999 issue of *Computerworld*.

226.  "Y2K Wild Cards," published in *Cutter Consortium Y2K Information Service*, October 14, 1999.

227. "The Aftermath of Y2K," published in *Cutter Consortium Y2K Information Service*, October 7, 1999.

228. "Planning for the Y2K Freeze," published in *Cutter Consortium Y2K Information Service*, September 30, 1999.

229. "Y2K Practice Day," published in *Cutter Consortium Y2K Information Service*, September 23, 1999.

230. "Y2K and the Employee," published in the September 20, 1999 issue of *Computerworld.*

231. "What Happens to Y2K Programmers When We're All Done?", published in *Cutter Consortium Y2K Information Service*, September 16, 1999.

232. "The Leper List," published in *Cutter Consortium Y2K Information Service*, September 9, 1999.

233. "The Issue of Public Confidence," published in *Cutter Consortium Y2K Information Service*, September 2, 1999.

234. "The Navy Y2K Papers," published in *Cutter Consortium Y2K Information Service*, August 26, 1999.

235. "Helping Business Users Develop Y2K Contingency Plans," published in the August 23, 1999 issue of *Computerworld.*

236. "Y2K and the Internet," published in *Cutter Consortium Y2K Information Service*, August 19, 1999.

237. "Y2K's Nastiest Work," published in the August 16, 2000 issue of *Computerworld.*

238. "The Y2K Game of Chicken," published in *Cutter Consortium Y2K Information Service*, August 12, 1999.

239. "Preparing for a Year of Disruptions," published in *Cutter Consortium Y2K Information Service*, August 5, 1999.

240. "When Will People React to Y2K?", published in *Cutter Consortium Y2K Information Service*, July 29, 1999.

241. "Smart Y2K Planning," published in the July 19, 1999 issue of *Computerworld.*

242. "Alternate Suppliers and Stockpiling," published in *Cutter Consortium Y2K Information Service*, July 15, 1999.

243. "The Trouble With Contingency Plans," published in *Cutter Consortium Y2K Information Service*, July 15, 1999.

244. "Jul 1 Y2K Rollover Events," published in *Cutter Consortium Y2K Information Service*, July 8, 1999.

245. "Six Months, and Counting," published in *Cutter Consortium Y2K Information Service*, July 1, 1999.

246. "Y2K Best Practices," published in *Cutter Consortium Y2K Executive Reports*, July 1999.

247. "Eternal Rome," published in *Cutter Consortium Y2K Information Service*, June 24, 1999.

248. "Y2K Legislation and You," published in the June 21, 1999 issue of *Computerworld*.

249. "The Senate Y2K Bill," published in *Cutter Consortium Y2K Information Service*, June 17, 1999.

250. "The Early Bird Gets the Worm," published in *Cutter Consortium Y2K Information Service*, June 10, 1999.

251. "Sayonara Y2K," published in *Cutter Consortium Y2K Information Service*, June 3, 1999.

252. "Swat Teams and War Rooms: Preparing for Day Zero and the Y2000 End Game," published in *Cutter Consortium Y2K Executive Reports*, June 1999.

253. "Y2K Community Awareness," published in *Cutter Consortium Y2K Information Service*, May 25, 1999.

254. "Fortress America," published in *Cutter Consortium Y2K Information Service*, May 20, 1999.

255. "The Right Y2K Image," published in the May 17, 1999 issue of *Computerworld*.

256. "The Need for Thoughtful Discourse About Y2K," published in *Cutter Consortium Y2K Information Service*, May 13, 1999.

257. "Y2K Bug Reports," published in *Cutter Consortium Y2K Information Service*, May 6, 1999.

258. "Coping with Y2K Euphoria," published in *Cutter Consortium Y2K Information Service*, April 29, 1999.

259. "Y2K: Good News, Bad News," published in *Cutter Consortium Y2K Information Service*, April 22, 1999.

260. "Y2K Compliance: Hard Lies, Soft Lies," published in the April 19, 1999 issue of *Computerworld*.

261. "The Y2K Yes Corps," published in *Cutter Consortium Y2K Information Service*, April 15, 1999.

262. "The April 1 Fiscal Year Rollover," published in *Cutter Consortium Y2K Information Service*, April 8, 1999.

263. "A Day in Washington," published in *Cutter Consortium Y2K Information Service*, April 1, 1999.

264. "The Good News/Bad News Paradox," *Cutter Consortium Y2K Information Service*, March 25, 1999.

265. "Getting a Y2K Edge on the Competition," published in the March 15, 1999 issue of *Computerworld.*

266. "The Calm Before the Storm," published in *Cutter Consortium Y2K Information Service*, March 11, 1999.

267. "If It's Not On Your Radar Screen, You May Not Be Aware of the Y2K Risk," published in *Cutter Consortium Y2K Information Service*, March 4, 1999.

268. "The Silence of the Lambs," published in *Cutter Consortium Y2K Information Service*, Feb 25, 1999.

269. "The Quiet Impact of the Joanne Effect," published in *Cutter Consortium Y2K Information Service*, February 18, 1999.

270. "Shape Up or Ship out," published in the February 15, 1999 issue of *Computerworld.*

271. "Anticipating Your Customers' Y2K Plans," published in *Cutter Consortium Y2K Information Service*, February 11, 1999.

272. "Shame on the Global 2000 Coordinating Group," published in *Cutter Consortium Y2K Information Service*, February 4, 1999.

273. "What Comes After Y2K?", published in *Software Development*, February 1999.

274. "1999: The Year of Testing Dangerously," published in *Cutter IT Journal*, February 1999.

275. "Ask Not What Your Vendors Can Do For You, Ask What You Can Do For Them," published in *Cutter Consortium Y2K Information Service*, January 25, 1999.

276. "Now's the time to size up Y2K task," published in the January 18, 1999 issue of *Computerworld.*

277.   "The Y2K Story: Good News, Bad News," published in *Cutter Consortium Y2K Information Service*, January 18, 1999.

278.   "Y99 and the Euro — No Bangs, Just Whimpers," published in *Cutter Consortium Y2K Information Service*, January 11, 1999.

279.   "Forget About Bank Runs, Worry About Your Own Problems," published in *Cutter Consortium Y2K Information Service*, January 4, 1999.

280.   "Surviving a Death March Project," published in *Software Development*, January 1999; republished in Chapter 2 of *The Unified Process Construction Phase: Best Practices in Implementing the UP*, by Scott W. Ambler and Larry L. Constantine (CMP Books, 2000).

281.   "The Good News About Social Security," published in *Cutter Consortium Y2K Information Service*, December 28, 1998.

282.   "A Critical Y2K Metric: Mean Time To Repair," published in *Cutter Consortium Y2K Information Service*, December 21, 1998.

283.   "The Moral Dimension of Y2K," published in the December 14, 1998 issue of *Computerworld*.

284.   "The United Nations Y2K Conference," published in *Cutter Consortium Y2K Information Service*, December 14, 1998.

285.   "The Y2K Full Monty," published in *Cutter Consortium Y2K Information Service*, December 7, 1998.

286.   "Java News Gets Better," published in *American Programmer Technology Trends*, December 7, 1998.

287.   "Invasion of the Body Snatchers," published in *Cutter Consortium Y2K Information Service*, December 3, 1998.

288.   "The International Aspect of Y2K," published in *Cutter Consortium Y2K Executive Reports*, December 1998.

289.   "What if Programmers Represent Your Competitive Advantage?", published in *American Programmer Technology Trends*, November 23, 1998.

290.   "Reading 10-Q Statements for Fun and Profit," published in *Cutter Consortium Y2K Information Service*, November 22, 1998.

291.   "Preparing for Y98 and Y99 Problems," published in *Cutter Consortium Y2K Information Service*, November 19, 1998.

292. "Killer Supply Chains," published in *American Programmer Technology Trends*, November 16, 1998.

293. "Year 2000 and the Corporate Citizen," published in the November 16, 1998 issue of *Computerworld*.

294. "GIs, DGIs, and RGIs," published in *Cutter Consortium Y2K Information Service*, November 12, 1998.

295. "The AOL-Netscape Merger," published in *American Programmer Technology Trends*, November 11, 1998.

296. "Windows 2000," published in *American Programmer Technology Trends*, November 9, 1998.

297. "Slick Willie Meets Y2K," published in *Cutter Consortium Y2K Information Service*, November 2, 1998.

298. "Y2K Corporate Communications," published in *Cutter Consortium Y2K Executive Reports*, November 1998.

299. "Rebirth of a Classic," published in *American Programmer Technology Trends*, October 31, 1998.

300. "The Y2K End Game," published in *Cutter Consortium Y2K Information Service*, October 26, 1998.

301. "What Happens if IT is No Fun?", published in *American Programmer Technology Trends*, October 24, 1998.

302. "Reboot Your Company, Reboot the City, Reboot the Country, Reboot the World," published in *Cutter Consortium Y2K Information Service*, October 19, 1998.

303. "What Comes After Y2K?", published in the October 19, 1998 issue of *Computerworld*.

304. "Y2K Is Easier Than Normal Projects," published in *American Programmer Technology Trends*, October 17, 1998.

305. "Y2K Action Week," published in *Cutter Consortium Y2K Information Service*, October 15, 1998.

306. "Has Apple Recovered?", published in *American Programmer Technology Trends*, October 15, 1998.

307. "Y2K As A Competitive Advantage," published in *Cutter Consortium Y2K Information Service*, October 5, 1998.

308.    "Does Anyone Care About Application Development?", published in *American Programmer Technology Trends*, October 1, 1998.

309.    "Y2K Testing," published in *Cutter Consortium Y2K Information Service*, September 28, 1998.

310.    "Y2K Is More Than Coding," published in *American Programmer Technology Trends*, September 24, 1998.

311.    "Consequence-Based Contingency Planning," published in *Cutter Consortium Y2K Information Service*, September 21, 1998.

312.    "Sign up users and customers for the Y2K bug-buster corps," published in the September 21, 1998 issue of *Computerworld.*

313.    "Monica, Bill, and Y2K," published in *Cutter Consortium Y2K Information Service*, September 14, 1998.

314.    "Why Can't Programmers Make Up Their Minds About Y2K?", published in *American Programmer Technology Trends*, September 10, 1998.

315.    "The New SEC Regulations: End of the Cowboy Era?", published in *Cutter Consortium Y2K Information Service*, September 9, 1998.

316.    "What Comes After Y2K?", published in *American Programmer Technology Trends*, September 3, 1998.

317.    "Y2K Contingency Planning," published in *Cutter Consortium Y2K Executive Reports*, September 1998.

318.    "We Have Met The Enemy," published in *American Programmer Technology Trends*, August 31, 1998.

319.    "The Risks of Self-Reporting," published in *Cutter Consortium Y2K Information Service*, August 31, 1998.

320.    "Objective Reality versus Subjective Reality," published in *Cutter Consortium Y2K Information Service*, August 24, 1998.

321.    "The Wall Street Y2K Beta Test," published in *Cutter Consortium Y2K Information Service*, August 17, 1998.

322.    "Y2K Crunch Mode," published in the August 17, 1998 issue of *Computerworld.*

323.    "Programming Teams," published in *American Programmer Technology Trends*, August 13, 1998.

324.    "Thinking the Unthinkable: What if the FAA Does Shut Down?", published in *Cutter Consortium Y2K Information Service*, August 10, 1998.

325. "The New York Times Editorial," published in *Cutter Consortium Y2K Information Service*, August 3, 1998.

326. "Giving Away Source Code," published in *American Programmer Technology Trends*, July 30, 1998.

327. "The Tip of the Iceberg," published in *Cutter Consortium Y2K Information Service*, July 28, 1998.

328. "The Breathalyzer Test," published in *American Programmer Technology Trends*, July 23, 1998.

329. "President Clinton's Y2K Speech," published in *Cutter Consortium Y2K Information Service*, July 20, 1998.

330. "Simulating the Impact of Y2K," published in the July 20, 1998 issue of *Computerworld.*

331. "What Matters to CEO's," published in *American Programmer Technology Trends*, July 16, 1998.

332. "The Merrill Lynch Y2K Report," published in *Cutter Consortium Y2K Information Service*, July 12, 1998.

333. "Shooting The Messenger," published in *American Programmer Technology Trends*, July 9, 1998.

334. "Y2K As An Excuse," published in *Cutter Consortium Y2K Information Service*, July 7, 1998.

335. "The Programmer's Bookshelf," published in *American Programmer Technology Trends*, July 2, 1998.

336. "Managing Outsourcing Projects and Vendors," published in *American Programmer*, July 1998.

337. "Y2K War Games," published in *Cutter Consortium Y2K Information Service*, June 30, 1998.

338. "Programmer Loyalty," published in *American Programmer Technology Trends*, June 25, 1998.

339. "Y2K, Terrorists, and Cyber-war," published in *Cutter Consortium Y2K Information Service*, June 25, 1998.

340. "Don't Shoot the Y2K Lawyers," published in the June 22, 1998 issue of *Computerworld.*

341.  "Paraprogrammers," published in *American Programmer Technology Trends*, June 18, 1998.

342.  "The Aftermath of Senator Bennett's Y2K Utility Hearing," published in *Cutter Consortium Y2K Information Service*, June 15, 1998.

343.  "Mini-postmortems," published in *American Programmer Technology Trends*, June 11, 1998.

344.  "Non-Compliant Y2K Vendors: The Moment of Truth Approaches," published in *Cutter Consortium Y2K Information Service*, June 8, 1998.

345.  "The Future of Java," published in *American Programmer Technology Trends*, June 4, 1998.

346.  "What Is Senior Management's Assessment of Y2K Impact?", published in *Cutter Consortium Y2K Information Service*, June 1, 1998.

347.  "The State of Y2K Readiness, as of mid-1998," published in *Cutter Consortium Y2K Executive Reports*, June 1998.

348.  "Recruiting in Times of Personnel Shortages," published in *American Programmer Technology Trends*, May 28, 1998.

349.  "Fix-on-failure is playing with fire," published in the May 25, 1998 issue of *Computerworld*.

350.  "Y2K Disclosure Questions We Should Be Asking," published in *Cutter Consortium Y2K Information Service*, May 25, 1998.

351.  "Just Say No," published in *American Programmer Technology Trends*, May 21, 1998.

352.  "The Microsoft Lawsuit," published in *American Programmer Technology Trends*, May 19, 1998.

353.  "Y2K And The Third World," published in *Cutter Consortium Y2K Information Service*, May 18, 1998.

354.  "Virtual Teams," published in *American Programmer Technology Trends*, May 12, 1998.

355.  "Why Are Y2K Projects So Risky?", published in *Cutter Consortium Y2K Information Service*, May 11, 1998.

356.  "The Y2K Safe Haven Debate," published in *Cutter Consortium Y2K Information Service*, May 4, 1998.

357.    "Simulating the Impact of Y2K," published in *Cutter Consortium Y2K Executive Reports*, May 1998.

358.    "The Impact of Y2K on Licensing and Certification," published in *American Programmer*, May 1998.

359.    "I'm Y2K-OK, But I Don't Trust Anyone Else," published in *Cutter Consortium Y2K Information Service*, April 27, 1998.

360.    "Overtime," published in *American Programmer Technology Trends*, April 23, 1998.

361.    "What on Earth Does The Government Really Think About Y2K?", published in *Cutter Consortium Y2K Information Service*, April 20, 1998.

362.    "Y2K Also Involves Non-Critical Systems," published in the April 20, 1998 issue of *Computerworld*.

363.    "Structured Methods," published in *American Programmer Technology Trends*, April 16, 1998.

364.    "Y2K Ethics — Do No Harm," published in *Cutter Consortium Y2K Information Service*, April 13, 1998.

365.    "What If Microsoft Gave a Party And Nobody Came?", published in *American Programmer Technology Trends*, April 9, 1998.

366.    "Reading the Y2K Tea Leaves," published in *Cutter Consortium Y2K Information Service*, April 6, 1998.

367.    "Facing Up To Bad News," published in *American Programmer Technology Trends*, April 2, 1998.

368.    "Y2K Peopleware Issues," published in *Cutter Consortium Y2K Executive Reports*, April 1998.

369.    "Looking for Y2K Analogies," published in *Cutter Consortium Y2K Information Service*, March 30, 1998.

370.    "Programming in Prison," published in *American Programmer Technology Trends*, March 27, 1998.

371.    "Canary in the Coal Mine," published in *Cutter Consortium Y2K Information Service*, March 23, 1998.

372.    "Y2K Advice: Plan Now for Testing," published in the March 16, 1998 issue of *Computerworld*.

373.   "Shouting Fire in a Crowded Y2K Theater," published in *Cutter Consortium Y2K Information Service*, March 16, 1998.

374.   "What About the Non-Mission Critical Y2K Systems?", published in *Cutter Consortium Y2K Information Service*, March 9, 1998.

375.   "Pity the Poor PC Users When Y2K Arrives," published in *Cutter Consortium Y2K Information Service*, March 2, 1998.

376.   "Managing Large Complex Y2K Projects," published in *Cutter Consortium Y2K Executive Reports*, March 1998.

377.   "Y2K Constituencies and What They Need," published in *Cutter Consortium Y2K Information Service*, February 23, 1998.

378.   "How Do Companies Handle Y2K PR Issues?", published in *Cutter Consortium Y2K Information Service*, February 16, 1998.

379.   "Where's the Basis for Year 2000 Optimism?," published in the February 16, 1998 issue of *Computerworld*.

380.   "Sorry Bill, But Y2K Won't Obey Your Executive Order," published in *Cutter Consortium Y2K Information Service*, February 9, 1998.

381.   "The California Y2K Bill," published in *Cutter Consortium Y2K Information Service*, February 2, 1998.

382.   "The IT Personnel Shortage," published in *Application Development Strategies*, February 1998.

383.   "Managing Y2000 Business Risks," published in *Cutter Consortium Y2K Executive Reports*, February 1998.

384.   "The Impact of the Media on Y2K Acceptance," published in *Cutter Consortium Y2K Information Service*, January 26, 1998.

385.   "Ready for the Great IT Moratorium of 1998?", published in the January 19, 1998 issue of *Computerworld*.

386.   "The Bemer Bullet," published in *Cutter Consortium Y2K Information Service*, January 19, 1998.

387.   "Dress Rehearsals for Y2000 Problems," published in *Cutter Consortium Y2K Information Service*, January 12, 1998.

388.   "Y2K Proactive Legal Planning," published in *Cutter Consortium Y2K Information Service*, January 5, 1998.

389. "Outsourcing Y2000 Projects to India," published in *Cutter Consortium Y2K Executive Reports*, January 1998.

390. "Requirements Management," published in *Application Development Strategies*, January 1998.

391. "The Future of Software: Best of Times, Worst of Times," published in *IEEE Software*, January 1998.

392. "Y2K Magic Dates," published in *Cutter Consortium Y2K Information Service*, December 29, 1997.

393. "Christmas Reading: The Nov 15th OMB Y2K Report," published in *Cutter Consortium Y2K Information Service*, December 22, 1997.

394. "Sayonara, Washington," published in *Cutter Consortium Y2K Information Service*, December 15, 1997.

395. "Judging Y2K Compliance: Guilty Until Proven Innocent," published in *Cutter Consortium Y2K Information Service*, December 8, 1997.

396. "Y2000 Success/Failure: Putting Things in Perspective," published in *Cutter Consortium Y2K Information Service*, December 1, 1997.

397. "Distributed Components: CORBA versus COM," published in *American Programmer*, December 1997.

398. "Internet Privacy," published in *Corporate Internet Strategies*, December 1997.

399. "Visual Development Tools," published in *Application Development Tools*, December 1997.

400. "Y2K D&O Insurance Risks," published in *Cutter Consortium Y2K Information Service*, November 24, 1997.

401. "The Bennett Y2K Senate Bill: What Does It Mean?", published in *Cutter Consortium Y2K Information Service*, November 17, 1997.

402. "The Federal-State Y2K Summit," published in *Cutter Consortium Y2K Information Service*, November 10, 1997.

403. "Y2K Warning: Check the Vulnerability of Your Utility Company," published in *Cutter Consortium Y2K Information Service*, November 3, 1997.

404. "Web Fashions," published in *Corporate Internet Strategies*, November 1997.

405. "Project Management Tools," published in *Application Development Strategies*, November 1997.

406.   "The European Impact of Y2K," published in *Cutter Consortium Y2K Information Service*, October 27, 1997.

407.   "A 1998 Budget Proposal for Y2K," published in *Cutter Consortium Y2K Information Service*, October 20, 1997.

408.   "The Y2000 Moratorium," published in *Cutter Consortium Y2K Information Service*, October 13, 1997.

409.   "Y2000 Auditors and the 'Going Concern' Issue: Don't Ask, Don't Tell?", published in *Cutter Consortium Y2K Information Service*, October 6, 1997.

410.   "Web Servers," published in *Corporate Internet Strategies*, October 1997.

411.   "Testing Tools: A Resource Guide," published in *Application Development Trends*, October 1997.

412.   "Web Hosting Services," published in *Corporate Internet Strategies*, September 1997.

413.   "Configuration Management Tools," published in *Application Development Trends*, September 1997.

414.   "Building Internet Communities," published in *Corporate Internet Strategies*, August 1997.

415.   "Language Wars," published in *Application Development Trends*, August 1997.

416.   "Year 2000: Fear and Loathing," published in *Application Development Strategies*, July 1997.

417.   "Measuring Internet Usage," published in *Corporate Internet Strategies*, July 1997.

418.   "CORBA/Java versus DCOM/ActiveX," published in *Application Development Strategies*, June 1997.

419.   "Java Update," published in *Corporate Internet Strategies*, June 1997.

420.   "An Update on Best Practices," published in *Application Development Strategies*, May 1997.

421.   "Push Technologies," published in *Corporate Internet Strategies*, May 1997.

422.   "Web Application Development Tools," published in *Application Development Strategies*, April 1997.

423.   "Internet Security and the Borderware Internet Firewall," published in *Corporate Internet Strategies*, April 1997.

424.   "Simulating Software Projects," published in *Application Development Trends*, March 1997.

425.   "The Impact of Microsoft's Office 97 on the Internet," published in *Corporate Internet Strategies*, March 1997.

426.   "Software Reuse, Revisited," published in *Application Development Trends*, February 1997.

427.   "Document-centric Internet Websites," published in *Corporate Internet Strategies*, February 1997.

428.   "Rational Software: The First Billion-Dollar CASE Vendor?", published in *Application Development Trends*, January 1997.

429.   "Internet World," published in *Corporate Internet Strategies*, January 1997.

430.   "Death March Projects," published in *Application Development Trends*, December 1996.

431.   "Developing Applications for the Internet," published in *American Programmer*, December 1996.

432.   "The Internet PC," published in *Corporate Internet Strategies*, December 1996.

433.   "Internet Architectures," published in *Corporate Internet Strategies*, November 1996.

434.   "The Future of Visual Development Tools," published in *American Programmer*, November 1996.

435.   "Object-Oriented Databases," published in *Application Development Trends*, November 1996.

436.   "Internet Testing," published in *Corporate Internet Strategies*, October 1996.

437.   "Current Issues in Software Deployment," published in *American Programmer*, October 1996.

438.   "CASE Update," published in *Application Development Trends*, October 1996.

439.   "Service Systems: The Next Competitive Advantage," published in *Software Development*, September 1996.

440.   "Electronic Commerce," published in *Corporate Internet Strategies*, September 1996.

441.   "ActiveX Technology," published in *Application Development Trends*, September 1996.

**Confidential**

442. "Taking Advantage of New IS Technologies: A Manager's Perspective," published in *Software Development*, August 1996.

443. "Java and Java Tools," published in *Application Development Trends*, August 1996.

444. "Web authoring tools," published in *Corporate Internet Strategies*, August 1996.

445. "Java, the Web, and Software Development," published in *IEEE Software*, August 1996.

446. "Lotus Development Corp's Internet strategy," published in *Corporate Internet Strategies*, July 1996.

447. "Year 2000 Revisited," published in *Application Development Trends*, July 1996.

448. "Object-Oriented rapid Application Development," published in *Application Development Trends*, June 1996.

449. "The Corporate Intranet," published in *Corporate Internet Strategies*, June 1996.

450. "Millennium Megatrends," published in *Upside* magazine, May 1996.

451. "Outsourcing," published in *Application Development Trends*, May 1996.

452. "The Business Case for the Internet," published in *Corporate Internet Strategies*, May 1996.

453. "Can American Programmers Compete Effectively As We Approach the Millennium?", published in *Software Development*, May 1996.

454. "Guarding the Code: The Impact of Internet Security on Software Developers," published in *American Programmer*, May 1996.

455. "The Prospect for Engineers in the Software Field," published in *Software Solutions*, May 1996.

456. "Smalltalk futures," published in *Application Development Trends*, April 1996.

457. "Internet Client/Server," published in *Corporate Internet Strategies*, April 1996.

458. "Internet Security, Part II," published in *Corporate Internet Strategies*, March 1996.

459. "The Unified OO Approach," published in *Application Development Trends*, March 1996.

460. "Internet Security, Part I," published in *Corporate Internet Strategies*, February 1996.

461.   "Visual Basic," published in *Application Development Trends*, February 1996.

462.   "Good Enough Software," published in *Application Development Trends*, January 1996.

463.   "Java and the New Wave of Internet Development Tools," published in *Corporate Internet Strategies*, January 1996.

464.   "High-End Client Server Tools," published in *Application Development Strategies*, December 1995.

465.   "Netscape and Internet Trends," published in *Corporate Internet Strategies*, December 1995.

466.   "OO CASE Tools," published in *Application Development Strategies*, November 1995.

467.   "Little CASE Tools," published in *Application Development Strategies*, October 1995.

468.   "Software Quality: Put up or Shut up," published in *American Programmer*, October 1995.

469.   "The Rise and Resurrection of the American Programmer," published in *Guerrilla Programmer*, September 1995.

470.   "Brave New Worlds," published in *Windows Tech Journal*, September 1995.

471.   "Big CASE Tools," published in *Application Development Strategies*, September 1995.

472.   "How to Select the Right Software Development Tools," published in *American Programmer*, September 1995.

473.   "Websites and Internal Webs," published in *Corporate Internet Strategies*, September 1995.

474.   "A Reengineering Concept for IT Organizations: 'Good-Enough' Software," published in *Computerworld Italia*, August 1995.

475.   "Peopleware," published in *Application Development Strategies*, August 1995.

476.   "The Arrival of Windows 95," published in *Guerrilla Programmer*, August 1995.

477.   "Delphi," published in *Application Development Strategies*, July 1995.

478.   "Reinventing IS/IT," published in *Guerrilla Programmer*, July 1995.

**Confidential**

479.    "The Year-2000 Maintenance Iceberg," published in *Application Development Strategies*, June 1995.

480.    "The World Wide Web and the Revenge of the Dinosaurs," published in *Guerrilla Programmer*, June 1995.

481.    "Telecommunications, Media, and Information," published in *Guerrilla Programmer*, May 1995.

482.    "The Airlie Best Practices Approach," published in *Application Development Strategies*, May 1995.

483.    "Tracking Defects to Help Monitor Project Progress," published in *American Programmer*, May 1995.

484.    "Good Enough Software," published in *Guerrilla Programmer*, April 1995.

485.    "Powersoft," published in *Application Development Strategies*, April 1995.

486.    "Beauty versus Blood: The Challenges of Designing User Interfaces for the Next Generation of Users," with Luyen Chou, published in *American Programmer*, April 1995.

487.    "Managing Projects to Produce Good-Enough Software," published in *IEEE Software*, March 1995.

488.    "Software Testing," published in *Application Development Strategies*, March 1995.

489.    "Software Best Practices and Personal Software," published in *Guerrilla Programmer*, March 1995.

490.    "Do Overs," published in *Guerrilla Programmer*, February 1995.

491.    "Object Oriented COBOL," published in *Application Development Trends*, February 1995.

492.    "Pastists and Futurists: Taking Stock at Mid-Decade," published in *Guerrilla Programmer*, January 1995.

493.    "Business Process Reengineering," published in *Application Development Trends*, January 1995.

494.    "Software Reuse," published in *Application Development Trends*, December 1994.

495.    "Into the Belly of the Beast," published in *Guerrilla Programmer*, December 1994.

**Confidential**

496.  "Software Metrics," published in *Application Development Trends*, November 1994.

497.  "Guerrilla Tips," published in *Guerrilla Programmer*, November 1994.

498.  "Smalltalk Wars," published in *Application Development Trends*, October 1994.

499.  "CLIENT/SERVER Catch-up," published in the September 5, 1994 issue of *Computerworld*.

500.  "Back to School: Books for the Fall and Winter of 1994," published in *Guerrilla Programmer*, September 1994.

501.  "The Fall IT Roundup," published in *Application Development Trends*, September 1994.

502.  "IBM's Application Programming Facility (APF)," published in *Application Development Trends*, August 1994.

503.  "The Demand for Client-Server Skills," published in the August 1994 issue of *Computerworld*.

504.  "C++: Whither or Wither?", published in *Guerrilla Programmer*, August 1994.

505.  "Software Process Improvement," published in *Guerrilla Programmer*, July 1994.

506.  "Logicon's I-CASE Environment," published in *Application Development Trends*, July 1994.

507.  "Object Expo," published in *Application Development Trends*, June 1994.

508.  "South American Objects," published in *Guerrilla Programmer*, June 1994.

509.  "If Database is the Answer, What's the Question," published in *American Programmer*, May 1994.

510.  "Millionaire Programmers and $3K UNIX Wizards," published in *Guerrilla Programmer*, May 1994.

511.  "Popkin's CASE Tool," published in *Application Development Trends*, May 1994.

512.  "Flying Monkeys, Old Goats, Young Turks, Software World, and Hong Kong," published in *Guerrilla Programmer*, April 1994.

513.  "Modeling the Maintenance Process," with Tony Variale, Bob Rosetta, Mike Steffen, and Howard Rubin, published in *American Programmer*, March 1994.

514.  "IT Careers," published in *Guerrilla Programmer*, March 1994.

**Confidential**

515.    "Understanding the Global Software Industry," published in *Byte*, March 1994.

516.    "Is Now the Time for OO Analysis and Design?", *Report on Object Analysis and Design*, March 1994.

517.    "NAFTA Means Software, Too," published in *Guerrilla Programmer*, February 1994.

518.    "The Coming Object Backlash," published in the January 3, 1994 issue of *Computerworld*.

519.    "The Next Generation of Hackers," with Luyen Chou and Bob Matsuoka, published in *American Programmer*, January 1994.

520.    "The Dawn of the Guerrilla Programmer," published in *Guerrilla Programmer*, January 1994.

521.    "Software Trends in 1994," published in the December 6, 1993 issue of *Computerworld*.

522.    "Productivity: A Personal Choice," published in *Computer Language* magazine, December 1994.

523.    "It's All in the Dictionary: Software Excellence at Kawasaki Motors Corp," published in *American Programmer*, December 1993.

524.    "Invasion of the Body Snatchers: the Search for Exemplary Software Organizations," published in *American Programmer*, December 1993.

525.    "The Continuing Saga of the Decline and Fall of the American Programmer," published in *Computerworld Italia*, November 1993.

526.    "Software Metrics: the next productivity frontier," published in *Computerworld Australia*, September 1993.

527.    "Groupware for the New Organization," with Jeff Conklin, published in *American Programmer*, September 1993.

528.    "Using Auditions to Find Better Software People," published in *American Programmer*, July 1993.

529.    "Paths Not Chosen," published in *American Programmer*, January 1993.

530.    "The Case of the Missing CASE," published in *American Programmer*, November 1992.

531.    "CASE: Whither or Wither?", published in *American Programmer*, November 1992.

532.   "Training for CASE in the 1990s," *Data Training*, November 1992.

533.   "The Future of CASE," published in *Computerworld Australia*, September 1992.

534.   "The Last of the Buggy Whips," published in *American Programmer*, April 1992.

535.   "Technology Transfer at the Base of the Pyramids," published in *American Programmer*, March 1992.

536.   "Modeling Magic," published in *American Programmer*, January 1992.

537.   "The Pen is Mightier Than the Mouse," published in *American Programmer*, December 1991.

538.   "Sayonara, Once Again, Structured Stuff!", published in *American Programmer*, November 1991.

539.   "Starting A Software Metrics Program: An Interview with Marilyn Bush," published in *American Programmer*, September 1991.

540.   "Quality Metrics at AG Communications," with A.W. Clay, George Gryzbowski, and Susan Webber, published in *American Programmer*, September 1991.

541.   "Downsizing in the Real World," published in *American Programmer*, August 1991.

542.   "A CASE of the Blahs," published in *American Programmer*, July 1991.

543.   "Japan Update," published in *American Programmer*, February 1991.

544.   "The Second Coming of AD/Cycle," published in *American Programmer*, November 1990.

545.   "Sayonara Structured Stuff? Long Live Object Stuff!", published in *Byte*, October 1990.

546.   "An Interview with Watts Humphrey," published in *American Programmer*, September 1990.

547.   "Hong Kong: Countdown to 1997," published in *American Programmer*, June 1990.

548.   "Micro Focus: The Search for Modern COBOL," published in *American Programmer*, June 1990.

549.   "A Visit to British Telecom," published in *American Programmer*, May 1990.

550.   "IBM Explores Objects," published in *American Programmer*, May 1990.

**Confidential**

551.    "Texas Instruments' IEF," published in *American Programmer*, April 1990.

552.    "Softlab's MAESTRO," published in *American Programmer*, March 1990.

553.    "Object-Oriented COBOL," published in *American Programmer*, February 1990.

554.    "Andersen Consulting's FOUNDATION," published in *American Programmer*, February 1990.

555.    "Japan Revisited," published in *American Programmer*, February 1990.

556.    "Whither Structured Techniques in the 1990s?", published in *Computer Language* magazine, January 1990.

557.    "DEC's CASE Environment," published in *American Programmer*, January 1990.

558.    "A Decade Ends, A Millennium Looms Ahead," published in *Computer Language* magazine, December 1989.

559.    "Dueling Paradigms," published in *Computer Language* magazine, November 1989.

560.    "The YOURDON Method of Software Development," published in *Byte*, October 1989.

561.    "Software Engineering: What's In A Name?", published in *Computer Language* magazine, October 1989.

562.    "The Year of the Object," published in *Computer Language* magazine, August 1989.

563.    "The Case For A Quiet Revolution," published in *Computer Language* magazine, September 1988.

564.    "The Future of CASE Technology," published in *Interconsult Corporate Publishing: Technology Trends*, June 1988.

565.    "The Survival of the American UNIX Programmer," published in *Unix World*, June 1988.

566.    "Software bugs turning deadly in complex era," interview written by Jon Van, *Chicago Tribune*, December 14, 1986.

567.    "Paper Chase: Keeping Up With Office Productivity," published in the July 21, 1986 issue of *Computerworld*.

568.    "CAD/CAM Comes to the Software Industry," White Paper, YOURDON Inc., June 1985.

**Confidential**

569.  "Impact of the Computer Revolution: Towards the Year 2000," published in the June 1985 issue of *Computerworld*.

570.  "Ten Ways to Make Your Project Fail," published in *System User*, May 1983.

571.  "You gotta find 'em first: ten tips for the unwary buyer of a personal computer," published in *System User*, January 1983.

572.  "The Trainer as Mentor," published in *Data Training*, November 1982.

573.  "How To Be a Superprogrammer," published in *Infosystems*, February 1976.

574.  "Data Processing Opportunities in Australia," published in *Datamation*, November 1972.

575.  "Measuring the Goodness of Computer Programs," published in *ACPA Throughput*, April 1972.

576.  "Reliability Statistics for a Third-Generation Computer System," IEEE Symposium on Reliability, San Francisco, January 1972.

577.  "Reliability in Real-Time Computer Systems," published in *Modern Data*, 6-part series from January 1972 through June 1972.

578.  "The Use of Computers in a Political Campaign," published in *Computers and Automation*, August 1971.

579.  "Maybe the Computers Can Save Us After All," published in *Computers and Automation*, May 1971.

580.  "Call 360 Costs," published in *Datamation*, November 1, 1970.

581.  "Time-Sharing for Very Small Businesses," published in *Computers and Automation*, October 1969.

582.  "The Art of Measuring a Time-Sharing System," published in *Datamation*, April 1969.

583.  "Design of a Modular Time-Sharing Supervisor," Proceedings of the Symposium on Modular Programming, 1968.

¶