LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: November 7, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. Susan Illston |

Pursuant to Civil Local Rule 16-10(d), the parties submit this Further Joint Case Management Statement.

## 1. JURISDICTION AND SERVICE

The claims asserted in this case arise under §§10(b), 20(a) and 20A of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b), 78t(a), 78t-1 and Rule 10b-5, 17 C.F.R. §240.10b-5. Jurisdiction is conferred by §27 of the Securities Exchange Act of 1934, 15 U.S.C. §78. There are no issues regarding personal jurisdiction or venue, and all parties to this action have been served.

## 2. FACTUAL CHRONOLOGY AND STATUS OF THE ACTION

This is a securities class action against Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson brought pursuant to §§10(b), 20(a) and 20A of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder. As noted above, all parties have been served and have answered the operative complaint – the Revised Second Amended Complaint for Violations of the Federal Securities Laws filed on December 9, 2002. Fact discovery closed on October 2, 2006 (with limited discovery taking place thereafter as permitted by the Court) and expert discovery closed on July 17, 2007.

On December 20, 2006 the Honorable Martin J. Jenkins (Ret.) appointed 1199 SEIU Greater New York Pension Fund, Drifton Finance Corp., Robert Sawyer, Ryan Kuehmichel and Dzung Chu as class representatives and certified a class of all persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 to March 1, 2001. Dkt. No. 594. The claims administrator filed a declaration on December 12, 2007 indicating notice had been given to the class. Dkt. No. 1440.

On December 20, 2007 the Honorable Martin J. Jenkins (Ret.) held a hearing on cross motions for summary judgment and a motion for sanctions described below. Dkt. No. 1449. Thereafter, the Honorable Martin J. Jenkins (Ret.) was nominated by the Governor of the State of California to a seat on the California First District Court of Appeal.

Pursuant to Judge Jenkins' December 7, 2004 pre-trial order, key pre-trial designations and jury instructions were to be filed beginning February 20, 2008 for a trial set for March 24, 2008.

On February 19, 2008 the Court issued an Order vacating the trial date and all pretrial deadlines pending reassignment of the action to a new judge. Dkt. No. 1454. On April 4, 2008 Judge Jenkins' appointment to the California First District Court of Appeal was confirmed and effective April 4, 2008 he resigned from the federal bench. On April 7, 2008, this matter was reassigned to the Honorable Susan Illston for all further proceedings. Dkt. No. 1455. On June 26, 2008, Judge Illston issued an Order requesting supplemental briefing on the motion for sanctions. Dkt. No. 1463. On September 2, 2008, Judge Illston issued an Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions. Dkt. No. 1478. The Court denied the remaining pending *Daubert* and Summary Judgment motions filed by both parties without prejudice to re-file them in light of the Court's September 2 Order. On September 22, 2008, the Court directed the parties to file their revised briefs no later than October 20, 2008; opposition briefs no later than November 17, 2008; reply briefs no later than December 12, 2008; and scheduled a hearing on the parties' revised briefs for January 9, 2009. Dkt. No. 1486.

### 3. PENDING MOTIONS

Pursuant to the Court's September 2 and 22, 2008 Orders, the following pending motions were filed October 20, 2008, and are scheduled to be heard on January 9, 2009:

- Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information (Dkt. No. 1506);
- Defendants' Motion for Summary Judgment (Dkt. No. 1524);
- Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard (Dkt. No. 1491);
- Plaintiffs' Motion to Exclude the Expert Testimony of George Foster (Dkt. No. 1495);
- Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon (Dkt. No.

1518);

- Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert J. Duross O'Bryan (Dkt. No. 1515);

- Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Alan G. Goedde (Dkt. No. 1496);

- Defendants' Daubert Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt (Dkt. No. 1521); and

- Defendants' Motion to Exclude Declarations and Testimony of Brooks Hilliard (Dkt. No. 1499).

### 4. DISCLOSURES

The parties have exchanged and have supplemented their initial disclosures in accordance with Fed. R. Civ. P. 26(a).

### 5. DISCOVERY

As noted above, fact discovery concluded on October 2, 2006, and expert discovery concluded on July 17, 2007.

### 6. CLASS ACTIONS

As set forth above, on December 20, 2006, the Court granted Plaintiffs' Motion for Class Certification and certified a class consisting of all persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001. The Court appointed Local 144 Nursing Home Pension Fund (now known as 1199 SEIU Greater New York Pension Fund), Drifton Finance Corporation, Robert D. Sawyer, Ryan Keumichel and Dzung Chu as class representatives.

### 7. RELATED CASES

The parties are not aware of any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

### 8. RELIEF

Plaintiffs are seeking damages on behalf of the Class, as well as costs and equitable relief.

## 9. SETTLEMENT AND ADR

Pursuant to the Court's Order, the parties attended mediation before the Honorable Layn R. Phillips (Ret.) on October 13, 2008. The parties were unable to resolve this lawsuit at the mediation. No additional mediations are currently scheduled.

## 10. CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do not consent to have a Magistrate Judge conduct any further proceedings including trial and entry of judgment.

## 11. TRIAL

The matter will be tried to a jury. Plaintiffs anticipate a five week trial. Defendants anticipate a four week trial, assuming the parties have four full days per week to try the case. The Pretrial Conference for this matter currently is scheduled for March 17, 2009 at 3:30 p.m., and trial is scheduled for March 30, 2009, at 8:30 a.m.

## 12. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiffs are unaware of any "non-party interested entities or persons."

Defendants hereby identify their list of "non-party interested entities or persons" as including: (1) all shareholders of publicly held Oracle Corporation; (2) Corporate Officers & Directors Assurance, Ltd; (3) XL Insurance, Ltd; and (4) ACE Bermuda Insurance, Ltd.

DATED: October 31, 2008

LATHAM & WATKINS LLP
PETER A. WALD
PATRICK E. GIBBS
SEAN M. BERKOWITZ

/s/ Patrick E. Gibbs
PATRICK E. GIBBS
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

LATHAM & WATKINS LLP
PETER A. WALD
PATRICK E. GIBBS
SEAN M. BERKOWITZ
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| 1 | Telephone: 415/391-0600 |
| 2 | 415/395-8095 (fax) |
|   | Attorneys for Defendants |
| 3 | |
|   | COUGHLIN STOIA GELLER |
| 4 | RUDMAN & ROBBINS LLP |
|   | SHAWN A. WILLIAMS |
| 5 | WILLOW E. RADCLIFFE |
|   | ELI R. GREENSTEIN |
| 6 | DANIEL J. PFEFFERBAUM |
| 7 | |
|   | /s/ Shawn A. Williams |
| 8 | SHAWN A. WILLIAMS |
|   | 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | |
|   | COUGHLIN STOIA GELLER |
| 12 | RUDMAN & ROBBINS LLP |
|   | MARK SOLOMON |
| 13 | DOUGLAS R. BRITTON |
|   | 655 West Broadway, Suite 1900 |
| 14 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 15 | 619/231-7423 (fax) |
| 16 | |
|   | COUGHLIN STOIA GELLER |
| 17 | RUDMAN & ROBBINS LLP |
|   | STACEY M. KAPLAN |
| 18 | 9601 Wilshire Blvd., Suite 510 |
|   | Los Angeles, CA 90210 |
| 19 | Telephone: 310/859-3100 |
|   | 310/278-2148 (fax) |
| 20 | Lead Counsel for Plaintiffs |
| 21 | |

I, Patrick E. Gibbs, am the ECF User whose ID and password are being used to file this Further Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.