**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/7/08

Case No.   C-01-0988 SI          Judge:   SUSAN ILLSTON

Title: IN RE: ORACLE CORP.

Attorneys: M. Soloman, S. Williams, J. Maroulis, J. Daley, P. Wald, P. Gibbs,

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                                     PART

Case continued to __for Further Case Management Conference

Case continued to _

ORDERED AFTER HEARING:
The parties would like to reschedule a follow mediation session with Lane Philips, if necessary.