1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  marks@csgrr.com
   dougb@csgrr.com
6          – and –
   SHAWN A. WILLIAMS (213113)
7  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
8  DANIEL J. PFEFFERBAUM (248631)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   shawnw@csgrr.com
11 willowr@csgrr.com
   elig@csgrr.com
12 dpfefferbaum@csgrr.com

13 Lead Counsel for Plaintiffs

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | In re ORACLE CORPORATION | ) | Master File No. C-01-0988-SI
   | SECURITIES LITIGATION | ) |
18 | | ) | CLASS ACTION
   | | ) |
19 | This Document Relates To: | ) | DECLARATION OF DOUGLAS R.
   | | ) | BRITTON IN SUPPORT OF PLAINTIFFS'
20 | ALL ACTIONS. | ) | OPPOSITION TO DEFENDANTS'
   | | ) | *DAUBERT* MOTION TO EXCLUDE
21 | | | EXPERT REPORTS AND TESTIMONY OF
   | | | ALAN G. GOEDDE
22
   DATE:       January 9, 2009
23 TIME:       9:00 a.m.
   CTRM:       The Honorable Susan Illston
24

25

26

27

28

1    I, DOUGLAS R BRITTON, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California.  I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP,

4    counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the

5    matters stated herein and, if called upon, I could and would competently testify thereto.

6    2.    I make this declaration to set forth facts sufficient to support a finding that the

7    materials and documents cited in Plaintiffs' Opposition to Defendants' *Daubert* Motion to Exclude

8    Expert Reports and Testimony of Alan G. Goedde are what they are described to be.  Fed. R. Evid.

9    901.

10    3.    Attached are true and correct copies of those documents:

11    Exhibit 1:    Rebuttal Expert Report of Alan G. Goedde, Ph.D., dated June 22, 2007;

12    Exhibit 2:    NDCA-ORCL 050659-75, Oracle Corp. conference call transcript, dated March 1, 2001;

13    Exhibit 3:    NDCA-ORCL 050619-58, Oracle Corp. conference call transcript, dated March 15, 2001;

14    Exhibit 4:    Expert Report of Alan G. Goedde, Ph.D., dated May 25, 2007;

15    Exhibit 5:    Excerpts from the Deposition Transcript of Alan Goedde, taken July 11, 2007;

16    Exhibit 6:    John Black, *Oxford Dictionary of Economics* (Oxford University Press Aug. 14, 2003);

17    Exhibit 7:    Excerpts from the Deposition Transcript of Lawrence Ellison, taken September 21, 2006;

18

19    Exhibit 8:    Excerpts from the Deposition Transcript of Edward J. Sanderson, Jr., taken March 9, 2004;

20    Exhibit 9:    Expert Report of R. Glenn Hubbard, dated May 25, 2007;

21    Exhibit 10:    Excerpts from the Deposition Transcript of Jeffrey O. Henley, taken March 2, 2004;

22    Exhibit 11:    Rebuttal Expert Report of George Foster, dated June 22, 2007;

23    Exhibit 12:    NDCA-ORCL 096150-51, email dated December 7, 2000, from David Winton to George Roberts re: "First Q3 Forecast Thinking";

24    Exhibit 13:    Excerpts from the Deposition Transcript of Jennifer Minton, taken April 21, 2005;

25

26    Exhibit 14:    NDCA-ORCL 132078-79, email dated January 8, 2002, from Ivgen Guner to Mark Barrenechea and others re: "Thanks for taking my call: The Daily Business Close";

27    Exhibit 15:    Excerpts from the Deposition Transcript of Jennifer Minton, taken July 7, 2006;

28

DECL OF DOUGLAS R. BRITTON IN SUPPORT OF PLTFS' OPP TO DEFS' *DAUBERT* MOT TO
EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE - C-01-0988-SI       - 1 -

1
2

    Exhibit 16:    NDCA-ORCL 203681-83, Ellison Deposition Exhibit 110, email dated October 6, 2000, from Patricia McManus to James English re: "Draft: New Terminology on Forecasting";

3

    Exhibit 17:    NDCA-ORCL 275769, North America Finance Management Team Meeting Minutes and Action Items, dated October 4-5, 2000; and

4
5

    Exhibit 18:    NDCA-ORCL 151956-62, e-mail dated September 19, 2000, from Jennifer Minton to William Plant and others re: "License Revenue Forecast Accuracy."

6
7

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of November, 2008, at San Diego, California.

8
9

                    s/ DOUGLAS R BRITTON
                    DOUGLAS R BRITTON

10
11

S:\CasesSD\Oracle3\DEC00055664_DRB Opp Exclude Goedde.doc

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL OF DOUGLAS R. BRITTON IN SUPPORT OF PLTFS' OPP TO DEFS' *DAUBERT* MOT TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE - C-01-0988-SI     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 17, 2008.

s/ DOUGLAS R BRITTON
DOUGLAS R BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**

marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```