EXHIBIT 1

**In re ORACLE CORPORATION SECURITIES LITIGATION**
**Class Action**

United States District Court
Northern District of California
Master File No. C-01-0988-MJJ

## REBUTTAL EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

Alan G. Goedde

June 22, 2007

**Expert Witness Report**
**Freeman & Mills, Incorporated**
**Alan G. Goedde, Ph.D.**

## I.    ASSIGNMENT

I have been retained by the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins

LLP, attorneys for plaintiffs and the Class, to provide expert testimony regarding:

- Oracle Corporation's ("Oracle") forecasting process;

- The reasonableness of continuing to utilize that forecasting process given the economic environment and the market for Oracle's products existing in calendar years 2000 and 2001; and

- Oracle's actual operating performance in 3Q FY01 in relation to statements that defendants made about Oracle's performance during that quarter and the affect of the economic environment on Oracle's performance.

I submitted my expert report on May 25, 2007, and defendants have submitted their reports.

This rebuttal report, which responds to specific comments by defendants' expert R. Glenn Hubbard,

as quoted or referenced below, should be reviewed in connection with my May 25, 2007 report

("Goedde Report"). I have incorporated the conclusions and analyses of my prior report into this

report.

## II.    SUMMARY OF ORIGINAL OPINIONS

- Oracle was facing a major macroeconomic change heading into 3Q FY01 resulting in a decline in the market for its products;

- Accepted forecast principles require a forecaster to consider all relevant and material events impacting a company's business;

- Oracle failed to make adjustments to its forecast process to account for the negative impact of the changes in the economy and the market for Oracle's products in violation of accepted forecast principles;

- Defendants knew that failing to adjust for the negative impact of the changes in the economy made its Public Guidance unreliable;

- 1 -

- In 2Q FY01, Larry Ellison directed significant changes to Oracle's forecast process that resulted in more "risk" being included in future Field Forecasts and rendered Jennifer Minton's upside adjustments unreliable;

- The numerous internal measures available to defendants throughout 3Q FY01, including Field Forecasts, disclosed that Oracle was being impacted adversely by the declining economy and that Oracle would not achieve its Public Guidance; and

- The "Hockey-Stick" phenomenon did not prevent Oracle from knowing that it would miss Public Guidance until the last few days of the quarter.

## III.    SUMMARY OF EXPERT QUALIFICATIONS

My qualifications and hourly rate are included in my expert report dated May 25, 2007.

## IV.    DOCUMENTS AND INFORMATION CONSIDERED

The documents and evidence that I considered in this case are included in my expert report dated May 25, 2007. In addition, the new evidence I have considered since that time is included in Exhibit 1 to this response. In particular, I have considered the May 25, 2007 expert report of defendants' expert R. Glenn Hubbard ("Hubbard Report"), as well as the May 25, 2007 report of plaintiffs' expert Brooks L. Hilliard.

## V.    STATEMENT OF OPINIONS AND REASONS AND BASES THEREFOR

### A.    Professor Hubbard Fails to Mention Notorious Economic Measures Showing that the Economic Environment Facing Oracle in 3Q FY01 Was Far Different than the Economic Environment Facing Oracle in 3Q FY00

Professor Hubbard reaches the opinion that Oracle's forecasts were reasonable because Oracle was only facing a slow macroeconomic decline that was not indicative of a larger. sudden drop-off or recession and because the software sector appeared to be healthy and growing.[1] In doing so, however, Professor Hubbard has ignored obvious and important facts showing that the economic

---

[1]    Hubbard Report at 7, 21, 52.

- 2 -

environment that Oracle faced entering 3Q FY01 was far different than the economic environment

that it faced in 3Q FY00.  Importantly, Professor Hubbard's opinion ignores the dramatic decline in

the NASDAQ, which I showed in my opening report had fallen by 45% between Oracle's 3Q FY00

and 3Q FY01:



Source: Yahoo! Finance.

This decline followed a very different 46% increase in the NASDAQ between 3Q FY99 and

3Q FY00 and another 43% increase during the quarter in 3Q FY00.[2]  As these dramatic percentages

show, Oracle faced a very different market entering 3Q FY01 than it did the year before:

---

[2]      Goedde Report Ex. 4.

- 3 -



Source: Yahoo! Finance

Professor Hubbard's failure to discuss this very telling metric, which was being followed closely at the time by the media and obviously by Oracle's executives, is inexplicable, especially since the NASDAQ was a gauge of the software market during that time period.  As I explained in my opening report, 14 of Oracle's 17 competitors traded under the NASDAQ and 66 of the largest 100 stocks in the NASDAQ were listed in the information technology industry – an industry in which Oracle competed and sold products.[3]  Indeed, an analyst report cited by Professor Hubbard shows that the NASDAQ closely tracked the SSB Enterprise Software Index during the Class Period:[4]

---

[3]      Goedde Report at 5.

[4]      Hubbard Report at 26 n.38.

- 4 -



Source: Salomon Smith Barney and FactSet.

Even the literature to promote the book *SoftWar*, which discussed and analyzed Oracle's

business during the Class Period, focused on the collapse of the NASDAQ in calendar year 2000:

> The Nasdaq index, one-time proud symbol of America's high-tech boom, has
> more than halved since March [2000].  All around, the dot.coms lie dead and dying.
> Amazon and Yahoo, the names that launched a thousand business magazine covers
> in the late 1990s survive, but now exist in some sad Internet twilight zone, their
> shares worth little more than a tenth of their value a year ago.  Even the mighty Lords
> of Wintel-Microsoft and Intel – have lost two-thirds of their value in the last 12
> months as PC growth has slumped.  Shares in WorldCom, so recently the very model
> of next-generation telecoms, are down to $14 compared with $55 at the beginning of
> 2000.  Wherever you look, whether at once-fashionable Internet business software
> firms such as Ariba, Commerce One and i2 or those paragons of New Economy
> management cool, Cisco and Dell, the rule is the same: lowered expectations, and
> investors stampeding for the exit.[5]

Despite the focus of commentators and even Oracle's executives, Professor Hubbard does not

mention the performance of the NASDAQ during this historic period of time.  Nor does his report

mention the increase in revenues to Oracle in FY00 from the dot.com sector of the market or the

---

[5]     Ellison 3/30/07 Ex. 155 at NDCA-ORCL 1053564.

collapse of Oracle's dot.com revenues in FY01, which, as I explained in my opening report, was direct evidence that Oracle benefited from the rise and suffered from the fall of the NASDAQ:



Oracle expected to lose more than $70 million in dot.com revenues year-over-year in 3Q FY01 and $131 million in revenues from the height of the dot.com bubble in Oracle's 4Q FY00 – directly because of the economic downturn facing Oracle in 3Q FY01.[6]  As I described in my opening report, Mr. Classick informed management that he was concerned about the future of his dot.com business as early as April 2000 and he told Mr. Roberts (a direct report of Mr. Ellison) in October 2000 (during 2Q FY01) that his dot.com business was slowing down.  He reported the following facts only weeks before defendants issued public guidance to investors:

- VC Funding tougher: Refocus on profitability, cost sensitive IPOs, soft market, increases selectivity

---

[6]      Goedde Report Ex. 5.

- Merger/Acquisitions: Consolidation, business failures, layoffs, firesales
- Software rental: Rent vs Buy, Buy as you grow, ASP/Hosting, conserve cash, smaller deal size, term
- Stock prices: 52 week lows, below IPO price[7]

Mr. Nugent, the head of the division that focused on the dot.com segment of Oracle's business, intensified that concern in the first week of January. He reported in a slide presentation to Mr. Roberts that there was a "Sluggish Economic Outlook" where the "Focus [was] on Profits" and "Reduc[ing] IT Costs."[8] He added that the "DotCom Fishing Hole [was] Drying Up," and that there was a "Dramatic Decline in DotCom Business," which led to a "$40M DB Shortfall in [the] West."[9] In fact, he notified Mr. Roberts that "CIO's [were] on [a] 'Shorter Leash,'" that "CEO's [were] More Involved in Technology and Business Applications Decisions," and that "CEO's [were] Meeting with CIO's More Frequently."[10] As I described in my opening report, Mr. Winton informed Ms. Minton of these facts on January 11, 2001, and explained that "GB's dot com bubble has burst."[11]

Professor Hubbard fails to analyze any of this evidence – either in his discussion of the economic environment facing Oracle or in his discussion of Oracle's forecasting process through 3Q FY01 – even though it shows that the dot.com segment of the market was softening significantly and that Oracle was, in fact, being adversely affected by the economic downturn. Professor

---

[7]   Classick 4/12/06 Ex. 3 at 10; Classick 4/12/06 Tr. at 115-116, 124-130.

[8]   Winton 5/26/05 Ex. 48 at NDCA-ORCL 350284.

[9]   *Id.* at NDCA-ORCL 350287, 350302.

[10]   *Id.* at NDCA-ORCL 350285.

[11]   Winton 5/26/06 Ex. 49.

Hubbard's report also ignores contemporaneous commentary from market participants, who were discussing the economy real-time, and who were concluding that the software sector was experiencing a rapid change from a high growth environment, to a slow growth environment. The following are just a few examples:

- October 30, 2000 – *Fortune* reported that "[m]uch of what [venture capitalists] were creating has turned to dust."[12]

- November 21, 2000 – Paul Kasriel, Northern Trust Corp.'s economic research head explained that a recent quarterly survey released by the Federal Reserve stated that "the highest percentage of bank respondents since the last recession said they had tightened lending terms with large- and medium-sized borrowers."[13]

- December 20, 2000 – Intel spokesman Chuck Malloy announced that there was a "worldwide slowdown in tech spending. Intel first noticed it in mid-September [2000], he said."[14]

- December 21, 2000 – A Morgan Stanley Dean Witter Discover & Co. survey indicated technology spending would rise at a significantly slower pace than in 2000: "'These findings represent a more subdued spending environment as compared to 2000, which isn't surprising given the uncertainty in the economy, financial markets, corporate earnings, and political environment at the time of the survey.' . . ."[15]

- January 5, 2001 – *Investor's Business Daily* reported that "tech spending has fallen off a cliff in the past six months."[16]

- January 30, 2001 – "[T]he mood is a far cry from what it was a year ago, when . . . 'Panic buying' was the buzzword. Now, a couple of trillion dollars in market value to the poorer, things are much more subdued. Cisco Systems CEO John Chambers

---

[12] Melanie Warner, "Fallen Idols," *Fortune*, Oct. 30, 2000, at 108.

[13] Francine Knowles, "Stocks Continue to Stagger Lower," *Chicago Sun-Times*, Nov. 21, 2000, at 53.

[14] Matt Marshall & Jennifer Bjorhus, "Stocks Fall as Rates Remain Unchanged Fed Concerned with Slowdown," *San Jose Mercury News (California)*, Dec. 20, 2000, at 1A.

[15] "Weaker Tech Spending Expected, Surveys Show," *Los Angeles Times*, Dec. 21, 2000, at C1.

[16] *Investor's Business Daily*, Jan. 5, 2001, at A2.

certainly didn't help things by . . . talking about the 'challenging' outlook for tech spending. 'Capital spending' he says 'is down dramatically.'"[17]

The foregoing facts support my original opinion that Oracle was facing a major macroeconomic change heading into 3Q FY01. Indeed, the economic environment facing Oracle was in many ways the polar opposite of the environment that Oracle faced in and throughout 3Q FY00.

**B.      The Macroeconomic Measures that Professor Hubbard Utilizes Do Not Support His Opinion that Oracle's Public Statements Were Reasonable**

**1.      The Actions and Comments of the Federal Open Market Committee Are Consistent with My Opinion that Oracle Was Facing a Major Macroeconomic Change Heading Into and During 3Q FY01**

As Professor Hubbard notes in his report, the Federal Reserve is the central bank of the United States and is responsible for setting monetary policy in pursuit of national economic goals.[18] The Federal Open Market Committee ("FOMC"), as part of the Federal Reserve, sets a key interest rate, the federal funds rate. "Changes in the federal funds rate . . . affect other short-term interest rates, foreign exchange rates, long-term interest rates, the amount of money and credit, and, ultimately, a range of economic variables, including employment, output, and prices of goods and services."[19]  The FOMC uses the fed funds rate to set monetary policy.  In times of excessive economic expansion, the FOMC can and often does raise the fed funds rate to offset the risk of inflation.  In times of economic decline, the FOMC will reduce the fed funds rate to facilitate

---

[17]     John Rossant, "A Handheld Wins Hands-Down at Davos," *BusinessWeek Online*, Jan. 30, 2001.

[18]     Hubbard Report at 67.

[19]     www.federalreserve.gov/fomc/.

- 9 -

economic growth. The fed funds rate is the key (and the most closely followed) tool that the FOMC uses to affect monetary policy.

The FOMC meets eight times per year, but can schedule additional meetings if changes in economic conditions require the FOMC's more immediate attention. Such was the case in December 2000 and January 2001 as a result of the sudden downturn in the economy. The frequency with which the FOMC met during this period indicates that the FOMC members had a growing concern about an economic downturn.

The FOMC met on November 15, 2000. According to the minutes of that meeting, the FOMC expressed concern about slowing growth in the economy and weighed that concern against its concern about inflationary pressures.[20] The FOMC minutes reflect a clear sign that the economic environment was slowing as of mid-November 2000 – two weeks before the start of Oracle's 3Q FY01:

- "The information reviewed at this meeting suggested that economic growth had slowed appreciably from the rapid pace in the first half of the year."[21]

- "In the Committee's discussion of current and prospective economic conditions, members commented that the information that had become available since the previous meeting had reinforced earlier indications of appreciable slowing in the expansion of economic activity."[22]

- "Still, growth had slowed more quickly than many members had anticipated, and financial market and other developments now seemed more likely to keep pressures on resources from mounting over coming quarters."[23]

---

[20]    www.federalreserve.gov/FOMC/minutes/20001115.htm.

[21]    *Id.* at 2.

[22]    *Id.* at 5.

[23]    *Id.* at 8.

The FOMC noted that the slowdown was most apparent in "***business investment in equipment and software***."[24] In fact, the FOMC's comments about software demand are consistent with my opinion that Oracle was facing a major macroeconomic change heading into and during 3Q FY01:

- "The slowdown was most apparent in housing construction and business investment in equipment and software . . . ."[25]

- "Business investment in durable equipment and software decelerated sharply in the third quarter."[26]

- "Rising interest and energy costs in conjunction with restraint on the prices of final output had depressed the earnings and stock market valuations of many firms, notably in the high-tech area, with adverse repercussions on their ability to borrow and willingness to invest . . . ."[27]

At the conclusion of its regular meeting on November 15, 2000, the FOMC issued a press release reiterating its previous guidance that the main risk to the economy was inflation – "the risks continue to be weighted mainly toward conditions that may generate heightened ***inflation pressures*** in the foreseeable future."[28] The "members generally agreed that the risks were in the direction of a heightening in inflationary pressures despite their belief that growth in overall demand now seemed to have declined to a more sustainable pace and probably would continue to expand for a time at a rate below that of the economy's output potential."[29]

---

[24]     *Id.* at 2 (emphasis added).

[25]     *Id.*

[26]     *Id.* at 3.

[27]     *Id.* at 6.

[28]     www.federalreserve.gov/boarddocs/press/general/2000/20001115 (emphasis added).

[29]     www.federalreserve.gov/FOMC/minutes/20001115.htm at 7.

This statement of the economic environment is far less positive than the FOMC's statements for the corresponding period in the prior year (November 16, 1999) when the FOMC raised the fed funds rate 25 basis points to address an economy that "continued to expand briskly":

- "The information reviewed at this meeting suggested that economic activity continued to expand briskly."[30]

- "The expansion of business fixed investment picked up sharply in the third quarter, as a marked acceleration in outlays for durable equipment and computer software more than offset a further weakening of nonresidential construction activity."[31]

- "Outlays for computer software and communications equipment also were up appreciably."[32]

- "In the Committee's discussion of current and prospective economic developments, members commented that the statistical and anecdotal information that had become available since the October meeting continued to point to robust growth in overall economic activity, despite some indications of softening in interest-sensitive sectors of the economy."[33]

As these statements reveal, Oracle was beginning to see an economic environment as of November 11, 2000, that was far different than the economic environment it had experienced a year earlier. The statements of the FOMC are consistent with my opinion that Oracle was facing a major macroeconomic change heading into 3Q FY01.

By the time of the FOMC's December 19, 2000 meeting, economic conditions had deteriorated such that the FOMC changed its view of the economy – it shifted from inflationary concerns to concerns about economic deterioration – "the risks are weighted mainly toward

---

[30]  www.federalreserve.gov/FOMC/minutes/19991116.htm at 2.

[31]  *Id.* at 3.

[32]  *Id.*

[33]  *Id.* at 5.

conditions that may generate *economic weakness in the foreseeable future*."[34]  The minutes to that

meeting paint a far darker picture of the economic environment than Professor Hubbard describes:

- "The information reviewed at this meeting provided evidence that economic activity, which had expanded at an appreciably lower pace since midyear, might have slowed further in recent months."[35]

- "The staff forecast prepared for this meeting suggested that the economic expansion had slowed considerably, to a rate somewhat below the staff's current estimate of the growth of the economy's potential output, but that it would gradually gain strength over the next two years."[36]

- "In the Committee's discussion of current and prospective economic developments, members commented that recent statistical and anecdotal information provided *clear indications of significant slowing* in the expansion of business activity and also pointed to *appreciable erosion in business and consumer confidence*. The deceleration in the economy had occurred from an unsustainably high growth rate in the first half of the year . . . ."[37]

The FOMC also described discussions about the economic environment surrounding business

purchases of equipment and software.  The picture facing the industry had "decelerated markedly"

from "extraordinary gains in the first half of the year":

- "Consumer spending and business purchases of equipment and software had decelerated markedly after having registered extraordinary gains in the first half of the year."[38]

- "Growth in business expenditures for equipment and software had moderated substantially in recent months from very high rates of increase over an extended period."[39]

---

[34]   www.federalreserve.gov/boarddocs/press/general/2000/20001219 (emphasis added).

[35]   www.federalreserve.gov/FOMC/minutes/20001219.htm at 2.

[36]   *Id.* at 5.

[37]   *Id.* at 6.

[38]   *Id.* at 2.

[39]   *Id.* at 6 (emphasis added).

- 13 -

- "The slowdown reflected a mix of interrelated developments including flagging growth in demand and tightening financial conditions in the form of declining equity prices and stricter credit terms for many business borrowers. The re-evaluation of prospects was most pronounced in the high-tech industries."[40]

- "***The profitability of using and producing such software and equipment had been overestimated to a degree***, and disappointing sales and a better appreciation of risks had resulted in much slower growth in production of such equipment and sharp deterioration in the equity prices of high-tech companies."[41]

Like the FOMC's comments in November 2000, these statements stand in stark contrast to

the comments of the FOMC a year earlier (December 21, 1999). Unlike the economic environment

in December 2000 that "slowed further in recent months," the minutes of the FOMC meeting dated

December 21, 1999, describe an economic environment of "continued strong expansion":[42]

- "The information reviewed at this meeting suggested continued strong expansion of economic activity. Consumer demand was particularly robust and business fixed investment remained on a strong upward trend."[43]

- "In the Committee's discussion of current and prospective economic developments, members commented that the most recent statistical and anecdotal information provided further evidence of persisting strength in the expansion . . . ."[44]

- "The economy clearly would carry substantial expansionary momentum into the new year, quite possibly in excess of growth in the economy's long-run potential, and the key issue for the Committee was whether growth in aggregate demand would slow to a more sustainable pace without further tightening in the stance of monetary policy."[45]

---

[40]   *Id.*

[41]   *Id.* (emphasis added).

[42]   www.federalreserve.gov/FOMC/minutes/19991221.htm at 2.

[43]   *Id.*

[44]   *Id.* at 5.

[45]   *Id.*

- 14 -

- "In their review of economic conditions across the nation, several members noted that high levels of business activity were severely taxing available labor resources . . . ."[46]

- "Rising employment and incomes along with the advance in stock market prices to new highs in recent weeks were fostering elevated levels of consumer confidence and would be supporting consumer spending going forward."[47]

- "The capital goods markets also displayed very little evidence of any weakening. They continued to be characterized by disproportionately large investments in high-tech business equipment . . . ."[48]

- "Assessments of the outlook for overall business capital investment pointed to further rapid growth led by outlays for equipment."[49]

In addition to these comments, the actions of the FOMC support my opinion that Oracle was facing a major macroeconomic change. On January 3, 2001, the FOMC convened a special meeting via teleconference to discuss the more serious deteriorating economic conditions and took the additional step of lowering interest rates – the federal funds rate was reduced by 50 basis points to 5.5%.[50] In connection with the reduction, the FOMC cited the economic downturn as the basis for "prompt and forceful policy action sooner and larger than expected by financial markets seemed called for":[51]

---

[46]     *Id.* at 6.

[47]     *Id.*

[48]     *Id.*

[49]     *Id.*

[50]     www.federalreserve.gov/boarddocs/press/general/2001/20010103.

[51]     www.federalreserve.gov/FOMC/minutes/20001219.htm,   1/3/01   telephone   conference meeting notes attached, at 10.

- "Information that had become available since the December meeting tended to confirm that the economic expansion had continued to weaken."[52]

- "Business confidence appeared to have deteriorated further since the December meeting amid widespread reports of reductions in planned production and capital spending."[53]

- "Interacting with these developments were forecasts of further declines in business profits over coming quarters."[54]

The FOMC issued a press release announcing the reduction that day and cited a number of declining economic indicators to justify the larger than expected move:

> These actions were taken in light of further weakening of sales and production, and in the context of lower consumer confidence, tight conditions in some segments of financial markets, and high energy prices sapping household and business purchasing power.[55]

By the time of the next regular FOMC meeting, only four weeks later (January 30-31), the FOMC found economic conditions had deteriorated further, warranting an additional reduction in interest rates by 50 basis points to 5%, a move that with the January 3 reduction the FOMC characterized as "a relatively aggressive policy adjustment in a short period of time":[56]

- "The information reviewed at this meeting indicated that the expansion of economic activity had slowed appreciably over the fourth quarter. Consumer and business spending decelerated further, with outlays for consumer durables and business equipment particularly weak."[57]

---

[52] *Id.* at 9.

[53] *Id.*

[54] *Id.*

[55] www.federalreserve.gov/boarddocs/press/general/2001/2001/20010103.

[56] www.federalreserve.gov/FOMC/minutes/20010131.htm at 18.

[57] *Id.* at 12.

- "[I]nformation that became available in the weeks after the December meeting tended to confirm the earlier indications of weakness in spending, and at a telephone conference on January 3, 2001, the Committee approved a 1/2 percentage point reduction in the federal funds rate, to 6 percent, and also agreed that the risks remained weighted toward economic weakness."[58]

- "In the Committee's discussion of current and prospective economic developments, members commented that while a slowdown in the expansion over the second half of 2000 was not unexpected in light of the previously unsustainable rate of increase in output, *the speed and extent of the slowdown* were much more pronounced than they had anticipated."[59]

Of particular relevance to Oracle was the FOMC's comment regarding the "sizable decline" in business spending on software:

- "Business fixed investment contracted slightly in the fourth quarter, reflecting a sizable decline in business spending on equipment and software . . . ."[60]

- "The marked deceleration in final sales experienced late last year was concentrated in consumer spending for motor vehicles and other durable goods and in business expenditures for equipment and software."[61]

- "The depressing effects of lagging final sales on business investment spending, notably for equipment and software, were reinforced by deterioration in the financial balance sheets of some business firms, tighter supply conditions in segments of the credit markets, and a buildup in excess capacity that had eroded profitability."[62]

Like the differences described above, the FOMC statements on January 30-31, 2001 about the decelerating economy in 4Q CY00 stand in stark contrast to the FOMC statements a year earlier (February 1-2, 2000) where the "economic activity had expanded rapidly in recent months."[63] In

---

[58]    *Id.* at 14.

[59]    *Id.* at 15 (emphasis added).

[60]    *Id.* at 13.

[61]    *Id.* at 16.

[62]    *Id.* at 16-17.

[63]    www.federalreserve.gov/fomc/minutes/20000202.htm at 10.

fact, contrary to the reduction in the fed funds rate on January 3, 2001 and again on January 30-31,

2001, the FOMC raised the fed funds rate by 25 basis points a year earlier because it "was especially

concerned about the potential for inflation pressures."[64] The views that the FOMC expressed about

the economic environment in Oracle's 3Q FY00 are consistent with statements about the "panic

buying" cited in my opening report:

- "The economy's potential to produce goods and services had been accelerating over time, but *the demand for output had been growing even more strongly*. If this imbalance continued, inflationary pressures were likely to build that would interfere with the economy's performance and could lead to a disruptive adjustment in economic activity."[65]

- "Accelerating productivity, although adding to the growth of the economy's potential output, also had induced expectations of rapidly accelerating business earnings that in turn had generated sharp increases in stock market wealth and lifted the growth of purchasing power and spending above that in incomes."[66]

- "In the Committee's review of current and prospective economic developments, members commented that the economy still seemed to be growing very vigorously as it entered the new year . . . ."[67]

There was no difference in the FOMC's comments about the software industry. The FOMC

noted that it expected "robust further growth" in business fixed investment with software projected

to strengthen in response to the upward trend in replacement demand:[68]

- "Opportunities to enhance profits by using new technology were likely to lead to robust further growth in business fixed investment, boosted mainly by spending for equipment and software over the year ahead."[69]

---

[64]   *Id.* at 12.

[65]   *Id.* at 13 (emphasis added).

[66]   *Id.*

[67]   *Id.*

[68]   *Id.* at 14.

- • "As a result, growth of spending on consumer durables and houses was expected to slow; in contrast, however, overall business investment in equipment and software was projected to strengthen in response to the upward trend in replacement demand, especially for computers and software."[70]

These comments are significantly different than the FOMC's comments about the "sizable decline in business spending on equipment and software" in January 2001.[71] These statements are also consistent with Ms. Minton's testimony that fiscal 2000 was a very high growth period for Oracle and confirm my opinion that Oracle was facing a major macroeconomic change entering 3Q FY01.[72]

Despite the dramatic differences between 3Q FY00 and 3Q FY01, Professor Hubbard states that "aggregate economic activity and economic activity in the software sector [was] cooling, but not heading into a severe downturn or recession."[73] From this, he concludes that Oracle's statements regarding performance in 3Q FY01 were reasonable.[74] Yet, the actions of the Federal Reserve to stem deteriorating economic conditions and the specific references to the sizeable decline in business spending on software are precisely the types of information that Oracle failed to consider and adjust for in its Public Guidance and underlying business forecasts.[75] In light of the macroeconomic change, Oracle's statements regarding its performance in 3Q FY01 certainly were not reasonable.

---

[69]   *Id.*

[70]   *Id.* at 13.

[71]   www.federalreserve.gov/FOMC/minutes/20010131.htm at 13.

[72]   Minton 4/21/05 Tr. at 85:16-17; Goedde Report at 4-8.

[73]   Hubbard Report at 70, ¶136.

[74]   *Id.*

[75]   Goedde Report at 11-12.

- 19 -

To the contrary, defendants issued and reiterated Public Guidance knowing that its forecast process, especially the Upside Process, was unreliable.[76]

> ## 2. The Economic Indicators that Professor Hubbard Analyzes Do Not Paint a Consistent Picture of Continuing Positive, but Possibly Slowing Economic Growth

According to Professor Hubbard, the economic conditions facing Oracle during 3Q FY01 paint a picture of "continuing positive, but possibly slowing economic growth."[77] But slower growth would have been calamitous to Oracle's stock price in light of the high growth expectations that defendants gave to the market. And, in any event, practically every one of Professor Hubbard's indicators supports an opinion opposite of the one he reaches – the economy was slowing significantly heading into Oracle's 3Q FY01. Professor Hubbard explains that looking at general economic production (or supply side) data for the U.S. economy "is a method of gauging the health of Oracle's customer [] base."[78] Yet the data he cites shows a decline in every case, which certainly put Oracle's customer base at risk. It is for this reason that sound forecasting principles require a forecaster to adjust for changing economic conditions. Indeed, Mr. Ellison himself acknowledged that in times of macroeconomic change, Oracle's forecasting process becomes unreliable because it relies on historic trends.[79] This was especially true for the process employed by Ms. Minton, who analyzed Oracle's forecast using only one data point – 3Q FY00. This process was especially unreliable given the major macroeconomic change facing Oracle in 3Q FY01.

---

[76]     *Id.* at 17-22.

[77]     Hubbard Report at 52, ¶95.

[78]     Hubbard Report at 52, ¶96.

[79]     Goedde Report at 18.

a.    **The Purchasing Manager's Index Shows that Oracle Was Facing a Major Macroeconomic Change in 3Q FY01**

Professor Hubbard claims that the level of the Purchasing Manager's index ("PMI") was "not [] sufficient to conclude that the economy was generally declining."[80] But Professor Hubbard's own data shows that the PMI index decreased 123% from January 2000 to the beginning of the Class Period.[81] This contrasts with a 14% *increase* in the PMI heading into Oracle's 3Q FY00. In fact, the PMI was down 24% from the beginning of 3Q FY00 to the beginning of 3Q FY01. According to Professor Hubbard's data, the PMI reveals that the manufacturing economy had been in decline since August 2000 and that by January 2001, the PMI had reached its lowest level since March 1991. Contrary to Professor Hubbard's opinion, the PMI indicated a generally declining overall economy.[82] This data is consistent with my opinion that Oracle was facing a major macroeconomic change in 3Q FY01.

---

[80]    Hubbard Report at 52-53, ¶99.

[81]    Hubbard Report at 53-54; Goedde Rebuttal Ex. 2.

[82]    *Id.*



**Hubbard Report, Revised Figure 19**

Source: http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls

**b.      Industry Capacity Utilization Shows that Oracle Was Facing a Major Macroeconomic Change in 3Q FY01**

Professor Hubbard declares that "[i]t only became evident *after* [] Oracle's third quarter that capacity utilization in [the computer, and semiconductor industries] was in the midst of more substantial downward movement."[83]   Not only is Professor Hubbard's opinion at odds with the numerous statements from the FOMC noting the "sizable decline in business spending on equipment and software," but also his opinion is belied by the data he cites.[84]   Analyzing this data using a more relevant time period (January 1999 to March 2001 instead of the 16-year period that Professor Hubbard analyzes), it is clear that capacity utilization in computers, communications equipment, and

---

[83]      Hubbard Report at 54-55, ¶102 (emphasis added).

[84]      www.federalreserve.gov/FOMC/minutes/20010131.htm at 13.

semiconductors declined significantly from April 2000 and continued up to and through Oracle's 3Q

FY01:



Using the time period supplied by Professor Hubbard, it is evident that the Total Industry

Index in December 2000 was at its lowest point since March of 1992, 105 months prior, and had

been declining consistently since May 2000.  This meant that businesses were reducing their use of

existing installed plant capacity.  The downward trend is consistent with the preceding chart

indicating a decline in manufacturing output as indicated by the Purchasing Managers' Index

("PMI").  If there is less manufacturing output, there is less use of existing plant capacity.  This data

does not support Professor Hubbard's opinion that "[i]t only became evident after Oracle's third

quarter that capacity utilization in [the computer and semiconductor industries] was in the midst of

more substantial downward movement."[85]  Professor Hubbard's claim that there was a "a slight up-

tick for October 2000" on one of the series for computers, communications equipment and

semiconductors (SIC – November 15, 200 release) is misleading.[86]  That series was revised just a

month later (on December 15, 2000) to show a distinct downward trend even steeper than the trend

of the remaining series for computers, communications and semiconductors (NAICS – 3341, 3342,

334412-9).[87]  This data is also consistent with my opinion that Oracle was facing a major

macroeconomic change in 3Q FY01.

<div align="center">

c.    **Data on Durable Goods Orders and Shipments Show
that Oracle Was Facing a Major Macroeconomic
Change in 3Q FY01**

</div>

Professor Hubbard explains that orders and shipments for computers and office equipment

were actually on an upswing going into the quarter.[88]  While he acknowledges that that the data on

durable goods orders and shipments show that these indicators "proceeded to decline gradually over

the quarter," he attempts to minimize the importance of the decline by saying that the data "were

near historic highs."[89]  In the following charts, I have broken out data for orders of goods and

shipments of goods using a relevant period of January 1999 to March 2001 (compared to Professor

Hubbard's 18-year time period).  Using this revised data, both metrics show a considerable

---

[85]      Hubbard Report at 54, ¶102.

[86]      *Id.* at 54, ¶101.

[87]      Hubbard Report, Appendix D at 32.

[88]      Hubbard Report at 55-56.

[89]      *Id.*

downward trend heading into Oracle's 3Q FY01, which contrasts with significant upward trends heading into 3Q FY00:

**Hubbard Report, Revised Figure 21**

Sources: http://www.census.gov/indicator/www/m3/hist/nop.xls (Series AMDMNO); http://www.census.gov/indicator/www/m3/hist/naicsnop.xls (Series AMDMNO).

**Hubbard Report, Revised Figure 22**

Sources: http://www.census.gov/indicator/www/m3/hist/vsp.xls (Series AMDMVS); http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls (Series AMDMVS).





The downward trend in durable goods orders is particularly telling about the economy because information on durable goods orders is a "leading" economic indicator, which provides information on the future of the economy. In this case, it indicates a future downward trend. The latest data available prior to December 14, 2000, was for October 2000 and showed that orders for durable goods had fallen between 15% and 16% in just four months.[90] This data was available several days before the Class Period.

Shipments of durable goods is a "trailing" economic indicator. As shipments were also declining, this showed that a downward trend in economic activity had already started. While January 2000 data were not released until late in February 2000, December 2000 data was likely available with a month or more left in Oracle's 3Q FY01. At that point, shipments of durable goods (SIC) were at a ten-month low.[91]

The data on durable goods (both and shipments) supports my opinion that Oracle was facing a major macroeconomic change in 3Q FY01. Professor Hubbard cites two other production-related measures that he acknowledges were "just off their peaks" of prolonged upward trends – industrial production data from the Federal Reserve Board and trade sales data from the BEA.[92] This data is consistent with the other economic indicators, discussed above, that show a declining economic environment facing Oracle in 3Q FY01. Nevertheless, the trade sales data from the BEA is

---

[90]    Hubbard Report, Fig. 21.

[91]    Hubbard Report, Fig. 22.

[92]    Hubbard Report at 57, Figs. 23 and 24.

unhelpful in the analysis because the data was released with a three month lag (*i.e.*, the most current

data available prior to Oracle's 3QFY01 was for July 2000).[93]

### d.    The Employment Outlook Shows that Oracle Was Facing a Major Macroeconomic Change in 3Q FY01

Professor Hubbard points to the January 2001 Department of Labor Statistics release as

indicating that the unemployment rate is low by historic standards and claims that these data

corroborated optimism about Oracle's prospects for achieving its guidance.[94]  Professor Hubbard's

opinion, however, is at odds with the contemporaneous reports that painted a very different picture

of the unemployment picture facing the economy:[95]

- "Apparel, automobile and metal-making companies all cut payrolls sharply last month, as did temporary-help firms, which are typically among the first to react to an economic slowdown as companies shed part-time workers."

- "Manufacturing employment fell by 62,000 in December, raising the total loss for the year to 178,000.  Even the once red-hot service sector is no longer expanding at the pace it had been."

- "Across the private section, companies added only about 4,000 jobs a day during the last nine months . . . ."

- "'These data really do indicate an economy that continues to decelerate rapidly,' said Richard B. Berner, the chief United States economist at Morgan Stanley Dean Witter."[96]

Professor Hubbard's comments about the employment outlook are inconsistent with the

views being expressed by economists in Oracle's 3Q FY01.  In fact, according to the *New York*

---

[93]    Hubbard Report, Fig. 24.

[94]    Hubbard Report at 6, 7, 57-60.

[95]    David Leonhardt, "Labor Market Remains Tight, Despite Slowing Economy," *The New York Times*, June 6, 2001, at C1.

[96]    *Id.* at 1.

*Times*, the "jobs report came two days after the Federal Reserve made a surprise cut in interest rates

of half a percentage point. Analysts said the jobs data underscored the degree to which the rate cut

was an attempt to lift the sagging confidence of investors and consumers and to provide a stimulus

for the shrinking manufacturing section."[97] These views and the jobs report underlying those views

undermine Professor Hubbard's analysis. The employment data on which Professor Hubbard relies

do not support his opinion that Oracle's statements were not unreasonable.[98] This is especially true

given the rapid decline in the software market facing Oracle in 3Q FY01. Indeed, even with the tight

labor market, the economy was decelerating throughout CY00.

> e.   **Consumer Confidence and Sentiment Indices Show that Oracle Was Facing a Major Macroeconomic Change in 3Q FY01**

Professor Hubbard states that "[d]ata on personal income and consumer confidence going

into and during Oracle's 3Q FY2001 suggested that consumer demand would remain strong during

the quarter."[99] But this opinion is directly at odds with what was happening during the time – the

FOMC actually reduced the fed funds rate in part because of a downturn in consumer confidence:

- "In the Committee's discussion of current and prospective economic developments, members commented that recent statistical and anecdotal information provided clear indications of significant slowing in the expansion of business activity and also pointed to ***appreciable erosion in business and consumer confidence***. The deceleration in the economy had occurred from an unsustainably high growth rate in the first half of the year . . . ."[100]

---

[97]   *Id.* at 2.

[98]   Hubbard Report at 59, ¶113.

[99]   Hubbard Report at 63, ¶121.

[100]   www.federalreserve.gov/FOMC/minutes/20001219.htm at 6 (emphasis added).

- "The jobs report came two days after the Federal Reserve made a surprise cut in interest rates of half a percentage point. *Analysts said the jobs data underscored the degree to which the rate cut was an attempt to lift the sagging confidence of investors and consumers* and to provide a stimulus for the shrinking manufacturing sector."[101]

- "In the latest indication of a cooling economy, *consumer confidence skidded in January for the fourth straight month, reaching a four-year low,* the Conference Board announced Tuesday."[102]

### (1)    Consumer Confidence

Professor Hubbard's opinion that data on consumer confidence suggested that "consumer demand would remain strong during the quarter"[103] is also at odds with his own data. As the following chart reveals, the Conference Board's consumer confidence indices continued their decline up to and including the Class Period, which indicated deteriorating confidence in the economy. Consumer confidence in November 2000, the last report released before Oracle's guidance on December 14, 2000, was at the lowest level in six months (the extent of Professor Hubbard's data). Consumer confidence continued to fall dramatically in January 2001, dropping another 14% from November.[104]

---

[101]    David Leonhardt, "Labor Market Remains Tight, Despite Slowing Economy," *The New York Times,* Jan. 6, 2001, at C1 (emphasis added).

[102]    Bob Deans, "Tax-cut backers get boost from economic data; Reports of slowing," *Austin American-Statesman (Texas),* Jan. 31, 2001, at A1 (emphasis added).

[103]    Hubbard Report at 63, ¶121.

[104]    Hubbard Report at 62, ¶120 & Fig. 33.



**Hubbard Report, Revised Figure 33**

Sources: United Press International, June 27, 2000; Agence France Presse, July 25, 2000; The Associated Press, August 29, 2000; The White House Bulletin, September 26, 2000; United Press International, October 31, 2000; Associated Press Online, November 28, 2000; Agence France Presse, December 28, 2000; PR Newswire, December 28, 2000; United Press International, December 28, 2000; Agence France Presse, January 30, 2001; AFX - Asia, January 30, 2001; Agence France Presse, February 27, 2001; Associated Press Worldstream, February 27, 2001; Agence France Presse, March 27, 2001.

### (2)    Consumer Sentiment

According to data from the University of Michigan's Consumer Sentiment Index, consumer sentiment in January 2001 was at its lowest level since September 1996.[105]  The decline between November 2000 and January 2001 was the steepest two-month decline since 1991.[106]  Yet, inexplicably, Professor Hubbard concludes that these data "may have suggested possible future slowing of economic growth."[107]  To the contrary, they show a dramatic and current decline in economic growth.

---

[105]    Hubbard Report, Fig. 33.

[106]    *Id.*

[107]    Hubbard Report at 63, ¶121 & Figs. 32, 33.

- 30 -



Hubbard Report, Revised Figure 32

Professor Hubbard attempts to minimize the importance of this dramatic decline by claiming that the consumer sentiment index is "based [] large[ly] [] on where consumers believe economic activity is headed over the next one to five years, not where it is headed within the month."[108] This conclusion is at odds with the definition of the index – "The University of Michigan's consumer sentiment index reflects [] views about the present and future state of the economy based on survey data."[109] The questions included in the survey confirm that it reflects consumer sentiment at the present time, within the next year, and in the future:[110]

- "We are interested in how people are getting along financially these days. Would you say that you (and your family living there) are better off or worse off financially

---

108     Hubbard Report at 63, ¶121.

109     Hubbard Report at 61, ¶118.

110     Hubbard Report at 61 n.105.

these days?  Would you say that you (and your family living there) are better off or worse off financially than you were a year ago?"

- "Now looking ahead – do you think that a year from now you (and your family living there) will be better off financially, or worse off, or just about the same as now?"

- "Now turning to business conditions in the country as a whole – do you think that during the next twelve months we'll have good times financially, or bad times, or what?"

- "Looking ahead, which would you say is more likely – that in the country as a whole we'll have continuous good times during the next five years or so, or that we will have periods of widespread unemployment or depression, or what?"

- "About the big things people buy for their homes – such a furniture, a refrigerator, stove, television, and things like that.  Generally speaking, do you think now is a good time for people to buy major household items?"[111]

Several of these questions clearly seek to obtain information about the present state of the economic environment.  The foregoing data, and the rate cut by the FOMC, contradict Professor Hubbard's claim that the data showed that consumer demand would remain strong and that Oracle's statements were reasonable as a result.[112]

### f.     Consensus and Blue Chip Forecasts Show that Oracle Was Facing a Major Macroeconomic Change in 3Q FY01

Professor Hubbard also reviews information provided by two private forecasting services, Consensus Economics' *Consensus Forecasts – USA* ("Consensus Forecast") and *Blue Chip Economic Indicators* ("Blue Chip Forecast") to reach the conclusion that the economic environment was continuously positive and that any decline would be offset by a "quick expected return to

---

[111]     *Id.*

[112]     Hubbard Report at 63, ¶121.

healthy economic growth."[113]  Both of these services provide monthly surveys of U.S. economic and

financial forecasters.  But during the Class Period, monthly surveys by both services indicated that

U.S. economic and financial forecasters expected dramatically slower growth, particularly in January

through March 2001 (1Q CY01).  The data is consistent with the FOMC's actions of cutting the fed

funds rate twice in one month (which it had not done in ten years) and inconsistent with Professor

Hubbard's opinion that the data was "continuously positive."[114]

On December 11, 2000, the Consensus Forecast predicted real economic growth (growth

excluding the effects of inflation) to be 2.8% for this period.  By February 10, 2001, after the actions

by the Federal Reserve, and after reviewing the available economic data, these forecasters expected

real growth to decline to 0.7%.[115]  A similar decline was predicted by the Blue Chip Forecast.

Notably, the Blue Chip Forecast indicated that the average of the lowest 10 forecasts (out of 50)

predicted that growth would be negative 0.4% in 1Q CY01.  As Professor Hubbard must concede,

"[t]hese trends are indicative of uncertainty about [] recent past and current economic [trends] as

well as increasing uncertainty about the most likely future path of the U.S. economy during Oracle's

3Q FY2001."[116]  This is consistent with my opinion that Oracle was facing a major macroeconomic

change heading into 3Q FY01.

As the foregoing analysis reveals, the economic data on which Professor Hubbard relies is at

odds with his opinions that "economic growth appeared to be gradually and, perhaps only

---

[113]   Hubbard Report at 71, ¶138(c).

[114]   *Id.*

[115]   Hubbard Report at 72, ¶141.

[116]   Hubbard Report at 72-73, ¶¶142, 146.

temporarily, decelerating" and that "at worst, the U.S. economy appeared to be entering a brief period of slightly slower growth followed by a quick return to normal growth rates."[117]   In my opinion, the data reveals a rapidly declining economic environment that was the polar opposite of the economic environment that Oracle faced in 3Q FY00.  The data and the action of the FOMC is at odds with Professor Hubbard's opinions.  In fact, there were no indicators that the downturn would be only temporary and that there would be a quick return to normal growth rates.  To the contrary, the Federal Reserve economic model discussed at the December 19 meeting regarding the sudden downturn suggested that the economy would gradually gain strength *over the next two years*.[118]  The same view was reiterated in the January 30-31 meeting of the FOMC.[119]

The foregoing is precisely the economic conditions that Oracle failed to consider and adjust for in its Public Guidance and in evaluating Oracle's business over the quarter.

> g.   **The Leading, Coincident and Economic Indicators Do Not Support Professor Hubbard's Opinion that Oracle's Forecast Was Reasonable**

Professor Hubbard cites the leading, coincident, and lagging economic indicators to reach the conclusion that Oracle's forecast was reasonable.[120]  But the leading economic indicator, which is designed to indicate levels of future economic activity, shows that the economy had been declining since April 2000 – eight months before Oracle's 3Q FY01:

---

[117]   Hubbard Report at 76, ¶155.

[118]   www.federalreserve.gov/FOMC/minutes/20001219.htm at 9-10.

[119]   www.federalreserve.gov/FOMC/minutes/200010131.htm at 14.

[120]   Hubbard Report at 7, 67.

- 34 -



**Hubbard Report, Revised Figure 34**

Notes:

i) The leading composite includes: average weekly hours, manufacturing workers; average weekly initial claims, unemployment insurance; manufacturers' new orders, consumer goods and materials (chained $); vendor performance, slower deliveries diffusion index; manufacturers' new orders, nondefense capital goods (chained $); building permits; stock prices, 500 common stocks; M2 money supply (chained $); interest rate spread, 10-yr. Treasury bonds less federal funds; index of consumer expectations (from U. of MI Survey Research Center).

ii) The coincident composite includes: employees on non-agricultural payrolls; personal income less transfer payments (chained $); index of industrial production; and manufacturing and trade sales (chained $).

iii) The lagging composite includes: average duration of unemployment; ratio of manufacturing and trade inventories to sales; change in labor cost per unit of manufacturing output; average prime rate charged by banks; commercial and industrial loans outstanding (chained $); ratio of consumer installment credit to personal income; change in consumer price index for services.

iv) The composite indicators for a given month are currently released roughly two to three weeks after the end of the month, but prior to a methodological revision in late 2000, indicators were released four to five weeks after the end of the month. See: "The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier," *PR Newswire*, November 9, 2000.

Sources: Conference Board website: http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators and http://tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators. Contemporaneous releases from *PR Newswire*
Press Releases: The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier (Nov. 9, 2000). The Conference Board's Index of Leading Economic Indicators Declines Slightly (Dec. 4, 2000). The Conference Board's Index of Leading Economic Indicators Declines Slightly (Dec. 27, 2000).

This data is consistent with the economic conditions expressed by the FOMC in its November 2000 meeting.[121] Because the leading economic indicator is an indicator of future economic growth, the downward trend available on December 4, 2000, suggested that the economy was decelerating and would do so in Oracle's 3Q FY01.

The coincident and lagging indicators, however, were of limited value for evaluating Oracle's 3Q FY01 since they were released with a one month lag – October 2000 data was not released until December 4, 2000. At best, the coincident indicator would have informed Oracle that the economy was flat in October 2000 and the lagging indicator would have informed defendants that the economy had been growing earlier in the year. This data does not support Professor Hubbard's opinion that the economic environment facing Oracle in 3Q FY01 was growing or that Oracle's forecast was reasonable.

---

[121] *See* §V.B.1., *supra*.

C.  **Professor Hubbard's Sector-Specific Analysis Does Not Support His Opinion that the Enterprise Software Sector Appeared to Be Healthy and Growing Entering and During 3Q FY01**

1.  **Professor Hubbard's Sector-Specific Analysis Is Inconsistent with the Contemporaneous Opinions of the FOMC and Internal Comments at Oracle**

Professor Hubbard relies on sector-specific economic indicators and indices to reach the conclusion that the software sector was "healthy and growing" in Oracle 3Q FY01 and that spending on information technology and software continued to climb during the period.[122]  Professor Hubbard's opinion, however, is inconsistent with widespread opinion at the time concerning not only the economy as a whole, but also of the economic environment facing the software sector.[123]  As I discussed in §V.B.1., the FOMC commented at every meeting between November 15, 2000 and January 31, 2001, that the economy was slowing and that spending on computers and software was down significantly since earlier in the year.[124]  In fact, the FOMC cited a contraction in business fixed investment in 4Q CY00 because of a sizable slowdown in the software sector of the market.[125]  Numerous commentators reached the same conclusion with respect to the technology industry – tech spending was down considerably as reflected in the fall of the NASDAQ.[126]  Perhaps the widespread opinion at the time is what caused defendant Henley to notify Oracle's Audit Committee on January

---

[122]  Hubbard Report at 21, ¶54 & 5, ¶13.

[123]  §V.B.1.

[124]  www.federalreserve.gov/FOMC/minutes/20001115.htm; www.federalreserve.gov/FOMC/minutes/20001219.htm; www.federalreserve.gov/FOMC/minutes/20010131.htm.

[125]  www.federalreserve.gov/FOMC/minutes/20010131.htm.

[126]  *Id.*

4, 2001, that "all data since the [earnings call on December 14, 2000] point to more economic softening":

> ### Q3 FORECAST
>
> On the conference call we said that we had seen no slowdown in our business yet (2Q license growth or initial pipeline growth rate). We reasoned that this was because our stuff isn't like PC's, semiconductors, etc – it's in high demand. We acknowledged that if the economy keeps falling then it might affect us at some point. I also pointed out that Q3 database was the toughest comparison for the year. Nobody asked the question about Covisant which we announced (it's $60 mil).
>
> **At this point, all data since the call point to more economic softening so there is risk of slippage in deals.**[127]

The decline in the NASDAQ, the comments of the FOMC, the collapse of Oracle's dot.com business, and the comments of Oracle's executives lead to the exact opposite conclusion of Professor Hubbard – the software sector of the market was decelerating at a rapid rate heading into and throughout Oracle's 3Q FY01 and had even contracted in 4Q CY00. As I discussed above, the evidence is consistent with my opinion that Oracle was facing a major macroeconomic change heading into and throughout 3Q FY01.

> **2.      Professor Hubbard's Opinion that the Software Industry Was Healthy and Growing Is Inconsistent with the Contemporaneous Comments of Industry Analysts and Surveys of Chief Information Officers**

Professor Hubbard's opinion that the software sector of the market was "healthy and growing" is also at odds with the commentary of the very analysts that he cites. Indeed, the MSDW CIO Surveys cited by Professor Hubbard paint a very different picture of the software sector of the

---

[127]     Henley 7/27/06 Ex. 7 (emphasis added).

market than does Professor Hubbard.[128]  A review of those reports clearly show that the software

sector was slowing and that CIOs were indicating a slowdown and/or delay in spending:

### December 20, 2000 MSDW CIO Survey Series, Release 1.8

- "Our CIO survey for the CIO Outlook 2001 Conference suggests a slowing in IT budget growth from 12% [in 2000] down to 8% [in 2001] – *a 33% drop in the growth rate*."[129]

- "*The pattern of spending in 2001 will be more back end loaded than this year.* 14% of the respondents said they would spend cautiously in 1H01 to monitor the economy and another 12% have already scaled back budgets. The 2000 budget was just the opposite – front end loaded because of post Y2K and dot-com driven spending."[130]

- "*26% of the respondents have either scaled back spending plans for 2001 or plan to spend more cautiously in the 1H 2001 to monitor economic conditions.* In any given year, 15-20% of the respondents have reduced their spending plans because of industry down turns, cost reduction programs."

- "*The percentage of respondents who are planning on less budget growth than they would have three months ago is about five percentage points higher than a typical year.* We think the increase stems from the current economic uncertainty since 14% of those respondents plan [to] defer spending toward the 2H 2001 to see how things shape up in the economy which isn't necessarily a cut in spending."

- "*The data suggest a back-end loaded IT spending year as compared to a front end loaded 2000 which was aided by a post Y2K spending bubble on dot com frenzy*."

---

[128]    I reviewed a number of reports produced by Morgan Stanley analyst Chuck Phillips including the results of surveys of Chief Information Officers (CIOs) at Fortune 1000 companies. "MSDW CIO Survey Series: Release 1.7," NDCA-ORCL 081052-115; "MSDW CIO Survey Series: Release 1.8," NDCA-ORCL 129664-738; "MSDW Technology: Enterprise Software," January 4, 2001, NDCA-ORCL 430544-551. Chief Information Officers generally report to the Chief Executive Officer and are in charge of information technology ("IT"), including computers and software that support an organization. As such, the CIO knows the organization's software purchase plans. Morgan Stanley periodically surveys these officers to forecast the market for enterprise software and publishes the results in the MSDW CIO Survey Series.

[129]    NDCA-ORCL 129664 (emphasis added).

[130]    *Id.* (emphasis added).

**January 4, 2001 MSDW – Software: What Happened & What to Do From Here:**

- "Judging what we hear back from investors, the market has apparently already assumed the worst and expectations are already down in the form of lower whisper numbers and upside modeling. . . . *The consensus is to short technology even for those who can't.*"[131]

- "*There is legitimate debate as to whether things are slowing or imploding*. We're in the modest slowing camp. This is one [of] those times where software investors face a fork in the road and have to bet one way or another on the economic environment."[132]

- "But Beyond 4Q00, The Outlook is Murkier – *Beyond 4Q00 however, the fear over 1H01 is justified given how quickly the economy is decelerating*."[133]

- "In our recent survey of 150 CIOs, 12% had reduced budgets as a result of economic or industry concerns, another 14% planned to approach 2001 more cautiously and skew spending toward 2H01. *In summary, 26% were slowing spending or at least spending more cautiously*. We thought the results were a negative enough, but our economists told us they couldn't believe only 26% had modified their spending plans and thought the number should have been much higher."[134]

- "*We did a simple summary of the license revenue for the software stocks we cover and the bulge in license revenue growth in 2000 is clear*. The median license growth number in 2000 was 113% compared to 54% license growth in models for 2001."[135]

As the foregoing reveals, industry analysts had a very different opinion of the software sector of the market than does Professor Hubbard. Contrary to his opinions that the software segment of the market was "healthy and growing," and "that spending on information technology and software continued to climb during the period," the CIO surveys showed a marked deceleration of growth in

---

[131]    Charles Phillips, "Software: What Happened and Where Do We Go From Here," *Morgan Stanley Dean Witter*, Jan. 4, 2001, NDCA-ORCL 430544-51 at 544-45 (emphasis added).

[132]    *Id.* at NDCA-ORCL 430546 (emphasis added).

[133]    *Id.* at NDCA-ORCL 430545 (emphasis added).

[134]    *Id.* at NDCA-ORCL 430545-46 (emphasis added).

[135]    *Id.* at NDCA-ORCL 430546 (emphasis added).

the industry. They also showed that numerous CIOs were being cautious about the economic environment and had decided to either cut spending or delay it until the second half of the upcoming year. Either decision would have adverse consequences for Oracle's 3Q FY01. The CIO surveys support my opinion that Oracle was facing a very different economic environment in 3Q FY01 than it was in 3Q FY00. The foregoing also undermines Professor Hubbard's opinion that Oracle's Public Guidance and its statements about Oracle not feeling the affect of the economic downturn were reasonable.

        **3.**        **The Software Sector Was Facing a Major Macroeconomic Change in Oracle's 3Q FY01 Compared to Oracle's 3Q FY00**

The market research reports cited by Professor Hubbard provide no support for his claim that "most researchers believed that the rate of growth in 2001 would be equal to or greater than that of 2000."[136] In fact, the CIO Surveys and the firm responsible for those surveys at the time reached the exact opposite conclusion:

- "Our CIO survey for the CIO Outlook 2001 Conference suggests a slowing in IT budget growth from 12% [in 2000] down to 8% [in 2001] – *a 33% drop in the growth rate*."[137]

- "*We think the software industry growth is likely to slow to the 17-20% range from 24% in 2000*."[138]

Economic data supports these conclusions. Quarterly software industry sales can be examined according to the Standard Industry Classification Code ("SIC Code"). These are codes

---

[136]    Hubbard Report at 27, ¶62.

[137]    Charles Phillips, "MSDW CIO Survey Series: Release 1.8," *Morgan Stanley Dean Witter*, Dec. 20, 2000, NDCA-ORCL 308974-9061 at 8974 (emphasis added).

[138]    Charles Phillips, "Software: What Happened and Where Do We Go From Here," *Morgan Stanley Dean Witter*, Jan. 4, 2001, NDCA-ORCL 430544-51 at 546.

developed by the U.S. government to classify businesses according to the types of products they sell. SIC group 7372 is the classification for prepackaged software. Professor Hubbard tabulated the revenues for more than 350 companies in SIC 7372 and presented the information on a quarterly basis in Figure 11.[139] Using the same data series, and correcting several errors in the database, I calculated the year-over-year growth by quarter and found a distinct decline in the rate of growth of software sales consistent with the economic declines noted by the Federal Reserve, the Chief Information Officer Surveys Reports and the economic indicators described earlier in this report:[140]



---

Hubbard Report at 43-45.

[140]    Revenue data for SAP was inconsistent with information provided on the company website www.sap.com and was replaced with the correct information. Quarterly revenue figures from companies listed as American Depository Receipts (ADRs) were, in some cases, listed sporadically, so these companies (except SAP) were removed from the analysis. None of the corrections altered the direction of the downward slope of software sales growth rates.

There is no support for Professor Hubbard's claim that "most researchers believed that the rate of growth in 2001 would be equal to or greater than that of 2000."[141]

Professor Hubbard also cites a number of software sector indices to reach the opinion that the market value of the sector was not on the verge of collapse.[142]  In his report, professor Hubbard presents a "long-term perspective," which spans the period from January 1995 to July 2006, and a "short-term perspective," which covers the Class Period.[143]  Professor Hubbard appears to have selectively avoided the critical time period at issue in the case – the period between 3Q FY00 and 3Q FY01.  This is the period of time that Oracle used in its year-over-year Public Guidance.

The reason for the omission appears obvious. Like the NASDAQ, the software sector indices that Professor Hubbard cites collapsed by an average of 25% in the intervening one-year period and were off their March 2000 peaks by 45%.[144]  More telling, however, is the directional movement of the indices heading into 3Q FY01 compared to 3Q FY00.  As the chart below reveals, the software sector had significant increasing momentum heading into Oracle's 3Q FY00 compared to the downward momentum heading into 3Q FY01:

---

[141]    Hubbard Report at 27, ¶62.

[142]    Hubbard Report at 45, ¶85.

[143]    *Id*. at 46.

[144]    *Id*.



Hubbard Report, Revised Figure 12

Notes:
All software sector indices include Oracle.
S5SFTW is the S&P500 Software & Services index, a capitalization-weighted index; it is a GICS Level 2 Industry group whose parent index is SPXL2 (26 members 1/3/06).
S5SOFT is the S&P500 Software Index, a capitalization-weighted index; it is a GICS Level 3 Industry group whose parent index is SPXL3 (15 members 1/3/06).
S5SYSF is the S&P500 Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group whose parent index is SPX (6 members 1/3/06).
S15SFTW is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 2 Sub-Industry group whose parent index is SPRL2 (101 members 1/3/06).
S15SOFT is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 3 Sub-Industry group whose parent index is SPRL3 (56 members 1/3/06).
S15SYSF is the S&P Supercomposite Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group with parent index SPR (18 members 1/3/06).
GSO is the Goldman Sachs Technology Software Index, a modified capitalization-weighted index of selected software stocks (46 members 1/3/06).
R3CSS is the Russell 3000 Computer Services Software & Systems Industry Index, a weighted average index; the parent index is RAYL2 (138 members 1/3/06).
R1CSS is the Russell 1000 Computer Services Software & Systems Industry Index, a weighted average index; the parent index is RIYL2 (31 members 1/3/06).
Source: Bloomberg.

This data supports my opinion that Oracle was facing a major macroeconomic change heading into 3Q FY01.

The final sector-specific metric on which Professor Hubbard relies is the measure of investment in enterprise software and information processing equipment.[145]  Professor Hubbard reaches the conclusion that Oracle's revenue projections were consistent with historical data on the rate of investment in computer equipment and software and were therefore reasonable.[146]  There are two flaws in Professor Hubbard's analysis and in his ultimate conclusion.  First, Professor Hubbard's opinion that investment in enterprise software and information processing equipment continued to

---

[145]     Hubbard Report at 43.

[146]     *Id.*

grow is inconsistent with the comments of the FOMC during this time. As discussed in §V.C.1 above, the FOMC repeatedly cited significant deceleration in the software industry between its meeting on November 15, 2000 and its meeting on January 31, 2001, and described a contraction in business fixed investment in 4Q CY00, "reflecting a sizable decline in business spending on equipment and software."[147] Second, Professor Hubbard's opinion is inconsistent with the data itself. While Professor Hubbard analyzes an irrelevant 40-year period, the period of time at issue in the case reveals that the software sector of the market reflected in the data supplied by Professor Hubbard was flat during the period:



147    www.federalreserve.gov/FOMC/minutes/20010131.htm at 13.

This data does not support Professor Hubbard's opinion that Oracle's projections were reasonable.

In the end, Professor Hubbard's analysis of sector-specific economic indicators reveals a significant change in the intervening period between 3Q FY00 and 3Q FY01. The rapid deceleration in the growth of the software sector presented Oracle with a major macroeconomic change in 3Q FY01.

>           4.      **Professor Hubbard Improperly Relies on the Comments of Analysts Focusing on the Applications Market to Support His Opinion that the Market Facing Oracle Was Healthy and Growing**

Professor Hubbard relies on a number of comments in trade press reports, industry reports, market research reports, and analyst reports to support his opinion that Oracle's projections were reasonable because the software sector of the market was healthy and growing.[148]   But the commentary on which Professor Hubbard relies focuses almost exclusively on the applications sector of the software market.[149]   Oracle's business, however, was divided primarily between database software and applications software with database software representing the largest part of Oracle's license revenues:

---

[148]     Hubbard Report at 22-33.

[149]     *Id.*



Per Quarterly Financial Reference Book, NDCA-ORCL 1913524-1913684 at 1913682. Database includes tools revenue.

Oracle missed its database guidance by $71 million and its applications guidance by $98 million.[150]   Oracle's significant database miss undermines Professor Hubbard's focus on the applications market to gauge the health of the market facing Oracle as a whole. Analyst commentary on the applications market offers little, if any, relevant information about the health of the database market.[151]

---

[150]   Goedde Rebuttal Ex. 3.

[151]   As I will discuss later in the report, Professor Hubbard cites an analyst report that projects increased demand for database sales. *See* Hubbard Report at 25-26; Gretchen Teagarden, "Eye on Enterprise Software Weekly," *Salomon Smith Barney*, Feb. 16, 2001.  But analyst Gretchen Teagarden supports her view of the database market based on the growth in the applications market. *Id.*  Given the quality issues with 11i as described in the expert report of Brooks Hilliard, Oracle could not expect the database drag that would otherwise accompany a reliable and well-established applications product. The quality issues facing Oracle's 11i product undermine Professor Hubbard's reliance on the Salomon Smith Barney report.

The commentary focusing on the applications market does not support Professor Hubbard's opinion that the software sector as a whole was healthy and growing.[152] This is not only true because the largest part of Oracle's revenues were generated from database sales, but also because Oracle's applications products apparently did not work and were creating such significant problems for Oracle's customers, at least with respect to CRM, that Oracle's sales representatives were reluctant to sell them. Given these problems, applications commentary is an unreliable gauge with which to measure Oracle's potential applications growth. I will discuss the evidence that I have reviewed concerning the problems with Oracle's 11i applications suite later in this report. For now, the following is a sampling of the commentary on which Professor Hubbard relies for his opinion that the market facing Oracle was "healthy and growing":

### a.    Trade Press Reports

- J.D. Edwards – Applications Competitor – "The company emphasized in the conference call and press release that customers are choosing its *supply-chain solutions* to improve customer service, reduce costs, and improve collaboration among their trading partners."[153]

- Ariba – Applications Competitor – "Demand for Ariba *eCommerce products and services* continues to be strong as customers – around the world – are closely watching the bottom line and looking to realize immediate benefits . . . ."[154]

- Siebel – Applications Competitor – "*Customer relationship management software maker* Siebel Systems Inc., on Tuesday posted stronger-than-expected fourth-quarter results and said the market for its products appears to be 'quite robust' despite the slowing economy."[155]

---

[152]    Hubbard Report at 21.

[153]    Hubbard Report at 22.

[154]    *Id.*

[155]    Hubbard Report at 22-23 (emphasis added).

The foregoing is just a sampling. Professor Hubbard also cites commentary about Commerce

One, i2 Technologies, and BEA – all competitors to Oracle in the applications sector of the software

market.[156]

### b.    Industry Reports

- "Customer Relationship Management Software – A Global Market Trend Report" – "*In the U.S., the e-commerce boom is attributed to the shift towards CRM.*"[157]

- "Enterprise Resource Planning – A Global Market Trend Report" – "*Oracle's competitive advantage lies in the company's e-commerce capabilities in ERP, CRM and procurement applications.*"[158]

- "HSBC (February 2001)" – "Oracle: 1) Platform and applications vendor; 2) Strong product cycle drives growth momentum; 3) And with further cost savings from e-business transformation, earnings visibility is strong, despite dot.com fall-out worries; 4) *Oracle's strengths play out right for the Internet.* We initiate coverage with a Buy."[159]

- "Deutsche Bank (February 2, 2001)" – "Developments in ERP: following recent comments by FI Group (Buy) and Cap Gemini we have seen further evidence of a recovery in the ERP market . . . In our view, this helps to validate the findings of our recent survey, namely that *demand for CRM solutions remains robust*, particularly for large-scale, complex solutions across multiple technologies and customer touch points."[160]

Notably, the one analyst report to which Professor Hubbard cites that projects strong demand

for database software does so because of the strength in the applications market.[161] According to

---

[156]    Hubbard Report at 23.

[157]    Hubbard Report at 24.

[158]    *Id.*

[159]    Hubbard Report at 26.

[160]    Hubbard Report at 26 (emphasis added).

[161]    Hubbard Report at 25-26; Gretchen Teagarden, "Eye on Enterprise Software Weekly," *Salomon Smith Barney*, Feb. 16, 2001.

- 48 -

that report, "[t]he *proliferation of e-commerce among large enterprises in general is fueling the demand for database technology*.  Namely, supply chain management, customer relationship management (CRM), and procurement software being implemented in large organizations are all contributing to the demand for database technology."[162]  Because of the quality issues with 11i, Oracle could not reasonably expect the level of database drag that would accompany more well-established and functioning applications products.

### c.  Market Research Reports

- "Despite recent macroeconomic turmoil, we have not yet picked up any definitive signs of an overall slowing in near term IT spending for *high-end eBusiness software*."[163]

- "*The vast opportunity presented by B2B ecommerce* has been widely publicized, with market estimates from Forrester Research and Gartner Group becoming the most frequently cited."[164]

- "Based on our analysis, *these eMarketplace buyers will create a sizable market for eProcurement vendors, middleware suppliers, eCommerce integrators, and eMarketplaces*."[165]

### d.  Analyst Reports

- "Credit Suisse First Boston (January 12, 2001)" – commenting on B2B Group – Applications competitor to Oracle – "Management provided support for our view that *e-procurement apps and marketplace solutions* remain high priorities in IT budgets, indicating no spending slowdown for these high ROI sales and, in fact, a shortening of the sales cycle."

---

[162]   *Id.*

[163]   Hubbard Report at 27 (emphasis added).

[164]   Hubbard Report at 27 (emphasis added).  Professor Hubbard's reliance on these market research reports is undermined by Mr. Ellison himself.  According to Mr. Ellison, "[t]he forward-looking analysts in this industry – like the Gartners and the MetaGroups – all they do is try to explain the past and treat it as some kind of prognostic.  It's preposterous." NDCA-ORCL 1053564-77 at 72.

[165]   Hubbard Report at 27 (emphasis added).

- "Robertson Stephens (February 28, 2001)" – commenting on i2 Technologies – Applications competitor to Oracle – "[O]ur channel checks support the view that *supply chain management remains robust* amongst the highest automation priorities for CIOs with complex value chains."

- "Sands Brothers (January 11, 2001)" – commenting on Ariba – Applications competitor to Oracle – "We believe the global corporate demand for indirect *E-procurement products and solutions* has remained high, even in the current slowing economic environment."[166]

Like his reliance on trade press reports, Professor Hubbard cites countless other analyst reports to support his opinion that the market facing Oracle was healthy and growing.[167]  Virtually every cite is to comments about an applications competitor of Oracle or to a database competitor where the only mention of growth is in applications.[168]  Tellingly, the one analyst that Professor Hubbard cites discussing IBM's results, which is a database competitor to Oracle, focused on IBM's applications growth – "*IBM's e-business initiatives* delivered 70%-plus revenue growth for the fourth consecutive quarter."[169]  While IBM reported significant year-over-year growth in its database business, it only did so by partnering with a long list of e-business applications providers – "In Software, DB2, Websphere, and other Middleware strength *is enabling a growing list of e-business software partnerships*."[170]

Beyond the fact that commentary on the applications market does not support Professor Hubbard's opinion with respect to the database market, an analysis of that commentary further

---

[166]     Hubbard Report at 28-29 (emphasis added).

[167]     Hubbard Report at 28-33.

[168]     Hubbard Report at 28-33.

[169]     Hubbard Report at 30.

[170]     John B. Jones, Jr. & Craig A. Ellis, "IBM: Reports Strong 4Q00; Well Positioned for 2001 – Detailed Note," *Salomon Smith Barney*, Jan. 18, 2001 (emphasis added).

undermines Professor Hubbard's opinion even with respect to the applications market. Oracle's applications were divided between Enterprise Resource Planning ("ERP") software (*i.e.*, the applications that ran the back office) and Customer Relationship Management ("CRM") software (*i.e.*, the applications that interface with customers). According to the Global Market Trend Reports provided by *Global Industry Analysts, Inc.*, the only real growth in the applications market was coming from the CRM segment of that market. The growth in the ERP market had dropped considerably from the high growth rates in prior years and was expected to grow at only 6.6% annually – far below the 75% growth rate that Oracle projected for its Applications business:

> The worldwide ERP market is experiencing a relatively stable growth, compared to the spurt of growth experienced in the last few years. High growth rates of 50 to 60% experienced in the past were characteristic of a new industry. The market is likely to grow at an average rate of 6.6.% per annum until the year 2005.[171]

CRM, on the other hand, was forecasted to generate significant growth rates given the e-commerce boom at the time. According *Global Industry Analysts, Inc.*, CRM software was expected to grow at a rate of 50%, while core ERP applications were expected to grow at only 6%:

> The newer ERP software applications such as CRM (Customer Relationship Management) and SCM (Supply Chain Management) experienced much higher growth rates of 71% and 37% respectively, than the growth experienced by the more mature core ERP application market. Over the next 5 years, CRM and SCM applications are likely to grow at 50% and 45% respectively, while core ERP applications will grow at 6%.[172]

---

[171] "Enterprise Resource Planning (ERP) – A Global Market Trend Report," *Global Industry Analysts, Inc.*, Jan. 2001, at 1. Though issued in January 2001, these reports are based on information as of year-end 1999. The growth comparisons are between 1998 and 1999, and the market projections are based on year-end 1999 data. The information and analysis is too dated to be of value in supporting Professor Hubbard's opinion that the economic climate affecting Oracle's business during 3Q FY01 was healthy and growing.

[172]   *Id.*

The distinction between ERP and CRM is as significant to the analysis as the distinction between database and applications, but for a different reason. Not only was Oracle's 11i Suite of applications (ERP and CRM) experiencing considerable operations problems, but also its CRM modules of that suite were so bad that Oracle's sales representatives were reluctant and afraid to sell them:

- Sergio Giacoletto (EVP of EMEA) – December 9, 2000 – "CRM: we are loosing [sic] a bit of momentum; *sales people are reluctant to engage [due] to the product problems*, lack of references and local language issues."[173]

- Jay Nussbaum (EVP of OSI) – "If these were CRM deals, I wouldn't have forecasted them. Q. Why not? A. Well, I think at this point in time [February 2001] people would have wanted to see a little bit more stability and sales reps weren't anxious to sell until they saw a little bit more stability."[174]

- Jeff Henley – February 22, 2001 – "Why is the pipeline for CRM light – ie. is the field afraid to sell it or is it because we don't have enough visibility as a CRM player including references?" Julie Cullivan – "The CRM pipeline is light for both of the reasons you mention below . . . ."[175]

- Charles Phillips (Morgan Stanley analyst) March 26, 2001 – "[A] few of the reps [I] spoke with don't have the confidence to push crm because of the quality issues in the past."[176]

Oracle's applications failure undermines Professor Hubbard's reliance on the applications market (in particular the CRM part of that market) as a basis to support his opinion that the market facing Oracle in 3Q FY01 was healthy and growing. Even if that were true (it is accurate to say that the market was decelerating at a rapid rate and contracting in 4Q CY00), Oracle could not take

---

[173] NDCA-ORCL 028948.

[174] Nussbaum 3/23/04 Tr. at 74.

[175] Henley 7/27/06 Ex. 19.

[176] Ellison 9/21/06 Ex. 66 (e-mail sent to Safra Catz discussing "Forrester: negative on 11i").

- 52 -

advantage of that growth because its products were causing customers tremendous problems.  As I explained in my opening report, Oracle's applications pipeline collapsed by 20% ($250 million) in the month of December 2000, 40% ($450 million) by February 5, 2001, and 50% ($621 million) by the end of the quarter:



Source: Minton 7/7/06 Exhibits FR 1-34.

In my opinion, this is direct evidence that Oracle could not, and was not, taking advantage of the growth in the applications market, especially the CRM segment of that market.

Professor Hubbard relies on reports of analysts in two other ways.  Neither support his ultimate opinion.  First, Professor Hubbard suggests that projections of analysts are "directly relevant to the assessment of the economic conditions and market expectations prevalent during 3Q FY2001" and emphasizes that "analysts were consistently confident in Oracle's ability to make its EPS

estimate for 3Q FY2001."[177]   But the projections of analysts cited by Professor Hubbard offer little insight into how those economic conditions were affecting Oracle as they are influenced largely by the comments from the company itself.  For this reason alone, analyst projections are not helpful in analyzing the reasonableness of Oracle's projections, especially when the projections of most of the analysts covering Oracle paralleled Oracle's Public Guidance.[178]   Professor Hubbard even acknowledges that analysts' projections are influenced by statements and public guidance of the companies being covered – "analysts' consensus for earnings forecasts during the first month of that fiscal quarter . . . would generally coincide with guidance offered by the company at the beginning of that fiscal quarter, but not take into account any guidance revisions mid-quarter."[179]

Second, Professor Hubbard points to independent channel checks by these analysts as evidence that they were consistently confident in Oracle's ability to make guidance.[180]  But Professor Hubbard has not cited to, and has no way of knowing, how many customers the analysts checked before issuing the reports cited in his report, whether the systems integrators that the analysts reference were implementing Oracle's applications (or how many), and whether the channel checks were a representative sample of Oracle's customers.  Even a sampling of the comments by Oracle's customers before and during 3Q reveal that Oracle was facing severe customer revolt as a result of the problems plaguing Oracle's 11i product:

- October 2000 – "We are in a crisis situation – [Ingersoll Rand] believes 11i CRM and OM are not ready for deployment – They are considering replacement strategies

---

[177]   Hubbard Report at 28, 34.

[178]   *Id.* at 33.

[179]   *Id.* at 35.

[180]   *Id.* at 28, 29, 34.

for Oracle at the G2 implementation that includes Siebel (see email below) – There appears to be little 11i documentation – There appears to be little 11i training – Since we are trying to bring the CRP up together with the IR project team they are seeing first hand our daily failures and shortcomings – We will lose to Siebel and place the reminder [sic] of our installed base in jeopardy if we don't act aggressively on the G2 CRP." [181]

- November 2000 – "Unfortunately, based on our [Liberty Mutual's] most recent project review with our team today, our confidence in both the quality of the product, and in Oracle's ability to support us in meeting those objectives, is so low that we feel that without a major change on your part, the project has very little chance of success."[182]

- November 2000 – "To put it bluntly, we [Liberty Mutual] have encountered multiple software quality problems and we have struggled to get appropriate support and response to our issues. The situation is dire, and absent a concerted effort on your part, we now stand in great jeopardy on this implementation."[183]

- November 2000 – "We [Liberty Mutual] are now burning our resources and time in every effort to resolve base functionality problems, when we should be directing those resources to building critical interfaces, testing, and bringing this project to a successful conclusion. . . . We need to make a 'go - no go' decision by the end of November, and we have not yet, in our opinion, been delivered a system with enough functionality to even test adequately."[184]

- December 2000 – "Our [Pepsico concentrate plant in Cork, Ireland] [O]racle [11i] project has been an unmitigated disaster for us from both a cost, employee and relationship perspective. We have spent a fortune (to us) on consultant trying merely to get your product to work and months later we still do not have a system to test. How you can release software that does not work is simply beyond my comprehension. . . . Our reputation will now be tarnished as we will have to announce shortly the delay and worse still we have to admit we do not know how long this delay will be."[185]

---

[181]    Ellison 7/13/06 Ex. 9.

[182]    Ellison 7/13/06 Ex. 27 at NDCA-ORCL 018739.

[183]    *Id.*

[184]    *Id.* at NDCA-ORCL 018740.

[185]    Ellison 7/13/06 Ex. 33.

- December 2000 – "I am writing to the two of you to share my frustrations with Oracle, especially as related to our 11i implementation of Order Management for Brock Tool and Supply. To make a long story short, had it not been for revenues from other clients, and smart financial management, AppsTech would be bankrupt today because of Oracle."[186]

- December 2000 – "Obviously, the Order Management modules were not ready for release to the public in June. Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03. Why weren't we [AppsTech] told?"[187]

- January 2001 – "Ron, Don and Drew – I cannot answer these questions for [AppsTech] and as you can see it is a very poor reflection on the partner program and Oracle overall when we are not able to address the quality issues we are facing with 11i OM right now across all of our partners."[188]

- January 2001 – "They [Oracle's partners] all have significant backlogs of implementation service they are trying to deliver and cannot either install our products successfully in a reasonable amount of time, manage their customer's orders processing with our OM due to outstanding and answered Tars/Bugs, or stabilize their customer's environments with our patches."[189]

- January 2001 – "Victor Heschaft, Paxar's Vice Chairman, has been dealing with an extremely critical 11i implementation. By all accounts from those involved, this has been very very ugly . . . and we've put the customer through extreme hardship. . . . Paxar has been contacting other 11i customers to asses their experience with 11i. They have also made some veiled threats about public disclosure of their challenges so we need to act quickly."[190]

- January 2001 – "We are getting very bad press from the Columbus accounting group based on the poor performance of 11i. In fact, the CIO of McDs and the worldwide controller called me yesterday to express their concern over our apps performance. Both of these execs are Oracle advocates, and in the CIO's words, 'Oracle is not doing themselves any favors with our inability to quickly address these performance issues.' The 11i performance issues need to be fixed at Chipotle or BOL will lose

---

[186]   Ellison 7/13/06 Ex. 15 at NDCA-ORCL 035245.

[187]   *Id.* at NDCA-ORCL 035246.

[188]   *Id.* at NDCA-ORCL 035243 (emphasis in original).

[189]   *Id.* at NDCA-ORCL 035243-44.

[190]   Ellison 7/13/06 Ex. 34 at NDCA-ORCL 039326-27.

- 56 -

one of their strongest references and Oracle will be in a poor position to be McDonald's global applications provider."[191]

The foregoing is a representative sample of some of the correspondence that I have reviewed relating to the problems that Oracle's 11i applications suite was causing Oracle's customers. I have also reviewed the report of Brooks L. Hilliard on the quality issues surrounding 11i and the evidence cited in that report. Other evidence that I have reviewed suggests that Oracle had limited its sales opportunities and negatively affected its ability to convert the applications pipeline because severe problems with its applications products interfered with effective demonstrations:

- July 2000 – "We are having challenges with the 11i demo system *that is costing us Q1 business*."[192]

- October 2000 – "The [demo] problems fall into three categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. *The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution*."[193]

- October 2000 – "As we stated in our meeting last week these [demo] difficulties are now *common knowledge by our competition and they position our inability to completely pull these off as 'proof' that the e-business suite is not a reality*."[194]

- January 2001 – "Ron, we have blown AppsWorld Paris for CRM hmtl demos. We have been blocked for days. [A]nd I can say, there is not enough time left to complete."[195]

- January 2001 – "Product Demonstration Difficulties: . . . 2) Mobile Field Sales – *we are getting our 'clocks cleaned' by Siebel with our inability to show / demonstrate a detached sales client*. This is a trap set by Siebel in most of our CRM Field Sales

---

[191]   Ellison 7/13/06 Ex. 44 at NDCA-ORCL 035426.

[192]   Ellison 7/13/06 Ex. 4 at NDCA-ORCL 101655.

[193]   Ellison 7/13/06 Ex. 23 at NDCA-ORCL 013718 (emphasis added).

[194]   *Id.* at NDCA-ORCL 013717 (emphasis added).

[195]   Ellison 7/13/06 Ex. 45 at NDCA-ORCL 012439.

cycles. Even if we do not ultimately develop a detached client we need an Oracle solution to 'show' now to level the playing field or set the expectation. Currently Siebel is setting the expectation in this area."[196]

- March 2001 – "Here is the latest on [the demo problems] from Majors. While 11.5.3 looks more complete to the field performance does not appear to have improved. This quarter we have to perform flawlessly to maximize our revenues and margins. If this does not improve *it will continue to impact our conversion rate*."[197]

- March 2001 – "This [list of demo problems] is excellent. You should continue to publish these every week until they get fixed. When you see all the names of prospects it's really sickening – hopefully Larry will get sick as well and put more pressure on getting this fixed."[198]

- April 2001 – "The scores for the GB Demos for last week. They are not heading in the right direction yet. Performance and product issues continue to hinder us every day."[199]

- April 2001 – "Absolutely incredible. *We're blowing the opportunity of a lifetime*."[200]

These problems and many others like them undermine Professor Hubbard's reliance on analyst commentary concerning the applications market, including the purported channel checks by those analysts. Notably, one e-mail that I reviewed indicated that Oracle did not have a single 11i customer reference by November 2000 and another document suggests that Oracle had only nine 11i live CRM customer references by June 2001 – three months after the end of the Class Period.[201]

---

[196]   Ellison 7/13/06 Ex. 19 at 618166 (emphasis added).

[197]   Roberts 6/22/06 Ex. 21 at NDCA-ORCL 094091 (emphasis added).

[198]   *Id.* at NDCA-ORCL 094090.

[199]   Roberts 6/22/06 Ex. 24 at NDCA-ORCL 061370.

[200]   *Id.* at NDCA-ORCL 061369 (emphasis added).

[201]   NDCA-ORCL 153364-69 at 67 ("The biggest concern that Jarvis expressed was the fact that we do not have any 11i customer references" as of November 2000.); NDCA-ORCL 442698-99 ("11i Live Customer References As of 6/18/2001" – listing nine "CRM References . . . Approved for Call").

5.     **The Financial Results of Oracle's Competitors and the Post Quarter Comments of Those Competitors and Analysts Do Not Support Professor Hubbard's Opinion that Defendants Did Not Know About the Effect of the Economic Downturn on Oracle's Business Until the Last Few Days of the Quarter.**

The financial results and comments of the competitors and analysts following those competitors that Professor Hubbard cites do not support his opinion that Oracle did not know about the effect of the economic downturn on its business until the last few days of the quarter.[202]  In particular, Professor Hubbard states that the fact that Oracle's competitors exceeded analysts estimates before the end of Oracle's 3Q FY01 and cited an unexpected downturn for their miss after the end of Oracle's 3Q FY01 (in April 2001) "is consistent with Oracle believing that it would achieve its 3Q FY2001 earnings targets as announced to the market on December 14, 2000 until the very end of the quarter, when it experienced a precipitous drop-off in expected deal closings."[203]

I note at the outset that Professor Hubbard's analysis is flawed as it relies on anecdotal evidence outside of Oracle as evidence to prove what was happening within Oracle at the time.[204] Indeed, it does so without testing the reliability of the competitor testimonials on which it relies or verifying when those competitors began to see the cited economic slowdown.  And for those comments by analysts that viewed Oracle's miss as a "watershed moment for the sector's overall health," it relies on Oracle's self-serving justifications and hindsight anecdotal evidence to support what Oracle knew or did not know months earlier.[205]  Not only is Professor Hubbard's analysis

---

[202]     Hubbard Report at 34-42.

[203]     Hubbard Report at 38.

[204]     Hubbard Report at 34-42 & 38, ¶81.

[205]     Hubbard Report at 38, ¶81.

inherently unreliable, but it is also directly at odds with the internal evidence available to Oracle during the quarter.

As I described in my opening report, internal evidence shows that Oracle began to feel the adverse affects of the economic downturn before the beginning of 3Q FY01. To name just a few – Oracle's dot.com business had collapsed by $70 million between 3Q FY00 and 3Q FY01,[206] its license sales in NAS, OSI, and OPI (adjusting for Covisint) were showing severe negative growth rates at the end of December and at the end of January,[207] its Potential Projection collapsed throughout the quarter,[208] the Field Forecasts were below Public Guidance at the start of the quarter and continued throughout,[209] and Oracle's pipeline collapsed precipitously throughout the quarter.[210] Given the evidence available intra-quarter and within Oracle, there is simply no need or justification for analyzing what Oracle knew and did not know based on its own justifications and the comments of industry analysts that repeated those justifications.

Nevertheless, Professor Hubbard's analysis of Oracle's competitors, particularly his reliance on those competitors exceeding guidance, does not help answer the question whether Oracle's Public Guidance, on which consensus estimates were based, was reasonable and reliable.[211]  Even assuming that this type of analysis produced meaningful and reliable results, which as I described above it does

---

[206]    Goedde Report at 13 & Ex. 5.

[207]    *Id.* at 29, 32.

[208]    *Id.* at 39-41.

[209]    *Id.* at 37-38, Ex. 12.

[210]    *Id.* at 36-37, Exs. 20-21.

[211]    Hubbard Report at 28-34.

not, the issue is not whether Oracle's competitors exceeded guidance, it is how much sales growth did they generate year-over-year in the quarter – when Oracle's executives would have purportedly learned of results that were relevant to its own results. Given the monumental problems that Oracle was experiencing with its applications products, the only seemingly reliable gauge for Oracle would have been what its database competitors were generating in terms of revenue growth.

A closer look at those competitors reveals that Oracle's database guidance of 15-20% was aggressive when compared to its pure database competitors. Oracle's 10-K identified Sybase, Informix, IBM, and Microsoft as the Company's database competitors.[212] But the *Salomon Smith Barney*, "Eye on Enterprise Software Weekly," analyst report on which Professor Hubbard relies, narrows the list of Oracle's "comparable" database competitors to Informix and Sybase.[213] A closer analysis of those companies reveals very mixed results during Oracle's 3Q FY01, which did not bode well for Oracle's database business. While Sybase reported a record quarter on January 18, 2001, its revenues increased only 10% year-over-year and its license sales grew only *6.8% year-over-year*.[214] Informix, on the other hand, had negative 24% revenue growth year-over-year and a *negative 38% growth* in year-over-year license sales for the same period.[215] This compares to Oracle's public guidance of 25% for license sales as a whole.[216]

---

[212] Oracle Corp.'s Form 10-K, May 31, 2001, at 5.

[213] Gretchen Teagarden, "Eye on Enterprise Software Weekly," *Salomon Smith Barney*, Feb. 16, 2001.

[214] "Sybase Announces Best Annual and Quarterly Earnings Ever," *PR Newswire*, Jan. 18, 2001.

[215] "Informix reports higher sequential revenue for fourth quarter 2000, fueled by strong license revenue growth," *M2 Presswire*, Jan. 25, 2001; Informix Corp.'s Form 10-K, Dec. 31, 2000, at 83; Informix Corp.'s Form 10-Q, Sept. 30, 2000, at 3.

[216] NDCA-ORCL 03317-61 at 23-24.

IBM and Microsoft also provide little support for Oracle's database business.  As I noted

earlier, IBM generated 50% database revenue growth during the period but did so by partnering with

a significant number of applications providers – "In Software, DB2, Websphere, and other

Middleware strength *is enabling a growing list of e-business software partnerships*."[217]  The quality

deficiencies of Oracle's applications products and Suite 11i's botched entry into the applications

market limited Oracle's ability to generate database sales from higher growth applications sales.

Microsoft, on the other hand, reported year-over-year revenue growth of only 8%.[218]  In fact, an

article cited by Professor Hubbard acknowledges that Microsoft had warned investors at the

beginning of Oracle's 3Q FY01 that a global slowdown would hit its earnings and revenues:

> Microsoft, a major stock in the Dow Jones index and a bellwether for the Nasdaq,
> warned that a global slowdown, lower personal computer sales and less corporate
> spending would hit both earnings and revenues.[219]

These results undermine Professor Hubbard's reliance on Oracle's competitors to gauge the

knowledge of Oracle's executives.

### 6.  The Diversity of Oracle's Customer Base Does Not Immunize the Company from the Adverse Results of an Economic Downturn

Professor Hubbard concludes that the diversity of Oracle's customer base protected its

revenues from being significantly affected by any single customer or sector.[220]  Professor Hubbard

---

[217]  John B. Jones, Jr. & Craig A. Ellis, "IBM: Reports Strong 4Q00; Well Positioned for 2001 – Detailed Note," *Salomon Smith Barney*, Jan. 18, 2001, at 8 (emphasis added).

[218]  Microsoft Press Release, "Microsoft Announces Record Quarterly Revenue and Income," Jan. 18, 2001.

[219]  Hubbard Report at 69 n.124.

[220]  Hubbard Report at 46-47.

- 62 -

supports this opinion with a statistical analysis showing that Oracle's top 50 customers represented

28% of its revenues between 3Q FY00 and 4Q FY01.[221]  In general, diversification can protect a

company's revenues from an economic downturn affecting various segments of the market.  But the

issue that Oracle faced in 3Q FY01 was not whether its revenues were protected, it was whether

Oracle's ability to reach Public Guidance could be affected by an economic downturn.  Defendants'

own statements at the end of the quarter reveal that Oracle's ability to reach Public Guidance was, in

fact, affected by a single sector of the market:

> *The dot-coms played some part in this.  But we knew going into the quarter,
> we had a big database comparison issue [with 3Q FY00]* and we knew that the dot-
> com segment was slowing down.  *I think in hindsight the dot-com ended up a bit
> worse than we thought*.  But we certainly anticipated – what we didn't realize – the
> filling factor, you know, obviously was the economy.
>
> If you take out – and if you look at our dot-com growth in the third quarter year-
> over-year, it was a negative 66 percent.  So it clearly was a huge decline year-over-
> year.[222]

The dot.com implosion at Oracle and the comments of defendant Henley cited above directly

contradict Professor Hubbard's opinion that Oracle's diverse customer base "underscor[ed] the

reasonableness of Defendants' statements."[223]  Oracle lost $73 million from the dot.com segment of

the market alone, which obviously had an adverse affect on Oracle's ability to reach Public

Guidance.  This evidence leads to the inescapable conclusion that Professor Hubbard's theory is

incorrect.  Not only does the diversity of Oracle's customer base not protect its Public Guidance

---

[221]   Hubbard Report at 48-49.

[222]   March 15, 2001 Oracle conference call transcript, NDCA-ORCL 129106-144 at 108-109
(emphasis added).

[223]   Hubbard Report at 47.

from a downturn in a single sector, it did not protect its Pubic Guidance from a downturn in a single part of a single sector.

### 7. Professor Hubbard Does Not Support His Opinion that an Economic Recession Was Necessary to Render Oracle's Forecasts Unreasonable

Professor Hubbard states that Oracle's public guidance and subsequent statements during the quarter were reasonable, in part, because the economy had not experienced a recession in Oracle's 3Q FY01.[224] Professor Hubbard cites the NBER Business Cycle Dating Committee ("Dating Committee") and statements of one of its members to support the conclusion that "prominent economists" did not think that "economic data available circa April 2001 even warranted consideration of whether the economy was in a recession."[225] Professor Hubbard also notes that the Dating Committee did not make an official determination until November 2001 that the recession started in March of that year.[226] The fundamental premise of Professor Hubbard's opinion is that even though the economy was declining, not until defendants knew of a recession would their public statements become unreasonable.[227]

Professor Hubbard's opinion is baseless as he does not explain or provide any support for his opinion that a recession was necessary to undermine Oracle's Public Guidance.[228] He does not cite any internal evidence suggesting that Oracle would reach Public Guidance if the economy stayed

---

[224]    Hubbard Report at 7, 74-76.

[225]    *Id.* at 7, 75.

[226]    *Id.* at 74-75.

[227]    *Id.*

[228]    *Id.* at 74-76.

"on the edge of a recession" as many economists thought at the time or any external evidence supporting his opinion. In fact, he disregards internal evidence available throughout 3Q FY01, which showed defendants that Oracle's business was being adversely affected by the rapidly decelerating economic environment.[229]

Even if Professor Hubbard's opinion were supportable, however, opinions of leading economists varied at the time about whether the economy was in fact in a recession. Some very prominent economists held the view that the economy was in a recession in Oracle's 3Q FY01:

- *The Boston Globe* – 2/1/01 – "'*What we're seeing here, in the numbers so far, is that one sector of the economy is in a bona fide recession; that's manufacturing*,' said Wayne Ayers, chief economist at FleetBoston Financial."[230]

- *Chicago Tribune* – 2/1/01 – "'*The economy's in a recession and the Fed is responding accordingly*,' said Steve Roach, chief economist at Morgan Stanley Dean Witter."[231]

What is clear from the statements in the marketplace, the statements of the FOMC, the actions of the FOMC, and the data available through the very economic indicators that Professor Hubbard cites is that Oracle was facing a rapidly decelerating economic environment in 3Q FY01 – an environment that was fairly characterized at the time as a major macroeconomic change from the economic environment that Oracle faced in 3Q FY00. Mr. Ellison acknowledged that under these circumstances, Oracle's forecasting process is unreliable.[232]

---

[229]   Goedde Report at 26-50.

[230]   Sue Kirchhoff, "Fed Cuts Rate Again in Bid to Add a Spark," *The Boston Globe*, Feb. 1, 2001, at A1 (emphasis added).

[231]   William Neikirk, "Fed Attacks U.S. Slowdown with Rate Cuts; Analysts: Action Not a Quick Cure," *Chicago Tribune*, Feb. 1, 2001, at N1 (emphasis added).

[232]   Goedde Report at 17-18.

**D.      Professor Hubbard Fails to Address a Variety of Evidence that Undermines His Opinion that Defendants Were Reasonable in Their Belief that Oracle Was Not Being Affected by the Downturn in the Economy and Was Likely to Make Its Guidance**

Apart from his economic analysis (which as discussed above does not support his opinion), Professor Hubbard bases his conclusion that defendants were reasonable in believing that Oracle would meet guidance almost exclusively on Oracle's Potential Forecast in 3Q FY01 (and the historical conversion analysis that, in large part, formed of that forecast).[233]  Professor Hubbard fails to mention, however, Mr. Ellison's testimony that he did not rely on Ms. Minton's upside adjustments and the Potential Forecast that was the result of those adjustments.[234]  Mr. Ellison did not consider Ms. Minton's upside adjustments to be particularly reliable and characterized them as a "mood ring."[235]  Mr. Ellison's testimony undermines Professor Hubbard's reliance on the potential forecast to evaluate Oracle's performance and defendants' beliefs in light of that performance.

Professor Hubbard also disregards a variety of other facts in reaching his opinion that defendants were reasonable in believing that Oracle would meet guidance, including major changes in the macroeconomic environment, Mr. Ellison's directive to add more risk to the field forecast, and changes in the product mix of Oracle's pipeline and forecast.  In fact, Professor Hubbard fails to discuss or even to mention a variety of key Oracle internal indicators (actually relied upon by defendants in 3Q FY01) that alerted defendants throughout 3Q FY01 that Oracle was unlikely to meet guidance.  All of these facts render Professor Hubbard's analysis of the potential forecast (and his conclusions based on that analysis) unreasonable.

---

[233]      Hubbard Report §VI.

[234]      Ellison 2/27/04 Tr. at 279-281.

[235]      *Id.*

1.    **Professor Hubbard Ignores Key Oracle Internal Indicators Informing Defendants that Oracle Was Being Adversely Affected by the Economic Downturn and that It Was Unlikely to Meet Guidance**

Mr. Ellison and Mr. Henley both testified that they used a variety of key indicators to gauge the health of Oracle's business. When asked to describe the key intra-quarter forecasting indicators at Oracle, Mr. Ellison gave a "pretty complete list" that Professor Hubbard has chosen largely to ignore:

> Early on, the pipeline – year over year pipeline growth, field sales forecast, financial – financial department forecast, sometimes called the upside report. Again, I'm trying to steer away from those funny names. I would say . . . actual results for the first and second months of the quarter and then going into the last ten business days of the quarter, the big deal report, the size of the – of the pipeline, if you will, or the size – the number – the number and size of the big deals that are potentially going to close this quarter. I think that's a pretty complete list.[236]

In addition, both Mr. Ellison and Mr. Henley testified that they tracked the behavior of the "growth gap" to measure the health of Oracle's business.[237]

In focusing his attention exclusively on the Potential Forecast (which, again, Mr. Ellison testified that he did not personally rely on as an indicator), Professor Hubbard avoids the difficult fact that each one of the other indicators mentioned by Mr. Ellison and Mr. Henley was alerting defendants throughout 3Q FY01 that Oracle was unlikely to make guidance.

a.    **Key Forecasting Indicator Ignored by Professor Hubbard: Actual Results**

Mr. Ellison testified that he relied on actual intra-quarter results to gauge the health of Oracle's business.[238] As I discussed in my opening report, Oracle's intra-quarter actual results in

---

[236]    Ellison 2/26/04 Tr. at 179:6-19.

[237]    Henley 3/2/04 Tr. at 103:14-104:25; Ellison 2/26/04 Tr. at 86:9-88:17; Ellison 2/27/04 Tr. at 417:17-421:22.

3Q FY01 revealed to defendants that Oracle was being adversely affected by the economy and was not on track to meet guidance. The January 17, 2001 Larry Garnick Flash Report (distributed to defendants and Ms. Minton, among others) disclosed to defendants that, based on December actual results, Oracle was feeling the impact of the economy and that it was likely to miss Public Guidance.[239] According to that report (after adjusting OPI for Covisint) all three of Oracle's U.S. divisions (representing approximately 52% of Oracle's license revenues) had negative license revenue growth trends (NAS: -24%; OSI: -81%; OPI -85%)[240] by the end of December. For the month of December, actual total license growth was only 1% (compared to Public Guidance of 25%).[241] These results indicated to defendants that by the end of December (based on historical trends) Oracle was projecting to miss Public Guidance by $391 million.[242]

The February 8, 2001 Garnick Flash Report disclosed to defendants that actual results had improved little for Oracle in January. By the end of January, all three U.S. divisions still had negative growth rates (NAS: -33%; OSI: -17%; OPI: -63% (adjusting for Covisint)) and total license growth was only 8%.[243] These results indicated to defendants that by the end of January (based on historical trends) Oracle was projecting to miss Public Guidance by $315 million.[244] In addition, as discussed in my opening report, throughout the quarter defendants and Ms. Minton received negative

---

[238]    Ellison 2/26/04 Tr. at 179:6-19.

[239]    Minton 9/25/06 Ex. 43.

[240]    The majority of Oracle's miss in 3Q FY01 came from NAS and OSI.

[241]    Minton 9/25/06 Ex. 43.

[242]    Goedde Report Ex. 17.

[243]    Minton 9/25/06 Ex. 45.

[244]    Goedde Report Ex. 17.

information from all three U.S. divisions regarding their December and January performance and forecasts.[245] This information informed defendants and Ms. Minton that Oracle was not on track to meet its Guidance.[246] In reaching his opinions, Professor Hubbard fails to discuss or even mention Oracle's 3Q FY01 intra-quarter actual results or any of this negative information from the U.S. divisions.

### b.  Key Forecasting Indicator Ignored by Professor Hubbard: Pipeline Growth

Mr. Ellison considered year-over-year pipeline growth to be a key forecasting indicator.[247] As discussed in my opening report, the behavior of the pipeline also informed defendants that Oracle was being adversely impacted by the economic downturn and by problems that Oracle was experiencing with its 11i applications products.[248] While year-over-year pipeline growth was 52% on December 11, 2000, it dropped sharply by $300 million to 32% by December 25, 2000.[249] The collapse continued throughout the quarter. In addition to the $300 million drop in December, Oracle's pipeline collapsed by $544 million through February 5, 2001, and by a total of $807 million for the entire 3Q FY01 ($600 million of which came from applications deals).[250] By contrast, the pipeline for the same period in the prior year increased by $69 million in December 1999 and

---

[245]   Goedde Report at 42-50.

[246]   *Id.*

[247]   Ellison 2/26/04 Tr. at 179:6-19.

[248]   Goedde Report at 36.

[249]   Minton 9/25/06 FR Exs. 22A, 24A

[250]   Goedde Report Ex. 20.

January 2000 and lost only $340 million for the entire 3Q FY00 quarter.[251] As discussed below and in my opening report, Oracle experienced accelerating pipeline declines beginning in 1Q FY01 and continuing through 4Q FY01.[252]

The behavior of the pipeline informed defendants that Oracle was being adversely affected by the economic downturn and the problems with its products. Combined with the other indicators, it also informed defendants that Oracle was not on track to meet Public Guidance. Professor Hubbard fails to discuss or even mention this key internal indicator when reaching his opinions.

c.   Key Forecasting Indicator Ignored by Professor Hubbard: Growth Gap

Mr. Henley and Mr. Ellison testified that they relied on the Growth Gap, the spread between forecasted license revenue growth rates and the pipeline growth rates, to measure the health of Oracle's business.[253] Since both metrics appeared on the first page of the Upside Report, defendants were informed of the behavior of the growth gap throughout 3Q FY01.[254] In 3Q FY01, the growth gap showed that Oracle was forecasting license revenues to grow at a more rapid rate than the pipeline was growing. Compared to prior quarters, the gap between pipeline growth and forecasted revenue growth was shrinking in 3Q FY01 and was even negative at the end of December and into January.[255] As I explained in my opening report, a negative growth gap is important because it

---

[251]   *Id.*

[252]   Goedde Report Ex. 10.

[253]   Ellison 2/26/04 Tr. at 86:9-88:17; Ellison 2/27/04 Tr. at 417:17-421:22; Henley 3/2/04 Tr. at 103:14-104:25.

[254]   Minton 9/25/06 FR Ex. 24A.

[255]   Goedde Report Ex. 13.

indicates that the forecast target is less likely to be met. As Mr. Ellison noted, it would be "incautious to . . . forecast sales growth without underlying pipeline growth."[256]

The growth gap, which both Mr. Ellison and Mr. Henley followed as an indicator of the health of Oracle's business, was indicating in 3Q FY01 that Oracle's business was being negatively affected. Professor Hubbard fails to discuss or even mention the behavior of the growth gap in reaching his conclusions.

> **d.    Key Forecasting Indicator Ignored by Professor Hubbard: Field Forecast**

Contrary to Professor Hubbard's dependence on the Potential Forecast, the evidence that I have reviewed suggests that Mr. Ellison instead relied on the field forecast to analyze Oracle's business throughout the quarter. That evidence includes Mr. Ellison's own testimony and the directive that he gave to the field in 2Q FY01 to increase the risk in the forecast.[257] The Field Forecast, throughout 3Q FY01, informed Mr. Ellison that even after the effect of his directive (which added additional risk to the Field Forecast), Oracle was not on track to meet its guidance. In fact, the Field Forecast projected that Oracle would not meet its Public Guidance of 12 cents per share throughout 3Q FY01.[258] Mr. Ellison was aware that he had directed the field to add more risk to its forecast to reduce the effect of sandbagging and that doing so eliminated the need for Minton's upside.[259]

---

[256]    Ellison 2/26/04 Tr. at 87:4-5.

[257]    Ellison 2/27/04 Tr. at 279-281; Ellison 9/21/06 Ex. 110; Ellison 9/21/06 Tr. at 425:23-426:7.

[258]    Goedde Report Ex. 12.

[259]    Ellison 9/21/06 Ex. 110; Ellison 9/21/06 Tr. at 425:23-426:7.

The behavior of the field forecast was out of line with historical practice and was thus a red flag that Oracle would not meet Public Guidance. The field historically tended to increase its forecast early in the quarter as deals became more certain. In 3Q FY01, however, the behavior of the Field Forecast remained generally flat during December and January.[260]  In fact, "AVPs [were] Beginning to Voice Concern" in the month of December and "AVPs [were] Reluctant to Raise Their Forecast" in the month of January.[261]  The behavior of the field not only belies defendants' claim that Oracle had not experienced a slowdown in its business but also indicated to defendants that Oracle was unlikely to meet guidance. Professor Hubbard fails to discuss or even mention the behavior of the Field Forecast in 3Q FY01.

Evidence that I have reviewed also suggests that, throughout 3Q FY01, the field informed Ms. Minton of the negative effects of the macroeconomic decline through its forecast for 4Q FY01. For example, in the January 15, 2001 Americas Forecast Package, reviewed by Ms. Minton on weekly calls, OSI was forecasting license revenue growth of -7% for 4Q FY01[262] and OPI was forecasting license revenue growth of -16% for 4Q FY01.[263]  Only NAS was forecasting positive license revenue growth (19%), but its 4Q FY01 forecast had decreased by $65 million since the previous forecast submission.[264]  In total, the America's divisions were forecasting only 3% total

---

[260]    Goedde Report Ex. 12.

[261]    Roberts 6/22/06 Ex. 27 at NDCA-ORCL 179337.

[262]    NDCA-ORCL 099009-014 at 014.

[263]    *Id.*

[264]    *Id.*

license revenue growth for 4Q FY01 (significantly below Ellison's 30% growth target).[265] These 4Q FY01 forecast numbers remained low and Ms. Minton was consistently alerted to them throughout 3Q FY01.[266] These numbers, forecasting negative growth trends in two of Oracle's U.S. divisions and extremely low overall growth for the total Americas division, informed Ms. Minton throughout 3Q FY01 that Oracle's business was being negatively affected by the decline in the economy.

After finishing my opening report, I received and reviewed a copy of an affidavit that Ray Lane, former President and Chief Operating Officer of Oracle, submitted in a case against Oracle in Delaware.[267] Mr. Lane's affidavit confirms Mr. Ellison's testimony that he and other defendants regularly relied on actual intra-quarter license results, pipeline data and the growth gap, and information from the field to gauge the health of Oracle's business.[268] Additionally, Mr. Lane's affidavit corroborates my opinion that these indicators informed defendants throughout 3Q FY01 that Oracle's license business was deteriorating.[269]

Each of the foregoing indicators informed defendants, early in the quarter, that Oracle's business was being negatively affected by the economic downturn and that Oracle was unlikely to meet its guidance. These indicators and Professor Hubbard's failure to discuss or even mention

---

[265]    *Id.*

[266]    NDCA-ORCL 089097-102 at 102; NDCA-ORCL 078852-557 at 557; NDCA-ORCL 078985-990 at 990; NDCA-ORCL 080061-066 at 66; NDCA-ORCL 079227-232 at 232.

[267]    Affidavit of Raymond J. Lane filed in *In re Oracle Corp. Derivative Litigation*, Consolidated Civil Action No. 18751 (Del. Ch. Ct., New Castle County).

[268]    *Id.*

[269]    *Id.*

them belie his opinion that defendants were reasonable in believing that Oracle would make its guidance. They also undermine Professor Hubbard's dependence on the Potential Forecast.

### 2. Professor Hubbard's Opinions on Oracle's Forecast Process Ignore Additional Significant Facts that Defendants Knew Rendered the Potential Forecast Unreliable

According to Professor Hubbard, Oracle was reasonable in believing that it would make its 3Q FY01 guidance based on the Potential Forecast prepared by Oracle Corporate Finance (headed by Jennifer Minton).[270] He reaches this opinion despite ignoring the "key" forecasting indicators discussed above and without considering a number of additional factors that rendered Ms. Minton's upside analysis unreliable in 3Q FY01. In particular, Professor Hubbard ignores Mr. Ellison's directive to the sales force that resulted in additional risk being added to the Field Forecast, ignores the change in the product mix of Oracle's pipeline and forecast, and attempts to credit Oracle for considering the economic environment despite Ms. Minton's failure to adjust for the macroeconomic change facing Oracle in 3Q FY01. Any reasonable forecaster would conclude that the failure to adjust for these factors rendered Ms. Minton's Potential Forecast, which (as will be explained below) relied almost exclusively on a year-over-year comparison, unreliable. Contrary to Professor Hubbard's opinion, defendants were well aware of these facts and were not reasonable in believing that Oracle would make its guidance based on the Potential Forecast.

As discussed in my opening report, Ms. Minton described Oracle's forecast process. Every business unit at Oracle created a revenue forecast ("Field Forecast") that they submitted to the corporate financial planning and analysis department ("Corporate Finance Department").[271] The

---

[270]    Hubbard Report at 94-95, ¶198.

[271]    Minton 4/21/05 Tr. at 23-24.

Field Forecast included both the revenue projection by the sales force as well as management judgment by sales managers, division heads, and business unit heads.[272] Ms. Minton, along with her staff, would take those Field Forecasts and make management judgment adjustments called "upside" adjustments to create what Ms. Minton called the "real company consolidated forecast" ("Potential Forecast").[273]

According to Ms. Minton, the upside adjustment was based on several factors but began with the pipeline conversion factor for the same corresponding period in the prior year.[274] In other words, she estimated Oracle's forecast in 3Q FY01 by applying to the then-current pipeline the ratio of the pipeline at a particular point in 3Q FY00 to the value of the deals that actually closed at the end of 3Q FY00. She then reviewed information about prospective deals from weekly conference calls among North and South American executives, called "Americas' Forecast conference calls" and spoke with field finance personnel (who reported to her or eventually reported to her) and other personnel. Ms. Minton testified that she did not specifically consider any macroeconomic factors in her upside adjustment.[275]

Although Ms. Minton testified that her upside adjustment was based on this "variety of factors" (and Professor Hubbard concluded that this "variety of factors" would have taken into account any macroeconomic change), in fact, a comparison of Ms. Minton's Potential forecast in 3Q FY01 to the number that is calculated using Ms. Minton's historical "license pipeline conversion

---

[272]    *Id.* at 110-111, 118; NDCA-ORCL 221509-517; NDCA-ORCL 096184-198; NDCA-ORCL 096056-071.

[273]    Minton 4/21/05 Tr. at 104-105.

[274]    *Id.* at 122:3-15, 123-124, 178-179.

[275]    *Id.* at 135:7-136:12.

analysis" (simply applying the 3Q FY00 conversion ratio to the corresponding 3Q FY01 pipeline for

that week) shows that Ms. Minton's upside adjustment in 3Q FY01 was based almost exclusively on

historical conversion analysis.[276] As shown in Exhibit 4, throughout 3Q FY01 the Potential Forecast

tracked the number calculated using the pipeline conversion analysis almost exactly.[277] Compared to

1Q FY01 and 2Q FY01, which had average differences of 8% and 5%, respectively, in 3Q FY01 the

average difference between Ms. Minton's forecast and the number calculated using the pipeline

conversion analysis was 0%.[278] This comparison shows that in 3Q FY01 Ms. Minton was making

upside adjustments to the field forecast which brought her potential forecast almost exactly in line

with (or even higher than) the revenue figure that would be expected if Oracle was able to convert

the exact same percentage of deals that it converted in 3Q FY00.[279] This analysis shows that

although Ms. Minton testified that she relied on a "variety of factors," in reality she was predicting

almost an exact repeat of 3Q FY00.

<div align="center">

**a.    The Major Macroeconomic Change Facing Oracle
Rendered the Potential Forecast Unreliable**

</div>

As I discussed in my opening report and in this rebuttal report, Oracle was facing a major

macroeconomic change that directly affected its market heading into 3Q FY01 and that Mr. Ellison

testified would make Oracle's forecasting process unreliable.[280] Professor Hubbard ignores direct

evidence showing that Oracle was already seeing the effect of the economic downturn on its business

---

[276]    Goedde Rebuttal Ex. 4.

[277]    *Id.*

[278]    *Id.*

[279]    *Id.*

[280]    Ellison 9/21/06 Tr. at 385:7.

at the beginning of 3Q FY01, which rendered Oracle's forecasting process unreliable. For example, in January 2001, Oracle's field and business heads were reporting that Oracle's own dot.com bubble had burst.[281] Revenues from dot.com business, which were at their peak in 3Q FY00, had been declining sequentially since 4Q FY00.[282] This dramatic deterioration significantly impacted and directly undermined the year-over-year trend analysis that was Ms. Minton's upside process.

Mr. Ellison was cognizant of the effects of such a macroeconomic change on Oracle's forecasting process. He testified that in times of sudden growth in the economy or sudden shrinkage in the economy – "you can't extrapolate anymore."[283] Nonetheless, as described in my opening report, Ms. Minton's upside adjustment for the 3Q FY01 forecast that formed the basis of Oracle's Public Guidance was precisely the type of extrapolation that Mr. Ellison claimed would not work in times of sudden change in the economy. As discussed above, Ms. Minton relied almost exclusively on a year-over-year comparison to calculate the Potential Forecast.[284] The decelerating economic environment facing Oracle in 3Q FY01, however, was the precise opposite of the aggressive growth experienced in 3Q FY00. Ms. Minton's conversion analysis assumed that Oracle would close as high a percentage (sometimes higher) of its pipeline as it had in the previous year (in a booming economy).[285] The comments of the Federal Reserve in 3Q FY00 and 3Q FY01 document the

---

[281]    Winton 5/26/06 Ex. 48.

[282]    Goedde Report Ex. 5.

[283]    Ellison 9/21/06 Tr. at 385:7.

[284]    Goedde Rebuttal Ex. 4.

[285]    *Id.*

downturn in the economy and in the software market that rendered a 3Q FY01 extrapolation based on 3Q FY00 unreliable.[286]

To test the reliability of Ms. Minton's historical conversion ratio analysis, I calculated a forecast using the prior year conversion ratio multiplied by the pipeline at a similar time period in the quarter and compared it to actual revenue for each quarter in FY01.[287]   I found that the macroeconomic changes facing Oracle had rendered the application of its historical conversion analysis less accurate throughout FY01.[288]   In the last two quarters of FY00 (when the economy was at its peak) the application of the historical conversion ratio to the pipeline yielded numbers that varied from actual results by an average of 4% and -5%, respectively.[289]   This same calculation, however, resulted in much higher average differences of -17% in 1Q FY01 and -11% in 2Q FY01.[290] Ms. Minton and Mr. Henley, who testified that they paid close attention to historical conversion ratios, would have been well aware of this change.[291]

Despite the faltering accuracy of the historical pipeline analysis, however, Ms. Minton continued to apply the historical conversion ratio to generate guidance in 3Q FY01.[292]   Mr. Henley testified that Oracle's pipeline at the beginning of 3Q FY01 was "too good to be true" and that

---

[286]   *See* §V.B.1., *supra.*

[287]   Goedde Rebuttal Ex. 5.

[288]   *Id.*

[289]   *Id.*

[290]   *Id.* Not surprisingly, this trend continued throughout FY01.  The average differences in 3Q FY01 and 4Q FY01 were 16% and 15%, respectively.

[291]   Henley 11/16/06 Tr. at 261:20-262:7; Minton 4/21/05 Tr. at 122:1-15, 219:14-25.

[292]   Goedde Rebuttal Ex. 4.

"nobody believed it."[293]  Despite this and despite all signs that the economy in 3Q FY01 was completely different from the boom economy that Oracle faced in 3Q FY01, Ms. Minton applied the historical conversion ratio from 3Q FY00 to that "too good to be true" pipeline to estimate guidance – not surprisingly (and as defendants knew) this process resulted in a guidance that was unreliable and unreachable.[294]

In addition, throughout the quarter, despite every indication that the economy was faltering and that it was having a negative effect on Oracle's business, Ms. Minton continued to add upside to the forecast that resulted in a forecasted conversion ratio (the ratio of the current forecast to the current pipeline) which almost mirrored (or at times was higher) than the conversion ratio actually achieved in the boom economy of 3Q FY00.[295]

The internal Oracle evidence that I have reviewed informed defendants that Ms. Minton's conversion ratio calculations were no longer reliable.  As I discussed in my opening report, once the actual license revenue figures for December 2000 became available, it was clear to defendants that Oracle's conversion rate was lower than in previous years.[296]  In fiscal years 1999 and 2000, Oracle

---

[293].  Henley 11/16/06 Tr. at 354-356.

[294]  Professor Hubbard also concludes that Oracle was reasonable in providing guidance of 12 cents earnings per share based on the 11 cents earnings per share in 2Q FY01 and describes 3Q FY01 as an "unusual event" because the EPS was lower than that earned in 2Q FY01.  Hubbard Report at 98-99, ¶205.  However, I understand that plaintiffs allege that the 2Q FY01 results were falsified as a result of improperly recognized revenue and that defendants' expert, J. Duross O'Bryan, CPA, has conceded that Oracle's EPS in 2Q FY01 was not actually 11 cents.  Manipulated 2Q FY01 EPS would directly undermine Professor Hubbard's analysis.

[295]  Goedde Rebuttal Ex. 4.

[296]  Goedde Report at 20-21.

had an average conversion rate of 9.8% by the end of December.[297]   The conversion rate in

December 2000, however, was only 6.3% (excluding Covisint).[298]  By January, the conversion rate

had deviated even further from the historical average.   The average January quarter-to-date

conversion rate for fiscal years 1999 and 2000 was 18.3%.  Yet, it was only 12.8% in fiscal year

2001.[299] This data directly undermined Ms. Minton's application of the historical conversion ratio to

generate the Potential Forecast throughout 3Q FY01.

       Internal pipeline data available to defendants before and throughout the quarter also disclosed

to defendants deteriorating economic conditions that they knew would render Ms. Minton's Potential

Forecast unreliable.  From 3Q FY99 (the earliest data made available by Oracle) through 4Q FY00,

the pipeline at the beginning of the quarter and the pipeline at the end of the quarter declined very

little.[300]  Beginning in 1Q FY01, however, the pipeline declined significantly from the beginning of

the quarter to the end of the quarter.[301]  In the six quarters prior to FY01, the pipeline declined an

average of 9% from the start of the quarter – roughly $174 million.[302]  By contrast, the pipeline

deteriorated by 31% in 1Q FY01, representing a dollar decline of over $548 million.[303]  In 2Q FY01

the pipeline deteriorated by over $426 million (19%) and in 3Q FY01 the pipeline deteriorated by

---

[297]    Goedde Report Ex. 9.

[298]    *Id.*

[299]    *Id.*

[300]    Goedde Report Ex. 10.

[301]    *Id.*

[302]    *Id.*

[303]    *Id.*

over $800 million (27%).[304]  These increasing declines informed defendants that potential deals in the pipeline were being canceled or postponed during the quarter.

Defendants were well aware of the changes in the economy and their effect on Oracle's business.  It was unreasonable for Ms. Minton to fail to take into account the macroeconomic change and to apply upside that tracked, almost exactly, Oracle's achievement in the boom economy a year before.[305]  Professor Hubbard's conclusion that defendants were reasonable in believing that Oracle would make guidance based on Ms. Minton's faulty upside adjustments is itself unreasonable.

> **b.      Larry Ellison's Directive to Change the Forecasting Process Rendered Ms. Minton's Upside Adjustment Unreliable**

As discussed in my opening report, Mr. Ellison directed the field, in the fall of 2000, to add additional risk to its forecast.[306]  According to an email between OPI Finance personnel, Ellison's directive required the inclusion in the forecast of certain deals having a lower probability of winning than were included in previous forecasts.[307]  As evidenced by Ms. Minton's own testimony and e-mails, this change in the forecast process would have rendered Ms. Minton's upside process unnecessary.[308]

Ms. Minton explained that the rationale for upside adjustments was to adjust for the practice of salespeople and executives to underestimate their quarterly sales in order to consistently meet or

---

[304]    *Id.*

[305]    Goedde Rebuttal Ex. 4.

[306]    Goedde Report, §I.E.

[307]    Ellison 9/21/06 Ex. 110.

[308]    Minton 4/21/05 Tr. at 126, 154; NDCA-ORCL 151956-962 at 962.

exceed their forecasts, a practice called "sandbagging."[309]  According to Ms. Minton, this practice

was widespread at Oracle:

> [t]here was, particularly within the North America[n] sales organizations . . . [a]
> forecasting style… whereby nobody wanted to miss their commit forecast and they
> wanted to exceed it… there was pretty consistent behavior where the gentlemen in
> question in North America consistently exceeded their forecast, and therefore that's
> why the… upside adjustments were made, so that we could get to what we really
> thought we were going to do in a given quarter.[310]

In the fall of 2001, Mr. Henley requested an analysis of the accuracy of the field forecast.[311]

That analysis, circulated to Mr. Henley, Mr. Ellison, Ms. Minton, and the various business heads and

finance heads, found that, on average, the license forecast amounted to between 84% and 89% of the

actual license revenues.[312]  In response, on September 19, 2000, Ms. Minton forwarded the analysis

to various finance heads, informing them generally of Ellison's directive.[313]  She wrote:

> FYI. We need to work closely with management to improve the accuracy of
> the forecast. Larry made it clear that he wants everyone to submit realistic forecasts
> – he is not interested in "commit" numbers.[314]

Several emails indicate that, both at the field level and at the EVP level, the directive affected

the field forecast and information that Ms. Minton received about that forecast. An email between

finance directors in OPI summarizes the effect of the directive on the forecast delivered by the sales

force:

---

[309]    Minton 4/21/05 Tr. at 126, 154.

[310]    *Id*. at 154.

[311]    NDCA-ORCL 151956-962 at 961.

[312]    *Id*.

[313]    *Id*. at NDCA-ORCL 151962.

[314]    *Id*.

- 82 -

> This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment. It was the amount that you believed you could deliver at a minimum. That emphasis has shifted . . . and now our forecast is a number that includes more risk than in the past.[315]

Whereas salespeople had typically submitted their "commit" forecasts or, in other words, the amount that they "believed [they] could deliver at a minimum," in the fall of 2000 Mr. Ellison directed these salespeople to include additional deals.[316] The addition of those deals, which would not have been included in the past because the salespeople were not comfortable enough that they would close, increased the risk in the Field Forecast. Mr. Ellison directed the sales force to submit forecasts which exceeded their comfort levels, effectively changing Oracle's forecasting process from a "bottom-up" process into a "top-down" process.

An email from Mr. Sanderson to other EVPs shows that the directive also likely affected field level management judgment and the information that Ms. Minton received from EVPs on her weekly calls:

> [L]arry wants the evp's to do a better job of forecasting than we have in the past. [H]e says we continually understate where we are going to land. [T]his is typically true except for this last quarter. [L]et's make sure we factor in this historical perspective on our forecast calls. [H]ow, I'm not sure. [B]ut, let's make sure we at least consider this information.
>
> [F]or obvious reasons, pls don't forward this email due to sensitive info.[317]

In addition to the directing the salespeople to include additional risk in their individual forecasts, Mr. Ellison's directive put pressure on managers and executives to increase their forecasts, resulting thereby in more management judgment than had previously been included at the field level.

---

[315]   Ellison 9/21/06 Ex. 110.

[316]   *Id.*

[317]   NDCA-ORCL 028211-212.

In addition, Mr. Sanderson's email shows that the directive would have altered the information provided by EVPs on forecasting calls with Ms. Minton and defendants. Thus, Ellison's fall 2000 directive would have added several layers of additional risk to the Field Forecast and altered the information received by Ms. Minton on weekly calls.

Ms. Minton testified that the basis for her upside adjustments was to compensate for "sandbagging."[318] The directive's purpose was to eliminate sandbagging, thus eliminating the need for Ms. Minton's upside adjustments.[319] Despite the directive and her knowledge of its effects, however, Ms. Minton continued in 3Q FY01 to apply similar upside to the upside that she had applied in every other quarter.[320] The result was that Ms. Minton's upside adjustment of $159.5 million (and Oracle's subsequent Public Guidance) was overstated and unreliable.[321] Most certainly, a failure by Ms. Minton to adjust her upside process to take into account the effect of the directive on the Field Forecast (Professor Hubbard, himself, notes that Ms. Minton's upside adjustment was in line with previous adjustments)[322] was unreasonable and rendered the Potential Forecast unreliable.

Despite these changes, Professor Hubbard endorses Ms. Minton's forecast process and defendants' reliance on that process while failing to mention that that the underlying data had changed.

---

[318]   Minton 4/21/05 Tr. at 126.

[319]   *Id.*

[320]   Hubbard Report, Fig. 42 at 91.

[321]   Goedde Report Ex. 11.

[322]   Hubbard Report Ex. 42 at 91.

- 84 -

c.      The Change in the Mix of Oracle's Applications and
        Database Products Rendered Application of the
        Historical Conversion Ratio Unreliable

Professor Hubbard's opinions also completely ignore the fact that Oracle's product mix had

changed considerably in 3Q FY01 as compared to the year before.  As discussed above, Ms.

Minton's upside adjustment in 3Q FY01 was based almost entirely on the application of the actual

conversion ratio from 3Q FY00 to the "too good to be true" 3Q FY01 pipeline.[323]  The conversion

ratio in 3Q FY00, however, occurred in the context of a pipeline of database and ERP products that

Oracle had been selling for years.[324]  In 3Q FY01, the pipeline consisted of not only database and

(brand new) ERP products but also CRM products, which the Oracle sales force had little to no

experience selling.[325]  Applications products (at that time almost exclusively ERP) comprised only

18.1% of Oracle's license sales in 3Q FY99 and 18.6% in 3Q FY00.  In 3Q FY01, however,

applications products comprised 31.5% of Oracle's forecast (as of December 11, 2000).[326]

Applications were therefore a much more significant part of Oracle's forecast during 3Q FY01 than

they had been historically.  And, many of the applications products were completely new.[327]

More importantly for purposes of Ms. Minton's conversion analysis, Oracle's pipeline

contained a much higher percentage of applications deals in 3Q FY01 than it had historically.[328]  At

the beginning of 3Q FY01 Oracle's pipeline consisted of 42% applications deals and 58% database

---

[323]    Goedde Rebuttal Ex. 4.

[324]    Ellison 7/13/06 Tr. at 101:1-7.

[325]    *Id.*

[326]    Goedde Report Ex. 7.

[327]    Ellison 7/13/06 Tr. at 101:1-7.

[328]    Goedde Rebuttal Ex. 6.

deals.[329] At the beginning of 3Q FY00, in contrast, the pipeline consisted of 29% applications deals and 71% database deals.[330] Despite the completely different product mix in 3Q FY01, Ms. Minton applied almost exactly the same overall conversion ratio to the (significantly different) pipeline as that achieved in 3Q FY00.[331] This blind application is unreasonable for several reasons. First, historically the conversion rate for technology products at Oracle was higher than that for its applications products.[332] The average conversion rates for technology products in 3Q FY00, 4Q FY00 and 2Q FY01[333] were 65%, 67% and 58%, respectively (for an average of 63.3%).[334] In contrast, the average conversion rates for applications products in 3Q FY00, 4Q FY00 and 2Q FY01 were 40%, 38%, and 38%, respectively (for an average of 38.7%).[335] Despite the higher mix of applications products in Oracle's 3Q FY01 pipeline, however, Ms. Minton did not adjust her application of the historical conversion ratio to take this change into account.[336] Her failure to do so rendered her analysis unreliable.

In addition, the conversion ratio from 3Q FY00 was achieved when the sales force was selling established products that it was familiar with.[337] The significant difficulties involved in

---

[329]    *Id.*

[330]    *Id.*

[331]    Goedde Rebuttal Ex. 4.

[332]    Goedde Rebuttal Ex. 7.

[333]    As a result of missing reports, I was not able to perform this analysis for 1Q FY01.

[334]    *Id.*

[335]    *Id.*

[336]    Goedde Rebuttal Ex. 4.

[337]    Ellison 7/13/06 Tr. at 101:1-7.

Oracle's new applications product, Suite 11i, including inoperable demos and a lack of references, made the product difficult to sell. Ms. Minton and defendants were aware of these difficulties and their likely effect on Oracle's ability to sell its products.[338] These were difficulties that did not exist when Oracle converted 52.8% of its pipeline in 3Q FY00.[339] Applying the 3Q FY00 conversion ratio to a 3Q FY01 pipeline that was heavily weighted with troublesome and difficult to sell CRM and ERP products rendered Ms. Minton's process unreliable.

The foregoing facts undermine the basis of Professor Hubbard's opinions about the forecasting process. In fact, the changing macroeconomic environment, Mr. Ellison's directive, and Oracle's changing product mix undermine the following opinions by Professor Hubbard:

- The Potential was the most accurate predictor of Oracle's financial results;[340]

- The Potential growth rate was within the range of Oracle's historical growth rates;[341]

- Oracle's internal forecast was sufficiently high to give Oracle comfort about reaching Public Guidance;[342]

- The Potential was ahead of where it had been in 3Q FY00;[343]

- Public Guidance was conservative as it was below 12.82 cents per share forecasted by the Potential Forecast as of December 11, 2000;[344] and

- The Potential Forecast had been below Public Guidance in the past.[345]

---

[338]   See §V.C.4.d., *supra*.

[339]   Goedde Report Ex. 8.

[340]   Hubbard Report, §VI.

[341]   *Id.*

[342]   *Id.*

[343]   *Id.*

[344]   *Id.*

**E.     Professor Hubbard's Claim that Because Oracle's Licensing Revenues Are Uncertain, Defendants Did Not Know that It Would Miss Public Guidance Is Belied by the Evidence**

One of Professor Hubbard's primary bases for his opinion that defendants did not know that Oracle would miss its guidance is that Oracle's licensing revenues are uncertain due to their non-recurring nature and their timing during the quarter.[346] This opinion is belied by several facts. First, Mr. Ellison testified that he considers actual results for the first and second months of the quarter to be a key forecasting indicators.[347] Mr. Lane's affidavit corroborates Mr. Ellison's testimony that Mr. Ellison relied on intra-quarter actual results to measure the health of Oracle's business.[348]

Oracle has had consistent patterns of revenue throughout the years and, historically, Oracle's third quarter has been far less back-end loaded than any of Oracle's other quarters.[349] December is, on average, the largest revenue contributor of any first month in the quarter.[350] As I explained in my opening report, Oracle earned on average 22% of its revenues in December and 42% in the first two months combined.[351] Oracle's own data demonstrates that revenues are almost equally divided between the first two months and the third.[352] These percentages are statistically significant and

---

[345]     *Id.*

[346]     Hubbard Report, §V.B.2.

[347]     Ellison 2/26/04 Tr. at 179:6-19.

[348]     Affidavit of Raymond J. Lane filed in *In re Oracle Corp. Derivative Litigation*, Consolidated Civil Action No. 18751 (Del. Ch. Ct., New Castle County).

[349]     Goedde Report Ex. 25.

[350]     *Id.*

[351]     *Id.*

allowed defendants to assess whether Oracle was on track to reach Public Guidance following the end of each month in the Class Period.[353] As discussed above, intra-quarter actual results informed defendants in 3Q FY01 that Oracle was not on track to meet public guidance.[354]

Professor Hubbard also reaches the opinion that defendants were not aware of the decline in Oracle's business until the very end of 3Q FY01 based on a year-over-year comparison of big deals closed and big deals in the pipeline on a weekly basis.[355] This analysis is flawed for several reasons. First, Professor Hubbard bases his opinion that defendants were reasonable on a year-over-year comparison. The major change in the macroeconomic environment between 3Q FY00 and 3Q FY01, however, necessarily skews the analysis. As discussed in detail above, based on the macroeconomic indicators, defendants were aware that they could not expect Oracle's business to perform at the same rate that it had the year before.[356] Additionally, as discussed above, every internal indicator at Oracle informed defendants in 3Q FY01 that the macroeconomic decline was negatively affecting Oracle's business.[357] Nevertheless, as discussed in my opening report, I have reviewed evidence that suggests that Oracle's largest U.S. license division (NAS) had very few large

---

[352]    By failing to recognize the seasonality of Oracle's license revenues, Professor Hubbard presents a misleading historical analysis of the timing of Oracle's license sales (Hubbard's Hockey-Stick Analysis). According to Hubbard's analysis, Oracle achieved less than 35% of its licensing revenues in the first two months of the quarter going back to 1Q FY95.

[353]    Goedde Report Ex. 25.

[354]    See §D.1.a., *supra*.

[355]    Hubbard Report at 97, ¶202.

[356]    See §E.2.a, *supra*.

[357]    See §E.1., *supra*.

deals in its pipeline at the beginning of 3Q FY01 and that it failed to close a single deal over $5 million in the quarter.[358]

In concluding that defendants were reasonable in believing that Oracle would meet public guidance, Professor Hubbard fails to discuss or even mention the variety of key indicators that informed defendants, throughout 3Q FY01, that Oracle was being negatively affected by the economy and was not on track to meet guidance.[359] Aside from his economic analyses (which as discussed above do not support his opinions), Professor Hubbard bases his opinion almost solely on Oracle's Potential Forecast in 3Q FY01 and the historical conversion analysis that underlies it.[360] In doing so, however, Professor Hubbard disregards a variety of other evidence, including a major economic downturn, Mr. Ellison's directive to add more risk to the field forecast, and changes in the product mix of Oracle's pipeline and forecast — which render his opinions unreliable and unreasonable.[361]

I declare under penalty of perjury under the laws of the United States of America that the foregoing, as supplemented by the August 26, 2007 Declaration of Alan Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and the November 6, 2007 Declaration of Alan Goedde in Response to the Rebuttal Declaration of George Foster, is true and correct. Executed this 15th day of October, 2008, at Los Angeles, California.

_____
ALAN G. GOEDDE

---

[358]   Goedde Report at 42; Winton 5/26/06 Ex. 43; NDCA-ORCL 002653-717 at 704-706.

[359]   Hubbard Report §VI.; *see* §D., *supra.*

[360]   Hubbard Report §VI.

[361]   *See* §E., *supra.*

# EXHIBIT 1

# ADDITIONAL DOCUMENTS RELIED UPON IN
## REBUTTAL EXPERT REPORT
## BY ALAN G. GOEDDE, PH.D.

**Deposition Exhibits**

Ellison 7/13/06 Ex. 4
Ellison 7/13/06 Ex. 9
Ellison 7/13/06 Ex. 15
Ellison 7/13/06 Ex. 19
Ellison 7/13/06 Ex. 23
Ellison 7/13/06 Ex. 27
Ellison 7/13/06 Ex. 33
Ellison 7/13/06 Ex. 34
Ellison 7/13/06 Ex. 44
Ellison 7/13/06 Ex. 45
Ellison 9/21/06 Ex. 66
Ellison 3/30/07 Ex. 155

Henley 7/27/06 Ex. 19

Minton 9/25/06 Ex. 43
Minton 9/25/06 Ex. 45

Roberts 6/22/06 Ex. 21
Roberts 6/22/06 Ex. 24

Winton 5/26/06 Ex. 43

**Documents Produced by Defendants:**

NDCA-ORCL 002563-717
NDCA-ORCL 003215-247
NDCA-ORCL 003317-361
NDCA-ORCL 015827-6005
NDCA-ORCL 028211-212
NDCA-ORCL 028948
NDCA-ORCL 037221-303
NDCA-ORCL 078852-557
NDCA-ORCL 078985-990
NDCA-ORCL 079227-232
NDCA-ORCL 080061-066
NDCA-ORCL 081052-115
NDCA-ORCL 089097-102

NDCA-ORCL 096056-071
NDCA-ORCL 096184-198
NDCA-ORCL 099009-014
NDCA-ORCL 1053564-77
NDCA-ORCL 129106-144
NDCA-ORCL 129664-738
NDCA-ORCL 151956-962
NDCA-ORCL 153364-369
NDCA-ORCL 221509-517
NDCA-ORCL 430544-551
NDCA-ORCL 442698-699

**Periodicals and Newswires:**

Bob Deans, "Tax-cut backers get boost from economic data; Reports of slowing," *Austin American-Statesman (Texas)*, Jan. 31, 2001

David Leonhardt, "Labor Market Remains Tight, Despite Slowing Economy," *The New York Times*, June 6, 2001

"Informix reports higher sequential revenue for fourth quarter 2000, fueled by strong license revenue growth," *M2 Presswire*, Jan. 25, 2001

*Investor's Business Daily*, Jan. 5, 2001

Melanie Warner, "Fallen Idols," *Fortune*, Oct. 30, 2000

Sue Kirchhoff, "Fed Cuts Rate Again in Bid to Add a Spark," *The Boston Globe*, Feb. 1, 2001

"Sybase Announces Best Annual and Quarterly Earnings Ever," *PR Newswire*, Jan. 18, 2001

William Neikirk, "Fed Attacks U.S. Slowdown with Rate Cuts; Analysts: Action Not a Quick Cure," *Chicago Tribune*, Feb. 1, 2001

**Analyst Reports:**

John B. Jones, Jr. & Craig A. Ellis, "IBM: Reports Strong 4Q00; Well Positioned for 2001 – Detailed Note," *Salomon Smith Barney*, Jan. 18, 2001

Gretchen Teagarden, "Eye on Enterprise Software Weekly," *Salomon Smith Barney*, Feb. 16, 2001

**Federal Reserve Board Documents – Federal Open Market Committee ("FOMC"):**

FOMC – Monetary Policymaking, www.federalreserve.gov/fomc/
Minutes of the FOMC, Nov. 15, 2000, www.federalreserve.gov/FOMC/minutes/20001115.htm
Press Release, Nov. 15, 2000, www.federalreserve.gov/boarddocs/press/general/2000/20001115
Minutes of the FOMC, Nov. 16, 1999, www.federalreserve.gov/FOMC/minutes/19991116.htm
Minutes of the FOMC, Dec. 19, 2000, www.federalreserve.gov/FOMC/minutes/20001219.htm
Press Release, Dec. 19, 2000, www.federalreserve.gov/boarddocs/press/general/2000/20001219
Minutes of the FOMC, Dec. 21, 1999, www.federalreserve.gov/FOMC/minutes/19991221.htm
Press Release, Jan. 3, 2001, www.federalreserve.gov/boarddocs/press/general/2001/20010103
Minutes of the FOMC, Jan. 31-31, 2001,www.federalreserve.gov/FOMC/minutes/20010131.htm
Minutes of the FOMC, Feb. 1-2, 2000, www.federalreserve.gov/fomc/minutes/20000202.htm


**Miscellaneous:**

"Enterprise Resource Planning (ERP) – A Global Market Trend Report," *Global Industry Analysts, Inc.*, Jan. 2001

Microsoft Press Release, "Microsoft Announces Record Quarterly Revenue and Income," Jan. 18, 2001

Informix Corp.'s Form 10-K, Dec. 31, 2000
Informix Corp.'s Form 10-Q, Sept. 30, 2000

Oracle Corp.'s Form 10-K, May 31, 2000

Affidavit of Raymond J. Lane filed in *In re Oracle Corp. Derivative Litigation*, Consolidated Civil Action No. 18751 (Del. Ch. Ct., New Castle County)

S:\CasesSD\Oracle3\Experts\Rebuttal Goedde Documents Relied Upon List.doc

# EXHIBIT 2

**Oracle**

**Institute for Supply Management's Purchasing Managers' Index (PMI)[1]**

| | |
|---|---|
| January 2000 PMI | 56.7 |
| December 2000 PMI | 43.9 |
| % Change in PMI | (23%) |
| | |
| January 1999 PMI | 50.6 |
| December 1999 PMI | 57.8 |
| % Change in PMI | 14% |
| | |
| December 1999 PMI | 57.8 |
| December 2000 PMI | 43.9 |
| % Change in PMI | (24%) |

[1]http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls.

# EXHIBIT 3

**Oracle**
**Actual License Revenue Falls Short of Public Guidance**
**Q3 FY01**

| License Revenue | A<br>Q3 FY00 Actual<br>Results [1] | B<br>Public Guidance<br>% [2] | A*B=C<br>Public Guidance<br>Dollar | D<br>Q3 FY01 Actual<br>Results [3] | E<br>Actual<br>Growth % | D-C=F<br><br>Miss ($) |
|---|---|---|---|---|---|---|
| Database | $ 778,045,000 | 15% | $ 894,751,750 | $ 823,303,000 | 6% | (71,448,750) |
| Applications | $ 198,830,000 | 75% | $ 347,952,500 | $ 249,426,000 | 25% | (98,526,500) |
| Total License | $ 1,043,206,000 | 25% | $ 1,304,007,500 | $ 1,100,965,000 | 6% | (203,042,500) |

[1] Q3 FY00 Product Revenue Reporting Package (NDCA-ORCL-015827-016005 at 836).
[2] NDCA-ORCL 03215-03247 at 03221.
[3] Q3 FY01 Product Revenue Reporting Package (NDCA-ORCL-037221-037303 at 226).

# EXHIBIT 4



**Oracle**
**Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate**

Per Upside Reports, Minton 7/7/06 Tr. at FR 1-34.

Oracle
**Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate**

| | Forecast Date | Forecast Week | Pipeline Conversion Rate Prior Year | Potential Forecast | Current Pipeline | Potential Forecast - Pipeline Conversion Rate | Difference Between Prior Year Conversion Rate and Potential Forecast Conversion Rate | Quarterly Average |
|---|---|---|---|---|---|---|---|---|
| **Q3 FY00** | 12/13/99 | Week 2 | 50% | $956,116,000 | $2,054,968,000 | 47% | 4% | |
| | 1/10/00 | Week 6 | 49% | $980,015,000 | $2,055,499,000 | 48% | 1% | |
| | 1/24/00 | Week 8 | 49% | $968,858,000 | $2,058,399,000 | 47% | 2% | |
| | 2/7/00 | Week 10 | 49% | $938,920,000 | $2,058,399,000 | 46% | 3% | |
| | 2/14/00 | Week 11 | 52% | $950,259,000 | $1,818,384,000 | 52% | 0% | |
| | 2/28/00 | Week 13 | 52% | $973,541,000 | $1,816,384,000 | 54% | -2% | 1% |
| **Q4 FY00** | 3/13/00 | Week 2 | 56% | $1,797,694,000 | $3,310,748,000 | 54% | 2% | |
| | 4/10/00 | Week 6 | 54% | $1,645,550,000 | $3,472,373,000 | 47% | 7% | |
| | 4/24/00 | Week 8 | 54% | $1,620,424,000 | $3,472,373,000 | 47% | 7% | |
| | 5/24/00 | Week 12 | 59% | $1,635,522,000 | $3,267,241,000 | 50% | 9% | |
| | 5/29/00 | Week 13 | 59% | $1,664,279,000 | $3,267,241,000 | 51% | 8% | 6% |
| **Q1 FY01** | 6/19/00 | Week 2 | 59% | $890,785,000 | $1,765,898,000 | 50% | 8% | |
| | 7/3/00 | Week 4 | 60% | $893,553,000 | $1,737,782,000 | 51% | 8% | |
| | 7/17/00 | Week 6 | 63% | $844,700,000 | $1,584,737,000 | 53% | 10% | |
| | 7/31/00 | Week 8 | 60% | $784,509,000 | $1,567,331,000 | 50% | 10% | |
| | 8/7/00 | Week 9 | 63% | $761,447,000 | $1,349,003,000 | 56% | 7% | |
| | 8/14/00 | Week 10 | 64% | $758,242,000 | $1,309,074,000 | 58% | 6% | |
| | 8/28/00 | Week 12 | 68% | $773,605,000 | $1,217,368,000 | 64% | 5% | |
| | 8/28/00 | Week 12 | 68% | $743,605,000 | $1,217,368,000 | 61% | 7% | |
| | 8/29/00 | Week 12 | 68% | $732,685,000 | $1,217,368,000 | 60% | 8% | |
| | 8/31/00 | Week 12 | 68% | $756,741,000 | $1,217,368,000 | 62% | 6% | 8% |
| **Q2 FY01** | 9/11/00 | Week 2 | 59% | $1,095,113,000 | $2,280,236,000 | 48% | 11% | |
| | 9/25/00 | Week 4 | 56% | $1,016,585,000 | $2,285,073,000 | 44% | 11% | |
| | 9/25/00 | Week 4 | 56% | $1,120,585,000 | $2,285,073,000 | 49% | 7% | |
| | 10/5/00 | Week 6 | 53% | $1,141,246,000 | $2,352,287,000 | 49% | 4% | |
| | 10/16/00 | Week 8 | 52% | $1,144,078,000 | $2,319,243,000 | 49% | 3% | |
| | 11/13/00 | Week 12 | 58% | $1,150,688,000 | $2,032,129,000 | 57% | 1% | |
| | 11/27/00 | Week 14 | 62% | $1,143,247,000 | $1,853,940,000 | 62% | 1% | 5% |
| **Q3 FY01** | 12/11/00 | Week 2 | 50% | $1,420,272,000 | $2,961,737,000 | 48% | 2% | |
| | 1/15/01 | Week 6 | 50% | $1,360,483,000 | $2,691,176,000 | 51% | 0% | |
| | 1/22/01 | Week 8 | 50% | $1,359,507,000 | $2,649,859,000 | 51% | -1% | |
| | 2/5/01 | Week 10 | 50% | $1,275,265,000 | $2,417,909,000 | 53% | -3% | |
| | 2/12/01 | Week 11 | 57% | $1,280,441,000 | $2,296,078,000 | 56% | 1% | |
| | 2/26/01 | Week 13 | 57% | $1,276,400,000 | $2,154,872,000 | 59% | -3% | |
| | 2/27/01 | Week 13 | 57% | $1,239,639,000 | $2,154,872,000 | 58% | -1% | |
| | 2/28/01 | Week 13 | 57% | $1,137,637,000 | $2,154,872,000 | 53% | 4% | 0% |

Per Upside Reports at budget rates, unless otherwise noted.
[1] FY01 per Oracle Q4 FY01 Quarterly Financial Reference Book. NDCA-ORCL 1913524-1913684 at 1913682.

# EXHIBIT 5

**Oracle**
**Prior Year's Conversion Rate as a Forecaster of Actual Revenue[1]**
**Data per Upside Reports[2]**



[1] 0% indicates that the prior year's conversion rate, when applied to the current pipeline, was a perfect indicator of actual revenue.
[2] Minton 7/7/06 Tr. at FR 1-34; Quarterly Financial Reference Book NDCA-ORCL 1913524-1913684 at 1913682.

Oracle
**Prior Year's Conversion Rate as a Forecaster of Actual Revenue**

| | Forecast Date | Forecast Week | A Current Pipeline | B Pipeline Conversion Rates Prior Year | A*B=C Forecast Using Prior Year Conversion Rate and Current Pipeline | D Current Quarter Actuals [1] | D-C=E Actual Deviation From Forecast ($) | E/C=F Actual Deviation From Forecast (%) | Average Quarterly Actual Deviation From Forecast (%) |
|---|---|---|---|---|---|---|---|---|---|
| **Q3 FY00** | 12/13/99 | Week 2 | $2,054,968,000 | 50% | 1,033,691,809 | $1,029,792,000 | ($3,899,609) | 0% | |
| | 1/10/00 | Week 6 | $2,055,499,000 | 49% | 1,002,522,881 | $1,029,792,000 | $27,269,119 | 3% | |
| | 1/24/00 | Week 8 | $2,058,399,000 | 49% | 1,003,923,142 | $1,029,792,000 | $25,868,858 | 3% | |
| | 2/7/00 | Week 10 | $2,058,399,000 | 49% | 1,003,923,142 | $1,029,792,000 | $25,868,858 | 3% | |
| | 2/14/00 | Week 11 | $1,818,384,000 | 52% | 945,431,115 | $1,029,792,000 | $84,360,885 | 9% | |
| | 2/28/00 | Week 12 | $1,816,384,000 | 52% | 944,391,256 | $1,029,792,000 | $85,400,744 | 9% | 4% |
| **Q4 FY00** | 3/13/00 | Week 2 | $3,310,748,000 | 56% | 1,868,414,834 | $1,797,955,000 | ($70,459,834) | -4% | |
| | 4/10/00 | Week 6 | $3,472,373,000 | 54% | 1,878,729,590 | $1,797,955,000 | ($80,774,590) | -4% | |
| | 4/24/00 | Week 8 | $3,472,373,000 | 54% | 1,878,725,483 | $1,797,955,000 | ($80,770,483) | -4% | |
| | 5/24/00 | Week 12 | $3,267,241,000 | 59% | 1,913,690,145 | $1,797,955,000 | ($115,735,145) | -6% | |
| | 5/29/00 | Week 13 | $3,267,241,000 | 59% | 1,913,690,145 | $1,797,955,000 | ($115,735,145) | -6% | -5% |
| **Q1 FY01** | 6/19/00 | Week 2 | $1,765,898,000 | 59% | 1,037,187,520 | $771,245,000 | ($265,922,520) | -26% | |
| | 7/3/00 | Week 4 | $1,737,782,000 | 60% | 1,036,075,985 | $771,245,000 | ($264,830,985) | -26% | |
| | 7/17/00 | Week 6 | $1,584,737,000 | 63% | 1,001,433,143 | $771,245,000 | ($230,188,143) | -23% | |
| | 7/31/00 | Week 8 | $1,567,331,000 | 60% | 946,759,352 | $771,245,000 | ($175,514,352) | -19% | |
| | 8/7/00 | Week 9 | $1,349,003,000 | 63% | 850,263,565 | $771,245,000 | ($79,018,565) | -9% | |
| | 8/14/00 | Week 10 | $1,309,074,000 | 64% | 836,228,016 | $771,245,000 | ($64,983,016) | -8% | |
| | 8/28/00 | Week 12 | $1,217,368,000 | 68% | 833,099,199 | $771,245,000 | ($61,854,199) | -7% | |
| | 8/28/00 | Week 12 | $1,217,368,000 | 68% | 833,099,199 | $771,245,000 | ($61,854,199) | -7% [2] | |
| | 8/29/00 | Week 12 | $1,217,368,000 | 68% | 833,099,199 | $771,245,000 | ($61,854,199) | -7% [2] | |
| | 8/31/00 | Week 12 | $1,217,368,000 | 68% | 833,099,199 | $771,245,000 | ($61,854,199) | -7% [2] | -17% |
| **Q2 FY01** | 9/11/00 | Week 2 | $2,280,236,000 | 59% | 1,336,004,924 | $1,093,193,000 | ($244,811,924) | -18% | |
| | 9/25/00 | Week 4 | $2,285,073,000 | 56% | 1,272,833,459 | $1,093,193,000 | ($179,640,459) | -14% | |
| | 9/25/00 | Week 4 | $2,285,073,000 | 56% | 1,272,833,459 | $1,093,193,000 | ($179,640,459) | -14% [2] | |
| | 10/5/00 | Week 6 | $2,352,287,000 | 53% | 1,237,884,204 | $1,093,193,000 | ($144,691,204) | -12% | |
| | 10/16/00 | Week 8 | $2,319,243,000 | 52% | 1,214,111,851 | $1,093,193,000 | ($120,918,851) | -10% | |
| | 11/13/00 | Week 12 | $2,032,129,000 | 58% | 1,173,716,345 | $1,093,193,000 | ($80,523,345) | -7% | |
| | 11/27/00 | Week 14 | $1,853,940,000 | 62% | 1,153,664,066 | $1,093,193,000 | ($60,471,066) | -5% | -11% |
| **Q3 FY01** | 12/11/00 | Week 2 | $2,961,737,000 | 50% | 1,484,194,921 | $1,100,965,000 | ($383,229,921) | -26% | |
| | 1/15/01 | Week 6 | $2,691,176,000 | 50% | 1,346,262,157 | $1,100,965,000 | ($247,297,157) | -18% | |
| | 1/22/01 | Week 8 | $2,649,859,000 | 50% | 1,325,692,249 | $1,100,965,000 | ($224,727,249) | -17% | |
| | 2/5/01 | Week 10 | $2,417,909,000 | 50% | 1,209,650,483 | $1,100,965,000 | ($108,685,483) | -9% | |
| | 2/12/01 | Week 11 | $2,296,078,000 | 57% | 1,300,320,920 | $1,100,965,000 | ($199,355,920) | -15% | |
| | 2/26/01 | Week 13 | $2,154,872,000 | 57% | 1,221,696,484 | $1,100,965,000 | ($120,731,484) | -10% | |
| | 2/27/01 | Week 13 | $2,154,872,000 | 57% | 1,221,696,484 | $1,100,965,000 | ($120,731,484) | -10% [2] | |
| | 2/28/01 | Week 13 | $2,154,872,000 | 57% | 1,221,696,484 | $1,100,965,000 | ($120,731,484) | -10% [2] | -16% |
| **Q4 FY01** | 3/11/01 | Week 2 | $4,230,048,000 | 54% | 2,297,195,664 | $1,818,480,000 | ($678,715,664) | -30% | |
| | 4/9/01 | Week 6 | $3,725,434,000 | 52% | 1,928,987,090 | $1,818,480,000 | ($310,507,090) | -16% | |
| | 5/28/01 | Week 13 | $2,920,450,000 | 55% | 1,607,116,732 | $1,818,480,000 | $11,363,268 | 1% | -15% |

Per Upside Reports at budget rates, unless otherwise noted.
[1] FY01 per Oracle Q4 FY01 Quarterly Financial Reference Book. NDCA-ORCL 1913524-1913684 at 1913682.
[2] Excluded from chart and average deviation calculation. Data is repetitive.

# EXHIBIT 6

**Oracle**
**Applications and Technology Pipeline**

| | | | Pipeline [2] | | | % of Total Pipeline | |
|---|---|---|---|---|---|---|---|
| | | | Applications | Technology | Total | Applications | Technology |
| Q2 FY00 | 9/25/99 | [1] | $447,179,000 | $1,150,561,000 | $1,597,740,000 | 28% | 72% |
| | 10/5/99 | | $329,320,000 | $1,304,194,000 | $1,633,514,000 | 20% | 80% |
| | 10/16/99 | | $416,807,000 | $1,225,295,000 | $1,642,102,000 | 25% | 75% |
| | 11/13/99 | | $404,318,000 | $1,064,016,000 | $1,468,334,000 | 28% | 72% |
| | 11/27/99 | | $371,629,000 | $1,009,801,000 | $1,381,430,000 | 27% | 73% |
| Q3 FY00 | 12/11/99 | | $570,224,000 | $1,379,151,000 | $1,949,375,000 | 29% | 71% |
| | 12/25/99 | | $603,806,000 | $1,364,378,000 | $1,968,184,000 | 31% | 69% |
| | 1/15/00 | | $607,954,000 | $1,407,231,000 | $2,015,185,000 | 30% | 70% |
| | 1/22/00 | | $595,010,000 | $1,423,850,000 | $2,018,860,000 | 29% | 71% |
| | 1/29/00 | | $595,010,000 | $1,423,850,000 | $2,018,860,000 | 29% | 71% |
| | 2/5/00 | | $484,930,000 | $1,344,828,000 | $1,829,758,000 | 27% | 73% |
| | 2/12/00 | | $485,211,000 | $1,300,687,000 | $1,785,898,000 | 27% | 73% |
| | 2/19/00 | | $455,533,000 | $1,238,009,000 | $1,693,542,000 | 27% | 73% |
| | 2/26/00 | | $416,082,000 | $1,193,103,000 | $1,609,185,000 | 26% | 74% |
| | 2/27/00 | | $418,082,000 | $1,193,103,000 | $1,611,185,000 | 26% | 74% |
| | 2/28/00 | | $416,082,000 | $1,193,103,000 | $1,609,185,000 | 26% | 74% |
| Q4 FY00 | 3/11/00 | | $1,175,674,000 | $2,059,632,000 | $3,235,306,000 | 36% | 64% |
| | 3/26/00 | | $1,167,703,000 | $2,123,051,000 | $3,290,754,000 | 35% | 65% |
| | 4/9/00 | | $1,357,320,000 | $2,041,386,000 | $3,398,706,000 | 40% | 60% |
| | 5/14/00 | | $1,187,088,000 | $2,001,148,000 | $3,188,236,000 | 37% | 63% |
| | 5/28/00 | | $1,014,869,000 | $1,891,573,000 | $2,906,442,000 | 35% | 65% |
| Q2 FY01 | 9/25/00 | [1] | $923,982,000 | $1,361,094,000 | $2,285,076,000 | 40% | 60% |
| | 10/5/00 | | $890,368,000 | $1,461,919,000 | $2,352,287,000 | 38% | 62% |
| | 10/16/00 | | $856,167,000 | $1,463,076,000 | $2,319,243,000 | 37% | 63% |
| | 11/13/00 | | $640,677,000 | $1,387,452,000 | $2,028,129,000 | 32% | 68% |
| | 11/27/00 | | $553,790,000 | $1,300,156,000 | $1,853,946,000 | 30% | 70% |
| Q3 FY01 | 12/11/00 | | $1,252,892,000 | $1,708,845,000 | $2,961,737,000 | 42% | 58% |
| | 12/25/00 | | $1,001,562,000 | $1,631,788,000 | $2,633,350,000 | 38% | 62% |
| | 1/15/01 | | $975,298,000 | $1,715,878,000 | $2,691,176,000 | 36% | 64% |
| | 1/22/01 | | $955,547,000 | $1,694,312,000 | $2,649,859,000 | 36% | 64% |
| | 1/29/01 | | $955,547,000 | $1,694,312,000 | $2,649,859,000 | 36% | 64% |
| | 2/5/01 | | $803,198,000 | $1,614,711,000 | $2,417,909,000 | 33% | 67% |
| | 2/12/01 | | $734,311,000 | $1,561,767,000 | $2,296,078,000 | 32% | 68% |
| | 2/19/01 | | $660,208,000 | $1,506,167,000 | $2,166,375,000 | 30% | 70% |
| | 2/26/01 | | $631,140,000 | $1,523,732,000 | $2,154,872,000 | 29% | 71% |
| | 2/27/01 | | $631,140,000 | $1,523,732,000 | $2,154,872,000 | 29% | 71% |
| | 2/28/01 | | $631,140,000 | $1,523,732,000 | $2,154,872,000 | 29% | 71% |
| Q4 FY01 | 3/11/01 | | $1,781,591,000 | $2,448,457,000 | $4,230,048,000 | 42% | 58% |
| | 3/26/01 | | $1,639,187,000 | $2,402,021,000 | $4,041,208,000 | 41% | 59% |
| | 4/9/01 | | $1,414,875,000 | $2,310,559,000 | $3,725,434,000 | 38% | 62% |
| | 5/14/01 | | $1,000,253,000 | $2,146,542,000 | $3,146,795,000 | 32% | 68% |
| | 5/28/01 | | $849,417,000 | $2,071,034,000 | $2,920,451,000 | 29% | 71% |

[1] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25/00.
[2] Per Upside Reports (Minton 7/7/06 Exhibits FR 1-34). Values at buget rates.

# EXHIBIT 7

**Oracle**
**Applications Conversion Rates**

| | | | Pipeline [2] | Quarterly Actuals [3] | Actual Conversion Rate | Average | Prior Year Conversion Rate | Potential Forecast [2] | Forecasted Conversion Rate | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Q3 FY00 | 12/11/99 | | $570,224,000 | $198,830,000 | 35% | | | | | |
| | 12/25/99 | | $603,806,000 | $198,830,000 | 33% | | | | | |
| | 1/15/00 | | $607,954,000 | $198,830,000 | 33% | | | | | |
| | 1/22/00 | | $595,010,000 | $198,830,000 | 33% | | | | | |
| | 1/29/00 | | $595,010,000 | $198,830,000 | 33% | | | | | |
| | 2/5/00 | | $484,930,000 | $198,830,000 | 41% | | | | | |
| | 2/12/00 | | $485,211,000 | $198,830,000 | 41% | | | | | |
| | 2/19/00 | | $455,533,000 | $198,830,000 | 44% | | | | | |
| | 2/26/00 | | $416,082,000 | $198,830,000 | 48% | | | | | |
| | 2/27/00 | | $418,082,000 | $198,830,000 | 48% | | | | | |
| | 2/28/00 | | $416,082,000 | $198,830,000 | 48% | 40% | | | | |
| Q4 FY00 | 3/11/00 | | $1,175,674,000 | $447,413,000 | 38% | | | | | |
| | 3/26/00 | | $1,167,703,000 | $447,413,000 | 38% | | | | | |
| | 4/9/00 | | $1,357,320,000 | $447,413,000 | 33% | | | | | |
| | 5/14/00 | | $1,187,088,000 | $447,413,000 | 38% | | | | | |
| | 5/28/00 | | $1,014,869,000 | $447,413,000 | 44% | 38% | | | | |
| Q2 FY01 | 9/25/00 | [1] | $923,982,000 | $279,271,000 | 30% | | | $318,880,000 | 35% | |
| | 10/5/00 | | $890,368,000 | $279,271,000 | 31% | | | $304,425,000 | 34% | |
| | 10/16/00 | | $856,167,000 | $279,271,000 | 33% | | | $286,242,000 | 33% | |
| | 11/13/00 | | $640,677,000 | $279,271,000 | 44% | | | $283,495,000 | 44% | |
| | 11/27/00 | | $553,790,000 | $279,271,000 | 50% | 38% | | $286,078,000 | 52% | 40% |
| Q3 FY01 | 12/11/00 | | $1,252,892,000 | $249,424,000 | 20% | | 35% | $447,828,000 | 36% | |
| | 12/25/00 | | $1,001,562,000 | $249,424,000 | 25% | | 33% | $447,828,000 | 45% | |
| | 1/15/01 | | $975,298,000 | $249,424,000 | 26% | | 33% | $410,166,000 | 42% | |
| | 1/22/01 | | $955,547,000 | $249,424,000 | 26% | | 33% | $393,942,000 | 41% | |
| | 1/29/01 | | $955,547,000 | $249,424,000 | 26% | | 33% | $354,225,000 | 37% | |
| | 2/5/01 | | $803,198,000 | $249,424,000 | 31% | | 41% | $340,436,000 | 42% | |
| | 2/12/01 | | $734,311,000 | $249,424,000 | 34% | | 41% | $333,226,000 | 45% | |
| | 2/19/01 | | $660,208,000 | $249,424,000 | 38% | | 44% | $308,705,000 | 47% | |
| | 2/26/01 | | $631,140,000 | $249,424,000 | 40% | | 48% | $339,621,000 | 54% | |
| | 2/27/01 | | $631,140,000 | $249,424,000 | 40% | | 48% | $329,258,000 | 52% | |
| | 2/28/01 | | $631,140,000 | $249,424,000 | 40% | 31% | 48% | $293,809,000 | 47% | 44% |
| Q4 FY01 | 3/11/01 | | $1,781,591,000 | $337,999,000 | 19% | | 36% | $564,948,000 | 32% | |
| | 3/26/01 | | $1,639,187,000 | $337,999,000 | 21% | | 36% | $544,576,000 | 33% | |
| | 4/9/01 | | $1,414,875,000 | $337,999,000 | 24% | | 33% | $515,808,000 | 36% | |
| | 5/14/01 | | $1,000,253,000 | $337,999,000 | 34% | | 38% | $455,643,000 | 46% | |
| | 5/28/01 | | $849,417,000 | $337,999,000 | 40% | 27% | 44% | $426,881,000 | 50% | 39% |

[1] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25/00.
[2] Per Upside Reports (Minton 7/7/06 Exhibits FR 1-34). Values at buget rates.
[3] Per Q4 FY2001 Quarterly Financial Reference Book, NDCA-ORCL 1913524-1913684 at 1913682.

**Oracle**
**Technology Conversion Rates**

| | | | Technology Pipeline [2] | Quarterly Actuals [3] | Actual Conversion Rate | Average | Prior Year Conversion Rate | Potential Forecast [2] | Forecasted Conversion Rate | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Q3 FY00 | 12/11/99 | | $1,379,151,000 | $844,376,000 | 61% | | | | | |
| | 12/25/99 | | $1,364,378,000 | $844,376,000 | 62% | | | | | |
| | 1/15/00 | | $1,407,231,000 | $844,376,000 | 60% | | | | | |
| | 1/22/00 | | $1,423,850,000 | $844,376,000 | 59% | | | | | |
| | 1/29/00 | | $1,423,850,000 | $844,376,000 | 59% | | | | | |
| | 2/5/00 | | $1,344,828,000 | $844,376,000 | 63% | | | | | |
| | 2/12/00 | | $1,300,687,000 | $844,376,000 | 65% | | | | | |
| | 2/19/00 | | $1,238,009,000 | $844,376,000 | 68% | | | | | |
| | 2/26/00 | | $1,193,103,000 | $844,376,000 | 71% | | | | | |
| | 2/27/00 | | $1,193,103,000 | $844,376,000 | 71% | | | | | |
| | 2/28/00 | | $1,193,103,000 | $844,376,000 | 71% | 65% | | | | |
| Q4 FY00 | 3/11/00 | | $2,059,632,000 | $1,344,593,000 | 65% | | | | | |
| | 3/26/00 | | $2,123,051,000 | $1,344,593,000 | 63% | | | | | |
| | 4/9/00 | | $2,041,386,000 | $1,344,593,000 | 66% | | | | | |
| | 5/14/00 | | $2,001,148,000 | $1,344,593,000 | 67% | | | | | |
| | 5/28/00 | | $1,891,573,000 | $1,344,593,000 | 71% | 67% | | | | |
| Q2 FY01 | 9/25/00 | [1] | $1,361,094,000 | $813,922,000 | 60% | | | $801,705,000 | 59% | |
| | 10/5/00 | | $1,461,919,000 | $813,922,000 | 56% | | | $836,818,000 | 57% | |
| | 10/16/00 | | $1,463,076,000 | $813,922,000 | 56% | | | $857,836,000 | 59% | |
| | 11/13/00 | | $1,387,452,000 | $813,922,000 | 59% | | | $857,194,000 | 62% | |
| | 11/27/00 | | $1,300,156,000 | $813,922,000 | 63% | 58% | | $857,169,000 | 66% | 60% |
| Q3 FY01 | 12/11/00 | | $1,708,845,000 | $851,541,000 | 50% | | 61% | $972,444,000 | 57% | |
| | 12/25/00 | | $1,631,788,000 | $851,541,000 | 52% | | 62% | $972,444,000 | 60% | |
| | 1/15/01 | | $1,715,878,000 | $851,541,000 | 50% | | 60% | $950,317,000 | 55% | |
| | 1/22/01 | | $1,694,312,000 | $851,541,000 | 50% | | 59% | $965,565,000 | 57% | |
| | 1/29/01 | | $1,694,312,000 | $851,541,000 | 50% | | 59% | $953,782,000 | 56% | |
| | 2/5/01 | | $1,614,711,000 | $851,541,000 | 53% | | 63% | $934,829,000 | 58% | |
| | 2/12/01 | | $1,561,767,000 | $851,541,000 | 55% | | 65% | $947,544,000 | 61% | |
| | 2/19/01 | | $1,506,167,000 | $851,541,000 | 57% | | 68% | $962,108,000 | 64% | |
| | 2/26/01 | | $1,523,732,000 | $851,541,000 | 56% | | 71% | $936,779,000 | 61% | |
| | 2/27/01 | | $1,523,732,000 | $851,541,000 | 56% | | 71% | $910,381,000 | 60% | |
| | 2/28/01 | | $1,523,732,000 | $851,541,000 | 56% | 53% | 71% | $843,828,000 | 55% | 59% |
| Q4 FY01 | 3/11/01 | | $2,448,457,000 | $1,280,481,000 | 52% | | 65% | $1,173,390,000 | 48% | |
| | 3/26/01 | | $2,402,021,000 | $1,280,481,000 | 53% | | 63% | $1,168,844,000 | 49% | |
| | 4/9/01 | | $2,310,559,000 | $1,280,481,000 | 55% | | 66% | $1,183,829,000 | 51% | |
| | 5/14/01 | | $2,146,542,000 | $1,280,481,000 | 60% | | 67% | $1,192,199,000 | 56% | |
| | 5/28/01 | | $2,071,034,000 | $1,280,481,000 | 62% | 57% | 71% | $1,195,776,000 | 58% | 52% |

[1] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25/00.
[2] Per Upside Reports (Minton 7/7/06 Exhibits FR 1-34). Values at buget rates.
[3] Per Q4 FY2001 Quarterly Financial Reference Book, NDCA-ORCL 1913524-1913684 at 1913682.

## PROOF OF SERVICE BY E-MAIL

I, JILL KLEINMAN, not a party to the within action, hereby declare that on June 22, 2007, I

served the attached **REBUTTAL EXPERT REPORT OF ALAN G. GOEDDE, PH.D.** on the

parties in the within action by e-mail addressed as follows:

### COUNSEL FOR PLAINTIFFS:

| | | |
|---|---|---|
| Mark Solomon, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP - SD | marks@lerachlaw.com |
| Douglas Britton, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP - SD | dougb@lerachlaw.com |
| Valerie McLaughlin, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP - SD | valeriem@lerachlaw.com |
| Gavin Bowie, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP - SD | gbowie@lerachlaw.com |
| Shawn Williams, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP – SF | shawnw@lerachlaw.com |
| Willow Radcliffe, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP – SF | willowr@lerachlaw.com |
| Eli Greenstein, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP – SF | elig@lerachlaw.com |
| Monique Winkler, Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP – SF | moniquew@lerachlaw.com |

### COUNSEL FOR DEFENDANTS:

| | | |
|---|---|---|
| **Peter Wald, Esq.* | Latham & Watkins 505 Montgomery Street, Suite 2000 San Francisco, CA  94111 | peter.wald@lw.com |
| Michele Kyrouz, Esq. | Latham & Watkins - SF | michele.kyrouz@lw.com |
| Matthew Harrison, Esq. | Latham & Watkins - SF | matthew.harrison@lw.com |
| Patrick Gibbs, Esq. | Latham & Watkins – Menlo Park | patrick.gibbs@lw.com |
| Brian Glennon, Esq. | Latham & Watkins -LA | brian.glennon@lw.com |
| Jamie Wine, Esq. | Latham & Watkins | jamie.wine@lw.com |
| **\*VIA HAND DELIVERY** | **Latham & Watkins 600 West Broadway, Suite 1900 San Diego, CA  92101** | |

\*  **Denotes service via hand delivery.**
\*\***Denotes service via overnight mail.**