# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION   )

SECURITIES LITIGATION,   )

                      )

                      )      No. C-01-0988-MJJ

                      )

THIS DOCUMENT RELATES TO:   )

ALL ACTIONS.          )

                      )

_____)

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

---

**3**

1         APPEARANCES:
2
3    For Plaintiff:
4         LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
          BY: DOUGLAS R. BRITTON
5         Attorney at Law
          655 West Broadway, Suite 1900
6         San Diego, California 92101-8498
          619-231-1058
7           -and-
          LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
8         100 Pine Street, Suite 2600
          San Francisco, California 94111
9         (Present by Internet realtime connection)
10
11   For Defendants:
12        LATHAM & WATKINS
          BY: MICHELE F. KYROUZ
13        Attorney at Law
          505 Montgomery Street, Suite 1900
14        San Francisco, California  94111-2562
          415-391-0600
15          -and-
          LATHAM & WATKINS
16        BY: ANDREW M. FARTHING
          Attorney at Law
17        140 Scott Drive
          Menlo Park, California  94025-1008
18        650-328-4600
19
     Also Present:
20
          STACEY KAPLAN
21        RUTH BRAY
          BRUCE DEAL, Analysis Group
22
23   Videographer:
24        BILL FLANNIGAN
          ESQUIRE DEPOSITION SERVICES
25

---

**2**

1         IN THE UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3
4    In re Oracle CORPORATION   )
     SECURITIES LITIGATION,    )
5                        )
          Plaintiff,     )
6                        )
     vs.          )    No. C-01-0988-MJJ
7                        )
     THIS DOCUMENT RELATES TO:   )
8    ALL ACTIONS.     )
                        )
9         Defendants.  )
     _____)
10
11
12
13
14        Videotaped Deposition of ALAN GOEDDE,
15   taken on behalf of Defendants, at 633 West
16   Fifth Floor, Sixth Floor, Los Angeles,
17   California, beginning at 9:15 a.m. and ending
18   at 5:37 p.m., on Wednesday, July 11, 2007,
19   before SHERRYL DOBSON, Certified Shorthand
20   Reporter No. 5713.
21
22
23
24
25

---

**4**

1                    INDEX
2    WITNESS:              EXAMINATION
3      ALAN GOEDDE
4      BY MS. KYROUZ              7
5
6                    EXHIBITS
7    DEFENDANT'S                    PAGE
8    Ex 1    Expert report of Alan G. Goedde,    8
             Ph.D.
9
     Ex 2    Rebuttal expert reporter of Alan G.    9
10           Goedde, Ph.D.
11   Ex 3    Federal Reserve Board minutes of    116
             the Federal Open Market Committee,
12           dated November 15, 2000
13   Ex 4    Gross Domestic Product News Release  118
14   Ex 5    Document titled "Gross Domestic    123
             Product: Fourth Quarter 2000
15           (Advance)
16   Ex 6    Federal Reserve Board open market    126
             operations
17
     Ex 7    Document titled "Hubbard Report,    132
18           Revised Figure 20"
19   Ex 8    Document titled "Figure 20:    135
             Industrial Capacity Utilization"
20
     Ex 9    CIO survey              139
21
     Ex 10   Document titled "Individual    156
22           Defendant Lawrence J. Ellison's
             Compendium of Exhibits in Support
23           of Motion for Summary Judgment"
24   Ex 11   Pages from upside reports    156
25

Goedde, Alan  7/11/2007  2:20:00 PM

12

1    Q   And with respect to the subject matters of the   09:23:56
2   litigations that are listed here, are there particular
3   types of cases, like antitrust or intellectual property,
4   that you've provided the bulk of your expert testimony
5   in?
6    A   It's a variety of cases.
7    Q   Okay.  Have you provided expert testimony in
8   securities litigation before?
9    MR. BRITTON:  Object to the form.  Vague.
10    Are you talking about class actions or
11   anything having to do with --
12    MS. KYROUZ:  Pretty much anything that you would --
13   he considers securities litigation.
14    Q   Why don't you take a minute to look through
15   your list and tell me if you can identify any cases on   09:24:42
16   your exhibit that concern securities litigation.
17    A   It's hard to say.  There may be securities
18   issues involved in some of the cases.  Nothing springs to
19   mind, as I sit here today, of that, but it's possible.
20    Q   Okay.  So you don't recall the core issues in
21   the case being about securities litigation in any of the
22   matters that you've identified in here; is that fair?
23    MR. BRITTON:  Objection to form.  Vague.
24    THE WITNESS:  I just don't recall.
25   BY MS. KYROUZ:

13

1    Q   Okay.  Have you ever given testimony in a   09:25:48
2   securities class action?
3    A   I don't believe so.
4    Q   Okay.  Do you understand that this case is a
5   securities class action?
6    A   Yes.
7    Q   Have you in any of these cases that you've
8   identified in Exhibit 2 provided an opinion regarding
9   forecasting?
10    A   Yes.
11    Q   Okay.  Which of the cases?
12    A   In the Bank of New England versus Ernst &
13   Young in September 2002.
14    Q   And what was the opinion regarding forecasting
15   that you gave in that case?   09:26:43
16    A   I gave opinions regarding the forecasting
17   process, the adequacy, reasonableness of the forecast,
18   the forecasting information flow within the company, and
19   the influence of macroeconomic factors in the forecasting
20   decisions.
21    Q   And what was your opinion in that case?  Was
22   the forecasting process reasonable?
23    A   The forecasting process was -- it's a little
24   difficult to say.  I don't know if I actually said that
25   it was reasonable or not.  Let me think for a moment.

14

1   That case was a while back.   09:27:39
2    Q   Yeah, you said that you gave an opinion about
3   the adequacy of reasonableness of the forecast.
4    Do you recall which way you came out, that it
5   was or wasn't adequate or reasonable?
6    MR. BRITTON:  Objection.  Asked and answered.
7    THE WITNESS:  Well, the process -- I think there
8   was an adequate process.  They reached -- they didn't
9   include all the factors that they should have.  The
10   inquiries by the senior management to identify the market
11   and the factors that would affect the credit -- or the
12   adequacy of the loan loss reserves were not adequately
13   researched or developed.
14   BY MS. KYROUZ:
15    Q   And what was the nature of the claim in that   09:28:27
16   lawsuit?  Did you represent -- were you testifying on
17   behalf of the trustee of the Bank of New England?
18    A   Yes.
19    Q   What was the nature of the claim that you made
20   against Ernst & Young in that case?
21    A   The claim was that, through the adequacy -- or
22   through the forecasting process, there was information
23   that should have been known by the accountants and, had
24   they recognized this information or done the research to
25   identify it, would have caused them to not issue the

15

1  opinion that they did.                    09:29:03
2    Q   Okay. And that was an opinion that was issued
3  with respect to which company? Was it Bank of New
4  England?
5    A   Yes.
6    Q   Okay. And was your opinion in that case
7  looking at the forecasting process internally within the
8  company or information flow that was shared with the
9  auditor?
10    A   It's the information flow within the company,
11  the process for identifying the appropriate information,
12  the outside economic factors that go into that decision
13  process as well.
14    Q   How about any other cases here that concern an
15  opinion about forecasting?              09:30:11
16    A   In many of these cases I forecast in order to
17  develop an estimate for a damage claim. So the issue of
18  using forecasting is throughout many of the cases here.
19    Q   But you weren't offering an opinion about a
20  company's use of forecasting? You were simply using it
21  yourself to calculate damages?
22    A   Yes, in many cases. I think in the -- another
23  case, the ECC Systems versus Mallinckrodt, I evaluated
24  the company's ability to forecast the profitability of
25  potential acquisition.

16

1    Q   So were you offering an opinion about the      09:31:07
2  company's ability to forecast revenues?
3    A   Not necessarily their ability, but the value
4  of the forecast that they had already put forth.
5    Q   When you say the value of the forecast, you
6  mean the value of the acquisition or, like, a valuation
7  case, or is it more with respect to the process that the
8  company went through to do its revenue forecasting?
9    A   The process that the company went through to
10  make an evaluation of this potential company and the
11  company's products.
12    Q   Okay. So they were evaluating -- acquiring a
13  different company, and they did some work to evaluate how
14  much they should pay to acquire that company?
15    A   Yes.                            09:31:54
16    Q   Okay. So you weren't offering an opinion
17  about the company's own internal forecasting or
18  forecasting of its own internal revenues, it was how they
19  viewed an acquisition target?
20    A   Yes, that's correct.
21    Q   And how about any other cases where you
22  offered an opinion about forecasting?
23    A   In September of 2006, the Sputtered Films
24  versus Advanced Modular Sputtering matter.
25    Q   What was the opinion that you were offering

17

1  there?                                   09:32:33
2    A   In that I was offering an opinion on the
3  information that was contained in the forecasting by the
4  defendant and how that was used to make an evaluation of
5  the technology being acquired.
6    Q   Okay. And so was it, again, the same kind of
7  an opinion about the cost -- what they ought to pay to
8  acquire another company based on their -- that company's
9  analysis of their acquisition target?
10    A   The company had a procedure to forecast the
11  earnings of a new product and the contribution of a new
12  technology through the acquisition, and I evaluated the
13  information that was available to the company to -- and
14  because there was dispute over whether certain
15  information was available in order to make a valuation of   09:33:34
16  the company. So I looked at their forecasting process in
17  order to make that determination.
18    Q   Okay. And what opinion did you offer, then?
19    A   I offered an opinion on the value -- or the
20  expected earnings from the combination of the acquisition
21  and the new technology.
22    Q   Okay. And what was the nature of the claim in
23  that case?
24    A   The claim was a trade secret claim.
25    Q   So you didn't offer any opinion about the

19

1   that involved dealing with the process of forecasting as   09:35:43
2   well.
3      Q   Okay.  Are there any other cases where you
4   offered an opinion on the adequacy or reasonableness of a
5   forecast process at a company with respect to revenues or
6   earnings?
7      MR. BRITTON:  Objection.  Asked and answered.
8      THE WITNESS:  I don't believe so.
9   BY MS. KYROUZ:
10     Q   So when you say it was a part of other cases,
11  what you mean is that some of the work that you did to
12  offer an opinion on something other than the
13  reasonableness of a forecast process?
14     A   Yes.
15     Q   Were those largely damages analyses?   09:36:11
16     A   Yes.
17     Q   In the cases that are identified in your
18  Exhibit 2 or in any other work that you've done, how many
19  times in the past have you worked with Lerach Coughlin?
20     A   I don't believe I've worked with them in the
21  past.
22     Q   How about Millberg Weiss?
23     A   I don't believe I've worked with Millberg
24  Weiss in the past.
25     Q   In any expert work you've done in the past,

20

1   including the items on Exhibit 2, have you offered an   09:36:49
2   opinion regarding the state of the U.S. economy in a
3   particular period?
4      A   In addition to what we've already discussed?
5      Q   Well, if you think that the few cases we just
6   discussed dealt with that issue, maybe you could identify
7   those as well.
8      A   In the Bank of New England matter and in the
9   Sputtered Films matter, I dealt with the economic
10  environment at the time.
11     Q   Okay.  Did you offer an opinion about the
12  state of the U.S. economy in those cases?
13     A   Yes, that was a part of it.
14     Q   Okay.  And what was the opinion that you
15  offered about the state of the U.S. economy in the Bank   09:37:37
16  of New England versus Ernst & Young matter?
17     A   The state of the U.S. economy in that case
18  involved a period of time when the U.S. was -- or the
19  economy was heading into a recession and dealt with the
20  decision point when the economy turned from a
21  higher-growth economy to a lower-growth economy.
22     Q   Okay.  And what opinion did you offer on that
23  subject?
24     A   That there was evidence in the forecasting
25  process of the -- of Bank of New England that identified

21

1   these turning points or characteristics in their loan   09:38:19
2   portfolio.
3      Q   Okay.  And what were the turning points in the
4   U.S. economy that you identified in your opinion in that
5   case?
6      A   I don't recall all the different turning
7   points, but I did an analysis of economic factors that
8   impacted their business.
9      Q   Did you offer as an opinion a point in time at
10  which the economy began to decline?
11     A   I don't recall that I picked a point in time,
12  but the analysis showed when these various factors that
13  were impacting the loan portfolio experienced periods of
14  decline.
15     Q   Do you recall what those time periods were?   09:39:09
16     A   Very roughly, it was in the 1989/1990 time
17  period.
18     Q   And you mentioned that you worked with the
19  trustee of Bank of New England.
20     Had there been a bankruptcy, then, of --
21     A   Yes.
22     Q   Okay.  When did that occur, roughly?
23     A   I don't recall the date of the bankruptcy.
24     Q   Do you recall whether it was in early 1990s or
25  some later period?

22

1      A   It's my general recollection it was in the   09:39:44
2   early 1990s.
3      Q   How about the Sputtered Films matter?  You
4   said you thought you offered some economic -- some state
5   of the economy expert opinion there.
6      What was that opinion?
7      A   That opinion was the economy that was
8   affecting the particular business that Agilent and
9   Advanced Modular Sputtering were involved with.
10     Q   Okay.  And what time period were you offering
11  an opinion about the state of the U.S. economy in that
12  case?
13     A   It was in the early 2000s.
14     Q   Okay.  Do you recall specifically what your
15  opinion was with respect to the economy in the early   09:40:28
16  2000s?
17     A   The economy at that point was -- particularly
18  for the sector that this company was involved in, was
19  entering a period of very high growth and rapid
20  technological change.
21     Q   Okay.  And what sector are you referring to?
22     A   This is a semiconductor sector involved in
23  telecommunications.
24     Q   Okay.  And did you offer an opinion in that
25  case that at some point the economy declined?

23

1    A   No, I didn't.                    09:41:02
2    Q   Okay.  What did you offer an opinion about?
3    Was it simply the period of growth?
4    A   It was the fact that there was a high-growth
5    environment at that particular time and that the -- I
6    analyzed some contributing factors that would affect the
7    market for the products.
8    Q   Okay.  Do you recall more specifically what
9    the period of time was that you thought that there was a
10   period of growth?
11   A   I believe it was in the early 2000 -- no, it
12   was prior to that, because the case was in the early
13   2000s.  So it was in the late '90s.
14   Q   The late '90s?
15   A   Yes.                            09:41:51
16   Q   That was a period of economic growth for the
17   semiconductor --
18   MR. BRITTON:  Objection.  Mischaracterizes his
19   testimony.
20   THE WITNESS:  I don't think I got to that broad.  I
21   was looking very specifically at the period of growth --
22   or the opportunities for this particular product line.
23   So maybe I'm not exactly answering your question about
24   generalities about the U.S. economy.  It was very focused
25   on the -- those market factors that are affecting this

24

1    particular product.                 09:42:17
2    BY MS. KYROUZ:
3    Q   Okay.  So you weren't offering an opinion
4    about the state of the U.S. economy in that case?  It was
5    more about the market for a particular product?
6    A   The sector.  It was the sector that that
7    company was involved in.
8    Q   Okay.  And you believe that the time period
9    for which you offered an opinion about that sector was in
10   the late 1990s?
11   MR. BRITTON:  Objection.  Asked and answered.
12   THE WITNESS:  I believe that it was.  I'm -- that's
13   my view, as I sit here today.  I think that's generally
14   correct.
15   BY MS. KYROUZ:                       09:42:49
16   Q   What was the resolution of this case?
17   A   This case settled.
18   Q   Okay.  How about the case for the trustee of
19   the Bank of New England against Ernst & Young?  What was
20   the resolution of that case?
21   A   I believe that case settled.
22   Q   And how about the ECC Systems case that you
23   identified?  What was the resolution of that case?
24   A   I'm not sure what the final resolution was.
25   Q   Okay.  But you didn't testify at trial?

25

1    A   No.  I don't know that there's been a trial.   09:43:34
2    I don't know exactly where the case stands.
3    Q   On ECC Systems?
4    A   Yes.
5    Q   You think that litigation's ongoing?
6    A   It may be.
7    Q   Okay.  How about any other cases in which
8    you've offered an expert opinion regarding the state of
9    the U.S. economy?
10   A   I don't recall any others.
11   Q   Okay.  So you've not previously offered an
12   expert opinion regarding the state of the U.S. economy
13   for the time period of 2000/2001?
14   A   I don't believe so.
15   Q   And we talked earlier about some of the cases   09:44:26
16   where you had offered an opinion about forecasting
17   processes.
18       In any of those did you offer an opinion about
19   a quarterly earnings forecast?
20   A   I don't believe I did.
21   Q   You identified some cases where you testified
22   at trial.
23       Can you tell me what the resolution was of
24   those cases?
25   A   I don't know that I could recall all these

45

1    MR. BRITTON: Counsel, are you talking about other    10:14:07
2    than writing the rebuttal report?
3    MS. KYROUZ: Yeah.
4    Q    So if you turn to Exhibit 2 in your rebuttal
5    report -- Exhibit 2, which is your rebuttal report,
6    there's a description of the assignment there.
7        I assume there's nothing in addition to what's
8    listed there that you've done; is that -- is it all
9    contained here?
10    A    I believe so.
11    Q    Looking at your CV, which is attached to your
12    original report as Exhibit 1 to your report.
13        Is this a current version of your CV?
14    A    Yes.
15    Q    Okay. Is there anything else that needs to be    10:15:28
16    updated or added to this for it to be accurate?
17    A    I don't believe so.
18    Q    Your professional experience stops in the year
19    2000.
20        From 2000 to today, what have you been
21    doing?
22    A    I've been with the same firm since 2000, the
23    Freeman & Mills firm.
24    Q    Okay. So was the firm combined to become
25    Freeman & Mills or --

46

1    A    It was originally Freeman & Mills. It was    10:16:01
2    subsequently acquired and then spun off back to Freeman &
3    Mills.
4    Q    Okay. So you were with a different firm,
5    Putnam, Hayes, from '94 to 2000?
6    A    Yes.
7    Q    And that was not Freeman & Mills?
8    A    It was -- Freeman & Mills was acquired by
9    Putnam, Hayes in 1994, and then we spun off in 2000.
10    Q    Okay. So from 2000 to 2007 it should read
11    that you're back with Freeman & Mills --
12    A    Yes.
13    Q    -- is that fair?
14        Okay. And what are your academic
15    qualifications? It says you have a B.S. in engineering.    10:16:44
16        What kind of engineering is that?
17    A    Mechanical engineering.
18    Q    Okay. And what year did you obtain that
19    degree?
20    A    1970.
21    Q    Okay. And it says you have a master's and
22    Ph.D. in economics from Duke.
23        When did you obtain those degrees?
24    A    I believe my master's was in '72 or '73, and
25    Ph.D. in '78.

47

1    Q    And what was the focus of your work in your    10:17:20
2    master's degree in economics?
3    A    It was a focus on industrial organization and
4    international trade and statistics.
5    Q    And did you write some sort of a thesis?
6    A    I think I took a test.
7    Q    Okay. And what about with respect to your
8    Ph.D.? What was your focus of the Ph.D. in economics?
9    A    The same three categories.
10    Q    Industrial organization, international trade,
11    and statistics?
12    A    Yes.
13    Q    And what was your dissertation about?
14    A    It was about the -- about how companies grow
15    through development of new product lines or development    10:18:14
16    of -- or development through acquisition.
17    Q    Were you comparing organic growth of companies
18    through -- compared to acquisition growth?
19    A    I was looking at factors that contributed to
20    growth of companies, whether companies grew by extending
21    the breadth of their products or by developing new
22    products and what the competitive environment was in the
23    industries in which they were engaged.
24    Q    Okay. Were there particular industries that
25    you focused on?

46

1     A   It was originally Freeman & Mills.  It was     10:16:01
2   subsequently acquired and then spun off back to Freeman &
3   Mills.
4     Q   Okay.  So you were with a different firm,
5   Putnam, Hayes, from '94 to 2000?
6     A   Yes.
7     Q   And that was not Freeman & Mills?
8     A   It was -- Freeman & Mills was acquired by
9   Putnam, Hayes in 1994, and then we spun off in 2000.
10    Q   Okay.  So from 2000 to 2007 it should read
11  that you're back with Freeman & Mills --
12    A   Yes.
13    Q   -- is that fair?
14        Okay.  And what are your academic
15  qualifications?  It says you have a B.S. in engineering.     10:16:44
16        What kind of engineering is that?
17    A   Mechanical engineering.
18    Q   Okay.  And what year did you obtain that
19  degree?
20    A   1970.
21    Q   Okay.  And it says you have a master's and
22  Ph.D. in economics from Duke.
23        When did you obtain those degrees?
24    A   I believe my master's was in '72 or '73, and
25  Ph.D. in '78.

47

1     Q   And what was the focus of your work in your     10:17:20
2   master's degree in economics?
3     A   It was a focus on industrial organization and
4   international trade and statistics.
5     Q   And did you write some sort of a thesis?
6     A   I think I took a test.
7     Q   Okay.  And what about with respect to your
8   Ph.D.?  What was your focus of the Ph.D. in economics?
9     A   The same three categories.
10    Q   Industrial organization, international trade,
11  and statistics?
12    A   Yes.
13    Q   And what was your dissertation about?
14    A   It was about the -- about how companies grow
15  through development of new product lines or development     10:18:14
16  of -- or development through acquisition.
17    Q   Were you comparing organic growth of companies
18  through -- compared to acquisition growth?
19    A   I was looking at factors that contributed to
20  growth of companies, whether companies grew by extending
21  the breadth of their products or by developing new
22  products and what the competitive environment was in the
23  industries in which they were engaged.
24    Q   Okay.  Were there particular industries that
25  you focused on?

48

1     A   Yes, there were some industries I focused on.     10:19:01
2     Q   And what were those?
3     A   Pharmaceuticals and -- I think there were a
4   couple others.  I forget them.
5     Q   Okay.  Is there any aspect of your Ph.D. work
6   that related to revenue or earnings forecasting of
7   companies?
8     A   I don't know that it was specifically related
9   to forecasting.  It was an historical analysis of
10  fairly -- a recent time period, at that time, on what
11  contributed to successful growth, whether it was
12  diversification or innovation or advertising.  There's
13  some models that I used to apply that.
14    Q   Okay.  Other than your work in connection with
15  that dissertation and getting your master's degree or     10:20:01
16  Ph.D., did you spend any time studying business
17  forecasting?
18    A   Yes.
19    Q   Okay.  And what was your focus there?
20    A   I took several courses in statistics and
21  econometrics that dealt with forecasting.
22    Q   And did you do any research or write any
23  papers in that area?
24    A   Probably.  I don't recall them, as I sit here
25  today.

49

1     Q.  Okay.  Did it deal with forecasting earnings     10:20:34
2  or revenue for companies?
3     A.  I don't recall.
4     Q.  Looks like you -- from your CV that you worked
5  for the U.S. Treasury Department as an industry economist
6  from 1976 to '79.
7        What was -- what were your responsibilities in
8  that job?
9     A.  In that job I was responsible for assisting
10  the Treasury Department in valuing companies' assets that
11  were transferred to tax savings.
12     Q.  And from 1979 to 1981 it says you were a
13  financial economist at the U.S. Export-Import Bank.
14        What were your job responsibilities there?
15     A.  I was responsible for assisting the bank in     10:21:47
16  determining the probability that potential customers
17  would pay off the loans they were considering.
18     Q.  And that didn't involve any revenue or
19  earnings forecasting; did it?
20     MR. BRITTON:  Objection.
21     THE WITNESS:  Well, it involved revenue
22  forecasting, equally with the Treasury Department; I
23  forecasted revenue and earnings.
24  BY MS. KYROUZ:
25     Q.  Okay.  And in what sense did you forecast the

50

1  revenue and earnings for U.S. Export-Import Bank?     10:22:27
2     A.  Potential customers would seek loans from the
3  bank, and one of the responsibilities we had was to make
4  a determination of the ability of the potential borrower
5  to pay off the loans.  So it would be -- involve some
6  forecasting of what the revenue capabilities would be of
7  the potential borrower and determining that there's --
8  was sufficient available earnings to pay off the loans.
9     Q.  So was it a creditworthy analysis?
10     A.  Yes.
11     Q.  Determining whether they were worthy of the
12  loans that you were going to make to them, whether they
13  were going to be able to pay them back?
14     A.  Yes.
15     Q.  Other than determining their ability to pay     10:23:19
16  back their loans, you weren't forecasting what revenues
17  they might have in a particular quarter; were you?
18     A.  I don't recall whether it was quarterly or
19  annually that I did these analyses.
20     Q.  Okay.  Were you looking at the company's
21  internal forecasting documents to determine whether they
22  were going to make a certain number with respect to
23  revenues?
24     A.  I don't know that I looked at making a certain
25  number.  I wanted to know that, whatever number it was,

51

1  it was going to have sufficient earnings in it that would     10:23:57
2  make it a viable creditor -- or a viable borrower.
3     Q.  Right.  Okay.
4        It says from 1981 to '84 you were a manager at
5  Arthur Andersen & Company.
6        What were your responsibilities there?
7     A.  I was responsible for providing strategic
8  planning to clients and to the company.
9     Q.  So you weren't involved in auditing?
10     A.  No.
11     Q.  Okay.  What kind of -- so it was consulting
12  work, management consulting work?
13     A.  Yes.
14     Q.  Okay.  And what kind of strategic planning
15  were you involved in?     10:24:53
16     A.  For the company I was involved in their
17  forecasting process, and they were interested in
18  developing a forecasting process.  They didn't really
19  have one.  So I worked with the group that developed a
20  process for them.
21     Q.  And that was for Arthur Andersen itself,
22  predicting its own revenues?
23     A.  Yes.
24     Q.  And those revenues came from consulting
25  services and audit services?

52

1     A.  Yes.  Audit, tax, and consulting.     10:25:21
2     Q.  And from -- looks like from 1984 to '86 you
3  were a vice-president at First National Bank of Chicago.
4        What were your job responsibilities there?
5     A.  I was responsible for strategic planning and
6  forecasting for a division of the bank.
7     Q.  What division was it?
8     A.  The Service Products Division.
9     Q.  And what were the service products?
10     A.  Service products were software products and
11  cash concentration products sold by the bank.
12     Q.  The bank was selling software, or was it
13  services around installing software?
14     A.  It was the services using the bank's software.
15     Q.  So the bank had some sort of proprietary     10:26:19
16  software?
17     A.  I don't know whether they had their own
18  proprietary software or it was licensed from other
19  entities, but they were selling systems to accommodate
20  cash concentration and disbursement among companies with
21  many offices.  Or many locations.
22     Q.  Okay.  And so the bank was selling the
23  services, both the software and installing it and helping
24  companies get running on it?
25     A.  Yes.

Goedde, Alan  7/11/2007  2:20:00 PM

53

```
1      Q   And what kinds of companies were you selling   10:26:54
2   to?
3      A   Wide variety of companies.
4      Q   And when you say strategic planning, what did
5   that involve?
6      A   Strategic planning involves the
7   decision-making to go in -- that goes into forecasting
8   products and developing a plan to either acquire or spin
9   off businesses of the bank.
10      Q   So you were performing an analysis of whether
11   it was a profitable business for the bank, something the
12   bank ought to continue to do?
13      A   Yes.
14      Q   Were you trying to project what the revenues
15   would be in a particular quarter?              10:27:42
16      A   Yes.
17      Q   Okay.  And what was that based on?
18      A   It was based on information received from the
19   field and information received from other sources to make
20   determinations about the viability of the earning
21   streams.
22      Q   And did the process that you used add any
23   judgment on top of information that you received from the
24   field or other inputs?
25      A   Yes.
```

54

```
1      Q   Okay.  And was that something that you were in   10:28:26
2   charge of doing?
3      A   Well, the bank -- no one's really in charge of
4   anything, but the group that I was with did that work.
5      Q   Okay.  And did they do it just for the
6   particular products that you were working with, the
7   service software products?
8      A   Well, we looked at two areas.  There were the
9   products we were working on, and then there were
10   potential acquisitions the bank was considering.  We were
11   seeing if these potential acquisitions would make sense.
12      Q   Okay.  So you were working with particular
13   products?  You didn't -- you weren't involved in the
14   overall company level at rolling up forecasts or
15   determining the overall revenues for the company?   10:29:07
16      A   I was responsible for rolling up our forecasts
17   for this division, and then those forecasts would be
18   rolled up at a higher level for the bank.
19      Q   Okay.  And do you know whether, when your
20   forecasts were rolled up at the higher level, whether
21   somebody at a higher level then applied judgment to your
22   forecast?
23      A   I don't know to -- whether our forecasts had
24   judgment applied.  I think the judgment in our forecasts
25   was applied at the senior vice-president's level, who I
```

55

```
1   worked for.  And I don't think anything was added to   10:29:40
2   that.  I think the judgment factors involved the loan
3   side of the business more than the service product side
4   of the business.
5      Q   Okay.  And why is that?
6      A   Because that required a greater level of
7   judgment on the creditworthiness of different customers.
8      Q   Okay.  And were the customers that you were
9   selling the service products to fairly consistent repeat
10   customers or --
11      A   It was a mix.
12      Q   Okay.  And how did the revenues come in
13   throughout the year?  Was it a steady flow of revenues,
14   or were there seasonalities to it?
15      A   There's seasonalities to it.              10:30:30
16      Q   Okay.  Was there a hockey stick effect in
17   the -- within the quarter?
18      MR. BRITTON:  Objection.  Vague, "hockey stick
19   effect."
20      THE WITNESS:  All businesses have increased sales
21   at the end of the quarter, just because the economic
22   motivations of the salespeople.  So more revenues come in
23   at the end of the quarter than at the beginning.
24   BY MS. KYROUZ:
25      Q   Okay.  Was it dramatically so at this company
```

56

```
1   at this particular time?                      10:30:55
2      MR. BRITTON:  Objection.  Vague.
3      THE WITNESS:  I don't recall.
4   BY MS. KYROUZ:
5      Q   You don't recall approximately what percentage
6   of the quarterly revenue came in in the third month?
7      A   No, I don't.
8      Q   You mentioned that the field would provide
9   forecasts that your division would then consolidate.
10      Was there a pipeline or other type of report
11   that identified potential sales?
12      A   I don't believe there was a pipeline, per se.
13   There were reports about projections that were made by
14   the individual departments, what their sales prospects
15   were like, and we considered big deals and some very   10:31:49
16   specific deals.
17      Q   Okay.  And how did you get that information
18   from the field?  Did you have meetings and calls about
19   that?
20      A   The field provided information to the
21   department head, and that information then flowed up to
22   the level where I worked.
23      Q   Okay.  And were you the person who was
24   consolidating the various departments for your division,
25   or was somebody else doing that?
```

57

1    A   Myself and two other people did that.        10:32:26

2    Q   Okay.  And what was that role?  Was it a

3  finance role or what were the three individuals doing

4  that what were your -- you said your job was strategic

5  planning, I think.

6    A   Yes.

7    Q   Were the other folks finance department folks

8  or -- were you all --

9    A   Finance -- finance was separate.

10    Q   Okay.

11    A   This was a strategic planning department that

12  was responsible for this and getting information from

13  finance and eventually reporting things to finance, so

14  that they can interact with the auditors.

15    Q   Okay.  So was there someone on the sales side,        10:33:05

16  then, who was a sales manager who was in charge of all

17  these departments and rolling up the forecasts and

18  getting it to you or --

19    A   No, the forecasts were given to us by the

20  individual departments, and the individual departments

21  had someone who was in charge of sales.

22    Q   Okay.  And how many salespeople were there,

23  approximately, in your division at that time?

24    A   I don't recall.

25    Q   Was it hundreds or just a handful?

58

1    A   I believe there was a hundred at least.  Maybe        10:33:59

2  several hundred, but at least a hundred.

3    Q   Okay.  Then your resume says from 1986 to

4  1987, director of strategic planning at the NutraSweet

5  Company.

6        How many months did you work at NutraSweet?

7    A   I think it was about two years.

8    Q   Okay.  So pretty much all of 1986 and '87?

9    A   That's my recollection.

10    Q   And what were your job responsibilities as

11  director of strategic planning?

12    A   I was responsible for developing the --

13  working with the management to develop the strategic

14  plan.

15    Q   What was the strategic plan?        10:34:55

16    A   It was a plan for managing the current sales

17  and looking at potential acquisitions.

18    Q   Did it involve creating quarterly revenue

19  forecasts?

20    A   Yes.

21    Q   And annual forecasts?

22    A   Yes.

23    Q   Okay.  Did it also involve creating budgets?

24    A   Yes.

25    Q   And who did you report up to?

59

1    A   I reported to a vice-president.  I forget his        10:35:30

2  title.

3    Q   Okay.  Was that somebody in a finance role,

4  finance department, or was there just a vice-president of

5  strategic planning?

6    A   No, it was a vice-president of finance.

7    Q   Okay.  And that person reported to the CFO?

8    A   I think that person was the CFO.

9    Q   Okay.  So you reported directly to the CFO?

10    A   Yes.

11    Q   Okay.  And who reported to you?  Who were the

12  people underneath you?

13    A   People who did acquisitions research, people

14  who assisted me in developing the planning and

15  accumulating the documents for the sales forecast.        10:36:26

16    Q   Okay.  And was there a pipeline of sales

17  opportunities at NutraSweet?

18    A   Yes.

19    Q   Okay.  And what kind of customers did

20  NutraSweet have?

21    A   They were mostly food customers.

22    Q   So were there largely repeat customers, then,

23  month in and month out?

24    A   There was a repeat component, and there were

25  some opportunities every quarter.

60

1    Q   Okay.  How much of -- what percentage of the        10:37:07

2  revenue each quarter was from repeat ongoing orders?

3    A   I don't recall.

4    Q   Ballpark?  Better than 50 percent?

5    A   I believe so.

6    Q   Better than 75 percent?

7    A   I don't recall any closer.

8    Q   Was there any hockey stick effect at

9  NutraSweet, or were sales pretty evenly distributed

10  throughout each month of the quarter?

11    A   Well, for some with long-term contracts,

12  obviously, it was pretty well distributed, and then there

13  were the opportunities, which came and went.

14    Q   Okay.  Was there any seasonality to the

15  business?        10:38:02

16    A   Just for quarterly earnings or quarterly sales

17  incentives.

18    Q   What do you mean by that?

19    A   There would be incentives to close deals by

20  the end of the quarter.  So in that respect there would

21  be additional deals closed at the end of the quarter.

22    Q   Okay.  Did the four quarters of the year each

23  approximately contribute 25 percent to the annual

24  revenue, or were some quarters bigger than others?

25    A   I don't recall.

61

1    Q    What percentage of your time was spent    10:38:46
2    preparing revenue or earnings forecasts as opposed to
3    your other tasks?
4    A    Well, at different points of the year it would
5    be a hundred percent of the time, and then it would be --
6    I'd be working on other issues, acquisitions issues.
7    Q    And so was there some period of time for each
8    quarter where you spent a hundred percent of your time on
9    it or just annually?
10   A    A hundred percent of the time for different
11   parts of the quarter, and then did some additional
12   preparation for -- depending on what the audit cycle was.
13   And then the rest of the time was spent on planning and
14   acquisitions development.
15   Q    Okay.  Including the time that you were    10:39:39
16   spending a hundred percent on forecasting each quarter,
17   on balance, what percentage of your job responsibility
18   was forecasting versus other activities?
19   A    I don't recall the exact percentages, but I
20   mean, my responsibility was dealing with the strategic
21   plan, which was -- then a subcomponent of that was the
22   quarterly forecast.  And then my other responsibilities
23   dealt with evaluating potential investment opportunities.
24   Q    Was it about 25 percent of your time or 50
25   percent of your time that was taken up doing these

62

1    forecasting duties?    10:40:21
2    MR. BRITTON:  Objection.  Vague as to time.
3    THE WITNESS:  It's just hard for me to calculate
4    it, because it would come in blocks of time, where I'd
5    have to spend time dealing with the budget, and then once
6    that's over, then I would work on other things.  So it's
7    a little difficult for me to annualize that and say how
8    much time was spent.
9    BY MS. KYROUZ:
10   Q    And did you -- when you were focusing on
11   quarterly forecasts, was it typically at the end of the
12   quarter that took most of your time or in the beginning
13   of the quarter?  How did that play out?
14   A    Well, the beginning of the quarter was the
15   initiation of the forecast.  The end of the quarter was    10:40:59
16   trying to accumulate the results.  So those were two
17   periods where there was more activity.
18   Q    Okay.  And did you receive weekly forecasts
19   from the field that you analyzed or at some other
20   interval?
21   A    We received a type of flash report at --
22   periodically.  I forget the exact time periods.
23   Q    Were those actual results or updated forecasts
24   throughout the quarter?
25   A    The flash reports were actual results.  And

63

1    then there was some activity about, you know -- in the    10:41:36
2    flash report it would contain some projection whether
3    they were on track or not on track.
4    Q    Did the various sales groups report to you
5    updated forecasts?  Setting aside the actual results, did
6    they also tell you what they thought their best estimate
7    was every couple weeks, or was it just once at the
8    beginning of the quarter?
9    MR. BRITTON:  Objection.  Asked and answered.
10   THE WITNESS:  It was periodic.  It was not just in
11   the beginning of the quarter.  There'd be updates,
12   management updates, and various other pieces of
13   information that would flow to determine whether they
14   were on track or not on track to meet forecast.
15   BY MS. KYROUZ:    10:42:24
16   Q    Okay.  And did NutraSweet give public guidance
17   during this period?
18   A    I don't believe they did.
19   Q    Okay.  And did NutraSweet give guidance to
20   analysts?
21   A    I don't believe NutraSweet did.  It was at
22   that time owned by another company.  So I believe if
23   there was guidance or any contacts with analysts, that
24   was at a different level.
25   Q    Okay.  So NutraSweet was a wholly-owned

64

1    subsidiary?    10:42:53
2    A    Yes.
3    Q    And what was the parent company?
4    A    Monsanto.
5    Q    Okay.  And did your NutraSweet forecast, then,
6    get forwarded up to Monsanto?
7    A    Yes.
8    Q    Okay.  Did Monsanto issue public guidance?
9    A    I don't know.
10   Q    Do you know whether any of the forecast
11   numbers that you created were ever given to the public
12   market at -- either through Monsanto or otherwise?
13   A    I don't know.
14   Q    Okay.  Do you ever recall missing the forecast
15   and having someone tell you that your forecast had been    10:43:33
16   inaccurate?
17   A    It didn't really work like that.  We were
18   always adjusting the forecast or revising it.  So by the
19   time it got to Monsanto, it was -- you know, we either
20   made revisions of our forecast if it -- if we weren't on
21   track to do it, to meet the forecast.  So it was more a
22   match against whether we met budget or not.
23   Q    Okay.  So every couple of weeks, when you got
24   updates from the field, you would also revise your
25   forecast and send it on up to Monsanto within the

65

1  quarter?                               10:44:13
2     A   I forget how often it was sent up to Monsanto,
3  but we updated our forecast depending on the results
4  received from the field and other decisions of
5  management.
6     Q   And do you know, with respect to NutraSweet's
7  revenues, what percentage that constituted of Monsanto's
8  overall revenue?
9     A   I knew at one time. I don't recall now.
10     Q   Would it be fair to say it was a tiny
11  fraction?
12     MR. BRITTON:  Objection. Tiny —
13     THE WITNESS:  It was a highly-profitable company.
14  I wouldn't call it a tiny fraction.
15  BY MS. KYROUZ:                          10:44:56
16     Q   With respect to profits? I'm sorry, your
17  answer was — answering with respect to profitability.
18  I'm asking about revenues.
19         I mean, what percentage of the revenues of
20  Monsanto would it be? Would that be a tiny fraction?
21     A   I just don't recall.
22     Q   Okay. Do you have any ballpark sense of what
23  NutraSweet's annual revenues were at the time you were
24  there?
25     A   I just hadn't thought about it in a while, and

66

1  I —                                     10:45:27
2     Q   Okay.
3     A   — don't recall.
4     Q   And was there any analysis done, either at
5  NutraSweet or at Monsanto that you're aware of, where
6  anyone compared what your forecast was at the beginning
7  of the quarter to what the actual results were for the
8  quarter?
9     A   I don't recall that analysis being done.
10     Q   So you weren't judged based on whether your
11  forecasts were accurate by someone who was looking and
12  comparing your original forecast to how the quarter
13  turned out?
14     A   Well, the forecast would just be updated to
15  make sure — see it was accurate. We were aiming for a  10:45:53
16  target that was — that was part of the budgeting
17  process. And then forecasting would initially be focused
18  on that budget target. As the quarter went on, it would
19  be updated to be realistic about what the prospects were
20  for meeting that target.
21     Q   So did you create your forecast in a — using
22  a top-down methodology, based on what the budget had been
23  set at?
24     A   Well, we were responsible for developing the
25  budget as well as the forecast. So at the very beginning

67

1  of the period those two things would coincide. We'd have  10:45:53
2  a forecast of our ability to meet that budget, and then,
3  as the period of time went on, our forecast would be
4  revised up and down to be realistic. And then we would
5  either have a gap or a surplus over budget.
6     Q   And were the budgets prepared on a quarterly
7  basis?
8     A   There'd be an annual budget, and then it would
9  be updates on a quarterly basis.
10     Q   And so the forecasting metric you used was
11  whether you were on target to meet budget for the year?
12     MR. BRITTON:  Objection. Mischaracterizes
13  testimony.
14     THE WITNESS:  The forecasting metric was what was
15  the forecast. It was — once the budget is set, then the  10:45:53
16  forecast really operates independently of the budget.
17  And —
18  BY MS. KYROUZ:
19     Q   So at the end of the quarter you weren't
20  concerned about whether the actual results compared
21  favorably to what your forecast was at the beginning of
22  the quarter? You were more concerned about how it
23  compared to the annual budget?
24     MR. BRITTON:  Objection. Mischaracterizes
25  testimony.

68

1     THE WITNESS:  Well, we're always concerned about  10:45:53
2  how the forecast compares, because in the beginning of
3  the period we set a forecast which we think is accurate
4  at that time, and then so we're always concerned about
5  when there's a deviation from that, either positive or
6  negative.
7         So there's concern about it, to try to improve
8  the forecasting process and — but the forecasting
9  process operates on a — on its own track, and we look
10  for ways to improve it or get better information all the
11  time.
12  BY MS. KYROUZ:
13     Q   So you did look at the accuracy of the
14  forecast, looking at the actual results compared to what
15  the forecast was at the beginning of the quarter?  10:45:53
16     A   Sure.
17     Q   Okay. And did you create some sort of a
18  metric to determine how accurate your forecasts were?
19     A   Well, different sales executives had metrics
20  of what they would fork — what they would think would
21  put them on track or off track of a forecast.
22     Q   Okay. So historically, did you keep track of
23  how accurate certain sales executives' forecasts had been
24  at the beginning of the quarter versus where they came
25  out at the end?

69

1     A   I had a general idea of what that was.     10:45:53
2     Q   Okay.
3     A   It varied. It would vary every year. Things
4   changed. So it's not something where you necessarily
5   look at what happened in the immediate quarter or the
6   immediate -- the immediate year. Excuse me, immediate
7   prior year.
8     Q   And were there any financial consequences to
9   these sales executives for -- if they didn't -- if their
10   actual results were not as high as what they had
11   forecasted?
12     A   Well, the consequences would be if budget
13   targets weren't met. Because compensation would be more
14   closely related to budget targets, and the forecast was a
15   means to meet those targets.     10:45:53
16     Q   So it wasn't tied to their ability to achieve
17   a particular quarterly forecast, just the annual budget?
18     MR. BRITTON: Objection. Mischaracterizes
19   testimony.
20     THE WITNESS: Well, the forecasts at the beginning
21   of the year is set equal to the budget. They're both
22   developed simultaneously, the budget and the forecast.
23   And then as the year goes on, the -- of course, there's
24   some sort of consequence if the numbers received in the
25   forecasting process are wildly off what we originally

70

1   anticipated. It's not necessarily consequence.     10:45:53
2   There's -- there could be reasons why there might be a
3   deviation.
4     THE REPORTER: I'm sorry, I need to go off the
5   record.
6     THE VIDEOGRAPHER: We're actually about 20 minutes
7   out of this tape. Either end this tape now or go back
8   on --
9     MS. KYROUZ: Why don't we just go another ten
10   minutes or so.
11     THE VIDEOGRAPHER: We're going off the record at
12   10:50.
13     (Brief recess taken.)
14     THE VIDEOGRAPHER: And we are back on the record at
15   11:07.     11:07:57
16   BY MS. KYROUZ:
17     Q   Why did you leave NutraSweet?
18     A   I started a company.
19     Q   Okay. What was that company?
20     A   It was called The Mentor Group.
21     Q   Okay. What did you do?
22     A   We were attempting to get investors to develop
23   a low-level radioactive waste facility in southern
24   Indiana.
25     Q   Okay. And --

71

1     A   Excuse me, southern Illinois.     11:08:40
2     Q   Okay. Did you -- do you know when in 1987 you
3   started that?
4     A   I forget, as I sit here.
5     Q   Okay. And how long did you do that for?
6     A   I believe it was year and a half, two years.
7   I have to look.
8     Yeah, year and a half maybe.
9     Q   And so -- it says in 1988 -- at some point in
10   1988 you were a manager at Coopers & Lybrand.
11     So does that mean -- you must have started
12   that project somewhere in the middle of 1987?
13     A   I don't recall.
14     Q   And what did you do at Coopers & Lybrand?
15     A   I was a manager in their consulting group.     11:09:56
16     Q   Okay. What kind of consulting?
17     A   It was litigation consulting.
18     Q   And what kinds of tasks/projects did you work
19   on?
20     A   I worked on projects involving some antitrust
21   analysis and business valuations.
22     Q   Have you ever taught any courses at the
23   college level?
24     A   Yes.
25     Q   What teaching experience do you have?

72

1     A   I -- let's see. I was a teaching assistant     11:10:53
2   for several years while I was a graduate student. And
3   then I taught a course in international economics at
4   American University in Washington, D.C.
5     Q   When was that?
6     A   I believe that was in the 1979/1980 time
7   period.
8     Q   Okay. When you were at the Government?
9     A   Yes.
10     Q   Okay. Ever taught any courses on forecasting?
11     A   I don't think I taught a course that was
12   specific about forecasting, but that certainly comes
13   into -- or came into the courses that I was teaching.
14     Q   And have you done any peer-reviewed studies on
15   forecasting or budgeting, published any?     11:11:49
16     A   No.
17     Q   In the publications listed -- it says,
18   "Publications and Presentations" listed on your CV.
19   You've got something on the American Institute of
20   Certified Public Accountants, regression analysis in
21   litigation.
22     What was that about?
23     A   That was a presentation on the use of
24   regression analysis in different types of analyses.
25     Q   It says, "Conferences on fraud and

71

1  A  Excuse me, southern Illinois.          11:08:40
2  Q  Okay.  Did you -- do you know when in 1987 you
3  started that?
4  A  I forget, as I sit here.
5  Q  Okay.  And how long did you do that for?
6  A  I believe it was year and a half, two years.
7  I have to look.
8    Yeah, year and a half maybe.
9  Q  And so -- it says in 1988 -- at some point in
10  1988 you were a manager at Coopers & Lybrand.
11    So does that mean -- you must have started
12  that project somewhere in the middle of 1987?
13  A  I don't recall.
14  Q  And what did you do at Coopers & Lybrand?
15  A  I was a manager in their consulting group.    11:09:56
16  Q  Okay.  What kind of consulting?
17  A  It was litigation consulting.
18  Q  And what kinds of tasks/projects did you work
19  on?
20  A  I worked on projects involving some antitrust
21  analysis and business valuations.
22  Q  Have you ever taught any courses at the
23  college level?
24  A  Yes.
25  Q  What teaching experience do you have?

72

1  A  I -- let's see.  I was a teaching assistant    11:10:53
2  for several years while I was a graduate student.  And
3  then I taught a course in international economics at
4  American University in Washington, D.C.
5  Q  When was that?
6  A  I believe that was in the 1979/1980 time
7  period.
8  Q  Okay.  When you were at the Government?
9  A  Yes.
10  Q  Okay.  Ever taught any courses on forecasting?
11  A  I don't think I taught a course that was
12  specific about forecasting, but that certainly comes
13  into -- or came into the courses that I was teaching.
14  Q  And have you done any peer-reviewed studies on
15  forecasting or budgeting, published any?    11:11:49
16  A  No.
17  Q  In the publications listed -- it says,
18  "Publications and Presentations" listed on your CV.
19  You've got something on the American Institute of
20  Certified Public Accountants, regression analysis in
21  litigation.
22    What was that about?
23  A  That was a presentation on the use of
24  regression analysis in different types of analyses.
25  Q  It says, "Conferences on fraud and

73

1  litigation."                                   11:12:34
2    Was that use of regression analysis in
3  securities fraud cases?
4  A  There was discussion about securities fraud
5  cases.  I was -- my talk was a little bit broader, but it
6  involved securities fraud.
7  Q  Okay.  And was that presentation published?
8  A  I don't believe so.
9  Q  Okay.
10  MS. KYROUZ:  Can we get a copy of that?
11  THE WITNESS:  I don't believe so.  I don't know one
12  way or the other.  I don't think they did, but --
13  MR. BRITTON:  We'll check.  If it's there, we'll
14  produce it.
15  BY MS. KYROUZ:                                 11:13:10
16  Q  Okay.  Have you published anything in the area
17  of assessing or evaluating macroeconomic conditions?
18  A  I don't believe so.
19  Q  Have you served in any position where you were
20  advising on macroeconomic conditions?
21  A  Yes.
22  Q  What was that?
23  A  I was on -- or am on the board of directors of
24  a foundation.
25  Q  Which foundation is that?

72

```
1      A   I -- let's see. I was a teaching assistant     11:10:53
2   for several years while I was a graduate student. And
3   then I taught a course in international economics at
4   American University in Washington, D.C.
5      Q   When was that?
6      A   I believe that was in the 1979/1980 time
7   period.
8      Q   Okay. When you were at the Government?
9      A   Yes.
10     Q   Okay. Ever taught any courses on forecasting?
11     A   I don't think I taught a course that was
12  specific about forecasting, but that certainly comes
13  into -- or came into the courses that I was teaching.
14     Q   And have you done any peer-reviewed studies on
15  forecasting or budgeting, published any?            11:11:49
16     A   No.
17     Q   In the publications listed -- it says,
18  "Publications and Presentations" listed on your CV.
19  You've got something on the American Institute of
20  Certified Public Accountants, regression analysis in
21  litigation.
22         What was that about?
23     A   That was a presentation on the use of
24  regression analysis in different types of analyses.
25     Q   It says, "Conferences on fraud and
```

73

```
1   litigation."                                        11:12:34
2          Was that use of regression analysis in
3   securities fraud cases?
4      A   There was discussion about securities fraud
5   cases. I was -- my talk was a little bit broader, but it
6   involved securities fraud.
7      Q   Okay. And was that presentation published?
8      A   I don't believe so.
9      Q   Okay.
10         MS. KYROUZ: Can we get a copy of that?
11         THE WITNESS: I don't believe so. I don't know one
12  way or the other. I don't think they did, but --
13         MR. BRITTON: We'll check. If it's there, we'll
14  produce it.
15  BY MS. KYROUZ:                                       11:13:10
16     Q   Okay. Have you published anything in the area
17  of assessing or evaluating macroeconomic conditions?
18     A   I don't believe so.
19     Q   Have you served in any position where you were
20  advising on macroeconomic conditions?
21     A   Yes.
22     Q   What was that?
23     A   I was on -- or am on the board of directors of
24  a foundation.
25     Q   Which foundation is that?
```

74

```
1      A   Associated Foundations.                       11:14:17
2      Q   Okay. What's that?
3      A   That is a charitable organization that makes
4   grants to universities and other community organizations.
5      Q   Who owns Associated Foundations?
6      A   It's endowed by several investors. There's a
7   board. I guess the owner is an individual by the name
8   of -- I'm blanking on his last name. I'll remember it in
9   a few minutes, but I just don't -- I forget it right now.
10     Q   And who are some other major investors?
11     A   I don't recall -- there aren't necessarily
12  investors. It was endowed by another individual, and
13  there've been subsequent contributions to it. So it has
14  an endowment from which it disburses funds to public
15  institutions, zoos and educational institutions.    11:15:33
16     Q   How did you come to be affiliated with it?
17     A   I was asked to join the board by the -- by the
18  owner, whose name I can't remember right now.
19     Q   Okay. And is there a particular issue or
20  purpose other than funding to universities? Is there a
21  particular subject matter that's associated with it?
22     A   It funds outreach programs to fund -- programs
23  like for a zoo to provide outreach to public schools or
24  for other institutions, museums, to provide outreach to
25  public schools.
```

75

```
1      Q   Okay. And what is the advice that you've     11:16:17
2   given about the macroeconomic conditions to this board?
3      A   I'm on the finance committee, which is
4   responsible for investing the endowed funds.
5      Q   And so how does that implicate the
6   macroeconomy?
7      A   At periodic meetings we look at what the
8   economy is and what the stock portfolio is and meet with
9   the brokers and make some determinations about where we
10  want to go in the next quarter.
11     Q   Okay. And so it's -- your role is with
12  respect to choosing the investments that you're going --
13  the company's going to make?
14         MR. BRITTON: Objection. Mischaracterizes
15  testimony.                                           11:17:05
16         THE WITNESS: My role is helpful in choosing the
17  investments. I focus on economic issues that are -- we
18  expect in the future or we figure out what sectors of the
19  economy we should be investing in in the future. It's a
20  group of people for which I contribute my advice.
21  BY MS. KYROUZ:
22     Q   Okay. And when did you join this board?
23     A   It was approximately five years ago, I
24  believe.
25     Q   2002?
```

76

```
1     A   Yes.                          11:17:39
2     Q   And what types of sectors are they invested
3   in? You said you advise about what types of sectors to
4   invest the stocks.
5       MR. BRITTON:  Objection.  Vague as to time.
6       THE WITNESS:  We would look at some information --
7   we would collect information from a variety of sources
8   about what's going on in the economy and the particular
9   sectors that are particularly active or inactive at this
10  particular time and what are some of the macroeconomic
11  factors we're seeing that could affect, you know, where
12  we should be with our investments.
13      And then we meet and discuss these, and decide
14  if it makes sense to make any change in our portfolio and
15  decide what the next direction should be, if there should   11:18:40
16  be a change over the next quarter.
17  BY MS. KYROUZ:
18    Q   Is the portfolio diversified?
19    A   Yes.
20    Q   And what kinds of macroeconomic indicators do
21  you look at to assist in that process?
22    A   We look at, you know, recent pronouncements by
23  the Federal Reserve Board.  We look at what other
24  macroeconomic -- economists are saying about the
25  forecasts for the economy, government initiatives in the
```

77

```
1   economy.  It's in broad-based economic factors.     11:19:15
2     Q   Is there any other context in which you've
3   provided information or advice on the macroeconomy?
4     A   I can't think of any others.
5     Q   Have you ever done a forecast of macroeconomic
6   conditions, where they're going in the future?
7     A   Yes.
8     Q   Okay.  In what context?
9     A   I did a forecast for the Export-Import Bank.
10  When I was there they were looking at specifically
11  developing some economic expertise about the future
12  economic growth areas.
13    Q   So that was in 1979 to 1981?
14    A   Yes.
15      I think maybe to broaden that -- I mean, we've   11:20:30
16  always looked at the economy in each of my jobs in
17  strategic planning, whether it was for Andersen or First
18  Bank -- National Bank of Chicago or NutraSweet.  Those
19  broad factors are certainly part of what would go into
20  our forecast and we need to be, you know, mindful of them
21  in determining what -- whether there should be changes to
22  the forecast.
23    Q   But you weren't asked to do a macroeconomic
24  forecast, to actually prepare one, in terms of what the
25  future was going to be of the economy?
```

78

```
1     A   No, we used our interpretation --        11:21:04
2       MR. BRITTON:  Objection.  Mischaracterizes
3   testimony, vague.
4       Go ahead.
5       THE WITNESS:  We would use macroeconomic forecasts
6   that were prepared by others and had our own assessment
7   of them and analyze them from that perspective.
8   BY MS. KYROUZ:
9     Q   And doesn't look, from the discussion we've
10  had today, that you've done a forecast for a
11  technology company.
12      Is that fair?
13    A   Other than what we've discussed today.  That's
14  been the extent of my forecasts for technology companies.
15    Q   Okay.  What do you think we've discussed today   11:21:41
16  that's a technology company?
17    A   Well, the Sputtered Films involved technology
18  issues in particular.
19    Q   Okay.  That's the expert testimony?
20    A   Yes.
21    Q   Yeah.
22      With respect to your job -- that is, not being
23  hired as an expert, but in terms of your job experience,
24  have you ever done a forecast for a technology company?
25    A   I don't believe so.
```

78

1      A   No, we used our interpretation --        11:21:04
2          MR. BRITTON:  Objection.  Mischaracterizes
3      testimony, vague.
4          Go ahead.
5          THE WITNESS:  We would use macroeconomic forecasts
6      that were prepared by others and had our own assessment
7      of them and analyze them from that perspective.
8      BY MS. KYROUZ:
9      Q   And doesn't look, from the discussion we've
10     had today, that you've ever done a forecast for a
11     technology company.
12         Is that fair?
13     A   Other than what we've discussed today.  That's
14     been the extent of my forecasts for technology companies.
15     Q   Okay.  What do you think we've discussed today   11:21:41
16     that's a technology company?
17     A   Well, the Sputtered Films involved technology
18     issues in particular.
19     Q   Okay.  That's the expert testimony?
20     A   Yes.
21     Q   Yeah.
22         With respect to your job -- that is, not being
23     hired as an expert, but in terms of your job experience,
24     have you ever done a forecast for a technology company?
25     A   I don't believe so.

79

1      Q   How about a software company in particular?     11:22:02
2      A   I don't believe so.
3      Q   You said in your opening report that one of
4      your opinions is that Oracle was facing a major
5      macroeconomic change heading into Q3, fiscal Q3 of '01.
6          What is your definition of a major
7      macroeconomic change?
8      A   A change that affects their business.
9      Q   So you're saying it's a macroeconomic change
10     that affects Oracle's business?
11     A   Yes.
12     Q   So you only know a major macroeconomic
13     change's occurred, then, if you look back and see
14     whether, in fact, it changed the company's business?
15         MR. BRITTON:  Objection.  Vague.        11:23:03
16         THE WITNESS:  A macroeconomic change would be
17     determined outside the actions of the business.  Those
18     are two separate things.
19     BY MS. KYROUZ:
20     Q   Okay.  You said your definition of a major
21     macroeconomic change was a change that affects Oracle's
22     business.
23         Am I understanding that right?
24     A   Yes.
25         MR. BRITTON:  Objection.

80

1          Let me object.        11:23:28
2      BY MS. KYROUZ:
3      Q   So when you say a major -- you said a
4      macroeconomic change would be determined outside the
5      actions of the business.
6          What do you mean by that?
7      A   I would look at issues that affected the
8      market for the particular business's products.  In this
9      case, the market that Oracle was involved in, there'd
10     be -- there was a major macroeconomic change that would
11     affect Oracle's business in that market.
12     Q   So you're saying -- when you say that Oracle
13     was facing a major macroeconomic change, you're saying it
14     was the sector that Oracle operated in, that part of the
15     economy had suffered some sort of an economic --        11:24:12
16     macroeconomic change?  Is that what you mean?
17     A   The sector that -- in which it sold its
18     products.  The purchasers of those -- there was a major
19     macroeconomic change that affected the purchasers of
20     Oracle's products.
21     Q   So I'm asking you for a definition of what you
22     mean by a major macroeconomic change, and you're using
23     the term in your answer.  So it's not really defining
24     what you mean by it.  You're simply reiterating that you
25     thought there was a major macroeconomic change.  Now I

80

1       Let me object.                11:23:28
2    BY MS. KYROUZ:
3       Q   So when you say a major -- you said a
4    macroeconomic change would be determined outside the
5    actions of the business.
6       What do you mean by that?
7       A   I would look at issues that affected the
8    market for the particular business's products.  In this
9    case, the market that Oracle was involved in, there'd
10   be -- there was a major macroeconomic change that would
11   affect Oracle's business in that market.
12      Q   So you're saying -- when you say that Oracle
13   was facing a major macroeconomic change, you're saying it
14   was the sector that Oracle operated in, that part of the
15   economy had suffered some sort of an economic --        11:24:12
16   macroeconomic change?  Is that what you mean?
17      A   The sector that -- in which it sold its
18   products.  The purchasers of those -- there was a major
19   macroeconomic change that affected the purchasers of
20   Oracle's products.
21      Q   So I'm asking you for a definition of what you
22   mean by a major macroeconomic change, and you're using
23   the term in your answer.  So it's not really defining
24   what you mean by it.  You're simply reiterating that you
25   thought there was a major macroeconomic change.  Now I

81

1    guess you're saying in respect to potential customers.   11:24:48
2       What --
3       MR. BRITTON:  Objection to that colloquy.  It's --
4    mischaracterizes his testimony.
5    BY MS. KYROUZ:
6       Q   I'm asking for your definition of how you know
7    what is a major macroeconomic change.
8       MR. BRITTON:  Objection.  Asked and answered.
9       THE WITNESS:  Macroeconomics would be outside the
10   operation of Oracle.  There were several changes.  The
11   economy -- overall economy was experiencing a period of
12   lower growth, and the more sector-specific economy was
13   experiencing a change in growth as well.
14   BY MS. KYROUZ:
15      Q   Okay.  So a period of lower growth or change    11:25:31
16   in growth, is in your mind, a major macroeconomic change?
17      A   Yes.
18      Q   Is there -- over what particular time period
19   would there have to be a lower growth rate for there to
20   be a major macroeconomic change, according to your
21   definition?
22      A   It would affect -- it's not so much the time
23   period.  It's what the extent of the change was.
24      Q   So when you say a change -- a change from
25   what?  From -- at any other point in time there had been

82

1    a different macroeconomic condition?               11:26:18
2       MR. BRITTON:  Objection.  Vague.
3       THE WITNESS:  I'm not sure I understand your
4    question.
5    BY MS. KYROUZ:
6       Q   You're saying -- you're positing that there
7    would be a major macroeconomic change when there's lower
8    growth or some other change in the economic situation.
9       And I'm saying a lower growth -- lower than
10   what?  What's the comparative to know that something has
11   changed?  Changed from what?
12      A   I would look to see if there was a change from
13   a period of high growth to a period of much lower growth.
14   That would be one way of looking at a macroeconomic
15   change.  Say a turning point.  If the company had        11:26:59
16   undergone a number of periods of high growth and now the
17   conditions were shifting so that they were in low growth,
18   that would be a major change.
19      MS. KYROUZ:  I think we need to change the tape.
20      THE VIDEOGRAPHER:  This concludes Tape Number 1.
21   We're going off the record at 11:27.
22      (Brief recess taken.)
23      THE VIDEOGRAPHER:  And this begins Tape Number 2.
24   We are back on the record at 11:28.
25   BY MS. KYROUZ:

83

1       Q   So at what point does something qualify as a   11:28:32
2    major macroeconomic change?  You said there would be some
3    sort of a turning point.  At what level is there a
4    turning point?  What constitutes a major change, as
5    opposed to some other change?
6       A   A major change would be if there's been a
7    trend in one direction over a period of time and then
8    that trend shifts.  So it's more looking at the trend.
9       Q   So you think any change in the trend of the
10   economy is a major macroeconomic change?
11      MR. BRITTON:  Objection.  Mischaracterizes
12   testimony.
13      THE WITNESS:  No, not necessarily.
14   BY MS. KYROUZ:
15      Q   Okay.  So how do you know if it qualifies to    11:29:09
16   level of a major macroeconomic change under your
17   definition?
18      A   I would look to see what the conditions are of
19   the change, what -- I'd have to look in more detail of
20   the different changes.
21      Q   You're saying you know it when you see it, in
22   terms of what you consider to be major?
23      MR. BRITTON:  Objection.  Mischaracterizes
24   testimony.
25      THE WITNESS:  No, not at all.

110

1  revenues; did it?                           12:04:59
2      MR. BRITTON:  Objection.  Assumes facts.
3  BY MS. KYROUZ:
4      Q   They still met and exceeded their targets in
5  those quarters; didn't they?
6      A   Well, I don't know whether it changed Oracle's
7  revenues or not.  They -- in some of those quarters they
8  did meet their targets.
9      Q   Despite the NASDAQ decline that you've
10  identified?
11     A   Yes.
12     Q   Is it your understanding that the dot-coms
13  were primarily buying databases or applications from
14  Oracle?
15     A   Dot-coms were buying primarily -- well, they   12:05:31
16  were buying database, I believe.
17     Q   Do you know what percentage of dot-com sales
18  were database as opposed to applications?
19     A   I may have known.  I don't recall right now.
20     Q   Is it your opinion that there's a direct
21  correlation between VC funding of dot-coms and Oracle's
22  revenues?
23     A   VC funding of dot-coms is another indicator
24  that that market, as Oracle describes itself, is
25  shrinking.

111

1      Q   Are you offering an opinion that there's a    12:06:17
2  direct correlation between VC funding of the dot-coms and
3  Oracle's revenues?
4      A   Well, we know that the dot-coms diminished as
5  a revenue source for Oracle.  It's stated by a number of
6  people.
7      Q   Are you alleging that there's a direct
8  correlation between the VC funding and whatever the
9  levels are of VC funding and the overall Oracle revenue?
10     MR. BRITTON:  Objection.  Asked and answered, vague
11  as to "overall Oracle revenues."
12     THE WITNESS:  VC funding is an indicator of the
13  health of the dot-com market.  The health of the dot-com
14  market drives sales of -- to dot-com companies.
15  BY MS. KYROUZ:                               12:07:00
16     Q   And you're not offering an opinion that
17  there's any more direct correlation than just this idea
18  that VC funding reflects the overall health of the
19  dot-coms?
20     A   Well, it's not an idea.  It's -- that's how
21  dot-coms get funded.  So it's --
22     Q   Okay.  So you're not --
23     A   It's not just an idea.
24     Q   You're not specifying some direct correlation
25  that you could then infer from VC funding as opposed to

112

1  how it would impact Oracle's overall revenues?          12:07:21
2      MR. BRITTON:  Objection.  Asked and answered.
3      THE WITNESS:  VC funding, as I state in my report,
4  is one of the components that was indicative of decline
5  in that segment.
6  BY MS. KYROUZ:
7      Q   And what is the basis -- what is the basis for
8  that opinion that you're offering?  Is it simply the
9  decline in the NASDAQ?
10     A   Could you restate your question for me,
11  please?
12     Q   Yeah.
13         What's the basis for this opinion that you're
14  offering about VC funding being an indicator of potential
15  sales to Oracle?                             12:08:09
16     A   The basis is that VC funding is a funding
17  source for startup companies.  If that funding source
18  diminishes, there'd be fewer startup companies, hence
19  fewer opportunities for Oracle to sell its products to
20  dot-coms.
21     Q   And have you empirically tested that?
22     A   No, I'm relying on the testimony, I believe,
23  of several of the folks in the NAS division.
24     Q   You're not relying on anything else, any other
25  analysis?

123

1      (Defendant's Exhibit 5 was marked for          13:22:57
2      identification by the court reporter.)
3    BY MS. KYROUZ:
4      Q   Is that something you looked at in preparing
5    your report, the January 31, 2001 data?
6      A   I don't know whether I looked at that data or
7    not.
8      Q   Have you seen Exhibit 5 --
9      A   I don't recall this document, reviewing a
10   document like this.
11     Q   Okay.
12     A   Doesn't -- it's not part of the minutes.  So
13   my focus was on the minutes.
14     Q   Okay.  If you turn to the eighth page of the
15   document.  It's not -- the first few pages are numbered,   13:23:59
16   but then there's some charts that are not numbered.  It's
17   the eighth page.
18         It should be -- the very first line at the top
19   should read, "Software," and if you flip back to the
20   seventh page, it's the same categories we were just
21   looking at with the November data, starting with
22   equipment and software.  There's some other categories,
23   and it flips over to Page 8 for the line about software.
24         Are you able to locate that?
25     A   (No audible response)

124

1      Q   Do you see the categories I'm referring to on   13:25:24
2    Pages 7 and 8?
3      A   Yes.
4      Q   Okay.  So the headings which are on the prior
5    page, which are also repeated below, are the same with
6    respect to the calendar quarter.  So for software it
7    looks like calendar Q4 '99 is 196.8 and calendar Q1 '00
8    is 210.5, and calendar Q2 2000 is 224.5, and calendar Q3
9    2000 is 238.4, and this one adds calendar Q4 of 2000 at
10   245.3.
11         Do you see that, for software?
12     A   Yes.
13     Q   And this is the data that underlies the Fed's
14   analysis as of January 31, 2001.
15         Is this the basis on which you say that there   13:26:39
16   was a major macroeconomic change between calendar Q4 '99
17   and Q4 '00?
18     A   The basis that I'm focusing on is the rate of
19   change in growth, and this doesn't say anything about
20   that growth change.  And that's what the Fed is focusing
21   on as well in their documents.  It's the change in the
22   growth, not the absolute value.
23         I think your document is just focusing on an
24   index that shows whether it's going up or down, but to --
25   what the Fed is talking about is the change in the growth

125

1    rate of this.  That's what they're talking about's   13:27:13
2    slowing down.
3      Q   You think the Fed is saying that the software
4    category, in particular, is declining or showing gains in
5    this period?
6      A   I think they're talking about the rate of
7    growth in software sector, which analysts as well are
8    talking about, is declining.
9      Q   And it's your -- it's that understanding of
10   what the Fed's saying that's the support for your opinion
11   that there was a major macroeconomic change in this
12   period; is that right?
13     A   That is --
14     MR. BRITTON:  Objection.  Asked and answered.
15     THE WITNESS:  That is one of the elements that I'm   13:27:47
16   using.  But this document that you've just given me
17   doesn't say anything about growth.
18   BY MS. KYROUZ:
19     Q   You don't think those numbers reflect whether
20   the economy was growing in that period --
21     A   That's not what --
22     Q   -- in the software sector?
23     A   -- the Fed is saying.
24         That's not what the Fed is saying.  You're
25   mischaracterizing.

126

1      Q   And you didn't look at that data before you   13:28:06
2    wrote your report; is that right?
3      A   No, it wasn't necessary to, because it doesn't
4    apply to the analysis that I was doing.
5      Q   You said earlier, in assessing whether there's
6    a major macroeconomic change, that one of the things that
7    you looked at was the Fed and the Fed's actions; is that
8    fair?
9      A   Yes.
10     Q   Would that include the federal funds rate?
11   That's a data point you were looking at in your analysis?
12     A   Yes.
13     Q   And one of the Fed's economic policy tools is
14   the federal funds overnight rate?  You agree with that?
15     A   Yes.                      13:28:51
16     MS. KYROUZ:  I'd like to mark as the next exhibit.
17         (Defendant's Exhibit 6 was marked for
18         identification by the court reporter.)
19     MS. KYROUZ:  Information about the federal funds
20   rate.
21     MR. BRITTON:  Read the whole document.
22   BY MS. KYROUZ:
23     Q   Turning to the second page of this document,
24   reflects the time period of calendar year 2000.
25         Prior to December 14th, 2000, what was the

147

1  looking at the conversion rate from the same quarter the   14:27:27
2  prior year.
3     Q   And then applying that to the forecasted
4  pipeline for the current quarter?
5     A   Right.
6     Q   That's what you believe she did?
7     A   That's what she said she did.
8     Q   You think that's what she said she did to
9  create her upside adjustment?
10    A   She said that the basis of her upside
11 adjustment is the results in the prior one-year-ago
12 conversion rate.
13    Q   And when you say the basis for, you think she
14 said that that was how she came to create her number?
15    A   It says in her interview with -- in the SLC   14:28:00
16 report that that was the basis.  She says in her
17 deposition that that formed what she called an accurate
18 forecast for the current quarter.
19    Q   So you're basing your opinion in this area on
20 what you believe Ms. Minton testified to with respect to
21 her SLC interview and her deposition testimony?
22    A   That is how she defined how she did her upside
23 adjustment.
24    Q   Okay.  That's your understanding, and that's
25 the basis of your opinion here in this case, that she was

148

1  creating the upside number by simply applying the   14:28:41
2  conversion ratio from Q3 '00?
3     MR. BRITTON:  Objection.  Asked and answered,
4  mischaracterizes testimony.
5     THE WITNESS:  Those are some of the bases for her
6  creating that upside adjustment.
7  BY MS. KYROUZ:
8     Q   Do you have any other basis for believing that
9  that's how she created her upside adjustment, by simply
10 mechanically applying the historical conversion ratio?
11    A   Well, she said she did.  So I didn't have a
12 question -- reason to question her.
13    Q   Did you do some analysis where you tried to
14 prove that?
15    A   I demonstrated some analysis, where it closely   14:29:23
16 depicted what was done in the prior year.
17    Q   Okay.  And what do you -- what do you think
18 that analysis shows?
19    A   It shows it closely mirrored, nearly, the
20 conversion ratio of the prior year.
21    Q   Let's take a look at that analysis, and maybe
22 you can help me understand what that shows.
23    Where is that analysis reflected in your
24 exhibits?
25    A   One place it's reflected in is Exhibit 4.

149

1     Q   To your rebuttal report?   14:30:29
2     A   Yes.
3     Q   Okay.  And looking at Page 2 of your Exhibit
4  4, this is where you did the numbers, calculated the
5  the -- why don't you walk me through what this shows.
6     A   This shows the forecast date, the forecast
7  week, the pipeline conversion rate of the prior year,
8  potential forecast, the current pipeline, the potential
9  forecast pipeline conversion rate, and the difference
10 between the prior year conversion rate and potential
11 forecast conversion rate.
12    Q   Okay.  And then what does the final column
13 show?
14    A   Final column shows the quarterly average.
15    Q   And how did you arrive at that number?   14:31:32
16    A   The quarterly average is the average of the
17 differences between -- for the quarter.
18    Q   So you -- within Q3 FY '01, you added up
19 these -- the column difference between prior year
20 conversion rate and potential forecast conversion rate,
21 you added those up and divided by the number of data
22 points to arrive at the zero?
23    A   I believe that's how it was done.
24    Q   Okay.  Did you do this work yourself?
25    A   One of the associates working on the case did

150

1  the computation.   14:32:17
2     Q   Okay.  So this quarterly average column, it
3  looks like you've got zero percent for Q3 of FY '01, and
4  then Q2 of FY '01 has five percent, and Q1 of FY '01 has
5  eight percent; is that right?
6     A   Would you repeat that question for me, please.
7     Q   I'm reading the numbers from the right-hand
8  column that says, "Quarterly Average."
9     A   Oh.
10    Q   And I see at the bottom you've got zero
11 percent for Q3 of FY '01, five percent for Q2 of FY '01,
12 eight percent for Q1 of FY '01; is that right?
13    A   Yes.
14    Q   So in prior numbers -- in prior quarters,
15 where the percentage is greater than zero percent, what   14:33:16
16 does that show?
17    A   Just merely an average of the deviations, the
18 differences.
19    Q   And the fact that there's a difference that's
20 greater than zero suggests what to you?
21    A   A difference greater than zero would suggest
22 a -- on average, that the -- there's a wider difference
23 between the conversion rate and the potential forecast
24 conversion rate.
25    Q   So is it your view that Jennifer Minton was

151

1   not just applying mechanically the prior year's        14:33:58
2   conversion rate in these quarters in Q1 and Q2 but then
3   she was in Q3?  Is that your opinion?
4       A   No, my opinion is that consistently throughout
5   this, they mirror one another.  The prior year conversion
6   rate and the potential forecast conversion rate generally
7   mirror each another.
8       Q   And what do you mean by mirror?
9       A   The shape is the same.
10      Q   The shape is the same.
11          And wouldn't it be more conservative to have a
12  larger number?  For instance, eight percent would be more
13  conservative, because it's suggesting a lower conversion
14  ratio would be necessary this quarter compared to the
15  prior quarter?        14:34:45
16      A   It's just an average.  There's a greater
17  difference in some of the quarters and a lesser
18  difference in the others, but it's very close to what she
19  uses for -- very close to the prior year conversion rate,
20  and the shape is essentially the same.
21      Q   And what do you mean by the shape is the same?
22      A   By visually examining these two lines, they
23  tend to mirror each other.
24      Q   Okay.  What do you think that shows?
25      A   That is another indicator of the fact that the

152

1   potential forecast conversion rate is similar to the        14:35:16
2   prior year conversion rate.
3       Q   Okay.  And if it were the same, wouldn't all
4   these numbers in the column "Difference Between Prior
5   Year Conversion Rate and Potential Forecast Conversion
6   Rate" -- wouldn't all those numbers be zero?
7       A   If everything was exactly the same, that's
8   correct.  But my point is it's very close to what she did
9   before.  And so it supports my opinion that the prior
10  year conversion rate is the basis for this.
11      Q   So when you say it's very close, you think
12  it's very close when the average is eight percent in Q1
13  of FY '01, or are you just saying in Q3, when the average
14  is zero, that that's very close?
15      A   I think they're all very close.  There's not        14:36:17
16  much deviation from them, and it shows that -- though she
17  might have made some changes, basically it supports my
18  opinion that the basis for her upside is the prior year
19  conversion rate.
20      Q   And when you say the basis for, are you
21  basically saying that that's not how she arrived at it
22  specifically, but that it's somehow loosely based on it
23  or it's one factor that contributes to it?  Or what is
24  your testimony in that area?
25      MR. BRITTON:  Objection.  Mischaracterizes

153

1   testimony.        14:36:51
2       THE WITNESS:  My testimony is that her upside
3   potential -- upside forecast is based on the prior year
4   conversion rate.  It's very close to the prior year
5   conversion rate.
6   BY MS. KYROUZ:
7       Q   Well, which is it --
8       A   When one goes up the other goes down.  When
9   one goes up the other goes up.  They mirror it.  If you
10  just look visually, it's very close.  And at different
11  times it's closer than the other -- than others.
12      Q   So when you say based on, you're not saying
13  that it's the result of just the application of the
14  conversion ratio?  You're saying there were other factors
15  that went into her getting that number?        14:37:32
16      A   Yes, there's some -- there's some differences
17  between them, but it supports my opinion that it's based
18  on the prior year conversion rate.  It's very close to
19  the prior year conversion rate.
20      Q   How close does it have to be?
21      A   Well, that's very --
22      Q   I mean, everything could be loosely related.
23  So there must be some reason why you believe that they're
24  in some way, you know, based on that number, that it's
25  something more specific than just something she

1  because that's when the memo went out.          16:31:33
2  BY MS. KYROUZ:
3      Q   What evidence do you have that salespeople
4  began implementing this so-called directive in Q2?
5      A   Well, first of all, the first evidence I have
6  is that Larry Ellison directed them to do it.  And he
7  told them to change it.  We also have e-mails saying to
8  shift -- from now the regular commit number that was used
9  in prior forecasts now becomes the worst case.  So I know
10  that there was effort by individuals to see that the
11  forecasts are more accurate.
12      And the third way that I know about it is that
13  I checked the upside adjustment in the field.  And prior
14  to the implementation of this, there was very little
15  upside adjustment by the field and up to the NAS level.   16:32:13
16  And now I notice, particularly in Q3, it's -- tracks
17  upward.
18      Beginning in Q2 and then into Q3, there's
19  significant upside adjustment down at the division level.
20  And that's exactly what McMannis said would happen when
21  they implemented the Ellison directive.  She said -- in
22  the directive she said, prior to this we hadn't used much
23  judgment in our field forecast, and now we're going to
24  have to do it.
25      And what do you know?  Right after that we see

217

1  judgment entered into by the very -- every single level   16:32:46
2  in the field before it gets up to Minton's level.  And
3  prior to that point I hadn't seen any.  So that was a
4  third instance of direct evidence that adjustments were
5  being made in the field to follow Ellison's directive.
6  So I think it's very clear.
7      Q   Other than those three pieces of evidence that
8  you have identified, is there any other basis for your
9  opinion that the field forecast was including more risk?
10      A   I'm still looking at the issue, but I think
11  that makes it pretty clear to me.
12      Q   Okay.  And when you say you analyzed the
13  amount of judgment that was incorporated in the field
14  forecast, were you doing that for all three of the U.S.
15  license divisions?                              16:33:36
16      A   I think I had -- I don't know that I had
17  judgment for all three.  I think I had judgment in NAS
18  and OSI.  I don't recall whether I had all three.  I was
19  focusing -- there was a lot in NAS and -- I'm not sure if
20  it was one or two different divisions.
21      But I could see that it was -- I know that
22  in -- in Nussbaum's division, he was talking about the
23  additional upside adjustment that he was putting in at
24  his level.  So I know it was included there.  And he was
25  talking about problems that he was having because you had

218

1  this upside adjustment and he would have to have a much   16:34:22
2  higher conversion rate in order to meet his targets
3  there.  So I know that that was of concern to them.
4      Q   And it's your understanding that there wasn't
5  management judgment being added within the divisions
6  prior to Q3?
7      MR. BRITTON:  Objection.  Mischaracterizes
8  testimony.
9      THE WITNESS:  The upside adjustment began to be
10  added significantly toward the end of Q2, just as the
11  Ellison directive was implemented.  If you go back
12  another quarter, in fact, there was negative upside
13  adjustment at the field and division levels.  So there
14  was very little -- it was negative; there was very
15  little, and it trends upward and becomes a very        16:34:58
16  significant factor when you get into Q3, exactly as I
17  would expect, exactly as McMannis memo says is what's
18  going to happen.
19  BY MS. KYROUZ:
20      Q   And did you do some sort of analysis -- you
21  said increase significantly, things like that.
22      Have you done some sort of analysis of the
23  data to show that the management judgment --
24      A   Well, I --
25      Q   -- increased?

219

1      A   -- looked at the data.  It was negative in the   16:35:19
2  prior quarter.  It became positive.  It was a large
3  number.  I think at one point the underlying management
4  adjustment -- management judgment was over a hundred
5  million dollars at one point in Q3.  So it bounced around
6  a little, but it was very significant factor.
7      Q   And did you compare that, to see if it was
8  significant compared to other quarters?
9      A   I looked at what it was in other quarters.  I
10  said in the prior quarters at times it was negative and
11  it was small.
12      Q   Have you set forth, that analysis, in any
13  of your reports?
14      A   I haven't included it in my reports.
15      Q   How come?                              16:35:59
16      A   Well, I began doing that analysis when it was
17  questioned that -- I assumed that the fact that the
18  directive came from Larry Ellison, it would be
19  implemented.  And I noticed in some of the rebuttal
20  reports they were questioning whether people would do
21  what Larry Ellison said.  So I looked for another
22  indicators.  And this is what I came up with.
23      Q   Okay.  And other than this indicator you just
24  mentioned, where you believe that more management
25  judgment was added at the field level, do you have any

220

221

1   other indication that the field was behaving differently   16:36:31
2   with respect to its forecast?  I mean, you mentioned an
3   assumption that people would do what Larry says, but
4   other than that and the one e-mail among finance people
5   at OPI, do you have any evidence of salespeople actually
6   doing this?
7       A   Well, there's several e-mails.  There's --
8       MR. BRITTON:  Hold on.  Objection.  Unintelligible,
9   vague, ambiguous.
10      THE WITNESS:  There's several e-mails.  There's
11  e-mails of others.  I think there was an e-mail -- there
12  are several e-mails that I looked at, indicating that
13  this was being implemented in the field, that we had
14  to -- I think there was an e-mail forwarded by Minton
15  down to some of the field levels, saying there was an   16:37:11
16  analysis done by one of the staffers about the accuracy
17  of prior field forecasts, and she was forwarding this
18  down, saying we have to make an effort to get our field
19  forecasts much more accurate.
20  BY MS. KYROUZ:
21      Q   And all the e-mails you're referring to, are
22  those all cited in your reports?
23      A   I believe so.
24      Q   Okay.  And you believe that these e-mails
25  showed that the field was actually taking some different

222

1   action, as opposed to somebody in the finance group   16:37:39
2   suggesting action or suggesting anything?
3       MR. BRITTON:  Objection.  Mischaracterizes his
4   testimony.
5       THE WITNESS:  Well, the directive doesn't come from
6   the finance group; it comes from Ellison.  The e-mail
7   says -- and I think Ellison testified that that was -- he
8   was the person who was referred to in the McMannis e-mail
9   about what the field should be doing.  And so --
10  BY MS. KYROUZ:
11      Q   Other than -- other than that, the e-mails
12  that you've identified, was there anything else --
13      MR. BRITTON:  Counsel.
14      THE VIDEOGRAPHER:  Your mic is rubbing against
15  that.                                          16:38:12
16      THE WITNESS:  There may be others.  I think I've
17  covered the major factors.
18  BY MS. KYROUZ:
19      Q   Okay.  Anything other than what's in your
20  reports?  Anything else new that you have come up for
21  today?
22      MR. BRITTON:  Other than what he's talked about?
23      MS. KYROUZ:  Yeah, other than what he's told us and
24  what's in his reports, is there anything else new that
25  you've come up with for today to support this opinion?

223

1       THE WITNESS:  Well, I'm always working on it.  So I   16:38:38
2   may have some other ideas.  I may get some ideas during
3   the course of this deposition.
4   BY MS. KYROUZ:
5       Q   Is it your view that Larry Ellison was
6   intending to increase the amount of risk in the forecast
7   by this so-called directive that you've referred to?
8       A   I think he -- he was -- that question was
9   asked to him in a deposition, and I think there was some
10  confusion.  He started talking about -- not risk, but I
11  think he clarified the position.
12      But the point is what he wanted was no more
13  sandbagging.  So if there's not going to be any more
14  sandbagging, salespeople are going to have to put more
15  risk in their forecasts.  So I think when that was made   16:39:16
16  clear to him, I think he agrees that the salespeople have
17  to eliminate the sandbagging.
18      Q   And it's your opinion that when Larry Ellison
19  suggests that he doesn't like sandbagging, if that's what
20  you're suggesting happened, then that magically goes away
21  overnight?  Is that -- is that your opinion?  It would
22  just be implemented a hundred percent in the field
23  immediately?
24      A   Well --
25      MR. BRITTON:  Objection.  Vague and ambiguous.

224

1       THE WITNESS:  I've described how it was   16:39:47
2   implemented.  If this -- it was implemented in several
3   stages.  It would be what sales personnel put into the
4   forecasts, and then there's the management judgment
5   factor.  So it was adhered to.  And whether it gets
6   adhered to directly from a salesperson implementing the
7   details of a certain probability into the report or
8   management judgment at the field level.
9       What I saw was a distinct difference, a
10  distinct change in the amount of management judgment
11  after the implementation of the Ellison directive,
12  exactly what the McMannis memo said would happen, that
13  there'd be more judgment put into the field forecast, and
14  that's exactly what happened.  So that was a good
15  indicator for me.                              16:40:28
16  BY MS. KYROUZ:
17      Q   And you're calling it a distinct change and
18  you're referring to it as significant, but you haven't
19  done any analysis of it that you have set forth for us or
20  that sets forth what these numbers are and what you
21  believe the differences are or any other kind of
22  statistical analysis; is that fair?
23      MR. BRITTON:  Objection.  Mischaracterizes his
24  testimony, asked and answered.
25      THE WITNESS:  I've just described it.  The --

227

1    Q   Sounds like you're saying you believe a   16:43:01
2    certain amount of additional judgment of risk was entered
3    at the field level and you haven't quantified that in any
4    way; have you?
5    A   That additional judgment was entered by
6    including more deals of higher -- of a higher risk
7    proportion -- higher risk percentage into the pipeline
8    originally plus the addition of management judgment at
9    the field level or --
10   Q   And how much?
11   A   -- the division level.
12   Q   How much does that reflect as a result of this
13   so-called directive?  How much of a change are you saying
14   was implemented?  How much less sandbagging was there,
15   according to your interpretation of the so-called   16:43:38
16   directive?
17   A   Well, I don't know how much less sandbagging
18   is, but what did happen is that there was more judgment
19   placed into the forecast, which made using the prior
20   year's conversion rate double counting this effect.  So
21   it was --
22   Q   You don't know how much -- by how much?  You
23   don't know how much?
24   A   I didn't calculate by how much.
25   Q   And so is it your opinion that Jennifer Minton

228

1    should have used a lower conversion ratio than she did in   16:44:04
2    Q3 of '00 if she were somehow accounting for this?
3    A   Well, it should have -- yes, that was one of
4    the errors that was made.  She was double counting some
5    of the risk that's already being put into the forecasts.
6    Q   So when you say double counting, what do you
7    mean by that?
8    A   Additional risk was being put into the
9    forecast by the field.  It's a new -- it's a change.  So
10   that additional risk that's put in originally by field
11   salespeople, then with the upside adjustment made at the
12   division and the U.S. levels -- I guess at the NAS
13   level -- that added an additional risk or upside
14   adjustment.
15   Q   Okay.  And you believe Jennifer Minton should   16:44:56
16   have accounted for what you've just described by using a
17   lower conversion ratio in Q3 '01 than she used in Q3 '00?
18   Is that your criticism?
19   A   Well, clearly, if the forecast process changes
20   and you use the forecast process from last year, that's
21   going to overlap.
22   Q   How much lower of a conversion ratio should
23   she have used in 3Q '01 than she used in 3Q '00?
24   A   Well, one way to look at it, as Ellison did,
25   is to look at what the field forecast was.  So the field

229

1    forecast -- if you applied the field forecast using a   16:45:31
2    conversion rate, you're still below the guidance.
3    So this was a red flag to Ellison that, even
4    with indicating the -- taking out the sandbagging, seeing
5    that there's an upside adjustment or judgment in the --
6    at the sales level, this was still -- that forecast was
7    still below guidance.  That would be a red flag.
8    Q   So how much should she have lowered the
9    conversion ratio from 3Q '00 to 3Q '01, in your opinion,
10   in order to account for this supposed change?
11   A   Well, the point is that's the wrong approach,
12   whether she lowers the conversion ratio or takes some
13   other approach.  Clearly, what's happening is using a
14   historical precedent to apply to this year, where the
15   forecast had changed, is the wrong approach.  So it's not   16:46:21
16   a matter of saying I should lower the conversion ratio or
17   do something like that.  Clearly, they --
18   Q   Well, what should she have done?
19   A   Well, what she should have done is not issue
20   any guidance, because the forecast process wasn't --
21   wasn't at a point where you could rely on it.
22   Q   You're saying that because the field had
23   supposedly followed this directive, that there was
24   nothing Jennifer Minton could have done to make the
25   forecast accurate for that quarter, but that she just

EXHIBIT 6

Case 3:01-cv-00988-SI   Document 1531-4   Filed 11/17/08   Page 28 of 39



AN INDISPENSABLE SOURCE OF REFERENCE COVERING
OVER 2,500 TERMS

Oxford

DICTIONARY OF

Economics

DICTIONARY OF

Econo

Many books in the
Oxford Paperback
Reference series
are available as
e-books. Visit
www.askoxford.com
/shoponline/
ebooks/ for details

ISBN 0-19-86076

9 780198 60760

£10.99 RRP   $18.95
$21.95 CAN

firm are divided between the shareholders of the original firms on an agreed basis. Merger procedures in the UK are subject to the *City Code on Takeovers and Mergers. A merger may allow economies of scale or scope between the firms, which should lead to gains in efficiency. It may however also reduce competition, so that mergers in the UK may be referred to the *Monopolies and Mergers Commission (MMC), now the Competition Commission (CC). *See also* conglomerate merger, horizontal merger, and vertical merger.

**merit goods** Goods or services whose consumption is believed to confer benefits on society as a whole greater than those reflected in consumers' own preferences for them. This implies that they have beneficial external effects, presumably by making the consumers better or more productive people. Merit goods are therefore sometimes subsidized by the government, and sometimes provided by charities. In some cases plausible mechanisms for beneficial *externalities can be suggested: well educated people are more likely to be employed, and well housed people may be less likely to become criminals. In other cases, however, it is hard to think of any plausible mechanism by which such externalities could arise: how, for example, does watching grand opera make people better citizens?

**MFA** *See* Multi-Fibre Arrangement.

**MFN** *See* most favoured nation.

**microeconomics** The micro aspects of economics, concerning choices. It considers questions such as: how is it decided, and how should it be decided, what enterprises should operate; what goods and services should be produced; what techniques of production should be used; at what prices should goods be sold, or on what terms should they be given away; and how should incomes be distributed amongst the members of society? Microeconomics is contrasted with *macroeconomics, which is concerned with the size of aggregates such as employment and income, rather than their composition.

**mid-market price** The mid-point between the lowest price at which any market-maker is willing to sell a security and the highest price at which any market-maker is willing to buy it.

**migrants' remittances** Money sent by migrant workers in foreign countries to their former homes. These remittances have three main purposes: to maintain family members still in their old homes; to assist family members to join them in their new homes; and to prepare the way for their own return to their native countries, to retire or set up in business. Migrants' remittances form part of the *invisibles section of the balance of payments on current account; in some countries an important part.

**migration** Movement of people between regions or countries. Immigration and emigration are usually reserved for migration into and out of countries. Migration may be temporary, with the intention of returning in the future, or permanent; or migrants may not have decided between these alternatives at the time of migration. Migration is affected by push and pull factors. Push factors include lack of employment opportunities, lack of other facilities, and fears of disorder or of persecution on grounds of race, religion or politics in the areas people leave. Pull factors include favourable employment opportunities,

good health and educational facilities, public order and freedom, and favourable climate, particularly for retirement, in the areas people

**military–industrial complex** An expression used to describe combination of a country's armed forces and the parts of its indus to military supply. In both the armed services and industry there be people whose careers are based on developing expertise in the and use of weapons and related support equipment. The military complex in major powers has sometimes been accused of being its vested interests to influence policy in ways which promote in tension and thus lead to arms races or even war.

**Millenium Round** The latest series of trade negotiations, under Trade Organization (WTO). This started in the Seattle conference o likely to last for some time, as in 2002 the final agenda had not yet

**Miller** *See* Modigliani–Miller theorem.

**minimax** The lowest value of set of numbers, each found by ta maximum of some further set. The minimax is a useful concept theory. Suppose that $i$ possible strategies of firm A, which seeks the outcome, say the market share of A, are represented by the off matrix, and $j$ possible strategies of firm B, which seeks to mi outcome, are represented by the columns in the same matrix. Ei represent the outcome if A chooses strategy $i$ and B chooses stra If B has to choose its strategy first, A will choose the column ma is the strategy with the maximum $x_{ij}$, B therefore chooses the st which this column maximum is lowest: this is the minimax. If t simultaneous, and B does not know what strategy A will choose, value of $x_{ij}$ is the worst outcome that can result for B.

**minimum** The lowest value a function takes for any value of it A minimum may be local or global. For example, $y = 1 + x^2$ has a minimum of $y = 1$ when $x = 0$; there is no value of $x$ which gives a necessary condition for a local minimum of a function $y = f(x)$ given that $dy/dx = 0$, it is a sufficient but not a necessary conditio minimum that $d^2y/dx^2 > 0$. Consider, however, the function $z = $ has a minimum $z = -2$ at $x = 1$, but this is only a local minimum lower for $x = 1$ than for nearby values of $x$. Sufficiently large neg $x$ can make $z$ lower without limit, so that $z$ does not have a glob The minimum of a set of $x_i$, $i = 1, 2, \ldots, N$, or

$$\arg \min \{x_1, x_2, \ldots, x_N\}$$

is the smallest value of any $x_i$. *See also* the figure for maximum, minimum, global minimum, and local minimum.

**minimum efficient scale** The minimum level of any activity known economies of scale can be enjoyed. In some cases there is of output at which further cost savings cease: this is the case, for marginal cost is constant and fixed costs can be spread over an ev output. In such cases it is convenient to define the minimum effi the level of output beyond which further increases in scale give d below some minimum level. For example, this could be defined a output where further doubling would reduce average cost by und

EXHIBIT 7

229



```
 1           IN THE UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5  In re ORACLE CORPORATION
 6  SECURITIES LITIGATION.
 7               Master File No. C-01-0988-MJJ
 8  This Document Relates To:
 9
10    ALL ACTIONS.
11  _____  _____/
12
13           ---oOo---
14           CONFIDENTIAL
15  VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON
16           Volume II
17     Thursday, September 21, 2006
18           ---oOo---
19      SHEILA CHASE & ASSOCIATES
          REPORTING FOR:
20     LiveNote World Service
       221 Main Street, Suite 1250
21    San Francisco, California 94105
       Phone: (415) 321-2300
22        Fax: (415) 321-2301
23
24  Reported by:
    RACHEL FERRIER, CSR
25  CSR No. 6948
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

327

00327:01    Q. When you say "make our forecast" -- you said this
02 several times over the last couple of days -- are you
03 referring only to the forecast of earnings per share?
04    A. Yes.
05    Q. Did the fact that the U.S. growth rate, excluding
06 Covisint, for license revenue give you any reason to
07 believe that Oracle might not meet its 25 percent license
08 revenue growth forecast?
09    A. Thank you very much. I really mean EPS and
10 license growth rate. Those are the two things that
11 people watch very closely, both EPS and license growth
12 rate. So I really meant -- when I say "make our
13 forecast," I misspoke. It really means make the license
14 revenue growth rate forecast and make the EPS forecast.
15    Q. Okay. Aside from the Covisint deal, was -- or in
16 addition to the Covisint deal -- however you might want
17 to put it -- was Oracle's license revenue growing at a
18 rate by the end of January 2001 that would make up that
19 difference between the $60 million Covisint deal and the
20 $1.3 billion license revenue forecast at 25 percent
21 growth?
22    A. We had a strong enough -- again, our pipeline at
23 that time in the quarter was larger than our revenue --
24 our license revenue forecast, given historic conversion
25 rates, and, you know, I thought we were going to make the

328

00328:01 forecast.
02    Q. Okay. Did you analyze whether that was a
03 reasonable belief, based on Oracle's historical results?
04    A. Absolutely.
05    Q. How did you do that?
06    A. I looked -- I looked at the pipeline, the size of
07 the pipeline, and I looked at the historical conversion
08 ratio of the pipeline. So what are -- given a pipeline
09 of a certain size, what percentage of that pipeline --
10 you know, looking back, what percentage of that pipeline
11 would actually become hard book deals, and given our
12 historic conversion ratios, we were still -- had enough
13 pipeline to make or exceed our forecast.
14    Q. When you say "historic conversion ratios" -- I
15 just want to make sure that I remember and understand --
16 you were talking about end-of-quarter conversion ratios?
17    A. When you look at the size of the -- you know, the
18 size of the pipeline at any point in time --
19    Q. Yes.
20    A. -- at any point in time --
21    Q. Yes.
22    A. -- and what historically we've converted, I think
23 our historic conversion ratios are just south of
24 50 percent, historically.
25    Q. But is that the end of quarter?

329

00329:01    A. I think you can look at it at any point -- you
02 can look at that at any point -- at any point in time.
03 You can -- you can -- I mean, conversion ratio, you have
04 to take two numbers and make a calculation, yes. So you
05 have to look at pipeline and look at how many deals are
06 in. So it's -- I mean, you can -- there are a couple of
07 ways to do the calculation, including with simultaneous
08 equations. But the easiest way to think about it is to
09 take a look at what's the pipeline at the beginning of
10 the quarter, and if that pipeline stays constant -- which
11 of course, it doesn't; it fluctuates -- but if our
12 pipeline stays constant, and we have a pipeline of $100
13 million and 50 percent conversion ratio, we should sell
14 $50 million worth of software. As the pipeline
15 fluctuates, you still apply -- if the pipeline goes down
16 from $100 million to $80 million, and you have a
17 50 percent conversion ratio, and there's so much of the
18 quarter remaining -- all right.
19    Let me -- let me do this -- let me do this again.
20    Q. Let me tell you where you're losing me.
21    A. Okay.
22    Q. Okay?
23    A. All right.
24    Q. I understand that pipeline rates vary, and
25 conversion rates vary through a quarter.

383

1    Q    Okay.  Do you remember him asking for an
2    example of an 11i implementation that had stood the
3    test of time?
4    A    I -- I don't.
5    Q    Do you -- did you point out the suite had
6    been only out a year but that a few customers had
7    adopted the no-modifications model out of poverty?
8    A    I certainly -- yes.  Yeah.  Techtronics
9    specifically, yeah.
10   Q    You don't recall Techtronics; is that
11   what --
12   A    No, I said I do vividly recall Techtronics.
13   Q    So is it accurate, then, that as of the
14   date of this -- of the meeting that's being referred
15   to here, the only examples offered by Oracle
16   personnel at the meeting of 11i up and running that
17   had stood the test of time was or were Techtronics
18   and Cisco?
19   A    No.
20   Q    Okay.  And what you are saying, then, is --
21   A    They were just specific examples.
22   Q    Right.
23        As Matthew Symonds -- in other words, has
24   Matthew Symonds omitted other examples that were
25   given at that meeting?

384

1    A    I believe so.
2    Q    That's very misleading if he has, isn't it?
3        MR. LINDSTROM:  Objection; argumentative.
4        THE WITNESS:  No, I don't think so, but --
5    BY MR. SOLOMON:
6    Q    Okay.  And then you enter a footnote or
7    clarification which reads:  "As I've said before, our
8    forecasting system is not clairvoyant.  Our
9    forecasting does statistical extrapolations based on
10   historical trends.  If something that's outside our
11   mathematical model of the business changes, like a
12   war in the Middle East, our forecasting becomes
13   inaccurate."
14        Do you see that?
15   A    Yes, I do.
16   Q    Okay.  And you stand by that?
17   A    Absolutely.
18   Q    Now, it wouldn't -- a war in the Middle
19   East is just one example.  There could be who knows
20   how many examples; right?
21   A    Price of oil goes over a hundred dollars a
22   barrel, lots of things.
23   Q    And the point you are making is that while
24   your forecasting system does extrapolations based on
25   historic trends, if something is happening that would

385

1    suggest that the historical trend is not necessarily
2    reliable, then your forecasting will not be reliable;
3    is that right?
4    A    Right.  Major macroeconomic change;
5    sudden -- sudden growth in the economy or sudden
6    shrinkage in the economy would cause -- you can't
7    extrapolate anymore.
8        MR. SOLOMON:  Okay.  Have marked as the
9    next exhibit another excerpt from the Softwar book.
10       (Exhibit No. 98 was marked for
11       identification.)
12   BY MR. SOLOMON:
13   Q    And you will see that this chapter is
14   called "Hungarian Lessons," and in chapter -- it says
15   Chapter 12, "Hungarian Lessons."  I'm looking at the
16   language, "But the bit of GE he's" -- and it's
17   referring to you -- "improbably declared a model 11i
18   customer is in a far-flung outpost of Jack Welch's
19   sprawling imperium."
20       Do you see that?
21   A    I do.
22       MR. SOLOMON:  Then I'm going to have marked
23   as the next exhibit another excerpt from the Softwar
24   book.
25       (Exhibit No. 99 was marked for

386

1        identification.)
2    BY MR. SOLOMON:
3    Q    When you referenced GE Power's
4    implementation of 11i, were you careful to say that
5    it was the Hungarian operation that was implemented?
6    A    Sometimes I mentioned Hungary specifically
7    as a green field; sometimes not.  It was more than
8    just Hungary, but the very first one we did was in
9    Hungary.
10   Q    And I'm looking at the paragraph on
11   page 229 at the bottom that begins with, "The
12   contract."
13       Do you see that?
14   A    Okay.
15   Q    It says, "The contract was signed in late
16   October with a clear understanding that if Oracle
17   delivered at" -- and I'm not going to try and
18   pronounce the name.
19       Can you pronounce the name of that place?
20   A    I can't.
21   Q    It's V-e-r-e-s-e-g-y-h-a-z with an accent
22   z.
23       I'll continue:  "GE would start rolling out
24   11i across its thirty or so other turbine plants.
25   Within a month, the project was in trouble."

422

1    others?
2    A    Yes.
3    Q    Do you know who Lia Burke is?
4    A    I do not.
5    Q    And it says, "Larry, Jeff asked that we
6    provide you with a status on the use of OSO to
7    capture pipeline and forecast data.
8         "The pipeline data in OSO is in very good
9    shape, as the data in OSO is very dynamic, at the
10   time of the forecast submissions earlier this week
11   the pipeline data was in agreement with what is being
12   presented to the EC on Monday.  The forecast module
13   is newer and while most of the data is good we
14   continue to work with a few groups to ensure OSO is
15   being kept up to date."
16        Do you see that?
17   A    I do.
18   Q    Is that an issue that you were involved
19   in at that time --
20   A    Yeah.
21   Q    -- what was going into OSO?
22   A    Yeah.  Specifically, I wanted to not get
23   forecasts that weren't -- that didn't come out of the
24   system, so our old practice where people -- the sales
25   executives would come into the room and they would

423

1    have their forecasts on spreadsheets or in their
2    heads and you go around the room and get everyone's
3    forecast, and I thought -- and then we would go back
4    and look at OSO and the two might not necessarily
5    agree, so we were trying -- you know, I was trying to
6    get the system to be used at all times.
7    Q    Okay.  At around this time, did you want
8    more risk to be put into the forecasts?
9         MR. LINDSTROM:  Vague and ambiguous.
10        THE WITNESS:  No.  I've always wanted the
11   forecast to be accurate.  You know, I would say
12   slightly conservative but accurate.
13        MR. SOLOMON:  Okay.
14        THE WITNESS:  So sometimes -- sometimes
15   people would get so conservative, you get a culture
16   where everyone wants to beat their forecast every
17   time, and then you can get very -- you know,
18   misleadingly low forecasts.  So I've always -- I'll
19   stop there.
20        MR. SOLOMON:  Okay.  So we are having
21   marked as the next exhibit another document produced
22   by the defendants with the control numbers 203681
23   through 683.
24        (Exhibit No. 110 was marked for
25        identification.)

424

1         THE WITNESS:  Okay.
2    BY MR. SOLOMON:
3    Q    Do you recognize this?
4    A    I don't.
5    Q    You will see, on the third page of the
6    exhibit -- well, first, on the first page, the
7    subject is "Draft New terminology on Forecasting"?
8    A    Yeah.
9    Q    It's dated October the 6th, 2000; right?
10   A    Right.
11   Q    And then the third page has some text, and
12   it starts, "Hi, Jim, we can talk through the
13   recommendation, let me know your thoughts...
14        "Recently Larry has changed the way that he
15   is interpreting our forecast.  He would like us to
16   reflect our numbers as follows," and then there's a
17   "Worst," "Forecast," and a "Best" category.
18        Do you see that?
19   A    I do.
20   Q    Does this reflect the -- a change in
21   forecasting that you directed?
22   A    Yeah.  I was trying to accomplish two
23   things.  I wanted to -- you know, yeah.  Rather than
24   a single number -- rather than getting a single
25   number, I wanted to get three numbers:  Worst case,

425

1    most likely case, and best case --
2         THE REPORTER:  Say it one more time.
3         THE WITNESS:  Rather than getting a single
4    forecast number from each of the sales executives, I
5    wanted to get three separate numbers reflecting a
6    worst case, guaranteed we will at least do that well;
7    a most likely case, what you thought you were
8    actually going to do; and a best case, if everything
9    goes really well, how high could it go.
10        And I was also trying to get -- in putting
11   in the new methodology, I was also trying to
12   synchronize the way Europe forecasts with the way
13   Latin America forecasts and Asia Pacific and
14   different groups would have different ways of doing
15   their forecast.  And I was trying to get as much of
16   that variability out of the system as possible.
17        Now, you can't get the personalities out of
18   the system.  I mean, if you have a conservative sales
19   executive, they are going to forecast conservatively.
20   If you have an optimistic sales executive, they are
21   going to forecast less conservatively.
22   BY MR. SOLOMON:
23   Q    What drove you to make this change?
24   A    The -- we were going to put the three
25   numbers in the computer system.  What I wanted to

# EXHIBIT 8

| | | |
|---|---|---|
| 1 | 00001:01 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | IN AND FOR THE COUNTY OF SAN MATEO |
| 3 | 03 | |
| 4 | 04 | COORDINATION PROCEEDING |
| 5 | 05 | (RULE 1550(b)), |
| 6 | 06 | ORACLE CASES |
| 7 | 07 | PROCEEDING NO. 4180 |
| 8 | 08 | THIS DOCUMENT RELATES TO: |
| 9 | 09 | ALL ACTIONS |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | Videotaped Deposition of |
| 13 | 13 | EDWARD J. SANDERSON, JR. |
| 14 | 14 | Tuesday, March 9, 2004 |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | Reported by |
| 19 | 19 | CSR 6862 |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | ROBERT BARNES ASSOCIATES |
| 24 | 24 | 760 Market Street, Suite 844 |
| 25 | 25 | Phone (415) 788-7191 |

1    00087:01     A.  One, it was a total look of Oracle, for

2         02  Oracle.  You asked about support earlier.  For

3         03  example, support numbers were in there, all the

4         04  financial numbers; you know, all the financial

5         05  numbers from around the world.  And I recall that

6         06  there was a summary page or cover page that actually

7         07  showed what the earnings per share were, as an

8         08  example.  I mean, it was a cover page that showed

9         09  what revenue and profitability and earnings per

10        10  share was.  And, you know, that's very sensitive

11        11  information.  And that, to me, was some of the most

12        12  sensitive; plus it was a point in time.  Because, as

13        13  we talked earlier, sales is much more dynamic than

14        14  consulting.  And so what the outlook was for one

15        15  week could be different than the next week.

16        16     Q.  Okay.  Was there anything else that -- that

17        17  was sensitive about this information?

18        18        MR. NADOLENCO:  Object to the form.

19        19        THE WITNESS:  I know I'm not supposed to

20        20  ask questions.  Did -- doesn't it seem like -- I

21        21  mean, if you -- if you've got all the financial

22        22  information about a $10 billion company and it's the

23        23  forecast at that point of time, for that quarter,

24        24  that is very sensitive information.

25        25  BY MR. DE GHETALDI:

Sanderson, Edward J. (Vol. 01) - 03/09/2004  3/9/2004  1:13:00 PM

1    00088:01    Q. Okay.

2         02    A. There -- there's nothing to hide; I mean,

3         03 from -- from an executive committee standpoint. I

4         04 mean, it was all financial data.

5         05    Q. All right.  Did these executive committee

6         06 meetings include discussions of macroeconomic

7         07 issues?

8         08        MR. NADOLENCO:  Object to the form.

9         09        THE WITNESS:  Typically not.  But -- you

10        10 know, there -- I -- I would imagine, during the --

11        11 the dotcom falloff, as an example, that there -- and

12        12 we had a discussion -- I mean some level of

13        13 discussion at the board.  I don't recall it being an

14        14 organized discussion or, quote, an -- an agenda

15        15 item, anything like that.  It was -- but, I mean,

16        16 that kind of, you know, major macroeconomic event

17        17 you might discuss a little bit.

18        18 BY MR. DE GHETALDI:

19        19    Q. Were dotcom companies a major element of

20        20 OPI's customer base?

21        21    A. No.

22        22    Q. What do you recall the macroeconomic

23        23 climate was in the United States in Oracle's 2001

24        24 fiscal year?

25        25        MR. NADOLENCO:  Object.

1    00089:01        MR. GOLDSTEIN: Objection to form.

2       02        THE WITNESS: I don't recall specifically

3       03 when, but clearly the economic environment was

4       04 changing. I think some of the -- I mean dotcoms

5       05 were starting to stumble, that kind of thing.

6       06 That's an example. I mean, I don't recall others

7       07 specifically, but -- I mean, it was a -- I do recall

8       08 it was becoming more challenging for -- on a total

9       09 economy basis for companies in the technology

10      10 business and companies outside the technology

11      11 business.

12      12 BY MR. DE GHETALDI:

13      13        Q. Okay. Did that include Oracle?

14      14        A. I can't speak for Oracle. I can only speak

15      15 for OPI. And in OPI, as I -- to the best of my

16      16 recollection, during those first three quarters

17      17 we -- we had very strong pipe -- pipeline, including

18      18 in -- and -- in Q3 of FY '01, very strong.

19      19        Q. Okay. During your time at Oracle -- I'm

20      20 talking about your entire time there -- had you

21      21 ever -- or -- or had there ever been an economic

22      22 downturn?

23      23        MR. GOLDSTEIN: Objection to form.

24      24 BY MR. DE GHETALDI:

25      25        Q. Macroeconomic downturn?