# EXHIBIT 10

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

| | | 1 |
|---|---|---|
| 1 | 00001:01 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | IN AND FOR THE COUNTY OF SAN MATEO |
| 3 | 03 | ---o0o--- |
| 4 | 04 | COORDINATION PROCEEDING |
| 5 | 05 | |
| 6 | 06 | |
| 7 | 07 | PROCEEDING NO. 4180 |
| 8 | 08 | THIS DOCUMENT RELATES TO: |
| 9 | 09 | ALL ACTIONS |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | DEPOSITION OF JEFFREY O. HENLEY |
| 13 | 13 | Tuesday, March 2, 2004 |
| 14 | 14 | Volume I (Pages 1 - 274) |
| 15 | 15 | |
| 16 | 16 | CONFIDENTIAL:  THIS TRANSCRIPT IS DESIGNATED AS |
| 17 | 17 | THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARK |
| 18 | 18 | EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORE |
| 19 | 19 | |
| 20 | 20 | REPORTED BY: |
| 21 | 21 | HOLLY MOOSE, RDR-CRR-CRP |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | Certified Shorthand Reporters |
| 25 | 25 | San Francisco, California  94102 |

| | | 2 |
|---|---|---|
| 1 | 00002:01 | IN THE COURT OF CHANCERY OF THE STATE OF DELAW/ |
| 2 | 02 | IN AND FOR NEW CASTLE COUNTY |
| 3 | 03 | |
| 4 | 04 | IN RE ORACLE CORPORATION |
| 5 | 05 | DERIVATIVE LITIGATION |
| 6 | 06 | _____ / |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

| | | 3 |
|---|---|---|
| 1 | 00003:01 | A P P E A R A N C E S |
| 2 | 02 | |
| 3 | 03 | FOR CALIFORNIA PLAINTIFFS: |
| 4 | 04 | BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO |
| 5 | 05 | ELIZABETH GUARNIERI, ESQ. |
| 6 | 06 | San Francisco, CA  94104 |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | BY:  DAVID PEREZ, LAW CLERK |
| 10 | 10 | Suite 1000, Tenth Floor |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | BY:  DOUGLAS WILENS, ESQ. |
| 15 | 15 | Boca Raton, FL  33432 |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | BY:  ALAN N. SALPETER, ESQ. |
| 20 | 20 | 190 South La Salle Street |
| 21 | 21 | (312)782-0600 |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

| | | 4 |
|---|---|---|
| 1 | 00004:01 | A P P E A R A N C E S (continued) |
| 2 | 02 | |
| 3 | 03 | FOR ORACLE CORPORATION: |
| 4 | 04 | MORRISON & FOERSTER |
| 5 | 05 | 755 Page Mill Road |
| 6 | 06 | (650)813-5818 |
| 7 | 07 | AND |
| 8 | 08 | ORACLE CORPORATION |
| 9 | 09 | 500 Oracle Parkway |
| 10 | 10 | (650)506-9221 |
| 11 | 11 | |
| 12 | 12 | ALSO PRESENT:  Joanna Lenn, Videographer |
| 13 | 13 | Jill Weader, Berman paralegal |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | 425 California Street, Suite 2025 |
| 17 | 17 | (415)433-3200 |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | ---o0o--- |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

205

1   00205:01  more impact as you moved through December and into

2       02  January, beginning and middle of January?

3       03      A.  Impossible to tell.

4       04      Q.  It's impossible to tell?  None of your

5       05  indicators would allow you to determine that?

6       06      A.  None.

7       07      Q.  Okay.  And --

8       08      A.  I already described the various indicators.

9       09      Q.  Yes.

10      10      A.  I look at our competitors are saying [sic]; I

11      11  look at my pipeline; I look -- I look at my forecast; we

12      12  go back, we double-check the forecast.  All those

13      13  indicators still said we'd make the 25 percent and the

14      14  12 cents a share.

15      15      Q.  Okay.  Other than -- apart from making you the

16      16  12 cents a share [sic], did you see any slowdown where

17      17  you could still make your 12 cents, but yet it was still

18      18  impacting, the deals were still coming in slower than

19      19  you would have expected?

20      20      A.  I -- I -- I had no substantive information to

21      21  prove or disprove that.

22      22      Q.  Okay.

23      23      A.  Had a concern, as I said earlier.  But till

24      24  the last week of the quarter, we still thought we'd make

25      25  that forecast.

206

1   00206:01      Q.  All right.

2       02      A.  And you can go look at all the other

3       03  competitors and what they said when they missed their

4       04  March quarters.  They had all the same observations.

5       05          Until you get to the end of the quarter,

6       06  unfortunately, in this crazy business I'm in, you really

7       07  don't test your customer to see what they really think

8       08  about their business and what they really think about

9       09  the economy.  And then they have to vote 'cause they

10      10  gotta sign a contract or not.  They voted in a big way

11      11  at the end of February.

12      12      Q.  And did you have any concerns regarding the

13      13  pipeline, as you went into -- moved into Q3 2001?

14      14      A.  I thought, if anything, it was probably a

15      15  little overstated.  I thought it was too good to be

16      16  true.  I discounted it to some degree.  And, you know,

17      17  we talked earlier about cleaning up pipelines and that

18      18  sort of thing.

19      19          So I -- I thought it would be great if it was

20      20  really that strong.  I knew it was strong, it continued

21      21  to look good, but I wasn't sure it was quite as strong

22      22  as it said -- as the absolute number it started at.

23      23      Q.  Okay.  And did you start to see the

24      24  pipeline -- did you see the pipeline continue to grow in

25      25  the December/January time frame?

207

1   00207:01      A.  The pipelines never grow.  The pipelines

2       02  typically, as I described earlier, get scrubbed; deals

3       03  start slipping.  So the process is by -- I would say by

4       04  the end of the first month, you kind of got a stability

5       05  point, and they just slide from there because deals slip

6       06  or deals get lost, or whatever.

7       07      Q.  Okay.  And are you familiar with the term

8       08  called "backfilling"?

9       09      A.  Some people have used -- I -- I -- I -- that's

10      10  not a industry term, per se.  I mean ...

11      11      Q.  In what context have you heard it be used?

12      12      A.  It's been used inside the company where

13      13  somebody will say "This deal slipped, but I think I can

14      14  fill it or cover it with another deal that we -- now

15      15  looks like we'll be able to close."

16      16          So if that's what you mean by "backfilling" --

17      17  I'm guessing that's what you mean by "backfilling."

18      18      Q.  Okay.  And working off that definition of

19      19  "backfilling," did you have any understanding of whether

20      20  or not the field had a problem backfilling deals in Q3

21      21  2001?

22      22      A.  No.  As I testified earlier, you know, there's

23      23  always deals slip, deals come in, there's always

24      24  backfilling.  At the end of the day, what I care about

25      25  is "Are you going to make -- are you confident that this

232

```
1    00232:01 conversations over the years. "You started off bad in
2        02 the first month and now you're going to make it up," and
3        03 that sort of thing. So clearly have had those
4        04 conversations a number of quarters [sic].
5        05    Q. Okay. And then you -- do you also look to see
6        06 what Ms. Minton is doing in terms of her upside?
7        07    A. Look -- I mean, she comes back to me with
8        08 updates every forecast.
9        09    Q. So would -- if she was projecting no upside,
10       10 you were faced with that situation, would that be
11       11 something you would look into?
12       12    A. Again, when you say "upside," see, there are
13       13 times when -- there are periods over the years where she
14       14 might have negative -- to use your word "upside" -- I
15       15 call it judgment.
16       16    Q. Okay.
17       17    A. Her role is to try to figure out what does she
18       18 really think is going to happen in different revenue
19       19 lines, different expense items, so I can have a view --
20       20 and she shares it with Larry, and so forth -- as to
21       21 what, in her opinion, based on conversations with
22       22 finance people, her best guess how things will turn out.
23       23    Q. Okay. Mr. Henley, I am going to show you a
24       24 document previously marked as DC Exhibit 47. And can
25       25 you take a look at this document, and then once you've
```

233

```
1    00233:01 had a chance to review it, tell me whether you've ever
2        02 seen it before.
3        03    A. I don't recollect. I'm not shown as a copy,
4        04 but that doesn't mean somebody couldn't have given me
5        05 hard copy. But I don't recollect seeing this.
6        06    Q. Okay. Do you recall ever learning the
7        07 information contained in this e-mail? And you can take
8        08 a moment to read it.
9        09    A. I'd have to read it again.
10       10       I've now read it.
11       11    Q. Can you tell me whether or not you recall
12       12 learning of any of the information provided in this
13       13 e-mail?
14       14    A. If I'm learning what?
15       15    Q. If you ever learned any of the facts set forth
16       16 in this e-mail in about December, January of 2001.
17       17    A. I don't -- I don't recall. I mean, I clearly
18       18 talked to George in the EC meetings. And whether he
19       19 coordinated these facts or not, I don't know.
20       20    Q. The second paragraph says "Slow start in FY
21       21 '01." And then it says,
22       22       "A growth comparison to last year have
23       23       been relatively easy in the first two
24       24       quarters as we did not perform that well a
25       25       year ago."
```

234

```
1    00234:01       Can you explain to me whether you have any
2        02 understanding as to what the author was talking about
3        03 here?
4        04    A. I absolutely have understanding of that. When
5        05 you -- when analysts -- and internally -- external
6        06 analysts -- we always look -- when you look at
7        07 comparisons, you have to take into account unusual
8        08 things, if they're distortions, like if you had a
9        09 disastrous year ago, then your comparison might look
10       10 better on a relative basis, or if you had a terrific
11       11 year where you just way exceeded, you would have what we
12       12 call a tough comparison.
13       13       So you can't take a percentage face blank.
14       14 You have to understand what you're comparing to.
15       15    Q. Right. And do you have any recollection of
16       16 how you -- Oracle performed in Q3 2000?
17       17    A. I don't. But after reading this, apparently
18       18 NAS, according to David, had had a -- this is Q2.
19       19    Q. Q3, I asked.
20       20    A. Q3. No, he says the comparisons were tougher
21       21 in Q3 and Q4.
22       22       My recollection was that was still in the
23       23 dot-com boom and we were still doing really well. So
24       24 part of George's businesses got a lot of benefits out of
25       25 dot-coms. So that comparison was definitely -- that
```

235

```
1    00235:01 part of it would have been tougher.
2        02       And I kind of talked about that earlier,
3        03 'cause by the summer, the dot-com boom was dissipating.
4        04 We were seeing significant negative growth coming out
5        05 year over year in the dot-com section. Maybe -- perhaps
6        06 that's what he's referring to.
7        07    Q. Okay. So is it fair to say that going into Q3
8        08 2001, that the -- achieving the growth rates was more
9        09 difficult for that quarter --
10       10    A. According to David.
11       11    Q. Let me finish my question -- for Q3 was more
12       12 difficult than it would have been -- than it was in Q2,
13       13 based on the historical growth rates for those
14       14 respective quarters?
15       15    A. I don't recall. David said it was. He's a
16       16 good guy, probably right. But I don't particularly
17       17 recall that.
18       18    Q. Okay. In the next paragraph, he refers to the
19       19 fact that,
20       20       "Note that we have only one deal
21       21       greater than 5 million currently in the Q3
22       22       pipe. Last year we had four deals and
23       23       netted 28 million."
24       24       Am I accurately reading what the statement is?
25       25    A. Yes, I believe so.
```

308

1   00308:01  down to what the license pricing is at that time versus
2       02  several years earlier when I did this study.
3       03      Q.  Okay.  All right.  Now we can go back to the
4       04  new Exhibit, 146.  And if you can identify this
5       05  document.
6       06      A.  Sure.  This is an e-mail again from me, dated
7       07  Tuesday, January 30th.  And I'm forwarding an e-mail
8       08  to Safra Catz that had been sent to me by George
9       09  Roberts.
10      10          And he copied -- well, he actually sent it to
11      11  me, Jennifer Minton and David Winton, who probably
12      12  prepared this for him.  It was his finance guy.  You
13      13  showed me one of David's e-mails yesterday.  And yes, it
14      14  does actually -- was originated -- the second page of
15      15  this analysis was done by David.
16      16          And in there, David was analyzing the effect
17      17  of the dot-com decline on -- versus the prior year and
18      18  showing that it was -- it was -- we were going -- it was
19      19  having a negative effect year over year, particularly in
20      20  the second half, in this note.
21      21      Q.  Okay.  So there was a difference between the
22      22  first half of Q1 -- pardon me.  There was a difference
23      23  between the first half of fiscal year '01 and the second
24      24  half of fiscal year '01?
25      25      A.  In the year-over-year change, yes.

309

1   00309:01      Q.  Okay.
2       02      A.  Based on this -- based on this note at the
3       03  time he did this analysis.  So again, I think the first
4       04  half would have been actuals.  So that's fact.  And the
5       05  second half would be his latest forecast, I guess, for
6       06  what he was projecting for that quarter -- that third
7       07  quarter when he wrote this, and then the fourth quarter
8       08  as well.
9       09      Q.  Okay.  And I assume, Mr. Henley, that you did
10      10  indeed receive this document and forward it to Ms. Catz,
11      11  correct?
12      12      A.  Absolutely.
13      13      Q.  Can you tell me why Mr. Winton actually did
14      14  this analysis in the first place?
15      15      A.  Well, I think -- you know, we were all
16      16  concerned about the dot-com erosion that had started
17      17  several quarters earlier.  And so -- and I had talked
18      18  publicly in our analyst days that we were seeing a big
19      19  change in that part of our business and, you know,
20      20  warned them that would be a comparison problem for us
21      21  for the coming quarters.  And I think this went back to
22      22  that summer when I did our semiannual analyst day.
23      23          So we were -- my recollection is we were
24      24  looking at these numbers on several different occasions.
25      25  So this would have been his latest view to George as to

310

1   00310:01  what that's -- effect that's having on his forecast, and
2       02  that sort of thing.
3       03      Q.  Okay.
4       04      A.  George, obviously very interested and thought
5       05  I might be interested, and I thought Safra Catz might be
6       06  interested as well.  It was a very -- topic -- you know,
7       07  topic which I had discussed lots of times with the
8       08  Street.
9       09      Q.  Okay.
10      10      A.  Had actually done charts in my analyst days
11      11  kind of breaking out the dot-com effect and pointing out
12      12  that it was affecting a particular database business.
13      13      Q.  You say in your analyst days.  I'm not sure I
14      14  understand what you mean by that.
15      15      A.  We have an analyst day twice a year typically.
16      16  And in the analyst days, I make a financial
17      17  presentation; Larry Ellison speaks to them; different
18      18  members of management make presentations.
19      19          And so this was a topic of discussion because
20      20  everybody was feeling the effect of this in our
21      21  industry.  And I went so far as to actually do charts,
22      22  at the time, showing what -- the effect it was having on
23      23  us and so forth, because clearly it had a negative
24      24  comparison effect on us.
25      25      Q.  Okay.  And was this comparison, this negative

311

1   00311:01  impact, different in Q2 and Q3?
2       02      A.  Well, according to this note, it is.  I can't
3       03  recollect.  But, I mean, it -- it -- it started -- my
4       04  recollection was it started before Q1 and Q2 of this
5       05  year even.
6       06          So what was happening was it was building.  It
7       07  was -- we were having this enormously positive
8       08  year-over-year change, and then it turned around and
9       09  started becoming progressively more negative.
10      10      Q.  Okay.  Turning to page 31396, in the third
11      11  sentence, Mr. Winton states,
12      12          "Next I isolated the drop in dot-com
13      13  and ASP revenue with the associated change
14      14  in revenue and growth.  As you can see, it
15      15  really picks up in Q3 and 4.  Finally, I
16      16  backed out the dot-com and ASP from both
17      17  fiscal years to get an idea on how our
18      18  brick and mortar tech business compares."
19      19          Can you explain for me what precisely his
20      20  analysis was there.
21      21      A.  I believe what he was trying to say was that,
22      22  you know, we all knew that this dot-com implosion, as it
23      23  was referred to in the industry, was having a negative
24      24  effect on us in terms of our comparisons.
25      25          And so what he -- what he here was trying to