# EXHIBIT 12

[ ... .st Q3 Forecast-Thinking]

**Return-Path:** <david.winton@oracle.com>
**Received:** from oracle.com (rociyyx-ppp-6.us.oracle.com [144.25.233.160])by
gmgw01.oraclecorp.com (8.8.8⁼.8.8) with ESMTP id IAA17765for
<GEORGE.ROBERTS@ORACLE.COM>; Thu, 7 Dec 2000 08:28:05 -0800
(PST)
**Message-ID:** <3A2FE4C5.48FB32D1@oracle.com>
**Date:** Thu, 07 Dec 2000 11:28:05 -0800
**From:** David Winton <david.winton@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Roberts.George" <GEORGE.ROBERTS@oracle.com>
**Subject:** [Fwd: First Q3 Forecast-Thinking]
**Content-Type:** multipart/mixed;boundary="------------71DD06648E5CDB9F8325532E"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

Here it is again in case you did not find yesterday's

**Message-ID:** <3A2EBE8E.B0CDC36F@oracle.com>
**Date:** Wed, 06 Dec 2000 14:37:02 -0800
**From:** David Winton <david.winton@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** David Winton <david.winton@oracle.com>
**Subject:** Re: First Q3 Forecast-Thinking
**References:** <3A2EBED2.2900B0F8@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------227BF7427D7099564B5F8362"


David Winton wrote:

> *Just to let you know the review background and discussions around our initial Q3*
*Forecast of $346M.  Our LOB's turned in $311M with $28M of Judgment.  George and I*
*added another $39M for this submission.  Some notes(see attached trend spreadsheet):*
>
> *1.Slow start in FY'00- The growth comparisons to last year have been relatively*
*easy in the first two quarters as we did not perform that well a year ago.  The*
*disruption over account moves in Majors last year was the main factor.*
>
> *2.More Big deals this Q1&2- As the schedule shows, our results this year have been*
*boosted by big deals in both quarters.  Combined, these>$5M deals contributed over*
*$55M year to date.  Note that we only have one deal >$5M currently in the Q3 Pipe.*
*Last year we had four deals that netted $28M.*
>
> *3.Growth comparisons tougher in Q3&4- NAS results took off last year in Q3 and*
*continued into Q4.  Growth rates will slow in the second half but we still feel that*
*the annual 31% target is achievable with some potential upside of 2-3points if Q3 is*
*strong.*

**ORACLE CONFIDENTIAL**

8/12/2002 7:34 PM

**NDCA-ORCL 096150**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

[Fwd: First Q3 Forecast-Thinking]

> 4.Q3 Pipe not where it needs to be- Based on the conversion history, I think we
need another $50M of Apps and nearly $70M of Tech to feel statistically comfortable
to hit our Q3 Budget.  Given the past trends, GB and Majors should add incremental
Pipe during the next three weeks.  If so, we move up.
>
>                              Name: NAS_Q3Q4.xls
>     NAS_Q3Q4.xls            Type: Microsoft Excel Worksheet
(application/vnd.ms-excel)
>                         Encoding: base64
>                  Download Status: Not downloaded with message

---

David Winton <david.winton@oracle.com>

---

                            **Content-Type:** application/vnd.ms-excel;name="NAS_Q3Q4.xls"
NAS_Q3Q4.xls  **Content-Transfer-Encoding:** base64
                            **Content-Disposition:** inline;filename="NAS_Q3Q4.xls"

David Winton <david.winton@oracle.com>

ORACLE CONFIDENTIAL

8/12/2002 7:34 PM

NDCA-ORCL 096151

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 13

**1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3

    In re ORACLE CORPORATION
 4    SECURITIES LITIGATION
              Master File No. C-01-0988-MJJ
 5    This Document Relates To:
 6        ALL ACTIONS.
                                        /
 7

 8

 9              ---oOo---
10         DEPOSITION OF JENNIFER MINTON
11           Thursday, April 21, 2005
12              ---oOo---
13

14        SHEILA CHASE & ASSOCIATES
              25 Otsego Avenue
15      San Francisco, California  94112
            Phone: (415) 333-7474
16           Fax:  (415) 333-7412
17

18

19

20    Reported by:
          SANDRA L. CARRANZA, CSR, RPR, CRR
21        CSR No. 7062
22

23

24

25
```

**2**

```
      INDEX PAGE (continued)
 2
 3    10   11/29/00 e-mail from "forecast" to
           pateam, et al., Bates stamped 040601
 4         - 040602                         130
 5    11   Document entitled, "November Flash
           Report," from Ivgen Guner to Jeff
 6         Henley, Bates stamped 019803     132
 7    12   String of e-mails; first is dated
           12/11/00, from Jeff Henley to "saas,"
 8         Bates stamped 020731             134
 9    13   Document entitled, "Americas Cumulative
           Weekly License Pipeline Trends," Bates
10         stamped 008131                   150
11    14   String of e-mails; first is dated
           9/15/00, from David Winton to George
12         Roberts, Bates stamped 040837    156
13    15   Document Bates stamped 024454,
           ending with 24464                161
14
15    16   Document entitled, "Oracle Corp. Pipeline
           Reporting Package, January 15, 2001,"
16         Bates stamped 00514 - 00523      161
17    17   Document entitled, "Large Deals in Q3,"
           Bates stamped 042297 - 042356    175
18
      18   Document entitled, "Big Deal Update,
19         November 17 Workday 8," Bates stamped
           025049 - 025067                  181
20
      19   Document entitled, "Sanderson-Q201
21         Oracle Product Industries Q3 Week 7,"
           Bates stamped 016213 - 016240    187
22
      20   Document entitled, "Oracle Product
23         Industries Q3 '01 and Q4 '01 Forecast
           Package Week 10 - January 31, 2000,"
24         Bates stamped 036971 - 039178    196
25
```

**1**

```
 1              I N D E X
 2           INDEX OF EXAMINATION
 3                              PAGE
 4    MR. BRITTON                  7
 5    AFTERNOON SESSION          103
 6              ---oOo---
 7           INDEX OF EXHIBITS
 8    DESCRIPTION                 PAGE
 9    1   Plaintiffs' Notice of Deposition of
          Oracle Corporation Pursuant to Federal
10        Rule of Civil Procedure 30(b)(6)    11
11    2   Document entitled, "Week 2 of Budget
          Meetings, Bates stamped 028477 -
12        028480                           57
13    3   Document entitled, "Budget Growth Rate
          Comparison - License, Bates stamped
14        041949                           67
15    4   Document entitled, "Oracle Fiscal 2001
          Budget," Bates stamped 039895 -
16        039918                           69
17    5   String of e-mails; first is dated 6/19/00,
          from Lawrence Ellison to Jeff Henley,
18        Bates stamped 028499             82
19    6   7/28/00 e-mail from Jennifer Minto to
          Terry Ford, Bates stamped 041952  87
20
      7   Document entitled, "License Revenue
21        FOrecast Accuracy, Bates stamped
          040637                           91
22
      8   1/18/01 e-mail from Jennifer Minton to
23        Ivgen Guner, Bates stamped 039315  95
24    9   String of e-mails; first is dated 10/18/00
25        from Jennifer Minton to Jeff Henley, Safra
          Catz, Mark Barrenechea, Sukumar Rathnam  114
```

**3**

```
      INDEX PAGE (continued)
 2
 3    21   Document entitled, "Product Revenues,"
           Bates stamped 024411 - 024429    199
 4
      22   Document entitled, "Approvals/2000
 5         Forecast Report," Bates stamped
           041923                           200
 6
      23   Document entitled, "Q3 FY '01 Week1,
 7         December 4, 2000," Bates stamped
           039448 - 039477                  201
 8
      24   Document entitled, "Total Company Q3
 9         FY01 Forecast," Bates stamped
           039819 - 039850                  204
10
      25   Document entitled, "Total Company - 3
11         Year Forecast," Bates stamped 03944
           - 03956                          229
12
      26   Document entitled, "Oracle Corporation
13         Executive Committee Worldwide Forecast
           FY01 Management Summary, January 22,
14         2001, Week 6, Bates stamped 008755 -
           008776                           231
15              ---oOo---
16
17
18
19
20
21
22
23
24
25
```

134

1  Jennifer Minton, this marks the beginning of Tape 3,
2  Volume I.  Going on the record.  The time is 12 -- 2:13,
3  excuse me.
4        MR. BRITTON:  Q.  Okay.  I placed in front of
5  you what's been marked as Minton Exhibit 12.
6        And for the record, it starts with Bates 20731
7  and ends at 32.
8        Do you recognize Exhibit 12?
9  A.  Yes, I do.
10  Q.  And what is Exhibit 12?
11  A.  It's an e-mail note that Larry Garnick
12  prepared, which he forwarded to me, and I subsequently
13  forwarded to Jeff, and he then subsequently responded
14  to, that itemized what our earnings per share were for
15  Q2 and Q3 for fiscal '98 through fiscal 2000.
16  Q.  Okay.  And did this analysis affect your
17  forecast at all for the third quarter of 2001?
18        MR. RUBENSTEIN:  And, again, you are just
19  focusing on general process, right?
20        MR. BRITTON:  Process.  Yes.
21        THE WITNESS:  No.  This is not something that
22  we would generally have as a general process.
23        MR. BRITTON:  Q.  Did you use this process at
24  all for the third quarter of '01?
25  A.  For developing the -- forecasts that I

135

1  developed is the upside report.
2  Q.  Right.
3  A.  And I did not use this to develop the upside
4  report.
5  Q.  The upside report, okay.  Okay.  Put that
6  aside.
7        Okay.  Now going back to the pipeline
8  calculation that you performed, or that you looked in
9  connection with the upside report, did you adjust that
10  conversion rate to take into account any external
11  factors that may cause one year's results to be
12  different than the prior year's results?
13  A.  No.
14  Q.  Any economic factors whatsoever?
15  A.  No.
16  Q.  No.  Okay.
17        So even though the market had changed
18  significantly in terms of like dot-com business, the
19  conversion rate, you didn't adjust for that at all when
20  you converted it over for purposes of making your upside
21  adjustments?
22        MR. RUBENSTEIN:  Object to the form.
23        THE WITNESS:  I did not consider any economic
24  factors when performing the license -- when we prepared
25  the license pipeline conversion package, it is solely

136

1  based on applying the historical conversion rates for
2  the same prior year corresponding period to the current
3  pipeline to determine what the upside would be.
4        MR. BRITTON:  Q.  Okay.  And then you would
5  make your adjustments upward based upon that conversion
6  rate, plus talking to the financial heads in other
7  conversations that you had with business heads; is that
8  fair?
9  A.  Yes.  I would use a variety of data inputs to
10  come up with what I felt was the appropriate upside
11  number to get to the total consolidated forecast for the
12  quarter.
13  Q.  Did you ever adjust those numbers down based
14  upon the conversion rate and your conversations?  Did
15  you ever, in preparing the -- consolidated upside
16  report, did you ever make adjustments downward to the
17  license revenues?
18  A.  Sure.
19  Q.  Okay.  And what circumstances would cause you
20  to make the adjustments down?
21  A.  In the event that the pipeline -- historical
22  pipeline conversion rate may have indicated a -- a lower
23  license forecast than what was submitted, that would be
24  one reason.  Another reason is there could have been an
25  error in the forecast submission that came to my

137

1  attention, and, therefore, I needed to adjust the
2  forecast down.
3        So, you know, it -- it -- the upside column was
4  not just, you know, to make changes based on upside
5  reports or other additional information that I received.
6  It was also used to reflect any errors -- any
7  corrections to errors that were made in the underlying
8  forecast that was originally submitted in OFA.
9  Q.  Okay.  So if, say, for example, Jay Nussbaum
10  submitted his forecast that said a million dollars for
11  the quarter, and that analysis was based upon deals that
12  were in the pipeline that were likely -- likely to
13  close, you would actually make an adjustment downward
14  for -- for the upside forecast if circumstances
15  warranted -- if circumstances warranted it?
16  A.  If -- if there was an error in the original
17  forecasts that were submitted, I would have adjusted it
18  downward.  If the historical pipeline conversion ratio
19  told me that his forecast did not seem achievable based
20  on his historical conversion trends for the like for
21  like periods, then I would adjust it down.
22  Q.  Now, did the business -- the individual
23  business units have access to their historical
24  conversion rates for them, those periods?
25  A.  Yes, they did.

EXHIBIT 14

Subject: **Re: Thanks for taking my call: The Daily Business Close**
Date: Tue, 08 Jan 2002 14:20:46 -0800
From: Ivgen Guner <Ivgen.Guner@oracle.com>
Organization: Oracle Corporation
To: Mark Barrenechea <Mark.Barrenechea@oracle.com>
CC: Jennifer Minton <Jennifer.Minton@oracle.com>,
"Schireson,Max" <MAX.SCHIRESON@oracle.com>,
"Bonvanie,Rene" <RENE.BONVANIE@oracle.com>,
IGUNER <IVGEN.GUNER@oracle.com>

Mark,

The package is attached. Please call me if any questions.


Ivgen


Mark Barrenechea wrote:


The historical information is now a priority.

The data we are looking for includes (previous 4 qtrs, current qtr, and next:
1. Consulting Booking Forecast and Billings Actual
2. License Revenue and Forecasts
3. Education Revenue and Forecasts
4. Support Renewal Revenues and Forecasts
5. Total revenues ( lets call the difference "other") and Total Forecast

What ever we have, we will use. It is an interesting notion of all lines of business forecasting. We need to be in a position no later then June 1, 2002, that we have this functionality in production. Sooner, if possible.

--mark

Jennifer Minton wrote:

The spreadsheet I am forwarding is not from OFA but excel. The data is obtained from OSO and retained in excel files since we don't archive history in OSO. We have asked for this enhancement request for over two years as we like to keep historical data so we can evaluate the following trends:

- license pipeline growth , qtr over qtr for the same week (eg week 2 in a given quarter). In addition, we also look at sequential pipeline growth.
- forecast coversion ratios -- forecast as a % of pipeline. We track this for every forecast period within a quarter. This enables us to evaluate conversion rates. The conversion rates have been declining over historical periods due to the economic recession. When we were going through the dot.com bubble, the field would generally "sandbag" their forecast. By evaluating historical trends, Jeff and I would be able to determine what the true forecast was by applying historical

**ORACLE CONFIDENTIAL**

1

NDCA-ORCL 132078

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

conversion rates to the pipeline. As a side note, my upside analysis was usually spot on!

Ivgen will forward the excel analyses from last quarter to help you design the formats. We are willing to assist in any way possible.

Mark Barrenechea wrote:

* Jennifer, Rene is working on the visualization and Max on "Numbers".
We are iterating daily in preparation for Monday's Board Meeting;

** Rene and Max, we should review our daily changes with Jennifer ...
even if just via email.

*** Max, Jennifer will be forwarding a spread sheet from OFA to me.
Would be great if Max and Rene can get a demo from OFA.

--mark

| Pipeline Package.xls | **Name:** Pipeline Package.xls<br>**Type:** EXCEL File (application/msexcel)<br>**Encoding:** base64 |
| --- | --- |

Ivgen Guner <Ivgen.Guner@oracle.com>

ORACLE CONFIDENTIAL

2

NDCA-ORCL 132079

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 15

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                  ---oOo---
 4
 5
 6   In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7          FILE NO. C-01-0988-MJJ
 8   This Document Relates To:
     _____/
 9
10
11             CONFIDENTIAL
12      DEPOSITION OF JENNIFER MINTON
13         Friday, July 7, 2006
14
15       SHEILA CHASE & ASSOCIATES
16          REPORTING FOR:
17         LiveNote World Service
18      221 Main Street, Suite 1250
19       San Francisco, California 94105
20         Phone: (415) 321-2311
21         Fax:  (415) 321-2301
22
23
24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

2

```
 1              I N D E X
 2      DEPOSITION OF JENNIFER MINTON
 3                              PAGE
 4   EXAMINATION BY MR. BRITTON        10
 5                ---oOo---
 6
 7           E X H I B I T S
 8
 9   EXHIBIT    DESCRIPTION        PAGE
10   Exhibit 27  Affidavit of Jennifer Minton     23
11   Exhibit 28  Bates NDCA-ORCL 100911 - 12      57
12   Exhibit 29  Depo of Jennifer Minton Vols. I & II  74
13   Exhibit 30  Bates NDCA-ORCL 299724 - 831     92
14   Exhibit 31A  Bates NDCA-ORCL 202815 - 821    102
15   Exhibit 31B  Bates NDCA-ORCL 202995 - 998    102
16   Exhibit 32  Bates NDCA-ORCL 203681 - 83      107
17   Exhibit 33  Bates NDCA-ORCL 154450 - 51      120
18   Exhibit 34  Bates NDCA-ORCL 399742 - 752     127
19   Exhibit 35A  Bates NDCA-ORCL 014028 - 30     136
20   exhibit 35B  Bates NDCA-ORCL 014031 - 34     136
21   Exhibit 35C  Bates NDCA-ORCL 014038 - 40     136
22   Exhibit 36  Bates NDCA-ORCL 041967 - 69      145
23   Exhibit 37  Bates NDCA-ORCL 061390 - 405     176
24   Exhibit 38  Bates NDCA-ORCL 119340 - 44      186
25   Exhibit 39  Ellison's Compendium of Exhibits  200
```

3

```
 1           E X H I B I T S
 2            (Continued.)
 3      DEPOSITION OF JENNIFER MINTON
 4
 5   EXHIBIT    DESCRIPTION        PAGE
 6
 7   Exhibit 40  Bates NDCA-ORCL 611565 - 67      230
 8   Exhibit 41  E-mail Bates NDCA-ORCL 03420     239
 9   Exhibit 12  Financial Report ORCL 0001374 - 1385  96
10   Exhibit 21  Financial Report ORCL 0003003 - 17   197
11   Exhibit 22  Financial Report ORCL 0002986 - 3002  197
12   Exhibit 23  Financial Report ORCL 0003018 - 31   198
13   Exhibit 24  Financial Report ORCL 0003187 - 203  198
14   Exhibit 25  Financial Report ORCL 0003341 - 57   232
15   Exhibit 54B  Financial Report ORCL 0009424 -     96
16       00094246 & 9548
17   Exhibit 60  Financial Report Q3 FY01         43
18   Exhibit Financial Report Index FR1 - FR34    268
19   Exhibit FR1  Financial Report ORCL 0122069 - 79  268
20   Exhibit FR2  Financial Report ORCL 0122080 - 90  268
21   Exhibit FR3  Financial Report ORCL 0122091 - 101  268
22   Exhibit FR4  Financial Report ORCL 0122102 - 12  268
23   Exhibit FR5  Financial Report ORCL 0122125 - 36  268
24   Exhibit FR6  Financial Report ORCL 0122149 - 60  268
25   Exhibit FR7  Financial Report ORCL 0122161 - 72  268
```

4

```
 1           E X H I B I T S
 2            (Continued.)
 3      DEPOSITION OF JENNIFER MINTON
 4
 5   EXHIBIT    DESCRIPTION        PAGE
 6   Exhibit FR8  Financial Report ORCL 0122186 - 99   268
 7   Exhibit FR9  Financial Report ORCL 0122200 - 213  268
 8   Exhibit FR10  Financial Report ORCL 0122228 - 41  268
 9   Exhibit FR11  Financial Report ORCL 0122256 - 70  268
10   Exhibit FR12  Financial Report ORCL 0001374 - 85  268
11   Exhibit FR13  Financial Report ORCL 0001546 - 57  268
12   Exhibit FR14  Financial Report ORCL 0001649 - 63  268
13   Exhibit FR15  Financial Report ORCL 0001863 - 79  268
14   Exhibit FR16  Financial Report ORCL 0122302 - 16  268
15   Exhibit FR17  Financial Report ORCL 0122332 - 48  268
16   Exhibit FR18  Financial Report ORCL 0002529 - 45  268
17   Exhibit FR19  Financial Report ORCL 0002665 - 81  268
18   Exhibit FR20  Financial Report ORCL 0002810 - 26  268
19   Exhibit FR21  Financial Report ORCL 0003003 - 17  268
20   Exhibit FR22  Financial Report ORCL 0002986 - 3002  268
21   Exhibit FR23  Financial Report ORCL 0003018 - 31  268
22   Exhibit FR24  Financial Report ORCL 0003187 - 203  268
23   Exhibit FR25  Financial Report ORCL 0003341 - 57  268
24   Exhibit FR26  Financial Report ORCL 0003548 - 64  268
25   Exhibit FR27  Financial Report ORCL 0003608 - 24  268
```

17

1  would be up here today.

2  Q  Safra Catz?

3  A  That would be correct, as well as notifying a

4  few of my directs that I would not be in the office,

5  as well as our outside auditors.

6  Q  You notified them the same thing, "I won't be

7  in the office"?

8  A  That is correct.

9  Q  How did you notify Safra Catz that you were

10  having your deposition taken?

11  A  We had an audit committee meeting after, and

12  I -- after the audit committee meeting, I informed her

13  that I would not be in the office today, as I was

14  going to be taking my deposition.

15  Q  Okay.  And did she say anything to you in

16  response?

17  A  Okay.

18  Q  Say anything substantive?

19  A  No.

20  Q  Okay.  First time we were together we talked

21  about the forecasting process at Oracle, I want to

22  kind of just generally go through that.  I don't want

23  to duplicate what we've already done, but you

24  mentioned upside reports, and I just want to get a

25  clear idea of what you mean by the upside reports.

18

1      Can you tell me what those are?

2  A  The upside reports represent the forecast for

3  the current quarter.

4  Q  And they -- am I right to say that they have

5  a forecast column, an upside column, and a potential

6  column?

7  A  That is correct.

8  Q  Okay.  And what is your understanding of what

9  the forecast column represents?

10  A  The forecast column represents the forecast

11  that was submitted by the field organizations.

12  Q  Have you ever heard of the term "commit --"

13  A  Yes.

14  Q  -- in connection with Oracle's forecasting?

15  A  Yes.

16  Q  Okay.  Is it fair to say that the forecast

17  column in the upside reports represented the commit

18  number for the field?

19  A  That would be one phrase that they would use.

20  Q  Okay.  And how did you understand that

21  phrase, or what did that phrase mean to you when they

22  used it?

23  A  That that was what their forecast was.

24  Q  Okay.

25  A  Effectively, they felt that they could

19

1  deliver that forecast at a minimum.

2  Q  The criteria -- let's get a little

3  preliminary.

4      I'll be talking primarily about the 2000,

5  2001 time period.  So most of my questions will,

6  unless I say otherwise, will cover or be during that

7  time period; is that okay?

8  A  Fiscal 2000 and fiscal 2001?

9  Q  Yes.

10  A  Okay.

11  Q  Okay.  And then when I use the term "class

12  period," I mean December 1st, 2000, to February 28,

13  2001; do you understand that?

14  A  Q3?

15  Q  Yes, Q3 of fiscal 2001; is that yes?

16  A  That's correct.

17  Q  Okay.  Did the criteria for the forecast

18  column ever change during the 2000, 2001 time period?

19  A  Not that I recall.

20  Q  Okay.  Then on the upside reports, you had an

21  upside column?

22  A  That is correct.

23  Q  Okay.  And is it fair to say that that

24  represented your management judgment or your judgment

25  on what to add on top of the field?

20

1  A  The upside column was used to make any

2  corrections to the forecast.  Those corrections could

3  represent more current information that was received

4  from the field organizations.

5      For example, if the field finance individual

6  responsible for submitting the forecast entered in a

7  wrong number, they would contact us and advise us that

8  the wrong number was in the system.

9      So we would use that column to make those

10  types of corrections.  Or if their forecast changed,

11  depending on more recent events, we would use it to

12  make those corrections.  And, in addition, it was used

13  to reflect management judgment.

14  Q  Okay.  You said if their forecast changed you

15  would use the upside column to reflect that change; is

16  that right?

17  A  That is correct.

18  Q  Under what circumstances would the forecast

19  change go into the upside versus the forecast column?

20  A  If the forecast was submitted on a Wednesday

21  and a deal that they did not have in their forecast

22  closed on a Friday, they might notify me -- and I am

23  giving you a hypothetical situation -- but they might

24  notify me that a deal closed, and therefore they were

25  going to bring up their forecast.

101

1  upside when you were gone?
2      A  There were a number of people that came to my
3  aide while I was gone.  So it could have been
4  Larry Garnick, could have been Lia Burke, it could
5  have been -- I'm not sure that Ivgen Guner was there
6  at the time, so I really cannot testify as to who
7  prepared this.
8      Q  Okay.  Now, you mentioned earlier that the
9  sales force "sandbagged."
10     A  That is correct.
11     Q  Okay.  What's your understanding of the --
12  that term, how it was used at Oracle?
13     A  That they would commit to numbers that were
14  significantly less than what they would actually
15  deliver.
16     Q  Okay.  Was this a source of contention with
17  Mr. Ellison?
18     A  Yes, it was.
19     Q  And you testified earlier you don't remember
20  him ever changing the parameters for the forecasts for
21  the commit numbers; is that right?
22     A  Excuse me?
23     Q  You don't remember Mr. Ellison changing the
24  parameters or the criteria for the forecast number for
25  the field?

102

1      A  I don't understand your question.
2      Q  All right.
3          Maybe I'll give you some documents to help
4  you.  Minton -- what's the next in order?
5          THE REPORTER:  31.
6          MR. BRITTON:  This will be 31A, and this one
7  will be 31B.
8          THE WITNESS:  Are we done with these
9  documents?
10         (Document marked Exhibit No. 31A - 31B
11         for identification.)
12         BY MR. BRITTON:  Q.  Okay.  The court
13  reporter has placed in front of you what's been marked
14  as Minton Exhibits 31A and 31B.
15         MR. WALD:  Which is which, Doug?
16         MR. BRITTON:  31A starts at Bates 202815 and
17  ends at 202998.  31B -- pardon me -- 31B starts with
18  NDCA-ORCL 202995 and ends with 998.
19         MR. WALD:  I think you just misspoke
20  yourself.  31A is 202815 through 821.
21         MR. BRITTON:  Through 821.
22         MR. WALD:  Okay.
23         MR. BRITTON:  And then 31B is 202995 through
24  202998.
25         MR. WALD:  Okay.  Yeah, you just misspoke

103

1  yourself on the first one.
2          BY MR. BRITTON:  Q.  Do you recognize
3  Exhibits 31A and B?
4      A  I recognize the license revenue forecast
5  analyses.  I just read this e-mail note.
6      Q  Okay.  Let's start with 31A.  Top page, this
7  appears to be an e-mail from you to several
8  individuals dated September 19th, 2001 --
9      A  That is correct.
10     Q  -- is that right?
11         Is this a true and accurate copy of an e-mail
12  you sent on that day?
13     A  I presume it is.
14     Q  Okay.  Is it part of your job
15  responsibilities to send this e-mail?
16     A  I was asked by Jeff to put together an
17  analysis of the accuracy of the field forecasts.
18     Q  All right.
19     A  I think that this document in itself supports
20  why I had to make upside adjustments to get to a
21  realistic forecast.
22     Q  Okay.  If you look at the last page of
23  Exhibit 31A --
24     A  Uh-huh.
25     Q  -- it says "FYI.  We need to work closely

104

1  with management to improve the accuracy of the
2  forecast.  Larry made it clear --"
3      A  I'm sorry.  Where are you at?
4      Q  Last page.
5      A  Okay.
6      Q  It says "FYI.  We need to work closely with
7  management to improve the accuracy of the forecast.
8  Larry made it clear that he wants everyone to submit
9  realistic forecasts - he is not interested in 'commit'
10  numbers."
11         Is that part of the e-mail that you wrote?
12     A  I'm assuming this is all part of the same
13  e-mail note.  There's two different pages of the text
14  which is somewhat confusing to me.
15     Q  Right, which is why I marked 31B.
16         If you look at 31B, if you look at 202997, in
17  the middle of the page it says "Jennifer Minton
18  wrote."
19     A  Right.  Now this is a much more intuitive
20  e-mail trail.
21     Q  Right.
22         The reason I marked this one instead of the
23  other one is because this one doesn't have the
24  analysis on it, 31B.
25     A  Right, but it also doesn't show the string of

105

1  who the e-mail is being --
2  Q  Right.
3  A  -- sent to.
4  Q  So the text that I read from 31A is the
5  e-mail that you wrote; is that right?
6  A  Yes.
7  Q  Okay.  Now, when you mention "Larry made it
8  clear," is that Larry Ellison?
9  A  Yes.
10  Q  Okay.  And did you implement any changes in
11  response to Mr. Ellison's frustrations with the commit
12  numbers?
13  A  I don't understand your question.  I'm so
14  sorry.
15  Q  Change parameters?  Change definitions of
16  forecast?  Did you do anything to adjust?
17  A  I asked my finance team to work closer with
18  the field to make sure that the --
19  Q  Okay.
20  A  -- field sales organizations were submitting
21  more realistic numbers.
22  Q  Okay.  And do you know how they did that?
23  A  No, I do not know how they did that.
24  Q  Weren't they doing that before?
25  A  If I can speak to the U.S. sales finance

106

1  individuals at the time versus the international
2  folks, they would submit effectively whatever they
3  were instructed to submit.  They would not have an
4  independent view of the forecasts.
5    So if, for example, Jay Nussbaum wanted to
6  submit a forecast, and he knew that he was -- had --
7  that he could easily overdeliver on that forecast,
8  they would still submit a lower forecast, in my
9  opinion.
10  Q  Okay.
11  A  They would not necessarily agree with me.
12  Q  Okay.  Now, were -- weren't you working with
13  the finance people for the divisions to determine what
14  your upside was?
15  A  I would confer with them, yes.
16  Q  Okay.  So how was that different than what
17  you instructed them to do in September of 2000 in
18  terms of working closer with the sales managers to get
19  a realistic forecast?
20  A  I'm not sure I understand your question.
21  Q  Well, my confusion is the -- the finance
22  assistance for the field would help you come up
23  with -- would talk with you and then you'd come up
24  with your upside number.
25  A  Uh-huh.

107

1  Q  Here you're asking them to work closer with
2  the field to get a realistic forecast.
3  A  Uh-huh.
4  Q  So what were they doing differently or what
5  did you have in mind for them to do differently based
6  on this directive that they were already doing when
7  they were talking with you with their upside numbers?
8  A  I wanted them to look at historical
9  conversion rates as an example and apply that to the
10  pipeline to validate whether or not the submitted
11  forecasts were too conservative.
12  Q  Okay.  And did they do that?
13  A  Some of them, some of them I tracked the U.S.
14  folks most.
15    (Document marked Exhibit No. 32
16    for identification.)
17    BY MR. BRITTON:  Q.  I'm placing in front of
18  you what's been marked as Minton Exhibit 32.  Will you
19  take a moment to look at this exhibit?
20    For the record, Exhibit 32 starts at
21  NDCA-ORCL 203681 and ends at 683.
22    Have you had an opportunity to look at
23  Exhibit 32?
24  A  Yes, I have.
25  Q  Do you recognize it?

108

1  A  I've read it.  I recall roughly what this is
2  in relation to.
3  Q  Okay.  Can you tell me what you recall about
4  this?
5  A  In -- yeah.  Most certainly.
6    In the early part of fiscal 2001, I believe,
7  although I'm not certain as to the time period, we
8  were rolling out Oracle sales online.  And whenever
9  you have three different sales organizations, we
10  actually had more than that if you count the
11  international folks, you had different practices with
12  regards to forecasting, and -- and one of the things
13  we were attempting to do was to roll out a new
14  application, was to develop a global standard process
15  for interpreting the data that's within the -- the
16  pipeline.
17    But prior to that we had, you know, deals on
18  Excel spreadsheets, and deals in one system.  I think
19  we called it -- well, I can't remember the one for
20  ISD, the telesales organizations.  So we didn't have
21  all of our forecasts at one point in one common
22  system.
23    So as we were moving towards getting all of
24  the deals, all the opportunities into one system, we
25  wanted everyone to adopt a global standard philosophy

121

1 and ends at 51.

2 Do you recognize Exhibit 33?

3 A  Yes.

4 Q  And what do you recognize it to be?

5 A  This is an e-mail note from Jeff Henley to

6 Larry with a copy to myself, Safra Catz, and

7 Stephanie Aas, who was in charge of investor relations

8 at the time, and he's basically typing in, as he calls

9 it, "soundbites," things that he plans to mention or

10 bring up on the analysts call that we have when we

11 release our earnings --

12 Q  Okay.

13 A  -- for the second quarter.

14 Q  Okay.  And this was two days before the

15 earnings release?

16 A  I don't know which day was the earnings

17 release.

18 Q  Does this document refresh your recollection

19 about what Mr. Henley told the market about APS growth

20 and database growth?

21 A  In this document, he says he was going to

22 give targets for applications and database.  75 APS

23 and 25 percent database.

24 Q  Okay.  And do you know if he actually gave

25 that guidance?

122

1 MR. WALD:  The question is whether it

2 refreshes your recollection as to what he actually

3 said?

4 THE WITNESS:  If he said it here, wrote it

5 here, I presume he said it in the actual call.  I

6 cannot recall if he did or did not.  I'd have to look

7 at an earnings transcript.

8 BY MR. BRITTON:  Q.  Did you participate on

9 the earnings calls?

10 A  At one point I joined the earnings calls.  I

11 was definitely on it when we preannounced in Q3.

12 There was a point when I joined the calls and a point

13 when I stopped joining the calls.

14 Q  Okay.

15 A  I don't recall.  It wasn't -- it wasn't very

16 routine until more recently.

17 Q  Okay.  Did you participate in the Q2 2001

18 earnings call?

19 A  I don't -- I may listen to the call.  I may

20 have been in the same room, but I would not have

21 participated in the call, if that helps to set the

22 record straight.

23 Q  Yes.

24 Paragraph five --

25 A  Yes.

123

1 Q  -- says "We've seen no slowdown in our

2 business to date.  Our current assumption is that

3 while the U.S. economy is slowing down and while there

4 are tech sectors like semiconductors, pc's, etc

5 showing slowing demand, ebusiness software (database

6 and apps) is a high priority for customers so this

7 explains why our pipeline isn't slowing down."

8 Did you have any conversations with

9 Mr. Henley during this period of time about whether

10 Oracle was seeing a slowdown in its business?

11 A  Not that I recall.

12 Q  Okay.  Okay.  You can put that document

13 aside.

14 And then before we break for lunch, I want to

15 get your understanding of -- if you have one -- of

16 Jeff Henley's process that he would go through to

17 determine what guidance to give the street.

18 A  So Jeff Henley would meet with investor

19 relations, and they would work on a model that

20 investor relations had maintained, which I think was

21 early, which I believe was very similar to the models

22 that the analysts would keep.  It was, if you will, in

23 our external income statement format.

24 Q  Okay.

25 A  And so they would work on a model.  At the

124

1 same time, I would prepare the forecast, and -- and I

2 either met, at times, with Jeff and the person who was

3 in charge of investor relations, or sometimes I would

4 meet with the person in charge of investor relations

5 independently before Jeff would meet with the IR

6 individual.  There was no set practice.

7 Q  Okay.  Who was the IR individual?

8 A  At this point in time, it was Stephanie Aas.

9 Q  Okay.  Was there anything else in his process

10 that you knew of in determining what number to give to

11 the street?

12 A  Again, Stephanie would come up with her

13 model.  I would come up with my model, and we would

14 reconcile the two of them.

15 Q  Okay.  Did he look at --

16 A  And my -- and my upside reports were

17 generally used.  But what Stephanie would do with her

18 models is try to recast them into an external income

19 statement format, because we budgeted based on a

20 management summary format that is by organization.

21 The street would develop their models based

22 on the external income statement format.  So we would

23 try and take the expenses based on management summary

24 format that were being forecasted for the quarter and

25 recast them in an external income statement format.

125

1    So it was primarily my model that we would
2    use to derive the ultimate numbers, but we had to
3    recast it such that it was in an external income
4    statement format for purposes of the IR model.
5        Does that make sense?
6    Q   Yes.
7    A   Okay.
8    Q   Did -- if you know, did Jeff Henley look at
9    quarter-over-quarter numbers, sequential numbers, or
10   year-over-year in deciding what type of guidance to
11   give to the street?
12   A   We would look at both our historical
13   year-over-year numbers, and we would also look at
14   historically what we did between Q3 -- sorry --
15   between Q2 and Q3.
16   Q   Okay.  Then the end decision on what guidance
17   to give to the street was Jeff Henley's?
18   A   Yes, but it was predicated off of my upside
19   reports.
20   Q   Right.  Okay.
21       If the guidance was predicated on your upside
22   reports, do you know why Jeff Henley would work with
23   the investor relations person to develop an IR model?
24   A   Yes.  I'm sorry.  I thought you understood.
25       So, if I may, our external income statement

126

1    has line items such as sales and marketing expenses,
2    services, R&D, G&A.
3        So when we gave guidance, at times we would,
4    or at least IR would, talk to the analysts and help
5    them understand where we thought the growth and
6    expenses or the decrease in expenses would come from,
7    whether it was sales and marketing, R&D, G&A or
8    services.
9        So her model was, again, a recast of the
10   management upside forecasts, the upside reports, but
11   in an external income statement format.
12       Do you understand?
13   Q   Yes.
14       And was she basing her numbers on the field
15   part of the upside report or the potential part of the
16   upside report?
17   A   I presume her model was in sync with my
18   potential in that we were always reconciling back
19   to -- to my forecast reports.
20   MR. BRITTON:  Okay.  Why don't we break for
21   lunch.
22   MR. WALD:  Okay.
23   THE VIDEOGRAPHER:  This marks the end of tape
24   two, Volume I, in the deposition of Jennifer Minton.
25       At 12:32, going off the record.

127

1    (Lunch break taken.)
2    (Document marked Exhibit No. 34
3        for identification.)
4    THE VIDEOGRAPHER:  On record at 1:24.
5        This marks the beginning of tape three in
6    Volume I in the deposition of Jennifer Minton.
7    BY MR. BRITTON:  Q.  Ms. Minton, we've placed
8    in front of you what's been marked as Minton
9    Exhibit 33.  Will you take a moment to look at this
10   exhibit?
11       For the record, Exhibit 33 starts at 399742
12   and ends at 752.
13       Have you had a chance to look at Exhibit 33?
14   A   I have.
15   Q   Do you recognize it?
16   A   I believe this is an example of the investor
17   relations model that I described earlier.
18   Q   Okay.  Great.
19       And this is dated December 8th, 2000; is that
20   correct?
21   A   That is correct.
22   Q   All right.
23       If you -- this has information dating back to
24   fiscal 1993; right?
25   A   Yes, it does.

128

1    Q   Okay.  If you look at the page with Bates
2    399746, are you there?
3    A   Uh-huh.
4    Q   The far right, there's fiscal 2001, and then
5    there's a highlighted column, and can you tell me what
6    that highlighted column represents?
7    A   It's fiscal 2001 Q3 estimate.
8    Q   Estimate.
9        So this is the estimate that the investor
10   relations department created?
11   A   I don't know if this is their preliminary or
12   their final version, but this would be something that
13   they would have worked on.
14   Q   Okay.  Now, the EPS line is another
15   horizontal, if you will --
16   A   Uh-huh.
17   Q   -- line, and then it has $0.10 earning per
18   share --
19   A   That's correct.
20   Q   -- am I reading that correct?
21   A   Uh-huh.
22   Q   Okay.  Do you know if the investor relations
23   department ever increased their earnings per share
24   estimate beyond $0.10?
25   A   I do not know.

# EXHIBIT 16

Draft: New terminology on Forecasting...                                         Page 1 of 1

**From:** Patricia McManus
**Sent:** Fri, 06 Oct 2000 11:47:03 GMT
**To:** James English
**CC:** Patricia McManus
**BCC:**
**Subject:** Draft: New terminology on Forecasting...

**EXHIBIT** 110
Rachel A. Ferrier
CSR No. 6948
Date: 9/27/06
Witness:
Ellison

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203681

```
begin:vcard
n:McManus;Patricia
tel;fax:610-722-2000
tel;work:610-722-2173
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:patricia.mcmanus@oracle.com
fn:Patricia McManus
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 203682

Hi,

Jim, we can talk through the recommendation, let me know your thoughts...

Recently Larry has changed the way that he is interpreting our forecast.  He would like us to reflect our numbers as follows...

Worst -  this is our bottom threshold - minimum 80% probability for opportunity - our old thinking of "commit"
Forecast  - some risk included, potentially 50% of the time you make it and 50% of the time you don't - minimum 60% probability for an opportunity
Best - the top threshold for the quarter - minimum 40% probability for an opportunity

This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment.  It was the amount that you believed you could deliver at a minimum.  That emphasis has shifted to "worst" and now our forecast is a number that includes more risk than in the past.   Best case should not be our entire quarter pipeline.  As deals cross the 40% win probability threshold, they enter our best case.

The win probabilities are guidelines and should be adjusted as you move through the quarter.,  Obviously, a 60% win probability the last week of the quarter is probably not a "forecast" item.  Common sense has to prevail.  The win probabilities are in OSO and should be reviewed for accuracy with the reps.  The win probabilities have to be updated on a timely basis.

We will incorporate this in our OSO 11i training that is tentatively scheduled  the week of 10/23.

Please let us know if you have any questions!

Thanks,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203683

EXHIBIT 17

**North America Finance Management Team  Meeting Minutes and Action Items**
*October 4 & 5, 2000*

<u>Global Reporting</u>
- All lines of businesses except for License LOB have identified Global teams to lead the reporting requirements.. **Action: J.Minton**  to assemble Global License  team as quickly as possible.
- Revisit the skill set requirement for DPOs. **Action: L.Garnick / R. Ronsse**
- Add Kent Kelly to DPO list to represent USA. **Action: I.Guner/R.Ronsse**
- Initial EDW implementation is scheduled for US only.  WW implementation schedule is not slotted for this fiscal year. Must be discussed during IT Steering Committee meeting. **Action: L.Garnick**
- EDW and US Datamart GAP study must be completed and reviewed by North America Fin Mgmt Team. **Action: R.Ronsse / K.Kelley**

<u>Career Development</u>
- Training  -  Quite a few system upgrades are coming down the pike at the same time with no training scheduled or content is prepared.
    1. OSO - Patty McManus to lead the GPO role for OSO. Establish documentation for requirements, definitions, processes, receive LJE approval and prepare training.  Get input from J.English on education department's input for training. **Action: J.Minton / J.English** to get Patty on board to start the process.
    2. Internal systems - All levels of finance staff need the training on using our own internal systems (ie OFA, Discoverer, OSA etc). **Action: I.Guner**  to prepare and execute.
    3. Rev Rec Certification -  Have all finance staff to take the appropriate class via web. **Action: I.Guner** to forward the URL to FDs.
    4. Management Training - There is  a need for skill assessment and sequential list for training classes for career levels. **Action: J.Minton to invite S.Charley** to the next meeting for presentation and guidance.
- Annual North America Finance Conference - Establish the first one around January time frame. Incorporate Discoverer training if possible. **Action: I.Guner** to plan and execute.
- Oracle story - Each finance team member should have the knowledge of Henley's $1B savings video demo and presentation.  **Action: I.Guner** to send the URL to the FDs for distribution.

<u>OPS Review Specifics</u>
- Purchase Requisition process for Subcontractors need to be reviewed. **Action: T.Ford / J.English**
- Feasibility study of EJS Consulting Comp Group to transfer to  C.Facey's comp group. **Action: J.English / C.Facey.**
- ISD Operations Group's charter requires further analysis and documentation. Assessment needed for number of staff requirement, the appropriate group where the function should reside, location etc. **Action: D.Winton**
- ISD location in Redwood Shores is an expensive model. **Action: J.Minton** to talk to G.Roberts / H.Koplow for Rocklin location.

<u>License  Management Reporting</u>
- License specific proposal for KPIs, defintions, report design,  system assessment and documentation will be prepared before the IFC.  The proposals will be then discussed, and decided on for implementation during IFC. Assignments:
    1. Sales Capacity & Overassign - **C.Facey**
    2. Win / Loss - **D.Winton**
    3. Discount analysis - **N.Hooton / L.Garnick**
    4. Average Revenue and order per Rep - **J.English**

*There will be weekly conference calls on Wednesdays at 10:00 PST, starting with October 11th.*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 275769

EXHIBIT 18

**From:** Jennifer Minton
**Sent:** Tue, 19 Sep 2000 20:50:24 GMT
**To:** WILLIAM PLANT; DAVIES; Greg; Mcdowell; Cheryl; Winton; David; Ford; Terrence; English; James; Guner; Ivgen
**CC:**
**BCC:**
**Subject:** [Fwd: License Revenue Forecast Accuracy]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 151956

```
begin:vcard
n:;Jennifer
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:jennifer.minton@oracle.com
fn:Jennifer Minton
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 151957

```
begin:vcard
n:Burke;Lia
tel;fax:(650) 506 7107
tel;work:(650) 506 2534
x-mozilla-html:FALSE
org:<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/"><imgsrc="http://www
.oracle.com/signature/obanner.gif"></A>;<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at
http://www.oracle.com</A>
adr:;;;;;;;
version:2.1
email;internet:lia.burke@oracle.com
title:Director, Worldwide Finance
fn:Lia Burke
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 151958

**LICENSE REVENUE FORECAST ACCURACY**

## Q1FY00

| Constant $ (May 99)<br>License | Actuals<br>Q1FY00 | First<br>Forecast<br>Month 1 | First<br>Forecast<br>Month 2 | First<br>Forecast<br>Month 3 | Final<br>Forecast<br>Month 3 | Fcst as %<br>of Actuals<br>Month 1 | Fcst as %<br>of Actuals<br>Month 2 | Fcst as %<br>of Actuals<br>Month 3 | Final Fcst as<br>% of Actuals<br>Month 3 | Final Fcst vs<br>Actuals $<br>Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 70,496 | | $ 68,796 | $ 62,839 | $ 70,174 | nm | 98% | 89% | 100% | $ (322) |
| NAS - Roberts | 127,869 | | 99,549 | 118,415 | 119,021 | nm | 78% | 93% | 93% | (8,848) |
| OPI - Varasano | 49,767 | | 40,998 | 40,559 | 40,441 | nm | 82% | 81% | 81% | (9,326) |
| LA - Sanderson | 23,021 | | 26,325 | 25,052 | 23,733 | nm | 114% | 109% | 103% | 712 |
| Europe - Giacoletto | 186,571 | | 183,624 | 173,911 | 172,688 | nm | 98% | 93% | 93% | (13,903) |
| APAC - Williams | 51,526 | | 49,657 | 51,437 | 51,047 | nm | 96% | 100% | 99% | (479) |
| Japan - Sano | 66,608 | | 64,310 | 63,531 | 63,630 | nm | 97% | 95% | 96% | (2,978) |
| Corporate Adjustments | 36,471 | | - | 4,618 | 5,947 | nm | nm | 13% | 16% | (30,524) |
| Total | $ 612,329 | $ - | $ 533,259 | $ 540,362 | $ 546,661 | nm | 87% | 88% | 89% | $ (65,668) |

## Q2FY00

| Constant $ (May 99)<br>License | Actuals<br>Q2FY00 | First<br>Forecast<br>Month 1 | First<br>Forecast<br>Month 2 | First<br>Forecast<br>Month 3 | Final<br>Forecast<br>Month 3 | Fcst as %<br>of Actuals<br>Month 1 | Fcst as %<br>of Actuals<br>Month 2 | Fcst as %<br>of Actuals<br>Month 3 | Final Fcst as<br>% of Actuals<br>Month 3 | Final Fcst vs<br>Actuals $<br>Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 125,915 | $ 132,473 | $ 132,474 | $ 145,018 | $ 144,977 | 105% | 105% | 115% | 115% | $ 19,062 |
| NAS - Roberts | 197,813 | 133,856 | 133,694 | 138,587 | 151,694 | 68% | 68% | 70% | 77% | (46,119) |
| OPI - Varasano | 54,404 | 57,429 | 57,357 | 61,556 | 54,862 | 106% | 105% | 113% | 101% | 458 |
| LA - Sanderson | 33,507 | 36,345 | 35,086 | 34,579 | 34,566 | 108% | 105% | 103% | 103% | 1,059 |
| Europe - Giacoletto | 286,306 | 234,530 | 235,488 | 239,978 | 238,464 | 82% | 82% | 84% | 83% | (47,842) |
| APAC - Williams | 55,365 | 64,129 | 63,063 | 59,301 | 57,788 | 116% | 114% | 107% | 104% | 2,423 |
| Japan - Sano | 94,807 | 88,243 | 88,013 | 85,825 | 86,983 | 93% | 93% | 91% | 92% | (7,844) |
| Corporate Adjustments | 26,493 | - | 4,812 | 3,939 | 6,491 | nm | 18% | 15% | 25% | (20,002) |
| Total | $ 874,610 | $ 747,005 | $ 749,987 | $ 768,783 | $ 775,805 | 85% | 86% | 88% | 89% | $ (98,805) |

## Q3FY00

| Constant $ (May 99)<br>License | Actuals<br>Q3FY00 | First<br>Forecast<br>Month 1 | First<br>Forecast<br>Month 2 | First<br>Forecast<br>Month 3 | Final<br>Forecast<br>Month 3 | Fcst as %<br>of Actuals<br>Month 1 | Fcst as %<br>of Actuals<br>Month 2 | Fcst as %<br>of Actuals<br>Month 3 | Final Fcst as<br>% of Actuals<br>Month 3 | Final Fcst vs<br>Actuals $<br>Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 188,953 | $ 130,000 | $ 130,000 | $ 129,981 | $ 130,009 | 69% | 69% | 69% | 69% | $ (58,944) |
| NAS - Roberts | 311,818 | 176,356 | 187,205 | 211,642 | 237,279 | 57% | 60% | 68% | 76% | (74,539) |
| OPI - Varasano | 83,272 | 49,992 | 69,700 | 69,985 | 70,029 | 60% | 84% | 84% | 84% | (13,243) |
| LA - Sanderson | 41,243 | 32,175 | 32,500 | 33,130 | 37,435 | 78% | 79% | 80% | 91% | (3,808) |
| Europe - Giacoletto | 279,644 | 262,100 | 262,844 | 263,316 | 267,153 | 94% | 94% | 94% | 96% | (12,491) |
| APAC - Williams | 66,796 | 59,795 | 59,850 | 58,084 | 59,601 | 90% | 90% | 87% | 89% | (7,195) |
| Japan - Sano | 80,453 | 64,347 | 76,567 | 76,387 | 75,448 | 105% | 95% | 95% | 94% | (5,005) |
| USA Sales & Operations | 8 | - | - | 609 | 90 | nm | nm | 7613% | 1125% | 82 |
| Corporate Adjustments | (2,666) | 5,350 | 5,348 | 5,785 | 6,496 | -201% | -201% | -217% | -244% | 9,162 |
| Total | $ 1,049,521 | $ 800,115 | $ 824,014 | $ 848,919 | $ 883,540 | 76% | 79% | 81% | 84% | $ (165,981) |

## Q4FY00

| Constant $ (May 99)<br>License | Actuals<br>Q4FY00 | First<br>Forecast<br>Month 1 | First<br>Forecast<br>Month 2 | First<br>Forecast<br>Month 3 | Final<br>Forecast<br>Month 3 | Fcst as %<br>of Actuals<br>Month 1 | Fcst as %<br>of Actuals<br>Month 2 | Fcst as %<br>of Actuals<br>Month 3 | Final Fcst as<br>% of Actuals<br>Month 3 | Final Fcst vs<br>Actuals $<br>Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 345,055 | $ 259,963 | $ 260,003 | $ 290,030 | $ 310,040 | 75% | 75% | 84% | 90% | $ (35,015) |
| NAS - Roberts | 523,431 | 385,489 | 387,989 | 423,572 | 436,484 | 74% | 74% | 81% | 83% | (86,947) |
| OPI - Varasano | 198,499 | 105,008 | 120,000 | 130,003 | 160,011 | 53% | 60% | 65% | 81% | (38,488) |
| LA - Sanderson | 70,474 | 50,000 | 53,628 | 54,101 | 57,925 | 71% | 76% | 77% | 82% | (12,549) |
| Europe - Giacoletto | 471,729 | 428,360 | 429,406 | 431,135 | 431,089 | 91% | 91% | 91% | 91% | (40,640) |
| APAC - Williams | 100,550 | 75,880 | 75,605 | 74,907 | 75,947 | 75% | 75% | 74% | 76% | (24,603) |
| Japan - Sano | 113,603 | 102,065 | 102,179 | 102,237 | 107,473 | 90% | 90% | 90% | 95% | (6,130) |
| USA Sales & Operations | 18 | - | - | (1) | (1) | nm | nm | nm | nm | (19) |
| Corporate Adjustments | 7,397 | 2,931 | 740 | (5,574) | (3,669) | 40% | 10% | nm | nm | (11,086) |
| Total | $ 1,830,756 | $ 1,409,696 | $ 1,429,550 | $ 1,500,410 | $ 1,575,279 | 77% | 78% | 82% | 86% | $ (255,477) |

License 4/28/2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 151959

## LICENSE REVENUE FORECAST ACCURACY

| Q1FY01 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Constant $ (May 00)<br>License | Actuals<br>Q1FY01 | First<br>Forecast<br>Month 1 | First<br>Forecast<br>Month 2 | First<br>Forecast<br>Month 3 | Final<br>Forecast<br>Month 3 | Fcst as %<br>of Actuals<br>Month 1 | Fcst as %<br>of Actuals<br>Month 2 | Fcst as %<br>of Actuals<br>Month 3 | Final Fcst as<br>% of Actuals<br>Month 3 | Final Fcst vs<br>Actuals $<br>Month 3 |
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 106,907 | $ 76,995 | $ 76,995 | $ 76,985 | $ 76,985 | 72% | 72% | 72% | 72% | $ (29,922) |
| NAS - Roberts | 199,281 | 150,332 | 165,018 | 170,546 | 179,999 | 75% | 83% | 86% | 90% | (19,282) |
| OPI - Varasano | 40,622 | 55,000 | 55,000 | 55,000 | 52,000 | 135% | 135% | 135% | 128% | 11,378 |
| LA - Sanderson | 26,875 | 27,616 | 29,463 | 27,499 | 27,385 | 103% | 110% | 102% | 102% | 510 |
| UKI - Smith | 46,092 | 46,536 | 46,536 | 41,501 | 41,503 | 101% | 101% | 90% | 90% | (4,589) |
| Germany - Jaeger | 31,981 | 46,487 | 46,465 | 37,096 | 32,007 | 145% | 145% | 116% | 100% | 26 |
| France - Anidjar | 31,037 | 19,519 | 21,129 | 24,122 | 26,257 | 63% | 68% | 78% | 85% | (4,780) |
| S. Europe - Bonzano | 34,496 | 28,035 | 26,651 | 26,509 | 26,529 | 81% | 77% | 77% | 77% | (7,967) |
| N. Europe - Jarnick | 32,309 | 35,724 | 31,530 | 31,573 | 31,482 | 111% | 98% | 98% | 97% | (827) |
| ECEMEA - Gordon | 34,880 | 34,192 | 36,650 | 34,967 | 33,868 | 98% | 105% | 100% | 97% | (1,012) |
| APAC - Williams | 72,450 | 69,436 | 69,740 | 69,468 | 69,411 | 96% | 96% | 96% | 96% | (3,039) |
| Japan - Sano | 93,299 | 80,913 | 84,525 | 82,704 | 82,940 | 87% | 91% | 89% | 89% | (10,359) |
| USA Sales & Operations | 31 | - | - | 34 | 34 | nm | nm | 110% | 110% | 3 |
| Corporate Adjustments | 35,202 | - | (8,000) | (8,556) | (17,094) | nm | nm | nm | nm | (52,296) |
| Total | $ 785,462 | $ 670,785 | $ 681,702 | $ 669,448 | $ 663,306 | 85% | 87% | 85% | 84% | $ (122,156) |

License 4/28/2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 151960

All,

Attached is an analysis I prepared for Jeff last week comparing the
license revenue forecast at various points over the past 5 quarters with
the actuals for that quarter.  On average at the total company level our
final license revenue forecast is generally between 84% and 89% of our
final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FYI.  We need to work closely with managment to improve the accuracy of
the forecast.  Larry made it clear that he wants everyone to submit
realistic forecasts – he is not interested in "commit" numbers.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER