| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP<br>    Peter A. Wald (SBN 85705) | ORACLE CORPORATION<br>    Dorian Daley (SBN 129049) |
| 2 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562 |     James C. Maroulis (SBN 208316)<br>500 Oracle Parkway |
| 3 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 | Mailstop 5OP7<br>Redwood Shores, CA 94065 |
| 4 | E-mail: peter.wald@lw.com | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 5 | LATHAM & WATKINS LLP | E-mail: jim.maroulis@oracle.com |
| 6 |     Patrick E. Gibbs (SBN 183174)<br>    140 Scott Drive | |
| 7 | Menlo Park, California 94025<br>Telephone: (650) 328-4600 | Attorneys for Defendant ORACLE<br>CORPORATION |
| 8 | Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com | |
| 9 | LATHAM & WATKINS LLP | |
| 10 |     Sean M. Berkowitz (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800 | |
| 11 | Chicago, Illinois 60606<br>Telephone:  (312) 876-7700 | |
| 12 | Facsimile:  (312) 993-9767<br>E-mail: sean.berkowitz@lw.com | |
| 13 | Attorneys for Defendants ORACLE | |
| 14 | CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and<br>EDWARD J. SANDERSON | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br>(Consolidated) |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF DAVID C. FORTNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF GEORGE FOSTER**<br><br>Date:     January 9, 2009<br>Time:    9:00 a.m<br>Judge:   Hon. Susan Illston |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FORTNEY DECLARATION IN OPPOSITION TO PLAINTIFFS'
MOTION TO EXCLUDE FOSTER
Master File No. C-01-0988-SI

I, David C. Fortney, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Fortney Declaration") in support of the Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of George Foster.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article entiled "Cal to announce $2 billion fundraising drive," SAN FRANCISCO CHRONICLE, Sept. 17, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the book entitled, "Introductory Statistics for Business and Economics," Fourth Edition, authored by Thomas H. Wonnacott and Ronald J. Wonnacott.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 17, 2008 in San Francisco, California.

David C. Fortney

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FORTNEY DECLARATION IN OPPOSITION TO PLAINTIFFS'
MOTION TO EXCLUDE FOSTER
Master File No. C-01-0988-SI