# EXHIBIT 1

**SFGate.com**

## Cal to announce $2 billion fundraising drive
Tanya Schevitz, Chronicle Staff Writer
Wednesday, September 17, 2008



UC Berkeley will unveil plans this week to raise nearly $2 billion over the next five years to help compete with deep-pocketed private schools such as Stanford that now are offering some needy students a less costly education than Cal.

With state support in decline, UC Berkeley is ramping up efforts to raise the money from the public to fill financial gaps.

Approval of Cal's five-year fundraising campaign is expected Thursday from UC's governing Board of Regents, which is meeting at the UC Irvine campus.

The goal is to raise money to provide, among other things, additional scholarships for students and increase financial support for faculty members and programs, "which is critical to us if we are going to continue offering a high-quality venture," UC Berkeley Chancellor Robert Birgeneau said recently.

The campus has already raised $1.24 billion over the last three years from private sources. Berkeley's endowment stands at about $2.9 billion. Stanford's is about $17.1 billion.

"The Campaign for Berkeley," the campus' largest ever, will start on Friday. The priorities for the funding include an endowment of $640 million for student financial aid and $300 million for undergraduate scholarships. It also includes $600 million for capital projects, which could include new, renovated or upgraded facilities for Berkeley's law school, physics department, business school, School of Public Health, a student-athlete performance center, Memorial Stadium, and the Berkeley Art Museum and Pacific Film Archive.

Although the regents are expected to give Berkeley the green light to raise money, each capital project will require separate future approval from the regents.

Birgeneau said the campus had to start the semester without even knowing how much state funding it is getting because the state has not yet passed a budget. He said private fundraising is important because the university needs the flexibility to be able to manage its budget without being so dependent on the state.

UC Berkeley received about $569 million in state funding in fiscal 2006-07, about 33 percent of the campus' entire budget.

But that is about $300 million a year less than Stanford University, which has a much smaller student population, gets on its endowment interest alone, Birgeneau said.

Birgeneau said top students who are also recruited by institutions such as Stanford and Harvard could pay less to attend those schools than UC Berkeley because of the generous financial aid packages offered by the private universities.

Stanford, for example, has a generous aid program to help students in need, eliminating tuition, room and board for students whose parents earn less than $60,000 a year. Stanford and other elite schools have also sharply discounted the tuition charged students from middle-income families.

"Even though we are a public institution, we will need the type of support that elite private institutions get," Birgeneau said.

UC Berkeley conducted its last big campaign from 1993 to 2000. It raised $1.44 billion from alumni, parents and friends for facilities and endowments for undergraduate and graduate student aid and faculty, said Jose Rodriguez, UC Berkeley's spokesman for development.

Molly Corbett Broad, president of the American Council on Education in Washington, D.C., and a former president of the University of North Carolina, said the number of fundraising campaigns undertaken by public institutions has been increasing.

"The margin of excellence and especially for a place like Berkeley, to remain among the best of the best, is likely to come from philanthropy," Broad said. "You cannot expect that margin of excellence is going to come from state funds and tuition."

E-mail Tanya Schevitz at tschevitz@sfchronicle.com.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/09/17/BANQ12UES8.DTL

This article appeared on page **B - 1** of the San Francisco Chronicle