# EXHIBIT 2

Case 3:01-cv-00988-SI   Document 1533-2   Filed 11/17/08   Page 2 of 6

# INTRODUCTORY STATISTICS FOR BUSINESS AND ECONOMICS

**FOURTH EDITION**

**Thomas H. Wonnacott**
University of Western Ontario

**Ronald J. Wonnacott**
University of Western Ontario


WILEY

**JOHN WILEY & SONS**

New York    Chichester    Brisbane    Toronto    Singapore

*To our parents*

COVER ILLUSTRATION BY LARRY ROSS

Copyright © 1972, 1977, 1984, 1990 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of
this work beyond that permitted by Sections
107 and 108 of the 1976 United States Copyright
Act without the permission of the copyright
owner is unlawful. Requests for permission
or further information should be addressed to
the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*

Wonnacott, Thomas H., 1935–
    Introductory statistics for business and economics    Thomas H.
Wonnacott, Ronald J. Wonnacott.
    p.  cm.—(Wiley series in probability and mathematical
statistics)
  Bibliography: p.
  Includes index.
  ISBN 0-471-61517-X
  1. Social sciences—Statistical methods. 2. Statistics.
3. Commercial statistics. 4. Economics—Statistical methods.
I. Wonnacott, Ronald J. II. Title. III. Series.
HA29.W622   1990                              89-33083
519.5—dc20

Printed in the United States of America

10 9 8 7 6

    **a.** Intuitively, would it give a more accurate slope to choose the two points 1 inch apart, or 4 inches? *How much* more accurate? (That is, how much smaller would the error in the slope be? To work this out, for simplicity assume that only the right-hand point is in error—by .01 inch vertically.)

    **b.** Answer **a** using an appropriate formula in the text.

## 12-3 CONFIDENCE INTERVALS AND TESTS FOR $\beta$

### A—ESTIMATING THE STANDARD ERROR OF *b*

With the expected value, standard error, and normality of *b* established, statistical inferences about $\beta$ are now in order. But first there is one remaining problem: From (12-4), the standard error of *b* is $\sqrt{\sigma^2/\Sigma x^2}$, where $\sigma^2$ is the variance of the *Y* observations about the population line. But $\sigma^2$ is generally unknown, and must be estimated. A natural way to estimate $\sigma^2$ is to use the deviations of *Y* about the fitted line. Specifically, consider the mean squared deviations about the fitted line:

$$\frac{1}{n}\Sigma d^2 = \frac{1}{n}\Sigma(Y - \hat{Y})^2 \qquad \text{like (11-2)}$$

We make one small modification: Instead of *n* we use the divisor $n - 2$. [The reason is familiar: Two degrees of freedom (d.f.) have already been used up in calculating *a* and *b* in order to get the fitted line. This then leaves $(n - 2)$ d.f. to estimate the variance.][2] We therefore estimate $\sigma^2$ with the *residual variance* $s^2$, defined as

$$\boxed{s^2 \equiv \frac{1}{n-2}\Sigma(Y - \hat{Y})^2} \qquad \begin{array}{l}(12\text{-}7)\\ \text{like (2-11)}\end{array}$$

When *s* is substituted for $\sigma$ in (12-5), we obtain the *estimated* standard error, which we denote from now on simply as SE:

$$SE = \frac{s}{\sqrt{\Sigma x^2}} \qquad (12\text{-}8)$$

With this in hand, statistical inferences can now be made.

---

[2] A more detailed view may be helpful. If there were only $n = 2$ observed points, a least-squares line could be fitted—indeed it would turn out to provide a perfect fit. (Through any two points, a line can always be drawn that goes through them exactly.) Thus, although *a* and *b* would be determined easily enough, there would be no "information left over" to tell us anything about $\sigma^2$, the variance of the observations about the regression line. Only to the extent that *n* exceeds 2 can we get information about $\sigma^2$. That is, $n - 2$ d.f. remain when we use $s^2$ to estimate $\sigma^2$.

## B—CONFIDENCE INTERVALS

Using the same argument as in Chapter 8 earlier, we could easily show that the 95% confidence interval for $\beta$ is

$$\boxed{\beta = b \pm t_{.025}\, SE} \qquad (12\text{-}9)$$
like (8-15)

Substituting SE from (12-8) yields

$$\boxed{\begin{array}{l}\textbf{95\% confidence interval for the slope}^3\\[4pt]\beta = b \pm t_{.025}\dfrac{s}{\sqrt{\Sigma x^2}}\end{array}} \qquad (12\text{-}10)$$

where the degrees of freedom for $t$ are the same as the divisor used in calculating $s^2$:

$$\boxed{\text{d.f.} = n - 2} \qquad (12\text{-}11)$$

## EXAMPLE 12-1

The slope relating wheat yield to fertilizer was found to be .059 bu/lb. Of course, this was based on a mere sample of $n = 7$ observations. If millions of observations had been collected, what would the resulting population slope be? Calculate a 95% confidence interval. (Use the statistics calculated in Table 11-2.)

### SOLUTION

We first use (12-7) to calculate $s^2$ in Table 12-1. The critical $t$ value then has d.f. $= n - 2 = 7 - 2 = 5$ (the same as the divisor in $s^2$). From Appendix Table V, this $t_{.025}$ is found to be 2.57. Finally, note that $\Sigma x^2$ was

---

[3] Regression coefficients share many of the properties of sample means, as first noted in Section 11-3. As another example, even if the underlying populations in Figure 12-1 are quite non-normal, the confidence interval (12-10) still has approximately a 95% chance of covering the true $\beta$, and is therefore called robust in coverage.

A similar robust 95% confidence interval can be derived for the Y-intercept (see Problem 12-17)

$$\alpha = (\overline{Y} - b\overline{X}) \pm t_{.025}\, s\, \sqrt{\dfrac{1}{n} + \dfrac{\overline{X}^2}{\Sigma x^2}} \qquad (12\text{-}12)$$

Case 3:01-cv-00988-SI   Document 1533-2   Filed 11/17/08   Page 6 of 6

**TABLE 12-1 Calculations for the Residual Variance $s^2$**

| $X$ | $Y$ | $\hat{Y} = 36.4 + .059X$ | $Y - \hat{Y}$ | $(Y - \hat{Y})^2$ |
|-----|-----|--------------------------|---------------|-------------------|
| 100 | 40  | 42.3 | −2.3 | 5.29 |
| 200 | 50  | 48.2 | 1.8  | 3.24 |
| 300 | 50  | 54.1 | −4.1 | 16.81 |
| 400 | 70  | 60.0 | 10.0 | 100.00 |
| 500 | 65  | 65.9 | −0.9 | .81 |
| 600 | 65  | 71.8 | −6.8 | 46.24 |
| 700 | 80  | 77.7 | 2.3  | 5.29 |

$$s^2 = \frac{177.68}{7 - 2} = 35.5$$

already calculated in Table 11-2. When these values are substituted into (12-10),

$$\beta = .059 \pm 2.57 \frac{\sqrt{35.5}}{\sqrt{280{,}000}}$$

$$= .059 \pm 2.57(.0113) \qquad (12\text{-}13)$$

$$= .059 \pm .029 \qquad (12\text{-}14)$$

$$.030 < \beta < .088 \qquad (12\text{-}15)$$

### C—TESTING HYPOTHESES

The hypothesis that $X$ and $Y$ are unrelated may be stated mathematically as $H_0: \beta = 0$. To test this hypothesis at the 5% error level, we merely note whether the value 0 is contained in the 95% confidence interval.

**EXAMPLE 12-2**

In Example 12-1, test at the 5% level the null hypothesis that yield is unrelated to fertilizer.

*SOLUTION*

Since $\beta = 0$ is excluded from the confidence interval (12-15), we reject this null hypothesis, and conclude that yield is indeed related to fertilizer.

Equivalently, we note that the estimate of .059 in (12-14) stands out beyond its sampling allowance, so we can conclude that it is statistically discernible.