# EXHIBIT A

# EXHIBIT A

Analyst Projections for Oracle's Third Quarter, FY 2001

| Source | Date Issued | Year-Over-Year Q3 % Growth Total License | Year-Over-Year Q3 % Growth Database/Server | Year-Over-Year Q3 % Growth Applications |
|---|---|---|---|---|
| **Oracle Guidance - Conference Call** | 12-14-00 | 25 | 15-20 | 75 or better |
| **Oracle Actual - Conference Call** | 3-15-01 | 6 | 6 | 25 |
| **Ex.  Analyst Reports** | | | | |
| 10   Banc of America 12-15-00 | 12-15-00 | 25* | n/a | n/a |
| 11   CIBC World Markets 1-17-01 | 1-17-01 | 24 | n/a | n/a |
| 12   Deutsche Banc Alex Brown 12-14-00 | 12-14-00 | 22.6 | n/a | n/a |
| 13   Dresdner Kleinwort Benson 12-19-00 | 12-19-00 | 24.6 | 17.6 | 76 |
| 14   First Union Securities 12-15-00 | 12-15-00 | 25 | 15 | 70 |
| 15   Goldman Sachs 2-9-01 | 2-09-01 | n/a | n/a | n/a |
| 16   Morgan Stanley 12-21-00 | 12-21-00 | 22.3 | 15.7 | 66 |
| 17   Morgan Stanley 2-9-01 | 2-09-01 | 18.5 | 10.5 | 66 |
| 18   Morgan Stanley 2-26-01 | 2-26-01 | 18.5 | 10.5 | 66 |
| 19   SG Cowen 2-07-01 | 2-07-01 | 23 | 16 | 76 |
| 20   SG Cowen 2-28-01 | 2-28-01 | 23 | 16 | 76 |
| 21   Thomas Weisel Partners 1-17-01 | 1-17-01 | 26 | 20 | 75 |
| 22   US Bancorp Piper Jaffray 2-07-01 | 2-07-01 | 23* | 16 | 71 |
| *Summary Statistics Across Analyst Reports* | | | | |
| Mean | | 22.8 | 15.3 | 71.3 |
| Standard Deviation | | 2.8 | 3.1 | 4.6 |
| Min | | 18.5 | 10.5 | 66.0 |
| Max | | 26.0 | 20.0 | 76.0 |

\*      Figures computed based on prior year actual results and Q3 FY2001 forecasts contained in reports.

Source: Exhibits 10-22 of Declaration of Andrew M. Farthing in Opposition to Plaintiffs' Motions to Exclude Expert Testimony of R. Glenn Hubbard and George Foster.