LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN T. GLENNON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT, J. DUROSS O'BRYAN**<br><br>Honorable Judge Susan Illston<br>Hearing Date:  January 9, 2009<br>Time:  9:00 a.m. |

I, Brian T. Glennon, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert, J. Duross O'Bryan, in connection with the matter entitled *In re Oracle Corporation Securities Litigation*, Master File No. C-01-0988-SI.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation Regarding Expert Discovery, executed February 6, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Witness Report of J. Duross O'Bryan, dated May 25, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the July 12, 2007 deposition of J. Duross O'Bryan.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Rebuttal Report of J. Duross O'Bryan, dated June 22, 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of D. Paul Regan, dated May 25, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan.

9. Attached hereto as Exhibit 7 is a true and correct copy of an August 14, 2007 Letter from me to Eli R. Greenstein.

10. Attached hereto as Exhibit 8 is a true and correct copy of an August 27, 2007 Letter from Eli R. Greenstein to me.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\677053.1

1

DECLARATION OF B. GLENNON ISO
DEFS' OPP. TO O'BRYAN DAUBERT
Master File No. C-01-0988-(SI)

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of a June 30, 2006 Telephonic Hearing during the deposition of Hewlett-Packard's 30(b)(6) witness.

12. Attached hereto as Exhibit 10 is a true and correct copy of the criminal complaint in the matter of *People* v. *Hahn,* filed December 19, 2005, in the Superior Court of California, County of Sacramento.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Court Order Granting Adam Hahn's Motion for Protective Order, dated April 26, 2006.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the June 24, 2006 deposition of Cathy Orr.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the October 5, 2006 deposition of Ian Hatada.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the October 10, 2006 deposition of Ian Hatada.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 17, 2008 in Los Angeles, California.

_____
Brian T. Glennon

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\677053.1

2

DECLARATION OF B. GLENNON ISO
DEFS' OPP. TO O'BRYAN DAUBERT
Master File No. C-01-0988-(SI)