118. If VSOE does not exist for the allocation of revenue to the various elements of the arrangement, <u>all</u> revenue from the arrangement should be deferred until the earlier of the point at which, (a) such sufficient vendor-specific objective evidence does exist or (b) all elements of the arrangement have been delivered.[190]

119. There are certain instances wherein VSOE may not be established under GAAP. Specifically TPA 53 indicates that it is not possible to measure VSOE for term licenses with a duration of one year or less.[191]

120. The HP Agreement between Oracle and HP was an 11-month term license. Bundled with that license were certain PCS service offerings. As noted in paragraph 119, VSOE of fair value cannot be established for term licenses 1 year or less. Therefore, the total arrangement fee should have been recognized ratably over the license term, providing all other revenue recognition criteria had been satisfied.

121. Accordingly, I have concluded that the entirety of Oracle's upfront recognition of nearly $19.9 million as of November 30, 2000 was not in compliance with GAAP.

**The fixed or determinable and collectability criteria *DO NOT* appear to have been met at November 30, 2000.**

122. The table addresses the considerations under GAAP relevant to the evaluation of whether fees are collectible and fixed or determinable to substantiate revenue recognition applied:

---

[190] SOP 97-2,¶12 makes the following relevant exception to this guidance: "If the only undelivered element is PCS, the entire fee should be recognized ratably [over the PCS period]."

[191] "For time-based [term] software licenses with a duration of one year or less, the fair value [VSOE] of the bundled PCS services is not reliably measured by reference to a PCS renewal rate. The short time frame during which any unspecified upgrade provided under the PCS [postcontract customer support] agreement can be used by the licensee creates a circumstance whereby one cannot objectively demonstrate the VSOE of fair value of the licensee's right to unspecified upgrades. Though a PCS service element may not be of significant value when it is provided in a short duration time-based license, SOP 97-2 does not provide for an exception from its provision that VSOE of fair value is required for each element of a multiple-element arrangement. Consequently, when there is no VSOE of the fair value of PCS services included (bundled) in a multiple-element arrangement, even if the arrangement provides a short duration time-based software license, the total arrangement fee would be recognized under paragraph 12 [i.e. the entire fee should be recognized ratably over the license term]...."

| NO. | CRITERIA | INDICATE ANSWER | | | REF. |
|---|---|---|---|---|---|
| | | YES | NO | INDETERMINABLE | |
| | AND ALL PAYMENTS RECOGNIZED AS REVENUE CONSIDERED COLLECTIBLE, FIXED OR DETERMINABLE IN ACCORDANCE WITH RELEVANT GAAP? | | | | SOP 97-2, ¶28 |
| 3.a | If a significant portion of the software license fee due after expiration of the license or more than 12 months after delivery, does the Company support its ability to successfully collect such fees without making concessions? | | √ | | SOP 97-2, ¶¶28-29 |
| 3.b | If any fees attributable to delivered elements are subject to forfeiture, refund, or other concession has the Company properly demonstrated its ability to meet the collectability criteria? | | √ | | SOP 97-2, ¶14 |

**Fees due under the HP Agreement appear to be subject to forfeiture or refund may not be deemed collectable under GAAP**

123. SOP 97-2 paragraph 14 states: "No portion of the fee (including amounts otherwise allocated to delivered elements) meets the criterion of collectability if the portion of the fee allocable to delivered elements is subject to forfeiture, refund, or other concession if any of the undelivered elements are not delivered. In order for the revenue related to an arrangement to be considered not subject to forfeiture, refund, or other concession, management must intend not to provide refunds or concessions that are not required under the provisions of the arrangement."

124. All fees initially allocated to the term software license element and recognized at November 30, 2000 appear subject to forfeiture and/or refund. This is the result of the following two contractual terms under the HP Agreement:

    a.  All fees due under the HP Agreement are cancellable as stipulated under the acceptance provisions within the Original SLSA.

    b.  Oracle's binding commitment to pay $30 million to HP, regardless of whether it purchases HP products and services, may constitute an effective right of refund. If for example, Oracle does not purchase any hardware from HP through December 31, 2001, Oracle would be required to pay HP a "cancellation fee" of $30 million, in exchange, Oracle would receive zero value.

125. Based upon these provisions, to assert that fees recognized prior to November 30, 2000 are collectible would likely be inappropriate under GAAP.

**Fees due under the HP Agreement appear to be subject to concession and may not be deemed fixed or determinable under GAAP**

126. In addition to these collectability concerns, concessions granted before and after November 30, 2000 raise questions around the fixed or determinable nature of the fees due under the HP Agreement. SOP 97-2 paragraphs 27-28 state:

> Because a product's continuing value may be reduced due to the subsequent introduction of enhanced products by the vendor or its competitors, the possibility that the vendor still may provide a refund or concession to a credit-worthy customer to liquidate outstanding amounts due under the original terms of the arrangement increases as payment terms become longer.

> For the reason cited in paragraph 27, *any* extended payment terms in a software licensing arrangement may indicate that the fee is not fixed or determinable.

127. Under the HP Agreement, fees due Oracle were payable over an approximate 11 month period. While Oracle's standard payment terms are not defined within its 2001 Form 10-K, the existence of concessions granted subsequent to November 30, 2000 indicate fees due under the arrangement may not have been fixed or determinable.

128. As noted in paragraph 102 above, HP experienced various implementation problems with certain of the 1999 purchased CRM software. In an e-mail dated November 28, 2000,

DeCesare attaches an HP/Oracle Partnership Agreement wherein the following was noted:

> Over the past 8 weeks Oracle (Mike Decesare) and HP (Phil May....) have been working on a series of concessions that has been requested by HP before they move forward on the purchase of the additional CRM licenses.... Karen Montague currently has the order document. Highlights include...[$]921K has been deducted from the support [fee] to accommodate all the support related concessions HP raised.... An additional [$]828K has been deducted from the consulting services to accommodate all the consulting relate[d] concessions HP raised...[192]

129. The existence of past concessions, particularly with the same customer may be a strong indication that concession risk exists. Affirming the validity of this concession risk at November 30, 2000, in connection with the HP Agreement, nearly 13 months subsequent to its purported execution date, Oracle added the following programs to the 2000 HP Order Form free of charge:

| Perpetual Licenses | Quantity | Not Included in HP Agreement? |
|---|---|---|
| Internet Application Server Enterprise Edition Options: | | |
| - Wireless Option | 9,826 | |
| | | |
| Oracle E-Business Suite - Marketing: | | |
| - Advanced Marketing Online | 1,375 | |
| - Marketing Intelligence | 1,375 | X |
| | | |
| Oracle E-Business Suite - Sales: | | |
| - TeleSales | 2,637 | |
| - Wireless Option for Sales | 9,826 | X |
| - Partners Online | 5,500 | X |
| - Sales Intelligence | 11,256 | X |
| | | |
| Oracle E-Business Suite - Service: | | |
| - Service Intelliigence | 1,650 | X |
| - Customer Intelligence | 85,000 | X |
| | | |
| Application Technologies Interaction Center: | | |

---

[192] *See* NDCA-ORCL 020845.

| Partner Online License | Quantity | Not Included in HP Agreement? |
|---|---|---|
| - Interaction Center Intelligence | 2,000 | X |
| ** Marks in this column indicate new modules not part of the original HP Agreement | | |

130.    As noted in the table above, many of these rights not only expanded the number of licenses to products Oracle sold HP under the original HP Order Form, they also granted rights to newly specified modules not sold to HP.

131.    One specific instance of this involves the rights granted HP to the newly added Partner Online licenses. Rathjens of HP testimony elaborates on the granting of such rights subsequent November 30, 2000:

> [Other unspecified HP employees] and I felt that the Partner Online licenses [seats conceded] were part of the Oracle Sales Online licenses. And when Oracle came out with a new module called Partner Online[193], I felt we were entitled to – to those licenses and should not be paying additional license fees for those.[194]

132.    There is a key distinction to be made here in that granting rights to previously undelivered, newly specified modules (vs. modules specified under the original HP Order Form) free of charge, demonstrates that the fee committed to at November 30, 2000 was committed to assuming such modules would be delivered. Ironically, in a summary prepared by HP in connection with the ongoing implementation issues of Oracle's products, the following was noted:

> In November '00 Oracle Purchase[d] Partner Online (POL) licenses, which was verbally communicated to HP by Oracle to be included in Oracle's Sales Online product...The nature of the negotiation was that HP had purchased enough POL licenses to license the HP enterprise![195]

133. Given the underlying concession risk and the subsequent realization of these concessions, fees due under the original Order Form were not fixed or determinable.  Accordingly,

---

[193] Partner Online is purported to have been available during the winter of 2000/2001, subsequent to November 30, 2000.  *See* Rathjens Deposition, Ex. 9; HP 00008-12.
[194] Deposition of Thomas Rathjens, June 30, 2006, 113:18-22.
[195] *See* HP 00063.

revenue from such fees should have been deferred at November 30, 2000 until the earlier of the point at which (a) VSOE exists for all undelivered modules or (b) all modules have been delivered.

134. Based upon both the right of refund and concession risk at November 30, 2000, fees due Oracle appeared neither collectability or fixed or determinable as defined under SOP 97-2 at November 30, 2000. Accordingly, no revenue should have been recorded in accordance with GAAP.

Respectfully Submitted:

Signature: _____

D. Paul Regan, CPA, CFE

Date: _____May 25, 2007_____

Page 63 of 64

# APPENDIX 1

## *Glossary*

Applied – Payment in which you record the entire amount as settlement for one or more debit items.[196]

Credit memo – A document which partially or fully reverses an original invoice.[197]

Debit memo – Debit that you assign to your customer for additional charges that you want to collect. You may want to charge your customers for unearned discounts taken, additional freight charges, taxes, and finance charges.[198]

Invoice – A document that you create in Oracle Receivables that lists amounts owed for the purchases of goods or services. This document also lists any tax and freight charges.[199]

On Account – Payments where you intentionally apply all or part of the payment amount to a customer without reference to a debit item. On account examples include prepayments and deposits.[200]

Unapplied payment – The status of a payment for which you can identify the customer, but you have not applied or placed on account all or part of the payment. For example, you receive a check for $1,200 and you pay an open debit item for $1,000. The remaining $200 is unapplied until you either apply the payment to a debit item or place the amount On Account.[201]

Unidentified payment – The status of a payment for which the customer is unknown. Receivables retains unidentified payments for you to process further.[202]

---

[196] NDCA-ORCL 048663-83, Oracle Receivables User's Guide, Release 10SC, March 1997, Glossary at 048658.
[197] *Id.* at 048663.
[198] *Id.* at 048665.
[199] *Id.* at 048670.
[200] *Id.* at 048672.
[201] *Id.* at 048682.
[202] *Id.* at 048682.

1  <u>DECLARATION OF SERVICE BY HAND DELIVERY</u>

2  I, the undersigned, declare:

3  1.  That declarant is and was, at all times herein mentioned, a citizen of the United States

4  and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5  or interested party in the within action; that declarant's business address is 100 Pine Street,

6  Suite 2600, San Francisco, California 94111.

7  2.  That on May 25, 2007, declarant caused to be hand delivered the **DECLARATION**

8  **OF BROOKS L. HILLIARD CMC CCP** to the following party:

9  Peter A. Wald
   Michel F. Kyrouz
10 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
11 San Francisco, CA 94111

12
   3.  That there is a regular communication by mail between the place of mailing and the
13
   place so addressed.
14
   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th
15
   day of May, 2007, at San Francisco, California.
16

17  _____
                 MONINA GAMBOA
18

19

20

21

22

23

24

25

26

27

28

Exhibit A

# D. Paul Regan, CPA, CFE

## Employment & Education see page 1 of C.V.

- **President and Chairman of the Board**
  *Hemming Morse, Inc.,*
  *Certified Public Accountants and Litigation and Forensic Consultants*

- **B.S. Accounting (Accounting Specialist), MS (Accounting), CPA, CFE**

## Professional & Service Affiliations see page 1 of C.V.

- **Certified Public Accountant, State of California,**
  **since 1970**

- **American Institute of Certified Public Accountants,**
  **since 1970**
  AICPA Council Member, 2003-present

  Litigation and Dispute Resolution Services
  Subcommittee, 1998 to 2001

  Chair of its National Economic Damages Committee,
  1999-2001

- **Association of Certified Fraud Examiners,**
  **since 1996**

- **California Society of Certified Public Accountants**
  – Board of Directors, since 2001
  – Council, since 2001
  – Chair, 2004-2005

  Litigation Consulting and Dispute Resolution
  Services Common Interest Member
  – Steering Committee, since 1990
  – Chair, 2003-2004

  State Economic Damages Section since 1995
  – Chair, 1996-1998
  – Member, 1995-present

- **Town of Hillsborough**
  – Council Member, since 1998
  – Mayor, 2002-2004
  – Commissioner of Finance, 1998-2002,
    2004-present

- **Hillsborough City School District Board of Trustees**
  – Trustee, 1985-1995
  – President, 1986-87; 1993-94

- **Audit Committees**
  – Golden Gate University, Chair, since 2005
  – Jesuit School of Theology, Chair, since 2004
  – International Display Works, Inc., 2005-2006
  – Solar Power, Inc. Chair, since 2006

## Courses Written and Presented see page 2 of C.V.

## Publications see page 4 of C.V.

## Trials, Depositions & Arbitrations see page 5 of C.V.

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

## Employment & Education

| | |
|---|---|
| 1975 – Present | **Hemming Morse, Inc.**<br>*Certified Public Accountants*<br>*Litigation and Forensic Consultants*<br>President and Chairman of the Board |
| 1973 – 1975 | **Regan & Skelton, CPAs**<br>Partner |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| | **Golden Gate University, San Francisco**<br>M.S., Accounting |
| 1968 | **University of San Francisco**<br>B.S., Accounting (Accounting Specialist) |

## Professional & Service Affiliations

- **Certified Public Accountant, State of California, 1970-present**

- **American Institute of Certified Public Accountants, 1970-present**
  AICPA Council Member, 2003-present

  Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  -- Chair of National Economic Damages Committee, 1999-2001

  National Computer Audit Subcommittee of the Auditing Standards Board, past member

- **Association of Certified Fraud Examiners, 1996-present**

- **California Society of Certified Public Accountants**
  California CPA Education Foundation,
  Board of Trustees, 1997-2003
  -- Treasurer, 1999-2000
  -- First Vice President, 2000-2001
  -- President, 2001-2002

California Society of Certified Public Accountants, Board of Directors, 2001-present
-- Council since 2001
-- Chair, 2004-2005
-- First Vice President, 2003-2004

Litigation Consulting and Dispute Resolution Services Common Interest Member
-- Steering Committee, 1990-present
-- Vice President, 2000-2002
-- Chair, 2003-2004

State Economic Damages Section Chair, 1996-1998;
-- Member, 1995-present

EDP Committee, past member

Quality Control Committee, past member

Litigation Services Conference Chair, 1990

Advanced Litigation Forum Planning Committee, 1991-1993, 1995 and 1997
-- Chair in 1993 and 1997

Computer Show and Conference Chair, 1985

Economic Damages Conference 2000 Planning Committee

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

## Professional & Service Affiliations continued

- **American Arbitration Association's National Panel of Arbitrators, 1983-1996**

- **Western Association of Accounting Firms**
  Audit and Accounting Committee, Chairman, 1980-1982

  Audit and Accounting Manuals, Editor, 1979-1982

- **CPA Computer Report, Editorial Board, 1984-1987**

- **Board of Trustees, Golden Gate University, 2002-present**
  Audit Committee member and Chair, since 2005

- **Board of Trustees, Jesuit School of Theology at Berkeley, 2002-present**
  Audit Committee member and Chair, since 2004

- **International Display Works**
  Board of Directors, 2004-2006

  Audit Committee member, 2005-2006

- **Solar Power, Inc.**
  Board of Directors, 2006-present

  Audit Committee Chair, 2006-present

- **Town of Hillsborough Council**
  Member, 1998-present

  Commissioner of Finance, 1998-2002, 2004-present

  Vice Mayor, 2000-2002

  Mayor, 2002-2004

- **Hillsborough City School District Board of Trustees**
  Trustee, 1985-1995

  President, 1986-87, 1993-94

- **Hillsborough Recreation Commission,**
  1989-1993, 1998-present

  President, 1990-1993

- **Citizen of the Year, 1995**
  Town of Hillsborough, California

## Courses Written and Presented

### AICPA & California Society of CPAs:

- *"Fraud Prevention and Detection"* – California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, California, 2004

- *"Trigon Insurance Co. v. United States"* – California Society of CPAs, Economic Damages Litigation Section, San Francisco, California, 2003

- *"Issues Re: Revenue Recognition"* – California Society of CPAs, Litigation Sections Steering Committee, Burlingame, California, 2003

- *"Trashing Drafts - A Standard Practice or a Dangerous Proposition?"* – California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, California, 2003

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

### Courses Written and Presented continued

- *"Aggressive Accounting & The Games People Play"* – AICPA Webcast, co-author, New Jersey, 2003

- *"Mistakes Made in the Work Product"* – California Society of CPAs, Litigation Services Conference, Irvine, California, 2002

- *"Complex Litigation/Accounting Malpractice"* – AICPA, National Fraud Conference, Las Vegas, Nevada, 2002

- *"Enron and Beyond"* – California Society of CPAs, Financial Statements and Tax Fraud Conference, Los Angeles and San Francisco, California, 2002

- *"Ethics, Taxes and Financial Reporting"* – California Society of CPAs, San Francisco, 2002

- *"Expert Disqualifications"* – California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, California, 2001

- *"Financial Statement Fraud"* – California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, 2000

- *"Quantifying Losses"* – AICPA, National Fraud Conference, Las Vegas, Nevada, 2000

- *"Electronic Work Product-Discovery Issues"* – California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, 1999

- *"The CPA's Role in Construction Damages"* – AICPA, National Advanced Litigation Conference, Atlanta, Georgia, 1999

- *"Significant Frauds of our Time"* – AICPA, National Fraud Conference, Las Vegas, Nevada, 1998

- *"Daubert and the CPA Expert"* – California Society of CPAs, Advanced Economic Damage Conference, San Francisco, California, 1998

- *"The Accountant in Fraud Investigations"* – California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, California, 1997

- *"Rule 26 Reports," "The Auditor and Fraud," and "Challenging Questions"* – California Society of CPAs, Advanced Litigation Forum, Palm Springs, California, 1996

- *"Distinguishing Between Litigation and Attest Engagements"* – California Society of CPAs, Advanced Litigation Forum, San Diego, California, 1995

- *"Miniscribe Trial Binder"* – California Society of CPAs, Advanced Litigation Forum, Monterey, California, 1993; Litigation Consulting Services Committee, Puerto Vallarta, Mexico, 1993; Litigation Consulting Services Committee, San Francisco Chapter, 1994

- *"Lost Profits"* – California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, California, 1991

- *"Opportunities Update: "A Discussion of Disruption Claims"* – California Society of CPAs, Litigation Consulting Conference, Los Angeles, California, 1990

- *"Construction Damages"* AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas and Washington, D.C., 1990

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

## Courses Written and Presented continued

### Selected Others

- *"Intellectual Property Damages"* – Federal Bureau of Investigation, Quantico, Virginia, 2001

- *"Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor"* – American Bar Association, Fourth Annual Construction Institute, 1995

- *"Fundamentals of Forensic Accounting"* – Georgetown University, Washington, D.C., 1994

- *"Proving and Pricing Delay and Disruption Claims"* – Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, 1989

- *"The Auditor in Court"* – State of California, Government Auditors, 1989

- *"Pricing Construction Claims"* – Thelen, Marrin. Johnson & Bridges, 1988 Audit Committee Chair. 2006-present

- *"Dollars and Sense: Building Your Damages Case & Surviving a Daubert Challenge"* – San Francisco Trial Lawyers Association, Litigation Practice, San Francsico CA, 2007

- *"Winning Strategies for the Financial Side of Your Damages Case"* – Construction Infrastructure Summit, Phoeniz AZ, 2007

## Publications

- *"Our Roots Run Deep"*
  California CPA Magazine, August 2004

- *"Expert Witnesses: Do They Have to Keep Draft Reports?"*
  California CPA Magazine, May 2004

- *"Revenue Recognition: Now, Later or Never?"*
  California CPA Magazine. September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, *"The Role of the Accountant as Expert Witness,"* published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- *"California CPA Computer Show and Conference,"* CPA Computer Report. September 1985

- *"Direct and Cross Examination of Experts,"* co-author of case study presented by University of California Hastings Litigation Advocacy Program

continued

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

### Testimony (presented in the last four years)

*Trial*

- **MHC Financing Limited Partnership, et al. v. City of San Rafael (2007)**
  U.S. District Court, Northern District of California, Case No. C00-3785-VRW

- **Barry L. Hirsch, et al v. Hirsch Jackoway Tyerman Wertheimer Austen Mandelbaum & Morris, et al. (2006)**
  Superior Court, Los Angeles County, California, Case No. BC320128

- **Granite Management Corporation v. United States (2006)**
  U.S. Court of Federal Claims, Case No. 95-515C

- **Theme Promotions, Inc. v. News America Marketing FSI, Inc. (2005)**
  U.S. District Court, Northern District of California, Case No. C-97-4617-VRW

- **John Garamendi, as Conservator for Executive Life Insurance Company v. Altus Finance S.A. et al. (2005)**
  U.S. District Court for the Central District of California, Case No. 99-02829

- **Valjean Manufacturing, Inc. et al. v. Michael Werdinger (2004)**
  U.S. District Court Southern District of New York, Case No. 03 CIV 6185 HB

- **Garlock Sealing Technologies, LLC v. Mao Shun Oil Seal Industrial Co., Ltd. et al. (2004)**
  Superior Court of California, Sacramento County, Sacramento, Case No. 02 AS 06092

- **Washington Alder v. Weyerhaeuser (2004)**
  U.S. District Court, District of Oregon, Case No. CV-03-0753-PA

- **Brown Field Aviation Park LLC v. Parsons Brinckerhoff, Inc. et al. (2003)**
  Superior Court, San Diego County, Case No. GIC 786471

- **Bank of America v. State of California (2003)**
  Superior Court, City & County of San Francisco, California, Case No. 401775

*Deposition*

- **MHC Financing Limited Partnership, et al. v. City of San Rafael (2007)**
  U.S. District Court, Northern District of California, Case No. C00-3785-VRW

- **Alaska State Department of Revenue, et al. v. America Online, Inc, Time Warner, Inc., et al. (2006)**
  Superior Court, First Judicial District, Alaska, Case No. 1JU-04-503-C1

- **Joe Comes, et al., v. Microsoft Corporation (2006)**
  U.S. District Court, Polk County, Iowa, Case No. CL82311

- **AVA Furniture Group, Inc. et al. v. Michael Warner, et al. (2006)**
  JAMS, Case No. 1100045688

- **Jody Ray Roberts et al. v. Best Buy Co., Inc. et al. (2006)**
  Superior Court, Contra Costa County, California, Case No. C02 01642

page 5 of 9

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

Testimony continued

*Deposition* continued

- **American National Insurance Company, et al. v. Kenneth L. Lay, Jeffrey K. Skilling, Andrew S. Fastow, et al. (2006)**
  U.S. District Court, Galveston County, Texas, 56th Judicial District, Case No. 01CV1218

- **Commonwealth Scientific and Industrial Research Organization v. Buffalo Technology (USA), Inc., et al. (2006)**
  U.S. District Court, Eastern District of Texas, Marshall Division, Case No. 2-05CV-53LED

- **United States ex. rel. Beverly Englund v. Los Angeles County (2006)**
  U.S. District Court, Eastern District of California, Case No. CIVS-04-282LKKJFM

- **Burnie Allen v. Gary Allen, WNC First Insurance Services, Inc. (2006)**
  Superior Court, Los Angeles County, California, Case No. BC336910

- **Barry L. Hirsch, et al. v. Hirsch Jackoway Tyerman Wertheimer Austen Mandelbaum & Morris, et al. (2006)**
  Superior Court, Los Angeles County, California, Case No. BC320128

- **Leprino Foods Company v. Big D Construction Corp. - California, et al. (2006)**
  U.S. District Court, District of Colorado, Case No. 03 MK 2669 (PAC)

- **In Re Cisco Systems, Inc. Securities Litigation (2006)**
  U.S. District Court, Northern District of California, Case No. C-01-20418-JW (PVT)

- **Bank of America, N.A. and Bank of America Corporation v. State of California (2006)**
  Superior Court, San Francisco County, California, Case No. 401775

- **J.A Jones Construction Company v. California Commerce Club Litigation (2006)**
  Superior Court, Los Angeles County, California, Case No. BC246236

- **Granite Management Corporation v. United States (2005)**
  U.S. Court of Federal Claims, Case No. 95-515C

- **Sharper Image Corporation v. The May Department Stores Company, et al. (2005)**
  U.S. District Court Northern California. Oakland Division, Case No. 04-824 CW

- **Page Mill Asset Management v. Westar Energy, Inc. (2005)**
  American Arbitration Association

- **Mindis Acquisition Corporation v. BDO Seidman LLP, et al. (2005)**
  Superior Court Fulton County, Georgia, Case No. E38327

- **David C. Soward and The & Trust et al. (2005)**
  American Arbitration Association, Case No. 74-Y-181-00129-004-DEAR

- **MicroStrategy Inc. v. Business Objects Americas, Inc. (2005)**
  U.S. District Court, District of Delaware, Case No. 03-1124

page 6 of 9

continued

# D. Paul Regan, CPA, CFE

## Testimony continued

### Deposition continued

- **Modern Continental Construction Co., Inc. v. Alstom Power, Inc. et al. (2005)**
  Superior Court Kern County, California, Metropolitan Division, Case No. 246691 CBP

- **Theme Promotions, Inc. v. News America Marketing FSI, Inc. (2005)**
  U.S. District Court, Northern District of California, Case No. C-97-4617-VRW

- **Adele Brody, et al. v. Peter S. Hellman, et al. (2005)**
  U.S. District Court, City and County of Denver, Colorado, Case No. 00 CV 4142

- **Stephen H. Goldman v. Bracewell & Patterson, LLP, et al. (2005)**
  U.S. District Court, Middle District of Florida, Orlando Division; San Francisco; Case No. 6:01-cv-725-ORL-18-JGG

- **Raul Navarro, et al. v. Grant Thornton, LLP (2005)**
  District Court, Harris County, Texas, 80th Judicial Court; San Francisco; Case No. 2004-05249

- **Securities and Exchange Commission v. KPMG LLP, et al. [Xerox Corporation] (2005)**
  U.S. District Court, Southern District of New York; Washington, D.C., Civil No. 03-cv-0671684

- **The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation v. PricewaterhouseCoopers LLP (2005)**
  U.S. District Court, Western District of Pennsylvania; Chicago, Case No. 00-684

- **PeopleSoft, Inc. v. Oracle Corporation (2004)**
  Superior Court Alameda County, California, San Francisco, Case No. RG03101434

- **Albert D. Seeno Construction Co., et al. v. Pacific Gas and Electric Company (2004)**
  Superior Court of California, San Francisco County, San Francisco, Case No. 302781

- **John Garamendi, as Conservator for Executive Life Insurance Company v. Altus Finance S.A., et al. (2004)**
  U.S. District Court for the Central District of California, San Francisco, Case No. 99-02829

- **Official Committee of Unsecured Creditors v. Deloitte & Touche (2004)**
  Superior Court of California, San Francisco County, San Francisco, Case No. 304232

- **Southeast Wisconsin Professional Baseball Park District v. Mitsubishi Heavy Industries America, Inc., et al. (2004)**
  Circuit Court of Milwaukee County, Wisconsin; San Francisco, Case No. 02-CV-60

- **Washington Alder v. Weyerhaeuser (2004)**
  U.S. District Court, District of Oregon; San Francisco, Case No. CV-03-0753-PA

- **Anthony H.N. Schnelling, et al. v. Johnny Thomas, et al. (2004)**
  U.S. District Court, District of Nevada; San Francisco, Case Nos. CV-S-02-0537-PMP (LRL); EK-S-00-10533-LBR; ADV 02-1023-LBR

- **Ormco Corp. v. Align Technology, Inc. (2004)**
  U.S. District Court, Central District of California, Southern Division, Palo Alto, Case No. SACV 03-13 GLT (ANX)

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

## Testimony continued

### *Deposition* continued

- **MicroStrategy Incorporated v. Business Objects S.A. et al. (2004)**
  U.S. District Court, Eastern District of Virginia, Norfolk Division; Palo Alto, Case No. 2:01CV826

- **Xperex Corporation, et al. v. Viasystems Technologies Corp., LLC (2004)**
  In the Court of Chancery in the State of Delaware, in and for New Castle County; San Francisco, Case No. 20582-NC

- **Truserv Corporation v. Ernst & Young (2004)**
  American Arbitration Association, San Francisco, Case No. 51 Y 18101333 02

- **Garlock Sealing Technologies, LLC v. Mao Shun Oil Seal Industrial Co., Ltd. et al. (2004)**
  Superior Court of California, Sacramento County, Sacramento, Case No. 02 AS 06092

- **Neoris De Mexico, S.A. De C.V. fka Cemtec, S.A. de C.V. v. Ariba, Inc. (2004)**
  U.S. District Court, Northern District of California, Oakland Division, San Francisco, Case No. C021670 SBA

- **Rabobank Nederland et al. v. Coopers & Lybrand et al. (2004)**
  Superior Court of San Francisco County, California, San Francisco, Case No. 312318

- **Westwood Lumber Company, Inc. et al. v. Weyerhaeuser (2004)**
  U.S. District Court, District of Oregon; San Francisco, Case No. CV-03-551-PA

- **Harward et al. v. PricewaterhouseCoopers et al. (2003)**
  District Court Dallas County, Texas, 44th Judicial District, Dallas, Texas, Case No. 02-9881

- **Grafton Partners, et al. v. PricewaterhouseCoopers, et al. (2003)**
  Superior Court Alameda County, California, San Francisco, Case No. 200256106

- **Anthony Stella, et al. v. Grant Thornton LLP (2003)**
  District Court Galveston County, Texas, 212th Judicial District, Galveston, Case No. 02CV0998

- **Maria Lombardo et al. v. Broadway Stores, Inc. (2003)**
  Superior Court Orange County, California, Central Justice Center, Los Angeles, Case No. 752658

- **Gordon, et al. v. Microsoft Corporation (2003)**
  District Court Hennepin County, Minnesota, Case No. 00-005994

- **Richard Pisko v. Government Employee Insurance Company, et al. (2003)**
  Circuit Court, Third Judicial District, Madison County, Illinois; San Francisco, Case No. 03-L-126

- **Andolina v. Kolbe (2003)**
  U.S. District Court, Northern District of California, San Francisco, Case No. C002288SC

- **S & B Engineers and Constructors, Ltd. and Alstom Power, Inc. (2003)**
  American Arbitration Association Washington D.C., AAA Case No. 22-Y-110-00002-1

- **Brown Field Aviation Park LLC v. Parsons Brinckerhoff, Inc. et al. (2003)**
  Superior Court, San Diego County, San Diego, California, Case No. GIC 786471

- **Commtouch Software Ltd. (2003)**
  U.S. District Court, Northern District of California, San Francisco, Case No. C 01-0719 WHA

*continued*

CURRICULUM VITAE

# D. Paul Regan, CPA, CFE

## Testimony continued

### Deposition continued

- **Leslie Fields, et al. v. The Broe Companies, et al. (2003)**
  Superior Court, City and County of San Francisco, California, Case No. 322756; San Francisco, California, Case No. 76 199 00101 01 NDH

### Arbitration

- **National Organization of Life and Health Insurance Guaranty Associations v. John Garamendi, Insurance Commissioner of the State of California (2006)**
  American Arbitration Association

- **David C. Soward; & Management Company v. The & Trust, et al. (2006)**
  American Arbitration Association, San Francisco, California, Case No. CV41664Z

- **Page Mill Asset Management v. Westar Energy, Inc. (2005)**
  American Arbitration Association

- **Truserv Corporation v. Ernst & Young (2005)**
  American Arbitration Association, New York, Case No. 51 Y 18101333 02

- **CSI Wireless, LLC and Wireless Link Corp. (2003)**
  American Arbitration Association, San Francisco, California, AAA Case 50-T-180-00247-02

- **S & B Engineers and Constructors, Ltd. and Alstom Power, Inc. (2003)**
  American Arbitration Association, Washington D.C., AAA Case No. 22-Y-110-00002-1

Exhibit B

EXHIBIT B

DOCUMENTS CONSIDERED

A. Correspondence and documents exchanged by the parties.

B. Documents produced by Defendants, Plaintiffs and Third Parties

   1.  In addition to the documents cited in the report, I had access to and use of a database of documents produced by Defendants, Plaintiffs and Third Parties in connection with this litigation.  For documents bearing the NDCA-ORCL prefix and other documents produced by defendants, I relied primarily on the accounting and debit memo related documents produced beginning in May 2005.

C. Deposition Transcripts

   1.  In addition to the testimony cited in the report, I had access to all deposition testimony in connection with this litigation.

D. Other Documents Considered

   1.   10K for period ending 05/31/98
   2.   10Q for period ending 08/31/98
   3.   10Q for period ending 11/30/98
   4.   10Q for period ending 02/28/99
   5.   10K for period ending 05/31/99
   6.   10Q for period ending 08/31/99
   7.   10Q for period ending 11/30/99
   8.   10Q for period ending 02/29/00
   9.   10K for period ending 05/31/00
   10.  10Q for period ending 08/31/00
   11.  10Q for period ending 11/30/00
   12.  10Q for period ending 02/28/01
   13.  10K for period ending 06/30/01
   14.  10Q for period ending 08/31/01
   15.  10Q for period ending 11/30/01
   16.  10Q for period ending 02/28/02
   17.  10K for period ending 05/31/02
   18.  10Q for period ending 08/31/02
   19.  10Q for period ending 11/30/02
   20.  10Q for period ending 02/28/03
   21.  FAS 5: Accounting for Contingencies

EXHIBIT B

<u>DOCUMENTS CONSIDERED</u>

22. FASB Statement of Financial Accounting Concepts ("FASCON") No. 6: Elements of Financial Statements, a replacement of FASB Concepts Statement No. 3 (incorporating an amendment of FASB Concepts Statement No. 2)

23. APB No. 10: Omnibus Opinion – 1966 Consolidated Financial Statements Poolings of Interest - Restatement of Financial Statements Tax Allocation Accounts - Discounting Offsetting Securities Against Taxes Payable Convertible Debt and Debt Issued with Stock Warrants Liquidation Preference of Preferred Stock Installment Method of Accounting

24. FASB Interpretation (FIN) No. 39:  Offsetting of Amounts Related to Certain Contracts (an interpretation of APB Opinion No. 10 and FASB Statement No. 105)

25. Staff Accounting Bulletin No. 99: "Materiality" issued August 12, 1999

26. SOP 97-2: "Software Revenue Recognition"

27. AICPA Technical Practice Aids, 5100 series

28. Emerging Issues Task Force No. 86-29:  "Nonmonetary Transactions:  Magnitude of Boot and the Exceptions to the Use of Fair Value"

29. Accounting Principles Board No. 29:  "Accounting for Nonmonetary Transactions"

30. Staff Accounting Bulletin No. 101: Revenue Recognition in Financial Statements

31. Statement of Position No. 98-4: Deferral of the Effective Date of a Provision of SOP 97-2, Software Revenue Recognition

32. Statement of Position No. 98-9: Modification of SOP 97-2, Software Revenue Recognition, With Respect to Certain Transactions

33. Transcript of "The Numbers Game", Arthur Levitt

34. PR Newswire; Oracle Equips Marketers With Tools Needed for E-Business Success; May 24, 2000

35. Morgan Stanley Dean Witter analyst report: "How Suite it Is" by Charles E. Phillips. 12/15/2000

36. Lehman Brothers analyst report: "Oracle's Application Business Leads Solid Quarter" by Neil J. Herman. 12/15/2000

37. Carol Loomis, "Lies, Damned Lies and Managed Earnings," August 2, 1999

38. GAO-03-138 Financial Restatements

39. The Wall Street Journal, *Santa's Surprise: Tepid Christmas Sales Confirm Sudden Shift In Economic Mood --- Bout of Bad News Unnerves Business and Consumers, Slams Brakes on Growth --- 'Pretty Brutal and Very Rapid'* by Greg Ip, Mylene Mangalindan and David Wessel, December 22, 2000