# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re ORACLE CORPORATION
SECURITIES LITIGATION

No. Misc. 06-0032 LKK KJM

Deposition of ADAM HAHN,

    Movant.    ORDER

    Movant Adam Hahn's motion for protective order is pending before the court, following hearing on April 12, 2006. Upon consideration of the arguments of counsel, review of the documents in support and opposition, supplemental briefing by moving and responding parties, the representations of Mr. Hahn's counsel in his filings of April 13 and April 17, 2006, and proposed deposition questions submitted by responding party Oracle for in camera review, the court finds that Mr. Hahn could legitimately invoke his Fifth Amendment privilege against self-incrimination as grounds for refusing to answer essentially all relevant questions to be put to him at deposition. See United States v. Kordel, 397 U.S. 1, 9 & n.14 (1970); Securities and Exchange Commission v. First Financial Group of Texas, Inc., 659 F.2d 660, 668-69 (5th Cir. 1981).

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

    Movant's motion for protective order is granted. Testimony of movant Adam Hahn shall not be taken by deposition by any party in the above-entitled action pending in the

1

1 | Northern District of California (Master File No. C-01-0988 MJJ) unless and until the criminal
2 | charges against Mr. Hahn are resolved or Mr. Hahn is given sufficient testimonial immunity to be
3 | able to testify without invoking his Fifth Amendment privilege against self-incrimination.
4 | DATED: April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
oracle.oah