# EXHIBIT 12

Certified Copy

```
                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA


In re ORACLE CORPORATION      )   Master
                              )   File No.
SECURITIES LITIGATION         )   C-01-0988-MJJ
_____)

This Document Relates To:     )
      ALL ACTIONS.            )   CLASS ACTION
_____)




              CONFIDENTIAL TRANSCRIPT
         VIDEOTAPED DEPOSITION OF CATHY ORR
            Taken in San Diego, California
                    June 24, 2006




    Reported by Kimberly S. Thrall - CSR, RPR
    Certificate No. 11594
```

1      A.   Yes.
2      Q.   And what period of time was that?
3      A.   I don't recall.
4      Q.   Do you recall whether you worked for PRG in the
5  decade of the 1990s?
6      A.   I don't recall when I was hired there.
7      Q.   Okay.  Do you recall whether you worked at PRG
8  during or anytime after the year 2000?
9      A.   I think I did.
10     Q.   Do you recall when you -- let me start that
11  question over.
12          Do you work at PRG currently?
13     A.   No.
14     Q.   When did you stop working at PRG?
15     A.   I could speculate, but I -- I don't -- I don't
16  recall which year I quit working for them.
17     Q.   Do you recall whether or not --
18     A.   I believe it was four years ago.
19     Q.   Okay.
20     A.   So I think that was in 2002.
21     Q.   Okay.
22     A.   Okay?
23     Q.   Good enough for me.
24          Do you recall how many years you worked at PRG?
25     A.   Two or three?  I'm sorry.  I don't -- I don't

```
 1  recall.
 2       Q.   That's fine.
 3       A.   I would have to -- I would have to track it
 4  down.
 5       Q.   Miss Orr, have you ever worked for Oracle?
 6       A.   No.
 7       Q.   Did you participate in the creation of the
 8  46,000 debit memos on or about November 17th, 2000?
 9       A.   No.
10       Q.   When did you first learn about the debit memos?
11       A.   I couldn't give you a date.  It was during the
12  time I worked at PRG.  Okay.  It was --
13       Q.   Miss Orr, are you refreshing your recollection
14  with the --
15       A.   Yeah.  I'm -- I'm -- I'm trying to see the --
16  the period of time here.  I -- I don't know.
17       Q.   That's fine.
18       A.   Okay.
19       Q.   Miss Orr, did you participate in the alleged
20  application of on-account cash to debit memos on or
21  about November 17th, 2000?
22       A.   No.
23            THE REPORTER:  Could you repeat that one more
24  time?  Sorry.
25  ///
```

```
 1   BY MR. GLENNON:
 2       Q.   I said -- the question was, did you participate
 3   in the alleged application of on-account cash to debit
 4   memos on November 17th of 2000?
 5            MR. WILLIAMS:  Objection.  Form.
 6            THE WITNESS:  No.
 7   BY MR. GLENNON:
 8       Q.   Miss Orr, did you witness Oracle's employees
 9   applying on-account cash to debit memos on
10   November 17th, 2000?
11       A.   No.
12       Q.   Miss Orr, have you been trained on Oracle's
13   internal accounting database?
14       A.   Oracle's -- the corporation's internal
15   accounting database?
16       Q.   Correct.
17       A.   No.
18       Q.   Have you ever logged on to Oracle, the
19   corporation's, internal accounting database?
20       A.   No.
21       Q.   Have you ever been trained regarding the entry
22   of debits or credits on Oracle's internal accounting
23   systems?
24       A.   No.
25       Q.   Miss Orr, are you familiar with the terms
```

```
 1   "debit" and "credit memos"?
 2       A.   Yes.
 3       Q.   Have you been trained regarding Oracle's use of
 4   debit or credit memos?
 5       A.   No.
 6       Q.   During the fall of 2000, do you know what a
 7   debit memo was?
 8            MR. WILLIAMS:  Objection.  Form.
 9            THE WITNESS:  During the fall of 2000, what a
10   debit memo was?
11   BY MR. GLENNON:
12       Q.   Yeah.  Did you know during that period of time?
13       A.   Yes.
14       Q.   Has your definition of a debit memo changed
15   between the fall of 2000 and today?
16       A.   No.
17       Q.   How would you define a debit memo?
18       A.   A debit memo created on a receivables account
19   is done as an adjustment to receivables, and it
20   increases the amount outstanding from a customer --
21       Q.   Are you familiar with --
22       A.   -- and increases --
23       Q.   I'm sorry.
24       A.   -- revenue.
25       Q.   Are you familiar with any other uses of debit
```

```
 1   memos?
 2       A.   Yes.
 3       Q.   What other uses can debit memos be used for?
 4       A.   When created in a payables account, it
 5   decreases the amount owed to a vendor.
 6       Q.   You testified that a debit memo created in a
 7   receivables account increases revenue; is that correct?
 8       A.   In the absence of subsequent transactions, that
 9   is correct.
10       Q.   Are there any instances, absent subsequent
11   transactions, that a debit memo created in a receivables
12   account would not increase revenue?
13            MR. WILLIAMS:  Objection.  Form.
14            THE WITNESS:  Under standard accounting, no.
15   BY MR. GLENNON:
16       Q.   What do you mean by "under standard
17   accounting"?
18       A.   Well, you can put different offsets to
19   accounts.  I mean, a journal entry has two sides, and I
20   imagine someone could find some creative accounting.
21       Q.   Are there any generally accepted accounting
22   principles that pertain to the use of debit memos?
23            MR. WILLIAMS:  Objection.  Form.
24            THE WITNESS:  I'm not aware of them.
25
```

```
 1      A.   At this point I can't recall.  I'm sorry.
 2      Q.   What about Neil Mennan, do you recall speaking
 3  with Neil Mennan?
 4      A.   I can't recall.
 5      Q.   Do you recall ever speaking with Greg Myers?
 6      A.   Yes.
 7      Q.   How many times did you speak with Greg Myers?
 8      A.   I can't recall.
 9      Q.   Do you recall the substance of any of those
10  conversations?
11      A.   Not at this point.
12      Q.   Any other Oracle employees' names that we
13  haven't covered that you remember speaking to?
14      A.   Justin Backs.
15      Q.   Justin Backs.  You recall speaking with Justin
16  Backs?
17      A.   I recall speaking with Justin Backs.
18      Q.   How many times did you speak with Justin Backs?
19      A.   A number.  I -- I -- I don't recall.
20      Q.   Do you remember the dates of any of those
21  conversations?
22      A.   No.
23      Q.   Do you know whether Justin Backs provided you
24  with any documents?
25      A.   I don't recall.
```

1   Q. Do you know whether Justin Backs participated
2   in the creation or accounting treatment of the 46,000
3   debit memos?
4   A. I don't.
5   Q. Do you recall ever asking him that?
6   A. I don't recall that.
7   Q. Let me just circle this off. Do you recall
8   ever speaking with anybody at Oracle who participated in
9   the creation or accounting treatment of the 46,000 debit
10  memos?
11  A. The -- I was told in a conversation in the one,
12  I believe it's here with Marisa Christie, that in this
13  conversation I asked who authorized this transaction.
14  And that's the only conversation that I -- I recall
15  specifically at this point.
16  Q. Right.
17  A. You know, who authorized that. Okay.
18  Q. Do you recall actually speaking with anybody
19  who participated in the creation or accounting treatment
20  of the 46,000 debit memos?
21  A. No.
22      MR. WILLIAMS: Objection to the form. Are you
23  asking whether they told her they participated in it or
24  they actually did?
25      MR. GREENBERG: I will join in that objection.

```
 1  I think it's ambiguous.
 2  BY MR. GLENNON:
 3      Q.  Well, let's ask both questions.  Do you recall
 4  speaking with anybody who told you that participated in
 5  the creation or accounting treatment of the 46,000 debit
 6  memos?
 7          MR. GREENBERG:  Same objection.  I have a
 8  problem with the word "participated."  I'm not -- I
 9  don't understand what you're driving it.  It can mean a
10  lot of different things.
11  BY MR. GLENNON:
12      Q.  You can answer the question.
13          MR. GREENBERG:  You can answer it.
14          THE WITNESS:  Yeah.  I -- I do not recall
15  speaking with anyone who confessed to have worked on
16  this specifically.
17  BY MR. GLENNON:
18      Q.  And "on this," just so the record is clear --
19      A.  Work -- who -- anyone who participated in the
20  creation of the debit memos.
21      Q.  Okay.  Miss Orr, in addition to billing
22  histories, billing and receipt histories and the
23  unapplied cash spreadsheet that we discussed earlier,
24  did you review any other Oracle accounting documents as
25  part of your analysis, if you will, of the 46,000 debit
```

1  memos?

2      A.  Copies of invoices, copies of the debit memos
3  themselves.  I believe that's it.

4      Q.  Okay.

5          MR. GLENNON:  Can I have the court reporter
6  mark that as Orr 13, please?

7          (Orr Exhibit 13 was marked.)

8          THE WITNESS:  Billing summary.  Okay.
9  BY MR. GLENNON:

10     Q.  Miss Orr, have you seen this document before?

11     A.  You know, it would appear that I have seen this
12  document before.  Frankly, I don't recall.

13     Q.  That's fine.  The fact it's dated four years
14  ago, so ---

15     A.  Yeah.  And I believe the fax is addressed to
16  me.  I believe I have seen this before, but I don't
17  recall.

18     Q.  Miss Orr, is -- are you familiar with this --
19  this -- this type of document?

20         MR. WILLIAMS:  Objection.  Form.

21         THE WITNESS:  Billing summary, yeah.  This --
22  this is -- this is a different form.

23 BY MR. GLENNON:

24     Q.  So this is not one of the documents that you --

25     A.  No.  It would -- if -- okay.  If this is one of

```
 1   STATE OF CALIFORNIA
 2   COUNTY OF SAN DIEGO
 3
 4          I, Kimberly S. Thrall, Certified Shorthand
     Reporter, in and for the State of California,
 5   Certificate No. 11594, and Registered Professional
     Reporter, do hereby certify:
 6
            That the witness in the foregoing deposition
 7   first was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth in the foregoing
 8   cause; that the deposition was then taken before me on
     June 24, 2006, at 655 West Broadway, Suite 1900, in the
 9   city of San Diego, state of California; that said
     deposition was reported by me in shorthand and
10   transcribed through computer-aided transcription under
     my direction; and that the above and foregoing pages,
11   numbered 8 to 243, inclusive, is a true record of the
     testimony elicited and proceedings had at said
12   deposition.
13          I do further certify that I am a disinterested
     person and am in no way interested in the outcome of
14   this action or connected with or related to any of the
     parties in this action or to their respective counsel.
15
            In witness whereof, I have hereunto set my
16   hand this 7th day of July, 2006.
17
18
                    _____
19                  Kimberly S. Thrall, CSR No. 11594
20
21
22
23
24
25
```