# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Certified Copy**

--oOo--

In re ORACLE CORORATION
SECURITIES LITIGATION

                                    File No.  C-01-0988-MJJ
_____/

--oOo--

THURSDAY, OCTOBER 5, 2006

--oOo--

VIDEOTAPED DEPOSITION OF

IAN HATADA

--oOo--

Reported By:   CAROL NYGARD DROBNY, CSR No. 4018
               Registered Merit Reporter

1   time, or when we were in this meeting.
2           It happened a lot -- you know, a long time
3   before any of us managers had got there, but they were
4   trying to explain, you know, what had happened just so
5   we knew what to do moving forward to resolve it.
6           And then, you know, when you asked me what the
7   -- what a "debit memo" is, I really have to look at
8   notes or something, because I -- I couldn't give you a
9   good explanation.
10  BY MR. GREENSTEIN:
11      Q.  Okay.  Prior to these meetings in late October
12  2002 did you know what a "debit memo" was?
13      A.  At the time of that -- no.
14          Prior to the meetings, no.  Before the
15  meetings I did not know what a "debit memo" was.
16      Q.  Okay.  So the first time you learned of a
17  "debit memo" was during this meetings in late October
18  2002; right?
19      A.  Correct.
20      Q.  Okay.  And so was there -- earlier you said
21  there were some debits and credits and you didn't
22  necessarily understand it.
23          Now, was there a discussion of debit memos
24  during these meetings?
25          MR. GLENNON:  Objection.  Compound.

```
 1              Do you know if there was any conclusion about
 2   what impact the process had on revenue in each of the
 3   last eight quarters?
 4              MR. GLENNON:  Objection.  Calls for
 5   speculation.  Lack of foundation.
 6              The document speaks for itself.
 7              THE WITNESS:  I never had any numbers as to
 8   what impact this had on them -- on Oracle time, you
 9   know, from the beginning.
10   BY MR. GREENSTEIN:
11       Q.    Do you remember during these meetings in
12   October 2002 a discussion of -- of an on account
13   clean-up that involved debit memos in November 2000, so
14   roughly two years prior to these meetings?
15       A.    Yes.
16       Q.    And what do you recall about the on account
17   clean-up that occurred two years earlier?
18       A.    From what I knew, it was just another
19   unapplied project that was a clean-up to get rid of any
20   -- find resolution to the items that were in unapplied
21   -- for them to be resolved.
22              I don't believe I had a hand in it, but I had
23   heard of it.
24       Q.    So you weren't personally involved in the --
25   in the on account clean-up occurring in November 2000;
```

I, CAROL NYGARD DROBNY, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths, do hereby certify:

That I am a disinterested person herein; that the Witness, named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that the deposition was reported in shorthand by me, CAROL NYGARD DROBNY, a Certified Shorthand Reporter of the State of California, and thereafter transcribed into typewriting.

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

Date October 6, 2006

CAROL NYGARD DROBNY,
CSR #4018

--oOo--