# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRIT OF CALIFORNIA

--oOo--

Certified Copy

In re ORACLE CORPORATION
SECURITIES LITIGATION

                            File No. C-01-0988-MJJ
_____/

--oOo--

TUESDAY, OCTOBER 10, 2006

--oOo--

VOLUME 2

VIDEOTAPED DEPOSITION OF

IAN HATADA

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018
              Registered Merit Reporter

```
 1            MR. GREENSTEIN:  Objection.  Mischaracterizes
 2   testimony.  Compound.  Vague and ambiguous.  Lacks
 3   foundation.  Calls for speculation.
 4            THE WITNESS:  Correct.
 5   BY MR. GLENNON:
 6       Q.   Before the fall of 20002 did you know what a
 7   "debit memo" was?
 8            MR. GREENSTEIN:  Objection.  Vague.
 9            THE WITNESS:  No.
10   BY MR. GLENNON:
11       Q.   Before the fall of 2002 did you know what
12   debit memos were used for in the Oracle system?
13            MR. GREENSTEIN:  Objection.  Vague.  Lacks
14   foundation.
15            THE WITNESS:  No.
16   BY MR. GLENNON:
17       Q.   Before the fall of 2002 did you understand the
18   credits and debits associated with debit memos?
19            MR. GREENSTEIN:  Objection.  Vague.
20   Foundation.  Speculation.
21            THE WITNESS:  No.
22   BY MR. GLENNON:
23       Q.   As you sit here today, do you have an
24   understanding as to a what a "debit memo" is?
25       A.   No.  I couldn't give you a full description on
```

1   it, what exactly it was.
2        Q.   As you sit here today, do you have an
3   understanding as to the accounting entries associated
4   with debit memos in the Oracle system?
5             MR. GREENSTEIN:   Objection.  Vague.  Lacks
6   foundation.  Calls for speculation.
7             THE WITNESS:   Can you repeat that?
8             MR. GLENNON:   Can I have the Court Reporter
9   repeat the question, please.
10            (Record Read)
11            MR. GREENSTEIN:   Same objections.
12            THE WITNESS:   I couldn't give you a full
13  description, no.
14  BY MR. GLENNON:
15       Q.   Well, can you give me any description as to
16  the accounting entries that are associated with debit
17  memos?
18            MR. GREENSTEIN:   Same objections.
19            THE WITNESS:   From what I understand, debit
20  memos are created when you're in the application.
21            Whether credits are -- are done, like I said,
22  I couldn't give you a full description of exactly what
23  it is.
24  BY MR. GLENNON:
25       Q.   Did you personally participate in the creation

```
 1   of the 46,000 debit memos on November 17th, 2000?
 2           MR. GREENSTEIN:  Objection.  Lacks foundation.
 3   Vague.
 4           THE WITNESS:  No.
 5   BY MR. GLENNON:
 6       Q.   Do you know whether the debit memos that were
 7   created on November 17th, 2000 were created manually or
 8   through a computer program?
 9           MR. GREENSTEIN:  Objection.  Vague.  Calls for
10   speculation.
11           THE WITNESS:  From what I was told they were
12   -- created by both.
13   BY MR. GLENNON:
14       Q.   And who told you that the debit memos were
15   created both manually and by a computer script?
16       A.   Michael Quinn and Greg Myers.
17       Q.   And when did they tell you that?
18       A.   In our first meeting to discuss the
19   reconciliation of this project.
20       Q.   And what was the date of that first meeting?
21       A.   I'm not sure.
22       Q.   Do you know the year of that first meeting?
23       A.   I believe it was '02.
24       Q.   Do you know whether that meeting took place in
25   2003?
```

Hatada, Ian Vol. II  10/10/2006  9:53:00 AM

1    MR. GREENSTEIN:  Objection.  Mischaracterizes

2    testimony.  Lacks foundation.  Vague.  Leading.

3    THE WITNESS:  From what I remember, that's

4    what he had stated to Greg Myers.

5    He was explaining that -- trying to explain it

6    to us, but, again, as I stated in my -- in the first

7    deposition, what was being stated to us, we didn't

8    understand it fully when we walked out of there.

9    BY MR. GLENNON:

10   Q.   So you didn't understand what Mike Quinn was

11   explaining with respect to the debit memos' impact on

12   the unapplied cash account; is that fair?

13   MR. GREENSTEIN:  Objection.  Mischaracterizes

14   testimony.  Leading.  Foundation.

15   BY MR. GLENNON:

16   Q.   Is that a fair statement?

17   A.   That's fair.

18   Q.   Mr. Hatada, are you aware of the fact that

19   Ernst & Young reviewed the 46,000 debit memos that were

20   created on November 17th, 2000 and concluded that no

21   money changed accounts by virtue of those debit memos?

22   MR. GREENSTEIN:  Objection.  Lacks foundation.

23   Vague.

24   THE WITNESS:  No.

25   BY MR. GLENNON:

Hatada, Ian Vol. II  10/10/2006  9:53:00 AM

1  Q.  Okay. Are you aware that Oracle engaged a

2  special litigation committee composed of world-renowned

3  experts incorporate governance specifically to study the

4  accounting impact of the debit memos that were created

5  on November 17th, 2000 and that special litigation

6  committee concluded that the debit memos did not result

7  in money, any money, changing accounts?

8     MR. GREENSTEIN: Objection. Lacks foundation.

9  Vague. Mischaracterizes testimony.

10    THE WITNESS: No.

11 BY MR. GLENNON:

12  Q.  Mr. Hatada, are you aware that the creation in

13 accounting for the debit memos that were created on

14 November 17th, 2000 were investigated by the United

15 States Securities & Exchange Commission and that after

16 that investigation the SEC refused to bring formal

17 charges against Oracle?

18    MR. GREENSTEIN: Objection. Lacks foundation.

19    THE WITNESS: No.

20 BY MR. GLENNON:

21  Q.  You are aware, however, that Oracle's other

22 current and former employees, including employees who

23 worked in collections and accounts receivable during

24 20023, have been deposed in this case; right?

25    MR. GREENSTEIN: Objection. Leading.

1   Foundation.

2       MR. SCHRAG: Other than him, are you asking?

3       MR. GLENNON: Right.

4   BY MR. GLENNON:

5   Q.  Are you aware of other Oracle employees who

6   worked in collections and accounts receivable during

7   2002 -- are you aware that those employees have been

8   deposed in this case?

9   A.  Yes.

10      MR. GREENSTEIN: Same objections and compound.

11  BY MR. GLENNON:

12  Q.  Mr. Hatada, would it surprise you that not a

13  single one of these other witnesses has described Quinn

14  or Myers as having said that the creation of the debit

15  memos on November 17th, 2000 resulted in a movement of

16  money from the unapplied account to a reserve account?

17      MR. GREENSTEIN: Objection. That

18  mischaracterizes the deposition testimony. That

19  testimony speaks for itself.

20      Lacks foundation.

21      THE WITNESS: No.

22  BY MR. GLENNON:

23  Q.  Now, Mr. Hatada, considering the fact that

24  we're testifying about conversations that took place

25  over four years ago about debit memos, which you

1   admittedly don't fully understand, is it possible that

2   you could have just misunderstood what Mr. -- what Quinn

3   and Myers were explaining to you during the course of

4   these meetings in the fall of 2002?

5         MR. GREENSTEIN:  Objection.  Leading.  Lacks

6   foundation.  Mischaracterizes the previous testimony.

7         THE WITNESS:  Sure.

8         As I said, I walked out of there not

9   understanding fully what had taken place.

10  BY MR. GLENNON:

11     Q.   Now, other than what you recall Quinn and

12  Myers having explained to you during the course of these

13  meetings, do you have any other facts or any other

14  reason to believe that creation of the debit memos on

15  November 17th, 2000 resulted in the movement of money

16  from the unapplied account to a reserve account?

17        MR. GREENSTEIN:  Objection.  Asked and

18  answered.  Lacks foundation.  Calls for speculation.

19        Leading.  Sorry.  Leading.

20        THE WITNESS:  No.  I was thoroughly basing it

21  on what I had heard.

22  BY MR. GLENNON:

23     Q.   And when you say what you had heard, you're

24  referring to what you had heard from Myers and Quinn

25  during the course of these meetings in the fall 2002?

```
 1                          --oOo--
 2              I, CAROL NYGARD DROBNY, a Certified Shorthand
 3   Reporter of the State of California, duly authorized to
 4   administer oaths, do hereby certify:
 5              That I am a disinterested person herein; that
 6   the Witness, IAN HATADA, named in the foregoing
 7   deposition was by me duly sworn to testify the truth,
 8   the whole truth, and nothing but the truth; that the
 9   deposition was reported in shorthand by me, CAROL NYGARD
10   DROBNY, a Certified Shorthand Reporter of the State of
11   California, and thereafter transcribed into typewriting.
12              That before completion of the deposition,
13   review of the transcript [X ] was [ ] was not requested.
14   If requested, any changes made by the deponent (and
15   provided to the Reporter) during the period allowed are
16   appended hereto.
17
18              Dated:  October 14, 2006
19
20              _____
21              CAROL NYGARD DROBNY CSR #4018
22                          --oOo--
```