COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) ) | Master File No. C-01-0988-SI  <br><br>CLASS ACTION<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REVISED *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF BJORN I. STEINHOLT<br><br>DATE:          January 9, 2009<br>TIME:          9:00 a.m.<br>COURTROOM:  The Honorable Susan Illston |

I, SHAWN A. WILLIAMS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court.  I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Expert Report of Bjorn I. Steinholt, CFA, executed May 25, 2007;

Exhibit B:      Expert Report of Christopher M. James, executed May 25, 2007;

Exhibit C:      Oracle Corporation Press Release, "Oracle Announces Preliminary Third Quarter Earnings Results," dated March 1, 2001;

Exhibit D:      *Los Angeles Times*, "Oracle Says 3rd-Quarter Profit Will Miss Forecasts," dated March 2, 2001;

Exhibit E:      Oracle Corporation Conference Call Transcript, dated March 1, 2001 [NDCA-ORCL 419609-26];

Exhibit F:      *The Wall Street Journal*, "Oracle Issues Profit Warning As Sales Slow," dated March 2, 2001;

Exhibit G:      UBS Warburg Analyst Report, "Oracle: Preannounces Disappointing Q3 Results," dated March 2, 2001;

Exhibit H:      Appendix to the Expert Report of Bjorn I. Steinholt, CFA, dated May 25, 2007;

Exhibit I:      Rebuttal Expert Report of Christopher M. James, executed June 22, 2007;

Exhibit J:      Declaration of Stefan Boedeker in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, filed July 29, 2005;

Exhibit K:      *Reuters English News Service*, "Oracle stocks tumble in heavy trading after warning," dated March 2, 2001;

Exhibit L:      Transcript of Deposition of Bjorn I. Steinholt, CFA, taken July 2, 2007;

Exhibit M:      Rebuttal Report of Bjorn I. Steinholt, CFA, executed June 22, 2007;

Exhibit N:      Memorandum from Daniel Cooperman re: Outline and Checklist of Restrictions on Purchases and Sales of Stock by Executive Officers and Directors [NDCA-ORCL 005595-601];

Exhibit O:      Videotaped Deposition of Christopher James, taken July 17, 2007;

WILLIAMS DECL IN SUPP OF PLTFS' OPP TO DEFENDANTS' REVISED *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF BJORN I. STEINHOLT - C-01-0988-SI            - 1 -

1   Exhibit P:   *Bloomberg News*, "Oracle Shares Fall On Concern Earnings Outlook May Turn Grim," dated February 9, 2001;

2

3   Exhibit Q:   Oracle Corporation Conference Call Transcript, dated December 14, 2000 [NDCA-ORCL 234420-52];

4   Exhibit R:   Excerpts of *In re JDS Uniphase Sec. Litig.*, No. C02-1486-CW, Transcript of Proceedings (N.D. Cal. Oct. 31, 2007);

5

6   Exhibit S:   Excerpts of John Y. Campbell, *Econometrics Financial Markets* (1997);

7   Exhibit T:   Memorandum from Stephanie Aas re: 2000 ORCL Stock Performance [NDCA-ORCL 276348-51]; and

8   Exhibit U:   *In re JDS Uniphase Corp.*, No. 02-01486-CW, Amended Minute Order (N.D. Cal. Oct. 9, 2007).

9

10      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of November, 2008, at San Francisco, California.

11

12

13                                    s/ Shawn A. Williams
                                    SHAWN A. WILLIAMS

14

15

16   S:\CasesSD\Oracle3\DEC00055665_SAW Opp Exclude Steinholt.doc

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 17, 2008.

s/ Shawn A. Williams
SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_s

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111