Exhibit E

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 1

# ORACLE CORPORATION

## Moderator: Stephanie Aas
## March 1, 2001
## 4:30 p.m. CT

Operator: Good day everyone, and welcome to today's Oracle Corporation conference call.

Today's conference is being recorded. At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas. Ms. Aas, please go ahead.

Stephanie Aas: Thank you. Good afternoon and thank you for joining us to discuss Oracle's Q3 preliminary results.

I would like to introduce to you Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer. Today's call will begin with opening remarks from Larry Ellison.

Larry Ellison: Actually I think Jeff -- Jeff do you want to kick this off?

Jeff Henley: Yes. Stephanie would you please read the Safe Harbor, please?

Stephanie Aas: Sure. Our discussion may include predictions, estimates or other information that might be considered forward looking. While these forward-looking statements represent our best

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419609

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 3 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 2

current judgment on what the future holds they are subject to risks and uncertainties that could cause actual results to differ materially.

Throughout today's discussion we will attempt to prevent some important factors relating to our business that may affect our predictions.

Jeff Henley: OK, this is Jeff. I apologize. I'm here on a freeway on a cell phone in Miami. I was at a Business Week -- e-business conference where I was the speaker and obviously we didn't plan on having a phone call today. But we were obviously very disappointed over the last couple of days. Going in to as late as last Friday we still felt very good about our quarter and then on Friday we started to see a few cracks. The cracks got a little bit wider earlier in this week, and then on Wednesday we just had a significant amount of deals that were deferred.

And again, I think we're seeing what other people who have pre-announced before us are seeing. It's just that it was very difficult because we just kept asking the questions and talking to customers but at the end a lot of people just, because of the economy we believe, delayed decisions.

So because this cell phone may not be the greatest way to communicate, I'll turn it over to Larry and let him go through some of the numbers and then we can take your questions. I would hasten to add that I don't think either Larry or I can really add a lot beyond the comments that we're making here because we don't have a lot of information yet. We'll be providing some more information on our regularly scheduled conference call.

Larry Ellison: Again, I'll reiterate. This is Larry Ellison. What Jeff said -- a lot of our approvals ((inaudible)) senior management amongst our customers for purchases of software, both our applications software and our database software. Managers are -- senior managers are deferring expenses and pushing out IT expenditures in light of the uncertain U.S. economy.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419610

Case 3:01-cv-00988-SI    Document 1539-5    Filed 11/17/08    Page 4 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 3

In spite of that, in spite of that, our application growth was still about 50 percent year-over-year. Though we expected substantially higher. We probably were expecting at least 75 percent in a normal economy, maybe even as much as 100-percent growth of our applications business in a normal economy.

Our margins -- we again, I guess the (street) expectations in round numbers. Expect about $1 billion in operating income. In fact we delivered about $900 million in operating income. That's up 20 percent from where we were last year. It's very difficult -- it's very disappointing to us but in a very difficult economy we're glad that we're in a position to deliver improved margins and improved income in the light of this background of a very difficult economy.

And as long as the economy doesn't, you know, doesn't get worse we think we're going to be just fine. We think we're better equipped to deal with this slow down than almost any other company in the world because we have diligently used our e-business software to improve efficiency, improve productivity, and improve our margins.

So even in the middle of a slowdown, like this, unexpected slow down in sales, like this, our margins improved and our income improved. Nonetheless we're disappointed. We'll take your questions.

Jeff Henley: Well to make one other comment, Larry, and that is obviously these are preliminary estimates. So we will get final numbers, which are, you know, something you can change although hopefully these numbers are fairly close and are conservative at this point.

Larry Ellison: Yeah, we think the numbers are pretty accurate.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419611

Case 3:01-cv-00988-SI    Document 1539-5    Filed 11/17/08    Page 5 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 4

Stephanie Aas: Operator we're ready for Q&A.

Operator: OK, everyone. Ladies and gentlemen, Q&A today will be conducted electronically. If you would like to ask a question simply press the star key, followed by the digit one on your touch-tone telephone. If you find that your question has been asked and answered and would like to remove yourself from the roster, you may do so by pressing the pound key. Once again, that's star, one to ask a question.

We'll pause just a moment to assemble our roster. We'll take our first question from Rick Sherlund, Goldman Sachs.

Rick Sherlund: Thanks. Can you help us at all understand on the data-base weakness if we have any more granularity on whether that data base for internal developments or, you know, how much of that might be indicative of how the applications business is doing more broadly across the market?

Larry Ellison: Rick, I think the database business if you really want to drill down there are two things we can say about it. The weakness was almost entirely in the United States. We had two -- we had a very strong database quarter a year ago driven by the dot-coms. So that put us, you know, put a lot of pressure on our database. It was a combination of the disappearance of the dot-coms and just a general slowdown of database across the board in the United States.

Rick Sherlund: So when you say across the board, that would be both driven by (packaged) aps as well as the piece that is sold for internal development?

Larry Ellison: Absolutely. It really appears to be economic factors, where people actually need the data base, where actually they were getting ready to sign deals, people just delayed. Where there is

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 5

no question they were going to buy, they were going to go ahead and buy but they are trying to push it out as long as possible.

Rick Sherlund: You know Larry, can you help me understand this? I mean clearly everybody understands that when, you know, the economy goes through a period like this, visibility is lower, you guys know to scrub the pipeline, talk to the salespeople, make sure those are real deals, yet it turns out they're not real deals. How does that work? How can the salespeople kind of not know that the deals are going to slip at the end of the quarter? Is the customer just not aware that they're going to run into resistance at the end of the quarter?

Larry Ellison: (Mill) like I can tell you. I actually was involved in a lot of the calls on some of these transactions. And really what happened is all -- a bunch of deals were already approved at the mid-high level, you know, at the Vice President or Senior Vice President level. Once it got up to the CFO, CEO level they were pushed off.

So I think we have a lot of nervous senior executives looking at this economy and being very cautious and these are ongoing. These were deals where there is ongoing projects, ongoing budgets, all of this stuff working its way up the normal chain of command where you would expect senior management approval, and the senior management approval was not coming, not forthcoming.

Though again, I talked to a lot of these people and they said, well they actually -- this was not a matter of they're not going to buy; they would just like to wait 30 days or 60 days. They're just looking at the economy. Everyone is trying to get a read on this economy and everyone is being slow to act in light of the economy.

Rick Sherlund: Did you also notice the size of deals being changed during the quarter or smaller deals?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419613

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 7 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 6

Larry Ellison: Well actually depending on the size of the company -- certainly very large deals in large companies, anything that needed senior management approval. So it could be a rather small or medium-sized deal in a small company, which is a large deal for that company. So if it was a substantial expenditure for the company, and that expenditure went up to senior management, a surprising number of those decisions were deferred.

So these are not competitive losses. We have good visibility on competitive losses which occur, you know, early on. These are -- where we had drafted the contract, agreed to discount levels, agreed to terms and it just never made it through the CEOs' office.

Rick Sherlund: Thank you.

Operator: Our next question comes from Bob Austrian Bank of America.

Bob Austrian: Yeah, thank you very much. I guess I would want to ask a couple of quick ones. One, Larry you've mentioned Jeff that mostly we're talking about North America. Are you really referring to just companies with North American domicile headquarters? You know, there are a lot of multi-national companies that do a lot of business here. Is it really isolated to just companies that ((inaudible)) doing business in the U.S. or just clarify what you mean by that?

Larry Ellison: Well again, these are mainly U.S. headquartered companies. And so if there is a slowdown in the U.S. economy, you know, we don't have the detailed numbers in our press release, but we have very good growth in Asia Pacific. We have very good growth in Europe. There the forecasts were absolutely predictive of what they actually delivered. All of the shortfall, overwhelmingly, was in the United States.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419614

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 8 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 7

Bob Austrian: I guess another question, Larry, is concerning the applications. You know the applications at Oracle are really just beginning to seriously get in the game and yet they prove to be just as sensitive. Can you just comment on, you know, the shortfall in applications relative to where you believed you would really come out? Is this equally divided shortfall versus internal budget, let's say internal hope?

Larry Ellison: I would say, "Yes." That it didn't make any difference if it was a $20 million database deal or a $20 million applications deal, once the CEO saw that number they, you know, they were just reluctant to sign that PO. Even when, and this is the case where even when it was acknowledged that within six months these applications would start saving that company money.

Bob Austrian: Right.

Larry Ellison: There's just a good deal of, you know, I don't need to tell you that there is a good deal of uncertainty in the market.

Bob Austrian: Sure. And I guess final question that I would have Larry. You obviously have a lot of points of contact with the senior most executives in the customer base. This seems to have just come up recently, if it's in the last days, last week, or last few weeks. What is your guess about the trajectory of this slowdown year? How quickly are we still sinking in the sense of those executives willingness to sign the bottom line? And how long do you, from your vantage point, believe that this period of economic shock, as I call it, is going to really last and impair Oracle?

Larry Ellison: OK, well the -- of course no one knows, you know, if I could predict the economy, you know, I'd have your job. But I don't know, I don't know what the state of the economy is. I do know that some of these transactions can only be deferred for a short period of time. Because these are projects that are going through an implementation cycle where they actually are using

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419615

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 8

the software, or about to start using the software so they have to buy. On the other hand there are, you know, other projects that can be deferred for three or six months. So we ...

Bob Austrian: ... ((inaudible)) any sense Larry?

Larry Ellison: Do I think that our applications growth is going to get worse than 50 percent? I don't think so but I don't know.

Bob Austrian: Lastly, as you were asked about it, another one quickly comes to mind; which is a large volume of Oracle's database sales relate to existing applications that are growing e-Bay, e-Schwab and so forth. Do you have any visibility into whether that kind of ((inaudible)) is likewise effective versus new applications?

Larry Ellison: Well what people are doing, again, are just trying to defer these things a quarter. You know they can push off the decision a quarter or two quarters they're more comfortable now. You're absolutely right. They can only delay so long. So because they're actually using the software and the applications are growing. But they can, you know, not sign a contract or sign a smaller contract for a shorter period of time. So rather than buying the software they need for the next year, they could buy the software they need for the next three months.

Bob Austrian: Right.

Larry Ellison: So and we saw a whole bunch of that.

Bob Austrian: Great, thanks very much Larry.

Larry Ellison: Sure thing.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419616

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 10 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 9

Operator: We'll go now to Charles Phillips Morgan Stanley.

Charles Phillips: As you entered the third month of the quarter do you think -- were you ahead of where you normally are or were you counting on more than normal for the third month of the quarter?

Larry Ellison: I'm sorry (chuck) I'm not hearing you.

Charles Phillips: As you entered the third month of the quarter were you ahead of where you normally expected to be, or ...

Larry Ellison: Yes.

Charles Phillips: OK.

Larry Ellison: What threw us off completely is, we had a very strong December. We were well ahead of our numbers at the end of January. And the pipeline looked terrific, you know, going into February. And what happened literally, and of course you know, and I talked with (Scott McNealey) and (John Chambers) and we're hearing all these other things. And we had just not, I mean we were all cautious but we hadn't been seeing it in our business. And we really didn't see it in our business until the last few days as these approvals made it up the management chain. And, you know, it doesn't take a lot of, you know, a lot of people, you know, 20 percent of the people are nervous. It has tremendous impact on our quarter as we just demonstrated.

Charles Phillips: Did you notice anything by industry? Perhaps you were counting on something out of high-tech or telecom and that was particularly weak?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419617

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 11 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 10

Larry Ellison: Yeah. No, I think we saw -- I think certain industries were more sensitive than others. There is no question that telecom -- where dot-coms are gone, telecom is (strapped). And, yeah, that's the sector where we saw people delaying where they could -- absolutely. Probably more so than most sectors.

Charles Phillips: And do you think that, you know, the (sweep) strategy that you led, you know, perhaps to larger deal sizes where ((inaudible)) were concentrated? Selling entire ...

Larry Ellison: Yes. The (sweep) strategy is actually doing very well. There are people -- a lot, people are still behind the (sweeps). There were other transactions where they are committed to the (sweeps). They say they want to do this. I talked to -- I mean I can start naming companies. They said they are definitely going to do this. They want to do this. They just can't do it right now. And I think there will be several large transactions I think we will carry in Q4. But again, there is a general nervousness caused by uncertainty out there that no doubt impacted, is impacting senior executives across the board, across industry.

Charles Phillips: I guess what I'm asking though was there a greater concentration of large deals as a result of the salesmen focusing on ((inaudible)) ...

Larry Ellison: Are you saying that the revenue that we brought in, what is the percentage of large deals versus small deals?

Charles Phillips: Right, right.

Larry Ellison: Chuck we don't have, you know, it's pretty much the same as before. I think there is no change, but I don't have that exact detail data in front of me one day after the quarter ((inaudible)).

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419618

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 12 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 11

Charles Phillips: OK, and a final question. It may be too early, but anything -- any actions to be taken on the (cost) side as a result?

Larry Ellison: Well the good news is we've been taking (cost) actions for almost two years. So we're continuing, you know, we're continuing to use our own software to move every process, everyone of our business processes to the Internet. So every quarter we improve our (costs) and, you know, I think you'll see continuation of, you know, natural head-count reductions again through attrition. You know, natural improvements in productivity and efficiency that will allow us to continue to improve our margins, we think, you know, in a very difficult environment.

Charles Phillips: All right. Thanks a lot.

Operator: We'll go now to (Eric Eupin), Robertson Stephens. Mr. (Eupin) your line is open. Hearing no response we'll go to Jim Pickrel, JP Morgan.

Jim Pickrel: Is there any indication yet of how the consulting business did during the quarter? Have you seen any drop-offs there? Have you been able to make some progress on improving services (gross) or was that impacted as well?

Larry Ellison: Well again, the idea with our software is we're trying to make our software easier to install. We're trying to lower the number of days and lower, you know, lower the cost of installing our software. Nonetheless because our application (gross) is growing, our consulting business, you know, it was not yet -- our consulting business has been consistently negative over the last several quarters. It in fact was positive, consulting (growth) was positive, but again, that's because our applications are growing, have grown so quickly for so many quarters.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419619

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 12

Jim Pickrel: OK, and I know a lot of the detail isn't at hand. But, Larry, do you have any sense about any patterns, big companies versus small companies?

Larry Ellison: No, actually it was across. I hate to use the word interesting, but it was across the board and I would say that every time it seemed to go to a CEO or a CFO they said, "We just don't have," quite frequently they used the expression, "We just don't have the money to spend right now. We're just uncomfortable spending the money right now."

Jim Pickrel: And just to follow-up with just one more thing on that point, are you getting the sense then that IT budgets for the full year are essentially being slashed? Or is this more a matter of, 'let's wait and see' and it's sort of the deferral effect?

Larry Ellison: Yeah. I think it's definitely a wait and see. I don't think it's budget slashing. It is this uncertainty that's sitting out there.

Male: I agree with Larry.

Jim Pickrel: Yeah. So, have you heard companies tell you, "We've already made a decision that we're cutting IT spending for the full year by X percent"?

Larry Ellison: No. All the indications that we have are that people want to do these projects. People want to put in the e-business suite. They're actually -- if you look at budgets, the database budgets, are going up with the exception of the dot-coms. The database budgets are going up everywhere. So all of that looks very, very good. It's just this umbrella of uncertainty that is causing people to defer decisions.

Jim Pickrel: OK, thanks.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419620

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 14 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 13

Operator: We'll take our next question from (Gretchen Teagarden), Salomon Smith Barney.

(Gretchen Teagarden): On your sales force in terms of customers saying that they wanted to wait for (9-I) on the database side and do you think (9-I) could be a catalyst, a positive catalyst, here in the short term, here in April?

Larry Ellison: Well we think (9-I) is a big positive; however, I don't think that's the issue. I don't think it is whether they question the competitiveness of our database technology or the competitiveness or (obligation) technology. These are customers who are committed to our (databank), existing customers committed to the applications, have decided they're going to buy and then at the last minute saying, "Not right now. We've got to wait." That's what is going on.

(Gretchen Teagarden): OK, and then are you seeing any alienation from third-party software vendors? Like say if people ((inaudible)) in terms of now that you're rolling out a suite of applications are they viewing IBM as a friendlier database vendor when they're selling database along with their aps?

Larry Ellison: Well there's no change in that for the last several years. That's been true for several years. I don't know if people are ever recommending the Oracle database. But the Oracle database sits under I think, I don't know, 80 percent of (FAP) applications and a huge -- a majority of people saw us and ((inaudible)) applications sit on top of Oracle even though they don't recommend it. So that's really no change. That's really -- that is not what is going on.

(Gretchen Teagarden): OK.

Larry Ellison: What is going on is senior executives have heard about the economy, wanting to keep their options open as far as spending.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419621

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 15 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 14

(Gretchen Teagarden): OK, then the last question. I know you're doing a lot of CEO meetings to really market the suite. When you walk out of those meetings and you ask them what their timeframe is for making a decision about the suite what kind of timeframe have they been giving you, like say just in the last couple of weeks?

Larry Ellison: Well again, some of these guys are moving incredibly fast. So we have an example of going from the first meeting to deal in 30 days or 60 days. We've got several examples of those. We got, you know, my favorite example which I cited, (GE Power) from contract to live on manufacturing financial e-business suite, redoing all the business processes in five months. So we are moving very, very quickly with a variety of customers.

However, there's another sect, with all that goodness happening and all that is really happening, there -- a whole bunch of transactions went up, got to the CFO, got to the CEO and they said, "Look, we love this stuff, we're going to buy this stuff, but we want to watch the economy for the next 30 days or the next 60 days.

There is tremendous concern, maybe Alan Greenspan is not concerned but, you know, there are a lot of senior executives that are very concerned with what's going on in the economy.

Jeff Henley: You know, Larry, I think we're starting to run out of answers. I mean we're just repeating ourselves. I think maybe we'll take a question or two more but I don't think we have much more to say.

Larry Ellison: Yep.

Female: Right.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                      NDCA-ORCL 419622

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 16 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 15

Operator: Thank you. We'll take our next question from Jim Mendelson with SoundView.

Jim Mendelson: This question may be a tough one for either you, Larry, or Jeff to comment on. But to the extent that you are seeing these deferrals and to the degree that Oracle's seasonal business pattern is such that the May quarter is the big quarter, which may still be in a period where there is this deferral process and likewise the August period may be a point where conceivable things are hopefully getting a little better, any thoughts about how your business may lay out a little bit over the next -- high level thoughts?

Larry Ellison: Well again there are two things. There is our seasonality, layered on top of the economy. So, yeah I suppose it's possible the economy weakened in our Q4 and got stronger in our Q1, that would certainly reflect in our numbers. The key thing here and I want to emphasize this is a lot of these transactions the people are actually using our software already or they ((inaudible)) implementation. They can only push it off so much. So these are not cases, so these were not cases of deals that we lost competitively, or deals are going away. They're just being shut down. At some point they're, you know, the customers are going to have to buy.

Jim Mendelson: And I presume on the March 15th call, that's the point where once you've had a chance to go through the numbers in greater detail that you may update some sense of how expectations might look, provided you have any confidence in the pipeline.

Larry Ellison: Well again, you know, all of this stuff is obviously dependent on the economy. Jeff, please go ahead.

Jeff Henley: Right. I mean Jim we'll do the best we can to be as honest as we always are but we obviously have less visibility right now. Nobody knows where this economy is going. So in a

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419623

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 16

couple of weeks we'll have more facts about the current quarter that we just finished, and we can give whatever thoughts we have I guess, but obviously it's difficult right now to figure out.

Jim Mendelson: And do you, I'm sorry, one last point. On currency, was that much of a help relative to the drag factor ...

Larry Ellison: The currency was up four-percent negative.

Jeff Henley: It was a little bit better at the start of the quarter, but not much, (Jim), it's still in drag.

Jim Mendelson: OK. Thank you.

Stephanie Aas: Right. Thank you.

Operator: Our next question comes from, go ahead.

Larry Ellison: This will be the last question.

Operator: OK, our last question comes from Drew Brosseau SG Cowen.

Drew Brosseau: Thanks very much. I understand that we pushed some business out here and hopefully that will close within another 30 to 60 days. Beyond what happened to that business, can you talk at all about what if any change has happened to the pipeline in the last 30 days since you came in to February strongly.

Larry Ellison: Well again, the pipelines they're just a bunch of big deals, a bunch of big and small deals that have just gone to (convert). So that's all still sitting in the pipeline. We expect to close some of those deals starting today. So, again, I will reemphasize. These were not deals that we lost

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419624

Case 3:01-cv-00988-SI   Document 1539-5   Filed 11/17/08   Page 18 of 19

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 17

competitively. These were not deals where they decided not to buy. These are literally deferrals because of economic uncertainty. And, you're right, as we wear on in Q4 a bunch of these deals should come in.

Drew Brosseau: So I guess my question is, the closure rate changed on you and you couldn't see that coming obviously ...

Larry Ellison: Right.

Drew Brosseau: I'm wondering whether the pipeline building rate has continued at the same pace or whether that's changed at all.

Larry Ellison: No, I think the pipeline building looks normal.

Jeff Henley: Well, I don't -- you know, we just don't know Drew. I would really rather make more comments on the conference call when we have more notice. We made a call here today to kind of give people the best quick (flex) about what happened this quarter and once we know a little more we can share that with you.

Drew Brosseau: OK, all right thanks.

Stephanie Aas: Great. I'm going to wrap up the call. The replay number is 715-457-0820. Pass code is 532812. Thank you.

Operator: Ladies and gentlemen this does conclude today's conference call. We appreciate your participation and you may disconnect at this time.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419625

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 18

END

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419626