Exhibit F

1 of 100 DOCUMENTS

Copyright 2001 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

Dow Jones Factiva

(Copyright (c) 2001, Dow Jones & Company, Inc.)

THE WALL STREET JOURNAL.

The Wall Street Journal

March 2, 2001 Friday

**SECTION:** Pg. A3

**LENGTH:** 745 words

**HEADLINE:** Oracle Issues Profit Warning As Sales Slow

**BYLINE:** By Lee Gomes and Don Clark, Staff Reporters of The Wall Street Journal

**BODY:**

Oracle Corp. said a sputtering economy slowed sales of two important product lines, cutting fiscal third-quarter profit below Wall Street expectations.

The Redwood Shores, Calif., company thus became the latest big high-tech concern to estimate an earnings shortfall, with slowing purchases by recession-wary business customers getting the blame.

Oracle's announcement fuels additional worries, however, by reducing the prospect that companies with new Internet-oriented product lines might be immune to a slowdown. Earlier, Oracle executives had hoped that their next-generation products, which are designed use the Web to make businesses more efficient, might still be in strong demand even during slow times.

Oracle's third quarter ended Wednesday, and the company is scheduled to release complete financial results for the period on March 15. In yesterday's preannouncement, it put earnings at about 10 cents a share, two cents below the low end of Wall Street's expectations.

The company made the announcement after 4 p.m. Oracle's shares, reflecting a modest rebound in most technology issues, were up by that time $2.38, or 13%, at $21.38 in Nasdaq Stock Market trading. But the stock tumbled following the news in after-hours trading to $16.88 a share, on heavy trading volume.

The reasons for the shortfall were at least as troubling to analysts as its magnitude. Oracle's database software, a mainstay product line used as the foundation for many other business programs, had flat to negative growth over the year-earlier period. While database sales have been slowing at Oracle for many quarters, analysts were surprised by the abruptness of the latest downturn.

Oracle also said its line of application software likely grew 50% in the quarter, well below earlier predictions that the business might grow by 75%-100%. These products are now mainly used by large companies to manage their books, but Oracle is banking on a broadened line of Web-based applications to maintain the rapid growth rates the

company has seen in recent years.

Last week in New Orleans, in fact, the company hosted thousands of customers for a trade show that highlighted its application business. At the show, Oracle Chief Executive Larry Ellison gave a bullish assessment of the application business, saying it was "really starting to take off."

Oracle executives said they were blindsided by the sudden negative shift in the mood of customers over the past several days. On Wednesday, the final day of the quarter, "we just had a significant number of deals that were deferred," said Jeffrey Henley, Oracle's chief financial officer, in a conference call.

In many cases, Mr. Ellison added, the deals for software purchases had been approved at a vice-president level by Oracle's corporate customers, but CEOs and chief financial officers of those companies at the last minute decided to delay making a commitment.

Oracle had already been hurt by a falloff in orders from dot-com start-ups, many of which used Oracle databases to build new Web services. The company had been counting on conventional companies taking up the slack, using Oracle software to develop new electronic-business applications and improve their internal efficiency.

Still, the CEOs held off signing the purchase orders. "That was true, even where it was acknowledged that this deal would save the company money," Mr. Ellison said. "We have a lot of nervous senior executives looking at this economy and being very cautious."

Bob Austrian, a Banc of America Securities analyst who had cut his numbers for Oracle earlier this week, said the announcement showed that "the economic downturn has become severe enough that it has become a shock. And shocks always impair purchasing decisions."

Mr. Austrian said that the slower sales at Oracle are likely to extend well past the current quarter, saying they could last well into next year.

Mr. Ellison noted that the company's earnings are still expected to grow 20% over the year-earlier period, with operating-profit margins rising to 33% of sales from 31%. And Oracle hopes to keep improving its own efficiency, in part by more widely using its own software to run internal operations.

"We think we are better equipped to deal with this slowdown than any company in the world," Mr. Ellison said.

However, Mr. Ellison and Mr. Henley acknowledged that they couldn't predict when sales growth would improve, because of the continuing uncertainty among customers about the economy.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004