Exhibit G

```
07:25am EST  2-Mar-01 UBS Warburg (US) (Roskill, Andrew +1 212 821 2220) ORCL
ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS
```

UBS Warburg                                                  March 2, 2001
Andrew Roskill   +1 212 821 2220          Ragen Stienke   +1 212 821 6732
Ken Carey        +1 212 821 3533          Stephen Stout   +1 212 821 3624

Oracle Corp.(ORCL - NASDAQ) - Hold
US Technology, Software

| | | | | |
|---|---|---|---|---|
| Price:   21.38 | Dividend: Nil | Mkt Cap:     126.8b | Est Debt/TC: N/A |
| Target:  25.00 | Yield:    Nil | Shrs O/S:      5.9b | ROE:          36% |
| 52 Week: 46.31 - 19.00 | 5yrEGR:   20% | Avg Vol(000): 33599 | Ent Val:    118.5b |
| | | Est BV/Shr:    1.86 | CV Sec:         No |

```
Fiscal Year Quarterly Estimates - EPS   Fiscal Year Estimates - EPS
         1Q     2Q     3Q     4Q                     Prior EPS      P/E   Rev (m)
2000:  0.04 A 0.06 A 0.08 A 0.16 A   May/2000 A:          0.34      62.9    10130
2001:  0.08 A 0.11 A 0.12 E 0.21 E   May/2001 E:          0.53      40.3    11906
2002:  0.10 E 0.13 E 0.15 E 0.27 E   May/2002 E:          0.65      32.9    14200
```

ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS

Summary:

Oracle pre-announced lower than expected Q3 '01 results yesterday after the market closed. Although the company cited the overall slowdown in economy and the IT environment as the major cause of the shortfall, we believe there may have been further contributors. Although the shortfall did not come as a big surprise to us, the order of magnitude did. We indicated in November that we had concern about the company's ability to meet growth expectations in its database business. Those concerns were affirmed with results that were nothing less than ugly. There was limited information available on the results since the quarter just ended two days ago, so we will drill down into the numbers much more once earnings are released on March 15th.

Highlights:

o Oracle announced revenue for the quarter would grow about 9% versus year ago results, which puts total sales at about $2.67B or $240M below our estimate. More significantly, license revenue grew at only 6% year over year which indicates sequential growth was basically flat at $1.1B, about $200M below our estimate of 25% growth. The major shortfall came from the database business that was apparently "flat to slightly negative", well below the company's guidance in the 15-20% range. Admittedly, these results came in under even our lowest expectations.

o Operating income actually fell about $46M sequentially to approximately $900 million. Operating margins look to be around 34%, which is down about 160 basis points from Q2, bringing and end to the trend of sequential expansion enjoyed over the first two quarters of fiscal year 2001. CEO Larry Ellison said there were no immediate plans to take aggressive cost cutting measures since the company has been expanding operating margins for the last two years by moving their operations to the Web. EPS for the quarter is expected to be $0.10 versus our estimate and the Street consensus of $0.12.

o Management went out of its way to blame this whiff on the overall economic

-- FIRST CALL --

environment and the fact that customers were delaying their purchasing decision. Although we accept that the economy might be partially to blame, out take is that there may have been other issues including: 1) a maturation in the database market after two solid years of accelerated growth, 2) a lack of further share expansion in Unix segment, 3) Microsoft's SQL Server gaining traction, 4) tough year ago comparisons, and 5) some degree of over capacity in the marketplace as customers bought databases ahead of demand.

Analysis:

* Perhaps the most challenging aspect about this development stems from management's admitted lack of visibility for the future. When questioned how the pipeline looked coming into this quarter relative to prior quarters, CFO Jeff Henley indicated that it was hard to tell. Based on the lack of visibility and detail on the quarter, our estimates and price target are under review. Once the company releases more detailed information on March 15th, we plan to revisit our model, but expect significant downward revisions.

Body:

* So where do we go from here? Well, as we said earlier, this news did not exactly come as a surprise to us. We have felt for some time that the recent growth in Oracle's database market was not sustainable for two reasons. First, last year there was a huge inflow from dotcoms that made for tough year ago comparisons. Perhaps more importantly, we believe Oracle has enjoyed considerably higher than sustainable levels of growth due to lesser products being released by its competitors, which led to increased market share for Oracle. We believe that Oracle has upwards of 80% of the Unix market, so there is not much room to grow there. At the risk of crying "wolf", revision two of Microsoft's re-architected SQL Server database is out and early indications are it is considerably better than past attempts and that it is being very well received by customers. With that, we believe the overall database market will revert back to mean growth rates in the high single digits experienced in the mid to late 90s. Additionally, we believe Oracle's ability to gain share will become increasingly difficult and database license growth will contract to levels more in-line with the overall market.

* Unfortunately, the company did not give a lot of guidance relative to visibility going forward. In fact, CFO Henley said that they felt very comfortable about the quarter up until last Friday, but were "very disappointed over the last couple of days" as multiple deals got pushed out of the quarter. The company indicated that most of these deals were very far along in the approval process. In fact, each had been approved through the Vice President level, but got called off at the last minute by CFOs and CEOs who were increasingly uncertain about the overall economic environment. When asked whether these deals were cancelled, CEO Ellison said no, that they were simply delayed and that many companies will be forced to complete the agreements in the next 30-60 days because they are already developing on the software. Management repeatedly indicated that these were not competitive losses, companies are simply delaying their purchases. Although the company got the quarter off to a strong start with the Covisint deal, its seems particularly puzzling to attribute a $200M shortfall to the last couple of days of the quarter to a change in the economic environment

* On a somewhat more positive note, the applications business did considerably

-- FIRST CALL --

better than the database business.  Granted, the applications business missed our estimates as well, but growth for these products came in around 50% year over year.  We believe this provides further evidence that as IT budgets increasingly come under scrutiny, customers will focus more and more on products that promise high levels of ROI such as CRM, SCM and e-commerce applications.  We also believe that the weakness in Oracle's applications business is because the company's applications are not yet ready for prime time.  At Oracle's applications conference last week, we learned that over 200 patches had been developed for the CRM product for the latest version. Furthermore, many customers we talked with indicated that although the CRM product showed promise, the SCM products are not even on the radar.  Although Feedback from these customers suggested that they were impressed with the idea of a fully integrated suite, we were unable to find any that had fully integrated and gone live on the suite.  Hence the reason we believe sector gorillas Siebel (SEBL - $44.63 - Buy) and I2 Technologies (ITWO- $27.56 - Buy) continue to enjoy high levels of growth and greater visibility in their pipeline.  More on that latter.

* We believe some of the weakness in Oracle's database sales stemmed from an over supply in the marketplace, similar to Sun's (SUNW - $20.06 - Buy) challenges.  As we indicated in our recent note on BEA Software (BEAS - $39.00 - Strong Buy), we believe customers bought servers, and database licenses to a lesser degree, ahead of demand.  All indications from the ebusiness applications companies that we cover are that a majority of licenses sold for CRM, SCM and ecommerce software are consumed immediately (upwards of 80% in BEA's case).  This gives us further confidence in these companies' ability to plow through a restricted IT spending environment.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates usually makes a market in the securities of this company: BEA Systems, I2 Technologies, Oracle Systems, Siebel Systems, Sunmicrosystems  Inc.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates has acted as a manager/co-manager or placement agent in underwriting securities of this company or one of its subsidiaries in the past three years: I2 Technologies.

UBS Warburg LLC, 299 Park Avenue, New York, NY  10171-0026  Phone:  +1-212-821-6834

This report has no regard to the  specific  investment  objectives,  financial situation or particular needs of any specific recipient.  This report is  based on information obtained from sources believed to be reliable but no independent verification has been made, nor is its  accuracy  or  completeness  guaranteed. This report is published solely for informational purposes and  is  not  to  be construed as a solicitation or an offer  to  buy  or  sell  any  securities  or related financial instruments.  Opinions expressed herein are subject to change without  notice and the division, group, subsidiary or  affiliate  of    UBS  AG ("UBS") which produced this report is under no obligation to update or keep the information current. The securities described herein may not  be  eligible  for sale in all jurisdictions or to certain categories of investors. UBS and/or its directors, officers and employees may take positions in, and may make purchases and/or sales as principal or agent or  UBS  may  act  as  market-maker  in  the securities or related financial instruments discussed herein.  UBS may  provide corporate finance and other services to and/or  serve  as  directors  of  the

-- FIRST CALL --

companies referred to in this report. UBS accepts no liability for any loss or damage of any kind arising out of the use of this report. UK: This report has been issued by UBS Warburg Ltd., a subsidiary of UBS AG, regulated in the UK by the Securities and Futures Authority, for distribution in the United Kingdom to persons who are not UK private customers. US: This report is being distributed to US persons by either UBS Warburg LLC or PaineWebber Incorporated, subsidiaries of UBS AG, or by a division, group or affiliate of UBS AG, that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only. UBS Warburg LLC or PaineWebber Incorporated accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Warburg LLC or PaineWebber Incorporated. Canada: This report is being distributed by UBS Bunting Warburg Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. For transactions, please contact ontact your local sales representative. Additional information will be made available upon request.

(c) 2001. All rights reserved. This report may not be reproduced or distributed in any manner without the permission of UBS.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

-> End of Note <-

-- FIRST CALL --