# Exhibit K

Document # 3 of 410

```
RTR0106131427
USA:
Oracle stocks tumble in heavy trading after warning.
03/02/01
Reuters English News Service
RTR
(C) Reuters Limited 2001.
```

NEW YORK, March 2 (Reuters) - Shares of **Oracle Corp.** , the world's No. 2 software company, tumbled 23 percent in the first few minutes of trading on Friday, the day after the company warned it would miss Wall Street's first-quarter expectations.

Shares of Oracle fell 4-7/8 percent to $16-1/2, the lowest the stock has been since late 1999 and wiping out the spectacular gains that thrust the company's shares to top the A-list of must-own technology stocks. Shares were among the top 20 net losers on the Nasdaq Stock Market. The Nasdaq Composite Index was off 3.7 percent.

About 62 million of Oracle's 5.6 billion shares changed hands within the first half hour of regular trading, making the stock the most heavily traded on the Nasdaq.

Citing the sluggish U.S. economy, Oracle said it expects to report earnings per share of 10 cents, excluding one-time items, instead of the 12 cents a share analysts had expected. In a conference call following the announcement, Oracle Chief Executive Larry Ellison said operating income would be about $900 million instead of the $1 billion analysts had expect.

On the news of the warning, Goldman Sachs noted software analyst Rick Sherlund removed Oracle from Goldman's U.S. recommended purchase list and rated it a market outperformer. Other analysts also cut their ratings on the stock.

Following the warning, Oracle shares fell to $17-1/2 in after-hours trading Thursday as analysts predicted the announcement from the software giant would drag the tech-laden Nasdaq down on Friday.

(Ilaina Jonas, New York Newsdesk, 212-859-1676)).
_R12001030202503

======