Exhibit N

PRIVILEGED COMMUNICATION
M E M O R A N D U M

TO:

FR:   Daniel Cooperman
      Senior Vice President, General Counsel and Secretary

RE:   Outline and Checklist of Restrictions on Purchases and
      Sales of Stock by Executive Officers and Directors

DT:

---

This is an outline of the legal and corporate policy restrictions you must consider before making purchases or sales of Oracle securities. A proposed purchase or sale must satisfy ALL legal and corporate policy restrictions described in the outline. A checklist is attached to assist you in quickly identifying any issues that may prevent you from making a purchase or sale. If you answer "yes" to any of the questions on the checklist, then you may not be able to complete the transaction.

BEFORE MAKING ANY PURCHASE OR SALE OF ORACLE SECURITIES, ORACLE'S CORPORATE POLICIES REQUIRE THAT YOU CONSULT WITH ORACLE'S CHIEF FINANCIAL OFFICER, OR, IF THE CHIEF FINANCIAL OFFICER IS UNAVAILABLE, WITH ORACLE'S GENERAL COUNSEL (OR HIS DESIGNEE) FOR CLEARANCE OF YOUR TRADE. In addition, you may wish to consult with your personal attorney at your own expense.

If you have any questions regarding this outline, please do not hesitate to call me at (650) 506-5500.

I.   **PROHIBITION ON INSIDER TRADING**

     A.   **No Trading on Inside Information.** Federal securities laws and regulations forbid trading in securities based on inside information. You expose yourself and Oracle to civil and criminal liability if you (including members of your immediate family) trade in Oracle securities while you possess inside information, or if you provide others with inside information for their use in securities trading.

     "Insider information" is information that is not available to the general public and that could affect an investor's decision about buying or selling the securities. Such information may

1

Confidential-Subject     CA-ORCL 001529
to Protective Order

EXHIBIT 128
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness:
Ellison

be positive or negative and may include, but is not limited to, information concerning earnings (e.g., revenues, operating profits, as well as net income and earnings per share), a proposed merger or acquisition, significant financing transactions, changes in financial circumstances such as significant write-offs, a major new product or service, an important new contract, an intended offering of securities, potential litigation or other legal proceedings, or a significant change in the status of litigation or proceedings.

"Trading" includes the purchase, sale (including short sales) of securities and purchase sale, or exercise of options in securities. "Securities" includes common stock, employee stock options, and market options such as CBOE (The Chicago Board Options Exchange) options.

Trading on inside information can include making a single purchase or sale, or engaging in or facilitating a pattern of transactions, which might appear to take advantage of inside information possessed by others at Oracle. You need not actually use or rely on inside information, but simply possess it at the time of the trade, to be considered trading on inside information. Also, the number of shares or dollar amounts involved need not be large. In addition, you need not hold the securities directly to be considered trading on inside information. It is enough that the securities are beneficially owned or controlled by or for you through family members, partnerships, trusts, or other such entities.

**B.    General Guidelines.** You should keep inside information confidential at all times. It is unlawful to "tip" inside information to anyone. You should be particularly careful about communicating any inside information about Oracle to brokers and others involved in trading Oracle securities.

If you are aware of insider information, you should not trade in Oracle securities and you should hold the inside information confidential until Oracle has disclosed it to the general public through a press release, the press has circulated it, and investors have had time to evaluate it. Generally, you should refrain from trading from the time you become aware of the inside information until two full trading days after Oracle has issued a press release disclosing the information. For example, if Oracle issues its press release on Thursday, you should refrain from trading until the following Tuesday.

**C.    No Trading Periods.** Oracle's corporate policy requires that executive officers and directors refrain from trading in Oracle securities during the following periods of time (frequently referred to as the "closed-window period"): FROM TWO WEEKS BEFORE THE END OF EACH QUARTER THROUGH TWO FULL TRADING DAYS AFTER ORACLE RELEASES ITS EARNINGS REPORT FOR THAT QUARTER. The SEC routinely investigates unusual market activity during the period before the announcement of material corporate developments.

**D.    No Open Market Options Transactions.** As a means of avoiding even the appearance of impropriety, Oracle adopted, by Board of Directors resolution, a policy prohibiting executive officers and directors and directors from buying, selling, or otherwise trading market options (e.g., short sales, puts, calls, straddles or similar transactions) in Oracle securities.

Confidential-Subject to Protective Order

2

CA-ORCL 001530

E. **Trading in Securities of Other Companies.** Oracle's Insider Trading Policy also applies to trading in securities of other companies. You may not trade in the securities of another company while you possess inside information regarding that company gained through your work at Oracle. You should also keep inside information regarding other companies confidential at all times and you should not "tip" the inside information to anyone.

## II. SECTION 16 RESTRICTIONS

A. **Liability for Short-Swing Profits.** Section 16(b) of the Securities Exchange Act of 1934 (the "1934 Act") imposes timing restrictions on purchases and sales of stock by executive officers and directors (together, "insiders"). It requires insiders to pay to Oracle any profits made on any matching purchases and sales occurring within any six-month period. With certain exceptions, a matching purchase and sale is any pair of purchase and sale transactions within any six-month period, even if they involve different shares or stock certificates. However, Section 16(b) does not preclude insiders from making repeated (a) sales of stock within a six-month period, so long as no such sale can be matched with a purchase anytime within the six months before and after such sale or (b) purchases of stock within a six-month period, so long as no such purchase can be matched with a sale anytime within the six months before and after such purchase.

B. **Reporting of Stock Transactions.** Section 16(a) of the 1934 Act requires all insiders to file the following forms with the SEC disclosing any sales or purchases of Oracle stock:

(i) Form 3 must be filed within 10 days of a person becoming an insider to report insider status and stock ownership on that date;

(ii) Form 4 must be filed within 10 days of the last day of any calendar month in which an insider completes a stock transaction to report such transaction (data is collected monthly by Oracle's Stock Plan Services Department); and

(iii) Form 5 must be filed within 45 days of the end of each fiscal year (i.e., July 15th) to report stock activity during that fiscal year not otherwise reported on Form 3 or 4 and to report any delinquent Form 3 or 4 filings.

Oracle's Stock Plan Services Department collects data for these forms, fills them out, circulates them for signature and files them with the SEC by the 10th of each month. Oracle must report late SEC filings in its proxy statements and annual reports on Form 10-K. Oracle's Stock Plan Services and Corporate & Securities Legal Department are committed to assisting you in complying with you Section 16(a) filing requirements.

C. **Special Rules for Stock Options.** The grant of an Oracle stock option, as well as its subsequent exercise, are exempt transactions for purposes of Section 16(b) As a result, you generally may exercise an option and sell the underlying shares in a "same-day-sale" without

3

Confidential-Subject to Protective Order    CA-ORCL 001531

NDCA-ORCL 005597

incurring Section 16(b) liability (assuming no other matching purchases). Current reporting of all option exercises is required to be disclosed on Form 4 in the month following the transaction. Although the rules allow for deferred reporting of option grants, it is Oracle's policy to report these transactions on a current basis in order to avoid an inadvertent updating error in a subsequent Form 4 or Form 5 filing.

**D.     Special Rules for Employee Stock Purchase Plan ("ESPP").** Section 16(b) provides an exemption from short-swing profit liability for purchases of Oracle stock by executive officers in the ESPP (though sales of Oracle stock purchases through the ESPP are not exempt; they are treated like any other sale). Although purchases of stock under the ESPP are no longer required to be reported on Form 4 in the month following the transaction, it is Oracle's policy to report these transactions on a current basis in order to avoid an inadvertent updating error in a subsequent Form 4 or Form 5 filing.

**E.     Special Rule for 401(k) Plan.** Executive officers are excluded from participation in the Oracle stock account under the 401(k) Savings and Investment Plan. SEC rules make compliance with Section 16 very complex for participants in the 401(k) Oracle stock account. While an officer's initial investment in the 401(k) Oracle stock account is exempt from Section 16 liability, subsequent stock fund switch and cash out elections are not generally exempt and consequently, may be matchable to one another and subject to Section 16 liability. Therefore, the exclusion was put in place to eliminate the risk of inadvertent violation of the short-swing profit and reporting rules. Executive officers are free to participate in all of the other investment accounts offered under the 401(k) Plan.

### III.    RULE 144 RESTRICTIONS

**A.     Basic Conditions of Rule 144.** Rule 144 requires sales to be unsolicited and made either to a market maker or through a normal broker's transaction, and limits the number of shares that you may sell in any three-month period to the greater of (i) one percent (1%) of the total number of shares of common stock outstanding (as of October 31, 1999 approximately 1.42 billion) or (ii) the average weekly trading volume in the stock during the four weeks preceding the sale (as of October 31, 1999, approximately 70 million; this number will vary greatly). If you sell more than 500 shares or shares worth in aggregate more than $10,000 within a three-month period, you also must file a Form 144 (available through your broker) with the SEC. Rule 144 also imposes certain holding period requirements, as described below.

**B.     No Holding Period for Shares Purchased on the Open Market or Under Oracle Stock Plans.** Shares purchased on the open market (i.e., from a broker or a market maker) or under any of the following stock plans (the "Plans") may be sold publicly without any holding period requirement so long as all of the conditions set forth in Section III.A. (and the other Sections of this memorandum) are met:

(i)     Employee Stock Purchase Plan (1992);
(ii)    Stock Option Plan (1985);

Confidential-Subject
to Protective Order

4

CA-ORCL-001532

(iii)  1990 Directors' Stock Option Plan;
(iv)   1990 Executive Officers' Stock Option Plan;
(v)    1991 Long-Term Equity Incentive;
(vi)   1993 Directors' Stock Option Plan; and
(vii)  401(k) Savings and Investment Plan.

**C.    One-Year Holding Period for Other Shares.**  Any other purchases of shares (i.e., in the unlikely event that you acquire shares in a private transaction) must be held for one year from the later of the date that the shares were acquired (i) from Oracle or (ii) from an affiliate of Oracle. In addition, such purchases must meet all of the conditions set forth in Section III.A.

**D    Practical Considerations.**  When you present shares to your broker for sale under Rule 144, you will be referred to their Rule 144 compliance group, who will verify that the various requirements are satisfied and will assist you in completing a Form 144 (if required). In order to complete your sale, the broker must receive a stock certificate without a restrictive legend from Oracle's transfer agent.

## IV.    SCHEDULE 13G (5% STOCKHOLDER REPORTS)

Persons (or groups) who were 5% stockholders at the time of Oracle's IPO (i.e., Larry Ellison) and those subsequent acquisitions of Oracle stock do not exceed the 2% level but who continue to hold in excess of 5% of Oracle stock must file a Schedule 13G with Oracle and the SEC by February 14th of each year. Schedule 13G must be updated each year to reflect current ownership. Such persons may be required to file a Schedule 13D to replace Schedule 13G if they make acquisitions exceeding 2% of the outstanding stock of Oracle within any 12-month period and do not report such acquisitions pursuant to Section 16.

## V.    PENALTIES

**A.    Anti-fraud Violations.**  Civil penalties for violations of the anti-fraud provisions (e.g., insider trading) can total up to three times the gain in any trade (including profits made and losses avoided) as well as criminal fines of up to $1,100,000 and prison terms of up to ten years. In addition, a violator of the anti-fraud provisions of the securities laws may be removed from office and barred temporarily or permanently from serving as an officer or director of any public company.

**B.    Reporting Violations.**  The SEC may seek substantial civil penalties and other sanctions for violations of the securities laws, including failure to comply with the reporting requirements discussed above. The SEC has the authority to institute court actions or administrative proceedings to compel filing of delinquent reports, enjoin further violations, and/or impose civil penalties. In addition, the SEC has the authority to refer appropriate cases to

Confidential-Subject to Protective Order

CA-ORCL 001533

5

the Department of Justice for criminal prosecution. Civil penalties for violations of reporting obligations range from $5,500 to $110,000 per violation. Each day of noncompliance may be deemed a separate violation.

   C.   **Section 16(b) Violations.** Insiders must pay to Oracle (and Oracle has a duty to collect) any profits made on any matching purchases and sales within a six-month period of time.

6

Confidential-Subject
to Protective Order

CA-ORCL 001534

## CHECKLIST

The checklist is provided to assist you in quickly identifying any issues that may prevent you from making a purchase or sale of Oracle securities. If you answer "yes" to any of the questions on the checklist, then you may be prevented from making any such sale or purchase.

BEFORE MAKING ANY PURCHASES OR SALES OF ORACLE SECURITIES, ORACLE'S CORPORATE POLICIES REQUIRE YOU TO CONSULT WITH ORACLE'S CHIEF FINANCIAL OFFICER OR, IF THE CHIEF FINANCIAL OFFICER IS UNAVAILABLE, WITH ORACLE'S GENERAL COUNSEL (OR HIS DESIGNEE) FOR CLEARANCE OF YOUR TRADE. In addition, you may wish to consult with your personal attorney at your own expense.

|  |  | Yes | No |
|---|---|---|---|
| I. | **PROHIBITION ON INSIDER TRADING** | | |
| | **No Trading on Insider Information** <br> Are you in possession of inside information (e.g., write-offs, revenues, profits, earnings per share, acquisitions)? | ___ | ___ |
| | **Closed Window Periods** <br> Is Oracle currently in a closed window period (i.e. from the first day of the last two full weeks of the last month of each quarter until two full trading days after the earnings report for the quarter)? | ___ | ___ |
| | **No Speculative Transactions** <br> Are you contemplating buying, selling, or otherwise trading market options in Oracle securities? | ___ | ___ |
| II. | **SECTION 16 RESTRICTIONS** | | |
| | **Liability for Short Swing Profits** <br> If you are selling stock, have you made any purchases within the last six months (include members of your immediate family)? | ___ | ___ |
| | If you are buying stock, have you made any sales within the last six months (include members of your immediate family)? | ___ | ___ |
| | Have you chosen the Oracle stock account under the 401(k) Plan (executive officers are excluded from this investment option)? | ___ | ___ |
| III. | **RULE 144 RESTRICTIONS** | | |
| | **Basic Conditions of Rule 144** | | |
| | Has your broker raised any Rule 144 issues in the course of reviewing the transaction? | ___ | ___ |

Confidential-Subject to Protective Order

CA-ORCL 001535

7

NDCA-ORCL 005601