Exhibit P


PLAINTIFF'S EXHIBIT
Glass 17
8/22/06

Copyright 2001 Bloomberg L.P.

Bloomberg News

February 9, 2001, Friday 3:25 PM Eastern Time

LENGTH: 434 words

HEADLINE: ORACLE SHARES FALL ON CONCERN EARNINGS OUTLOOK MAY TURN GRIM

BYLINE: Jim Finkle in the San Francisco newsroom (415) 912-2996 or at jfinkle@bloomberg.net/jac

DATELINE: San Francisco

BODY:

  Oracle Corp. shares fell as much as 14 percent, leading other computer and software-related stocks lower, amid investor concern that the No. 2 software maker's earnings could suffer as economic growth slows.

  Oracle tumbled $3.50 to $23.63 after touching $23.44. It was the second-most active stock in U.S. markets.

  No. 1 software maker Microsoft Corp., networking-equipment maker Cisco Systems Inc. and No. 1 computer-chip maker Intel Corp. have said in recent months that business is being hurt as consumers and corporations curb spending.

  Oracle is among a handful of software makers that have yet to report a slowdown, saying they expect to thrive in a weak economy because companies use their products to become more efficient. While Oracle said it hasn't changed its outlook, some investors said it's inevitable that businesses will cut back on software from Oracle and rivals such as PeopleSoft Inc., Siebel Systems Inc. and SAP AG as the economy worsens.

  "I'm not going near them," said Morton Cohen, chairman of Clarion Capital Corp., which manages about $120 million. "I don't see tech earnings turning up. And since many of these stocks are priced to perfection, why bother?"

  Oracle shares yesterday closed at $27.13, or 53 times the average fiscal-year earnings forecast of analysts polled by First Call/Thomson Financial. The Standard & Poor's 500 Index, by comparison, is trading at about 26 times estimated earnings.

  Microsoft fell $3.31, or 5.3 percent, to $58.94. Siebel fell $4, or 6.4 percent, to $58.25. PeopleSoft fell $2.81, or 7.4 percent, to $35.19.

                              Still Upbeat

  Oracle is still upbeat about its prospects for earnings growth, which will be fueled by a new suite of Internet-friendly business software dubbed Oracle 11i, spokeswoman Jennifer Glass said.

  "We haven't changed our projections at all," Glass said. "This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."

Morgan Stanley analyst Charles Phillips said in a note to clients that he expects growth of Oracle's flagship database software to slow this year because Internet startups last year were responsible for many of that product's sales.

After the collapse of dozens of Internet companies over the past few months, that "dot-com candy" won't be around in 2001, Phillips said. He expects Oracle's database software sales to rise 10 percent to 13 percent in the current quarter, compared with 19 percent in the quarter that ended in November.

LOAD-DATE: February 10, 2001