Exhibit S



Copyright © 1997 by Princeton University Press
Published by Princeton University Press, 41 William Street,
Princeton, New Jersey 08540
In the United Kingdom: Princeton University Press, Chichester,
West Sussex

All Rights Reserved

**Library of Congress Cataloging-in-Publication Data**

Campbell, John Y.
    The econometrics of financial markets / John Y. Campbell, Andrew
W. Lo, A. Craig MacKinlay.
      p.  cm.
    Includes bibliographical references and index.
    ISBN 0-691-04301-9 (cloth : alk. paper)
    1. Capital market—Econometric models.  I. Lo, Andrew W. (Andrew
Wen-Chuan).  II. MacKinlay, Archie Craig, 1955–  .  III. Title.
HG4523.C27  1997
332′.09414—dc20                                                        96-27868

This book was composed in ITC New Baskerville with LaTeX by Archetype Publishing Inc.,
15 Turtle Pointe Road, Monticello, IL 61856.

Princeton University Press books are printed on acid-free paper and meet the guidelines for
permanence and durability of the Committee on Production Guidelines for Book Longevity
of the Council on Library Resources.

Second printing, with corrections, 1997

http://pup.princeton.edu

Printed in the United States of America

10  9  8  7  6

ISBN-13: 978-0-691-04301-2

ISBN-10: 0-691-04301-9

# 4
# Event-Study Analysis

ECONOMISTS ARE FREQUENTLY ASKED to measure the effect of an economic event on the value of a firm. On the surface this seems like a difficult task, but a measure can be constructed easily using financial market data in an event study. The usefulness of such a study comes from the fact that, given rationality in the marketplace, the effect of an event will be reflected immediately in asset prices. Thus the event's economic impact can be measured using asset prices observed over a relatively short time period. In contrast, direct measures may require many months or even years of observation.

The general applicability of the event-study methodology has led to its wide use. In the academic accounting and finance field, event-study methodology has been applied to a variety of firm-specific and economy-wide events. Some examples include mergers and acquisitions, earnings announcements, issues of new debt or equity, and announcements of macroeconomic variables such as the trade deficit.[1] However, applications in other fields are also abundant. For example, event studies are used in the field of law and economics to measure the impact on the value of a firm of a change in the regulatory environment,[2] and in legal-liability cases event studies are used to assess damages.[3] In most applications, the focus is the effect of an event on the price of a particular class of securities of the firm, most often common equity. In this chapter the methodology will be discussed in terms of common stock applications. However, the methodology can be applied to debt securities with little modification.

Event studies have a long history. Perhaps the first published study is Dolley (1933). Dolley examined the price effects of stock splits, studying nominal price changes at the time of the split. Using a sample of 95 splits

---

[1] We will further discuss the first three examples later in the chapter. McQueen and Roley (1993) provide an illustration using macroeconomic news announcements.
[2] See Schwert (1981).
[3] See Mitchell and Netter (1994).

149

from 1921 to 1931, he found that the price increased in 57 of the cases and the price declined in only 26 instances. There was no effect in the other 12 cases. Over the decades from the early 1930s until the late 1960s the level of sophistication of event studies increased. Myers and Bakay (1948), Barker (1956, 1957, 1958), and Ashley (1962) are examples of studies during this time period. The improvements include removing general stock market price movements and separating out confounding events. In the late 1960s seminal studies by Ball and Brown (1968) and Fama, Fisher, Jensen, and Roll (1969) introduced the methodology that is essentially still in use today. Ball and Brown considered the information content of earnings, and Fama, Fisher, Jensen, and Roll studied the effects of stock splits after removing the effects of simultaneous dividend increases.

In the years since these pioneering studies, several modifications of the basic methodology have been suggested. These modifications handle complications arising from violations of the statistical assumptions used in the early work, and they can accommodate more specific hypotheses. Brown and Warner (1980, 1985) are useful papers that discuss the practical importance of many of these modifications. The 1980 paper considers implementation issues for data sampled at a monthly interval and the 1985 paper deals with issues for daily data.

This chapter explains the econometric methodology of event studies. Section 4.1 briefly outlines the procedure for conducting an event study. Section 4.2 sets up an illustrative example of an event study. Central to any event study is the measurement of the abnormal return. Section 4.3 details the first step—measuring the normal performance—and Section 4.4 follows with the necessary tools for calculating the abnormal return, making statistical inferences about these returns, and aggregating over many event observations. In Sections 4.3 and 4.4 the discussion maintains the null hypothesis that the event has no impact on the distribution of returns. Section 4.5 discusses modifying the null hypothesis to focus only on the mean of the return distribution. Section 4.6 analyzes of the power of an event study. Section 4.7 presents a nonparametric approach to event studies which eliminates the need for parametric structure. In some cases theory provides hypotheses concerning the relation between the magnitude of the event abnormal return and firm characteristics. In Section 4.8 we consider cross-sectional regression models which are useful to investigate such hypotheses. Section 4.9 considers some further issues in event-study design and Section 4.10 concludes.

### 4.1 Outline of an Event Study

At the outset it is useful to give a brief outline of the structure of an event study. While there is no unique structure, the analysis can be viewed

*4.1. Outline of an Event Study* 151

as having seven steps:

1. *Event definition.* The initial task of conducting an event study is to define the event of interest and identify the period over which the security prices of the firms involved in this event will be examined—the *event window.* For example, if one is looking at the information content of an earnings announcement with daily data, the event will be the earnings announcement and the event window might be the one day of the announcement. In practice, the event window is often expanded to two days, the day of the announcement and the day after the announcement. This is done to capture the price effects of announcements which occur after the stock market closes on the announcement day. The period prior to or after the event may also be of interest and included separately in the analysis. For example, in the earnings-announcement case, the market may acquire information about the earnings prior to the actual announcement and one can investigate this possibility by examining pre-event returns.
2. *Selection criteria.* After identifying the event of interest, it is necessary to determine the selection criteria for the inclusion of a given firm in the study. The criteria may involve restrictions imposed by data availability such as listing on the NYSE or AMEX or may involve restrictions such as membership in a specific industry. At this stage it is useful to summarize some characteristics of the data sample (e.g., firm market capitalization, industry representation, distribution of events through time) and note any potential biases which may have been introduced through the sample selection.
3. *Normal and abnormal returns.* To appraise the event's impact we require a measure of the abnormal return. The abnormal return is the actual *ex post* return of the security over the event window minus the normal return of the firm over the event window. The normal return is defined as the return that would be expected if the event did not take place. For each firm $i$ and event date $\tau$ we have

$$\epsilon_{it}^* = R_{it} - \mathrm{E}[R_{it} \mid X_t], \qquad (4.1.1)$$

where $\epsilon_{it}^*$, $R_{it}$, and $\mathrm{E}(R_{it})$ are the abnormal, actual, and normal returns, respectively, for time period $t$. $X_t$ is the conditioning information for the normal performance model. There are two common choices for modeling the normal return—the *constant-mean-return model* where $X_t$ is a constant, and the *market model* where $X_t$ is the market return. The constant-mean-return model, as the name implies, assumes that the mean return of a given security is constant through time. The market model assumes a stable linear relation between the market return and the security return.

4. *Estimation procedure.* Once a normal performance model has been selected, the parameters of the model must be estimated using a subset of the data known as the *estimation window*. The most common choice, when feasible, is to use the period prior to the event window for the estimation window. For example, in an event study using daily data and the market model, the market-model parameters could be estimated over the 120 days prior to the event. Generally the event period itself is not included in the estimation period to prevent the event from influencing the normal performance model parameter estimates.
5. *Testing procedure.* With the parameter estimates for the normal performance model, the abnormal returns can be calculated. Next, we need to design the testing framework for the abnormal returns. Important considerations are defining the null hypothesis and determining the techniques for aggregating the abnormal returns of individual firms.
6. *Empirical results.* The presentation of the empirical results follows the formulation of the econometric design. In addition to presenting the basic empirical results, the presentation of diagnostics can be fruitful. Occasionally, especially in studies with a limited number of event observations, the empirical results can be heavily influenced by one or two firms. Knowledge of this is important for gauging the importance of the results.
7. *Interpretation and conclusions.* Ideally the empirical results will lead to insights about the mechanisms by which the event affects security prices. Additional analysis may be included to distinguish between competing explanations.

## 4.2 An Example of an Event Study

The Financial Accounting Standards Board (FASB) and the Securities Exchange Commission strive to set reporting regulations so that financial statements and related information releases are informative about the value of the firm. In setting standards, the information content of the financial disclosures is of interest. Event studies provide an ideal tool for examining the information content of the disclosures.

In this section we describe an example selected to illustrate the event-study methodology. One particular type of disclosure—quarterly earnings announcements—is considered. We investigate the information content of quarterly earnings announcements for the thirty firms in the Dow Jones Industrial Index over the five-year period from January 1989 to December 1993. These announcements correspond to the quarterly earnings for the last quarter of 1988 through the third quarter of 1993. The five years of data for thirty firms provide a total sample of 600 announcements. For

each firm and quarter, three pieces of information are compiled: the date of the announcement, the actual announced earnings, and a measure of the expected earnings. The source of the date of the announcement is Datastream, and the source of the actual earnings is Compustat.

If earnings announcements convey information to investors, one would expect the announcement impact on the market's valuation of the firm's equity to depend on the magnitude of the unexpected component of the announcement. Thus a measure of the deviation of the actual announced earnings from the market's prior expectation is required. We use the mean quarterly earnings forecast from the Institutional Brokers Estimate System (I/B/E/S) to proxy for the market's expectation of earnings. I/B/E/S compiles forecasts from analysts for a large number of companies and reports summary statistics each month. The mean forecast is taken from the last month of the quarter. For example, the mean third-quarter forecast from September 1990 is used as the measure of expected earnings for the third quarter of 1990.

In order to examine the impact of the earnings announcement on the value of the firm's equity, we assign each announcement to one of three categories: good news, no news, or bad news. We categorize each announcement using the deviation of the actual earnings from the expected earnings. If the actual exceeds expected by more than 2.5% the announcement is designated as good news, and if the actual is more than 2.5% less than expected the announcement is designated as bad news. Those announcements where the actual earnings is in the 5% range centered about the expected earnings are designated as no news. Of the 600 announcements, 189 are good news, 173 are no news, and the remaining 238 are bad news.

With the announcements categorized, the next step is to specify the sampling interval, event window, and estimation window that will be used to analyze the behavior of firms' equity returns. For this example we set the sampling interval to one day; thus daily stock returns are used. We choose a 41-day event window, comprised of 20 pre-event days, the event day, and 20 post-event days. For each announcement we use the 250-trading-day period prior to the event window as the estimation window. After we present the methodology of an event study, we use this example as an illustration.

## 4.3 Models for Measuring Normal Performance

A number of approaches are available to calculate the normal return of a given security. The approaches can be loosely grouped into two categories—statistical and economic. Models in the first category follow from statistical assumptions concerning the behavior of asset returns and do not depend on

any economic arguments. In contrast, models in the second category rely on assumptions concerning investors' behavior and are not based solely on statistical assumptions. It should, however, be noted that to use economic models in practice it is necessary to add statistical assumptions. Thus the potential advantage of economic models is not the absence of statistical assumptions, but the opportunity to calculate more precise measures of the normal return using economic restrictions.

For the statistical models, it is conventional to assume that asset returns are jointly multivariate normal and independently and identically distributed through time. Formally, we have:

*(A1)* Let $\mathbf{R}_t$ *be an* $(N \times 1)$ *vector of asset returns for calendar time period t.* $\mathbf{R}_t$ *is independently multivariate normally distributed with mean* $\mu$ *and covariance matrix* $\Omega$ *for all t.*

This distributional assumption is sufficient for the constant-mean-return model and the market model to be correctly specified and permits the development of exact finite-sample distributional results for the estimators and statistics. Inferences using the normal return models are robust to deviations from the assumption. Further, we can explicitly accommodate deviations using a generalized method of moments framework.

### 4.3.1 Constant-Mean-Return Model

Let $\mu_i$, the $i$th element of $\mu$, be the mean return for asset $i$. Then the constant-mean-return model is

$$R_{it} = \mu_i + \xi_{it} \tag{4.3.1}$$
$$\mathrm{E}[\xi_{it}] = 0 \qquad \mathrm{Var}[\xi_{it}] = \sigma^2_{\xi_i},$$

where $R_{it}$, the $i$th element of $\mathbf{R}_t$, is the period-$t$ return on security $i$, $\xi_{it}$ is the disturbance term, and $\sigma^2_{\xi_i}$ is the $(i, i)$ element of $\Omega$.

Although the constant-mean-return model is perhaps the simplest model, Brown and Warner (1980, 1985) find it often yields results similar to those of more sophisticated models. This lack of sensitivity to the model choice can be attributed to the fact that the variance of the abnormal return is frequently not reduced much by choosing a more sophisticated model. When using daily data the model is typically applied to nominal returns. With monthly data the model can be applied to real returns or excess returns (the return in excess of the nominal riskfree return generally measured using the US Treasury bill) as well as nominal returns.

*4.3. Models for Measuring Normal Performance*  155

### *4.3.2 Market Model*

The market model is a statistical model which relates the return of any given security to the return of the market portfolio. The model's linear specification follows from the assumed joint normality of asset returns.[4] For any security $i$ we have

$$R_{it} = \alpha_i + \beta_i R_{mt} + \epsilon_{it} \qquad (4.3.2)$$
$$\mathrm{E}[\epsilon_{it}] = 0 \qquad \mathrm{Var}[\epsilon_{it}] = \sigma^2_{\epsilon_i},$$

where $R_{it}$ and $R_{mt}$ are the period-$t$ returns on security $i$ and the market portfolio, respectively, and $\epsilon_{it}$ is the zero mean disturbance term. $\alpha_i$, $\beta_i$, and $\sigma^2_{\epsilon_i}$ are the parameters of the market model. In applications a broad-based stock index is used for the market portfolio, with the S&P500 index, the CRSP value-weighted index, and the CRSP equal-weighted index being popular choices.

The market model represents a potential improvement over the constant-mean-return model. By removing the portion of the return that is related to variation in the market's return, the variance of the abnormal return is reduced. This can lead to increased ability to detect event effects. The benefit from using the market model will depend upon the $R^2$ of the market-model regression. The higher the $R^2$, the greater is the variance reduction of the abnormal return, and the larger is the gain. See Section 4.4.4 for more discussion of this point.

### *4.3.3 Other Statistical Models*

A number of other statistical models have been proposed for modeling the normal return. A general type of statistical model is the *factor model*. Factor models potentially provide the benefit of reducing the variance of the abnormal return by explaining more of the variation in the normal return. Typically the factors are portfolios of traded securities. The market model is an example of a one-factor model, but in a multifactor model one might include industry indexes in addition to the market. Sharpe (1970) and Sharpe, Alexander, and Bailey (1995) discuss index models with factors based on industry classification. Another variant of a factor model is a procedure which calculates the abnormal return by taking the difference between the actual return and a portfolio of firms of similar size, where size is measured by market value of equity. In this approach typically ten size groups are considered and the loading on the size portfolios is restricted

---

[4]The specification actually requires the asset weights in the market portfolio to remain constant. However, changes over time in the market portfolio weights are small enough that they have little effect on empirical work.

to unity. This procedure implicitly assumes that expected return is directly related to the market value of equity.

In practice the gains from employing multifactor models for event studies are limited. The reason for this is that the marginal explanatory power of additional factors beyond the market factor is small, and hence there is little reduction in the variance of the abnormal return. The variance reduction will typically be greatest in cases where the sample firms have a common characteristic, for example they are all members of one industry or they are all firms concentrated in one market capitalization group. In these cases the use of a multifactor model warrants consideration.

Sometimes limited data availability may dictate the use of a restricted model such as the *market-adjusted-return model*. For some events it is not feasible to have a pre-event estimation period for the normal model parameters, and a market-adjusted abnormal return is used. The market-adjusted-return model can be viewed as a restricted market model with $\alpha_i$ constrained to be 0 and $\beta_i$ constrained to be 1. Since the model coefficients are prespecified, an estimation period is not required to obtain parameter estimates. This model is often used to study the underpricing of initial public offerings.[5] A general recommendation is to use such restricted models only as a last resort, and to keep in mind that biases may arise if the restrictions are false.

### 4.3.4 Economic Models

Economic models restrict the parameters of statistical models to provide more constrained normal return models. Two common economic models which provide restrictions are the Capital Asset Pricing Model (CAPM) and exact versions of the Arbitrage Pricing Theory (APT). The CAPM, due to Sharpe (1964) and Lintner (1965b), is an equilibrium theory where the expected return of a given asset is a linear function of its covariance with the return of the market portfolio. The APT, due to Ross (1976), is an asset pricing theory where in the absence of asymptotic arbitrage the expected return of a given asset is determined by its covariances with multiple factors. Chapters 5 and 6 provide extensive treatments of these two theories.

The Capital Asset Pricing Model was commonly used in event studies during the 1970s. During the last ten years, however, deviations from the CAPM have been discovered, and this casts doubt on the validity of the restrictions imposed by the CAPM on the market model. Since these restrictions can be relaxed at little cost by using the market model, the use of the CAPM in event studies has almost ceased.

Some studies have used multifactor normal performance models motivated by the Arbitrage Pricing Theory. The APT can be made to fit the

---

[5] See Ritter (1990) for an example.

4.4. *Measuring and Analyzing Abnormal Returns* 157

Time Line:



*Figure 4.1.  Time Line for an Event Study*

cross-section of mean returns, as shown by Fama and French (1996a) and others, so a properly chosen APT model does not impose false restrictions on mean returns. On the other hand the use of the APT complicates the implementation of an event study and has little practical advantage relative to the unrestricted market model. See, for example, Brown and Weinstein (1985). There seems to be no good reason to use an economic model rather than a statistical model in an event study.

### 4.4 Measuring and Analyzing Abnormal Returns

In this section we consider the problem of measuring and analyzing abnormal returns. We use the market model as the normal performance return model, but the analysis is virtually identical for the constant-mean-return model.

We first define some notation. We index returns in event time using $\tau$. Defining $\tau = 0$ as the event date, $\tau = T_1 + 1$ to $\tau = T_2$ represents the event window, and $\tau = T_0 + 1$ to $\tau = T_1$ constitutes the estimation window. Let $L_1 = T_1 - T_0$ and $L_2 = T_2 - T_1$ be the length of the estimation window and the event window, respectively. If the event being considered is an announcement on a given date then $T_2 = T_1 + 1$ and $L_2 = 1$. If applicable, the post-event window will be from $\tau = T_2 + 1$ to $\tau = T_3$ and its length is $L_3 = T_3 - T_2$. The timing sequence is illustrated on the time line in Figure 4.1.

We interpret the abnormal return over the event window as a measure of the impact of the event on the value of the firm (or its equity). Thus, the methodology implicitly assumes that the event is exogenous with respect to the change in market value of the security. In other words, the revision in value of the firm is caused by the event. In most cases this methodology is appropriate, but there are exceptions. There are examples where an event is triggered by the change in the market value of a security, in which case