Exhibit T

**From:** Stephanie Aas
**Sent:** Wed, 03 Jan 2001 13:02:44 GMT
**To:**
**CC:**
**BCC:**
**Subject:** 2000 ORCL Stock Performance

EXHIBIT
Thill 16
9-8-06

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 276348

```
begin:vcard
n:Aas;Stephanie
tel;fax:650-633-1269
tel;work:650-506-3648
x-mozilla-html:FALSE
org:Oracle ;Investor Relations
adr:;;;;;;
version:2.1
email;internet:stephanie.aas@oracle.com
title:Senior Director
fn:Stephanie Aas
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 276349

It turned out to be a tough year for the market with a dramatic decline of 39% experienced by the NASDAQ (worst in history) and a decline in the Dow of 6% (first since 1990). At positive 4%, Oracle actually performed relatively well in comparison to the market and most of our peers. Below are 2000 stock performance comparisons and end of year market cap rankings.

2000 Annual Stock Performance vs the Indices

| Dow Jones | -6% |
|---|---|
| Nasdaq | -39% |
| ORCL | +4% |
| CMRC | -74% |
| MSFT | -63% |
| CSCO | -29% |
| SUNW | -28% |
| INTC | -27% |
| ARBA | -40% |
| IBM | -21% |
| ITWO | +12% |
| SEBL | +61% |
| PSFT | +75% |
| BEAS | +92% |

Market Cap Rankings at end of 2000.
Microsoft's market cap was cut by more than 60% and shifted down to to #2 slot. Oracle moved ahead of IBM to the number 4 slot.

| CSCO | $275 Billion |
|---|---|
| MSFT | $231 B |
| INTC | $202 B |
| ORCL | $162 B |
| IBM | $149 B |
| SUNW | $90 B |
| SEBL | $29 B |
| BEAS | $26 B |
| ITWO | $16 B |
| ARBA | $13 B |
| PSFT | $11 B |
| CMRC | $5 B |

Regards,
Stephanie

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 276350

It turned out to be a tough year for the market with a dramatic decline of 39% experienced by the NASDAQ (worst in history) and a decline in the Dow of 6% (first since 1990). At positive 4%, Oracle actually performed relatively well in comparison to the market and most of our peers. Below are 2000 stock performance comparisons and end of year market cap rankings.

2000 Annual Stock Performance vs the Indices

```
Dow Jones      -6%
Nasdaq         -39%
ORCL           +4%

CMRC           -74%
MSFT           -63%
CSCO           -29%
SUNW           -28%
INTC           -27%
ARBA           -40%
IBM            -21%
ITWO           +12%
SEBL           +61%
PSFT           +75%
BEAS           +92%
```

Market Cap Rankings at end of 2000.
Microsoft's market cap was cut by more than 60% and shifted down to to #2 slot. Oracle moved ahead of IBM to the number 4 slot.

```
CSCO           $275 Billion
MSFT           $231 B
INTC           $202 B
ORCL           $162 B
IBM            $149 B
SUNW           $90 B
SEBL           $29 B
BEAS           $26 B
ITWO           $16 B
ARBA           $13 B
PSFT           $11 B
CMRC           $5 B
```

Regards,
Stephanie

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 276351