# EXHIBIT C



Case 3:01-cv-00988-SI Document 1317-2 Filed 10/10/2007 Page 2 of 28

Oracle
Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
Updated Data
70%
65%
60%
55%
50%
45%
40%
Average Difference: 1% Point
Average Difference: 6% Points
Average Difference: 8% Points
Average Difference: 4% Points
Average Difference: 2% Points
Q3 FY00
Q4 FY00
Q1 FY01
Q2 FY01
Q3 FY01
12/13/1999
12/28/1999
1/12/2000
1/27/2000
2/11/2000
2/26/2000
3/12/2000
3/27/2000
4/11/2000
4/26/2000
5/11/2000
5/26/2000
6/10/2000
6/25/2000
7/10/2000
7/25/2000
8/9/2000
8/24/2000
9/8/2000
9/23/2000
10/8/2000
10/23/2000
11/7/2000
11/22/2000
12/7/2000
12/22/2000
1/6/2001
1/21/2001
2/5/2001
2/20/2001
Pipeline Conversion Rate Prior Year
Potential Forecast - Pipeline Conversion Rate

Per Upside Reports, Minton 7/7/06 Exhibits FR 1-34.

# Oracle
## Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
## Updated Data

| | At Following Year's Budget Rates | | | | | | At Current Year's Budget Rates | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Forecast Date | Forecast Week | Pipeline | Actuals | Conversion Rate | Quarter | Forecast Date | Forecast Week | Pipeline | Potential Forecast | Forecasted Conversion Rate | Difference Between Prior Year Conversion Rate and Potential Forecast Conversion Rate | Quarterly Average |
| Q3 99 | 12/13/98 | Week 2 | $1,582,372,000 | $795,966,000 | 50% | Q3 FY00 | 12/13/99 | Week 2 | $2,054,968,000 | $956,116,000 | 47% | 4% | |
| | 1/10/99 | Week 6 | $1,631,990,000 | $795,745,000 | 49% | | 1/10/00 | Week 6 | $2,055,499,000 | $980,015,000 | 48% | 1% | |
| | 1/24/99 | Week 8 | $1,632,013,000 | $795,739,000 | 49% | | 1/24/00 | Week 8 | $2,058,399,000 | $968,858,000 | 47% | 2% | |
| | 2/7/99 | Week 10 | $1,632,013,000 | $795,818,000 | 49% | | 2/7/00 | Week 10 | $2,058,399,000 | $938,920,000 | 46% | 3% | |
| | 2/14/99 | Week 11 | $1,530,912,000 | $795,818,000 | 52% | | 2/14/00 | Week 11 | $1,818,384,000 | $950,259,000 | 52% | 0% | |
| | 2/28/99 | Week 13 | $1,530,912,000 | $796,142,000 | 52% | | 2/28/00 | Week 13 | $1,816,384,000 | $973,541,000 | 54% | -2% | 1% |
| Q4 99 | 3/13/99 | Week 2 | $2,631,377,000 | $1,485,013,000 | 56% | Q4 FY00 | 3/13/00 | Week 2 | $3,310,748,000 | $1,797,694,000 | 54% | 2% | |
| | 4/10/99 | Week 6 | $2,744,684,000 | $1,484,259,000 | 54% | | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,550,000 | 47% | 7% | |
| | 4/24/99 | Week 8 | $2,744,690,000 | $1,484,259,000 | 54% | | 4/24/00 | Week 8 | $3,472,373,000 | $1,620,424,000 | 47% | 7% | |
| | 5/24/99 | Week 12 | $2,535,361,000 | $1,485,032,000 | 59% | | 5/24/00 | Week 12 | $3,267,241,000 | $1,635,522,000 | 50% | 9% | |
| | 5/29/99 | Week 13 | $2,535,361,000 | $1,484,830,000 | 59% | | 5/29/00 | Week 13 | $3,267,241,000 | $1,664,279,000 | 51% | 8% | 6% |
| Q1 FY00 | 6/19/99 | Week 2 | $1,027,888,000 | $603,711,000 | 59% | Q1 FY01 | 6/19/00 | Week 2 | $1,765,898,000 | $890,785,000 | 50% | 8% | |
| | 7/3/99 | Week 4 | $1,012,588,000 | $603,389,000 | 60% | | 7/3/00 | Week 4 | $1,737,782,000 | $893,553,000 | 51% | 8% | |
| | 7/17/99 | Week 6 | $955,354,000 | $603,389,000 | 63% | | 7/17/00 | Week 6 | $1,584,737,000 | $844,700,000 | 53% | 10% | |
| | 7/31/99 | Week 8 | $999,425,000 | $603,389,000 | 60% | | 7/31/00 | Week 8 | $1,567,331,000 | $784,509,000 | 50% | 10% | |
| | 8/7/99 | Week 9 | $957,830,000 | $603,389,000 | 63% | | 8/7/00 | Week 9 | $1,349,003,000 | $761,447,000 | 56% | 7% | |
| | 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% | | 8/14/00 | Week 10 | $1,309,074,000 | $758,242,000 | 58% | 6% | |
| | 8/28/99 [1] | Week 12 | $882,174,000 | $603,389,000 | 68% | | 8/28/00 | Week 12 | $1,217,368,000 | $743,605,000 | 61% | 7% | 8% |
| Q2 FY00 | 9/11/99 | Week 2 | $1,464,990,000 | $859,632,000 | 59% | Q2 FY01 | 9/11/00 | Week 2 | $2,280,236,000 | $1,095,113,000 | 48% | 11% | |
| | 9/25/99 [2] | Week 4 | $1,543,267,000 | $859,633,000 | 56% | | 9/25/00 | Week 4 | $2,285,073,000 | $1,120,585,000 | 49% | 7% | |
| | 10/5/99 | Week 6 | $1,633,514,000 | $859,168,000 | 53% | | 10/5/00 | Week 6 | $2,352,287,000 | $1,141,246,000 | 49% | 4% | |
| | 10/16/99 | Week 8 | $1,642,102,000 | $859,167,000 | 52% | | 10/16/00 | Week 8 | $2,319,243,000 | $1,144,078,000 | 49% | 3% | |
| | 11/13/99 | Week 12 | $1,488,335,000 | $859,165,000 | 58% | | 11/13/00 | Week 12 | $2,032,129,000 | $1,150,688,000 | 57% | 1% | |
| | 11/27/99 | Week 14 | $1,381,430,000 | $859,164,000 | 62% | | 11/27/00 | Week 14 | $1,853,940,000 | $1,143,247,000 | 62% | 1% | 4% |
| Q3 FY00 | 12/11/99 | Week 2 | $1,949,375,000 | $1,029,793,000 | 53% | Q3 FY01 | 12/11/00 | Week 2 | $2,961,737,000 | $1,420,272,000 | 48% | 5% | |
| | 12/25/99 | Week 4 | $1,968,184,000 | $1,029,793,000 | 52% | | 12/25/00 | Week 4 | $2,633,350,000 | $1,420,272,000 | 54% | -2% | |
| | 1/15/00 | Week 6 | $2,015,185,000 | $1,029,793,000 | 51% | | 1/15/01 | Week 6 | $2,691,176,000 | $1,360,483,000 | 51% | 1% | |
| | 1/22/00 | Week 8 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/22/01 | Week 8 | $2,649,859,000 | $1,359,507,000 | 51% | 0% | |
| | 1/29/00 | Week 9 | $2,018,860,000 | $1,029,793,000 | 51% | | 1/29/01 | Week 9 | $2,649,859,000 | $1,308,007,000 | 49% | 2% | |
| | 2/5/00 | Week 10 | 1829758000 | 1029792000 | 56% | | 2/5/01 | Week 10 | $2,417,909,000 | $1,275,265,000 | 53% | 4% | |
| | 2/12/00 | Week 11 | $1,785,898,000 | $1,030,147,000 | 58% | | 2/12/01 | Week 11 | $2,296,078,000 | $1,280,441,000 | 56% | 2% | |
| | 2/19/00 | Week 12 | $1,693,542,000 | $1,029,790,000 | 61% | | 2/19/01 | Week 12 | $2,166,375,000 | $1,270,813,000 | 59% | 2% | |
| | 2/26/00 [3] | Week 13 | $1,609,185,000 | $1,029,790,000 | 64% | | 2/26/01 | Week 13 | $2,154,872,000 | $1,276,400,000 | 59% | 5% | 2% |
| Q4 FY00 | 3/11/00 | Week 2 | $3,235,306,000 | $1,797,955,000 | 56% | Q4 FY01 | 3/11/01 | Week 2 | $4,230,048,000 | $1,738,337,000 | 41% | 14% | |
| | 3/26/00 | Week 6 | $3,290,754,000 | $1,797,955,000 | 55% | | 3/26/01 | Week 6 | $4,041,208,000 | $1,713,420,000 | 42% | 12% | |
| | 4/9/00 | Week 8 | $3,398,706,000 | $1,797,955,000 | 53% | | 4/9/01 | Week 8 | $3,725,434,000 | $1,699,637,000 | 46% | 7% | |
| | 5/14/00 | Week 12 | $3,188,237,000 | $1,797,955,000 | 56% | | 5/14/01 | Week 12 | $3,148,795,000 | $1,647,641,000 | 52% | 4% | |
| | 5/28/00 | Week 13 | $2,906,441,000 | $1,797,955,000 | 62% | | 5/28/01 | Week 13 | $2,920,450,000 | $1,624,659,000 | 56% | 6% | 9% |

[1] Other data from the same week was excluded. Use data from 8/28 because it was the first forecast of the week. Use data from NDCA-ORCL 136060, which appears to be in line with the other forecasts for the week, instead of NDCA-ORCL 323775, which is also dated 8/28.
[2] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25.
[3] Other data from the same week was excluded. Use data from 2/26 because it was the first forecast of the week.

# EXHIBIT D

Case 3:01-cv-00988-SI Document 1403-2 Filed 11/06/2007 Page 17 of 17

```
open data "G:\Active Projects\2222.0001 (ORACLE)\CRDATA.xls"
data(for=xls,org=col) / MintonCR PriorActualCR

set CHMintonCR = MintonCR(t) - MintonCR(t-1)
set CHPriorActualCR = PriorActualCR(t) - PriorActualCR(t-1)

print
```

| ENTRY | MintonCR | PriorActualCR | CHMintonCR | CHPriorActualCR |
|---|---|---|---|---|
| 1 | 0.465270505429 | 0.503020781460 | NA | NA |
| 2 | 0.476777171869 | 0.487591835734 | 0.011506666440 | -0.015428945725 |
| 3 | 0.470685226722 | 0.487581287649 | -0.006091945147 | -0.000010548085 |
| 4 | 0.456140913399 | 0.487629694126 | -0.014544313323 | 0.000048406477 |
| 5 | 0.522584338622 | 0.519832622646 | 0.066443425222 | 0.032202928520 |
| 6 | 0.535977524576 | 0.520044261199 | 0.013393185955 | 0.000211638553 |
| 7 | 0.542987264509 | 0.564348248085 | 0.007009739933 | 0.044303986886 |
| 8 | 0.473897821461 | 0.540775914459 | -0.069089443048 | -0.023572333626 |
| 9 | 0.466661847676 | 0.540774732301 | -0.007235973785 | -0.000001182157 |
| 10 | 0.500581989513 | 0.585728028474 | 0.033920141838 | 0.044953296173 |
| 11 | 0.509383605311 | 0.585648355402 | 0.008801615798 | -0.000079673072 |
| 12 | 0.504437402387 | 0.587331499152 | -0.004946202924 | 0.001683143750 |
| 13 | 0.514191653499 | 0.595887962330 | 0.009754251112 | 0.008556463179 |
| 14 | 0.533022198636 | 0.631586825407 | 0.018830545138 | 0.035698863077 |
| 15 | 0.500538176046 | 0.603736148285 | -0.032484022590 | -0.027850677122 |
| 16 | 0.564451672828 | 0.629954167232 | 0.063913496782 | 0.026218018947 |
| 17 | 0.579220120482 | 0.638452829390 | 0.014768447654 | 0.008498662158 |
| 18 | 0.610830085890 | 0.683979577725 | 0.031609965408 | 0.045526748335 |
| 19 | 0.480263007864 | 0.586783527533 | -0.130567078026 | -0.097196050192 |
| 20 | 0.490393523533 | 0.557021565290 | 0.010130515669 | -0.029761962243 |
| 21 | 0.485164437843 | 0.525963046536 | -0.005229085690 | -0.031058518753 |
| 22 | 0.493298028710 | 0.523211712793 | 0.008133590867 | -0.002751333744 |
| 23 | 0.566247516767 | 0.577265870923 | 0.072949488057 | 0.054054158130 |
| 24 | 0.616658036398 | 0.621938136569 | 0.050410519631 | 0.044672265646 |
| 25 | 0.479540215759 | 0.528268291119 | -0.137117820640 | -0.093669845450 |
| 26 | 0.539340383922 | 0.523219881881 | 0.059800168163 | -0.005048409238 |
| 27 | 0.505534755066 | 0.511016606416 | -0.033805628855 | -0.012203275465 |
| 28 | 0.513048807503 | 0.510086385386 | 0.007514052436 | -0.000930221030 |
| 29 | 0.493613811150 | 0.510086385386 | -0.019434996353 | 0.000000000000 |
| 30 | 0.527424729384 | 0.562802294074 | 0.033810918234 | 0.052715908688 |
| 31 | 0.557664417324 | 0.576822976452 | 0.030239687940 | 0.014020682378 |
| 32 | 0.586608043390 | 0.608068769478 | 0.028943626067 | 0.031245793026 |
| 33 | 0.592332166365 | 0.639945065359 | 0.005724122975 | 0.031876295881 |

```
linreg(robusterrors,lags=2) CHMintonCR
# constant CHPriorActualCR CHPriorActualCR{1} CHMintonCR {1} MintonCR{2} PriorActualCR{2}
```

Linear Regression - Estimation by Least Squares
HAC Standard Errors with Flat Window and 2 Lags
Dependent Variable CHMINTONCR

| | | | |
|---|---|---|---|
| Usable Observations | 31 | Degrees of Freedom | 25 |
| Centered R**2 | 0.850882 | R Bar **2 | 0.821059 |
| Uncentered R**2 | 0.851803 | T x R**2 | 26.406 |
| Mean of Dependent Variable | | 0.0037275805 | |
| Std Error of Dependent Variable | | 0.0480748579 | |
| Standard Error of Estimate | | 0.0203363711 | |
| Sum of Squared Residuals | | 0.0103391997 | |
| Log Likelihood | | 80.10281 | |
| Durbin-Watson Statistic | | 1.920572 | |

| Variable | Coeff | Std Error | T-Stat | Signif |
|---|---|---|---|---|
| 1. Constant | 0.066020057 | 0.050863607 | 1.29798 | 0.19429345 |
| 2. CHPriorActualCR | 1.072682560 | 0.063036262 | 17.01691 | 0.00000000 |
| 3. CHPriorActualCR{1} | -0.164516457 | 0.161207332 | -1.02053 | 0.30747853 |
| 4. CHMintonCR{1} | -0.252583018 | 0.148922078 | -1.69608 | 0.08987167 |
| 5. MintonCR{2} | -0.336782258 | 0.158860407 | -2.11999 | 0.03400700 |
| 6. PriorActualCR{2} | 0.192612526 | 0.062394240 | 3.08702 | 0.00202171 |

# EXHIBIT E

# NAS Management Judgment

## 3Q FY01 - 4Q FY01

Source: George Roberts Forecast Reports
Winton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 036110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14,237073-81
NDCA-ORCL 237826-34, 239072-80, 278801-09

Case 3:01-cv-00988-SI Document 1317-2 Filed 10/10/2007 Page 11 of 28

**Oracle**

NAS Management Judgment

| Quarter | Forecast Week | Management Judgment (In Millions) |
|---|---|---|
| Q3-00 | Week 6 | ($15.1) |
| | Week 8 | ($11.8) |
| | Week 10 | ($17.0) |
| | Week 11 | ($19.6) |
| | Week 12 | ($17.9) |
| | Week 13 | ($21.4) |
| | Week 13 | ($21.0) |
| Q4-00 | Week 2 | $125.4 |
| | Week 4 | $122.6 |
| | Week 6 | $60.4 |
| | Week 8 | $7.4 |
| | Week 10 | $6.3 |
| | Week 11 | $10.5 |
| | Week 12 | $11.9 |
| | Week 13 | ($11.6) |
| Q1 01 | Week 2 | $6.6 |
| | Week 4 | $4.3 |
| | Week 6 | ($1.7) |
| | Week 8 | ($7.2) |
| | Week 9 | ($15.6) |
| | Week 10 | ($19.0) |
| | Week 11 | ($13.2) |
| | Week 12 | ($8.6) |
| | Week 13 | ($8.3) |
| Q2 01 | Week 1 | ($24.6) |
| | Week 4 | $21.0 |
| | Week 6 | $7.7 |
| | Week 7 | $18.7 |
| | Week 9 | $9.1 |
| | Week 10 | $19.4 |
| | Week 11 | $21.1 |
| | Week 12 | $22.0 |
| | Week 13 | $24.0 |
| Q3 01 | Week 1 | $65.9 |
| | Week 3 | $70.2 |
| | Week 6 | $129.0 |
| | Week 7 | $82.9 |
| | Week 9 | $77.7 |
| | Week 10 | $71.2 |
| | Week 11 | $68.8 |
| | Week 12 | $62.2 |
| | Week 13 | $4.8 |
| Q4 01 | Week 1 | $3.3 |
| | Week 4 | $102.7 |
| | Week 6 | $41.8 |
| | Week 8 | $9.0 |
| | Week 10 | ($1.6) |
| | Week 11 | $3.6 |
| | Week 12 | $2.6 |
| | Week 13 | $2.6 |
| | Week 13 | $5.8 |

Source: Goerge Roberts Forecast Reports
Winton Exs. 8-16, 18-26, 28-34, 42, 45, 46, 53, 54, 57-60.
CA-ORCL 036110-44, 037101-07, 036145-58
NDCA-ORCL 227124-32, 228050-58, 234640-48
NDCA-ORCL 235455-63, 236206-14,237073-81
NDCA-ORCL 237826-34, 239072-80, 278801-09

# EXHIBIT F



OSI Management Judgment

# OSI Management Judgment

## 1Q FY01 - 4Q FY01

($ millions)
$120
$100
$80
$60
$40
$20
$0
Approximate date of Ellison's directive
Week 11
Week 12
Week 4
Week 6
Week 7
Week 8
Week 9
Week 10
Week 11
Week 12
Week 13
Week 1
Week 5
Week 7
Week 8
Week 10
Week 11
Week 1
Week 3
Week 4
Q1 2001
Q2 2001
Q3 2001
Q4 2001

Source: OSI Forecast Summary Reports by Product Category
NDCA-ORCL 097156, 097160, 202967-68, 152220-21, 203462-63
NDCA-ORCL 1527589-94, 1527596-601, 1527603-08, 1527610-15
NDCA-ORCL 1527617-22, 093219-20, 349354-55, 349358-59
NDCA-ORCL 084719-20, 084736-37, 222171-72, 158632-37, 158638-41, 158642-48

**Oracle**

OSI Management Judgment

| | Forecast Week | Management Judgment (in millions) |
|---|---|---|
| **Q1 01** | Week 11 | $0.0 |
| | Week 12 | $0.0 |
| **Q2 01** | Week 4 | $0.0 |
| | Week 6 | $0.0 |
| | Week 7 | $0.0 |
| | Week 8 | $0.0 |
| | Week 9 | $27.9 |
| | Week 10 | $5.7 |
| | Week 11 | $13.0 |
| | Week 12 | $18.3 |
| | Week 13 | $25.2 |
| **Q3 01** | Week 1 | $14.9 |
| | Week 5 | $14.9 |
| | Week 7 | $94.7 |
| | Week 8 | $94.7 |
| | Week 10 | $65.7 |
| | Week 11 | $65.7 |
| **Q4 01** | Week 1 | $102.7 |
| | Week 3 | $71.6 |
| | Week 4 | $66.1 |

Source: OSI Forecast Summary Reports by Product Category
NDCA-ORCL 097156, 097160, 202967-68, 152220-21, 203462-63
NDCA-ORCL 1527589-94, 1527596-601, 1527603-08, 1527610-15
NDCA-ORCL 1527617-22, 093219-20, 349354-55, 349358-59
NDCA-ORCL 084719-20, 084736-37, 222171-72, 158632-37, 158638-41, 158642-48

# EXHIBIT G



# OPI Management Judgment

## 2Q FY01 - 4Q FY01

Note: Data begins in first full quarter under Edward Sanderson
Source: OPI Forecast Packages
NDCA-ORCL 261800.0001-17, 167900-27, 38815-36, 38843-63
NDCA-ORCL 38864-84, 38885-905, 38924-61, 38969-85, 38986-39025
NDCA-ORCL 39026-59, 96056-71, 380160-87, 160666-91, 160695-721
NDCA-ORCL 84935-65, 84863-91, 160723-50, 97266-93, 337821-51
NDCA-ORCL 337882-921, 337922-69, 337970-015, 261776.0001--.0046
NDCA-ORCL 338062-107, 338108-35, 337657-740, 337741-81, 337782-820
CA-ORCL 036922-42

Case 3:01-cv-00988-SI Document 1317-2 Filed 10/10/2007 Page 17 of 28

**Oracle**
OPI Management Judgment

| Quarter | Forecast Week | Management Judgment (In Millions) |
|---|---|---|
| Q2 01 | Week 1 | ($7) |
| | Week 4 | ($2) |
| | Week 7 | ($1) |
| | Week 7 | ($6) |
| | Week 10 | $6 |
| | Week 11 | ($7) |
| | Week 12 | $19 |
| | Week 13 | $11 |
| | Week 14 | $7 |
| Q3 01 | Week 2 | $160 |
| | Week 4 | $150 |
| | Week 6 | $14 |
| | Week 7 | $4 |
| | Week 10 | $1 |
| | Week 10 | ($6) |
| | Week 11 | $2 |
| | Week 12 | $15 |
| | Week 13 | $19 |
| | Week 14 | $25 |
| Q4 01 | Week 2 | $220 |
| | Week 3 | $89 |
| | Week 4 | $66 |
| | Week 6 | $65 |
| | Week 7 | $50 |
| | Week 8 | $59 |
| | Week 9 | $58 |
| | Week 11 | $49 |
| | Week 11 | $49 |
| | Week 12 | $46 |
| | Week 13 | $43 |

Note -- Data begins in first full quarter under Edward Sanderson
Source: OPI Forecast Packages
NDCA-ORCL 261800.0001-17, 167900-27, 38815-36, 38843-63
NDCA-ORCL 38864-84, 38885-905, 38924-61, 38969-85, 38986-39025
NDCA-ORCL 39026-59, 96056-71, 380160-87, 160666-91, 160695-721
NDCA-ORCL 84935-65, 84863-91, 160723-50, 97266-93, 337821-51
NDCA-ORCL 337882-921, 337922-69, 337970-015, 261776.0001-.0046
NDCA-ORCL 338062-107, 338108-35, 337657-740, 337741-81, 337782-820
CA-ORCL 036922-42

# EXHIBIT H



Case 3:01-cv-00988-SI Document 1317-2 Filed 10/10/2007 Page 19 of 28

Sequential Growth in GDP (Equipment & Software)
Percent Growth
8%
7%
6%
5%
4%
3%
2%
1%
0%
-1%
-2%
-3%
Q3 99
Q4 99
Q1 00
Q2 00
Q3 00
Q4 00
Oracle's 3rd Q FY00
Oracle's 3rd Q FY01
Data available on 1/31/01
Equip & Software
Software

Source: Bureau of Economic Analysis -- 9/28/00 and 1/28/01 Gross domestic Product Releases

**Oracle**

Sequential Growth in GDP (Equipment & Software)

| | Apr-Jun Q299 | Jul-Sep Q399 | Oct-Dec Q499 | Jan-Mar Q100 | Apr-Jun Q200 | Jul-Sep Q300 | Oct-Dec Q400 |
|---|---|---|---|---|---|---|---|
| Equip & Software | 904.3 | 935.6 | 951.8 | 999.6 | 1044.1 | 1060.5 | 1043.5 |
| *Growth Rate* | | 3.46% | 1.73% | 5.02% | 4.45% | 1.57% | -1.60% |
| Software | 173.3 | 184.7 | 196.8 | 210.5 | 224.5 | 238.4 | 245.3 |
| *Growth Rate* | | 6.58% | 6.55% | 6.96% | 6.65% | 6.19% | 2.89% |

Source: Bureau of Economic Analysis -- 9/28/00 and 1/28/01 Gross Domestic Product Releases

# EXHIBIT I

FOR WIRE TRANSMISSION: 8:30 A.M. EST, WEDNESDAY, JANUARY 31, 2001

Virginia H. Mannering: (202) 606-5304 (GDP)
Recorded message: 606-5306

BEA 01-02

## GROSS DOMESTIC PRODUCT: FOURTH QUARTER 2000 (ADVANCE)

Real gross domestic product -- the output of goods and services produced by labor and property located in the United States -- increased at an annual rate of 1.4 percent in the fourth quarter of 2000, according to advance estimates released by the Bureau of Economic Analysis. In the third quarter, real GDP increased 2.2 percent.

The Bureau emphasized that the fourth-quarter "advance" estimates are based on source data that are incomplete or subject to further revision by the source agency (see the box on page 3). The fourth-quarter "preliminary" estimates, based on more comprehensive data, will be released on February 28, 2001.

The growth in real GDP in the fourth quarter reflected an increase in domestic demand that was partly offset by a decrease in foreign demand. Domestic demand (gross domestic purchases) increased 1.9 percent, and foreign demand (exports of goods and services) decreased 4.3 percent. The increase in domestic demand reflected increases in personal consumption expenditures (PCE) and in government spending that were partly offset by decreases in nonresidential fixed investment, in private inventory investment, and in residential investment.

The deceleration in real GDP growth in the fourth quarter primarily reflected downturns in business investment in equipment and software and in PCE for goods that were partly offset by an upturn in federal government spending.

The price index for gross domestic purchases, which measures prices paid by U.S. residents, increased 1.9 percent in the fourth quarter, compared with an increase of 2.0 percent in the third. Excluding food and energy prices, the price index for gross domestic purchases increased 1.6 percent in the fourth quarter, compared with an increase of 1.5 percent in the third.

---

NOTE.--Quarterly estimates are expressed at seasonally adjusted annual rates, unless otherwise specified. Quarter-to-quarter dollar changes are differences between these published estimates. Percent changes are calculated from unrounded data and annualized. "Real" estimates are in chained (1996) dollars. Price indexes are chain-type measures.

- more -

DEFENDANT'S
EXHIBIT NO. 5
FOR IDENTIFICATION
DATE:
RPTR:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipment and software...... | 1.32 | 1.30 | 1.32 | 1.01 | 1.65 | 1.65 | .26 | 2.05 | 1.40 | .60 | 1.47 | 1.26 | 1.38 | 1.66 | .94 | 1.91 | 1.73 | .58 | -.50 |
| Residential.................. | .33 | .27 | -.02 | .04 | .20 | .09 | .22 | .37 | .48 | .41 | .37 | .34 | .25 | -.13 | .03 | .14 | .06 | -.47 | -.10 |
| Change in private inventories... | .20 | -.37 | .24 | .82 | 1.93 | -1.82 | .73 | 2.37 | -2.50 | .55 | -.20 | -.89 | -1.42 | 1.17 | 1.78 | -1.76 | 1.73 | -.22 | -.18 |
| Net exports of goods and services. | -1.20 | -1.03 | -.87 | -.92 | -.27 | -.84 | -.88 | -1.61 | -1.91 | -1.04 | .05 | -1.44 | -1.35 | -1.08 | -.37 | -.94 | -1.00 | -.90 | -.56 |
| Exports........................ | .26 | .32 | .98 | .84 | 1.90 | 1.19 | -.10 | .13 | -.34 | -.35 | 1.54 | -.89 | .60 | 1.05 | 1.09 | :67 | 1.48 | 1.45 | -.49 |
| Goods........................ | .18 | .30 | .89 | 1.04 | 1.59 | .99 | .02 | -.05 | -.55 | -.01 | 1.21 | -.76 | .51 | 1.13 | .94 | .46 | 1.37 | 1.54 | -.50 |
| Services..................... | .08 | .02 | .09 | -.20 | .31 | .20 | -.11 | .17 | .21 | -.34 | .33 | -.13 | .08 | -.08 | .15 | .21 | .11 | -.09 | .01 |
| Imports........................ | -1.46 | -1.35 | -1.85 | -1.76 | -2.17 | -2.03 | -.79 | -1.73 | -1.57 | -.68 | -1.49 | -.55 | -1.95 | -2.13 | -1.45 | -1.61 | -2.48 | -2.35 | -.07 |
| Goods........................ | -1.21 | -1.32 | -1.60 | -1.39 | -2.05 | -1.60 | -.62 | -1.35 | -1.43 | -.48 | -1.44 | -.72 | -1.89 | -1.99 | -1.28 | -1.28 | -2.26 | -1.90 | .05 |
| Services..................... | -.24 | -.04 | -.24 | -.37 | -.11 | -.43 | -.17 | -.39 | -.14 | -.20 | -.05 | .17 | -.05 | -.13 | -.17 | -.33 | -.22 | -.44 | -.13 |
| Government consumption expenditures and gross investment | .38 | .59 | .50 | .21 | 1.14 | .40 | .03 | -.15 | 1.24 | .25 | .50 | .64 | .13 | .84 | 1.50 | -.18 | .85 | -.24 | .50 |
| Federal...................... | -.03 | .16 | .09 | -.29 | .66 | -.07 | -.24 | -.60 | .75 | -.20 | .23 | -.13 | .12 | .41 | .79 | -.93 | .97 | -.57 | .27 |
| National defense............. | -.07 | .08 | .01 | -.58 | .44 | .01 | -.09 | -.79 | .49 | .23 | -.09 | -.12 | -.09 | .46 | .48 | -.86 | .60 | -.38 | .37 |
| Nondefense................... | .04 | .08 | .08 | .29 | .22 | -.07 | -.15 | .20 | .26 | -.42 | .32 | -.01 | .21 | -.05 | .30 | -.07 | .37 | -.18 | -.10 |
| State and local................ | .41 | .43 | .40 | .50 | .48 | .46 | .27 | .44 | .49 | .45 | .27 | .78 | .01 | .43 | .71 | .75 | -.12 | .33 | .24 |

See "Explanatory Note" at the end of the tables.

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | Change from preceding period | | |
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
| Gross domestic product (GDP)... | 9,965.7 | 9,559.7 | 9,752.7 | 9,945.7 | 10,039.4 | 10,125.0 | 9,320.4 | 9,084.1 | 9,191.8 | 9,318.9 | 9,369.5 | 9,401.5 | 444.6 | 50.6 | 32.0 |
| Personal consumption expenditures. | 6,758.6 | 6,446.2 | 6,621.7 | 6,706.3 | 6,810.8 | 6,895.6 | 6,294.6 | 6,101.0 | 6,213.5 | 6,260.6 | 6,329.8 | 6,374.6 | 315.8 | 69.2 | 44.8 |
| Durable goods.................. | 820.4 | 787.6 | 826.3 | 814.3 | 824.7 | 816.2 | 895.9 | 851.8 | 898.2 | 886.7 | 903.2 | 895.5 | 78.1 | 16.5 | -7.7 |
| Motor vehicles and parts...... | 339.4 | 330.3 | 349.3 | 335.5 | 341.4 | 331.4 | 340.1 | 330.9 | 351.8 | 335.9 | 342.0 | 330.6 | 17.1 | 6.1 | -11.4 |
| Furniture and household equipment.................... | 312.3 | 298.8 | 309.7 | 311.1 | 314.1 | 314.4 | 383.3 | 358.2 | 374.1 | 379.3 | 387.2 | 392.7 | 44.6 | 7.9 | 5.5 |
| Other......................... | 168.7 | 158.5 | 167.3 | 167.7 | 169.3 | 170.4 | 176.0 | 164.9 | 174.0 | 175.0 | 177.6 | 177.6 | 18.7 | 2.6 | .0 |
| Nondurable goods............... | 2,009.5 | 1,910.2 | 1,963.9 | 1,997.6 | 2,031.5 | 2,045.1 | 1,868.7 | 1,818.1 | 1,844.8 | 1,861.1 | 1,882.6 | 1,886.3 | 89.3 | 21.5 | 3.7 |
| Food.......................... | 953.0 | 926.1 | 938.4 | 948.3 | 959.9 | 965.5 | 877.1 | 866.0 | 872.2 | 876.5 | 879.1 | 880.6 | 31.2 | 2.6 | 1.5 |
| Clothing and shoes............ | 328.2 | 311.9 | 323.1 | 325.6 | 330.9 | 333.2 | 344.9 | 322.1 | 337.7 | 342.3 | 350.2 | 349.4 | 26.4 | 7.9 | -.8 |
| Gasoline, fuel oil, and other energy goods........... | 181.9 | 157.6 | 172.9 | 182.0 | 185.8 | 186.7 | 148.0 | 151.5 | 145.8 | 147.5 | 149.5 | 149.1 | -1.6 | 2.0 | -.4 |
| Gasoline and oil........... | 162.1 | 142.0 | 154.5 | 163.3 | 165.5 | 165.3 | 132.7 | 136.2 | 131.2 | 132.2 | 133.8 | 133.8 | -1.5 | 1.6 | .0 |
| Fuel oil and coal.......... | 19.7 | 15.6 | 18.5 | 18.7 | 20.3 | 21.4 | 15.3 | 15.3 | 14.7 | 15.3 | 15.8 | 15.3 | -.2 | .5 | -.5 |
| Other......................... | 546.4 | 514.6 | 529.5 | 541.7 | 554.9 | 559.7 | 500.6 | 478.7 | 490.6 | 496.5 | 505.9 | 509.4 | 34.6 | 9.4 | 3.5 |
| Services....................... | 3,928.7 | 3,748.5 | 3,831.6 | 3,894.4 | 3,954.6 | 4,034.2 | 3,544.6 | 3,443.0 | 3,487.2 | 3,526.7 | 3,559.3 | 3,605.3 | 153.8 | 32.6 | 46.0 |
| Housing....................... | 956.3 | 923.5 | 936.7 | 950.0 | 962.2 | 976.5 | 849.2 | 836.5 | 841.4 | 847.0 | 851.7 | 856.9 | 20.9 | 4.7 | 5.2 |
| Household operation........... | 383.4 | 363.0 | 369.0 | 380.6 | 385.7 | 398.6 | 374.5 | 359.3 | 364.7 | 374.8 | 375.2 | 383.5 | 16.5 | .4 | 8.3 |
| Electricity and gas......... | 139.8 | 126.7 | 129.5 | 138.4 | 141.1 | 150.3 | 134.7 | 127.7 | 130.0 | 136.5 | 133.9 | 138.6 | 3.8 | -2.6 | 4.7 |
| Other household operation... | 243.6 | 236.3 | 239.5 | 242.2 | 244.5 | 248.3 | 239.5 | 231.2 | 234.4 | 238.1 | 241.1 | 244.6 | 12.6 | 3.0 | 3.5 |
| Transportation................ | 273.7 | 262.3 | 267.4 | 272.8 | 275.5 | 279.2 | 250.1 | 245.0 | 247.5 | 249.9 | 250.8 | 252.1 | 8.9 | .9 | 1.3 |
| Medical care.................. | 998.5 | 964.0 | 979.3 | 989.6 | 1,005.6 | 1,019.5 | 906.4 | 892.8 | 897.4 | 903.8 | 909.1 | 915.4 | 24.7 | 5.3 | 6.3 |
| Recreation.................... | 264.8 | 244.5 | 253.0 | 260.7 | 268.5 | 276.9 | 234.8 | 222.2 | 227.3 | 232.2 | 236.7 | 242.9 | 17.0 | 4.5 | 6.2 |
| Other......................... | 1,051.9 | 991.2 | 1,026.3 | 1,040.8 | 1,057.2 | 1,083.5 | 928.2 | 886.1 | 907.4 | 918.0 | 934.3 | 952.9 | 65.1 | 16.3 | 18.6 |
| Gross private domestic investment. | 1,834.1 | 1,723.7 | 1,755.7 | 1,852.6 | 1,869.3 | 1,858.9 | 1,841.7 | 1,751.6 | 1,773.6 | 1,863.0 | 1,871.1 | 1,858.9 | 172.0 | 8.1 | -12.2 |
| Fixed investment............... | 1,776.8 | 1,651.0 | 1,725.8 | 1,780.5 | 1,803.0 | 1,797.8 | 1,770.9 | 1,666.6 | 1,730.9 | 1,777.6 | 1,791.3 | 1,783.7 | 149.5 | 13.7 | -7.0 |
| Nonresidential................ | 1,360.8 | 1,242.2 | 1,308.5 | 1,359.2 | 1,390.6 | 1,384.8 | 1,412.5 | 1,301.8 | 1,365.3 | 1,412.5 | 1,438.8 | 1,433.6 | 157.2 | 26.3 | -5.2 |
| Structures.................. | 323.8 | 290.4 | 308.9 | 315.1 | 330.1 | 341.3 | 282.7 | 260.6 | 274.0 | 277.0 | 286.6 | 293.1 | 23.5 | 9.6 | 6.5 |
| Nonresidential buildings, including farm........... | 232.3 | 208.7 | 224.5 | 229.3 | 235.0 | 240.4 | 201.0 | 185.1 | 196.5 | 199.5 | 202.7 | 205.4 | 13.6 | 3.2 | 2.7 |
| Utilities................. | 47.9 | 45.8 | 47.1 | 45.4 | 48.5 | 50.5 | 45.1 | 44.0 | 44.9 | 42.8 | 45.6 | 47.3 | 1.6 | 2.8 | 1.7 |
| Mining exploration, shafts, and wells........ | 35.3 | 27.8 | 29.8 | 33.2 | 37.6 | 40.4 | 29.2 | 24.6 | 26.1 | 28.4 | 30.5 | 31.8 | 7.7 | 2.1 | 1.3 |
| Other structures.......... | 8.4 | 8.1 | 7.5 | 7.1 | 9.0 | 10.0 | 7.6 | 7.5 | 6.9 | 6.5 | 8.1 | 8.9 | .3 | 1.6 | .8 |
| Equipment and software...... | 1,036.9 | 951.8 | 999.6 | 1,044.1 | 1,060.5 | 1,043.5 | 1,139.5 | 1,050.1 | 1,100.4 | 1,146.6 | 1,162.4 | 1,148.6 | 136.4 | 15.8 | -13.8 |
| Information processing equipment and software... | 532.1 | 461.4 | 495.3 | 527.5 | 548.6 | 556.8 | 676.5 | 587.9 | 629.4 | 669.1 | 695.6 | 711.7 | 134.3 | 26.5 | 16.1 |
| Computers and peripheral equipment... | 114.1 | 98.9 | 104.3 | 113.6 | 120.3 | 118.2 | 303.7 | 243.8 | 264.1 | 297.3 | 324.3 | 329.0 | 86.4 | 27.0 | 4.7 |

| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software | 229.7 | 196.8 | 210.5 | 224.5 | 238.4 | 245.3 | 228.7 | 205.3 | 215.0 | 224.5 | 234.3 | 241.2 | 40.7 | 9.8 | 6.9 |
| Other | 188.3 | 165.7 | 180.6 | 189.3 | 189.9 | 193.3 | 195.7 | 171.6 | 187.3 | 196.6 | 197.5 | 201.5 | 32.6 | .9 | 4.0 |
| Industrial equipment | 168.3 | 156.3 | 162.7 | 168.0 | 171.8 | 170.5 | 164.1 | 152.8 | 158.9 | 164.0 | 167.4 | 166.1 | 16.3 | 3.4 | -1.3 |
| Transportation equipment | 191.6 | 196.5 | 198.7 | 201.6 | 193.8 | 172.3 | 189.2 | 195.9 | 197.3 | 199.2 | 190.6 | 169.8 | -2.6 | -8.6 | -20.8 |
| Other | 145.1 | 137.6 | 142.9 | 147.1 | 146.4 | 143.9 | 139.3 | 132.8 | 138.0 | 141.4 | 140.3 | 137.6 | 3.7 | -1.1 | -2.7 |

See note at the end of the table.

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period--Continued

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | Change from preceding period | | |
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
| Residential | 416.0 | 408.8 | 417.3 | 421.3 | 412.4 | 413.0 | 366.6 | 368.5 | 371.4 | 372.6 | 362.3 | 360.0 | -1.7 | -10.3 | -2.3 |
| Structures | 406.4 | 399.6 | 407.8 | 411.7 | 402.8 | 403.3 | 356.9 | 359.2 | 361.8 | 362.9 | 352.6 | 350.3 | -2.3 | -10.3 | -2.3 |
| Single family | 216.8 | 211.5 | 222.8 | 220.6 | 211.9 | 211.7 | 189.4 | 188.8 | 195.8 | 193.5 | 184.9 | 183.4 | 1.8 | -8.6 | -1.5 |
| Multifamily | 28.0 | 27.3 | 28.7 | 28.6 | 26.5 | 28.4 | 23.1 | 23.0 | 23.8 | 23.6 | 21.8 | 23.2 | -.1 | -1.8 | 1.4 |
| Other | 161.6 | 160.9 | 156.3 | 162.5 | 164.4 | 163.2 | 144.3 | 147.5 | 142.0 | 145.7 | 146.0 | 143.6 | -4.2 | .3 | -2.4 |
| Equipment | 9.6 | 9.2 | 9.5 | 9.6 | 9.6 | 9.7 | 9.8 | 9.3 | 9.7 | 9.7 | 9.8 | 9.9 | .7 | .1 | .1 |
| Change in private inventories | 57.4 | 72.7 | 29.9 | 72.0 | 66.4 | 61.1 | 63.7 | 80.9 | 36.6 | 78.6 | 72.5 | 67.1 | 18.4 | -6.1 | -5.4 |
| Farm | -1.4 | .9 | -2.5 | -.1 | -1.1 | -1.9 | 4.9 | 7.9 | 3.6 | 6.2 | 5.0 | 4.7 | 4.9 | -1.2 | -.3 |
| Nonfarm | 58.8 | 71.8 | 32.4 | 72.2 | 67.5 | 63.0 | 58.8 | 73.0 | 33.0 | 72.3 | 67.4 | 62.4 | 13.9 | -4.9 | -5.0 |
| Manufacturing | 16.4 | 7.4 | 9.9 | 16.9 | 22.0 | 16.6 | 16.8 | 7.6 | 10.3 | 17.6 | 22.6 | 16.7 | 16.7 | 5.0 | -5.9 |
| Wholesale trade | 23.2 | 17.9 | 21.0 | 32.1 | 21.9 | 18.0 | 23.6 | 18.5 | 21.5 | 32.5 | 22.3 | 18.2 | 6.2 | -10.2 | -4.1 |
| Retail trade | 15.9 | 42.4 | -4.5 | 22.1 | 20.5 | 25.8 | 15.5 | 41.7 | -4.4 | 21.5 | 20.0 | 25.1 | -5.3 | -1.5 | 5.1 |
| Other | 3.2 | 4.1 | 6.1 | 1.1 | 3.1 | 2.7 | 3.1 | 4.2 | 6.1 | .9 | 2.8 | 2.4 | -3.0 | 1.9 | -.4 |
| Net exports of goods and services | -370.4 | -299.1 | -335.2 | -355.4 | -389.5 | -401.6 | -412.5 | -352.5 | -376.8 | -403.4 | -427.7 | -442.2 | -90.1 | -24.3 | -14.5 |
| Exports | 1,099.0 | 1,031.0 | 1,051.9 | 1,092.9 | 1,130.8 | 1,120.3 | 1,127.9 | 1,068.4 | 1,084.8 | 1,121.8 | 1,158.8 | 1,146.2 | 94.9 | 37.0 | -12.6 |
| Goods | 790.8 | 734.6 | 747.5 | 783.6 | 821.9 | 810.0 | 841.7 | 786.5 | 798.1 | 833.5 | 874.2 | 860.8 | 89.5 | 40.7 | -13.4 |
| Foods, feeds, and beverages | 48.1 | 46.3 | 47.1 | 47.3 | 50.1 | 47.7 | 60.8 | 58.4 | 59.4 | 58.9 | 64.7 | 60.3 | 4.2 | 5.8 | -4.4 |
| Industrial supplies and materials | 167.2 | 153.1 | 157.6 | 163.3 | 172.3 | 175.5 | 169.4 | 160.4 | 161.7 | 165.4 | 173.5 | 176.8 | 16.6 | 8.1 | 3.3 |
| Capital goods, except automotive | 357.6 | 325.3 | 326.3 | 356.9 | 376.6 | 370.5 | 395.7 | 358.4 | 361.2 | 395.5 | 416.3 | 409.9 | 53.1 | 20.8 | -6.4 |
| Automotive vehicles, engines, and parts | 79.8 | 77.5 | 80.3 | 80.1 | 80.9 | 77.9 | 77.9 | 76.0 | 78.6 | 78.2 | 78.8 | 76.0 | 3.3 | .6 | -2.8 |
| Consumer goods, except automotive | 89.0 | 83.6 | 87.3 | 88.5 | 91.7 | 88.5 | 88.3 | 83.1 | 86.6 | 87.8 | 90.8 | 87.9 | 7.9 | 3.0 | -2.9 |
| Other | 49.1 | 48.8 | 49.0 | 47.5 | 50.3 | 49.8 | 50.8 | 50.6 | 50.7 | 49.0 | 52.2 | 51.3 | 5.2 | 3.2 | -.9 |
| Services | 308.2 | 296.4 | 304.4 | 309.2 | 308.9 | 310.2 | 289.4 | 283.7 | 288.5 | 291.0 | 288.9 | 289.3 | 7.7 | -2.1 | .4 |
| Imports | 1,469.4 | 1,330.1 | 1,387.1 | 1,448.3 | 1,520.3 | 1,521.9 | 1,540.4 | 1,420.9 | 1,461.7 | 1,525.2 | 1,586.4 | 1,588.4 | 185.1 | 61.2 | 2.0 |
| Goods | 1,249.7 | 1,127.3 | 1,176.1 | 1,233.9 | 1,294.7 | 1,294.1 | 1,324.0 | 1,222.5 | 1,255.3 | 1,313.9 | 1,364.0 | 1,362.6 | 162.9 | 50.1 | -1.4 |
| Foods, feeds, and beverages | 46.2 | 44.6 | 44.6 | 45.6 | 47.3 | 47.2 | 49.7 | 47.4 | 47.3 | 48.8 | 51.1 | 51.4 | 3.6 | 2.3 | .3 |
| Industrial supplies and materials, except petroleum and products | 171.5 | 159.4 | 165.2 | 168.6 | 177.4 | 174.7 | 166.6 | 164.7 | 166.7 | 165.4 | 170.0 | 164.4 | 9.3 | 4.6 | -5.6 |
| Petroleum and products | 119.3 | 85.7 | 108.0 | 117.1 | 127.0 | 125.0 | 85.3 | 76.5 | 81.7 | 88.2 | 87.1 | 84.3 | 3.8 | -1.1 | -2.8 |
| Capital goods, except automotive | 352.1 | 314.7 | 324.3 | 348.5 | 367.4 | 368.4 | 460.3 | 406.0 | 419.9 | 453.6 | 481.0 | 486.7 | 82.1 | 27.4 | 5.7 |
| Automotive vehicles, engines, and parts | 197.1 | 188.0 | 193.3 | 195.4 | 202.6 | 197.2 | 193.7 | 185.7 | 190.6 | 192.0 | 198.8 | 193.5 | 16.1 | 6.8 | -5.3 |
| Consumer goods, except automotive | 276.1 | 253.1 | 260.6 | 276.6 | 280.3 | 286.8 | 287.8 | 261.8 | 270.5 | 288.2 | 292.4 | 300.0 | 40.2 | 4.2 | 7.6 |
| Other | 87.4 | 81.8 | 80.0 | 82.1 | 92.6 | 94.8 | 87.3 | 82.2 | 80.2 | 82.2 | 92.2 | 94.5 | 14.2 | 10.0 | 2.3 |
| Services | 219.7 | 202.8 | 211.0 | 214.4 | 225.6 | 227.7 | 218.7 | 200.6 | 208.4 | 213.7 | 224.8 | 227.9 | 22.8 | 11.1 | 3.1 |

See note at the end of the table.

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period--Continued

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | Change from preceding period | | |
| | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | IV 99 | I 00 | II 00 | III 00 | IV 00 | 2000 | III 00 | IV 00 |
| Government consumption | | | | | | | | | | | | | | | |

# EXHIBIT J



BEA News

Search:

Go

## News Release: Gross Domestic Product and Corporate Profits

The entire release is available in PDF format.
Many of the tables in our news releases are very wide. Printing tips are available.

FOR WIRE TRANSMISSION: 8:30 A.M. EDT, THURSDAY, SEPTEMBER 28, 2000

Virginia H. Mannering: (202) 606-5304 (GDP)
Kenneth A. Petrick: 606-9738 (Profits)
Recorded message: 606-5306

BEA 00-29

GROSS DOMESTIC PRODUCT: SECOND QUARTER 2000 (FINAL)
CORPORATE PROFITS: SECOND QUARTER 2000 (REVISED)

Real gross domestic product -- the output of goods and services produced by labor and property located in the United States -- increased at an annual rate of 5.6 percent in the second quarter of 2000, according to revised estimates released by the Commerce Department's Bureau of Economic Analysis. In the first quarter, real GDP increased 4.8 percent.

The GDP estimates released today are based on more complete source data than were available for the preliminary estimates issued last month. In the preliminary estimates, the increase in real GDP was 5.3 percent (see "Revisions" on page 3).

The major contributors to the increase in real GDP in the second quarter were: Nonresidential fixed investment, personal consumption expenditures (PCE) for services, inventory investment, exports, and federal government spending. The contributions of these components were partially offset by an increase in imports (which are subtracted in the calculation of GDP).

The acceleration in real GDP in the second quarter primarily reflected upturns in inventory investment and in federal government spending that more than offset a sharp decelerations in PCE for goods.

The price index for gross domestic purchases, which measures prices paid by U.S. residents, increased 2.1 percent in the second quarter, 0.2 percentage point less than in the preliminary estimate; this index increased 3.8 percent in the first quarter. Excluding food and energy prices, the price index for gross domestic purchases increased 1.7 percent in the second quarter, compared with an increase of 2.8 percent in the first.

FOOTNOTE.--Quarterly estimates are expressed at seasonally adjusted annual rates, unless otherwise specified. Quarter-to-quarter dollar changes are differences between these published estimates. Percent changes are calculated from unrounded data and annualized. "Real" estimates are in chained (1996) dollars. Price indexes are chain-type measures.

Real personal consumption expenditures increased 3.1 percent in the second quarter, compared with an increase of 7.6 percent in the first. Real nonresidential fixed investment increased 14.6 percent, compared with an increase of 21.0 percent. Nonresidential structures increased 4.4 percent, compared with an increase of 22.3 percent. Equipment and software increased 17.9 percent, compared with an increase of 20.6 percent. Real residential fixed investment increased 1.3 percent, compared with an increase of 3.2 percent.



| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross domestic product......... | 4.4 | 4.4 | 4.2 | 2.0 | 4.6 | 4.4 | 5.9 | 4.2 | 2.8 | 6.5 | 2.9 | 3.4 | 5.6 | 3.5 | 2.5 | 5.7 | 8.3 | 4.8 | 5.6 |
| Percentage points at annual rates: | | | | | | | | | | | | | | | | | | | |
| Personal consumption expenditures. | 2.39 | 3.12 | 3.52 | 1.25 | 1.94 | 3.01 | 1.32 | 4.29 | 2.20 | 3.24 | 3.77 | 2.83 | 3.29 | 3.73 | 3.67 | 3.43 | 4.08 | 5.03 | 2.14 |
| Durable goods.................. | .51 | .81 | .96 | -.12 | .39 | .78 | -.23 | 1.60 | .48 | .71 | 1.02 | .32 | 1.72 | .67 | 1.14 | .64 | 1.04 | 1.79 | -.42 |
| Nondurable goods............... | .58 | .79 | 1.10 | .44 | .79 | .60 | .16 | 1.16 | .12 | .93 | 1.10 | .84 | 1.02 | 1.48 | .75 | .97 | 1.47 | 1.19 | .74 |
| Services....................... | 1.29 | 1.53 | 1.46 | .94 | .76 | 1.62 | 1.40 | 1.52 | 1.61 | 1.60 | 1.65 | 1.67 | .54 | 1.58 | 1.78 | 1.81 | 1.58 | 2.04 | 1.83 |
| Gross private domestic investment. | 1.91 | 2.06 | 1.15 | 2.50 | .15 | 2.06 | 3.69 | .38 | 1.42 | 5.04 | -.18 | 1.40 | 1.75 | .60 | .01 | 2.50 | 3.04 | .92 | 3.66 |
| Fixed investment............... | 1.47 | 1.87 | 1.53 | 1.43 | .95 | 1.24 | 1.76 | 2.20 | .69 | 2.67 | 2.31 | .86 | 1.95 | 1.49 | 1.43 | 1.33 | 1.26 | 2.68 | 1.93 |
| Nonresidential............... | 1.39 | 1.54 | 1.26 | 1.47 | 1.12 | 1.20 | 1.56 | 2.12 | .47 | 2.30 | 1.83 | .44 | 1.58 | 1.15 | 1.18 | 1.47 | 1.22 | 2.54 | 1.87 |
| Structures................. | .26 | .22 | -.05 | .21 | .61 | .19 | -.09 | .46 | .21 | .25 | .43 | -.16 | .11 | -.11 | -.20 | -.19 | .29 | .63 | .14 |
| Equipment and software...... | 1.13 | 1.32 | 1.30 | 1.27 | .51 | 1.01 | 1.65 | 1.65 | .26 | 2.05 | 1.40 | .60 | 1.47 | 1.26 | 1.38 | 1.66 | .94 | 1.91 | 1.73 |
| Residential.................. | .08 | .33 | .27 | -.04 | -.17 | .04 | .20 | .09 | .22 | .37 | .48 | .41 | .37 | .34 | .25 | -.13 | .03 | .14 | .06 |
| Change in private inventories... | .44 | .20 | -.37 | 1.07 | -.80 | .82 | 1.93 | -1.82 | .73 | 2.37 | -2.50 | .55 | -.20 | -.89 | -1.42 | 1.17 | 1.78 | -1.76 | 1.73 |
| Net exports of goods and services. | -.29 | -1.20 | -1.03 | -1.31 | 2.10 | -.92 | -.27 | -.84 | -.88 | -1.61 | -1.91 | -1.04 | .05 | -1.44 | -1.35 | -1.08 | -.37 | -.94 | -1.00 |
| Exports........................ | 1.35 | .26 | .32 | .36 | 2.86 | .84 | 1.90 | 1.19 | -.10 | .13 | -.34 | -.35 | 1.54 | -.89 | .60 | 1.05 | 1.09 | .67 | 1.48 |
| Goods........................ | 1.12 | .18 | .30 | .61 | 1.75 | 1.04 | 1.59 | .99 | .02 | -.05 | -.55 | -.01 | 1.21 | -.76 | .51 | 1.13 | .94 | .46 | 1.37 |
| Services..................... | .23 | .08 | .02 | -.25 | 1.12 | -.20 | .31 | .20 | -.11 | .17 | .21 | -.34 | .33 | -.13 | .08 | -.08 | .15 | .21 | .11 |
| Imports........................ | -1.64 | -1.46 | -1.35 | -1.66 | -.76 | -1.76 | -2.17 | -2.03 | -.79 | -1.73 | -1.57 | -.68 | -1.49 | -.55 | -1.95 | -2.13 | -1.45 | -1.61 | -2.48 |
| Goods........................ | -1.43 | -1.21 | -1.32 | -1.44 | -.76 | -1.39 | -2.05 | -1.60 | -.62 | -1.35 | -1.43 | -.48 | -1.44 | -.72 | -1.89 | -1.99 | -1.28 | -1.28 | -2.26 |
| Services..................... | -.21 | -.24 | -.04 | -.22 | .00 | -.37 | -.11 | -.43 | -.17 | -.39 | -.14 | -.20 | -.05 | .17 | -.05 | -.13 | -.17 | -.33 | -.22 |
| Government consumption expenditures and gross investment | .43 | .38 | .59 | -.43 | .45 | .21 | 1.14 | .40 | .03 | -.15 | 1.24 | .25 | .50 | .64 | .13 | .84 | 1.50 | -.18 | .85 |
| Federal........................ | -.03 | -.03 | .16 | -.54 | -.09 | -.29 | .66 | -.07 | -.24 | -.60 | .75 | -.20 | .23 | -.13 | .12 | .41 | .79 | -.93 | .97 |
| National defense............. | -.12 | -.07 | .08 | -.38 | -.10 | -.58 | .44 | .01 | -.09 | -.79 | .49 | .23 | -.09 | -.12 | -.09 | .46 | .48 | -.86 | .60 |
| Nondefense................... | .09 | .04 | .08 | -.16 | .02 | .29 | .22 | -.07 | -.15 | .20 | .26 | -.42 | .32 | -.01 | .21 | -.05 | .30 | -.07 | .37 |
| State and local................ | .45 | .41 | .43 | .11 | .54 | .50 | .48 | .46 | .27 | .44 | .49 | .45 | .27 | .78 | .01 | .43 | .71 | .75 | -.12 |

r revised
See "Explanatory Note" at the end of the tables.

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | Change from preceding period | | |
| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
| Gross domestic product (GDP)... | 9,299.2 | 9,191.5 | 9,340.9 | 9,559.7 | 9,752.7 | 9,945.7 | 8,875.8 | 8,783.2 | 8,905.8 | 9,084.1 | 9,191.8 | 9,318.9 | 360.1 | 107.7 | 127.1 |
| Personal consumption expenditures. | 6,268.7 | 6,213.2 | 6,319.9 | 6,446.2 | 6,621.7 | 6,706.3 | 5,978.8 | 5,940.2 | 6,013.8 | 6,101.0 | 6,213.5 | 6,260.6 | 300.1 | 112.5 | 47.1 |
| Durable goods.................. | 761.3 | 756.3 | 767.2 | 787.6 | 826.3 | 814.3 | 817.8 | 810.5 | 826.2 | 851.8 | 898.2 | 886.7 | 90.5 | 46.4 | -11.5 |
| Motor vehicles and parts...... | 320.7 | 321.8 | 323.2 | 330.3 | 349.3 | 335.5 | 323.0 | 325.3 | 324.9 | 330.9 | 351.8 | 335.9 | 31.3 | 20.9 | -15.9 |
| Furniture and household equipment................... | 288.5 | 284.7 | 291.0 | 298.8 | 309.7 | 311.1 | 338.7 | 331.7 | 343.9 | 358.2 | 374.1 | 379.3 | 44.3 | 15.9 | 5.2 |
| Other........................ | 152.0 | 149.8 | 153.0 | 158.5 | 167.3 | 167.7 | 157.3 | 154.1 | 158.9 | 164.9 | 174.0 | 175.0 | 15.8 | 9.1 | 1.0 |
| Nondurable goods............... | 1,845.5 | 1,825.3 | 1,860.0 | 1,910.2 | 1,963.9 | 1,997.6 | 1,779.4 | 1,765.0 | 1,786.1 | 1,818.1 | 1,844.8 | 1,861.1 | 94.6 | 26.7 | 16.3 |
| Food......................... | 897.8 | 886.6 | 900.4 | 926.1 | 938.4 | 948.3 | 845.9 | 838.0 | 846.7 | 866.0 | 872.2 | 876.5 | 33.1 | 6.2 | 4.3 |
| Clothing and shoes............ | 307.0 | 306.1 | 308.7 | 311.9 | 323.1 | 325.6 | 318.5 | 316.5 | 322.1 | 322.1 | 337.7 | 342.3 | 26.3 | 15.6 | 4.6 |
| Gasoline, fuel oil, and other energy goods.......... | 142.7 | 141.3 | 148.5 | 157.6 | 172.9 | 182.0 | 149.6 | 150.0 | 149.6 | 151.5 | 145.8 | 147.5 | 4.5 | -5.7 | 1.7 |
| Gasoline and oil........... | 128.3 | 127.3 | 133.4 | 142.0 | 154.5 | 163.3 | 134.2 | 134.3 | 133.6 | 136.2 | 131.2 | 132.2 | 3.0 | -5.0 | 1.0 |
| Fuel oil and coal.......... | 14.4 | 14.0 | 15.1 | 15.6 | 18.5 | 18.7 | 15.5 | 15.7 | 16.0 | 15.3 | 14.7 | 15.3 | 1.5 | -.6 | .6 |
| Other........................ | 498.0 | 491.3 | 502.4 | 514.6 | 529.5 | 541.7 | 466.0 | 461.3 | 468.5 | 478.7 | 490.6 | 496.5 | 31.1 | 11.9 | 5.9 |
| Services....................... | 3,661.9 | 3,631.5 | 3,692.7 | 3,748.5 | 3,831.6 | 3,894.4 | 3,390.8 | 3,373.4 | 3,411.1 | 3,443.0 | 3,487.2 | 3,526.7 | 121.4 | 44.2 | 39.5 |
| Housing...................... | 906.2 | 900.8 | 911.6 | 923.5 | 936.7 | 950.0 | 828.3 | 825.7 | 830.7 | 836.5 | 841.4 | 847.0 | 20.6 | 4.9 | 5.6 |
| Household operation.......... | 360.2 | 357.2 | 366.7 | 363.0 | 369.0 | 380.6 | 358.0 | 355.9 | 364.7 | 359.3 | 364.7 | 374.8 | 15.0 | 5.4 | 10.1 |
| Electricity and gas......... | 128.9 | 127.4 | 133.7 | 126.7 | 129.5 | 138.4 | 130.9 | 130.2 | 135.5 | 127.7 | 130.0 | 136.5 | .9 | 2.3 | 6.5 |

| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other household operation... | 231.3 | 229.7 | 232.9 | 236.3 | 239.5 | 242.2 | 226.9 | 225.6 | 229.1 | 231.2 | 234.4 | 238.1 | 13.9 | 3.2 | 3.7 |
| Transportation............... | 256.5 | 254.7 | 258.1 | 262.3 | 267.4 | 272.8 | 241.2 | 239.7 | 242.7 | 245.0 | 247.5 | 249.9 | 8.1 | 2.5 | 2.4 |
| Medical care................. | 943.6 | 935.9 | 950.0 | 964.0 | 979.3 | 989.6 | 881.7 | 878.1 | 885.6 | 892.8 | 897.4 | 903.8 | 21.9 | 4.6 | 6.4 |
| Recreation................... | 237.1 | 234.8 | 240.5 | 244.5 | 253.0 | 260.7 | 217.8 | 216.3 | 220.1 | 222.2 | 227.3 | 232.2 | 11.0 | 5.1 | 4.9 |
| Other........................ | 958.4 | 948.0 | 965.8 | 991.2 | 1,026.3 | 1,040.8 | 863.1 | 857.1 | 867.0 | 886.1 | 907.4 | 918.0 | 44.5 | 21.3 | 10.6 |
| Gross private domestic investment. | 1,650.1 | 1,607.9 | 1,659.1 | 1,723.7 | 1,755.7 | 1,852.6 | 1,669.7 | 1,623.1 | 1,680.8 | 1,751.6 | 1,773.6 | 1,863.0 | 102.9 | 22.0 | 89.4 |
| Fixed investment............... | 1,606.8 | 1,593.4 | 1,622.4 | 1,651.0 | 1,725.8 | 1,780.5 | 1,621.4 | 1,607.1 | 1,637.8 | 1,666.6 | 1,730.9 | 1,777.6 | 136.1 | 64.3 | 46.7 |
| Nonresidential............... | 1,203.1 | 1,188.0 | 1,216.8 | 1,242.2 | 1,308.5 | 1,359.2 | 1,255.3 | 1,237.5 | 1,272.5 | 1,301.8 | 1,365.3 | 1,412.5 | 115.0 | 63.5 | 47.2 |
| Structures................. | 285.6 | 283.7 | 281.2 | 290.4 | 308.9 | 315.1 | 259.2 | 258.7 | 254.6 | 260.6 | 274.0 | 277.0 | -3.8 | 13.4 | 3.0 |
| Nonresidential buildings, including farm.......... | 208.5 | 207.7 | 204.7 | 208.7 | 224.5 | 229.3 | 187.4 | 187.7 | 183.2 | 185.1 | 196.5 | 199.5 | -1.7 | 11.4 | 3.0 |
| Utilities................ | 45.0 | 44.5 | 45.1 | 45.8 | 47.1 | 45.4 | 43.5 | 43.2 | 43.6 | 44.0 | 44.9 | 42.8 | .5 | .9 | -2.1 |
| Mining exploration, shafts, and wells........ | 24.3 | 23.2 | 23.8 | 27.8 | 29.8 | 33.2 | 21.5 | 20.6 | 21.3 | 24.6 | 26.1 | 28.4 | -2.9 | 1.5 | 2.3 |
| Other structures.......... | 7.8 | 8.4 | 7.6 | 8.1 | 7.5 | 7.1 | 7.3 | 7.9 | 7.1 | 7.5 | 6.9 | 6.5 | .6 | -.6 | -.4 |
| Equipment and software...... | 917.4 | 904.3 | 935.6 | 951.8 | 999.6 | 1,044.1 | 1,003.1 | 985.0 | 1,026.6 | 1,050.1 | 1,100.4 | 1,146.6 | 124.1 | 50.3 | 46.2 |
| Information processing equipment and software... | 433.0 | 423.6 | 445.5 | 461.4 | 495.3 | 527.5 | 542.2 | 526.9 | 561.1 | 587.9 | 629.4 | 669.1 | 110.6 | 41.5 | 39.7 |
| Computers and peripheral equipment... | 94.3 | 92.8 | 97.6 | 98.9 | 104.3 | 113.6 | 217.3 | 208.5 | 230.9 | 243.8 | 264.1 | 297.3 | 68.0 | 20.3 | 33.2 |
| Software............... | 180.1 | 173.3 | 184.7 | 196.8 | 210.5 | 224.5 | 188.0 | 181.1 | 192.5 | 205.3 | 215.0 | 224.5 | 37.0 | 9.7 | 9.5 |
| Other.................. | 158.6 | 157.5 | 163.2 | 165.7 | 180.6 | 189.3 | 163.1 | 161.3 | 168.1 | 171.6 | 187.3 | 196.6 | 22.4 | 15.7 | 9.3 |
| Industrial equipment...... | 150.7 | 148.3 | 151.8 | 156.3 | 162.7 | 168.0 | 147.8 | 145.7 | 148.9 | 152.8 | 158.9 | 164.0 | .9 | 6.1 | 5.1 |
| Transportation equipment.. | 193.5 | 191.6 | 200.3 | 196.5 | 198.7 | 201.6 | 191.8 | 189.0 | 199.1 | 195.9 | 197.3 | 199.2 | 23.8 | 1.4 | 1.9 |
| Other..................... | 140.2 | 140.8 | 137.9 | 137.6 | 142.9 | 147.1 | 135.6 | 136.2 | 133.3 | 132.8 | 138.0 | 141.4 | -1.1 | 5.2 | 3.4 |

See note at the end of the table.

Table 3.--Gross Domestic Product and Related Measures: Level and Change From Preceding Period--Continued

| | Billions of current dollars | | | | | | Billions of chained (1996) dollars | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Seasonally adjusted at annual rates | | | | | | Seasonally adjusted at annual rates | | | | | Change from preceding period | | |
| | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | II 99 | III 99 | IV 99 | I 00 | II 00r | 1999 | I 00 | II 00r |
| Residential.................. | 403.8 | 405.4 | 405.6 | 408.8 | 417.3 | 421.3 | 368.3 | 370.9 | 368.0 | 368.5 | 371.4 | 372.6 | 22.2 | 2.9 | 1.2 |
| Structures................. | 394.9 | 396.5 | 396.6 | 399.6 | 407.8 | 411.7 | 359.2 | 361.9 | 358.8 | 359.2 | 361.8 | 362.9 | 21.5 | 2.6 | 1.1 |
| Single family............ | 207.2 | 207.2 | 206.1 | 211.5 | 222.8 | 220.6 | 187.6 | 188.5 | 185.6 | 188.8 | 195.8 | 193.5 | 11.7 | 7.0 | -2.3 |
| Multifamily.............. | 27.3 | 27.1 | 27.5 | 27.3 | 28.7 | 28.6 | 23.2 | 23.1 | 23.3 | 23.0 | 23.8 | 23.6 | 1.5 | .8 | -.2 |
| Other.................... | 160.4 | 162.3 | 163.1 | 160.9 | 156.3 | 162.5 | 148.5 | 150.4 | 150.1 | 147.5 | 142.0 | 145.7 | 8.3 | -5.5 | 3.7 |
| Equipment.................. | 8.9 | 8.8 | 9.0 | 9.2 | 9.5 | 9.6 | 9.1 | 9.0 | 9.2 | 9.3 | 9.7 | 9.7 | .8 | .4 | .0 |
| Change in private inventories... | 43.3 | 14.5 | 36.7 | 72.7 | 29.9 | 72.0 | 45.3 | 13.1 | 39.1 | 80.9 | 36.6 | 78.6 | -34.9 | -44.3 | 42.0 |
| Farm......................... | -.2 | 1.2 | -5.3 | .9 | -2.5 | -.1 | .0 | -1.1 | -5.0 | 7.9 | 3.6 | 6.2 | .0 | -4.3 | 2.6 |
| Nonfarm...................... | 43.5 | 13.4 | 42.0 | 71.8 | 32.4 | 72.2 | 44.9 | 14.1 | 43.5 | 73.0 | 33.0 | 72.3 | -33.8 | -40.0 | 39.3 |
| Manufacturing.............. | .2 | -9.0 | 3.4 | 7.4 | 9.9 | 16.9 | .1 | -9.5 | 3.5 | 7.6 | 10.3 | 17.6 | -25.5 | 2.7 | 7.3 |
| Wholesale trade............ | 16.7 | 14.4 | 21.9 | 17.9 | 21.0 | 32.1 | 17.4 | 15.1 | 23.0 | 18.5 | 21.5 | 32.5 | -5.2 | 3.0 | 11.0 |
| Retail trade............... | 21.0 | 4.1 | 15.8 | 42.4 | -4.5 | 22.1 | 20.8 | 4.1 | 15.7 | 41.7 | -4.4 | 21.5 | 6.0 | -46.1 | 25.9 |
| Other...................... | 5.6 | 3.8 | .9 | 4.1 | 6.1 | 1.1 | 6.1 | 4.2 | 1.1 | 4.2 | 6.1 | .9 | -9.9 | 1.9 | -5.2 |
| Net exports of goods and services. | -254.0 | -240.4 | -280.5 | -299.1 | -335.2 | -355.4 | -322.4 | -314.6 | -342.6 | -352.5 | -376.8 | -403.4 | -101.4 | -24.3 | -26.6 |
| Exports........................ | 990.2 | 973.0 | 999.5 | 1,031.0 | 1,051.9 | 1,092.9 | 1,033.0 | 1,017.6 | 1,042.6 | 1,068.4 | 1,084.8 | 1,121.8 | 29.4 | 16.4 | 37.0 |
| Goods........................ | 699.2 | 682.1 | 708.9 | 734.6 | 747.5 | 783.6 | 752.2 | 735.7 | 763.4 | 786.5 | 798.1 | 833.5 | 28.6 | 11.6 | 35.4 |
| Foods, feeds, and beverages. | 45.5 | 45.1 | 47.8 | 46.3 | 47.1 | 47.3 | 56.6 | 55.7 | 59.8 | 58.4 | 59.4 | 58.9 | 1.5 | 1.0 | -.5 |
| Industrial supplies and materials.................. | 141.8 | 137.5 | 143.0 | 153.1 | 157.6 | 163.3 | 152.8 | 150.7 | 153.1 | 160.4 | 161.7 | 165.4 | 1.3 | 1.3 | 3.7 |
| Capital goods, except automotive................ | 311.8 | 302.9 | 317.8 | 325.3 | 326.3 | 356.9 | 342.6 | 332.2 | 350.6 | 358.4 | 361.2 | 395.5 | 18.1 | 2.8 | 34.3 |
| Automotive vehicles, engines, and parts......... | 75.8 | 75.1 | 77.4 | 77.5 | 80.3 | 80.1 | 74.6 | 74.1 | 76.2 | 76.0 | 78.6 | 78.2 | 2.1 | 2.6 | -.4 |
| Consumer goods, except automotive................ | 80.8 | 79.5 | 80.7 | 83.6 | 87.3 | 88.5 | 80.4 | 79.2 | 80.4 | 83.1 | 86.6 | 87.8 | 1.7 | 3.5 | 1.2 |
| Other...................... | 43.6 | 42.0 | 42.2 | 48.8 | 49.0 | 47.5 | 45.6 | 44.1 | 44.3 | 50.6 | 50.7 | 49.0 | 4.0 | .1 | -1.7 |