1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  marks@csgrr.com
   dougb@csgrr.com
6         – and –
   SHAWN A. WILLIAMS (213113)
7  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
8  DANIEL J. PFEFFERBAUM (248631)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
   shawnw@csgrr.com
11 willowr@csgrr.com
   elig@csgrr.com
12 dpfefferbaum@csgrr.com

13 Lead Counsel for Plaintiffs

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI |
| 18 | | ) <u>CLASS ACTION</u> |
| 19 | This Document Relates To: | ) DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE EXPERT |
| 20 | ALL ACTIONS. | ) DECLARATION OF BROOKS L. HILLIARD, CMC, CCP AND THE |
| 21 | | REBUTTAL DECLARATION OF BROOKS L. HILLIARD, CMC, CCP |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in order to set forth facts sufficient to support a finding that the materials and documents cited in the Expert Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 1 hereto, and the Rebuttal Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 2 hereto, and identified herein are what they are described to be. Fed. R. Evid. 901.

3. All documents cited in the Expert Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 1 hereto, and the Rebuttal Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 2 hereto, and identified herein bearing Bates numbers with the prefix NDCA-ORCL are documents produced by Oracle Corporation ("Oracle") in this action pursuant to the March 10, 2005 Order re Discovery Plan (Dkt. No. 246), and related orders of the Court concerning discovery. These documents are presumed authentic. *See Orr v. Bank of America*, 285 F.3d 764, 777 (9th Cir. 2002) (documents produced in discovery satisfy authentication requirement of Fed. R. Evid. 901).

4. Oracle has admitted that all of the documents produced by Oracle in this action are true and correct copies of documents in its files. *See* Ex. 3 hereto, Defendants' Responses and Objections to Plaintiffs' Second Set of Requests for Admissions.

5. Certain of the documents attached to the identified Reports (Exs. 1 and 2 ) are also self-authenticating publications, *i.e.*, newspapers or other periodicals. *See* Fed. R. Evid. 902(5)-(6). Those documents include the following:

| **Expert Report of Brooks L. Hilliard, CMC, CCP** | | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 1 | n.11 | CMP TechWeb's Tech Encyclopedia, <http://www.techweb.com/encyclopeida/defineterm.jhtml?term=outofthebox> |

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL – C-01-0988-SI
- 1 -

| Item | Location | Description |
|---|---|---|
| 2 | nn.15, 28, 36 | 12/14/00 PR Newswire "Oracle Net Income Up 62%, Earnings Per Share $0.11 Application Sales Up 66%, Database Sales Up 19%" |
| 3 | n.27 | 12/14/00 Bloomberg News "Oracle 2nd-Qtr Profit Seen Higher as Other Tech Leaders Stumble" |
| 4 | n.33 | 12/15/00 Ellison's Interview Script regarding Oracle's 2nd Quarter Results (NDCA-ORCL 141654-57) |
| 5 | n.37 | Computer Desktop Encyclopedia <http://www.answers.com/topic/enterprise-resource-planning> |
| 6 | n.39 | Computer Desktop Encyclopedia <http://www.answers.com/topic/customer-relationship-management>. |
| 7 | n.50 | 4/6/05 Alan Fletcher Deposition, Exhibit 7: 6/1/03 "Making the World Safe for Software" |
| 8 | nn.57, 58, 60, 61, 62, 63, 64, 100, 204 | Matthew Symonds, "SOFTWAR" (Copyright 2003, Simon and Schuster edition 2004) |
| 9 | n.85 | Ellison's written commentary in "Softwar" by Symonds (Excerpt, page 200) |
| 10 | n.107 | 3/2002 Baseline magazine, "Odwalla Plugs Oracle To Get Its Way" <ftp://ftp.baselinemag.com/pub/baselinemag/pdf/printpub/volume01/04/p32-48.pdf> |

| **Rebuttal Report of Brooks L. Hilliard CMC, CCP** | | |
|---|---|---|
| Item | Location | Description |
| 11 | n.5 | Capers Jones, "*Applied Software Measurement*" (Second Edition, McGraw Hill, 1996) |
| 12 | nn.6, 7, 32 | Matthew Symonds, "SOFTWAR" (Copyright 2003, Simon and Schuster edition 2004) |
| 13 | n.9 | Capers Jones, "*Estimating Software Costs*" (Second Edition, McGraw Hill, 2007) pages 151-52 |

6.  Deposition transcripts which are cited in the Expert Declaration of Brooks L. Hilliard, CMC, CCP., Ex. 1 hereto, and the Rebuttal Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 2 hereto, referenced herein have been certified by the person who reported it.  *See* Fed. R. Civ. P. 80.

| **Expert Report of Brooks L. Hilliard CMC, CCP** | | |
|---|---|---|
| 14 | nn.19, 30 | 7/26/06 Edward Sanderson Deposition |
| 15 | nn.46, 76, | 7/11/06 Mark Barrenechea Deposition |

| | | |
|---|---|---|
| | 99, 157 | |
| 16 | nn.46, 47, 97, 135, 140, 168, 169, 197 | 3/23/06 Ronald Wohl Deposition |
| 17 | nn.47, 114, 115, 116, 117, 118, 119, 121 | 6/16/06 Michael Cochran Deposition |
| 18 | n.47 | 5/9/06 Sohaib Abassi Deposition |
| 19 | nn.47, 125, 126, 159, 161, 162, 166 | 5/4/06 Charles Kendig Deposition |
| 20 | n.47 | 9/8/06 Stephanie Aas Thill Deposition |
| 21 | nn.47, 120 | 3/21/06 Joel Summers Deposition |
| 22 | n.47 | 5/22/06 Juliette Sultan Deposition |
| 23 | nn.47, 127, 132, 161 | 2/28/06 Richard Sellers Deposition |
| 24 | nn.47, 82 | 8/11/06 Mary Ann Anthony Deposition |
| 25 | nn.50, 197 | 4/6/05 Alan Fletcher Deposition |
| 26 | n.74 | 7/13/06 Larry Ellison Deposition |
| 27 | nn.81, 112, 153 | 9/21/06 Larry Ellison Deposition |
| 28 | n.94 | 4/11/06 Valerie Borthwick Deposition |
| 29 | nn.134, 141, 237 | 3/3/06 Clifford Godwin Deposition |
| 30 | nn.142, 143 | 5/16/06 Gregory Seiden Deposition |
| 31 | n.160 | 6/22/06 Jay Nussbaum Deposition |
| 32 | n.178 | 4/7/06 Michael Rocha Deposition |

| | | |
|---|---|---|
| | | **Rebuttal Report of Brooks L. Hilliard CMC, CCP** |
| 33 | nn.4, 19, 31 | 3/23/06 Ronald Wohl Deposition |
| 34 | n.4 | 4/6/05 Alan Fletcher Deposition |

| | | |
|---|---|---|
| 35 | n.4 | 5/9/06 Sohaib Abbasi Deposition |
| 36 | n.4 | 3/21/06 Joel Summers Deposition |
| 37 | n.8 | 6/16/05 Michael Cochran Deposition |
| 38 | nn.19, 32 | 5/16/06 Gregory Seiden Deposition |
| 39 | n.20 | 2/28/06 Richard Sellers Deposition |
| 40 | n.20 | 5/4/06 Charles Kendig Deposition |
| 41 | n.21 | 9/21/06 Larry Ellison Deposition |
| 42 | n.32 | 3/3/06 Clifford Godwin Deposition |

7.  The documents cited in the Expert Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 1 hereto, and the Rebuttal Declaration of Brooks L. Hilliard, CMC, CCP, Ex. 2 hereto, and referenced herein are true and correct copies of the following documents as produced by defendants in this action or as filed by the parties in the derivative litigation:

| **Expert Report of Brooks L. Hilliard CMC, CCP** | | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 43 | n.3 | CD: 05/00-05/01 Oracle 11i and associated software, version 1-5. (NDCA-ORCL 050681-051015) |
| 44 | nn.7, 60 | 11/22/02 Special Litigation Committee Report Excerpt (NDCA-ORCL 295328) |
| 45 | nn.9, 10 | 5/24/00 Press Release "Oracle Ships 11i, Industry's First Integrated E-Bsuiness Suite" (NDCA-ORCL 014906-08) |
| 46 | n.13 | Oracle's 2000 Annual Report (NDCA-ORCL 141273-74) |
| 47 | n.14 | 1/10/01 - Salomon Smith Barney Report "Oracle EVP Visit to SSB" (NDCA-ORCL 005785-88) |

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL – C-01-0988-SI

- 4 -

| | | |
|---|---|---|
| 48 | nn.17, 18, 20, 22, 30, 44, 71, 122, 181 | 2/13/01 George Roberts Presentation to Goldman Sachs (NDCA-ORCL 03260-311) |
| 49 | nn.17, 20, 22, 30, 71 | Sandy Sanderson, EVP - Presentation (NDCA-ORCL 016269-318) |
| 50 | nn.21, 23, 24, 29, 34, 80 | 2/6/01 Oracle's CRM Presentation, Mark Barrenechea (NDCA-ORCL 061841-967) |
| 51 | nn.25, 35 | 01/2001 Press Conference at the AppsWorld Conference (NDCA-ORCL 141544-602) |
| 52 | n.26 | 5/24/2000 Press Release "Oracle Ships 11i, Industry's First Integrated E-Business Suite" (NDCA-ORCL 027782-84) |
| 53 | nn.31, 32, 84 | 12/14/00 Ellison Conference Call (NDCA-ORCL 128973-9003) |
| 54 | n.40 | Table 1 - (NDCA-ORCL 022795-96) |
| 55 | n.43 | "Software Powers the Internet" (NDCA-ORCL 028625-58) |
| 56 | nn.45, 124, 167 | E-Business Suite 11i, Quality and Customer Satisfaction (NDCA-ORCL 621416-49) |
| 57 | nn.48, 67, 68, 69 | 1/02/01 E-mail from Safra Catz to Ronald Wohl re: [Fwd: [Fwd: FW: The cost of Partnering with Oracle]] (NDCA-ORCL 035243-64) |
| 58 | n.48 | 5/17/01 E-mail from Mark Billitteri to George Roberts re: ValueVision follow-up (NDCA-ORCL 094138-39) |
| 59 | nn.48, 94 | 4/3/01 FY 02 Consulting Budget Review (NDCA-ORCL 159545-575) |
| 60 | n.48 | 7/16/01 E-mail from Kevin miller to Ronald Wohl and Donald Klaiss re: GE Upgrade to Family Pack E Status (NDCA-ORCL 279322) |
| 61 | n.48 | Undated E-mail (NDCA-ORCL 279323) |
| 62 | n.48 | Undated E-mail (NDCA-ORCL 279324) |
| 63 | n.48 | 3/14/01 E-mail from Lawrence Ellison to Safra Catz re: Re: PLEASE APPROVE (NDCA-ORCL 1056918) |
| 64 | n.48 | Lawrence Ellison's E-mail information (NDCA-ORCL 1056919) |
| 65 | n.48 | Undated E-mail from Safra Catz to Larry Ellison (NDCA-ORCL 1056920-21) |
| 66 | n.49 | 11/22/02 Special Litigation Committee Report (Excerpt, NDCA-ORCL 295345) |
| 67 | n.51 | 1/29/01 E-mail from Sarah Kopp to Keith Block, *et al.* re: Projects 11i Upgrade Status 29-Jan-01 (NDCA-ORCL 034382-83) |
| 68 | nn.52, 244 | 2/1/2001 E-mail from Sandy Sanderson to Julie Cullivan re: Re: OPI Demonstration Environment/Product Issues (NDCA-ORCL 061313-15) |

| | | |
|---|---|---|
| 69 | n.53 | 1/25/01 E-mail from Ted Bereswill to George Roberts re: [Fwd: [Fwd: Value Vision Summary]] (NDCA-ORCL 063555-57) |
| 70 | n.54 | 5/11/01 E-mail from Meena Patel to George Roberts, *et al*. re: Supporting Documentation for ValueVision (NDCA-ORCL 094128-37) |
| 71 | nn.55, 84 | 7/2001 AppsWorld Conference (NDCA-ORCL 141544-602) |
| 72 | n.56 | 7/19/01 E-mail from Alvin Law to Donald Klaiss re: Re: [Fwd: Bug 1888323 Escalaion] Bates #: NDCA-ORCL 056364-65 |
| 73 | nn.57, 59, 65, 81, 92, 158, 163, 164 | "Softwar" Interview transcript with Matthew Symonds and Larry Ellison (NDCA-ORCL 1529157-180) |
| 74 | n.60 | 11/22/02 Special Litigation Committee Report(NDCA-ORCL 295321) |
| 75 | n.66 | 4/13/02 Matthew Symonds Interview with Larry Ellison (NDCA-ORCL 1529215-33) |
| 76 | n.70 | 5/7/01 E-mail from Gayle Fitzpatrick to Mary Ann Gillespie re: Re: [Fwd: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT] (NDCA-ORCL 617667) |
| 77 | n.72 | Oracle's Quarterly Review for Q201 (NDCA-ORCL 016456) |
| 78 | n.75 | 1/12/01 E-mail from Michael Cochran to Mary Ann Gillespie re: [Fwd: Oracle 11i Go Live for TMP Worldwide] (NDCA-ORCL 013048-50) |
| 79 | n.76 | 12/9/00 E-mail from Sergio Giacoletto to Lawrence Ellison re: UI: Q3 forecast and pipeline update for Monday EC (NDCA-ORCL 013401-02) |
| 80 | n.76 | 7/7/01 E-mail from Sergio Giacoletto to Mark Barrenechea re: Re: CRM Business Update - my feedback (NDCA-ORCL 162213-16) |
| 81 | n.77 | 1/21/01 E-mail from Ron Wohl to Sergio Giacoletto re: Re: 11.5x challenges: NLS, Patching, training + some suggestions (NDCA-ORCL 028542-43) |
| 82 | nn.78, 176, 203, 230 | Jeff Henley's Fiscal 2002 Budget presentation (NDCA-ORCL 190253-74) |
| 83 | n.79 | 12/19/00 E-mail from Allison Sparshott to Joan Ryan, *et al.* re: UPDATE - Netscape and Apps 11i UTF8 env (NDCA-ORCL 057060-61) |
| 84 | n.79 | 1/3/01 Critical Accounts Operation Conference Call (NDCA-ORCL 063711-28) |
| 85 | n.79 | 5/2/01 E-mail from Charlotte Wiklund to Ivgen Guner and Agnes Devin re: [Fwd: [Fwd: Global Implementation Status Report (NDCA-ORCL 131672-76) |
| 86 | nn.79, 104, 172, 173 | 11/2 E-Business Suite Agenda, NAS Executive Dialogs (NDCA-ORCL 617454-59) |

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL – C-01-0988-SI

- 6 -

| | | |
|---|---|---|
| 87 | n.81 | 3/19/01 Forrester Brief "Memo to Oracle: Stop Blaming Customers" (NDCA-ORCL 068004-07) |
| 88 | nn.86, 207 | 10/4/00 E-mail from Jack Carroll to George Roberts and Keith Block re: Re: GEORGE R. CALL INTO HOSTCENTRIC (NDCA-ORCL 101663-64) |
| 89 | nn.87, 88 | 12/16/00 E-mail from Ron Wohl to Kirsten Shaw, *et al.* re: [Fwd: FW: Frustration] (NDCA-ORCL 028798-99) |
| 90 | nn.89, 185, 187, 189, 214, 231, 232 | 4/4/01 E-mail from Gayle Fitzpatrick to George Roberts, *et al.* re: Re: [Fwd: Major 11i Escalated Customers] (NDCA-ORCL 617279-82) |
| 91 | n.90 | April 2002 "New Title: The 11i Report" (NDCA-ORCL 061336-59) |
| 92 | n.91 | 11/22/02 Special Litigation Committee Report (Excerpt, NDCA-ORCL 295291) |
| 93 | n.93 | 3/12/01 E-mail from Ric Ginsberg to Julie Cullivan, *et al.* re: [Fwd: [Fwd: [Fwd: Oracle Apps 11i installation thoes NIKE]]]] (NDCA-ORCL 058525) |
| 94 | n.95 | 5/2/01 "Go Live with CRM in 90 Days" NDCA-ORCL 051239 |
| 95 | nn.101, 102 | "Oracle 11i - 9 Months Late and Heavily Critisized by its Users" (NDCA-ORCL 101777-88) |
| 96 | n.103 | 11/7/00 E-mail from Bob Fleisig to Ron Wohl and Randy Baker re: Oracle Apps 11.5.2 Availability (NDCA-ORCL 012377) |
| 97 | n.105 | 11/27/00 E-mail from Mary Ann Anthony to Evenlyn Low, *et al.* re: 11i Customer and PRP Issues for AMCM discussion (NDCA-ORCL 098810) |
| 98 | n.106 | 1/15/01 E-mail from Cliff Godwin to Lisa Parekh re: [Fwd: 11i Issues for Discussion at the AMCM on 1/16] (NDCA-ORCL 058351-52) |
| 99 | nn.108, 109 | 1/29/01 AMCM agenda. Bates #: NDCA-ORCL 056802-03 |
| 100 | n.110 | 3/19/01 E-mail from Mary Ann Anthony to Christine Dover, *et al.* re: 11i Issues for Discussion at the AMCM on 3/20 (NDCA-ORCL 058611-12) |
| 101 | n.111 | 4/9/01 E-mail from Mary Ann Anthony to Christine Dover, *et al.* re: 11i Issues for Discussion at the AMCM on 4/10 (NDCA-ORCL 058723) |
| 102 | n.112 | FY 1Q02 Earnings Call Announcement (NDCA-ORCL 397378-80) |
| 103 | n.113 | 5/14/01 E-mail from Mary Ann Anthony to Christine Dover, *et al.* re: 11i Issues for Discussion at the AMCM on 5/15 (NDCA-ORCL 019712) |
| 104 | nn.123, 129 | 6/2002 Matthew Symonds Interview with Larry Ellison (NDCA-ORCL 1529283-322) |
| 105 | n.128 | 7/13/01 E-mail from Mary Aragon-Archila to Michael Rocha re: [Fwd: Re: Meetin With Mike Rocha--July 10, 2001] (NDCA-ORCL 120700) |

| | | |
|---|---|---|
| 106 | n.130 | 12/14/00 "Oracle Net Income Up 62%, Earnings Per Share $0.11 Application Sales Up 66%, Database Sales Up 19%" (NDCA-ORCL 085067-68) |
| 107 | n.133 | 8/30/01 Em-ail from Mark Jarvis to Benny Souder re: Re: [Fwd: PR on our good peope: Re: two suggestions (NDCA-ORCL 062223-24) |
| 108 | nn.137, 138, 139 | 7/9/01 E-mail from Don Klaiss to Mark Barrenechea, *et al.* re: Fwd: ERP CRM Integration Testing (NDCA-ORCL 056440-42) |
| 109 | n.144 | 10/6/00 E-mail from Ken Hamel to George Roberts, *et al.* re: Demo Issues with Applications (NDCA-ORCL 617112-14) |
| 110 | n.145 | 10/8/00 E-mail from Gayle Fitzpatrick to George Roberts, *et al.* re: Majors Applications Demo Issues (NDCA-ORCL 619062-65) |
| 111 | n.146 | 10/23/00 E-mail from Kevin Glynn to Valerie Borthwick re: Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]] NDCA-ORCL 056051-52 |
| 112 | nn.147, 148 | 1/30/01 E-mail from Sukumar Rathnam to Roger Donaldson, *et al.* re: RE: QP patch for OMO blocked ===> [Fwd: IMPORTANT DO NOT INSTALL ANY PRICING PATCHES...] (NDCA-ORCL 078408-09) |
| 113 | n.149 | 4/20/01 E-mail from Gayle Fitzpatrick to Ronald Wohl, *et al.* re: ERP/CRM Demo Integration Feedback (NDCA-ORCL 617307-11) |
| 114 | nn.151, 152 | E-Business Suite High Level Requirements Document (NDCA-ORCL 069907-39) |
| 115 | n.154 | 5/23/01 E-mail from Charlie Kendig to Ronald Wohl, *et al.* re: Yale University Conference Call-Feedback from Crowley (NDCA-ORCL 621302) |
| 116 | n.160 | 3/23/04 Jay Nussbaum Derivative Deposition (Excerpt, NDCA-ORCL 607747-48) |
| 117 | nn.165 | 1/18/02 Matthew Symonds Interview with Larry Ellison NDCA-ORCL 1529262-282) |
| 118 | n.170 | 10/11/00 E-mail from Ron Wohl to George Roberts, *et al.* re: Re: Majors Applications Demo Issues (NDCA-ORCL 617806-09) |
| 119 | nn.171, 209 | 10/12/00 E-mail from Sandy Sanderson to Larry Ellison, *et al.* re: [Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]] (NDCA-ORCL 039546-51) |
| 120 | n.174 | 11/9/00 E-mail from Paul Seminara to George Roberts, *et al.* re: Re: [Fwd: Successful Customer Implementation Announcements] (NDCA-ORCL 101671-75) |
| 121 | n.175 | 11/16/00 E-mail from Jennifer Minton to Thomas Williams re: [Fwd: [Fwd: December Rollout of 11.5.2]] (NDCA-ORCL 024862-64) |

| | | |
|---|---|---|
| 122 | n.177 | 1/5/01 E-mail from Anil Vora to Lowry Fenton re: [Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]] (NDCA-ORCL 039325-27) |
| 123 | n.179 | 1/4/01 E-mail from Jeff Henley to Jeffrey Henley re: audit committee comments (NDCA-ORCL 03418) |
| 124 | n.180 | 1/24/01 E-mail from Ron Wohl to Charles Rozwat, *et al.* re: [Fwd: Applications 11i and NT Pro*C] (NDCA-ORCL 221215) |
| 125 | n.182 | 2/22/01 E-mail from Jeff Henley to Julie Cullivan re: Re: [Fwd: [Fwd: [Fwd: Brad Harrington Resume]]] (NDCA-ORCL 061306) |
| 126 | n.183 | 2/22/01 E-mail from Ron Wohl to Steven Miranda re: [Fwd: Re: Isis/bug for AP Trial Balance] (NDCA-ORCL 052567) |
| 127 | n.184 | 3/13/01 E-mail from Tim Meehan to Bill Bounds, *et al*. re: Re: Paxar Cnference Call Follow-up (NDCA-ORCL 147820-22) |
| 128 | n.186 | 3/8/01 E-mail from Lawrence Ellison to Safra Catz and Ronald Wohl re: [Fwd: Oracle 11i/Indirect Procurement] (NDCA-ORCL 053228) |
| 129 | n.188 | 3/28/01 E-mail string from Safra Catz to Ronald Wohl re: [Fwd: Daily CRM Escalated and Strategic Implementations report] NDCA-ORCL 054235-44 |
| 130 | n.191 | 4/6/01 E-mail from Michael Rocha to Ronald Wohl re: [Fwd: Sierra Health--10.7 Upgrade to 11i Issues] (NDCA-ORCL 121624-28) |
| 131 | nn.192, 216 | 5/29/01 E-mail from Charlie Kendig to Richard Sellers, *et al.* re: [Fwd: FW: San Diego County...[Fwd: Projects Bug]]] (NDCA-ORCL 121280-87) |
| 132 | n.193 | Oracle Corporation and Yale University, "An Effective Partnership" (NDCA-ORCL 621290-91) |
| 133 | n.194 | 5/7/01 E-mail from Charlie Kendig to Lee Ramsayer, *et al.* re: Feedback--Yale University Meeting with Jay Nussbaum (NDCA-ORCL 621274) |
| 134 | n.195 | 5/19/01 E-mail from Charlie Kendig to Frank Bishop, *et al.* re: Re: Yale University Proposal-Development Feedback Requested (Confidential) (NDCA-ORCL 621295-97) |
| 135 | nn.196, 218 | 12/13/01 E-mail from Charles Phillips to Mark Barrenechea and Ron Wohl cc: Jeff Henley re: FW: 11i (NDCA-ORCL 061302-03) |
| 136 | n.197 | 3/22/02 E-mail from Jennifer Minton to William Plant, *et al.* re: [Fwd: IT CRM] (NDCA-ORCL 059745-47) |
| 137 | n.198 | 10/16/00 E-mail from Jay Nussbaum to Terrence Ford and R. Police re: [Fwd: UPDATE Re: oso/ose upgrade] (NDCA-ORCL 040638-40) |
| 138 | n.199 | 12/4/00 E-mail from Jennifer Minton to Thomas Williams re: [Fwd: [Fwd: Dec 15th ERP-Contracts/Installbase GOLIVE]] (NDCA-ORCL 308087) |

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL – C-01-0988-SI

- 9 -

| | | |
|---|---|---|
| 139 | n.200 | 12/6/00 E-mail from Jennifer Minton to Ron Police, *et al.* re: Re: [Fwd: OSO--UAT] (NDCA-ORCL 086728-29) |
| 140 | n.202 | 1/9/01 E-mail from Safra Catz to Lawrence Ellison re: [Fwd: GSI Call] (NDCA-ORCL 610546-48) |
| 141 | n.205 | 2/22/01 E-mail from Ron Wohl to Mark Barrenechea, *et al.* re: Re: status on GSI (NDCA-ORCL 052556-57) |
| 142 | n.208 | 10/4/00 E-mail from Sandy Sanderson to Valerie Borthwick re: [Fwd: confidential] (NDCA-ORCL 056045-48) |
| 143 | n.210 | 10/23/00 E-mail from Kevin Glynn to Valerie Borthwick re: Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]] (NDCA-ORCL 056051-54) |
| 144 | n.211 | 11/8/00 E-mail from Joel Summers to Kurt Laren, *et al.* re: Liberty Mutual[Fwd: (no subject)] (NDCA-ORCL 018739-42) |
| 145 | n.212 | 1/30/01 E-mail from Cliff Godwin to Ronald Wohl cc: Bret Fuller re: GSI (NDCA-ORCL 057116-17) |
| 146 | n.212 | 3/3/06 Clifford Godwin Deposition Transcript (Excerpt, page 234) |
| 147 | n.213 | Escalation Management (World Wide) Document (NDCA-ORCL 063990-064009) |
| 148 | n.215 | 4/4/01 E-mail from Charles Kendig to Richard Sellers, *et al.* re: [Fwd: Sierra] (NDCA-ORCL 019708-11) |
| 149 | n.217 | 7/9/01 E-mail from Don Haig to Mike Rocha re: [Fwd: Re: [Fwd: [Fwd: Ferro may pull the plug]]]] (NDCA-ORCL 120934-39) |
| 150 | nn.219, 220 | 1/2/01 E-mail from Roger Sanders to Ahmed Alomari, *et al.* re: Re: [Fwd: Oracle Internal Upgrading to R11i this Weekend] (NDCA-ORCL 078388-90) |
| 151 | n.222 | Notes for bug 1568097 (NDCA-ORCL 058294-95) |
| 152 | n.223 | 1/3/01 E-mail from Cliff Godwin to Roger Sanders, *et al.* re: [Fwd: R11i HRMS Online performance Issues at Liberty Mutual] (NDCA-ORCL 058291) |
| 153 | n.224 | 1/8/01 E-mail from Joel Summers to Mary Ann Anthony re: re: [Fwd: Bimbo delay] (NDCA-ORCL 418713) |
| 154 | n.225 | 1/19/01 E-mail from Sarah Kopp to Terrence Ford re: [Fwd: [Fwd: 11i Status 18th Jan]] (NDCA-ORCL 056207-12) |
| 155 | n.226 | 1/26/01 E-mail from Sohaib Abbasi to Lawrence Ellison, *et al.* re: Oracle Education & GSI (NDCA-ORCL 034365-67) |
| 156 | n.227 | 01/30/01 E-mail from Safra Catz to Lawrence Ellison re: [Fwd: Chipotle/McDonald's 11i Issues] (NDCA-ORCL 034377-78) |

| | | |
|---|---|---|
| 157 | n.228 | 2/16/01 E-mail from Jennifer Minton to Michael Rocha, *et al.* re: Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fest sensitivity analyses]]]] NDCA-ORCL 100279-81 |
| 158 | n.229 | 2/16/01 E-mail from Ken Hamel to Ronald Wohl re: [Fwd: Poor demo system performance cost us another deal] (NDCA-ORCL 063432-34) |
| 159 | n.233 | 3/27/01 E-mail from Patty Giuntoli to Ron Wohl, *et al.* re: Re: [Fwd: McDonald's/Chipotle 11i issues] (NDCA-ORCL 058656-58 |
| 160 | n.234 | 4/9/01 E-mail from Kirsten Shaw to Ron Wohl cc: Clifford Godwin and Mary Ann Anthony re: Re: R11i Performance Issues at Huawei & Fosters (NDCA-ORCL 058705-07) |
| 161 | nn.235, 236 | 4/19/01 E-mail from Jeff Henley to Safra Catz re: [Fwd: ADS Demo Feedback for week ending April 13] (NDCA-ORCL 061371-72) |
| 162 | n.238 | 6/8/01 E-mail from Charlie Kendig to Richard Sellers, *et al.* re: San Diego County--11i Release--Status (NDCA-ORCL 121507-516) |
| 163 | n.240 | 7/24/01 Oracle's Response to meeting with GEMS, "GE Medical Systems Get Well Plan" (NDCA-ORCL 419044-51) |
| 164 | n.243 | 11/22/02 Oracle's Special Litigation Committee Report. Bates (Excerpt, NDCA-ORCL 295299) |

| | | |
|---|---|---|
| **Rebuttal Report of Brooks L. Hilliard, CMC, CCP** | | |
| 165 | n.2 | Undated Timeline (NDCA-ORCL 360637) |
| 166 | n.2 | Excerpt from the Report of the Special Litigation Committee (NDCA-ORCL 294559) |
| 167 | nn.2, 3 | Excerpt from the Report of the Special Litigation Committee (NDCA-ORCL 295351-52) |
| 168 | n.7 | 1/18/02 Excerpt from Matthew Symonds' Interview with Larry Ellison (NDCA-ORCL 1529167) [from range NDCA-ORCL 152157-180] |
| 169 | n.8 | 1/2/01 E-mail from Safra Catz to Ronald Wohl and Donald Klaiss re: [Fwd: [Fwd: FW: The cost of Partnering with Oracle]] (NDCA-ORCL 035245-47 [from range NDCA-ORCL 035243-264] |
| 170 | n.8 | 3/28/01 E-mail from Safra Catz to Ronald Wohl re: [Fwd: Daily CRM Escalated and Strategic Implementations report] (NDCA-ORCL 054235-44) |
| 171 | n.8 | 10/23/00 E-mail from Kevin Glynn to Valerie Borthwick re: Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]] (NDCA-ORCL 056051-52) [from range NDCA-ORCL 056051-54] |
| 172 | n.8 | 4/9/01 E-mail from Kirsten Shaw to Ron Wohl cc: Clifford Godwin and Mary Ann Anthony re: Re: R11i Performance Issues at Huawei & Fosters (NDCA-ORCL 058705-06) [from range NDCA-ORCL 058705-07] |
| 173 | n.8 | Jeff Henley's Fiscal 2002 Budget presentation (NDCA-ORCL 190274) [from range NDCA-ORCL 190253-74] |

| | | |
|---|---|---|
| 174 | n.8 | 1/9/01 E-mail from Safra Catz to Lawrence Ellison re: [Fwd: GSI Call] (NDCA-ORCL 610546-48) [from range NDCA-ORCL 610546-48] |
| 175 | nn.8, 10 | 4/4/01 E-mail from Gayle Fitzpatrick to George Roberts, et al. re: Re: [Fwd: Major 11i Escalated Customers] (NDCA-ORCL 617281) (NDCA-ORCL 617280) [from range NDCA-ORCL 617279-82] |
| 176 | nn.8, 17, 21 | 4/20/01 E-mail from Gayle Fitzpatrick to Ronald Wohl, et al. re: ERP/CRM Demo Integration Feedback (NDCA-ORCL 617307-11) |
| 177 | n.8 | 5/7/01 E-mail from Gayle Fitzpatrick to Mary Ann Gillespie re: Re: [Fwd: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT] (NDCA-ORCL 617667) |
| 178 | n.10 | 1/15/01 E-mail from Cliff Godwin to Lisa Parekh re: [Fwd: 11i Issues for Discussion at the AMCM on 1/16] (NDCA-ORCL 058351-52) |
| 179 | n.10 | 3/13/01 E-mail from Tim Meehan to Bill Bounds, et al. re: Re: Paxar Cnference Call Follow-up (NDCA-ORCL 147820-22) [from range 147819-823] |
| 180 | n.10 | 1/24/01 E-mail from Ron Wohl to Charles Rozwat, et al. re: [Fwd: Applications 11i and NT Pro*C] (NDCA-ORCL 221215) [from range 221215-216] |
| 181 | n.18 | 7/9/01 E-mail from Don Klaiss to Mark Barrenechea, et al. re: Fwd: ERP CRM Integration Testing (NDCA-ORCL 056440-41) [from range NDCA-ORCL 056440-42] |
| 182 | n.21 | 2/1/2001 E-mail from Sandy Sanderson to Julie Cullivan re: Re: OPI Demonstration Environment/Product Issues (NDCA-ORCL 061313-15) |
| 183 | nn.21, 25, 26, 27, 28, 29 | E-Business Suite High Level Requirements Document (NDCA-ORCL 069907-39) |
| 184 | n.21 | 1/30/01 E-mail from Sukumar Rathnam to Roger Donaldson, et al. re: RE: QP patch for OMO blocked ===> [Fwd: IMPORTANT DO NOT INSTALL ANY PRICING PATCHES...] (NDCA-ORCL 078408-09) [from range NDCA-ORCL 078408-411] |
| 185 | n.21 | 5/23/01 E-mail from Charlie Kendig to Ronald Wohl, et al. re: Yale University Conference Call-Feedback from Crowley (NDCA-ORCL 621302) |
| 186 | n.21 | 11/22/02 Oracle Special Litigation Committee Report (Excerpt, NDCA-ORCL 295299) |
| 187 | n.35 | 10/10/00 E-mail from Jay Nussbaum to R. Police re: [Fwd: Re: Majors Applications Demo Issues (NDCA-ORCL 013717-20) |

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.  Executed this 17th day of November, 2008, at San Francisco,
3   California.

4

5                                                                   s/ Shawn A. Williams
                                                               SHAWN A. WILLIAMS
6
S:\CasesSD\Oracle3\DEC00055688 11.13.08 Hilliard Decl.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL –
C-01-0988-SI                                                                                                                              - 13 -

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 17, 2008.

   s/ Shawn A. Williams
SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

WILLIAMS DECL ISO EXPERT HILLIARD DECL AND EXPERT HILLIARD REBUTTAL DECL –
C-01-0988-SI

# Mailing Information for a Case 3:01-cv-00988-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_s

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
```

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111