| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**DEFENDANTS ELLISON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LAWRENCE ELLISON'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FOR TRADING ON THE BASIS OF NONPUBLIC INFORMATION**<br><br>DATE:     January 9, 2009<br>TIME:     9:00 a.m<br>JUDGE:  Hon. Susan Illston |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Ellison's Request for Judicial Notice ISO Opposition to
Plaintiffs' Motion for Summary Judgment
CASE NO. C 01-0988 SI

1

2          Defendant Lawrence J. Ellison ("Defendant") respectfully requests that the Court

3  take judicial notice, pursuant to Federal Rule of Evidence 201, of the following facts and

4  documents:

5         1.    The stock prices for Oracle January 22, 2001 to January 26, 2001.

6         2.    Attached hereto as Exhibit 1 is a list detailing Oracle Corp.'s stock prices

7             on Yahoo (www.finance.yahoo.com) for the period January 22, 2001 to

8             January 26, 2001.

9          The above-listed documents are relevant to the Court's consideration of

10 Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence

11 Ellison for Trading on the Basis of Nonpublic Information, which is filed concurrently herewith.

12         The Court may take judicial notice of facts "generally known" or "capable of

13 accurate and ready determination by resort to sources whose accuracy cannot reasonably be

14 questioned." Fed. R. Evid. 201(b). Such notice is mandatory "if requested by a party and [the

15 Court is] supplied with the necessary information." Fed. R. Evid. 201(d). The fact that Oracle

16 Corporation is a publicly traded company and their stock prices can be readily ascertained

17 publicly are properly subject to judicial notice because these facts and documents are "capable of

18 accurate and ready determination by resort to sources whose accuracy cannot reasonably be

19 questioned." *See* Fed. R. Evid. 201(b).

20         Defendant respectfully requests that the Court grant this Request for Judicial

21 Notice in Support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary

22 Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information.

23

24 ///

25 ///

26 ///

27 ///

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Ellison's Request for Judicial Notice ISO Opposition to
Plaintiffs' Motion for Summary Judgment
CASE NO. C 01-0988 SI

Dated:  November 17, 2008

Respectfully submitted,

LATHAM & WATKINS
   Peter A. Wald
   Patrick E. Gibbbs
   Sean M. Berkowitz

By :\_\_\_\_\_/s/  Patrick E. Gibbs_____
   Patrick E. Gibbs

Attorneys for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, Edward Sanderson

SF\675642.2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Ellison's Request for Judicial Notice ISO Opposition to
Plaintiffs' Motion for Summary Judgment
CASE NO. C 01-0988 SI