# EXHIBIT 1

Yahoo!    My Yahoo!    Mail    More        Make Y! My Homepage        New User? Sign Up    Sign In

 Search [_____] WEB SEARCH

Dow ↓ 0.18%  Nasdaq ↓ 0.65%        Thu, Nov 13, 2008, 10:50AM ET - U.S. Markets close

[_____] GET QUOTES    Finance Search

## Oracle Corp. (ORCL)

At 10:35AM ET: **16.46** ↓

   

### Historical Prices

Get **Historical Prices** for: [____] GO

**SET DATE RANGE**

Start Date: Jan ▼ 22  2001    Eg. Jan 1, 2003    ● Daily
End Date: Jan ▼ 26  2001                          ○ Weekly
                                                  ○ Monthly
                                                  ○ Dividends Only

Get Prices

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 26-Jan-01 | 29.62 | 30.50 | 29.12 | 30.37 | 46,543,600 | 30.37 |
| 25-Jan-01 | 30.56 | 30.75 | 29.50 | 29.94 | 60,989,400 | 29.94 |
| 24-Jan-01 | 32.00 | 32.02 | 30.00 | 30.06 | 65,595,500 | 30.06 |
| 23-Jan-01 | 31.94 | 32.44 | 31.31 | 31.48 | 42,534,500 | 31.48 |
| 22-Jan-01 | 33.63 | 33.63 | 31.33 | 31.81 | 57,562,000 | 31.81 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

 Download To Spreadsheet

ADVERTISEMENT