| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com | LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>**DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANT ELLISON'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF NONPUBLIC INFORMATION**<br><br>Date:    January 9, 2009<br>Time:    9:00 a.m<br>Judge:   Hon. Susan Illston |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

I, Andrew M. Farthing, declare as follows:

1.  I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I submit this declaration (the "Farthing Declaration") in support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison For Trading On The Basis Of Nonpublic Information.

3.  Attached hereto as Exhibit 430 is a true and correct copy of Exhibit 2 to the Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, dated August 26, 2007.

4.  Attached hereto as Exhibit 431 is a true and correct copy of Exhibit 1 to the Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, dated August 26, 2007

5.  Attached hereto as Exhibit 432 is a true and correct copy of a January 17, 2001 email from Jim English to Jennifer Minton re forecast, which was produced with Bates number NDCA-ORCL 03420.

6.  Attached hereto as Exhibit 433 is a true and correct copy of Defendants' May 14, 2007 Consolidated Source Log.

7.  Attached hereto as Exhibit 434 is a true and correct copy of Plaintiffs' December 9, 2004 *Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties.*

8.  Attached hereto as Exhibit 435 is a true and correct copy of Plaintiffs' December 18, 2004 *Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

9. Attached hereto as Exhibit 436 is a true and correct copy of Plaintiffs' December 28, 2004 *Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties.*

10. Attached hereto as Exhibit 437 is true and correct copy of Plaintiffs' December 9, 2004 *Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties.*

11. Attached hereto as Exhibit 438 is a true and correct copy of a July 5, 2005 letter from Allan Belfrey to Vincent Paul Schmetlz transmitting copies of third party productions, including the State of Michigan and Bell South to Defendants.

12. Attached hereto as Exhibit 439 is a true and correct copy of the September 11, 2002 Order Granting Defendants' Motion to Dismiss in the case *Nursing Home Pension Fund, et al. v. Oracle Corporation, et al.*, Case No. 01-0988.

13. Attached hereto as Exhibit 440 is a true and correct copy of excerpts from the July 9, 2007 deposition of Plaintiffs' accounting expert D. Paul Regan.

14. Attached hereto as Exhibit 441 is a true and correct copy of the minutes of Oracle Corporation's November 30, 2000 Special of the Executive Committee of the Board of Directors, which was produced with Bates numbers NDCA-ORCL 3043132-NDCA_ORCL 3043133.

15. Attached hereto as Exhibit 442 is a true and correct copy "Oracle USA Q2-FY01 Tope 20 License Contracts Revenue Recognition Review" for Hewlett Packard Company, which was produced from the files of Arthur Andersen LLP as Bates numbers AA001339-AA001340.

16. Attached hereto as Exhibit 443 is a true and correct copy of Oracle Corporation's sales documentation for the Hewlett Packard sale on November 30, 2000, which was produced with Bates numbers NDCA-ORCL 3043119-NDCA-ORCL 3043128.

17. Attached hereto as Exhibit 444 is a true and correct copy of an email from Michael DeCesare to Lawrence Ellison, et al. re HP is In!!, which was produced with Bates number NDCA-ORCL 3043084.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

18.  Attached hereto as Exhibit 445 is a true and correct copy of excerpts from the February 16, 2006 deposition of Michael DeCesare, who served as an Area Vice President at Oracle during the relevant time period.

19.  Attached hereto as Exhibit 446 are true and correct copies of a screen shots of Oracle's database detailing Oracle's shipment of software to Hewlett Packard on November 30, 2000.  This document was produced in the instant litigation as NDCA-ORCL 3043130-NDCA-ORCL 3043131.

20.  Attached hereto as Exhibit 447 is a true and correct copy of Oracle Corporation's Revenue Recognition package for the November 30, 2000 sale to Hewlett Packard, which was produced with Bates numbers NDCA-ORCL 304385-NDCA-ORCL 3043109.

21.  Attached hereto as Exhibit 448 is a true and correct copy of excerpts from the June 30, 2006 telephonic hearing before the Special Master, Hon. Edward Infante (Ret.).

22.  Attached hereto as Exhibit 449 is a true and correct copy of Arthur Andersen LLP's January 5, 2001 presentation to the Audit Committee of Oracle Corporation, which was produced with Bates numbers AA00027-AA00034.

23.  Attached hereto as Exhibit 450 is a true and correct copy of excerpts from the transcript of the June 7, 2006 deposition of Thomas Williams, who is Oracle's former Chief Accounting Officer.

24.  Attached hereto as Exhibit 451 is March 2, 2001 Credit Suisse First Boston Analyst Report entitled, "Commerce One, Inc. Downgrading to a Buy from a Strong Buy."

25.  Attached hereto as Exhibit 452 is March 2, 2001 Morgan Stanley Dean Witter Analyst Report entitled, "BEA Systems, Downgrading from Outperform to Neutral."

26.  Attached hereto as Exhibit 453 is March 2, 2001 Epoch Partners Analyst Report entitled, "Ariba, Inc. Cautious Execs IT Spending; Trimming Estimates."

27.  Attached hereto as Exhibit 454 is March 2, 2001 Robertson Stevens Analyst Report entitled, "Siebel Systems, Inc. Reducing Numbers and Downgrading to Buy or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

Near-Term Industry and Economic Uncertainty. Company remains One of our Favorite Long-Term Picks."

28. Attached hereto as Exhibit 455 is March 12, 2001 SG Cowen Analyst Report entitled, "Microsoft: Trimming F01-02 Revenue and EPS to Reflect Soft Backdrop."

29. Attached hereto as Exhibit 456 is March 16, 2001 Robertson Stevens Analyst Report entitled, "Lowering Estimates for Ariba, Inc., Commerce One and i2; Economic Downturn is Just Beginning to Adversely Impact Enterprise Software; We Believe Long-Term B2B Opportunity Still Compelling, But Near-Term Outlook Clouded By Limited Visibility; No Change to Our Ratings."

30. Attached hereto as Exhibit 457 is March 17, 2001 Deutsche Bank Alex Brown Analyst Report entitled, "High Risk Quarter Warrants Caution Over Near-Term, Downgrading Mercury Extensity and Webex to Buy Based on Sector Weakness."

31. Attached hereto as Exhibit 458 is a true and correct copy of the report of Plaintiffs' Causation expert Bjorn I. Steinholt, dated May 25, 2007.

32. Attached hereto as Exhibit 459 is a true and correct copy of the transcript of Matthew Symonds' June 24, 2002 interview of Lawrence Ellison, which was produced with Bates numbers NDCA-ORCL 1529283 – NDCA-ORCL 1529322.

33. On July 19, 2006, Special Master Judge Edward Infante (Ret.) granted Plaintiffs seventy-two (72) depositions during fact discovery. Plaintiffs deposed seventy-two (72) witnesses during fact discovery in this suit. Attached hereto as Exhibit 460 is a true and correct copy of Special Master Infante's July 19, 2006 "Order Granting in Part and Denying in Part Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend Fact Discovery Cutoff and Plaintiffs' Amended Pretrial Order to Include Additional Depositions."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI

1    34.     Attached hereto as Exhibit 461 is a true and correct manuscript copy of the September 12, 2006 deposition of Carolyn Balkenhol, who was the Executive Assistant to Lawrence Ellison during the relevant time period.

35.     Attached hereto as Exhibit 462 is a true and correct copy of work papers produced from the files of third party Arthur Andersen LLP with Bates numbers AA 00035- AA 00038.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 17, 2008 in Menlo Park, California.

_____
Andrew M. Farthing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

FARTHING DECLARATION IN SUPPORT OF ELLISON'S OPP
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-SI