# EXHIBIT 431



Oracle
Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
Updated Data

Per Upside Reports, Minton 7/7/06 Exhibits FR 1-34.

## Oracle
### Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate
### Updated Data

| | Forecast Date | Forecast Week | At Following Year's Budget Rates | | | At Current Year's Budget Rates | | | Difference Between Prior Year Conversion Rate and Potential Forecast Conversion Rate | Quarterly Average |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Pipeline | Actuals | Conversion Rate | Forecast Date | Forecast Week | Pipeline | Potential Forecast | Forecasted Conversion Rate | | |
| Q3 99 | 12/13/98 | Week 2 | $1,582,372,000 | $795,966,000 | 50% | 12/13/99 | Week 2 | $2,054,968,000 | $956,116,000 | 47% | 4% | |
| | 1/10/99 | Week 6 | $1,631,990,000 | $795,745,000 | 49% | 1/10/00 | Week 6 | $2,055,499,000 | $980,015,000 | 48% | 1% | |
| | 1/24/99 | Week 8 | $1,632,013,000 | $795,739,000 | 49% | 1/24/00 | Week 8 | $2,058,399,000 | $968,858,000 | 47% | 2% | |
| | 2/7/99 | Week 10 | $1,632,013,000 | $795,818,000 | 49% | 2/7/00 | Week 10 | $2,058,399,000 | $938,920,000 | 46% | 3% | |
| | 2/14/99 | Week 11 | $1,530,912,000 | $795,818,000 | 52% | 2/14/00 | Week 11 | $1,818,384,000 | $950,259,000 | 52% | 0% | |
| | 2/28/99 | Week 13 | $1,530,912,000 | $796,142,000 | 52% | 2/28/00 | Week 13 | $1,816,384,000 | $973,541,000 | 54% | -2% | 1% |
| Q4 99 | 3/13/99 | Week 2 | $2,631,377,000 | $1,485,013,000 | 56% | 3/13/00 | Week 2 | $3,310,748,000 | $1,797,694,000 | 54% | 2% | |
| | 4/10/99 | Week 6 | $2,744,684,000 | $1,484,259,000 | 54% | 4/10/00 | Week 6 | $3,472,373,000 | $1,645,550,000 | 47% | 7% | |
| | 4/24/99 | Week 8 | $2,744,690,000 | $1,484,259,000 | 54% | 4/24/00 | Week 8 | $3,472,373,000 | $1,620,424,000 | 47% | 7% | |
| | 5/24/99 | Week 12 | $2,535,361,000 | $1,485,032,000 | 59% | 5/24/00 | Week 12 | $3,267,241,000 | $1,635,522,000 | 50% | 9% | |
| | 5/29/99 | Week 13 | $2,535,361,000 | $1,484,830,000 | 59% | 5/29/00 | Week 13 | $3,267,241,000 | $1,664,279,000 | 51% | 8% | 6% |
| Q1 FY00 | 6/19/99 | Week 2 | $1,027,888,000 | $603,711,000 | 59% | 6/19/00 | Week 2 | $1,765,898,000 | $890,785,000 | 50% | 8% | |
| | 7/3/99 | Week 4 | $1,012,588,000 | $603,389,000 | 60% | 7/3/00 | Week 4 | $1,737,782,000 | $893,553,000 | 51% | 8% | |
| | 7/17/99 | Week 6 | $955,354,000 | $603,389,000 | 63% | 7/17/00 | Week 6 | $1,584,737,000 | $844,700,000 | 53% | 10% | |
| | 7/31/99 | Week 8 | $999,425,000 | $603,389,000 | 60% | 7/31/00 | Week 8 | $1,567,331,000 | $784,509,000 | 50% | 10% | |
| | 8/7/99 | Week 9 | $957,830,000 | $603,389,000 | 63% | 8/7/00 | Week 9 | $1,349,003,000 | $761,447,000 | 56% | 7% | |
| | 8/14/99 | Week 10 | $945,080,000 | $603,389,000 | 64% | 8/14/00 | Week 10 | $1,309,074,000 | $758,242,000 | 58% | 6% | |
| | 8/28/99 | Week 12 | $882,174,000 | $603,389,000 | 68% | 8/28/00 | Week 12 | $1,217,368,000 | $743,605,000 | 61% | 7% | |
| | 9/11/99 [1] | Week 2 | $1,464,990,000 | $859,632,000 | 59% | 9/11/00 | Week 2 | $2,280,236,000 | $1,095,113,000 | 48% | 11% | 8% |
| Q2 FY00 | 9/25/99 | Week 4 | $1,543,267,000 | $859,633,000 | 56% | 9/25/00 | Week 4 | $2,285,073,000 | $1,120,585,000 | 49% | 7% | |
| | 10/5/99 [2] | Week 6 | $1,633,514,000 | $859,168,000 | 53% | 10/5/00 | Week 6 | $2,352,287,000 | $1,141,246,000 | 49% | 4% | |
| | 10/16/99 | Week 8 | $1,642,102,000 | $859,167,000 | 52% | 10/16/00 | Week 8 | $2,319,243,000 | $1,144,078,000 | 49% | 3% | |
| | 11/13/99 | Week 12 | $1,488,335,000 | $859,165,000 | 58% | 11/13/00 | Week 12 | $2,032,129,000 | $1,150,688,000 | 57% | 1% | |
| | 11/27/99 | Week 14 | $1,381,430,000 | $859,164,000 | 62% | 11/27/00 | Week 14 | $1,853,940,000 | $1,143,247,000 | 62% | 1% | 4% |
| Q3 FY00 | 12/11/99 | Week 2 | $1,949,375,000 | $1,029,793,000 | 53% | 12/11/00 | Week 2 | $2,961,737,000 | $1,420,272,000 | 48% | 5% | |
| | 12/25/99 | Week 4 | $1,968,184,000 | $1,029,793,000 | 52% | 12/25/00 | Week 4 | $2,633,350,000 | $1,420,272,000 | 54% | -2% | |
| | 1/15/00 | Week 6 | $2,015,185,000 | $1,029,793,000 | 51% | 1/15/01 | Week 6 | $2,691,176,000 | $1,360,483,000 | 51% | 1% | |
| | 1/22/00 | Week 8 | $2,018,860,000 | $1,029,793,000 | 51% | 1/22/01 | Week 8 | $2,649,859,000 | $1,359,507,000 | 51% | 0% | |
| | 1/29/00 | Week 9 | $2,018,860,000 | $1,029,793,000 | 51% | 1/29/01 | Week 9 | $2,649,859,000 | $1,308,007,000 | 49% | 2% | |
| | 2/5/00 | Week 10 | 1829758000 | 1029792000 | 56% | 2/5/01 | Week 10 | $2,417,909,000 | $1,275,265,000 | 53% | 4% | |
| | 2/12/00 | Week 11 | $1,785,898,000 | $1,030,147,000 | 58% | 2/12/01 | Week 11 | $2,296,078,000 | $1,280,441,000 | 56% | 2% | |
| | 2/19/00 | Week 12 | $1,693,542,000 | $1,029,790,000 | 61% | 2/19/01 | Week 12 | $2,166,375,000 | $1,270,813,000 | 59% | 2% | |
| | 2/26/00 [3] | Week 13 | $1,609,185,000 | $1,029,790,000 | 64% | 2/26/01 | Week 13 | $2,154,872,000 | $1,276,400,000 | 59% | 5% | 2% |
| Q4 FY00 | 3/11/00 | Week 2 | $3,235,306,000 | $1,797,955,000 | 56% | 3/11/01 | Week 2 | $4,230,048,000 | $1,738,337,000 | 41% | 14% | |
| | 3/26/00 | Week 6 | $3,290,754,000 | $1,797,955,000 | 55% | 3/26/01 | Week 6 | $4,041,208,000 | $1,713,420,000 | 42% | 12% | |
| | 4/9/00 | Week 8 | $3,398,706,000 | $1,797,955,000 | 53% | 4/9/01 | Week 8 | $3,725,434,000 | $1,699,637,000 | 46% | 7% | |
| | 5/14/00 | Week 12 | $3,188,237,000 | $1,797,955,000 | 56% | 5/14/01 | Week 12 | $3,148,795,000 | $1,647,641,000 | 52% | 4% | |
| | 5/28/00 | Week 13 | $2,906,441,000 | $1,797,955,000 | 62% | 5/28/01 | Week 13 | $2,920,450,000 | $1,624,659,000 | 56% | 6% | 9% |

[1] Other data from the same week was excluded. Use data from 8/28 because it was the first forecast of the week. Use data from NDCA-ORCL 136060, which appears to be in line with the other forecasts for the week, instead of NDCA-ORCL 323375, which is also dated 8/28.

[2] Use data from NDCA-ORCL 142574, which appears to be a more complete upside report than NDCA-ORCL 323867, which is also dated 9/25.

[3] Other data from the same week was excluded. Use data from 2/26 because it was the first forecast of the week.