# EXHIBIT 432

Forecast

Subject: Forecast
Date: Wed, 17 Jan 2001 22:23:40 -0800
From: Jim English <Jim.English@Oracle.com>
To: "Minton,Jennifer" <JENNIFER.MINTON@Oracle.com>

When you asked for a forecast summary I should have asked what you were looking for.
I hope this helps.

We are holding at $150M but I'll be a bit more aggressive and say a likely of
$150-$170. If you pull Covisant from pipe, apply our week 7 Fy00 coverage rate and
then add Covisant back in you get $170M. We have a lot of pipe at challenging clients

- nearly $30M at GE. Although they announced pending layoffs our biggest deals are in Capital, Aircraft Engines and Power which were reported to be doing very well. We will see in coming weeks.
- GM with poor earnings and announced poor 1st quarter. They are reviewing all budgets.
- Gateway. Again poor earnings but we presented very strong ROI analysis.

Our best is at $220M which is a real stretch as several of these deals will be Q4.
One AVP talked of starting to see indications of client delays on decisions.

- Q301 forecast is $150M, 80% growth YOY and 139% of target.
- Q3 YTD is $299M, 60% growth YOY, 123% of YTD Target.
- Q3 Apps forecast is $84M; Tech is $66M.
    - Apps forecast is down $8M, but Tech is up $8M. (OSO updates for Covisint are largest change)
    - YOY growth is positive 114% (Apps) and positive 54% (Tech).
    - Q3 YTD growth is positive 57% (Apps) and positive 70% (Tech).
- Q3 Worst is $120M, Best is $225M.
    - Analyzed Upside deals by Win Probability  $70M of Upside with 40% Probability or greater, implying a Best Case of $220M (so $225M Best Case looks reasonable).
- Q3 Pipeline is $368M, up from $349M prior week.
    - Pipeline up $19M. Large increases were Emerson Electric (up $27M, not forecasted, Q4) and Solectron (up $13M, looking positive for $5M but my data is a few days old); $13M decrease in East for 2 GE deals moved to Q4.
    - Q3 Pipeline growth is 60% vs FY00 Week 7.
        - Apps pipe: $187M 55% growth.
        - Tech pipe: $181M 66% growth.
    - Q3 Forecast coverage is 246%, 342% without Covisant.

NDCA-ORCL 03420
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0045571