# EXHIBIT 438



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

July 5, 2005

<u>VIA FEDERAL EXPRESS</u>

Vincent Paul (Trace) Schmeltz III
Mayer, Brown, Rowe & Maw LLP
190 S. La Salle Street, Suite 3100
Chicago, Illinois 60603

Re:   *In re Oracle Sec. Litig.*
      Case No. C-01-0988-MJJ

Dear Vincent:

Enclosed please find the following third-party productions:

| | |
|---|---|
| Motorola, Inc. | MOT 00001-00066 |
| Qwest Communications Corp. | Qwest01-Qwest07 |
| First Hawaiian Bank | FHB 0001-0119 |
| New York City Housing Authority | NYHA 001-006 |
| Health Net, Inc. | HN 001-022 |
| Credit Suisse First Boston Corp. | CSFB 000001-000101 |
| Agilysys, Inc. | AGILYSYS 001-228 |
| Ernst and Young LLP | EY 000001-000283 |
| Arthur Anderson LLP | AA 000001-000051 |
| BellSouth Corp. | BSC 0001-0004 |
| Sprint Corp. | SPRINT 001-048 |
| State of Michigan | MI 0000001-0022916  8 boxes |
| Oracle Applications Users Group | OAUG 0000001-0046586  7 CDs |
| Principle Financial Group, Inc. | PFG 001-007 |

Also enclosed is the IKON Office Solutions, Inc. Invoice for the copying cost of the above-mentioned productions.

In the production letters of the following third-party productions, your firm was carbon copied and so we are not sending the third-party productions listed below:





SBC Telecommunications, Inc.
PacifiCare Health Systems, Inc.
Hostcentric Technologies, Inc.
IKON Office Solutions, Inc.
Boeing Company

If for any reason you did not receive the productions listed above please let us know.

If you have any questions please do not hesitate to call.

Sincerely,

*Allana Belfry*

Allana Belfry
Paralegal

Enclosures