# EXHIBIT 441

MINUTES OF THE SPECIAL MEETING
OF THE EXECUTIVE COMMITTEE
OF THE BOARD OF DIRECTORS
ORACLE CORPORATION

November 30, 2000

A Special Meeting of the Executive Committee (the "Committee") of the Board of Directors (the "Board") of Oracle Corporation, a Delaware corporation (the "Corporation"), was held by telephone conference on November 30, 2000 at 11:45 a.m. Pacific Daylight Time.

1. ATTENDANCE AND QUORUM

The following directors were present, constituting a majority of the Committee and a quorum: Lawrence J. Ellison and Jeffrey O. Henley. Donald L. Lucas was not in attendance.

Also present was Safra Catz, Executive Vice President, and Daniel Cooperman, Senior Vice President, General Counsel and Secretary.

Mr. Cooperman called the meeting to order and announced that the meeting was held pursuant to a telephonic notice of meeting delivered to all members of the Committee. Mr. Cooperman confirmed that each participant was able to hear clearly all other participants. Mr. Cooperman recorded the minutes of the meeting.

2. APPROVAL OF PURCHASE OF HARDWARE AND SERVICES FROM THE HEWLETT PACKARD COMPANY

WHEREAS:

A. The Committee reviewed a draft purchase order to purchase $30,000,000 of hardware and services from the Hewlett Packard Company (the "Seller").

B. The terms of the actual contract have not yet been completed.

C. The Committee has been advised by the Corporation's IT group that the Seller's equipment is more reliable than other available alternatives for certain production and development needs.

D. The Committee has determined that it is in the best interests of the Corporation and its stockholders to approve the purchase of $30,000,000 of hardware and services from the Seller (the "HP Purchase") and to delegate to the Chief Executive Officer the approval of the final terms of the HP Purchase.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

RESOLVED THAT:

1. The Committee approves the HP Purchase.

2. The Chief Executive Officer has the authority to approve the final terms of the HP Purchase.

3. Each of the Chief Executive Officer, the Chief Financial Officer, any Executive Vice President, the Treasurer, the Assistant Treasurer, the Secretary and the Assistant Secretary of the Corporation (collectively, the "Authorized Officers") is authorized and directed to take all reasonable actions to negotiate, execute and deliver the HP Purchase documents and any and all other actions as may be reasonably required to accomplish the intent of these resolutions.

4. Any and all prior actions taken by the Authorized Officers that are within the scope of these resolutions hereby are ratified, confirmed and approved as the actions of the Corporation.

3. ADJOURNMENT

There being no further business to come before the meeting, it was, upon motion duly made, seconded and unanimously carried, adjourned at approximately 12:00 p.m.

*[signature]*
Daniel Cooperman
Secretary

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        NDCA-ORCL3043133