# EXHIBIT 442

ORACLE USA
Q2 - FY01
TOP 20 LICENSE CONTRACTS
REVENUE RECOGNITION REVIEW

| | | |
|---|---|---|
| CUSTOMER: | *HEWLETT PACKARD COMPANY* | |
| REVENUE: | $ 21,331,122 | Contract value |
| | (1,740,523) | International revenue transfer |
| | (1,472,341) | Unguaranted payment associated with lease |
| | $ 18,118,258 | Revenue recognized in the U.S. |
| MARKET SEGMENT: | Vertical – Industrial | |
| ORDER TYPE: | Ordering Document | |
| PAYMENT TERMS: | Financed | |
| DISCOUNTS: | 60% | |
| FUTURE DISCOUNTS: | N/A | |
| PRODUCTS | Applications | |
| PLATFORMS/OS: | HP-UX | |
| OCS INVOLVEMENT? | No | |
| ISSUES: | | |

Issued and signed concurrently with this transaction was a blanket purchase order and Letter Agreement between Oracle and HP for the purchase of $30,000,000 in HP hardware for Oracle's production & development environments. In consideration for this commitment, HP agreed to increase the discounts from our previous purchase agreements from 40% to 50% for production hardware and from 12% to 17% for certain classes of products within the production and development environments.

*[Handwritten: No commitment, only statement of intention]*

Also accompanying the transaction was a non-binding letter of understanding that discussed Oracle's intention to move its CRM development environment to HP hardware. The signed agreement and blanket purchase order mentioned above was the result of this letter.

The customer elected to migrate existing licenses to new license types per this Ordering Document. In accordance with our standard technical support policies, $3,250,300 in existing support for migrated licenses is included in this transaction.

The contract includes 400 days of Onsite Technical Support services for a fee of $549,700. This rate is consistent with Oracle's support services standard pricing.

ORACLE USA
Q2 - FY01
TOP 20 LICENSE CONTRACTS
REVENUE RECOGNITION REVIEW

The contract includes a one-time option for the customer to exchange the migrated licenses on this Ordering Document at a list price to list price ratio for the same programs. Oracle has no shipment obligation under this option and the customer is not entitled to any refunds or credits as a result of the option.

The customer elected to finance this transaction as a lease through Oracle Financing Division (OFD). The lease grants the customer a smaller payment structure and includes an optional conversion payment that, if paid, would grant the customer perpetual license rights to the software. The customer's payment plan covered the interest associated with the extended payments. The difference between the net present value of the payments and the contract fees represents the unguaranteed payment amount of $1,472,341 which was deferred from license revenue.

- PDW Tom Williams, the Company agreed to enter into the equipment purchase obligation as the Company believes that it will need this equipment in the near future for its development and production departments. The Company has spent approximately $70M on Sun servers in the last 5 quarters.
- AA received written confirmation from Shelly Curtis, Assistant General Counsel (Oracle representative that signed the agreement) that the agreement was signed by both parties prior to cutoff. We requested this as the faxed documents were time stamped Dec. 1, 2000.
- The financing has a term of 11 months, but the customer has a bargain purchase option at the end of the term to purchase the licenses. Thus, in reality, this term license will ultimately become a perpetual license as it is unlikely that HP will want to spend so much money for a license to be used 11 months.. (A)
- [redacted/scribbled out]
- The agreement contained language regarding a one time option to remix the migrated licenses within the next two years. The Company does not believe this to be a concession as this option existed in a previous HP agreement from Q1 00 and this agreement is only extending this term.

*[Handwritten note left margin]: Also, the Company has decided to change this development environment + production environment to support both Sun + HP. This was done to ensure that their products worked effectively on both platforms + to diversify their current environment to another platform.*

*[Handwritten note bottom]: (A) - The financing was "papered" as a lease at the customer's request with a term of 11 months. However, > 90% of the payment is made in the 11 months and the remaining amount [crossed out] is deferred. In substance the license is a term as the customer would not forfeit the right to [crossed out] utilize + convert. Also, PCS is priced as a perpetual license.*

6

AA 001340
CONFIDENTIAL