# EXHIBIT 443

```
Oracle Corporation                                               COD - Product                                    01-DEC-00 17:00        Page:   1

           Sorted by: Order Type           Sales Representative: All to All
          Order Type: All to All                         Customer: All to All
        Order Number: 6346665 to 6346665               Order Date: All to All
           Agreement: All to All                      Administrator: All to All
       Action Status: All to All

Order Number: 6346665
  Order Type: US:OCC - NO SHIP                 Booked Date: 01-DEC-00                Price List: CURRENT COMMERCIAL
    Customer: HEWLETT PACKARD COMPANY        Creation Date: 01-DEC-00                  Ship Via: 2 DAY
Customer Number: 6057                          Order Date: 30-NOV-00                  Tax Type: Default
Customer Contact: JACK STRUKEL               Request Date: 30-NOV-00          Tax Exempt Number: None
Contact Phone:                               Order Status: Booked             Tax Exempt Reason: None
Purchase Order: OCC4190                        Entered By: CCISNERO           Invoicing Rule: Advance Invoice
Sales Channel: NULL                           Order Value: 26,573,669.46              Agreement: OLA-6057-30-NOV-00
Freight Terms: None                         Oasis Deal ID: None                          Terms: 30 NET 100%
Doc Received Date: 30-NOV-00 19:52          Rep Prob Code:                    Sales Representative: Kinney, Kelley E
End User Customer: HEWLETT PACKARD COMPANY  Date Comp/To OE: 30-NOV-00 19:52   Entry Prob Code:
CATS LOG Number:                            End User Cont:                    CDROM Doc Created:
Revenue Type: Direct                         Reseller:                        Source Reference: Copy

Bill: KAREN MONTAQUE - Cust. No.: 6057       Ship: JACK STRUKEL - Cust. No.: 6057    End: - Cust. No.: 6057
      HEWLETT PACKARD COMPANY                      HEWLETT PACKARD COMPANY                 HEWLETT PACKARD COMPANY
      3000 HANOVER STREET                          100 CIRCLE BOULEVARD                    100 CIRCLE BOULEVARD
      PALO ALTO,CA 94304-1181                      CORVALLIS, OR 97330                     CORVALLIS, OR 97330
      US                                           US                                      US

                                         Qty                         Discount                                          Trg
Line Item                                Ord      List Price           Type      Amount   Selling Price  Commitment   Unit
---- -----------------------------       ----    -----------        ----------   ------   -------------  ----------   ----
  1 HP 98XX/HP-UX CD (E-COMMERCE) -- ACTIVE
    Part Number: A70645                    1             .00                       .00              .00         .00
    Additional Platform:
    CPU: For NA Users
    Operating System: HP-UX
    NA License Level 218233929
    Program Set:

1.2 Oracle Applications Release 11i CD Pack for HP
    9000 Series HP-UX -- ACTIVE
    Part Number: A88504                    1                                39.95 PRICE CORRECT      39.95
    Additional Platform:
    CPU: For NA Users
    Operating System: HP-UX
    NA License Level 218233931
    Program Set:

  2 LICENSE MODEL (E-COMMERCE) -- ACTIVE
    Part Number: A70644                    1             .00                       .00              .00         .00
    Additional Platform:
    CPU: For 1 Users
    Operating System: NA
    FULL License Level 218233932
    Program Set:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                              NDCA-ORCL3043119

```
Oracle Corporation                              COD - Product                                01-DEC-00 17:00

         Sorted by: Order Type           Sales Representative: All to All                         Page:    2
        Order Type: All to All                         Customer: All to All
      Order Number: 6346665 to 6346665               Order Date: All to All
         Agreement: All to All                     Administrator: All to All
     Action Status: All to All
Continue Order Number: 6346665
                                         Order starts on page: 1

                                                                     Discount                                          Trg
Line  Item                                Qty Ord  List Price          Type       Amount Selling Price Commitment     Unit
----  ----                                -------  ----------         --------    ------ ------------- ----------     ----
2.2   Advanced Inbound - Workstation -- ACTIVE
      Part Number: A85566                     1  1,990,000.00 PRICE CORRECT     1,154,200.00    835,800.00
      Additional Platform:
      CPU: For 2000 Users
      Operating System: NA
      FULL License Level 218233946
      Program Set:

2.3   eMail Center - Workstation -- ACTIVE
      Part Number: A85618                     1  3,990,000.00 PRICE CORRECT     2,118,737.50  1,871,262.50
      Additional Platform:
      CPU: For 2000 Users
      Operating System: NA
      FULL License Level 218233951
      Program Set:

2.4   Incentive Compensation - Compensated Individual
      -- ACTIVE
      Part Number: A80531                     1  3,613,500.00 PRICE CORRECT     2,095,830.00  1,517,670.00
      Additional Platform:
      CPU: For 7300 Users
      Operating System: NA
      FULL License Level 218233952
      Program Set:

2.5   Marketing Online - Application User -- ACTIVE
      Part Number: A85564                     1  9,995,000.00 PRICE CORRECT     7,057,100.00  2,937,900.00
      Additional Platform:
      CPU: For 1000 Users
      Operating System: NA
      FULL License Level 218233953
      Program Set:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                          NDCA-ORCL3043120

```
Oracle Corporation                                         COD - Product                              01-DEC-00 17:00
                                                                                                            Page:    3
                  Sorted by: Order Type                Sales Representative: All to All
                 Order Type: All to All                             Customer: All to All
               Order Number: 6346665 to 6346665                   Order Date: All to All
                  Agreement: All to All                        Administrator: All to All
              Action Status: All to All
      Continue Order Number: 6346665                   Order starts on page: 1

                                                                                                           Trg
                                                   Qty                           Discount
Line  Item                                         Ord  List Price                   Type       Amount  Selling Price Commitment Unit
----  ----                                         ---  ----------               --------       ------  ------------- ---------- ----
2.6   Mobile Sales - Application User -- ACTIVE      1   5,472,500.00 PRICE CORRECT           3,174,050.00  2,298,450.00
      Part Number: A80550
      Additional Platform:
      CPU: For 5500 Users
      Operating System: NA
      FULL License Level 218233954
      Program Set:

2.7   Sales Online - Application User -- ACTIVE      1  21,972,500.0  PRICE CORRECT          12,744,050.00  9,228,450.00
      Part Number: A85667
      Additional Platform:
      CPU: For 5500 Users
      Operating System: NA
      FULL License Level 218233955
      Program Set:

2.8   Service Online - Application User -- ACTIVE    1   4,492,500.00 PRICE CORRECT           2,605,650.00  1,886,850.00
      Part Number: A85665
      Additional Platform:
      CPU: For 1500 Users
      Operating System: NA
      FULL License Level 218233956
      Program Set:

2.9   TeleSales - Application User -- ACTIVE         1   1,797,000.00 PRICE CORRECT           1,042,260.00    754,740.00
      Part Number: A80548
      Additional Platform:
      CPU: For 600 Users
      Operating System: NA
      FULL License Level 218233957
      Program Set:
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                       NDCA-ORCL3043121

```
Oracle Corporation                                              COD - Product                                  01-DEC-00 17:00
                                                                                                               Page:   4
            Sorted by: Order Type                        Sales Representative: All to All
           Order Type: All to All                                     Customer: All to All
         Order Number: 6346665 to 6346665                           Order Date: All to All
            Agreement: All to All                                Administrator: All to All
        Action Status: All to All
 Continue Order Number: 6346665
                                                         Order starts on page: 1

Line  Item                                         Qty                                Discount
                                                   Ord    List Price                  Type               Amount  Selling Price  Commitment  Trg Unit
----  ----                                         ---    ----------                  --------           ------  -------------  ----------  --------
  .3  ONSITE SERVICES -- ACTIVE                     1                           1.00  PRICE CORRECT   -549,699.00      549,700.00
      Part Number: A16688
      Additional Platform:
      CPU: For NA Users
      Operating System: NA
      FULL License Level 218233960
      Program Set:

                                                   Qty    Selling
Line  Service Item                                 Ordered Percent  List Price        Discount
                                                                                      Type             Amount    Selling   Service   Service
                                                                                                                 Price     Start Date End Date
----  ------------                                 ------- -------  ----------        --------         ------    -------   ---------- --------
 .2   PRODUCT SUPPORT - ADVANCE                      1                     .00                            .00         .00  30-NOV-00 29-NOV-01
 .2   LICENSE MODEL (E-COMMERCE)

 2.2  UPDATES SUBSCRIPTION SERVICE - 1                                     .00                            .00         .00  30-NOV-00 29-NOV-01
 2.2  ADVA
      LICENSE MODEL (E-COMMERCE)

 2.2  PRODUCT SUPPORT - ADVANCE                      1             139,300.00         PRICE CORRECT   80,794.00   58,506.00 30-NOV-00 29-NOV-01
 2.2  Advanced Inbound - Workstation

 2.2  UPDATES SUBSCRIPTION SERVICE - 1                             298,500.00         PRICE CORRECT  173,130.00  125,370.00 30-NOV-00 29-NOV-01
 2.2  ADVA
      Advanced Inbound - Workstation

 2.3  PRODUCT SUPPORT - ADVANCE                      1             279,300.00         PRICE CORRECT  148,311.62  130,988.38 30-NOV-00 29-NOV-01
 2.3  eMail Center - Workstation

 2.3  UPDATES SUBSCRIPTION SERVICE - 1                             598,500.00         PRICE CORRECT  317,810.62  280,689.38 30-NOV-00 29-NOV-01
 2.3  ADVA
      eMail Center - Workstation

 2.4  PRODUCT SUPPORT - ADVANCE                      1             252,945.00         PRICE CORRECT  146,708.10  106,236.90 30-NOV-00 29-NOV-01
 2.4  Incentive Compensation
      Compensated Individual
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                          NDCA-ORCL3043122

```
Oracle Corporation                                          COD - Product                                         01-DEC-00 17:00
                                                                                                                  Page:      5
         Sorted by: Order Type                    Sales Representative: All to All
         Order Type: All to All                                Customer: All to All
       Order Number: 6346665 to 6346665                      Order Date: All to All
          Agreement: All to All                           Administrator: All to All
      Action Status: All to All
Continue Order Number: 6346665                         Order starts on page: 1

                                      Qty     Selling                          Discount                         Selling  Service    Service
Line Service Item                     Ordered Percent   List Price             Type               Amount        Price    Start Date End Date
---- ---------------------------      ------- -------   ----------             --------           ---------     ------   ---------- --------
2.4  UPDATES SUBSCRIPTION SERVICE -       1              542,025.00 PRICE CORRECT              314,374.50    227,650.50 30-NOV-00  29-NOV-01
     ADVA Incentive    Compensation
2.4  Compensated Individual
2.5  PRODUCT SUPPORT - ADVANCE             1            699,650.00 PRICE CORRECT               493,997.00    205,653.00 30-NOV-00  29-NOV-01
2.5  Marketing Online -  Application
     User
2.5  UPDATES SUBSCRIPTION SERVICE -        1          1,499,250.00 PRICE CORRECT             1,058,565.00    440,685.00 30-NOV-00  29-NOV-01
     ADVA
2.5  Marketing Online -  Application
     User
2.6  PRODUCT SUPPORT - ADVANCE             1            383,075.00 PRICE CORRECT               222,183.50    160,891.50 30-NOV-00  29-NOV-01
2.6  Mobile Sales - Application User
2.6  UPDATES SUBSCRIPTION SERVICE -        1            820,875.00 PRICE CORRECT               476,107.50    344,767.50 30-NOV-00  29-NOV-01
     ADVA
2.6  Mobile Sales - Application User
2.7  PRODUCT SUPPORT - ADVANCE             1          1,538,075.00 PRICE CORRECT               892,083.50    645,991.50 30-NOV-00  29-NOV-01
2.7  Sales Online - Application User
2.7  UPDATES SUBSCRIPTION SERVICE -        1          3,295,875.00 PRICE CORRECT             1,911,607.50  1,384,267.5  30-NOV-00  29-NOV-01
     ADVA
2.7  Sales Online - Application User
2.8  PRODUCT SUPPORT - ADVANCE             1            314,475.00 PRICE CORRECT               182,395.50    132,079.50 30-NOV-00  29-NOV-01
2.8  Service Online - Application User
2.8  UPDATES SUBSCRIPTION SERVICE -        1            673,875.00 PRICE CORRECT               390,847.50    283,027.50 30-NOV-00  29-NOV-01
     ADVA
2.8  Service Online - Application User
2.9  PRODUCT SUPPORT - ADVANCE             1            125,790.00 PRICE CORRECT                72,958.20     52,831.80 30-NOV-00  29-NOV-01
2.9  TeleSales - Application User
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                NDCA-ORCL3043123

```
Oracle Corporation                              COD - Product                           01-DEC-00 17:00      Page:    6

              Sorted by: Order Type              Sales Representative: All to All
             Order Type: All to All                           Customer: All to All
           Order Number: 6346665 to 6346665                 Order Date: All to All
              Agreement: All to All                      Administrator: All to All
          Action Status: All to All
  Continue Order Number: 6346665                    Order starts on page: 1

                                        Qty     Selling                         Discount                      Selling    Service     Service
Line  Service Item                      Ordered Percent    List Price           Type           Amount         Price      Start Date  End Date
----  ------------                      ------- -------    ----------           --------       ------         -------    ----------  --------
 2.9  UPDATES SUBSCRIPTION SERVICE         1                                                                                          29-NOV-01
      ADVA
 2.9  TeleSales - Application User         1                269,550.00  PRICE CORRECT          156,339.00    113,211.00  30-NOV-00   29-NOV-01


Original Line - License - CSI mapping:

                                                          QtyOn                 License    Service    Start        End         Technical
Ln    Product                               CSI           CSI     Link to License  SerialNo   Program    Date         Date        Contact
--    -------                               ---           -----   ---------------  --------   -------    -----        ----        ---------
 1    HP 98XX/HP-UX CD (E-COMMERCE)
 1.2  Oracle Applications Release
      11i CD Pack for HP 9000 Series
      HP-UX
 2    LICENSE MODEL (E-COMMERCE)           3194046         1
 2    LICENSE MODEL (E-COMMERCE)           3194046         1
 2.2  Advanced Inbound - Workstation       3194046         1                                  PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.2  Advanced Inbound - Workstation       3194046         1                                  UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.3  eMail Center - Workstation           3194046         1                                  UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.3  eMail Center - Workstation           3194046         1                                  PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.4  Incentive Compensation -             3194046         1                                  UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      Compensated Individual
 2.4  Incentive Compensation -             3194046         1                                  PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
      Compensated Individual
 2.5  Marketing Online - Application       3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.5  Marketing Online - Application       3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.6  Mobile Sales - Application           3194046                                            PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.6  Mobile Sales - Application           3194046                                            PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.7  Sales Online - Application           3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.7  Sales Online - Application           3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.8  Service Online - Application         3194046                                            PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.8  Service Online - Application         3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
      User
 2.9  TeleSales - Application User         3194046                                            PRODUCT SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.9  TeleSales - Application User         3194046                                            UPDATES SU 30-NOV-00   29-NOV-01   JACK STRUK
 2.5  Marketing Online - Application                       1                                  UPDATES SU 30-NOV-00   29-NOV-01
      User
 2.5  Marketing Online - Application                       1                                  PRODUCT SU 30-NOV-00   29-NOV-01
      User
 2.6  Mobile Sales - Application                           1                                  PRODUCT SU 30-NOV-00   29-NOV-01
      User
 2.6  Mobile Sales - Application                           1                                  PRODUCT SU 30-NOV-00   29-NOV-01
      User
 2.7  Sales Online - Application                           1                                  UPDATES SU 30-NOV-00   29-NOV-01
      User
 2.7  Sales Online - Application                           1                                  UPDATES SU 30-NOV-00   29-NOV-01
      User
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                  NDCA-ORCL3043124

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.7 | Sales Online - Application User | 1 | | | PRODUCT SU | 30-NOV-00 | 29-NOV-01 |
| 2.8 | Service Online - Application User | 1 | | | UPDATES SU | 30-NOV-00 | 29-NOV-01 |
| 2.8 | Service Online - Application User | 1 | | | PRODUCT SU | 30-NOV-00 | 29-NOV-01 |
| 2.9 | TeleSales - Application User | 1 | | | UPDATES SU | 30-NOV-00 | 29-NOV-01 |
| 2.9 | TeleSales - Application User | 1 | | | PRODUCT SU | 30-NOV-00 | 29-NOV-01 |

Sales Credits:

| Sales Representative | Sales Representative Number | Cost Center | Credit Type | Amount |
|---|---|---|---|---|
| Corporate Support | 100 | 0312 | Revenue | 1,378,105.28 |
| Kinney, Kelley E | 13772 | 0394 | NonRevenue | 4,606,038.02 |
| Kinney, Kelley E | 13772 | 0394 | Revenue | 21,331,122.50 |
| Novak, Nancy M | 46627 | 0394 | NonRevenue | 4,606,038.02 |
| Novak, Nancy M | 46627 | 0394 | Revenue | 549,700.00 |
| MALAYSIA | 100267 | 0267 | Revenue | 18,715.07 |
| AUSTRIA | 100276 | 0276 | Revenue | 9,357.54 |
| BRAZIL | 100284 | 0284 | Revenue | 25,139.58 |
| SINGAPORE | 100286 | 0286 | Revenue | 25,871.67 |
| AUSTRALIA | 100292 | 0292 | Revenue | 16,884.86 |
| FRANCE | 100294 | 0294 | Revenue | 44,586.74 |
| JAPAN | 100295 | 0295 | Revenue | 20,366.96 |
| UNITED KINGDOM | 100297 | 0297 | Revenue | 55,779.18 |
| ITALY | 101222 | 0222 | Revenue | 21,835.82 |
| NETHERLANDS | 200271 | 0271 | Revenue | 44,586.74 |
| GERMANY | 20000005 | 0283 | Revenue | 78,534.79 |
| Corporate Updates | 20006277 | 0001 | Revenue | 2,953,082.74 |

| | |
|---|---|
| Total Product Value: | 21,880,822.50 |
| Total Service Value: | 4,692,846.96 |
| Total Product List Value: | 53,323,040.95 |
| | 31,442,218.45 |

Comments

Total Pdt Disc Value:
Total Commitment Value:

**** END OF REPORT ****

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL3043125

**Subject:** [Fwd: [Fwd: HP deal signature time]]
**Date:** Wed, 13 Dec 2000 09:30:21 -0800
**From:** Lara Deen <lara.deen@oracle.com>
**Organization:** Oracle Corporation
**To:** revrec@us.oracle.com

```
File in "H"

--
Lara Deen, CPA
Americas Revenue Accounting
Oracle Corporation
Phone (916) 315-4325
Fax   (916) 315-4065
email lara.deen@oracle.com
```

---

**Subject:** Re: [Fwd: HP deal signature time]
**Date:** Tue, 12 Dec 2000 15:00:49 -0800
**From:** Loren Mahon <Loren.Mahon@oracle.com>
**Organization:** Oracle Corporation
**To:** Shelley Curtis <shelley.curtis@oracle.com>
**CC:** "Deen,Lara" <LARA.DEEN@oracle.com>,
  "Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>,
  DJINNETT <DAVID.JINNETT@oracle.com>, paul.e.yoo@us.arthurandersen.com,
  "Hong,Mark" <MARK.HONG@oracle.com>

```
David did show me the fully executed contract before midnight and mentioned
his concern with the time stamp on the fax.  I recommended he hand date and
time stamp the signature page. lj

Shelley Curtis wrote:

> ATTORNEY-CLIENT PRIVILEGED COMMUNICATION
>
> Lara:
>
> If further evidence is needed, please note the following facts:
>
> 1) Loren Mahon witnessed that signatures of both parties were obtained
> before midnight as she was present in the area where David Jinnett was
> working and he took the documents to her.  I am advised that other
> members of Sales Support also witnessed that -- either Loren of David
> can provide those names to you, if needed.
>
> 2) David Jinnett faxed the HP signed signature pages to me, which I then
> countersigned and faxed back to him and the fax machine date stamped on
> the signature pages faxed by Commercial Legal was before midnight -- it
> was 11:53.  Legal Assistant Mark Hong watched me sign, then he handled
> faxing back to David Jinnett, so he is also a witness.
>
> 3) If needed, I'm sure that Mr. May and his people at HP would also be
> happy to testify as to when he signed and faxed.
>
> 4) My husband can testify as well, since I left my Oracle office
> immediately after midnight and drove home, reaching my home in Sunnyvale
```

```
> at approximately 12:35, so I was neither negotiating nor signing after
> midnight.
>
> Best regards,
> Shelley Curtis
> Assistant General Counsel
>
> -------------------------------------------------------------------
>
> Subject: Re: HP deal signature time
> Date: Mon, 11 Dec 2000 19:31:25 -0800
> From: Shelley Curtis <shelley.curtis@oracle.com>
> Organization: Oracle Corporation
> To: Lara Deen <lara.deen@oracle.com>
> CC: Paul Yoo <paul.e.yoo@us.arthurandersen.com>
> References: <3A359631.9A30A7C7@oracle.com>
>
> Lara:
>
> This email is to certify that the contract was executed by both parties
> prior to midnight on 11/30.
>
> Best regards,
> Shelley Curtis
> Assistant General Counsel, Product Licensing
> 650-506-5281
>
> Lara Deen wrote:
>
> > Shelley,
> >
> > Arthur Andersen (Paul Yoo) is auditing our top 20 contracts. They'd
> > like to verify the time at which signed HP deal was actually received by
> > Oracle (the fax time stamp indicates the contract was not received by
> > Oracle till 12/1). Could you verify that the contract was executed
> > prior to midnight on 11/30?
> >
> > Thank you,
> >
> > Lara
> >
> > --
> > Lara Deen, CPA
> > Americas Revenue Accounting
> > Oracle Corporation
> > Phone (916) 315-4325
> > Fax (916) 315-4065
> > email lara.deen@oracle.com
>
> -------------------------------------------------------------------
>
>   Shelley Curtis <scurtis@us.oracle.com>
>
>   Shelley Curtis
>      <scurtis@us.oracle.com>
>   Additional Information:
>   First Name     Shelley
>   Version        2.1
>
> -------------------------------------------------------------------
>
```

of 3

12/13/2000 9:55 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL3043127

[Fwd: [Fwd: HP deal signature time]]

```
>    Shelley Curtis <scurtis@us.oracle.com>
>
>    Shelley Curtis
>       <scurtis@us.oracle.com>
>    Additional Information:
>    First Name     Shelley
>    Version        2.1
```

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Managers work in the system, leaders work on the system." - Stephen Covey

Loren Mahon <lmahon@us.oracle.com>
Vice President
Americas Revenue Management Services

Lara Deen <lara.deen@oracle.com>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL3043128