# EXHIBIT 444

**From:** Michael DeCesare
**Sent:** Thu, 30 Nov 2000 15:59:49 GMT
**To:** Lawrence Ellison; Catz; Safra; Sanderson; Edward; Frank Varasano; Barrenechea; Mark; Curtis; Shelley; Williams; Thomas; Morey; Monica; OPIINFO_US; Speck; Kurt; Kelley; Nancy Novak; Flessel; Mark; JCULLIVA
**CC:**
**BCC:**
**Subject:** HP is in!!!

for over 21M in CRM license. Thanks to everyone, Mike

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                NDCA-ORCL3043084