# EXHIBIT 445

DeCesare, Michael  2/16/2006  9:37:00 AM

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | |
| | In re ORACLE CORPORATION |
| 4 | SECURITIES LITIGATION |
| | Master File No. C-01-0988-MJJ |
| 5 | This Document Relates To: |
| 6 | ALL ACTIONS. |
| | _____/ |
| 7 | |
| 8 | |
| 9 | ---oOo--- |
| 10 | CONFIDENTIAL |
| 11 | VIDEOTAPED DEPOSITION OF MICHAEL DeCESARE |
| 12 | Thursday, February 16, 2006 |
| 13 | ---oOo--- |
| 14 | |
| 15 | SHEILA CHASE & ASSOCIATES |
| | REPORTING FOR: |
| 16 | LiveNote World Service |
| | 221 Main Street, Suite 1250 |
| 17 | San Francisco, California  94105 |
| | Phone: (415)  321-2300 |
| 18 | Fax:  (415)  321-2301 |
| 19 | |
| 20 | |
| 21 | Reported by: |
| | LORRIE L. MARCHANT, CSR, RPR, CRR |
| 22 | CSR No. 10523 |
| | and |
| 23 | SHEILA CHASE, CSR, RPR |
| | CSR No. 4934 |
| 24 | |
| 25 | |

DeCesare, Michael  2/16/2006  9:37:00 AM

1    A.  Yeah.

2    Q.  -- actually occurred?

3    A.  November -- the last day of November in Q2 of

4    2000.  Yeah.

5    Q.  And do you know whether that -- withdrawn.

6        That deal was all for CRM?  CRM applications?

7    A.  All for CRM.

8    Q.  And do you know whether or not Oracle booked

9    the 21 million in license or somewhere around that

10   amount in Q2 of fiscal '01, which ended November 30,

11   2000?

12   A.  I know the transaction came in in time to count

13   the order in Q2, but I don't have any visibility --

14   didn't have any visibility into how Oracle closed and

15   reported.  So I -- I -- I can't comment on that.

16   Q.  Do you see above your e-mail, where it says

17   "It's like" -- de ja vu all -- "de ja view," it says --

18   "all over again."

19   A.  Yes.

20   Q.  Who wrote that?

21   A.  Mark Barrenechea.

22   Q.  Do you know what he meant?

23   A.  We did two -- I think we did two orders with HP

24   for CRM:  One order that happened earlier in the year,

25   and then this order, which was the bigger order, which

DeCesare, Michael   2/16/2006  9:37:00 AM

1       CERTIFICATE OF DEPOSITION OFFICER

2       I, LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523,

3       duly authorized to administer oaths pursuant to Section

4       8211 of the California Code of Civil Procedure, hereby

5       certify that the witness in the foregoing deposition

6       was by me sworn to testify to the truth, the whole truth

7       and nothing but the truth in the within-entitled cause;

8       that said deposition was taken at the time and place

9       therein stated; that the testimony of said witness was

10      reported by me and was thereafter transcribed by me or

11      under my direction by means of computer-aided

12      transcription; that the foregoing is a full, complete

13      and true record of said testimony; and that the witness

14      was given an opportunity to read and correct said

15      deposition and to subscribe same.

16      I further certify that I am not of counsel or

17      attorney for either or any of the parties in the

18      foregoing deposition and caption named, nor in any way

19      interested in the outcome of the cause named in said

20      caption.

21      IN WITNESS WHEREOF, I have hereunto subscribed

22      by my hand this _____ day of _____, 2006,

23

24      _____

        LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523

25

DeCesare, Michael  2/16/2006  9:37:00 AM

1     CERTIFICATE OF DEPOSITION OFFICER

2         I, SHEILA CHASE, RPR, CSR NO. 4934, duly authorized

3     to administer oaths pursuant to Section 8211 of the

4     California Code of Civil Procedure, hereby certify that

5     the witness in the foregoing deposition was by me sworn

6     to testify to the truth, the whole truth and nothing but

7     the truth in the within-entitled cause; that said

8     deposition was taken at the time and place therein

9     stated; that the testimony of said witness was reported

10    by me and was thereafter transcribed by me or

11    under my direction by means of computer-aided

12    transcription; that the foregoing is a full, complete

13    and true record of said testimony; and that the witness

14    was given an opportunity to read and correct said

15    deposition and to subscribe same.

16        I further certify that I am not of counsel or

17    attorney for either or any of the parties in the

18    foregoing deposition and caption named, nor in any way

19    interested in the outcome of the cause named in said

20    caption.

21        IN WITNESS WHEREOF, I have hereunto subscribed

22    by my hand this _____ day of _____, 2006,

23

24    _____

      SHEILA CHASE, RPR, CSR NO. 4934

25