# EXHIBIT 446



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL3043130



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL3043131