# EXHIBIT 449

ARTHUR ANDERSEN

# ORACLE®

AUDIT COMMITTEE MEETING
JANUARY 5, 2001

AA 000027
Confidential

# RESULTS OF SECOND QUARTER REVIEW

- **OVERALL RESULTS**
  - No adjustments proposed
  - "Quality of Earnings" discussion - no issues

- **JUDGMENTAL RESERVES AND ACCRUALS**
  - Management Judgment Reserves and Accruals
    - Domestic Reserves
      - A/R judgment reserve
      - Sales return reserves
      - Accruals
    - International Reserves
      - No changes identified

AA 000028
Confidential

# RESULTS OF SECOND QUARTER REVIEW - REVENUE REVIEW

- REVENUE REVIEW
  - No changes in Scope or Procedures
    - License revenue - tested 37 %
    - Consulting revenue - tested 16 % (in process)
  - "VSOE" of Fair Value
    - Discounts on License transactions
    - Consistency of support pricing
    - Fixed price consulting
  - Re-use Consulting
    - Establishment of VSOE
  - Migration of Licenses
    - Several transactions with "cancellation" or "migration" rights
    - AA to test process for conversion in Q3

AA 000029
Confidential

## RESULTS OF SECOND QUARTER REVIEW - REVENUE REVIEW CONT'D

- HP
  - $30 million hardware purchase guarantee
  - 11 month term license/lease that converts to perpetual with final payment
  - Remix/exchange rights on migrated licenses

AA 000030
Confidential

# RESULTS OF SECOND QUARTER REVIEW - INTERNATIONAL WORK

- INTERNATIONAL REVENUE/OTHER REVIEW
  - **Work performed in 5 countries**
  - France
    - Oracle was not able to print invoices or credit memos regularly since the end of October 2000; therefore causing significant increases in DSO
    - MFF 10.6 unexplained difference between A/R aging and A/R balance in G/L
  - Germany
    - Accounts Receivable Reserve
      - Fujitsu Siemens DM 10.4 million due June 30, 2000 is still outstanding at November 30, 2000; will now be financed; 10% reserve established

AA 000031
Confidential

# RESULTS OF SECOND QUARTER REVIEW - INTERNATIONAL WORK

- UK
  - Unable to perform detailed testing on consulting revenue reconciliations
  - No detail of accrued or deferred revenue
  - Historical issues with CRM product licenses
- Japan
  - Fixed price consulting projects
    - Tsukuda
      » contract extended due to a discrepancy between Oracle and customer in terms of scope
      » Oracle agreed to perform additional work for less than the cost to perform the work
      » Local management believes that total contract will not result in a loss
  - Account Receivable
    - Significant increase in credit reserve
    - Changed methodology in Q1 of Fiscal 2000 for recording resellers is causing deterioration in aging.


AA 000032
Confidential

# RESULTS OF SECOND QUARTER REVIEW - OTHER

- OTHER DISCUSSION ITEMS
  - **Liberate**
    - Adjustment of SAB 51 gain
    - Q3 financial statement presentation (record increases in FMV through equity)
  - **Taxes**
    - Effective tax rate of 35.5%
    - FSC litigation -- accrual & 10-Q disclosure
    - True-up of deferred tax accounts
    - Tax Reserves --adequate

AA 000033
Confidential

# RESULTS OF SECOND QUARTER REVIEW - OTHER CONT'D



- Q4/Q1 Follow-up Items
  - A/R aging to G/L reconciliation
  - Unearned education revenue reconciliation

- Detail of Fees for Non Audit Services from Fiscal 2000
  - To be provided at meeting

AA 000034
Confidential