# EXHIBIT 450

Williams, Thomas Anthony  6/7/2006  9:06:00 AM

| | |
|---|---|
| 1 | IN THE U.S. DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | --oOo-- |
| 4 | In Re Oracle Corporation Securities Litigation |
| 5 | |
| | This Document Relates to: |
| 6 | All Actions. |
| | No. C010988 MJJ |
| 7 | |
| | _____/ |
| 8 | |
| | --oOo-- |
| 9 | |
| | Wednesday, June 7, 2006 |
| 10 | |
| | --oOo-- |
| 11 | |
| | CONFIDENTIAL VIDEOTAPED DEPOSITION OF |
| 12 | |
| | THOMAS ANTHONY WILLIAMS |
| 13 | |
| | --oOo-- |
| 14 | |
| | Ref No.  1-2699 |
| 15 | Reported By:  ELIZABETH A. WILLIS, CSR No. 12155 |
| | Registered Professional Reporter |
| 16 | |
| | _____ |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Williams, Thomas Anthony  6/7/2006  9:06:00 AM

1    12601?

2    A.  I believe the answer to that is, yes.

3    Q.  And prior to October of 2002, did you know

4    that certain monies from unapplied cash were being

5    transferred to 12601?

6    A.  No.

7    Q.  Okay.  And that also means then that you did

8    not know the volume of transfers to 12601 that had

9    occurred prior to October of 2002?

10   A.  That's correct.

11   Q.  Okay.  And you ultimately looked at that

12   issue, right?

13   A.  Yes.

14   Q.  And you found that that had been done for at

15   least a couple of years prior to October of 2002?

16   A.  I believe so, yes.

17   Q.  And when that was done it would have the

18   impact of positively affecting earnings or income,

19   right?

20       MS. WINE:  Objection.  Misstates testimony.

21   BY MR. WILLIAMS:

22   Q.  Generally.

23       MS. WINE:  Misstates --

24       THE DEPONENT:  Indirectly.  As I described the

25   process earlier, the movement to 12601 does not create

Williams, Thomas Anthony  6/7/2006  9:06:00 AM

1      --o0o--

2      I, ELIZABETH A. WILLIS, a Certified Shorthand

3   Reporter of the State of California, duly authorized to

4   administer oaths, do hereby certify:

5      That I am a disinterested person herein; that

6   the Witness, named in the foregoing deposition was by me

7   duly sworn to testify the truth, the whole truth, and

8   nothing but the truth; that the deposition was reported

9   in shorthand by me, ELIZABETH A. WILLIS, a Certified

10  Shorthand Reporter of the State of California, and

11  thereafter transcribed into typewriting.

12     That before completion of the deposition,

13  review of the transcript ( ) was ( ) was not

14  requested.  If requested, any changes made by the

15  deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17

           _____

18

              ELIZABETH A. WILLIS, RPR, CSR 12155

19

20

              --o0o--

21

22

23

24

25

Williams, Thomas Anthony  6/7/2006  9:06:00 AM

1               --o0o--
2     I, THOMAS ANTHONY WILLIAMS, make the following
changes to my deposition taken in the matter of IN RE
3    ORACLE CORPORATION SECURITIES LITIGATION, Case Number
C010988 MJJ:
4
5    Date_____        _____
                    THOMAS ANTHONY WILLIAMS
6
     Page  Line            Change
7
     ____  ____   _____
8
     ____  ____   _____
9
     ____  ____   _____
10
     ____  ____   _____
11
     ____  ____   _____
12
     ____  ____   _____
13
     ____  ____   _____
14
     ____  ____   _____
15
     ____  ____   _____
16
     ____  ____   _____
17
     ____  ____   _____
18
     ____  ____   _____
19
     ____  ____   _____
20
     ____  ____   _____
21
     ____  ____   _____
22
     ____  ____   _____
23
     ____  ____   _____
24
     ____  ____   _____
25