# EXHIBIT 451

```
07:13am EST  2-Mar-01 Credit Suisse First Boston (Thill, Brent (415) 836-7712)
CMRC: Downgrading to a Buy from a Strong Buy                           FBC
```

CREDIT SUISSE FIRST BOSTON CORPORATION
Equity Research
Americas
U.S. / Technology / b2b eCommerce
Brent Thill   1-415-836-7712   brent.thill@csfb.com
Ian W. Toll   1-415-836-6352   ian.toll@csfb.com
Erik Swords  1-415-836-7674   erik.swords@csfb.com
John Byun    1-415-836-6353   john.byun@csfb.com

BUY
LARGE CAP
USD 18.06
Commerce One, Inc. (CMRC)
Downgrading to a Buy from a Strong Buy

Summary

Based on accumulation of announced results as well as background conversations, it appears we have gone beyond IT project reprioritization and reached a level of indiscriminate spending cuts.

We consider all estimates for the software names we follow as speculative at this point.

Our new rating reflects how we would stratify the risk level associated with each of the company's estimates rather than an actionable recommendation.

We are lowering ratings on 12 companies - ACTU ($15 3/16) Buy from Strong Buy, ARTG ($28 5/16) Buy from Strong Buy, CMRC ($18 1/16) Buy from Strong Buy, DCTM ($22 1/2) Hold from Buy, EPNY ($16 11/16) Buy from Strong Buy, ITWO ($27 9/16) Buy from Strong Buy, ONXS ($9 3/8) Hold from Buy, PSFT ($34) Hold from Buy, RETK ($19 7/8) Buy from Strong Buy, SEBL ($44 5/8) Buy from Strong Buy, SLTC ($7 11/16) Buy from Strong Buy, VIGN ($6 3/8) Hold from Strong Buy.

| Price 03/01/011 | Target (12mo.) | Div. | Yield | Mkt.Value (MM) | 52-Week Price Range |
|---|---|---|---|---|---|
| USD 18.06 | $40 | -- | None | $3,602.4 | $137.81-$16.50 |

| | Annual EPS | Prev. EPS | Abs. P/E | Rel. P/E | EV/ EBITDA | EBITDA/ Share |
|---|---|---|---|---|---|---|
| 12/02E | $0.33 | | 58.5X | NA | | |
| 12/01E | $0.01 | | 1931 | NA | | |
| 12/00A | ($0.33) | | NA | NA | | |

| | Dec. | March | June | Sept. | FY End |
|---|---|---|---|---|---|
| 2002E | $0.05 | $0.07 | $0.09 | $0.12 | Dec. |
| 2001E | ($0.03) | $0.00 | $0.01 | $0.03 | |
| 2000A | ($0.08) | ($0.11) | ($0.08) | ($0.07) | |

ROIC (12/00)
Total Debt (12/00)
Book Value/Share (12/00)
WACC (12/00)
Debt/Total Capital (12/00)
Common Shares                       199.4
EP Trend2

Est. 5-Yr EPS Growth
Est. 5-Yr. Div. Growth

1On 03/01/01 DJIA closed at 10,450.14 and S&P 500 at 1241.23.
2Economic profit trend.

Commerce One is a leading business-to-business (B2B) eCommerce platform and network services provider. Through the Commerce One Global Trading Web - an open, end-to-end infrastructure of interoperable marketplace solutions and hosted Web-based commerce services - the company enables efficient online trade, integration and collaboration between B2B marketplaces, buyers, suppliers and commerce service providers.

N.B.: CREDIT SUISSE FIRST BOSTON CORPORATION may have, within the last three years, served as a manager or co-manager of a public offering of securities for or makes a primary market in issues of any or all of the companies mentioned.

CREDIT SUISSE FIRST BOSTON CORPORATION   CREDIT SUISSE FIRST BOSTON CORPORATION

Analyst: Thill, B      Telephone: (415) 836-7712    brent.thill@csfb.com

CREDIT SUISSE FIRST BOSTON CORPORATION   CREDIT SUISSE FIRST BOSTON CORPORATION

Copyright © CREDIT SUISSE FIRST BOSTON, and its subsidiaries and affiliates, 2001. All rights reserved.

CSFB may, to the extent permitted by law, participate or invest in financing transactions with the issuer(s) of the securities referred to in this report, perform services for or solicit business from such issuers, and/or have a position or effect transactions in the securities or options thereon.  In addition, it may make markets in the securities mentioned in the material presented in this report.  PLEASE REFER TO TICKER CSFBDISC FOR IMPORTANT LEGAL DISCLOSURES.

= = Commerce One, Inc. = = CMRC:BUY
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500