# EXHIBIT 452

# MORGAN STANLEY DEAN WITTER

Comment — Page 1

**Equity Research**
North America

| United States of America |
|---|
| Technology: Enterprise Software |

# BEA Systems

Reuters: BEAS.O  Bloomberg: BEAS  NASDAQ: BEAS

**Charles E. Phillips**
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Vinay H. Shah**
+1 (1)212 761 6158
Vinay.Shah@msdw.com

**Linda Tsai**
+1 (1)212 761 3324
Linda.Tsai@msdw.com

**Change in Recommendation**           March 2, 2001

## *Downgrading from Outperform to Neutral*

**NEUTRAL**

| | |
|---|---:|
| Price (February 28, 2001): | $38.38 |
| Price Target: | NA |
| 52-Week Range: | $89.50 - 25.50 |

**WHAT'S CHANGED**

| | |
|---|---|
| Rating: | Outperform to Neutral |

- **We are downgrading BEAS from Outperform to Neutral**
  The downgrade comes on the back of Oracle's negative pre-announcement.

- **Oracle saw purchasing delays due to the slowdown in the economy**
  We believe these issues will affect several of the enterprise software companies that we follow.

- **Remaining cautious until signs of economic improvement**
  Indications that the economic environment is stabilizing would make us turn more positive.

**Price: Abs. and Rel. To Market & Industry**



Data Source: FactSet Research Systems Inc.

| FY ending Jan 31: | 2001A | 2002E | 2003E | 2004E |
|---|---:|---:|---:|---:|
| EPS ($) | 0.25 | 0.40 | – | – |
| P/E | 153.5 | 95.9 | – | – |
| Market Cap ($ m) | 16,563 | | | |
| L-T EPS Grth (E) (%) | 40.0 | | | |
| Shares Outstanding (m) | 431.6 | | | |

| Q'trly EPS | 2001A actual | 2002E curr | 2002E prior | 2003E curr | 2003E prior |
|---|---:|---:|---:|---:|---:|
| Q1 | 0.03 | 0.08 | – | – | – |
| Q2 | 0.05 | 0.09 | – | – | – |
| Q3 | 0.07 | 0.10 | – | – | – |
| Q4 | 0.10 | 0.13 | – | – | – |

*E = Morgan Stanley Dean Witter Research Estimate*

**Company Description**

BEA Systems, Inc., is a leading provider of application and e-business infrastructure software. BEA has a global client base of over 6,500 customers including: British Airways, Delta Airlines, Abbey National Bank, Chase Manhattan Bank, NTT Docomo Federal Express, Deutsche Telecom, General Motors, Charles Schwab and Amazon.com.

Please refer to important disclosures at the end of this report.

## *Downgrading from Outperform to Neutral*

**Summary and Investment Conclusion**
We are downgrading BEA Systems, Inc. from Outperform to Neutral on the back of Oracle's negative pre-announcement. See our Oracle note for more details.

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of Marimba, SilverStream Software and webMethods.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of BEA Systems, BMC Software, Compuware, Marimba, Network Associates, Parametric Technology, SeeBeyond, SilverStream Software, TIBCO Software, webMethods and Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

**© Copyright 2001 Morgan Stanley Dean Witter & Co.**

*BEA Systems - March 02, 2001*

**Please refer to important disclosures at the end of this report.**