# EXHIBIT 453



**Equity Research**  **MARCH 2, 2001**

**Mark Verbeck**
mark.verbeck@epoch.com
(415) 315-3307

**David Trainer**
david.trainer@epoch.com
(646) 756-2561

**Timothy Madda**
tim.madda@epoch.com
(415) 315-3127

http://www.epoch.com

## SOFTWARE

**ARIBA, INC. (NASDAQ: ARBA)**

### Cautious Execs Slow IT Spending; Trimming Estimates

- We are trimming our estimates for Ariba in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March. During Oracle's conference call, management said sales slipped when executive approval was required. Many of the deals software companies close at the end of any quarter require this approval and we do not believe that this phenomenon will be confined to the last week of February.

- For 1Q, we estimate earnings per share (EPS) of $0.03 on license revenues of $129 million. Our prior estimates were $0.06 and $141 million. This reflects an 8% reduction in our prior license estimates. We are reducing our FY01 EPS estimate to $0.20 from $0.25.

- We believe few software companies can surmount the cautious sentiment currently in the executive suite. Should this sentiment change, we believe demand will quickly rebound, but we have no visibility on when this may occur.

Ariba sells a software solution that enables employees to directly order goods with a Web browser and automates the rest of the purchasing process. Ariba also sells an application that allows companies to sell their products to other companies over the Internet.

| | | | | |
|---|---|---|---|---|
| Price (03/01/01) | $17.06 | FY Ends Sep | 2000 | 2001 | 2002 |
| NASDAQ Composite (03/01/01) | 2,183 | **Revenue (MM)** | **$279.0** | **$764.5** | **$1,111.2** |
| | | Previous Est.(MM) | NC | $786.8 | $1,143.6 |
| 52-Week Range | $15.44 - 183.34 | EPS | | | |
| Shares Outstanding (MM) | 252.4 | Q1 | ($0.04)A | $0.05A | |
| Market Capitalization (MM) | $4,307 | Q2 | ($0.06)A | $0.03E | |
| Avg. Daily Vol.(3 Mo.)(000s) | 11.8 | Q3 | ($0.05)A | $0.05E | |
| | | Q4 | $0.00A | $0.07E | |
| | | **Fiscal Year EPS** | **($0.15)A** | **$0.20E** | **$0.43E** |
| | | Previous Est. | ($0.15) | $0.25 | $0.50 |
| | | **P/E** | NM | 85.3x | 39.7x |

*Source: Epoch Partners*



**Equity Research**  **MARCH 2, 2001**

The information contained herein is based on sources believed to be reliable but is neither all inclusive nor guaranteed by Epoch Partners. Opinions, if any, reflect our judgment at this time and are subject to change. Epoch Partners does not undertake to advise of changes in its opinion or the information. Epoch Partners may perform or seek to perform investment banking services for the issuers of securities which are the subject of our Research. Most of the companies Epoch Partners follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in the Epoch Partners Research may be unsuitable for investors depending on their specific investment objectives and financial situation and needs. No report included in the Epoch Partners Research is a recommendation that any particular investor should purchase or sell any particular security in any amount or at all and is not a solicitation of any offer to purchase or sell from or to any particular investor. For additional information that may be available on the securities mentioned, please contact Epoch Partners.This document has been published in the United States for Residents of the United States. Copyright 2000, 2001 Epoch Partners. All rights reserved. Member NASD/SIPC.