# EXHIBIT 454



March 2, 2001

# SIEBEL SYSTEMS, INC. (SEBL $44.63)

Reducing Numbers and Downgrading to Buy on Near-Term Industry and Economic Uncertainty.  Company Remains One of our Favorite Long-Term Picks.

### Rating:  Buy

Alex W. Baluta  415/676-2713  alex_baluta@rsco.com
Andrew T. Savitz  415/693-3542  andrew_savitz@rsco.com

| Change In... | Yes/No | Was | Is |
|---|---|---|---|
| Rating | Yes | SBUY | BUY |
| EPS  F2000A | No |  | $0.50 |
| EPS  F2001E | Yes | $0.74 | $0.69 |
| EPS  F2002E | Yes | $1.08 | $1.03 |

| | |
|---|---|
| 52-Week Range | $119.88-36.38 |
| FD Shares Outstanding | 529.9 MM |
| Market Cap | $23,649.4 MM |
| Avg Daily Volume (000) | 2,940 |
| Book Value/Share 12/00 | $2.42 |
| 3-Yr Secular Gr Rate | 45.00% |
| Dividend/Yield | NONE/ NONE |
| Price/Book Value 12/00 | 18.4x |
| Total Debt/Tot Cap 12/00 | 19.0% |
| Net Cash 12/00 | $866.9 MM |
| Cash 12/00 | $1,166.9 MM |

| FY December | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| **EPS** | | | |
| 1Q | $0.07 A | $0.15 E | $0.21 E |
| 2Q | $0.10 A | $0.17 E | $0.24 E |
| 3Q | $0.13 A | $0.18 E | $0.28 E |
| 4Q | $0.20 A | $0.20 E | $0.30 E |
| Year | $0.50 | $0.69 | $1.03 |
| P/E: | NM | 64.7x | 43.3x |

| Rev (MM) | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| 1Q | $319.7 A | $565.0 E | $735.0 E |
| 2Q | $397.5 A | $605.0 E | $807.5 E |
| 3Q | $496.5 A | $670.0 E | $900.0 E |
| 4Q | $581.6 A | $700.0 E | $960.0 E |
| Year | $1,795.4 | $2,540.0 | $3,402.5 |
| Eqty Mkt Val/Rev: | NM | 9.3x | 7.0x |

## Key Points

- **Lowering estimates on the back of macro economic and general demand weakness.**  We are lowering our estimates on Siebel[a]   to reflect tighter IT budgets and slower IT spending brought on by an increasingly uncertain economic environment.  Similar to what Oracle (ORCL $21-3/8) experienced, we expect Siebel is likely to face a challenging environment at the end of the quarter as deals are deferred –  due largely to the uncertain economic outlook.  We note that like most enterprise software companies, Siebel closes 50% or more of its business in the last month of the quarter.  For both CY01 and CY02, we are lowering our estimates by approximately 4%-5%, from $2.66bn and $0.74/share to $2.54bn and $0.69/share in CY01 and from $3.55bn and $1.08/share to $3.40bn and $1.03/share in CY02.

- **Continues to be one of our favorite names.**  While Siebel and the rest of the software sector face significant near-term uncertainly, we continue to believe that the longer-term prospects for Siebel are excellent.  The company dominates every market it enters through good technology and exceptional execution.  We expect the company's dominance will continue through and after the current period of turmoil.  However, given the uncertainty regarding the duration of the current economic downturn, and given that valuations continue to contract across the industry, we are lowering our recommendation to a Buy from a Strong Buy as we expect dramatic, near-term stock upside is unlikely.

- **Continuing signs of near-term sector demand weakness.**  Oracle's Q3 (ending February) miss supports our hypothesis that CY:Q1 is going to be a particularly weak quarter for enterprise software.  We believe Q1 will prove to be a very difficult environment for the software industry overall for the following reasons:

    - Companies aggressively bought enterprise and eCommerce software though all of 2000.  Many of these software buyers are now facing difficult economic times and are slowing hiring or even reducing headcount.  As a result of both aggressive buying in 2000 and reduced needs in 2001, we believe that most companies have a sizable "inventory" of enterprise software that they need to burn though before they order more.  This will likely dampen Q1 demand.

- CIOs facing economic uncertainty and difficult times in their own industries will be cautious in their IT budget allocations, particularly in Q1, which is at the start of the annual budgetary period. We expect companies will wait for further clarity in the economic outlook (likely in mid to late Q2) before fully allocating their 2001 budgets.
- In a difficult IT budget environment, one of the first items cut is outside IT services and consulting (because it is a purely variable cost). Reduction of IT service capacity will slow deployment of ongoing projects, leading to a lengthening before the next re-order.
- Q1 is the weakest quarter for enterprise software companies on a seasonal basis.

# Company Info

### The Company

Siebel Systems, located in San Mateo, CA, is a leading eBusiness software applications company, providing Web-based sales, marketing and customer-focused software solutions. Siebel s complete line of customer relationship management solutions are Internet/intranet enabled systems go far beyond the limited scope of most front-office products   providing a comprehensive suite of software applications that improve salesperson productivity, empower users with current customer and competitive information, support complex service requirements and provide detailed management reports.  However, to date, the sales, marketing and customer support functions have remained largely under-automated.

### Investment Thesis

We believe Siebel Systems is the leading provider of Web-based sales, marketing and customer-focused software solutions. This area of eBusiness applications represents a high-growth, early-phase investment opportunity for the following reasons: (1) the customer relationship management software is projected to reach $10-15 billion by the year 2002; (2) in our view, the market drivers are far-reaching and include increasing competitive pressures, faster time-to-market, increasing product complexity and a greater focus on the customer,  (3) we believe Siebel is the clear market leader in this emerging space with a technologically superior product in terms of product performance, functionality, customer base, and core technology;  (4) a very profitable business model focused on high-margin license revenues; and (5) multiple avenues of growth including new customer growth, existing customer expansion by installing additional seats to new populations of users and add-on sales to existing accounts through additional modules, new products and product enhancements.

### Investment Risks

Among the risks are: (1) potential fluctuations in quarterly operating results stemming from large deals to a limited number of customers, delays in the sales cycle and/or delays in new product releases;  (2) rate of adoption of front office solutions, affecting the sales cycle and follow-on orders;   (3) new product development efforts and rapid rate of technological change; (4) managing rapid expansion -- the company is investing heavily in growing its sales force;  (5) reliance on third-party system integrators and their ability to install Siebel systems;  (6) competition from in-house development efforts, enterprise resource planning vendors, and prepackaged front office application vendors; and  (7) pricing pressures.

**This research report is a product of Robertson Stephens, Inc.**

If noted in the text of this report, the following may apply:

**(a)** - *Robertson Stephens maintains a market in the shares of this company.*
**(b)** - *Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.*
**(c)** - *A Robertson Stephens officer sits on the board of directors of this company.*
**(s) -** *Fleet Meehan Specialist, Inc. (Member NYSE), an affiliate of Robertson Stephens, Inc., is the specialist that makes a market in this security, and at any given time, Fleet Meehan Specialist may have an inventory position, either "long" or "short," in this security. As a result of Fleet Meehan Specialist's function as a market maker, such specialist may be on the opposite side of orders executed on the floor of the Exchange in this security.*

**Additional information is available upon request.**

Robertson Stephens, Inc. ("Robertson Stephens") is an NASD member and a member of all major exchanges and SIPC.

The information contained herein is not a complete analysis of every material fact respecting any company, industry or security. Although opinions and estimates expressed herein reflect the current judgment of Robertson Stephens, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis; when it is, the date of the change in estimate will be noted. In addition, opinions and estimates are subject to change without notice. This Report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from the results described in the forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in "Investment Risks." Robertson Stephens from time to time performs corporate finance or other services for some companies described herein and may occasionally possess material, nonpublic information regarding such companies. This information is not used in the preparation of the opinions and estimates herein. While the information contained in this Report and the opinions contained herein are based on sources believed to be reliable, Robertson Stephens has not independently verified the facts, assumptions and estimates contained in this Report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information and opinions contained in this Report. Robertson Stephens, its managing directors, its affiliates, its employee investment funds, and/or its employees, including the research analysts authoring this report, may have an interest in the securities of the issue(s) described and may make purchases or sales while this report is accessible. Robertson Stephens International, Ltd. is regulated by the Securities and Futures Authority in the United Kingdom. This publication is not meant for private customers.

*Unless otherwise noted, prices are as of Thursday, March 01,2001.*

*Copyright © 2001 Robertson Stephens*

Robertson Stephens



### Alex W. Baluta

Alex is a managing director and senior Internet and eCommerce applications analyst. Alex has been a software research analyst since 1994 and joined Robertson Stephens from Merrill Lynch, where he was senior technology analyst covering enterprise software, IT services and B2B companies. He was ranked as the #1 Canadian software research analyst in the 1998 and 1999 Greenwich Associates Institutional Surveys. Prior to earning his International MBA from York University in Toronto in 1992, Alex was a software developer.



### Andrew T. Savitz

Andy joined the Robertson Stephens research department to focus on eCRM companies. Prior to joining the firm, he worked for PeopleSoft, where he was involved with Web products; and Andersen Consulting, where he contributed to its partnership with Siebel Systems, while Siebel grew from 12 to more than 400 employees. He received a BS in mathematics, applied actuarial science from UCLA, and he earned an MBA in finance and high tech strategy from the Anderson School at UCLA.

Atlanta

Boston

Chicago

London*

Munich*

New York

Palo Alto

San Francisco

Tel Aviv**

www.robertsonstephens.com

\* Robertson Stephens International, Ltd. is registered with the Securities and Futures Authority in the United Kingdom and is not a U.S. broker-dealer.

\*\* Robertson Stephens Israel, Ltd is an affiliate of Robertson Stephens International, Ltd. and is not a U.S. broker-dealer.

**Siebel Systems, Inc.**
Quarterly Earnings Outlook
FY DEC
($ Thousands)

ROBERTSON STEPHENS
Alex Baluta (415) 676-2713
Andrew Savitz (415) 693-3542

| Last Revised: 3/2/01 | FYear 1999A | March FQ1:00A | June FQ2:00A | Sept. FQ3:00A | Dec. FQ4:00A | FYear 2000A | March FQ1:01E | June FQ2:01E | Sept. FQ3:01E | Dec. FQ4:01E | FYear 2001E | FYear 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Product Licenses | 510,874 | 195,515 | 245,301 | 308,776 | 365,161 | 1,114,753 | 350,000 | 375,000 | 420,000 | 435,000 | 1,580,000 | 2,072,500 |
| Service/Other | 302,587 | 124,176 | 152,243 | 187,739 | 216,473 | 680,631 | 215,000 | 230,000 | 250,000 | 265,000 | 960,000 | 1,330,000 |
| **Total Revenue** | **813,461** | **319,691** | **397,544** | **496,515** | **581,634** | **1,795,384** | **565,000** | **605,000** | **670,000** | **700,000** | **2,540,000** | **3,402,500** |
| Cost of Revenue | 186,263 | 77,861 | 102,688 | 126,890 | 136,330 | 443,769 | 144,800 | 150,450 | 163,000 | 172,400 | 630,650 | 862,075 |
| **Gross Profit** | **627,198** | **241,830** | **294,856** | **369,625** | **445,304** | **1,351,615** | **420,200** | **454,550** | **507,000** | **527,600** | **1,909,350** | **2,540,426** |
| **Operating Expenses** | | | | | | | | | | | | |
| Research & Development | 81,053 | 26,435 | 33,531 | 39,051 | 46,497 | 145,514 | 48,000 | 51,000 | 53,500 | 58,000 | 210,500 | 279,660 |
| Sales & Marketing | 311,337 | 140,547 | 161,632 | 197,284 | 189,149 | 688,612 | 210,000 | 220,000 | 248,000 | 248,000 | 926,000 | 1,121,814 |
| General & Administration | 73,621 | 28,893 | 35,989 | 42,113 | 51,455 | 158,450 | 52,000 | 55,000 | 61,500 | 63,000 | 231,500 | 285,778 |
| **Total Operating Expenses** | **466,011** | **195,875** | **231,152** | **278,448** | **287,101** | **992,576** | **310,000** | **326,000** | **363,000** | **369,000** | **1,368,000** | **1,687,251** |
| **Operating Income** | **161,187** | **45,955** | **63,704** | **91,177** | **158,203** | **359,039** | **110,200** | **128,550** | **144,000** | **158,600** | **541,350** | **853,174** |
| Interest Income & Other | 15,090 | 13,211 | 16,557 | 19,358 | 12,749 | 61,875 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 | 72,000 |
| Pretax Income | 176,277 | 59,166 | 80,261 | 110,535 | 170,952 | 420,914 | 125,200 | 143,550 | 159,000 | 173,600 | 601,350 | 925,174 |
| Extraordinary Credit/Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes | 66,252 | 23,853 | 31,211 | 43,032 | 64,966 | 163,062 | 47,576 | 54,549 | 60,420 | 65,968 | 228,513 | 351,566 |
| Amortization of Deferred Compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income | 110,025 | 35,313 | 49,050 | 67,503 | 105,986 | 257,852 | 77,624 | 89,001 | 98,580 | 107,632 | 372,837 | 573,608 |
| EPS | 0.23 | 0.07 | 0.10 | 0.13 | 0.20 | 0.49 | 0.15 | 0.17 | 0.18 | 0.20 | 0.69 | 1.03 |
| **EPS (operating)** | **0.23** | **0.07** | **0.10** | **0.13** | **0.20** | **0.50** | **0.15** | **0.17** | **0.18** | **0.20** | **0.69** | **1.03** |
| Shares Outstanding (Th) | 468,506 | 509,069 | 513,932 | 523,684 | 529,946 | 522,231 | 530,000 | 532,000 | 540,000 | 548,000 | 537,500 | 557,500 |
| **Revenue Breakout** | | | | | | | | | | | | |
| Product License (% of Revenue) | 63% | 61% | 62% | 62% | 63% | 62% | 62% | 62% | 63% | 62% | 62% | 61% |
| Service/Other (% of Revenue) | 37% | 39% | 38% | 38% | 37% | 38% | 38% | 38% | 37% | 38% | 38% | 39% |
| **Margin Detail** | | | | | | | | | | | | |
| Product License Gross Margin | 98.4% | 97.3% | 98.5% | 98.4% | 99.1% | 98.4% | 98.3% | 98.4% | 98.3% | 98.3% | 98.3% | 98.4% |
| Service/Other Gross Margin | 41.1% | 41.6% | 35.0% | 35.0% | 38.5% | 37.3% | 35.3% | 37.2% | 37.6% | 37.7% | 37.0% | 37.7% |
| **Total Gross Margin** | **77.1%** | **75.6%** | **74.2%** | **74.4%** | **76.6%** | **75.3%** | **74.4%** | **75.1%** | **75.7%** | **75.4%** | **75.2%** | **74.7%** |
| Research & Development | 10.0% | 8.3% | 8.4% | 7.9% | 8.0% | 8.1% | 8.5% | 8.4% | 8.0% | 8.3% | 8.3% | 8.2% |
| Sales & Marketing | 38.3% | 44.0% | 40.7% | 39.7% | 32.5% | 38.4% | 37.2% | 36.4% | 37.0% | 35.4% | 36.5% | 33.0% |
| General & Administration | 9.1% | 9.0% | 9.1% | 8.5% | 8.8% | 8.8% | 9.2% | 9.1% | 9.2% | 9.0% | 9.1% | 8.4% |
| **Operating Margin** | **19.8%** | **14.4%** | **16.0%** | **18.4%** | **27.2%** | **20.0%** | **19.5%** | **21.2%** | **21.5%** | **22.7%** | **21.3%** | **25.1%** |
| Pretax Margin | 21.7% | 18.5% | 20.2% | 22.3% | 29.4% | 23.4% | 22.2% | 23.7% | 23.7% | 24.8% | 23.7% | 27.2% |
| Tax Rate, Fully Taxed | 37.9% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% |
| Net Margin | 13.5% | 11.0% | 12.3% | 13.6% | 18.2% | 14.4% | 13.7% | 14.7% | 14.7% | 15.4% | 14.7% | 16.9% |
| **Quarter-to-Quarter Growth** | | | | | | | | | | | | |
| Total Revenue | | 15.9% | 24.4% | 24.9% | 17.1% | | -2.9% | 7.1% | 10.7% | 4.5% | | |
| Operating Income | | -17.6% | 38.6% | 43.1% | 73.5% | | -30.3% | 16.7% | 12.0% | 10.1% | | |
| Net Income | | -10.0% | 38.9% | 37.6% | 57.0% | | -26.8% | 14.7% | 10.8% | 9.2% | | |
| **Year-to-Year Growth** | | | | | | | | | | | | |
| Product Licenses Revenue | | 105.9% | 118.1% | 139.4% | 109.3% | 118.2% | 79.0% | 52.9% | 36.0% | 19.1% | 41.7% | 31.2% |
| Service/Other Revenue | | 147.2% | 125.5% | 125.3% | 113.3% | 124.9% | 73.1% | 51.1% | 33.2% | 22.4% | 41.0% | 38.5% |
| **Total Revenue** | | **120.2%** | **120.8%** | **133.8%** | **110.8%** | **120.7%** | **76.7%** | **52.2%** | **34.9%** | **20.4%** | **41.5%** | **34.0%** |
| Operating Income | | 55.5% | 82.4% | 122.7% | 183.6% | 122.7% | 139.8% | 101.8% | 57.9% | 0.3% | 50.8% | 57.6% |
| Pretax Income | | 85.1% | 116.5% | 151.8% | 169.8% | 138.8% | 111.6% | 78.9% | 43.8% | 1.5% | 42.9% | 53.8% |
| Net Income | | 72.0% | 107.0% | 153.9% | 170.2% | 134.4% | 119.8% | 81.4% | 46.0% | 1.6% | 44.6% | 53.8% |
| **EPS (operating)** | | **60.6%** | **89.7%** | **133.1%** | **151.9%** | **113.8%** | **103.3%** | **72.8%** | **39.5%** | **-1.8%** | **38.8%** | **48.3%** |
| **Trailing 12 Month Data** | | | | | | | | | | | | |
| Trailing-12-mo. Revenue | 813,461 | 987,948 | 1,205,478 | 1,489,663 | 1,795,384 | 1,795,384 | 2,040,693 | 2,248,149 | 2,421,634 | 2,540,000 | 2,540,000 | 3,402,500 |
| Trailing-12-mo. Net Income | 110,025 | 124,811 | 150,171 | 191,087 | 257,852 | 257,852 | 300,163 | 340,114 | 371,191 | 372,837 | 372,837 | 573,608 |
| Trailing-12-mo. EPS (operating) | 0.23 | 0.26 | 0.30 | 0.38 | 0.50 | 0.50 | 0.57 | 0.64 | 0.70 | 0.69 | 0.69 | 1.03 |

Source: Company Historical Financials and BRS Estimates.

Robertson Stephens
Alex Baluta
(415) 676-2713

**Siebel Systems, Inc.**
FY DEC
($ Thousands)

ROBERTSON STEPHENS
Alex Baluta (415) 676-2713
Andrew Savitz (415) 693-3542

| Last Revised: | Dec. | March | June | Sept. | Dec. |
|---|---|---|---|---|---|
| 3/2/01 | FQ4:99A | FQ1:00A | FQ2:00A | FQ3:00A | FQ4:00A |
| **Income Statement Recap** | | | | | |
| Revenues | 275,913 | 319,691 | 397,544 | 496,515 | 581,634 |
| Cost of Goods Sold | 65,595 | 77,861 | 102,688 | 126,890 | 136,330 |
| Operating Income | 55,777 | 45,955 | 63,704 | 91,177 | 158,203 |
| Net Income | 39,221 | 35,313 | 49,050 | 67,503 | 105,986 |
| Extraordinary Credit/Charge | 0 | 0 | 0 | 0 | 0 |
| Shares Out | 494,723 | 509,069 | 513,932 | 523,684 | 529,946 |
| | | | | | |
| **Balance Sheet** | | | | | |
| **Assets** | | | | | |
| Cash and Cash Equivalents | 718,600 | 907,194 | 1,016,320 | 1,182,880 | 1,166,869 |
| Accounts Receivable | 300,468 | 305,910 | 330,548 | 371,080 | 521,358 |
| Other Current Assets | 141,939 | 136,227 | 144,174 | 101,312 | 154,650 |
| **Total Current Assets** | **1,161,007** | **1,349,331** | **1,491,042** | **1,655,272** | **1,842,877** |
| | | | | | |
| Long-term Cash and Cash Equivalents | 0 | 0 | 0 | 0 | 0 |
| Net Plant, Prop. & Equip. | 60,624 | 83,802 | 108,743 | 141,691 | 189,610 |
| Net Software Development Costs | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 53,970 | 76,574 | 81,916 | 82,257 | 129,254 |
| **Total Assets** | **1,275,601** | **1,509,707** | **1,681,701** | **1,879,220** | **2,161,741** |
| | | | | | |
| **Liabilities & S/H Equity** | | | | | |
| Accounts Payable | 12,944 | 8,344 | 25,187 | 10,503 | 24,113 |
| Capital Lease Obligation | 198 | 0 | 281 | 318 | 0 |
| Line of Credit Borrowings | 0 | 0 | 0 | 0 | 0 |
| Income Taxes Payable | 15,025 | 0 | 0 | 20,351 | |
| Unearned Revenue | 89,240 | 153,357 | 161,712 | 178,875 | 202,523 |
| Deferred Maintenance | 0 | 0 | 0 | 0 | 0 |
| Other Accrued Liabilities | 131,350 | 174,959 | 249,258 | 311,516 | 355,159 |
| **Total Current Liabilities** | **248,757** | **336,660** | **436,438** | **521,563** | **581,795** |
| | | | | | |
| Long Term Debt | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Capital Lease Obligations | 276 | 0 | 378 | 474 | 0 |
| Deferred Maintenance Revenue | 0 | 0 | 0 | 0 | 0 |
| Other Liabilities | 1,439 | 1,439 | 1,429 | 1,429 | 0 |
| Convertible Pre'd. Stock | 80,459 | 157,507 | 0 | 0 | 0 |
| Shareholders Equity | 644,670 | 714,101 | 943,456 | 1,055,754 | 1,279,946 |
| **Total Liabilities & S/H Equity** | **1,275,601** | **1,509,707** | **1,681,701** | **1,879,220** | **2,161,741** |
| | | | | | |
| **Balance Sheet Ratios** | | | | | |
| Working Capital | $912,250 | $1,012,671 | $1,054,604 | $1,133,709 | $1,261,082 |
| Current Ratio | 4.7x | 4.0x | 3.4x | 3.2x | 3.2x |
| Quick Ratio | 4.1x | 3.6x | 3.1x | 3.0x | 2.9x |
| | | | | | |
| Day Sales Outstanding (DSO) | 99 | 87 | 76 | 68 | 82 |
| | | | | | |
| Return on Average Equity | 23.5% | 27.7% | 27.1% | 28.5% | 25.8% |
| Total Debt/Total Capitalization | 31.8% | 29.6% | 24.2% | 22.2% | 19.0% |
| | | | | | |
| Cash | $718,600 | $907,194 | $1,016,320 | $1,182,880 | $1,166,869 |
| Net Cash | $418,126 | $607,194 | $715,661 | $882,088 | $866,869 |
| Book Value | $644,670 | $714,101 | $943,456 | $1,055,754 | $1,279,946 |
| | | | | | |
| Cash per Share | $1.45 | $1.78 | $1.98 | $2.26 | $2.20 |
| Net Cash per Share | $0.85 | $1.19 | $1.39 | $1.68 | $1.64 |
| Book Value per Share | $1.30 | $1.40 | $1.84 | $2.02 | $2.42 |

Source: Company Reports

57