# EXHIBIT 455

SG Cowen

**Microsoft: (MSFT: $57)**          **Drew Brosseau**          **March 12, 2001**

**Rating: Maintain 3 (neutral) rating**

## TRIMMING F01-02 REVENUE AND EPS TO REFLECT SOFT BACKDROP

|        | Oper. EPS (FY June) |       | Cal. | Quarterly Operating EPS |       |       |       |
|--------|---------------------|-------|------|-------|-------|-------|-------|
|        | Old                 | New   | P/E  | Q1    | Q2    | Q3    | Q4    |
| 1998A  | $0.89               | $0.89 |      | $0.12 | $0.21 | $0.25 | $0.25 |
| 1999A  | 1.35                | 1.35  |      | 0.28  | 0.36  | 0.31  | 0.40  |
| 2000E  | 1.56                | 1.56  |      | 0.38  | 0.43  | 0.38  | 0.36  |
| 2001E  | 1.65                | 1.63  | 33X  | 0.39A | 0.44A | 0.39  | 0.41  |
| 2002E  | 1.88                | 1.85  | 29X  | 0.43  | 0.48  | 0.47  | 0.50  |
| Mkt Cap | $318B              |       |      |       |       |       |       |

**Key Points:**
1. Trimming our F01-02 estimates to reflect increasing soft IT spending backdrop and PC demand concerns
2. Revisions are focused on core desktop software (both OS and apps) as well as enterprise server sales
3. F01 revenue and reported EPS estimates cut by $350MM and 2¢ to $24.8B (+%) and $1.78 (+5%); oper. 1.63
4. F02 estimates cut by $500MM and 3¢ to $28.2B (+14%) and $1.97 (+11%); oper. 1.85
5. Management is sticking with its guidance for Q3 and the fiscal year, but also confirms economic sensitivity
6. Maintain 3 (neutral) rating based on sluggish outlook and full valuation

**Investment Thesis:**
We maintain our 3 (neutral) rating on MSFT. Despite the rollout of the Windows 2000 and .NET server product cycles, the company has been unable to overcome the steady maturation in its core PC business, which represents about 70% of total revenues. The recent softness in consumer PCs has clearly caught up with the company, and the Office applications product line (33% of F01 revenues) has slowed sharply and will remain sluggish for at least the next couple of quarters. The result is a slowdown in top-line growth to below 10% this year. Microsoft's powerful core franchise, improving market share prospects in the enterprise and consumer markets and the opportunity for a couple major new product cycles next year provide some long-term appeal, but weak near-term fundamentals will keep a lid on the stock. Trading at 33X C01 EPS, the stock seems fully priced for now and has some downside risk if earnings miss.

**Discussion:**

**TRIMMING ESTIMATES TO REFLECT SOFT BACKDROP** – We're trimming our estimates for F01-02 to reflect the increasing soft IT spending backdrop. Recent misses by other industry leaders like Sun, Oracle, Intel, Yahoo! and Gateway reveal continued weakening in IT spending plans that will be hard for Microsoft to avoid. We remain particularly concerned about the prospects for PC unit demand, which we believe remain at risk in both the corporate and consumer markets. In the corporate market, PC buying is part of an ongoing operating budget that follows fairly predictable depreciation schedules. While system upgrades will continue, average life cycles have been stretching out and new PCs have relatively low priority in the a tougher spending environment. In the consumer market, a rash of new PC buying in recent years has created tough compares and increased market penetration, slowing demand in what had been a key growth segment. As stated in the last conference call, Microsoft's guidance has been built around PC unit growth of 10%. While this seems like a reasonable estimate, the latest feedback from market research firms, Intel and some PC makers like Gateway,

suggest clear risk to this number at least in the short run. With roughly 70% of revenues coming from desktop software, including 31% from desktop platforms and 38% from desktop applications, PC unit demand remains the key driver behind Microsoft's results.

Meanwhile, spending on enterprise software platform solutions, including hardware, operating systems and DBMS, has clearly slowed as demonstrated by the likes of Oracle, Sun and a number of other vendors. To its credit, Microsoft has a broad new product cycle in these markets, including Windows 2000 Server, SQL Server 2000 and Exchange 2000, that drove a reacceleration in growth in its core server business to 21% last quarter. And we assume these products will drive further improvements over coming quarters. That said, this business remains susceptible to the same challenges that have hit other server software companies, and the chance of a broad acceleration seems less likely now that just a few months ago.

**NEW ESTIMATES FOR F01-02** – In response to last week's Intel news, Microsoft CFO John Conners reiterated the company's guidance for the March quarter and F01, suggesting that the company has already trimmed expectations enough over recent quarters to reflect the recent weakness. However, Conners did emphasize that the company is tied to the overall economy, and that guidance could change if the economy weakens further.

We don't have a better crystal ball than Microsoft regarding the overall economy, and we're not trying to specifically go against the company's guidance. However, we do believe that the recent spate of negative industry news has increased the risk assoicated with management's guidance and believe that we should bring our expectations down to reflect that. Our cuts have come from two areas – lower assumptions for desktop software (both operating systems and apps) and slightly lower estimates for enterprise software. For Q3, we have trimmed our revenue and reported EPS estimates by $200MM and 1¢ to $6.2B (+8%) and 42¢. Our full-year estimates are now $24.8B (+8%) and $1.78 (+5%), down $350MM and 2¢ from before. Operating EPS (excluding investment gains) is now $1.63 (+5%).

Looking out to F02, we've trimmed our revenue estimate by another $500MM to $28.2B (+14%) and have cut operating EPS by 3¢ to $1.85 and reported EPS by 3¢ to $1.97 (+11%). Key variables influencing F02 will include overall demand and growth of PCs, the releases of Office XP and Windows XP and the full-year contribution from the .NET servers and tools. According to Microsoft, any Office XP coupons will be handled within Q4:F01, eliminating any likely shifting of revenues from one quarter to anothre. The precise timing of some other of these elements remains up in the air, leaving our model subject to change. We also have not yet added any revenues for X-Box into these estimates. We continue to see opportunity for better performance if the desktop market remains solid and Microsoft delivers on its new product initiatives, particularly Windows XP, but the sluggish economy presents a wildcard that's hard to forecast.

### MSFT F2000-02 REVENUE MODEL ($MM)

| | F2000A | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Net Sales | $5,384 | $6,112 | $5,656 | $5,804 | $22,956 | $5,800 | $6,585 | $6,100 | $6,300 | $24,785 | $28,200 |
| Desktop Software | 3,880 | 4,360 | 4,028 | 4,046 | 16,314 | 4,022 | 4,548 | 4,150 | 4,200 | 16,920 | 18,350 |
|   Platforms | 1,667 | 1,829 | 1,765 | 1,757 | 7,018 | 1,883 | 2,063 | 1,950 | 1,950 | 7,846 | 8,800 |
|   Apps | 2,213 | 2,531 | 2,263 | 2,289 | 9,296 | 2,139 | 2,485 | 2,200 | 2,250 | 9,074 | 9,550 |
| Enterprise S&S | 949 | 1,028 | 1,028 | 1,076 | 4,081 | 1,037 | 1,244 | 1,200 | 1,300 | 4,781 | 6,000 |
| Consumer SS&D | 366 | 464 | 378 | 418 | 1,626 | 479 | 506 | 450 | 500 | 1,935 | 2,350 |
| Consumer Commerce | 18 | 30 | 46 | 88 | 182 | 97 | 99 | 100 | 140 | 436 | 700 |
| Other | 171 | 230 | 176 | 176 | 753 | 165 | 188 | 200 | 160 | 713 | 800 |
| | | | | | | | | | | | |
| Growth | | | | | | | | | | | |
| Net Sales | 28% | 18% | 23% | 1% | 16% | 8% | 8% | 8% | 9% | 8% | 14% |
| Desktop Software | 23% | 13% | 24% | -6% | 12% | 4% | 4% | 3% | 4% | 4% | 8% |
|   Platforms | 5% | -2% | 12% | 4% | 4% | 13% | 13% | 10% | 11% | 12% | 12% |
|   Apps | 42% | 29% | 36% | -12% | 20% | -3% | -2% | -3% | -2% | -2% | 5% |
| Enterprise S&S | 48% | 32% | 11% | 9% | 22% | 9% | 21% | 17% | 21% | 17% | 25% |
| Consumer SS&D | 58% | 30% | 25% | 41% | 37% | 31% | 9% | 19% | 20% | 19% | 21% |
| Consumer Commerce | 100% | 150% | 207% | 238% | 194% | 439% | 230% | 117% | 59% | 140% | 61% |
| Other | 2% | 13% | 66% | 1% | 15% | -4% | -18% | 14% | -9% | -5% | 12% |

*Source: SG Cowen*

### MSFT F2000-02 QUARTERLY P&L ($MM)

| | F2000A | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Net Sales | $5,384 | $6,112 | $5,656 | $5,804 | $22,956 | $5,800 | $6,585 | $6,100 | $6,300 | $24,785 | $28,200 |
| COGS | 712 | 756 | 752 | 782 | 3,002 | 859 | 899 | 915 | 977 | 3,650 | 4,371 |
| Gross Income | $4,672 | $5,356 | $4,904 | $5,022 | $19,954 | $4,941 | $5,686 | $5,185 | $5,324 | $21,136 | $23,829 |
| % of Revenues | 86.8% | 87.6% | 86.7% | 86.5% | 86.9% | 85.2% | 86.3% | 85.0% | 84.5% | 85.3% | 84.5% |
| Operating Expenses: | | | | | | | | | | | |
| R&D | $834 | $911 | $990 | $1,040 | $3,775 | $956 | $990 | $1,098 | $1,134 | $4,178 | $5,076 |
| Sales & Marketing | 903 | 1,027 | 1,042 | 1,169 | 4,141 | 1,038 | 1,290 | 1,171 | 1,210 | 4,709 | 5,414 |
| G&A | 143 | 506 | 176 | 184 | 1,009 | 170 | 212 | 183 | 189 | 754 | 852 |
| Other Expense | 25 | (6) | (32) | 105 | 92 | 52 | 28 | (10) | (10) | 60 | (40) |
| Total Oper. Exp. | $1,905 | $2,438 | $2,176 | $2,498 | $9,017 | $2,216 | $2,520 | $2,442 | $2,523 | $9,701 | $11,303 |
| Operating Income | 2,767 | 2,918 | 2,728 | 2,524 | 10,937 | 2,725 | 3,166 | 2,743 | 2,801 | 11,435 | 12,526 |
| % of Revenues | 51.4% | 47.7% | 48.2% | 43.5% | 47.6% | 47.0% | 48.1% | 45.0% | 44.5% | 46.1% | 44.4% |
| Interest Income | $397 | $373 | $445 | $477 | $1,692 | $527 | $518 | $600 | $650 | $2,295 | $3,100 |
| Other Income | 156 | 400 | 440 | 650 | 1,646 | 600 | 233 | 200 | 200 | 1,233 | 1,200 |
| Pretax Income | 3,320 | 3,691 | 3,613 | 3,651 | 14,275 | 3,852 | 3,917 | 3,543 | 3,651 | 14,963 | 16,826 |
| % of Revenues | 61.7% | 60.4% | 63.9% | 62.9% | 62.2% | 66.4% | 59.5% | 58.1% | 58.0% | 60.4% | 59.7% |
| Income Taxes | $1,129 | $1,255 | $1,228 | $1,242 | $4,854 | $1,271 | $1,293 | $1,169 | $1,205 | $4,938 | $5,553 |
| Effective Tax Rate | 34.0% | 34.0% | 34.0% | 34.0% | 34.0% | 33.0% | 33.0% | 33.0% | 33.0% | 33.0% | 33.0% |
| Net Income | $2,191 | $2,436 | $2,385 | $2,409 | $9,421 | $2,581 | $2,624 | $2,374 | $2,446 | $10,025 | $11,274 |
| % of Revenues | 40.7% | 39.9% | 42.2% | 41.5% | 41.0% | 44.5% | 39.8% | 38.9% | 38.8% | 40.4% | 40.0% |
| | | | | | | | | | | | |
| **EPS** | **$0.40** | **$0.44** | **$0.43** | **$0.44** | **$1.70** | **$0.46** | **$0.47** | **$0.42** | **$0.43** | **$1.78** | **$1.97** |
| **Operating EPS** | **$0.38** | **$0.43** | **$0.38** | **$0.36** | **$1.55** | **$0.39** | **$0.44** | **$0.39** | **$0.41** | **$1.63** | **$1.85** |
| Average Shares (MM) | 5,520 | 5,540 | 5,543 | 5,537 | 5,535 | 5,557 | 5,570 | 5,650 | 5,700 | 5,619 | 5,725 |
| Q/Q Revenue Growth | -7% | 14% | -7% | 3% | | 0% | 14% | -7% | 3% | | |
| Y/Y Revenue Growth | 28% | 18% | 23% | 1% | 16% | 8% | 8% | 8% | 9% | 8% | 14% |
| Y/Y Expense Growth | 30% | 44% | 31% | 14% | 29% | 16% | 3% | 12% | 1% | 8% | 17% |
| Y/Y Heads Growth | 15% | 14% | 14% | 13% | 14% | 13% | 13% | 14% | 15% | 14% | 13% |
| Y/Y EPS Growth | 28% | 21% | 24% | 9% | 20% | 17% | 7% | -2% | -1% | 5% | 10% |
| Incremental Op Marg. | 58% | 22% | 47% | -948% | 31% | -10% | 52% | 3% | 56% | 27% | 32% |

*Source: SG Cowen*

SG Cowen Securities Corporation makes a market in MSFT securities.
**SG COWEN SECURITIES CORPORATION   BOSTON** (617) 946-3700  **NEW YORK** (212) 495-6000  (212) 278-6000
**SAN FRANCISCO** (415) 646-7200  **CHICAGO** (312)  516-4690  **CLEVELAND** (440) 331-3531 **DALLAS** (214) 979-2735 **WASHINGTON, DC**. (410) 280-4750  **LONDON** 44-207-676-6000  **GENEVA**  41-22-707-6900  **PARIS**  331-4244-1740  **TORONTO**  (416) 362-2229  **ZURICH** 41-1-225-2040

**Further information on any of the above securities may be obtained from our offices**.  This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal.  The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data.  Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice.  Portions of this report may have been previously disseminated by our affiliated companies in the Société Générale Group.  SG Cowen Securities Corporation, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.  The contents and appearance of this report are Copyright© and Trademark™ SG Cowen Securities Corporation 2001.  All rights reserved.