# EXHIBIT 456



**INTERNET / BUSINESS-TO-BUSINESS ECOMMERCE RESEARCH**

March 16, 2001

# ARIBA, INC. (ARBA $11.06)

Lowering Estimates for Ariba, Commerce One and i2; Economic Downturn Is Just Beginning to Adversely Impact Enterprise Software; We Believe Long-Term B2B Opportunity Still Compelling, But Near-Term Outlook Clouded By Limited Visibility; No Change To Our Ratings

### Rating: Buy

Eric B. Upin  415/693-3441   eric_upin@rsco.com
Michael Beckwith  415/248-4540   michael_beckwith@rsco.com
Kristen B. Schaeffer  415/623-7543   kristen_schaeffer@rsco.com

| Change In... | Yes/No | Was | Is |
|---|---|---|---|
| Rating | No | | BUY |
| EPS  F2000A | No | | $(0.15) |
| EPS  F2001E | Yes | $0.25 | $0.18 |
| EPS  F2002E | Yes | $0.47 | $0.38 |

| | |
|---|---|
| 52-Week Range | $173.50-10.25 |
| FD Shares Outstanding | 276.7 MM |
| Market Cap | $3,060.3 MM |
| Avg Daily Volume (000) | 6,983 |
| Book Value/Share 12/00 | $11.77 |
| 3-Yr Secular Gr Rate | 100.00% |
| Dividend/Yield | NONE/ NONE |
| Price/Book Value 12/00 | 0.9x |
| Net Cash/Share 12/00 | $1.57 |

| FY September | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| EPS | | | |
| 1Q | $(0.04) A | $0.05 A | $0.07 E |
| 2Q | $(0.06) A | $0.03 E | $0.09 E |
| 3Q | $(0.05) A | $0.05 E | $0.10 E |
| 4Q | $0.00 A | $0.06 E | $0.12 E |
| Year | $(0.15) | $0.18 | $0.38 |
| P/E: | NM | 61.4x | 29.1x |
| CY EPS: | $(0.07) | $0.21 | $0.45 |
| CY P/E: | NM | 52.7x | 24.6x |

| Rev (MM) | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| 1Q | $23.5 A | $170.2 A | $204.0 E |
| 2Q | $40.0 A | $158.0 E | $233.0 E |
| 3Q | $80.7 A | $167.5 E | $265.0 E |
| 4Q | $134.9 A | $179.0 E | $298.0 E |
| Year | $279.0 | $674.7 | $1,000.0 |
| CY: | $425.8 | $708.5 | $1,125.0 |
| Eqty Mkt Val/Rev: | NM | 4.5x | 3.1x |
| Eqty Mkt Val/CY Rev: | NM | 4.3x | 2.7x |

### Key Points

- **We are lowering current quarter and forward year earnings estimates for Ariba,[a]   Commerce One[a] (CMRC $10.16) and i2 Technologies [a]  (ITWO $17.81) at this time**. **We are not making any adjustments to ratings, however**. With an increasingly challenging economic environment for enterprise software sales (highlighted by Oracle's[a]  FQ3:01 shortfall – where the company posted only 25% yr/yr growth in applications as compared to its original guidance of 75% yr/yr growth), we believe that even the best positioned business software companies are increasingly vulnerable to a major retrenchment in IT spending. As a result, we are taking a first cut at lowering earnings estimates for Ariba, Commerce One, and i2 – yet, are cognizant of the fact that, depending on the severity and duration of the current economic downturn, additional downward revisions may be in order.

- **We are lowering our current quarter and forward year top- and bottom-line estimates for Ariba.** For FQ2:01 ending in March, we are lowering our revenue estimate by 13% to $158 million (representing –7% sequential and 295% yr/yr growth) from $185 million. For FY01, we are lowering our revenue estimate by 14% to $675 million from $783 million – implying 142% yr/yr growth, compared to 181% previously. We are lowering our FY01 operating EPS to $0.18 from $0.25. For FY02, we are lowering our revenue estimate by 20% to $1.0 billion from $1.25 billion – implying 48% yr/yr growth, compared to 60% previously. We are lowering our FY02 operating EPS to $0.38 from $0.47.

- **Based on multiple channel checks, it is increasingly clear to us that the fundamentals for enterprise software sales have deteriorated over the past 45 days** – compounding the risks associated with back-end loaded quarters.  While Ariba and other leading business software companies continued to post solid results throughout 2000 (Ariba, Commerce One and i2 collectively recognized just under $462 million in software

- licenses in the December quarter alone) we believe the broader IT retrenchment that laid claim to the networking, chip, box and professional services companies over the last several quarters is beginning to catch-up with large business software companies, including Ariba.

- **As in past periods of IT retrenchment, moving forward we believe Ariba is likely to be impacted by (1) longer sales cycles, (2) lower closure rates and (3) smaller deal sizes** – increasing the risk of disappointing financial results and slower than expected top-line and earnings growth for these companies.

- **While we would like to believe that a slowdown in software spending could be confined to the March quarter, this is unlikely to be the case, in our view**. Even for those business software companies that squeeze by in the March quarter, we believe this is likely to come at the expense of these companies' shadow backlog and the richest part of their sales pipelines. These factors, coupled with continued uncertainty about a more general economic recovery for the second half of the year, are likely to place even greater pressure on sales organizations during the middle part of the year. Thus, we hold out the possibility that additional downward revisions may be in store – as has proven the case with many of the large networking, chip and PC companies throughout the year.

- **Although much of the downside risk is already priced into Ariba in our view, we maintain a neutral-to-cautious near-term outlook is warranted for the following reasons**:

    1. **We believe that we have only just begun the cycle of downward revisions and earnings disappointments** – which are likely to serve as a cloud over the business software space for the next several quarters,

    2. **Without greater visibility into an economic recovery and a more stable environment for IT spending, we believe top-line and earnings numbers for companies such as Ariba will remain a moving target, and**

    3. **Valuations have likely not found a bottom**– if significant earnings revisions are in store over the next several quarters.

- **While we continue to believe that B2B represents a significant multi-year opportunity** – which over the next several years is likely to be 4-6x the $20 billion ERP market – **we believe Ariba continues to face a challenging near-term risk reward picture for the reasons highlighted above.** In order for us to become more aggressive on Ariba, we will need to achieve a higher level of confidence that: (1) there is not significant downside to our revised estimates, (2) the company's core indirect goods procurement business remains solid, (3) Ariba will be able to translate its newly announced direct goods strategy into actual customer wins, and (4) the company will be able to integrate its fourth acquisition in 18 months (Tradex, Trading Dynamics, Supplier Market and Agile).

## Lowering Estimates For Ariba

**With an increasingly challenging economic environment for enterprise software sales** (highlighted by Oracle's disappointing FQ3:01 results), **we believe that even the best-positioned business software companies are increasingly vulnerable to a major retrenchment in IT spendin**g. As a result, we are lowering estimates for Ariba, Commerce One, and i2 at this time. We are lowering estimates on Ariba slightly more than we are on i2 and Commerce One because: (i) our estimates are on the high-end of the Street, (ii) we do not expect network revenues to scale as fast as previously expected, and (iii) our channel checks support that pricing pressure is increasingly impacting the market for indirect goods procurement applications. A summary of our earnings changes for Ariba is provided below.

Figure 1: Ariba Estimate Adjustments

| Year | Estimate | Former | Current | Change |
|---|---|---|---|---|
| FQ2:01E | Revenues (000) | $182,000 | **$158,000** | -13.2% |
|  | Operating EPS | $0.06 | **$0.03** | ($0.03) |
| F2001E | Revenues (000) | $783,233 | **$674,733** | -13.9% |
|  | Operating EPS | $0.25 | **$0.18** | ($0.07) |
| F2002E | Revenues (000) | $1,250,000 | **$1,000,000** | -20.0% |
|  | Operating EPS | $0.54 | **$0.38** | ($0.16) |

## Investment Impact

**Although much of the downside risk is already priced into Ariba in our view** (the company trades at 4.3x our revised CY 01 price-to-sales estimate and 53x our revised CY 01 earnings estimate), **we maintain a neutral-to-cautious near-term outlook is warranted for the following reasons**:

1. **We believe that we have only just begun the cycle of downward revisions and earnings disappointments** – which are likely to serve as a cloud over the business software space for the next several quarters,

2. **Without greater visibility into an economic recovery and a more stable environment for IT spending, we believe top-line and earnings numbers for companies such as Ariba will remain a moving target,** and

3. **Valuations have likely not found a bottom** – if significant earnings revisions are in store over the next several quarters.

**While we continue to believe that B2B represents a significant multi-year opportunity –** which over the next several years is likely to be 4-6x the $20 billion ERP market – **we believe Ariba continues to face a challenging near-term risk reward picture for the reasons highlighted above.** In order for us to become more aggressive on Ariba, we will need to achieve a higher level of confidence that: (1) there is not significant downside to our revised estimates, (2) the company's core indirect goods procurement business remains solid, (3) Ariba will be able to translate its newly announced direct goods strategy into actual customer wins, and (4) the company will be able to integrate its fourth acquisition in 18 months (Tradex, Trading Dynamics, Supplier Market and Agile).

## Appendix I: Valuation Comparison

Figure 2 provides a valuation comparison of Ariba, Commerce One and i2 based on our revised earnings estimates – where Ariba now trades at 53x CY01 earnings and i2 trades at 57x CY01 earnings. Even with the stock near its 52 week low, the company still carries a forward P/E multiple which is at the mid-range of historical norms for business software companies – where forward 12-month P/E's have typically ranged from 45x to 60x and FTM price-to-sales multiples. Figure 3 provides a snapshot of historical valuation ranges for leading business software companies dating back to 1997.

**Figure 2: Valuation Multiples Based on Revised Estimates for Ariba, Commerce One and i2**

|  |  | Revenue | | Cash EPS | | Mkt Cap/Revenue | | P/E | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | CY01E | CY02E | CY01E | CY02E | CY01E | CY02E | CY01E | CY02E |
| **ARIBA** | New | $708.5 | $1,125.0 | $0.21 | $0.45 | 4.3x | 2.7x | 52.7x | 24.6x |
|  | Previous | $863.0 | $1,423.0 | $0.28 | $0.55 | 3.5x | 2.2x | 39.5x | 20.1x |
|  | Variance | -18% | -21% | ($0.07) | ($0.10) | 22% | 26% | 33% | 22% |
| **COMMERCE ONE** | New | $815.0 | $1,100.0 | ($0.01) | $0.32 | 2.5x | 1.8x | NM | 31.8x |
|  | Previous | $890.0 | $1,200.0 | $0.00 | $0.36 | 2.3x | 1.7x | NM | 28.2x |
|  | Variance | -8% | -8% | ($0.01) | ($0.04) | 9% | 9% | NM | 13% |
| **i2** | New | $1,525.0 | $2,030.0 | $0.32 | $0.46 | 5.5x | 4.1x | 56.5x | 38.4x |
|  | Previous | $1,650.0 | $2,200.0 | $0.38 | $0.50 | 5.1x | 3.8x | 46.9x | 35.6x |
|  | Variance | -8% | -8% | ($0.06) | ($0.04) | 8% | 8% | 20% | 8% |

**Figure 3: Comparison of Historical Valuation Multiples**

*Comparison of Median Valuation Multiples at 7/1/97, 1/1/98, 7/1/98, 1/1/99, 7/1/99, 1/1/00, 7/1/00, and 3/15/01*



Notes:  * The software index is market-cap weighted and includes the following companies from the point at which they went public (if applicable): AGIL, ARBA, ASDV, BEAS, BMCS, BVSN, CMRC, ITWO, JDEC, MANU, MSFT, ORCL, PSFT, SAP, SEBL, and VRTS.
1 Valuation Multiples based on ASDV, BEAS, BMCS, BVSN, ITWO, MANU, MSFT, ORCL, PSFT, SEBL, and VRTS.
2 Valuation Multiples based on ASDV, BEAS, BMCS, BVSN, ITWO, JDEC, MANU, MSFT, ORCL, PSFT, SEBL, and VRTS.
3 Valuation Multiples based on ASDV, BEAS, BMCS, BVSN, ITWO, JDEC, MANU, MSFT, ORCL, PSFT, SAP, SEBL, and VRTS.
4 Valuation Multiples based on ARBA, ASDV, BEAS, BMCS, BVSN, ITWO, JDEC, MANU, MSFT, ORCL, PSFT, SAP, SEBL, and VRTS.
5 Valuation Multiples based on AGIL, ARBA, ASDV, BEAS, BMCS, BVSN, CMRC, ITWO, JDEC, MANU, MSFT, ORCL, PSFT, SAP, SEBL, and VRTS.

# Company Info

### The Company

Ariba is a leading provider of B2B applications and infrastructure. The company enables businesses to leverage the power of the Internet by providing them with a powerful set of tools to improve indirect and direct goods procurement, customer and supplier management, and to access and to develop third-party marketplaces. Ariba s integrated product portfolio   Ariba Buyer, Ariba Marketplace and Ariba Commerce Services    serves a broad gamut of business processes and trading mechanisms, including: managing internal procurement processes, providing access to a global network of suppliers, outsourced service providers and other marketplaces, and leveraging multiple trading mechanisms from catalog ordering to auctions to real-time dynamic pricing.  By developing an architecture that ties together its core procurement application, network platform and third-party marketplaces, we believe Ariba has developed an integrated B2B solution that enables buyers and sellers to significantly lower operating costs and drive additional revenue opportunities.

### Investment Thesis

The rise of the Internet has created an opportunity for companies to automate, improve and expand their buying and selling relationships. Traditionally, the procurement of indirect goods and services (including MRO supplies, information technology and telecommunications equipment and services, travel and entertainment) as well as direct materials (goods used in manufacturing and production) have been wrought by cumbersome, inefficient buying processes where buyers have limited ability to manage the activities of their own employees, let alone their extended network of customers and suppliers. By developing a powerful suite of procurement applications that tie into a network of suppliers, third-party marketplaces and outsourced solution providers, Ariba is leveraging the Internet not only to improve company s operating efficiencies, but to create entirely new market opportunities within extended supply chains.  As a result, Ariba has developed into a highly strategic vendor to large and medium-sized business enabling companies to use the Internet to: (1) decrease procurement costs, (2) leverage buying power, (3) increase existing revenue streams and create new ones,(4) lower prices while expanding margins and improving management and control of inventory levels, (5) enhance visibility and control over the supply chain, (6) open up new market and product opportunities, (7) improve service to new and existing customers, and (8) enhance revenue management and improve cash cycles.

### Investment Risks

Among the risks are: (1) ability to continue to win large enterprise accounts and to stimulate the growth of the Ariba network by attracting an increasing number of suppliers, third-party marketplaces, and outsourced service providers, (2) drive continued revenue growth in the licensing of the core Ariba Buyer product and to grow transaction and subscription-based revenue streams, (3) integrate technologies and personnel from the Tradex, Trading Dynamics and SupplierMarket acquisitions, (4) enhance the integration an tie-ins between the Ariba network and core procurement applications, (5)  the overall growth in the market for third party many-to-many  marketplaces, (6) maintain and further develop network of strategic resellers, and (7) develop competitive offerings in the rapidly developing and ever-more crowded B2B infrastructure space.

**This research report is a product of Robertson Stephens, Inc.**

If noted in the text of this report, the following may apply:

**(a)** - *Robertson Stephens maintains a market in the shares of this company.*
**(b)** - *Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.*
**(c)** - *A Robertson Stephens officer sits on the board of directors of this company.*
**(s) -** *Fleet Meehan Specialist, Inc. (Member NYSE), an affiliate of Robertson Stephens, Inc., is the specialist that makes a market in this security, and at any given time, Fleet Meehan Specialist may have an inventory position, either "long" or "short," in this security. As a result of Fleet Meehan Specialist's function as a market maker, such specialist may be on the opposite side of orders executed on the floor of the Exchange in this security.*

**Additional information is available upon request.**

Robertson Stephens, Inc. ("Robertson Stephens") is an NASD member and a member of all major exchanges and SIPC.

The information contained herein is not a complete analysis of every material fact respecting any company, industry or security. Although opinions and estimates expressed herein reflect the current judgment of Robertson Stephens, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis; when it is, the date of the change in estimate will be noted. In addition, opinions and estimates are subject to change without notice. This Report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from the results described in the forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in "Investment Risks." Robertson Stephens from time to time performs corporate finance or other services for some companies described herein and may occasionally possess material, nonpublic information regarding such companies. This information is not used in the preparation of the opinions and estimates herein. While the information contained in this Report and the opinions contained herein are based on sources believed to be reliable, Robertson Stephens has not independently verified the facts, assumptions and estimates contained in this Report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information and opinions contained in this Report. Robertson Stephens, its managing directors, its affiliates, its employee investment funds, and/or its employees, including the research analysts authoring this report, may have an interest in the securities of the issue(s) described and may make purchases or sales while this report is accessible. Robertson Stephens International, Ltd. is regulated by the Securities and Futures Authority in the United Kingdom. This publication is not meant for private customers.

*Unless otherwise noted, prices are as of Thursday, March 15, 2001.*

*Copyright © 2001 Robertson Stephens*

**Robertson Stephens**



### Eric B. Upin

Eric is a managing director and senior research analyst at Robertson Stephens, having joined the firm in 1993. For seven years, Eric covered enterprise software companies and now focuses on the business-to-business (B2B) eCommerce sector.

Before joining the firm, Eric was a management consultant at Booz, Allen & Hamilton for four years, and he also played key roles in two technology start-ups. He graduated from Washington University in St. Louis in 1983 and received an MBA from Harvard Business School in 1989.



### Michael Beckwith

Michael is a research analyst at Robertson Stephens covering business-to-business (B2B) software and marketplaces. Prior to joining the B2B research team, Michael was a senior associate in investment banking at Robertson Stephens focusing on the B2B and eCommerce services sectors. Michael received a BA from Middlebury College and a JD from Harvard Law School.

Atlanta

Boston

Chicago

London*

Munich*

New York

Palo Alto

San Francisco

Tel Aviv**

www.robertsonstephens.com

\* Robertson Stephens International, Ltd. is registered with the Securities and Futures Authority in the United Kingdom and is not a U.S. broker-dealer.

\*\* Robertson Stephens Israel, Ltd is an affiliate of Robertson Stephens International, Ltd. and is not a U.S. broker-dealer.

**Ariba, Inc**  
Quarterly Earnings Outlook  
FY SEP  
($ Thousands)

**ROBERTSON STEPHENS**  
Eric Upin (415) 693-3441  
Michael Beckwith (415) 248-4550

Case 3:01-cv-00988-SI   Document 1547-27   Filed 11/17/08   Page 9 of 10

| Last Revised: 3/16/01 | Year F1999A | Year F2000A | Dec Q1:01A | Mar Q2:01E | June Q3:01E | Sept Q4:01E | Year F2001E | Dec Q1:02E | Mar Q2:02E | June Q3:02E | Sept Q4:02E | Year F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Product Licenses | 26,768 | 194,646 | 128,911 | 115,000 | 120,000 | 127,000 | 490,911 | 140,000 | 156,000 | 174,000 | 191,000 | 661,000 |
| Network Revenues | 6,520 | 44,700 | 25,920 | 25,000 | 27,000 | 29,000 | 106,920 | 34,000 | 39,000 | 45,000 | 53,000 | 171,000 |
| Service/Other | 12,084 | 39,693 | 15,402 | 18,000 | 20,500 | 23,000 | 76,902 | 30,000 | 38,000 | 46,000 | 54,000 | 168,000 |
| **Total Revenue** | **45,372** | **279,039** | **170,233** | **158,000** | **167,500** | **179,000** | **674,733** | **204,000** | **233,000** | **265,000** | **298,000** | **1,000,000** |
| | | | | | | | | | | | | |
| Cost of Revenue | 8,813 | 47,518 | 31,331 | 29,385 | 28,595 | 30,505 | 119,816 | 32,600 | 36,340 | 41,610 | 47,865 | 158,415 |
| **Gross Profit** | **36,559** | **231,521** | **138,902** | **128,615** | **138,905** | **148,495** | **554,917** | **171,400** | **196,660** | **223,390** | **250,135** | **841,585** |
| | | | | | | | | | | | | |
| Research & Development | 11,620 | 39,017 | 20,800 | 22,000 | 23,000 | 24,000 | 89,800 | 27,000 | 31,000 | 35,500 | 39,000 | 132,500 |
| Sales & Marketing | 33,859 | 207,234 | 83,700 | 81,700 | 83,000 | 86,000 | 334,400 | 94,500 | 106,000 | 118,000 | 130,000 | 448,500 |
| General & Administration | 7,917 | 29,172 | 16,400 | 16,500 | 16,600 | 17,500 | 67,000 | 21,000 | 23,500 | 27,000 | 31,000 | 102,500 |
| **Total Operating Expenses** | **53,396** | **275,423** | **120,900** | **120,200** | **122,600** | **127,500** | **491,200** | **142,500** | **160,500** | **180,500** | **200,000** | **683,500** |
| | | | | | | | | | | | | |
| **Operating Income** | **-16,837** | **-43,902** | **18,002** | **8,415** | **16,305** | **20,995** | **63,717** | **28,900** | **36,160** | **42,890** | **50,135** | **158,085** |
| Interest Income & Other | 2,219 | 16,331 | 4,580 | 4,780 | 4,980 | 5,180 | 19,520 | 5,430 | 5,680 | 5,930 | 6,180 | 23,220 |
| Pretax Income | -14,618 | -27,571 | 22,582 | 13,195 | 21,285 | 26,175 | 83,237 | 34,330 | 41,840 | 48,820 | 56,315 | 181,305 |
| | | | | | | | | | | | | |
| Taxes | 98 | 1,963 | 8,592 | 5,014 | 8,088 | 9,947 | 31,641 | 13,045 | 15,899 | 18,552 | 21,400 | 68,896 |
| Net Income | -14,716 | -29,534 | 13,990 | 8,181 | 13,197 | 16,229 | 51,596 | 21,285 | 25,941 | 30,268 | 34,915 | 112,409 |
| | | | | | | | | | | | | |
| Extraordinary Credit/Charge | 0 | 745,189 | 341,311 | 341,500 | 341,500 | 341,500 | 1,365,811 | 341,500 | 341,500 | 341,500 | 341,500 | 1,366,000 |
| Amortization of Deferred Compensation | 14,584 | 18,051 | 20,331 | 20,331 | 20,331 | 20,331 | 81,324 | 19,831 | 19,331 | 18,831 | 18,331 | 76,324 |
| | | | | | | | | | | | | |
| **Operating EPS** | **-0.17** | **-0.15** | **0.05** | **0.03** | **0.05** | **0.06** | **0.18** | **0.07** | **0.09** | **0.10** | **0.12** | **0.38** |
| EPS as Reported | -0.34 | -4.10 | -1.48 | -1.39 | -1.31 | -1.26 | -5.41 | -1.19 | -1.13 | -1.08 | -1.03 | -4.43 |
| | | | | | | | | | | | | |
| Shares Outstanding (Th) - Basic | 86,291 | 193,417 | 235,285 | 255,285 | 265,285 | 275,285 | 257,785 | 285,285 | 295,285 | 305,285 | 315,285 | 300,285 |
| Shares Outstanding (Th) - Diluted | 86,291 | 193,417 | 276,712 | 279,750 | 282,750 | 285,750 | 281,241 | 288,750 | 291,750 | 294,750 | 297,750 | 293,250 |
| | | | | | | | | | | | | |
| **Revenue Breakout** | | | | | | | | | | | | |
| Product License (% of Revenue) | 59% | 70% | 76% | 73% | 72% | 71% | 73% | 69% | 67% | 66% | 64% | 66% |
| Network Revenues (% of Revenue) | 14% | 16% | 15% | 16% | 16% | 16% | 16% | 17% | 17% | 17% | 18% | 17% |
| Service/Other (% of Revenue) | 27% | 14% | 9% | 11% | 12% | 13% | 11% | 15% | 16% | 17% | 18% | 17% |
| | | | | | | | | | | | | |
| **Margin Detail** | | | | | | | | | | | | |
| Product License Gross Margin | 97.3% | 96.0% | 98.2% | 98.4% | 98.5% | 98.5% | 98.4% | 98.5% | 98.5% | 98.5% | 98.5% | 98.5% |
| Network and Service Gross Margin | 52.6% | 43.7% | 24.2% | 31.7% | 39.8% | 41.3% | 34.8% | 49.1% | 52.8% | 54.3% | 55.3% | 53.3% |
| **Total Gross Margin** | **80.6%** | **83.0%** | **81.6%** | **81.4%** | **82.9%** | **83.0%** | **82.2%** | **84.0%** | **84.4%** | **84.3%** | **83.9%** | **84.2%** |
| Research & Development | 25.6% | 14.0% | 12.2% | 13.9% | 13.7% | 13.4% | 13.3% | 13.2% | 13.3% | 13.4% | 13.1% | 13.3% |
| Sales & Marketing | 74.6% | 74.3% | 49.2% | 51.7% | 49.6% | 48.0% | 49.6% | 46.3% | 45.5% | 44.5% | 43.6% | 44.9% |
| General & Administration | 17.4% | 10.5% | 9.6% | 10.4% | 9.9% | 9.8% | 9.9% | 10.3% | 10.1% | 10.2% | 10.4% | 10.3% |
| | | | | | | | | | | | | |
| **Operating Margin** | **-37.1%** | **-15.7%** | **10.6%** | **5.3%** | **9.7%** | **11.7%** | **9.4%** | **14.2%** | **15.5%** | **16.2%** | **16.8%** | **15.8%** |
| Pretax Margin | -32.2% | -9.9% | 13.3% | 8.4% | 12.7% | 14.6% | 12.3% | 16.8% | 18.0% | 18.4% | 18.9% | 18.1% |
| | | | | | | | | | | | | |
| Tax Rate, Fully Taxed | -0.7% | -7.1% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% |
| Net Margin | -32.4% | -10.6% | 8.2% | 5.2% | 7.9% | 9.1% | 7.6% | 10.4% | 11.1% | 11.4% | 11.7% | 11.2% |
| | | | | | | | | | | | | |
| **Quarter-to-Quarter Growth** | | | | | | | | | | | | |
| Product Licenses Revenue | | | 30.1% | -10.8% | 4.3% | 5.8% | | 10.2% | 11.4% | 11.5% | 9.8% | |
| Network Revenue | | | 28.8% | -3.5% | 8.0% | 7.4% | | 17.2% | 14.7% | 15.4% | 17.8% | |
| Service/Other Revenue | | | -1.5% | 16.9% | 13.9% | 12.2% | | 30.4% | 26.7% | 21.1% | 17.4% | |
| **Total Revenue** | | | **26.2%** | **-7.2%** | **6.0%** | **6.9%** | | **14.0%** | **14.2%** | **13.7%** | **12.5%** | |
| Operating Income | | | NM | NM | -9.4% | 149.5% | | 37.7% | -43.2% | 48.4% | 38.6% | |
| Net Income | | | NM | NM | -5.7% | 98.4% | | 31.2% | -49.7% | 42.2% | 34.6% | |
| | | | | | | | | | | | | |
| **Year-to-Year Growth** | | | | | | | | | | | | |
| Product Licenses Revenue | NM | 627.2% | 716.7% | 339.1% | 124.0% | 28.2% | 152.2% | 8.6% | 35.7% | 45.0% | 50.4% | 34.6% |
| Network Revenue | NM | 585.6% | 691.7% | 311.5% | 77.3% | 44.1% | 139.2% | 31.2% | 56.0% | 66.7% | 82.8% | 59.9% |
| Service/Other Revenue | NM | 228.5% | 248.4% | 131.4% | 72.8% | 47.2% | 93.7% | 94.8% | 111.1% | 124.4% | 134.8% | 118.5% |
| **Total Revenue** | **NM** | **515.0%** | **625.0%** | **294.6%** | **107.6%** | **32.7%** | **141.8%** | **19.8%** | **47.5%** | **58.2%** | **66.5%** | **48.2%** |
| | | | | | | | | | | | | |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | 60.5% | 329.7% | 163.0% | 138.8% | 148.1% |
| Pretax Income | NM | NM | NM | NM | NM | 86572% | NM | 52.0% | 217.1% | 129.4% | 115.1% | 117.8% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | 52.1% | 217.1% | 129.4% | 115.1% | 117.9% |
| **Operating EPS** | **NM** | **NM** | **NM** | **NM** | **NM** | **NM** | **NM** | **45.8%** | **204.0%** | **120.0%** | **106.5%** | **108.9%** |

**Ariba, Inc**     **ROBERTSON STEPHENS**
Quarterly Earnings Outlook     Eric Upin (415) 693-3441
FY SEP     Michael Beckwith (415) 248-4550
($ Thousands)

| Last Revised: 3/16/01 | Year F1999A | Year F2000A | Dec Q1:01A | Mar Q2:01E | June Q3:01E | Sept Q4:01E | Year F2001E | Dec Q1:02E | Mar Q2:02E | June Q3:02E | Sept Q4:02E | Year F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trailing 12 Month Data** | | | | | | | | | | | | |
| Trailing-12-mo. Revenue | 45,372 | 279,039 | 425,793 | 543,751 | 630,586 | 674,733 | 674,733 | 708,500 | 783,500 | 881,000 | 1,000,000 | 1,000,000 |
| Trailing-12-mo. Net Income | -14,716 | -29,534 | -9,929 | 9,789 | 34,310 | 51,596 | 51,596 | 58,891 | 76,651 | 93,722 | 112,409 | 112,409 |
| Trailing-12-mo. Operating EPS | -0.18 | -0.16 | -0.07 | 0.02 | 0.12 | 0.18 | 0.18 | 0.21 | 0.27 | 0.32 | 0.38 | 0.38 |

*Source: Company reports and Robertson Stephens.*
*1 For GAAP purposes, the company reports only two revenue streams: license revenue and maintenance & service revenue. As a result, there is a $4.1 million discrepancy between GAAP*
*2 Based on information provided by the company on the earnings conference call.*