# EXHIBIT 457

```
Moore, James A. 415-617-4269                              03/17/2001
Kong, Seihun 415-617-3323
Chen, Charles 415-617-4274
Kelly, Matthew F 415-617-3344
Deutsche Banc Alex. Brown Inc.
------------------------------------------------------------------
                    ARIBA INC. [ARBA] "BUY"
                 BEA SYSTEMS INC. [BEAS] "BUY"
              BUSINESS OBJECTS S.A. [BOBJ] "BUY"
                 COMMERCE ONE INC. [CMRC] "BUY"
                    DOCENT, INC. [DCNT] "BUY"
                   EXTENSITY, INC. [EXTN] "BUY"
                 I2 TECHNOLOGIES INC. [ITWO] "BUY"
          MERCURY INTERACTIVE CORPORATION [MERQ] "BUY"
                 ORACLE CORPORATION [ORCL] "BUY"
                 TIBCO SOFTWARE INC. [TIBX] "BUY"
                     VASTERA, INC. [VAST] "BUY"
              WEBEX COMMUNICATIONS INC. [WEBX] "BUY"
   High Risk Quarter Warrants Caution Over Near Term -- Downgrading Mercury,
         Extensity, and Webex to BUY Based on Sector Weakness
------------------------------------------------------------------
                          52-WK       Earnings Per Share
             FY   Price   Price                                  3-5 Yr   Est.
Ticker       End  03/15/2001 Range   2000      2001     2002     Growth   Chg?
ARBA         09    11.06   174-10   (0.15)A   0.25     0.47      40%      N
BEAS         01    30.75    90-25    0.11     0.25A    0.37      37%      N
BOBJ         12    31.81    95-27    0.65A    0.80     0.98      30%      N
CMRC         12    10.16   129-10   (0.33)A  (0.02)    0.27      40%      N
DCNT         12     4.50    27-4    (1.29)A  (0.88)    0.04      75%      N
EXTN         12     7.00    68-4    (1.36)   (0.90)    0.07      60%      N
ITWO         12    17.81    99-17    0.26     0.33     0.47      35%      N
MERQ         12    37.88   163-35    0.70     0.95     1.17      40%      N
ORCL         05    14.69    46-14    0.34A    0.43     0.49      18%      N
TIBX         11     7.94   141-8     0.24A    0.16     0.29      30%      N
VAST         12    11.00    24-8    (0.77)A  (0.33)    0.03      50%      N
WEBX         12    10.00    58-8    (1.83)A  (0.70)    0.28      60%      N
------------------------------------------------------------------
```

HIGHLIGHTS:
* We are previewing 1Q earnings results for the enterprise software companies we follow.

* Many software vendors with February quarter end (Oracle, TIBCO Software, and Cognos) have already pre-announced negative results. More importantly, we do not expect to see a quick recovery in IT spending in the month of March.

* Many vendors are seeing heavily backend weighted quarters, and we believe probability for negative pre-announcements in the first week of April is high (particularly for companies with large deals and lengthy implementation cycles). Other risks include downward revisions in estimates and deteriorating balance sheets.

* Companies at high risk of missing estimates and/or lowering guidance include Ariba, Commerce One, and i2 Technologies, in our opinion. Companies at lower-risk are Business Objects, Extensity, Docent, Mercury, Vastera, and WebEx.

* We believe Street expectations and valuations do not adequately reflect the sector's current risk profile. Given potential downward revisions and further valuation compression, we remain cautious on the enterprise software group in the near term.

* We are downgrading our remaining STRONG BUY names -- Mercury, Extensity, and WebEx -- to a BUY rating. While 1Q fundamentals appear solid, we expect these stocks to weaken with the sector.


DETAILS:
--IT'S A WHOLE NEW BALLGAME
What a difference a quarter makes. While a slowdown in select verticals (primarily telcos and dot-coms) negatively impacted several software vendors in December, 4Q results were generally very upbeat. On average, premier software companies posted very healthy upside surprises in 4Q (an average of 14% of license revenue upside, 10% total revenue upside, and 15% EPS outperformance). Furthermore, revenue and EPS estimates for 2001 were increased 5% and 8%, respectively, on average. Since the beginning of the year, the declining economy has brought corporate IT purchases to a grinding halt, severerly impairing visibility and confidence into 1Q numbers. Unlike 4Q, slowing IT sales have spread beyond the telco and dot-com sectors and have now infected large global corporations across multiple industry segments.

--RECENT PRE-ANNOUNCEMENTS ARE A PROXY FOR 1Q
Since early March, software companies with a February quarter end (including Oracle, TIBCO Software, and Cognos) have pre-announced disappointing earnings. In each case, IT managers are spending much more judiciously than in prior quarters. Many large deals slipped at the end of February with limited certainty when (and if) they will close. More importantly, we do not sense any rebound in IT spending in March which is the seasonally strong month for most software companies and the source of the vast majority of 1Q license bookings.

--BACK-END WEIGHTED QUARTER, POTENTIAL BALANCE SHEET DETERIORATION
As expected, our channel and field checks indicate 1Q is heavily back-end loaded for many software vendors. Particularly, companies that rely on large upfront license deals with long implementation times are at the highest risk. Ariba, Commerce One, and i2 Technologies top this category. We estimate Ariba has 75-80% of deals left to close, Commerce One has about 50% remaining, and i2 recently stated that it is also seeing a heavily back-end weighted quarter. Companies such as Business Objects, Extensity, Docent, Mercury, Vastera, and WebEx are at lower risk due to their reliance on smaller deal sizes and/or conservative revenue recognition models. However, we believe a sharp slowdown in 1Q contracting activity will likely limit revenue upside potential. Another risk factor to consider in 1Q is deteriorating balance sheets, particularly with DSOs and deferred revenue, which could indicate companies are eating into their backlogs to meet Wall Street expectations.

--ESTIMATE CUTS AND RE-VALUATIONS COULD SLICE STOCKS AGAIN

We do not believe published Street expectations adequately reflect the current IT spending environment. In our view, a round of pre-announcements and cautious earnings calls in early April could prompt a significant round of earnings cuts across the board (likely more dramatic than what we saw after the Oracle pre-announcement in early February). In addition, valuation multiples based on these figures are still at the high end of historical ranges. At current levels, our stock universe trades at an average forward 12-month PEG of 1.5x (compared to historical averages of 0.8-1.6x). In a scenario where: 1) 2001 and 2002 license numbers are lowered by 25% (which equates to an estimated 40% reduction in EPS estimates), and 2) PEG ratios move to a more conservative 1.0x multiple, we believe software stock could see an additional 40-50% decline from current levels.

--MONEY FLOW INDICATES NEUTRAL SENTIMENT
In addition to fundamental analyses, we examined our stocks from a technical perspective with the help of our collegue, Laszlo Birinyi. Money flows are scored by adding block and non-block money flows (each on a scale of 1-5) for a total potential score of 10. Stocks over 8 are rated strong accumulation, 5-7 are neutral, and below 4 are under distribution. On average, our enterprise software names had a neutral rating with Oracle scoring a below-average 4 and Commerce One, Extensity, and WebEx each scoring a slightly above-average 7 rating. We believe sentiment could turn more negative following a weak earnings season. We will continue to track these results to help gauge investor sentiment around the software sector.

|       | Non-Block | Block | Total Score | Change in Money Flow |
|-------|-----------|-------|-------------|----------------------|
| ARBA  | 3         | 3     | 6           | Unchanged            |
| BEAS  | 3         | 3     | 6           | Unchanged            |
| BOBJ  | 3         | 3     | 6           | Unchanged            |
| CMRC  | 4         | 3     | 7           | Unchanged            |
| DCNT  | 3         | 3     | 6           | Unchanged            |
| EXTN  | 4         | 3     | 7           | Unchanged            |
| ITWO  | 3         | 3     | 6           | Unchanged            |
| MERQ  | 3         | 2     | 5           | Unchanged            |
| ORCL  | 2         | 2     | 4           | Declined             |
| TIBX  | 3         | 2     | 5           | Unchanged            |
| VAST  | 3         | 3     | 6           | Unchanged            |
| WEBX  | 3         | 4     | 7           | Unchanged            |
| Avg   | 3.1       | 2.8   | 5.9         | Unchanged            |

Source: Birinyi Associates

--SUMMARY OF POTENTIAL 1Q RESULTS
The following table summarizes our current estimates and the probability associated with a 1Q earnings miss and guidance direction.

| SYMBOL | 1Q Revs   | 1Q EPS | Street EPS | Probable 1Q Miss | Probable Guidance |
|--------|-----------|--------|------------|------------------|-------------------|
| ARBA   | $180.0M   | $0.06  | $0.05      | HIGH             | DOWN              |
| BOBJ   | 96.0M     | 0.14   | 0.14       | MED              | FLAT              |

```
CMRC      204.0M    (0.04)    (0.04)     HIGH        DOWN
DCNT        6.1M    (0.28)    (0.27)     LOW         FLAT
EXTN        9.5M    (0.32)    (0.33)     LOW         FLAT
ITWO      360.0M     0.06      0.06      HIGH        DOWN
MERQ       89.5M     0.17      0.17      LOW         FLAT
VAST       12.0M    (0.11)    (0.11)     LOW         UP (SLIGHT)
WEBX       14.0M    (0.32)    (0.33)     LOW         UP (SLIGHT)
-----------------------------------------------------
Source: DBAB and First Call estimates
```

--CAUTIOUS ON SOFTWARE NAMES, DOWNGRADING STRONG BUY STOCKS
Investors are likely to face a minefield of pitfalls over the next few weeks as the end of March approaches and pre-announcements begin to weigh in. We recommend underweighting the software sector in the short- to medium-term. As a result, we are downgrading our remaining STRONG BUY rated stocks -- Mercury Interactive, Extensity, and WebEx -- to a BUY rating. We note that we remain confident in our 1Q estimates for these companies (as well as Vastera), with our channel checks indicating positive results. However, we expect these stocks to weaken with the rest of the software group. We believe investors should return to these names (and other premium software stocks) only after average estimates and multiples have been reduced to more conservative levels.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed.  Opinions, estimates, and projections constitute our judgement and are subject to change without notice.  This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer.  Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001 Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Ariba Inc.; BEA Systems Inc.; Business Objects S.A.; Commerce One Inc.; Docent, Inc.; Extensity, Inc.; i2 Technologies Inc.; Mercury Interactive Corporation; Oracle Corporation; TIBCO Software Inc.; Vastera, Inc.; WebEx Communications Inc..
Within the past three years, Deutsche Banc Alex. Brown Inc. has managed or comanaged a public offering of Ariba Inc.; BEA Systems Inc.; Docent, Inc.; Extensity, Inc.; TIBCO Software Inc.; Vastera, Inc.; WebEx Communications Inc..
The following stock(s) is (are) optionable: Ariba Inc.; BEA Systems Inc.; Business Objects S.A.; Commerce One Inc.; i2 Technologies Inc.; Mercury Interactive Corporation; Oracle Corporation; TIBCO Software Inc..
There is a (are) convertible issue(s) outstanding on BEA Systems Inc..
Within the past three years, Deutsche Banc Alex. Brown Inc. has participated in

a private resale of securities made pursuant to Rule 144A under the Securities Act of 1933 for Docent, Inc.; Mercury Interactive Corporation.
Long position in common sharesAn author of this comment has a long position in the common shares of Business Objects S. A.An author of this comment has a long position in the common shares of Extensity, IncAn author of this comment has a long position in the shares of Mercury Interactive Corp.One or more authors of this comment have a long position in the common shares of Oracle Corporation..