# EXHIBIT 459

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

*June 2002*

**Those present:**

**Interviewer: Matthew Symonds**

Interviewee: Larry Ellison

**This is Matthew Symonds talking to Larry Ellison. It's June 24th. Larry, could we start off by talking about some of the big projects that you've been pouring your money into over the last few years? You made a remark to me the other day that it almost seemed to be kind of a silly thing to be doing at this kind of time. What did you mean by that?**

Post September 11th, the data world changed forever. There are two big projects I'm working on. One is this Glass bolt, this kinetic sculpture; I really think it's very, very beautiful and I worked with a brilliant designer who's now passed on, John Baddenberg and then this wonderful garden building with another brilliant designer, [Shigerathon], who's not passed on, just become an American citizen, just moved over here. Post September 11th, it seems excessive and with the new climate in the world, it's taken all the joy out of it. Where it was wonderful trying to create these beautiful things that you live in, these beautiful gardens that you live in, this beautiful boat that you live in that transported you to beautiful and interesting places and it transported you both physically moving you and transported you emotionally from the stress of business competition to the serenity of nature.

The joy is gone. It doesn't seem to work anymore. It's very, very hard now to get away from the world.

**When I last saw you though and you were having the cherry blossom party, (Tamboshi), you said sometimes you just sort of went over there and sat and thought and read a book on your own.**

Yes, I still do.

**And you still do that.**

Nevertheless, it doesn't... It now seems like a bittersweet contrast to the world as opposed to a refuge.

**Is that partly because everybody knows that these are massively costly projects?**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529283

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

Yea, and I think that it is excessive I suppose and everyone's so angry right now. The whole world is mad and all they know is that huge sums of money have been lost and people feel that they've been cheated and something terribly unfair has happened and any kind of unequal... You know, there are now more and more articles about the great wealth that was amassed in the 1990s. There's nothing more than...which I think is wrong. I think the Economist did a wonderful article saying that it's not only the wealthy that got wealthier but the poor got wealthier as well and in exactly the same proportion.

In fact, everyone was lifted by the tide but that's not how people feel and it's this feeling that no one was advantaged except a handful of people and they were in fact robber barons. This makes it a little bit more difficult.

**Has anybody said that to you or written about you specifically kind of making that kind of...**

No.

**It's not as if Oracle was a kind of dot com comet which...**

No, our accounting, again, the Economist wrote an article about it, how clean our earnings were compared to almost anybody else, how pristine our accounting was. The fact that we're still enormously profitable gets in there but there's this bitterness and this looking for scapegoats and I think I personally was largely innocent and the company was innocent of wrong-doing 99% but that wasn't good enough. A couple of people did something wrong and could bring a whole company like Andersen down, it makes you feel, you know, terribly vulnerable and it's very difficult to find ways to protect yourself. You don't really know where to build the walls or what to do.

**Both these projects began a long time ago.**

In the roaring '90s.

**Well one, Woodside, I guess began in '93 or something like that.**

Right, pre the dot com explosion and all that.

**When you decided to go ahead with, that was probably the height of it all.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529284

Right.

**Of course, when Oracle stocks started to slide last year and around that sort of time you also cashed in those options invested, you were kind of hit...**

Well actually the options were invested long, long ago.  I got those options 10 years ago.  They were expiring.  They were months from expiring.

**So it was actually the last moment that you could sell them.**

Right.

**I think that's probably the reason why it didn't attract too much on [ ].  There was a bit, inevitably, but I think that everybody knows that the timing to sell Oracle stock but...**

But accuracy...

**Sure, but there were quite a lot of shareholder actions to do with that.  Are any of those ongoing still?**

Yes, I think the judges ruled against them, dismissed them a couple of times and they filed amendment complaints and they've been dismissed and [ ] complaints have come in.  We've won one set of complaints and we're [ ] the last set.

**And on what basis have they been thrown out?**

Not meeting the [ ], having wilfully and knowingly traded with insider information or...  This notion that we knew that something was going wrong.  In fact we went down with the market.  We didn't go down faster than the market.  In fact our profitability...

**You held out a lot of the market in fact and then when you came down it was actually out of sync so it looked a slightly different trajectory.  But you said that it was sort of where...  September 11th more than those... more than that time of year after the tech crash that made you feel differently about these projects.**

I think it's a combination of September 11th and it's not really the stock market decline.  September 11th, the stock market decline has caused this witch-hunt.  According to Jack Welsh, is no-one safe?  So, again, people are just looking for someone to blame and it's a classic human nature.  This has happened for thousands of years.  There's nothing new

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529285

here. It's a new set of political rules before you're allowed to... you know, who the scapegoats are allowed to be.

**But you've always caused a certain amount of controversy. At least you have in the last 6, 7 years as a result of spending money in a flamboyant way and it didn't worry you.**

I'm not saying that this is worrying me. As I said, the joy has gone out of it. It's not a matter...

**You hate this sort of political correctness of why do I have to explain how I spend my money in a particular way. That was something that actually made you resentful.**

Yes. Other people were certain as to exactly how they would spend my money and they were willing to spend large sums doing things, good things, proving they're much more generous than I am, showing their high moral territory. But that's been the case for very, very long time. All those articles have all been written but this is quite different. This is much more disturbing. Again, the world has changed since September 11th, the terrorist threat, and also the climate.

A long time ago I stopped reading articles about me and I think that's very smart; I don't read those. I've really stopped reading the newspaper. I mean, every single article is about... is some horrible, negative thing. I think the headline about Merck that Merck inflated their revenues by accounting for things differently than some of their competitors. I mean, it's just unbelievable how people are twisting things and looking in. I think Merck at one time was the most respected company in the United States, General Electric, most respected company, IBM were the most respected company in the United States. I guess the assumption is... And I guess it also covers my sensitivities when people say anything negative at all about Wellington. He was a great hero and there's a book written from an English point of view and...

**Although Wellington was kind of attacked the whole time. He had his [ ] in England [ ].**

I know, so nothing new.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529286

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**But what I'm trying to get at in a way is that you seem to have had quite a kind of practiced, intense skill [ ] for that kind of [ ] or criticism.**

Well the volume is much higher now.

**But how much of it is you... I mean what's changed in you? [ ] was saying to us when we were having tea on Saturday, that she'd actually been quite worried about you over the last few months because she felt that you'd been extremely low and it seems to me that some of this must be as a result of things which have been turning through your mind, not just a reaction to these externalities.**

I think the State of California thing was just extraordinary but it's a political fight between the Simon camp and the Davis camp. You have several things going on...

**Can we come onto that in just a minute?**

Sure.

**Let's just come back to the two specific projects. You're still intending to move into [Samboshi] in March/April but you're now not excited about that in the same way.**

Yes, not just that. Nothing... There's been a lot of [hate towards that].

**But I think anyway you're not somebody who looks forward to that kind of thing very greatly.**

That's true.

**I mean, you kind of enjoy it when it happens but...**

Right, I'm in the moment.

**The boat's going to be delayed now.**

Right.

**And you were telling me about that, about the reasons for that yesterday, that the technical problems with the glass but that turns out to be quite fortuitous in a way from what you were saying about your move and how the world might react to this kind of thing being launched...**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529287

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

*Laughing*

Yes!

**Oh, what's this coming down here?  I'll just have to hide it!  Is this a recession boat?**

I'm hoping it will be delayed and maybe some of this will be behind us and we'll have... you know, something returning, you know, there's be a little less uncertainty in the world, but who knows?

**Are there any feelings you have as a consequence of the kind of pain that Oracle stockholders or kind of Oracle employees with options feeding as well...**

Oh yes, I mean, some of the employees have gone from being very rich and plenty to buy new houses or finding that they're now not nearly as rich as they thought they were.  They can't retire. All sorts of things they suddenly can't do and they're not very happy.  Some people are just happy to have jobs depending on the levels. There are people at Oracle who are fairly senior and their jobs are very, very secure and they're not as rich as they used to be and less mobile.  I mean, they can't just pick up and say, huh, go to hell, and move across the street for a 50% salary increase and options on $1bn worth of stock.

**People are also not going to say, well done Larry, fabulous boat!**

I don't think so and there have been articles about me going out sailing in the America's Cup and that's something that's very, very near term and I'm sure I'm going to see tons and tons of negative press on that.  So everything about me being not a good enough sailor to...  I shouldn't be driving it in the first place and that's why I'm leaving.  Yea, I'm a totally incompetent CEO but I should be on the job to drive my incompetence, you know, to Oracle as opposed to incompetently driving the boat!  I can't win!

**Those articles haven't begun yet though, have they?**

No, occasional hints, a little glimpse.  It's a little difficult to say but I'm really not very good at this but I need to [settle my time limit].

**Does the America's Cup thing come into the same sort of category, sort of grand project almost?**

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529288

Matthew Symonds

**Interview with Larry Ellison : Oracle**

Yea, almost worse because it consumes not only money but time and I don't know how much it seems like a patriotic attempt to repatriate the cup that's named after our country but probably not much. It'll probably be just seen as flaming vanity.

**If you win it, it will be.**

Who knows? Oracle Medical Foundation has spun... You can spend anything. It depends who's writing. I know there's an article in the New Yorker that should be very good. Vanity Fair's doing a three piece thing which will be [Barnsborough] who's a smart alec but actually likes [ ]. I think [ ].

**And they're going to be specifically on the cup campaign?**

On the cup campaign, yes but I think there will be sniping by the local press, which I make a point of not reading, the Chronicle and the Mercury will be the usual awful sniping [ ].

**What about within Oracle? Ideally, when you go off and do this thing, Oracle would have been coming out of it's tough period. You know, everything would look as though it was a bit more...**

Well that's still possible. It's still possible but I don't know. It all depends on how we set Q2 [ ]. We actually did very well in Q4. I mean, I know a lot of people who wrote these articles for Oracle said Oracle did not have a good quarter. What are you talking about? How dare you say Oracle didn't have a good quarter! We beat earnings by [2 cents] and they did not [ ] and we beat revenue [ ] by 3 [ ]. They did not. So, I think we can do very well in Q1, very well meaning flat earnings and flat revenue.

**What about winning Oracle? How much will you going off to do this thing cause mutters because Jeff was telling us about it this time last year.**

Yea well I think there were various... I'm sure people won't be thrilled. I'll have to be very careful as to how long I'm gone. I'll probably let Peter drive some of the time and I can disappear back here! But I'll be there for a few weeks. What's silly is that I'm gone for 4 or 5 weeks normally per year. This is the same 4 or 5 weeks. So there's really no change but it doesn't make any difference. It's optics, it's not reality and that's the part that's really strange and this is the first time I feel I have actually to pay attention to the office.

**But I hope you're not going to feel guilty about your responsibilities.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529289

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

Oh no, not guilty at all, extremely annoyed, a little depressed but not guilty, certainly not that.

**And...**

Not exactly even depressed. Extremely annoyed and a little vulnerable, I think that's the right word; that's much worse than depressed actually.

**Because that's where these big things, projects, come in, that they actually kind of heighten that sense of vulnerability.**

Right.

**Okay, let's move to talk about California and all that. That broke I think just a few days after I last saw you, just after the cherry blossom party. I think it was around April 18th, something like that. Did that just sort of burst upon you or did you have any kind of inklings?**

No inklings at all. There was an auditor's report saying that...

**It was a publication of the auditors.**

No, it wasn't a publication of the auditor's report. It was the political reaction to the auditor's report that happened. Davis fired... Well you know about the auditor's report, which was wildly inaccurate. There are two auditors' reports but the first auditor's report, the old and the new auditor... The old audit report was so bad but no-one seems to care, and then it's been refuted and, I think, pretty clearly refuted but the old audit report is just a better story. It's just a better story and hopefully I'll never forget this journalist I talked to who's in New York [ .] publication is The New York Post, a classic New York tabloid, and she said, I know you're right, I know you're right but it's just too good a story! There was something [multiple] about that. At least she said it I love the fact that she said it.

**So to just kind of try to reconstruct what happened...**

The auditor's report came out and I said, if you want to undo the deal, we'll undo the deal and they said no, no, we love this deal. We think it's a really good deal, plus we'd look like fools... We didn't say that. We don't want to undo this deal. We'll stick by it. We think it's a good deal and...

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529290

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

**Who was saying this?**

One of Davis' guys. I think he was subsequently fired. Then there was... they drove in, and this is very dramatic. They sent the state police; there were rumours of shredding going on and the Office of Technology and the shredding thing. One of the [ ] words. There are certain words you can't use, racial slurs, add to that now that we're shredding! So the state police went into this very dramatic cease files, people were fired and all this stuff and it became front page news. And then we were accused of selling the state more software than they needed, using high pressure tactics.

**But that was in the auditor's report though.**

Yea but now there was a kind of... Was there a cover-up or what's going on? Davis is firing people. Davis is saying, I won't stand for... You know, it became political.

**When did you know at Oracle that you were in a crisis?**

When the state police cars seased documents at the California Office of Information Technology and Davis fired three people.

**So where were you when you heard about that?**

I was in the house.

**And who told you?**

I think Ken [Gleick].

**And what was your response? I mean, did you sort of have a crisis meeting?**

Safra and I were on the phone with [Gleick] and...

**He's your VP for government?**

Right, he's really our best, very experienced political operative, big guy. He was involved in [Trashgate] so we said this is really very out of the ordinary. It's a huge political battle between... There are a lot of people who don't like Governor Davis. There are people in his party who don't like him. The government in Sacramento has been referred to as a coin-operated government! They raised an amazing amount of money for Israel action; that's

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529291

what he's best at and this had become an issue with Simon and there was... we made a campaign contribution to Davis. At the same time we received this contract...

**It was a pretty routine campaign contribution wasn't it?**

It was, $25,000 we pledged at an EDS dinner along with 23 other companies. There are hundreds and hundreds of sole-source contracts that are larger than our sole-source contract plus our sole-source contract made a lot of sense. If you use a lot of Oracle, you know, the only people you can buy Oracle from is Oracle. If you know you want Oracle, bidding it across multiple companies is absurd. The thing that's hilarious... I shouldn't say hilarious. The thing that's disturbing is there's no question that the state saved a fortune on this contract. The state auditor for 11 years, highly respected, wrote a detailed report, outlined the bit, which said more than $100, less than $200m.

**He did that for you though, didn't he?**

Yes.

**You were paying him for that?**

We paid him to do the study but he was the auditor at the time. He was familiar with it. He just explained why the new auditor, I think the name's [Hal Hoffer] was wrong and she made conspicuous mistakes. A few conspicuous mistakes is one but the state was owing... There was already revenue stream going from California to Oracle in terms of annual license renewals and she didn't include the annual license renewals and that's the bulk of the savings. She was assuming certain, like the Department of Justice in California wouldn't take advantage of that. Those were her explanations. She was assuming that no-one would take advantage of this contract, which is just ludicrous. Even she said, well, in the end, she said, well perhaps if everyone did opt in, there would have been a $10m saving but the savings wouldn't have been as great, she puts that.

**What was she comparing it with if the state had bought individual licenses?**

She ignored all the subscription fees and then she was extrapolating from one year in 1999, assuming that the state would continue to buy at the 1999 rate. Unfortunately, those were her other big mistakes, that 1999 was the year that most offer of sales were frozen because [ ] were frozen because of Y2K so she took one year for extrapolation, left out most of the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529292

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

money, I mean, the report was horrible but the thing that was interesting was that hurt the story of Oracle forcing the state to buy more software than it needed, which is a wild notion on how a company forces the state to buy more than they needed. That wasn't good for the story so we want to keep this up to $41m that was quoted over and over again, ignoring the facts. Occasionally, there'd be an article, you know, one out of every 50 articles would include the fact there's another report or there's another view on this, but nothing that would really... You don't want to put in anything that would hurt the story.

**Now when you realised that you had to deal with the publicity on this, what did you do and do you think it was handled as well as possible under difficult circumstances?**

Well my view is kind of different from other people's. My view was, let's rescind the contract. I think we were asking for the state saying, to say that they'd wave all criminal charges and issue a statement saying Oracle did nothing wrong and I think that the people at Oracle who were asking for it were very naïve because the state cannot... It's political. They can't admit they're making any mistakes. Even the journalists can't admit they made a mistake. Oh this was wrong, Oracle did nothing wrong. They weren't going to write that. It's absurd. The very best you could hope for is the contract gets rescinded. That's the safe victory and then the journalists say, oh yea, that Oracle admits to selling the state more software than they needed - contract rescinded.

The state, quote... I remember Dean [Flory] said the state now gets its money back and Davis made statements like, well if anything was done wrong we'll prosecute. [ ] even though nothing wrong was done; it doesn't make any difference. It's all a perception and hopefully, right now, because we're still in the midst of this, the rescission of the contract will give the politicians their victory and they can move onto something more interesting like the Ross Perrault, you know the claim the Perrault system's actually built a computer system used for energy trading and to build a computer used for energy trading, you can then trade energy! Did you see the quotes on Perrault? You know, Perrault rapes California tax payers.

**Really? And the state ... [Flory] said the state's getting its money back?**

The state hadn't paid a dime on the contract. They hadn't paid a dime.

**So you decided on that kind of approach yourself but there were other people who thought you should do it differently.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529293

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

Oh yea, other people wanted to be much tougher. Jeff Henley wrote a letter...

**I saw that, which had a slight... The problem with the letter was it raised the whole temperature again.**

Yea, so I just believe you see.

**Absolutely right.**

You give them their little political victory. All you really can do has nothing to do with hanging the right person. They'll never admit they're wrong. Once they've aimed at you, they've got to get their victory and then, hopefully, move onto somebody else.

**So there was nothing wrong with the deal at all?**

From the point of the state? Oh from the point of the state it was a spectacular deal. The state saved at least $100m. It was a terrible deal for Oracle.

**It looks a bit like a kind of old [sole] Oracle deal.**

It was an old [sole] Oracle deal. It was a terrible deal for Oracle. It was a great deal for Logicon [ ], a fabulous deal for them, a spectacular deal for the state.

**Why was it so good for Logicon?**

They got $26m commission basically for running a help desk. They were really our sales representatives on this.

**Why did Oracle become the lead contract, having been...?**

We were asked to by the state and by Logicon at the last minute. We did become prime.

**Because you were the primary supplier?**

Right.

**And states are more comfortable with that?**

And the state kind of insisted, to be honest, that Logicon get it's $26m.

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529294

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

**And would it have made any difference if that hadn't happened, if Logicon had remained...**

Yea, I think it would have helped just in terms of the perception that Oracle used high pressure tactics. It came out in the hearing.  Logicon did the deal.  It came out in the hearings that it was a fabulous deal for Logicon, that Oracle sales people were never [ ] once for a period of 10 minutes and it was kind of shocking for the people on the committee but it didn't change the story.  The press were kind of surprised that the whole deal lasted 10 minutes.

**That was the whole contact?**

The whole Oracle sales contact.  Our sales force, you know the commission to our sales people earned, they earned in a period of 10 minutes in one meeting with the state.  That was the period of time. It was during that 10 minutes that these sales people used aggressive tactics and the deal had already been framed, everything had been structured, then we "forced the state to buy more software than they wanted".

**Off the record, you were saying the other evening though that there were kind of aspects of the deal...**

Oh, it was a very good deal for Jay because Jay took the revenue, which we reversed down. If we're selling future revenue, [at the present rate], you can't recognise that revenue.

**Right, okay.**

And had we understood what was going on, we would never have approved the deal.

**Now what about this lobbyist Mecca who is described, I guess, rather loosely as an Oracle lobbyist?**

It's someone... We have two kinds of lobbyists. We have one set of lobbyists that work for Ken [Gleick] and his team and the government sales force also goes out and hires lobbyists, you know, and we've got control of that now.  They actually were hiring "consultants" for our lobbyists. They used to have the authority to do that and they don't have the authority to do that anymore. This lobbyist evidently was a consultant to us. He didn't work for us on our payroll.  I believe he took a fifth because, I suspect, he didn't do all of his reporting.  If you

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529295

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

take someone to lunch, any amount greater than such and such you have to report; it's not clear. He did a lot of reporting.

It's also not clear... I don't know what... It's all really interesting. I don't know how the deal got done, other than the deal was a very good deal for the state and they were literally mad not to take the deal. You'd have to be mad. We would never approve this deal.

**There was a certain amount of publicity given to another deal that was being put under the microscope in Toronto; any similarities there?**

No, I don't think so. All we know is that Toronto... Someone in Toronto said that we bought too much software too. I'm sure a lot of people have bought too much software...

**But they said that they were already carrying out their own kind of investigation into it before the California deal.**

I really know very little about Toronto, other than Toronto is oft quoted, along with California.

**Yes exactly, although there was also, in one of the articles, a guy from Montana who said that he had a deal like that and wasn't very happy with it.**

Well yes, the volume to him... He bought the large box of Cheerios and he figures...

**Absolutely and it's a way of saving money.**

Yes, I mean, volume discounts are not a... The question is how could we pressure the state of California to buy more software than they needed? The whole idea is strange. What can we offer them other than a lower price? Unless you subscribe to the notion that you really can bribe the governor and the governor can actually force all this stuff down.

**Have you had any experiences deriving from this in terms of people being socially hostile towards you or anything like that?**

Well, I'm not very social so I wouldn't know about it. I mean Steve [Johns] laughed, you know, we were kind of... He thought it was funny. Great PR!

**And how does a nitwit like Diane [Fonstein] react to you doing something like this do you think?**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529296

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

I had a talk with Diane about this. My conversations with Diane are usually about the information technology as far as it affects the different agencies charged with keeping the United States secure.

**But apart from the hostile press, what about within Oracle? Has it had a significant impact on morale?**

I think a lot of people at Oracle are really angry about it.

**Angry about the way in which you've been treated?**

Yes.

**Yes, so you could use that almost.**

Yea and there were a lot of letters to the governor about his mistreating us from Oracle employees.

**But apart from Jeff's letter, you haven't kind of used Jeff in [ ] so he does come over as being very straight and decent, all the things you're not!**

Yes, other than writing a long letter again, I think that the best thing to do is to try to get this behind us. There is no win here. There's just damage control.

**What about fall-out in terms of any other public sector contracts because obviously, in the sort of difficult private [ ] environment that you've got, it's very important that you do well in the public sector; is there a danger that it makes Oracle look dangerous to know at the moment?**

Well several large deals in the last quarter did get slowed down but, in fact, if you need the software, because I never ever believe that maybe a few deals get lost but very little gets lost. I think they've gone back and made sure the process was absolutely correct and it wasn't done near the end of our quarter; it wasn't done at a date convenient for us.

**What about the single sourcing thing?**

The single sourcing thing... Again, we're on what's called a GFA Central, which allows people to buy more software from us without putting out for competitive bids. The single sourcing thing is just a complete red herring. They were planted. If you look at Logicon...

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529297

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**[ ] Oracle database for their users.**

Well, they're going to do the same thing with IBM and Microsoft. There are actually three companies that were targeted by Logicon for these kind of volume purchases. They buy a lot of stuff from IBM. They buy a lot of stuff from Microsoft and they buy a lot of stuff from us and there were just three contracts with the three companies where they buy a lot of technology. We were just fortunate enough to be first.

**And you won't want to do deals of this kind again anyway because they weren't profitable for Oracle.**

No, they're not profitable. Anything where we're actually mortgaging our future, selling our future revenue stream for near-term licenses is absolutely verboten.

**We've had many conversations about why you want to get away from that.**

It's a horrible deal. It was kind of the last, the last clever start.

**But quite a lot of the analysts, obviously looking for kind of negative things to say, thought that this was going to put quite a shadow over your public set of business.**

I don't think so actually, unless it gets worse, unless it goes from bad to worse. The popular press wrote a very negative article about me, Oracle. It was in the LA Times, which included the California stuff, just a lot of silliness. But I just don't think people who buy it... We don't sell to consumers so that's less damaging to us than... It's more damaging to morale than it is to sales, though it really doesn't help sales.

**You obviously hope that you're over the worst on this now. Is there anything more in the process that could keep you in the headlines?**

We've just got to get the rescission done as quickly as possible. In fact, I called Safra yesterday and told her, just get the rescission done as quickly as you can and stop negotiating hard with the state to get concessions on the rescission, like statement about how wonderful we are; it's just absurd. So, get the rescission done as quickly as possible and then keep your fingers crossed.

**[ ] in something like Oracle, you know, can [ ] cooperation [ ] in this matter.**

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 1529298

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

Anything they say will be deemed weakness. No, they can't. They've got to say: we got your money back. We care about the people and we got your money back. No-one's going to take money from them again.

**But they're still going to need the Oracle licenses aren't they?**

Oh of course. They owe us a lot of money but we don't want to make any statements about how stupid they are. The fact that they're going to have to spend more money now, as a result of this and that those savings are lost; the savings are lost, but that's not the point. This is about the November election and your staff get caught up on: but this isn't fair; this isn't right. Of course it's not fair./Of course it's not right but it's the way it's always worked. People surrounding your city and taking all your stuff and killing the adults and stealing the children wasn't very fair either.//

**So, we talked about two things, which contributed a bit to your mood of gloom. What about the aspects of the business health; you've been under quite a lot of pressure.**

No, actually, the business, I think, is going damned well, considering all the negative PR. We've just had some [ ] on sales and the product cycle, we're really on a virtuous product cycle. We've got really a fabulous new database, you know, a 9i release...

**And when you get to that point, eighteen months after the release of the new database and traditionally that sort of moved into the kind of earning sweet spot?**

Yes and people are really trying clustering.

**You've a few hundred...**

RACK. This is another observation, which is very funny. I read about your [ ] report on Oracle and saw nothing about RACK. Then I read an analyst report from IBM DV2 saying that IBM is really vulnerable to RACK so I think it's really interesting. We would never want to say anything nice about Oracle but if we can use RACK as a negative on IBM DV2...! But that's the only place I could find it! Eureka, of course, I've been looking in the wrong place! They said you've got to look in the DV2 text! Negative on DV2 and negative on Microsoft People Server. If there are only negatives, where do you find positives there? It's like breaking the code. So that was really interesting and again, I think, it won't be long. In 12

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529299

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

months, whatever, when people will understand what this really is, healthy. We've actually figured out how to make small machines fit into big machines.

**Tell me a bit about what's been going on between buyers going for the standard edition rather than the enterprise edition. Is that a temporary thing that you can upgrade them or is it permanently so in order to compete against the People Server you just have to accept that a high proportion of your sales are going to go to the main product?**

It's up there as a relief valve so now, at times of economic pressure, the relief valve's working. I would say that's good news and I think it's a sign that we're not losing market share. This was the article in the LA Time basically. When Oracle sales went down for the first time in 25 years and Larry Ellison explained that (like I had to explain that), the guy at the LA Time must not read the LA Times because we are in a recession. We said no, we explained the methodology, the market share methodologies which measure new license sale dollars and I did talk about... I don't know if you listened to the conference call but I did talk about the Gardner report saying that we're losing market share to DV2 and... [ ] methodology.

**And they said there's no auditing of the [ ] database [ ].**

They don't include our subscription fees, our renewal fees. They only include new license sales but they include all of IBM's [rebels] so... But I went into all of that and the fact now that we're selling cheaper versions, which means that we're losing market share so, when someone buys the cheap version of Oracle rather than the expensive version of Oracle, we loose market share; I don't think so.

There really are two kinds of market share surveys. There's a market share survey that surveys users, the market, or there are market share surveys that survey the three vendors and call it the three vendors. It's a much easier survey to do but, in fact, not only does Gardner use the vendor survey approach, so does IBC; they get very good results but there are almost no market surveys. Goldman Sachs, when they actually called users, had a very interesting result. 59% of users said that for new enterprise applications they were using Oracle. 13% said DV2. So I'm not sure, if we've got 60% of new users and IBM get 13% of new users, how we can (a) be behind them in market share and (b) losing share at the same time.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529300

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

Now, we could be losing share if they're going from 10 to 13% and we're going from 70 to 60% but, you know, that's losing share? But you can't... at one stage they're ahead of us and getting share but now it doesn't work.

**I suppose it's a sudden kind of upsurge in the use of mainframe seats or something like that.**

I guess. Oh and on mainframe, their market share, actual market surveys, they had total, including main frame, they had 19% versus our... What's our number? Again, it was around 60%. On DV2, on Unix and Windows they had 3%, 3% versus our 60% modern systems. That's a pretty stunning set of numbers and these are actual market [ ]. The same thing is true of our application server.

**Have you put that up on your web site?**

I think so. I think we've got them all. I think Goldman Sachs might have insisted that we take it down.

**Okay. Was it something that Richard did?**

I'm not sure who did it. It was presented ... but they surveyed 400 CIOs, at, I think, the Gardner Conference, [unless] we got the 59% of 3%, which is pretty wild and... but the numbers are staggering in terms of how big our share is. And in fact Goldman said it was a stark contrast and causing great surprise; these were the numbers. But the numbers talking to users is wildly different than the numbers when talking to vendors, which is absurd.

**Do you think that you can put a cap on this losing market share kind of angle that comes up in almost every piece you read?**

I've got two comments to that. One is... Well actually, I don't think it matters other than... It hurts our stock price but I don't think it hurts... changes any buyers. If only 3%... if those numbers are correct, the other numbers are correct, those numbers are, that they really don't do very well, I don't think buyers will... Maybe people are buying DV2 but I'm not! So I don't think it's really hurting us with buyers.

**But I gather you care about that.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529301

Matthew Symonds

**Interview with Larry Ellison : Oracle**

Absolutely, but again, that should eventually show up in our numbers. Hopefully, that's a short-term deal. So what PE too will we be trading on? That's a whole new different question.

**If one analysis of Oracle is that you have a database systems that will come back, it's a slow-growth business, and Oracle's lost a lot of ground with applications.**

That's the other thing. I'm not sure we have lost a lot of ground in applications.

**The application figures actually for the last quarter look remarkably good. So where did that come from?**

Exactly! There's the E-business Suite thing, which was a bitch to write, talk to the Microsoft... This is one of the things where I can actually be forgiving for the money. Microsoft had a hell of a hard time running on LS. You know, we had a hard time when we went version 7 of that database, which was really version 6/version 7. 6 was the non-working version of 7. This is hard stuff, you know, a lot of smart people... Get some of the smartest people in the world altogether, you know, very clever and very experienced and they were having a hard time doing it, getting to the E-Business Suite, right, it's taken a hell of a long time, longer even than I thought, which is a sign that I'm not capable of learning because I've' been through this thing. There was no reason I should have believed we could do that in the timeframe but I thought we could other than denial.

**It's sometimes referred to experiences customers have implementing software; it's a bit like going through pregnancy and birth. They forget about pay off afterwards but it shows that you're liable to exactly the same...**

Exactly. Yes, it's something deep inside human nature. I'm sure it is by the way, suffering, suffering, suffering, joy. I need to suffer. That's what Freud said joy was, right, absence of suffering, something like that.

**Maybe when you think about the kind of years between [ ] coming out...**

Our company's impeccable. We only launch major new products, major rewrites during recessions. I don't know if we can be held accountable for causing a recession but...

**[ ] sell a newspaper, six weeks after the beginning of the big event [ ]. Okay, let's come back though to the kind of E-Business Suite evolution issues. When we were**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529302

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**talking in some detail about the E-Business Suite back in January at the...  after that
sort of conference in Amsterdam and there was a very strong feeling that it really was
stable now and you were not putting enough emphasis on the marketing... on this
content of daily business play...**

Now called the Daily Business Intelligence.

**Right, and I wasn't getting the impression from anybody at that stage that there was a
sort of realisation that there were filthy problems on the TRM side in terms of features
and in terms of actually kind of how integrated the rest of the suite was as well.  Ron
seemed to be happy to the extent that Mark was unhappy.**

*Laughing*

**He was unhappy because he thought that Ron had been behaving badly; so what
happened?  What opened your eyes about deficiencies in the TRM side because, for
some time, you and Mark and Ron as well had actually be saying, we think feature...
We actually match people now.  Okay, there are certainly some things in sales
automation that we don't have but how many of you guys really need that?  But in
terms of the things that you actually want to run your business, not only do we have
these things but they are of a quality that matches and we have other stuff like
contracting, that sort of thing, which they don't have.**

Actually, I think that's kind of true.  I think that really is true.  We have much better
integration, all of those other things. What really was my doing, I suppose, the final straw
is...  Eventually, it's the results. The TRM sales were doing poorly compared to the ERP
sales and it's still true.

**And that wasn't just because TRM is still basically a relatively immature market
compared with ERP so, in a sort of bad IT market?**

No.

**But you just weren't making the progress against Siebel?**

No, we thought we should have surpassed them actually.  The integration gives so many
advantages, so many people working on the project and, Mark, we were losing senior
managers, a lot of very good senior people.

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529303

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**Where were they going to?**

I lost... I decided that Mark...

**Do you do [ ] interviews at all?**

I do but actually, the people that remain are much more... The team that Mark had in place I had no confidence in So Mark himself is incredibly glib, very intelligent, very hard working, very disciplined, very rational and cogent if you like. The layer beneath him was extremely weak and that was it.

**He had to recruit very fast.**

And the good people were leaving and the bad people... He'd never built... He was losing · his best people.

**So when you looked at the applications' business and you saw, I don't know, how many people on the ERP side, about 1,800, 1,900 people?**

More, 2,000. 3,200 on ERP and probably 1,800. 3,500 and 1,500, something like that.

**Okay, but I gather the ERP team had grown over a decade.**

More.

**The TRM effort only began in late '98 really.**

*DBL loved his / time all*

Absolutely but his next layer down was very weak and the best of the people were leaving and I was deeply involved in trying to get the daily business closed [ ] Business Intelligence built. I was going into detailed reviews of all of the different products and it was really... I had no confidence in that team.

**And where did that feeling of lack of confidence begin to worm away?**

It was two weeks before I made the move.

**So what they were talking about in Amsterdam, you still felt you were pretty happy with that?**

Yes, I made the move, I think it would have been...

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529304

**March, was it something like that?**

March, yes and I was getting very deeply involved in the designs. We had a couple of designers. Mark was repeatedly saying, well, underline that's so good. We've done such a good job and there's one of Mark's managers talking about what a brilliant job they'd done on schema line so I actually got a good schema review and they were missing some major objects. They had huge schema errors. They would probably say, we haven't made … We may have other problems here and there of our schema but the underlying foundation of this is really brilliantly done and it's actually what we're good at, at Oracle, doing database schemas, but they had made serious mistakes in the database schema. So the combination of… I was getting misinformation saying that… because the schema really was down when I found, you know, missing objects.

**But how come the schema for the CRM side of the suite was different from the schema from the ERP side?**

It's the part of the schema that ERP does not share, for example the territory schema for sales people so if it's allocating leads to territories and then people to territories. The way that was a non… I actually got down to that level of review.

**And you were getting down to that level because you wanted to find out what the reasons were, (a) for these people leaving and (b) because you weren't making the headway…**

I was asking for certain features. The Daily Business Intelligence, I couldn't get the reports out; I couldn't get it done and the interesting thing about the whole Daily Business Intelligence is it's forced us to make sure… If you don't, it will expose errors, schema errors very, very quickly and SAP schema, which I actually know fairly well, is so chaotic They have a reason for this. Their schema is designed to run on many different databases.

Now, we have this unique advantage over Siebel, PeopleSoft, SAP in that we designed for one and only one database and we used all the features. It's an incredibly rich, powerful database. That's huge Advantage 1. The other is it's a unified schema, a huge advantage of the two. They were supposed to be really good at this and designing schema, huge Advantage No. 3 so I couldn't understand why certain features couldn't go in and certain reports couldn't be produced in CRM and it really was a missing territory object. The

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529305

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

schema objects just weren't there and I found that disturbing and, contrary to what I'd been told about the quality of the schema and that, you know the schema has great integrity...

**And was Mark missing that or was he mistakenly defending his people?**

I've had this conversation with Ron and Mark, both, about Mark.  One of the problems was that he was someone that's very good at selling and being an optimist is that you're an optimist and so very proudly say things.  It's a function of your personality and you take a very positive view of what's there.

*M/S's permeter*

**Yes, I'm like that as well.**

Yea, but I would drill him down and confront him with the cold, hard facts and Mark, I think, just didn't know as opposed to being intentionally deceptive.  I don't think he really was that.

**Was that because he didn't have...  I mean he was always attacking Ron for having inadequate quality testing...**

Which was absurd.  Ron's quality testing was so much better than his; it's ludicrous!  It's totally absurd but there were differences in methodologies.  He would explain why his methodology, theoretically was better than Ron's and he could make a good point, I mean, theoretically, that's probably right but in fact what was actually going on in both places, it really wasn't so much the theoretical methodology but what was actually happening, the actual underlying operational execution that was so much better, be it even a slightly inferior process, that was being carried out very well versus a theoretically perfect process, which wasn't dealing with anything at all!  So there was... there were numerous, numerous problems and Mark was...  Everyone thought that the best thing about Mark is he's a very good salesman and kind of charismatic leader but he was a bit detached from the detail of what was actually happening in his organisation and I'll just leave it there.

**That was my kind of initial character assessment of Mark, kind of impressive but slightly too glib really.**

Yes, exactly and I think when you're glib you can rely on that.  I'm glib.  And you have to be very careful.

**And it gets you out of holes.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529306

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

Right, you're clever enough that you've done something wrong or, if you don't know something, you can conceal that by coming up with these arguments that are plausible and good as opposed to actually going back and figuring out what you don't know.

**So then you decided that you were going to unify... I think both of them had wanted to do what each one wanted, to be under him rather than the other guy.**

Right.

**And I'm surprised in a way, I think, that Mark has stayed on because after all, he's wealthy enough not to need to work at Oracle if he doesn't want to and I think it shows something quite positive about him that he has stayed on.**

Yes, I think he's an interesting guy. I think he would like to go out, if he leaves, go out on a winning note rather than a kind of request. *defeat*

**And throughout this period, from early spring until now, have you been working longer hours than normal?**

Yes, I know I have a problem with Sarah and so I get involved in excruciating literature and I've been involved in a lot of detail anyway, but this summer's particularly excruciating.

**So from that point of view, was it like '98 again in terms of getting to the details on applications?**

Yes, whatever I have to make. Whenever things aren't going right and I have to make a decision. I can have a hard time making a decision with no data. I was getting... So, I had this very deep concern created by the fact that Mark's middle management team wasn't very good, which was amplified at these meetings when I was asking these guys detailed questions and too often I knew more about their product than they did. This was not good.

**How did you sort of deal with what must have been a certain amount of [ ] on the ERP side, the fact that they were kind of in a takeover?**

Well in the beginning, Ron said he was very concerned about it being a merger and [ ] my God, their managers aren't very good. I was going to make it a merger first. Now it's going to be a complete takeover. I'm replacing all of their managers with, you know...

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529307

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**People on the ERP side have gone in and taken it over.**

Totally. I mean, totally. John [Rookie] is running sales and marketing. John's fabulous. John originally did financials and ran financials and helped run healthcare.

**Is there any problem that CRM has grown up as being a very kind of different side of the software business than the applications business in bringing the ERP [ ] more rigorous but have they got customers in their genes?**

I don't think there's anything... In fact, CRM is a lot easier than ERP. Actually, having to know exactly what your inventory is and having to know exactly all the different rules for accounting in all the different countries and how you treat VAT and all the statutory changes in payroll, you can't pay people [ ] money. You can't expect [ ] where sales commissions are sales commissions and territories are territories. I mean, doing a sales forecast is a sales forecast. It's just a much, much simpler set of applications than the ERP applications and if you can share it, where you can share a schema, where [clothing] can link tightly to order management, you can make life an awful lot easier through integration and these people are huge [ ].

**Why does SAP find it so difficult because they're coming from the same place?**

Well, they've actually done worse in theory than we have. There you go!

**Obviously they've been doing better generally now over the last eighteen months but there's not much evidence that it's turning to CRM or anything.**

It's a different set of problems. We have this unified scheme. They went off in a lot of bad directions I think. They got kind of... walked down the Ray Lane road, also they were partners with Commerce [Law] and partners with, I guess, [Clerathon], all this nonsense. Then they started copying Siebel with last generation CRM rather than next generation CRM. I believe SAP still cannot do global single instance because they don't support UTF8 in the database so they cannot handle Japanese and stuff in the same database and, of course, it's much harder for them than it is for us because they support all these different databases. So I think there are a lot of explanations for their problems.

**When do you think you will have your own side of the E-Business Suite in the shape that you need it to be?**

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529308

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

Surprisingly quickly, I mean, I don't think the CRM products are bad, even now. A lot of my frustrations with CRM is they should have been huge positives. We should have been able to leapfrog Siebel very quickly  because Siebel can't do coding and we've got some very, very cool new stuff. We've got this proposal… One of the things our sales force automation system does, and to a large extent Siebel sales force automation system does, is not automated but automated sales management, automated territories, assignments, forecasting, compensation, those kinds of things. It really doesn't help the salesmen be better salesmen and a lot of things that we're putting in right now, I've been trying to put in… And they're not very good at the business intelligence side, regardless of what Tom says because you really don't know if this marketing campaign generates… how much revenue, to get the revenue picture. That's the problem with CRM without ERP.

The thing that's going in right now and we're putting in the showcase in July is this new proposal system that choreographs a series of steps. You tell me who your competitors are and you tell me the product you're selling and I'll tell you the exact by-step process with all the associated documentation and demonstrations that you go through. So, let's say you're trying to sell the application server to an existing database customer and you're competing with BEA and IBM works there, or you're just competing with BEA. We'll give you the perfect references and we really demand print or demand compose and then e-mail and print these very interesting documents, which we send to customers; it's actually very, very cool, this kind of mass customisation of the sales process and the collateral for the sales process, just key parameters. This has been my dream for Oracle for a long time, which is to engineer the sales process.

Given the situation, how exactly do you want to sell to this customer? And you must sell that way and that's how we want it done. No more creativity. Everyone said, aren't you trying to eliminate creativity? Exactly, what I'm trying to eliminate is creativity. You want creativity; write a book.

**Okay, so, two years on from where you thought you'd get it right you got it right.**

Well I think we're well on our way and I think I've a much better understanding of what the different pieces are. Ron says I should have done this before. Michael responds to Ron, had you done an absolute perfect job of 11i on the ERP side… I mean, I couldn't even consider it before. I couldn't even consider it, even having known all of this, about all of these problems, I'm not sure…

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529309

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

**Ron [ ]**

Order management was, again, a complete re-write. It went from an 11O on 10/7, the weakest part of our system, to 11i, the best part of our system, except for one thing, it wasn't perfect! It wasn't perfect but it's really a good piece of code and really the nucleus of all of ERP is order management. Quoting comes out of Oracle. An awful lot of CRM is built on top of it. The web store, all of this stuff is linked together.

**But was that the same thing again of making a very ambitious leap and not quite making it to the other side?**

*Laughing*

Holding on like this shhhh, shhhhhhh, I made it! Did anyone hear me? Like Evil Knievil, yea, other side but could have busted up! But still I think the right thing to do. Clearly, Oracle version 6/7 was the right thing to do.

**Well, we've been through the kind of... what was right and what was wrong about the way the launch of 11i was handled but that's almost entered into a sort of myth. But I mean, you've read what I've written on it and you're happy with that.**

Yea and again, I'll keep saying, I'm not sure we could have done anything differently. You know, if we'd held back for 6 months...

**[overtalking]**

In other words don't move, not letting people upgrade, just new customers only [ ].

**And not too many new customers at once.**

No I think they did it... with the new customers really you can [ ]. If you could go back and do an analysis on this, it was the upgrades that really troubled us, not the new customers.

**Even with the proper skilled management?**

Absolutely, absolutely. We could have managed through those problems. Again, it wouldn't have been easy. We could have managed through those problems with new customers. The pressure on a new customer is so different than an old customer. A new customer, if things take a little bit longer, not good but not cataclysmic and upgrades where they've got

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529310

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

so many wheels in motion, so many things I motion for the upgrades and the expectation of the new capability is a much more difficult situation when we disappoint them in terms of delivery time.

**How is the marketing message now been adjusted to the E-Business Suite?**

Back to basics. I don't know if you've seen it. There's a new one in the Wall Street Journal that's just a very simple, E-Business Suite, what is it? It's the complete E-Business Suite, the Oracle base in the middle and all the different products around the circle. It says: all your applications engineered to work together; all your information in one place. That's the whole message and sales, marketing, service, accounting, HR, manufacturing, supply chain, all of those pieces around one single source.

**But you were worried... I mean, Oracle was criticised for making [ ] if you had to buy all the pieces. Is there a danger every time you go back to that kind of whole picture?**

I think we deliver that. For one thing, there's this belief... You've got to be very careful not to fight the last war as there are an awful lot of big companies... There aren't that many big companies that have been made because there aren't that many big companies. The mid-market is where the action is going to be for the next few years. Even SAP is acknowledging that and they're not going to integrate lots and lots of separate products. They can't. They don't have the money; it's impossible. It's a non-starter. So, if it's a mid-market message, it's still the right message and, by the way, we are getting very large companies still. You can explain it to a handful of large customers and sell to them.

**So, what do you see happening in applications now in terms of... Do you see your base now swinging slowly into a kind of reasonable kind of upgrade path?**

Yes, more and more people are upgrading. We see this by a very strong backlog in our consultants. Our consulting business looks very good this year and the book to bill ratio is very positive so we're going to have more and more people upgrading. 11i definitely looks to be of first rate quality, absolutely first rate quality.

**Including on the CRM side.**

Including on the CRM side though there's still a distance between ERP and CRM.

**And when does that come out?**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529311

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

It's just come out.  RACK install and the upgrade are actually out on the street and getting very high marks with our customers so I think the quality issue...  The quality issues have always been on the ERP upgrades.  The quality issues on the CRM side, they're almost all new customers; it's really not...  The UI isn't as easy as we'd like it to be.  This is a feature we don't have.

**So you really do feel you're over the worst?**

Yes but until we have Daily Business Intelligence running...  I don't want to be just over the hump.  Version 7 got over the hump but then it was really after that that we said, oh, this is not just a working version of version 6; this is a lot better than anything else in the marketplace.  That's where we've got to get to and I think Daily Business Intelligence will be that differentiator, that we literally should not lose...

**Have you got any references on that yet?**

No, no, I mean, it's just trickling out.  11i7 is out.  Daily Business Intelligence is not out.

**I see...**

It's proven harder to build than people thought.

**Because in January you were saying like, you know, it's kind of there almost.  But it was a menu of forcing through that process that...**

It exposed enough schema changes, even on ERP.  I think the Daily Business Intelligence, the interesting thing, because we're doing it right...  I mean, we're actually...  We're not faking this.  We're putting it basically to the schema.  All this stuff, making all the appropriate schema changes and process changes on our process automation pieces; this is non-trivial. The only one they can hope to have is SAP and even they have problems.  Unless you keep all your data in one place and they have this notion of a global...  We're the only company to have a global phenomenon.  We're the only one's who can run your whole global business, once you run your whole business in English.  We're the only ones in the world that can do that and keep all the information, you know, sales information, marketing information, service, accounting, all your financial records, all your records, products etcetera in one place so it's the only place that can tell you what you sold yesterday and how much you spent yesterday.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529312

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**What's your view of how rivals are doing?  Has your competitive analysis altered at all over the last 6 months or so?**

No, the fact that we...  Again, an awful lot of stuff is of our making.  I know that in the early '90s people said the database business was mature.  It's very interesting, but since we had a bad quarter...  when we had a bad quarter, the whole industry stopped growing because we were the industry.  I think when we slipped, we gave uplift to PeopleSoft.  We resurrected...  You know, us going down buoyed PeopleSoft and SAP so...

**So were they winning business?  I mean, some new accounts in the mid-market?**

No, I don't think they're winning a lot.  I don't think they're winning a tremendous amount.

**Would you have been turning into their base?  Would you be making competitive gain against them if you hadn't...**

Well, we weren't selling much into our base because our base was not operating until 11i.

**So it wasn't that they were taking sales from you but they were just looking better against you.**

Absolutely and I think you'll see PeopleSoft...  I think PeopleSoft's resurrection will be short-lived.

**You have been saying that for a while.**

I think it's happening.  I think it's going to get worse and worse and worse for them.

**What about Siebel?**

I think Siebel is in a [ ] also.

**How did Siebel [ ] the launch?**

It's very expensive to upgrade to PeopleSoft.  It's very expensive to upgrade to Siebel.  These are not simple operators.  There's a lot of new software.  I guess PeopleSoft said that they had 500 [ ] people already on PeopleSoft base but I think the bulk of that's on HR so we'll see.

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529313

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

**But you thought that Siebel would have some big problems of technology and transition.**

I think they are.

**When a major re-architecture of a well known product comes out, how much do you do in terms of looking at it, testing it, reverse engineering it, any of those...?**

We can't look [ ]. If someone had Siebel running on an Oracle network we'd be pretty upset.

**Is there really no way...**

You can go to their web site. They've an awful lot of information on their web site so it's amazing; you can run demos on their web site. There are all sorts of things you can do and that's what we do.

**What are you nervous about Siebel-wise?**

It's a lot more complete on the sales automation side than our sales automation.

**Have they done a decent sort of job in terms of [ ] to web base architecture?**

So-so but they've done a very good job on industry-specific [ ]. It's not very deep but they've done a very good job of breaking up their references, breaking up... using the right Lexicon to cast their products in the light of financial services or in the light of manufacturing. I think they've done a really good job of making it industry-specific.

**So...**

As opposed to technology, which is so-so but I'm not sure that matters.

**Yes, but where do you think we are in this kind of applications' battle now? It's kind of hard to tell the difference because the market is so flat really.**

It is hard to tell. SAP is a coming force in the mid-market in Europe but they're not doing very well in the mid-market in the US. We're doing very well in the mid-market in the US. They are now starting their own consulting organisation and one of the reasons we had our own consulting organisation for the mid-market is you can't rely on [   final four]; it's too expensive. The most interesting number I can give you for the last quarter, half of our mid-

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER           NDCA-ORCL 1529314

Matthew Symonds

Interview with Larry Ellison : Oracle

---

market E-Business Suite sales in the United States were [ ], run on our computers. I think there were something like 80 deals so it's a lot of people, 50% outsourced and SAP is not there yet so we do it with our consultant [ ] suite outsourced.

**How many of them are taking, you know, the deals out [ ] IT [ ]?**

Almost no-one. They're buying it very conventionally, buying the software…

**[ ]**

I think no-one… That was designed for larger companies and I think people still see us as a novice in the outsourcing business. There are certain difficult problems that if you're a [Bond] customer or a PeopleSoft customer and you go to Oracle, you can't assign your intellectual property to us. It's intrigued a lot of people and closed a lot of business based on that; they've actually not gone into that.

**So it's been a good thing in terms of being able to demonstrate confidence in the product.**

Right. The outsourcing price is really a-la-carte. You pay so much for the licenses, so much for the subscription fee and then you pay us a monthly fee for the outsourcing; it's very, very simple.

**You don't sound gloomy really.**

No, I don't think I'm gloomy. I just… It's just not as much fun. September 11th and the crazy California stuff has taken an awful lot of fun out of it. But the interesting thing is [ ] business, we're pretty good at writing software. I just think that our people are better at that than almost anyone else, maybe anyone else. [ ] Microsoft but that's it. [ ].

**What would make it fun again?**

[I think I should sell the lot!]

**[ ] Oracle database.**

We all pinpoint the bastard and get him. Yea, I mean, just some nice victories. I suppose getting some of the bad guys [starting with GE and IBM ].

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529315

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

**So it's almost as much a sort of things that are in the air rather than Oracle-specific or IT-specific...**

Other than our stock price, which is really reflective of the market, much more reflective, we did set records and margins. I mean, those [ ] numbers are incredible. Who is increasing margins? The company's not doing that badly to say the least.

**And that wasn't just because of all those CRO managers you got rid of?**

The LA Times article was very, very interesting. They had a couple of lines saying that Larry Ellison [ ] aeroplanes, you know he's playing with the database. The database is unbreakable – it isn't, but the E-Business Suite saved $1bn lay-off and it just.. It is unbreakable. It hasn't been broken in over a decade! They just say that. That's all you need to do. My son once asked me, Dad, how can they do that? [ ] literature. How can they do that? They can do it!

**What's an example of winning business that would cheer you up and make you enjoy your life again?**

It would be nice if somebody wrote something nice about RACK, that RACK is a remarkable piece of work. That would be nice. Actually, it will come from the analysts. The analysts, at best, analyse the recent past. That's the best they can do. They certainly can't make predictions about the future.

*Linux*

**There hasn't been much notice taken of your limits strategy, has there?**

No and I think that's a very big deal.

**[ ]**

I think we've got, I think, a very big opportunity. We're going after Microsoft's exchange server and again, no-one's ever taken a business from Microsoft so, what the hell!

**And are you making progress? I remember a meeting with Fidelity in which you made an offer to them [ ]. Is there anybody buying into that?**

Well, a lot of people are testing now. A lot of people are really sceptical that we can do all this. We've made an acquisition and bought a company called [Skelfor]. The board of

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529316

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

directors are not dummies. They have this very cute thing where we have an industry... You can tie Outlook on the client to IMAP but when you tie Outlook to IMAP you lose not only the exchange server, you lose the calendar server and all the other servers as well; interesting. They didn't have to do it that way unless it was some kind of accident, very clever of them, so we have to replace not only email but also the calendar and everything else out of the [ ]. The trouble with the calendar is really the primary thing but there's this really terrific calendar company up in Montreal of all place. They've been competing very successfully against Microsoft. It's a free calendar.

So we had to fill out the suite and do a few other things and get everything buttoned down but the way we do it, we handle [ ]. Our database is so much better a data repository. What is an email server? A data repository, and it stands to reason that our technology should be much better than theirs. It should be. We come with a new product against this very mature product. I'm not sure the Oracle 9i Release 2 is a new product but that is our email server with a little IMAP API on top of it. So if you call that a new server, you know, not very much of that is new. So, it's kind of exciting going after Microsoft. Microsoft is the market leader and we're nowhere. See how well we can do.

We're really doing well in US. We're doing very well against BEA and if you don't do a vendor survey, you do a market share survey, I think we're winning and in very short order, you know, very, very quickly and we're really gaining a lot of share there so we'll see but I think we're making the right moves. I think the technology advantages have never been bigger.

**What's the biggest threat? I mean people keep on kind of going on about the amortisation of the database and, you know, the good enough database being all you need to run your business.**

Well, the biggest concern I have is actually about... The thing that's really holding back SQL Server and has always held back SQL Server is [ ] computer [ ] they'll be unshackled in that respect. So that's a big deal.

**And that's been hanging there for four years.**

But it's very interesting. The E-Business Suite was slow, release 7 was slow. Is there a theme here? WIN2000 wasn't done overnight, you know! This stuff is pretty hard but it's kind of out now and I think there will be a big lift for Microsoft and I think clusters will be

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529317

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

mature before they get full advantage of [ ] standard and Intel and [ ] come out very expensive at first so...

**Is there a danger though that people look at an Oracle database and they say, okay, it's definitely better than anybody else's but we're not a very sophisticated user; is it more than we need?**

That's what the standard edition is for. It's actually priced in between, lower than Microsoft Enterprise edition but more than their cheap edition and we discount that and I don't think we're that much more expensive than they are with the standard edition.

**And does it give a much easier migration path to enterprise edition than if you'd gone onto to People Server?**

Dramatically, in fact, one of the things we made sure of, and I think this is one of the things which has helped the standard edition, is that it's completely API compatible so a lot of features we used to have in the enterprise edition we moved down to standard edition so that an aid programme, you could write the same exact programme. You wouldn't say, oh, I can't use this feature. You can use all those features. You just lose certain security reliability and performance features, your capabilities, but you don't lose any functions.

**Is there a danger that you might get into the kind of situation in the way that Microsoft does with Office, that they've come up with all these tools and features for Office...**

I don't think so and if you look at Microsoft's future, they said they're going to move their exchange server into their database. They're not dumb. They're going to move their file system into the database. We have moved the file system into the database. We have moved the email server into the database. We do have a single thing called AltraSearch that allows you to search everything, which is really cool, just find everything on Exon and we find everything on Exon. These are the email messages, these are the calendar references, these are the database entries, these... you know, these are the Microsoft Word files and Excel files, you know, a single search gets it all, everything's in the database. Everything's shared. Everything's secure. It's really pretty cool and any of this is perceived now, not the email stuff, not the file sharing, not clustering; all of these things that have come out, which is part of our database hasn't bubbled up.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529318

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

**Is that normal or is that also to do with the environment that we're in, which people are just buying very extensively and not thinking all that creatively about what they want?**

I think there's a huge lag. There's a huge time lag for...

**But it's normal?**

It's normal, yea.

**It may be exacerbated by the economic situation.**

Yes.

**And people blow too much money on IT.**

Yes but the nice thing is that we have email server and the file server; they should save you a whole lot of money. I think they have a very hard time actually moving anything into Oracle dateline, I mean, that's the problem.

**There is this incredibly strong Mercedes image. It's a kind of highline, over-featured...**

Yes and I worst time is that no-one's said the database is technically superior.

**No, I agree. You're also trying to tap the database bundling more feature into one product as opposed to selling them separately and of course you get all these analysts... They prefer the separate approach because it gives them more work.**

And it ruins their ability to do their market share analysis. We now have gone from a significant share in business intelligence to zero because our business intelligence has not bundled with our application server and if all you do is look at the revenue for discoverer, we no longer have any business intelligence projects so literally, their analysis, their spreadsheets [is better] but it's okay. Their analysis shows that Apache has exactly zero market share of web servers. That's interesting but it's ludicrous and it hurts us though but I'm absolutely certain it's right. I know that by delivering all of these things as part of... Microsoft, again, we had very few products, throw it into Windows, throw it into advanced server, throw it into Office; I'm done. Exchange and the tools.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529319

**Matthew Symonds**

**Interview with Larry Ellison : Oracle**

---

Our tools now rank higher than Microsoft's. [ ] Oliver... How about that! It's pretty amazing. We've come from being nowhere in the tools' business to having the best tools and not only are they better tools than, say, Borland on the JAVA side, who is the leader, but better than Visual Studio, which is Microsoft from the [Year Tool] for dot net. The [JD Oliver] was rated much higher. Now, that's kind of wild.

So in terms of software development in the core of our technology, I think we're really in good shape on the technology side of things and there's a new collaboration suite coming out, which is the shared file system, the email server, the calendar, all this stuff, you know, instant press room chat, plus blah, blah blah, integrated voice mail. It was very, very cool to read voice mail that we send with Intel of all people. All the [lytic] stuff, all the clustering, a [lap] in the database, all integrated multinational stuff integrated in the database; everyone said no-one can do it and we've done it fast, replacing all of our express stuff so you don't need multiple repositories [ ].   That's the theme, all your operation in one place. Multidimensional stuff, email, yea, you know, files, yea, objects, yes, everything.   That's going very, very well.

**So it'll come.**

Yes, as long as we can hold on for a whole month!  And unless something really horrible happens...

**You mean horrible in terms of Oracle-specific or...?**

Horrible, like Davis decides that he has to do something like make a stand.  We will not allow this kind of Oracle behaviour, you know, make a big deal about... We will not allow them to sell us more software than we need.  We'll make an example of them.

**You don't know him well enough to...**

I don't know him at all.

**Do you know him well enough to have a sort of off-the-record, kind of no-prejudice conversation with him?**

I know him well enough.  I don't need to know him any better!  I think you're spoiled over here actually.  I mean, the quality of people...  You're talking about Gordon Brown and Tony Blair...  All the winging about Tony Blair!  Give us Tony Blair.  Move him over; we'll take him!

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529320

Matthew Symonds

Interview with Larry Ellison : Oracle

---

I must say I think he's pretty good actually.

Damned right he is. The Bill Clinton thing, I mean...

I was actually thinking... There's that book that [Jo Kline] [ ] premiership and not that that he's going to lose but the amount of criticism you get for doing a pretty good job and being pretty smart is unbelievable.

But what happened to Clinton was... They actually tried to put Clinton in jail.

We have this extraordinary press here, The Daily Mail...

Oh, the press here is worse.

I think we're done on this. Is there anything else you want to add?

No!

Do you know the expression, esprit d'escalier?

No.

It's that sort of expression, that sort of realisation just as you're leaving a room and going down the staircase, damn, I wish I'd said that, you know! If only I'd said that 5 minutes ago, everybody would have though I was witty and smart and everything. Esprit d'escalier.

[Interview ends]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1529321

*(handwritten notes)*

Dumpster - doing -
3 x 0's

MPPT per competition again.

California breakwater

Daily business intelligence — When?

Succession

---

1  Amsterdam — DB1, tensions between W + B.
   Lessons learned.
2  B moved — E gets involved in CRM, long hours, DB1
   is hiring more. / bonus
3  California — out of a clear blue sky. NPS
4  Analyst day — collaboration brake, product cycle
5 — Reflections / succession, / competition

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER