# EXHIBIT 460

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA 92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8        – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA 94111
12 Telephone: 415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS |
| ALL ACTIONS. | |

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that on July 19, 2006, The Honorable Edward A. Infante (Ret.), Special Master, signed the Order Granting in Part and Denying in Part Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff and Plaintiffs' Motion to Amend the December 14, 2004 Amended Pretrial Order to Include Additional Depositions, which is attached hereto as Exhibit A.

DATED: July 20, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


    s/ JENNIE LEE ANDERSON
    JENNIE LEE ANDERSON

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\not00033141.doc

NOTICE OF ENTRY OF ORDER - C-01-0988-MJJ

- 1 -

1 <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

   s/ JENNIE LEE ANDERSON
   JENNIE LEE ANDERSON

   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
   415/288-4534 (fax)
   E-mail: JennieA@lerachlaw.com

CAND-ECF Page 1 of 2
Case 3:01-cv-00988-SI Document 1547-31 Filed 11/17/08 Page 5 of 11
Case 3:01-cv-00988-MJJ Document 565 Filed 07/20/2006 Page 4 of 5

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

CAND-ECF Page 2 of 2
Case 3:01-cv-00988-SI Document 1547-31 Filed 11/17/08 Page 6 of 11
Case 3:01-cv-00988-MJJ Document 565 Filed 07/20/2006 Page 3 of 5

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS |

On July 10, 2006, the parties appeared before Special Master, the Honorable Edward A. Infante (Ret.), regarding plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff and plaintiffs' Motion to Amend the December 14, 2004 Amended Pretrial Order to Include Additional Depositions. The Court has considered all of the papers submitted in support of and in opposition to plaintiffs' motions, as well as oral argument from counsel. Having found that plaintiffs have diligently pursued their case and good cause therefor, the Court hereby orders as follows:

1. the fact discovery cutoff shall be extended to October 2, 2006;

2. the Court's December 14, 2004 Amended Pretrial Order shall be modified to allow plaintiffs to take up to 72 depositions; and

3. plaintiffs shall have the option of splitting the two-day depositions of individual defendants Lawrence Ellison and Jeffrey Henley. The first day of each deposition shall take place in July 2006, as previously scheduled and confirmed by the parties, and the second day of each deposition may take place at a later date prior to the October 2, 2006 fact discovery cutoff to be determined by the parties.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: July 19, 2006

THE HONORABLE EDWARD A. INFANTE
(RET.) SPECIAL MASTER

Submitted by:

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

JENNIE LEE ANDERSON

[PROP] ORD GRAN IN PART & DEN IN PART PLFS' MOT TO MOD THE AM PRETRIAL ORD &
EXT THE JUNE 30, 2006 FACT DISC CUTOFF & TO AM THE DEC 14, 2004 - C-01-0988-MJJ - 1 -

1  100 Pine Street, Suite 2600
2  San Francisco, CA 94111
   Telephone: 415/288-4545
3  415/288-4534 (fax)

4  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
5  MARK SOLOMON
   DOUGLAS R. BRITTON
6  VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE
7  655 West Broadway, Suite 1900
   San Diego, CA 92101
8  Telephone: 619/231-1058
   619/231-7423 (fax)
9
   Lead Counsel for Plaintiffs
10
   T:\CasesSF\Oracle3\ORD00033030.doc
11

[PROP] ORD GRAN IN PART & DEN IN PART PLFS' MOT TO MOD THE AM PRETRIAL ORD &
EXT THE JUNE 30, 2006 FACT DISC CUTOFF & TO AM THE DEC 14, 2004 - C-01-0988-MJJ — - 2 -

# PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on July 19, 2006, I served the attached ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz | Latham & Watkins | michele.kyrouz@LW.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |