# EXHIBIT 462

/BC

B
PA 12/00

Oracle Corporation
Variation Analysis
Accounts Receivable
As of November 30, 2000

Scope: > $5M Variance Discussion
per discussion with Julie Chan, Senior Rev Mgr

| | Balance 08/31/00 | Balance 11/30/00 | Q1/00/Q2/01 Variance (Inc)/Dec | |
|---|---|---|---|---|
| **USA RECEIVABLE ACCOUNTS** | | | | |
| 12004 Other Receivables - Accrued Revenue | $ (12,587,242) | $ 39,913,021 | $ 52,500,263 | (A) The increase is a result of the following: $44M credit (due to the sales tax reclass) being booked into the 12024 account in Q2, $13M due to the LOB reclass was booked into accounts 12024, 12510, 12520, or 12574 in accordance with their LOB, $3.5M due to a decrease in credit memo accruals. The increases were offset by decreases in the consulting stub day accrual of $6M, and misc. PA accruals were also down by $2M. |
| 12530 Unearned Revenue in Receivables - Support | $ (16,000,000) | $ (365,217,408) | $ (349,217,408) | (B) During September, the reclassification entry for support DSO was booked in account 12530 vs 12531 as in Aug-00. The net decrease in the account is due to an increase in DSO |
| 12531 Other Receivables - Tech. Support | $ (258,879,567) | $ 27,083,550 | $ 285,963,117 | (C) see explanation for account 12530 |
| 12540 Unearned Revenue in Receivables - Consulting | $ 24,940,840 | $ 30,023,449 | $ 5,082,609 | (D) increase primarily due to the timing of invoicing on the projects and the number of new entries of approx. $30M as a result of increased activity in unpaid tech support and premium projects entered into during the quarter |
| 12550 Unearned Revenue in Receivables - Education | $ (10,000,000) | $ (10,000,000) | $ -  | |
| | $ (272,525,969) | $ (278,197,388) | $ (5,671,419) | |
| 12005 Other Receivables - Cash-In-Transit | $ (6,010,072) | $ (15,441,618) | $ (9,431,546) | (E) Q1, a $14M debit reclass entry was booked to this account to allocate receivables to LOB accounts 12510,12520 and 12574. In Q2, a similar entry was not booked to this account. Instead the offsetting LOB entry was booked to 12024. This variance was offset by a decrease in cash in transit of approx. $5M. |
| 12007 Deferred Receivables, Billed | $ 389,722 | $ 389,722 | $ - | |
| 12008 Gross Trade - License | $ 403,861,598 | $ 1,488,614,645 | $ 1,084,753,048 | See B-3 for an explanation of this account. |
| 12024 A/R Trade-License Rptg Reclass | $ (0) | $ (703,849,077) | $ (703,849,077) | |
| 12510 A/R Trade-Consulting Rptg Reclass | $ 406,189,943 | $ 297,545,561 | $ (108,644,382) | |
| 12520 A/R Trade-Education Rptg Reclass | $ 25,203,096 | $ 15,018,883 | $ (10,184,214) | |
| 12574 A/R Trade-Support Rptg Reclass | $ 519,092,228 | $ 342,552,663 | $ (176,539,563) | |
| | $ 1,348,736,513 | $ 1,424,810,780 | $ 76,104,267 | (F) Increase due to higher Q2 activity versus Q1. The increase was partially offset due to the new methodology for allocation of receivables by line of business entered into in Q2. Reasonable |
| 12009 Other Receivables - Revenue Backouts | $ (29,820,280) | $ (31,310,918) | $ (1,490,638) | |
| 12013 Lease Receivables (Funded) | $ 9,724,879 | $ 18,344,517 | $ 8,619,638 | (G) Increase is a result of two factors: A $13M credit was booked to this account as of 8/00 for LOB purposes. In the current period, the account was not effected and the LOB entry was booked in account 12024. The increase in the account was offset by a $5M credit for payments to be applied against the receivables. |
| 12014 DEALS Buydowns Cleaning | $ (1,778,581) | $ (2,252,923) | $ (474,342) | |
| 12015 Lease Receivables (In House) | $ 72,453,193 | $ 90,259,814 | $ 17,806,621 | (H) The increase is due to the following new in-house deals negotiated in Q2/00: Interreliant - $4.2M, Clear Data $1.3M, EGL Inc $2.0M, Prodigy $1.2M, My Family.com $1.1M, E-Cash Technology $1.0M. The remaining increase is a result of general increase in the number of In-house deals for the quarter. Related bad debt allowance has increased accordingly |
| 12018 Other Receivables (Litigation Inv) | $ 2,478,197 | $ 6,000,279 | $ 3,522,082 | |
| 12017 OCC/AR (distributor buydowns) | $ (31,139,909) | $ (32,898,581) | $ (1,758,672) | |
| 12018 Unapplied Cash | $ (86,266,783) | $ (64,594,692) | $ 21,672,091 | (I) Cash payments generally decrease at the end of Q2 vs Q1. As Q4 deals have aged 90 days as of the end of Q1, there is a greater influx of cash payments received compared to collection and receipt of Q1 transactions in Q2. |
| 12019 DEALS Cleaning | $ 59,121 | $ 68,377 | $ 9,256 | |
| 12021 Deferred Receivables | $ 12,640,911 | $ 18,372,880 | $ 5,731,969 | (J) Increase due to an increase in operating lease residuals from transactions financed through the pools (i.e. Heller, Fleet etc). |
| 12022 OFD Investment Residual Receivables | $ 2,003,664 | $ 3,067,101 | $ 1,063,436 | |
| **SUBTOTAL** | $ 1,026,534,956 | $ 1,151,669,247 | $ 125,134,291 | |
| **CORPORATE DEBT/RETURNS RESERVE PROVISION** | | | | |
| 12605 OFD Unrealized Residual | $ (830,951) | $ (2,998,931) | $ (2,367,970) | |
| Allowance for bad debt/returns (12500, 12601, 12604) | $ (135,272,474) | $ (162,819,342) | $ (26,646,868) | (K) Increase in the allowance is primarily a result of greater activity from Q2 vs Q1 in the number of deals funded in-house or were financed. The reserve for receivables in litigation also increased as a result of a greater emphasis by the collections group to refer uncollectible receivables to legal and a greater number of emerging companies have experienced financial difficulties. See further discussion of reserves at B-15 |
| **TOTAL** | $ 889,631,521 | $ 985,750,973 | $ 96,119,452 | |

AA 000035
Confidential

B-3
PA
12/00

# Memo

 ARTHUR ANDERSEN

| | |
|---|---|
| To | The Files, Silicon Valley |
| From | Pamela H. Arquelada, Silicon Valley |
| Date | December 11, 2000 |
| Subject | Accounts Receivable Account Descriptions |

Silicon Valley
333 West San Carlos St. Suite 1500
San Jose, CA 95110-2710

Tel (408) 998-2112
Fax (408) 998-2151

## PURPOSE

The purpose of this memorandum is to summarize the significant accounts in Accounts Receivable. (See variation analysis at A/R lead schedule @ B.)

## ACCOUNTS

### 12004 – Other Receivables – Accrued Revenue

This account is used primarily to account for the reclassification of unearned revenue (netting A/R against deferred revenue to the extent that they overlap for a given customer) and sales taxes. Additionally, it is used to accrue for receivables/revenues that were not entered into the trade A/R account due to the timing of contracts and other factors as well as for miscellaneous A/R transactions such as to accrue for credit memos that were not processed by period end, accruals on loss contracts, consulting reserves, and other miscellaneous reserves.

### 12005 – Other Receivables – Cash in Transit

This account represents cash received before period-end but not yet posted to accounts receivable trial balance (unapplied cash).

### 12531 – Other Receivables – Technical Support

This account primarily contains the reclassification of unpaid/unearned technical support from account #25009 for DSO purposes (to reduce balance sheet gross-ups for advanced billings). This reclassification is generated on a quarterly basis by the system based on unpaid and unearned technical support.

### 12008 – Gross Trade Receivables

This account includes only system-generated transactions and was originally used to book all of the Company's trade receivables. The Company implemented a global chart of accounts by line of business in Q4'00 and had intended this account to capture all license transactions only. The transition, however, was not effectively carried out as planned (i.e., all transactions were recorded in this account whether it be license, consulting, support, and education as the system defaults to this account). As a result, the

AA 000036
Confidential

| | |
|---|---|
| Date | December 11, 2000 |
| Subject | Accounts Receivable Account Descriptions |
| Page | 2 of 3 |

Company created account #12024 to reclassify consulting/education/support amounts out of #12008 and into their correct line of business at the end of each quarter. See explanations for accounts #12024/12510/12520/12574.

12024 – Accounts Receivables Trade – License Rptg Reclass
    This account was created as an offset against account #12008 – Gross Trade License and therefore has a normal credit balance. As noted last quarter, the Company implemented a global chart of accounts that broke out A/R by line of business for presentation purposes only. The Company made the following entries:

*Q1 2001:*   Dr 12510-A/R Trade-Consulting
         Dr 12520-A/R Trade-Education
         Dr 12574-A/R Trade-Support
             **Cr 12008-Gross Trade License**

*Q2 2001:*   Dr 12510-A/R Trade-Consulting
         Dr 12520-A/R Trade-Education
         Dr 12574-A/R Trade-Support
             **Cr 12024-A/R Trade-License**

12510/12520/12574 – Accounts Receivable Trade – Consulting/Education/Support Rptg Reclass
    As with account #12024, these accounts were created to present each line of business separately and facilitate ease of tracking them. The sum of these accounts should equal the balance in account #12024.

12009 – Other Receivables – Revenue Backouts
    This account is used to record and track revenue back-outs on licenses resulting from contract reviews and other revenue adjustments. (For revenue back-outs on paid invoices see account #25006 in deferred revenue.)

12600 – Bad Debt Recoveries
    This account is used when Oracle receives payment on an invoice that has been previously written off.

12601 – Bad Debt Write-Offs and 12604/12610/12620/12630 – Reserve for Uncollectible Accounts
    These accounts are the standard accounts used to write off and provide for bad debts, respectively.

12013 – Lease Receivables (Funded)
    This account represents receivables that are awaiting sale to third party leasing companies.

12014 – DEALS Buydowns Clearing

AA 000037
Confidential

| | |
|---|---|
| Date | December 11, 2000 |
| Subject | Accounts Receivable Account Descriptions |
| Page | 3 of 3 |

This account represents payment discounts that the Company offers on license deals. This is a contra A/R account and is always negative. The Company frequently offers payment discounts to customers in order to close license deals. See related account #12019 – Deals Clearing below.

### 12015 – Lease Receivables (In-House)

This account represents short-term leases held in-house rather than sold off to financing companies.

### 12016 – Other Receivables – Litigation Invoices

This account tracks invoices which are currently in dispute that the Company's legal department is pursuing. (Amounts are transferred out of accounts 12008/12510/12520/12574.) These amounts are typically 100% reserved.

### 12017 – OCC/AR (Distributor Buydowns)

This account represents discounts that relate to license deals funded through Oracle Credit Corporation. The Company frequently offers payment discounts in order to close a license deal. This is a contra A/R account and is always negative.

### 12018 – Unapplied Cash

This represents customer payments that have not yet been applied against their account balance. (These amounts have been reclassified from account #25005 – Customer Overpayments.) Consistent with prior periods, when customer overpayments are received, they are posted to account #25005 – Customer Overpayments. When a related set of invoices are identified, these overpayments are reclassified to account #12018.

### 12019 – DEALS Clearing

In November 1999, the Company stopped using the DEALS clearing account. When the Company moved to the new bill of materials ordering system, the DEALS system was no longer needed. The DEALS system was previously used to track license contracts that had been signed but for which products have not been shipped. The small remaining balance represents debit A/R balances to be collected from customers.

### 12022 – OFD Investment Residual Receivables

The Company sells its Lease Receivables – Funded (account #12013), and any financing revenues recognized but have not been recognized in cash are recorded as trade A/R. As the Company has recently moved to a global chart of accounts, these financing revenues were reclassified from trade A/R to account #12022.

AA 000038
Confidential