COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS L. HILLIARD |
| ALL ACTIONS. | |
| | DATE: January 9, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: The Honorable Susan Illston |

1  I, SHAWN A. WILLIAMS, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, lead counsel for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:  Declaration of Brooks L. Hilliard CMC CCP, dated May 25, 2007;

Exhibit 2:  Matthew Symonds, *Softwar: An Intimate Portrait of Larry Ellison and Oracle* (1st ed. Simon & Schuster 2003);

Exhibit 3:  Transcript of Deposition of Ronald Wohl, March 23, 2006;

Exhibit 4:  Transcript of Deposition of Mark Barrenechea, July 11, 2006;

Exhibit 5:  Transcript of Deposition of Edward J. Sanderson, Jr., July 25, 2006;

Exhibit 6:  Transcript of Deposition of Charles Kendig, May 4, 2006;

Exhibit 7:  Transcript of Deposition of Alan Fletcher, April 6, 2005;

Exhibit 8:  Deposition of Brooks L. Hilliard, CMC, CCP, June 28, 2007;

Exhibit 9:  E-mail from Ken Hamel to George Roberts, dated October 6, 2000, Ex. 14 to Fitzpatrick Depo. [NDCA-ORCL 617112 – NDCA-ORCL 617114];

Exhibit 10: E-mail from Kevin Glynn to Valerie Borthwick, dated October 23, 2000, Ex. 5 to Sanderson Depo. [NDCA-ORCL 056051 – NDCA-ORCL 056054];

Exhibit 11: E-mail from Jennifer Minton to Thomas Williams, dated November 16, 2000 [NDCA-ORCL 024862 – NDCA-ORCL 024864];

Exhibit 12: E-mail from Ron Wohl to Charles Rozwat and Nancy Reier, dated January 24, 2001 [NDCA-ORCL 221215 – NDCA-ORCL 221216];

Exhibit 13: E-mail from Lawrence J. Ellison to Safra Catz and Ronald Wohl, dated March 8, 2001 [NDCA-ORCL 053228];

Exhibit 14: GE Medical Systems "Get Well Plan," Oracle's Response to meeting with GEMS on July 24, 2001 [NDCA-ORCL 419044 – NDCA-ORCL 419051];

Exhibit 15: Fiscal 2002 Budget [NDCA-ORCL 190253 – NDCA-ORCL 190274];

Exhibit 16: E-Business Suite High Level Requirements Document, Creation Date April 4, 2002, Last Updated June 6, 2002, Ex. 137 to Ellison Depo. [NDCA-ORCL 069907 – NDCA-ORCL 069939];

Exhibit 17: E-mail from Gayle Fitzpatrick to Mary Anne Gillespie, dated May 7, 2001 [NDCA-ORCL 617667 – NDCA-ORCL 617670];

| | | |
|---|---|---|
| Exhibit 18: | E-mail from Anil Vora to Lowry Fenton, dated January 5, 2001 [NDCA-ORCL 039324 – NDCA-ORCL 039328]; |
| Exhibit 19: | E-mail from Ron Wohl to K. Shaw, B. Cadogan, C. Shaw, dated December 16, 2000 [NDCA-ORCL 028798 – NDCA-ORCL 028800]; |
| Exhibit 20: | E-mail from Sandy Sanderson to Larry Ellison, dated October 12, 2000 [NDCA-ORCL 039546 – NDCA-ORCL 039551]; |
| Exhibit 21: | E-mail from Joel Summers to Ron Wohl, dated November 8, 2000 [NDCA-ORCL 018733 – NDCA-ORCL 018977]; |
| Exhibit 22: | The Forrester Brief, *Memo to Oracle: Stop Blaming Customers*, dated March 19, 2001 [NDCA-ORCL 068004 – NDCA-ORCL 068007]; |
| Exhibit 23: | Technical White Paper, *Customer Relationship Management*, by Mark J. Barrenechea [NDCA-ORCL 061841 – NDCA-ORCL 061967]; |
| Exhibit 24: | Excerpts from Oracle Presentation, Ex. 27 to Sanderson Depo. [NDCA-ORCL 03281 – NDCA-ORCL 03311]; |
| Exhibit 25: | Transcript of Deposition of Lawrence Ellison, July 13, 2006; |
| Exhibit 26: | E-mail from Ron Wohl to Sergio Giacoletto, dated January 21, 2001 [NDCA-ORCL 028542 – NDCA-ORCL 028543]; |
| Exhibit 27: | Oracle press release entitled "Oracle: The State of E-Business Is Strong," dated February 20, 2001 [NDCA-ORCL 102009 – NDCA-ORCL 102012]; |
| Exhibit 28: | Transcript of Matthew Symonds' interview with Larry Ellison, January 18, 2002 [NDCA-ORCL 1529157 – NDCA-ORCL 1529180]; |
| Exhibit 29: | Rebuttal Expert Report of Edward Yourdon, dated June 22, 2007; |
| Exhibit 30: | Amended Order Setting a Discovery Plan, filed March 10, 2005; |
| Exhibit 31: | Oracle Meta Briefin*g*, dated April 6, 2000 [NDCA-ORCL 026505]; |
| Exhibit 32: | E-mail from Jeff Henley, dated September 6, 2000 [NDCA-ORCL 020544 – NDCA-ORCL 020547]; |
| Exhibit 33: | Oracle press release entitled "Oracle Ships 11*i*, Industry's First Integrated E-Business Suite," dated May 24, 2000 [NDCA-ORCL 014906 – NDCA-ORCL 014908]; |
| Exhibit 34: | Transcript of Deposition of Edward Yourdon, July 3, 2007; |
| Exhibit 35: | E-mail from Jennifer Minton, dated February 15, 2001 [NDCA-ORCL 156440 – NDCA-ORCL 156442]; |
| Exhibit 36: | E-mail from Don Klaiss to Mark Barrenechea, David Williamson, Alan Fletcher, dated July 9, 2001, Ex. 8 to Klaiss Depo. [NDCA-ORCL 056440 – NDCA-ORCL 056442]; |
| Exhibit 37: | Transcript of Deposition of Clifford S. Godwin, Jr., March 3, 2006; |

| | | |
|---|---|---|
| Exhibit 38: | Transcript of Deposition of Gregory Seiden, May 16, 2006; | |
| Exhibit 39: | Rebuttal Declaration of Brooks L. Hilliard CMC CCP, Regarding Expert Report of Edward Yourdon, dated June 22, 2007; | |
| Exhibit 40: | Expert Report of Edward Yourdon, dated May 25, 2007; | |
| Exhibit 41: | Deposition Transcript of Randall W. Jensen, Ph.D., July 13, 2007; | |
| Exhibit 42: | Rebuttal Declaration of Randall W. Jensen, Ph.D., Regarding Expert Report of Edward Yourdon, dated June 22, 2007; | |
| Exhibit 43: | E-mail from Mark Jarvis to Benny Souder, dated August 30, 2001, Ex. 80 to Ellison Depo. [NDCA-ORCL 062223 – NDCA-ORCL 062224]; | |
| Exhibit 44: | Capers Jones, *Estimating Software Costs, Bringing Realism to Estimating* (McGraw Hill 2d ed. 2007); | |
| Exhibit 45: | E-mail from Sergio Giacoletto to Mark Barrenechea et al., regarding CRM Business Update – my feedback, dated June 7, 2001 [NDCA-ORCL 162213 – NDCA-ORCL 162216]; | |
| Exhibit 46: | E-mail chain among Safra Catz, Lawrence Ellison, Ron Wohl, et al., regarding Chipotle/McDonald's 11i Issues, dated January 2001 [NDCA-ORCL 034377 – NDCA-ORCL 034378]; | |
| Exhibit 47: | E-mail chain among Jennifer Minton, Lawrence Ellison, Jeff Henley, Mark Barrenechea et al., regarding IT CRM, dated March 22, 2002 [NDCA-ORCL 059745 – NDCA-ORCL 059746]; and | |
| Exhibit 48: | Stipulation Regarding Expert Discovery, dated February 6, 2007. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of November, 2007, at San Francisco, California.

                                                                              s/ Shawn A. Williams
                                                                             SHAWN A. WILLIAMS

S:\CasesSD\Oracle3\DEC00055673_Hilliard.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2008.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_s

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
```

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111