# EXHIBIT 2



# SOFTWAR

"Symonds excels at letting readers into the 59-year-old Ellison's often turbulent personal life. . . . [and] promotes a wonderful image of Ellison who is far from . . ."

## AN INTIMATE PORTRAIT OF
# LARRY ELLISON AND ORACLE

# MATTHEW SYMONDS

---

"The access [Symonds] got is apparent. . . . This access gives the reader a rare window on Ellison's mind." —*The New York Times*

"A sympathetic and revealing portrait of an idiosyncratic executive and company. . . . Entertaining." —*Harvard Business Review*

**IN A BUSINESS** where great risks, huge fortunes, and even bigger egos are common, Larry Ellison stands out as one of the most outspoken, driven, and daring leaders of the software industry. The company he cofounded and runs, Oracle, is the number one business software company. Perhaps even more than Microsoft's, Oracle's products are essential to today's networked world.

In *Softwar,* journalist Matthew Symonds gives readers exclusive and intimate insight into both Oracle and the man who made it and runs it. As well as relating the story of Oracle's often bumpy path to industry dominance, Symonds deals with the private side of Ellison's life. With unlimited insider access granted by Ellison himself, Symonds captures the intensity and, some would say, the recklessness that have made Ellison a legend.

With a new and expanded epilogue for the paperback edition that tells the story behind Oracle's epic struggle to win control of PeopleSoft, *Softwar* is the most complete portrait undertaken of the man and his empire—a unique and gripping account of both the way the computing industry really works and an extraordinary life.



**MATTHEW SYMONDS** is currently political editor of *The Economist,* but before that was the magazine's technology and communications editor for nearly four years. He has also been a founding editorial director of *The Independent* and strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.

"Software titan Larry Ellison has been busy scribbling footnotes to the most detailed account yet of his outsized life. . . . He also responds and sometimes challenges the account of author Matthew Symonds—a twist in presentation that adds a real-time feel to the 500-page biography." —Lisa Baertlein, Reuters

"An unusually candid study of how a tiny start-up . . . grew—sometimes painfully—into a Silicon Valley institution." —*Financial Times*



Cover design by Michael Accordino
Cover photograph by Oliver Laude
Author photograph by Jenny Geddes

Visit us online at www.simonsays.com



ISBN 0-7432-2505-6



An Intimate

Portrait of

Larry Ellison

and Oracle

# SOFTWAR

MATTHEW SYMONDS

with Commentary

by Larry Ellison

Simon & Schuster Paperbacks
New York London Toronto Sydney



SIMON & SCHUSTER PAPERBACKS
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2003 by Matthew Symonds and Larry Ellison
Epilogue copyright © 2004 by Matthew Symonds and Larry Ellison
All rights reserved, including the right of reproduction
in whole or in part in any form.

First Simon & Schuster trade paperback edition 2004
SIMON & SCHUSTER PAPERBACKS and colophon are registered trademarks of
Simon & Schuster, Inc.

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798 or '
business@simonandschuster.com

Designed by Karolina Harris
Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data
Symonds, Matthew.
    Softwar : an intimate portrait of Larry Ellison and Oracle / Matthew Symonds with
commentary by Larry Ellison.
        p.  cm.
    1. Ellison, Larry.   2. Oracle Corporation—History.   3. Computer software
industry—United States—History.   4. Businessmen—United States—Biography.
I. Ellison, Larry.   II. Title.
HD9696.63.U62E4478   2003
338.7'610053'0973—dc22                          2003058989

ISBN 0-7432-2504-X
0-7432-2505-8 (Pbk)

*To Alison and the children with all my love*

# ACKNOWLEDGMENTS

There are many people without whose help and advice this book could not have been written. Above all, I'm grateful to Larry Ellison, whose enthusiasm and commitment never wavered even after it became clear that the story would not only have its share of twists and turns but would have a conclusion somewhat less clear cut than he had hoped. My thanks also to Melanie Craft, who bore with fortitude my invasion of her and Larry's privacy. Very many Oracle executives, both past and present, gave freely of their time and thoughts. It's not possible to mention everyone; they know who they are, and they are quoted in the book. But with Mark Jarvis, Jeff Henley, Safra Catz, Mark Barrenechea, Jay Nussbaum, and Ron Wohl I enjoyed a kind of extended conversation over a period getting on for two years. I was continually struck by the frankness and openness of those working for Oracle today, even when it came to talking about their boss. I would also like to record my thanks to Ray Lane. He understood that my relationship with Ellison was collaborative, but he still consented to be interviewed on two occasions, each time for several hours. He may not realize it, but he still has some good friends at Oracle. I also want to mention Joshua Lederberg, Steve Jobs, Jimmy Linn, Jon Bannenberg, and Laura Seccombe, who, in their different ways, gave me insights into Ellison's life that were unique. I must thank, too, those who helped me in practical ways, in particular Joyce Higashi, Carolyn Balkenhol, and Judy Sim. Without them there really would have been no book. I should pay tribute to my literary agent, Andrew Wylie, and my editor at Simon & Schuster, Geoff Kloske. From the outset, Andrew helped shape and define the project and continually buoyed me with his confidence

and support; Geoff honed, tightened, and, where necessary, discreetly
made me intelligible to Americans. Finally, my thanks to Bill Emmott, the
editor of *The Economist*, who graciously allowed me a year's leave to
pursue this project and whose imaginative suggestion in 1997 that I
should write about the unfolding drama of the Internet led directly to my
meeting Larry Ellison.

# CONTENTS

|     | *Author's Note* | xi |
|-----|-----------------|-----|
| **1** | Larry and Me | 1 |
| **2** | On the Road | 11 |
| **3** | The War on Complexity | 36 |
| **4** | Beginnings | 54 |
| **5** | To the Limit | 75 |
| **6** | Growing Up | 90 |
| **7** | Best-of-Breed | 112 |
| **8** | Falling Out | 136 |
| **9** | The Laboratory | 161 |
| **10** | Ready or Not . . . | 184 |
| **11** | Taking Stock | 205 |
| **12** | Hungarian Lessons | 227 |
| **13** | Hill by Hill | 233 |
| **14** | The Last Database | 246 |
| **15** | Enemies | 263 |
| **16** | Chained to the Job | 285 |

**17**  Alternative Stress                            302

**18**  *Sayonara* Swan Song                          322

**19**  Family Values                                 331

**20**  Three Strikes, You're Out                     347

**21**  Larryland                                     369

**22**  A Life Beyond Oracle                          380

**23**  "A Scrap of Information"                       400

**24**  The Golden Nugget                             418

**25**  A Perfect Storm                               433

**26**  "The First Loser"                             454

**27**  The Biggest Water Bottle                      471

 

*Epilogue*                                            487

*Index*                                               499

# AUTHOR'S NOTE

In March 2000, I received a telephone call from Larry Ellison. He had an idea for doing a book about e-business and globalization and wanted to know if I would be interested in coauthorship. I was flattered, but it wasn't something I wanted to do for a number of reasons. In the first place, a relationship with Ellison of that kind would mean I would have to give up writing about the technology business for *The Economist* because of the potential for conflict of interest. Second, I had no desire to add to the torrent of indifferent books about the e-business phenomenon that were then flooding the business publishing market. Third, although we shared many views and I had grown to like Ellison and enjoy his company in the brief time I had known him, I thought that coauthoring a book with him would be a nightmare.

But while we were talking, a much more appealing proposition began to form in my mind: what I would be interested in doing was writing an intimate portrait of Ellison and his company on the basis of having a very high degree of access to both him and Oracle. I explained that I would have to have complete editorial control and that it might be some time before I could take leave of absence from *The Economist*. Ellison's answer was immediate: he'd love me to do it, and he was prepared to wait until I was ready.

Nine months later, in December 2000, accompanied by my New York–based literary agent, Andrew Wylie, I met with Ellison at his Japanese-style villa in Atherton, a leafy and very expensive suburb some twenty miles to the southwest of San Francisco that is home to much of the Silicon Valley establishment. The meeting had three purposes. First, I

needed to establish the basis of my working relationship with Ellison: Wylie had concluded that there should be a formal collaboration agreement between us. Second, although Ellison and I had recently discussed the book over dinner at my house in London, I did not yet have a settled idea of what it should be, although I had already ruled out doing a conventional biography. I knew that if the project was to engage Ellison it would have to be relevant to his current concerns. Most of all, I wanted to test Ellison's claim that Oracle was poised for true greatness.

One of the things I had noticed while covering the technology business was that many of its key players had extraordinarily little interest in even the recent past. It was as much as most of them could do to remember what it was that Microsoft had done to end up in court. Even Marc Andreessen was much keener to talk about the new businesses he was investing in than his epic struggle against Bill Gates while at Netscape. His attitude was: been there; done that; move on. When Microsoft's witnesses were confronted with damning e-mails they'd written only a couple of years before, it is just possible their surprise and struggle to guess what they might have meant at the time wasn't completely phony. Ellison doesn't suffer from that kind of amnesia, but even though he reads history voraciously and tries to learn from it, what really interests him is not the last five years but the next five. To Ellison, the present and the near future elide so gracefully as to be almost indistinguishable. And when talking about software, last year is another country.

A collaboration agreement that gave me everything I would need was quickly reached. An innovative twist, devised by Andrew Wylie, was that Ellison would have a kind of right of reply or commentary within the book, which he could use either to express a counterpoint to any of my conclusions that he disagreed with or to amplify things that he thought important. Neither of us would be able to alter the words of the other. It is a unique form of joint copyright. I think it has worked.

There is one other thing I would like to say about my relationship with Ellison. In the course of my research, I met, somewhat to my surprise, a number of people who assumed that Ellison was paying me to write what he hoped would be a sympathetic account of his life. This is not the case. My compensation and expenses have been covered in full by the advance from my publisher. That said, I have stayed as his guest during my many visits to Oracle and have traveled with him on his private planes. I have also spent time with Ellison on his boats, recording extensive interviews during his vacations and, most recently, joining him in Auckland to report at first hand on his America's Cup campaign. Has this degree of inti-

macy undermined my ability to be objective about Ellison? It is hard for me to say, but I don't believe so. I like Ellison and there is much about him that I admire, but I am frequently critical of him. Most of us, I think, are able to reach reasonably objective judgments about even our closest friends. Liking them does not mean being oblivious to their faults. I have written the truth about Ellison as I have found it and reported faithfully, for better or ill, the words of the many people who know him whom I have interviewed. When Ellison's version of events appears questionable or his behavior less than admirable, I have said so. But to a great extent, the picture of Ellison that emerges is one formed by his own words during innumerable, at times brutally frank, conversations conducted over a period of two years. Ellison is, more often than not, his own harshest and most unrelenting critic.

# 1

# LARRY AND ME

I first met Larry Ellison in his office at Oracle's Redwood Shores head-quarters on December 8, 1997. I had recently become *The Economist's* technology and communications editor, and this was the first of what became regular visits to Silicon Valley. I had just completed two days of meetings at Microsoft's campus at Redmond, Washington, 800 miles to the north, where an array of impressively on-message executives had been wheeled out for my benefit—though unfortunately not Bill Gates himself. I would see him on my next visit, I was assured. But there was a strong hint that "face time with Bill" was conditional on *The Economist's* taking a more sympathetic line toward Microsoft in the antitrust case that the Department of Justice was preparing against it. After a similar turn involving Oracle's most senior managers, I had been promised time with Ellison himself.

It turned out I'd picked a bad afternoon. I didn't know it at the time, but Oracle was about to issue its first earnings warning since the firm had nearly gone under in 1990. The economic crisis in Asia had taken its toll, and in North America, slowing license sales of Oracle's most important product, its all-conquering database, seemed to support the argument of some analysts that Oracle was dominating a market that was getting close to saturation. The following day, the stock lost 30 percent of its value.

As I waited, I could see Ellison through the glass doors of the eleventh-floor boardroom, huddled in conversation. He was already an hour and a half late for his interview with me and I knew he had to fly to New York later in the day to deliver a keynote speech at an Internet conference. I had heard stories about Ellison's lateness and didn't believe the press

flak's distracted excuses about an "emergency" being the cause of the delay. Let's leave it for another time, I suggested grumpily. But at that moment, I was suddenly ushered into Ellison's handsome office with its expensive Japanese artifacts and panoramic views across the bay.

Despite the strain he must have been under, Ellison was courtesy itself. After apologizing profusely for his lateness, he began to talk about technology. His theme was the failure of the prevailing computer architecture of the day, known as client/server (because the job of running software was shared between server computers in corporate data centers and their desktop PC "clients"). He believed client/server was an "evolutionary dead end" that was "distributing complexity" with disastrous consequences. The answer was a new model of computing based on the Internet, in which the complexity and the computing would be hidden in the network. Users would be able to access everything they needed through a web browser that could be run by a machine much less expensive and cantankerous than a PC—a network computer.

There was nothing unexpected in this. It was a drum that Ellison had been beating for some time, and conceptually it was little different from Sun Microsystems's famous slogan that "the network is the computer." Ellison had first declared the PC "a ridiculous device" at a technology conference in Paris more than two years earlier. The speech, at the height of the hoopla surrounding the release of Windows 95 and in front of an audience that included Bill Gates, caused a minor sensation.*

Ellison ran through a well-rehearsed routine, but there was nonetheless something extraordinarily compelling about his argument. He seemed to be speaking directly to the problems that anyone who depended on computers at work knew all too well: the crash-prone PC with its incomprehensible error messages; the incredible effort of maintaining thousands of PCs across a company; the apparently insurmountable difficulties of getting reasonable performance and scalability across wide-area networks. The arguments seemed utterly rational and commonsensical, while Ellison himself was passionate and funny.

---

*LE writes: The arrival of Windows 95 received more media attention than the Middle East peace accords, which were signed that same week. But that wasn't the only thing I found odd. While everyone applauded Microsoft's increasingly complex desktop software, I was convinced that every application that could be moved off the PC should be moved off the PC. To me the entire industry was headed in the wrong direction.

• • •

Over the next three years, Ellison was proved to be far more right than wrong. The network computer itself proved to be a dazzling digression: Ellison had been right about how the Internet would change the way computers were used, but most people still reckoned that the best way of getting to the Internet was through a PC. A few network computers were made by Oracle and a loosely knit coalition of Microsoft's enemies, such as IBM and Sun Microsystems, but tumbling PC prices and the limitations imposed by slow dial-up connections quickly condemned them to irrelevance. Microsoft crowed; Ellison was made to look a bit foolish. But the PC versus the NC was a sideshow that stole attention from the real struggle for the future of computing. What mattered was that Ellison had understood better than anyone the potential impact of the Internet on enterprise computing in general and on Oracle in particular.*

While the technology analysts in the investment banks and the consultancies confidently predicted the maturing of the database market, Ellison realized that the Internet would exponentially increase both the number of database transactions and the number of people who would interact with Oracle's databases. That would mean more license growth than the analysts had dreamed of. Every time someone looked for a book on Amazon.com, bought stock through E*TRADE, or put something up for auction on eBay, that person was using an Oracle database. Ellison believed that the database would be the essential platform for Internet computing, effectively displacing the once all-important operating system.

Within companies, the same thing would happen. Instead of business software being used by only a handful of specialists, Internet-based applications could be extended to anyone with authorization and a

---

*LE writes: The primary message in Oracle's Internet computing announcement was that complex application software should move off desktop PCs and be embedded in the network on server computers. Users would then access these applications via an Internet browser. To demonstrate our new approach to computing, we built a simple $500 desktop computer that ran one and only one program: an Internet browser. The easily explained NC captured much more media attention than the more complex concept of an Internet computing architecture. In marketing, simple messages always win. The market itself has a different set of dynamics. PC prices dropped from $2,500 to $500, rendering the NC unnecessary. But at the same time, every other enterprise software company copied the fundamental structure of our Internet computing architecture.

browser. Every time one of those applications was used, there was a good chance that it would query the database that the application ran on. When the networking giant Cisco Systems talked of having a "URL for everything we do," it was another way of saying that everybody they employed was constantly using the firm's Oracle database. In a client/server world, less sophisticated databases, such as Microsoft's SQL Server, might have become "good enough" for many businesses, but with Internet computing came the need for databases that could support millions of users at once. With the coming of e-business, Oracle's databases became at least as much an essential element of infrastructure as Cisco's routers or the big server computers made by the likes of Sun that were also back in fashion. It was no coincidence that in early 2000 those three companies—the three superstars of the Internet—had a combined market value of nearly a trillion dollars.

If that was a stroke of luck for Oracle, what wasn't was Ellison's decision, to the horror of many colleagues and customers, to abandon all further development of client/server-based applications and concentrate the firm's entire engineering effort on building for the new computing architecture of the Internet. While rivals in the apps business, such as the German powerhouse SAP and PeopleSoft, talked up the Internet and put a web front-end on some of their products, Ellison went much further. Oracle was the first established software firm to risk everything on the new paradigm.

His rationale was simple: Oracle could never hope to be number one in enterprise applications as long as client/server prevailed—it was fated always to play second fiddle to SAP, whose strength in the enterprise apps market almost matched Oracle's dominance in databases. By getting to the Internet first, assuming that the software could be made to work, Ellison would force Oracle's competitors to become followers, gaining vital time-to-market over them. And, crucially in an industry in which perception is as important as reality, if Ellison's bet came off, it would make Oracle appear very cool.

The strategy of harnessing Internet hype and turning Oracle from stodgy to hip—Ellison's mantra had become "the Internet changes everything"—helped drive Oracle's market cap in 2000 to within touching distance of a Microsoft brought low by the government's antitrust case. Ellison even briefly overtook Bill Gates as the world's richest man, with a net worth of more than $50 billion. If newspaper and magazine articles about Ellison still found plenty of space to describe in loving detail his high-rolling ways, they were also forced to concede that there was sub-

stance too. Even though Ellison refused to conform to their idea of what an *Über*-geek should look and sound like—Gates had that one sewn up—there was a growing willingness to concede that, although as arrogant and addicted to hyperbole as ever, Ellison probably was an authentic business and technology visionary.

• • •

In December 2000, when I was thinking about writing this book, Ellison told me that he was preparing to bet the company all over again in a do-or-die attempt to make Oracle not just the biggest software company, but the world's most influential corporation. To Ellison, that meant not so much passing Microsoft in revenues, although that would be nice, but Oracle having become the successor to industrial icons such as Ford and IBM, whose products and vision had changed the way the world works. He couldn't bear to include Microsoft in that pantheon. At first it sounded like a characteristic piece of Ellisonian exaggeration. With Ellison, you never quite knew whether he was being provocative for the sake of it or whether he really meant it.

Before deciding to do the book, I went to see him at his home in Atherton. I needed to gauge how serious he really was. After talking through the day and well into the night, I concluded that he was very serious indeed.

His logic went like this: The arrival of the Internet meant we were now living at the beginning of the information age—"it's the information age, not the fucking operating system age"—and Oracle, it just so happened, was the leading company for helping people to manage their information. Software was the product that made the world go round, and the software business, according to Ellison, is and always has been based on the principle of winner take all. IBM and Microsoft, in their heydays, had demonstrated that. But now the rules of the game had shifted in Oracle's favor, and it was its turn to become the dominant force in computing. IBM and Microsoft had both bestrode their respective eras—eras that had been defined by the prevailing computer architectures of the day, the mainframe followed by client/server.

Ellison was convinced that Oracle was now poised to claim the mantle that Microsoft had snatched from IBM. But while these two companies' reigns had been temporary, Ellison reckoned Oracle could be on top for a very long time. He believed that the world was inexorably moving toward "one network [the Internet], one database [from Oracle]."He says: "I really don't think there will be another paradigm shift. This is it."

But the database alone could not bring Oracle the degree of success that Ellison was after. For that, he needed Oracle's applications to become the enterprising computing equivalent of Microsoft's ubiquitous Office. In other words, Oracle's Release 11i, or the E-Business Suite as Ellison preferred to call it, would need to become the standard package of applications for automating the world's businesses. Release 11i had shipped some six months earlier at the beginning of June and Ellison was convinced it was going to turn the economy of business computing on its head. Engineered for the Internet from scratch, it was one of the biggest and most complex pieces of software ever created. It brought together traditional enterprise resource planning (ERP) applications for running all of a company's back-office functions with the much newer customer relationship management (CRM) programs, which were designed to deal with every outward-facing task from sales automation to choreographing a sophisticated marketing campaign. It was, Ellison boasted, the only integrated suite that could do everything that most business customers would ever need it to do.

The consequence, Ellison argued, was that it was no longer necessary to hire expensive systems integrators from IBM or Accenture to glue together market-leading applications from different software vendors—the practice known as bringing together best-of-breed. "Building an integrated system out of several different software products that were never designed to work together is a very difficult task. At Oracle, we used to sell and deliver these best-of-breed systems; selling was easy, delivery was hard. IBM has thousands of consultants eager to help you make it work. The more complex the integration project the more likely it will be late and over budget. It may even fail completely. And in the end it's the customer who assumes the financial risk for the success or failure of these projects. This best-of-breed software product assembly approach is absolutely unique to the computer industry. If Detroit ran like Silicon Valley, nobody would sell cars—just parts. Customers would have to figure out which were the 'best' parts—a Honda engine, a Ford transmission, a BMW chassis, GM electrical system—and buy them and try to assemble them into a working car. Good luck. I know it sounds crazy, but that's how companies put together business systems today."

But not for much longer, if Ellison had anything to do with it. Ellison was betting that companies with the bitter experience of lengthy software implementations that never fully delivered or returned their investment would be willing to break with the past and buy nearly everything from Oracle. He was also betting that among software vendors only Oracle

was big and powerful enough to put together a complete "soup-to-nuts" package of e-business applications, tightly integrated with the database, that would work reliably straight out of the box. And finally, he was betting that the giant systems integration and consulting firms, who recommended to clients what software they should buy, would not turn against Oracle for trying to destroy a large and lucrative part of their business. Ellison leaned back in his chair, grinning: "I feel slightly dizzy when I think about it. We have this one chance to win, and I know that unless we screw up, it's going to happen."

Ellison was, in effect, going to war with nearly the whole of the computing business. Mooning Microsoft was one thing, but challenging so much of the industry's conventional wisdom and vested interests at one time and with few allies seemed unnecessarily foolhardy. I wondered whether Ellison would have the stamina for such a grueling challenge. He was fifty-six years old and, thanks to the 24 percent stake in Oracle that he had clung to through thick and thin since the initial public offering in 1985, he was wealthy beyond even his own understanding.

Although he always talked about technology and Oracle with passion and intensity, he didn't have the methodical relentlessness that made Bill Gates so formidable and feared. By his own admission, Ellison was not an obsessive grinder like Gates: "I am a sprinter. I rest, I sprint, I rest, I sprint again." Ellison had a reputation for being easily bored by the process of running a business and often took time off, leaving the shop to senior colleagues. One of the reasons often trotted out for Oracle's success in the 1990s was Ellison's decision to hire Ray Lane, a senior executive credited with bringing order and discipline to the business, allowing Ellison just to do the vision thing and bunk off to sail his boats whenever he felt like it. But Lane had left Oracle nearly eighteen months before after falling out with Ellison. Since then, Ellison had taken full control of the company—how likely was it that he would he stay the course?

One reason to be skeptical was that Ellison just seemed to have too many things going on in his life besides Oracle. During the afternoon, we took a break from discussing the future of computing to take a tour of what would be his new home—nearly a decade in the making, and at that time, still nearly three years from completion. In the hills of Woodside, California, framing a five-acre artificial lake, six wooden Japanese houses, perfect replicas of the fifteenth- and sixteenth-century originals in Kyoto, were under construction. The site also contained two full-size ornamental bridges, hundreds of boulders trucked in from the high Sierras and arranged according to Zen principles and an equal number of

cherry trees jostling for attention next to towering redwoods. Ellison remarked: "If I'm remembered for anything, it's more likely to be for this than Oracle." *

In the evening, I noticed in Ellison's dining room a scale model of what would become his second home: a graceful-looking 450-foot motoryacht capable of circumnavigating the globe. Already the owner of two mega-yachts, bought secondhand and extensively modified (the 192-foot *Ronin* based in Sausalito and the 244-foot *Katana,* which was kept at Antibes in the South of France), Ellison wanted to create the perfect yacht. The key to achieving this had been his successful courtship of a seventy-two-year-old Englishman, Jon Bannenberg, recognized as the greatest designer of very big, privately-owned yachts. With a budget of $200 million—about the same as that for the Japanese imperial village in Woodside—it would be Bannenberg's masterpiece. Bannenberg had committed himself to "handing over the keys" to Ellison in time for his summer holiday in 2003.

Then there was Ellison's flirtation with biotechnology. He had often said to me that when he finally left Oracle (yes, a life after Oracle was something that he contemplated), he would like to work in biotech, even describing it as a new career. He already owned an intellectually formidable Israeli company called Quark Biotech, a pioneer in applied genomics-based drug development, which develops therapeutic products that treat diseases such as cancer and osteoporosis by attacking their causes rather than their symptoms. Ellison's main philanthropic effort, through the Ellison Medical Foundation, was funding essential research into the diseases of aging. His detractors alleged that he was praying that his foundation would come up with an elixir of youth. It was a good joke given Ellison's distaste for mortality.

If Ellison could devote as much or as little time as he felt able to his two mammoth construction projects, the same could not be said of the America's Cup. After winning four maxi-class world championships in his 80-foot sloop *Sayonara* and narrowly escaping death in the lethal 1998 Sydney-to-Hobart race, Ellison had turned his attention to winning yachting's most prestigious prize. Although the races (in Auckland) to decide who would challenge Team New Zealand for the "auld mug" would not begin until the fall of 2002, in common with the other major syndi-

*LE writes: Gardens last for hundreds of years, companies don't. That's because people love and take care of gardens.*

cates, Ellison's team, Oracle Racing, was already in training on the water. Would Ellison be happy just to pay the bills—he had agreed to provide a budget for the team of $80 million—or was he planning a more active involvement?

If Ellison decided to take the helm, he would be up against the best professional "drivers" in the world and he already employed one of them: *Sayonara* veteran Chris Dickson from New Zealand. When I asked him, he looked sheepish: "It depends how fast our boat is. If it's fast enough, maybe. But I'm not telling anyone yet. I don't want to have a mutiny on my hands." I wasn't sure whether he was talking about the America's Cup team or his colleagues at Oracle. I was sure, however, that Ellison had no intention of standing in the background obediently signing checks. And if he was planning on driving in some of the races as he had hinted, what sort of commitment in terms of preparation and weeks spent away from Oracle did that imply?

Finally, although I didn't know then, there was even the possibility that Ellison might start a new family. Although Ellison's views on monogamy would never make him a standard-bearer for the moral majority, his five-year relationship with Melanie Craft, a writer twenty-five years his junior, had evolved into a deep mutual commitment. After three failed marriages, one other long-term relationship, and a string of less serious girlfriends, Ellison had pretty much convinced himself that being a husband was just something he was not very good at (although he gave himself higher marks as a father to his two teenage children). As his children by his third marriage were reaching young adulthood—David was eighteen and Megan fifteen—the idea of having more was growing on him. It wasn't something that he talked about, and he was sensitive enough not to want to put any pressure on Melanie, but it was there all the same.

• • •

I had been swept along by Ellison's arguments and exhilarated by his recklessness and the sheer grandeur of his optimism. As usual, everything he was saying made perfect sense and was intellectually compelling. Part of me thought: "He's right. If the E-Business Suite is all he says it is, why shouldn't he succeed with this? And if it does, why shouldn't Oracle become the most important company on earth."

However, Oracle's aggressive and sometimes arrogant style had made it plenty of enemies, and with the launch of the E-Business Suite it seemed that Ellison was intent on making a great many more. Critics had accused

Ellison and Oracle of overclaiming and hyping products that sometimes failed to live up to their billing (not exactly a unique crime in the software business, but one that was persistently pinned on Oracle). And although Oracle had the second biggest enterprise applications business in the world, the history of its applications had been, to put it mildly, torrid. If the software didn't deliver on Ellison's promise, there would be plenty of people more than happy to see him crash and burn.

Ellison was desperate for Oracle to fulfill what he saw as its true potential, but was he prepared to do what might be required in terms of sheer grinding slog for that to happen? Ellison had become used to having never to do anything he didn't want to. Was he ready to make the sacrifices that would likely be demanded of him? The progress of this campaign—certainly his most important and possibly his last—would have profound consequences both for Oracle and the reputation of its founder. I very much wanted to know how it would turn out.

# 2

# ON THE ROAD

*March 2001*

It's a cold, gray dawn, and we're waiting for Larry Ellison, drinking bad coffee in a bleak "VIP" lounge tucked into a remote corner of Hong Kong's new Lantau Airport reserved for private jets. The welcoming committee consists of Judy Sim, a tall Chinese American who is Oracle's senior events manager, George and Rich, the two middle-aged, gun-toting ex-cops who take care of Ellison's personal security, and me. Two black S-Class Mercedes are ready to whisk Ellison the twenty miles to his suite in the Grand Hyatt Hotel overlooking the harbor. At 7 A.M. prompt, the elegant shape of Ellison's $35 million Gulfstream V, eleven hours out of San Jose, slips into view and taxis towards the terminal. The cabin door opens, and the two pilots bring out the bags and suit carriers to the waiting cars. But of Ellison there's no sign.

A good ten minutes later he emerges, looking distracted and worried. Two weeks ago, a year after the dot coms and the telcos first started taking a market hammering, the tech downturn finally caught up with Oracle. Big software deals suddenly evaporated in the few days before the close of Oracle's third quarter, forcing the world's biggest business software company to make an embarrassing earnings warning. For Ellison, who only a few weeks earlier had been confidently arguing that Oracle might yet prove immune to the forces wreaking havoc with the stock prices of rival technology firms, it was a dismaying moment, and this trip to China to drum up business for Oracle's ambitious new software package, the E-Business Suite, has taken on a new urgency.

Before getting into the backseat of the lead car, Judy Sim, who has

been out in Hong Kong for several days preparing the ground, hands Ellison a sheaf of briefing papers profiling the customers he will soon be meeting and summarizing the points that the local sales team wants him to focus on. But he's not looking at them. He stares bleakly out of the car window as the convoy pulls away, his eyes filling with tears. It's an awkward moment. He takes a big gulp of air and mumbles, "It's been a horrible weekend."

In the terminal he had made a cell phone call to Melanie Craft, his thirty-two-year-old fiancée and partner for the last five years, at home in California. He asked her to fly out to Hong Kong later in the day; it's clear that something terrible has happened. "Maggie just died. Cancer. She was ten years old. Damn, fuck. Sorry. She was my favorite cat. Watching her die—I've been a complete basket case for the last three days." Another prolonged pause, and he seems to pull himself together. "You know, it's times like this that I wonder about doing deals with the Devil. Sad thing is, even if you're ready to sell your soul, you usually find that nobody's buying." Ellison doesn't like death. He resents it. How can it be that one moment you're here and the next moment you're not? The fate of Maggie, whose rapidly advancing cancer has so distressed him, prompts a story about a time when he made a donation to the Ronald McDonald House at Stanford. As a result, Ellison was expected to pay visits to children's oncology wards. It was a nightmare. "Even the nurses and doctors on those wards couldn't handle the emotional pain," he says. "After six months, they either left or became numb to the point of losing their ability to feel anything. I just couldn't go back into those wards."

Railing against the unfairness of death and confessing to his own emotional squeamishness seems to have made him feel a little better. For the remainder of the ride to the hotel, he rifles through the briefing papers that Sim has given him. He has half an hour before meeting Xiao-Chu Wang, the chairman of China Mobile, the fast-growing wireless operator. Straight after that he is to host a meeting with the bosses of nine local firms.

• • •

The CEO roundtable at the Grand Hyatt is the first that Ellison has held in Asia. The roundtable format has become one of Ellison's favorite ways of selling Oracle's vision: self-important CEOs, who would not dream of opening their door to even the most senior Oracle sales executive, are curious to meet Ellison, not least because of his often controversial celebrity.

These events already have an established pattern. Ellison usually starts by describing Oracle's own experience of "transforming" itself into an e-business and saving a billion dollars' worth of cost along the way. In particular, he likes to paint a lurid picture of the inefficiency of Oracle's information systems before the Internet made a different model of computing possible. It's a riff designed to put the guests at ease—if Oracle, the leading provider of management information systems to most of the world's biggest companies, couldn't handle its own data properly, it's okay for others to admit that they're having problems. Ellison had told me that in America, the occasion often took on the flavor of a confessional—a kind of CEOs Anonymous—in which the leaders of household name companies would compete with one another to tell horror stories about expensive computer systems that had taken forever to install and never delivered. It didn't seem to worry Ellison that at least some of these nightmare experiences involved Oracle software and consultants—it was all the fault of the so-called client/server model of computing that Microsoft had helped to foist on the world. "We're all in the same boat," he would say, "paying top dollar for systems that tell us almost nothing about our businesses." Before we go into the room, Derek Williams, Oracle's top executive in Asia, warns Ellison that, this being the inscrutable East, he may find his audience less responsive than he's used to.

And so it is. The executives who have turned up are a pretty good cross section of local business: a couple of trading companies, two manufacturers, a telephone firm from the Philippines, a big e-business exchange and online marketplace, a clothing group, and the chief operating officer of Richard Li's once megahyped Pacific Century CyberWorks. The public sector is also there in the form of Jack So, chairman of the MTR rail system, and Nancy Tse, the deputy director of the hospital authority. But there is no buzz in the room. It's as if the guests are overawed by Ellison's presence and are not quite sure what's expected of them.

Ellison starts the meeting with his well-honed account of what it means to be an e-business and Oracle's own epiphany and redemption. The story is rambling and funny, but the message is clear. By streamlining its processes and using its own software and the Internet to automate them, Oracle not only saved $1 billion in annual costs but became an organization that was far more responsive to the needs of its customers. What's more, as all this had been achieved by centralizing information and going from literally thousands of server computers to just a handful, it meant being prepared to spend less, not more, on information technology. The obstacle to realizing such gains was no longer technological, it

was whether the people within a company were prepared to embrace change, and that wouldn't happen unless senior management was ready to think how the business should operate for the next twenty-five years in the light of the Internet. Ellison ends with the challenge "Are you willing to pay less? That really is the question."

Perhaps the guests think the question is rhetorical, but after an uncomfortable pause Ellison cranks himself up again with an amplification of why spending less can result in better information. It's a bit repetitive, but it gives Williams the chance to add that you don't need to be a software firm like Oracle to do these things. GE Power Systems—Oracle's top reference *du jour*—is a classic bricks-and-mortar company, and many other customers were also proving what could be accomplished in a short time. That seems to get them going. From then on, it's a competition to show how switched on they all are. They want to know about the future of e-commerce after the dot-com crash, how to train their people to use the new technology, and what should be done to bring trading partners with them into e-business networks, especially small firms with limited IT resources and skepticism about what's in it for them.

Ellison has an answer for each of them. His line on e-commerce is that the Internet can make good companies better, but it won't turn bad businesses into good ones. He reckons that there won't turn out to be that many brand-new companies created by the Internet; mostly it's a question of existing firms getting smarter and more efficient. "Dot-com mania," he says, "was a fantasy, the world had gone a little bit crazy." On the training issue, he says, "When we say there's a training problem, it's usually because a product is too difficult to use. If you can use Yahoo! or Amazon without any training, you should be able to use most business software with little or no training. Unfortunately, our engineers usually stop short of making our products as easy to use as possible. The best and most leveraged approach is to make our software as easy to use as eBay, where seventy-year-old first-time computer users manage to buy and sell antiques."

The key to encouraging business partners to join online procurement exchanges and marketplaces is to convince them that it would make life easier for them, by giving them the opportunity to increase sales through better and faster information about market trends and to cut the cost of inventory and transaction processing. Patrick Wang, the very on-message chairman of Johnson Electric, a fast-growing $700 million manufacturer of microelectric motors, asks Ellison about Covisint, the giant auto industry exchange that Oracle is involved with. Covisint is a sore subject with Ellison—it was one of the last big deals brought in by Ray Lane, the powerful second in command at Oracle with whom Ellison, to a chorus of disapproval from Wall Street, had abruptly parted company nine months earlier. "Actually," Ellison says, "competitor collaboration is quite difficult; nothing quite like this has ever been tried before. Getting the Covisint partners [which include all the big three U.S. automakers] to cooperate over the long term will just not work, in my opinion." He reckons that it will go back to being a Ford-only exchange. The model for business-to-business (B2B) exchanges, he argues, is the one that Oracle has built for Sony—you need an exchange to be built around one "nucleating" company, strong enough both to drive and to provide liquidity, he says.

Mr. Wang looks a little taken aback. Ellison repeats his mantra that the watchwords of e-business are "automate and monitor," and the meeting breaks up. Although the guests seem happy enough and are making all the right noises about wanting to work with Oracle on their e-business plans, it's hard to gauge whether it's been a success. After the long flight and the distress over the cat, Ellison's performance has been, by his normal standards, a little flat. And without much coming back across the table to stimulate him, he's been mostly on autopilot.

• • •

The next day Ellison visits China Resources, one of the largest mainland enterprises in Hong Kong. With a spread of businesses similar to the giant Jardine Matheson, it provides about 40 percent of Hong Kong's food staples, trades in oil and gas, and has interests in supermarkets, hotels, and port developments. China Resources' president is Frank Ning, a tough, forty-something Chinese national who spent some time at a university in America. Ning comes over as a pragmatist, relieved that the dot-com fever has passed and interested in the practical ways the Internet can improve his sprawling $5 billion business. He uses the example of how his grandfather, as the boss of a trading company in Guangzhou during the 1920s, had approached the coming of the telephone. "He used it to improve his business, not set up a telephone trading company." Ning also points out that with capital markets in headlong retreat, everybody is slowing down their IT investments, and that might not be such a bad thing.

Ellison has been happy to agree with most of what Ning has said up to then, but he bridles at the idea that anyone should delay getting their business onto the Internet. "Yes, but the Internet is a tremendous effi-

ciency tool. We can deliver a very rapid return on your investment. We focus on rapid, low-cost implementations—our CRM [customer relationship management] and distribution software can go in very quickly. You should use the Internet not because it's new and cool, but because it will save you money." Ning changes gear. "We used to be a trading monopoly with China, although now we're a public company. Use us as an example for Chinese companies on the mainland, many of whom we do business with, of how Oracle software can help them. We're doing okay now, but we're determined to deliver more of the trading process online in a practical manner—we're moving online because it makes it better for our customers."

Ellison spots the opportunity. He suggests that China Resources could become the center of an online trading network, hosting e-business "hub" software and extending a new level of service to trading partners. That way, China Resources could, for example, link silk makers in China directly to designers in Italy; local manufacturers would know what to produce almost as soon as the fashions are penned. In other words, there may be advantages for Ning that he hasn't even thought of yet. It's a subtle way of deflecting Ning's hint that Oracle should give him a special deal because of his connections with businesses on the mainland.

The last meeting in Hong Kong is in the paneled boardroom of the powerful Wharf Group with its owner, Peter Wu. Wu is expected to be the next chief executive of the Hong Kong "special administrative region" when C. H. Tung's five-year term runs out in 2002. He's a hybrid businessman/politician—smooth and fluent in a way that Frank Ning was not and keen to brag about the economic prowess of Hong Kong in particular and northeast Asia in general. Both private- and public-sector finances are in good shape, he boasts, and Hong Kong, which was already doing 40 percent of its trade with China, would gain hugely from China's forthcoming membership in the World Trade Organization. The key to understanding the dynamism of the economy, not just in Hong Kong but elsewhere in Asia, Wu claims, is the role of SMEs (small and medium-sized enterprises) as the driving force. Ellison remarks that SMEs have also become the main engine of Oracle's own growth and points out that if you can't automate the SMEs, the Sonys and the Hutchinsons that do business with them won't be automated either, no matter what they spend on IT.

But Wu is doubtful whether Oracle makes the kind of simple and affordable software that these people would buy. "They are not like dot coms," he says. "They have never heard the words 'burn rate,' and they

can't afford to spend millions on complicated and interminable systems implementations." This is just the opening that Ellison wants. A big part of his message is that Oracle's customers should install the software in "plain vanilla" form and avoid expensive modifications. But he suddenly makes the extraordinary claim that Oracle is intending to get the initial purchase price of the applications suite for small businesses down to $20,000 and get the software up and running almost before the ink dries on the contract—in other words, in just a few hours. Williams looks astonished, but it's quintessential Ellison; because he's already worked out in his own mind how something like this could, in theory, be done, it follows that all the practical difficulties have already been overcome.*

It's also an opportunity to expound on a core Ellison theme: "the war against complexity." Software has to be made much more simple. Computing has become so complex that customers have to hire experts just to explain the industry's products. Everyone has been trying to make their products more powerful and in the process they have become more difficult to use. Oracle, by contrast, with its E-Business Suite has delivered an integrated closed loop that delivers 80 percent of what you need straight out of the box.

Also in the Wharf Group's boardroom is Nancy Tse, the Hong Kong Hospital Authority's number two who was at the previous day's CEO roundtable. She's still carrying scar tissue from the last big software implementation she was involved with—the introduction of a large-scale client/server system. It was two years in the planning, three years in execution, and cost twice the agreed-upon budget. In short, a pretty standard big IT project. She wants to know when she should introduce new technology if she's going to have to go through the whole upgrade nightmare again. Ellison has two answers. The first is that the Internet model is the last model of computing. This is it, he says. What makes him so sure is that Internet-based computer networks work in a way similar to all the other networks that we depend on, from water, as invented by the Romans, to electricity and the telephone. The second is that migration from

---

*LE writes: Actually, I didn't invent the idea for a $20,000 version of the E-Business Suite on the fly during my meetings in China. The idea originated some time before, when a team of Derek Williams's engineers started a project to preconfigure the E-Business Suite for smaller Asian customers. This special edition of our business software is now in the market and sells for less than $20,000, including installation.

client/server to the Internet isn't trivial but shouldn't take too long. As long as Oracle can get the time with senior managers to work out how to change, standardize, and simplify every business process for the Internet, implementation can be very rapid—the model used so successfully with GE Power, he claims. Oracle was prepared to work on a guaranteed fixed-price, fixed-time basis. He promises, "We will make a very big difference." Tse doesn't look wholly reassured, and she's right not to be. Putting the E-Business Suite into a brand-new plant, such as GE Power's turbine factory in Hungary, should go fairly smoothly, but large-scale upgrades from "legacy" client/server systems tend to be a lot more painful than Ellison is admitting.*

• • •

As the cars race through the traffic back to the Grand Hyatt, Ellison casually suggests a change of plan for the weekend. "I thought that after Shanghai we might just fly down to Tahiti for a couple of days' R and R. The boat [the 192-foot *Ronin*] is down there and crewed, so we might as well use it." What really seems to tickle him is the idea of jetting straight from Tahiti on Sunday night to the next customer engagement—with HealthSouth in Birmingham, Alabama. "I bet that's a route that nobody's flown before: Tahiti to Birmingham."

Back at the hotel, Ellison is treated like visiting royalty and then some. Whenever his entourage arrives, flunkeys scurry ahead clearing a path, opening doors, and bobbing heads. That evening in the Grand Hyatt's fancy 1 Harbor Road restaurant, the chef is brought bowing and scraping to Ellison's table to explain the special banquet that has been prepared for the most honored guest. To his credit, Ellison appears to be neither embarrassed nor blasé but goes out of his way to be charmed and express his gratitude.

• • •

As the GV drops down toward the runway at Shanghai's slightly down-at-heel Hongqiao Airport, people on bicycles stop to take in the plane's unfamiliar silhouette. It's actually something of a miracle that the aircraft is landing at all. Just a few hours earlier, unknown to Ellison, the Chinese authorities had told the GV's pilots, Geoff and Pete, that permission to land had been withdrawn. But after haggling, negotiation, and string pulling by Oracle's advance party in China's biggest city, everything is back on again. The usual black Mercs (albeit of a slightly earlier vintage than those in Hong Kong) are on the tarmac to meet the plane, but in Shanghai there is also a police car with a flashing light to clear the motorcade's way through the city's gridlocked traffic. First stop is the towering Portman–Ritz Carlton Hotel, showpiece of the modern Shanghai Centre, where rooms have been booked and another CEO roundtable is due to start in forty-five minutes.

Although superficially grand, the hotel manages to be slightly tacky. The rooms, both public and private, suffer from that peculiarly Communist interpretation of luxury that requires acres of phony wood veneer and lashings of green (preferably cigarette-burned) velour. Everything is grubby, and nothing works quite as it's meant to. As it's about 8:30 in the morning, several of the elevators are emptying themselves of pretty young women wearing long raincoats in a vain attempt to conceal the evening finery they arrived in the night before. The atmosphere of pre-revolutionary loucheness is further heightened by the hotel's own female staff, who are kitted out in shiny red cheongsams, slit daringly high on the thigh. Touchingly, most are wearing shabby black sneakers or what look like boots from a People's Liberation Army surplus store. Two of these girls are standing at attention outside the room in which the roundtable will take place. Before Ellison shows up, one of the Oracle flaks orders them to find some more appropriate footwear.

The twelve guests, an impressive selection of local entrepreneurial talent, are all male, and most are in their early thirties. They lack the sleekness of their Hong Kong counterparts, and only two or three of them are sufficiently confident of their English to dispense with the simultaneous translation. But Derek Williams's warning that this audience would be even harder to get going than the one in Hong Kong turns out to be wide of the mark. After Ellison's opening remarks, carefully tailored to flatter Shanghai's massive building boom—"it seems like half the cranes in the world are right here in this city"—and the prediction that China would soon have more people hooked up to the World Wide Web than America thanks to the coming of the wireless Internet, the questions come thick and fast.

Although Ellison has talked enthusiastically about how lucky they are to be able to install Oracle's Internet-based software without worrying about legacy computing systems getting in the way—"client/server never

---

*LE writes: When we implemented our E-Business Suite at JDS Uniphase, it was up and running globally in less than a year. We put the system in for a guaranteed fixed price. JDS's IT budget is now 50 percent lower than what it was before.

happened here" he says, seeming to extol Chinese wisdom rather than hinting at any technological backwardness—they most want to hear his views on what's going on in the world. They want to know what he thinks will happen to the Nasdaq—four of the firms represented are stockbrokers with a lot of very perplexed clients—and whether the U.S. economy is going into recession. They also seem fascinated by the power cuts in California. Although Ellison would clearly rather be selling software, he's happy to oblige with his opinions and is stumped only when a banker asks him what impact the World Trade Organization (WTO) will have on the Chinese banking system and what steps Ellison would take to reform it.

After about an hour, the conversation meanders around to what Oracle actually does and might be able to do for them. They want to know whether this e-business thing is real (it is, says Ellison); how they should deal with rapid growth (it's risky, he says, but it's riskier not to grow fast; our software will help you scale your business); and how Oracle is doing against its rivals, especially Microsoft. At last Ellison gets the chance to pitch the E-Business Suite. To their surprise, Ellison explains that Microsoft isn't really a direct rival. Oracle's main competitors are the sprawling computer behemoth IBM and the leading business application firms, such as SAP and Siebel Systems, whose products IBM and other system integrators expensively try to knit together. The contrast is their complexity versus Oracle's simplicity. Yesterday, in Hong Kong, the idea of the E-Business Suite being installed for $20,000 and in less than an hour was an ambitious goal, but in Shanghai, Ellison turns it into something very like a product that will soon be ready to ship.*

Next stop is the Shanghai studios of CCTV, the state-owned television service. Ellison is to appear on a live lunchtime chat show that has an *Oprah*-style format and a claimed viewership of around 50 million people. While Ellison is wired for sound, the program's host, Wei Zhang, a smartly groomed young woman with an American university education, assures him that despite the presence of an invited audience of several hundred, who will be given a chance to question him later, the show is actually a good deal more intellectually serious than *Oprah*. Ellison is understandably relieved. He's been on the real *Oprah* and says that he felt like a rabbit caught in the headlights of an onrushing car.

---

*LE writes: The $20,000 special edition of the E-Business Suite came to the China market in 2002.*

In fact, the show turns out to be pretty bad. The Chinese Oprah's idea of intellectual seriousness is to keep asking variations of the same question over and over again: Does he mind Oracle's being number two to Microsoft? How does he plan to become number one? How does he feel about being only the second richest man in the world, and how does he intend to overtake Bill Gates in wealth? Ellison becomes increasingly desperate to find ways of not repeating himself. Even when the audience gets its chance, it's the same questions all over again. Clearly, the Chinese think being number two is a pretty awful fate—watch out, America.

It gets worse when Ellison is asked about something different: How important is China to Oracle as a source of engineering talent? It's getting more important all the time, he says. In that case, says another member of the audience, how about moving R and D out here from California? Ellison blinks into the lights and suddenly realizes that the guy asking the question is Oracle's managing director in China, Andrew Hu. The Oracle events managers, who have organized Ellison's itinerary, are horrified: "What the fuck's he doing there?" As other equally self-serving questions from the audience come in, the thought comes to Ellison that maybe there are other Oracle plants among the guests. "Er . . . just how many people are there here from Oracle?" he asks nervously. A forest of hands goes up. "At least half" appears to be the answer. "Christ, I didn't know we even had so many people in China," groans one of the flaks. If this happened in America, says another, we'd never live it down. Luckily, the show has been seen by only about 50 million people.

The last meeting before returning to the plane is with the mayor of Shanghai, Xu Kuang Di. The room in the city hall is a vast, ornately decorated chamber with rows of large armchairs on three sides. Xu and Ellison sit on a slightly raised dais, their respective interpreters perched, absurdly, just behind them, like hiding puppeteers. Xu looks every inch the tough boss of a tough city. The mayorship of Shanghai is not only one of the biggest political jobs in China, it can lead to the very top—both President Jiang Zemin and the country's prime minister, Zhu Rongji, are former mayors of the city.

Ellison is at his diplomatic smoothest: Shanghai is one of the most exciting cities in the world, with the fastest growth and the most cranes (this is a line he clearly likes), and it's one that he always looks forward to returning to (though it's not fascinating enough to keep him in town for more than a few hours on this trip). Xu is equally flattering about Ellison's accomplishments and the contribution Oracle is making to the new China. He then gives a little soliloquy about the importance of the Inter-

net to Shanghai, the need to keep constantly upgrading technology and the city's already quite impressive communications infrastructure. The growth of wireless was an example of how the new Shanghai was embracing technology, with more than 3 million mobile phones among a population of 13 million. He then asks Ellison the question that it seems everyone in China is desperate to have answered: What's likely to happen to technology and Internet stocks? He's very worried, he says, now speaking in quite passable English, that the experience of losses in the last few months could dent the appetite of inexperienced Chinese investors to hold stocks. You have to pinch yourself to remember that this is a Communist speaking, not the chairman of the New York Stock Exchange. The mayor suddenly asks what Oracle can do to put the city's customs operations online. Ellison and Derek Williams can hardly contain their excitement. They assure Xu that they have the software ready to go and the efficiencies will naturally be astounding. Arrangements are made to meet with customs officials and begin "scoping" the project. A meeting that was conceived as little more than an opportunity to show the flag and drum up some local media coverage has turned out to be a lot more interesting.

In fact, aside from the weirdness of the lunchtime TV show, everything has gone amazingly smoothly. But now we're not going to Tahiti after all: Geoff Glass, the senior of Ellison's two full-time pilots, has looked at a map. Ellison's idea that Tahiti is "on the way back" to the United States turns out to be wide of the mark—it's a seventeen-hour flight, including a refueling stopover in Guam. The Pacific is very big. The pioneering flight from Tahiti to Birmingham is left for someone else to do. Eleven hours later, but earlier the same Thursday thanks to the sixteen-hour time difference, the GV touches down at the San Jose Jet Center, where Carl Olsen, Ellison's driver, is waiting by the hangar with his boss's new Bentley Arnage Red Label.

• • •

It's a long Thursday. Ellison is back in the office by early afternoon to take a review meeting with the applications group. The meeting, in the eleventh-floor boardroom, is already under way by the time Ellison swings in. It's as if he had just stepped out to get a Coke from the fridge rather than flown in from China. Although the atmosphere is typically Silicon Valley informal—whispered side conversations, tinkering with PDAs and cell phones, frequent excursions to pick up juices and sodas from the fridge across the way—and no one is obviously chairing the proceedings, the focus subtly shifts toward Ellison.

It's all fairly routine stuff. There's an update on how a few big E-Business Suite installations are going. The most important are a major CRM installation at Silicon Valley neighbor Hewlett-Packard that's about to be rolled out to nearly four thousand marketing people and the vital "go live" at GE Power in Hungary. The good news is that there are "no software issues," but one small cloud on the horizon concerns the way GE is handling the next EBS implementation at its Houston plant.

Ron Wohl, Oracle's joint head of applications development, says that GE is warning that Houston is likely to be more complex than Hungary, because local managers are resisting the approach used in Hungary, where processes were adapted to work with the software rather than the other way around. At Oracle, this has become tantamount to heresy; a big part of the EBS campaign is to convince customers to take the software in "plain vanilla" form and install it rapidly without modifications. Wohl says that it may be possible to sort things out at a meeting of the GE-Oracle steering committee in a fortnight. But if that fails, either he or Ellison may have to go back to GE Power Systems' boss and current Oracle poster boy, John Rice, and persuade him to tell the Houston people to see sense. Ellison has a better idea. Tell Houston, he says, they must write down on paper exactly why they have to be different from Hungary. Don't let them argue about it at the steering committee, they'll come up with some wonderful reasons and put up a great argument. "Make them write it down," he says.*

The next day—Ellison usually doesn't arrive in the office until about 1:30 in the afternoon—is taken up with meetings, first with the application server group and second with marketing, to approve some press ads. Oracle's application server has been a problem for a couple of years. App servers are a vital layer in the software "stack" of Internet computing—

---

*LE writes: It has been my experience that people reflexively resist change. Change requires people to rethink the way they work and the way they are organized. When people write down their current processes and the reasons why those processes cannot be simplified, it forces them to carefully and methodically rethink their business. This usually results in business processes being changed, as opposed to our software. Simplified, modernized business processes are at least as important as good business software in delivering efficiencies to the enterprise. When we do turn up a serious shortcoming in our software, we add the required feature in a future version of the product at no charge.

the two main players in the market, BEA Systems and IBM with its Web-Sphere product range, market them as e-business platforms or even as the operating systems of the Internet.

But Oracle's offering has suffered from poor performance in running applications written in the popular Java programming language because Oracle's Java "container" has been taken from its database instead of being designed from scratch for the app server. As Oracle is a pioneer of e-business, it's strategically damaging and frankly embarrassing for it not to have a competitive product. The options on the table are to resell a direct rival's product, such as BEA Systems', persevere with developing an in-house solution, or do a licensing deal with a tiny firm in Sweden called Orion ("basically just two guys"), which seems to have come up with a container that provides one of the world's fastest Java environments. This last option is recommended by the application server group's Thomas Kurian, a young Indian who's a rising star at Oracle.

Interestingly, there is almost no "not invented here" vanity. It's a simple question of what will deliver in a cost-effective and timely way. Ellison is asked to approve the $5 million deal that has been negotiated with Orion, which will preclude selling a similar license to any of Oracle's competitors. The boys from Orion have also reluctantly accepted that they can't give the program to the open-source movement for three years—it's apparently the only requirement they balked at. Ellison is not only happy to cut the deal, he wants it done fast so he can avoid incurring any further parallel development costs. He even asks if there's a danger of lowballing Orion with the $5 million. It's not altruism. He wants to make sure that Orion has enough money not to stint on development that will benefit Oracle. The final question is whether the application server has been underpriced. Ellison is adamant about keeping a performance/price advantage over rivals. "It gets people downloading the software and generates buzz on all the tech bulletin boards. Keep the price low." This is a recurring theme: even if people steal your software, you get the money back in the end because they're forced to buy your other products and support.

At the last meeting of the week, marketing executive Stacey Torman has some new ads to show Ellison and Safra Catz, his formidable chief of staff. With an annual marketing budget of more than $300 million and a preference for displays in the business press, the company will soon be blanketing *The Wall Street Journal*, the *Financial Times*, and *The Economist*, among others, with ads. But Ellison doesn't like the pie chart that's in the ad, sourced from IDC, a computer industry market research firm,

that's meant to show Oracle's dominant share of the database market, so he redraws the chart on the room's whiteboard. He says that some research organizations apply different metrics to IBM's share figures, but that anyway Big Blue fakes the number. Then he grumbles that he doesn't know why Oracle bothers to use an ad agency. For production and placement, volunteers Torman.

Another research company, Forrester, that's normally favorably disposed toward Oracle, has written a briefing note saying that when the E-Business Suite doesn't work, Oracle blames its customers. Ellison wants to come up with an ad that confronts the Forrester claim. He suggests something along the lines of "Don't try to finish our software for us. Let us finish it for you. Hiring a systems integrator to modify our software costs millions and rarely works as advertised. We have thousands of the world's most talented software engineers, but even they fuck it up on a regular basis before getting it right. Don't try this at home." Torman says she'll get someone to work on it.

After that, it's back to rewriting the current crop of ads. There's one that Ellison wants to run in Monday's *FT* that is aimed at countering some of the negative news that flowed from missing the quarter earnings number a couple of weeks earlier—the first sign that despite earlier boasting, Oracle was not immune to the problems of the slowing economy after all. The ad will say that despite everything, Oracle's profits and margins both went up, thanks to the E-Business Suite's effectiveness as a "cost reduction engine." The only problem is that the *FT*'s advertising sales office says that it needs two weeks to take a new ad. Ellison can't believe it and says maybe he should call Marjorie Scardino, the Texan chief executive of Pearson, the *FT*'s owner, over the weekend. Already, he's practicing his Texan drawl for Scardino's benefit.

• • •

It's a three-hour ride by GV from San Jose to Birmingham, Alabama—a place that Ellison proudly boasts he's never been to in his life—plenty of time for Ellison to mount a favorite hobbyhorse. The reason for this voyage of discovery is to announce a partnership with Birmingham-based HealthSouth, one of the country's biggest health care providers, to build a so-called digital hospital. It's an important deal for Oracle, even though it will be putting in more resources than it's likely to get back in the short term. But that's not the reason Ellison is so excited. He's been thinking for some time about how Oracle and the Internet could transform the efficiency of the health care industry, which is not only the world's

biggest—he thinks he's read somewhere that its annual value is about $3 trillion—but one in which software-driven process automation has yet to make any major impact.

Once he starts describing the idea, the words come tumbling out. Almost all medical records, in America and elsewhere, are kept on paper. From prescriptions to insurance claims, medical practice is a never-ending trail of expensively generated and poorly filed paper. The computer systems that do exist are largely based on incompatible proprietary technologies that stop them from being able to communicate with one another—little pockets of automation. And although medicine in advanced industrial countries is seen as glamorously high tech with its array of diagnostic scanners, laser surgery, and sophisticated drugs that increasingly draw on biotechnology, there has been almost no attempt to integrate these new techniques synergistically. Add to that the problem of spiraling health care costs, standards of service that often fall below even the most basic consumer expectations, and the rise of expensively litigated malpractice suits.

Looking uncharacteristically pious, Ellison says that this may be one instance where it's possible to make money and do some good at the same time. He genuinely believes that the E-Business Suite, by combining customer/patient relationship management with resource planning applications into a single integrated system and leveraging the connectivity of the Internet and wireless communications, can bring huge benefits to the health care system. By eliminating unnecessary paperwork and duplication of effort, time and money can, in theory, be redirected toward patient care. Even more dramatically, Ellison is convinced that by keeping everyone's records on a single database and linking that wirelessly and in real time to what is going on in the hospital, it should be possible to eliminate many of the medical errors—misprescription alone is thought to be responsible for the deaths of more than fifty thousand patients a year just in the United States—that frequently kill or damage patients.

The importance of the deal with HealthSouth is threefold. First, as the world's first fully integrated, all-new, start-from-scratch digital hospital, the HealthSouth Medical Center will be a showcase for Oracle's technology—if only the 20 percent savings on administrative costs that Health-South is conservatively budgeting for are delivered, Ellison hopes that health care providers from all over the world will be beating a path to Birmingham. Second, Oracle is the first to admit that while it is the biggest provider of clinical trials software, it has gaps in its industry knowledge that need to be filled, and it will also have to adapt its soft-

ware to the particular needs of health care. To achieve that, it's crucial to have a committed "anchor customer," such as HealthSouth, that shares its vision and will work with Oracle to get the software right; that's why it makes sense for Oracle to do the work for free. Finally, there are nearly a dozen other providers of technology to the project, from Carl Zeiss (optics) to GE Medical Systems (diagnostic imaging). Ellison admits that getting all of them to work together will be like herding cats but says it's a great opportunity to get all of them onto the E-Business Suite.

When the GV touches down in Birmingham, Jay Nussbaum, the avuncular head of Oracle's service industries division, based near Washington, D.C. in Reston, Virginia, is there to greet and brief Ellison. Although there are a couple of limos waiting to take us to HealthSouth's ninety-two-acre campus on the outskirts of the city, the firm's CEO, Richard Scrushy, has thoughtfully sent a HealthSouth-liveried Sikorsky S-92 helicopter as an alternative. As Ellison gets into the plush cabin, followed by two unsmiling minders, Nussbaum suggests that perhaps he should get a chopper like this for flying into and out of the Japanese imperial village that he is controversially building among the redwoods in snobby Woodside. "This the neighbors would really hate," says Ellison. "That would be it, they'd try and take me out with missiles if I got one of these. It's worth thinking about." But not for very long. Ellison hates helicopters—they're ugly, noisy, and unstable—and he usually avoids them whenever possible.

Ten minutes later we're inside Scrushy's office. It's as big as a tennis court, with an abundance of highly varnished wood and vermilion leather; curving plate-glass windows provide a panoramic view over the campus. Bizarrely, on the walls are pictures of Muhammad Ali's great fights, while the main ornaments are model airplanes—dozens of them, with pride of place given to a GV just like Ellison's.

Scrushy is an intense, wiry man, some ten years younger than Ellison but with suspiciously black, thinning hair. He and Ellison are scheduled to do a conference call with a reporter from USA Today before the main presentation. He talks at speed with a pronounced southern drawl ("We're gonna build somth'n' here you-all that's never been built before . . .") in an uninterruptible stream of unstructured hyperbole. For once, Ellison seems happy to play second fiddle, coming in only when Scrushy finally runs out of steam. The truth is that he doesn't have to say much. Scrushy has bought into the idea of the E-Business Suite completely and is a passionate preacher/salesman. Later, when Scrushy is making his big speech of the day and extolling the benefits of fully integrated software

that works straight out of the box and automates every process, Nussbaum whispers, "It's like we slotted the tape right into his head."

When the *USA Today* interview is over, Scrushy steers Ellison toward the sumptuous HealthSouth boardroom, where executives from the other firms contributing to the digital hospital and the governor of Alabama, Don Siegelman, are waiting to be briefed on what to say at the press conference. Young women wearing big hair, high heels, and revealingly tailored red suits are on hand to fetch and carry. For some reason, they present both Ellison and Siegelman with a golf putter. In appearance and attentive manner, they resemble fantasy airline stewardesses. Would Scrushy, who is a keen flyer, rather be running an airline than a health care business?

The press conference itself, in front of what looks like an audience of well over a thousand, is a fairly dull affair. Scrushy speaks too quickly, Ellison looks uncomfortable having to share the big platform with so many others, and everyone else is determined to plug their companies in the few minutes they have been allotted. The audience in the vast hall, made up largely of HealthSouth employees, is attentive and respectful, but the warmest applause is reserved for the governor when, after running through a long list of modern Alabama's achievements, he speaks of his happiness and pride that the state is home to the world's first hunting and shooting trail for the disabled. Welcome to the New South. The local media's questions are pretty desultory, but Ellison is happy to field one about the threat to patient privacy from storing everybody's medical details on one vast database. Just the opposite, he says. Right now, there's no security. Medical records are stored on paper folders in metal filing cabinets in doctors' offices. Anybody might get to see them; about the only privacy is that a lot of records get lost. In the future, patients will be able to authorize who gains access and to what. If Oracle databases are secure enough for the CIA and the FBI, they should be sufficiently secure to reassure most patients. And that's it. After a couple of interviews with the TV business channels, it's back to the Sikorsky and the airport.

But before boarding the GV for Washington, D.C., there's a customer meeting of a rather different kind. BellSouth, the local Baby Bell, has been having a torrid time with the Oracle software it's using to run its call center serving new broadband customers. The two BellSouth executives who feel most exposed have taken advantage of Ellison's presence in the region to fly a company jet down to Birmingham to tell him of their problems. The meeting is to take place in HealthSouth's hangar. The hangar itself is another testament to Scrushy's high-rolling ways. Within is a ver-

itable air force of some eight planes, including a couple of Citations and the GV that sat in miniature on Scrushy's office sideboard. Ellison is taken aback and makes a joke about the kind of "shareholder abuse" that went out of style with RJR Nabisco a decade ago. To some, he is surprisingly puritanical about such things. He is always quick to point out that his own indulgences, such as the GV, are paid for from his, rather than the company's, pocket. It's also a reminder that Scrushy is a somewhat controversial character. Despite his achievement in turning HealthSouth into a $5 billion company in the seventeen years since he founded it with an investment of just $50,000, his brashness and towering ego have made him a target for gossip on Internet message boards—to such an extent that he has hired detectives to seek out his invariably anonymous persecutors. In 1997, he also made headlines when his pay for the year reached $106.8 million, including bonus and stock gains. He's received a number of death threats in recent years, and a very tough-looking security force constantly patrols the firm's headquarters.

The BellSouth team—Ralph de la Vega and Lowri Groves, respectively the heads of broadband access services and customer technologies—is waiting for Ellison and Nussbaum in a little conference room at the side of the hangar. De la Vega seems fretful, an impression amplified by his gloomy little moustache. Groves, who once worked at Xerox with Nussbaum, has the exasperated air of someone who has already heard too many excuses and is expecting to hear some more. The CRM software they have licensed from Oracle, which is supposed to provide a self-provisioning service to customers buying ADSL high-speed Internet connections, isn't delivering. In particular, de la Vega claims that the product is missing features that were promised some time ago. Smaller, nimbler broadband operators, he says, are meanwhile stealing market share from the Baby Bell. What's more, de la Vega reckons that he's in danger of going $20 million over budget, and he's looking for Oracle to find a way of helping him out. To make matters still worse, a factory supplying some of BellSouth's ADSL modems happens to be in Chechnya and has been bombed. De la Vega grudgingly accepts that this particular misfortune may be down to the Russians rather than Oracle, but he needs some convincing. Groves says simply, "You must get Ralph back on track and whole."

Ellison privately acknowledges that there may be some additional features that the engineering team needs to come up with. But he suspects that many of BellSouth's difficulties are self-inflicted—not least the overspend—and are the result of using systems integrators to modify Oracle's software: the big no-no. Rather than start an argument about what's

gone, however, he declares himself "thrilled that you want us to change the software rather than change it yourself; it's the best way to add the features you need." He adds that he shares de la Vega's sense of urgency in getting in the new features: "It makes us more competitive as well as you. We want to be successful in the telecom industry, and that means we need to make you successful as well." He then asks de la Vega if he's ready to talk about changes to business processes to get the best out of the software. As long as BellSouth can be treated as a partner and involved in the process reengineering, de la Vega is ready to do anything that will get him to market more quickly. He says, "We agree, no customization, we've been through too much pain already." The quid pro quo is that he must have Ellison—"the guy at the top"—prepared to stay involved. There's been some friction with Oracle members of the project steering committee. Ellison confirms Oracle's desire to make "a substantial investment in telco CRM" and promises that he will lead the development teams.*

There is still the little matter of horse trading over where the $20 million is going to be found that de la Vega needs to stay in budget. It's kind of a challenge, says Nussbaum. De la Vega throws in an offer to be a customer reference. He suggests something along the lines of "We grew fastest, had the best customer satisfaction scores, and we did it with Oracle. I don't mind telling the world that you guys fixed it." Groves hints that the rest of BellSouth's consumer business might also move to Oracle if the steering committee can come up with a really telcocentric version of the E-Business Suite. Finally, Ellison suggests that they are going to need more storage disks to mine all the data they will be collecting on customers and that he might be willing to "see if I can let you guys purchase disks off our special deal with EMC [the leading computer storage firm]." Whether it will all add up to $20 million is far from clear. But for the time being, everybody is happy and optimistic. Ellison ingratiatingly concludes, "It's important that our developers work closely with our biggest clients, like you guys; that's the only way we can prove our software can solve your biggest problems." With that, the meeting ends and after a last incredulous look at the HealthSouth air force, both teams board their own waiting jets.

_____

*LE writes: Oracle's e-business application software helped BellSouth become number one nationally in high-speed ADSL networking. Unfortunately, our software was heavily modified and extended to meet BellSouth's requirements. Making major changes to our standard e-business software—or anyone else's for that matter—is an expensive and time-consuming process.

• • •

After Birmingham, the next trip is to Washington, D.C. The visit has a double purpose: over lunch at the Four Seasons hotel, Ellison will host a roundtable of college heads to spread the word about what the E-Business Suite can do for higher education; later in the day he is to deliver the keynote speech at the Ronald Reagan International Trade Center to four hundred of Alcoa's top managers. Alcoa, the world's biggest aluminum producer, is just beginning its roll-out of the E-Business Suite and is potentially a vital reference customer. Jay Nussbaum has also sneaked into the timetable a secret meeting with Kevin Fitzgerald, a senior sales guy from Siebel Systems, the leader in CRM software and one of Oracle's bitterest rivals. With his Siebel options several fathoms under water, Fitzgerald is prepared to jump ship to Oracle. Poaching between the two firms is nothing new—Tom Siebel is himself a former Oracle salesman—but any opportunity to hire key Siebel people is too good to pass up, and face time with Ellison is deemed critical to closing the deal.

The dozen university presidents produce a different atmosphere from the CEOs who normally come to Ellison's roundtable events. They are administrator/politicians rather than businessmen, with some of the self-importance of the latter and the stiffness of the former. Ellison, with his youthful history of not hanging around long enough to complete university courses, seems slightly uneasy and goes into contortions to affect a respect that he almost certainly doesn't feel. But higher education is potentially a huge market if enough universities can be persuaded to work with Oracle both to standardize their processes and to help Oracle's developers adapt the E-Business Suite to their needs. Ellison is hoping that these men—and with only one exception, they are all men—have been sufficiently chastened by trying to integrate a spaghetti of specialized applications from the small software firms that focus on the academic market that they will be receptive to his message.

Almost as soon as Ellison draws breath from his preamble, one of the academics asks what kind of deal they might get from Oracle. He argues that Oracle's pricing should reflect the possibility that students introduced to the software at their university could become valuable customers in later life. Ellison says that Nussbaum has the authority to discount deeply but that what tends to cost most money in a software implementation is the labor to put it in, which can't be discounted. "Our goal," he says, "is to develop software that works out of the box, so you don't have to spend a lot of money to change it. But to achieve that, we need a much closer relationship with our customers so that we fully un-

derstand their business processes. Then we can help you modernize those processes before we help you automate them. Don't pay us or anyone else to adapt our software to the way you've been doing business for the last twenty years—if you do that, you'll spend too much money and get too little benefit."

Ellison goes on to say that what he wants is to open up a debate about finding standard ways—best practices—of doing things across a number of institutions. That way automation of things like student record keeping becomes cheap and easy. "Okay," says one of the presidents with the satisfied air of somebody who's about to say something extremely smart, "but we're going to want our own bells and whistles." It's as if he hasn't heard that what Ellison has been saying for the last forty-five minutes. Adroitly, Ellison turns the remark on its head. The question, he says, is whether those bells and whistles are innovations that will work for other universities and become best practice. If they are, they should be added to the plain vanilla product.

Next comes the inevitable question about what Oracle is doing to "bridge the digital divide" and the equally predictable answers about all the virtuous things that Oracle is doing. "We are always looking for new programs that help narrow the digital divide," mouths Ellison piously. Suddenly, however, he has an idea. From what he heard today, he says, there's a need to link an individual's records from different academic institutions to create a single lifetime learning record to support accountability and validate credentials. Oracle could create such a database as a public service. "Up till now we've been focused on building software for individual universities. But we could build a national student record database and put it on the Internet. Every university could use the system for free. But don't mistake this for altruism. If we create a free student record 'hub' database, it's more likely that universities will purchase Oracle's 'spoke' software. In fact, most of you might find it more economical for Oracle to provide a national online student record service than each of you having your own student record system."

He goes on, "We're trying to think through the higher education market systematically. We want to make the same commitment to education as we've made to health care and manufacturing. Do we need more domain expertise? Absolutely, but we'll never know as much about your business as you do. We cannot finish the E-Business Suite for education, without your help. And we can be successful only if you're interested in modernizing and standardizing your business processes. Look at our current software as a starting point and then help us better understand what

we have to add to meet your needs. Is there the collective will to make this work? This is not just a pitch to sell software." It does the trick. As the lunch breaks up, there is a sudden rush for reassurance. "My most urgent need is the student services module. If we sign on, is there going to be a commitment of resource to match the urgency?" "If I partner with you, will you be there for me?" Ellison smiles. The exercise in humility is over. "We are the largest enterprise software company in the world. There is nobody better equipped to do this right than us." As Nussbaum works the table, fixing follow-up appointments, Ellison needs to say something funny: "The good news is that our E-Business Suite is brand new. The bad news is that our E-Business Suite is brand new." Luckily, he says it in a nearly inaudible voice and nobody is listening.

It takes fifteen minutes in a back room for the laying on of hands with the Siebel deserter, and then it's into the limos for the short ride across town to the Ronald Reagan Center for the Alcoa keynote. Steve McLaughlin, Oracle's VP for product industries, is waiting in the car to brief Ellison on the status of the Alcoa account, but first he's got some news about how relations are going with GE Power's John Rice. Rice may be Oracle's favorite customer when it comes to promoting the concept of the E-Business Suite, but McLaughlin complains he's proving a "take-no-prisoners" negotiator over financial issues. "He's a great guy," says McLaughlin, "but he seems to think he shouldn't have to pay. It's kind of a macho thing with him about paying."

McLaughlin's tactic has been to offer Rice a large discount as an incentive for paying up front. Ellison tells him not to worry and not to offer any more discount. He says, "GE already gets a huge discount." McLaughlin is concerned about not being able to book the revenue for the quarter, but Ellison just keeps saying that GE should buy the software when it needs it—not before.*

Before Ellison makes his speech, some time has been set aside for a

---

*LE writes: One of the oldest and worst habits of the Oracle sales organization was the use of aggressive discounting to get existing customers to buy software before they actually needed it. A customer might be planning a $2 million software purchase in 2004, but the sales force would offer the same software for $1 million if the customer bought in May 2003—the last month of our fourth quarter. Customers quickly figured out that the best time to negotiate for discounts was the last day of our quarters. It has taken years and a lot of management changes before we were able to break this habit.

meeting with Alcoa's CEO, Alan Belda, who's eager to give Ellison a progress report on Alcoa's E-Business Suite implementation. Alcoa, with revenues of more than $20 billion a year, has operations in 381 plants in thirty-seven countries. Belda is using Oracle software to create something called the Alcoa Business System (ABS), an integrated, enterprise-wide e-business system that has been designed to bind the sprawling company together in such close collaboration that it will operate as if it were a single entity with the same business rules, shared services, a common industrial language, and unencumbered knowledge transfer across divisions and geographies. Belda has committed to spending $800 million over the next five years, all on Oracle. He's taking the whole suite of manufacturing applications—order management, supply chain, human resources, financials, and manufacturing. At the same time, he's set a target of taking $1.75 billion of annual cost out of the company and is expecting information technology (IT) spending to fall to 40 percent of its level in 1998.*

The meeting with Belda is low key but verging on the mutually congratulatory. Ellison describes what Alcoa is attempting as "daunting" but promises that if Oracle's own experiences are anything to go by, the benefits will be "remarkable." It seems that Alcoa is doing everything the recommended Oracle way. Belda says that for sixty days the majority of his time was spent with Oracle, working out how key processes should be reengineered. "I'm basically betting the whole of my business on you guys," he says. What convinced him to go with Oracle was the promised speed at which the integrated suite could be deployed. There was a big internal debate, he says, between Oracle and SAP, "but it was kinda rigged." KPMG's (the consultants hired by Alcoa) idea of a fast SAP rollout was to do one location a month. "At that rate," Belda says, "I would have been retired before they were through."

Belda suggests that Ellison should concentrate his speech on the lessons learned from Oracle's e-business transformation and what he has seen at other companies going through the same upheaval. Belda says that the biggest challenge he faces is with people—"half want to change, the other half don't"—and he's already noticed that he is encountering more resistance in the United States to the idea of mapping processes to

the software rather than doing it the other way round. It's just like with GE, says Ellison. If they got the processes right in Hungary, their Houston plant shouldn't need any modifications. "But that doesn't take into account the human factor," he says, "People are willing to automate their current processes but not change them. They think they're already doing it the right way. Big companies have to standardize their processes across all their different locations if they want to automate efficiently. That requires a lot of change, and a lot of resistance to that change is inevitable."

Now the speech has a higher purpose. It doesn't have to be a sales pitch. Instead it has to get the four hundred Alcoa managers, on whom the success of Oracle's software ultimately depends, to become true believers. It's an opportunity for Ellison to do what he does best—inspire, flatter, amuse, and, finally, steamroller skepticism with his own massive certainty.

It's the end of my first week on the road with Ellison. When you are around him, you cannot escape being evangelized. He can't help it. The ideas come bubbling out, and he's so excited about them that he has to share them. I have begun to think that selling software is a secondary objective for Ellison; what's far more important to him is to recruit believers.

---

*LE writes: The largest component of that $800 million was internal Alcoa labor cost. Oracle consulting and software were less than 10 percent of the cost of the project.

# 3

# THE WAR ON COMPLEXITY

Larry Ellison says he's happy only when everyone else thinks he's wrong, when he's "walking way out to the end of the limb and then jumping up and down." I don't think that's bravado. The core of his business philosophy is that you can't get rich by doing the same thing as everyone else. "In 1977, everyone said I was nuts when I said we were going to build the first commercial relational database. In 1995, everybody said I was nuts when I said that the PC was a ridiculous device—continuously increasing in complexity when it needs to become easier to use and less expensive. By then it was clear to me that PC-centric client/server computing was a mistake, a misguided model that just distributed complexity. And now they say I'm nuts because I said we could build a complete and integrated suite of application software. I always feel good when everyone says I'm nuts because it's a sign that we're trying to do something innovative—something truly new and different."

Ellison pauses and emits his strange, wheezy, high-pitched sigh of a giggle. "On the other hand, when people say you're nuts, you just might be nuts. You've got to constantly guard against that possibility. You don't want people saying you're nuts too often—once every three or four years is good. Any more than that, and you should be worried, because no one's smart enough to have a good idea more than once every three or four years."

The E-Business Suite was released at the beginning of June 2000. The suite was controversial right from the outset, and Ellison wouldn't have been true to himself if he hadn't gone out of his way to make it even more so by using it to challenge most of the belief system that the software

business was founded on. In fact, the E-Business Suite was intended as an assault on the entire ecosystem of enterprise computing. It was an attack on every rival application company because of Ellison's claim that it was so complete customers could get everything they needed from one vendor; it was an attack on the huge and powerful systems integration industry because Ellison was arguing that gluing together programs from different software firms was an expensive waste of time; it was also an attack on the analysts in the consulting firms whose raison d'être was to identify the "best-of-breed" supplier in each category of application.

Ellison's advocacy of the E-Business Suite was not based on the belief that it had more features than rival products—in fact, he was ready to admit that in a straight features contest between Oracle's suite and most best-of-breed assemblies, the E-Business Suite would come off second best. He said, "It may not have one hundred percent of what you want, but it has a hundred percent of what you need. The advantages of out-of-the-box integration more than make up for a few missing nice but not necessary to have features."

What did he mean? The overwhelming reason, Ellison believed, for the failure of information technology to deliver on its overblown promises was the fragmentation of information that resulted from the computing industry's addiction to complexity. Expensively assembled best-of-breed enterprise computing systems, in which the cost of implementation might be ten times as much as the original software licenses, were Ellison's latest target but the origins of his "war on complexity" went back more than a decade.

Ellison started his career as a contract mainframe programmer, and although Oracle had been happy to join the stampede to client/server in the late 1980s, Ellison quickly became disillusioned with it. He says, "We installed lots of client/server systems. But it was a very ugly model. Our applications were installed on thousands of PCs, so if you needed to fix a bug you'd have to change the software on all those thousands of PCs. It was an incredibly labor-intensive, expensive, error-prone nightmare of a process. Worse yet, client/server worked fine on high-speed Ethernet LANs [local-area networks], but it performed terribly on [slower] wide-area networks [like the Internet]. We'd taken a huge step backwards because of this wide-area network problem. Mainframe systems had dumb terminals with a dumb user interface, but dumb terminals worked beautifully on wide-area networks, so you could build an airline reservation system on a single computer with a single database that could be accessed by terminals all over the world. But client/server systems didn't work on

wide-area networks, so you had to use a separate local-area network in every location you did business. Attached to those local-area networks were database and file servers—lots of little servers everywhere, lots of little databases everywhere. Your information got hopelessly fragmented in the process."

Ellison isn't short of stories that exemplify the "insanity" of client/server: "I'll never forget when this reporter from *The Wall Street Journal* phones me to get my comments on a story he was writing on Grand Met's [the international hotels and catering group] information strategy a few years ago. They decided that they were going to put a 'low-cost' database server computer into every Burger King. 'What do you think of that, Larry?' I was stunned. All I could say was 'They're putting databases in hamburger stores? What? Are they crazy? They shouldn't put a database in every store.' But they were kind of stuck. The only way for them to deal with client/servers' dependence on fast networks was to put a server computer into every location where they did business, that is, in every location where they had client PCs. And if you think it's hard to manage lots of desktop PCs, just wait until you try to manage a database server in every location where you do business. Good luck. It's nearly impossible to manage all that distributed complexity; plus, you so fragment your data you can't keep track of what's going on in your business. But all these client/server problems weren't obvious until you got to the point of trying to run a large network of lots of little database servers in different locations. In contrast, the advantages offered by PC client/server computing were immediately obvious to everyone and quite seductive: better user interfaces; cheaper hardware; easier programming—all that made client/server seem irresistible. But the inherent problems of the client/server model were enormous. It was a ticking time bomb."

In fact, the bomb was ticking inside Ellison himself. The day it exploded was September 4, 1995, at the annual conference in Paris called the European Information Technology Forum. It was exactly eleven days since the launch of Windows 95 accompanied by the biggest marketing blitz in history. Bill Gates's face was everywhere. He was feted not only for being the inspiration behind the most exciting company in the world but for the powerful vision of the near future that he had articulated (with the help of Microsoft's chief seer, Nathan Mhyrvold) in *The Road Ahead*—a book all about the coming information superhighway that somehow managed to avoid almost any mention of the Internet. Gates was to be the keynote speaker at the conference, with Ellison scheduled to be the warm-up. Ellison's speeches are rarely scripted, predictable af-

fairs. On this occasion the slide projector didn't work, so he just started talking. Did he know what he was going to say beforehand? "Sort of, but not exactly," he says.

What he thought was important to talk about that day was the "paradigm shift" to the Internet that was coming—similar to the shift from mainframes to client/server—and to express some dissent about the apotheosis of the Microsoft Windows PC, which had clearly taken its toll on Ellison. He says now, "It was really getting on my nerves. It was just such a surreal experience. There was peace in the Middle East and war in Bosnia the same week that Windows 95 was announced, and all the major networks seemed to cover was people in parking lots waiting up all night to get their first copy of Windows 95. It was very strange. Everyone was saying that Microsoft's PC-centric client/server computing would take over the world and then go on forever. Everything else would disappear. UNIX was going away. Mainframes were going away. There'd be little Windows computers everywhere; little database servers everywhere. Well, we were in the middle of installing all these client/server systems and trying to make them work. And they didn't work very well. Your information was chopped into tiny pieces, stored in lots of tiny databases, running on lots of tiny PC server computers. This data fragmentation was accompanied by distributed complexity. The PC was already a ridiculously complex device. And Microsoft had plans to make it still more complex. They were developing a new, more powerful operating system designed to run all the increasingly complex applications that were destined for your desktop PC. It was madness. You can't keep putting applications on the desktop PCs. You have to get as many applications off the desktop and onto servers as possible. And while you're at it, most data should be moved off PCs and onto servers as well. The PC needs to be much simpler and more appliance-like."

The big idea in the Paris speech was that even at the moment that the PC's dominance seemed beyond question, the rise of the Internet was already demonstrating a superior model of computing. Ellison had said, "When you have a networkcentric computing model, you don't need a device anywhere near as complicated as a personal computer. You can build a multimedia Internet terminal for $400 or $500 [compared to the $2,500 you needed to spend at the time to get a capable PC]. You just plug it into the wall to get power—electrons—and into the network to get to applications and information—bits. And you're done." The one mistake that Ellison made was in calling the new "thin" client (as opposed to the "fat" PC client) he had dreamed up a "network computer."

Looking back, he says, "If I'd have been really smart I'd have called it an Internet computer. I called it a network computer partly because I liked Sun's slogan—'The network is the computer'—and partly because the word 'Internet' was not all that well known in 1995."

More than two and a half years later, when Oracle shipped an Internet version of its previously client/server-based Release 10.7 applications suite, Ellison still hadn't learned that particular lesson. The reengineered software was christened 10.7 NCA, the initials standing for network computing architecture, and no one was listening. Ellison recalls, "We had to change the name. Network computing architecture got absolutely no traction in the marketplace. So we announced a successor called Internet computing architecture, and sales took off. The big difference between the two? The name." *

The consequences of the Paris speech were profound. Although Gates, who had followed Ellison onstage, didn't stoop to reply to the attack on his beloved PC, the media had the bit between their teeth. Ellison was suddenly front-page news. He was actually not predicting the death of the PC (the PC, like the mainframe, wouldn't disappear, but it would no longer be at the heart of the computing universe); however, that was how it looked as the story gathered momentum. In an interview after the speech, Ellison, enjoying the attention, characteristically added a little fuel to the flames, boldly forecasting that within ten years, network computers would have overtaken PCs in sales. The ensuing publicity for Oracle and Ellison was beyond anything he had dared hope for. Suddenly he was much more famous than he would ever have been as the boss of a company that sold arcane technology to businesses. Now he was locked in a theological struggle for the future of computing with one of the richest and most recognizable people in the world. Oracle, instead of being bracketed with other database firms, such as Informix and Sybase, was suddenly being talked about in the same breath as mighty Microsoft.

It quickly became apparent that the world wanted to know what the newfangled network computer would look like and that Oracle, a software rather than a hardware company, would have to find a way of building one. Mark Jarvis, who now runs marketing at Oracle, recalls, "Microsoft was saying no, this will never happen, it's a stupid idea, so we were actually confronted with this problem of having something to show

---

people. Larry was a bit responsible for this, everyone thinking of the network computer as a physical device. Later on, as history now shows, the PC sort of became a network computer and so did the cell phone. But back then we had to make something that people could look at."

The official unveiling of the network computer was at Oracle Open World in Japan, one of the biggest computer shows in the world. Jarvis says, "We had them under cloth at OpenWorld. Larry unveiled them in front of all these people and they looked great, flash, flash, flash, there was a media frenzy. But you know what, they were made out of wood. I remember they cost a shitload to design—hundreds of thousands of dollars just for a piece of wood. But everyone thought they were real." In time, a specially set up subsidiary of Oracle called NCI (Network Computer, Inc.) managed to build about thirty thousand of the devices with the help of some hardware partners. One version, now called the NIC (New Internet Computer) struggles on today, mainly as a machine that Oracle donates to schools. *

Having gone so extremely public with his revolt from the whole client/server model, Ellison could hardly allow his engineers just to go on developing software as if nothing had happened. Ellison had spelled out his view that client/server was an evolutionary dead end and that a form of servercentric computing based on the open standards and protocols of the Internet was the future for Oracle. However, getting Oracle to change direction was not just a question of articulating a new strategy and expecting people to get on with it. The efforts of the entire company, from the developers building the applications to the sales and consulting teams who were selling and installing the software, were dedicated to making client/server a success. It was what customers expected and demanded. Whatever Ellison might be saying about the network computer and a new form of computing based on the Internet, client/server was, quite simply, the environment.

---

*LE writes: It never ceases to amaze me how the product name can be the difference between success and failure in the technology industry.

---

*LE writes: Digital Equipment Corporation (now part of Hewlett-Packard) had designed and built a beautiful ARM-based network computer they code-named "shark." They were in the process of marketing them in China, among other places, when they suddenly stopped. Bob Palmer, Digital's CEO, told me that Microsoft had threatened to retaliate against Digital's PC business if Digital continued to build NCs. So I had an early glimpse of the type of tactics Microsoft would later employ to destroy Netscape. Its attack on the NC was just practice before the main event—the browser war.

As for Ellison, it was as if he had needed the speech and the reaction to it to create a new set of circumstances, a new reality that would force him to lead the charge toward Internet computing, whatever that would turn out to be, despite the skepticism of many of his followers. Much later he said to me, "Once I'm finally certain of the right direction, I pick a fight, as I did with Gates. It helps me make my point, and it makes it impossible to do an about-face and go back. Once a course has been plotted, I sail a long way off and burn my boats. It's win or die."

How quick was Ellison to understand the significance of the Internet compared with others in the computing industry? There were undoubtedly others who saw the light even earlier, but he got there pretty fast. Farzad "Zod" Nazem, who worked at Oracle for ten years before.leaving in early 1996 to become Yahoo!'s chief technology officer, remembers going out for meals with Ellison and "giving him kind of free tutorials on what you could do with this stuff." Mark Jarvis recalls a meeting at Oracle in February 1995 to tell Ellison about some software that a development team had come up with to allow access to the database through a Web browser that had been christened the World Wide Web Interface Kit. "My first slide was 'Here is the Internet, Larry.' Larry was, like, 'Next slide.' Next thing, I pulled up the World Wide Web and Larry was, like, 'Next slide.' So Larry was already into this. He knew it all. I thought I was educating him, but . . . Larry is always three months ahead of everyone."

What distinguished Ellison's take on the Internet from that of many other enthusiasts was that he saw it not just as a great new way to get information and go shopping—lots of people quickly understood that once they saw the first Mosaic Web browser—but as a platform for a completely different and infinitely superior kind of computing. Right from the outset, he believed that the Internet really did change everything. Six years later he says, "Internet computing is the last architecture. There will be no new architecture for computing—not in a thousand years—not ever. I know it sounds a bit crazy. But with the Internet, computing has adopted the same architecture as all the other major networks—the hundred-year-old telephone and electric power networks and the two-thousand-year-old aqueduct network. Internet computing centralizes data storage in huge databases and processing on large servers, while distributing information on demand across a global network. Internet computing hides complexity, provides economies of scale, and delivers information faster."

Ellison argues that while Internet computing architecture will not change, its technology components will continuously get better and better. Networks will get faster, high-speed wireless networks will be ubiquitous, processing power will multiply according to Moore's Law for years to come, displays will become more beautiful and user interfaces more intuitive. But the way the pieces are assembled architecturally, the fundamental structure of the Internet model—massive global databases, applications running on megaservers, applications and information accessed through a simple browser—that model won't ever change. He says, "The old PC-centric client/server architecture was the equivalent of everyone having their own well for water, Honda generator for electric power, and VHF two-way radio for communication. The client/server model distributed complexity, required huge amounts of labor, and precluded economies of scale. For these reasons, PC-centric client/server computing became an evolutionary dead end."

In this vision, the PC becomes just one of any number of network access devices—an appliance that connects to the Internet just as a television connects to broadcast signals, a telephone to the telephone network, or a light to the electricity grid. As with those networks, the user does not have to know anything about what it takes to get a television program, a phone call, or a sophisticated financial application to him. As with those networks, the technological complexity is hidden from view and managed by professionals. Nobody who points a mouse at a hypertext link has to know anything about the incredibly sophisticated computing and communications technologies—the programming languages, the transport protocols, the power routers, the massive servers and almost infinitely scalable databases—that have come together to deliver the application that's just been chosen.

The story of Ellison's struggle to make Oracle the first big software company to get to the Internet is for another chapter. But the philosophy of computing that triggered Ellison's outburst against the PC and the subsequent long and, at times, bloody campaign to end the dominion of client/server is precisely the same as the one that has led him to his current battles with best-of-breed software vendors and powerful system integrators—namely, that the cardinal sin of the computing industry is the creation of complexity: a complexity that invariably results in information systems that don't deliver timely and useful information because they use software architectures that result in chronic fragmentation of data.

Although Oracle first became active in the business applications market in the late 1980s, Ellison's own involvement in their development

was, at best, sporadic until well after his Internet epiphany. But when, in early 1998, he was pushed into taking a more active role, a number of things soon struck him as odd. The first was that there was no consistent view of Oracle's applications among its customers. Whereas by this time just about all Oracle's database customers were getting a product that either met or exceeded their expectations, the same was not true of the people who were buying its applications.

Ellison says, "Some customers loved our applications, some didn't. That seemed very odd to me. How could customers react so differently to the 'same' product? My question revealed my fundamental misunderstanding of our applications business. Every applications customer didn't use the 'same' product. The applications business was not like our database business. We finish our database software, and then you use it. But with our applications software, the customer, usually assisted by a team of consultants, makes major changes to our software before it's used. Sometimes the changes work, sometimes not. No wonder customer satisfaction varied so widely. The business model of the customer 'finishing' our software for us seemed flawed to me. But that's the way Oracle's applications business worked, that's the way SAP's applications business worked, in fact, that's how the entire enterprise applications software industry worked."

What Ellison meant by the software not being finished was Oracle did not sell a complete range of applications. The chances were that anyone buying, say, Oracle's financial and manufacturing software would need to add the products of perhaps three or four other companies to get the computer system they needed, and the job of knitting these different programs together that had never been designed to work with each other was the job of either their own IT people or highly paid consultants. Ellison says, "The applications software industry sold components, not complete business systems. The customer bought the components and assembled them into systems as best they could—no instructions included. No other technology industry in the world works this way. I mean, every Boeing 747 has the same basic components: fuselage, wings, and tail. You don't buy a 747 and decide to speed it up by sweeping the wings back a little more. That would be expensive and dangerous. Who in their right mind travels in a heavily customized, one-of-a-kind 747? Why do people use heavily customized, one-of-a-kind business systems? Because they had no other choice. We wanted to give customers a choice of a complete and integrated suite of business applications."

If the lack of completeness was one reason why customers modified

application software from Oracle and other application vendors, another was that it had become traditional to do so. As Mark Barrenechea, the Oracle executive responsible for the CRM half of the E-Business Suite, puts it, "When most of us buy a car, we select a standard design and then choose from a standard set of options. Think for a moment about what that has meant for the evolution of the automobile: every brand has been able to incorporate every major advance in design because the factories have not been busy reworking every unit to the customer's preconceptions about how, say, the transmission should work. But the convention with software has been for companies to buy standard products and then pay somebody to change those products so that they conform to the company's peculiar business processes. And who is that somebody? Either an employee, who's probably familiar with those processes but not with the software, or a consultant, who's probably familiar with the software product but not with the company's business processes."

It was the usual problem with the computer business: a deeply ingrained preference for creating the maximum complexity for customers whenever possible and customers who were often their own worst enemies. Ellison became convinced that the peculiar characteristics of the enterprise application industry—the need to glue together a kit of parts purchased from multiple vendors and the urge to customize still further in an effort to make the software fit the way customer companies did business—were responsible not just for the frequently expressed dissatisfaction with Oracle's own application software but for a general and widespread conviction that long and costly ERP and CRM implementations often failed to deliver the expected return on very large investments.

For Ellison, as always, the most pernicious consequence of unnecessary complexity was the resulting fragmentation of data. In the era of client/server computing, companies with global operations could not escape the problems caused by having to maintain multiple databases. But as Mark Barrenechea points out, it was, at best, a necessary evil: "Multiple databases mean duplication of data, conflicting data, inconsistent data formats, and multiplication of effort whenever data needed updating. Multiple databases also mean multiple data centers and multiple IT staffs." However, the advent of Internet computing meant, at least in theory, that it was now possible for any company, however big and complicated, to move toward having just one central database with reconciled and integrated business data that could be accessed from anywhere in the world. But that wasn't happening.

Ellison says, "The World Wide Web is a single unified network—all

users who are connected can communicate with each other. We would never connect our users to separate networks that couldn't communicate with each other. That would be nuts. However, we think nothing of having a marketing system from E.piphany with a separate marketing database, a sales systems from Siebel with a separate sales database, a customer service system from Clarify with a separate customer service database, a Web store from BroadVision with a separate store database, an accounting system from SAP with a separate accounting database, and so on. It's incredibly difficult and expensive to make these systems communicate at all—and it's impossible to make them communicate well."

In Ellison's mind, this was the inevitable result of buying "best-of-breed" software, or, as he preferred to put it, buying pieces of kit. Even though the Internet was making it possible to consolidate data all in one place, best of breed, in which every application from every vendor ran on its own little database, was conspiring to undermine it. Supposedly there to fix the problem were the systems integrators from the likes of IBM and Accenture, who would write the custom programs that were needed to move, say, customer information from one database to another. Skillful consultants may be able to overcome some of the problems. But there are others that can never be fully resolved. Software from different vendors will have different semantics—even something as simple as defining what a "customer" is may differ—different underlying data schemas, which have to be coordinated but will scarcely ever be fully reconciled, and different user interfaces with conflicting design conventions and display elements. Even if the consultants have a proven integration method to link two pieces of software, APIs (application program interfaces) still have to be specially constructed to pass messages among distinct database schemas, limiting the amount of information that can be extracted as well as duplicating storage requirements.

The Internet should have made it possible for multinational corporations around the globe to exchange large amounts of information quickly and easily, but in practice, because every system was different and each one used multiple databases to store and manage information, that remained impossible. Most multinational companies found themselves with systems that couldn't talk to one another. The Internet might make access global, but without global systems, that was of limited value.

Making all this complexity even worse was the fact that different and often competing software firms had no interest in coordinating their releases. When one of the software vendors whose products a company

was using announced an improved version of the application, putting it in would involve upgrading the entire integration backbone and rewriting all those custom interfaces, not just for one system in one country but for different systems all over the world. The expense and trouble often meant that customers elected to reject new features that could be of real, albeit marginal, benefit to their business. The fact that every computer system was more or less unique meant that it was either frozen in time or required almost constant attention from teams of ever-helpful consultants to keep it up to date. No wonder Ellison described systems integration as "the gift that keeps on giving" or that in May 2000, IBM's then CEO, Lou Gerstner, was able to boast at analysts' day that for every dollar spent on software licenses up to seven were spent on services.

Ellison's analysis was informed by what he'd encountered at Oracle. Although Oracle was using only its own applications, before the advent of the E-Business Suite, they were scarcely more integrated than many best-of-breed systems. Whenever Ellison meets customers, he describes what it was like: "Here I was, running the company that provides most of the world's information management software, and our internal applications systems couldn't provide answers to the most basic business questions. Like: How many people work at Oracle today? I didn't know. Why? Well, the French had their own HR [human resources] system and database, the Germans had their own HR system and database, so did the Japanese and the Americans, and the Canadians, etc. In total, we had seventy separate HR systems. To find out how many people worked at Oracle worldwide, I'd have to inquire into all seventy HR systems. All our business data was fragmented into so many separate databases, it was difficult to get answers to many seemingly simple questions. How much did we sell yesterday? Sorry. Our sales order data was fragmented across a hundred and thirty separate accounting databases—one per country in which we did business. How many new customers did we get last month? Simply impossible to answer. Our customer data was fragmented into four hundred separate customer databases. Worse still, it was just about impossible to combine the customer data into a data warehouse because the customer data was not consistent across all those separate operational databases. For example, the same customer, Michelin, would have one customer ID number in the French database and a different customer ID number in the German database. In the data warehouse one customer, Michelin, thus looked like several separate customers.

"No wonder people have a hard time getting information out of their

business systems. The current state of the art is inconsistent information fragmented across lots of little databases. And integrating and maintaining all these separate little systems costs much more than a single unified set of applications running on a single global database. So businesses are paying extra not to be able to get answers to their questions. But it's worse than that. If your systems can't easily share information, then the people within your company can't communicate effectively. If they can't communicate, they can't cooperate. This results in a lot of friction between groups. Marketing doesn't cooperate very well with sales. France doesn't cooperate very well with Germany. Sound familiar? What was unbelievably frustrating was the fact that we were paying top dollar to maintain this mess—all these separate systems with their fragmented, inconsistent data. We had a huge IT staff running hundreds of loosely connected systems. We wanted one unified system with one global database. With all our information in one place, we could easily access and share information. We'd make better decisions, groups would cooperate, and IT costs would go down. All that would happen, but first we'd have to build a global applications system. That's why we built the E-Business Suite."

The high cost of implementing and running these systems, the fragmentation of data that resulted in very little useful information being available in real time—Ellison described them as billion-dollar clerical automation systems—and the near impossibility of being able to take advantage of upgrades gracefully were not the only things that customers were unhappy about. One obvious one was the vendors' refusal to take responsibility for the failure of their software to deliver once it was integrated with the third-party applications that it had never been designed to work with. Consultants would blame the software firms for bugs in their products, and the software firms would blame the consultants for changing the code of their products to meet the requirements of individual customers. The customer was left standing miserably in the middle, paying huge bills and saddled with "shelfware" that had proved too difficult to install.*

A new and emerging problem was that the "e-business transformation" that the Internet was supposed to have made possible and that all the technology companies were hyping for all they were worth was far more demanding than the ERP era in which automation tended to take place inside a company within tightly defined functional silos. E-business not only demanded extending the enterprise to its business partners and customers, it also required highly choreographed interactions among all parts of the business. A significant point of e-business was to save time and money by exponentially accelerating the velocity of transactions. Ellison believed that best-of-breed software solutions, in which every application had to sit on its own database and information had to be moved laboriously and usually in incomplete form from one database to another through a custom-designed integration layer, would always struggle to achieve the seamlessness and speed implicit in the e-business promise.

The answer to the problems that enterprise application customers were facing, Ellison concluded, lay in doing two things, which he calculated that Oracle alone was capable of. The first was for all of Oracle's applications to be tightly integrated both with one another and with the database through an architecture based on a single shared-data model. The second was to produce the first-ever complete suite of applications that would be capable of automating every aspect of a company's business, from the traditional ERP or back-office tasks, such as financials, manufacturing and HR, to the fancy new stuff that included customer relationship management (sales, marketing, and customer support), the supply chain, procurement, and Web stores. Ellison calculated that Oracle's advantage lay both in its genes as a database company and in the sheer size of its development teams.

The starting point was to see the database as the hub and the applications as the spokes. Ellison says, "We had been thinking about the problem upside down, and as a result we were building the wrong software. We had been building process automation systems. We needed to build information systems—with the process automation layered on top. Traditional

---

*LE writes: Even today, most customers split their applications software purchases between the software provider and the system integrator. While the software provider sells the software for a set price, the system integrator will provide only a cost "estimate." If there is a shortcoming in the software, the system integrator will charge extra to fix it. These extra charges are typically many times higher than the original estimate. The best way to solve this problem is to make the applications software vendor or the systems integrator unconditionally guarantee the price of the software product and the cost of the project to put it in. And while you're at it, you might try to pin down the cost of running and maintaining the systems once they're installed. It never ceases to amaze me that companies continue to enter into large software projects without knowing the cost of installation, integration, operation, and maintenance.

applications design focused on automating one particular process—like taking an order. Modern application design must focus on one piece of information—customer orders—and then layer on *all* processes that touch the order information: taking the order, billing the customer, initiating customer service, marketing additional services to that customer, and so on. It's not the process at the center, it's the data. It's the 'information age.' If you're building a marketing system, the marketing application should use the same exact customer information as your sales system, as your accounting system, as your customer service system. That way, every time you interact with a customer, it changes the same central customer database. All your customer information is in one place. All your product information's in one place. All your applications share the same data. If you draw a picture of Oracle's application architecture, the database is at the center and the applications are attached around the periphery. This is a radically different view of the world. If you draw a picture of Siebel's CRM 'suite'—they have a bunch of separate applications each with its own separate database—it looks like a charm bracelet. But there's no charm in lots of separate databases. A single global database connected to a single global network—the Internet—is the ideal architecture."

What followed was that Oracle's developers had to rewrite every ERP and CRM application so that they could all use a common data model. That meant overcoming the resistance of development teams who were convinced of the design superiority of their particular models. It also meant fixing on a data model that would be consistent across an entire range of interactions. For example, what is a customer? Is it someone that just buys stuff from us? Is it someone that buys our stuff through other channels? Is it someone we ship stuff to or who pays us for stuff we ship? Or is it someone who asks questions before buying stuff or after buying stuff, and does that someone expect to get service? A further problem was the inclusion into the data model of what are known as "multis"—languages, places, currencies, contact addresses. And so it goes on. If Ellison's concept of a unified data model for all of Oracle's applications was vital to waging war against complexity, achieving it would be a far from simple undertaking.

Almost as important as the datacentric approach that Ellison evangelized was the notion of completeness. "It can't be simple if it's not complete" had become Ellison's latest mantra. Although rivals immediately derided the idea that any one company, even one as big and financially strong as Oracle, could do it all, Ellison did have software history on his side. He was only too happy to point out that he was only copying the successful strategy of Microsoft with Office, its market-dominant suite of personal productivity applications—"There used to be a best-of-breed PC software industry, but there isn't anymore"—and SAP with its R/3 suite of ERP applications, which had swept nearly all before it, including less comprehensive offerings from Oracle, in the 1990s.

For Ellison, the central argument in favor of the suite approach was that it would give customers all the functionality they needed to transform their efficiency and even become e-businesses without the need to integrate other pieces of software from a multiplicity of vendors. Ellison was convinced that the suite would deliver all the things that best of breed had failed to: fast, fixed-price implementation; rapid information flows across and beyond the enterprise; seamlessly integrated operations between functions and territories thanks to the "single global instance" made possible by the Internet; real-time business intelligence for senior executives accessed through browser-based "dashboards"; a consistent user interface common to every application, reducing training requirements; speedy and graceful incorporation of anything from patches for fixing bugs to full-scale feature upgrades and new releases; lower ownership costs thanks to data consolidation and Internet-based support.

But to arrive at this IT Nirvana, customers, Ellison made it clear, would need to do more than just buy Oracle's software: they had to sign up for the vision behind it—Ellison's vision. And being Ellison, the way he expressed the vision was deliberately expressed to stir up the maximum amount of controversy. The messages were, "Just say no to systems integration," and, "Don't finish our software for us." Some nine months after the E-Business Suite was released, Ellison used a speech at Oracle's AppsWorld convention in New Orleans to explain the perils of customizing Oracle's applications. To Oracle's critics and competitors, it sounded very much as if Ellison was arrogantly (and if true, very foolishly) blaming his own customers for the problems many of them were having installing early versions of the E-Business Suite. The influential technology consultancy Forrester Research put out a vicious report accusing Ellison of attacking customers when Oracle shipped a piece of software that was allegedly so buggy that it had needed five thousand patches to stabilize it.*

---

*LE writes: "Patch" is an unfortunate choice of words. A "patch" includes both bug fixes and enhancements to the E-Business Suite. So many of the five thousand patches were not bug fixes at all, they were new features we were putting into the suite in our never-ending quest to be functionally complete.

In fact, Ellison wasn't criticizing his customers at all. What he was actually doing was outlining a different sort of relationship between a software supplier and clients. In New Orleans he said, "We used to deliver incomplete software, and you would finish it. Now we're delivering nearly complete software—software that will meet eighty to ninety percent of your needs without any changes. So we're asking customers not to try to put in the last ten, fifteen, or twenty percent. If you do, you'll fall into an old trap. If you heavily modify our software, it will be difficult and expensive for you to take a new version of that software a year from now. If you heavily modify our software and you call us with a question, we'll have a hard time answering the question because you wrote a lot of the system, not us. You are better off, I submit to you, with an eighty percent solution installed and working in six months than fantasizing about a hundred percent solution that you might finish in two years after you write lots of custom code."

The second part of his plea not to modify the E-Business Suite was based upon another aspect of what he saw as a changed relationship with the customer. The systems integration industry has successfully taught enterprise software customers how to buy software so that costly customization is an inevitable outcome. Typically, prospective users put together a team to draw up a Request for Proposal (RFP) of desired features and functionality. As a rule, partly these RFPs reflect the way the firm has traditionally done business, and partly they are a wish list of features that often quite low-level people suppose will improve the operation of their small bit of the organization. The result is software that is expensively adapted to lock in outdated and ill-considered business practices—a major reason why ERP installations have only rarely given an adequate return on investment.

With the E-Business Suite, Ellison wanted to turn that practice on its head. Instead, Ellison wanted customers to change their processes to take maximum advantage of the Internet-based best practice captured by the software. Ellison said, "Don't tell us how you've been running your business for the last twenty years. Instead, let's try to figure out how you want to run your business for the next twenty years. It's a classic business mistake to say, 'This is how we do business; change your software so we can automate it.' A new approach is needed. First, you must simplify and modernize all your business processes, then move those newly standardized processes to the Internet. Only then can you expect the system to improve your business. Only then can you expect the system to be delivered on time."

There was something reckless in all of this. Ellison was challenging customers to share his vision and, in doing so, change the way they operated their businesses. He was daring them not to touch the software he wanted them to buy from Oracle: "We don't think our customers should try to finish our software. It's too hard. We're the world's biggest employer of engineers from MIT and CalTech, and mathematicians from Harvard and Stanford, and even we have a hell of a hard time finishing our software. Customers shouldn't try do it for us." He was challenging the enterprise computing industry's basic assumptions: "IBM says that what you need to do when you buy that Siebel system is modify it so it fits your business. So you modify it, and you modify SAP and you modify i2 and you modify PeopleSoft. You modify and enhance all this incredibly complex software. When you finish, your company is the only company in the world that is running this unique software configuration. I don't care if this is the way everyone does it; we're going to try a completely different approach."

# 4

# BEGINNINGS

When Larry Ellison says that he honestly thinks Oracle has it within its grasp to become the most important company in the world, he believes it. His eyes shine with sincerity, his smile is almost apologetic. It's as if he knows that he shouldn't say such things, but keeping something so exciting and so wonderful to himself would be unbearable. There are, of course, other reasons for saying it. It's that business of burning his boats again. Just being successful isn't enough. There has to be something more to play for, a reason to keep challenging oneself and others. When you have more money than you could spend in a thousand years, the stakes have to be big enough to get you into the office each day (or at least most days). Yet when Ellison makes these statements, it confirms the opinion of many people in their belief that he is slightly crazy, someone who has become so addicted to hyperbole that he inhabits an alternative reality.

That Oracle today is one of the world's most successful companies is beyond argument. From its birth as a public company in 1986, its revenues have gone from a little over $20 million a year to a peak of more than $11 billion by 2001. It has operating margins of at least 35 percent even in a down economy and a cash pile that fluctuates between $6 billion and $8 billion. In the middle of 2000, its market value was more than $200 billion. Even after the "tech crash" it is still worth nearly $70 billion, twice as much as the combined values of Ford and General Motors. Many of Oracle's 43,000 employees, particularly key developers and those who have been with the company since the mid-1980s, have become multimillionaires thanks to their stock options.

Most people are far less aware of Oracle's software than they are of

Microsoft's, but it is just as ubiquitous and may have even more impact on their daily lives. Ninety-eight percent of the Fortune 100 companies depend on Oracle software to manage their information. Every time we use a credit card, buy a plane ticket, reserve a hotel bedroom, order from a catalogue, search Yahoo!, get a video from Amazon, settle a phone bill, or withdraw cash from an ATM, the chances are that we are interacting with an Oracle database. From its six shining blue-green towers overlooking San Francisco Bay, Oracle's operations span more than 145 countries. Oracle's OpenWorld convention in Tokyo attracts more than a quarter of a million visitors and outstrips even Comdex as the largest computer show in the world. In contrast to Microsoft, few would dispute that Oracle has been a ceaseless innovator, rarely working far from the technological bleeding edge.

Yet . . . it's equally remarkable how many observers of the technology scene see Oracle as a company that never quite manages to realize its potential, never mind scale the vertiginous peaks of Ellison's overactive imagination. Among the defects routinely identified are the failure, despite well over a decade of trying, of Oracle's applications to match the success of its database; a habitual willingness to use customers to debug unstable application software; a cowboy sales force that's good at driving through deals but couldn't care less about what happens to customers afterward; hyperaggressive marketing that not only overclaims but insultingly belittles rivals; a consulting organization that complicates and sours relationships with channel partners by competing directly with them; a shallow management bench caused by an inability to hang on to executive talent; and (take your pick) Ellison's excessively dominant role in the business or Ellison's semidetachment from the business.

Who should we believe, Ellison or his critics? Does Oracle have the capacity for real greatness, as Ellison contends? Or is there something deep in its DNA and, by extension, Ellison's, that will deny it the kind of respect, almost love, that people once had for Thomas Watson's IBM?

A large part of this story is about Ellison and Oracle as they are today. But without an understanding of where Oracle has come from and how it has been forged by both triumphs and disasters in its twenty-five years of existence, the present is without meaning. Oracle's founding and turbulent early years, leading up to what became known as its "near-death experience" in 1990, have been well documented. But relatively little is known of the struggles and rivalries that have made the modern Oracle: how, in the aftermath of that crash in 1990, the company regrouped, stabilized, and was forced to reinvent itself not once but twice; and in the

process, how it increased its revenues more than tenfold in the course of a decade.

• • •

When, in the summer of 1977, the thirty-four-year-old Larry Ellison founded a little firm that he and his two partners, fellow programmers Bob Miner and Ed Oates, rather grandly named Software Development Laboratories, his ambition was pretty much in line with his thus far fairly modest achievements: namely to avoid having to do, as he saw it, unrewarding work for people he didn't respect. He remembers, "My original goal was to build a company doing about ten million dollars of revenue and employing about fifty people. What motivated me was the desire to control my environment so I wouldn't have to do things I didn't want to do or spend time with people I didn't enjoy working with."

Ellison had left his hometown of Chicago eleven years earlier, having failed to graduate from either of the universities he had sporadically attended. Looking back, Ellison says, "I went to the University of Illinois for a couple of years, but during finals week my mother passed away, so I just packed up and left without taking exams. I didn't like exams or the university or the town it was in, for that matter. I recall one exam where I just sat there for an hour, unable to begin because I was so angry that I had to spend the next three hours writing answers to questions I cared nothing about. I never had the discipline to do things I didn't like. The classes at the University of Chicago were better, but I had such a short attention span that it was simply impossible for me to finish anything. However, I was intrigued by physics because it seemed to answer the most basic questions about our world. Like a lot of young people, I was looking for answers." *

The one good thing that came out of studying physics was that Ellison ended up working at the Argonne National Laboratory as a contract programmer. As part of a physics course, he had to learn basic programming. "I just read the book. It was similar to doing math proofs. It was logical, and I was good at logic." He quickly learned how to program the latest IBM mainframe computer. "I started doing contract programming. My short attention span didn't work against me because I could get programs written very quickly. I ended up making quite a lot of money, and I only

had to work a few days a week. It was fun and it was easy. And nobody cared if you were a Ph.D. from MIT or had never finished high school. Either you could do the job or you couldn't. I loved that."

For Ellison, discovering he was good at programming was both a validation of his intelligence and liberation from what he regarded as "absurd conventions." He says, "People—teachers, coaches, bosses—want you to conform to some standard of behavior they deem correct. They measure and reward you on how well you conform—arrive on time, dress appropriately, exhibit a properly deferential attitude—as opposed to how well you do your job. Programming liberated me from all that. I could work in the middle of the night. I could wear blue jeans and a T-shirt. I could ride my motorcycle to work. And I'd make more money if I could solve the problem faster and better than anyone else."

With the money Ellison was now earning and skills that he knew would be in demand, he bought a secondhand Ford Thunderbird and headed for Berkeley, California. It was the summer of 1966, and "it seemed like the place to be." Was he looking for a career? Not exactly. "Basically, programming gave me the freedom to screw around through my twenties. All I knew I was capable of was short bursts of energy. So I found jobs working on weekends as an IBM systems programmer. I would help run these huge data centers and fix the operating system on big IBM mainframes. Most people didn't want to work weekends, so I had no trouble getting these jobs. Monday through Friday, I'd be hiking or rock climbing in Yosemite, kayaking down the Stanislaus or American River, or on a long bike trip down the California coast. I was in my twenties and having fun."

Soon after moving to Berkeley, he met and married Adda Quinn. But the marriage didn't last: "She was very bright and very pretty. But although we were the same age, she was mature and I was not." The breakup triggered all sorts of feelings of self-doubt in Ellison. "My father had told me that I would never amount to anything, and now it seemed he might be right. I knew I could earn a living as a programmer, but where was my life going? I wondered if I could ever be disciplined enough to be anything more than a technology pieceworker."

Despite the soul-searching, Ellison continued to live pretty much as before, doing less contract work but flitting from one Silicon Valley firm to another. Amdahl, a would-be competitor to IBM in mainframe computers, laid him off in 1973. He then went to work for Ampex. The company that had invented the magnetic tape recorder was working on a way of dramatically increasing the amount of information that could be

---

*LE writes: No longer young, I am still looking for answers. Today the science I find offering the most insight into our world is molecular biology.*

stored in computer databases. The Ampex terabit memory system was, according to Ellison, a "very cool" project that the CIA had funded and code-named Oracle. At Ampex, Ellison also met his future partners, Bob Miner and Ed Oates.

But as usual, Ellison didn't stick around for long. By 1976, he had moved to a firm called Precision Instruments (soon to change its name to Omex), that, like Ampex, was also working on a mass storage system. The difference was that for the first time Ellison had a title—vice president of R and D—and some seniority. "I had always believed that at the top of these companies there must be some exceptionally capable people who make the entire technology industry work. Now here I was, working near the top of a tech company, and those capable people were nowhere to be found. The senior managers I saw were conformist, bureaucratic, and very reluctant to make decisions. Much to my surprise, I gradually became convinced that I was better at solving problems and making decisions than they were. Or at the very least I was willing to make a decision to do something, while they seemed paralyzed by endless analysis and fear of making the wrong decision."

Ellison suddenly began to think that maybe he could run a company. But he wasn't motivated by either great ambition or the vision to do anything in particular. Having his own company would simply allow him to go on with his life but with more control over it and with better rewards. "I thought that if I ran a small consulting company, I could work on a lot of interesting projects and make more money. The key was finding enough projects that were 'hard' enough. The ideal 'hard' job is one that is generally perceived as being difficult but can quickly succumb to a bit of cleverness. All we needed were a few really smart people who could do these so-called hard jobs quickly, and we would make a lot of money while not working all that hard. That had been my favorite approach to work from the beginning."

The job at Omex gave him his opportunity. Omex was preparing to put the contract for writing the software for its mass storage system out for bidding. "I said I knew some super programmers who could save the company a lot of time and money. Do you want to me to ask them to put together a bid on the contract? My boss, the CEO, said, 'Sure.' " The team that Ellison had in mind included two of his former colleagues from Ampex, Oates and Miner. The three of them formed a company—Software Development Laboratories—and they won the contract from Omex with a bid of $400,000, a third the price of the next lowest bidder. Ellison would stay at Omex to design and oversee the project while

Miner and Oates wrote the software with the help of a hotshot young programmer named Bruce Scott.

When it came to negotiating the ownership of SDL, Ellison says, "Initially, I proposed splitting the company evenly between Bob, Ed, and me. Then I went home and thought about it. The company had been my idea, and so far I had done all the work. So I changed my proposal. I wanted sixty percent, while Bob and Ed would get twenty percent each. We agreed that this division of ownership was just a starting point and that both Bob and Ed could earn additional stock so long as they performed well. Bob did a great job, and his ownership percentage was increased to thirty percent. Ed went through a very messy divorce, which affected his performance, and he ended up leaving the company. Eventually Ed returned, but his ownership was reduced." Over the years, as Oracle grew, went public, and became a blue-chip stock held by many institutions, Ellison's share has inevitably been diluted, but he has always been acutely aware of the value of his stock both in financial terms and because of the power it gave him within the company.

Alongside doing the work they were doing for Omex, the SDL partners, with Ellison at last installed as president, began thinking about what sort of company they wanted it to be. For Ellison it seemed obvious. He says, "I wanted to get out of the consulting business. Consulting proved to be much more work than I ever imagined. My 'hard problems, cleverly solved' business model did not scale up beyond a few people, proving I was not nearly as clever as I thought. I was working eighty hours a week—at least. We were making a lot of money, but we were working insanely long hours. The closest I got to Yosemite was the Ansel Adams poster on my office wall. So we decided to abandon the consulting business and go into the software product business. A software product offered the ultimate leverage: build it once and sell it over and over again." The problem was deciding what it was they would make. Ellison says, "When I was working for Bob Miner at Ampex, I built a database management system for the PDP-11 minicomputer. It was a CODASYL database, basically a ripoff, excuse me, 'modeled after' Cullinet's successful IDMS mainframe database. Cullinet had been quite successful competing against IBM in the mainframe database business. Surely there was a market for minicomputer databases as well."

The SDL guys scoured the technical literature about databases for new ideas. Ellison says, "The first time I heard about a relational database was some years back at a meeting with the CIA. Since then I had read a series of technical papers by [Edgar "Ted"] Codd, an IBM fellow, about

relational database theory. But Codd's papers were much too theoretical to be used as the basis for a product. Then IBM Research starts publishing this series of papers by Don Chamberlain about a prototype relational database they were building called System R, including a complete specification for System R's Structured Query Language, or SQL. After a lot of careful reading and rereading the System R papers, I decided we should throw out the work I had done on the CODASYL database and use the IBM papers as an architectural blueprint for our new database product. The opportunity was huge. We had a chance to build the world's first commercial relational database. Why? Because nobody else was even trying.

"The other relational database projects were pure research efforts. They were spending little to no time on overall system performance and reliability, both of which were essential for a successful commercial database product. If we could build a fast and reliable relational database, we would have it made. At the same time I thought it would be smart to avoid the very competitive and highly conservative IBM mainframe market. So we decided to build our database for the minicomputer market. Bob thought that the relational database strategy was risky, but he left the final decision up to me. I thought that relational was clearly the way to go. It was very cool technology. And I liked the fact it was risky. The bigger the apparent risk, the fewer people will try to go there. We would surely lose if we had to face serious competition. But if we were all alone in pursuit of our goal of building the first commercial relational database system, we had a chance to win. But we had to be first to market with the new technology. This was the first in a pattern of apparently high-risk decisions I made throughout my life at Oracle. But I only ever picked the high-risk approach when I thought that it would increase our chance of winning and our share of reward." *

In the relational model, information in the database is viewed as a number of linked two-dimensional tables consisting of rows and columns. Each table has a specified set of named columns, while each column name is distinct within a particular table, although not necessarily between tables. Within a particular column, each entry must be of the

---

*LE writes: Virtually all of these so called high-risk decisions, from building the first commercial relational database to building the first complete and integrated E-Business Suite, involved innovation. Whenever you travel an untraveled path there's risk.*

same type. Unlike the hierarchical approach, no predetermined relationship exists between distinct tables. By combining the data items in related columns, it is possible to find information that would either be hidden in a hierarchical database or would take far longer to find. Relational users don't need to understand how stored data is represented in order to retrieve it. What was so exciting about SQL was that it was the only language needed for working with relational databases. It could be used not only for queries but also for data manipulation, data definition, and the setting of access or privileges for groups of users. No wonder Ellison thought it was "cool technology."

Given that IBM was doing most of the important work in the relational area, apart from the CIA-funded Ingres project at Berkeley under Mike Stonebraker, what made Ellison think that he and his tiny team could come up with a commercially viable product before anyone else? "First, conventional wisdom had it that relational databases couldn't be made to run fast enough to be commercially viable, so people didn't enter the race. Second, IBM feared that introducing a relational database would destabilize its large existing IMS [Information Management Systems] database business. Third, even if IBM did deliver a relational product, it would probably be for mainframes. Since we were targeting the minicomputer market, we didn't need to worry about IBM—at least not in the beginning, when we were most vulnerable."

The money that was coming in from Omex basically paid for SDL to create a first version of what would become the Oracle database. This prototype didn't really work, but SDL was creating intellectual property for itself, changing from being a consulting firm into a software company at a time when there were still very few pure software companies around, as opposed to hardware companies that wrote the code to run their boxes. When Ellison looked around, Boston-based Cullinet, with its market value of around $100 million, seemed like the company to emulate. "Cullinet was our role model. We never thought we could get as big as they were because they had an expensive mainframe product and we were focused on these cheap little minicomputers."

After completing the work for Omex, doing just enough to get paid for its software despite the fact that the firm's thin-film laser storage hardware still didn't really work, SDL changed its name to Relational Software, Inc., or RSI, and moved into some smart new offices at 3000 Sand Hill Road near Palo Alto, the address of the top venture capital firms in the Valley. RSI's first customer turned out to be the CIA. The CIA had been interested in the relational model ever since Codd had first ex-

pounded his theories and had avidly followed the work IBM's System R research group had done to make SQL into a key to unlock information from a database that could be used by any half-competent user. Unfortunately, IBM wasn't yet interested in making anything that might undermine IMS, so the CIA had to find somebody who might be interested in coming up with a commercial project. Dave Roberts, the man whose job it was to find a potential vendor, soon tracked down RSI. Two things that encouraged him to bet the agency's money on the tiny firm were the discovery that Bob Miner, who had worked with him on the Ampex terabit memory project, was involved and that RSI was committed to SQL and therefore had IBM's stamp of credibility. The other thing that appealed to the CIA was that RSI was building its database to run on the PDP-11 minicomputer. Ellison says: "Digital's PDP-11 minicomputers were heavily used in government, especially within the intelligence community, because the computers are small enough to fit into airplanes and submarines."

The money that came from the CIA enabled RSI to finish work on the first commercial release of the Oracle database. Ellison recalls that the moment it actually worked brought the kind of thrill the Wright brothers must have had when their plane took to the air. "The first version of our database was called Oracle Version 2. I didn't think anyone, not even the government, would buy Version 1 of a database from five guys in California. Unfortunately, the Version 2 label didn't change the fact that we were experiencing those very serious performance problems predicted by conventional wisdom. We just couldn't make our database go fast enough. We tried one thing after another. Finally we got a breakthrough that delivered the tenfold performance improvement we needed for commercial viability. In our final test we ran faster than the CODASYL system, which was then considered the fastest PDP-11 database.

"I was stunned by the final test results. I had never thought about the consequences of failing, but I had never thought about the consequences of succeeding, either. On my way out that evening I ran into Tony Spoor, our auditor, in the elevator lobby. I was a bit light-headed and euphoric, still trying to fully grasp the import of our performance test results. I spontaneously decided to explain what it all meant. After laboriously rattling off the details of our performance test results, I said 'Tony, do you know what this means? Do you? Do you know what this means?' He said, 'Ugh . . . no.' I said that it means Oracle's worth at least $100 million. Tony's lips parted slowly and his jaw lowered. He did not respond, but his look said it all. He thought that after all the late nights and week-

ends my mind had finally snapped like a dry twig. This hundred-million-dollar valuation I just proclaimed seemed so far from reality that he thought I should be sedated and put into a padded cell so I wouldn't hurt myself."

Ellison adds, "It gradually dawned on me that this thing was going to take on a life of its own. Not because we were going to grow to be a big company. I think we all had the fantasy that however successful our database product, there would never be more than fifty of us, and customers would be sending us checks and we'd be sending them software. Even with just fifty people on board, I thought that my management ability would be stretched to the limit. I remember when we hired our first salesman, Bob Preger, who came from a mainframe database company called Software AG, Bob Miner came in and asked me, 'What do we need a sales guy for?' I smugly replied, 'To sell more of our software, perhaps.' That's an inside glimpse of our top management team at work discussing the expansion of our distribution capacity. I knew we needed to build a sales organization, although I certainly had no idea how one worked. Bob, however, remained unconvinced as to the need for salespeople. He just said, 'Okay, we'll try one.' "

The only way to convince people that RSI had a product that worked—albeit, according to Ellison, "not all that well"—was to demo the new database system to anyone who could imagine a use for it. Ellison had to hit the road and sell. "The news about our hot little database traveled around the intelligence community pretty quickly. I'd make a presentation at one agency on Monday, which would result in a phone call on Tuesday to visit another agency on Wednesday. One week I flew to and from Washington, D.C. three times. In a little over six months' time we had won several deals—the CIA, Navy Intelligence, Air Force Intelligence, and the NSA [the highly secretive National Security Agency]."

But as so often happens with young companies, just at the moment that things appeared to be taking off, RSI came perilously close to running out of cash. "Once we started making database sales, we decided to stop doing consulting work. We needed everyone working on finishing the bloody product.* So the consulting money stopped coming in. All we

---

*LE writes: It turns out you never really "finish" a software product. Programmers never run out of good ideas. Customers never stop asking for more features. We've been working on the Oracle database for twenty-five years, and we're still not "finished."

had was $235,000 in the bank, and that didn't go very far even in those days. But the real killer was that I didn't have the slightest idea about how much time could elapse from the moment the government says they're going to buy and the moment you get the cash. I thought we'd have our money in sixty days, max. Not even close. When the government wants to buy anything, they have to adhere to a congressionally mandated process, which includes the publication of the pending purchase in the *Commerce Business Daily* so other firms can offer a competitive bid or protest the purchase. So, after you're told you've 'won' the deal it can still take six to nine months before you actually get paid. No consulting money was coming in, so we were going to run out of cash. The solution was simple: we had to stop paying some people, starting with me."

• • •

Far from finding running his own company liberating, Ellison was working harder than he'd ever imagined, to the extent that it probably contributed to the breakdown of his second marriage, to Nancy Wheeler, a grad student at Stanford, after only eighteen months. "Self-absorption will crush a young marriage, and I was completely absorbed by my own ambition. I was totally immersed in making the business succeed. I neglected everything else. I was writing computer programs, writing documentation, answering customer support calls, giving training classes, and sending out marketing literature. The very last thing I would do every evening was stamp a stack of manila envelopes stuffed with this spiral-bound Oracle introductory manual I'd written. Everyone and anyone I spoke with on the phone that day would get one. I'd arrive home around midnight most evenings. Nancy eventually tired of this routine and left. She was the second wife I managed to drive away. The first left because I refused to work enough. The second left because I worked too much. Both cases were caused by my self-indulgent, without-compromise mode of living. My personal life had fallen apart, and work was the only thing left that mattered. So I worked even more—until the hours of the day ran out."

The long hours being put in at RSI were noticed by another occupant of the building, Don Lucas, a doyen of the Valley venture capital community. Lucas recalls, "I was one of the developers of 3000 Sand Hill Road, and I had a nice corner office on the second floor. I was keeping some pretty odd hours myself, but I noticed that whenever I left for home the lights in this particular spot in the complex were always on. So I finally went by and asked them what they were doing and I met Larry and Bob

Miner and Barbara [later to be the third Mrs. Ellison], the receptionist. And we just got talking. They clearly didn't have a lot of money, and they weren't very sophisticated in the ways of corporate America. The first thing they asked me was if I'd go on the board. So I said, 'Sure,' and I became chairman of the board."

Although it was part of Lucas's job to make equity investments in promising young companies, Ellison and Miner were insistent that they didn't need money. When they urgently needed to get inside Digital's new VAX, a sort of PDP-11 on steroids, to ensure that their software could run on the minicomputer that over the next ten years would sweep all before it, rather than push for a stake, Lucas arranged and guaranteed a loan. "They were very energetic, very positive, driven. These guys worked not round the clock but pretty close to it. There was a very interesting relationship between Larry and Bob. Larry was the visionary, the top salesman, the top cheerleader, the driver, and Bob was clearly a very good software architect."

Making sure that the Oracle database worked on the VAX (Virtual Address Extension) was a no-brainer for Ellison and Miner. The VAX (which made its debut in 1977) was the most impressive minicomputer to come onto the market, and all RSI's intelligence agency clients were buying them as quickly as Digital could make them, while corporate customers saw them as being capable enough to take over at a departmental level many of the tasks previously reserved for mainframes. By 1984, more than 70 percent of the firm's software license income was coming from Digital's machines—the vast proportion from VAX seats. What was less obvious, but what rapidly became a key part of Ellison's pitch to customers, was Oracle's ability to run on just about every conceivable computer its potential customers might own.

Portability, as it's known, is the ability to "port" software to a given hardware platform. It not only meant that Oracle could sell to the widest possible market, it was also crucial for customers, the majority of which operated a heterogeneous mix of computers but wanted to have only one database. The architecturally elegant solution, and one that allowed Oracle to run on the dozen or so proprietary operating systems that were current, was to maintain a single code base and take the gamble of writing Version 3 of the software in a new programming language called C. Inexpensive C compilers (the software that translates a program into a form the computer can understand) were also becoming available for most of the machines that Ellison needed Oracle to run on. Ken Jacobs, who arrived at RSI in 1981 as employee number eighteen, says, "It was

done at a time when the rest of the industry couldn't even spell C." Even today, Oracle is the only database that can run on all the main operating systems likely to be found under corporate databases, from Microsoft's Windows through all the various flavors of UNIX to open-source Linux and MVS (Multiple Virtual Storage) on mainframes.

By the time Version 3 made it out of the door in 1983, RSI had sensibly changed its name to Oracle Systems (later, Oracle Corporation) and was getting ready to move to an 84,000-square feet site in nearby Belmont. Much of Ellison's time was spent talking up the relational model. Don Lucas says, "People just didn't believe that the relational model would work. There was a great need to do a very high level sell and say, 'Hey, this is going to be the thing and these are the things you could use it for.' I'll never forget being with some guy, an analyst, and he just said that relational will never work. It's a toy, you know, fun and games. We had to fight that for maybe ten years. Larry was very good at this. He was like a spiritual leader, an evangelist for the relational database model."

While that kind of "high-level sell," which included doing a lot of public speaking at conferences, suited Ellison's talents, RSI/Oracle quickly needed more than just Bob Preger and Ellison to sell its product. Don Lucas had brought onto the board his friend John Clark, who had a background in sales. Ellison says, "He patiently explained the basics of sales to me. If you have a good product, the more salespeople you have, the more you'll sell. If you want to sell twice as much, get twice as many salespeople. I said, 'Really? It's that simple? It's that simple? Okay, we'll hire some more salespeople.' And then we started getting these sales guys in and they just started to replicate, kind of like a virus inside of your company." A virus? It's an odd choice of word and one that indicates the ambivalence that Ellison has even today about the people he employs to sell Oracle's products.*

For the first few years of its life, Oracle grew rather slowly, by the standards of today. Jenny Overstreet, Ellison's assistant and confidante for thirteen years, remembers that when she joined the company in 1983, there were only fifty employees in California. "Larry still thought that

was probably about all Oracle was ever going to need." In fact, by this time Ellison had already realized that Oracle had the potential to become something much bigger. The combination of Version 3's (at least theoretical) portability and those replicating sales guys meant that sales were suddenly beginning to explode. Ken Jacobs says of Version 3, "It was a vision of what could be done. One of the most gratifying things was the tremendous faith of our early customers who stayed with us through difficult times. For many of them it was like going through one of those shared experiences when a couple faces death but they survive together."

One of the smartest and most driven of those first salespeople was a young Mormon named Gary Kennedy, who had started up a midwestern sales operation in 1982. Among his first hires was Sohaib Abbasi, a quiet-spoken Pakistani who has run Oracle's tools business for the last decade, and Tom Siebel, who went on to found Siebel Systems. Abbasi recalls, "The technical press was saying at the time that the relational database would never be useful, and even IBM had raised doubts as to whether it would ever be suitable for transaction processing. Our job was to call up prospects and tell them that if they would give us a day we would come and show them what the technology was capable of. We'd show up in the morning, they would explain what their system was—obviously everything was custom applications back then—and what they wanted. I had to build it in front of them."

It was a formidable team. Abbasi and Siebel were both highly qualified computer scientists who had even written theses on the relational model, while Kennedy, despite his intense religious convictions, was about to become perhaps the most aggressive sales manager in software history. In 1984, Ellison was sufficiently impressed by Kennedy's efforts to put him in charge of the entire eastern half of the United States, and a year later he made him national sales manager. On the eve of Oracle's initial public offering in 1986, when Kennedy was thirty-two and a Mormon bishop, Ellison made him vice president of U.S. sales and service.

While a U.S. sales organization was being created, Ellison realized that Oracle could expand overseas without significant investment by doing deals with distributors. Two teams were signed up, one for continental Europe—Tom Peddersen Associates—and one in England, the U.K. arm of CACI, a famously tough systems integrator and consultancy. Over time Oracle bought out its distributors, but with a minimal initial outlay it began to build an international presence that also brought in funds when the product was immature and the money was desperately needed. Peddersen's friends Bo Ryden and Brian Cassidy became the founders of

---

*LE writes: I have no ambivalence about good salespeople—the ones that understand our technology and how to apply it to solve customer problems. Those salespeople are among our most precious assets. I admire those salespeople. I try to be one of them myself. The other type of salesman—the hired gun, the too-creative deal maker—not only do I not admire them, I think they're dangerous.*

Oracle Europe, while CACI's Geoff Squire, a highly accomplished computer industry executive, left to run Oracle UK. For several years, Oracle's sales grew faster overseas than in the United States. Ellison says, "The salespeople we hired in Europe were very professional and service-oriented. The European management team's strategy was to build long-term relationships with our customers and do business with them on a regular basis. This European 'farming' strategy was in stark contrast to the U.S. sales organization's 'hunting' strategy. U.S. salespeople tried to sell the largest possible transaction to a given customer and then move on to the next customer and the next deal. It took me until 1991 to figure out that the U.S. hunting strategy was both shortsighted and unsustainable. It took another decade to change the culture of the U.S. sales force from hunters to farmers."

The responsibility for building up the U.S. sales organization fell first to Mike Seashols, a confident and highly competitive salesman who, like Kennedy, was religiously devout. A member of the intensely evangelical Covenant Church who read the Bible every morning before going out to do battle, it was Seashols who recruited Kennedy, while Kennedy hired other super salesmen, such as Siebel; Greg Brady, who went on to found i2, the supply chain specialist; and Craig Conway, who became CEO of the ERP vendor PeopleSoft. Seashols was fired by Ellison and replaced by Kennedy in 1986 for reasons that remain obscure. Seashols claims that he had expressed discomfort with some of the statements in the company prospectus that was circulated to investors before the public offering. Others suggest that he wasn't making his numbers, which is difficult to believe given that Oracle's U.S. sales were pretty much doubling every year while Seashols was responsible.*

One possibility is that Ellison had concluded that he wasn't hungry enough. Seashols recalls a dinner with Ellison: "It was right before we went public. Larry asked, 'What are you going to do with all your money?' I had no idea. My house was paid for. I was driving a new car. I didn't have any needs I could think of. I said something about just wanting to be content. I think that really took him aback." That said, Ellison

---

*LE writes: I replaced Mike Seashols with Gary Kennedy for the very simple reason that Gary's numbers were better than Mike's. Mike's sales results were good. Gary's were astounding. I have never met a more driven person than Gary Kennedy. Gary would rather die than lose. For years that extreme drive worked to Oracle's benefit. But in the end it proved to be a two-edged sword.

was still not giving much of his attention to what was or wasn't happening in sales. As far as Ellison was concerned, overwhelmingly the most important contribution he could make to Oracle's success was to concentrate on making the product better. He simply didn't regard himself as competent to concern himself with all the other things that a CEO is supposed to be responsible for. To some at Oracle, Ellison's approach was one of enlightened delegation. "You could say that," he says. "But it was closer to abdication than delegation."

In fact, Ellison had every reason to concentrate on the product. Mike Stonebraker had taken the Ingres relational database project he had overseen at the University of California at Berkeley and formed a company around it called Relational Technology, Inc. Although a commercial version of Ingres had come to market a little later than Oracle, Stonebraker's outfit was growing faster than Ellison's. In 1984, Oracle's sales had doubled to $12.7 million, while Ingres, as RTI was increasingly known, had tripled its sales to $9 million. Ellison says, "They were really kicking our butts. They were catching up fast because we had just rewritten our database product and we were having software quality problems. Sound familiar?"

The Berkeley team at Ingres had had much more time to refine their user language, QUEL, than Oracle had to develop SQL, and many relational experts thought it was intrinsically a superior language. Ellison says: "Maybe QUEL is better than SQL. Maybe French is better than English? It didn't matter: English and SQL were going to win." What Ellison was most worried about was the sheer engineering talent at Ingres. "It had become painfully clear to me that our development organization wasn't good enough to keep up with the team at Ingres. So we had to rebuild it. If Stonebraker was hiring the best kids from UC Berkeley, we would hire the best kids from CalTech, MIT, and Stanford. We would also recruit the very best experienced programming talent in the Valley. In a real coup we hired a superb team from Xerox PARC. One of those guys, Derry Kabcenell, was among the most important people ever to work at Oracle. Thanks to Derry and the new engineering team he led, we overcame the software quality problems in Oracle Version 3. He delivered a superior database product—a product we could be proud of—a product that would kill Ingres. We called it Oracle Version 4."

Kabcenell now works at Oracle only part-time, but he still contributes his ideas and experience to major software architecture projects. He's a slightly built man who talks softly with an almost professorial air. The thing that he remembers most vividly about his hiring was the speed at

which the little company was recruiting—a friend had joined in January 1983, when there were about thirty people on board, but by the time Kabcenell arrived in September the number had grown to seventy—and the intensity of his interview with Ellison. "I was really impressed at his grasp of the technology and also his respect for the professional practice of programming. I was doing a pretty extensive set of interviews with different companies and had a chance to meet a bunch of people, including CTOs. Nobody I'd met was as addicted to technology as Larry was. In my interview he described a feature that was just being developed in the database that's still important today called 'read consistency'—he described that to me and asked what I thought about it. I was just amazed that I was having that kind of conversation with the CEO the first time I'd met him."

It was a technique that Ellison used with all the recruits to the development team; it made them want to work for Oracle, and it ensured that he was hiring only people who were smart enough to debate technical issues with him at the highest level. Andy Mendelsohn, like Kabcenell a graduate of MIT, who joined in the same year, remembers, "In the interview with Larry I was very surprised by the technical level of the questions. He discussed different ways to use indexes to resolve results from a SQL query. It was a real detailed kind of thing, but it showed me that he actually understood the technology."

Hiring people such as Kabcenell, Mendelsohn, and another recruit from the same year, Roger Bamford, was the only way that Ellison believed Oracle could have a future. Eighteen years later, nearly all the people that Ellison brought into the engineering team at that time are still at Oracle and are still, despite middle age and huge wealth, involved in cutting-edge work on the latest versions of the Oracle database. For all the company's reputation for revolving doors in the executive suites and a hire-and-fire culture in sales, the people responsible for creating and developing the core product, known within Oracle as the "kernel group," have been an extraordinarily loyal and stable team. While many parts of the business actually need staff turnover to stay fresh and vigorous, Ellison believes that keeping the elite kernel group together has been vital. The process of building a software product teaches a programmer what to do and what to avoid. The accumulated knowledge and experience within the forty- or fifty-strong kernel group comes from continuous work on improving the core code rather than from some extension of the product that will make a flashy new release.

Derry Kabcenell's impact at Oracle was immediate. Ellison says, "The first version of our database, Version 2, was a good working prototype written in PDP-11 assembly language—the same language that I wrote the earlier CODASYL database in. Version 3 was totally rewritten in C. It was much bigger and more complex than Version 2 and, as a result, plagued by quality problems. Derry made Version 3 work by going around rewriting other programmers' code and fixing their bugs. One of our programmers had been working on a problem for six months, and Derry, bless his heart, just came in one weekend and rewrote the whole thing. Of course it worked perfectly. Derry combined brilliance with discipline and endurance. It's a rare combination. Of course he had perfect grades at MIT. Derry's not a perfectionist—he's an obsessive perfectionist. Sometimes his thoroughness went over the top. I remember when he was buying a condominium, he told me that he had carefully read all twenty pages of the sales and owners' association contracts. He read a law book to make certain he fully understood what he was signing. Several years later Derry confided in me that he was worried that his brain might have filled up because his memory was not as good as it used to be. I told him it was his own fault for cluttering up that wonderful brain with all those stupid condominium agreements."

As well as ensuring that Oracle had the talent to compete with Ingres, Ellison made sure that the development team was building the right things. "If we built the right products the right way, we would win. That was my view of the world then, and that's my view of the world now." Ellison bridles at the suggestion of some former colleagues that Bob Miner was running the development team while he was out selling. "I loved Bob. Everyone did. He was an uncommonly humane, generous, and caring person. But his egalitarian nature prevented him from ever crossing over from labor to management. He loved being one of the guys too much. He wouldn't give that up for anything—certainly not for money or fame, neither of which interested him much. So Bob became the head of the 'Oracle programmers' union': shop steward, and father confessor. He was the moral and spiritual leader of the engineering team—of the entire company, really. He was the guy you went to if you had a personal problem. When the person I considered our worst programmer lost half his Oracle stock in a divorce, Bob thought the company should make it up to him. I had wanted to fire the guy for years. Bob wouldn't allow it. He protected his people like a mother bear. While I couldn't fire any of his people, Bob was perfectly happy to let me recruit the new members of the programming team, which I did, and manage the development process." The kernel group veterans I've spoken to bear out Ellison's claim.

Very often, Ellison would say that something was in the database that hadn't yet been done. After Version 2 had come out, he wrote a little spiral bound book describing Oracle and the SQL language. He says, "Someone jokingly said, 'It took us eight years to make the database product look like your book.' Not exactly true, but what is important is that we were making steady progress and we were ahead of the competition—most of the time. The database just kept getting better and better." If Version 3 was all about portability, the most significant feature of Version 4, which came out a year later, in 1984, apart from the all-important reliability that Derry Kabcenell had given it, was "read consistency," or the assurance that a query against the database will read a set of data that remains consistent during the time it takes to execute the query. For example, money being switched between bank accounts during a query could not be miscomputed, and employees being added to an HR database not be counted twice.

With the solidity of Version 4 and Oracle's increasingly aggressive sales force, Ingres was hard pressed to maintain its momentum, but the real threat was the decision of the American National Standards Institute (ANSI), supported by IBM, to declare SQL the standard relational database language. Mike Stonebraker of Ingres didn't even bother to show up at the committee meeting to make the (quite strong) case for adopting QUEL because he was ideologically opposed to setting technology standards. It was the behavior of an intellectually arrogant academic rather than a prudent businessman protecting the interests of his company. Ellison says, "Stonebraker invented QUEL and stuck with it like a proud father, while IBM and Oracle supported the SQL standard. Lack of SQL support hurt Ingres badly. But so did lack of portability and read consistency. And Ingres had fallen far behind in performance. All this together conspired to kill off Ingres as a competitor in the database market."

No sooner had that threat of Ingres been diluted than others appeared. In 1985, IBM released a relational database for big mainframes called DB2, but it was part of the process by which SQL became a standard, and Oracle did only a small amount of business on mainframes anyway. Two newer rivals, however, were determined to grab a large part of Oracle's fast-growing business. The lesser of the threats came from Informix because of its concentration on the nascent UNIX market. Although UNIX would become the enterprise server operating system of choice in the 1990s, at that time it was more popular in the universities than in corporate computing environments. Sybase, on the other hand, came from nowhere to become a dangerous competitor.

A spin-off from a hardware firm named Britton-Lee, Sybase had come up with the first database specifically designed for the new paradigm of client/server computing. With Sybase's architecture the database lived in one computer, the server, while the application would live in the client machine. Although Oracle's Version 5 supported client/server and 5.1 contained a feature that enabled so-called distributed queries, allowing a single query to access data stored in multiple locations, Oracle's database had not been designed from the beginning for the separation of client/server. Ellison says, "The key thing that Sybase had that we didn't was a programmable server, the ability to write programs called stored procedures that ran inside the database. This allowed Sybase to build and advertise two features—referential integrity and two-phase commit—that they had and we lacked. These key differentiators gave Sybase immediate traction in the market."

Two-phase commit made it possible to execute a transaction spanning a number of databases on different computers. If you have two databases and you make a savings withdrawal out of one computer and a checking deposit into the other with a separate database, that whole thing would have transactional integrity—either both updates would occur or neither would. Referential integrity provides for an automatic existence check to make sure that if, say, you enter "department 57," there is in fact such a thing in the department tables as 57. One of the things that customers liked about Sybase was that with its programmability and stored procedures it was a database that could be used to enforce business rules across an organization.

Although Sybase was a lot smaller than Oracle, its advertising was getting plenty of attention from both Oracle's customers and, to an even greater extent, Oracle's sales force, who were demanding something to hit back at Sybase with. A few months before Oracle's IPO in early 1986, Ellison had declared that the company would double its revenues every year. Indefinitely. A year later, with revenues of $131 million, Oracle claimed to be the world's biggest database software company, having overtaken a rapidly failing Cullinet on the way down. However, Ellison, sensing that the original code base would not allow the product to evolve as it would need to, had ordered a complete rewrite of the kernel, effectively the entire "bottom half" of the database's software, for the next major release. "Version 6 included a complete rewrite of the most complex part of the database. It took so long and had so many bugs, it almost killed the company. But its advanced architecture laid the foundation for much of what differentiates our database today—including clustering.

Version 6 was something we had to do to move ahead of the competition.* But while we were trying to finish Version 6, Version 5.1 fell further and further behind Sybase."

With Oracle's ambitious revenue targets, its sales force (now under the relentless Gary Kennedy) screaming for a new product, and Ellison's fear that Sybase was gaining real traction, the development team found itself subjected to appalling pressure to declare Version 6 ready to ship. Ellison says, "There was an overwhelming sense of frustration. We had delayed Version 6, and then delayed it again and again and again. Delaying it one more time seemed unbearable. We had done a lot of testing, and I thought that it was good enough to go. I was wrong. When we did release Version 6 in 1988, it had more bugs than any of us believed was possible."

The decision to ship Oracle 6 unfinished was the beginning of a sea of troubles that came close to overwhelming Ellison and destroying the company.

---

*LE writes: Rewriting the database software for Version 6 was a much bigger effort than the Version 3 rewrite. But in both cases the rewrite led to software quality problems, and it took some time before the software stabilized. The only other project of similar scope and complexity to the Version 6 database rewrite was the Release 11i applications rewrite, which gave birth to the E-Business Suite. These rewrites are periodically necessary if you want to make major advances in your technology. Invariably there is a lot of pain before the payoff, but the payoff—for both Oracle and our customers—has been huge.

---

# 5

## TO THE LIMIT

To what extent was Ellison responsible for releasing an unfinished product because of a treadmill of his own creation? In 1985, with sales running at $24 million, Ellison had declared that from that point on Oracle would double its revenues each year. Amazingly, for the next five years, Oracle did precisely that, hitting sales of $916 million in 1990. But Ellison argues that the sales projections were not his overriding concern. "We were small, and we had to grow fast or die. But the most effective way to grow sales is to make the product better. That's why I spend most of my time with our engineering teams." *

Maybe. But the notion that Ellison was measuring success purely in terms of Oracle's technological prowess is far-fetched. The original idea of Oracle's being a vehicle to provide him with a nice life, a reasonable amount of money, and plenty of time to goof off whenever he felt like had quickly evaporated. In his early forties, Ellison was willing to say and do whatever was necessary to defeat Oracle's rivals. Apart from engineering genius, brashness and aggression were the most prized qualities at Oracle in the late 1980s. The only thing that seemed to matter was market share,

---

*LE writes: I admit to pushing our sales force to grow faster than the competition. Without increased sales we would have been unable to increase the investment in our engineering team. We had to increase sales to maintain our technical leadership.

and increasingly Ellison didn't seem to care how reckless Oracle became to get it.*

However, the strain of achieving such phenomenal growth and the increasingly dangerous business practices needed to underpin it nearly killed the company. When Oracle went public with a market value of $270 million on March 12, 1986 (by an extraordinary coincidence, just twenty-four hours before Microsoft's IPO), Ellison, with 39 percent of the stock, was suddenly wealthy beyond his wildest expectations. But if anything, the fact that he now had something to lose intensified the demands he was prepared to make on himself and his company. Shipping Oracle 6 before it was ready was a risk, Ellison calculated, that had to be run.

Despite its bugginess and lack of the key features that Sybase boasted about, Oracle 6 introduced many new features, including row-level locking, which meant that a transaction performing writes would lock only the affected rows and not the entire table, thus greatly improving the throughput of the system with a large number of users. That helped to make Version 6 the first scalable database that could grow as a customer's business grew. Row-level locking, combined with another Version 6 feature, multitasking, enabled Oracle to perform extremely well on the symmetrical multiprocessor (SMP) computers, which were just starting to become important and are now the norm in enterprise computing, some high-end boxes today having as many as sixty-four CPUs. Unfortunately, the market was not yet crying out for that kind of scalability, and the instability of Version 6 disqualified it as the enterprise-strength system it aspired to be. The launch was itself a bad omen. In grand style, Oracle chartered Concorde to fly the press and analysts to Bermuda for a formal briefing on the wonderful new database, but because of a technical fault the plane had to turn back.

At about the same time, Oracle was getting serious about the emerging market for the packaged applications to automate businesses that became collectively known as enterprise resource planning (ERP) software. Late in 1985, Ellison had persuaded Jeff Walker to come to Oracle and set up an applications division—even then some people were predicting the imminent saturation of the database market, and Ellison was deter-

---

*LE writes: The only thing that mattered at Oracle was results—not brashness or aggression. The European sales force was neither brash nor aggressive, yet their results were just as good as the U.S. sales team's. The personality of our different sales forces reflected the personality of their sales leaders.

mined that Oracle's growth shouldn't depend on one product. Walker was about the same age as Ellison and had founded and run his own software business, Walker Interactive. But unlike Ellison he had taken money from venture capitalists, and when his firm had badly missed its numbers during a brief technology spending slowdown his investors had concluded that Walker, although technically brilliant, was not enough of a businessman to manage the company. He says, "I left because my venture people would have driven me out." Pretty soon after, he had a conversation with Ellison. "Larry said that his strategy for getting into the applications business would have been to have hired somebody from Walker Interactive because it was the emerging technology leader. He had never thought he could get me [at the time Walker Interactive was slightly bigger than Oracle]. I told him that I thought I was unmanageable and I didn't really want to work for anybody. He assured me that I would not really be working for him, that we would be merely collaborators."

When Walker arrived, there was just one other person in the "applications division." True to his word, Ellison gave Walker a free hand to work out a strategy, hire people, and design the initial applications. Walker, who now runs another troubled applications company called TenFold, has a very high opinion of his own abilities. He claims that in the six years to his departure from the company in 1991, "Oracle came from being a nonplayer to being the industry leader in applications. SAP hadn't really entered the market at that point with their R/3 client/server product. They were selling R/2, their hosted product, but they weren't really as successful as Oracle." It's an interesting point of view. However, just running Oracle's applications operation was not a big enough job for the multitalented Walker. After a spell, when he both had his development responsibilities and had become head of marketing, in late 1986 Ellison asked him to take on the job of CFO while staying as head of apps. Walker says, "Larry quickly realized that I had management strength and experience that he needed on his team. It was not something that I had done before, but I think that I did a credible job as CFO."

Don Lucas remembers, "Larry just announced to me that Jeff was going to be CFO. Jeff's a nice person. I like Jeff. But I spent hours, probably an average of an hour a day, on the telephone trying to talk through finance with him . . . But he's an engineer,* and, to be honest, it was a

---

*LE writes: I am most comfortable working with engineers, so I wanted a company where most of the managers were engineers. But making Jeff Walker

personality issue, he never got it. Larry's approach was to delegate massively, completely, almost totally. That's the good news—as long as he gets good people, it really works. But when he gets a person like Jeff, who is a very smart guy but not a brilliant CFO . . ."

Walker's appointment wasn't the strangest thing that happened at Oracle during that time. Gary Kennedy was under appalling pressure to meet the Herculean targets that were implied by Ellison's commitment to continually double revenues. Kennedy had become convinced that the corporate legal department was actively preventing deals by taking too long to vet sales contracts. The answer, he argued, was to give U.S. sales its own contracts and finance organization. Ellison acquiesced. "Gary told me he couldn't get the job done because the legal department didn't report to sales and they were slow in processing deals. I said, okay, you can have the legal department. What kind of CEO lets the salespeople write their own contracts? I just didn't know any better." *

The buzzword at Oracle became "decentralization"—another manifestation of the extreme form of delegation that Ellison appeared to favor. Noosheen Hashemi, an intense young Iranian who was running the financial administration for U.S. sales, was asked to write something called "The Decentralization White Paper" that was meant to define the checks and balances that would be needed in Kennedy's brave new world. She says, "Decentralization occurred, and none of the things mentioned in the white paper were executed. Not one. All the regions implemented their own processes and started doing their own thing. Decentralization happened because U.S. sales didn't want corporate to be watching over their shoulder. They didn't want to have to justify what they were doing. It was like, here's the deal, book it, let's move on."

Hashemi insists that Gary Kennedy never asked her personally to do anything unethical, but all hell was breaking loose. Essentially, U.S. sales was now responsible for oversight of its own deals, reviewing contracts and booking revenue without any interference from the corporate center. The consequences were myriad. Huge discounts were offered to induce customers to buy software they wouldn't need for years; risks were taken

in selling to companies that didn't have the money to pay their bills; exotic barter deals were entered into. In one, Oracle was given a couple of jets by Israeli Aircraft Industries in exchange for software.*

To make matters worse, Kennedy wanted a huge expansion of the sales force and told Hashemi to organize the recruitment of 1,500 additional salespeople within nine months. Not surprisingly, few of those taken on had time to be properly trained or inducted before they were sent out into the field. Unless the new recruits started selling quickly and bringing in revenue, the cost of such breakneck hiring would be crippling.

It's hard to say how much more Jeff Walker could have done, other than to threaten to resign as CFO. But he made things worse by supporting the extreme form of delegation that Ellison had carelessly encouraged. Amazingly, even today he defends it: "Larry had found a management team of very strong individual guys that could work together and yet autonomously run their areas. It was almost a feudal environment, in terms of feudal lords over whom Larry as king only had very weak controls. He chose to make them weak. I think it was a wonderful decision on his part because it allowed Oracle to come out of nowhere and become this huge market force."

Walker made things still harder for himself by believing so passionately in the efficacy of his own financial applications that he thought he could operate with only a fraction of the people he really needed. Eventually, in response to Walker's concerns and Hashemi's whistle-blowing to Ellison, in 1989 Ellison asked her to go and work for Walker in an attempt to clean things up. Hashemi says of Walker, "There he was, building products to use internally and sell to the outside world. He wanted to shove whatever he made in applications down my throat. To prove how fabulous his applications were, he wants to fire two thirds of the hundred and fifty I have working for me in finance." Walker was also to some extent conflicted in reining back the increasingly desperate sales antics of Kennedy's people. His bonus was tied to the sales of applications. If Walker came down too hard on sales, the applications he was so proud of would appear less successful.

A good test of how well a sales organization and its financial department are working together is the efficiency with which money is collected

the CFO while he was still in charge of applications development was a big mistake. Accounting is a control function and should always be separate from sales and development. Unfortunately, I didn't understand that at the time.

  *LE writes: Legal, like accounting, is a control function and has to operate independently of the sales department.

*LE writes: Not true. The deal was proposed and passed to me for approval. I did not approve the deal, and it never happened.

from customers. By the end of fiscal 1989, although revenue had doubled to $584 million, trade receivables were running at $262 million. A year later, the corresponding figures were $971 million and $468 million. Hashemi says that Walker wasn't prepared to face up to the problem: "Instead of acknowledging it, addressing it, going through every statement, Walker was still lying to himself."

Kennedy had developed what he liked to call a "commitment" culture at Oracle. He was committed to achieving the revenue targets set by Ellison, and in turn his own team were committed to realizing the quotas set for them. Commitment meant that you did what you had undertaken to do. Period. It sounded good, but the consequences of Kennedy's terrifying insistence on commitment were appalling.

If ever a company was heading for a crash, it was Oracle. And it duly came, almost exactly four years after the company's IPO. Steve Imbler, Walker's number two in finance and, unusually for Oracle, a qualified accountant, had become so anxious about the ballooning receivables that he had started to trawl through as many of the dubious-looking contracts as he could. By the time the third quarter of fiscal 1990 was due to close on February 28, he had found $15 million worth of deals in which the likelihood of payment was minimal. What followed was more than a devastating year of purgatory for both Oracle and Ellison.

Imbler managed to persuade Walker and Ellison to write down the missing $15 million when the results for the quarter were reported on March 27. Although revenue, at $236 million, was still up by 54 percent over the year before, net income was more or less unchanged, while earnings per share, at 18 cents, were little better than half the upper end of analysts' forecasts. The following day, Oracle's stock lost more than 30 percent of its value, falling to $17.50 at a time when such precipitous single-day drops were much less common than they are now. It should have been the warning that Ellison needed to put Oracle's house in order. But far from being chastened and repentant, Ellison told investors that he fully expected to make up the lost ground in the final quarter and that Oracle would be back on what he called its "annual plan." Eighteen months earlier, at the company's annual strategy meeting, with just five slides, Ellison had made a presentation that he titled the "Five in Five" plan: "I was simply extrapolating the annual doubling of revenues. We would reach $5 billion in five years. I had absolutely no idea how absurd and naive the plan was."

He didn't have any better idea how his March 27 promise was going to be achieved either. But a commitment was a commitment, and it was Gary Kennedy's job to deliver the number. Astonishingly, given a slowing economy and Oracle's continuing product problems, he just about made it. Revenue was up 63 percent, to $334 million, and earnings per share came in at a respectable 39 cents. A great deal has been made of Kennedy's idea of incentivizing the sales force by giving them the option in that crucial quarter of having their commissions paid in gold coins. Kennedy's "Go for Gold" campaign is a nice metaphor for the hysteria that accompanied selling Oracle software during that period, but it was relatively harmless compared with the other things that were going on.

The real damage was being done by the way future sales were being mortgaged against the present. Customers were being encouraged by outrageous discounts to buy software licenses they might not actually need for years. By the time the next quarter arrived, instead of the "planned" 50 percent increase in sales, the figure was closer to 30 percent. With expenses still geared to doubling revenues, Oracle was heading towards its first-ever loss. Geoff Squire, who was by this time running European sales from London, says, "Every customer had been squeezed as much as possible to help the May quarter, with the result that the cupboard was really bare. I got a call from Larry in late August, and he said, the quarter's gone and Gary's going. He said he was going to focus personally on fixing America and he wanted me to take over International." Squire argued successfully that International could look after itself and that he would come over to America to help Ellison restructure the company. He started by giving Ellison a list of all the things that needed doing. Ellison interrupted: "Okay, what time does your plane land?" *

When Squire arrived, he found Walker telling Ellison that with the company about to miss its numbers by a mile, he had to make a statement. A warning issued two and a half weeks before the scheduled earnings call suggested a loss of 20 cents a share. Within days Walker was saying that he had gotten his sums wrong. Squire says, "By this time Larry was getting a little upset about this—that was two hits. He didn't scream and shout, but you could tell he was angry. I was in the room when he took the decision that Walker should go. He didn't say anything. It was just a realization—he simply wrote a note to himself and carried on with the executive committee meeting."

When Walker announced the real losses during International Oracle User Week in Anaheim, California, on September 24, 1991, they were 27

---

*LE writes: Geoff Squire was nothing less than heroic during this crisis. Without his efforts, the company probably would not have survived.

cents a share and $36 million. Ellison, having fired Kennedy a couple of weeks earlier (Kennedy claims he resigned because he had been offered the chance to lead a Mormon mission and wasn't prepared to commit another two years of his life to Oracle), was eager to put as much of the blame for the "fiasco" on a botched reorganization of U.S. sales. He was also able to point to the fact that he was at last pruning costs, having laid off four hundred people a week earlier. Squire says, "We basically had to find a revenue number we couldn't miss and then build a cost plan underneath, which meant getting rid of an awful lot of people." By way of painful irony, the day the layoffs were announced was also the day that the magnificent pool and gym complex opened at Oracle's spectacular new campus at Redwood Shores.

Whatever Ellison had said, it wouldn't have cut much ice. On November 1, less than eight months after Oracle's stock had reached an all-time high of $28.38, the shares were trading for $4.88. To make matters worse, Oracle also had a serious cash crisis. It was this, as so often happens with ultra-fast-growing companies that suddenly hit a wall, that turned a painful reverse into something almost terminal. Jeff Walker stills likes to play down the seriousness of what had happened to Oracle: "It was one lost quarter coupled with some accounting irregularities as a consequence of rapid growth, lack of central control, and a far-flung empire of somewhat autonomous organizations. If the company had held adequate cash at the time, it would have been nothing more than a little blip. What made it a near-death experience was the lack of cash. As the CFO of Oracle, I and the board worked hard to encourage Larry to raise cash in a variety of ways throughout the late 1980s. I wanted to do additional equity rounds. We came within days of doing convertible debentures to raise large amounts of cash. Larry at the last minute decided not to do it. The board could have done something about it had it chosen to do so." *

Ellison was determined to avoid the dilution of raising new equity and by his own account was too uninterested to read the new numbers. A prudent insurance policy against a downturn in the economy or Oracle's fortunes was simply too boring, and the board did not press him on it. It was a recklessness that came very close to losing him the company.

---

*LE writes: Actually, I wanted to raise cash and was working with Safra Catz, who was then at DJL [an investment bank], to do just that. We just could not come to an agreement on structure. I wanted a bond deal. Others wanted a convert. Without an agreement on structure we did nothing.

In August, Oracle had entered into a three-year revolving loan agreement of up to $250 million from a thirteen-bank syndicate, but by December the banks were so shocked by the deterioration in both Oracle's business and its stock that it forced a renegotiation of the terms. The size of the credit line was scaled back to $170 million, the maturity date was brought forward to November 1992, and additional covenants relating to Oracle's future financial performance were imposed. Unfortunately, most of the $170 million had already been borrowed. Squire, who by now was in charge of worldwide operations and effectively number two at Oracle, was doggedly trying to bring in cash by running the receivables down: "I'd ring the customer up and ask them why they hadn't paid. It was always the same thing: the product didn't work; I never ordered the product; the salesman said I didn't have to pay until whenever . . ." Squire, an accountant by training, remembers that the cash position was so bad that at one point Oracle was within $3 million of its overdraft limit.

The danger of a hostile takeover was small because without its key people to develop the product, Oracle had little value to a rival. A much bigger danger was that those people would walk because their options were so far under water that a deep-sea diving bell would be needed to find them and because many thought that the company was finished. Squire says, "Every time the phone rang, you feared it might be a head-hunter. They were all over the place like leeches, trying to take all our top people away." One of the brightest talents to leave was Tom Siebel. Siebel was not only one of Oracle's most successful sales managers, he had designed and built from scratch a highly effective telephone sales operation running on an early version of the customer relationship management software that he was later to pioneer. He said later, "Oracle looked to me to be an organizational disaster at that point. Larry offered me the position as president of Oracle USA to stay, an offer which I declined. I was tired. I was vested. I was looking for a higher-quality work environment in an organization committed to higher ethical standards and committed to fulfill customer obligations. I left." *

For Ellison, a personal as well as professional disaster was unfolding.

---

*LE writes: Tom's crisis of conscience was coincident with the drop in our stock price, which made his huge option grants worthless. Tom, like many other U.S. salespeople, left Oracle because he thought the big-money days were over. And I certainly never offered Tom the Oracle USA president's job. In fact, I had already given that responsibility to Geoff Squire.

He had borrowed heavily against shares that had slumped to a point where he faced the equivalent of a margin call from his creditors. And a great many people were only too happy to see him getting his come-uppance. His marriage to Barbara had broken up, and Bob Miner, who should have been his closest friend at Oracle, wanted out. Ellison says, "Even after our stock dropped, Oracle was worth much more than Bob ever imagined. He thought the prudent thing to do was to sell the company." It was personal in another way for Ellison. His adoptive father, Lou Ellison, had always told him that he would never amount to any-thing. "My father said I would never succeed. It seemed he might be right after all."

Although he was clearly shaken and depressed, it didn't occur to him to give up. Geoff Squire says that he never thought that Ellison would walk away. "He had some low points. I remember, the day my father died, finding my mother clinging to the bedpost not knowing what to do because the rock on which her life was built was no longer there. I saw Larry almost like that a couple of times. There was desperation. But what he clung to was his belief in the company." Jeff Walker says, "My obser-vation is that he dealt with it in a forthright and manly way. No one was happy about it, but there were things that he had to do and decisions that he had to take. I never saw petulant or childish behavior. I never saw withdrawal or a fear to face facts. Pressure can make us react in perverse ways, but I never saw any of that. He dealt with it." Ellison says, "I couldn't run away. I had to save Oracle to save myself. I had no choice."

In one sense Ellison was very lucky indeed—he could easily have lost his job before he had a chance to fix the mess he had helped create. Don Lucas says, "I can say this now, and Larry knows this, that not all the board was in favor of keeping Larry on. I was chairman, and I was one hundred percent convinced that this was not a good time to make a change. Larry was inspirational to the company, he understood the tech-nology, and despite the problems with Oracle 6 the technology was great. The problem was in not having proper accounting and the need to clean up and push that out to the field, to sales, and say, 'Thou wilt not do this, and this is the way you will do things.' This was a simple problem. What we really needed to do was get a good financial officer." Ellison says, "I'll always be grateful to Don for trusting me and giving me another chance, even though I probably didn't deserve it."

How much of the blame for what happened should stick to Ellison and how much to Kennedy and Walker? As CEO, Ellison clearly has to take overall responsibility. The extreme form of delegation he pursued—what

he describes as his abdication model of management—was a form of self-indulgence rather than a brilliant insight into how to get the best from talented managers. "I was interested in the technology. I wasn't inter-ested in sales or accounting or legal. If I wasn't interested in something, I simply ignored it. The managers who wanted to run their part of the busi-ness with minimum interference were quite happy that nobody was look-ing over their shoulder. Unfortunately, if people ran amok, the problems they created would not become visible until they had grown so large that they were difficult to fix. All I had to do was keep legal and accounting organized as separate control functions, and a lot of the problems we had in '90–'91 could have been avoided. You cannot run a company without strong checks and balances."

Ellison's defense today is still pretty much what it was at the time—that he was naive and inexperienced. But he knows that it's not enough to absolve him. He adds, "I just wasn't paying proper attention to my job. I was doing only the things that interested me. It was the same problem I had in school. But this happened in my forties. I wasn't a kid anymore." Exactly. The truth is that Ellison found almost everything about running a company, other than creating a vision of what Oracle's technology could do and driving the product development strategy to achieve it, bor-ing and, in some sense, beneath him. But later, after he realized he had a duty to know about the supposedly tedious details of how a sales force should be compensated and revenue recognized, he discovered it wasn't so dull and trivial after all.*

Ellison also had a genuine respect for Walker's intellect, which blinded him to his other faults. "I like very smart people, and Walker's very smart. In those days, whenever I was defending somebody, my defense would be to point out how smart they were. Geoff Squire wasn't im-pressed by this argument. He said, 'Yes, Larry, he's very smart, but can he do his fucking job?' I just stared at Geoff and said nothing, but I was thinking, 'Oh, God. He's right. Brilliance is not enough.' "

As far as Kennedy was concerned, Ellison seemed to think that his re-ligious fervor would prevent him from doing anything morally dubious.

---

*LE writes: These days I believe that every process within an organization—marketing, sales, service, everything—should be carefully engineered. This can be done only if a company implements systems that automate and monitor its business processes. I'm still an engineer at heart, but now I apply engineering discipline to our entire business, not just product development.

"I never thought Gary was capable of being unethical. But I also knew he hated losing more than anything." Ellison used to play basketball with Kennedy. On one occasion, the Oracle team was down by twenty points in the fourth quarter to a team from Stanford. "Late in the game I passed the ball to Gary and jokingly said, 'Hey, we can still beat these guys.' Gary gave me a look of total disgust. How could I give up before the game was over? He hated losing. The feeling was so strong, it could only have come from his childhood. Gary came from a very modest background [his father worked as a miner in Wyoming, forty miles from the family home in Randolph, Utah]. In his family, you were taught never to give up. Gary would fight to the limit not to lose."

But surely that refusal to accept defeat was precisely the quality that ·convinced Ellison to put Kennedy in charge of U.S. sales? When Ellison committed Oracle to doubling its revenues each year, when he presented the "Five in Five" plan, didn't he realize he was creating the conditions in which somebody as driven as Kennedy would be unable to stop himself from going too far?

I think Ellison is disingenuous in arguing he was not responsible for a good deal of the pressure that turned the Oracle sales force into an out-of-control monster. If a demand from the CEO to keep doubling revenues each year, even with a shaky product and weakening economy, is not pressure, it's hard to know what is. The frequently declared determination to wipe out database rivals, such as Ingres and Ashton-Tate, and the testosterone-charged advertising that Oracle indulged in to convey its message of dominance—one series of ads depicted Oracle as a sleek F-15 shooting down Ashton-Tate's World War I biplane—bred a win-at-all-costs culture that came at least as much from Ellison as from Kennedy. Given Ellison's abdication model of management, it was also surely his responsibility to have a qualified, tough CFO to establish and police business rules. Making Walker CFO just because he was "smart" and was designing financial applications was a decision of extraordinary frivolity, while integrating the legal department with U.S. sales was equally irresponsible.

In partial mitigation, however, it has to be remembered that the software business more than a decade ago was extremely immature. Until the early 1980s, nearly all software had been sold with hardware according to the vertically integrated model established by the likes of IBM and Hewlett-Packard. Enterprise software, because of the peculiar nature of the product and the time it usually takes to install, lends itself, more than anything else, to companies that are likely to spend large sums of money on exotic and innovative deal making.

Don Lucas says, "Software by its very nature is an intangible. The same tape can be worth $100,000 or $200,000 and so is susceptible to a vast number and variety of business relationships. And of course at that time we didn't have standardized contracts, and the accounting profession was just coming up to speed and, you know, we were called cowboys, but there were many different ways to enter into a contract, with the provisions and the details and so on. Some salesmen gave customers the right to return the software. Of course that's lunacy, that's not competent. But in between that, which is zero, and a clean booking, cash down, there's a vast array of considerations." Ironically, given Tom Siebel's strictures about the ethical standards at Oracle when he was there, Ellison always cites Siebel as a salesman whose "creativity got him and the company into trouble." "Tom was and is a super salesman. He is the king of the deal. But not every deal was good for the company."

Ellison hasn't seen Kennedy since he left Oracle. (To almost everyone's consternation, when Jeff Walker founded Tenfold in 1993, he asked Gary Kennedy to be its CEO, even if it meant basing the business in Salt Lake City.) "Gary and I didn't have a lot in common other than work and the occasional basketball game. We never spent time together." Although he won't quite say it, it's clear that he still blames Kennedy in large part for Oracle's crash and for the humiliation of having to restate earnings for three quarters and submit to a brutal SEC investigation that resulted in a $100,000 fine. It has left Ellison with a profound distrust, not to say distaste, for the things that salespeople will do to get a deal.

In one particular, however, Ellison does recognize something of himself in Gary Kennedy. "Like Gary, I've always been more motivated by fear of failure than by greed. And I hate losing. But bending the rules is a bad strategy. It's more likely to bring on defeat than victory."*

There is something slightly disturbing in Ellison's treatment of Kennedy. Ellison gives the impression of having been almost Kennedy's victim. Yet Kennedy recruited the most talented and feared (by both competitors and customers, it has to be admitted) sales force the technology business has ever seen. Some of them may have gone off the rails and

---

*LE writes: I know that Microsoft seems to be getting away with breaking the antitrust rules, but it will probably catch up with them in the end. Or they may stay lucky and get away with more slaps on the wrist. Who knows? Still, by breaking the rules Microsoft took a huge and unnecessary risk. If not for a few careless comments by Judge Jackson, it would have paid dearly for that.

gotten Ellison into trouble, but without them it's doubtful that Oracle would be the powerhouse it is today. Ellison likes to believe that, by and large, great products sell themselves. But Oracle's were not always unambiguously better than those of its rivals, whereas its sales force was invariably smarter, tougher, and more relentless.

The question of how much blame attaches to Ellison remains difficult to gauge. One thing he accepts without equivocation is that he practiced management by abdication. He does not deny negligence. There is even some justification for his abdication model. It wasn't just that he enjoyed driving product development more than the other stuff, he was convinced that it was in that area that he could make the greatest contribution to Oracle's success. While Bob Miner was supposed to be running development, he was never prepared to lead his programmers in the kind of "death marches" that winning software companies have to be ready for when products are late or failing.

Ellison says with fond exasperation: "Bob loved and took care of the people that worked for him. He would never ask them to work weekends because he thought they should spend time with their families." The fact that Oracle was having such a terrible time getting Version 6 of the database to work properly and the advances that were being made by Sybase made that focus on the product all the more urgent. Ellison says, "To beat Sybase, we had to deliver Oracle Version 7. That's what I spent my time on. I ignored everything else."

Nor is it obvious that making Oracle as big as possible as quickly as possible and relentlessly pursuing market share was the wrong strategy. Ellison says, "Among our early competitors, Ingres and Informix are gone and Sybase is on life support. Silicon Valley is a killing field. Very few technology companies survive. We did." It was this rather than the pursuit of a particular revenue number that fueled Ellison's competitive drive. Ellison understood that once a customer committed to a database vendor, he was pretty well locked in for the next ten years or so. Releasing Oracle 6 when it wasn't ready was extremely risky, but delaying it still further would only have allowed Sybase to become more entrenched in the market. It might have been a lousy way to treat customers and it might have done damage to Oracle's reputation, but to Ellison, the alternative of losing those customers for good would have been worse.*

---

*LE writes: I did not release Version 6 of our database, or any other software product for that matter, knowing there were serious bugs in the product. When

Perhaps Ellison's gravest fault was being instrumental in allowing the firm's cash position to become so nearly terminal. He might not have been sufficiently aware of his duties to note the fragility of his own company's balance sheet, but remarkably he felt qualified to ignore the warnings of others. That single sin of omission may well have had the most serious consequences of all. If, as Jeff Walker and Don Lucas had advised, Oracle had raised money when it hadn't needed it, the consequences of the lost quarter and the revenue restatements would have been little more than an embarrassing stumble.

Ellison's claim that he was "incompetent" is only half true. He combined arrogance and recklessness to a degree that was very nearly lethal for Oracle. But against that he built something so inherently resilient and valuable that both he and Oracle would have the chance to reinvent themselves. As Jeff Walker puts it, "If you take a brilliant, compulsive personality and you subject them to a learning experience, they learn brilliantly and compulsively."

---

*you rewrite a large portion of a complex product, as we did with Oracle Version 6, it is virtually impossible to test thoroughly enough to find all the bugs. Unfortunately, you do not discover some of the bugs until the product is in use by customers.*

# 6

# GROWING UP

By the beginning of 1991, Ellison had recovered enough from his very public humiliations to be fully engaged in digging Oracle out of its hole. Jenny Overstreet says, "There were a lot of people saying, 'Told you you'd get your comeuppance, you sonofabitch.' He was badly frightened, but the Larry I knew responded to great fears by regrouping quickly. He'd decided, 'I'd better go back to the only thing I know, which is to work really hard and focus all my best energies and all my best talents on fixing this because I'm not really ready to quit.'"

Marc Benniof, who had taken over the telephone sales operation on the recommendation of Tom Siebel, sees it slightly differently: "I don't see Larry as conventionally resilient. I see him as a driving force. Larry gets what he wants, and when he focuses on something he gets it." Benniof, who became one of the few people working at Oracle in the 1990s to become a close friend of Ellison, is even reluctant to buy the idea that Ellison was all that surprised by what had happened: "Larry had his foot to the floor at a hundred fifty miles per hour, trying to leave all his competitors behind. He knew that eventually he would shoot the car over the cliff. But it was like in a James Bond movie—the car makes it across to the cliff on the other side even though it's broken into ten thousand little pieces. It's like he had to go back and say, 'Sorry, Q, look what I did to the car!' But he'd accomplished his goal."

Ellison had to do three things if he was to put Oracle back together. The first was to deal with the cash crisis. The second was to bring in seasoned managers who would bring some solidity to what was now a billion-dollar company and give confidence to investors that the mistakes of the past would not be repeated. Finally, he had to overcome the relia-

bility problems of Version 6 and make sure that the next release would more than hold its own in the features race with Sybase.

Of all these, the most urgent was Oracle's dangerous cash crunch. Ellison knew that a conventional financing solution would not be available on anything less than the most punitive terms, terms that would undermine his position as Oracle's dominant shareholder by destroying the value of the equity held by the company's most important employees: the key developers. Ron Wohl was a young product manager who for several years had been a notably loyal staff officer. He remembers, "Not only did we not have cash, we had not made good banking or other arrangement for financing. We were in danger of violating our covenants [which could have resulted in the bank syndicate calling in the $170 million already borrowed], so we needed to raise some money. At that point, the Japanese economy was extremely strong and Japanese companies were very interested in participating in high tech. Larry had a very strong personal interest in Japan. So he began some initial discussions with Japanese companies which rapidly centered on Nippon Steel, a very, very capable company. Larry asked me to take a lead in the negotiations because our CFO at the time, Jeff Walker, had lost credibility and Larry was in the process of looking for a new CFO."

Ellison made it Wohl's mission to get $200 million while giving as little Oracle equity away as possible. Although initially the Japanese were bewildered to be dealing with a rather junior thirty-year-old, Wohl turned out to be an inspired choice. Wohl has an almost oriental inscrutability that makes him an extremely cagey negotiator and, at times, an infuriating colleague. Even in normal conversation his wariness and reluctance to commit himself can be unsettling. Ellison says, "Ron is extremely smart and very cautious. He hates errors of commission, which means he can be slow to make decisions. That's very Japanese." Not surprisingly, the negotiations proceeded at a glacial pace. Wohl says, "Given the complexity, it was a long-drawn-out negotiation involving a lot of money, a lot of complicated financial arrangements, some partial ownership of Oracle, and some board arrangements in Japan. During that time, Oracle's financial position was getting better by the day and we needed much less money." So much better, in fact, that it dawned on Wohl that his boss didn't really want him to do the deal at all.*

---

*LE writes: I wanted a deal; I just didn't want to give up any Oracle equity, so I slowed down the negotiating process. Time was on our side. Every day our cash position got stronger, so our negotiating position got stronger.

Case 3:01-cv-00988-SI   Document 1548-2   Filed 11/17/08   Page 56 of 91

With an agreement imminent with the cash-rich Japanese, Ellison was able to hold off Oracle's bankers and buy time to renegotiate a different and much more advantageous deal with Nippon Steel than originally conceived. By the end of 1991, with expenses under reasonable control and the beginnings of recovery in the economy, Oracle had returned to robust, if unspectacular, profitability and the stock was climbing. Instead of surrendering equity in Oracle to pay off the banks, Ellison had secured a deal that gave Oracle an $80 million loan on highly favorable terms, in exchange for which Nippon Steel had warrants to buy up to 25 percent of Oracle Japan at an exercise price that gave a value to the subsidiary of $400 million. It wasn't quite a case of "and with one bound, Jack was free," but it was getting close.

Another reason for the restored order of Oracle's finances was the arrival in early 1991 of a new CFO. Ellison accepted that Oracle needed a high-class, conventional, professional CFO rather than someone else who, in Geoff Squire's words, was smart but couldn't do the job. About the only thing that Jeff Henley had in common with his predecessor was the same first name. According to Don Lucas, Henley was "a straight arrow," a perfect choice. "We were extremely fortunate in finding Jeff. He was very highly considered by his peers. He'd been there, done that. He'd worked for Memorex and one of the semiconductor companies. You don't have to understand software per se, you just have to know how to do things right."

At the time Lucas approached him, Henley was CFO at the real estate firm Pacific Holdings Company, controlled by the controversial entrepreneur David Murdock. Henley had worked for Murdock for four and a half years and "couldn't stand the guy." He feared that on the basis of what he'd read, Ellison sounded very similar to Murdock. "Murdock was a self-made guy, much like Larry, very opinionated, very volatile temper, and wouldn't listen to anybody. And here's this Ellison, that they say is an egomaniac and all this other stuff, so why would I go and work there?"

Henley was won over in December 1990 at a dinner with Ellison at the Sofitel hotel across the road from Oracle's new "Emerald Towers" headquarters. Henley says, "He had clearly been in deep shock, but now he had gotten over that and was trying to get things going. He was very concerned and, as I would later discover, worried for his own job. I found him very resolute and committed to turning the company around and that he had taken a very active role after a number of people in the leadership had

been fired. He was even signing all the checks in the United States as a way of really trying to get his arms around what was going on, but he clearly acknowledged that he needed more experienced management."

Far from Ellison's personality being an obstacle to him, Henley wanted a guarantee that Ellison would not be forced out. "I didn't want to join the company and see Larry leave. I found him very different from Murdock—Murdock thought he knew everything and was in a thousand different businesses, but Larry was very focused on the business of technology. Murdock had street savvy, but nothing like the intellect of Larry. Murdock had no sense of humor, while Larry had a great sense of humor, so I saw a guy who I could also have a lot of fun working with. I'd been ten years in the tech industry, and I came to believe that most tech companies lose their way because they don't have leaders who really understand the technology, but Larry did."

Ellison also liked Henley a lot more than he expected to, finding in him much more than the kind of super bean counter he feared being saddled with. What impressed him was Henley's calm rationality. Although he was only a year or so older than Ellison, in his late forties, with gray hair, craggy features, and the quiet confidence that only the truly well grounded have, he had a somewhat senatorial air that was far removed from the Oracle of the 1980s. Henley also appreciated Ellison's willingness to learn from his mistakes. "He acknowledged that he had created too much competition inside the company. He hadn't pushed teamwork enough, so he had a group of people on his executive team who just hated each other. He also realized that hiring really smart people, very smart young engineers or whatever, had to be balanced by bringing in people who had some business experience. The blowup made him modify some views he'd held for a long time, it was like 'I had a couple of blind spots, and now I need to go work on them.'" [*]

Henley's arrival made an immediate difference. Noosheen Hashemi had been banging her head against a wall trying to get Jeff Walker to agree to bring in fifty accountants from Peat Marwick to go through the

---

[*] *LE writes: From the first day, I found Jeff very easy to work with. He says exactly what he thinks. He has no personal agenda at all. He's fiercely loyal to the company. He looks out for the interests of our shareholders, employees, and customers. And he's a leader. As they say in the military, it's been an honor to serve with him.*

boxfuls of weird contracts and deals that had to be reconciled to get the numbers into shape. "Walker said I could spend just twenty thousand dollars after letting go two thirds of the people who worked for me. I said, 'We can't. We have to restate. This is serious.' He had his head in the sand. The day Henley walked in, he just said, 'Go clean it up, go do it.' He signed up just like that."

Other things also began to change with Henley's arrival. He began to modify Ellison's policy of hiring only exceptionally clever young people. Hashemi says, "We had honor students delivering the mail. That was superb for the company when it was growing so fast because people could take on jobs that evolved in value very quickly. When Henley came in, he said, 'I don't see growth like that. I'm going to hire a payroll clerk for fifteen thousand dollars that has twenty years of experience and no college degree, not some twenty-four-year-old prima donna who doesn't expect to be doing the job for more than six months.' From that moment on, I felt the company lost the incredible culture it had."

Henley also started chipping away at expenses such as lavish parties and massive bonuses. Hashemi, a zealot who thought nothing of working eighteen or twenty hours a day for her beloved Oracle, says that in the past it would have been unusual to find an empty conference room at nine in the evening. "Oracle became a job, when it had been a mission." Most shockingly of all: "People started having children." In other words, Oracle was doing what it had to: evolving into a more stable, grown-up company. Something may have been lost in the process of dialing down the manic intensity that had helped get Oracle into trouble, but not much of it was worth keeping.

With Henley in place bringing reassurance to Oracle's investors and order to the company's finances, Ellison's next task was to find someone to run U.S. sales and consulting. After the departure of Gary Kennedy, Ellison had appointed his polar opposite to run U.S. sales, a genial, almost cuddly man named Mike Fields. Hashemi says, "He was sort of like a teddy bear, he was what we needed for a short period of time. The worst thing that could have happened was to have put in someone arrogant like Tom Siebel. What was needed for a year was for Mike Fields to go around shaking hands with customers, saying, 'Sorry, we're a different, kinder, gentler company now.' "

Although Ellison eventually fired Fields, he is still quite fond in his recollection: "Mike was an exceptionally nice man—he was the Bob Miner of sales. He was a father figure. He was effective at sales because people

trusted him. But Mike had never managed a sales organization as large as Oracle's. I wanted someone experienced managing a large organization. And I wanted someone who was servicecentric—not salescentric."

Ellison knew what kind of manager he was looking for to change the cowboy culture of the U.S. sales organization. "I had never heard a customer say, 'Gee, what I need are a few more salespeople calling on me.' Customers always want better products and better service. With Oracle Version 7 we were about to introduce a greatly improved product. Now we had to improve our service. The era of the cowboy was over. We needed someone who could build and run a railroad."

For practically the first time, Ellison used the services of a headhunter, Heidrick & Struggles, to identify candidates for Mike Fields's job as head of Oracle USA. The two men who were shortlisted were a world away from the old Oracle. One was George Conrades, who was running IBM's sales in America and later went on to be the CEO of Akamai, the successful pioneer of Web-caching technology. The other was Ray Lane, a senior partner of the big consultancy firm Booz Allen Hamilton. Lane had been at Booz Allen for about twelve years and had built its IT practice—the Information Systems Group—into one of the four major lines of business within the firm. With the handsome features and firm voice of a film director's idea of a cliché presidential candidate, and a good opinion of himself to match, Ray Lane certainly looked the part.

However, Lane had to be talked into seeing Ellison by Heidrick & Struggles' John Thomson. Oddly, Lane had never heard of Ellison and knew next to nothing about Oracle. Thomson suggested that even if nothing came of meeting Ellison, Lane might be able to sell himself some consulting work down the road. When Lane agreed to fly to California from his base in Dallas, he decided to do some research on Oracle. "It was all really bad. I remember one article in *Upside* magazine which had Larry portrayed as Don Quixote [tilting at windmills], and there were others about the demise of Oracle and its near bankruptcy. Frankly, I didn't know why I was going to meet him. But I did, and I spent three hours with him, talking more at each other than having a conversation. About eighty percent of the discussion was my views of how companies don't understand how to use computer technology and what they needed to be doing. He kept on talking about the technology. So at the end we were really firing each other up in different dimensions—talking about the same things, but looking at both sides of the elephant. He wanted somebody who understood what the technology did for customers and

who could sell solutions. Finally, it got to the point after two hours when he says, 'You're the guy. You're exactly what we're looking for. Will you do this?' " *

Although Lane was excited by Ellison's pitch that the combination of the forthcoming Oracle 7 and a reformed, professional sales force represented a great opportunity, he played hard to get, claiming that he stood a good chance of eventually becoming CEO of Booz Allen, which, compared with Oracle, was a global and highly respected firm. But if Lane was cautious, Ellison was convinced. "Larry tripled the number of options on the spot and said I could run things from Dallas—it's Oracle USA, not Oracle California—and just turn up at Redwood for management meetings."

Lane returned to Dallas without having given Ellison his answer and continued looking into the kind of company he might be joining and what working for Ellison would be like. "I started talking to people I could trust about Oracle, about ten people in all. All but one said that the company was gone and the earth would be better if it was gone, and everyone said Larry couldn't be trusted, was the scourge of the earth and was legitimately hated. They were saying 'You'd be going from a classy, professional environment to a bunch of wolves. If you go, don't call me— I'll never buy an Oracle product, even from you.' I was hearing that there was a true love/hate relationship with every employee who works at Oracle. It's an exciting place to work because you're in the middle of everything. You make good money, the sales force makes incredible money. Yet every day, you're dying to go home and you're saying 'I hate this place, I hate this company.' "

The one dissenting voice was a friend of Lane's named Robert Shaw, a burly, dynamic ex-marine who ran the Booz office in San Francisco. Shaw, who was willing to back his judgment by going with Lane to Oracle, said that he thought Oracle had more potential than any other company in the Valley. Lane says, "I trusted him. He knew something about Oracle and had worked with them in the past. He thought they had just been mismanaged. Larry was a lunatic, but a lunatic with vision. They

had kicked ass in the 1980s, and they could kick ass again. Robert was very influential with me, saying, 'Gee, if you go, I'm going with you.' " *

Lane had also more or less convinced himself that he could work with Ellison because they were so complementary and that Ellison's propensity for delegation would result in "a degree of separation." He felt, too, an urge to move to California: "If you're in the oil business, Texas is the place to be. If you're in the computer business, you've got to be in California. Also, at the time, I was not close to my wife and we had already talked about splitting up." If there were attractions in making a new life, Lane is candid enough to admit that it was the prospect of getting rich that made up his mind for him. Speaking of himself and Jeff Henley, he says, "I think Larry bought both of us. I think it's an MO—Larry will first charm you and then he'll buy you. With three hundred thousand stock options, he knew I could do the math, and if Oracle stock moved five points it would be more than I would ever make at Booz Allen."

The funny thing is that Ellison was so desperate to hire Lane. As Geoff Squire says, "If you had done a criteria matrix, you wouldn't have picked Ray. He'd never really seen software, and he'd never run an organization doing more than $50 million. Conrades had more ticks on the scoreboard. But he was intelligent, a good consultant, very quick to understand things. I think it was actually quite an inspired decision." As for Lane, whatever his initial doubts about joining Oracle, his relationship with the "lunatic" Ellison would be pivotal in creating the company that Oracle became in the 1990s.

Lane's timing couldn't have been better. His first day at Oracle on June 14, 1992, coincided with the launch of Oracle 7 in New York. "Larry stuck some makeup on me and threw me up on stage. After he had introduced Oracle 7, I ran a little analyst panel that was to talk about why they thought it had the right features and how if we delivered on time, the prospects looked pretty positive." In fact, Oracle 7 was a little late to ship and didn't get out of the door that day. But it quickly became apparent that it was the product that Oracle's long-suffering customers had been waiting four years to get their hands on.

Ellison says simply, "Oracle 7 was a working version of Oracle 6 plus a few very important new features." Specifically, it had all the features

---

*LE writes: I thought then and still believe that a good consulting manager is ideally suited to sell complex software products. Ray could sell the business benefits of our technology. That's what we needed to do more of in our field organization. And of course Ray could improve our consulting service delivery. He was the right guy for the job.

---

*LE writes: Robert Shaw was a great addition to Oracle. He deserves most of the credit for building our consulting organization in the United States. He's also a pretty good sailor.

that Sybase had differentiated itself with and more. Oracle 7 had an advanced architecture and, like Sybase, was fully programmable via its elegant new PL/SQL programming language. And Oracle 7 one-upped Sybase on both referential integrity and two-phase commit. Ellison says, "With Sybase you had to write hundreds of lines of code in their server programming language to get two-phased commit or referential integrity to work. In contrast, Oracle 7 implemented both of those features using standard SQL. What took hundreds of lines of code in Sybase, we could do with a few keywords. The two features Sybase had marketed most heavily suddenly became technical advantages for us, not them." Whereas Sybase supported neither standard SQL queries nor update transactions that accessed data on more than one server, Oracle 7 could automatically retrieve and modify data on multiple computers using standard SQL, even when some of that data was stored in the databases of rival vendors, making it much easier to build client/server applications that worked with the database than before.

In addition, Oracle 7 was much faster than any other database on the market, thanks to Ellison's passion for the clustering and multiprocessing technology that had made its first appearance in Oracle 6. Although it would be nearly a decade before the full fruits of Oracle's commitment to clusters based on the pioneering Oracle 6 shared-disk architecture would become evident in Oracle 9i, there was already one important marketing benefit. Ellison says, "We were the first to use clusters in performance benchmarks. We won the TPC benchmarks by such huge margins that everyone else just gave up." Running on a pair of UNIX servers, Oracle 7 supported more than ten thousand users and smashed through the thousand transactions a second barrier. Clustering may not yet have been of much practical benefit to customers wanting to run real-world applications, but combined with Oracle 7's other strengths, it was to prove a knockout blow to the likes of Sybase and Informix. Jay Nussbaum, who had joined Oracle from Xerox in early 1992, summed up what Oracle 7's product superiority meant to the sales force: "A dog with a note in its mouth could sell it technically."

Apart from having a great product to sell, Ray Lane was also pleasantly surprised by the quality of the people he discovered at Oracle. He was expecting to "find people who were kind of average—not thinkers, but doers." But "everywhere, there were a lot of very creative people." Even so, Lane resolved that if Ellison didn't pass two "tests" in the first few months, he would return to Booz. The first of these was whether Ellison would back him in choosing his executive team. Lane says, "I had

to figure out who the good apples and bad apples were. I fired about seven people, and one was a particularly bad apple, Craig Conway, who's the CEO of a big company [PeopleSoft] today. Craig was a smart guy, and he was also a friend of Larry's." *

Although Lane at first wanted Conway on his team, he soon changed his mind. He came to the conclusion that Conway had undermined the still popular Mike Fields by constantly feeding Ellison with poison about him. Lane says, "Poor Mike was trying to sell a bad product [Oracle 6] against Sybase and he was doing a great job trying to correct the years of bad behavior with the customer, always out on the road. And back at the ranch, there's Craig saying to Larry, 'Why don't you give it all to me, I'll make it work.' He was very smart, very Machiavellian, always trying to figure out an angle, and so he got Mike Fields." What convinced Lane to get rid of Conway was not only the belief that he was also plotting against him but the ill feeling against Conway that he found during the annual company jamboree in Hawaii for salespeople who had met their quota (the "Hundred Percent Club"). "It was like hell. Everybody was calling my room . . . all the fingers were pointing at Conway. It was such an easy decision."

Whether it would be so easy for Ellison was another matter. When Lane told Ellison what he was going to do, Ellison asked him whether he was sure, because he might need some help getting through the next couple of quarters. Lane said, "I'm very sure and . . . I want your commitment that when he comes to you, you will either not talk to him or you'll tell him that it's Ray's decision." Ellison told him he had it, and when Conway duly went to Ellison and demanded to be put in charge of something else, Ellison was as good as his word, saying "It's Ray's business to run. Ray has to make the call." †

The second test was whether Ellison was willing to listen and respond to criticism and unpalatable facts. On his arrival Lane had tried to find out why Oracle had been losing market share to Sybase and Informix. "I

---

*LE writes: I don't think Craig was or is, as Ray put it, a "bad apple." The fact that Craig managed a turnaround at PeopleSoft proves he's a very capable software executive. But Craig was not Ray's guy. Ray wanted people that were totally loyal to him.

†LE writes: I didn't agree with Ray's decision, but I didn't overrule it. Ray had to build a management team he was comfortable with. It was clear that he and Craig didn't like each other.

was just getting stupid answers, like, 'We never see Sybase,' so I hired McKinsey to do a study and collect data on our customers and business practices. How did deals get approved? How did the field actually work? How do the customers actually feel? Why do they feel so bad about us? I was hearing stories like customers would call because the product didn't work and they would get answers like 'Bummer, dude'! When I presented the McKinsey study, it was the first time anyone had presented real data. Now here it is, we've talked to hundreds of customers, and now tell me we don't lose to Sybase. Tell me Sybase is not viewed as a better company than Oracle."

If Ellison was convinced that Version 7 on its own would enable Oracle to triumph, Lane was more skeptical: "He believed that, I didn't. I think it certainly brought parity with Sybase. But Larry . . . thinks that ninety percent of the company's success is made on the product. I think the product is really important, but Oracle's problems were not going to be solved just because Oracle 7 came out. The McKinsey survey showed that Sybase was a beloved company. All I got was Larry telling me stuff that, you know, Oracle 7 gets introduced and your life is wonderful and it's plain sailing and all that. I would talk to the sales force and say, 'Why did we lose?' They said, 'We never lose.' They had no respect for Sybase. What came back from McKinsey was that customers hated us, and Sybase was revered as a trusted partner."

However confident Ellison might have been about the prospects for Oracle 7, he passed Lane's second test by allowing him a completely free hand in reorganizing the sales and support operation. With Lane and Henley on board, supposedly providing the "adult supervision" that Oracle had previously lacked, Ellison felt free to revert to his preferred role, directing engineering. He was no more interested in those parts of the company than he had been in the past and was just grateful that they now appeared to be in safe and steady hands. Lane says, "He was very helpful, very supportive of what I was doing—and I was changing everything, bringing in a whole new management team [many of them from Booz Allen]."

At the same time as Lane was shaking up sales, his former Booz colleague Robert Shaw, who now reported to him, was determined to yank Oracle's tiny consulting operation out of its torpor and turn it into something much bigger and more powerful on the back of the applications that Jeff Walker had begun to develop a few years earlier. Whereas databases were sold to the techies running corporate data centers, selling applications required understanding every aspect of a customer's business.

Shaw says: "I walked into a two-hundred-person consulting business and probably a hundred ninety-five of them were the wrong people. The mandate was: how do you grow this, how do we get it better integrated with the sales force? I took the job because there was a real opportunity to really drive the customer proposition from a services perspective. It went from an ugly duckling losing a lot of money doing little three-day projects, and customers complaining about consultants just out of training class who think they know more than their own people, into, by the time I left in 1998, a very profitable organization with seventeen thousand people and pushing three billion dollars in revenues."

Building a vast consulting organization was as strategically daring as it was risky. It would have enormous consequences, both good and bad, for Oracle. The danger was that if it became a direct competitor to the Big Five IT consulting companies it would risk having its immature applications business cold-shouldered by the firms who made software choices on behalf of their clients in favor of the much-better-established SAP and the promising new kid on the block, the client/server-focused PeopleSoft. On the other hand Oracle had come to recognize that developing and selling apps was very different from the database business, and having its own consulting operation was a way to gain the skills it needed to succeed.

Shaw says that in his first year the decision was revisited many times: "Larry came to me when we reached the first milestone for us, which was when we did a hundred million dollars. We were probably celebrating and we thought we'd just really pulled a coup, and Larry's reaction was 'Do you think you could ever make this larger than Andersen Consulting?' I said, I doubt it, but in the back of my mind I was thinking, the next plateau is becoming a billion-dollar business and then a multibillion-dollar business. Larry was always insightful. He said, 'Look at the evolutionary state of a set of our products. Arrogantly, you can think that we don't really need to listen to the customers on the database because we know more about database technology than they do, so you can really drive the requirements internally towards the external market.' But when it came to applications, the users knew a lot more about the functionality they needed to run their business.

"And at the stage we were at, of trying to integrate the core database technology with the development tools and then adding applications on top of that, Larry said, 'This is going to be a mess to manage if I also have to integrate with a bunch of systems integrators and have them bothering my development organization. They'll slow down the implementation of

projects because they're not serving a single master; they're serving whatever they can generate services around.' So I think Larry and I and Ray basically made the decision, we're going to go for it. We'll be channel friendly as long as the channels bring the business, but if the channel is just looking for us to hand off all systems integration business without helping us influence it, we're probably not interested. Would a third party really invest the time to learn our products, or would it slow us down in terms of penetrating accounts with our applications? We had so many people questioning either their functionality or the integration of the technology that we decided to cover ourselves and build the business ourselves. So the decision was, let's go build a very successful consulting business around that."

Nine months after Ray Lane's arrival, Oracle managed to beat analysts' expectations for the traditionally tough third quarter of its fiscal year, bringing in revenues of $371 million and nearly doubling net income over the previous year to $29.2 million. Lane says, "The message was starting to get out that we were serious about serving customers. We'd shipped the product [Oracle 7], not empty boxes. International, run by Geoff Squire, was doing well—average growth numbers but with great profitability. People were saying that it looked like a turnaround was in progress, and that's all you need to move the stock. The day we announced the Q3, the stock bounced eight points, from fifteen dollars to twenty-three." The message was that Oracle had turned the corner. Lane's gamble had already paid off financially: "I was in the game, and after the first year, I thought, I can do this. It's going to be a good ride."

Lane's focus continued to be on bringing order, discipline, and a service ethic to the sales force. By the end of the 1993 fiscal year, he felt confident enough to change all the compensation plans. The two biggest changes he made were to insist that the sales organization should not be paid extra for service and to change the quotas for individual salespeople in relation to the size of their accounts. "They were saying to me, 'If you want service, Ray, if you want us to be good guys, then pay us for being good guys.' I said, 'No. That's something that comes with your DNA.' " *

"When I came in," says Lane, "I also found that all the quotas were

---

*LE writes: Interestingly enough, the sales force eventually wore Ray down and he started paying them for selling consulting services. It was fascinating watching Ray interact with our sales force over the years. Sometimes he changed them. Sometimes they changed him.

the same—everyone had a two-million-dollar quota. Even the guy at General Motors. The list price of all the Oracle products he could sell to GM would probably come to two hundred million or more. He could say, 'If you buy the whole book, I'll discount at ninety percent.' With a twenty-million-dollar deal and a two-million-dollar quota, he makes a lot of money and the CIO that buys the stuff is a hero. So the salesman leaves because he can't sell anything more, having sold the whole book. Meanwhile, the customer is saying 'What can I do with all this crap?' We had thousands of customers in that situation. So I customized the quotas for potential and a lot of the cowboys left. I knew I would drive them out. Now if you've got GM, you're going to get a ten-million-dollar quota, you're going to sign up to stay, and you're not going to be allowed to sell everything in the price book in one deal."

Ellison couldn't have been happier with Lane's impact on the company. He had brought in other senior managers from Booz Allen, as well as a number from EDS and IBM, who were a different species from Kennedy's pack dogs and who had precisely the effect on the field that Ellison had hoped. Jenny Overstreet says, "Larry was just totally jazzed to have Ray and Jeff Henley around to teach him about what happened in grown-up companies." In fact, Ellison was so thrilled by Lane's performance and the impression of gravitas he lent the company that when Lane began to suggest taking on more responsibility, he didn't hesitate to give it to him.

Ellison says, "Ray had done a great job in the U.S., so when he asked for more responsibility I gave it to him. The problem was I gave him too much, too fast. Ray went from running U.S. sales to running global sales in October 1993. That was mistake number one. I removed Geoff Squire from running Oracle Europe. That was mistake number two. Then I gave Ray customer support. That was mistake number three." The rapidly expanding consulting organization run by Robert Shaw also reported to Lane. When Lane had arrived at Oracle, his position, if anything, had been slightly beneath those of Jeff Henley and Geoff Squire.

Lane, however, bears no responsibility for the firing of Squire, which Ellison now so bitterly regrets. The two men got on well from the outset despite Ellison's having (typically) failed to explain clearly to either who was the other's boss. Squire, who had moved back to London after the company had stabilized, says that he would have been happy to work for Lane, knowing that management of global sales would at some time revert to the United States. But Ellison had other ideas. Meeting Ellison for what he expected to be a routine session over breakfast in a London

hotel, Squire kicked off his "to do" list with some senior appointments he had been waiting for Ellison's approval on. Ellison said, "Ah yes, that's what I wanted to discuss with you, we won't be needing them. Ray is taking over International." Squire says: "I then asked him what he wanted me to do. He didn't say anything, and it was about five to ten and I had another meeting to go to. He looked uncomfortable, so I said, 'You're surely not . . . you don't want me in the company?' He nodded and I said, 'That's ridiculous,' and I left him there. After that, it got silly with lawyers."

Looking back on it now, Ellison says, "Removing Geoff Squire from Oracle Europe was the mother of all the management mistakes I made that year. Geoff was probably the most talented field executive we've ever had at Oracle. He proved just how good he was by building Veritas out of an acquired amalgam of tech company flotsam and jetsam. Geoff is an extraordinarily gifted guy—and I fired him. Ugh."

Within two years, Ray Lane was not only very clearly Ellison's number two but was in practice running far more of the business than his boss. From Ellison's point of view, it meant that he was able to spend most of his time doing what he liked best: leading the developers in the database and the tools groups. It was also good timing because Ellison's cofounder Bob Miner had quit his development role at the end of 1992. He was unsuited to managing the big teams of engineers that Oracle by now employed and was fed up with the unrelenting pressure to meet product deadlines. Things had come to a head at one of the Monday management committee meetings over the release date of Oracle 7.1, and Ray Lane had banged the table in frustration.

Ellison recalls, "In the meeting, I asked Bob to commit to a date for Oracle 7.1. He wouldn't provide a date. I kept asking. Finally Bob got angry and threw a crumpled-up piece of paper in the middle of the table and said, 'Okay, there's your fucking schedule.' The room went silent. After a long pause Bob said, 'Everyone is working their ass off. It's done when it's done.' That evening Bob called me at home and said, 'Look, I'm going to make it easy for you. I'm going to let Derry run database development.' Bob knew I would never take him out of his job—so Bob did it himself."

A year later, Miner was diagnosed with lung cancer, and a year after that, he was dead. Ellison says of him, "Oracle changed a lot of people, but not Bob Miner. He never bought a new house. He never bought a fancy car or boat. He never ever changed. He never got swept away by ambition."

The departure and death of Miner affected Ellison personally, but without him, the little group Miner had taken off to San Francisco disbanded and returned to Oracle, mainly to the database group. One of them was Ed Screven, who had previously worked with Jeff Walker. "Bob was an incredibly smart guy with great technical intuition. We were trying to build a kind of next-generation application execution environment. We had a lot of good ideas and it was fun, but we didn't make much progress. It was just way too ambitious."

As for Ellison, despite a fair amount of turmoil in his personal life (see Chapter 20) and having survived a couple of near-death experiences of his own (between the end of 1991 and the middle of 1992, he had managed to break his neck body surfing in Hawaii and smash one of his elbows when his front bicycle wheel stuck in a disused railway track while he was careering downhill near Napa), he was fully focused on propelling Oracle clear of the pack of other database vendors. His strategy rested on three legs. The first, and most important, was achieving real product superiority over Sybase and Informix, Oracle's main rivals in the early 1990s. With the release of Oracle 7 and, in particular, Version 7.1 in 1993, Oracle had, for the first time in several years, unambiguously the best database on the market. The second was in some ways a repeat of what had worked for Oracle in the 1980s when Ingres had been the target. Ellison was determined to exploit the strength of Oracle 7 by building market share no matter what the cost.

Ray Lane believes that Ellison's obsession with growth may have been one of the factors behind his sacking Geoff Squire. Although Europe was extremely profitable, it was not growing fast enough for Ellison. The country managers appointed by Squire to run subsidiaries, such as Michel Rocher in France, had considerable autonomy, and some of them preferred slow growth and big profits. Lane says, "Larry was constantly saying he wanted better numbers out of France, out of Europe. He was saying that we were losing market share to Sybase every day in France and he didn't care how profitable France was. I told him, 'Larry, if we do this, ramp up growth, we'll need to hire more salesmen, really saturate the market, but we're going to have a profitability problem.' He said, 'I don't give a shit about profits. I want to beat Sybase.' So that's what we did." *

---

*LE writes: It's true. I wanted to knock out Sybase while they were technically behind and vulnerable, even if it meant sacrificing profits in the near term. If we were successful, the profits would be greater in the long run.

It didn't take long to work. Lane remembers, during a trip to London in early 1994, Ellison getting him out of bed at three in the morning to deliver the news that Sybase had badly missed its quarter. "He just said, 'It's over.' He was the happiest I'd ever known him. They never, never recovered. Then it was Informix. I remember we broke Informix in about a year and half. We had more salespeople, we went for their key accounts, and we made sure that we never lost on price." Tellingly, the bonus scheme that Ellison, Lane, and Henley shared in was based on one thing: market share. If Oracle was growing at twice the rate of Sybase, the bonus would be doubled. Lane recalls, "The year Informix hit the wall the bonus got multiplied times thirty-three, but of course, the board couldn't let that happen. Larry has to have an enemy. Larry's the most focused individual I've ever seen when he has something to beat."

The third leg of the strategy was for Oracle to be increasingly seen as more than just a maker of databases. Ellison's interest in massively parallel processing (MPP), or clustering technology as it was also known, was as strong as ever. It had helped deliver the crushing benchmark performance figures that Oracle's marketing machine had blitzed the opposition with, but Ellison believed that it might have another application that could take Oracle into a very different world from the corporate computing engine rooms that had been its sole habitat up to that point.

In the early 1990s, there was growing excitement about the perceived convergence among the telecommunications, media, and computing industries. The idea was that the telephone and cable companies would build incredibly high capacity fiber-optic networks, replacing old twisted copper wire and primitive one-way broadcast cable systems; the computer firms would come up with ways to move data from one end of the network to another at high speed and convert bits of information into high-quality streamed sound and pictures; the television companies and the film studios would digitize their huge programming libraries and develop interactive and transactive content with retail and financial services partners; the killer applications, many believed, would be video-on-demand (VOD) and home shopping. The whole caboodle went by the name of the "information superhighway," and everyone, it seemed, wanted to be a part of it. Including Larry Ellison.

Ellison reckoned that he had at his disposal a number of the pieces that were needed to make the information superhighway, and VOD in particular, possible. The two assets Ellison controlled were the leading relational database management system and a majority stake in a Silicon Valley–based computer hardware company called nCUBE, which he had

acquired in 1988 for around $11 million of his own money (Bob Miner had put in about $5 million). Ellison maintained that Oracle should never go into hardware itself because it must always be seen to be platform-agnostic. nCUBE had been started five years earlier by some engineers from Intel, and it was an early leader in building massively parallel computers—relatively compact machines with multiple processors and the ability to calculate far faster than conventional mainframes.

Ellison hoped that one day an ultrareliable version of the Oracle database would run on the nCUBE boxes. It was partly his belief in MPP as the way of the future that had resulted in the rewriting of Oracle 6 with all the consequent problems of lateness and chronic unreliability. Unfortunately the nCUBE machines were very tricky and time-consuming to program, which made them unsuitable for the rough-and-tumble of corporate computing. But Ellison realized that it might be possible to use them for the much more specialized task of serving up streamed video.

What attracted Ellison to video-on-demand was not just the possibility of being able to sell more software and finally make some money from nCUBE but the opportunity to link Oracle with something that everybody was talking about and that was more glamorous and consumer-oriented than Oracle's usual business. Ellison says: "VOD had become very fashionable.* The technical problem presented by VOD was moving very large amounts of data, all those bits that make up the movie images, off disks and onto the Net fast enough. The performance bottleneck was the video server computer's memory system. But if you have multiple memories, as you have with a massively parallel machine, then you have all the bandwidth you need for VOD. Problem solved. So we set off to build the software for a massively parallel video server."

In 1993, Ellison co-opted a team of some of his brightest young engineers to solve the technical problems of building a media server that could handle video, audio, and text on the nCUBE platform. Within a

---

*LE writes: If you work in Silicon Valley long enough, you can't help noticing how much the technology industry resembles the women's clothing business. Both are fashion-driven. Fashionable ideas are hot, while the others are not. In the early '90s, VOD was fashionable and everyone—Oracle, Microsoft, Sun—was doing VOD. These days "Web services" are hot, so everyone is doing and talking about Web services. If you are out of step with the latest fashion in the tech industry, the tech analysts say nasty things about you and you don't get your picture on the cover of magazines.

few months, they succeeded. How much the software had to do with Oracle's database technology is debatable, but at least the shared-disk approach to architecture that had made Oracle 6 so hard to finish finally came into its own. By January 1994, the technology was sufficiently stable to be rolled out at an event hosted by Walter Cronkite at the CBS studios in Hollywood.

Ellison was already experiencing a degree of limelight that didn't normally come with selling databases. He met entertainment moguls such as Michael Eisner of Disney, Rupert Murdoch, and Barry Diller, and also made his first appearance on the cover of *Fortune* magazine. The accompanying article by Alan Deutschman, gratifyingly entitled "Software's Other Billionaire," was in marked contrast to the kind of press that Ellison had been getting only a couple of years earlier. Best of all were the pictures showing Ellison in the Japanese garden of his home in Atherton surrounded by lots of little television sets. The message couldn't have been clearer or better for Oracle: here was the man who was making the dream of video-on-demand into reality.

Was it all a dazzling digression from Oracle's real business, a bit like the network computer that was still to come? Marc Benniof strongly disagrees: "With both the network computer and the video server, you can see a very important part of the way Larry thinks about things. He will create a strategy that elevates Oracle and also destabilizes a competitor in one movement. It's like the martial arts of business. He's very good at this. The video server strengthened Oracle because it made people much more aware of Oracle, the Oracle brand, and Larry the visionary. After the *Fortune* article there were a bunch of other pieces all saying the same kind of thing. It not only drove people to Oracle, all the competitors were going crazy saying, 'Gee, what should we do?' Microsoft had to respond and so did Silicon Graphics, which was very hot in those days, and the other database companies. They don't even know what's happening to their own psychology when Larry is out there doing his stuff."

The glitzy presentation of Oracle's all-singing, all-dancing VOD technology at CBS didn't go quite as planned, but not because of the gremlins that traditionally conspire to undermine carefully rehearsed tech demos. At 4:30 on the morning of the rollout a powerful earthquake measuring 6.7 on the Richter scale struck the Northridge area of greater Los Angeles, destroying buildings and collapsing freeways. Ellison was in his hotel. "People were pounding on my door telling me to get out of the hotel because of the earthquake. I told them to go the hell away so I could

go back to sleep. I had already been awakened by a huge crash in my room followed by what sounded like a series of gunshots coming from the bathroom. I didn't care. I wanted to be well rested for the presentation the next morning. I went back to sleep. The next morning I discovered what caused the noises in my room. The 'gunshots' were ceramic tiles exploding off the bathroom wall as the building swayed back and forth. The big crash was the armoire with the big-screen TV falling face first onto the floor."

Maybe it was also an omen. The demo had to be postponed because Cronkite was pulled out to work on the earthquake. Unlike the television in Ellison's room, VOD went out with a whimper rather than a bang. It wasn't, however, because the technology didn't work. Time Warner ran a big pilot for a couple of years down in Orlando, Florida, while Oracle partnered big telephone companies in similar pilot services on both sides of the Atlantic. One was with British Telecom, involving two thousand paying customers in Ipswich, which ran for a year, until the end of 1995. Oracle provided the software, nCUBE the servers, Apple had been persuaded by Ellison to build a set-top box based on the Macintosh computer, BT ran the high-speed network, and a group of media companies from the BBC to some of the Hollywood studios contributed content.

The findings of the experiment were pretty uniform. The technology scaled perfectly, as Oracle had promised it would, although the nCUBE boxes were expensive because of their proprietary processors. People also liked the service a lot and were prepared to buy some of their television on a program-by-program basis (in Ipswich, the most popular feature was the chance to watch favorite soaps a day before they were broadcast, thus enabling subscribers to be one up on their friends). Unfortunately, they weren't spending enough, either on entertainment or on the primitive online shopping that was also provided, to give the telcos any confidence that they would get a return if they spent billions building out the new networks and running fiber to the doors of their customers.

Ellison says, "It's really embarrassing looking back on it. We all believed this was going to happen. Bill Gates even wrote a book about it. I thought I was so smart figuring out how to use a massively parallel computer to solve the VOD technical problem. Unfortunately, the barrier turned out to be economic, not technical. Consumers were unwilling to pay very much for VOD movies, and the market for training videos and shopping services was too small to make up for it. It didn't matter how

good our video server was, it just didn't make economic sense to spend billions building a broadband network to everyone's home."

Three other developments also explained the telcos' failure to push ahead. One was an emerging technology called digital subscriber line (DSL), which offered the promise of turning standard paired copper wire into a much fatter pipe. While the bandwidth would still be much less than that of fiber, advances being made in digital compression offered the possibility of soon being able to deliver broadcast-quality video through the existing network. BT said it might mean the difference between spending $3 billion and well over $20 billion. The second was the imminent arrival of digital television with the capacity to deliver more than five hundred video streams, a good many of which could be used to offer movies with staggered start times on a pay-per-view basis. Near-video-on-demand was nothing like the real thing, but the telco bosses were worried that a lot of people would think it good enough.

Finally, there was the arrival of the Internet as a mass-market platform, thanks to the creation of the World Wide Web by Tim Berners-Lee and Marc Andreessen's point-and-click browser. While the Web still needed big bandwidth to provide video of acceptable quality, it was a fundamentally different approach to the proprietary networks that the telcos had had in mind. And while the Internet might not yet be a good way of distributing movies, it was likely to be much better at delivering most of the other online services that the telcos had hoped to earn commissions from. By the end of 1996, almost nobody was talking about the information superhighway anymore. Video-on-demand might have been only resting, but nobody could say when it would be revived.

But for Larry Ellison, the whole interactive TV thing had been a wonderful ride that had cost very little money and had fundamentally changed the public perception of Oracle. At the beginning of the 1990s, hardly anyone had heard of Oracle except for IT managers. By the middle of the decade, if it wasn't exactly a household name, it was widely recognized by technology investors and readers of the business press. Ellison had set out to stop people talking about Oracle and other database companies and get them talking about Oracle and Microsoft. "Oracle was now perceived as a software heavyweight, ranked just behind Microsoft and IBM. Customers who bought our products could trust that we were going to be around for a long time. We were a survivor. The same could not be said for Sybase and Informix. And if customers don't believe you're going to survive—you won't."

Oracle, by 1994, barely three years after so nearly self-destructing,

had conclusively triumphed in the vicious database wars, in large measure thanks to Ellison's incredible competitiveness and strategic brilliance. But the same could not be said of the applications business that was supposed to become the main driver of the company's growth as the database market matured. Applications would become Oracle's and Ellison's crucible.

# 7

# BEST-OF-BREED

When Ray Lane arrived at Oracle in the middle of 1992, the still relatively young applications business that Jeff Walker had founded six years earlier was growing fast. Its first products might have been thin on features and bug-infested, but by the early 1990s Oracle had nearly 1,500 customers, made up of mainly fairly small or midtier American companies, running their financial, human resources, and manufacturing packages without too many complaints.

Lane says, "Walker was brilliant. He created some very innovative things in those applications and he used Oracle's technology better than either SAP or PeopleSoft. The customers were happy, they liked the innovations, and they bought them because they were open systems, whereas every other application company's at the time were all closed and proprietary running on mainframes or minicomputers." What Lane meant by "open" was that Oracle's apps were built on the UNIX operating system and on the relational database—two major differentiators from the competition that, moreover, a sales force used to selling databases understood and felt comfortable talking about.

Lane believed that these qualities, combined with the rapidly expanding consulting organization that Robert Shaw now had a mandate from Ellison to build, would ensure growing success for Oracle's applications. There was a lot riding on it, given that nearly everyone at Redwood Shores, even Ellison, to some extent, believed that the database market was fast maturing. Oracle might never get back to doubling its revenues each year, and it was too big for that anyway with sales running at $1.2 billion for the 1992 fiscal year, but the combination of applications and

consulting would ensure that Oracle recovered and held on to its status (and its stock rating) as a growth company.

However, for anyone who wanted to look problems were already beginning to build up in applications. Unlike Ellison on the database side of development, Walker had not stuck to a policy of hiring only the best and brightest. Ellison says, "Jeff wanted people who were totally loyal to him and his ideas. That made it hard for him to hold on to the best people." Ed Screven, who worked with Walker, says that he was a bully who had favorites while picking others out for vilification: "I mean, the guy literally made them cry." The consequence was that when Walker was fired, he failed to leave much talent behind him. Screven says, "We had a series of very poor managers who were no good at building a competent engineering organization."

Part of Walker's legacy that stored up trouble for the future was that he implemented his own tools. Oracle's own tools operation under Sohaib Abbasi was concentrated on going after the market for building customized applications for the database. In other words, Abbasi was creating tools to leverage the database as it evolved from host-based computing to client/server, while the tools in applications were stuck without a migration path to the new platform. The consequence was that Oracle's applications were not rewritten to run in client/server mode until 1993, and even then Oracle's tools proved extremely difficult to adapt to the kind of graphical user interface (GUI) that PeopleSoft was making popular and that customers expected to find on their Windows desktop PCs.

To make matters worse, in 1992 Ellison and Abbasi had taken a fateful decision to extend Oracle's portability proposition to supporting as development platforms a wide variety of emerging graphical user interfaces. The list included Windows, Apple's Macintosh, IBM's OS/2 Presentation Manager, OSF's Motif, and Sun's Ultimate. The decision was based partly on what had worked for Oracle in the past and partly on not wanting to give too much of a helping hand to Microsoft by betting more strongly on Windows. However, as Abbasi says, "The pressure was on me to deliver technologies that would enable portable user interfaces, but it was much more difficult than we expected and original estimates were off by two or three years, but by then the market had already determined that Windows would be the dominant GUI. It ended up being a very expensive decision." *

---

*LE writes: It was a big mistake, and it was my mistake. I didn't think that Microsoft Windows would crush IBM OS/2 and all the other desktop systems— but it did.

What both of these costly mistakes showed was that Oracle's technology development was being driven almost entirely by the requirements of the database rather than the applications business. Not surprisingly, as by his own admission Ellison was barely thinking about what was needed to help applications. He admits, "I paid no attention to the goings-on in applications. I was a disinterested bystander." The truth is that Ellison found applications and the mainly clerical functions that the software of the time was designed to automate unspeakably dull compared with the intellectual purity of the mathematics and physics that were at the heart of database development, never mind the glitz of Hollywood and interactive television.

Ellison's neglect meant that Oracle's applications were in no shape to respond effectively to what was about to hit them. It was called R/3. In 1992, the German software powerhouse, SAP, which had been founded by five former IBM systems engineers in 1972 (it stands for Systemanalyse und Programmentwicklung—Systems Analysis and Program Development), had at last announced a client/server version of its R/2 applications suite. Launched in 1979 after several years of painstaking development, R/2, which ran on mainframes, was widely recognized as the most complete and thoroughly engineered of the new breed of packaged applications. Typically, SAP hadn't skipped to the new client/server paradigm with great speed or nimbleness. But it had done so with precision and meticulous planning. At the same time as R/3 was being developed, SAP was also preparing a serious assault on the largely untapped U.S. market, with SAP America establishing a development center just a few miles from Redwood Shores in Foster City.

For Oracle's applications, R/3's arrival in 1993 was a disaster. Ray Lane says, "R/3 changed the game. Although we'd had some success in that area, we weren't really an application company. Our sales force and our consultants didn't really understand how to compete in the applications business.* They had been able to sell saying 'open' and 'relational,'

just like when they sold databases. But when R/3 came along, it took that advantage away. We now had·to fight on a different battleground, and that was business functionality. No contest. We didn't even come close. Against SAP, we were a fraction. So we went on what turned into a four-year binge to try and catch up with SAP. From 1993 through to 1997, our entire application effort was devoted to trying to build the features to compete."

Lane realized from the outset that competing against SAP would be very difficult. SAP had slowly spread from its base in Germany to one European country after another, adding localization and translation as it went. By adding the features that American companies needed, it was able, at a stroke, to double its potential market. For Oracle, it was the other way around. Lane says, "We didn't have Italian accounting, say, or German manufacturing. To double our market size, we had to go to twenty-seven different countries in Europe." Nor was it just a case of not being able to attack local markets in which SAP was entrenched; for any global business with operations across many borders, Oracle in 1993 wasn't even an option. While SAP could aim for the biggest and most profitable accounts, Oracle faced being left scrabbling for smaller customers, which were now in SAP's sights because unlike R/2, which could run only on mainframes, R/3 would work on just about any computer.

Nor did Oracle really understand just how different the applications business was from selling databases. The Oracle sales force wasn't used to dealing with senior management, nor did it have the expertise about the requirements of different industry "verticals," such as energy or financial services, how customers ran their organizations, and therefore what functionality was likely to be most important to them. Lane says, "SAP called very high. They called at the boardroom and the CEO, and our guys are used to calling at the CIO and down—talking about technology with database administrators." Jeff Henley says, "Even today, it's hard to get some of our sales force to move beyond the CIO, because

---

*LE writes: Ray and I both agreed that our database sales force was not very good at selling applications. But we disagreed as to why and what to do about it. Ray thought the problem was they didn't understand how to sell applications due to lack of training and relevant industry experience. I agreed with those points but thought the problem was compounded by the fact that our salespeople would be foolish to spend their time competing for applications deals when they could make much more money by concentrating on selling the data-

base. No amount of training and experience could ever solve that problem, so I thought we should create a separate, dedicated applications sales force. But I could never convince Ray. He wanted Oracle to have one sales force because he insisted that customers wanted to deal with one and only one Oracle sales force. This grew to become a huge point of contention between Ray and me, and it wasn't until after Ray left that we began splitting and specializing our sales force.

that's where they get their meat and potatoes—learning how to sell to a financial guy or an HR or a sales guy or whatever is a big challenge." Over the years, Oracle has struggled with this issue, with some, including Ellison, arguing that there ought to be separate sales forces for the technology and applications products.

Nor was it clear whether Robert Shaw's aggressively expanding consulting empire was helping applications or not. It helped to the extent that Oracle was, as Shaw had promised, gaining a great deal of knowledge about integrating Oracle's products. Ellison believed strongly then, as he does now, that for plenty of customers the direct model, in which a single vendor takes responsibility for building a solution, is attractive. However, even by 1994 it was becoming apparent that there were significant costs to the way Oracle was going about building its consulting business.

SAP had carefully nurtured relationships within the Big Five consulting firms, especially with Andersen Consulting, the largest systems integrator in the world. When companies were deciding whether and how they were going to implement an ERP system, they rarely started off by talking directly to the software vendors. Instead, they would ask one of the consultancies, usually one with which they had an existing relationship, to evaluate their business processes and then recommend the software that would best fit their requirements.

Although SAP's suite was far from perfect—it was notoriously inflexible and hard to put in (not that that worried consultants too much, who were paid according to the length of the job)—most of the required functionality was in place and, critically, the consultants would not be pitching the software of a company that appeared intent on stealing their lunch. What's more, a recommendation in favor of Oracle's applications would run the risk of the customer then inviting Oracle Consulting to pitch for the work. It made choosing SAP a no-brainer. Jeff Henley says, "We totally screwed up partnering by building this big consulting group. We totally pissed off our partners."

Ellison, as he does so often, claims naïveté: "I wasn't aware of how important the consulting companies were in recommending applications, because they weren't very important making recommendations in the database market. I didn't understand that building a big consulting business was making it much harder for us to sell our applications, so I supported building up our consulting business while SAP was off building alliances. We made very little effort to work with consulting partners."

Robert Shaw, unsurprisingly, sees it differently: "SAP obviously made

the decision to go the other way from us with consulting. But you've got to remember, they were starting from a company that's twenty years old in the business of applications. I think we lost some market share and penetration to SAP because the partners didn't recommend our product but, at the same time, our product wasn't ready for the Fortune 100 world that they inhabited. It didn't have the globalization and a lot of the functionality it took, so we were probably better off losing that work. At the same time, as SAP grew and we grew, I think they came to be so dependent on the systems integrators that they were unable to compete with us when we moved to rapid implementation and single point of accountability." *

Ellison's response to the threat from SAP was to appoint thirty-three-year-old Ron Wohl to clean up the mess inside applications and produce a package that would stand comparison with R/3 and PeopleSoft's successful HR and financial packages. He knew that it would not be easy, but he had no idea what a bed of nails he was consigning his protégé to. Ellison, however, had huge faith in Wohl's ability. He had handled the complicated negotiations with Nippon Steel with calmness and intelligence. Since then he had operated as Ellison's chief of staff, and, despite often having to play the difficult role of go-between, he was recognized as technically very smart, straight to deal with, and utterly loyal to Ellison. Ellison believed that Wohl could build the kind of applications development team Oracle needed if it were to compete effectively with SAP—one that was both disciplined and talented.[†]

The only problem was that Wohl knew very little about the applications business. When Ellison told the rest of the company that he was putting Wohl in charge, there was consternation and then anger. Ray

---

*LE writes: Robert's analysis is right on. Building our own consulting organization was a two-edged sword. There were as many pluses as minuses.

†LE writes: The biggest problem in applications development was the mediocrity of the management team—people who were promoted because of their unquestioning loyalty to Jeff Walker. Ron's job was to analyze the organization and figure out who was good and who was smart, and put them in charge. Ron has no tolerance for muddy thinking, so I knew he would quickly find and weed out the mediocre managers. Ron also had to prioritize what features we were going to put into the applications to become more competitive. We needed someone extremely detail-oriented and very, very analytical. Ron is one of the best thinkers in the company so I gave him the job.

Lane says, "When Larry put Ron in charge of applications, all of us were just shocked. He'd never run a large organization, never done any development of any consequence. He was a smart guy, but he knew nothing about applications, didn't know our products because he'd lived with Larry. He was kind of a thinking guy. Very seldom do software companies succeed when they try and build a second front, a second product, and second market. This was going to be our big play—by the year 2000 this was going to be billions of dollars of revenue. So I said, 'Ron Wohl, I don't think so.' I was probably negative from the very beginning on Ron Wohl."

From the outset, Lane seemed unwilling to understand the extent of the difficulties that Wohl was grappling with. The organization Wohl had been asked to take over was a shambles. Oracle had been late to client/server in both technology and applications, it had embarked on a disastrously flawed strategy in tools with devastating effects for applications, and much of the business functionality that had taken SAP's much larger development team many years to complete was simply absent. Yet within a year, Lane was denouncing Wohl as a failure.

It's possible that if Wohl had been a different type of personality, the relationship between himself and Lane would not have deteriorated so rapidly. Jay Nussbaum, who was running Oracle's federal government operation, says, "At school, Ron would have been the smartest guy, but he doesn't have street sense. He can outthink you and outpause you, but nothing comes back." For Ron Wohl, read Ron Wall.

Ellison says of Wohl, "The things that make him good—his analytical ability, his detail orientation, and most of all his caution before he makes a commitment—make Ron so different from Ray that it was a constant struggle for them to work together. Ray is the type of guy who believes when something needs to be done you do whatever is necessary and make it happen. Ron believes when something needs to be done you analyze it thoroughly so you understand exactly how it can be done—if it can be done at all. Ray manages by force of personality. He wills things to get done. Robert Shaw, an ex-marine, strongly shared Ray's 'can do' attitude. Ron frustrated the hell out of both Ray and Robert. They'd come to him and say, 'Okay, to get this deal done we have to promise this,' and Ron would say, 'Well, that's nice, but we can't deliver it.' They hated hearing that. Ron was killing their deals. It drove them crazy. So Ron got nicknamed 'Doctor No.' Ray never saw Ron as someone he could do business with."

The frustration of Lane and Shaw over running a features race with

SAP that Oracle could never win, and their inability to relate to Wohl, was understandable but not exactly helpful. They were in the front line, dealing with protests from the field, and were only reacting to the difficulties of delivering on the commitments made to customers. Tensions between the development and distribution organizations in software firms are almost inevitable. Sales and consulting think that developers sit in ivory towers, insulated from the real world of deals, implementations, and dissatisfied customers. They are the ones who suffer, above all in their wallets, when development is late in delivering anticipated functionality or when the products that do ship are buggy and unstable. For its part, development tends to believe that sales will say anything that customers want to hear to snag their fat commissions and then expect engineers to perform miracles to rescue them from the consequences of their overpromising. But at Oracle in the mid-1990s, the divisions and the factional warfare were beginning to get out of hand.

Robert Shaw says, "The consulting business was there first and foremost to drive product adoption and to have experts on site who knew the products and could get the stuff to work better, quicker than outside consulting firms. But what was not there from the beginning was a good interface between consulting and development to get product issues and future requirements from the field back into the development organization. The number of bugs, the number of deficiencies in the applications being uncovered by the field, was just overwhelming. It was almost catastrophic. We were always the ones that found the problems that would embarrass development. We were always on their case because we wanted relief in our budget* because we were spending so much time building around the product to make it work in a customer site."

It didn't take long for Ray Lane to lose patience with Wohl completely. "I went to Ron one day, and I said that I had finally had it and that I was

---

*LE writes: If consulting claimed that a product bug had cost them extra unbillable time at a customer, Ray would give the consulting team "budget relief" and the team's bonuses would not be affected. It sounds reasonable, but it created a perverse incentive to blame everything on product bugs. If consultants admitted they had made a mistake, their bonuses would go down. If consultants blamed it on development, their bonuses would be safe. Not surprisingly, just about every delayed and failed consulting project was blamed on the product. This perverse process of paying for the placement of blame poisoned the relationship between applications development and consulting.

going to go to Larry and recommend he take him out of the job. I said to him that I'd never stab him in the back, but I would stab in the chest. Ron didn't say anything except, 'Okay, fine.' It was like, 'I think you're kind of crazy for doing it because I know Larry loves me.' " If that's what Wohl was thinking, he was right. It wouldn't be the last time that Lane would try to get Wohl fired. It was the beginning of a war of attrition between the two men that would last for years.

However, it wasn't in Lane's nature to accept what he felt was an intolerable situation. If development under Wohl couldn't or wouldn't produce the weapons to make the fight with SAP more equal, Lane's side of the company would come up with an answer of its own. The idea came from Shaw's hard-charging consulting operation. Shaw says, "We'd made the first step of training the sales force on how to sell solutions. Then, at the next level, when we started competing for the major accounts with SAP, it became obvious that if, say, you're going to a major oil company you'd better have somebody who knows how an oil company works and can talk about the issues—the same with a pharmaceutical company or any of the retail process industries. So Larry and Ray gave me the task of building a sales force that could compete more successfully and aggressively by vertical markets with SAP."

Apart from manufacturing industries, where Oracle was relatively strong, the verticalization of the sales force* only rammed home the absence of business functionality in the markets that Oracle was now trying to target. Shaw says, "When we looked at the development plan and how long it would be before we would have a competing product with rich functionality on a global basis, it was measured in years, not months. So that's why we came up with the strategy of, 'Can we go out and build partnerships with other applications companies?' where we'd preintegrate suites made up of Oracle and third-party software for verticals like the CPG [consumer packaged goods] market and the energy business."

Ron Wohl acknowledges that he could not give Lane and Shaw what they wanted: "When Ray and his team demanded a CPG solution, development didn't have any good answer because we couldn't build it in anything like the time frame that sales wanted. Sometimes, the engineering

---

*LE writes: Verticalizing an applications sales force by industry made sense. Verticalizing our database sales force did not. We needed to segment into separate sales forces. But Ray refused. He verticalized everything. It was a costly mistake.

answer may not be acceptable to sales. They tried to convince Larry that Oracle's strength was its sales force rather than its products—if we need to license the product from somebody else, let's go ahead and do it. Robert and Ray really wanted those markets so badly."

Faced with apparently insuperable time-to-market problems, Oracle embraced a best-of-breed approach by identifying the vendors that had products that could fill the gaps in its own package and by coming up with a methodology for gluing them together into complete suites that would be a match for SAP. Lane says, "The idea was that we would design these templates that would convince the customer we had the right foundation. We had financials and we had HR, but it had taken us four years to build global financials. To compete against SAP, who had everything, we would work with these other companies to fill the gaps. I endorsed the strategy, and Larry endorsed it." He also maintains that Ellison was as enthusiastic as he was to go down the best-of-breed road: "Larry bought it hook, line, and sinker." Ellison, however, claims that he was always "a little uncomfortable about using the Oracle sales force to sell third-party products." But he was won over both by the arguments that Shaw presented and by the need to take some of the heat off Wohl.*

In early 1995, board member Joe Costello of Cadence Design had come out in support of Lane's campaign to oust Wohl. Costello had complained to the board that a presentation that Wohl had given to the board of Oracle's applications strategy was "uninspiring, uninsightful, with no clear picture of how he was going to beat the competition." At the subsequent board meeting, he rounded on Ellison, who he believed was protecting Wohl and failed to understand how disastrous things in applications were. Ellison was shaken by the intensity of Costello's attack: "Joe jumped up and started screaming at me, 'Larry, you're fucking up, you're fucking up the company again, just like last time, you're fucking it up!' all because I wouldn't fire Ron Wohl."† After such an outburst, Costello

---

*LE writes: Frankly, I was getting tired of hearing Ray tell me over and over again how he could do a better job than Ron by having consulting build vertical industry application suites by integrating best-of-breed third-party products. I decided to let him try. If he succeeded, great; if he failed, he would better understand the complexities of application development. Expensive mistake. I never should have let Ray build and sell best-of-breed suites.

†LE writes: Joe had joined Ray in demanding that I fire Ron. But I don't think that Joe wanted to stop there. I believe he wanted me fired as well.

could not remain on the board. His parting shot was to pick SAP for his firm rather than Oracle.

Ellison had already agreed to the idea of selling some third-party content if it meant Oracle could win deals it would otherwise lose. "Selling ten million dollars' worth of Oracle applications along with two million dollars' worth of i2 [a supply-chain specialist] and a custom integration project was just fine. I had no objection to selling third-party applications so long as seventy-five percent of the deal was Oracle product. This phase one of selling third-party products and custom integration worked pretty well, and we won some deals we otherwise would have lost. Phase two was much more ambitious. We'd become the king of best-of-breed by preintegrating our applications with a number of third-party products. We'd develop a best-of-breed suite for a number of different industries. Rather than selling third-party products on an exception basis to win the occasional deal, we'd transform our entire applications business into a best-of-breed suite business. And Ray's consulting organization would run the new applications engineering and marketing teams.

"Why did I agree to this? Well, we weren't doing well in applications and there was tremendous tension in the company as a result. I didn't think that this was the time to fight Ray over applications because I wasn't sure I'd win the battle at the board level. And I didn't have any good answers on how to solve our applications problems quickly. Ray would tell me over and over again how he could do a better job at applications development than Ron. He just wore me down. So I said, 'Okay, go ahead and build your best-of-breed suites. Maybe you're right. I don't think so, but give it your best shot.' * So Oracle started buying and partnering with lots of applications software companies. We built a consumer packaged goods [CPG] suite, an energy upstream and downstream suite, a retail suite, etc. Very quickly we were in several new applications markets. Unfortunately, prepackaged reusable integrations proved very difficult to do, so every time we sold a best-of-breed suite we had to do lots of custom integration for the customer. We lost money—lots of it—on every one we sold."

Jeff Henley says, "Larry sort of said, 'This is a horse's ass thing to do, but okay.' It was a moment of weakness. He felt that we were getting screwed and that the field was mad at him." It seemed sensible to

---

*LE writes: One of the most expensive mistakes I have ever made at Oracle. I never should have let Ray do software product development of any kind.*

---

Ellison to adopt a twin-track strategy. Lane and Shaw would be given their head to work on best-of-breed, while Wohl would continue to slog away, trying to make Oracle's own apps more competitive.

Whatever Ellison's misgivings about allowing the establishment of engineering teams within consulting, once he had given it his blessing he had no choice other than to back it to the hilt. He says, "I wasn't going to try to undermine Ray's strategy—that would have been madness. While I didn't think it would work, I didn't know for certain it wouldn't work, and I certainly didn't think it was unreasonable for us to try. And maybe we'd win more deals if the sales force got behind a strategy they believed in." *

To demonstrate his commitment, Ellison pledged that development would help engineer the vital interfaces between Oracle's own products and those of its partners. Wohl was opposed to the strategy, believing it would divert resources away from making Oracle applications better and because he wasn't sure it could be done. Consequently, Ellison moved a young engineer called Nimish Mehta into applications to work with Shaw's industry groups and provide them with what they needed. Mehta had previously worked on getting Oracle's core technology to work with Windows, but despite his lack of applications experience and Wohl's profound skepticism, he was confident that he could pull it off. For Lane, Mehta was a breath of fresh air compared with the nitpicking Wohl.

If there were uncertainties about the "experiment," the 1995 annual report gave no hint of them. "With more than 4,000 consultants in 43 countries, Oracle Services can assemble a global team with the skills necessary to deliver the solutions customers require. . . . Oracle Vertical Markets offers comprehensive industry solutions for selected market segments. Under the Certified Application Partners (CAP) program, Oracle integrates data products from its partner companies to deliver 'best-of-breed,' turnkey solutions to customers in important targeted industries." Reading it, anyone might have thought that this was something that Oracle was already successfully delivering. They would have been wrong.

Nevertheless, the best-of-breed strategy got off to a flying start. Just as Lane and Shaw had hoped, they suddenly had a story that was capable of convincing multinational companies to buy an Oracle solution rather than turn to SAP. Many companies, especially in America, disliked the inflexibility of SAP's software and were happy to back a U.S. competitor

---

*LE writes: In fact, we did win more deals. But they weren't profitable.*

that promised to deliver an alternative based on gluing together the best software around. Nothing summed it up better than a landmark deal Lane negotiated with the breakfast cereal company Kellogg. In late February 1996 Oracle was committed to providing a viable "Consumer Package Goods Industry Supply Chain Management Solution" to Kellogg within three years that would "maintain a best-of-breed level of functionality, which, at minimum, meets or exceeds the functionality of its foremost competitor's product(s)."

From the suite, Oracle would provide only one component, the financials. The rest would come from other software firms: order management would come from IMI, logistics from Manugistics, maintenance management from TSW, manufacturing from Datalogix (later acquired by Oracle to prevent it from going bust), and warehouse management from McHugh Freeman. Oracle would serve as the system integrator and would market "the resulting solution." All of this would be achieved through "an Oracle CPGI defined interface technique that is based on open application transaction and database standards. The complexity of this interface technique would provide for external bolt-on interfacing, which is significantly easier than interfacing to competitors' solutions."

Naturally, Kellogg would also be expecting and getting massive discounts on both license and consulting fees. However, Oracle would be gaining valuable experience in CPG by working with Kellogg and would be able to use it as a reference account in selling to other companies in the same business. Similar deals were put together with other flagship customers to announce Oracle's arrival as a serious player in a particular sector. Typical was a deal with British Petroleum to provide a complete refinery inventory management system.

Suddenly Oracle's revenues from applications went into overdrive. In the last three months of fiscal 1995, Oracle's sales topped a billion dollars in a quarter for the first time, helped by a 115 percent surge in applications sales. The following year, applications sales showed a 73 percent gain in the final quarter, capping a tenfold rise in profits and share price over the previous four years. Ellison, now chairman of Oracle as well as chief executive officer, singled out Ray Lane for having contributed more to this "unprecedented success" than anyone. Such was Ellison's confidence in Lane that he also announced his promotion to president and chief operating officer. It was probably the high-water mark in their relationship.

In early 1997, Ellison was able to boast that Oracle was not only the number two applications company in the world but was rapidly "gaining

on number one, because our applications install more quickly, adapt to change more easily, and operate more economically." It was a nice story, but it wasn't really true.

The theory of Oracle's best-of-breed strategy to take on SAP was elegant and convincing, but the execution turned out to be almost the exact opposite, partly through the absurd commitments that Oracle was prepared to make to win business, partly because what it was trying to do was extremely difficult, if not actually impossible. Systems integration is difficult enough at the best of times, and SAP implementations became a byword for the time, money, and agony that companies would have to go through to come out with a functioning ERP system at the other end. Many of those that bought into the hype over ERP in the 1990s are still trying to figure out the return on their investment, while a good number would rather not even ask the question.

Although Oracle's applications were designed to be more flexible than SAP's, much of the flexibility was lost by trying to integrate with the applications of other vendors. But the real problem was Oracle's ambition. In most cases, best of breed can be made to work with lots of customization. But even though the same group of vendors' applications may be used in combination on many different occasions, each customer ends up with a computer system that is essentially unique to itself.

What Lane, Shaw, and another ex-Booz consultant named Charlie Schneider set out to do through their integration methodology was to make the whole process repeatable. While Oracle might not make much money on a contract like the one with Kellogg, out of it would come a preintegrated suite that could be sold profitably to other CPG companies at a competitive price. In other words, repeatability equaled leverage. That way Oracle could convince itself—and, more important, Lane could convince Ellison—that it was still a software firm and not just a distributor/integrator.

Ellison remembers, "They had all these wonderful names for the new integration technologies that they were developing: the message backbone, integration glue, and all this other stuff. I tried to get a detailed technical explanation as to how it all worked, but nobody was able to explain it to me. I just couldn't understand what they were saying. One of two possibilities here: I'm too stupid to understand, or they don't understand it either. Even though they couldn't describe how this stuff worked, they just knew it would solve all their product integration problems. Charlie Schneider is a capable guy, but he had never developed software before. I don't think he ever understood the unbelievable difficulty of

building this magical integration technology. Just because they wanted it and needed it, they believed they could build it. It was like, wouldn't it be nice to have flying cars? All we have to do is interface the wings to this Oldsmobile and it will be phenomenal. We just need really good glue. Brilliant."

One of the things that made it so difficult was having to use the proprietary tools of each application partner. Another was getting all the pieces to run on the Oracle database platform. Sohaib Abbasi says, "There were components that had never been built for our database and had to be adapted for it. From a technology point of view, we could never get those applications to fit in with any of our products." But the killer was the upgrade cycles of the third-party vendors.

Ellison says, "IMI would finish a product in June, but Manugistics wouldn't have their new version done until November. The customers were allowed to say which products they wanted, which versions of which product and in what order they wanted them implemented. The customers had so much flexibility that there was no repeatability in the systems integration at all. Each implementation turned out to be unique. The Kellogg contract was a key deal Ray was able to snatch away from SAP at the last minute by making some astoundingly open-ended commitments. The Kellogg contract basically said, 'Oracle will make its applications software do whatever Kellogg needs to run its business, and make the IMI software and all our other partners' software do whatever Kellogg needs too.' Needless to say, Kellogg's software enhancement list was long and our losses were large on that one."

Interestingly, even Robert Shaw, the main evangelist of best-of-breed, doesn't fundamentally disagree with Ellison about the practical difficulties: "At the application layer . . . it rapidly became an engineering nightmare." Ray Lane, however, is unrepentant. He accepts that repeatability was a goal that was never reached and that Oracle went through a lot of pain, especially in CPG, but he doesn't see it as the failure that Ellison does today. "It was the right decision. The only alternative was to let it all go to SAP. Take CPG: we generated a lot of CPG clients, not without a lot of pain, but there are maybe thirty-five to fifty clients in CPG alone, who are still Oracle today, including Kellogg. It generated hundreds of millions of dollars of business."

Lane argues that one of the reasons for Ellison's jaundiced view of best of breed is that he still doesn't understand the applications business. "It's not true what Larry says about Kellogg. No, it wasn't the greatest contract ever, but I think we went into it with our eyes open. Larry's not an appli-

cations guy. With the database, Larry's used to building a product where he can ignore customers. We were building a suite of products, connecting them together and trying to figure out what Kellogg wants it to be at the same time. SAP had hundreds of these projects. Look at the stories of SAP trying to install their suite at Compaq or P&G—a billion dollars, two billion dollars. They lost incredible amounts of money doing this. They had the same problems as we had except that our job was a little tougher because of integrating third-party apps.* But this is something Larry is measuring relative to the database business, which we totally owned and in which you just sell the software and don't change it.

"In many ways," says Lane, "the whole CPG thing was wildly successful. Larry would probably say the problem was it was wildly successful—it sold to too many clients, and we didn't know how to do it. Well the truth is, if Ron Wohl wasn't in charge of applications we could have done it. It can be done. IBM does it today, others do it today.[†] Larry started off very enthusiastic about this stuff, and then halfway along he started turning on it because Ron would go to him and say, 'IMI needs us to design this thing and that's not in my budget, I need more money.' So these partners became irritants. Larry has always hated channel partners, and Ron was the only one who had his ear. Best of breed was very difficult, hard to do, but we were doing it because our own applications sucked. He doesn't acknowledge that."

Even with the benefit of hindsight, it is difficult to know exactly where the truth lies. The only question that really matters is whether, despite all its problems, Oracle was better off doing best-of-breed. Lane believes that Oracle still has customers that it would have lost forever without his strategy, while Ellison believes that the business was so unprofitable that it was a disaster. Ellison says, "We'd sell all this stuff from Manugistics and i2 and the others and package it up with services. I'd say, 'Ray, this

---

*LE writes: A little tougher? Nobody has found a rapid, low-cost way to integrate a lot of applications from different vendors. Not yet, anyway. But I have to give Ray credit. He didn't give up on the idea after he left Oracle. He immediately helped start up a couple of companies to solve the application integration problem, this time using Web services. So far these companies have been unsuccessful. It's a hard problem.

[†]LE writes: Nonsense. IBM does software product integration with a lot of labor for a lot of money. Low-cost software integration is still beyond the state of the art.

doesn't make any sense to me, we're not making any money.' And he'd say, 'Well, Larry, it's what customers want to buy.' But Ray, the fact that customers want to buy it is not very interesting if every time we sell it we lose money."

From a sales perspective, Jay Nussbaum says, "The real danger in doing these smart things was that they were forgetting their mission. Their mission was to sell the damned database and sell applications, sell software, not create solutions that were one of a kind. Compensation became ludicrous because you'd be paying two or three people—salespeople, applications people, solutions people—for doing the same thing. There was too much energy being spent without enough margin."

Not surprisingly, Robert Shaw doesn't think it was all bad. He says, "I see both Ray and Larry's point of view, and I was in the middle of having to make it work. There was failure at Kellogg, but there was success in other places. I think Larry was being crowded by Jeff Henley to make money from applications. He kept saying this was a black hole; how much was it going to cost us to maintain these applications based on the contracts we were signing? We were making a ton of money on the consulting side, were also dragging database, so overall it was probably a pretty profitable business. But I think what Larry figured out was that when he started handing out the assignments to the development managers to take responsibility for integrating the suites, he kept seeing failures."

Jeff Henley had initially accepted that some margin erosion was the price to be paid for "playing the game and keeping some momentum." However, "What turned out to be horrifying to all of us was that we underestimated what we were getting into. When everybody started wanting slightly different permutations of this or that best-of-breed combination, it became clear that supporting this stuff and migrating it was just horrific. We knew we weren't going to make a lot of money reselling software—that was okay—but when we discovered the real implications, how much it was really costing us, we were horrified."

An example of how it was possible to see the same thing very differently at Oracle was something set up by Lane called the Max Account to deal with the cost overruns of implementing buggy applications or creating interfaces with partner software that hadn't been delivered in time by development. Shaw says of his consultants, "We wanted relief in our budget because we were spending so much time building around the product to make it work in a customer site."

Shaw's argument was that it was unfair for either the consulting team

or the customer to eat the additional cost. Consulting managers were paid on the profit margin of the engagement they were working on. The idea was to steer cost they felt was not their fault into the Max Account. Lane expected development to cooperate, putting its hands up if it had failed to produce something that had been promised. According to Ellison, a consequence of the Max Account was that the consulting group dramatically improved its profitability: "The company's profitability was deteriorating, but according to our accounting reports each of Ray's groups was controlling expenses fabulously well. I didn't understand how this could be possible. But I found out. Ray had a system where his managers could spend money and not be charged for it. For example, when Ray wanted to encourage training he told his managers they didn't have to pay for the cost of training their people. Suddenly every sales meeting became a 'training' meeting. There were lots of ways to get expense relief. It was like the goddamn tax code. It created financial incentives for people to do what you wanted them to do. Unfortunately, like the tax code it was loaded with perverse incentives and people learned how to game the system and increase their profit bonuses." *

Another side effect of the Max Account was that it increased the already dangerous amount of finger-pointing. Ellison says, "The idea of people not having to pay for things that aren't their fault sounds fine. But it meant we had to set an adjudication process to determine fault. 'Oh yes, I've spent the money, but it wasn't my fault.' How much was your fault? Are you just pretending it's not your fault? Was about seventy-three percent not your fault? The whole notion of finding, quantifying, and assigning fault within the company was perverse and poisonous."

Jeff Henley says, "Larry always felt like the Max Account was a dark hole. It's a difficult issue. Ray was right that if it was a product problem,

---

*LE writes: Ray's managers constantly lobbied him for expense relief, and over time he gave in to it. Once that happened, managers who wanted to increase their profit bonuses could do it one of two ways: cut real expenses or lobby Ray for more expense relief. Thus the company's profits went down while managers' profit bonuses went up. Oracle now has a very simple way to hold managers accountable for expenses: If a manager makes the decision to spend the money, then that manager pays for it out of his budget. If somebody else decides to buy something and you use it—like our global network, for example—you don't get charged back for it. I believe managers can be measured and held accountable for expenses they control.

why should the poor consultants have to fix it for free? Ray wanted to expose the product problems to development. But Larry was right that if you give them an account to charge they'll go crazy charging everything they can get away with."

If the best-of-breed strategy had started coming apart at the seams, Wohl's other track, to deliver homegrown products with the features needed to catch up with SAP, wasn't doing much better. Early in 1997, Wohl finally managed to push Oracle's first full-fledged client/server suite out of the door; it was called Oracle 10.7 Smart Client (it sounded better than Fat Client) because all the program logic was located within the application on the client. It turned out to be something of a misnomer. Smart Client was both buggy and unstable.

The problem, according to Byron Miller, an analyst at Giga Information Group, was that the software absorbed too many resources of the desktop client, with the result that performance deteriorated and the ability to run the applications in a distributed, multisite environment suffered badly. In other words, 10.7 didn't scale and was likely to crash your PC. Oracle was not only late to client/server, it didn't seem to be very good at it.

Part of the reason for the inadequacies of 10.7 lay with the need to divert developers into the unending catalogue of problems thrown up by the effort to integrate the best-of-breed suites. But the larger reason was Ellison's growing conviction, following his September 1995 speech in Paris launching the idea of the network computer, that client/server was not the way to go. It was, as he put it, "an evolutionary dead end." Instead of defending 10.7 Smart Client's shortcomings to irate customers, Ellison agreed with them, condemning client/server as "an awkward, expensive, and slow technology." By bringing together the distributed complexity that was inherent to client/server with the attempt to achieve repeatability with a number of industry-specific, pre-engineered best-of-breed suites, Oracle, always with the best of intentions, had created a quagmire for itself. By 1997, the applications business was continuing its strong revenue growth and Oracle was a clear, albeit distant, second in the applications market. But nobody at Oracle thought that it had anything other than a continuing embarrassment on its hands.

Worse still, the rows over applications strategy were having an increasingly corrosive effect within the company. Even after the release of 10.7, which was by far Oracle's most complete suite to date, the sales and consulting organizations would frequently recommend that clients buy third-party software rather than the homegrown stuff. Ellison claims that

the sales force was equally compensated whether it sold Oracle applications or a partner's products. Lane vehemently disputes this, saying that it got paid only on the royalty that the third-party vendor handed on to Oracle for making the sale—typically 30 to 50 percent.

However, despite the weakness of Oracle's applications—perhaps partly because of it—the consulting business was continuing to grow at a tremendous clip. By 1997, Oracle Services, which wrapped up consulting with support and education, accounted for half of all Oracle's revenues. It was a success of a sort, but many within the company were becoming increasingly concerned at its side effects. Jay Nussbaum says, "We were content to grow the revenue number even if the margin was playing between sixteen and eighteen percent. As long as revenue was growing, we fed the monster. But the reality was that nearly all the margin was coming from technology licensing. We may actually have been losing money while consulting was growing at forty percent. We were taking on projects we should never have done because of their sheer size. It was alienating all the other distribution partners, but Robert was a take-no-prisoners type of guy."

Lane's dissatisfaction with Ron Wohl was also becoming an obsession. He could not restrain his criticisms even when speaking to journalists and analysts. What made him even wilder was his frustration with Ellison. Although Ellison had given Lane control over nearly all of the company, development was still a no-go area. When Lane had proposed that Nimish Mehta take over from Wohl, Ellison ignored the idea. But he still seemed to have little interest in the nitty-gritty of applications, and from Lane's point of view he seemed perfectly willing to let the drift continue. While Lane and Shaw were dealing with constant complaints from the field and from their relationships with major customers—which were far closer than Ellison's—and learning how serious the shortcomings were, Ellison seemed fired up only when he was talking about Microsoft or how the network computer was going to take over the world.

By the late summer of 1997, database license growth had slumped to little better than flat while applications had hit a wall. Growth in the previous quarters, artificially pumped up by sales of third-party products, had been respectively 60 and 95 percent. But with the wheels starting to come off the best-of-breed implementations, applications managed only a feeble 7 percent, while SAP had turned in an impressive 62 percent. If Oracle lost its second-place spot in apps to either the Dutch company Baan or PeopleSoft, which were both breathing hard down its neck, the long-term damage would be immense.

The perception within Oracle, particularly among Lane's people, was that customers had heard about all the problems with 10.7 and were sitting on their hands. To make matters worse, Ellison, who had bought his first megayacht the previous winter, the 192-foot *October Rose*, from fellow billionaire Kirk Kerkorian, had decided to spend most of the summer cruising the Mediterranean. The idea of Ellison sunning himself on his $10 million new toy for months on end (he says that he was actually away for no more than five weeks) while the company once more seemed to be imploding did nothing for employees' morale.

Gary Bloom, a fast-rising young executive vice president who had been running both the platform group and the partner programs and was about to take on management of the database team, says, "Larry had simply carved out a subset of the CEO job that he wanted to do and really disengaged, so Ray was pretty much running the company. . . . He wasn't paying any attention to the engineering teams, the applications were getting further and further behind the competition. It was driving Ray wild."

Although Lane was quite happy to allow respectful journalists to take away the impression that he was now the guy in charge at Oracle, few within the company believed that he could solve its problems. Jeff Henley says, "I'll always remember calling Larry and telling him that the company was blowing up and he had to get off his frigging boat." When Ellison returned at the end of September, Bloom confronted Larry. "I said, you've got to decide whether you're going to re-engage and run the company as CEO or not. If not, I said, he'd have to go and hire one. Oh, and by the way, Ray's not it. Ray couldn't manage the technology groups by any means, and he was frankly creating a scenario that was not effective for the company. A bit earlier I had also talked to Ray about it and said, 'Your job is not to make Ron Wohl fail. You're the president, you're the guy everybody listens to right now because Larry's not here.' The real kind of negative turning point for me was when he went public, saying in front of huge audiences and Oracle staff that our applications are a disaster. That's when it became crystal clear that Ray couldn't be CEO because you can't have a leader that's out there trying to make other leaders fail. It just doesn't work." ·

Bloom had an offer to become CEO of another software company. If Ellison wasn't prepared to take the reins, he had decided to leave. "The job offer meant that I had a catalyst to get him interested in the topic. I told him that I wasn't looking to leave but that I couldn't work at a place where we were going to fail. I told him that Ray couldn't run the com-

pany and that in fact many of the areas that he was running were out of control. He's busy drawing attention to other people's problems when he's got a million of his own. I think he took it pretty seriously. He asked me to come back the next day to his house. When I arrived, Don Lucas was there as well, and Larry said, 'I want you to have a private discussion with Don and to tell him your views without me there.' "

At about this same time, Oracle was forced to issue its first earnings warning since the dark days of 1990. The moment markets opened on December 9, there was a rush to unload Oracle stock. Within hours, 30 percent of the company's market value had been wiped out.

Ellison soon faced what amounted to another ultimatum, this time from Lane himself. It was about the same issue as usual. Lane says, "The subject was about how Ron had to come out of his job. The thing that provoked us into having this specific meeting was that Barry Ariko, who was in charge of all American sales, and Robert Shaw had both threatened to resign. That's actually not how they put it to me. They came to me and said, 'Ray, sign up with us. The three of us will go to Larry and tell him that if he won't replace Ron we're all leaving.' I said that I understood why they were asking me to do that but that as president of the company I couldn't do that, I couldn't give an ultimatum to the CEO like that. But I would carry their message to Larry. . . .

"They were really suffering. They were saying that they were having to sell stuff that was subpar and that if we did sell it, it was the worst of all worlds because then we had to fix it and we had to try and deal with Ron, who would just ignore us. Randy Baker, who was running support, was living in sheer hell. . . . The bug counts on 10.7 were so high that it was an environment that was impossible to manage. This is the worst incrimination of Ron I can think of. At one time we had to stop development completely and put all of Ron's staff on crunching bugs."

The meeting between Lane and Ellison took place in January 1998. Lane said that the situation with Wohl had to come to an end or Shaw and Ariko would quit. "I said, 'There needs to be a Mr. Applications, somebody who can really go head to head with SAP.' I wanted Larry to throw Ron out and hire a professional. I said, 'You brought in me, you brought in Jeff Henley, why in hell can't you bring in somebody to run applications development?' " When, as usual, Ellison raised the objection that actually finding such a person might not be very easy, Lane said he even had a suggestion: Robert Shaw should become Mr. Applications. It wasn't clear who Shaw would report to. Lane said he could report to Ellison. Ellison had no doubt that Shaw would have continued to have

Lane as his boss. Shaw says, "I knew about the proposal, and I was willing to do the job. It made a tremendous amount of sense. I also knew that Larry would never agree to it . . . never, never."

Lane insists that he was interested only in finding a way out of the impasse over applications. This was not, however, the way Ellison saw it. He believed that Lane was using the threatened departure of Shaw and Ariko to grab still more power. What's more, in doing so, he had stepped over a critical line. Ellison had been willing to let Lane run just about everything else at Oracle, but development would always be his domain. Ellison says, "Ray asked me whether I thought he should run development. I said no, not really. I think he genuinely believed that he was better equipped to run development than I was. He felt the most serious problems in the company were in development. He had decided he couldn't solve them without me out of the way and without him running development." Jay Nussbaum puts it succinctly: "Ray had stepped into the sacred burial ground."

Ellison knew he could no longer placate or ignore Lane as he had in the past on the subject of Ron Wohl and applications. Jeff Henley says, "Things had changed with that last quarter. We'd set a record on Wall Street for the most amount of value lost in a single day, and the stock had gone on being pummeled into January. The board was pissed and Larry was embarrassed as hell by the way we'd fallen on our rear end. There were lots of things going wrong, like Ray's disastrous sales reorganization. But the real recurring issue was the product." However, Ellison was damned if he was either going to hand apps over to Shaw, whom he didn't consider to be technically qualified, or get rid of the loyal Wohl.

Ellison says, "Ray's solution was to put Robert Shaw in charge of everything. But Robert had never developed a software product in his life. Finally, out of extreme frustration and great fear of putting Robert in charge of development, I said, 'Okay, I'll be Mr. Applications. I'll do it. I can do it. I don't want to do it. I really don't want to do it.' Order management, tax tables, accounting—are you kidding me? I'm working on parallel server, man. I didn't want to go from computer science to accounting. I thought that understanding and automating all these business processes would be dull and duller. It just wasn't a book I wanted to read." *

As for Lane, he says, "I had no choice . . . I sent an e-mail out to the en-

---

*LE writes: After I got started, I found engineering our business processes (it wasn't reengineering because they had never been engineered in the first place) was just as interesting as engineering the database.

tire field saying Larry is taking over applications as head of development. I showed it to Larry before it went out. He did a few edits to protect Ron. But it was very direct." What Lane didn't realize was the speed at which he was losing Ellison's confidence and support. It wasn't long before Ellison was able to convince himself that after the thwarting of his power play to replace Wohl with Robert Shaw, Lane was now hoping that, having taken responsibility for applications, Ellison himself would fail.

Jeff Henley thinks that Ellison may well have felt threatened, but he has no time for the idea that Lane was trying to take Larry's job. George Roberts, who succeeded Barry Ariko as head of U.S. sales, is convinced that Lane never wanted Oracle to be anything other than successful and, while he might have sounded off against Ellison at times of great frustration, never thought he could replace him. Jay Nussbaum, no ally of Lane, says, "Let me make something perfectly clear. At this point, Ray had such a huge financial upside that if Larry failed, Ray also failed. There was no rooting for Larry's failure. None whatsoever." Gary Bloom, who was shocked by what he saw as Lane's undermining of Wohl in public, agrees: "I don't think Ray wanted Larry to fail. I would not put that burden on him. I think they had different views on how to fix applications and how to make it better."

The truth, I think, is that Lane was determined to make Ellison take his responsibilities for fixing applications seriously and that the best way of achieving that was to put his boss under as much public pressure to deliver as possible. When I put the question to Lane, he looked shocked and sad. "I'm going to give you a very strange response to this. Had Larry read the situation right and had he worked on the real problem, . . . then maybe we'd still have a relationship and there's no question Oracle was much better off with both Larry and me there as a team. He totally misread it. I was tired of not being competitive. I was tired of Ron producing sucky applications that we couldn't sell, and I desperately needed somebody to replace him. When Larry said, 'How about me?' I totally supported that. I went out and sold that strategy to everybody. I said, 'Larry's going to do it,' and three months later he comes up with a strategy. At first I doubted he would spend the time, but he did. I didn't want to run applications. It wasn't a power play at all."

In which case, why did Ellison, who so recently had seemed to think that Lane was close to being the perfectly complementary number two, someone he was prepared to give virtually equal billing in what was now the world's second biggest software company, turn so dramatically against his deputy?

# 8

# FALLING OUT

On June 30, 2000, Ray Lane was enjoying the last day of a family vacation when a call came through from Larry Ellison. Lane remembers, "Larry says that he didn't know I was on vacation and that he's sorry about calling me and telling me this, but he wants to take the president's title back. I said, 'Really? Why?' He said, 'What we're doing here at Oracle, the reengineering of the company, is so important that authority has to be driven from my office. The whole company needs to understand that there is one single centralized point of authority, and it will be with the CEO.' I said, 'Well, Larry, I have never really opposed that. I'm on your team.' He said, 'It's kind of like kids playing off Mom against Dad. If they get a no from Mom, they go to Dad.' He was very uncomfortable because I was asking direct questions. I said, 'Larry, let's just step back. What went wrong? Everybody in the industry would look at this team and say that this is the reason I want to do business with Oracle. You on the technology and the vision; me on the business. What went wrong?' He said, 'I don't know. It's like a marriage that went bad. I don't know.' "

Characteristically, Ellison did what he could to avoid an embarrassing confrontation. The main reason he gave to Lane for wanting him to leave was his concern about how divided the company had become with two leaders. Ellison says, "I explained that . . . there was too much ambiguity of authority at a time when we were trying to reinvent ourselves and restructure the company to make it more centralized, more automated, more of an e-business. It's very difficult to make changes when a lot of the existing managers didn't believe in the changes I wanted to make. Most of our senior people liked being autonomous general managers. They wanted to be given a budget and left alone to run the business as they saw fit."

Lane insists that Ellison didn't have the stomach to sack him. "Larry was incapable of firing me. I said, 'I guess I have got to leave if you've taken back the president's title.' He said, 'Well, that's your choice.' I now wish I'd said, 'Okay, you've got the title. What do I call myself now?' He couldn't fire me. He doesn't know how to do it." [*] The two men then briefly discussed a press release, and Lane suggested that they should talk about the terms of his departure. He had $70 million worth of options due to vest in three weeks, and he proposed a termination agreement "so that I say good things about Oracle and we both have the same story about why I left—Larry said, of course, 'Let me look into it and I'll call you back.' He never called back."

The terse press release that Oracle released that evening offered no explanation for Lane's sudden departure. Attempts had been made by the PR department to dress it up with a tribute from Ellison to Lane's years of service. But Ellison admits that in the end, he couldn't bring himself to say what he didn't feel; Lane had already been more than adequately rewarded for his time at Oracle. Lane says, "The press release was in the papers the next day. My mother, my sister, my friends were all with me in Oregon, and they got the paper the next day. What's this? So I had to explain it to the family. It was totally below the belt."

Nor was there any termination agreement. Lane claims that the board tried to put together something that was "fair"; a payoff of $13 million was suggested. Ellison rejected it, offering instead $1 million in cash. Ellison says, "I can't understand why a receptionist who gets laid off gets two weeks' salary and has to worry about paying the rent, when some rich senior manager who made millions gets additional millions when they get laid off."

Lane refused to sign the deal. He really didn't need the money anyway. In subsequent interviews, his version of events was that he had resigned over changes within the company that Ellison was proposing to make and with which he disagreed. For his part, Ellison insisted that Lane was leaving because, as a result of the way Oracle had recently centralized its

---

*LE writes: Very interesting but not true. During our conversation Ray asked me if I wanted him to leave the company, and I said yes. Later on he sent me an e-mail stating, "Now I know why you started behaving the way you did and ended up firing your most loyal employee."

operations around the Internet, he no longer had a big enough job to do. Only later, when he could no longer control the urge to trash his former business partner, did he admit that he had fired Lane.*

What happened was that the man who many people outside Oracle believed to have been responsible for the firm's reinvention and much of its success in the 1990s had been slowly frozen out and systematically stripped of authority. When Ellison said that he had no need to replace Lane, it was because there really wasn't much left of Lane's job by the time he left.

Within three years of his arrival at Oracle, Lane's reputation in the industry was so high that he was soon receiving a stream of job offers. With most, he never went further than the first step. However, there were a few that Lane was willing to explore further. One came from John Doerr, a senior partner at Silicon Valley's most exclusive venture capital firm, Kleiner, Perkins, Caufield & Byers, and Jim Clark, the former boss of Silicon Graphics and the founder of Netscape, the software firm that triggered the mania for investing in Internet with its pioneering Web browser. Doerr and Clark wanted Lane to come and run their latest big idea, a company called Healthscape (later Healtheon and later still WebMD) that was going to bring the Internet to medical practice. After taking a close look at what was involved, Lane said no. "I didn't see myself as a start-up guy."

Much later, Lane would be on the short list of candidates to become CEO of Hewlett-Packard, the stately computer hardware company that launched the Silicon Valley phenomenon in the 1930s. But the job he came closest to taking was with the once high flying networking firm Novell. At first he wasn't interested. Novell, once the leader in network operating system software, was being badly beaten up by the onward march of Microsoft's Windows NT, while its GroupWise collaboration software was being squeezed on both sides by Lotus Notes and Microsoft Exchange. Novell still had plenty of cash, but what it lacked was any kind of strategy to get it out of its hole.

---

*LE writes: It had nothing to do with an uncontrollable urge to trash Ray. I avoided talking about this subject for as long as I could. But everyone was so interested. There were numerous "Why Ray left Oracle" articles in the press. I was asked about it repeatedly. On a few occasions and only privately did I tell people that I had asked Ray to leave. I had to get permission from the board before I could ask Ray to leave. I did that. And then I asked him to leave.

What changed his mind was an unannounced visit by David Burn, one of the toughest and most persuasive headhunters in the business, and John Young, who was not only a Novell board member but a highly respected former chairman of Hewlett-Packard. "They came into my living room and put this offer in front of me that included $15 million of cash that would be put straight into my bank account and $4.5 million in options at the current price, which was an all-time low for Novell. And I'm just going 'holy mackerel' and said, 'Give me an hour and I'll just write down some thoughts about a strategy for a turnaround, because that will help tell me whether it's possible.' So I wrote four pages that I shared with them and said, 'Here's what I'd do,' and they said, 'That's why we want you—you've just written a strategy on the back of an envelope. . . .'

"I was nervous. I was an Oracle devotee, there for life, and I was very, very nervous about this. But I was saying, CEO, turnaround, lots of money, and I agreed that I'd go and see Larry and tell him I was resigning. So I went to see Larry that afternoon in his house and I said, 'I've got an offer from Novell.' He said, 'Novell!'—just like that. Novell, that brain-dead company. I said, 'Larry, look at it my way, it's a turnaround opportunity and they're going to pay me all this money.' He said, 'You're not going. Their server isn't programmable. You have no APIs to build applications. It's dead meat, and Microsoft will take them out.'

"So he basically had scared me out of taking the job anyway, but then he said, 'How about two million options, would you stay for two million options?' I said, 'Yes, it's more than adequate—I'm not doing this because I think Novell's great, it's for the money.' I went to Young and Burn, and said, 'Sorry guys, I'm staying at Oracle.' That night I went to the fiftieth birthday party of Robert Shaw's wife and Larry called me on my cell phone. He said he'd talked to the board and he thought $2.5 million in options was the right number. You deserve it. I thought he'd gone way overboard, so of course I stayed. I didn't find out until I left Oracle that the board was pissed off about this. No one ever told me, and I certainly wasn't holding Oracle up for money." *

Ellison's recollection of what happened is a little different. He says that the figure of 2 million was Lane's price for staying at Oracle and that the main reason he increased the number to 2.5 million was that, per-

---

*LE writes: Not a holdup? He said he was going to Novell because of the money. I offered him more money to stay. It was a classic holdup. He stayed.

versely, by volunteering additional options he felt a little more in control of the situation, a little less responding to blackmail. He also wanted to ensure that Lane really would give Novell the brush-off. That said, the most convincing explanation for Ellison's excessive generosity to Lane is that he panicked.

His first reaction was sheer amazement that Lane actually thought that he might be able to fix Novell. "I said, Ray, Novell doesn't have a service problem, and it doesn't have a sales problem—they distribute through third parties. Those are the things you're best at. What Novell has is a very serious product problem. I don't know what I'd do if I went to Novell. I think it's too late." However, his second reaction was fear that despite his demolition job on Novell's prospects (correct, as it turned out: even Eric Schmidt, a first-class technologist, proved unable to save Novell) Lane might still go through with his resignation. "At this point in Ray's career, he thought he could do just about anything—even turn around Novell, which I thought was impossible. But I couldn't afford for him to take the Novell job. I felt terribly vulnerable because he was running such a large portion of the company. With the problems we were having in applications development, which was where I thought I should focus my time, I didn't have the bandwidth to take on anything more. Besides, I really didn't know how marketing ran or how sales ran. I just didn't feel I had the time or competence to take over those things if he left . . . so I paid him off."

Ellison was right. Oracle would have been in a jam if Lane had suddenly quit in early 1997. But there was a substantial price to be paid by both men for Ellison's bribery. If Lane was getting inflated ideas of his talents thanks to the flattering press coverage that Ellison was happy for him to receive, learning that Ellison thought him so important to Oracle that he was willing to make him fabulously wealthy was bound to puff his ego up still further.

Don Lucas says he warned Larry about the possible effects. "I'll never forget it. I very, very seldom have disagreed with Larry. . . . This was a huge stock option, like a bribe as opposed to an incentive. That's going to twist people's minds. It has all these bad effects. Ray says to himself, 'I'm worth all this money, I'm irreplaceable, I've got a lot of power, I'm like Superman.' So it reinforces all the bad things. If we'd given him regular incentives and if Ray would have stayed, I think that would have been better for everybody. If he wanted to be loyal to the company and get compensation, reasonable compensation, he stays. If he wants to go be a big shot, be

·a CEO, have all that power, that's fine, leave. It would have been better for everybody. So I think that was a critical juncture. I'm not saying I was right and Larry was wrong,* but I think you have to stand by your principles and I think to overcompensate can have deleterious effects."

From his perspective as a senior member of Lane's team, Jay Nussbaum was convinced that something had changed. "The Novell thing pissed off everybody at Oracle. Ray would always argue about loyalty, trust, and integrity. But everyone saw what he did. He put on a mask and took a gun to Larry's head. . . . It gave a signal to the world that Ray didn't respect Larry and he thought he should be CEO, he had this blind ambition. It became obvious that there was no love affair. So much so that Larry starts to wonder what life would be like without Ray."

Even though Ellison used the threat of Lane's departure to get another 1.5 million options for himself and 1 million for Jeff Henley, he felt increasingly sick about what he'd done. I don't think he really blames Lane for what had happened, but he thought that he had in some sense been manipulated, and the feeling festered. Carolyn Balkenhol, who took over from Jenny Overstreet as Ellison's close assistant in 1995, has an interesting perspective: "I think the things that always upset him most are his own issues. I think that when he seems really angry it's because he's done something that he perceived to be a mistake, particularly when he's made a decision that he thinks has set in motion a series of events which didn't have the desired result. I think most often if he's really angry it's because . . . he did something that took a wrong turn."

Ellison began to realize that not for the first time, in his eagerness to carve out just the portion of the CEO's job that he enjoyed, he had delegated too much power and responsibility. It's a characteristic of Ellison that when he thinks he has found someone who is competent and who can help him, he invests an excessive amount of faith in his or her ability. Just as when Gary Kennedy said he needed more authority to get the job done, Ellison would give it to him without much thought, the same applied to Lane, albeit on a much grander scale. Ellison says, "I've been to this movie. I'm not going to let this happen again." At some point, in Ellison's eyes, Ray Lane stopped being the solution and started to become part of the problem.

---

*LE writes: I'll say it. Don was right and I was wrong. I should have let Ray go to Novell.

Within a year of Lane's receiving his option grant of January 20, 1997, Ellison had begun the process of peeling away his direct reports. Strongly influenced by Gary Bloom's critique of Lane's management and his plea that Ellison should assume more of the responsibilities that normally go with being a CEO, Ellison began to shift whole departments from Lane to Bloom. Among the first were marketing and education, but inevitably, the first battleground was applications. Ellison's realization that the commitments that Oracle was entering into with customers such as Kellogg and the never-ending litany of lengthy and money-losing implementations, especially those involving the CPG best-of-breed suite, had convinced him that development must regain control of product engineering.

By this time even Lane was prepared to admit that best-of-breed had proved a great deal harder and more costly to execute than he had initially realized, but tensions increased between him and Ellison over the broad strategic direction that the applications business should take. Although Ellison had put a stake in the ground in Paris two years earlier, to mark his profound disillusionment about the unmanageable complexity that was inherent to client/server, Oracle was only now near the point of releasing software designed for the Internet. Once Oracle became committed to engineering client/server software, it was inescapably locked into that architecture for years, even if theoretically a better alternative might have existed. Ellison's public statements about the coming of Internet computing were not just about attracting media coverage and tantalizing customers, they were also a deliberate tactic to open up the debate within Oracle.

Ellison says, "You can't tell engineers, 'Just do it.' You have to persuade them that the Internet is a better architecture than client/server. You have to persuade them the Internet is going to win in the marketplace—even though Microsoft is backing client/server all the way. They have to believe in what they are doing. If you simply bark out orders, you get malicious obedience—they'll build exactly what you want and make sure it doesn't work. I had to proselytize in every meeting. It took years before we killed off our last client/server product. It wasn't fun. I'd say, 'You know that thing you've been working on for the last year and a half? Throw it all away. We don't want it.' It pissed people off. They'd say, 'I've been working hard for a year and a half, and now you want me to throw it all away?' 'Yeah, I do.' 'Are you crazy? I quit.' It was very difficult to get all the developers inside Oracle to change direction. Everything they were reading said that Microsoft and client/server would go

on forever. I got the same looks that Galileo got when he told people the earth revolved around the sun. 'Sure. Whatever you say, boss.' "

For the first year, most of Ellison's Internet evangelizing was confined to technology—the database and tools, the things that he knew and cared most about. But it began to dawn on him that the impact on Oracle's struggling applications might be even more profound. Ron Wohl took only a little convincing. He says, "In the applications business, you can never catch and pass someone who has dominant market share unless something else changes. If you do the same thing as a competitor who's ahead of you, you'll never catch up. That's the position we were in with SAP."

Ellison believed that Oracle was so far behind in client/server that the only way to win in applications was to change the game. There were two reasons why Oracle might be able to pull it off. The first was the increasing number of customers that were discovering the difficulty in making client/server systems work effectively over a wide-area network. Client/server might be all right for departmental use, but for any company that wanted to unify its operations over a number of different sites, it was a nightmare. After a decade of client/server as the dominant computing architecture, at least some disillusioned customers were ready to hear about alternatives. The second was that, quite simply, Oracle had much less to lose by betting everything on the Internet. If SAP had done the same and had failed to make the technology transition gracefully, it would have destroyed a wonderful business for no good reason; it's the dilemma of all incumbents and the reason why the short history of the software business is littered with the bones of once successful firms that failed to adapt to new paradigms in time.

It therefore made sense to Ellison to devote an increasing amount of development time to working out how to make a Web-based, servercentric version of 10.7, even if one of the consequences was to deny 10.7 Smart Client the resources needed to debug it properly before its release. Ron Wohl says, "From 1996 we started moving a small number of key technical people onto the underlying architecture, then a larger number of people, then gradually the whole division. We ran the risk that by pouring energy into the Internet version, we were not making the improvements we needed in the client/server version." For Ray Lane, it was just another example of Ellison and Wohl's failure to understand the applications business. As far as he was concerned, customers weren't interested in esoteric architectural issues: what they wanted was reasonably stable software that had all the functionality they needed to run their operations. The fact

Case 3:01-cv-00988-SI   Document 1548-2   Filed 11/17/08   Page 82 of 91

that 10.7 Smart Client was a couple of years late to market was bad enough; the fact that it still wasn't much good was intolerable.

What's striking is that there was so little consensus between the two men running Oracle as to what the applications strategy should be. If Ellison had worked hard to convince the development organization that Internet computing offered a better way than client/server, either he failed to let Lane in on the secret or Lane wasn't listening. The idea that there was a trade-off between getting 10.7 Smart Client right and Oracle being first to the Internet is not one that Lane has much time for. He claims that when the Internet version of 10.7, known as 10.7 NCA (network computing architecture), came out in early 1998, it wasn't any better than the client/server release that had been rolled out five months earlier. He says, "NCA wasn't what it was sold as. We said it was browser-based, but you had to have Java code running on the client or it wouldn't work." The only reasonably reliable variant of 10.7, Lane maintains, was the unglamorous character mode version that ran on green-screen dumb terminals and that few customers wanted. While Ellison was busy talking up the brave new world of Internet computing that Oracle was ushering in, one that would solve all the problems with applications, Lane says that customers were still having to live with a very different reality.

In fact, although flawed, 10.7 NCA was a considerable technical achievement, given the compromises that had to be made because of Java's immaturity. Lane's suggestion that running client-side Java code meant that it wasn't really Web-based is technologically naive. Even today, the E-Business Suite runs Java on the client for things such as expense reports. NCA was essentially a three-tiered architecture for delivering Web-based applications made up of an Oracle database engine running on a powerful UNIX server, a lightweight Java application on the client, and a midtier "forms server" to provide the gateway between the two. Among other things, users discovered that since the forms technology now ran on the server, patches to fix bugs could be delivered without having to relink and regenerate customizations. Most important of all, according to Mark Jarvis, who took over as head of marketing a month after the launch, the existence of 10.7 NCA meant that "everywhere Oracle's sale's force went, it was pushing the idea of the Internet as being about business, not just a consumery thing—we were educating customers long before the competition."

Where Lane has a point is that for any customers who had started with 10.7 SC, upgrading to NCA was a nightmare, whereas those with the character mode release found it relatively easy. Unfortunately, communication between development and the field was so poor that customers received little worthwhile advice about which version they should buy. As Ron Wohl admits, "Development must always move ahead of the sales and consulting organizations. It means that half the time they are implementing one product while we are already building the next one."

If shifting the emphasis away from client/server to the Internet was controversial within Oracle, the issue reached boiling point with Ellison's decision to halt all further work on client/server in early 1998. Having reluctantly become "Mr. Applications," Ellison threw himself into the task. One of the problems was that Oracle was now trying to support three different versions of its application suite. Ellison says, "We were the only vendor supporting three different modes of operation: terminal, client/server, and Internet. Life isn't hard enough—we had to have three fucking versions? The client/server version worked poorly on a wide-area network and was nearly impossible to maintain because the applications code was on hundreds or thousands of desktop PCs. Our so-called Smart Client version was not smart. It was unnecessarily complex, and I wanted to dump it."

Ellison was desperate to move ahead—"I decided to get out of the client/server applications business just as fast as possible." He wanted Release 11 to ship as soon as possible to expunge the memories of 10.7, and this time he wanted only one version. If Ellison had his way, 11.0 would be engineered for the Internet only. Ellison was certain that Oracle could not succeed if it had both an offensive and a defensive strategy. The analogy he used was taken from the Six-Day War, when the Israelis had been willing to bet everything on taking out the Egyptian and Syrian air forces on the ground even if it meant leaving their own airspace unprotected. Lane strongly disagreed. It wasn't that he was against Oracle's trying to get ahead of the field by embracing the Internet, but he was opposed to leaving in the lurch customers who had signed contracts for client/server software. His fear was that if Oracle was seen as dictating to the market a lot of customers would simply walk.

Ron Wohl comments, "The idea of moving to the Internet was a no-brainer. The hard decision was cutting off client/server and committing ourselves totally. That's why 10.7 NCA was so important. It would give us references. People had to believe that the Internet version of our applications worked. That allowed us then to go to the next stage and say, 'Guess what, this Internet technology not only works, but it's so su-

perior to client/server that we're not even going to offer client/server.' We were saying that when Release 11 comes out five months after 10.7 NCA, it's one thing and one thing only: Internet."

Ellison is convinced that Lane mounted a serious challenge to his Internet-or-bust strategy. He says, "Ray didn't want to bet the farm on Internet applications. He thought it was risky to the point of being crazy. He thought that we should do client/server too. But I'd already decided that the Internet applications were our best shot at being successful, and we didn't have the resources to do both." In early 1998, soon after Ellison had taken charge of applications, he was briefing some consultants when he received a phone call from Ray Lane. Lane had called a meeting of his top 150 sales managers. He wanted Ellison to come down and answer some of their questions. Ellison remembers, "I got a call from Ray at about midday. He wanted me to come and listen to what the field had to say about giving up on client/server. And they wanted to tell me what customers were saying. When I got there I was treated to what seemed to me to be a carefully choreographed show. The message was clear: our customers wouldn't tolerate being forced away from client/server and pushed to the Internet. 'Can you guys just tell Larry that what he's doing is crazy and he's putting the entire company in danger.' I had heard it all before. Relational database will never be commercially viable. The customers want client/server. Blah blah blah. They were mistaking the present for the future. It's the worst mistake a tech company can make. Client/server was dead, and the people in the room would figure that out at the funeral. By then it would be too late for Oracle to change course. We had to change to Internet applications now—before SAP and the rest figured it out. But Ray was having none of it. I couldn't convince him or his people.

"This meeting came at a time when I was feeling a bit insecure in my position at Oracle, and if push came to shove, I wasn't sure whether the board would support Ray or me. Maybe it was paranoia on my part, but the meeting seemed like the beginning of a revolution with me playing the part of Louis XVI. At the very least, Ray was trying to split the company down the middle—his field guys versus my development guys. When that dawned on me, I realized I had to do everything I could to keep a split from happening. So I changed tacks. I carefully and patiently listened to all the field people's comments and said, 'You know, you guys are right. I promise we'll go on doing client/server if we need to.' But I knew we'd never, ever *need* to do a client/server version, and I never planned to build

one. But I left the meeting letting them believe they had convinced me. They hadn't. I knew I was right and they were wrong."

Ellison concluded that Lane had attempted to set him up. "I think Ray was trying to do two things: He was trying to make sure that he got a client/server version of the applications. And he was making a power play for more control within Oracle. I was astonished that Ray wouldn't support my decision to kill client/server and put all our resources on Internet applications. He was fighting a technology decision that was the key to the company's future. This wasn't simply about our applications. This was about predicting the future of computing. We needed to move everything—our tools and our database as well as our applications—to the Internet as soon as possible. What was Ray thinking? First he wants to build industry-specific best-of-breed application suites; then he wants to run application development; now he wants to set the overall technical direction of the company. What the hell is going on? That's my job."

Lane's version of the episode is at odds with Ellison's. He says that the issue of moving away from client/server had not been that important. "It was the same old story that the applications didn't work and they weren't competitive and how Ron Wohl was a joke.* I had about three hours of trying to respond to this and telling them that Larry was in applications now. He is trying to fix these things, guys, give him some time. Finally, I said, 'You know, guys, you're talking to the wrong person. You need to talk to the head of engineering, and that's Larry.' So I called Larry and said, 'Come down here.' It wasn't a setup at all—how can you set up the CEO? I just wanted him to answer some questions and tell them he was working on it. That's all. I actually thought he did a great job of handling them."

"So this stuff about Internet was not even a debate. I have a feeling that Larry is trying to position himself as this Renaissance man who saw the light and saved everything. He doesn't have to. He did. That doesn't take away from the fact that our application business was a disaster. But by then Larry had come up with a strategy and everyone knew that it would take time before we had applications that did it. . . . A great strategy, Larry. We love it, we'll do it, but when we stick this stuff in our quotas, it

---

*LE writes: Ray calling Ron Wohl a "joke" is as unprofessional and unfair as it is factually inaccurate. The applications that Ron Wohl built run nearly fifteen thousand companies around the world, second in success only to SAP.

has to be something real. We have to ship a real product that works. Otherwise we don't get paid." *

As usual, the truth seems to lie somewhere in the middle. Ellison exaggerates the degree to which Lane was orchestrating a campaign against the strategy of getting to the Internet ahead of the competition. As a salesman, Lane was as keen as anyone to have a new story to tell. As Ellison himself frequently says, technology is a fashion business, and by 1998, the Internet was nothing if not fashionable. Lane's overriding concern was that the transition to Internet computing would not happen as quickly as Ellison hoped, leaving his sales force and consultants to carry on the struggle with a suite of client/server applications that had been effectively orphaned by the development organization. He was worried that without any prospect of Oracle's client/server software getting better, customers would desert in droves, unwilling to be guinea pigs for Oracle's first Web-based applications.

That said, Ellison was almost certainly right in thinking that Oracle couldn't afford the luxury or manage the complexity of developing radically different versions of all its application software. It's a measure of Lane's understanding of the technology that he either couldn't or wouldn't see that continuing with client/server would make it far less likely that the Internet strategy would succeed. Ellison's determination to cut off client/server entirely might have looked reckless, but in fact, it was the only option open to Oracle that gave it any chance of shaping a future in applications that would be better than its troubled past. By not only questioning that decision but making it clear to the field that he disagreed with it, Lane was straying perilously close to challenging Ellison's judgment on a major technology issue, something that even he would agree he was ill equipped to do.

He was also ensuring that Oracle would become an even more divided and factionalized company. His long crusade against Ron Wohl, whether justified or not, had become morally corrosive and commercially destructive. Furthermore, while Lane constantly demanded personal loyalty of a high order from the people who worked for him, increasingly he did not appear to think it necessary for them to extend that loyalty to Ellison or the people who built Oracle's products. There is little doubt that Lane believed that he was acting with the best of intentions, but his years of frustration over applications, the flattering media coverage that he had

*LE writes: That's why I wanted to put all our resources on one version—the Internet version. He still doesn't understand.

encouraged, and the boost to his already sizable ego from the Novell episode had eroded his judgment, certainly regarding his relationship with Ellison.

As had happened with Gary Kennedy and Jeff Walker, somebody who had once been bathed in the beneficent glow of Ellison's approval and admiration was about to experience the chill of his displeasure. Ellison says that the thing that disturbed him most was not so much the feeling that Lane was invading his territory but that he had lost touch with any realistic idea of his own capacity. "When Ray first came to Oracle, he spent most of his time with customers. He built the kind of personal relationships that he could rely on when it came time to close a big deal. That made him a fantastic salesman. But now, all of a sudden, he thinks he can come up with a technology strategy that would enable Novell to compete with Microsoft in PC server operating systems. Oh my God, fight with Microsoft in the PC operating system market! Not my first choice if I'm looking for a fight. So Ray's a technology strategist now. That's why he thought he could turn around Novell. That's why he fought with me over client/server versus the Internet. Ray decided that he's good at things I didn't think he was good at. Scary. Thinking you know things you don't know leads to a lot of mistakes. But I was also vulnerable to him leaving because I wasn't yet competent to take over from him all the things he did. First I had to move his departments to other managers. And that would take time."

I put it to Ellison that there was something ruthlessly calculating about leaving Lane in post while submitting him to a kind of corporate death by a thousand cuts. Ellison replied, "I had to start repairing things piece by piece and transferring responsibility from Ray's team to the 'shadow management team' without overwhelming it. I'm not confrontational, but I am pretty calculating. This was carefully calculated."

Ironically, by pushing Ellison into deciding that he had no choice other than to take over applications, Lane had triggered the process by which his own authority would unravel. Having removed all application development from Lane's part of the company and put Ron Wohl in charge of sorting out the mess that had been created by best-of-breed and the industry vertical suites, Ellison stripped two other functions from Lane: first marketing and then education. Marketing was run by a bright, attractive, but somewhat controversial woman named Karen White who was something of a Lane protégée. Ellison says, "I had hired Karen into the company a while back. I always felt that she was exceptionally bright and one of the most determined people I had ever met. But I also felt that

she was miscast in marketing, and I suspect that she felt the same." White was pushed sideways, and Mark Jarvis, a personable Englishman with a background in engineering, was put in charge and reported not to Lane but to Gary Bloom.*

The next to go, in May 1999, was education. For most big software companies, educational programs fulfill two important functions. The first is to spread expertise to IT professionals about the use of a company's products. The second is to make money: companies and individuals are prepared to pay substantial amounts to gain useful and highly marketable skills. However, as Ellison discovered during budget review in March 1999—the first he had been fully involved in for years—Oracle's education business was becoming less and less profitable.

The executive responsible for running education was Randy Baker. Lane hired Baker from Tandem Computers to run Oracle's product support organization. Later Baker was given the additional responsibility of running education. Ellison says, "Randy proposed an education budget for the following year where margins were planned to drop from seventeen percent to thirteen percent. I thought margins should go up—not down. In fact, I thought margin should be much higher—at least thirty and as much as fifty percent. Nobody could give me a satisfactory explanation why our education margins were so low, so I moved the education business away from Ray and Randy and to Gary Bloom and John Hall." [1] Within a year, Baker had left and support was also reporting to Bloom.

Lane professes that he wasn't worried about losing either marketing or education: "I really didn't care. I wasn't interested in keeping marketing; marketing was the most hated function at Oracle. With education, I

---

*LE writes: When Ray was running marketing, they produced our one and only Super Bowl ad. The ad was a series of scenes from a Vietnam-like war. The fighting stopped when the camera focused on a red wooden chair called "the seat of knowledge." The red wooden chair was supposed to become our new corporate symbol. I didn't like the chair, but the war scenes were amazing—bombs, flames, even a running elephant. But I'm not sure it was worth a million dollars.

[1] LE writes: It turns out our education business taught several hundred different courses, but ten of them brought in 90 percent of the revenue. It was an easy business to fix. After we got rid of the unprofitable courses, education margins increased continuously until they reached 50 percent a couple of years ago. They have recently fallen back to between 30 percent and 40 percent because of the ongoing tech slowdown.

---

guess it probably was the first signal that Larry was either doing something for Gary or taking something from me. But I didn't mind all that much; it was a small business that wasn't important to me."

Even now, Lane seems to have only a relatively hazy idea about what was actually going on. Ellison's immersion in the applications business and his determination to reduce his dependence on Lane had a number of consequences. Most obviously, Ellison was carefully and deliberately building up Gary Bloom at Lane's expense. Ellison wanted people both inside and outside Oracle to see Bloom as a manager who had been given "tremendous stature." Bloom says, "I became the guy who got all the broken stuff and went and fixed it. But I was also building up a following based simply on respect for delivery." What Lane didn't realize was that Bloom, whom he had generously praised and encouraged during his rise up the hierarchy, was an enemy, contemptuous of his competence and eager to bring back to Ellison any information that would cast Lane in a bad light.

Wherever Ellison looked, he seemed to find glaring examples of inefficiency, wastefulness, and intellectual sloppiness. A prime example was something called the Energy Center of Excellence. This was intended as a place to showcase Oracle's best-of-breed suite for the energy industry. In the course of the 1999 budget sessions, Ellison says that he uncovered plans to spend millions of dollars to run the center. "I asked how much energy upstream and downstream software we were planning to sell next year. The answer was about $10 million. So I said, 'Does it bother anybody here that we are forecasting sales of $10 million and we're spending $5 million to run an Energy Center of Excellence? Does that strike anyone as strange?' What struck me as strange was the fact that Ray had approved all of this.* I asked Ray to explain why we were spending so much money on the Energy Center of Excellence. He says, 'Larry, that's not what you're paying me for [managing the Energy Center of Excellence]. You pay me to bring in big deals.' I guess that's true. But while he was out selling, somebody needed to look at our sales costs and say no to things like a multimillion-dollar Energy Center of Excellence. But nobody was."

In part because of the work he had been doing in applications, Ellison was beginning to realize how chaotic many of Oracle's own processes

---

*LE writes: I am not certain that Ray personally approved Energy Center of Excellence expenditure. Ray had a policy of delegating even very large expenditures to his staff.

were. At the same time, he was discovering that in many of the areas that Lane was responsible for, getting hold of the basic information required for the budgeting process was disturbingly difficult. "The most basic budget-planning module we have in applications asks a few basic questions: How much did you sell last year? How much are you going to sell this year? How much did you spend last year? and How much are you going to spend this year? Simple, right? Wrong. It took many hours and multiple meetings to pry answers to these four basic questions from some of Ray's senior managers. One of Ray's people, George Kadifa [now CEO of the leading application service provider (ASP), Corio], came in with two hundred slides. I'd said, 'George, I've got four questions. Once you've answered these four questions, I'll look at however many slides you want me to.' He was quite offended. He thought it was very important for me to look at his slides *first* because they explained and justified why he would sell less [than last year] while spending more [than last year]. After a while I realized these weren't really planning sessions at all. They were compensation negotiations disguised as budgeting and planning. Everyone wanted me to approve as low a profit target for their group as possible so they could easily exceed it and get a big bonus. I learned that a key to making money in sales at Oracle was negotiating a low profit target or quota. I decided to fix that problem."

Ellison was determined to get involved in another area that had been entirely Lane's responsibility: the design of sales force compensation. Patronage is power, and, after hire and fire, there is no greater power within a company than setting the remuneration of the sales staff. By deciding that he, rather than Lane, would in future determine how the sales force was paid, Ellison was signaling in the clearest possible way that Lane's power was in terminal decline.

In any sales-driven organization, the way in which the "comp plan" is structured is a vital ingredient in determining success or failure. The objective of a good comp plan is simply stated: it should be transparent and fair and encourage the achievement of carefully worked out "stretch" targets; the salespeople who do most for the bottom line should be able to get rich themselves, while those who are hoping for a free ride should be penalized and cleared out. In other words, the best comp plans are simple to understand and work with the grain of human nature. When comp plans start delivering the opposite of what's intended, it's usually because they have become too clever by half. That was precisely what Ellison thought had happened at Oracle.

Jay Nussbaum recalls, "The 1999 budgeting sessions were a real wa-

tershed. I was telling Larry about how there was so much fucking abuse and waste in the system. And Larry's saying, 'Tell me more, tell me more, tell me more.' So I called Ray and told him that Larry was asking me a lot about compensation and do you want me to brief you about it. So I started to tell him, and he said, 'You have no fucking right to talk to him about that.' I said, 'What am I to do? He's the CEO. If he calls me and says, "Talk me through this compensation," am I supposed to tell him I'm under instruction from you not to talk to him? Let me help you and then you can tell him.' And from that moment, it was like we were on different sides of the world."

Ellison says, "Ray would experiment with different compensation ideas and sales force organizations every year. One of the worst ideas I can remember was when Ray decided we didn't do enough selling through partners. The sales force convinced him that the way to fix this was to pay more money to the sales force if the deal went through a partner than if the deal came directly to Oracle. For example, if you sold a million-dollar deal directly, Oracle would get a million dollars and you would get a $100,000 commission. But if you sold a million-dollar deal through a partner, Oracle would get $600,000 and you would get a $120,000 commission. Needless to say, our sales force pushed as many deals as they could through partners that year, so the partners were happy. The sales force got higher commission payments for going through partners, so they were happy. The only loser was Oracle Corporation. We ended up paying huge partner bonuses and larger sales commissions, so our sales margins went down. The only possible justification for this extra pay for partner deals was if the partners started bringing in large numbers of deals on their own. But they didn't.

"Our sales managers converted Ray to the fundamental belief that the best way to change the behavior of our sales force was to pay for it. So when Ray wanted to encourage better cooperation among our different sales groups, he decided to pay multiple groups on the same deal. We had industry sales teams, product sales teams, geographic sales teams, global sales managers, etc. All could get paid on the same deal. They wouldn't split a commission—no, no, no—instead we'd pay double commissions, triple commissions, and so on. But Ray told me not to worry because we could afford to pay everybody on the same deal so long as we raised everybody's quota. I said, 'Ray, paying people for things they don't sell is not a good idea. Raising quotas is not a good idea.' So one of the very first things I did when I took over the sales comp plans was eliminate most double compensation on deals. It allowed us to bring quotas down dra-

matically. And it snaked out the people who were making a living getting paid on other people's deals. But something else happened when I took control of the comp plans. When Ray lost the power to pay the sales-people, he lost most of his influence in the organizations that still re-ported to him."

The final nail in Lane's coffin was the unheralded arrival in April 1999 of Safra Catz, a former investment banker from Donaldson, Lufkin and Jenrette (acquired in 2000 by Credit Suisse First Boston) who had cov-ered the software industry since 1986, the year Oracle had gone public, and who had become a close friend and admirer of Ellison. Catz, a petite, black-haired Israeli American, had come to take Ron Wohl's old job as Ellison's chief of staff. Ellison had been keen to hire her for some time but had initially thought she might run one of the companies he had recently bought in Israel. But Catz made it clear that if she was going to work for Ellison in any capacity, it would be at Oracle itself. Disillusioned by the investment hysteria over dot-com firms that had little or no proprietary technology, she was ready to quit banking. She suggested to Ellison that she could come and do corporate development—a role that was vacant following the departure of the able David Roux to run the interactive television company Liberate Technologies.

Catz had been an Oracle partisan for years: "I was already on the Or-acle bandwagon. I said that if Pets.com or Ariba trade at those kinds of numbers, then Oracle's worth a hundred or a thousand times that. This is kind of the center of the universe, right, not Wall Street. You want to be in the sun, this is the sun. I thought, you know, shame on me if I don't try this. And of course I thought Larry was great, awesome, with this ability to think without walls."

Catz didn't have any operational experience, but Ellison quickly real-ized that she had precisely the combination of qualities that he needed to help him run Oracle. As a lawyer, she had an almost forensic approach to digging out information, while her thirteen years as an investment banker had left her with finely honed analytical skills. She says, "I came in with absolutely no agenda other than to help Larry. That actually made my job incredibly easy. If Larry wants something done, now it hap-pens because I'm going to check that it has. That was the thing that was really missing. Larry would make a decision, and nobody would check that it had been carried out. People would hope that because he had so many things to do, he would forget."

The first thing she did on her arrival was analyze previous years' budg-ets in the light of those submitted for the next financial year. She says, "It

was clear we were spending a lot of money for no good reason, that there was an enormous amount of duplicative effort and overlapping objec-tives." Much of the inefficiency that Catz found, she laid at Lane's door. "We had any number of initiatives in place that when I got up the actual numbers it was obvious that they would lose us money. Ray would say, 'This is what the customer wants to buy. He wants lunch. You want to sell him lunch?' I was looking at this stuff and saying to Larry, 'Did you know this. As far as I can tell so far, I can find at least $100 million we've lost.' "

Ellison says, "Safra is a slave to facts. She is unwilling or at the very least extremely uncomfortable about making decisions without the facts. Not all managers are like that. Some managers rely on their 'gut' to help them with difficult decisions—especially if the facts are hard to find. The fundamental clash between Ray and Safra was that Safra dug out the cor-rect facts while Ray relied on what people told him. In an argument when nobody has any facts—and I've seen a lot of those—the person with the strongest personality wins. But when one person has the facts and the other doesn't, the one with the facts always wins. When both people have the facts, there's no argument. Safra never tried to embarrass Ray in a meeting. He just kept saying 'This is true' or 'That is true,' and she would say, 'No, I don't think that's true and here's why.' It was painful to watch."

That, of course, is not how Lane sees it. "Safra just arrived. . . . I had no idea who she was, there was no introduction. . . . Safra and Gary started working together and appearing in every meeting. Larry would ask the questions: How much does it cost to do this or that? And she would go out and write in the headline first and then fill in the rest from Larry's perspective." All the while, Catz was going to Lane's people and pumping them for information about old contracts and sales practices that found its way quickly back to Ellison. Lane's first response was to try to ignore what was happening to his authority. "I just kind of said, 'Maybe if I just continue to do my job, this thing will pass.' "

However, that illusion didn't last very long. In February 2000, Lane received an e-mail from Catz informing him that Ellison wanted the Eu-ropean operation (under Pier Carlo Falotti) to report directly to the CEO.

Remarkably, for the first time, Lane decided to raise the issue of what was happening to their relationship: "I just confronted him direct. I said, 'I don't feel good about it. You have moved organizations to Gary. What's wrong?' He said, 'Nothing, nothing—you and I just have to

spend more time together and get on the same page. The company is in a state of change now, we're reengineering business processes and all that. The CEO has to drive that. You and I are public figures, seen by a lot of employees, and we just have to be on the same page and spend time together.' I said, 'Okay, great.' I totally fell into the trap that everybody falls into when you have a meeting with Larry; no matter how depressed you are, you come out happy. It happens over and over again."

The next time they actually managed a one-to-one meeting was in Lane's office three months later, in May. The atmosphere could hardly have been much worse. Ellison had recently moved support from Randy Baker to Gary Bloom, and Lane had had "this awful meeting with Safra."

In her hunt for facts, Catz was occasionally finding Lane's people less than cooperative. Lane claims that when she thought she was being thwarted, she would threaten to have the individual responsible fired.* "After three or four people had come to me to complain about being threatened, I went to her and said, 'Safra, this has got to stop. This is no way to behave; I don't want you in my organization.' When I got done, she became totally woman. Tears. Emotional, she just blew up. She said, 'Why are you always criticizing me? Why can't you and I work together?' I said, 'I just came in here to tell you please don't threaten my people anymore.' She just came unglued, and I said, 'What is this based on? I don't know that we've actually spent two minutes together.' She said, 'I know what you are telling people around this organization about me.' I said, 'Guilty to a point. I have criticized you and the way you've worked here, but it's not something that can't be rectified.' We ended the whole thing by hugging each other and I said, 'If Larry would agree, why don't you work for both of us. Don't do the witch-hunts, but work for both of us.' I probably appeared to be the most naive person in the world to her. She was thinking, 'He doesn't understand what's going on.' I think she was clearly promoting the thought to Larry: you need to get rid of Ray, he's not good for you."

As for the subsequent meeting with Ellison, it took much the same course as the one in February. Lane says, "He gave me the same thing. We hadn't spent the time together, I was always traveling." Lane felt strongly that his absences from Redwood Shores were more than justified by the results they were producing. In November 1999, Oracle had announced

a partnership with Ford to build an Internet-based business-to-business exchange that would link the carmaker to the many thousands of companies in its supply chain. Over the following months, a rival exchange planned by GM and the software firm Commerce One had been folded into the Ford/Oracle scheme and other car manufacturers, such as DaimlerChrysler, were also preparing to come on board.

Under the terms of the deal that Lane had negotiated, rather than simply selling software licenses, Oracle would be a minority partner and provide some of the operational management. Lane estimated that within a few years, Covisint, as it was later named, would handle transactions worth tens of billions of dollars a year, raking off a small commission for each one. The plan was to float Covisint as an independent entity. At a time when the name-your-price airline ticket exchange Priceline.com had a market value greater than the combined worth of the airlines whose seats it sold, the idea that Oracle would be a stakeholder in B2B (as they became known) exchanges across a range of industries had an electrifying effect on its stock price.

Lane says, "All that stuff was going on in the background at the same time that the Gary/Safra show was undermining me. I personally take credit for the run-up of Oracle stock that happened then.* As soon as the market realized that we were a real B2B player, our stock took the run-up that we'd always been waiting for—it went from forty dollars to eighty dollars overnight." Two months later Lane received the call from Ellison that would bring his relationship with Oracle to an end. Soon after that, Safra Catz renegotiated Oracle's position within the Covisint consortium to that of pure software supplier. She and Ellison had decided that as a risk-sharing partner within an increasingly unwieldy alliance of competitor companies and at a time when the initial euphoria about the prospects of B2B exchanges was fast deflating, there was a very good chance that Oracle would never see a penny from the deal that Lane had been so proud of.

What should be the final verdict on Ray Lane's eight years at Oracle? His outstanding achievements made Oracle a company that learned to

---

*LW writes: Absurd. I don't believe it.

---

*LE writes: He takes personal credit for our stock price run-up? Amazing. Oracle rode the Internet wave because our database powered virtually every major Web site on the Net. If you plot the stock price of Cisco, Oracle, and Sun, you will see that all three companies rose and fell together in perfect synchronization as sentiment about the Internet rose and fell.

care about its customers and to preside over the creation of a large, powerful consulting organization. However, even in these areas the record is not unambiguous. While he did a good job cleaning up (though by no means clearing out) the cowboy U.S. sales force, his attempts to overhaul the culturally very different European operation added considerable cost without any obvious gains in effectiveness.

Perhaps the biggest myth about Lane, which he was happy to propagate, is that he was the disciplined, process-oriented manager who made the trains at Oracle run on time, in contrast to Ellison, the impulsive visionary. The truth is that until Ellison became interested in mastering the nuts and bolts of process, as a precondition to understanding how such things could be automated, neither of them was paying much attention to the things they should have been. Both were essentially doing what they liked best: Ellison kept Oracle at the leading/bleeding edge technologically; Lane worked corporate America and brought home "the big deals."

Many of the people I spoke to about Lane were highly critical of the negative way he has spoken about Oracle since leaving, including giving aid and succor to the enemy by appearing as a guest speaker at SAP's annual Sapphire Convention. It's undignified, they say, particularly when you consider the billion or so dollars Lane made during his time at Oracle. They have a point, but given the way Ellison treated him during his last two unhappy years and his subsequent trashing of a man whom he had once been prepared to entrust with running the greater part of the company, it's not really surprising.

What is more surprising is how little Lane seems to understand the reasons for the deterioration of his relationship with Ellison (a relationship which both men in conversation compared to a marriage, despite the fact that they were never close friends and had few shared interests). When I told Lane how Ellison had reacted to his threat to jump ship to Novell and then how he had interpreted as a kind of putsch the suggestion that Robert Shaw should take over application development and report to him, Lane seemed genuinely shocked. After one of our interviews he e-mailed Ellison thus:

Larry,
I think it's unfortunate you feel the need to continue to trash me with the press. It's irrelevant to me since your opinion of me is not relevant to my self esteem, but I assume you don't think I'm credible to criticize your abilities in leading development, the same way I don't think

you're qualified to criticize my abilities in sales. I guess we can both continue the war of words; the press loves it.

I almost picked up a telephone Saturday to have a conversation with you based on insight Matthew Symonds gave me about 1997. Now I know why you started behaving the way you did and ended up firing your most loyal employee. It's a shame you read it so wrong, but all that's irrelevant based on what you want to continue to tell the public, which causes me to do the same.

Seems a more typical divorce every day. . . . unfortunate.
Ray

Lane even asked me whether I would broker a meeting between him and Ellison. He suggested that I should act as a marriage guidance counselor, helping the two of them to understand what had gone wrong between them. I'm not sure that Lane was looking for a reconciliation with Ellison, but rather some kind of closure. Despite all the signals he got that he no longer had Ellison's professional respect and the fact that a full twelve months had passed since Ellison had fired him, his ego was unable to come to terms with what had happened. He also quite clearly wished he had handled Ellison differently. Lane told me, "I regret that I didn't work on a one-to-one relationship with Larry." *

I asked Ellison what he thought of the idea of meeting Lane with me. His response was that he might be more receptive if Lane weren't supporting an age discrimination lawsuit against Oracle that had been brought by Randy Baker. But even without that obstacle, I don't think it's something that Ellison would have wanted to do. Combined with his dislike of emotional confrontations, he really didn't see much point in seeing Lane again.

The last word on what passed between Lane and Ellison should go to the scrupulously fair Jeff Henley: "Larry got very excited about the idea of automating all of Oracle—this is big stuff, man, something I can get my teeth into, which was great. But it's a shame that Ray became the fall guy because I never saw Ray really try to make Larry look bad or work against him. Ray was critical of Larry at times, as I have been, perhaps more critical than me because he had to deal with all those damn cus-

---

*LE writes: In the beginning we actually did try to build a social relationship, but it didn't take hold. Ray's a serious duck hunter. I raise mallards every spring. We couldn't be more different in personality and pastimes.

tomers who were mad at us . . . but he was just trying to make sure the product got better—that was his whole goal. Ray's a good guy, and he did a lot for Oracle. But Larry was also absolutely right in getting involved and exposing a lot of nutty things. There were some areas like support and education that, to be honest, Ray didn't spend any time on. Ray was a little thin-skinned about that because the fact of the matter was that some of that stuff was really screwed up and I think Ray was embarrassed.

"And once Larry got so deep into Ray's pants, it was clear to everyone that this was not going to last, but it could and should have ended a little better than it did. Ray was actually willing to leave, but he just wanted to do it in his own way. . . . He was a trouper, a team player . . . for many years he and Larry were a real strong team. And then it turned. I believe it was Gary Bloom and some other people who undermined Ray to a large degree. But when Ray says he was surprised by what happened, that's just bullshit. He said to me that Larry never told him. I said, 'Ray, you've been here a long time, you know how Larry works, you're a smart guy.' He said, 'Yeah, but I just can't believe he'd do it to me.' "



# 9

# THE LABORATORY

A couple of days after the announcement of Ray Lane's departure, I spoke to Larry Ellison for a piece I was writing about Oracle in *The Economist*. When explaining why Lane's job had diminished to the point of insignificance, Ellison said, "We're going to be an e-business. We're going to use computers to run everything. Okay. I understand computers. I should be good at this. So suddenly I'm competent to be CEO." How many successful CEOs, I reflected, who had built their company from scratch over more than two decades and at the age of fifty-six would declare themselves in an on-the-record interview to be "suddenly competent"?

Although Lane may not see it like this, the pressure he put on Ellison to do something about applications may have been his greatest service to the company; from that, a great deal else would follow. Just as Ellison, by his own admission, had "never really wanted to be a CEO, never really wanted to run a company," for similar reasons he had never had any real interest in applications. As he said, "I thought understanding business processes was dull and automating them even duller."

However, with his reputation on the line as the new Mr. Applications, there was nothing halfhearted about the way he threw himself into learning about the business. When Ellison talks about the experience, he does so with something approaching religious fervor: "It really was a crisis situation. I felt my job was at stake. The company would survive, but I might not. Anyway, it was about six months before Release 11.0 was due to come out and everyone was very concerned about fixing bugs and improving product quality, so I started having regular applications quality

meetings. The meetings started about two o'clock in the afternoon and ran until to eight or nine o'clock in the evening. We quickly made progress fixing bugs, so I moved on to asking a lot of questions about what our applications actually did. I had no idea. I never used them. Wait a second, I'm the CEO. How come I've never used our applications? Can someone explain that to me, please? I never got a good answer, but I finally figured it out. Oracle, SAP, and the rest of the ERP vendors don't make applications for CEOs. CEOs just aren't important enough. ERP applications are built for clerks.*

"I'll never forget my early days in applications. This large aerospace company was doing an evaluation to decide whose applications they were going to buy. They had a huge amphitheater filled with clerks—mainly low-level purchasing people. And they were comparing our applications to PeopleSoft's applications based on keystrokes. Whoever needed fewer keystrokes to enter a purchase request had the best application. It was like a time-and-motion study from the 1930s. If we required twenty-six keystrokes and they required twenty-four keystrokes, they had the better application. I thought they were joking. The most important thing in purchasing is buying things for less. You've got to identify your low-quality suppliers so you can throw their ass out and move their volume to the good suppliers. Of course, before you give the good guys the additional volume you beat the crap out of them so you get a better price. Nobody in their right mind is going to spend a fortune putting in a brand-new purchasing system just so they can get rid of a few clerks. That's fucking nuts.

"Our purchasing system has to provide the purchasing people with the information they need to weed out low-quality suppliers—guys who deliver late, that kind of stuff—and negotiate the best possible price from the good suppliers. We do that, right? Oh, no. Nobody does that. We automate the process of entering purchasing requests, approving the purchase request, sending the purchase order to the supplier—the entire

_____

*LE writes: The term "clerks" was an intentional exaggeration in a number of internal speeches at Oracle. I was trying to make the point that ERP systems delivered very little value to senior managers because they were process automation systems, not information systems. ERP systems were pretty good' at automating a business process like issuing purchase orders, but they were terrible at providing information, such as telling you if this purchase order put you over your capital budget.

purchase-to-pay flow. The people who decide what software they want to use to automate the process are the people who will be using the systems. The clerks decide? What does the CEO think about this? I mean, how much you spend buying stuff is a big deal, you'd think the CEO or the CFO would be deep into this. I just can't believe they're going to spend all this money on a new purchasing process automation system without making sure that they were getting a great information system to go along with it. But they did. Because ERP vendors don't make information systems.

"So I had this radical idea: we type stuff into our applications; we should be able to get stuff out. I said it just like that. When we type stuff into our applications, it goes into our database. I know the data's in there. We should be able to get it out—in a useful form. I wanted all our process automation systems to come with tightly integrated information systems. It's so simple. What's wrong with you guys? It took a while to dawn on me just how hard the problem was. Companies have so many systems, they can't see the forest for the trees. Companies have lots of separate process automation systems, each with their own separate database. Simple example: Oracle had seventy separate HR systems, each with its own database. To find out how many people worked at Oracle, you had to look into seventy separate databases. If we had one HR database, we'd know. But we had seventy. Now, seventy HR systems cost a lot more than one HR system, so we were paying *extra* not to know. Why are we doing that? I felt like an idiot.

"But it was worse than that. Our HR systems kept track of all our employees. Our sales systems kept track of all our sales employees. Because the systems were separate, every salesperson had to be entered into both systems. When a salesperson moved from one group to another, both databases had to be updated. The duplicate data entry was expensive, but worse yet, it often wasn't done. The sales database might be kept up to date while the HR database wasn't. So we had conflicting and inconsistent data. If we had one database that kept track of our people, we would eliminate the duplicate data entry and the inconsistent data. With all these separate databases, we were paying extra for inconsistent data—paying extra not to know.

"We had hundreds of separate databases. You couldn't ask any questions because your information was so badly fragmented. Your purchasing information was over here. Your quality database was over there. So it wasn't easy to find out who your low-quality suppliers were. And all the problems seemed to have the same source: too many separate sys-