tems, too many separate databases. It really was a stunning discovery. All these separate process automation systems have to be integrated and sit on top of one database. Then and only then can we have a true information system. And we'll save a fortune by getting rid of all these separate systems."

Mark Barrenechea, a chubby, confident young programming manager who had come to Oracle in 1997 to build a CRM development team, remembers the moment when the truth about the applications business first hit Ellison. "He asked a very good business question. He said, 'How many employees at Oracle do we have?' Because, logically, as in all complex networks, everything is centralized. He just assumed HR data was centralized. So he asked how many employees there were at Oracle. Ron replied, 'Well, we'd have to put a data warehouse together. We'd have to go out and put a team together. We'd have to consolidate formats. Larry, in ninety days I'd give you an answer' and the guy went off the wall. He said, 'Why isn't all this data in one place? We have the Internet now, right. We can consolidate this into one global schema.' That was the spark."

Ellison continues, "Taking over applications at the same time we were moving our database and tools to an Internet architecture was serendipity. In a fairly short time the right application strategy became obvious. It was a horrifyingly big job; it wasn't going to be a short ride. But then neither was building real application clusters—game, set, and match in the database business. Building all our applications around a single database—building a single integrated global information system—that's game, set, and match in the applications business."

This was Ellison's epiphany. It was not just a question of suddenly understanding how Oracle needed to go about developing its applications to make them both better than and different from the competition's; it was also about how Oracle itself could become a different kind of organization and how Ellison could reinvent himself as a CEO. Ellison's other realization, as he became increasingly involved in applications development, was that in trying to consolidate systems and get business intelligence out of them, just as much effort would have to go into better processes. Ellison says it was like a yin-yang diagram that shows how one opposite produces another: "Better information allows you to improve your processes. The more complete your process, the better your information. It's a virtuous cycle." All of a sudden, the things that he had always assumed were intellectually beneath him became very interesting indeed.

Ellison shared his revelation with senior colleagues during a strategy meeting in March 1998 at the Hotel Nikko, a stone's throw from San Francisco's Union Square. Mark Jarvis, who became head of marketing a month later, remembers the occasion well. "We had the heads of sales for all the regions, the heads of consulting, Ray, Larry, the heads of development, and a few other people, including myself. The sales force started off by saying that in the database business we can beat anyone because we can differentiate ourselves, but in the apps business, whatever SAP says, we say. They didn't have features to sell that you couldn't get in SAP.

"So Larry stands up and says, 'You're all wrong. We lose because clerical administrators don't like our product. All these wonderful features you want are irrelevant because all they care about is the user interface and the number of keystrokes.' Larry's insight was to change the game by saying that instead of just talking about transactions we had to start talking about extracting business intelligence from our applications. Instead of talking about keystrokes to executives who never used the applications, we should start asking, Do you know this and do you know that about your business. The idea in marketing terms is to move up a ladder. If everybody else is on one rung of the ladder, you move to the rung above them with a different message. The next rung of the applications ladder for us was business intelligence, and we built a campaign around 'Do you know . . . ?' Then, after six months, when SAP started talking about business intelligence too, we moved up the next rung and started hammering on the Internet. It was a very big turning point. Even before we had the products, it began to change our ability to compete with SAP."

Ellison's excitement was almost unbounded. In his own mind, he'd not only worked out how to make Oracle's perennially underperforming applications business into a winner, but simultaneously it had been revealed to him how Oracle could become a dramatically more efficient company and how the CEO's job, which he had spurned, would now be worth doing. Better still, what would make it all possible would be leveraging the Internet and the thing that Oracle understood better than any other software firm in the world, the relational database. Nor was there any question of having to put reengineering the company onto a back burner because of the need to sort out applications. One would lead directly to the other. Oracle would become a giant test bed for its own software developers.

And what better way to demonstrate the coming revolution than to make the much-maligned Ron Wohl responsible for putting Ellison's idea into action? Ellison says, "I decided to make Ron our CIO. I said, 'Ron,

we're going to test our new applications inside Oracle. I'm going to turn our entire company into a laboratory. If the applications are any good, they should save us a lot of money, and for the first time I'll actually know and be able to control what's going on inside the company."

Although Ellison had been touting the benefits of centralizing data for a couple of years and had been canceling client/server development right and left since 1996 in favor of Internet-related projects, the operational reality at Oracle was very different from the marketing message. While a few high-tech companies were seen as e-business pioneers—Dell and Cisco Systems, for example, had already gone quite a long way toward using the Internet to put key business processes online, including their customer service, sales, and supply chains—Oracle was a pretty good example of the pernicious effects of client/server computing, especially as practiced by a fast-growing global company with plenty of money to spend. Although some of the applications that Oracle was using were by now Web-based and everybody who worked at Oracle was connected to the Internet and used e-mail, on its own that wasn't making a lot of difference. Information was scattered across more than a thousand databases in different parts of the world, and every functional organization within Oracle had its own computer system, replicated, naturally enough, in every major territory.

Ellison says, "We had hundreds of large server computers managing hundreds of separate databases. For example, every major country had six customer databases—one each for marketing, Web store, telesales, field sales, accounting, and services. So we had hundreds of customer databases. We had seventy human resources databases. We had ninety-seven e-mail databases. Data, data everywhere, and not a drop of information." Oracle had no fewer than forty-three full-fledged data centers around the world, each one stuffed with computer hardware and each with its own IT staff maintaining the multiple systems.

Gary Roberts, the executive Ellison would put in charge of sorting out its IT mess, recalls, "We were actually running in excess of 140 customized applications; in some cases, we'd bought third-party products to do some things that Oracle applications couldn't do. When I told Larry about the number of servers we had around the world—two thousand in Europe alone—he almost choked. And that was just counting servers that were four CPUs or more. Part of the reason was all those customized apps. You have to have test environments and staging environments and of course the production environment itself. Larry had one question that set us all back on our heels: 'We're the second largest applications com-

pany in the world. How come we have so many custom applications? And if I need these applications to run the business, why aren't they part of the product suite?' We looked at each other: Yeah, that's a damn good question."

One of the consequences of each bit of Oracle having its own computer system was that each one of them could make up its own mind about how it wanted to do business. Ellison says, "Every country invented its own business processes for marketing, sales, service, everything, and operated the way they deemed best. Everything was nonstandard." Both Ellison and Lane had supported the principle of having strong, highly autonomous general managers in each country. But the combination of a high degree of decentralization, global scale, and the functional silos formed by client/server resulted in a structure that was very nearly unmanageable and that encouraged "appalling" duplication of effort. Ellison says, "We, like most other large corporations, had a feudal structure. We were organized like medieval Europe. I was a weak king surrounded by a bunch of strong and fiercely independent dukes. I would sit in my capital in California and make policy decisions—which the dukes promptly ignored."

Ellison's favorite example of the way this system operated was the work of the supposedly powerful pricing committee. Chairing the committee, which sets prices for all of Oracle's software, used to be a pretty thankless task. "The pricing committee was 'responsible' for deciding how much we would charge for our products—our new application server for example. So we'd do some competitive analysis—what's IBM charging, what's BEA charging, what's Microsoft charging? How does our product compare? What are the market dynamics? After that we'd make a decision, say, $10,000 per processor.

"We'd then produce an updated price list and send it across the hall to our global sales headquarters. Unfortunately, our global sales team had their own pricing people who felt they weren't doing their jobs unless they did their own analysis and—for the good of the company, of course—corrected any pricing mistakes we might have made. They'd say, 'Larry's an engineer, what does he know about setting prices? We're salespeople, we know about pricing.' So they'd reset the price to $20,000 per processor and send out a pricing memo to our European headquarters in Geneva. Of course we had another pricing team in Geneva that redid the analysis and reset the price once more. They'd say, 'What do Americans know about selling software in Europe? We're Europeans, we live in Europe.' So a team in Geneva decides that the right price for Eu-

rope is $15,000 per processor. They then send that price out to Paris, Munich, London. The same thing happens all over again. The guys in Germany ask, 'What do French people in Geneva know about selling software in Germany? The right price in Germany is $25,000 per processor.' Every country had a different price. It was crazy.

"We had about two hundred people around the world involved in analyzing and reanalyzing, setting and resetting prices. It cost us a fortune in duplication of effort. It delayed the process and confused most of our customers—but not all of them. One day I get a call from one of our largest customers, located in the northeastern United States. He tells me, 'Larry, we've decided to buy all of our Oracle software from Oracle Brazil.' I said, 'But you're headquartered in Connecticut, Connecticut's not part of Brazil. Why are you doing that?' He said, 'They gave us the best price.' Shit. Everything is so duplicative and decentralized, the right hand doesn't know what the left hand is doing. We're competing against ourselves. This is embarrassing.

"I realized that there were two very important things we had to do, neither of them easy. First we had to move as quickly as possible toward the ideal of 'one company, one database.' Then we had to complete and integrate our applications suite. That meant building application modules we didn't have, like contract management and pricing quoting. If you have gaps in functionality, it's impossible to completely automate the flow of data through a business process. If there are manual processes left lurking around your process automation systems, it means you have big gaps in your information systems. Incomplete process automation causes cost problems, quality problems, and delays. Incomplete automation is almost as big a problem as data fragmentation.

"Take the flow of data between sales automation and order management. When the customer says he wants to buy one of our products, we send out a price quote and a contract. Creating a contract, quoting a price, sending out a contract, negotiating changes, and actually entering an order into the system were all labor-intensive manual processes. Process automation is just like a manufacturing assembly line. If you want to get the efficiencies of automated production, you have to keep the car on the assembly line and not keep pulling it off to do things to it manually. But nobody had built applications that completely automated business processes end to end, like lead-to-quote and order-to-cash. This incomplete automation problem meant that companies consistently failed to get the cost benefits they expected from the process automation they invested in.

"To remedy all this, we had to automate every fundamental business process end to end. That artificial separation between applications products—CRM and ERP—had to be bridged, because the data process flow from lead-to-quote to order-to-cash spanned marketing, sales, order management, and accounting application modules. We had to rebuild all our separate application modules into a complete and integrated E-Business Suite. And we had to rebuild them on top of a single global database."

Critically, Ron Wohl and Mark Barrenechea quickly saw that working independently of each other, one concentrating on back-office functions and the other working on the new customer relationship software with which Oracle was going to take on Siebel, made no sense. Barrenechea says, "We'd use the same data schema, the same application program interfaces, and the same standards. That's what became known as the E-Business Suite."

Not only did Ellison insist that development break out of its silos of specialization, he also demanded that development and Gary Roberts's IT organization become, in effect, a single entity. The development group became intimately involved in defining and understanding the business processes that were to be implemented at Oracle and taking the final responsibility for deploying the software and validating its operational use. Roberts says, "We took all the application support people who used to be part of internal IT and moved them into the development groups. Today, we have what we call the three-legged stool for development. There's me, Ron, and Mark. When those two develop a product, they hand it to me to implement. I also do final quality control against our entire employee base. What better way is there to see whether a product is reliable, can scale and perform to expectations?" The ratio of support staff to employee at Oracle has fallen from about 1 to 25 to as little as 1 to 75.*

Roberts admits that at first there was a certain amount of suspicion on both sides: "It wasn't exactly confrontational, but it was strained. The attitude was 'You guys just run data centers, what do you know about developing products?' But we were able to sit down with some of Oracle's

*LE writes: I thought that a major test of our new applications should be the lowering of IT expenses within months and consistently thereafter. I never bought into the notion of "investing" in Internet systems or any other kind of computer system. Internet systems should save you money very quickly, or you shouldn't put them in.

technical gurus, and they said they would have made exactly the same recommendations as us. So that legitimized our position, and from that time on it's been transformed into a collaborative effort."

As well as forcing IT and development to work together as one, Ellison began the process of globalizing Oracle with IT. He decided to move all the IT people from their country and regional headquarters to a new global organization headed by Roberts. Not surprisingly, Ellison encountered fierce resistance from the feudal barons. The idea of relying on the corporate center for their mission-critical systems was anathema to them.

Rather than just mandating the change (and then waiting for the shifting of blame every time a country manager missed a quota), the way around their resistance was a crafty mix of financial incentives and proof points that the new systems would actually work. First, the decision was made to provide the new global IT systems for "free" rather than as an allocated cost. Ellison wanted to establish the principle that managers should have to absorb only costs that they were directly responsible for incurring. Country managers who wanted to keep their IT in-house could do so, but it would be at the expense of both their operating margins and their bonuses.

Second, Ellison identified an easy-to-implement project that would provide "cheap thrills" and immediate proof that the new Internet systems actually worked: global e-mail. Instead of those ninety-seven separate e-mail systems, Oracle would run on a single Internet e-mail system running exclusively on two computers at its main data center in California (plus standby servers in the Colorado-based backup data center). Ellison says, "It was a stunning success. We used our global intranet and our database e-mail system, now called Collaboration Suite, to link everyone in the company together. The new global e-mail system cost one tenth as much as the ninety-seven local e-mail systems it replaced. And it was faster, more reliable, and more secure. Our users were happy because they could keep using the user interface they were familiar with: Microsoft Outlook." One senior executive in Tokyo, betraying a limited faith in the Internet technologies that Oracle was selling, couldn't see how an e-mail system in California could be faster than one in Japan. "Something to do with the speed of light," muttered Ellison to him. "Please don't act so surprised in front of customers."

Next up for globalization were marketing and sales. And in the case of marketing, it was not just its computer systems but the organization itself that was unified. Unlike with IT, marketing people were left in their coun-

tries, but from now on they all reported to Mark Jarvis rather than to their country managers. But it was the same deal as for IT: if you wanted to keep your own marketing organization, you paid for it. Ellison was trying to instill a new culture in which the status of senior managers was based not on the amount of money they spent but solely on how much profit they earned. But as Ellison had anticipated, there were other benefits from globalizing marketing: "The Internet made all our marketing programs visible in every country in which we did business. The programs that worked became global. The programs that didn't were killed. Duplication of effort was minimized. Prices set by our pricing committee were published on our global Web site, where our customers could see them. That made it impossible for every country to set its own prices.* We now have less than ten people working on product pricing. That's down from two hundred. So duplication of effort ended, delays eliminated, and our costs greatly reduced. The pricing bureaucracy was gone. I could always make policy, but now, for the first time, I could enforce it."

By April 1999, Ellison felt sufficiently confident of the progress he was making to start talking about Oracle's "e-business transformation," claiming to the board that he believed it was possible to take out a billion dollars of annual recurring costs in just the next year. Two months later, at a headquarters press conference, he went public with the target. He was desperately hoping that before the end of the year, Release 11i, the E-Business Suite, the most ambitious software package in the history of enterprise computing, would be ready to ship, and he wanted the world to believe that it was thanks to using its own software that Oracle was saving unimaginable amounts of money. However, to reach the billion-dollar target and get beyond it, Ellison, Gary Bloom, Gary Roberts, and the other executives leading the e-business charge were now going to have to do something much more difficult than globalizing HR or accounting.

Despite the degree of professionalism that Ray Lane had, at least initially, brought to U.S. sales after the near catastrophe of 1991, Ellison's distrust of Oracle's own sales force and the potential for trouble that stemmed from its wheeler-dealer ways was largely undiminished. Just as

---

*LE writes: At least a country could not set its own prices without justifying the difference to the global pricing committee. We approved different prices in India and China. Everywhere else in the world our product prices are the same.

the Internet could help restore centralized control over Oracle's Tower of Babel–like marketing operation, Ellison believed that an Internet-based sales system could not only make sales more efficient, but just as crucially, it could standardize much of it. What Ellison wanted was a uniform process that would minutely choreograph every single step of the sales process.

Ideally, an increasing number of sales would be made through the Oracle Web store without any human intervention. When sales prospects visited Oracle's Web site, the information collected would automatically steer them toward information about products or services that might interest them. Follow-up e-mails would be automatically generated to keep up interest and to discover whether a telephone call or a face-to-face visit from a salesperson was needed to close the sale. Where appropriate, some leads could be instantly shared with approved consulting and hardware distribution partners. At least in theory, the prices posted on the Web would be the standard prices that all but the very biggest customers would pay, thus avoiding the hugely time-consuming (for all concerned) ritual of protracted negotiation on every deal. A by-product of this transparent sales process would be far more accurate sales forecasting.

But Ellison wanted to go much further than that; he wanted to use the technology both to help change the entire sales culture at Oracle and to make each salesperson vastly more effective. He says, "I wanted to get the 'creativity' out of the sales process. If you want to be creative, go write a novel. I want to 'engineer' the sales process. I don't want the field people spending all their time wheeling and dealing on price. The primary function of our salespeople is to communicate and quantify the business benefits of our products. There should be a carefully engineered step-by-step process for most common sales situations—like selling our database against IBM's. First, identify the decision maker and enter their e-mail address into our sales automation system. Second, send them a set of key customer references—case studies showing how much customers saved by converting from IBM DB2 to Oracle—showing how they got better performance and ran on lower-cost hardware. Third, send them a proposal quantifying their cost saving in hardware, software, and labor if they pick Oracle rather than DB2. Finally, send them a standard contract and a price quote. If we have an engineered, proven sales process, we will sell more software. The purpose of new sales automation systems is to allow standard sales processes to be defined and implemented across the sales force. That's real sales automation. Most so-called sales automation systems simply automate opportunity management and sales forecasting.

If you are going to spend a lot of money on sales automation, make certain you are automating selling—not just forecasting." *

Ellison adds, "An engineered sales process can also be effortlessly updated. If the sales pitch we want to use against IBM changes, as it does from time to time because of some cool new feature we put into Oracle or because we have a great new reference, I want every salesman to change the way they sell against IBM. Press a button, and everyone's PowerPoint presentation becomes the latest version of the pitch. Press a button, and great new references are automatically sent to our sales prospects. Press a button, and the new demo is online."

Ellison recognizes that applications can't be sold the same way as database technology. But instead of sending four or five people to, say, Slovakia to demonstrate those applications they know something about and think the customer might be interested in, why not use cobrowsing on the Internet to run the demos and presentations? That way, the best people are always conducting the demos, the customer is seeing the latest version of the software, and money is saved on travel expenses. It also happens to be a pretty good way of showing customers the difference between client/server applications and apps that run over the Internet and can be accessed with a browser regardless of where the computer they're sitting on happens to be.

Ellison is unrepentant about the charge by rivals, such as Tom Siebel and some of the analysts, that what was once the most feared sales force in the industry is being "dumbed down" and emasculated. Many of Oracle's top sales guys, they say, have left to join other software firms because Ellison no longer allows them the flexibility they need to do their jobs. It's typical Larry, they say; because he's an engineer, he thinks that everything in the business can be engineered. He laughs. "Yeah, the Oracle sales force certainly was feared—mainly by me! Seriously, I think some of our competitors have been hiring our old cowboys—the kind of guys who will only be happy as long as they have horses, lariats, and guns. But I've never thought that our very best salespeople were these crazy deal makers. Our best salespeople are very knowledgeable and

---

*LE writes: For the same reason we're trying to persuade our customers not to customize our software, because the lowest-cost way to get quality is with a standard product—a customized sales process is expensive and generally of low quality. Very few people can sell well. An engineered process is almost always—not always but almost always—better than an ad hoc process.

service-oriented. I love and respect those guys, and I want more of them. I want a sales force made up of the kind of people you'd want your son or daughter to marry."

It's understandable that Ellison should think the way he does, but I wondered whether George Roberts, the head of U.S. sales and a former protégé of Ray Lane, would feel the same way. Did he feel that Ellison was engineering the testosterone out of selling? "Oh God, I think that's a ridiculous assumption. I think that what Larry is trying to do is find a way to make every sales rep behave like an 'A'-grade sales rep. I have had this discussion with Larry many times, and what I tell him is that we will know we've arrived as an e-business when we release the product and the next day forty thousand Oracle employees can deliver the same-value proposition around the globe. Because that's when size becomes an advantage. Historically, as companies get bigger they become more inefficient, and this whole e-business effort is all designed to leverage Oracle's size and make it more effective all around the world. I have seventeen thousand people. Closing that $2 million deal isn't going to solve my problem for me, but if I can make seventeen thousand people more effective in their job every day, that has a real impact top line and bottom line. That's a huge win."

Doesn't Roberts lament the passing of the "crazy deal makers"? "Absolutely not," he says. "We want to make sure that people understand our key differentiators against the competition, what our value proposition is, and how we then match it against customer needs. That's it. A salesman shouldn't want to cut deals. Okay, at the high end, the top hundred accounts, there may be some relationships and arrangements. But as you move further downstream, the more standard the business should be. A large part of our e-business effort is aimed at optimizing our distribution model in a way that leverages all the different channels a customer can buy through. That's tremendously important in helping us get market share. As for our competitors saying that we're dumbing down, they're nuts. And you know what? They all want to do what we're doing. I've had a dozen companies through here in the last few months—one of them was BMC, a software company—and there isn't one that doesn't come away saying you guys are so far ahead of anything they've seen even if they've been doing telesales for years and years."

Chuck Phillips of Morgan Stanley Dean Witter, who is not only the doyen of Wall Street enterprise software analysts but, unusually, is held in high regard by Ellison, takes a balanced view of Oracle's attempt to change the way software is sold. He believes that some "dumbing down"

was necessary just to make things simpler for the customer. "Buying from Oracle was like trying to buy a building rather than a piece of software. I think Larry's simplifying it is something customers like . . . but I don't think he ever gets rid of those high-testosterone sales guys either. Those guys are still very important for the big deals. It's not like people wake up and decide to spend thirty million on the Web site. You need hungry guys that can sell and sell high, and I think he knows that. . . . You still want those top five hundred guys who know how to move mountains and who won't take 'no' for an answer. There is still a human element to selling software." *

Not everyone at Oracle was as enthusiastic as George Roberts about the changes, many of which were being driven through by Ellison's "shadow management team" of Gary Bloom and Safra Catz. According to Ellison, one group that felt particularly threatened—perhaps not surprisingly, given the amount of independence they had enjoyed under Lane—were the country managers in Europe. That may have been true of some who equated their power and influence within Oracle with the size of their budgets and the autonomy of their systems. But the major obstacle to changing the way things were done in Europe was the man whom Ellison had himself chosen to run EMEA (Europe, Middle East, and Africa), a polished ex-Digital and ex-AT&T executive with a background in services named Pier Carlo Falotti.

After joining Oracle in 1996, Falotti had built a substantial European headquarters in Geneva. Unfortunately, the infrastructure that Falotti had built around himself was extremely expensive to run, while contributing little to revenues. As Ellison demanded increasing cost savings, Falotti forced his managers to absorb the costs of the "services" that were being provided from Geneva. Philip Crawford, a tough salesman who ran the very profitable British business until being fired by Lane in 2000 for overaggressive customer license audits, says, "The problem with Falotti was that he said one thing and did another. I sat in meetings where blatant lies were told about costs. Blatant untruths about European and about EMEA cost structures. When Larry started to ask for lower costs, quite understandably the answer in EMEA was that the

---

*LE writes: Chuck, as usual, is right. The big deals will always be driven by our best and most senior people. I believe that means our best managers, best salespeople, best consultants, and best engineers. In a great company everybody sells—not just the salespeople.*

SOFTWAR Case 3:01-cv-00988-SI   Document 1548-3   Filed 11/17/08   Page 7 of 82 THE LABORATORY

countries have to eat more of the cost of services. In the United Kingdom I got almost zero in the way of services that I actually wanted."

Safra Catz recalls, "It was not pleasant dealing with the senior European management team. I think some were well intentioned but didn't know what to do. The guys had to push Ray's line that they couldn't change because they'd always done it in this way." Ellison eventually fired Falotti on the last day of May 2000 by calling him on his mobile phone. The date of his dismissal meant that Falotti lost $10 million worth of options that were soon to vest. To avoid that fate, Falotti secured a note from his doctor stating that he was "ill and unable to work as of May 30 for an indefinite amount of time." According to Swiss law, an individual can't be sacked if he is too ill to work. Suspecting a scam, Oracle promptly slapped in a lawsuit against Falotti arguing that the doctor's note "plainly misrepresented the facts." So far, the legal decisions have gone against Falotti. His consolation is that he had already made nearly $30 million from the earlier sale of shares from an option grant.

Another senior manager who left as a consequence of Ellison's e-business crusade was Ray Lane's old chum Randy Baker. Having already had education stripped from him in early 1999 because of the "dismal" 13 percent profit margin he was targeting, later in the year his leadership of Oracle's six-thousand-customer support organization was passed to Gary Bloom. Two months later, in February 2000, the fifty-five-year-old Baker was fired. Like Falotti, Baker believes the timing of his sacking was linked to the date when options were due to vest. He sued Oracle for $18.5 million on grounds of wrongful dismissal and age discrimination. He had indicated that after seven years' service he wanted to leave the company in August, by which time his options would have vested, but Ellison had other ideas.

Ellison says, "Randy and Pier Carlo both felt they needed more people to do a good job. I didn't agree. I wanted Randy to leave because his margins were dropping like a rock and he still wanted to hire more people. What's important to me, profitability or someone's age? I'm actually slightly older than Randy. I wanted to automate, cut expenses, and improve profitability. That's what I insisted on. It proved to be a very difficult time for many of our most senior managers, who were long accustomed to operating independently." Ray Lane regards both men as "among the finest executives" he has ever worked with.

By moving all of Oracle's service information to the Web and everyone within customer support to a single Internet-based global system, Ellison maintains, customer service and satisfaction have increased without the need to hire any additional people. He's especially proud of the fact that much of the support work is done out of Bangalore by Indian engineers, who earn a fraction of the wages expected in California or Europe. Problems can now be tracked around the clock, exploiting different time zones, and the best-qualified people can work on problems wherever in the world the customer may be based.

Remarkably, within not much more than a year of Ellison's beginning his campaign to cut costs by turning Oracle into an exemplary e-business, the targeted first billion dollars of savings—a number pretty much plucked from the air to help dramatize the project—had been secured and Oracle's profit margin had moved from a little under 20 percent to more than 30 percent. Ellison had been helped by the rapid growth in all parts of the business coming from the dot-com and telco-generated boom in technology spending, but Ellison was already talking about getting a second billion dollars in annual expense savings.

The savings gave Ellison the marketing message he needed to sell Release 11i, which had finally been released in May 2000. Selling brand-new software is always difficult until a reference base of satisfied early customers exists. Ellison decided that Oracle's own Internet-derived efficiencies would be the first reference. Soon, Oracle's $300 million marketing budget was pumping out the insistent message: "By using our own E-Business Suite, Oracle saved $1 billion in one year." The grammar might not have been precise, but the meaning could not have been clearer: Oracle's new applications suite was a cost-cutting engine that could do the same for any business with the vision to use it. It was the kind of boast that was bound to attract both attention and skepticism in equal measure. Partly because of Ellison's reputation for stretching the truth when it suited him, critics were keen to find explanations for the cost savings that didn't depend on the performance of Oracle's software.

An article in the magazine *Internet Week* by Mitch Wagner published in March 2001 and entitled "Oracle's Savings Don't Add Up" was fairly representative. It began, "Don't buy into Oracle's claims that it's saving billions of dollars by implementing its own e-business software. Much of the savings actually have come from cost-cutting measures that could have been achieved without the Internet, according to experts and an analysis of Oracle's financial statements." One such expert, John Puricelli, an analyst with A. G. Edwards & Sons, opined that most of the savings had come from old-fashioned belt-tightening: "A lot of the cost savings that came were changes in employee behavior, and software

Case 3:01-cv-00988-SI    Document 1548-3    Filed 11/17/08    Page 8 of 82

doesn't do that," he said. Chris Shilakes, an analyst with Merrill Lynch, said that "revenue momentum" as much as cost saving had been responsible for the margin improvement. Spurred on by such pieces, a group of shareholders, disgruntled by the fall in Oracle's stock price since the beginning of the recession, even filed suit in early 2001 alleging that the company's savings were due to head count reductions (from forty-four thousand to forty-one thousand since 1998), as opposed to Internet-driven efficiencies. Stung by these criticisms, Oracle invited the Harvard Business School to carry out one of its famous case studies and an independent management consultancy to carry out a meticulous department-by-department investigation.

A review of both investigations by the Economist Intelligence Unit concluded, "These studies provide impressive evidence of a company in the midst of dramatic changes inspired by the Internet—although as Oracle's senior executives freely concede, many of the efforts at transformation derive as much from old-fashioned sound business practices as they do from Internet-driven innovation." Pointing out the huge gains in Oracle's own IT operation—spending nearly halved since 1999 and average help desk response times down from three minutes to less than ten seconds with 44 percent fewer IT staff—the EIU summed up, "The company undertook simultaneously to transform every aspect of its operations in accordance with three key principles: standardisation, centralisation and web-enabled automation. Driven with near-fanatical zeal by the CEO, Larry Ellison, this trinity has shaken up virtually every job function within the company. There is little doubt that an Internet-based business transformation has taken place."

What the EIU and most others fail to note, however, is that while standardization and centralization may sound like "old-fashioned sound business practices," it was the Internet that made it possible to achieve the Ellisonian ideal of "one network, one database" so rapidly and so completely. The suggestion that most of the savings were simply the result of cutting head count is absurd; it was only successful automation that meant Oracle could do more with fewer people. As for the accusation that much of the margin improvement came from the revenue momentum fueled by the dot-com boom, that too appears simplistic.

The second quarter of fiscal 2002 was hard pounding for Oracle—its earnings per share of 10 cents were a cent lower than the previous year, while new software license sales were down 27 percent and services revenue was flat. Announcing the numbers, Jeff Henley said, "For Oracle, this quarter included the September eleventh tragedy and its impact on an already weak economy. In a difficult economy, we are gratified that our business automation has allowed us to continuously take cost out of our business while expanding our engineering capacity." Ellison put it differently: "It was our toughest quarter in a decade, but we still made over $800 million in operating profit and a thirty-five percent operating margin. When the economy improves, we will earn a lot more." Ellison was pointing out two things. The first was that in extremely difficult selling conditions its margin gains had not deteriorated despite the fact that, almost alone among technology firms, Oracle had not been forced into large-scale layoffs in 2001. The second was that when business picked up there was likely to be a nearly one-for-one relationship between increasing revenue dollars and profit—Ellison believed that Oracle had effectively uncoupled expenses from revenue growth and that in an "up" economy, Oracle was capable of getting near a 50 percent margin that would beat even Microsoft's phenomenal profitability into a cocked hat.

Software was as much a catalyst as a cause of the revolution in Oracle's business practices. Ellison frequently tells prospective customers that unless they are prepared to review all their business processes in the light of the Internet and unless their top management is willing to make available the best people in the company to work out what should be done, they shouldn't buy Oracle's software because they will only be disappointed by the return on their investment. His constant message is: Don't change the software to fit the way you have always done business; use it to figure out how you want to do business for the next twenty years. Gary Bloom, who left Oracle to run the software firm VERITAS in November 2000, agrees. "I was the driving force behind the idea that the way we were spending money and making business decisions at Oracle was lunacy. But the software forces you to think about exactly how you want to do business, and that makes you go do it. It gets your attention, and it's very powerful."

Ellison believes that one of the greatest benefits of Oracle's e-business transformation has been to the way people within the company now behave: "Oracle had been a company made up of many independent business groups, managed by these self-reliant generalists who valued their autonomy. Now it's a company of interdependent business groups managed by specialists who value their knowledge and excel at teamwork. As a result, it's more fun to work at Oracle these days and there's less management conflict because decisions are based on up-to-date, shared information."

As Oracle's own information systems improved, Ellison was increas-

ingly struck by how executives who had accurate data at their fingertips were able to overwhelm managers who were nominally senior to them who didn't. He had seen Safra Catz relentlessly drive home arguments with Ray Lane by virtue of better information. "She always had the facts. I was watching how people manage, how they make decisions and how they debate during meetings. When you have someone who has facts versus someone who has none, facts, not personality, rule the day. The more we know, the more rational our decisions and the less we argue. Because once you knew that certain facts were true, the argument is over. It's really quite extraordinary how different an organization becomes when decisions are based on facts rather than force of personality, rank, and opinion."

Despite his enjoyment of controversy, Ellison doesn't have a great appetite for argument, at least not in a professional context. While he's always prepared to listen to the views of developers when they differ from his and is willing to be persuaded if he's wrong, he doesn't enjoy debates about business issues that depend on hunch and feel. Ellison is a self-confessed "hyperquant" who feels fully in control only when he's processing data. Even when he's flying a plane or racing *Sayonara,* he prefers to be guided by the numbers coming out of the computer systems rather than to put all his trust in what he's feeling through the seat of his pants.

Another of the cultural changes that Ellison feels proud of is the attitude toward budgeting and expenses that he insists has now spread through the company—an approach, he says, he learned from close observation of one of Oracle's biggest customers, GE. He says, "A few years ago when we had a budgeting session, it used to go something like this: A bunch of people walked into the room. There was a big pot of gold sitting on the table. The team that came in felt it was their job to use all their rhetorical ability and cleverness to leave the room with as much of that gold as possible in their budget. My job, on the other hand, was to hold on to as much of the gold as possible. The fight—excuse me, budgeting sessions—would go on for days and days. It took a long time for them to explain why every department needed to spend more money than it had spent the previous year.

"I said, 'Wait a second. We all work for the same company; we're all shareholders here. Why am I the only person in the room trying to hold on to as much of the gold as possible? If we spend less gold, we'll make more money. That's a good thing.' Something I learned from working with and watching GE over the years was that GE expected its managers to come into planning sessions with budgets showing profit margins

going up. Good idea. Now every manager in Oracle is required to come to planning sessions with a first slide that says 'How we're going to do more while spending less.' The rest of the presentation goes into detail as to what you're going to do this year that you didn't do last year and how you're able to spend less while doing it. During hard times, like the last few years, this approach to planning is essential if you want to have any hope of preserving profitability. If people are looking for an outlet for their creativity, this is the place for it. We learn from each other. We no longer have a culture in which people think that the more money they spend, the more important they are. We have a culture that finally understands: expenses are bad."

The changes that Ellison has driven through at Oracle since 1999 are extraordinary—all the more so because almost nobody who knew him before would have dreamed that he could ever get so fascinated by every mundane detail concerning how Oracle operated or that he would have the determination to drive such profound cultural changes through a large and far-flung organization once the first quick wins had been realized. Nor is there any doubt that he has done it by turning Oracle into an e-business laboratory, creating a virtuous circle that greatly benefits the development of Oracle's application software. It's a measure of his success that during the last technology industry downturn at the beginning of the 1990s Oracle was nearly sunk by poor cost control and the ensuing cash crisis, whereas in the tougher business conditions of 2001, an admittedly much bigger Oracle remained formidably profitable. Nonetheless, there are some important qualifications.

The first is that Oracle was unusually ripe for an e-business transformation. By any normal standards, it had grown extremely rapidly over a twenty-year period and, as in many high-growth companies, controlling expenses was not a priority. It had also adopted a highly decentralized model, partly to enable it to establish a global presence quickly. Because it was a technology company, spending large amounts of money on the latest IT systems was lodged deep in its DNA. However, in the era of client/server, as Ellison is fond of saying today, the more you spent, the worse it got. Thus when Ellison began his campaign to standardize, centralize, and automate everything that moved at Oracle, he quickly realized that the returns had the potential to be spectacular.

The second reservation is the risk that having created systems that have turned Oracle into a disciplined machine capable of responding very quickly to inputs from the top, Ellison may be in danger of isolating himself from the influence of colleagues and depriving the company of some

of their creativity. It's one thing to curb the "creativity" of deal-crazy salesmen; it's quite another for a company full of very smart people to become obsessively rule-based. Ellison is clearly fascinated to see how far he can go in bringing the principles of engineering to the running of a complex business. There is a danger, however, that he may go too far.

Jeff Henley articulates some of those anxieties: "Larry has played a very healthy role in coming back in and cleaning everything up. But my worry would be that he has become very powerful and is not delegating very much at all. There's a danger that he's trying to control everything so tightly himself that he'll stifle the growth of the company. It's nothing immediate, because he's done much more good than harm. I'm just saying that in the longer term, he'll have to figure out a way to be a little bit more inclusive. He'll disagree with me that we can't grow and flourish, but the fact of the matter is that there will be limits because of the approach he's taking right now.

"I think a lot of it goes back to our software. To create the E-Business Suite, he's been figuring out the entire enterprise and how it can be programmed. He's obsessed with this idea of programming every aspect of the way we all work. The idea that everything can be engineered is as intellectually exciting as hell to him, so he wants to get right down to the lowest levels of detail and work through the processes. So we've been making our product much better because he's been getting so deep into it, and I'm all for that. It's just that there's a risk [that] Larry, who's a very able guy, will choke off free thought and expression in the company because he's trying to make too many of the decisions."

Jeff Henley may be overstating the dangers. Although dominating, Ellison is usually open to ideas from people who are not so overawed that they forget to express them. But as Ellison candidly puts it, he now uses Oracle as a laboratory for product development. And in any laboratory some experiments are bound to fail. He needs colleagues who are not afraid to tell him when that happens.

The final qualification about Oracle's story of transforming its efficiency by using its own E-Business Suite is that the claim is only partly true, because the first billion dollars of savings was pretty much in the bag before 11i was finished. The software that Oracle used to turn itself into an e-business was, in fact, a combination of modules from Release 11.0, which shipped in late 1998, and a number of customized prototype applications that were global, Internet-based systems. A key element of the E-Business Suite, however, was missing: the underlying information architecture, including the vital shared data schema that were the basis for Oracle's claims about the tight integration of all the applications. Ellison says, "That's absolutely right. The software that saved Oracle a billion dollars in the first year was a combination of our standard applications products plus prototype applications that had not yet been integrated into the E-Business Suite. But all the applications, products, and prototypes were global Internet applications systems. It was these systems that became the driving force in Oracle's transformation. Once the prototype applications proved their worth, they were rewritten and integrated into what would become the E-Business Suite. As we automated every part of Oracle, just about everything went into the E-Business Suite."

So was it a stretch for Oracle to brag in its ads that it had saved a billion dollars by using its own E-Business Suite? Not from Ellison's point of view. For him, the process by which the suite had evolved and Oracle had been transformed into an e-business was utterly symbiotic. But in one sense, the marketing claims were misleading. The reassuring message to prospective customers was that Oracle had been successfully running the same E-Business Suite that they would buy for at least a year. That was very far from the case. Not for the first time in Oracle's history, early guinea-pig customers would pay a price for taking too much on trust. Not, however, as great as Oracle and Ellison would pay.

# 10
## READY OR NOT . . .

For Larry Ellison and Oracle, it probably didn't get any better than this. The May 8, 2000, issue of *Business Week* magazine carried a portrait of Ellison on its cover wearing shades and what had become his trademark black crewneck pullover. He looked good—a little too much like a Mafia heavy, but pretty good all the same. Even more satisfactory was the unequivocal headline "Oracle Is Cool Again." The story inside by Steve Hamm wasn't bad either. After noting the quadrupling of Oracle's stock price in less than a year that had taken it past IBM in market cap and the widely reported fact that three weeks earlier the value of Ellison's stake had surpassed Bill Gates's holding in Microsoft ($52.1 billion to $51.5 billion), Hamm argued that with the shipping of the E-Business Suite, Oracle was set to be perhaps as dominant a force in the new era of Internet computing as Microsoft had been in the heyday of the PC. The piece was balanced by the attacks of rivals and the skepticism of some analysts who questioned whether Oracle could pull off its grand designs, but the implication was clear: the future was Ellison's to lose. Over the next twelve months, he came pretty close to doing exactly that.

In 1999, it had become accepted as fact that Oracle was one of four companies whose products were the foundation stones of the Internet and e-business—the others being the powerful servers made by Sun Microsystems, the massive information storage systems that came from EMC, and Cisco Systems' ubiquitous routers. No serious dot-com company would look further than these four for the essential IT infrastructure it needed to do business. Amazon, eBay, E*TRADE, and Yahoo! were all Oracle customers. And the dot-coms weren't alone: the deregu-

lating impact of the 1996 Telecommunications Act meant a massive surge in spending by spectacularly well funded "bandwidth barons" and new "challenger" telcos, such as Qwest, and an equally determined response from incumbents determined to match their technology and conquer new territories to offset the effects of the intensifying competition in their traditional markets. Fueled by the prevailing Internet fever, never before in history had there been such an appetite by businesses to buy the latest in computing technology, and Oracle was one of the leading beneficiaries. Instead of the evangelical "The Internet Changes Everything," the company's ubiquitously displayed promotional message was now the much more assertive "Oracle Software Powers the Internet."

Not only did Oracle appear to have the right products for the times, Ellison's unrelenting focus on the Internet and the e-business revolution had also turned out to be spectacularly right. The latest version of the flagship database, Oracle 8i ("i" as in "Internet," of course), had shipped in March 1999, and Oracle's first true Web-based ERP applications suite, 11.0, was actually winning market share against SAP's product because, with "Y2K" fast approaching, it was proving much quicker and easier to install. According to Dataquest, Oracle was the only leading ERP player to show significant growth in the first half of 1999. While PeopleSoft suffered a 53 percent revenue decline and SAP managed only a measly 3.8 percent year-on-year growth, Oracle's applications revenue grew by nearly 30 percent. As Ellison said, 11.0 was "really smoking" the competition. As for Oracle 8i, when announcing its forthcoming release at a New York press conference in September 1998, Ellison had declared that 8i was not just a database but a platform for Internet computing. With its built-in development tools, it was all that companies needed to deploy business applications that could be accessed using a standard Web browser.

The "first Internet database," as Ellison described it, was packed with hip-sounding new features: a built-in Java virtual machine that could execute applications written in the new Java programming language, which was taking the development community by storm; the latest messaging technology and directory services; additional Common Object Request Broker Architecture (CORBA) interfaces and better support for clusters. Most customers would initially buy it for the traditional reasons—increased speed and performance—but others raved about 8i's Java capabilities from the outset. One was Jeff Grant, the IT manager for the recording company Nettwerk Productions, which represents Barenaked Ladies, Gob, and Sarah McLachlan. With sixty thousand subscribers to

its mailing lists, he described the Java Mail package as a "lifesaver": "No more using another mail server, no more screwing with building database cartridges for the server. Now you have the ability to call the Java routine straight from the database and no longer have to use a go-between." Similarly, Grant found that if he wanted to make a change to any of the applications he was running, instead of having to upgrade the software on five thousand PCs, he could now make the changes in one place. "Developing apps like this makes all the sense in the world," he said.

Jeremy Burton, then responsible for server marketing at Oracle, said, "The features that are important now are scalability and reliability. But over time customers will figure out what this Internet model can do for them." Merv Adrian, an analyst at Giga Information Group, observed, "You can't just sell a database by saying it works better. It has to have the latest thing, like new, improved XML support with JavaBeans. 8i represented a dramatic shift in focus to Internet-driven changes. People are buying it because it meets today's *and* tomorrow's needs."

One of the most significant 8i innovations wasn't ready until more than a year after the database came out. Called Internet File System, it allowed any Windows application file, such as Word or Excel, or any Web page or e-mail, to be dragged and dropped into a directory and integrated into the database. Among other benefits, developers would be able to build Web applications that linked both relational data and Windows files. When Ellison said that 8i was not just a database, he meant that users would no longer have to rely on Windows. The database was agnostic about which operating system it ran on! They would be "insulated" from the operating system; in other words, the OS would be merely a utility.

It was an important propaganda message to get out at the same time Microsoft was launching the supposedly much improved Version 7 of its SQL Server database. Unfortunately it lacked a reliable operating system to run on, and Microsoft was still laboring mightily to finish the long-overdue new version of Windows that it believed would finally win SQL Server 7 a ticket into the corporate data center and thus into Oracle's heartland. Ellison was saying, in effect, that for all Microsoft's efforts to become an enterprise computing player—it claimed that Windows 2000 was one of the biggest and most difficult engineering projects of all time, with armies of developers struggling to find the bugs in the 45 million lines of code—it was already out of date. To amplify the message that operating systems were not very important anymore, 8i would also run on Linux, the free operating system developed by the open-source movement. Fur-

thermore, Oracle, in partnership with hardware companies such as Sun and Hewlett-Packard, would market something Ellison called a "database appliance." Known as Raw Iron, it would run straight out of the box using a stripped-down operating system. Raw Iron didn't take off commercially, but it reinforced the idea of simplicity versus complexity.

If Ellison was happy to describe Oracle 8i as the Internet database, he had no difficulty officially christening the forthcoming application Release 11i the E-Business Suite. For Ellison, 11i would be the summation of everything he had learned about the applications business since his forced introduction to it in early 1998. Above all, it would deal conclusively with the curse of fragmented data that had begun with client/server and that best-of-breed had exacerbated regardless of whether applications were Web-enabled or not. Apart from its new Internet computing architecture, which superseded that of 10.7 NCA and 11.0, the new suite would have three unique characteristics to ensure that Ellison achieved his holy grail of "all of your information, all of the time in just one place."

For the first time, 11i would offer tight integration between traditional enterprise resource applications that managed back-office functions such as financials, HR, and manufacturing automation, with the newer customer relationship software that ran marketing, sales, and service. In addition, 11i included an advanced planning suite, enterprise asset management, and online procurement. It is axiomatic that information about any customer transaction, supplier transactions, or internal business processes can affect every part of the organization. The best example of this is the apparently simple one of orders. From sales to marketing to customer service to supply chain to production, just about everybody needs to be able to access order information to do his or her job properly. Without integration between front- and back-office software, the ideal of "order information everywhere" is unachievable.

The second claimed point of difference for 11i was its completeness. Ellison had realized that data fragmentation was not the only reason for the difficulty users of enterprise applications had in getting worthwhile information about their businesses out of their multimillion-dollar systems. Another was the problem of gaps in automation. If a business flow was interrupted by manual processes at any stage, it almost always meant that the information stored was, at best, partial. By attempting to provide all the core functionality to run most businesses from end to end, Oracle was promising seamlessness and with it the speed, efficiency, and responsiveness that were supposed to be inherent in the idea of e-business.

The key to everything was the seemingly esoteric concept of a common data model uniting every piece of the suite. Every module—and there were about 140 of them—would be written to the same shared data schema, allowing semantic consistency (for example, the definition of a customer remained the same no matter from which application the information was coming and could thus be shared by all the other applications in the suite) as well as a complete view into every transaction. The underlying simplicity of the architecture was designed not only to make the gathering of useful business intelligence much easier than with multiple component systems but also to make implementation radically easier and therefore cheaper and quicker.

The scale of Ellison's ambition with 11i was breathtaking. While Microsoft boasted about the size of the project to build Windows 2000, it was, at the end of the day, only an operating system. The E-Business Suite, by comparison, had modules designed to run nearly every aspect of even the biggest and most complex multinational company's operations. From its inception, more than four thousand developers had been working on it nonstop (and still are refining the software and adding features demanded by customers or required to match competitors). When it shipped at the end of May 2000, as well as a new architecture, at least 40 percent of the modules themselves were entirely new. When Ellison described it as the largest and richest software product ever created, for once nobody accused him of exaggerating. The question was: Could Oracle pull it off?

Although Oracle first started talking about 11i in April 1999 at the Oracle Applications Users Group's (OAUG) conference in San Diego, the official announcement of a shipping date and what customers could expect from the new suite had to wait another five months. When ten thousand Oracle users showed up at the fall OAUG conference in Orlando to see Ellison make his keynote speech in the flesh, all they got was his image beamed from Redwood Shores on four giant screens. Many of them were also disappointed by what he said.

After an almost perfunctory fifteen-minute ramble, throughout which he appeared to be wrestling with an uncomfortable earpiece, he declared that the anticipated November launch date had been put back until February 2000. The suite would be complete only when the CRM component became available sometime in the second quarter. Ellison explained that technology glitches were causing the delays: he had also decided to include a brand-new order management module that had been scheduled for a later release, rather than bolt on the old one as originally planned.

One man in the audience, apparently speaking for a good few others, groused that the constantly shifting release dates left him losing credibility with customers, who were forced to put updating their applications on permanent hold.*

Both Ellison's apparently casual remark about the decision to go with the new order management module and the pressure from customers eager to get their hands on 11i would have profound consequences. But the immediate aftermath from Orlando, where Oracle executives had been energetically briefing analysts about the wonders of the new suite, was pretty positive. Gartner Dataquest wrote bullishly that 11i, by making Oracle the first big applications vendor to "use ERP/CRM integration as a loud, primary marketing message," would only add to the superior momentum of Oracle's license revenue growth over its rivals. It noted that apart from being easier to manage and deploy, the suite approach, as defined by Oracle, would provide "richer business intelligence and decision support." It summed up: "Dataquest awards Oracle a thumbs-up for pouncing on an opportunity to present a clear message. . . . Oracle would benefit wildly if ERP/CRM integration becomes the key driver for vendor choice in the enterprise applications space."

There was, however, a word of warning—"Of course, Oracle must now deliver"—which the author had some doubts about, given "its somewhat less-than-sterling past performances" in applications. The META Group made a similarly qualified prognostication: "Oracle, somewhat hampered in the past by offerings that lacked coherence and differentiation, has recently demonstrated a consistent vision. Although it remains to be seen how smoothly its plans are carried out, Oracle is positioning itself to aggressively increase its share of the overall enterprise application market." The analysts were saying that for pretty much the first time Oracle had a potentially appealing story for customers who were sick of bearing the risks and costs of integration. Their caveat was that Ellison's "change the game" strategy required near-flawless execution. Oracle was on a roll, but if it became apparent that it had bitten off more than it could chew, the company could expect little mercy.

Many of the industry analysts regarded Oracle as an arrogant company that had never shown much interest in engaging them in dialogue.

*LE writes: We were getting a lot of pressure from our customers to deliver the 11i applications. I made a lot of them mad by delaying the release for several months. I should have delayed it even longer.

But it was more complicated than that. Oracle had spotted what it thought was a serious conflict of interest for the tech consultancies when it came to accepting the single-data-model concept behind the suite. Mark Jarvis, Oracle's head of marketing, says that he never expected an easy ride: "I thought that the Gartners and the Forresters of this world would find it hard to accept the idea of buying everything from one vendor. If they no longer have to advise clients that you need to buy this software for marketing and this software for sales, ending up with buying software from fourteen different vendors, they will be out of business. Their advice and their expertise are no longer important. You also have to bear in mind that some of those firms are in the systems integration business too, so we were threatening their revenues on two fronts. The financial analysts were likely to be more open-minded. But many of them were advising people to buy the likes of Ariba and Commerce One [which were threatened by Oracle's suite strategy], so they had some vested interest too."

However, the initially largely favorable analyst coverage, which Oracle suspected wouldn't last, added to the pressure on Ellison to ship 11i. There was pressure of a different kind from Wall Street. Because customers sit on their wallets when they know a radical new release is imminent that is more than just an upgrade from existing software, earnings can stall. With Y2K out of the way and company IT spending on e-business-enabling software expected to boom, for Ellison the cost in revenue postponed or even lost because of further delays in 11i was unacceptable. If that meant putting heat on development, especially Ron Wohl and Mark Barrenechea, to declare the software customer-ready, then so be it.

As Ellison frequently says about himself, he doesn't have any difficulty in making decisions, even if they sometimes turn out to have been wrong. In this situation, he concluded that the risk was asymmetric. As well as the hit to Oracle's enviable earnings momentum, with its inevitable impact on the company's heady stock price, if Oracle were seen to be struggling, critics would be only too happy to declare Ellison a victim of his own vaunting ambition. At the same time, more delays would give rivals time to undermine, perhaps critically, the credibility of the suite concept before customers had even had a chance to try it. On the other hand, pushing 11i out of the door before it was finished ran the risk of generating a raft of unhappy customer stories for the analysts to feed on.

But maybe that wouldn't happen. The certainty of a launch date would undoubtedly concentrate minds. Maybe 11i would work perfectly out of the box. In the software industry, it was not unknown for miracles

to happen. Even if a miracle didn't happen on this occasion, Ellison was cynical enough about the development process to believe that however much work is done in-house to iron out problems, it's not until the product is in the hands of real customers that you really start to find out what's right and what's wrong. Ellison was also prepared to take the apparently sensible path of having a controlled customer release and staggering the launch, rolling out first the more mature ERP part of the suite in February and then adding the CRM modules and the brand-new order management application in May.

It sounded prudent enough, but the reality was very different. In the first place, Oracle was breaking one of the cardinal rules of the applications business: don't release software to customers until you've tried running on it yourself. While much of 11i was based on the custom-built applications that Oracle had used to turn itself into an e-business and save $1 billion, Oracle would not have time to move its own operations onto 11i before it began selling it to customers. They, rather than Oracle, would be playing the guinea pig.*

To make matters worse, the idea of a controlled release to early-adopter customers who were ready to trade some pain for the gain of getting their hands on the software before competitors wasn't strictly adhered to. Part of the problem, according to Ellison, was that customers in Europe were getting their systems ready for the introduction of the euro and had been planning on implementing 11i as part of that process. If 11i came out later, they would not only lose vital time but would incur heavy costs from extending their contracts with systems integrations firms. Ellison says, "I had already delayed the 11i release date, and that forced our customers to revise their implementation plans. There was tremendous pressure not to delay again. Our customers had their resources all lined up and were ready to install our software as soon as we released it. It was a bit like the beginning of World War I: once the troop mobilizations began, there was no turning back."

Under the circumstances, a prudent general might have done everything possible to eliminate any unnecessary risk. Instead, Ellison decided

---

*LE writes: The biggest lesson I learned from the release of 11i was to make sure we used the applications internally before we gave them to customers. That's how we operate today, and it's made all the difference. Once we're using an application successfully at Oracle, it's much less likely that a customer will run into problems.

on the software equivalent of a blind cavalry charge. It had never been the intention to put the new order management module into the early releases of 11i. The idea had been to start off with the old one and upgrade customers later. But because the launch of the whole suite had been delayed, somebody suggested that it might be possible to sneak the new and much more capable system in at the last moment.

Ellison says, "We had just finished a complete rewrite of our order management system. It was a huge job. The new order management system was dramatically better than the old one, but it hadn't been tested yet, so we thought it was much too risky to put it into the suite. Then someone—not me this time—had this very innovative idea: let's put both the old one and the new one into the suite. That way, conservative customers could stick with the old reliable order management system while our most avant-garde customers could get the benefits of the new one. Cool idea. Unfortunately, it turned out to be technically impossible, but it was a hell of an idea, and Ron and I took our time before we gave up on it. There were five stages to the order management decision. Stage one: We have time to put the new order system into the suite; let's do it. Stage two: No, too risky; we have to go with the old order system. Stage three: Let's put them both in; absolutely fantastic idea. Stage four: Fantastic idea, but we can't make it work. Stage five: Well, then, let's put in the new one. It was my decision. It's in my nature to go for the highest-risk/highest-reward option. That's my cross to bear. We went from having an average order management product to having the premier order management product on the planet. The only problem was that it was brand new and we hadn't done enough testing."

Ellison had no illusions about how critical the order management system was: "The order management system is the heart of the sell side of our e-business suite. Order management is the funnel that captures the information about the sale. The better your order management system, the more information it captures. Our new system captures all the details about the products sold, contractual obligations, payment terms, everything. It manages marketing promotions, vendor rebates, and tracks what salespeople should be compensated on the deal. The flexible pricing engine handles complex and arbitrary rules—like buy two and get the third one free. And the automatic configurator keeps people from buying the wrong combination of products—like computer components that won't work together. It's a great system. But when it first came out, it had a lot of bugs."

Ellison was not acting on his own, however. Ron Wohl fully supported

his view that putting in the new order management system was a risk worth taking. Wohl says, "Technically, we really had to include it to fulfill the objective of the E-Business Suite. If it had the flexibility to meet modern e-business practices, you're in great shape, if it doesn't, you don't really have an E-Business Suite." What's less clear is whether Wohl was giving Ellison an accurate picture of the state the work on the order entry system was in. Mark Barrenechea complains that although Ellison had instructed both his and Wohl's teams to standardize all their outward-facing applications on a completely rewritten customer master called Trading Community Architecture (TCA), "the ERP organization had kind of missed it along the way." Critically, the new order management system wasn't using the TCA. A close colleague of Wohl told me, "With most people, Ron comes over as cautious to a fault. But not with Larry. He always wants to look good in front of Larry, and he often ends up telling him what he wants hear." When Wohl told Ellison that he believed that everything was ready for prime time, Ellison wasn't going to argue.*

Another mistake in the testing process was that a handful of chosen customers were trying a beta version of 11i under artificial conditions. Instead of the software running in their own data centers, it was running on Oracle's own computers. Consequently, the severe upgrade problems that some customers would experience after the official launch were masked. Mark Jarvis says, "We were completely in control. We were solving their problems for them. We were doing seventy to eighty percent of what the customer should have been doing himself. It was a mistake." Some good did come out of this botched testing program: it encouraged thinking about delivering software as a Web-based service, allowing the evolution of the earlier Business Online initiative, aimed at small businesses, into the current E-Business Suite Outsourcing.†

Even with Oracle's vaunted rapid implementation procedures for installing 11i, it would be at least three or four months before any signifi-

---

*LE writes: Not true. Ron explained the risks, and I understood the uncertainty surrounding release of the new order management system. And I made the decision to release it.

†LE writes: This accidental discovery that our customers were uniformly more successful and happier with our applications products when we were managing the software for them—upgrading to new versions, fixing bugs, tuning performance—caused us to rethink our approach to applications delivery. E-Business Suite Outsourcing is now the fastest-growing business inside Oracle.

cant "go-lives"—the moment when a business switches its operations to new software. Oracle itself would be moving onto 11i only in stages, between the fall and the end of the year. When I met Ellison for lunch in mid-October at his home in Atherton, he appeared not to have a care in the world. It was the calm before the storm. Clad only in a *Sayonara* T-shirt and shorts and enjoying the sunshine, he oozed confidence about every aspect of the business. The new version of the database that was nine months away was "unbelievable," while 11i was building unstoppable momentum. Even with the clouds gathering over Silicon Valley as the dot coms imploded one by one and the hype about Internet-driven B2B faded, Ellison was sanguine. Just as in 1990, he seemed to think that any economic slowdown might pass Oracle by. His argument was that the E-Business Suite was such an extraordinary "cost-cutting engine" that customers were likely to need it all the more to preserve their profits in difficult selling conditions.

After lunch, Ellison showed me a draft of the chairman's letter to shareholders that he was writing for the annual report. "Tell me what you think when you've had a chance to read it," he said. It was a five-thousand-word account of Oracle's e-business transformation and a marvelously clear exposition of the philosophy of change that had driven it. One passage went to the heart of what he was trying to do: "To eliminate inefficiency, we had to make information easier to find and easier to share. But how? The solution was quite simple. If we put all our information in one place—a global database on the Internet—then everyone would know where to look to find the information they needed. While conceptually simple, this single unified database approach required fundamental changes to our application software. It turned out to be a massive engineering effort involving thousands of computer programmers. But when we finished the Oracle E-Business Suite, it was the first and only set of applications to work with a single global database. We also developed several new applications, so that the E-Business Suite would be complete. Today, the suite includes every application you need to run your business—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources—everything. It works in every country and in every language. The E-Business Suite is the first and only complete set of applications ever to have been built." Ellison signed off with this: "The more we know, the more rational our decisions. Oracle's getting smarter. Oh, the possibilities. . . ."

If Ellison had known what was coming, he might have restrained himself a little more. In October, the first reports from the field described

early 11i implementations afflicted with more than usual bugginess. At the Oracle Applications Users Group conference in Honolulu at the end of October, the complaints were legion. Attendees griped about a lack of reliable information concerning the status of applications, malfunctioning modules—especially CRM and order management—a constant stream of bug-fix patches, and poor support from the customer service organization, which, according to some, hadn't been properly trained on the workings of 11i. In particular, customers that were upgrading from previous versions of Oracle applications were finding that theirs was not a favorable position to be in. During the conference, word got around that Oracle had released around five thousand patches for 11i. That was an oversimplification—many of the patches were to improve functionality rather than to fix bugs and many fixed multiple bugs, but the five thousand figure stuck in the memories of journalists and analysts, who would gleefully include it in almost every piece on Oracle for the best part of a year. Mark Jarvis says, "The five thousand bugs haunted us at least until midsummer of 2001."

Over the next couple of months, customer complaints poured in. Instead of working on the planned features and functions to flesh out the suite's capabilities as planned, development was increasingly engaged in a feverish attempt to produce patches that would fix the bugs that seemed to be flying at them from all sides. It was all made much worse by the sheer number of implementations that were under way. Yet, there was little air of crisis at Redwood Shores. Ellison says, "11i was a huge new product, so I knew there would be a lot of bugs, but there was no way to know how many there were or how long it would take us to fix them. I thought we could fix most of the bugs pretty quickly, during the controlled release phase. I was way too optimistic. It just kind of got away from us, and that became a very big problem."

The software business likes to play the blame game when products don't work as billed. At about the same time that users started beating up Oracle, i2, a specialist in supply-chain planning, was involved in a fierce "debate" with one of its most high profile customers, the sports goods firm Nike. According to Nike, the malfunctioning of the i2 order entry software it had bought to power its demand and inventory management system had been the cause of an earnings shortfall. Not so, said i2; Nike had overcustomized. It was not unusual for Oracle's senior executives to assume at first that customers' problems might be the result of shoddy work by integration partners. They also had plenty of anecdotal evidence that Ellison's well-publicized arguments against excessive customization

and his pleas to put in Oracle's software as "plain vanilla" were being ignored by some customers and their integrators.

Out in the field, however, George Roberts had a rather different take on where problems lay: "Larry is very fact-based, very logical with decisions and processes. Customers saying they are having issues is one thing, but being able to track down and point directly at the issue is another thing. It's a new product. Does the customer understand it? Is there a third party implementing it who's been trained on it? The problem was that Larry really thought that his development leaders had it done. He listens to them closely, and that's what they had been telling him. You know, the baby's never ugly. We should have done two things: installed it in-house first and engaged with the early implementations at an executive development level. I think if either of those things had happened, we would have rapidly found out that it wasn't done. As it was, it took us until November to realize we had issues here and to start to mobilize."

By this time, people from Ron Wohl's and Mark Barrennechea's organizations were being parachuted into troubled implementations—"customer escalations"—and were learning about "issues" firsthand. But what rammed the message home was that Oracle itself was, at last, beginning to go live on one part of the suite after another. By December, Oracle was running financials, some HR, field sales automation, and telesales on 11i. Barrennechea says, "The next really big push was to get in contracting and order management over New Year's. What happened was one of the most dramatic moments I'd seen during my five years at Oracle. Everyone except Ron knew that we could not place an order with the new system.* And Larry, knowing we can't place an order, not knowing when we would be able to place an order, and knowing that once we turned off the old bespoke system that there was no going back, said, 'We're going live anyway. I need a forcing function, so off we go.' So we upgraded, and Oracle went down. We were down for fourteen days. For fourteen days after January, Oracle could not place a single order. It was frightening. But we got it to work. Larry was right. It was a great forcing function. At that point I became acutely aware of the customer dissatisfaction and immediately started drilling down into the implementations we were doing."

Ellison's view is less dramatic: "We knew that we were going to go

---

*LE writes: Nonsense. Of course Ron knew about the problems with our internal order management implementation. He was personally running the project to put it in and make it work. We planned to be down for a while, and we were.

down for some time, so we scheduled the installation over the Christmas/New Year's holiday. I had decided on a massive big-bang implementation: we were going to upgrade all our software at once. I never, ever recommend that to our customers. But I wanted to get all our latest application software installed, up, and running at Oracle, and I wanted to do it fast. We should have done it before we released 11i to customers, but we didn't. Okay, that was my mistake. Now I wanted to remedy that mistake as fast as possible. That meant installing 11i at Oracle the first opportunity we had. The fact that we got everything up and running in a couple of weeks was a major accomplishment. We uncovered a number of problems in our software, and we fixed a number of problems in our software. By the time we had finished the Oracle implementation, we had fixed most of the order management problems."

A revised release (11.5.3), which incorporated everything Oracle's developers had painfully learned, was rushed out to customers in early February. It was the third revision since May and by far the most reliable. Barrennechea boasted that 11i was now at least as solid as any rival enterprise software products, most of which had been around much longer. Cap Gemini Ernst & Young, one of the biggest consulting and integration houses, declared in March that "Oracle had made significant improvements and fixes." As a result, the suite was now sufficiently stable for Oracle to begin using the CRM modules in its own practice.

However, just as it took time for the problems with the E-Business Suite to surface, the fact that Oracle had now overcome many of the defects did little to stanch the flow of bad news. The technology press and the analysts were on the hunt for stories about 11i implementations that had run into trouble. Fairly typical was this story of woe in the March 12, 2001, issue of *Information Week,* a magazine aimed at information managers and integrators: "International courier DHL Worldwide Network NV in Brussels, Belgium, for example, was unable to complete transactions based on the euro currency using Oracle's 11i financial applications. Problems included defective currency-to-currency payment functions and slow performance. The glitches put the courier three months behind on its plans to deploy the suite in 12 European locations. DHL came within two days of a drop-dead January 31 deadline before Oracle engineers delivered software patches that fixed the flaws, says Jeremy Young, DHL's finance business-process manager. 'No software is perfect in its early release, but it took seven months to resolve these problems,' Young says."

Young also happened to be the president of the Oracle Applications

Users Group, which been locked in a bitter feud with Oracle about who had the right to stage conferences—the users or the company. In 1995, Oracle had taken over the conferences, which had previously been run by the database user group, launching Oracle OpenWorld later that year. OpenWorld had been a huge marketing success. The number of attendees had gone from 2,500 or so events that regularly pulled in 40,000 people, blowing the doors off some of the biggest venues in the world. Mark Jarvis reckoned that with the E-Business Suite soon to debut, Oracle needed to do something similar with applications.

The issue was that Oracle was putting a lot of executive time and money into the OAUG's applications but not getting enough of what it wanted out of them. Jarvis says, "The OAUG ran two events a year in the U.S., and we were highly restricted in what we could do at them. The OAUG insisted that it was very independent. For example, they didn't want Oracle logos and signage around—a bit odd. There were other peculiarities, but their primary goal was to have users talk to other users, while our goal was to get out there, market our products, and educate people on all of the new stuff. The third factor was that a lot of the guys in the user group are not always on the leading edge. They are more interested in running a version of our software from three years ago and they want to talk about that, whereas, of course, we wanted to always talk about the latest thing so that we can get people upgraded and sell them more stuff. We were at cross-purposes. In early 2000, we told the user group of our desire to run a conference and we asked them if they wanted to be part of it. They took it as a declaration of war."

The result was a stalemate. Oracle went ahead with its plans to hold its first AppsWorld conference early in the first quarter of 2001 in Paris and New Orleans. The OAUG continued to hold its conferences, albeit without the official presence of Oracle executives and no keynote speeches from Ellison. Jarvis says, "They also started a very active PR campaign against us, continually emphasizing their 'independence.'" It proved very successful. Whenever industry analysts or press wanted to find out how Oracle customers were getting on with 11i, they started going to the user group for references rather than Oracle. "OAUG board members were suddenly being quoted in the press saying negative things, knocking whatever we were claiming, and attacking the company's whole approach. They wanted to point out to everybody that they weren't on 11i yet. We'd be saying in all our messages that people are starting to use 11i, and they'd be saying, 'But we don't know anybody who's on it.' They provided a counterpoint to everything we said."

If Oracle hadn't been vulnerable to criticism because of the early 11i quality issues, the damage caused by OAUG's revolt would have been easy to limit. But with plenty of people happy to take a swipe at "arrogant" Oracle for claiming more than it had been able to deliver, the user group was the perfect stick to beat it with. Even quite early on, Oracle could have pointed analysts in the direction of many pretty successful 11i implementations if they'd been interested, but it was much more fun to get the horror stories from the OAUG. Ellison maintains that the fight was never with the users as such but with the user group management: "Some of the officers in the users' group were not customers or users of our applications at all—they were independent consultants who made their living running the Oracle Applications Users Group meetings. We were threatening their livelihood by running our own meetings. It was unfortunate that at the same time we were having the quality problems with 11i, we were also having the spat with the user group. They bashed us every chance they got."

If Oracle had gone on making its numbers, the bad blood with the user group would have been no more than a minor irritant. Even the fallout from the buggy early versions of 11i would in all probability have been containable. But on the eve of the first AppsWorld show in Paris, the moment when Oracle had planned to deliver to the world a confident message about its winning applications strategy, a series of almost uniformly gloomy reports from Wall Street analysts thudded on the mat, including one by Morgan Stanley's Chuck Phillips. He argued that Oracle's forecast in December of 15 to 20 percent year-over-year revenue growth in its core database business, along with 75 percent for applications, would be extremely hard to achieve given the fact that no fewer than thirty of Oracle's dot-com customers had gone bust and that around 12 percent of the firm's total database license revenue had come from dot coms in the previous year. A prescient report by Bank of America analysts noted, "Though management seems confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next three weeks will tell the tale." As shareholders chewed over the possibility that Ellison might have exaggerated the extent of Oracle's immunity to the forces that were blighting other tech companies, Oracle's stock price plunged by 13 percent, to $23.56. In response, Oracle reiterated that it was standing by its bullish forecast.

A few days later in Paris, Ellison seemed unusually nervous and flustered. The main theme of his speech was on the folly of customizing Oracle's software and why it was better to buy a complete suite from

Oracle—in Ellison's analogy, a finished car that you knew would work—rather than a bundle of kit glued together by mechanics from IBM. He said, "We've worked hard to be the first car company. We don't want to sell you parts and labor. If you customize our software, when we bring out a new version you can't use it. You trap yourself in an old version." Ultimately, customizing the E-Business Suite was futile because Oracle itself would soon add the functionality customers were looking for. "We will bring out a new version of the software before you can finish customizing our old version." *

There was nothing wrong with the familiar argument. But without a prepared text, Ellison sometimes puts things in starker terms than he—and certainly Oracle's marketing department—intends. A significant part of the speech was a rant against system integrators—evil folk who persuaded customers to part with huge sums of money to let them mess up perfectly good software. As usual, IBM was singled out as the worst villain: "IBM has thousands of consultants who are eager to help. IBM has alliances with five hundred software partners. IBM has thousands of guys with glue guns who come and stick it all together. At least that's what I think happens. What is systems integration, anyway? What do those thousands of people do all day?" Unfortunately, most of the AppsWorld sponsors just happened to be systems integrators. Mark Jarvis says, "I was just thinking how proud we were of ourselves that we had done a great first AppsWorld, when we suddenly picked a battle with every systems integrator in town." Oracle had lined up a series of anti–systems integration ads. One said, "Just Say No to Systems Integration," while another asked, "Do You Have the Big Systems Integration Blues?" Naturally, "Blues" was written in the style of IBM's logo. After Paris, they never saw the light of day.

The other big "take-out" from the Paris speech was Ellison's frank recognition that the E-Business Suite didn't yet do everything its cus-

---

*LE writes: Worse than being overzealous in this presentation, I was ambiguous, imprecise, and easily misunderstood. The problem was that I failed to be clear as to what I meant by "customize." Of course customers can tailor our applications to their business processes, but they should never modify our software. Customers can add to our applications and connect our applications to non-Oracle applications, but they should never go in and change the application program itself. If they do that, they will create quality and support problems and find it difficult to upgrade to new versions of our applications products.*

tomers wanted and maybe never would but that an "80 to 85 percent solution" that could be implemented in five months was better than the 100 percent promised by some vendors that would take three years to put in and still wouldn't work. Immediately, the chorus went up that Ellison had claimed that the suite was complete and now he was saying that it wasn't. The following week, when AppsWorld moved to New Orleans, Jarvis persuaded Ellison to ease up on the systems integrators. However, although the speech went down much better than the one in Paris, once again there were unintended consequences. Jarvis says, "A whole new thing came out, which was that he gave everyone the impression that you had to have the entire suite or nothing. I've looked at the videos many times. He didn't actually say that, but that was the impression he created."

Ten days later, on the first of March, after the markets had closed, Oracle issued a profit warning for its third quarter. It now expected to miss its earnings-per-share number by 2 cents. Although applications had continued to grow strongly thanks to the buzz that had been generated around 11i, database revenue growth was flat to negative. Ellison explained, "It's very disappointing. A bunch of deals were approved at the senior vice president level, but once they got to the CFO and CEO level, they were pushed off. We have a lot of nervous executives looking at this economy and being very cautious. They want to wait thirty to sixty days so they can get a better read on this economy." In after-hours trading, Oracle's stock fell 21 percent, to $16.88, about half the price it had been as recently as early January.

When Oracle got around to making its official earnings announcement in mid-March, the mix was different but the overall result was the same. But while database did a little better than predicted, applications revenue was slowing at a worrying speed. From the 75 percent growth projected by management on February 14 to the 50 percent expected on March 1 at the time of the profit warnings, the real figure had turned out to be only 25 percent. It didn't take a genius to see that not everything that was going on could be explained by the weakening economy and edgy CEOs waiting for "visibility" to return. For anyone who wanted to see, there was mounting evidence that it wasn't only the economy that prospective Oracle applications customers wanted to see stabilize.

To complete a miserable few weeks for Ellison, from the moment of the earnings warning legal vultures had been stirring up their clients to file class action suits against Oracle for misleading investors about its numbers and the true state of the E-Business Suite. One law firm, Milberg Weiss, alleged that Ellison was involved in the "largest case of insider

dealing in U.S. financial history." It claimed that he had dumped nearly $900 million worth of shares during the third quarter, knowing that the stock price was likely to fall soon. The suit, on behalf of a small pension fund, accused Ellison of concealing information about the cost of the "massive technical problems" of 11i. In fact, the shares that Ellison had sold, his first disposal for five years, were stock options that were due to expire in August. Oracle said that the suit was "entirely without merit and would be defended vigorously."

Adding insult to injury, the fashionable technology consultancy Forrester Research leapt on the speeding anti-Oracle bandwagon with a particularly vicious briefing note, charging Ellison with "stooping to a new low—blaming its 11i unhappy customers for doing too much customization." The note, by an analyst named Laurie Orlov, attacked the whole proposition of the integrated suite, blithely advising Oracle: "By unhinging apps like CRM from tight links to order management, the individual apps can be coupled with apps from other vendors and can then be revised or released in chunks." Only three months earlier, Forrester had enthused that its "all-integrated approach will make Oracle outperform any best-of-breed technology vendor in the long run."

As usual, Chuck Phillips brought some level-headed perspective. His view of the numbers was philosophical: "Is this the beginning of the end? We don't think so. Every time Oracle misses a quarter—which is about every five to seven quarters—there are a rash of proclamations about market saturation [database] and fatal strategy missteps [usually applications] that point to eternal doom. Even in the best of times, Oracle has not produced smooth license or product line growth from quarter to quarter. The numbers generally fall where they may without, much to our chagrin, a ton of backlog management. Billions of license revenue gets booked in the last five days of the quarter and it's difficult to smooth out that business model. Usually, investors throw in the towel on Oracle for three quarters and don't want to hear the name mentioned for a while. But then, comparisons get easier, customers eat through their licenses and need more capacity, the product footprint expands into higher growth areas, the buying cycle improves with the economy and recently released products get seasoned and get some traction in the installed base. The only cure is time."

The mood at Oracle was bloody but unbowed. There was an embarrassed realization that it had fallen down badly on execution in sending a hugely important new product out to customers in an unfit state. But at the same time, there was complete conviction both that the suite message

was right and that Oracle was well on the way to dealing with the outstanding quality issues. Talking to me nine months later, Ron Wohl said, "Fundamentally, we tried to do something that I think was much larger in scope than we ever realized and was much larger than the scope of any software we had released beforehand. In retrospect, we didn't do a good enough job up front—our QA [quality assurance] procedures didn't work because they had outgrown our scale.

"I would have liked to have done two things differently: we should have changed a number of processes within development to deal with the scale of the release, which we have now done; and two . . . we would have been wiser to withhold the release a little bit. We would have been better off as a company if we had deferred the release by three or four months. The stability actually improved at a very rapid pace. You could see it in the bug numbers, you could see it in customer satisfaction by anecdote. Customers who had started on a later version [11.5.3 and above], they were extremely happy. Customers who started on one of the early versions weren't happy, and they had a right to be upset with us."

Mark Barrenechea thanks God for the recession: "We actually got a little lucky that the economy turned down. It gave us more time to deal with the problems. Of course we'd like the satisfaction of stabbing our competitors before they hang themselves. But the downstep in the economy meant that a lot of them were just dying. It couldn't have happened at a better time for us. It meant that there were fewer choices among the best-of-breed vendors and customers were more nervous about making those choices. Secondly, in a boom economy, there's a lot more IT dollars. If something isn't working the customers can say, 'Fuck you' and go to another vendor, spend some more money. So companies weren't willing to double down on their mistakes and bet the farm, they couldn't abandon us. So they forced Oracle, and we were forcing ourselves to walk through the issues and fix the problems. To quote John Milton, I was not displeased that there was a downturn in the economy."

Ellison is rueful but philosophical. There's little in the software business left to surprise him. "A little over ten years ago we undertook a massive rework of our database software. It strained our company to the limit, but it resulted in a database product that was so much better than anything offered by the competition that we became the number one database company in the world. We have to make big leaps forward in technology or sink slowly into obsolescence. The pain is worth the gain. It's very much like childbirth. It's a lot of pain followed by great joy. The joy helps you forget the pain. When Version 7 of the database came out,

customers loved it. The pain of Version 6 was largely forgotten. The applications release 11i birthing process was not nearly as painful as Version 6 of our database, and I think the 11i gain will be even greater. We'll see. People haven't forgotten the pain yet. In fact, during the worst of our bad publicity and our sinking stock price, somebody said to me, 'Oh my God, this is as bad as 1991.' Jeff Henley and I both laughed. In 1991, we were on the brink of bankruptcy. At the worst point in this recent downturn, we had $6 billion in cash and profit margins of thirty-five percent."

Ellison had previously said that the only thing that would make any difference was a quarter that beat expectations. "Most analysts try to foretell the future by understanding and explaining the recent past. If you have a bad quarter, if your sales are going down, they will attribute part of that sales decline to product problems that are creating competitive pressures. If you suddenly have a good quarter, better than the competition, they explain that it's because your product is getting better. It's as simple as that—they just look at the numbers. So the best way to improve perception of the E-Business Suite is to sell more of it. Then the analysts will say, 'Good job, Oracle, it's a great product you got there.' "

Despite everything, at least the idea of the integrated suite was beginning to win acceptance; not just from customers but even from rivals, like SAP and PeopleSoft. George Roberts soon began to notice that he no longer had to bang the table with suite-versus-kit arguments. "If you have a strong strategy, it forces your competition to respond. Whether the release was premature or not, every major competitor has been forced to respond to the Oracle message and the value proposition that we brought out with 11i." The initial execution might have left much to be desired, but Oracle is a company that learns from its mistakes. Oracle, and Ellison in particular, have a reputation for arrogance. But during the difficult first six months of 2001, I discovered an impressive determination to face facts and put things right combined with an iron conviction that the E-Business Suite was still destined for greatness. Establishing it would not be the early-round knockout that Ellison had predicted, but as the going got tough, his certainty of ultimate victory, if anything, seemed to increase.

# 11

# TAKING STOCK

*April 2001*

In the weeks immediately after the "lost" third quarter and the trip to China, Ellison has been trying to get a handle on how bad the financial situation really is. But immediately after what could have been a rather tricky board meeting, he shows no sign of stress. The previous day, he flew in from a two-week spring break with his children in Tahiti on the recently renamed *Ronin* (its previous name—*Izanami*—spelled "I'm a Nazi" backward, which Ellison didn't think quite right for its Jewish owner).* His only grumble is that he strained his neck and sprained his toe while trying to crash tackle eighteen-year-olds during a game of beach football.

Ellison's next appointment is a press conference to announce a shift in the marketing strategy behind 11i. To some extent, the change is being driven by the worsening economy. However, he also wants to try to correct some impressions about the E-Business Suite that may be damaging its prospects in the market and for which he feels largely responsible. Ellison has already acknowledged that he made a mistake in sounding too hostile to systems integration—some integration with legacy software is

---

*LE writes: Izanami and Izanagi are the names of the two Shinto deities that gave birth to the Japanese islands, or so legend has it. When the local newspapers started pointing out that Izanami was "I'm a Nazi" spelled backward, I had the choice of explaining Shintoism to the reporters at the San Francisco Chronicle or changing the name of the boat.

inevitable in all but the newest businesses. It's modifying code that's the real crime. But there's another misapprehension that he thinks could be holding back sales: by spending so much time and money extolling the benefits and uniqueness of 11i as both integrated and *complete*, Oracle may have frightened off potential customers by making them think that they have to buy and install the whole suite at once—a massive undertaking that implies getting rid of any existing software no matter how recently acquired and fit for the job.

The new line is that the E-Business Suite can be broken down into bite-size chunks that automate discrete "business flows." The idea is that you can decide which "flow" of business processes you want to automate first, get that done quickly and relatively cheaply, and then move on to automate others when the first has proven its worth. To dramatize the idea and to differentiate Oracle's offering from that of its deadly rival, Siebel, Ellison has come up with the idea of installing "global CRM" within ninety days of purchase for a fixed price—any time or cost overruns "will be on our nickel," he says.*

The press briefing is held in the ground floor executive dining room at 500 Oracle Parkway, the headquarters building. There's a good turnout of about twenty journalists, including reporters from *The Wall Street Journal*, the *Financial Times, Business Week, Fortune*, and *Forbes*. Ellison starts off by saying that the software industry's preoccupation with offering separate applications for what are really continuous processes has made "the graceful flow of information" hard to achieve. For example, says Ellison, although Siebel provides sales automation, it doesn't have contract automation. By contrast, the Oracle E-Business Suite automates complete business flows that reflect the way businesses operate in the real world; the alternative is to automate functional departments in separate modules. But unless data is to stay fragmented among different applications, you need to write separate programs that attempt to move the data between each application. It's an approach that, as Ellison never tires of saying, frequently fails, meaning one group can't work with another. Even when it doesn't fail, it's still very expensive.

---

*LE writes: Our new sales force automation software was an Internet system that ran on top of a single global database. We were able to get it up and running very quickly and inexpensively. Guaranteeing a firm fixed price for the software and the labor to put it in seemed the best way to differentiate us from Siebel.

The example he gives of Oracle's alternative is a flow called "campaign-to-cash"—one of ten other "fast-forward flows" that are being announced with names such as "plan-to-campaign," "procure-to-pay," "click-to-order," "opportunity-to-forecast," and "call-to-resolution." Once a decision is made to initiate a sales promotion, the software filters prospects and leads from the customer database and sends thousands of targeted e-mails—all within minutes. When a prospect turns up at the Web store, his or her identity is known. If a sale isn't made, the details will go to telesales, which will follow leads that didn't transact. Once a sale is booked, every other part of the process is automated, right through to the moment when the order is fulfilled and the vendor gets the money—hence campaign-to-cash. Ellison boasts that while a Siebel implementation can take nine months to complete in just one country of operation, Oracle guarantees to "go live" globally within ninety days.* While the cost of the software license fee to the consulting charges for big CRM implementations is typically in the ratio of 1 to 7; Oracle is betting on getting nearly 1 to 1.

Ellison goes on to predict that previously high-flying Internet software firms, such as Ariba and Commerce One, which are already suffering from the sudden downturn in demand for e-business applications, will not survive. "These aren't one-product companies," he asserts. "They're one-feature companies. Ariba has a little piece of the procure-to-pay flow—Internet purchasing requests. It's just a tiny component part of a procure-to-pay system." Oracle has already drawn attention to Ariba's difficulties with a nasty piece of copy on its Web site entitled "Ariba Derci." Siebel, by comparison, has a full CRM suite, but Ellison claims that it's the product of acquiring other software companies and putting a Siebel label on their products. "It's complete, but it's not integrated. It's a lot easier writing checks than writing software."

The reporters are politely interested in the "CRM in ninety days" message; the next day there is widespread, albeit fairly muted, coverage. But it's clear that they see it more as smart marketing than as anything fundamental—although Carleen Hawn of *Forbes* asks an interesting question about the impact on Oracle's business model of switching to a high-volume, low-price approach. (Ellison's answer is that the cost has never

---

*LE writes: We can't do all the business flows in ninety days. Campaign-to-cash takes longer. But we can do opportunity-to-forecast—global forecast—in ninety days, even in a fairly large company.

been in the software but in the labor needed to put it in—Microsoft got it right, the enterprise guys got it wrong.) They're also pretty used to hearing Ellison banging on about Oracle's "war on complexity" and the dreadful consequences of fragmenting data, even though he's always funny and they can't help laughing at his jokes.

What they most want is to get Ellison talking about the economy and its effects on the competitive landscape. Marc Boslet of *The Industry Standard* (a tech magazine in Silicon Valley that at the height of the dot-com boom was running to more than two hundred glossy, ad-packed pages but is now in what turn out to be terminal financial difficulties) asks in what way the B2B market has changed. It's time for Ellison to start enjoying himself. "A lot of wild things were going on," he says. "People were watching the stock market more closely than they were watching their businesses. Commerce One was giving big customers stock in their company if they bought its B2B exchange software. Companies were buying Commerce One products because they expected to make a lot of money on Commerce One stock. It seemed a brilliant plan because every time one of these big deals was announced the Commerce One stock would go up. On top of that, some of these companies would then spin off their purchasing departments and call them B2B exchanges. They thought they'd get rich taking their purchasing department public. It was crazy." *

Another question, from the *San Francisco Chronicle*'s Kelly Zito, is about whether Oracle is finding itself squeezed in the database market by IBM (the following day, IBM announces that it's buying an old but much-weakened survivor from the brutal database wars of a decade ago, Informix). No problem, says Ellison. Oracle 9i with real application clusters runs SAP or Siebel five times faster than IBM's DB2 or Microsoft's SQL Server, with ten times the scalability and one hundred times the reliability. "RAC [Real Application Clusters] is the most important new technology from Oracle in the last ten years. It's game, set, and match in the database business," he crows. The briefing is already running half an hour overtime, and the Oracle PR people are trying to pull Ellison out. Appropriately, one of the last questions is about the battle between Siebel and Oracle. The previous week, Tom Siebel claimed that he

didn't often see Oracle win big new accounts when the fight was on. Ellison is both outraged and amused. He says, "Very interesting. Possibly Tom needs an optometrist."

The meeting that Ellison is late for is the regular Monday afternoon PDMC (product development management committee) meeting attended by the heads of the key engineering teams. It starts off with fairly routine pricing and licensing issues. Among them is a proposal that Oracle's e-mail server (which, Ellison says, is faster and more reliable than Microsoft Exchange because it runs on top of a database) should cease to be sold as several separate products. Oddly, there's a feeling that telcos that license Oracle Internet Directory "product" in the millions at $5 a seat might not like the change. "It makes no sense to price every feature as a separate product," says Ellison. "But that's the way the enterprise software business has been for a very, very long time." Another mystery to Ellison is the poor reception of a proposal from Ron Wohl to stop talking about exchange software and to refer instead to "hub-and-spoke" software. Wohl convinced Ellison to make the change, and Ellison has been using the new terminology for several weeks. Unfortunately, nobody else agrees. Ellison says jokingly: "Okay, okay, I give up. I promise never to say 'hub' or 'spoke' again. I just want to get out of here before midnight. What's next?"

The next item on the agenda is rather more serious. It turns out that one of the "fast-forward flows" that Oracle is formally to launch the next day and that Ellison has just previewed with the press doesn't work as it should. It's a package called "incentives to performance" that is designed to allow members of a sales team to calculate their compensation precisely. The software has to deal with a fiendishly complicated set of variables, determining rules for who should get what as a lead is turned into an order and eventually becomes a sale. In the approved manner, Oracle has been using its own business and processes as a laboratory for developing its applications.

Ellison starts off by asking detailed questions about how the software maps and automates the set of interactions that begins with sales forecasts and ends with accounts receivable. He doesn't like what he hears. Always suspicious about the ability of sales organizations to extract more than they should by counting the same sale more than once or by spreading the commission around to too many people, he concludes that the detail isn't there. Suddenly he asks crossly, "Just what is it that we're announcing tomorrow?" The tension in the room is mounting. Is Ellison going to pull tomorrow's announcement? One of the team involved in the

---

*LE writes: At the height of this madness, we lost a very big sale to Commerce One because I refused to give the prospective customer any Oracle stock as a part of the deal.

"CRM in ninety days" initiative is licking his lips nervously and starting to sweat despite the air-conditioning. He agrees that the product isn't ready. Ellison says with rising incredulity, "You want to announce this, but not deliver until May . . . can anyone tell me why we're doing this? Why should we announce it now? Why shouldn't we wait until it works?"* It's a nasty moment, but Ellison is assured that the other flows are ready. The decision is made to pull the sales force compensation package until the problems are resolved and go ahead with launching the other flows on Tuesday.

• • •

When the day is over, Ellison and I drive the half mile to a canalside house he owns in Redwood Shores, where we can sit on the deck and watch the pelicans. Ellison's earlier belief (sincerely held) that Oracle alone might miraculously escape the recession sweeping through the rest of the technology industry now seems ludicrously optimistic. What really happened during those last few days in February at the end of the quarter? Was it a question of two or three big deals falling through at the last moment, as Ellison had earlier appeared to suggest, or was something more fundamental going on?

"No. It was a lot of deals—dozens, I'd say. Sometimes a deal was delayed. Sometimes the size of the deal dropped from $6 million to $2 million. All of a sudden people stopped buying in anticipation of their needs for the next couple of years. Instead they bought exactly what they needed for the next three months. There were even cases where companies that were already using our software were trying to find ways not to pay for it. I'm not going to mention names, but a very large wireless company that was supposed to give us $15 million or $20 million this quarter, based on their own published subscriber numbers, decided to dispute the amount. It was just a negotiating tactic. If we lowered their bill, they'd pay us this quarter. We didn't. Lots of tech companies and telcos are under financial stress, so they're being much more careful with their cash these days. The dot-com die-out is getting worse. Suddenly, moving all your business processes to the Internet doesn't seem so important anymore. It seems like e-business and the Internet are going out of fashion."

---

*LE writes: It made no sense to release the compensation flow until it was working successfully at Oracle. I had made this mistake too many times in the past. Never again.*

I suggested that perhaps companies were no longer worried about Web-based "stealth competitors" coming from nowhere to eat their lunch. "That's exactly right," said Ellison. "Wal-Mart is no longer worried about Amazon.com—if Wal-Mart ever was worried about Amazon. A lot of companies have realized they don't have to move quite so quickly. They can be more deliberate and automate at a more rational rate. Flying the Internet flag isn't so cool anymore." Perhaps another factor was that simply making an announcement about what you were doing on the Internet was no longer likely to have a major impact on their stock price? "Absolutely," replied Ellison. "All these B2B exchanges . . . there were lots of companies that issued a press release about a B2B exchange and saw their stock price shoot up. Commerce One dished out about three of these B2B press releases for every one that we sent out. They killed us in the press release war. But that exchange business is gone now. And it's not just the exchange business that's dried up. Companies are much more cautious about buying any kind of new technology."

It is almost as if Ellison were talking about some semi-mythical period remembered only through the mists of time. I can't help reminding him that in mid-February, only ten weeks ago, he still thought Oracle would make its number. "Absolutely," he says. "We went into that quarter extremely confident. We got off to a great start. If you look at our quarter month by month, we had great growth in December, we were still way ahead in January, and then we hit the wall in February." When did he first know that something big had changed, and why didn't Oracle's own much-vaunted e-business systems provide any warning? "Our sales-forecasting system tells us how many deals are in the pipeline and multiplies their value by a historic close rate. If there's a change in close rate we detect that, but in our case we don't detect it until the last day or two of the quarter, because that's when we close so much of our business. I hate that. Consulting firms actually go out and train software buyers to negotiate right up until the last hour of the last day of our quarter before signing a multimillion-dollar deal. Most software companies will increase the discount on the last day just to get the deal into the quarter. It's a monster the industry has created by mapping its sales compensation plans to its fiscal reporting. I think that's a bad practice, and we've tried to put a stop to it at Oracle. But that hasn't stopped our big customers from asking—and taking us right up to the end of quarter before they sign."

I asked Ellison what he had expected the reaction to be when he issued the earnings warning. He said, "Well, the reaction had already occurred. The stock had already gone down dramatically. It was one very loud 'I

told you so.' It turns out that the analysts were looking at the macroeconomic forecast and that proved to be more accurate than our internal systems sales forecast." So how bad did he think things were going to get, and how did he plan to adjust to the new circumstances? "Well, first off, I thank God that we spent the last two years reengineering our company into an efficient global e-business. If we had just started the process of moving to the Internet now, we would really be in trouble. Yeah, we were disappointed in the quarter, but it wasn't a disaster: our sales went up, our margins went up, and our profits went up. I'm not happy, but I'm not going to go out and kill myself. We're really in pretty good shape. We're making a lot of money, and our products have never been stronger. We have release 9i of the database coming out soon. We have a cool new version of the application server that's going to drive BEA nuts. Our products are competitive, and our organization is efficient. Those two things allow me to sleep at night. The last time the economy slowed down [in 1991], Oracle lost money."

Even if the product cycle was in good shape, it was clear from the "CRM in ninety days" initiative that the marketing message was changing with the times. "That's true. Without the same sense of urgency about moving to the Internet, we have to sell differently. What we're selling now are very rapid, low-cost, low-risk implementations of automated business flows. The E-Business Suite contains several separate business flows. We can automate one flow at a time—like "procure-to-pay" or "opportunity-to-global-sales-forecast" and so on. We provide the software and the labor to get it up and running for a guaranteed fixed price, so customers get a guaranteed return on their investment with a minimum of risk. That's what's selling these days—return on investment. People have lost their appetite for risk.

"Selling separate flows solved another key problem for us. By talking about the E-Business Suite as complete, people thought that you have to buy and install the entire suite all at once. It's an all-or-nothing kind of deal. No, no, no. Not true. But our competitors used it against us quite effectively. So we thought that we had better start talking about the separate E-Business Suite flows inside the suite. That also lets us sell better against the best-of-breed specialists. We'll sign a contract guaranteeing to do a CRM flow in ninety days for $X$ number of dollars. We tell our prospects to go ask IBM and Siebel how long it will take and how much it will cost for them to do the same thing. It was the best way we could think of to drive home the point that Oracle applications install faster and are much less expensive to run than the competition. Even today

many companies make the incredibly expensive mistake of failing to ask for a guaranteed implementation cost and guaranteed annual operating cost of the applications systems they are about to buy. We'll guarantee everything. The competition won't."

Would Oracle have gone down this route if the economy hadn't gone bad? "Well, marketing the flows separately is a good idea with or without the downturn. We marketed the complete integrated E-Business Suite as a cost-cutting, productivity-enhancing engine. Now we emphasize the fact that you can install the suite a flow at a time. So we have two applications marketing messages. The first message is, we have a complete integrated E-Business Suite—we saved $1 billion at Oracle using it. The second message is that you can install one business flow at a time, quickly and at a guaranteed price."

A big part of Ellison's 11i campaign has been centered on the idea that systems integration was to be avoided at all cost. Yet the assumption behind being able to install the software to manage a particular flow was that it was being integrated at some point with legacy systems. Didn't that mean that he was backtracking on something pretty fundamental? "Yeah, the 'Just say no to systems integration' slogan was poorly thought out on my part. It wasn't systems integration that had to be avoided; it was code modifying that had to be avoided. Of course, some systems integration may be necessary. So wake up! Try a little harder!"

Perhaps another reason for the flip-flop on systems integration could be the damage that was being done to Oracle's relations with the big consulting firms, which frequently recommend what software their clients should buy. Ellison said, "I don't think so. We still think it's important to *minimize* systems integration. It's just not always possible to eliminate it completely. 'Say no to systems integration' was right some of the time, but it wasn't right often enough for it to be our primary message. 'No code modification' is the correct message. If you've integrated our accounting application to your custom telephone-billing systems, you can easily move to the next version of our accounting system so long as you haven't modified our code. If you've modified our code, you're stuck." And the integrators, the consultants? "Now that we've cleaned up our message, the integrators that compete on price love us because we install faster and cost less to operate than the competition. The integrators that do the giant time-and-materials projects still don't like our message."

How was Oracle doing in efforts to win a massive deal with AT&T that Ellison had recently been pitching in New York? "They'll make a choice in very, very short order. I think we're ahead. We're the only one

that can do the business flows. By the way, we did a very similar business flow for their ADSL division. The business we're trying to get now is fixed-line. They're trying to decide whether they're going to do the flow with us or take a more traditional, functional piece of sales automation from Siebel. We'll know in a week or so." As is often the case with Ellison, he was being overoptimistic about the time frame. The negotiations with AT&T dragged on interminably as key executives on both sides left and the decision-making process at the troubled telecom giant stalled. Apart from the sheer size of the deal, winning it would create a vital reference point in Oracle's struggle to catch Siebel.

How was the fight against Siebel, the market leader in sales automation and CRM software, going on other fronts? What about Tom Siebel's remark, quoted earlier in the day, that he hardly ever saw Oracle competing with CRM on major accounts? It's the kind of dismissive claim that incumbents always like to make about the pretensions of challengers, but it had seemed to needle Ellison. Obviously Mark Barrenechea lived and breathed the idea of one day destroying Siebel as a serious rival, but what about Ellison? Did he get up in the morning thinking about how to take the fight to Siebel? Ellison replied, "At one point I ranked Siebel as our most important applications competitor, because they're the largest best-of-breed software company and they have a war partnership with the largest best-of-breed integrator, IBM. I thought we had to beat Siebel for the suite approach to triumph over best of breed. But even now the outcome of that war is now fairly certain. We'll end up with a couple of suite companies, and SAP will be our only major competitor."

It's true that the tech downturn isn't all bad news for Oracle. The likes of the once fashionable Ariba and Commerce One, which had been carried to extraordinary market caps by the Internet tsunami, were now in danger of being left high and dry. But Siebel Systems was a much tougher proposition. Founded and run with iron discipline by the former Oracle salesman Tom Siebel, the company was still outselling Oracle in CRM by a factor of four to one. Revenues in 2001 broke the $2 billion mark accompanied by net earnings of $255 million. Siebel also had a war chest of well over $1 billion—useful rainy-day money to ride out a prolonged tech slump. I first met Siebel in the summer of 1999 at his office, which cheekily stands just three miles north of Oracle's on the opposite side of Highway 101. A small, intense man with a harsh, gravelly voice, he lost little time in launching a bitter attack on Ellison and what he called his "pathological lying." When he heard I was having lunch with Ellison later that day, he immediately scrawled on a piece of paper "The six lies

of Larry Ellison" and said, "Give him that." Which, to Ellison's vast amusement, I did. Siebel's main point about Oracle was that however much it was prepared to throw at building a competitive CRM package, he would believe it when he saw it: "This isn't simply something you can throw a thousand software programmers at. It's something that somebody in the organization has to know something about."

In much the same way that Ellison uses Microsoft and IBM as the points to Oracle's counterpoint, Siebel uses Ellison and Oracle to define what Siebel isn't. He says, "It is critically important to me that Siebel Systems never develops yet another pathological [a favorite Siebel word] Silicon Valley corporate culture. Too many companies here have an arrogant self-image. Their attitude is 'We are geniuses and visionaries who make insanely great technology.' And there's the cult of the software CEO, where it's all about 'me, me, me' and my transitory fulfillments— my parking lot filled with Ferraris, my crushing the competitors, my money, articles with pictures of me in my fighter jet or being escorted around by PR assistants." * Who could he be talking about?

Although Ellison patronizingly refers to him as "Tommy," he has a grudging admiration for what Siebel has achieved in defining and dominating a market (much as Oracle did in its early days), but he doesn't have much respect for Siebel's technology. "Siebel Systems is all about sales automation. They defined the category and made the market. They were the first mover. They built a ruthless, big-deal-focused sales force. But they have a couple of problems. Despite what Tom says, their software's still client/server and their Internet version isn't due out until the fall. Two years ago the Siebel Web site claimed their software was architected for the Internet—but it wasn't. Now they say that their Internet version is on its way. So I guess they moved to the Internet two years ago and it was so much fun, they're going to do it again. So, who's lying? Tom and Craig Conway were both key lieutenants in Gary Kennedy's sales team. Were they hard chargers? Jesus, were they ever. They're both killer salesmen and hard-driving sales managers. That's what made them successful. But they're not choirboys. And now that they're both CEOs they'll live and die as their quarterly results rise and fall. Tommy talked a

---

*LE writes: Gee, I guess I should have named the company "Ellison Systems" and put a huge ELLISON sign on the side of our buildings so everyone could see it as they drive by. And can someone please tell me what "transitory fulfillments" means?

lot about the 'pathology' of Oracle. And when Tommy talked people listened, because he was delivering the goods quarter after quarter. But that's all about to end. He really struggled to make his last quarter. He pumped it up with software swaps and a big deal with IBM. He can't do that two quarters in a row. Tommy's going to crash." * Siebel was indeed finding the going harder, but Ellison's predictions about Siebel hitting a wall had been wrong before. Two years earlier he had forecast that by the middle of 2000 Oracle would have knocked Siebel off its perch.

Part of Oracle's problem was that it had taken the company so long to build a product with enough features to match Siebel's even remotely. And whereas Siebel had gone out and bought companies to fill feature gaps, Ellison had insisted on making everything at home to ensure the architectural integrity of the integrated suite. As usual, Ellison put a higher priority on the benefits that derive from engineering elegance than the crude business functionality that Siebel's hotshot sales force expertly leveraged with customers. However, a new report from the Gartner Group had found that while Siebel remained well ahead in terms of customer wins, in the last year Oracle had emerged as its only significant challenger, putting distance between itself and the rest of the chasing pack.

Ellison says, "We don't have every feature that Siebel has with all their different CRM products. But our CRM front-office systems are tightly integrated with our ERP back-office systems. Our CRM systems and ERP system share a common database, so it's easy to find the information you're looking for. All our applications are architected for the Internet, so it's quick and easy to roll them out globally. We have enough advantages to win our fair share of CRM deals. Siebel built their feature-rich portfolio of CRM products by acquiring lots of different CRM companies: Scopus and about a dozen others. Then they rebranded all these separate products as the 'Siebel CRM Suite.' But it's not a true suite. The products are barely integrated, and they don't share a common database. Writing checks is easy. Writing software is hard.

"Could we have caught up with Siebel any faster? Sure. All we had to do was buy a bunch of companies like they did. But we wanted to stick to our product strategy of an integrated suite built on top of a common database. The only way to get one of those is to build it from scratch. You can't go out and buy it because it doesn't exist. We're building software

about as fast as we can. We have nearly four thousand applications developers working on the suite, about nine hundred of them in CRM. [According to Mark Barrenechea, the true CRM figure is nearer to fifteen hundred, up from ten when he arrived at Oracle four years ago—Ellison still doesn't know how many people work for him!] They may have built the Empire State Building in nine months, but the E-Business Suite has already taken us several years, and we're still not done. Complex business software takes a long, long time to build. Sometimes you have to build it two or three times before you get it right. Mark Barrenechea still has a lot of work left to do. Mark worked for Scopus when Siebel bought them but came to work at Oracle rather than going to Siebel—something to do with having to wear a tie while programming." [Tom Siebel insists on suits and ties as a mark of 'respect' to customers and as another way to differentiate the company from the Silicon Valley norm.] As Barrenechea tells it, "I remember going over to Larry's house in Atherton. This was my first experience of Larry—he shows up in shorts and a pink tank top, holding a glass of carrot juice. And I'm thinking, this is my kind of guy." *

I ask Ellison if he sees Siebel in the same category as niche players like the Internet procurement specialists Ariba and Commerce One. "Yes, Siebel is a best-of-breed specialty player," he says, "I'd put Siebel and i2 into the same category. Why? Their stuff is too expensive to install, integrate, and operate. I'd guess that more than half the software these guys sell sits on the shelf and never gets used—shelfware. Companies still buy from Siebel because they're the CRM leader and people think it's safe to go with the leader. But i2 was the supply-chain leader, and look what's happened to them. Oracle and SAP are rapidly getting i2 out of our EPR accounts. We'll get Siebel out too. Every year Siebel and i2 will come under more and more pressure. I don't see how they can survive."

The idea of speeding up that market consolidation through acquisition doesn't much appeal to Ellison, even though the battered and reeling niche players would now go for peanuts. One possible exception was Clarify, the call center specialist acquired by telecom equipment maker Nortel a couple of years ago. He says, "We're cheap, too cheap, probably. We've never paid more than $125 million for an acquisition. Clarify's in that range these days now that SAP stopped reselling it. Selling Clarify

---

*LE writes: And crash he did.

*LE writes: I met Mark out on my deck just as I arrived back home from the gym. I was wearing a black cotton tank top with a Sayonara logo on it. I have never owned, nor would I ever wear, a pink tank top. This is very important.

and Commerce One was SAP's brief experiment with best-of-breed integration. They weren't any better at it than we were. At a recent conference in Florence, I was on the same speakers' panel as Hasso Plattner [SAP's co-CEO]. Hasso was explaining about how hard it is to integrate with the third-party products they're reselling. Tell me about it! SAP's in the process of declaring their integration experiment a failure and going back to building and selling their own suite of applications. So will we buy Clarify? We'll look at it. We'll analyze it. We'll talk about it. But we won't buy it, because we can't integrate it." ·

One deal that Ellison wishes he had done was to buy PeopleSoft in 2000, when its stock was on the floor and Oracle's was riding very high. "PeopleSoft was amazingly cheap. We could have bought them for two or three percent of our [outstanding common] stock. I wanted to do it at first, but I gradually became convinced the timing wasn't right. Most of our executives thought doing our first big acquisition at that time was just too risky. We were in the midst of a massive reengineering of our own company that consumed a hundred and ten percent of our management capacity. No available management, no experience in big acquisitions— sounds pretty risky to me. But something else bothered me even more: PeopleSoft pretends to be a suite company, but they're not. Sixty-five percent of their business is HR systems. They're really a best-of-breed HR specialist, and you know the fate of best-of-breed specialists. I think their HR product will gradually get replaced by Oracle HR and SAP HR. Still, PeopleSoft was so damn cheap we probably should have bought them anyway. It was close, but we probably made the wrong call." They certainly did. Although, in a predictable echo of Tom Siebel's remark about Oracle, Ellison says that he never "sees" PeopleSoft competing for big accounts, there's evidence in both the numbers and the analysts' reports that the firm from Pleasanton is making something of a comeback with its version of the E-Business Suite, PeopleSoft 8. Although still in recovery, PeopleSoft is a much-loved company.

Ellison accepts that one rival that is definitely not fading away yet is SAP. "SAP made a couple of exceptionally good decisions that resulted in them becoming the number one applications company in the world. First and foremost, they invented the applications suite business when they built the first integrated ERP system. Being first got them lots of big customers all over the world. Even when the going gets tough—it's been difficult for them to get new customers in the U.S. over the last couple of years—they can always sell into their installed base and into the hyper-loyal German market. Nobody can compete with SAP in the German mar-

ket—they own it. Second, SAP has executed its strategy pretty well because it's an engineering company at its core. In that respect Oracle and SAP have a lot in common: we're both engineering-centric companies, and we both have software engineers as CEOs. Most other application software companies are run by salesmen. The Oracle and SAP engineering teams have great respect for each other and get along together quite well. Their engineers love our database. In fact, when we launch Oracle 9i in June, they'll be there up on the platform with us* [they weren't, as it turned out], which is really pretty incredible considering the rivalry in applications. But their customers desperately need the speed and reliability of Oracle 9i Real Application Clusters [RAC]. For all the things SAP has done right, they still face one overwhelming challenge: their system is very, very inflexible, and that makes it extremely expensive to install and operate. The big consulting firms charge a fortune installing, integrating, and customizing the SAP system. The cost overruns on big SAP implementations are legendary. In this new climate of constrained IT budgets, it's going to get harder and harder for them to sell to new customers. If people start asking for a price guarantee before buying or expanding an SAP system, then they're in big trouble. SAP's best hope is that people don't ask."

• • •

Hardly a month goes by without Ellison's hosting at least one or two CEO roundtables. While he has frequent meetings with Oracle's biggest customers and increasingly makes the vital calls that help to close deals, the roundtable format allows both efficient use of Ellison's time and the opportunity to talk more widely about the issues that concern Oracle's customers. Today's roundtable is being held at his house in San Francisco. The Pacific Heights house couldn't be more different from the restrained simplicity of his Japanese-style villa at Atherton. Four stories high, the house is famous for its extraordinary panorama of the bay, sweeping from the Golden Gate Bridge to Alcatraz. It's also well known for being fitted out like a James Bond villain's hideaway with touch screens directing the industrial-strength computers that control every

---

*LE writes: SAP wasn't on the stage with us, but they did officially certify and start reselling Oracle 9i Real Application Clusters under their applications. Interestingly, SAP did not certify either IBM's or Microsoft's database-clustering technology. So our biggest applications competitor is now our best database reference. SAP loves RAC.

function inside the house. It's gorgeous but so minimalist that it's not a cozy place to live in. It is, however, a spectacular venue for corporate entertaining. A few of the twelve expected guests are relatively local, such as Dick Kovacevich, CEO of Wells Fargo (and one of Oracle's bankers), and David Lawrence, the chairman of Oakland-based Kaiser Foundation Health Plan, one of America's biggest medical insurers. But others, such as Jim Courter of IDT, a telco in Newark, New Jersey, and Ron Orr, who runs the air force's logistics operation from Washington, D.C., have flown across the country to attend. And while an invitation to lunch from Ellison is on its own probably enough to get the attention of most CEOs, the fact that the lunch is being held in a house that you will want to tell your friends about is an added lure.

After the guests have had an opportunity to admire the view from the first-floor drawing room before the fog closes in, they are led down to the dining room and seated around the huge, rectangular white table. Oddly, there seems to be no seating plan. Other top Oracle executives, including Safra Catz, Sandy Sanderson (the head of Oracle Consulting), and Mark Jarvis, just spread themselves around, while a handful of the guests politely jockey for a seat near Ellison. The meal, served by a team of several black-uniformed waiters, is elegant but simple. Despite the opulently over-the-top surroundings, the atmosphere is serious and professional.

At least until Ellison starts talking. With this group, he's confident and ready to entertain. It's a variation on the usual theme: what he's learned from his own efforts to turn Oracle into an e-business and why it's a process in which CEOs must become directly involved; the profound impact of the Internet; the failure of IT to deliver on past promises because it is an industry founded on a model that both celebrates and distributes complexity; and, finally, the extraordinary benefits to be had, in terms of efficiency and knowing what's going on in your business, by adopting Oracle's approach of implementing a fully integrated suite of applications on top of a single consolidated database. But the anecdotes of the chaos at Oracle before he saw the light are well honed and funny. What's more, they strike an immediate chord with his guests, as he knows they will. The confessional tone is calculated to get others to tell bloodcurdling horror stories of their own. And then for Ellison to point them in the direction of salvation.

There is, however, a potential danger in being funny about the nightmares that the IT industry has visited on its wretched customers. In his own imagination, Ellison had long since moved on to a simpler and more rational kind of computing that banished armies of expensive consultants

and the associated problems of tying together software packages from a multitude of vendors. Oracle, Ellison boasted, could now, uniquely, offer computing solutions that, for the first time in IT history were guaranteed—that's right, guaranteed—to provide a spectacular and speedy return on the customer's investment. However, even at Oracle, with its much-trumpeted $1 billion of savings and the boast of being able to extract as much again this year (recently slightly moderated because of "the economy"), Ellison was, according to his own CFO, Jeff Henley, running slightly ahead of reality. But for customers, including some of the ones around the table on Broadway, what might be galling was the fact that until very recently, Oracle had enthusiastically been selling the very approach, namely customized best-of-breed solutions, that Ellison was now describing as madness.

By the time Ellison stops speaking (after a good forty-five minutes), one of the guests, George Buckley, an English expat who runs the Brunswick Corporation, a medium-sized conglomerate that operates boating and leisure-focused businesses such as Mercury Marine, is seething to say something. He has written a number of points down on his pad. Looking intense and white-faced, he begins, "Larry, we've spent $250 million on systems in the last few years, and we've got jack shit. I feel like we were led down the primrose path by the IT guys. It was always jam tomorrow. We have all the best stuff in the candy store—PeopleSoft, i2, Oracle—it's a real hodgepodge of systems." Ellison has a "There you are!" kind of smirk on his face. He says, "That's the absolute archetype of what not to do." Buckley looks furiously across the table at him: "Well, I've got to tell you that it was Oracle consultants who, when pressed by my IT people on a perceived deficiency in your software, would say that maybe PeopleSoft or i2 might be better. Well, I'm not going to throw in another $200 million to fix it now." IDT's Jim Courter chips in, saying, "We were fed all kinds of promises that it will all work, and it doesn't." Buckley adds, "We're in so deep now that spending money is not the way. We're spending $100 million a year now. So how do we get out of this mess?" *

---

*LE writes: CEOs as a group are incredibly pissed off about how much they spent for their computer systems and how little they got in return. They have a right to be. As for our own consulting organization recommending best-of-breed, well, that happened regularly in those days. All consulting organizations, including our own, made a lot of money pushing very large, very expensive best-of-breed integration projects.

It will be interesting to see how Ellison gets out of the hole he's dug for himself. What he'd like to do is disown the advice that Oracle's own consultants were peddling only a couple of years previously, when Oracle had some major gaps in its applications suite and couldn't afford to be so dismissive about best of breed if it was to compete with the more complete product from SAP. But with Sandy Sanderson, who has run consulting since the departure of Robert Shaw in 1998, a few feet away from him, doing so might be embarrassing. Instead he tells Buckley that he should actually be cutting his IT budget. He suggests that Buckley stop the work on some of his existing systems integration projects and swap a portion of the budget out to install 11i in one part of the business. Once it has proved itself, Buckley can start rolling it out across the rest of his company. By firing some of the consultants wrestling with his existing software and starting again, Buckley will be able to save some of the money he's currently spending. Says Ellison slightly smugly, "SI is the gift that keeps on giving." *

Buckley doesn't look any happier. The expression on his face suggests that Ellison is the worst kind of snake-oil salesman. It turns out, however, that one of his firm's divisions is in the process of doing a 100 percent 11i implementation. Ellison suggests that they audit how it goes and the time it takes to get a return from the software. Sandy Sanderson will follow up and report back. If that works, maybe Buckley will be more inclined to take up Ellison's suggestion of diverting funds from other projects.[1]

The message that Ellison wants to emphasize is that his guests should spend less on their IT rather than more. By stalling some spending and taking his recommended path of putting in 11i without modification, he genuinely believes that they will save money. The key, he says, is speed. Most SAP failures happened because the projects never got finished. The

---

*LE writes: I wasn't feeling smug. I was feeling frustrated. Over and over again I hear about consultants' recommending overly complex systems that end up costing far more than the customer planned to spend. If customers would demand a price guarantee for the total cost of the system before they signed a contract, it would go a long way toward solving this problem. (Total system cost includes: hardware, software, installation, and annual operating costs.)

[1]LE writes: We did a complete E-Business Suite implementation at one of Brunswick's divisions. The project was delivered on time and under budget. They're a very happy customer. The integrated suite approach works.

---

money spent went to IBM and Andersen. Don't take a three-year flyer like that. The longer a project runs, the less likely it will be to finish. Freeze your budget, and we'll get you a return in very short order. It's the 80/20 rule: a project aiming for 100 percent of the benefits will never finish. But if you go for 80 percent, you can get it done in six to nine months. David Lawrence of Kaiser, who has the manner of a kindly M.D., asks whether there is any evidence that going for the last 20 percent of functionality ever paid back. Never, Ellison says. That last 20 percent can cost you tenfold.*

It's just the opening Ellison needs to describe the approach he used at Oracle—what he calls spending less to know more. The pitch has now been carefully honed to the new reality of shrinking IT budgets, disenchantment with the Internet, and the absolute requirement for rapid payback. "When we first started planning the replacement of all our local country systems—there were hundreds of them—with a single global e-business system, the planning team told me I needed to increase our IT budget by $250 million and not to expect to see any payback for at least three years. Sound familiar? Of course, our IT budget was already way too high; it needed to go down, not up. We had to find a way to fund our global e-business transformation out of our existing IT budget. So I reviewed every one of our internal IT projects; if a project wasn't going to pay for itself in twelve months, we killed it. That didn't mean we canceled every big project. It just meant we had to break up our big projects into multiple steps and make sure we were getting deliverables with benefits and cost savings at every stage along the way. If we couldn't break a big

---

*LE writes: Even if the software could be made to do 100 percent of the things customers say they need, there are still a couple of serious problems that remain. First, the customer may not fully understand each and every one of its own needs, and second, even if it does, those needs are likely to change over time. A far better approach is to buy a system that delivers 80 percent of the benefits of a "perfect" system at 20 percent of the cost. After the 80 percent solution is installed and delivering substantial benefits, you then have the option of incrementally enhancing your system's automation and information capabilities a little at a time. Going for a 100 percent solution requires a perfect understanding of your business before the project starts and a lot of customization to make the software fit. That is a very expensive and risky approach; you might end up with nothing.

project into steps, then we killed it.* Every time we killed something of questionable value, we freed up people and budget to work on the global e-business project and a couple of other cool new things I had in mind.

"Now we targeted two operational systems that were burning money like it was going out of style. We had so many e-mail systems and Windows file servers that we couldn't figure out how much we were actually spending on them—but we knew it was a lot. Replacing our ninety-seven local country e-mail systems with one global e-mail system saved a fortune. Replacing our two thousand Windows file servers with one global file-sharing system saved even more than global e-mail.† These two projects were the closest you get in my business to 'cheap thrills.' Both projects were quick and easy to do and had huge near-term payoffs. Everyone should do them. It only takes about ninety days to lower your e-mail and file-sharing costs by 50 to 75 percent. We actually ended up saving *more* than the $250 million we needed to build our global e-business system. By the time we finished putting in our global e-mail and file-sharing systems and consolidating our data centers, our IT budget had dropped by half.

"As predicted, our global e-business system did take about three years to put in, but we saved money every step of the way. Every time we folded another local country's system into our global system, our IT costs went down and the quality of our business processes and information went up. The first local systems we turned off were in Latin America. Separate off a small part of your business—a country or a division—and move that small organization to the E-Business Suite first. The 'start small' approach minimizes both risk and cost; you'll find out very quickly if the suite delivers value to your business. If it does, then you can start adding other countries or divisions into your working E-Business Suite system.

"We started in Latin America because they were the least automated part of our business and they were the most willing to move to our new standardized Internet business processes. After we got Latin America running smoothly, we started moving other countries into the global system. In our big countries—like the U.S. and Japan—there was a lot of re-

---

*LE writes: The longer a project runs without delivering value, the greater the likelihood it will never deliver value. Go to zero-balance budgeting for IT projects, and beware of throwing good money after bad on long-overdue projects.

†LE writes: Both our global e-mail system and our global file-sharing systems are based on what has become the Oracle Collaboration Suite.

sistance to the change, but it had very little to do with our e-business software. People didn't want to adopt our new global business processes because it meant they'd have to change the way they worked. The resistance was fierce, but I finally broke through by making the people *write down* exactly why they couldn't or wouldn't change to our new business processes. Making them write it down forced people to carefully study and think through the new process. Most of the time that resulted in them realizing that the new process was okay—98 percent of the cases— but sometimes they found real deficiencies in the software and they wrote down exactly what the engineers needed to do to fix it, which they did. Once our users and systems people were communicating in writing, we started making real progress. We added country after country to the global system in rapid succession. Every time we added another country to the global system, our information got better and our IT budget went down. The less we spent, the more we knew. It was amazing."

After Buckley, the two other voices of skepticism are from Wells Fargo's Kovacevich and from Justin Jaschke, the CEO and founder of Verio, a big Colorado-based Web-hosting specialist that was bought by Japan's NTT Communications a few months before the dot-com crash for an eye-watering $5 billion. The point that Kovacevich wants to make is that surely there's a danger of companies' losing competitive advantage and whatever is unique to them if they slavishly adopt business practices that suit the software they're putting in. It's a common misperception that has to be dealt with politely. Oracle's Steve Perkins, who handles much of Oracle's federal government business says that compared with SAP, Oracle's apps are very flexible and you have plenty of choices about the way you want to work.

Jaschke, not surprisingly, is more of a geek than the other guests. He wants to know what's wrong with the currently fashionable approach to systems integration in which applications from different vendors are made to work together using specially designed software, known as middleware, that acts as glue, and central data schema created to form a common language. It's the kind of question Ellison loves. "It just can't be done very well," he replies. "If you glue, say, E.piphany and Clarify [two popular CRM applications] together, the customer databases don't map to each other, so the systems can't pass data back and forth very easily. It's like one guy speaks French and the other guy speaks Japanese. You can get them on the phone together and they can hear each other talking, but they can't communicate. The only thing that really works is a common database schema like we have in the suite. Engineers have tried the data-

passing and messaging approach for twenty years without much luck."
IDT's Jim Courter helpfully adds that he's trying to do something like
that now and "it's a complete nightmare." "Absolutely," says Ellison. "It
might work a little bit some of the time, just enough to tempt you to keep
trying. You can put wings on a car, drive very fast, and it will take off . . .
landing safely is another matter."

The next question turns out to be trickier. The air force's Ron Orr
wants to know, reasonably enough, where Oracle has an example of 11i
up and running that has stood the test of time. Ellison points out that the
suite has been out for only a year but that a few customers had adopted
the "no-modifications" model early on out of poverty. One such is
Techtronics in Oregon—five years ago its business "fell off a cliff," so it
put in global systems because that was the cheapest way to go. It's an odd
example to give. Sensing it, Oracle's Mark Jarvis adds that Cisco is a
well-known example using Oracle financials to achieve a daily "virtual
close." Somebody points out that it didn't help Cisco from making a hash
of its forecasting.*

Afterward, when the guests have gone, the Oracle execs strike a res-
olutely upbeat note, confident they will get solid orders out of the
re-evangelized customers. But with the prospects for the economy as
foggy as San Francisco Bay, the question is: For all Ellison's eloquence,
how much software will they actually buy?

*LE writes: As I've said before, our forecasting system is not clairvoyant. Our
forecasting does statistical extrapolations based on historic trends. If some-
thing that's outside our mathematical model of the business changes, like a war
in the Middle East, our forecasting becomes inaccurate.

# 12
## HUNGARIAN LESSONS

*Hungary*
*May 2001*

The customer Larry Ellison refers to more than any other when selling
the E-Business Suite is GE. It's a good choice: there are few more admired
companies.* But the bit of GE he's improbably declared a model 11i cus-
tomer is in a far-flung outpost of Jack Welch's sprawling imperium.

The road east from central Budapest toward the tiny market town of
Veresegyház some forty-five minutes away is not a bad metaphor for
modern Hungary. The capital itself is a job half done. There are plenty of
new buildings—mainly banks and office blocks—and a concerted effort
is under way to refurbish the grand government buildings, such as the ab-
surdly Ruritanian Parliament that sits on the Buda side of the Danube
and is covered in scaffolding. The road to Veresegyház, narrow, rutted,
and bordered with ads for the latest in mobile phone technology, carries
a mixture of modern European cars, a few wheezing Trabants, and, as
the tatty suburbs give way to open countryside, increasing numbers of
horse-drawn carts. On a warm afternoon in early May, the rolling land-
scape of neat fields is unspoiled and beautiful, until the view is inter-
rupted by a shining new steel-and-glass factory that stretches across more

*LE writes: Working up close and personal with GE was like going to a real-
world business school. What separates GE from most companies is its willingness
to force change after change into its business in a relentless, never-ending pur-
suit of efficiency.

than 500,000 square feet and has changed forever the view of the valley. There's nothing to indicate what goes on inside—a reasonable guess might be some kind of agribusiness plant producing fertilizer or turning out farm machinery. Except that every few days a noise that blasts out of one of the huge metal containers lined up outside one end of the plant sounds oddly like a Boeing 747 taking off.

This building is a $100 million investment by the Power Systems division of America's mighty GE, put up in record time to make replacement parts for industrial gas turbines—highly sophisticated nozzles, shrouds, and combustors—and to manufacture what are known as "aeroderivative" power packages. These are $15-million-a-pop transportable gas turbines that harness the thrust of GE jet engines to produce up to 50 megawatts of electricity—enough to run a large factory or keep a small town humming. Before each of the turbines is disassembled and packed into twenty or so containers for shipping, it is given full load testing to verify its power output and heat rate. Within a year of the groundbreaking for the factory construction—even before the offices for site managers and engineers were completed—the first turbine package rolled out of the gates, on its way to a customer in Paris.

The man who makes it happen is Craig Kipp, a tall, athletic-looking forty-five-year-old who was yanked out of his job at GE's nuclear fuel business in Wilmington, North Carolina. When he arrived in April 2000, Kipp knew that he was facing the challenge of his life to get the plant up and running in the time demanded by his unrelenting bosses in Atlanta. What he didn't know was that Oracle's Larry Ellison would turn out to be staking even more on his success or failure than either GE's legendary Jack Welch or even John Rice, the hard-charging new head of the Power Systems division.

GE has been in Hungary for several years and has several major businesses in the country. The first, Tungsram Lighting, was acquired in 1990 in the first major phase of post-Communist Western investment. Since then, GE Capital has bought Budapest Bank, and GE's Medical Systems and Engine Services divisions have established outposts. Welch early on decided that Hungary would be one of the leaders in the Eastern European pack and the decision to build the turbine plant wasn't a difficult one, with the country expected to accede to European Union membership by 2005. As Kipp puts it, he can plug into an existing GE infrastructure for support services, and he has access to low-cost, well-educated local engineering talent. What's more, for American expats, Budapest is a "livable city."

However, within GE, the significance of Veresegyház would be more than just a new facility to help meet the booming demand for the firm's power generation products. Under Welch's project to digitize every aspect of GE's extraordinary spread of businesses, Veresegyház was to be given the status of a laboratory to test how far, using Internet technologies, the power systems operation could be transformed into a full-fledged e-business. There was also another consideration. The speed with which Welch and Rice's predecessor, Bob Nardelli, now boss of Home Depot, were insisting that the plant come on stream meant that a traditional approach to systems integration wouldn't work, particularly as the other outfits in GE that Veresegyház would be dealing with, such as oil and gas, based in Italy, and energy products, based in France, had a mishmash of ERP systems from different vendors.

At a strategic level, GE was already convinced that going down the integrated suite route made more sense than best of breed, and anyway, time wouldn't allow for anything else. Nor was there much doubt that Oracle would get the nod—Release 11 had already been installed elsewhere in GE, for example, in medical systems, and was doing all right. In July, a month after the bulldozers started clearing earth at Veresegyház, the big discussion was whether to take the chance of going with 11i only weeks after its release. Kipp asks, "Did we really want to take the risk? Putting up a new plant in Central Europe and having to hire a workforce from scratch is risky enough. In the end, what swung it was the superior upgrade path. Because it was all Internet, Oracle convinced us that we could seamlessly get new versions and new features as they became available. The attitude here is that everything's going to the Internet, so we just decided on making a leap of faith. The whole thing had to be installed in just a few months, and we kind of figured that Oracle couldn't afford to let us down." It was a shrewd calculation.

The contract was signed in late October with a clear understanding that if Oracle delivered at Veresegyház, GE would start rolling out 11i across its thirty or so other turbine plants. Within a month, the project was in trouble. Kipp was using a local IT consulting firm named Ejiva, which had done work for GE in Hungary before but was now struggling. Worried, Kipp told Nardelli that at this rate he would never hit his milestones. Nardelli and Rice decided to call Larry Ellison. Kipp says, "Within a week we had thirty to forty Oracle consultants. It was like a MASH unit arriving." Kipp was working from hastily converted offices on a run-down industrial estate that he christened "the bunker." "There were lots of things going on: hiring people, riding the builders, working

with local government. Until December, I thought things were under control. On the other side of town we had all these people from GE and Oracle—there were about eighty of them in an office designed for forty. They were working through the night, mapping processes and figuring out what they wanted the software to do."

When the consultants invited Kipp over for what is known in the business as a "conference room pilot" (CRP), the first of a series of trials that the software has to be put through before it is deemed to be ready, he realized that things were far from "under control." Basically, a CRP involves running the business in a simulation mode—putting the systems that will run the manufacturing and financial operations through their paces. Within the first couple of hours, as he moved from room to room, Kipp felt increasingly uncomfortable. "It just dawned on me that a twenty-six-year-old recent graduate from Budapest Technical University and three guys from Oracle in San Jose were designing how to run my business. I realized I'd been focusing on the wrong thing. Pouring concrete may be important, but what was going to determine on a daily basis sixty to eighty percent of what my people would be doing was being written into the software. And I thought, shit, have we got the right people making the right decisions?" *

What convinced Kipp that he was in trouble was a simulation that involved picking up hypothetical parts from the stockroom to assemble on one of the turbine units. By the time they had taken all the parts out on the shop floor, they realized they were working on the wrong job. Kipp says, "The software was designed that way because people from my finance team were putting in very strict requirements for tracking costs. As I learned more about it, I said this is crazy, if this were to go live we'll just crash the whole business. So we had a meeting in the hallway that night at eleven P.M. There were people hanging off the doors. I'll never forget it. I said, 'What are you trying to do? We don't need this level of sophistication and complexity to run this business.' Because to have this very structured financial cost system means that everything has to be done differently on the manufacturing side." †

Kipp knew that if they continued down this track there was no way they'd meet the promised "go-live" date of March 7. His message was to make it simpler. The problem was that GE's finance and manufacturing specialists from America had believed they were expected to add value by getting Oracle to customize the software to deliver all the features Kipp might possibly want. Unfortunately, they hadn't thought to ask him, and the Oracle consultants were trained never to say no to a customer. *

Kipp says that what had happened was the key to understanding why the installation of business software systems so often goes wrong. "You decide on buying a piece of software that pretty much has what you need to run your business. But then the consultants ask, 'What would you really like it to do, because we want to optimize your business processes.' So the guy says, 'Well, what I'd really like is for it to do the following . . . ' and they have the same conversation with the finance team and the manufacturing team and the sales guys. And of course, the consultant doing his job writes down all the little other things that would be great to have. So Oracle has this great product that will do eighty percent of what you want just by throwing the right switches in the software—no special code or anything—and it all falls down because someone asks that innocent little question: 'What else would you like it to do?' "

Kipp says that if they hadn't been sucked down the path of customization, they might have gotten the software installed in three rather than five months. The key was the commitment of his own time—as much as half of each working day for at least a couple months—and that of his dozen best managers. He says that it's no good expecting junior people to make the right decisions about how the business should be run, and it's crazy to ask them to do it. He admits that the strain of it nearly killed them, but that you have to use the people "who've really got that mental expertise to configure the system right from a process standpoint."

It's exactly what Ellison's been saying all along. Just after Veresegyház

---

*LE writes: This was the turning point of the project. Once senior management got involved—deeply involved—we started making real progress.

†LE writes: Only senior management looks at and makes decisions for the business as a whole. Individual department managers optimize their internal departmental functions without much sympathy for or understanding of the

---

burdens they may be placing on other departments. That's why it's treacherous to automate one department at a time. You're better off taking a self-contained segment of the business, like the Hungary plant, and automating the end-to-end business flows that cross departmental boundaries.

*LE writes: Today, Oracle's consultants are trained to say "no" when it comes to customizing the code. The less a customer changes our software, the more of it they're likely to buy. We make more money selling software than consulting. When consulting is your moneymaker, it's a lot harder to say "no."

went live, John Rice called Kipp over to Orlando to share his experiences with some of GE's other senior managers. Kipp says, "I told them: don't let it happen to you. Just take the software, install it. If you simplify and standardize your business processes along the lines of the way the software's configured, you're going to get eighty percent of what you want. If you want to go back after the next year or three to get some special feature you need, you can still do that." By way of example, he told Oracle that if he needed improved data on quality, the chances were that most of their other customers would too. Oracle's response was that if he could wait six months they'd write it and give it to him in the next upgrade. Instead of saying that was too long and demanding a customized solution, Kipp said, "OK . . . the world's not going to fall apart in six months. Plus, I've got supported software that's in all their upgrades—not some special code that I have to take responsibility for."* It's another example of what Ellison calls his "80 percent rule": take 80 percent functionality now rather than risk never finishing by holding out for a 100 percent perfect solution that exists only in the imagination.

If the lessons for GE are clear, they should also be for Oracle. When the project nearly came off the rails because the consultants were obliging requests by junior managers that were at odds with the approach laid down by John Rice, there was, in Kipp's words, "no one on the Oracle side who was going to tell the customer, 'No, you can't have that.' " Kipp says that GE's managers, culturally used to demanding "everything and now" needed to be told more clearly what's in their best interests. "If they're offered this feature, they're not going to say, 'Well, I don't need that.' But somebody with authority has to be able to say no."

---

*LE writes: Our five thousand applications developers put lots of new features into the E-Business Suite based on customer priorities. This close collaboration was what made it possible for most of our customers to avoid the complexity and cost of custom code.

# 13
## HILL BY HILL

*May 2001*

A year after the E-Business Suite was launched with such high hopes, the world has become a very different and, for Oracle, more hostile place. It would be tempting to describe Ellison as "beleaguered," but that overworked word doesn't really fit. He is still cracking jokes and generally enjoying life. At Oracle there's no hint of crisis. There's a good deal of grumbling about the evaporating value of stock options and the disappearance of bonuses, but at least Oracle isn't laying off swaths of workers like many companies in Silicon Valley. There's an atmosphere of sober determination. There are enough veterans around at Redwood Shores—guys who have been through far worse times than this—to steady the ship and calm the anxieties of young engineers who really did think, as Oracle's advertising insisted, that the Internet had changed everything, including the abolition of the business cycle.

We're on the road again—or, more accurately, flying at 45,000 feet in Ellison's Gulfstream—heading for more customer meetings and CEO roundtables. This time we're going to Chicago and then on to Fisher Island, an exclusive resort near Miami. It's a strange moment in the E-Business Suite campaign. Ellison is convinced that the bugginess and instability are a thing of the past. But the media and the analysts have gotten their teeth into that story and won't let go. The only way to turn it around will be increasing numbers of references from happy customers. But the bad publicity and the economy have persuaded many to delay planned installations. For Ellison, it's a waiting game.

Nonetheless, he says, "We've had some very significant E-Business Suite 'go-lives' lately. Alcoa went live at a major location in less than five

months, start to finish, without any modifications. Liberty Mutual went live. More and more customers are going live on 11i. That's really important. People love the idea—the concept—of a complete and integrated E-Business Suite. But the question is 'Does it really work?' And if it does, 'How do I get there from where I am today?' "

I'm curious to know how many of these customers, if any, are actually using the whole suite. In Hungary, GE Power Systems was deploying the ERP part of the package—the manufacturing and financial apps plus the hot new order management system—but they had no need yet for the fancy CRM piece of the action. What about Alcoa? "Well, when I say that some company is using the E-Business Suite I mean they're using several E-Business Suite applications, not all of them. Nobody, not even Oracle, uses all of the E-Business Suite. We don't use manufacturing because we don't manufacture anything. However, I still describe Oracle as an E-Business Suite user. If a company is using a number of the release 11i applications, I call it an E-Business Suite user. GE Power is running a lot of our applications but not all of them. The same is true of Alcoa. Both GE and Alcoa are industrial giants in the process of modernizing their businesses. They're using E-Business Suite applications to modernize their supply-chain processes, their procurement processes, their manufacturing processes, and their accounting processes. Step by step, one location at a time, they're modernizing their companies using the E-Business Suite."

Alcoa will be an enormous Oracle installation, involving all 362 of its plants worldwide. "I started participating in regular conference calls at GE Power after we ran into some problems a couple of months into the project. We quickly solved those problems and stayed on top of new ones as they arose. During every call we go through major product and implementation issues in excruciating detail. I've learned a lot in the process. I'm going to try to spend more time with Alcoa because it's a huge project that automates all the different Alcoa businesses, from making and selling boxcars of aluminum ingots to consumer-packaged aluminum foil. Another big project I'm watching closely is at POSCO, the world's largest and most profitable steel company. They're doing a big-bang go-live in July. They're switching over the entire company all at once. Not many companies take that approach because of the risks involved. But if you pull it off, it's the by far the fastest way to go.* It takes iron balls to go

that route, but hey, they're a steel company so. . . . Anyway, I always recommend a safe, step-by-step implementation process: define a set of standard processes, bring up one location or one division using those processes, then start adding more locations or more divisions. That's what we're doing at GE, that's what we're doing at Alcoa, that's what we did at Oracle. But you must automate one business at a time, not one department at a time. One-department-at-a-time automation, best-of-breed systems that don't work across departmental boundaries, that's how companies got in the mess they're in today. Companies need a road map to move from their detached departmental systems with their disconnected processes and fragmented data to a modern integrated system built on a single global database."

While the campaign for 11i continues, Ellison's main focus is about to switch back to his first love, the database, and the launch of 9i, the latest and most significant new version of Oracle's flagship product for many years. "I'm back to spending about half my time on the database. 9i is a very big deal because for the first time our database clustering works with real applications—Oracle applications, SAP applications, Siebel applications, custom applications, everything. We've been trying to do this for more than a decade. It's not an easy problem. Microsoft's and IBM's clustering technology works fine for performance benchmarks, but it's useless for real applications. They run clustering tests and then run an ad bragging about their database performance. That's good marketing, but marketing can only carry you so far. Their database clusters can't run real-world applications, so their clustering performance tests are meaningless. Eventually people will notice.

"But our clustering isn't just a marketing scam. Our clustering works with real-world applications, and *that* fundamentally changes the database business forever. But it doesn't stop there: clustering changes the entire computer industry. The computer industry is based on the principle of scale: a big application runs on a big, expensive computer. But if you can make a bunch of cheap little computers 'look' like a big computer, then you've altered the economics of the industry. And that's exactly what we've done with 9i clusters. We've been able to take a group of cheap Windows or UNIX computers, cluster them together, and run SAP applications, PeopleSoft applications, Siebel applications, and everything else. We can do it. Nobody else can. Nobody.

"Before, if you wanted to run faster, you bought a faster machine. Once you bought the fastest machine there is, you're done, you can't run any faster. With Oracle 9i clustering, those limits no longer apply. You

---

*LE writes: The POSCO go-live went nearly flawlessly. It did a lot of planning and testing before moving the entire operation to the E-Business Suite.

can have multiple database computers running your SAP application. To add performance, you add another computer; to add reliability, you add another computer. Rather than having one expensive computer, you have four inexpensive computers, you run faster, you run more reliably, and you run much more cheaply using an array of small machines. We broke the code. We made it work. That's not good news for people who build huge expensive machines. IBM says, 'Gee, our database software costs less per processor than yours.' We say, true enough, but you have to buy software for twice as many processors and then spend five times more for hardware to run IBM's database. IBM would have to pay you to run their database for it to make economic sense. Even if they gave you all the software and hardware for free, it still wouldn't be nearly as fast or reliable as an Oracle 9i cluster. So Oracle9i is the 'last database.' This is game, set, and match in the database business. Oracle 9i clusters make it very difficult for IBM and Microsoft to compete on performance, reliability, or cost. We've got to do a good job getting the clustering message out there, but I think within three to six months it will become obvious that Oracle 9i really is the last database"*

The trouble is that people think of databases as mature technology and not as sexy as applications. How will Ellison communicate his excitement? "Well, it's pretty interesting if you can show eight Compaq PC servers running faster and more reliably than the largest IBM mainframe. And those PC servers could be running Linux. People say Linux isn't reliable enough for enterprise computing. Now, it doesn't have to be reliable. Not if you use lots of them. If one fails, who cares? Not fast enough? Use more of them. 9i is great computer science, not just another software product. It's, I hate the expression, a 'breakthrough.' Bill's been talking a lot about Microsoft's horizontal scalability [using a cluster of little machines to get performance rather than one big machine] strategy. But they can't make it work. We've got horizontal scalability for every application ever written; they have horizontal scalability for one and only one application—their custom version of the TPC-C benchmark [an industry standard database performance test]! It's amazing. And, it will take IBM and Microsoft a long, long time to catch up. Maybe ten years, but probably never."

---

*LE writes: SAP has certified and started reselling Oracle Real Application Clusters, but SAP has not certified either IBM or Microsoft clusters. That says it all.*

If Ellison's claims for 9i are borne out, it's not only bad news for Microsoft's and IBM's database products; it will also have some pretty serious implications for the hardware makers. It's a point that hasn't escaped him. "It will fundamentally change the high end of the computing business. Today, our big customers, like eBay [the Internet auction site], are running big Sun 10000 servers. When one of them goes down, part of their service is down. Now they can run a cluster of four 6500s, or run six 4500s rather than one big 10000. The cluster is cheaper, faster, and a lot more reliable. Why wouldn't you run a cluster?" Ellison had just met with Scott McNealy, the combative boss of Sun Microsystems and an important Oracle ally. Does he realize that Oracle 9i is a big threat to his business? "I don't think he does right now. For the first few years people will cluster two big machines together to double their performance and get fault tolerance. But as they gradually see how well clustering works, they'll start replacing their big machines with clusters of small machines. That's not good news for anyone who builds big, fast computers. The Sun 10000, the HP Superdome, the IBM S80, all these expensive sixteen- to sixty-four-processor computers, why buy them? You want sixty-four processors of power, buy sixteen four-processor PC servers. You don't need to buy these really big machines anymore. They're expensive and they're unreliable, because a single machine is a single point of failure. If it breaks, you're down. Why would anybody spend more for something that's slower and less reliable? Big boxes are going to be replaced by arrays of small boxes. And we're the ones with the software that makes it all work."

Ellison needs 9i to be the success he's so convinced it will be. Although Oracle has maintained its overall share of the relational database business, a report from Gartner that's due out in a few days suggests that IBM is growing its share of the UNIX market a good deal more quickly than Oracle, thanks to aggressive pricing and the naturally much cozier relationships it enjoys with the other ERP and CRM vendors thanks to the fact it doesn't compete with them. Meanwhile, through its willingness to bundle SQL Server with its other BackOffice products, Microsoft has overtaken Oracle for the first time in the Windows NT/2000 segment. Clearly, 9i has the potential for Oracle to open up more blue water between itself and its database competitors, while also providing an economic case based on total ownership costs to justify its much fancier price tag. But can the strength of 9i be leveraged to the advantage of the applications business?

"Well, I do think 9i will be a huge success. This is a little bit like when Oracle 7 showed up and it just creamed everybody. I think 9i will sweep

away the competition. 9i is also very important for our applications business. Clustering is so fast and so reliable, now even our largest applications customer can move to a single global database. In fact, we're thinking about repositioning our applications and focusing on the single database message. At the heart of the E-Business Suite is the one database idea: one customer database, one supplier database, all your information is in one place. We have this wonderful unified 'information architecture.' With SAP and Siebel, you have dozens of customer databases, dozens of data warehouses; it's really hard to find the information you need to do your job. Positioning our unified information architecture sitting on top of our clustered database will help us explain the benefits of the E-Business Suite. We're looking at the same picture, but we're looking at it through a different lens.

"Focusing on the database as the center of our applications strategy has another advantage: it allows us to tackle some new application areas where we're not going to write all the applications ourselves. Instead we're going to provide and publish a database schema with the necessary APIs to allow other apps vendors to write on top of our data model. We're going to start with health care. I think we need a national health records database where doctors input information, hospitals input information, laboratories input information. All your health care records are in one database. It's highly reliable, it's highly secure, it's auditable, privacy is guaranteed. And rapid access is assured in case of emergencies. We have a variety of partners like GE Medical who we're trying to get to build applications on top of our national health records database."

If Oracle were to succeed in persuading lots of independent software vendors to develop their applications using the same data model as Oracle's own applications, it would be big stuff. It would make the E-Business Suite limitlessly extensible by offering a different approach to integration that still kept all the information in one place. Paradoxically, it would even be a way of making best-of-breed work. Unfortunately for Oracle (and maybe its customers), Ellison will probably have to wait a long time for rival enterprise application vendors to allow Oracle the kind of leverage over them through its database that Microsoft exercises over the battered and submissive PC software industry through Windows. Working with niche players that target particular industries, such as health or education, with highly specialized software is a smart way for Oracle to fill out the functionality of the suite.

To try to draw a line under its early instability, Mark Jarvis, the senior VP for marketing, had told me that the E-Business Suite might soon be

given a symbolic 2.0 release. Ellison was skeptical: "Yes, I thought about that, but it's a bad idea. Instead, we're just going to try to do a better job of explaining how we approach applications from a databasecentric point of view. We don't need a relaunch. We just need to tell the market about how much specific customers have saved and how fast the software went in because they didn't modify the code. The other thing we need to do is talk more about the notion of databasecentric applications—all your applications built around a single central database. People already believe Oracle's good at database stuff, so they might also believe we're good at databasecentric applications. And you know what, it's not only believable, it's true—we are good at that."

Despite Ellison's confidence about overall strategy and the quality of Oracle's products, the impact of the slowdown in technology investments and the deteriorating economy were plenty to worry about. With one of the trickiest final quarters for years ready to close, had the "visibility" that has been so clouded a month ago improved? "It's very odd, our business in Japan is doing extremely well, and they've been in a recession for around ten years. It's hard to understand exactly what's going on now that the bubble has burst. Those who enjoyed the ride up are now having an unpleasant ride down. Those who missed some of the ride up, like IBM and Microsoft, don't have as far to fall. But it is what it is. We can't control the market. I don't think it makes much difference whether our stock is flat or down a bit; in the long run what really determines our success and our stock price is how good our products are. And our products are really, really good right now. All we need are more references. References are the key to selling software. That's what gives people the courage to buy a complex, almost incomprehensible piece of technology. Selling the architecture only works with a few early adopters. In most cases, even when they agree that our applications architecture is much better, they'll still go with the market leader. People buy Siebel because 'everyone buys Siebel.' People have an innate belief that there is safety in numbers. It's deep inside everyone's biology. So until we have a significant number of references, including people who threw Siebel out, it will be slow going. So for now we're just going to take it hill by hill, deal by deal, until we have a strong enough foothold for our sales force do what it does best, reference selling."

Something I'd been wondering about is the effect on Oracle's business of Ellison's bad-mouthing of systems integrators. Ellison had sort of apologized and recognized his error, but was he doing anything positive to rebuild bridges with the consulting and SI partners whom he has man-

aged to insult and annoy? Ellison says, "I've had meetings with all the heads of the big five consulting firms, so the answer is yes. More importantly, we've made a couple of important changes in our business that they seem to like. First, we changed our motto from 'Just say no to systems integration,' which was stupid, to 'Just say no to custom code.' That helped. Second, we've been gradually downsizing our consulting business because of our focus on rapid, low-cost implementations, so we don't compete with the big integrators very much anymore. We specialize on getting in and out very quickly."

That made sense, but there's been no letup in deriding Accenture and IBM Global Services. Were they more resistant than the others to what Oracle is trying to do? "Oracle and IBM are point, counterpoint. They say 'best of breed,' we say 'integrated suite,' they sign ten-year integration and outsourcing contracts, we want to implement in six months or less. It's unlikely that IBM will ever do much applications integration business with Oracle,* even though they do a lot of work with our database. The IBM hardware and service guys *love* our database. Accenture has been even more difficult to deal with than IBM. I really don't understand why, but they seem to think meeting with us is a waste of their time. Maybe the hard feelings date back to the Robert Shaw days, or maybe it was something I said. I really don't know. I've had a couple of conversations with George [Shaheen] before he went to Webvan [a struggling Internet grocery firm that would soon fold], but they led nowhere. We'd love to work with Accenture, but so far we've been unable to get them interested." Accenture, it's also worth pointing out, is an investor in Siebel.

Ellison and I then turned to discussing the future of the spin-off from Oracle that makes network computer devices—now known as New Internet Computers—the same ones that were meant to replace the PC. He's thinking of merging the company with a little firm called Be that's focused on developing software, particularly operating systems, for Internet appliances. Ellison relaxes, and his tone changes to that of someone talking more about a hobby than a business. "Be is a public

company, and they're having business problems, not good. But they've got great user interface technology and an important relationship with Sony. NIC is doing OK, $2 million last quarter, $4 million this quarter; they're tiny but growing. All NIC really is is a $200 desktop computer running Linux and a Netscape browser. If we put the Be user interface on top of Linux, the NIC would be easier to use. Maybe we should glue these two companies together." *

A potentially much more important initiative is Ellison's plan for Oracle to buy NetLedger, a start-up run by a former Oracle programmer named Evan Goldberg that has produced an award-winning suite of Web-based applications aimed at small businesses. It's a little awkward for Ellison because he has backed NetLedger with nearly $40 million of his own money and consequently owns most of the company. But now that the bursting of the Internet bubble has killed any hope of an IPO, Ellison wants to bring NetLedger and its five thousand subscribers into the Oracle fold and rebrand the software as Oracle Small Business Suite. He hopes that Intuit, the firm that makes the PC-based QuickBooks accounting application for professionals and small businesses, will make an offer for NetLedger and thus establish fair market value for an Oracle purchase. He says, "My conflict of interest prevents me from getting involved with an Oracle purchase of NetLedger. That said, if NetLedger proves to be successful, they could play an important role in Oracle's applications strategy. We're talking to a large auto company that's interested in providing an online service to all their dealers. The NetLedger system is designed as an online service for small businesses, like car dealerships. It's an ideal fit. It's also an interesting new business model. By connecting the NetLedger service to our E-Suite software we can link a bunch of small companies that are doing business with a large company. In other words, we can automate networks of companies, rather than one company at a time."

---

*LE writes: When IBM bought PWC [in July 2002], they inherited a large Oracle applications implementation business. That gave us an opportunity to try to work more cooperatively with IBM in both application implementations and outsourcing. Early on the signs are very promising. I don't agree with their best-of-breed strategy, but there is no denying the quality and professionalism of their people.

---

*LE writes: To Be or not to be, that may have been the question (sorry), but it didn't matter one way or the other. Microsoft killed both companies like a rogue rhinoceros trampling a couple of disoriented field mice. But the Linux-on-the-desktop idea lives on. If anything breaks Microsoft's monopoly, it will be a desktop version of Linux. The ingredient still missing is a replacement for Microsoft Office. Once the open-source version of StarOffice matures a bit, Microsoft might actually have to compete for business. Watch what is going on in India and China for early signs of cracks in Microsoft's desktop monopoly.

NetLedger/Oracle Small Business Suite could turn out to be important for other reasons. Microsoft has been dipping a toe in the small-business applications market with its bCentral Web site. In December 2000 it also spent more than $1 billion to buy Great Plains, an applications firm with a decent franchise in the small and medium-sized business sector. It's clear that Microsoft wants .NET to offer a range of services and applications to what it sees as a largely untapped market. Ellison agrees. Market research predicts that the small-business software market will be worth $47 billion by 2006, and Ellison thinks that he can use NetLedger both to get a big slice of the action and to head off Microsoft's efforts to extend its applications franchise beyond the desktop. He says, "Intuit is one of the few surviving PC software companies. They've done a terrific job. But NetLedger is an online service company, not a software company. It's a totally new business model. An online service has a much lower cost of ownership and offers a lot more features than Intuit's QuickBooks or any other small-business software, including Microsoft/Great Plains. Nobody is going to beat Intuit or Microsoft in the small-business software market. But if it's a war between service and software, then I think the service model will win." I wondered what would happen if Microsoft decided to offer $200 million for NetLedger. "I'd tell them to get fucked. I suppose Evan might take a swing at me, but I own 55 per cent of the company, and there's no way in hell Microsoft's going to get it."

• • •

When we land at Chicago's Midway Airport, there's a limo waiting to take us to an Italian steak house downtown where we're going to meet Jimmy Linn, or "the Judge," as Ellison usually refers to his nephew. Linn is the son of Doris, the much older sister he grew up with and the daughter of his adoptive father, Lou Ellison. Although there's no blood relationship, the Linns are Ellison's family and they're a very important part of his life. By the time we get to the Erie Café, a former meatpacking plant near River North, the dinner's already in full swing. There are about twelve people at the Judge's table, nearly all of them are lawyers, and most of them seem to have met Ellison before. It's a very traditional place with dark-paneled walls and bare brick, every plate groaning with bleeding slabs of meat (the twenty-four-ounce T-bone is a specialty) or mountains of steaming pasta. And the lawyers don't really look or sound like lawyers. From their appearance (loud sports jackets, open-neck shirts, and plenty of gold hanging from wrists and necks) and conversation (mostly about criminal mayhem of one kind or another), you'd think it

was a scene from *The Sopranos*. The Judge, who's only a few years younger than Ellison, has a dark tan, long black hair, and a Zapata moustache. It's the first time I've met him, and although he's outgoing and friendly, he's also guarded. He doesn't like the treatment Ellison has received from journalists, and he's protective of his famous uncle.

Although Ellison is, inevitably, the center of attention, he's not accorded any special treatment. There's a lot of joking and telling of mostly horrifying anecdotes about Chicago lowlifes. There's also quite a bit of grousing about the fall in Oracle's stock price. Ellison has made Jimmy wealthy by giving him shares in the company (it's the reason he could afford to follow his father onto the bench), and several of the others at the table have personally invested in Oracle. Ellison assures them that the business is in pretty good shape, but he's not prepared to say when he thinks the stock will start to recover. The only thing that fazes him is when a massive plate of lamb chops arrives for him. Ellison loves his food, but the sheer size of the portions seems to rob him of his appetite. He's been in California too long. When the dinner breaks up, Jimmy, who's picked up the tab, puts a braceleted arm around me and says that unless I'm nice about his uncle, he'll personally kill me. I *think* he's joking.

• • •

The next day's roundtable event turns out to be for chief information officers rather than CEOs. There's some embarrassment about this on the part of the Oracle people who've made the arrangements. According to protocol, Ellison really shouldn't be wheeled out in front of this lower-level audience. Maybe Sandy Sanderson, who heads Oracle's consulting organization, should take the meeting instead. Ellison decides that he will show up, but not until after lunch is out of the way. He's decided that from now on, even with a room full of CEOs, they should eat before he makes his grand entrance. It's difficult to make the pitch, he says, if you have already used up all your best lines on the people sitting next to you. In fact, perhaps because the audience is made of CIOs, who are more technically savvy than their bosses, it turns out to be a rather good occasion.

Most of those present are in service industries such as health, education, and the Chicago Police Department. When Ellison finishes his standard confessional riff on why information fragmentation is the reason that expensive computer systems promised much but delivered little, he's drawn into an interesting dialogue with the CIOs about what they need to do if they're to get their own organizations to follow Oracle down the path to e-business. There's near unanimity that, in the words of one,

"From an IT perspective we have islands of automation—little fiefdoms that like spending money on their own bespoke systems." The CIO of Western Digital, a maker of hard disks and storage for computers, says that he figures his firm is running on a total of thirty-eight different applications when it could be using just six—five of which are within Oracle 11i. But when he tried to change things, eight functional directors "slapped me down—the message was, you're in my penalty box." *

Without having the CEO "in their camp," Ellison admits, they'll find it tough. "New software is a great catalyst for change, but unless people are willing to change the way they work, the benefits will be elusive. New business processes are at least as important as new software. At Oracle we began with a project to put in new software. The software made us change the way we worked. Those new business processes led to a more efficient global organizational structure. The sum of all these changes was a new Oracle culture in constant pursuit of higher quality and lower costs. It was a surprise ending to what began as a software project." However, the message that Ellison most wants to leave this technical audience with is the idea that the database comes first. "Count your customer databases. Every year you should have fewer. You're not done until you get to one. Once you have a single customer database, your company has entered the information age. Technology is important. Applications are important. But chief information officers should focus on delivering better information to the business. That's what Oracle applications and Oracle technology are good at, managing and delivering information."

• • •

Next stop is Fisher Island, Miami. The private resort is reachable only by boat. The island was owned by the Vanderbilts, and the centerpiece is still William's former mansion, now converted into a hotel and surrounded by rather tacky guest bungalows that are reached by golf carts, the only

form of transport allowed on the island. The following day's roundtable is for the CEOs of eighteen of Oracle's Latin American customers. It's a sybaritic place but a boring meeting. There are language issues, and the guests are much more diffident about engaging Ellison in debate than their Yankee counterparts.

Perhaps it's just as well. As we're leaving, one of them, Paolo Bassetti, the president of Exiros, a big Internet exchange spun out of the Techint Group, an Italian-Argentine industrial conglomerate, starts telling me about the problems his company is having with Oracle's procurement software. Bassetti's company had opted for Oracle's Exchange Marketplace Platform because it promised a high level of scalability and the ability to integrate with most known ERP systems. But Bassetti felt let down: his clients were finding it difficult to close transactions; California power outages were undermining Oracle's hosting service; and the critical functionality that had been promised in subsequent releases was several months late in arriving.* When I say that he should have mentioned some of this to Ellison during the roundtable, he says that his fellow guests would have thought him ill mannered.

On the way back to California with Ellison, I tell him about Bassetti's complaints. It doesn't come as a total surprise to him and he says he'll look into it, but he looks a bit tired and fed up. I ask him if he doesn't sometimes think it's a little odd that at his time of life and with his kind of money, he's still flying all over the country trying to sell software. He smiles wryly. "It's not something I really enjoy. But right now, I have to do it."

---

*LE writes: Functional directors, aka department managers, do a good job of optimizing business processes inside their own functional areas: marketing, sales, service, manufacturing, accounting, HR, and the rest. Functional directors have no authority to optimize processes between and across functional areas. That's why things break down between marketing and sales, manufacturing and service, manufacturing and sales, etc. Only the CEO is responsible for the business as a whole. If the CEO doesn't connect the dots, the company will never operate efficiently.

---

*LE writes: At the height of Internet mania, our B2B exchange business spread around the world faster than Asian flu. I've never seen anything like it. Unfortunately, every customer wanted its Exchange Web site to operate slightly differently. As the bubble began to deflate, all our commercial Exchange customers began to alter their business plans. It was simply impossible for us to keep up with their constantly changing requirements. Then, to make matters worse, the lights in our California data center started going out on a regular basis. We moved our B2B exchange customers to our Texas data center as fast as we could because California was running out of electricity. California is a strange place. A few years back we almost ran out of water.

# 14

## THE LAST DATABASE

*June 2001*

I'm meeting Ellison by his hangar at tiny San Carlos airport, five minutes' drive from Oracle's headquarters. Ellison keeps four aircraft there: a couple of high-performance prop-driven stunt planes, one of which belongs to his son, David; an Italian Marchetti jet fighter that he acquired after the authorities told him what he could do with his plans to import a supersonic MiG-29 from Russia; and a Cessna Citation business jet, which is unquestionably the biggest and most sophisticated airplane that flies in and out of San Carlos. The Citation is more convenient than the San Jose–based Gulfstream V for trips of less than five hundred miles, and it's the Citation that we're flying to Las Vegas, a one-and-a-half-hour hop over the Sierra Nevada, for an Oracle sales conference.

Right on time at 4 P.M., we drop out of a cloudless sky over the famous strip that is home to the most incongruous set of buildings on the planet, including replicas of the Eiffel Tower and one of the Giza pyramids. As we emerge from the little white plane, a blast of heat hits us. On the taxiway are the inevitable black Lincoln limos and Ellison's bodyguards, George and Rich. On the short ride to Caesar's Palace, I ask Ellison whether he feels at all nervous. It's not only a big audience but one that's expecting to be inspired. Sales for the last two quarters of the year have been flat, and few, if any, of the 3,300 Oracle salespeople in the room will be taking home the bonuses that can bump their salaries up to more than a million dollars. Ellison says, "No, I'm not nervous. I just wish I didn't have to do this. All these guys are going to want to talk about is comp."

The Las Vegas bash is an annual event that takes place just after the close of the final quarter and costs Oracle the thick end of $10 million. It's a perpetual mystery to Ellison why the field needs this kind of thing or the ridiculous awards they love handing out to one another. He says that when he holds a modest party each year for the developers before Christmas, half of them don't turn up and those who do don't stay for long. The team that built 9i might go out for a few drinks when the software ships, but they're back at their desks the next morning, working on what will turn into the next release. When Ellison talks about the sales force, it's as if it's a strange, childlike tribe with odd customs and rituals that are impenetrable to anyone else (i.e., who's grown up). Ellison is willing to concede that Oracle's sales force is full of smart, intensely hardworking people—but the subtext is that most of them are emotionally immature and motivated only by money. It's not contempt, more a kind of fastidiousness combined with intellectual snobbery. The idea that Ellison might spend the night in town striving to be "one of the boys," as, say, Microsoft's Steve Ballmer would, is ridiculous. "If I stayed, they'd hate me for it," he says, "If I was around, they couldn't enjoy themselves."

We arrive at the rear entrance of Caesar's Palace, where Judy Sim is ready to brief Ellison. She says the audience has had a long day and has been "PowerPointed out" with one presentation after another from other Oracle executives. The message is that they're waiting impatiently for a bit of Ellison knockabout and he'd better not disappoint. As we pass one of the swimming pools on the way in, Sim points to what the hotel describes as its policy of allowing "European-style"—topless—sunbathing. The implication is clear: there are competing attractions.

The ballroom is jam-packed. It's standing room only, and people seated in the wings of the giant hall are dependent on the huge screens that fill both sides of the room. As news of Ellison's arrival ripples around the overwhelmingly male audience, all eyes swivel in our direction. On the stage, Jay Nussbaum, Oracle's vice president for service industries, has been presenting BellSouth's Lowri Groves with an award for completing a large CRM implementation at the firm's consumer broadband division. This is the same Lowri Groves whom we met three months earlier in the HealthSouth hangar, who had pleaded with Ellison to do what it took to make Ralph de la Vega, the division's nervy boss, "whole again." BellSouth appears so happy with de la Vega's restored wholeness that it's well on the way to a commitment to extend the Oracle system to its huge fixed-line residential business. Oh, and she's got a prize for Ellison. As Ellison gets up to mount the stage, I whisper to him that she's

changed her tune. He whispers back, "Software implementations are like childbirth. You go through terrible pain, but once you get through it, you have a beautiful new baby."

Nussbaum introduces Ellison—"We welcome our great leader"—who receives a hug from Groves and a piece of fragile-looking modernistic glass sculpture that stands as much chance of making it into Ellison's office as a bust of Bill Gates. The applause subsides; Ellison grabs a microphone and begins to prowl up and down the stage. It's curiously effective, giving the impression of pent-up energy, like a big cat restlessly pacing a cage that's too small to hold it.

Ellison wants to get across the message that despite a tough second half of the year, Oracle has never been in better shape to take the battle to its competitors. "Let's start with our products," he says. "The 11i suite is a revolutionary idea. All the information in one place. All the pieces fitting together. There's never been this breadth of functionality in an applications package before. After just one year we have more than four hundred customers running their businesses on it." He then starts to reel off some names. High up the list, which as usual includes the likes of Ford and Alcoa, comes the story of GE Power Systems and how GE Power in Hungary was able to complete something that might have taken two years in little more than three months by mapping its processes to the software rather than the doing it the other way round—a method of implementation that was now being rolled out in Houston and thirty-seven other sites around the world. For a little light relief and to show that not only huge companies are turning to 11i, Ellison brings up Papa John's Pizza and Pizza Hut: "We're dominating the business of configured pizzas—pineapple and anchovies, whatever you want, our software can configure the pizza. The telecoms business is also pretty important, but it's less familiar to me." The line, which is unrehearsed, gets a big laugh.

But Ellison isn't prepared to lighten up too much. He wants them to know how much more capable 11i is than the products of rival vendors: ERP and CRM combined . . . you can't do business without it . . . SAP and Siebel don't have it . . . Ariba can't automate procurement . . . we're the only ones who can automate whole business flows . . . don't take the whole E-Business Suite all at once . . . take it one integrated flow at a time. And then something close to an admission, an acceptance that the birth of 11i has been far from easy for both Oracle and its customers: "11i has been the most complex product transition in application software history—building a complete suite of applications with Java and HTML front ends. PeopleSoft says we're not as 'pure Internet' as they

are because they have no Java, just HTML, in their user interface—but ninety-nine percent of their apps are written in PeopleTools! Is People-Tools an Internet standard? It's the same with Siebel, their apps are written in SiebelTools—Tom won't sell any software that doesn't have his name on it! Siebel got into the CRM market early, and they didn't have any competitors for a long time. That time is over. The first year of selling the suite was the hardest year. It's difficult to sell without customer references. Maybe we began to doubt whether we could pull it off. They said we couldn't. But we did. We have four hundred references now, and next year there will be thousands. No one else is even trying to build what we've built."

He's brought with him the slides that will be used in two days' time at 9i's official launch. The idea is to see how the presentation goes down in Las Vegas and tweak it as necessary. At first, Ellison promises "no more PowerPoint," remembering Sim's warning on the way in. But just as suddenly he decides to use slides anyway because they'll help him show just how "amazing" a database 9i really is. "Oh, put the slides up. And then afterwards we'll talk about comp."

One of the slides compares the transaction speed of Oracle running on IBM's fastest UNIX computer compared with DB2; it's based on an ad that Oracle is about to run. It shows a tall red column for Oracle and for IBM a blue stump that doesn't extend much beyond the bottom of the chart. Ellison explains, "When IBM wanted to show how fast their fastest computer ran, they used Oracle. IBM won't even say how fast DB2 runs on the same computer. There are two possibilities. The first is that DB2 is so fast that IBM doesn't want to embarrass us. That's one possibility. The second possibility is that they run like a snail. I think we're dealing with escargot, folks." In the testosterone-charged atmosphere that Ellison has carefully stoked, it brings the roof down.

An important part of Ellison's argument is that IBM's DB2 is actually two entirely different products: an excellent database that runs on mainframes and that is capable of running real-world applications across clusters, albeit slowly and expensively, and a vastly inferior product that has a completely different architecture and can run only (briefly) the TPC-C benchmark across different computers. Ellison jeers, "It's like painting the word 'Boeing' on the side of a roller skate and calling it a 747. DB2 on mainframes is a fine product with real clustering capability. DB2 on Unix and Windows is a totally different product with clustering capability that's only good for marketing. It's totally useless for running real applications. You expect this kind of thing from the boys in Seattle [Mi-

crosoft]. They're new to the database business. They might not even know their clustering is useless. But IBM should know better." Ellison then explains the different architectures: "shared disk" for DB2 on mainframes and Oracle 9i on Unix, Windows, and Linux versus "shared nothing" for the other DB2, which he describes as a piece of garbage. "Who's right?" he asks. "The mainframe DB2 guys at IBM or the UNIX DB2 guys? The products are totally different. They can't both be right. It's a difficult question for IBM to answer. So we're going to keep asking it. DB2 on UNIX is an imposter. Its shared-nothing architecture is good for nothing. It doesn't deserve the IBM logo. Oracle 9i is the last database."

With that Ellison turns to sing the praises of the newly released 9iAS application server as being now the "fastest and cheapest middleware in the world." A week earlier, Ellison made a rambunctious appearance at the Java One conference for Java developers at the Moscone Center in San Francisco. Despite the near hysterics of Sun's PR people, who had wanted Java One to be an anodyne celebration of the Java community, Ellison used his time on stage to proclaim the superior performance of 9iAS over the rival product from cosponsor BEA Systems that currently dominates the Web application server market. Ellison had set out to demonstrate that while BEA was much better than IBM's WebSphere—according to Oracle's tests, twice as fast rather than half as fast, as IBM claimed ("It's so easy to get those metrics confused," joked Ellison), 9iAS was three times faster than the market leader. BEA's boss, Bill Coleman, as Ellison now gleefully related to his troops in Las Vegas, had not been amused. "Bill liked the first slide showing how much faster BEA was than WebSphere, but he didn't like the second slide. Major bummer. In fact, he said afterwards that 'Larry had just made the numbers up onstage.' He said I lied. Shocking. He really hurt my feelings. A bit later, when he found out that all my numbers were based on certified performance test results, do you know what he said then? Bill Coleman said, 'Performance doesn't matter.' Performance doesn't matter? Is that right? We're going to feed those words right back to Bill in our next BEA comparison ad. Yes, folks, we *are* a kinder, gentler Oracle these days." The audience roars its approval.

It's time for questions from the floor. The first one's easy. What's Ellison's take on Microsoft? Ellison replies: "The X-Box looks fabulous. They've finally found something they're really good at. We don't compete with Microsoft. SQL Server is a joke. We don't make spreadsheets or word processors, so we don't see much of Microsoft in the market. The only time I think about them is when my Windows machine blows up."

Having spent much of the second half of the 1990s appearing to fight a holy war with Microsoft over the direction of computing, Ellison's approach now is to portray it as irrelevant to Oracle's future. While Oracle is the leader in the serious world of supplying complete business information systems to companies, Microsoft is derided as a company that is increasingly focused on consumer markets, where its main rival is AOL Time Warner.

The next question is a little trickier, although it's one that Ellison has been expecting. An intense-faced, clearly nervous young man, sitting near the back of the hall, asks Ellison about "comp." He says that they've recently been told via a conference call that there will be no money for raises in the second half of the fiscal year just ended. Is this really true? The hall is suddenly completely silent. But by the time he's through, the young man sounds more angry than frightened. And when he sits down he gets a big cheer for being bold enough to say what's on everybody's mind. Even though he's been expecting the question, Ellison still looks slightly uncomfortable. "You obviously drew the short straw," he jokes. "But the truth is that we've had a really crappy year, especially the last two quarters. We share the success, and we share the pain. When things are going well, we pay out huge raises and bonuses. When things aren't going so well, we don't give out raises and bonuses because there's no money for them. The stock's down to fifteen dollars. I'm sorry about that. But it's a fact of life. We're all suffering together. But because we're watching every penny we spend, we've been able to avoid layoffs—Cisco laid off thousands. We're watching every penny we spend so we can preserve our team intact—so you're all here to fight again this year. We have a long tradition of paying people well at Oracle. You can make it all back and more this year, it just depends on how much you sell." I wonder how the stuff about shared pain will go down. Most of the people in the ballroom know that Ellison cashed in $900 million worth of stock at the beginning of the year. Either they're too polite/scared to mention it, or the juxtaposition doesn't trouble them.

One of the more senior salesmen gets up to say that the current situation reminds him of 1990, when Ellison sent all employees an e-mail describing the crisis and the steps that he was taking to resolve it. What was he doing to help Oracle through its present crisis? Ellison is a little shocked at the comparison and starts to talk about some of the things that he's doing to lower costs, such as using the Internet to move customer support from high-price markets such as Britain and the United States to India. But, he says, this has nothing to do with the economy, it's

what Oracle would be doing anyway, "automating away jobs, saving head count, and improving service." The whole point of the E-Business Suite is to do more with less: "That's what we sell it for." Then he starts to waffle about adding people in development and maybe in sales too but says that Oracle is a tough place to be if you're a mediocre sales performer. Realizing he's losing his audience, Ellison stops himself and says what he ought to have earlier: "This is nothing like 1990. We were on the verge of going out of business then. Our performance this Q3 may have been disappointing for us, but it would have been glorious success for almost anyone else."

A couple of questions later Ellison is asked what Oracle's greatest challenge is. His answer is interesting: "The biggest challenge was this year's applications technology transition. It put huge stress on the entire organization. It was like the move from Oracle 6 to Oracle 7. It was Oracle 7 that saved Oracle. The E-Business Suite has been a difficult transition, but we've crossed the chasm. 11i wasn't perfect when it came out, how could it have been? It's five times more complex than the product it replaced. But we were right to be ambitious. There's nothing else like it. First we have to persuade ourselves; only then can we convince the rest of the world."

With that Ellison is done. He leaves the ballroom with the audience still standing and clapping. The effect is clearly calculated. While other Oracle senior executives are accessible and will stay overnight to get drunk and party, the charismatic leader maintains some distance between himself and his troops.

• • •

A couple of days later, it's time for the official launch of Oracle 9i. After the troubled infancy of the E-Business Suite, Oracle could do with some good publicity, and Ellison is convinced that the advanced technology of 9i, especially Real Application Clusters, will blow the minds of the journalists and analysts who have been invited to Redwood Shores. The main theater in the Oracle conference center is decked out with huge red banners, boldly proclaiming the extraordinary qualities of the new database. A spotlight sweeps over the banners, rock music pulsates, and a giant video screen projects swirling images of speed and power. The audience has been carefully segregated: the press occupies tables to the left and near the front; the analysts are behind them; and to the right are the Oracle employees: some from marketing, but mainly the middle-aged, rather academic-looking guys from the database development group, who are on hand to do one-to-one briefings when the main show is over.

When Ellison sweeps in, he moves quickly into the pitch for 9i that went down well in Las Vegas. He's trying to get across an idea that he fears cynical journalists and analysts will be naturally resistant to—that 9i is not just an incremental improvement over its predecessor but a breakthrough product with the potential both to transform the economics of corporate computing and to render the rival databases from IBM and Microsoft terminally obsolete. To Ellison, this is not just marketing bombast. He is convinced it's true. He can hardly contain his excitement. Oracle 9i is the superweapon that will not only win the war but convince the enemy that further resistance is futile. That's why Ellison calls the database team "the boys from Los Alamos" and why he talks of 9i as "the last database."

Although 9i has, according to Ellison, at least four hundred "incredibly cool new features," the one he wants even people who know nothing about databases to understand is RAC. Oracle's top computer scientists, led by a prickly genius named Roger Bamford, have been working on the technology for more than a decade. Although clustering, in which several computers are linked together to work as one, has been around for some time, there has always been a trade-off between scalability and reliability. As corporate IT departments have tried to add computing power to their applications, they have had to spend months reconfiguring data if their applications were to run at all. Even then, the applications were limited to highly specialized activities such as data warehousing, in which groups of machines laboriously look for patterns in their stock of information. The packaged applications made by the likes of SAP, Oracle, and Siebel do not run on clusters because they are unable to cope with the speed at which data changes with applications of this kind.

The only exception to this rule is clusters of IBM's ponderous and costly mainframe computers. Customers who needed both speed and scale to run their applications had no choice other than to buy very-high-end sixty-four-processor UNIX computers such as those made by Sun Microsystems, Hewlett-Packard, and IBM. However, not only do these complicated pieces of hardware typically cost upward of $2.5 million, but to get the reliability required for mission-critical applications or to support an e-business platform able to withstand the onslaught of millions of users, you have to buy twice as many machines as you really want—the one you actually need and one to act as a "hot standby" in case the other crashed. And once you fork out for the biggest, fastest, most powerful computer that money could buy, if you want even more performance, tough. You just have to wait for Sun or HP to get around to building something even bigger and more expensive.

Oracle's RAC is designed to get customers out of this bind by allowing groups of machines to share the same short-term memory or "cache," allowing them effectively to operate as one computer. With RAC, IT departments can start with just one low-cost computer, if that's all they need, and then add more boxes without making any configuration changes or rewriting the code in any of their applications, as demand increases. Not only can they scale their operations remarkably cheaply—thirty-two Compaq four-processor boxes cost less than a fifth of a couple of giant Sun E10000s—but with every server added, they increase redundancy and therefore reliability. Oracle's claim for RAC is that it delivers virtually limitless scalability, absolute fault tolerance, and dramatically lower hardware and operating costs. No wonder Ellison has convinced himself that it is the firm's most important step forward in database technology since it came up with the world's first commercial SQL relational database management system a quarter century ago.

Ellison begins the show with a slide outlining Oracle's original design target for 9i: to improve performance by a factor of five while halving the cost. A further goal was to achieve ten times the reliability. There are, he says, just two ways to get better database performance: use either faster software or faster hardware. Making Oracle 9i the fastest database on a single computer wasn't the problem. On the TPC-C standard benchmarks it could comfortably handle four times the number of transactions a minute as Microsoft's SQL Server, while IBM was not prepared to publish any benchmarks for the UNIX/NT version of DB2. Interestingly, Ellison says, when IBM wanted to show how fast its most powerful UNIX computer was, the benchmark was run using Oracle rather than DB2. Ellison jeers, "IBM couldn't even persuade its own hardware guys across the hall to use DB2, even though it was free!" But hitting the ten-times-improved cost/performance target simply wasn't possible on a single computer. "Really fast computers are not only very expensive," says Ellison, "but one high-end computer is also a single point of failure." So the aim of getting ten times better reliability was also not possible. Why had nobody used clusters? Because the only database that would run real applications was DB2 on mainframes. Pretty much the only application that would run on clusters in a UNIX/NT environment was the benchmarking software used to measure TPC-C performance. So unless you happened to run your business on a benchmarking application, clustering wasn't likely to be a whole lot of use to you.

The problem, Ellison explains, was one of architecture. The architecture of the DB2 clusters on mainframes is called "shared disk," which

means that any computer in the cluster can get at 100 percent of the data. But the clustering architecture used by "the other" DB2 and SQL Server is known as "shared nothing." Apart from the benchmarking software, the problem with "shared nothing" is that the only applications it will run are customized "one-offs." It won't run the packaged apps that are used in the real world. And, Ellison says, it gets worse. First of all, shared-nothing clusters are very hard to manage. If you need to add computers, all your data has to be repartitioned, a job that might take months. Worst of all, as you add computers, the whole system becomes increasingly unstable. With four computers, each holding 25 percent of your data, the failure of just one will bring down the others. In other words, from a reliability point of view there is not just one single point of failure that might bring down one application but multiple single points of failure.*

Oracle's achievement, according to Ellison, is to have taken the same shared-disk architecture that works within the tightly controlled, hermetically sealed environment of an IBM mainframe and make it work using clusters of the cheap computing boxes churned out by Compaq or Dell in their millions. It is, he says, true fault tolerance with commodity hardware—one of the holy grails of computing. The result, says Ellison, is not just ten times greater reliability than before but one thousand times, with no need for redundant "hot-standby" computers and no need for expensive twenty-four-hour-a-day human monitoring of the data center. If one computer, or "node," goes down, it doesn't matter. The system may slow down a little, but otherwise it carries on as normal.

What comes next is that staple of software presentations: the live demo. Onto the stage comes Mark Jarvis. His job is to run the demo while Ellison plays the role, rather unconvincingly, of the guy who asks the dumb questions. The aim of the demo is to show what happens to two clustered four-node computer systems when one node is brought down. One, represented by a thick blue bar that fluctuates in size according to the number of transactions being processed, is running DB2 with the "shared-nothing" partitioning architecture, while the other, in red, is on Oracle 9i with its "shared-disk" approach. Jarvis claims that the demo is live and hooked up via the Internet to an Oracle data center. At first, both systems chug along at pretty much the same rate. Then Jarvis

---

*LE writes: Simply stated, shared-nothing clusters get less reliable as you add computers to the cluster. An eight-machine shared-nothing cluster is one fourth as reliable as a two-machine shared-nothing cluster. Hard to believe, but true.

takes out one of the nodes of the Oracle system. The speed of transaction processing falls by about 20 percent, the red bar reducing slightly in size, but otherwise the system remains stable. He then applies the same treatment to the IBM cluster, which predictably, but nonetheless quite dramatically, can't take it. Within a minute, because only part of the data is now available to the application, thus rendering both the offline and the online data worthless, the blue bar collapses, indicating that the entire cluster has failed. The press and analysts are trained not to react to this kind of thing, but it's impressive. They know that the software business has an inglorious history of rigging demonstrations when products are late or can't do what they're meant to.

After the demo, Ellison turns to the issue of how Oracle 9i will be priced. Over the last year, Oracle has been pricing its database licenses according to a formula known as "power units," which measure the overall power of a customer's computer system and price it accordingly. It's been unpopular because some customers, upgrading their hardware, have resented paying Oracle more money for the same software and because both DB2 and SQL Server licenses are sold according to the number of processors the database will be running on. By using a different metric from its rivals, Oracle has left itself vulnerable to accusations that it is overcharging. It's a stick that several of the market research analysts, principally Gartner's Betsy Burton, have been using to beat Oracle with while claiming, somewhat against the evidence of their own surveys, that it's been costing Oracle market share. Ellison has decided to return to the processor-licensing model used by IBM and Microsoft. He's incensed by the suggestion that DB2 works out cheaper than Oracle.

Under the new formula, the price of the enterprise edition of 9i is to be $40,000 per processor against the $20,000 charged by IBM. But whereas Oracle includes "essential" features such as queuing, work flow, and files in the basic price, DB2 customers must pay extra for them. Quoting IBM's own price list, Ellison says that DB2 turns out to cost 65 percent more than Oracle 9i before you even start to add in the advantages of running on cheaper hardware and lower running costs. And if you want data mining, Ellison claims, IBM will charge you $60,000 per processor compared with Oracle's $20,000. Although this seems like another well-aimed shot at IBM, it has the unfortunate consequence of turning the main story of the day away from 9i's fancy technology and into one about pricing policy, one with a pretty negative spin. The headlines next day are predictable: "Oracle Backs Down on Pricing" and "Oracle Cuts Prices to Stem Market Share Slide." It's a mystery how a company that

spends as much time and money on marketing could have made such an elementary mistake.[*]

But it gets worse. When Ellison finishes speaking, a local newspaper reporter named Tom McEwen wants a quote from Ellison—or "Captain Midnight," as he calls him—about a court ruling a few days earlier on whether he could fly his Gulfstream into San Jose Airport late at night. Ellison had claimed that the airport authority was unfairly discriminating against him on account of the weight of his plane rather than its noisiness, and the ruling, by federal judge Jeremy Fogel, was a big win. Still, he's shocked to be asked about it now. "Oh my God," he groans, raising his hand to his forehead in a gesture of exasperation.[†]

Most of the questions that follow are about pricing. Is this a disguised price cut because of the pressure from IBM, and if so, what impact will it have on revenues? The answers are "no" and "none"—it's just a question of using a comparable metric, and anyway, Oracle is always making its software cheaper and selling more of it as a consequence. An analyst says that in interviews he's conducted with DBAs (database administrators) about half of them are saying that Microsoft and DB2 are "good enough" and what's the point of paying extra for Oracle? Ellison responds almost wearily, "With Oracle, you use less hardware and less labor. The economics of the database industry actually have very little to do with the price of the software."

Only a few questions are about the radical clustering technology, but a couple of them raise interesting issues. Ellison has been keen to get endorsements from rival application vendors for 9i and has succeeded in getting a glowing reference from even SAP. So has Oracle been working with application partners? Ellison seizes on the opportunity to amplify a key point: "Our clusters don't require us to work with them. They don't

---

[*]LE writes: Right. We should have held the pricing change until the following week. It was really dumb to mix it with the RAC announcement.

[†]LE writes: San Jose Airport had a bizarre noise abatement program based on the weight of an airplane rather than the noise it made. My quiet plane was banned from landing after 11 P.M. because it was too "heavy." Noisier planes were allowed to land anytime because they were "lighter" than my airplane. Call me crazy, but I thought that noise ordinances had to do with restricting noisy airplanes, not heavy airplanes. The judge agreed. But in the meantime the press wrote lots of nasty articles about my not obeying the rules. It was quite the little local controversy.

have to change a single line of code. It just works—it's transparent to the app. The app doesn't even know it's running on multiple machines." One perceptive questioner wants to know what RAC means for Oracle's close relationship with Sun in terms of the latter's do-or-die battle with Intel.

The answer is up there on the stage in the form of a rack of Compaq four-processor boxes and in some of the slides that Ellison has shown indicating the price difference between getting sixty-four processors with sixteen Compaq boxes and a sixty-four-processor Sun E10000. Ellison equivocates, "We have a good relationship with both Sun and Intel. But we've always hesitated to recommend Intel for mission-critical applications because their server hardware is relatively small and the Microsoft operating system is so fragile. But with RAC none of that matters anymore. You get the performance you need from clustering lots of small servers together, and if a few should fail, no problem, the system keeps running. So RAC makes low-cost Intel servers viable in the data center.* But Sun has very competitively priced small servers, and they have a great operating system. It's really about small machines versus big, high-end machines, not Sun versus Intel." The truth is that Sun is pretty competitive at the low end because it has to be—but it's not where it makes its money. If big, fast computers can be replaced with groups of little ones, it's seriously bad news for Oracle's old hardware partner, and Ellison knows it.

What Ellison isn't letting on is that he has decided to throw Oracle's weight behind Intel's sixty-four-bit McKinley processor when (and if) it finally debuts next year. Ellison isn't about to say anything disparaging about Sun in public, but what he's planning, not to mention what Oracle has already done with RAC, could turn out to be far more damaging to his feisty Valley neighbor than anything so far achieved by their mutual enemy Microsoft.

• • •

A week later, at Oracle's OpenWorld event in Berlin's huge and hideous ICC conference center, Ellison does a repeat of his 9i launch presentation.

---

*LE writes: The Linux operating system running on Intel servers is rapidly on its way to becoming the most popular hardware/software combination in large data centers. This presents a great opportunity for Oracle because our unique clustering technology lets us deliver our high-performance, fault-tolerant database on low-cost Intel servers running Linux. We can't continue to let Microsoft be the only software company to exploit low-cost Intel hardware.

This time, however, the seven-thousand-strong audience is largely made up of enthusiastic Oracle partners and database administrators. The professionally skeptical analysts and reporters have their chance to question Ellison in a side room, but it's a fairly tame affair despite the presence of one or two known Oracle scourges, including Gartner's Betsy Burton.

Burton has suggested in recent interviews that Oracle's database is losing ground because of intense pricing pressure from IBM and Microsoft, even though the evidence, and even the market research data—itself of questionable quality—is ambiguous. While it's taking flak over the early bugginess of 11i, the last thing Oracle needs is for the biggest technology research and consulting house to be suggesting that there are chinks in the armor of its core database product. In fact, in the course of Oracle's fourth-quarter earnings call earlier that week, Ellison had to admit to a 5 percent falloff in database revenues. While the financial analysts took comfort from the fact that Oracle's earnings had held firm, industry watchers such as Burton took it as further evidence that Oracle's database business was coming under pressure.*

The next day we're in London at his favorite hotel, the Lanesborough. After yet another CEO roundtable, Ellison is going to meet with a group of industry analysts from different firms, among them the dreaded Betsy Burton and two or three of her colleagues from Gartner. Although Mark Jarvis has been trying to mend fences with Burton, Ellison is more inclined to be confrontational. "Like a lot of these analysts," he says, "all she does is predict the past." [†]

About fifteen analysts from firms such as IDC, Forrester, AMR, and, of course, Gartner, are seated around a long table. Their demeanor is

---

*LE writes: Every survey that asked customers what database they were using or planning on using showed Oracle gaining share against IBM. A Morgan Stanley survey had Oracle six times more popular than IBM's DB2 under enterprise applications like SAP and Siebel.

†LE writes: The most respected analyst in our industry is Chuck Phillips. When Chuck publishes his survey results, he includes all of his supporting data and his methodology. Anyone can independently verify the data and double-check his calculations and conclusions. Chuck is completely devoted to the scientific method, invented by Sir Francis Bacon more than four hundred years ago. Betsy Burton uses a more modern approach: she publishes her results without any supporting data or details about her methodology. You can't check a damn thing. You just have to take her word for it.

mostly earnest and respectful, although one, Paul Mason, a senior ana-lyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacen-tric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the propri-etary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. Burton volunteers that one of the benefits of this is that it "reduces con-flicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demon-strate the speed of their hardware with their own database? You guys al-ways say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the comput-ers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's run-ning in a standard certified configuration, you can put hardware wher-ever you want and we'll run it for you. And another thing: everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early.*

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Or-acle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. finan-cial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and con-trarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Or-acle, Burton said, would have to: provide "proof points" for 9i's "clus-tering scalability" and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sus-tained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; de-liver CRM product parity with Siebel; make sure that Oracle consulting

---

*LE writes: If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. How-ever, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing On the Origin of Species and The Descent of Man for more than twenty years, but that judicious delay did not save him from vicious personal at-tacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

---

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

# 15

# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd effect of this was to diminish Oracle's own extraordinary suc-

---

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.

cess. Surely it was better to be known as the world's biggest enterprise software firm than to be seen as Microsoft's perennial challenger. As for Ellison's attacks on Gates, they could make him seem "chippy" and resentful, both of which were far from the truth. What made it even stranger was the fact that Microsoft and Oracle compete only at the margins. To be sure, Microsoft has a database product, originally licensed from Oracle's old rival, Sybase, more than a decade ago. But despite attempts by Microsoft to present the latest versions of its SQL Server as being sufficiently capable for data center duty, its deployment is still mostly departmental. Although Microsoft would like nothing better than to destroy Oracle's profitability by commoditizing the database business, the demands of Internet computing have so far thwarted that ambition. SQL Server remains essentially a "good enough" database that's bundled into Microsoft's BackOffice server suite to put some price pressure on Oracle at the low end of the market. As for applications, Microsoft has remained content to dominate the desktop with Office, preferring to partner with Oracle's competitors, such as SAP, than to compete with Oracle head-on.

However, from Ellison's perspective, the assault on Microsoft and all its works, which he initiated in September 1995 when deriding the PC as "a ridiculous device," had not only evolved into the much broader war on complexity, but created an awareness both of Oracle and of its vision of computing that nothing else could have achieved. Since then, although Microsoft's wealth had grown almost exponentially thanks to its near-monopoly profits from Windows and Office, it no longer had quite the aura of invincibility it had previously enjoyed. Thanks to the Internet, computing had moved decisively toward a model that played much more to Oracle's strengths than to Microsoft's. As for the antitrust case against Microsoft that had arisen from its brutal suppression of Netscape, it had not only hugely distracted its senior management but done great damage to the company's reputation. A few days after, I discussed these issues with Ellison. The Washington, D.C., Court of Appeals found Microsoft guilty of serially abusing its monopoly power while rejecting the controversial remedy of District Court Judge Thomas Penfield Jackson that it should be broken into two companies.

Ellison's antipathy toward Microsoft seemed to go much further than simply seeing it as a dangerous business adversary. He once said to me that what he really didn't like about Microsoft was that it didn't have any taste. What did he mean? "Well, actually I was quoting Steve Jobs. He said that the thing that really bothers him most about Microsoft is not

how successful they are or how much money they have; it's the tasteless mediocrity of their software.*

"I totally agree with Steve, Microsoft's software is rarely first rate. They never, ever innovate, but they're pretty good copiers. All those bright people up in Redmond remind me of the guys you see sitting in museums making beautiful copies of great art. Their pictures are beautiful, but they're copies—forgeries. Ever since the guilty verdict in the antitrust case, Bill began chanting Microsoft's new mantra: 'Please, please don't take away our right to innovate.' Microsoft innovate! Give me a fucking break. The innovation for the Internet came from Netscape. All Microsoft did was copy Netscape's browser and bundle a 'free' copy of the browser with Windows. But it wasn't really 'free' at all. Microsoft got paid for its 'free' browser by raising the price of Windows. But Netscape couldn't charge for its browser because Microsoft included a 'free' browser as a part of Windows. It was a brilliant business strategy. It killed Netscape. But it's illegal. Now Microsoft is trying to do the exact same thing to RealNetworks [the innovators of Internet streamed video and audio] by bundling a 'free' media player with Windows. They'll just keep doing it over and over again until somebody penalizes them for doing it. You're got to give them credit for balls, but not for innovation. Even Bill's business strategy is just a copy of Standard Oil's strategy back in the 1870s. But when Rockefeller used his monopoly to crush his competitors, it wasn't illegal. There were no antitrust laws back then.

"So what's Microsoft's single greatest innovation? Take your time. It's a trick question. There aren't any. All that money Microsoft spends on research; what have they got to show for it? Nothing! Compare that to IBM's research results. IBM invented the disk drive, they invented core memory, they invented the scanning tunneling microscope, they invented fractal geometry. The list of IBM inventions goes on and on. IBM researchers have won Nobel Prizes. IBM, at the height of their greatness, was a national treasure, an institution that anyone would be proud to be a part of. They don't do software very well anymore, but their old mainframe stuff was great. I make fun of a lot of other databases—all other

---

*LE writes: What bothers me most about Microsoft is the fact that they've been found guilty of repeatedly violating our antitrust laws but they've escaped all punishment—so far, anyway. Those guys are lucky as well as smart. I hate that.

databases, in fact, except the mainframe version of DB2. It's a first-rate piece of technology. Microsoft may have more money than IBM ever did, but they don't have more ideas. It's the difference between a great fashion designer in Paris and someone who just does knockoffs in Brooklyn. Except that Microsoft would bundle the dresses with Windows and give them away for 'free.' "*

There are few things that Ellison loathes more than hypocrisy. It's one of the reasons that people often find him objectionable—he almost never says the politically correct thing, whether the subject is dating Oracle employees or how he spends his money. If he thinks he's in danger of sounding sanctimonious, he'll suddenly shut up in the middle of a conversation. More than anything, it was Gates's hypocrisy about the "right to innovate" that infuriated Ellison: "I didn't despise Bill for destroying Netscape, which wasn't very nice—or legal, for that matter. Bill just calculated he could smash his competitors by breaking the law and get away it. Who knows? Maybe he can. But when Bill defended Microsoft's murderous behavior by saying, 'All I ask is the right to innovate,' that kind of pushed me over the edge. *Netscape* did the innovation, Bill—that's why you killed them! All you did was copy the innovation and destroy the innovator. To kill the innovator in the name of innovation was such an incredible lie, such a cynical piece of deception, such hyperhypocrisy, I just couldn't stand it. If Bill had said, 'We killed Netscape because they were in our way; they weren't tough enough to survive, so fuck 'em. Hey, Andreessen [Marc Andreessen founded Netscape when he was twenty-one], welcome to the software industry, punk. I've got a little present for you; it's a pine box and a bullet with your name on it. That'll teach little kids

---

*LE writes: Recently, in a* Wall Street Journal *article, I predicted "the end of Silicon Valley as we know it." I believe that a thousand Silicon Valley companies are in the process of going out of business and that the computer industry will consolidate around a few giant technology survivors. These large companies will dominate the industry and be the source of innovation in the years to come. Marc Andreessen, Netscape's founder, responded in both horror and disbelief. He said that large companies are incapable of innovation; that innovation is done in small companies by nineteen-year-olds. Of course that's what Marc believes. Marc is in his thirties. All he's seen is the complete absence of innovation at Microsoft. He never witnessed the cornucopia of inventions that poured forth from IBM in the 1960s and '70s.*

to stay the fuck out of my neighborhood. Mess with Microsoft, you die.' Okay, cool. That's still not very nice, but at least it's honest." *

For a couple of years—between 1990, when Microsoft did its deal with Sybase, and 1992, when Oracle 7 arrived to save his bacon—Ellison regarded Gates as a direct competitor. But for most of the time, at least until Ellison launched his attack on the PC in the wake of the release of Windows 95, these were profound differences between Oracle and Microsoft—one was a desktop company, the other was server-based; one was Windows, the other largely UNIX; one believed in the proprietary software route, the other was committed to standards—actually made it easier for the two men to get along. Ellison says, "Bill and I used to be friends, insofar as Bill has friends. Back in the eighties and early nineties, all the people in the PC software industry hated Bill because they feared Bill.† But Oracle didn't compete with Microsoft very much back then, so we got on pretty well. As I got to know Bill, I developed a great respect for the thoroughness of his thinking and his relentless, remorseless pursuit of industry domination. I found spending time with Bill intellectually interesting but emotionally exhausting; he has absolutely no sense of humor. I think he finds humor an utter waste of time—an unnecessary distraction from the business at hand. Scary stuff. I don't have anything like that kind of focus or single-mindedness."

One telephone conversation with Gates in 1993 sticks in Ellison's mind. "It was the most interesting conversation I've ever had with Bill, and the most revealing. It was around eleven o'clock in the morning, and we were on the phone discussing some technical issue, I don't remember what it was. Anyway, I didn't agree with him on some point, and I explained my reasoning. Bill says, 'I'll have to think about that, I'll call you back.' Then I get this call at four in the afternoon and it's Bill continuing

---

*LE writes: During Netscape's heyday, John Doerr, Silicon Valley's top venture capitalist and a big investor in Netscape, told me that Marc Andreessen liked to say, "Microsoft just didn't get it." That's a saying in Silicon Valley. It means you're technically behind the times, you can't feel the change of seasons, you're a dinosaur just waiting to die. But in Microsoft's case, they were a dinosaur waiting to eat. Netscape was just getting fat before they were served up for lunch.*

†*LE writes: They had reason to be afraid. They're all dead now. There is no PC software industry anymore. There's just Microsoft.*

the conversation with 'Yeah, I think you're right about that, but what about A and B and C?' I said, 'Bill, have you been thinking about this for the last five hours?' He said, yes, he had, it was an important issue and he wanted to get it right. Now Bill wanted to continue the discussion and analyze the implications of it all. I was just stunned. He had taken the time and effort to think it all through and had decided I was right and he was wrong. Now, most people hate to admit they're wrong, but it didn't bother Bill one bit. All he cared about was *what* was right, not *who* was right. That's what makes Bill very, very dangerous.

"Most people are so in love with their own ideas that it confines their thinking—creates boundaries and limits their ability to solve problems. Bill, however, has this Asian-like ability to manage his intellectual vanity and take ideas, regardless of where they come from, and put them to work for Microsoft.* The terrifying thing about Bill is that he's smart enough to understand what ideas are good—what's worth replicating— and he has the discipline and resources to get on with it and make it just a little bit better. That's very Japanese. That's very scary. Add that to Bill's ruthless perseverance and the fact that Microsoft has more money than God, and you get a most formidable foe—the ultimate foe, the perfect enemy. We pick our enemies very carefully. We decided to pick a fight with the biggest, most dangerous bully in the schoolyard. There's no way to avoid this fight, so let's start it."

Ellison's decision to start attacking Microsoft in 1995 was based on the same reasoning as today's attacks by Oracle on IBM: "If I want to make a point, I have to compare it to a counterpoint. I can't explain hot without comparing it to cold. In fact, there's no such thing as hot without

---

*LE writes: Bill Gates, like most of the other very smart programmers I know, loves to prove his brilliance during arguments with other smart programmers. But if Bill has to choose, he'd rather win the war than win the argument. He doesn't really care where the ideas come from as long as he's the one who gets paid for them. The very last time I ever spoke with Bill was in 1999, when he called and invited me to visit Microsoft and debate the future directions of technology with their top technical people. When I declined, he asked me to reconsider, arguing that I would find it interesting "because there are a lot of very smart people at Microsoft." I told him that was exactly why I didn't want to go. He had expected me to show up and show off by explaining how clever Oracle's ideas and plans were. Many of Microsoft's competitors fell into that intellectual vanity trap. Not us. We want to get paid for our ideas.

---

cold. Everything's relative. So I attacked Microsoft: this is what they think, this is what we think. Constant comparison between our Internet-centric server technology and their Windows-centric desktop technology provided increasing clarity. The battle lines were now clearly drawn. It was Microsoft versus the Internet—the common heritage of all mankind. We were part of Team Mankind, the last, best hope to prevent total world domination by the evil empire in Redmond. Very colorful stuff. Anyway, it made it interesting for journalists, analysts, and customers. We got a lot of press. It was supposed to be a battle between two rival computing architectures. It wasn't supposed to degenerate into a me-versus-Bill thing, but people are more interested in personalities than technologies, so that's what it became: Billionaire A versus Billionaire B. I got onto the cover of *Fortune* magazine as 'software's other billionaire.' Oracle's technical ideas and products went along for the ride. The 'battle of the billionaires' was good brand building for Oracle. At that time the company we wanted to be compared to was Microsoft."

To what extent had Ellison really believed that his network computer was going to take over the world, or had it always been more of a stick to beat Microsoft with and a way to dramatize philosophical differences about computing architecture? "When I introduced our new Internet computing architecture, I emphasized what was new about it; how it was different from the client/server architecture that came before. What was different was that we stored the application software on the server, not the desktop client PC. One implication of running the application on a server is that you no longer need a desktop PC to access the application; all you need is a simple device running a standard Internet browser. Now, we make our money selling server software, so I wanted to talk about the server aspects of our new architecture. But the press wasn't interested in our architecture or any other difficult-to-photograph concept. They wanted to see the new, simple device—the Network Computer. The NC story just exploded beyond anything I imagined. It took on a life of its own. Some hardware companies even started manufacturing network computers. Then people started asking me how we were going to make money with the network computer. We're not, I told them. We make money selling server software. As long as the application is on the server, I don't care what's on the desktop.*

---

*LE writes: Actually, I do care a little. It sure would be nice if desktop Linux took off. I'd love to see Microsoft's desktop monopoly broken and their revenue stream reduced.

Almost everyone now sees this Network Computer episode as an example of Ellison's shooting his mouth off and getting it embarrassingly wrong. When I asked him whether he'd put much real thought into it, he just laughed and made a zero sign. I pointed out that I'd never seen him using a network computer (or, for that matter, a Mac). "Well, my desktop PC has this big, beautiful screen. That plus the speed of my network connection is about all I care about. Ninety percent of the time I'm either in e-mail or on the Internet. In other words, I use my PC as if it were a network computer about ninety percent of the time. And when this book is done, that will go to ninety-nine percent of the time. Right now I'm spending more time in Word than I'd like, plus I still read the occasional PowerPoint file or Excel spreadsheet. That's a complete list of what I do on my PC. As for the network computer, I don't care about it at all. Why should I? It makes no difference to me what computer people have on their desk: a network computer, a Mac, or a PC, just so long as their shared applications are on Oracle's application server and all their data is in Oracle's database. The only applications that belong on your PC are personal productivity tools [e.g., Office], an e-mail and calendar interface [e.g., Outlook], an Internet browser [e.g., Explorer], and games, if you play games. All shared applications and all your data, all of it, belongs on a database server. You should never have any data stored on your desktop PC that isn't also stored in a database, unless you don't mind losing it.* Everyone's adopting the Internet server architecture or at least says they are. Look at PeopleSoft's new Version 8—one hundred percent of the user interface is via an Internet browser, and all the applications are on a server. Siebel's not there yet, but they say they are, which means that they know they should be, they just haven't gotten the programming done yet. But Tom knows what's hot, so that's what he sells. Anyway, the debate's over. The Internet computing architecture has won; the client/server architecture is dead."

I put it to Ellison that although the war had unquestionably been largely on the architectural front, he had been wrong about two things: the ability of the PC industry, through its extraordinary volume efficiencies, to turn out full-featured boxes for little more than the price of a stripped-down network computer and the reluctance of people to give up having their personal productivity software running on their local hard drive. Ellison's response was that he hadn't been alone in underestimating how the price of PCs would fall. He recalled a conversation with Intel's Andy Grove in 1996.*

"My idea for a $500 Network Computer had been heavily ridiculed in Intel's internal magazine. They ran a mock ad showing 'Larry Ellison's magic $500 box.' It was an orange crate containing two tin cans connected by a string. Andy Grove, Intel's CEO, carefully explained to me that people wanted more powerful PCs and they were willing to pay for them. He said that PCs would keep getting more powerful and their selling price would stay about the same, around $2,500 for the foreseeable future; PCs would keep getting better but not cheaper. He compared my cheap NC to an inexpensive but unpopular car called the Yugo. I can still see Andy disdainfully spitting the word 'Yugo' at me as I responded back with my most adolescent smirk. Fine, I thought. A $500 NC will compete quite well with a $2,500 PC."

Unfortunately even for both Grove and Ellison, the foreseeable future didn't last very long. A variety of competitive pressures forced PC prices to drop to around $700. Ellison says, "That $700 PC surprised the hell out of Intel, killed the NC, and made me look stupid. But it didn't cost me any money. Oracle's server software business was unaffected. However, for the PC hardware companies it was an extinction-level event. Most of them saw their margins drop, their profits disappear, and their life expectancy shorten to that of a fruit fly."

The implication was that if even Andy Grove, one of the founders of the PC industry, hadn't foreseen $700 machines with ten times the performance of high-end PCs of only a few years ago, why should Ellison, an enterprise software guy, have read it any better? As for Microsoft's Office, Ellison concedes, "Microsoft's real stranglehold monopoly has turned out to be Office, not Windows. Like everyone else, I could easily move to desktop Linux if Microsoft Office ran on Linux. But it doesn't. Microsoft maintains their desktop monopoly with Office; Windows isn't nearly as important."

---

*LE writes: We created our Collaboration Suite [about which more later] to make it easy for users to replace Microsoft's Exchange e-mail servers and Microsoft's file servers with an Oracle database. Data, all data, belong in a database.

*LE writes: Andy's the only guy whom both Steve Jobs and I agree we'd be willing to work for. Andy's absolutely brilliant and brutally honest. I've always loved him, but I fear my love has gone unrequited. I'm afraid Andy thinks I'm a bit of a flake. That's what he told me, anyway.

One of the things that made Bill Gates so livid about the government's antitrust case was the active support it received from powerful commercial rivals, such as Oracle and Sun, which he considered to be no less ruthless in the way they competed than Microsoft. In June 2000, it emerged in the press that Oracle was employing private detectives to root through Microsoft's garbage for evidence that apparently independent, but pro-Microsoft, institutes with names such as Americans for Technology Leadership and Association for Competitive Technology were just front organizations, set up and entirely funded by Microsoft. Ellison's so-called Dumpster diving hit the headlines when Oracle passed the information it had gathered to the newspapers. Later the same week, Ray Lane's departure from Oracle was tersely announced. According to the rumor mill, Lane had left after fighting with Ellison over his "inappropriate" behavior. Far from being embarrassed or chastened, a grinning Ellison had appeared before the cameras dressed in a blue suit, red tie, and white shirt (intentionally invoking the flag) and had spoken proudly of having done nothing more than his patriotic duty in helping to expose Microsoft's wrongdoing.

He still feels pretty good about it: "I'm an American. I think it's important that America's technology is competitive. Absolutely. But I don't think we stay competitive by killing off innovative companies like Netscape and RealNetworks, which was Microsoft's modus operandi. So why were they warning all patriotic citizens that anything that hurt Microsoft would hurt America? It was all part of Bill's Big Lie. Whatever's good for Microsoft is good for America? Microsoft's freedom to innovate must be protected? What? I think Bill must be some kind of reincarnation of Milo Minderbinder from *Catch-22*.* Microsoft was bankrolling all these bogus operations, such as the Independent Institute,

---

*LE writes: Joseph Heller's novel Catch-22 is set in Europe during World War II. One of Heller's characters is Milo Minderbinder, a budding entrepreneur serving in the U.S. Army Air Corps. To supplement his army pay, Milo forms M & M Enterprises with the grandiose marketing tag line "Whatever is good for M & M Enterprises is good for the world." Milo gets into a bit of trouble when M & M Enterprises signs a contract with the Germans to bomb American forces. But Milo strongly defends his actions by explaining that the war was being fought to "preserve the free enterprise system." Any restrictions on the behavior of M & M Enterprises would conflict with the goals of the war and be bad for the world.*

which was neither 'independent' nor an 'institute.' But we had to find proof that Microsoft was paying them off to parrot the Microsoft party line. So we found a bunch of invoices and canceled checks in the garbage proving Microsoft was paying all these phony front organizations. Why should I be embarrassed about that? We didn't break the law. They did."

Back in late 1997, when Netscape, the target of Microsoft's aggression, was already on the ropes and the Department of Justice had begun to take action against Microsoft, I had asked Ellison whether Oracle might buy Netscape. If Netscape was so important, surely it was in Oracle's or Sun's interest to offer it protection. Ellison's answer then had been that Netscape didn't have any technology that Oracle wanted, his "cat could write a browser," that it was terribly overvalued, and that, anyway, Microsoft was going to kill it. I came away with the impression that perhaps Netscape was more valuable to Oracle as a very public victim than as a going concern. Even now, it's hard to gauge Ellison's real feelings about Netscape. "Netscape was the most innovative Silicon Valley start-up during the nineties. Netscape's Navigator browser ushered in the Internet age. They single-handedly changed the Valley. eBay, Yahoo!, and all the other Internet companies exist because of Netscape. But Netscape had a big problem. It's just not very hard to write a browser. Andreessen wrote Mosaic [the Mosaic browser was the precursor of Navigator] in his spare time when he was in college. So there was no technical barrier preventing Microsoft from writing a competing browser. To emphasize that point, I said that my cat, the one that recently died, could write a browser. For some reason that made Jim Barksdale [Netscape's CEO] and Marc very angry at me. I don't know why. She was a very smart cat. The two cats I have left, incidentally, can't program worth a damn.

"Okay, I accept that most people don't believe that a cat, even a smart one, can write a browser—all by herself, anyway. Reasonable people can disagree. But there's no question that a team of competent programmers can build a pretty darned good browser in about a year. And that's exactly what Microsoft did. When they bundled it with Windows for 'free,' Netscape's days were numbered. They were just this little itty-bitty company—just a few kids and Jim Barksdale—in a fight to the death with Microsoft, for God's sake. They had no chance at all. Bill liked to say, and I quote, 'If Microsoft gives away all of its Internet software and Netscape gives away all of its Internet software, I like Microsoft's chances of survival better than Netscape's.' Yeah, no kidding. The most powerful company on Earth had decided to kill off a little newborn company called

Netscape. No holds barred. It was Godzilla versus Bambi—and Godzilla didn't bother to play by the rules."

On the question of whether Oracle should have bought Netscape, Ellison repeated that under the circumstances, the company had been horribly overvalued. "There was this big Netscape acquisition meeting at Oracle shortly before they sold out to AOL. John Doerr, Jim Barksdale, and Marc Andreessen represented Netscape. The gap between what they thought Netscape was worth and what I thought Netscape was worth was gigantic. They thought they were the heartbeat of Silicon Valley; I thought they were a corpse on the dark side of the moon. They wanted five to ten billion for the company. I thought that Netscape was near worthless. They were a money-losing proposition, and I couldn't figure out what we could have done to save them. If we had immediately open-sourced the Navigator browser, then browser revenue would have instantly gone to zero. What's the point of that? We would have paid billions for nothing. Some people at Oracle didn't agree. They thought that we should buy Netscape just to make certain that Microsoft wouldn't have the only browser in the market. But I really didn't feel like paying a $5 billion entry fee into a one-sided browser war. It's a colossal mistake for us to battle with Microsoft over desktop software for one very simple reason: desktop software will not determine the ultimate winner of the software wars. It's not a desktop browser war, it's a server software war. I don't think that we can beat Microsoft on the desktop, and I don't care. We're a server software company. The Internet is all about network server software. Oracle is CBS, and Microsoft is Sony. We run the network, they make television sets. We make much better server software than Microsoft. Server software is a battlefield where we can fight them and beat them. We do it every day. Let them have the desktop. They can build all the television sets they want."*

Ellison thinks that the sheer distraction of destroying Netscape and dealing with legal consequences damaged Microsoft more than is generally realized. He's fond of saying that Microsoft "robbed the wrong bank." He says, "Microsoft wasted a tremendous amount of moral capital, credibility, and time destroying Netscape. At Oracle we used to call Netscape the 'heat shield.' Microsoft was so busy burning Netscape to a crisp that they fell further and further behind in database technology. We

---

*LE writes: I suppose they could build televisions that receive only MSNBC and give them away for free. I'm sure they're thinking about it.

have a big lead in server software, and I don't think that they can catch us. Unlike Netscape, we're protected by a huge, almost insurmountable technology barrier."

I couldn't help feeling that there was at least a whiff of the hypocrisy that Ellison detests in the tear-jerking way that he talked about the crushing of poor little Netscape, while he seemed quite happy to try to snuff the life out of smaller competitors such as Ariba and Commerce One, which he derided as "features rather than software companies." It's a charge that nettles Ellison: "We've never seen anyone compete like Microsoft. Nobody. Microsoft very effectively and illegally threatened and bullied PC companies that dared to distribute Netscape's browser. All the PC companies stopped distributing Netscape because they were afraid of Microsoft's reprisals. Microsoft will go on breaking the law until someone stops them. They're going after Real, using the same exact bundling techniques they used against Netscape. They're bundling instant messaging to go after AOL. That's how they compete: bundle, bundle, bundle. Why not? From their point of view, they're getting away with it. I've never seen anything like this degree of abuse of monopoly power. IBM used to have a monopoly. But they never engaged in the kind of behavior that's business as usual at Microsoft."

Okay, but if Oracle bundles its application server with its database, which is pretty much the case, and goes to war with BEA, which a lot of people see as an innovative company that has created a new market, what's the difference between what Oracle's doing and Microsoft? "First, we don't bundle our application server with our database; we charge separately for our application server. Second, even if we did bundle our application server with the database we wouldn't be breaking the law because we don't have a monopoly in database. Under the provisions of the Sherman Anti-Trust Act, standards of behavior are different if you have a monopoly versus not having a monopoly. The law says you can't use one monopoly to obtain another monopoly. Microsoft has a monopoly in desktop operating systems. Microsoft bundled its browser in their desktop operating system, and they succeeded in getting a monopoly in browsers. That's express violation of our antitrust laws. Now Microsoft is bundling a media player in its desktop operating systems to get a monopoly in those. Microsoft is bundling instant messaging. See any pattern here? We have no monopolies; we don't bundle; we don't break the law."

I wondered whether Oracle, if it ever did get monopoly power, would behave more like Intel than Microsoft. When Andy Grove first realized

Intel was on its way to having a dominant market share in PC processors, he made certain that everybody at Intel who dealt with the world outside understood exactly what the limits on their behavior should be. It didn't stop Intel acting, at times, in a fairly brutal way toward competitors, but it had always accepted that the law was there and that it applied to Intel. Ellison laughs. "I think that obeying the law's a really good idea. IBM and Intel managed their monopolies and competed aggressively without ever operating outside the law. But Microsoft is different. They understood the law. They had lawyers advising them. They're smart guys. They're not naive. But Bill's an ideologue. I think he believes that the antitrust laws are wrong, so he doesn't need to obey them." *

I had often thought that one of the reasons for Gates's apparent willingness to flout the antitrust laws time and again was simply the arrogance and sense of inviolability that comes from unimaginable wealth. If anyone had a take on that, it should be Ellison. His answer was complicated. "Bill's hyperrational side is in a losing battle with his emotionally fragile side. Bill goes out and methodically searches for good ideas to steal. That's perfectly rational behavior. That's made him very successful. But then, one by one, Bill starts to claim credit for the stolen ideas. He actually starts believing that they really were his ideas in the first place. He's pretending to be someone else. He wants to be someone else. He can't bear to see himself as Rockefeller; he sees himself as Edison. And he can get very childish and upset when other people don't see him as the great inventor." He tells a story of a dinner party at Andy Grove's house during which Grove was asked whom he admired most in the PC industry. Grove replied that it had to be Steve Jobs: he had either invented or popularized everything to do with the PC industry. News of this eventually reached Gates, who called Grove and asked him to dinner. When the meal was nearly over, Gates finally let it all out: His feelings have been terribly hurt. Doesn't Andy admire Bill?

Ellison says: "Here's this guy who built the most successful company

*LE writes: More likely Bill simply calculated the risk-reward ratio in breaking the law to break Netscape and acted accordingly. Getting rid of Netscape benefited Microsoft approximately $25 billion to $50 billion in market cap. The punishment for breaking Netscape and the law seems to have been a few harshly worded editorials in The New York Times and The Economist. So far Bill's calculations seem to be correct; for Microsoft the benefits of breaking the law have been great and the financial cost near zero.

on earth, but he's still very unhappy with himself. He's unhappy with how he's perceived, not just by the public but by the people who are close to him: his primary partner, the guy who ran Intel. His behavior during the antitrust trial wasn't so much recklessness coming from extreme wealth as self-destructiveness because he felt persecuted and unappreciated. Bill just wants to be loved. Who doesn't? But historically America has never offered great love to people who accumulate vast fortunes. Just the opposite. If you're rich, the best you can hope for is to make the transition from robber baron to philanthropist with a great deal of humility and a lot of check writing. Fair enough. That's a perfectly reasonable and time-honored bargain. What else can you do with all that money, anyway? You can't spend it, so you have to give it away."

America hasn't yet "offered great love" to Bill Gates, at least inasmuch as he is now seen by most people as a latter-day Rockefeller, a ruthless bully, rather than the benignly grinning and blinking supergeek who built America's most admired company. The government had been successful beyond all expectation in making its case against Microsoft, thanks to the courage of many witnesses, the courtroom skills of David Boies, and Microsoft's own almost cavalier self-incrimination through both the testimony of its executives and the damning trail of e-mails.

One consequence of the trial, I reckoned, was that the hardware makers had become braver about not being used as Microsoft's pawns, and there were greater opportunities for Oracle to forge strategic partnerships with the likes of Compaq (before it was absorbed by HP) and Intel, as it was now doing. Ellison agreed up to a point. "Do you remember when Microsoft invited all those people to New York to get up onstage with Bill and say how much they liked him and how much they like working with Microsoft? It reminded me of Al Capone doing a similar thing in Chicago back in the thirties. It's the 'Be nice to the alligator and maybe he'll eat you last' theory of survival. Well, I've got a better idea. Let's kill the fucking alligator before he kills us! If we fight back, maybe we'll survive. Maybe we won't kill the alligator, it's a huge fucking alligator, but trying to kill it will improve our chances for survival. Being nice to this alligator will never work. If you think Microsoft's competitors dislike them, you should talk to their 'partners.' Microsoft has bullied Intel and Compaq so many times they've lost count. Everyone in the industry is looking for an alternative supplier of software for Intel's mass-market computers. Everyone's thrilled about Linux. And I believe they're looking to Oracle to provide some balance against Microsoft. IBM's really not a big player in the software business except on mainframes, so it's up

to us. We're the last, best hope for mankind in the battle against Microsoft and its plans for world domination."

To that end, Ellison was devising a strategy for Oracle to go into the operating system business. He believed that despite the hype over Linux and IBM's enthusiasm for the open-source operating system, it would still be years before it was sufficiently hardened to do service in the corporate data center. For that reason, he was in discussions with Compaq's boss, Michael Capellas, an ex–Oracle hand, to rework, and eventually take over, the immensely fast and robust Tru64 operating system, which had been developed over more than two decades by the best engineers at Digital, so that it would run on Intel's new 64-bit processors.

Ellison eventually wanted to see all the Intel-based computer makers selling certified servers preinstalled with Tru64 and Oracle's database software. It would mean that Oracle would have preintegrated every part of the software "stack" from the applications at the top of the stack through the applications server to the database and, finally, the operating system at the bottom. "We're going to build our next generation of database clusters out of a bunch of low-cost Intel computers. Our Intel clusters will be highly secure, totally fault-tolerant, and much faster and cheaper than anything else on the block. As for the operating system—don't ask, don't tell. You don't ask what operating system a Cisco router is running. Why should anyone care what operating system our database cluster is running?" *

It seemed that regardless of the final outcome of the Microsoft case,

---

*LE writes: Perhaps people shouldn't care, but they do. So we had to adapt our operating system strategy from "Don't ask, don't tell" to the very latest, hippest fashion—namely, Linux. The Linux movement was gaining tremendous momentum, so we decided that we'd better jump on the train, not in front of it. But we had to add a number of critical features to Linux to enable it to run our fault-tolerant database clusters. We had to assign a number of our engineers to work with Red Hat (a Linux distributor) and the open-source community to build the features we needed into the Linux operating system. We even took our distributed file system and donated it to the open-source community so that it could become a standard part of Linux. After a lot of time and effort, Linux has now developed into the prime-time, mission-critical operating system that we need to compete head-to-head with Microsoft Windows. Today, Linux on Intel beats Windows on Intel in every important area: performance, reliability, security, and cost.*

Oracle had already benefited from it. Even if Microsoft emerged constrained by only mild conduct remedies, Ellison seemed to think that Oracle could withstand any vengeance that Gates might want to exact. Rather than Oracle being on the firing line, Ellison believed that the companies that had most to fear were in the consumer and entertainment businesses. In particular, he thought that AOL Time Warner and Sony were about to feel the full effects of competing with Microsoft.

Ellison frowned. "I think AOL is in deep trouble, but what do I know? I really don't understand AOL's business at all. To me it seems like a simple online service for people who don't like computers. Whenever I prowl around their system, all I can find are a bunch of twelve- to fourteen-year-olds in chat rooms. Chat rooms are closely related to instant messaging. Both have been critical to AOL holding on to their customers. AOL chat and instant messaging is a closed network; they only allow you to communicate with other AOL members. That strategy works fine for a while, but it will fall apart over time. Imagine an e-mail system that only lets you e-mail other AOL members. No one would use it. As instant messaging matures into a standard service, AOL must open their system up or be isolated from all the other instant messaging users in the world. AOL has no good choices here. Either way they lose. Microsoft is bundling instant messaging with the next version of Windows. Instant messaging will soon become a standard service in business. There will be more instant messaging users outside AOL than inside AOL. It's not a pretty picture. To make matters worse, Microsoft can underprice AOL whenever they feel the government heat is off. What if Microsoft priced MSN at half the cost of AOL for the next ten years or so? Then there's the small issue of the upcoming competition from the broadband carriers—the phone and cable companies. Maybe they'll squeeze out both AOL and MSN. Who knows? All you really need is a fast line from a carrier and Yahoo! Why should the broadband carriers share any money with Microsoft or AOL? AOL has a very uncertain future. Steve Case pulled off the deal of the century by buying Time Warner. AOL shareholders should give him a medal. On the other hand, Time Warner shareholders have a right to be very, very upset. And I think they'll get more upset over time. What was Gerry Levin thinking?

"X-Box [Microsoft's game console] is likely to get killed by Sony's Playstation 2 for the next couple of Christmases. However, Microsoft has great patience and endurance. They'll be around year after year. Microsoft's monopolies generate so much cash that they can blow billions in the game business and keep coming at you. That's what Sony faces. Per-

haps Microsoft won't kill Sony's game machine business, but they'll be Sony's number one competitor. And as games go online with broadband, Microsoft is likely to start building games that work with both PCs and the X-Box. The online game business is brand new, and that presents opportunities to a newcomer like Microsoft. Sony's a great company, but Microsoft has unlimited financial resources. It's no fun competing with a company that has an infinite amount of monopoly money—real monopoly, real money. So I think AOL and Sony are both vulnerable to competition from Microsoft. The barriers to entry into their businesses are primarily financial, not technical. Fortunately, the opposite is true for us. The reason we're able to compete with Microsoft is because our technology is so hard to replicate. It took us more than twenty years to build our database. And our guys are every bit as smart as theirs. Sometimes I think that we'll be their last competitor. The last one standing."

Hating and baiting Microsoft, software's evil empire, is one thing, but I wondered whether Ellison could really get himself so worked up about IBM, a company he had admired all his life and was even now ready to call a "national treasure." "Well there are two different IBMs—the IBM of Christmas past and the IBM of Christmas present. The old IBM, the real IBM, was created by Thomas Watson, Jr. That IBM was the greatest company in the history of the earth. When I grew up in this industry, IBM wasn't someone against whom you competed; IBM was the environment in which you competed. But that was then and this is now. IBM never really recovered from the loss of Tom Watson. He was followed by a string of anonymous sales executives who just kept doing what IBM had always done: develop and sell mainframe hardware and software. As the center of gravity of the computer industry moved away from mainframes, IBM failed to adapt. The world changed, the industry changed, but IBM didn't. Eventually IBM was forced to hire an outsider, Lou Gerstner, to come in and change the company. He abandoned IBM's technology-centric past for a service-centric future.

"IBM hasn't developed any interesting software since the mainframe version of DB2 nearly twenty years ago. That's a long dry spell. All of their great software is their old mainframe stuff: OS/390, VM, the mainframe version of DB2—all first-rate pieces of technology. The new IBM no longer develops much software; instead they go out and buy it. They bought Lotus, Tivoli, Informix, Rational, and so on. IBM's products on UNIX and Windows are not close to being competitive. Their database on UNIX and Windows used to be called UDB [Universal Database] but they changed the name to DB2 to try to fool people into thinking it was

the same database product that they had on mainframes. Now, DB2 on mainframes is a great product. DB2 on UNIX and Windows is a totally different product with a totally different architecture, and it's a very distant third in the modern database business behind Oracle and Microsoft's SQL Server.

"Lou Gerstner turned IBM into a giant service organization. You have money; we have people. Want to trade? There is very little leverage in that. It's really just a bigger version of EDS [a big systems integrator and hosting firm founded by Ross Perot]. But I don't think building lots of oil and lube places to service your car is a very good idea. What if someone builds a car that only requires the oil to be changed every 100,000 miles? IBM's service business model depends on computer technology remaining very complex and labor-intensive. IBM ran this series of ads showing a roomful of business executives saying: 'Good grief, if this merger goes through we'll have seven different platforms, fifteen different databases, fourteen different operating systems, a wireless project, and so on.' Then you hear this woman's voice speaking to the roomful of desperate execs, and the voice says, 'And that's when you know it's time for IBM.' In other words, computing is so enormously complicated that a normal business can't hope to understand or cope with it, so you should call in IBM. I have a different idea. Use better technology that's easier to understand.

"Our strategy is to simplify our software so you need *less* labor to install and run it. You don't need a big systems integrator if you don't do much systems integration. IBM recommends that you buy lots of different applications from lots of different vendors. In fact IBM resells applications from SAP, Siebel, i2, Ariba, pretty much everyone I can think of except Oracle. Then IBM makes a bundle by selling you guys with glue guns to stick it all together. The old IBM's strategy was creating value by creating intellectual property. The new IBM's strategy is based on servicing complex systems; the more complex the system, the better it is for IBM. But if I'm right and the industry turns away from these labor-intensive, highly customized best-of-breed software systems, then IBM's service business will slowly melt away, like a glacier."

The essence of Ellison's hostility toward IBM is a form of intellectual snobbery. A company that was made great by its technology and applied engineering skills had lost its way and sold out. It was now run by sales and marketing guys who were cynically selling out the greatest name in American business. For the pragmatic Gerstner, remaking IBM as "the solutions provider with the deepest bench," as his successor, Sam Palmisano, once described it to me, has been a triumphant success. But

it's easy to understand why Ellison sees the shift not only as an exploitable point of difference with Oracle's main competitor in the database market and the aggressive reseller of its rivals' applications, but also as a kind of betrayal. What most riles him, however, is the cavalier approach to facts that Big Blue routinely adopts in its marketing: "IBM went on the attack about six months ago. They sent out a bunch of letters to CIOs claiming that they were number one in database market share and number one in database performance. Well, they are number one in mainframe database market share, but on UNIX, Linux, and Windows we have five times the market share they have. Tons of surveys—Morgan Stanley, Goldman Sachs—support that. As for being number one in performance, well, I'm stunned that IBM would make such a completely indefensible and easily disprovable claim. The old IBM would never, ever have done that."

Although Oracle's big philosophical battle with IBM is about complexity—the integrated Oracle suite versus the best-of-breed applications recommended by IBM and expensively glued together by Big Blue's army of integrators—Ellison has decided that the first stage of the campaign against IBM will be "to go after their software technology products because their software technology isn't what it used to be." And it's not just IBM's database that's in the firing line, but also its application server: "IBM's got this thing called WebSphere. WebSphere is not a product; it's many products: around a hundred separate products, I believe. It's a bit confusing. IBM has gotten into this odd habit of using the same name for totally different things. DB2 is one name, but IBM applies it to two totally different products. The confusion is intentional. The WebSphere name takes the confusion to a new level. WebSphere includes a hundred different products. It's the same naming scheme that George Foreman uses to name his kids: they're all named George. Anyway, one of the products that falls under the umbrella name of WebSphere is IBM's Java system. In a fit of creative license IBM put a statement on their Web site claiming that IBM's applications server—WebSphere—runs Java twice as fast as BEA's applications server. They didn't publish their benchmark results, but they did put a copy of the benchmark program on their Web site. Now, we were ready to take IBM at their word because, after all, they're IBM. They wouldn't just make this stuff up. We had already tested BEA's applications server and found that our Java was twice as fast as BEA's Java, so we figured that we must be around the same speed as IBM's Java. That was a little disappointing, but those seemed to be the facts.

"But the night before we were scheduled to make our big Java announcement, I asked Richard Sarwal, the guy in charge of our server performance group, to download the performance test on IBM's Web site and test IBM's Java. Richard looked extremely depressed: it took him twelve hours to download everything he needed. But he finally got the test running. When I came in the following day, I found out that IBM was not twice as fast as BEA; BEA was twice as fast as IBM. IBM just confused the subject with the predicate. That's a pretty serious typo. After we completed all our testing, our Java ended up running twice as fast as BEA and four times as fast as IBM. I don't know how IBM gets away with making claims that are so easily disprovable. I guess because they're IBM." *

The ads that Oracle had started running against IBM were as aggressive as anything it had done during the 1980s, when it was just a scrappy upstart. I wondered whether a self-confident, mature company should feel it necessary to define itself by trashing its competitors. Wasn't there something undignified about it? Ellison grins. "I know it's bad manners to publicly point to your competitors and say, 'Nyah, nyah, nyah,' we're better than you.' I know this style makes people think I'm a rude jerk. So be it. But I don't know any other way to prove the superiority of our technology without directly comparing it to our competitors' technology. We urgently need to make our points. There's no polite way to point out that what IBM's saying is not true. We present verifiable facts as clearly as we can, and then we ask the market to decide. Here's us; here's them; here's the proof. You decide."

Another part of the logic in going for IBM, as Ellison sees it, is that many of Oracle's other rivals march under Big Blue's banner, companies Ellison describes as IBM's vassals. He says, "A lot of Siebel's success is due to the fact that IBM recommends Siebel. It costs you $2 million for Siebel and another $20 million for IBM to put it in for you. IBM says, 'We've looked at Oracle, we've looked at Siebel, and we really think you

---

*LE writes: IBM continues to make numerous incredible claims about its software. Perhaps the strangest was the claim that DB2 was the only database that ran on UNIX, Linux, and Windows. After we called them up and pointed out that we ran on UNIX, Linux, and Windows, they quickly took the claim off their Web site. I don't think IBM is lying when it makes these claims; I just don't think it knows the facts. This is not the IBM I so admired when I first started working in the computer industry. This is not your father's IBM.

should buy Siebel.' IBM is the supermarket for all of our competitors. They do two things. First they provide the skilled labor to install the stuff. Fair enough. The problem comes with IBM's pretense of objectivity when they recommend application software: 'We're IBM. We're an independent agent. We've done a careful and detailed analysis, and we honestly think SAP or Siebel or PeopleSoft or i2 or anyone is always a much better choice than Oracle.' Of course they're going to recommend SAP or Siebel because it costs five or ten times more to install and run that stuff. That's how IBM makes their money: installing and running the software. IBM brings Siebel, i2, Ariba, Commerce One, and other economically fragile software companies brand credibility. Without IBM they'd all die. Even with IBM they'll all die, just more slowly.

"We compete with IBM directly in the database and application server business and indirectly in the applications business. We're beating IBM in the database business and the application server business. The only place they do well is on mainframes, and mainframes matter less and less every year. Time is on our side. In the applications business, it's not IBM's to win or lose. That battle is between best of breed and the integrated suite. If the integrated suite wins, then IBM loses. We'll win the database and applications server war. I'm confident of that. And the integrated suite will kill best of breed. I'm confident of that too. But we need to beat SAP in the integrated applications suite war. That's the hard one, but it's doable. If we win all three battles—and that's a big if—then we'll replace Microsoft as the most important company on earth. But I don't dream of an Oracle that's like Bill's Microsoft or Lou Gerstner's IBM version 2. Our role model is Tom Watson's magnificent creation, the technically brilliant and innovative IBM of old. That's who we want to be like when we grow up."

# 16

## CHAINED TO THE JOB

Early on I had wondered just how committed Ellison really was to making Oracle as great as IBM in its heyday. I thought that given his age, the range of his interests, his unimaginable wealth, and his own self-confessed dislike of much of the routine drudgery that's involved in running any business, it was almost inconceivable that he would have the necessary stamina and the hunger. Two things made me realize that I had underestimated him. The first was Ellison's evident willingness to put in fourteen-hour days while on the road. The second was sitting in on the meetings in Oracle's eleventh-floor boardroom, from which he drives and directs the company. This was not a "big-picture" chief executive who passively absorbed sanitized briefings at ten thousand feet from nominal subordinates who were actually running the business.

Whether he was suggesting a solution to some obscure engineering issue concerning the database, deconstructing some back-office process at Oracle to understand what was needed from applications to automate a business flow seamlessly, tweaking a sales compensation plan to eliminate perverse incentives, designing a "portlet" for Oracle's executive dashboard, penning the latest ad, or sharpening an online sales presentation, Ellison was everywhere. Nor did it strike me that he was interfering with the work of others for the sake of it. Although most of the people who work at Oracle are formidably intelligent, Ellison's constant probing and refining seemed both to put them on their mettle and genuinely to add value. Ellison also constantly monitored every shift in his competitors' business tactics or product strategies, ensuring that Oracle could rapidly exploit any emerging weakness or block off any new threat.

Ellison had told me that he was unable to strike a balance between an extreme form of laissez-faire delegation and an equally extreme obsession with influencing every aspect of the business. He could either be semidetached from the day-to-day management of Oracle, as he had been during the mid-1990s, or furiously involved, as he was now. Although Ellison's energy and commitment were hugely impressive and there was hardly anyone at Oracle who preferred the hands-off Ellison to the hands-on version, I could not help remembering Jeff Henley's anxiety that perhaps Ellison was now being too controlling and that the creativity of some very smart people might fail to flower as a consequence.

Overdependence on Ellison carried other risks: according to some people who knew him, there had been a cycle in the past in which Ellison's appetite for running Oracle would wax and wane depending on the challenges facing the business. Henley actually believed that in some ways the pounding that Oracle was taking in 2001 was a stroke of luck because it meant that Ellison had no option but to tie himself to the job. If success with 11i came too quickly, there was a danger that Ellison might relax. Henley and other Oracle executives were also worried about the commitment Ellison was making to winning the America's Cup. When I inadvertently mentioned to Henley, in July 2001, that a successful America's Cup campaign might mean Oracle's losing its CEO for the best part of five months, he had been horrified. At the very least, he said, it would mean that some important deals, which only Ellison could close, would be lost, maybe forever. He was so upset that he called Ellison, who was cruising the Mediterranean on board *Katana,* and threatened to resign if it was true. Ed Screven, Oracle's chief software architect and the man whose job it is to make sure that the various development groups are working synergistically, had an additional concern: "Larry casts a pretty long shadow, so he can be gone for an extended period of time and his shadow is still there. But what will happen is that some disputes that only Larry can settle will remain unresolved." I asked Ellison how seriously he took their misgivings. No matter how much he wanted to win the cup, he said, if Oracle needed him, Oracle would come first.

• • •

A typical day for Ellison starts when he gets up at about seven o'clock and checks his overnight e-mails. Unlike many CEOs, Ellison has only one e-mail address. He gets more than a hundred e-mails a day, most of which he answers himself or forwards to the appropriate person. He prefers short e-mails that deal with one specific issue rather than essays

because it makes collaborative working easier. After dealing with e-mails he heads for the spacious deck that overlooks the exquisite Japanese garden. There he usually breakfasts on scrambled eggs and bacon (Ellison's Judaism is of the lapsed variety) or fish, rice, and miso soup while reading the newspapers (the *Financial Times* and *The Wall Street Journal; The Economist* on weekends). Even if it's raining and cool, he likes to sit out of doors as much as possible.

At about nine, he heads back inside to continue work on e-mails, writing memos, checking through ads, and working on larger "think pieces" both to clear his mind and to outline strategic issues and forthcoming challenges for colleagues. Some of the papers that Ellison writes will go straight onto Oracle's intranet, especially those aimed at sharpening the message of the sales force. Also part of the routine is a visit to Oracle Sales Online, which might prompt him to leave a message questioning the status of a particular sales opportunity. During the morning, he also takes telephone calls, patched through to him by either Carolyn Balkenhol at Redwood Shores or by Joyce Higashi, the highly efficient Japanese American who works from home and meshes together the personal and professional sides of Ellison's life. Some of these are regular conference calls with major customers in the middle of implementations. Every fortnight for a year, for example, Ellison talked to the senior management at GE Power during its rollout of the E-Business Suite.* Another part of the routine is to check out the Web sites of rivals: software companies tend to tell the world about what they are intending to do long before they actually have the products ready to ship. Thanks to the Internet, there's no excuse for ever being taken by surprise.

At about eleven o'clock, Ellison usually jumps into one of his cars—his current favorite for everyday use is a Mercedes SL55—and drives a couple of miles to his gym for a workout until lunchtime. Although he has a well-equipped gym in his house, he prefers to exercise with other people rather than at home with a personal trainer. He says, "I can't work unless I work out. I can't push myself mentally unless I push myself physically."

Sometimes, usually on a Friday, Ellison will host a business lunch at home in Atherton. For instance, in July 2001, Ellison's entertaining the top management team at The Gap to celebrate a deal to install the

---

*LE writes: For a time I had regularly scheduled conference calls with POSCO (the world's largest steel company) during the final phases of its implementation of the E-Business Suite. The calls started at 4 A.M. Pacific time.

E-Business Suite to run the retailer's financial and purchasing systems and various other modules to cut costs in its core business functions, including a nifty piece of Internet software called Oracle Product Development Exchange. On hand to greet the khaki-clad Gap executives as they roll up in their black Lincoln limos are Jeff Henley and Sandy Sanderson, the head of consulting. As usual, Ellison waits to make his appearance until all the guests have arrived (he can be heard playing classical guitar in an adjacent room) and are being seated at the immaculately laid table outside on the deck—he is conscious of his celebrity CEO status and knows how to nurture it. With its new clothing lines failing to find favor with its traditional customers, The Gap is having, if anything, an even more bruising time in the market than Oracle. So, while much of Ellison's conversation is aimed at encouraging his guests to buy into Oracle's philosophy of redesigning processes to get the best out of the software, he and The Gap's CEO, Mickey Drexler, also want to compare notes about the economy. It's an interesting contrast: Drexler, who along with Ellison serves on the Apple board, sees everything through a consumer lens, whereas Ellison is more concerned about the confidence of business customers to invest in an uncertain climate. Naturally, both are far too polite to suggest that any internal factors could be contributing to their current problems. When the guests eventually tear themselves away from their beautiful surroundings, Ellison expresses his frustration that despite the Oracle sales pitch, The Gap seems determined to go down a partial best-of-breed route, mixing custom software with the E-Business Suite. "They're going to have a hard time with Retek [a retail software package]. It's not an easy package to implement or integrate. They need to understand that," he tells Sanderson.

When he doesn't have lunch at home, Ellison usually heads to the office at around 1 P.M., driving himself the ten miles along the congested Highway 101 to Oracle's headquarters at Redwood Shores. When she knows he's on his way, Balkenhol will phone around, telling everyone who's scheduled to attend Ellison's meeting to gather. She then uses his travel time to update him on anything he needs to know, run through the afternoon's schedule, get approvals for spending and hiring decisions, and find out whether he wants his lunch of chicken nuggets and ice cream.

Until Ellison's arrival, Safra Catz will push things along in the eleventh-floor boardroom. But it's slightly awkward for her, a fact reflected by her unwillingness to sit center stage. An important part of the way she sells herself within Oracle is that she doesn't give the impression of running

the show in his absence, in the way that Ray Lane and, to some extent, Gary Bloom might have done. When Ellison does stride in, the atmosphere becomes highly charged. It's not that Ellison's presence exactly makes anyone nervous (although a relatively junior executive waiting to make some careful PowerPoint presentation might disagree), nor do people become overtly respectful. There's still plenty of tinkering with PalmPilots and frequent visits to the fridge in the hall to get drinks. If Ed Screven is there, he'll be sprawled in his chair, his feet in decaying running shoes planted on the expensive table top. It's more that there's an air of expectation. Ellison is always in performance mode, cracking jokes, telling stories, and generally dominating every part of the discussion. It's almost as if he feels the need to relegitimize his leadership each day by demonstrating the completeness of his grasp.

What's noticeable in these meetings, which typically continue until six or seven in the evening, is how differently Ellison relates to the programmers compared with other workers at Oracle. They know that they are the elite, and a good few of the old hands are confident enough of their standing with Ellison to argue with him if they think he's wrong and they have the facts on their side.* From that point of view, the concern that an excessively controlling Ellison may be squeezing the creativity out of colleagues seems overdone. Although I have been present in a few meetings when there's been an air of tension, usually when it turns out that somebody has fallen down on the job, Ellison no longer goes in for public executions. By his own admission, it's quite a change from the way he used to operate, and, as always with Ellison, it's the reputation he earned in a different era that stays with him now.

---

*LE writes: Our senior engineers don't hesitate to argue with me when they think I'm wrong. And if I'm way wrong, they'll cut me off midsentence. Ed Screven will blurt out, "No, that's not right," and rapid-fire the reasons why. Ron Wohl will let me finish my sentence and say in a considered tone, "Larry, I don't agree with you." Then he'll carefully, point by point, explain where I've gone wrong. Andy Mendelsohn will let me finish what I'm saying, and then he'll just stare at me for a while. Gradually, this pained look takes over his face and he'll say, "I really just don't understand what you're saying." That's a bad one. I must have been totally wrong or completely incoherent. (Fortunately it's not possible to be both.) But the worst is when Roger Bamford catches me saying something stupid. He just giggles. It makes him so happy.

• • •

When Ellison was fourteen, he had an argument with his sister Doris, then in her early thirties: "She asked me the question 'What's more important to you? To be loved or admired?' I said I'd like to be admired. She just said, 'No,' gave me her 'You're just a stupid adolescent' look, and left the room. It took me a long time to understand that we *all* want to be loved. Even me. Imagine that. Anyway, I used to have a management style that earned neither love nor admiration. Rather than using conventional MBO [management-by-objectives] techniques, I invented my own style of management called MBR. MBR stands for 'management by ridicule.' MBR is perfectly suited to a young smart-ass programmer who just started his own company. A popular book at the time, *The One Minute Manager,* recommended that managers spend a minute a day praising their employees. MBR takes more time. You need to spend hours every day in meetings with your key senior people where you point out at length exactly why this person or that person's ideas are utterly ridiculous. Not everyone can do it. You've got to be good at intellectual intimidation and rhetorical bullying. According to MBR theory, your brilliant arguments establish a clear intellectual dominance that gives people the confidence to accept you and follow you—their leader. Interesting theory, isn't it? I was pretty brutal in attacking ideas and embarrassing people. I'd excuse my behavior by telling myself I was just having 'an open and honest debate.' The fact is, I just didn't know any better. All my experience in business had been as a programmer. Programmers routinely play a game called 'Who's the smartest person in the room?' It's still a popular game at Oracle. I see it played all the time. When playing WTSPINR—pronounced 'wet spinner'—you get points by showing how irrational or suboptimal other people's ideas are. It happens in all disciplines to some extent, but programming is similar to mathematics in that there are clear right and wrong answers, so there are clear winners and losers. It's classic primate behavior, figuring out where you are in the monkey troupe."

I thought that maybe Ellison's use of "MBR" was fairly typical of an insecure CEO trying to establish his leadership; he disagrees: "No.* In fact, CEO is a title that's looked down upon by most programmers. Remember, the name of the game is who's the smartest in the room, not who's got the most stars on their shoulder. There's very little respect for

rank among programmers. Programmers have tremendous intellectual integrity, and you have to be able to clearly explain why something is right or wrong if you expect to win an argument. What is unnecessary and unacceptable is to humiliate people in public while you're explaining something. People didn't sign up for that. You know: 'Oh great, between ten and twelve I get to go to a meeting and be publicly humiliated. I can't wait.' "

What was it that convinced Ellison that beating people up was not always the way of getting the best out of them? "I was in a big meeting between Oracle and another company. The other company's CEO, an absolutely brilliant guy, started attacking ideas and people in a frighteningly brutal and destructive way. I was an MBR amateur compared to this guy. The overall dynamic in the room instantly changed. Everybody became afraid to talk because they didn't want to be intellectually embarrassed. But it was worse than that. People started to line up against this guy, not because he was wrong—he wasn't—but because he was inhumane. They grudgingly accepted that he was smart, but that didn't keep them from wanting him to fail. From then on I was very careful about using MBR. Maybe it's okay for programmers, but it's certainly not okay for CEOs. It's hard enough to run a company; you don't want everyone rooting against you. Ninety-nine percent of the time MBR is degrading to the practitioner and damaging to the business."

Although Ellison has learned from past mistakes, there are still aspects of the way he runs the company through these quite large meetings that can have some negative consequences. Ellison feels he has to perform to demonstrate his leadership and his prowess. Is it possible to be in both performance mode and listening mode? It makes picking up the nuances of a meeting more difficult and makes him all the more dependent on a few trusted people, Safra Catz above all, to tell him what he may be missing. And some very bright people, who might have important contributions to make, simply freeze in that kind of environment. And although Ellison no longer practices "MBR" and now tries hard to encourage debate, there probably still isn't enough of it at Oracle.

Gary Bloom says, "The way Larry uses these meetings, they're a fine environment for communicating strategy and decisions he's already made, but it's not a fine environment for debating those decisions once he's made them. It's an issue I raised with Larry, and I think he's been working on trying to get people to be more open if they disagree with him. I once said to him, not long after I became a member of the PDMC (Product Development Management Committee), that I didn't get what

---

*LE writes: Actually, in retrospect, I do agree. I was an inexperienced and insecure CEO trying to establish my leadership. Very embarrassing.

the meetings were for. Is it for you to articulate what you want or is it for people to tell you what you need to hear? He said, 'It's for people to discuss and tell me what I need to hear.' I told him, 'That's not what happens.' I said, 'Larry, we have separate discussions from you, and we might sometimes all be in agreement that you're wrong about something. . . . But as soon as you violently disagree or get emotional, everybody folds their cards. . . . The debate's over—they're unwilling to take you on.' The very next day in the meeting, he took up a deliberately controversial position on an issue against me. I kept debating him, and eventually he turned to everybody and said, 'You must all agree with my position because none of you are jumping in on Gary's side.' And they all went, 'Oh, actually, we do agree with Gary.' But even if he's got better about this, a group meeting is still not a substitute for a one-to-one interaction between a CEO and key leader within the company." [*]

This is an issue about which Bloom feels especially strongly. From the end of 1997, for at least two years, during the period when Ellison was slowly wresting power back from Ray Lane, Bloom was Ellison's right hand. Whenever Bloom wanted to speak to Ellison in private, his boss made the time, especially if Bloom had uncovered yet more evidence of what they both at the time regarded as Lane's incompetence.[†] When the Oracle board insisted in 1999 that there should be a formal plan of suc-

---

[*] *LE writes: Gary's right, I should do more one-on-ones. That said, I feel my time is more efficiently spent in larger meetings, where I can do a better job of gathering facts, debating, and communicating decisions. Harold Genin (the man who built ITT) defined management as "gathering facts and making decision." He also said that the hardest thing for a manager to do is to "distinguish facts from true facts." I can get at the true facts much more easily when a couple of layers of management are present at a meeting. The senior guys sometimes don't know the facts, and occasionally they don't want you to know the facts. Oracle's current management team has a much better grasp of the facts than any previously, and they never try to hide things. That makes my job much easier these days.*

[†] *LE writes: I don't think it's fair to describe Ray as an incompetent manager. It just seemed to me that Ray wasn't very interested in the daily details of management, especially on the expense side of the business, so he delegated that responsibility to others. Ray thought that his time was better spent doing deals, so that's what he did. Unfortunately, some of the people whom Ray relied on to manage expenses let them get way out of control.*

---

cession in place, the only internal candidate whom Ellison was ready to endorse was Bloom (the top choice outside Oracle was Sun Microsystems' Scott McNealy).

However, within twelve months Bloom was finding it difficult to get the kind of access to Ellison that he had come to expect. In part, it was because Ellison was beginning to think he might have promoted Bloom a little too fast and as a consequence, like Lane before him, his ego was starting to outstrip his ability (although Ellison denies it, I think he was riled by Bloom's claim in *Fortune* magazine's "Why Oracle's Cool Again" cover story that he was perfectly capable of running Oracle). But it was also because of Ellison's growing reliance on and trust in Safra Catz. Although Bloom and Catz got on well, respected each other, and were united in their contempt for Lane, it became increasingly clear to Bloom that he was losing out to Catz in terms of influence with Ellison. Bloom says, "This isn't a slam on Safra. I like her. She's very smart, and she really does understand what needs to be done. But what happened is that Larry, out of convenience, started using her as a path of communication. He felt it was easier to tell something to Safra and then have her go and communicate it to everyone else, including me. She became the filter and the funnel through which everything from Larry came. If I had to communicate something to my organization, which was about sixteen thousand people, I needed to get that little bit of background or color directly from Larry to provide the context for a decision. I never wanted to be in the position of a leader saying, 'We're doing this because Larry says so.' It was so damaging to our culture. All I would need was thirty seconds of discussion direct with Larry. But when things started coming through Safra and I couldn't get that, I couldn't effectively do my job. I'm not criticizing Safra. I told Larry this and he said, 'Okay, I see your point; I'll try to change.' But there was never any change. It got to a point where I was responsible for the vast majority of the company, yet I had no contact with the guy who actually ran the company."

Carolyn Balkenhol confirms that Ellison became increasingly reluctant to see Bloom. As well as being frustrated and personally wounded, Bloom also calculated that Ellison's new appetite for running the company meant that his own role, let alone his chances of one day becoming CEO of Oracle, would diminish. When, in November 2000, Veritas, then the fifth biggest software company in the world (thanks in no small measure to the efforts of Geoff Squire, the man Ellison most regrets firing), offered forty-year-old Bloom the top job, it wasn't a difficult decision.

Although Ellison was annoyed about Bloom's departure, partly be-

cause of the bad impression it gave to investors, coming so soon after Ray Lane's "resignation," that he couldn't keep his senior executives happy, he has some sympathy with him. "I understand Gary's frustration. Safra and I share a high-bandwidth communications link. We finish each other's sentences. We come to the same conclusion in the same amount of time. We rarely disagree, but when we do, she's not shy about expressing her opinions. If she thinks I'm wrong, she freezes me with one of her piercing stares and tells me I'm wrong. She's not afraid of me or any other human. Anyway, I can count on her telling me the truth as she sees it. I respect her and rely on her as my chief confidante and counselor. In that respect she did replace Gary. That was very hard for Gary to take. Actually, come to think of it, he didn't take it. He left."

Although Ellison accepts that his key "directs" should have a right to one-on-one time with him, it's still something that he feels ambivalent about. "It's true. I don't like doing a lot of it. If it's something personal, then you have to do it one-on-one, but if you're trying to decide a business policy issue like pricing, then I'd much rather have the whole team there so that everyone can weigh in. That way everyone will understand how we arrived at a particular decision rather than having to guess. Meeting with the senior management team as a group forces us to focus on the goals of the company as a whole rather than one department at a time. Looking at the gestalt of the business has resulted in less infighting between departments and a more open and collegial work environment."

• • •

What's very clear is how much these days Ellison leans on the slight, black-haired, black-clad figure of Safra Catz. He says, "She makes up for one of my biggest areas of weakness. She's disciplined and thorough. I'm not. I'm pretty good at separating the good ideas from the bad ideas, and I'm pretty good at drilling into detail and solving problems. But once a problem is understood, once a plan is in place, I usually move on to the next thing rather than following up and making sure that the agreed-upon plan is actually implemented. It's called execution, and Safra is brilliant at it. Safra is so exceptionally bright that she keeps all the whys and wherefores of all our policies and plans in her head. That enables her to make interpretations, modifications, and improvements during the execution phase of the plans without any intervention from me. Now when we decide on something, it actually gets done."

Catz has always downplayed the extent of her power and influence, insisting that she has no agenda of her own (unlike, by implication, Ray

Lane) and is there only to make sure that the things that Ellison wants to happen get done. She says, "I'm not interested in building power and I don't have any individual power here. People will send me things for my approval and my response will always be okay, if it's within the scope of a decision I already know Larry has approved. I say that as a reminder that I don't have any power of my own."

It's an impressive (and genuine) demonstration of loyalty as well as being clever—it puts her out of the firing line when she's doing something that ruffles feathers or bruises the egos of senior executives, especially on the sales side, who resent the degree of oversight and supervision she represents. But one of the criticisms that I sometimes hear about Catz both within Oracle and outside is that, unlike other managers, she is not really accountable—an impression that's strengthened by her reluctance to become a public face in the way that Ray Lane and, to a lesser extent, Gary Bloom did. Ellison says, "She's accountable to me—and to the board. Together with Jeff Henley, we're collectively accountable for the performance of the company. If we're not doing a good job, it will show up in the numbers. I understand her desire to stay in the background, but that's going to be very hard to do over the long term. She's gradually becoming more visible. Joining the board of directors was a big step in that direction." Given that Ellison had sometimes referred to Catz as a possible successor, how did he want her role to evolve over the next few years? "I'm not sure it needs to evolve much. We work extremely well together. Sometimes we're too aggressive about pushing new systems and procedures into the company, but we keep on improving our margins, so it must be working. We're trying to define how a modern business operates. We're continuously improving Oracle and our applications software suite at the same time."

From Ellison's point of view, Safra Catz is the answer to his prayers. She makes him much more effective within Oracle than he could be without her, he can trust her completely, and he can communicate what he wants through her almost intuitively. But I think there are potential dangers in the relationship for both of them. Ellison must be careful not to do what he did in the past with favorite subordinates, which is to load more and more responsibility on them until something snaps. In Catz's case, there's little chance that it will go to her head; as happened with Ray Lane; she is a remarkably grounded person. I once asked how she felt when Ellison said in interviews that she could run Oracle. She said, "I don't want it, and why would I? My parents used to say to me that I could do anything I wanted to and that gave me confidence in life. But

equally, I never felt I *had* to do something, I didn't feel that I had to prove anything. I don't have an individual agenda, so don't make me one."

She's also smart enough to know when she doesn't know something. But there is a risk of Ellison's trying to turn her into something that she's not. Some people feel more comfortable and are more effective working behind the scenes. If Catz doesn't want the limelight, Ellison shouldn't push her into it. He must also guard against making her the main channel through which he deals with other senior executives. Amazingly, Catz hasn't yet become an object of envy and mistrust in spite of her unique degree of access to Ellison, because people don't see her manipulating the situation to her own advantage. But she's nonetheless highly vulnerable to the backbiting and jealousy that exist in all organizations. She says, "People have been really nice to me. A number of folks appreciate that decisions can be made faster because I've done my homework. But you never really know what they think."

• • •

One of the most frequent criticisms of Ellison is that even in an industry that lives on hype, he takes boasting and overpromising to new levels. It's not only Tom Siebel who talks about "the lies of Larry Ellison," it's an article of faith for half the journalists who cover the software business that Ellison is an incorrigible liar who deliberately distorts the truth about both his professional and personal life. I frequently observed him stretching the truth to create a better impression, while his ebullient optimism routinely put him in the embarrassing situation of having to explain why something he had seemed certain of hadn't happened.

Ellison says, "I piss people off because I'm quite willing to say what I think and I'm reckless enough to make public my predictions about the future—about Oracle and about the industry. As an old Chinese proverb says, 'Predictions are very dangerous, especially when they pertain to the future.' Sometimes I'm right, sometimes I'm wrong. I was right about relational database technology. I was wrong about the network computer. I was right about Internet architecture replacing client/server architecture. You don't have to be right all the time to make a good living. When I was wrong, I was not lying, I was just wrong. When I say Oracle clusters can run real applications and DB2 clusters can't, some people think I'm lying. I'm not. It's a fact. When I say Oracle Java is faster than BEA Java, some people think I am lying. I'm not. It's a fact. When I predict one of our products is going to come out on a certain date and it doesn't, some people think I lied. I didn't. I was just wrong. Give me a specific example of a

lie I've told in business. There's only one. In my early twenties, when I first came to California, I lied about having a college degree so I could get a job. Big fucking deal. That's it.

"Being optimistic and exaggerating is another matter altogether. The entire history of the IT industry has been one of overpromising and underdelivering. Software executives routinely say that a product is going to be ready on a certain date, and then it turns out to be literally years late. It's happened at Microsoft. It's happened at Oracle. Software development is notoriously unpredictable. Maybe the only honest schedule is the one Michelangelo gave the pope when he was painting the Sistine Chapel: 'It will be done when it's done.' Anything else is a guess, and sometimes we guess wrong. Most senior software executives don't tell out-and-out lies about their products or their businesses.* But optimism and exaggeration, those are the standard rules of engagement for combat in this industry."

I suggest that maybe Ellison had done as much as anybody in the software industry to establish those rules of engagement and had both lived and thrived by them. He grins as if to say that's all in the past. "Since I've got this notorious reputation for exaggeration, the press denies Oracle any leeway to exaggerate at all. I know that, so we make sure that all our advertising is one hundred percent fact-based and provable. Our current campaign is called 'Just the Facts.' We're absolutely rigorous about making claims about our products. Any claim we make must be independently verifiable and provable. I believe in ads that list the cold, hard facts about your products and your competitors' products—a side-by-side comparison of irrefutable facts.

"Unfortunately, just sticking to the facts doesn't necessarily mean you'll avoid criticism. When I said that GE Power runs the Oracle E-Business Suite, a front-page article in *The Wall Street Journal* took me to task for being intentionally misleading. They thought that I should have listed the names of the specific GE Power locations that were currently running the suite and identify exactly which parts of the suite each location was running. Give me a break. I never said that GE Power runs the E-Business Suite everywhere for everything. I never said that GE Power

---

*LE writes: *Every once in a while there's even a kernel of truth in some of the things Tommy Siebel says. I don't like Tommy very much. He says nasty things about me all the time. I hope he will have run his company out of business by the time this book is published. He appears to be working hard at it.*

has no other software except Oracle software. I said that GE Power runs the E-Business Suite. Period. I suppose I could say that GE Power runs lots of parts of the E-Business Suite at lots of locations. That's true too, and it's a bit more specific, but it sounds strange. So I'll just keep saying that GE Power runs the E-business Suite and leave it at that. That may not be precise for some, but it's the truth."

What about Ellison's claim when the E-Business Suite came out that it was complete, wasn't that an example of deliberate overclaiming that came close to lying? Ellison laughs. "Well, words like 'complete' and 'unbreakable' are relative, not absolute. Our E-Business Suite is much more complete than any other suite of applications. In the high-tech manufacturing industry the E-Business Suite is close enough to being complete to be called complete. In the insurance industry it's less complete. Our database is so much more reliable and secure than any other database system that it's okay for us to call it unbreakable. Tandem [the fault-tolerant computer company] called their computers 'nonstop' because they stopped much less frequently than other computers, not because Tandem computers never, ever stopped. I read that some analysts say that our claim that the 9i database is unbreakable is outrageous because everyone knows that nothing is truly unbreakable. Fine. If the earth falls into the sun, our database will break—that's true, so I'm a liar. Whatever." Ellison does, however, accept that he can sometimes push an argument or an idea just that little bit further than it can stand. "Once I believe in a new, important idea I get very enthusiastic and push it hard. Once I started believing in Internet architecture, I couldn't say anything nice about client/server. Once I started believing in integrated applications suites, I had a hard time admitting that there was any value at all in any best-of-breed product. Once I've thought something through, there's no intellectual uncertainty remaining. Once I enter a crusade, I cease being objective and I become a zealot."

Another aspect of Ellison's bravura style is equally calculated: leadership. "You cannot lead if you're filled with uncertainty. Imagine two officers each leading a company of marines up a hill. The first one says, 'Men, we're going up this hill and we're going to kill every fucking enemy solder on our way to the top. I'm going first, and you're all going to make it to the top with me. I haven't lost one of you yet. Follow me, men.' Cool, competent, and confident. I'm ready to follow that guy. The second guy says, 'Men, we're going to try to take this hill. I have to admit that I don't know how many enemy solders are on this hill. And I've never really done anything like this before. But I'm willing to go first if you're willing to follow

me. We might make it; we might not. There's no way to know for certain. Even if we make it to the top, it's highly likely that some of us will be killed. Follow me, men.' Well, the second guy is impressively honest about his fears and uncertainties. Maybe he should become a psychotherapist. But there's no way anyone is following that guy anywhere."

• • •

Like a lot of people, I still find it hard to understand how someone with as many choices as Ellison, who for most of the last fifteen years has had more money than he could spend and who clearly has a low boredom threshold, can bring himself to keep on doing the same thing. He says, "My sister told me that whenever I got too close to a goal I'd raise the bar for fear of actually clearing it. We're endlessly curious about our own limits. The process of self-discovery is one of testing and retesting yourself. I won the Sydney-to-Hobart. Can I win the America's Cup? I'll find out. The software business is a more difficult test; it's a much higher stakes game; there are more people playing this game; it's a lot more interesting game; and it's a lot more exciting. If I wasn't doing this, I'm not sure what else I would be doing with my life." * It seemed like a far cry from Ellison's original motivation of founding Oracle—to have enough control over his own life not to have to spend time with people he didn't like or doing things he didn't like. "We change as our circumstances change. Financial independence means you no longer need to trade time for money. But once you've been liberated, the freedom that comes afterwards can be difficult to manage. The good news is that suddenly you have all these choices; the bad news is that suddenly you have all these choices. So you've got to figure out what it is you really love to do, because there's no other justification for doing it. And if you can't find anything you love, you have to settle for doing something that's merely important."

Did Ellison still love his job when Oracle came close to self-destruction in 1991? He says simply, "It's not like I had a choice then. I had to save Oracle to save myself." What if he had been forced out? What if Don Lucas had denied him that chance? "I'd have done what Steve [ Jobs] did [after being booted out of Apple]: I'd have started another company to

*LE writes: I'm chairman of the board of Quark Biotech, a molecular biology research and drug company. If for any reason I left Oracle, I'd probably go to work for Quark full time. That prospect should scare the hell out of the guys at Quark.

try and prove it all over again, first and foremost to myself." So he would have put at risk his entire fortune, at that stage around $150 million? "Without question. Oh, yes! It was my life that was at risk, not my money. It has nothing to do with courage; I just can't accept defeat until I've been carried dead from the field. I'm one of those chess players who will stare at the board for as long as it takes to find a winning line of play. I have a lot of endurance: intellectual, emotional, physical. The clock in the software game is measured in years, not minutes. It took twelve years to make our bloody database-clustering technology work. But we knew if we could make it work we'd win. If we can make the E-Business Suite work, and I think we can, we'll win again. I'm optimistic, but not irrationally so. We're pretty good at coming up with winning strategies; the problem is, our strategies are technically very, very hard to implement. But difficult strategies, well executed, can lead to great victories. Hannibal crossed the Alps with elephants to beat the Romans at Canae. Napoleon crossed the Alps without elephants to beat the Austrians at Marengo. Database clustering was really hard—it required elephants. The E-Business Suite is just a march over the mountains. It's a long way to the top, but we'll make it."

If the prospect of beating IBM or Microsoft is one of the things that gets Ellison up in the morning, there are other satisfactions. One is the straightforward pleasure that comes from solving a problem or making a piece of technology work. "Watching a cluster of eight Compaq PCs running faster and more reliably than a big-ass IBM mainframe is just so incredibly cool. It's the same kind of thrill as when the Wright boys took off on *Kitty Hawk*. It's off the ground! Oh my God, it actually flies! This changes everything. Database clustering is cold fusion that works—it works." *

What Ellison hasn't said is that he gets satisfaction from making the businesses of Oracle's customers run better. It's the kind of thing that politically correct CEOs are supposed to say. "GE is a wonderful company, but it's not my company, it's not the team I play on. I'm happy if General Electric is happy with our software because that means our software's good and we'll probably sell a lot of it. We work very hard to make our customers successful, because that's how we make Oracle successful. When the Lakers win a basketball championship, they may say they did

---

*LE writes: Okay. Maybe database clustering is not as cool as flight. But it's close.

it for the fans, but I don't really believe them. I think they did it for themselves. As a fan that doesn't bother me at all. I'm just glad they won.

"I get a lot of satisfaction from my job. There's the intellectual satisfaction that comes from solving a really hard problem. There's the satisfaction of seeing our software help our customers, especially in health care and government, where good information can actually save lives. But it's not altruism, and it's certainly not the money. Maybe it's just vanity that motivates me. You can never really be certain of anyone's motives, including your own. You are better off measuring people on what they do rather than the unknowable 'why?' I don't know why the Lakers played well, I'm just glad they did. I don't know, can't know, and don't care what motivated Jonas Salk to try to make a polio vaccine, I'm just glad he did. If you want to understand why people do things, then take a course in evolutionary psychology. What we want to do with our lives is the most important question we all have to answer. So if I could do anything at all with my life, what would I do? I'd cure cancer.* I'd much rather cure cancer than become the richest guy in the world. Why? Because I'd be a much happier person if I cured cancer. Why? Because I'd be loved. Why? Because people don't want to suffer painful death. Why? You know why."

Although Ellison talks about a life after Oracle in which, among other things, he would spend time working on his new passion, molecular biology, the level of success that he says that Oracle must achieve before he can leave is so daunting that he may never be able to escape. "I'm stuck here for the duration; there's no way I can stop until I know how his story ends. I think even if I found out I was dying and I had a year to live, I wouldn't change my life very much."

---

*LE writes: Yes, I know that cancer is a collection of diseases and it is very unlikely that there will ever be a single cure. Still, my mother died of cancer and I want to cure cancer. That's where most of my money and all of my time after Oracle are likely to go.

# 17

## ALTERNATIVE STRESS

*May 2001*

Approaching Ventura Harbor by road from the little airport where Ellison has just landed his Citation, we can see the strange gunmetal gray sails from a mile or two away. The flat, featureless countryside and the low-rise buildings that straddle the slightly run-down little port offer no visual competition to the two tightly sculpted, towering airfoils that move balletically together as if directed by some hidden choreographer. The sails belong to the two boats that Ellison's Oracle Racing team is using to train for the 2003 America's Cup. Previously, they belonged to AmericaOne, the top-placing U.S. challenger in the 1999 series, and were purchased in August 2000 as part of a deal in which Oracle Racing beat rival Craig McCaw's Seattle team to acquire AmericaOne's physical assets and many of its key people—an invaluable foundation for a team that had not collectively competed for yachting's most prestigious trophy before.

Since April, most of Oracle Racing's nearly 100-strong team and their families have been quartered in and around Ventura, California. The spring and summer breezes at Ventura are a good match for the conditions the team can expect to meet in New Zealand in twenty months. Oracle Racing contributed $75,000 to have the harbor dredged to a depth of sixteen feet to accommodate the team's giant eighty-foot yachts after Ventura Mayor Sandy Smith convinced Oracle that its closely guarded design secrets would be safer from prying eyes there than at the more populous Long Beach harbor. It's a boost for the port because the team will spend several million dollars, and their presence will encourage visits from other sailing enthusiasts.

We've been met at the airport by Bill Erkelens, who has managed Team Sayonara, Ellison's world championship–winning maxi-yacht team, for the last six years and is now chief operating officer of Oracle Racing. Every evening, all the information on the day's sailing is downloaded onto an Oracle database (which is running on a Digital supercomputer donated by Compaq). From there, it's e-mailed to Bruce Farr and Mickey Ickert in Annapolis, Maryland, the designer of the new boats that will contest the cup and the team's sail designer, respectively. There has been no word from the trophy holder, Team New Zealand, about a meeting with the challengers to agree on the ground rules for the 2003 competition, and Erkelens wants to know the dates for the qualification races, called the Louis Vuitton Trophy, and where exactly off New Zealand the races will be run. One of the reasons why holders of the trophy are traditionally so difficult to unseat is that they keep challengers in a permanent state of uncertainty. While Team New Zealand will want to avoid being accused of deliberately unsportsmanlike behavior, it's not about to surrender any of the incumbent's advantage if it can help it.

After inspecting the team's headquarters—a series of portable offices and a dry dock big enough for both boats when they are hauled out of the water each night to have their hulls scrubbed and be reconfigured with the latest ideas from Annapolis—we board one of the chase boats, a high-powered thirty-six-foot whaler. Once clear of the harbor, the chase boat closes in on the two racers out in the bay. Even though the team owner is about to come on board, there's no question of interrupting the racing. The whaler expertly comes up alongside *USA 61*, and Ellison, Erkelens, and I jump aboard, allowing the chase boat to careen smoothly away without hampering *USA 61*'s chances of overtaking *USA 49*, slightly ahead. At first, Ellison seems content to crouch out of harm's way near the stern of the boat. But not for long. As *USA 61* goes about, Ellison signals that he wants to drive. Without any fuss, John Cutler, the team's number three driver, hands over to Ellison. The trimmers and grinders go about their work with the same intensity, the numbers are called from instruments that provide telemetric data on the other boat's speed and position, and the race tactician continues to feed his thoughts to the driver.

And how does Ellison do? It takes him a few minutes to adjust his balance to the boat's progress through the water, but after that, he's sailing pretty well, taking in the mass of data being hurled at him and losing no ground to the other boat, which is being driven by Peter Holmberg. Thanks to a lucky guess about where the wind might be blowing more strongly, we actually overhaul and beat *USA 49*. Did the other boat let

Ellison win? It's not very likely. Ellison is treated by the crew with respect but no hint of deference.*

No sooner has that race ended than we're maneuvering to begin another. Erkelens, who says this is about the first time he's been out on the water since the team arrived at Ventura, describes the crews' time out in the bay as being like "groundhog days"—a continuous loop in which one race follows relentlessly and repetitiously after another. Thoroughly pleased at his earlier success, Ellison decides he will drive at the start of the next race. Despite the fact that these are essentially sparring sessions, any advantage at the start, which, as in Formula One racing, is frequently decisive, must be fought for. It's not uncommon for the boats to make contact and even sustain quite significant damage. Before the start, which is closely overseen by the two chase boats and an umpire's boat, *USA 49* and *61* circle each other aggressively. The boats are making nearly ten knots—fast enough to have a fairly big accident.

Suddenly the race is on, and immediately Ellison is muscled out of position. *USA 49* makes it past the starting buoy a few meters ahead and with the right of way on the starboard tack. This time Ellison doesn't get any breaks, and the distance between the boats becomes unbridgeable. The concentration required to maneuver these highly strung machines under the critical gaze of some of the world's best sailors is draining, and he has been at the wheel for the best part of two hours. The boats are now running downwind, something that Ellison finds less entertaining than sailing close-hauled, and he seems happy to hand over the helm.

• • •

Bill Erkelens met Ellison late in 1994 through an Atherton neighbor of Ellison, a New Zealander named David Thompson. Erkelens has sailed all his life. During summer vacations from university, he would earn money delivering boats for wealthy owners to and from Hawaii and

---

*LE writes: Passing another boat in America's Cup match racing is both difficult and rare. But I was able to maneuver USA 61 into a nice position and capitalize on a favorable wind shift. I was very pleased when we tacked and found ourselves clear in front by a boat length. There is no way Peter would willingly let me pass him. He was trying to become the number one driver on our team, and you don't get that job by losing races to anyone, especially me. He was pissed when he got passed. He was looking to get even in the next race, and he did.

prepare boats for sailors in the annual Trans-Pac (San Francisco to Honolulu) race. One of these was Thompson, whose boat won his division and came in second overall. About the same time, Thompson had begun encouraging Ellison to take up sailing. Ellison recalls the day that he was working out on the StairMaster at the public gym. "The guy next to me was David Thompson. David just casually asks me if I sail. I said, 'Yeah, I used to sail. I used to sail a lot.' Then he asked if I've ever raced, and again I said yes. So he goes on to ask me if I'd be interested in racing a maxi—the biggest, fastest class of racing sailboats. I'd always loved sailing, but I had to give it up in my late twenties because it was too expensive. I couldn't afford it then—but I could afford it now. So we started doing some research, and we signed up the best designer, Bruce Farr in Annapolis, and the best builder, Mick Cookson in New Zealand, the best spar maker, Steve Wilson in New Zealand, the best sail maker, the best this, the best that. We found the right people to design and build the fastest maxi in the world. Shortly after David put the idea into my head, *Sayonara* was being designed as an all-out race boat whose only purpose was winning."

Thompson had promised Ellison to find someone who would help to oversee the project and run the boat. Since one of the first races that Ellison wanted to enter was the Trans-Pac, Thompson had no hesitation in recommending Erkelens. He went out to Atherton to meet Ellison and go through the first set of drawings of *Sayonara*. Erkelens was hired on the understanding that he would go and live in New Zealand for the six months that it would take to build *Sayonara*. He says, "I was keen to do it, so we signed on. But it was a big decision for us. My wife, Melinda, was an attorney, and leaving her career a couple of years from making partner and going to work on boats meant that I was not very popular with her family."

For the first year of the "campaign," Erkelens took his orders from Thompson. But when Thompson's businesses began to suffer due to the time he was spending on *Sayonara*, he withdrew and Erkelens was left in charge of running the program. Ellison was clear that his objective was to win races. But Erkelens says that it soon became something more than that. "Initially, it was a results-oriented thing. But then we sailed a nine-day race to Hawaii, and he just absorbed it all. He was up all night staring at the stars, sailing along in the middle of the night with the dolphins and the whales—he just loved it. It was a beautiful place to be, and he was proud of the boat. . . . One thing that struck me was how important the people were to him. He got a group of people he was comfortable

with and enjoyed their company. That became a really important part of the whole campaign.

"The one thing that strikes everyone about Larry is that he has confidence in the crew. He does not second-guess them or question them or want to show that he can do a better job. He is quite happy to be part of the team, working with the team and doing his part. I don't want to demean other owners, but he does not seem to stick his finger into the pie just for the sake of doing it. He knows what he wants done, but he does not tell people how to do their job. I guess he gets people who can do their job well, and he respects them for that. I think that is why the people are so comfortable about it." What about when Ellison is driving the boat? Is he willing to be influenced in terms of tactics and other inputs from the rest of the team about what he does? Erkelens says, "Yes, he works really well with our trimmers, who really have a direct line to the feel of the boat through the sail. Then there are the numbers from the onboard computers—it's a very technical game. Quite a few people on the boat stay on the numbers, and there is also the feel of the rudder. He has the force on the rudder, which he needs to react to, so it's a very dynamic job. He has to work with those people; otherwise he will not be able to do it."

Although I'd now seen Ellison sailing for myself, I found it hard to believe that, never having sailed at this level, Ellison could so quickly contribute something other than money to the team. Erkelens insists, "The first two races Sayonara did were down the coast of California. He did a lot of driving in the Cavalier race, which we won, and he did a phenomenal job. A lot of it is about numbers and concentration. He has a mind for numbers, it seems, and he concentrates, so he did really well at it. But I must admit these were ocean races, so he was not right next to another boat. It's harder to judge. . . . After that we took the boat to New Zealand and did a little refit to adjust to the new handicap. We got it prepared because for the first time we were going to race alongside other boats in Hawaii. But when we got there, he did an excellent job and we won the regatta. We did not win every race—I think we might have got a few seconds—but we won most of our races. Then we thought, 'Well, this is all good for us,' because what was shaping up was that the Owners Association decided they were going to enforce the owner-driver rule. The owner has to drive at the start and the first lead and then two thirds of the race after that. What happened in San Francisco, in 1996, was that there was a bit of a standoff where the other boats were going to withdraw from the regatta before it started if Larry did not commit to their rules of driving the boat. I think he was a little reluctant at first, but he

agreed to do it. He started the boat and did the first upwind leg, and we won every race by a long shot. All of a sudden we overcame this confidence hurdle. He was better than all those other owners."

Nevertheless, Ellison had been frank (or modest) enough to admit to me that with the best boat and the best crew, he could be 10 percent less good than the next guy driving and still stand every chance of winning. Erkelens says, "We always had, in my opinion, a little bit better crew, a little bit better sails. But I still think Larry was better than the other maxi yacht owner-drivers."

Chris Dickson, Sayonara's skipper for most of the last four years, is now on a retainer of nearly $1 million a year, fulfilling the same role for Oracle Racing. Dickson is notorious for his willingness to scream criticism at some of the world's best sailors, and the yachting press has been running stories about a bust-up in the Oracle Racing compound a few days before in which fists flew. He says of the approach he brought to Team Sayonara, "We have an uncompromising commitment to winning. We don't accept excuses for anything. We have an absolutely ruthless approach to doing the best we can." What is also not in doubt is his genius. Few who have sailed with him, including those who have endured his volcanic temper, dispute that there is anybody better at skippering a racing yacht.

Ellison recalls the arrival of the Kiwis: "We made some key crew changes, and we immediately started sailing better. Chris Dickson and Brad Butterworth were both great to get on board. If there are better sailors in the world than those guys, I haven't met them. The Kiwis are the world's best sailors, no question about that. But what I really enjoyed was the greatly improved chemistry on the team. The Kiwis we had on board were older than their American counterparts, and they came from more diverse backgrounds. A lot of the American sailors are privileged yacht club kids. Not all of them. Mike Howard, one of our American grinders, is as regular as a guy can be. Anyway, the Kiwis are more blue-collar types. You know, 'My dad is an auto mechanic, and he taught me how to sail.' 'My dad is a postman, and he taught me how to sail.' 'My dad is a farmer.' 'We raise red-tail deer—and sail.' Everyone in New Zealand sails, young and old, boys and girls. Everyone. So New Zealand's best sailors are a true cross section of the community.

"The America's Cup really should be renamed the New Zealand Big Boat Championship. New Zealanders are the key sailors on Alinghi [Switzerland], Oracle [USA], and Prada [Italy]. And of course Team Zealand is made up of mainly Kiwi sailors. That's not to say that there

aren't some pretty good American sailors; there are. But the Kiwis are better—much better."

Ellison says that Dickson reminds him of his friend Steve Jobs, the founder and once-again boss of Apple Computer. "Dickson wants everyone to do everything perfectly all the time. He's so brilliant at what he does and so unforgiving of himself that he becomes unforgiving of others." Erkelens adds, "The parts of Chris's personality that rub some people up the wrong way don't really seem to get to Larry. He's getting all the benefits without the negative impacts of Chris's methods, which isn't to say that Chris doesn't qualify his behavior around Larry a little bit . . . even though I'm pretty sure that Chris has had a little shout at Larry here and there under extreme stress." * But while Dickson may be willing to yell at Ellison just like any other member of the crew, he doesn't forget that it's Ellison who's paying the bills. When Ellison made it clear that he wanted to sail the start of the 1998 Hobart, despite the risk of an accident because of the hundreds of yachts jockeying for position in Sydney Harbor, Dickson had no objections. On the eve of the race, he told the other *Sayonara* helmsmen, "He'll have the helm for the start, and he'll keep it until he gets sick of it. I'll be there to give him guidance. He's the boss, and that's it."

The 1998 Sydney-to-Hobart, which *Sayonara* won, has gone down in yachting history as one of the most lethal ocean races ever: only 43 of the 115 boats that started made it to Hobart. When the fleet hit hurricane-force winds in the Bass Strait, which separates Australia from Tasmania, seven boats were abandoned at sea, five sank, and six sailors lost their lives despite the heroism of the air-sea rescue services. Ellison has said he was traumatized by the experience, and he has sworn never to enter the race again.[†]

Erkelens had a close-up view of how Ellison responded to the stress and the physical danger: "Well, I think he and the rest of the crew were in awe of the size of the seas, the conditions of the ocean, not just the wind. There was wind, sixty-eight knots or whatever, but the sea state was much bigger than that wind would normally kick up. Even people on our boat that had done three or four Whitbreads (the around-the-world yacht race) were amazed at the size of the waves. It was difficult for everyone, it was physically stressful . . . you could not sleep, you were being bruised by the waves smashing you. Larry told me that he was comfortable in the situation as long as we—the rest of the crew—were comfortable. The point is, I think, that he had confidence in us, confidence that we would get through it. He could have been in a safer place, that's for sure. But if you were going to do it, you could not have been with a better group of people. I think that helped him deal with the situation." *

For Erkelens, Ellison's finest hour as owner-driver of *Sayonara* was not the 1998 Hobart but a long-distance race to Bermuda that was part of the 1997 Maxi World Championships. The race was worth 1.5 times the normal number of points to the winner, but it didn't go well for *Sayonara*. Erkelens says, "It was a real light-air race, and on the evening before we finished, we saw boats several miles ahead of us on the horizon jibing to make Bermuda on starboard." The leading boat was *Alexia*. If *Alexia* won the race and *Sayonara* failed to finish higher than fourth, *Alexia* would win the World Championship by half a point. The race tacticians thought they had come up with a way to use the wind angles to bring *Sayonara* back into contention. But if they guessed wrong and the winds became lighter again, *Sayonara* would not be able to take advantage of her superior size. In fact, the wind did begin to lighten. Erkelens says, "I remember Larry saying, 'You guys . . . I think we need to jibe.' So we jibed back and he made a strong call, some people were rumbling a little bit, we jibed back into the cloud and got another six knots' breeze or so and sailed for another hour and a half. It turned out we had sailed around them all except *Alexia*. At that stage *Alexia* was fifty miles ahead, but by the finish we had shaved that down to about six. It took another ten hours for the rest of the boats to even finish. That really impressed me. It was the biggest single gain we ever made in a race."

---

*LE writes: Once, right after the start of a race, Chris wanted me to sail the boat between 10.4 and 10.5 knots. He had good tactical reasons for having me do that. If the boat ever dropped to 10.3 knots or got up to 10.6 knots, I heard about it. I like that about Chris. His job is to win races, and he expects everyone to perform, me included.

[†]LE writes: I wasn't "traumatized" by the race, but I sure didn't enjoy it. I'd have to be an idiot to spend any more of my Christmas holidays throwing up on a sailboat. (The Sydney-to-Hobart race starts on December 26.)

---

*LE writes: The crew was simply amazing. The boat was leaping off these huge waves, but somehow they managed to put up the storm sails. Think about a rodeo cowboy trying to change shirts while riding a bull. I've never seen anything like it.

• • •

Ellison first learned to sail when he came to California in the mid-1960s. He took a sailing course at the University of California and got started on "a little plastic boat called a Lido 14." He says, "I should tell people I attended the University of California and majored in sailing." He enjoyed it so much that a year or so later, when he was twenty-five, he bought first a twenty-four-foot boat and then something quite substantial: a thirty-four-foot racing sloop. "I was passionate about sailing and the idea of sailing . . . the idyllic independence . . . traveling with the wind . . . that kind of stuff. I guess a lot of people have dreams of sailing around the world. I was one of them. I remember reading Robin Lee Graham's story of sailing his twenty-four-foot sloop, the *Dove*, around the world. It was published in *National Geographic*. I'm pretty sure it was the most popular story they ever ran." But if Ellison, like most other leisure sailors, fantasized about circumnavigation, the reality was more prosaic: "I was just racing around the bay, sailing out to the Farallons [islands 27 miles west of San Francisco] and back. I was having a good time. The trouble was, I really couldn't afford it." The point was driven home to him when racing *Galilee Hitchhiker*, the thirty-four-footer he had bought by borrowing $25,000. During a slight storm at the start of a light-ship race, the jib halyard broke and Ellison's first wife, Adda, nearly fell overboard trying to bring the expensive sail back on board. Soon afterward he sold the boat. "I finally had to accept that eating came before sailing in Maslow's hierarchy of needs." Adda had become so worried about how much money the boat was eating that she was driven to seek counseling.

It was years before he got back on the water. He was a wealthy man from the day that Oracle went public in 1985. Surely, when he looked at other people's boats, he must have thought, "Why don't I go and get one like that?" "It just never really occurred to me. When I wanted to go on holiday, I'd always go to warm places near the water, like Kona Village in Hawaii, but I never went on boats. I read, rode my bike, surfed a bit, but no boats. As my son, David, got older, he rekindled my interest in a lot of things. He got me back into flying. He got me back into playing guitar. Another David [Thompson] got me back into sailing. Then my ex-girlfriend Kristine convinced me to buy my first motor boat. It was the summer of 1996, and we were in Sardinia for the maxi sailing world championships. Kristine was standing at the dock and staring at this huge, white 200-foot luxury motor yacht. Suddenly she pointed at *Sayonara* and said, 'That's not a yacht.' She then pointed at the 200-footer and said, 'That's a yacht.' To my credit, I immediately recognized that she

was right, so I went right out and bought *October Rose* [renamed *Sakura* by Ellison and subsequently the center of a legal dispute with the yacht broker], a 192-footer, from Kirk Kerkorian for around $10 million. I'd never even been on a big motor yacht until I bought one."

What Ellison seemed to be saying was that it had taken him a while to realize he was rich enough to indulge whatever desire he might have. "It's true," he says. "My life had been focused on work, work, and more work. Oracle had crashed in 1991, and I couldn't rest until it was healthy again. I didn't have any time to spend money or think about spending money. I bought a house [in Atherton] in 1992, but that was my only house, and I only had one car. The car was a Mazda RX7. Don Lucas told me I had to get rid of the RX7 and buy a more appropriate car for business. I loved my old rotary-engine RX7, but Don was right, so I sold the RX7 and bought a big silver Mercedes. A few years back Mike Seashols [Oracle's then head of sales] had looked at my cheap Seiko watch and said, 'Come on, Larry, you shouldn't wear a watch like that. You should have a Rolex.' He then handed me his solid gold Rolex President so I could feel how heavy it was. I went out a bought a Rolex, but in stainless. I just couldn't deal with the gold. Anyway, it took a while and a lot of help from my friends, but I'm now world class at buying things. I moved from Rolex to Patek Philippe. I still have a Mercedes, a couple of them actually, plus the new BMW Z8, a McLaren F1, and a Bentley. It took me a while to learn how to spend money, but once I got started"—Ellison laughs—"I discovered that I have a real talent for it." *

So when David Thompson put the idea into Ellison's head that he might like to get himself a maxi yacht, he was pushing on an open door. But why did he want a pure racing machine instead of just a really nice, big sailing boat? "I talked with Rupert Murdoch about the big luxury sailing yacht that he and his family enjoy spending time on. But I never thought of sailing as a form of relaxation. To me, sailing is about adventure and competition. Sailing is completely unpredictable. If Mother Nature decides to make things difficult for you, it can get pretty intense, pretty fast. You always have to be prepared for that. If I want to relax, I'll read a book." I'd mentioned to Ellison a few days earlier a theory I had that people who had very intense work lives often found relaxing diffi-

---

*LE writes: While I enjoy spending my own money, I still hate spending Oracle's money. I'm very cheap at the office. We have no company planes, no company cars, no company art, etc.

cult and that the best they could do was to find some alternative stress that so fully engaged their attention that it drove everything else out of their mind. Ellison said, "That's certainly true for me. I'd never heard the expression 'alternative stress' until you said it, but it immediately struck me as a perfect explanation for all my hobbies. Sailing and flying are definitely alternative stress activities. Driving the boat or the plane demands total concentration. Playing classical guitar is not stressful, exactly, unless I do it in public, but it requires one hundred percent of my attention."

So the idea of racing at the very highest level just seemed like an obvious thing to do if you were going to do it at all? "Why not? I could afford a big maxi boat—they're slightly larger than the America's Cup boats and maybe slightly faster—and the idea of racing one seemed very exciting to me. My nephew, Judge Jimmy, wanted me to buy a basketball team. But if I bought an NBA team, league rules would prevent me from playing point guard—that plus a strong aversion to public humiliation. Anyway, the point is, I don't want to watch; I want to play. I want to be a part of the team. I want to be taught by, coached by, and sail with the best people in the business. I like feeling a part of the team at Oracle. I enjoy the people I work with very, very much; otherwise I couldn't spend so much of my time with them. Sailing is similar in one way, because I love working with the *Sayonara* crew, but it's totally different in another, because I'm not the star. I'm just a pretty good amateur driver. The rest of the *Sayonara* crew are the best professional sailors on the planet. Chris Dickson, Brad Butterworth—these guys are unbelievably good at what they do. They're the best. When we won our four maxi world championships, I usually raced against other amateur drivers, but some of the time I got a chance to drive against the best professional drivers in the world. I've even been at the wheel of *Sayonara* when Russell Coutts was driving *Morning Glory*. Imagine going head-to-head with Russell Coutts! How cool is that?" *

From 1996, *Sayonara* competed in all the maxi-yacht series and nearly all the major ocean races. Ellison says that he missed only one, when his daughter, Megan, was graduating from grammar school. Sailing for several weeks every year, he also thinks his driving skills became better than

*LE writes: I drove our America's Cup boat quite a bit during the Louis Vuitton Cup leading up to the 2003 America's Cup, but I never got a chance to drive against Russell. I sure would have liked to have driven my America's Cup boat against Russell, just to be able to say I did.*

respectable: "I'm very focused. I put the time in, and my driving got better and better. I did most of the driving during all four of our maxi world championships. *Sayonara* won every buoy regatta she ever entered. The second-best maxi team, *Morning Glory* [owned by SAP CEO Hasso Plattner and skippered by Russell Coutts], never beat us, not even in one race. We came second in a couple of ocean races, like Bermuda, but we won every buoy regatta. I'm very proud of that. One of the reasons I did the 1998 Hobart was to find out how much I had improved as a driver since 1995, the first time I did the Hobart. I thought I had improved a lot. I wanted to test myself. The time Ellison spent sailing—the alternative stress—coincided with accusations from within the company that his new interest and his new toys were taking him away from Oracle.

Naturally, he doesn't agree. "Winning is a habit. So is losing. Competing and winning at sailing has made me more confident, intense, and determined to win at Oracle. Winning breeds winning. The more you win, the more you want to win. The more you win, the more you think you can win. Three of our four world championships were very close. I won a key start against *Morning Glory;* I drove past *Boomerang* during the first windward beat after she got out ahead of us at the start; and I made the critical tactical call on the Bermuda race. Had I screwed those three things up, we would have won only one world championship. But I didn't screw up, and we won four. I did my job, and so did everyone else on the crew. So we ended up winning them all—even one that seemed utterly hopeless.

"One year, the final race of the maxi world championships was the ocean race to Bermuda. We were comfortably in first place after the buoy racing finished, but we still had to finish at least fourth in the Bermuda race to take the championship. Now, ocean races are rarely included in world championship regattas because they are much more subject to chance than racing around the buoys. You can have the fastest boat and the best crew and still lose an ocean race. In an ocean race the boats are often tens of miles apart, some in much more favorable wind than others. Well, the wind gods really had it in for Brad [Butterworth] on this race. The first two nights, the moment Brad came on watch the wind just died. [During ocean races *Sayonara* races with twenty-four people, who are divided into three groups of eight. Two of the groups are on watch up on deck while the third group sleeps below.] We were becalmed for two nights in a row. We just went nowhere for hours and hours. After the second day's position report, we knew we were in tenth place, behind some boats we had never even heard of. Desperate times call for desperate measures. I looked at the latest weather charts on the computer and de-

cided our best chance would be to head as far to the left side of the race-course as possible, where we might pick up more breeze and a better wind angle. This was a very risky bet. Conventional wisdom says that on a long race you stay near the middle of the racecourse and keep your tactical options open. Anyway, I overruled the tactical team and sent the boat to the far left-hand side of the racecourse. We were so far behind I thought that the only chance we had was sailing in a part of the ocean where there were no other race boats. If we got lucky, we'd get a favorable breeze all to ourselves. That's exactly what happened. The further left we sailed, the more breeze we got. Then we got a favorable shift in the wind direction. Everything came good. We rocketed on by all the boats that were in front of us except *Alexia*. It was a high-risk call, and I got lucky, okay, I know that. It was a lucky call. But it was my call at a critical time, and it gave us the championship. I'll never forget it.

"Another thing I'll never forget is the start of one of the buoy races during the world championships in Newport, Rhode Island. It was just before the gun, and *Morning Glory* was well set up near the starboard end of the starting line. I had *Sayonara* to the right of *Morning Glory*, and it looked like there was no room between them and the buoy. We were both on starboard tack, and *Morning Glory* had right-of-way because she was the leeward boat. If I couldn't squeeze between *Morning Glory* and that right-hand buoy, I was going to have a very bad start. So we eased the sails a bit and headed directly for *Morning Glory* at about twelve knots. As we closed to about half a boat length of *Morning Glory*, the guys on *Sayonara* started screaming, 'No room, no room, turn the boat.' Anyway, at the last second I turned up hard. I was going to get a penalty if I touched either *Morning Glory* or the buoy. But I made it. We started two feet to the right of *Morning Glory* and two feet to the left of the buoy. It was very close to a massive high-speed collison. We had lots of speed at the start, so we quickly got over the top of *Morning Glory*, and Chris had me tack onto port and head out to protect the favored right-hand side of the course. I said, 'Chris, Chris, did you hear those guys screaming, "Turn the boat, no room, turn the boat"?' He stares intensely right at me with those blue laser eyes and asks, 'Did you hear me screaming?' I said, 'No.' Then Chris smiles slightly and says, 'Nice start.' I think, 'Wow; Chris never smiles.' It was my best start ever."

• • •

Ellison knew that the 1998 Sydney-to-Hobart race was likely to be tough. The wave conditions in the Bass Strait usually guarantee that.

"The Southern Ocean, the ocean that circles Antarctica, is unique because there's no landmass interrupting a wave's journey around the world. The waves just continuously travel around and around, getting bigger and bigger. The world's biggest waves, sometimes more than a hundred feet high, form in the Southern Ocean. The shallowest part of the Southern Ocean is a ninety-five-mile stretch of water between southeastern Australia and the island of Tasmania. It's called Bass Strait. When big waves pass over a shallow sea floor, they become very steep. The friction of the sea floor slows the bottom of the wave and causes the face of the wave to become a vertical wall of water [he makes a gesture with his hands]. Under severe conditions the waves can break. The shallows trip the wave and topple it over forward, just like a wave approaching a beach. In Bass Strait the waves always have steep vertical faces, and they come very close together. They hit your boat in rapid succession—bang, bang, bang—very unpleasant. But they almost never break. In an ocean storm it's not the speed of the winds or the height of the waves that threatens your survival, it's the steepness and the frequency of the waves. The constant battering of steep, high-frequency waves can break critical gear and cause crew injuries. A single breaking wave can cause severe structural damage and send a boat to the bottom in a couple of minutes."

Ellison had wanted to do the race again because he thought he was now good enough to be the primary driver and it was a way of proving himself both as a sailor and as a man. Compared to the big-wave body surfing in Hawaii a couple of years earlier, where he had broken his neck and nearly been left a paraplegic, sailing the Hobart seemed perfectly sensible—macho, but not potentially deadly. It made you more impressive in the eyes of others and gave you a collection of exhilarating memories. He says, "The Sydney-to-Hobart is one of those events that everyone thinks of as cool because it's dangerous. But it's not really a dangerous race, I mean, it's not life-threatening, it's just a hard, demanding race. You have to be reasonably fit to cope with the pounding in Bass Strait, but it's pretty unlikely that you'll get hurt. In 1995, we hit winds of about forty-five knots, got banged around a bit, and won the race. It was just your typical Sydney-to-Hobart. The 1998 Sydney-to-Hobart was not typical. I don't know how, but somehow I managed to pick the one year out of a hundred when the risk wasn't an illusion. We sailed into a hurricane.

"During the morning weather briefing, we were warned that there was going to be a storm—forty-plus knots—in the Bass Strait. What a surprise. Predicting a storm in the Sydney-to-Hobart is like predicting a cool summer night in San Francisco. Summer nights are always cool in San

Francisco. So wear a sweater. No one was concerned about the storm forecast. No boats pulled out of the race. The weather in Sydney was absolutely perfect. It was warm and sunny, and nearly a hundred and fifty boats were tacking and jibing around the most beautiful harbor in the world, trying to get into a good position for the start of the race. During our prerace maneuvering we managed to break a carbon fiber gear in one of our brand-new winches. Dickson got really pissed off: 'How the hell can we break one of our main winches in light air before the goddamned race has even started?' It was a good question. We only had about ten knots of breeze, and you're not supposed to break stuff in light air. I was driving the boat, and I was glad he didn't blame me for the damage. Anyway, we didn't have time to fix the winch before the start of the race, so I had to tack the boat very slowly and very carefully. That made starting more difficult.

"Chris was standing right behind me, barking out tactical instructions. I was at the wheel, doing what I was told. Chris had me stay away from *Nokia*, the biggest boat in the fleet, because they had a nasty habit of banging into nearby boats. We were looking for a safe start. We got *Sayonara* into a good position for the beginning of the race, the gun went off, and we got up to speed. We did our tacks slowly and precisely. It was a good start. We rounded the first mark ahead of the rest of the fleet. *Sayonara* was the first boat to sail out of the harbor, through Sydney Heads, and turn to the south. Hobart is due south of Sydney; you set a course of exactly 180 degrees. As we made our right turn to the south, we dropped the jib and set the spinnaker. The breeze was out of the northeast and increasing. We were going through the water at about fifteen or sixteen knots. It was just about as perfect as sailing conditions could get. We had no idea what was going to happen to us over the next three days. If we had, we would have turned left and gone up north to the Great Barrier Reef. That's where all the sensible people having sensible Christmas holidays go. Instead we turned right and raced down the Australian coast toward the island of Tasmania.

"The wind was very puffy and heavy with moisture. These big puffs would hit the chute [spinnaker], and the boat would suddenly lift up and accelerate through the water. We were absolutely flying down the coast. It was very exciting. Then this really big puff hits the chute, and it just explodes—gone—ripped to pieces. We had a nice lead on *Brindabella*, the number two boat, but they caught up to us before we were able to set another spinnaker, a smaller one this time. I blamed myself for blowing the chute. If at the beginning of the puff I had come down fast enough—

turned the boat five or ten degrees to the right—maybe I could have saved the chute. I had been driving the boat for a couple of hours, and maybe I was getting tired. I thought I must have been sailing the boat at too high an angle. That's what put too much pressure on the spinnaker. Maybe I should get off the wheel. So I asked Brad [Butterworth] if he wants to drive. The wind is getting stronger, and it's very puffy, very heavy. It feels different from anything I'd ever experienced. We're now doing eighteen or nineteen knots, and I'm looking back, checking our lead on *Brindabella*. Then bang, we blew a second chute. The wind was twenty-five, gusting thirty. And the wind was continuing to build. After blowing two chutes we decided to be safe and set the mini—our smallest, strongest spinnaker. The mini is an unbreakable sail. The mast will rip off the boat before the mini blows up. Brad and I were taking turns driving, and the wind just kept on building. *Sayonara* was surfing through the water at amazing speeds: twenty-two knots, twenty-four knots, twenty-six knots. It was amazing. Maxi racing sailboats don't go twenty-six knots. But we were going twenty-six knots. Twelve hours into the race, *Sayonara* had gone twice as far—twice as fast—as the Sydney-to-Hobart race record holder. Wow, that's incredible. But what the hell is happening here? Why the fuck are we going twenty-six knots?

"Then this monster puff hits the boat. And the minispinnaker is gone. That's impossible. The mini can't break. Then I realize the mini didn't break, the spinnaker pole lost its fitting. The spinnaker pole is no longer attached to the mast, it's just swinging wildly through the air. That metal alloy fitting is threaded into the spinnaker pole for about a meter. A meter's worth of three-quarter-inch metal alloy thread had just been extruded through our carbon-fiber spinnaker pole. What kind of force would that take? A hundred thousand pounds, something like that. That can't happen, can it? But I had seen it. We're talking about bringing up our other spinnaker pole, but the wind is rapidly clocking right—from the northeast to the east—so we set a jib instead. Soon the wind will be coming from the southeast. We're almost to Bass Strait.

"At the beginning of the race, just after you leave Sydney Harbor, you get prevailing winds out of the northeast. As you make your way south, the wind starts to shift around to the right. This clockwise shift is called the 'southerly buster,' and it rapidly takes the wind around from the northeast to southeast to the southwest. We were now well into the southerly buster, and the new wind was coming from the southeast. We had been carrying a jib for some time, and now we were hard on the wind, pointing the bow of the boat as close as possible to the direction

the wind is coming from. The sun was setting, the sky was covered with black clouds, and it had started to rain. The wind was blowing over forty knots and still building. As we entered Bass Strait, the sea state got dramatically worse. The steep waves started pounding against the bow of the boat, making it difficult for me to hold my course. We ease the sheets a bit to reduce the stress on the boat, the driver, and the rest of the crew. The winds pick up to over fifty knots, and it starts raining harder. Rain and salt spray at fifty knots feels like someone is repeatedly stabbing you in the face with an ice pick. Everyone except the driver and the trimmers are facing away from the wind. The sea state is getting worse and worse. The twenty- to twenty-five-foot waves are straight up and down—they look like row after row of three-story bubbling glass office buildings. I think to myself, 'It's a lot worse than last time, but I can do it.'

"The winds hit sixty knots, and the seas continued to build. The sky is black. The ocean is black. There's no horizon. The waves I could see were huge, but I couldn't see most of them behind the rain and spray. As we rode up a wave, the wind would increase and I'd have to compensate for the change in apparent wind angle by turning the bow toward the wind. Then the boat would fall and slide into the trough. The wind speed in the troughs was half the wind speed on the crests. I had to constantly adjust the angle of the boat. But I couldn't see a thing, and the instruments were reacting too slowly to be of any help. I had to drive by feel. The roar of the wind and the waves made it impossible to be heard unless you screamed. Brad was trying to help me through it. He screamed, 'Larry, head up, head up now, now!' I screamed back, 'I'm trying, I'm trying!' But then, 'I can't do it, Brad. Take it, take it, you take it.' I let go, and Brad Butterworth grabbed the wheel. I couldn't drive in those conditions; I just couldn't do it. But Brad could. Brad Butterworth is a sailing god.

"The 1998 Sydney-to-Hobart wasn't even a day old, and I had already been overwhelmed and beaten by the Southern Ocean. I wanted to find my limits, and I found them in Bass Strait. I couldn't imagine conditions getting any worse, and for a while, they seemed to be getting better. I was on deck when the wind suddenly started dropping. Brad was driving, and the winds had come down to around ten knots. It was eerie. The waves were still big, but the sky was clear and you could see the stars and the horizon. I thought, 'If I can see, I can drive.' It seemed as if we had passed through this enormous weather front and we were now safe on the other side. We had our small storm sails up, and we weren't making much progress in the light breeze. We were just wallowing up and down in the big waves. After about ten minutes or so of this I thought that we should set our heavy number one

jib. Brad thought that we should wait a while longer, but I was impatient so I said, 'Brad, let's set the heavy and get going.' Brad was still hesitant, he thought that we should leave the storm sails set, but he agreed to put up the larger jib while I headed down below to the nav station to check the satellite weather charts that were due to come in shortly.

"*Sayonara*'s navigation station is located belowdecks in the aft portion of the boat right below the boat's two steering wheels. It consists of a forward-facing bench with enough room for two, three if you really squeeze. In front of the bench are some radios and two laptop computers. I sat down next to Mark Rudiger [the boat's navigator] as the satellite images were being slowly painted on the computer screens. This image starts to appear on the top of the screen, we can see the Australian coast, and it works its way down to where we are in Bass Strait. I just can't believe my eyes. I keep staring at the screen. It's displaying a circular weather formation with our boat positioned right in the middle of it. Still staring at the screen, I ask Rudiger, 'Mark, have you ever seen anything like this before?' He doesn't say anything, so I turn and see him staring at the screen and slowly shaking his head. I say, 'Well, I have. It was on the Weather Channel. It was called fucking Hurricane Helen. We're in the eye of a fucking hurricane.' Then all of a sudden I hear Brad up on deck; he's screaming, 'The wind's coming, the wind's coming fast, get that fucking jib down, get it down on deck now.' The wind went from ten to over fifty [knots] in less than a minute. Unbelievable. We had sailed into the eye of a hurricane. I thought we had sailed through a front."

Along with everyone else, he was shocked by the ferocity of the weather conditions and physically drained by the battering and the sickness, but he was still able to come up with a steady supply of quips that Ellison himself admits sound rather smart-alecky in retrospect. But how had he coped with what must have been real terror?*

"Fear is interesting. Everyone on the crew was loaded up on adrenaline, the fight-or-flight thing. But we were all stuck in fight mode for one simple reason: there was no place to run. When you're busy in fight mode, you don't have time to think about being scared. The worst time for me was when I was in my bunk trying to get a little sleep. I hadn't

---

*LE writes: I remember very few quips and a lot of throwing up. I threw up so many times I lost count. I was very surprised because I never get motion sickness, not flying aerobatics, not sailing in heavy seas. But this was different. The entire crew was sick, even the guys who never get sick.

slept or eaten for a couple of days. I had thrown up so often that I was dehydrated. Throwing up over and over again with nothing in your stomach feels like your guts are being ripped out. I was totally exhausted. So I wedged myself into my bunk and tried to sleep. It was hopeless. After two days of seventy- to eighty-knot hurricane-force winds the seas were massive. The waves I saw were forty or fifty feet high, but some guys on the crew saw waves higher than the top of our mast [the top of *Sayonara*'s mast is 105 feet above the deck].

"The waves were so steep that we didn't get the normal ride up the front of the wave and down and back. Instead, *Sayonara* would bury her bow deep into the wall of water coming at us, then the buoyancy of the boat would lift us up to the crest of the wave. It was like going up in an elevator. Then *Sayonara* would exit the wave and free-fall into the trough. It felt like she was being pushed off a five-story office building and landing on asphalt every twenty seconds. If guys didn't hang on when we started falling, they would float up off the foredeck. I saw one guy up at the first spreader [more than forty feet above the deck]. Several guys on deck broke bones, one severely enough that he had to be put in an inflatable leg cast, pumped full of morphine, and strapped to his bunk.

"Riding out the storm in your bunk was no picnic, either. Every time Sayonara would go airborne—start falling off these huge, steep waves—you'd go weightless in your bunk, then the boat would crash down into the water, crunching you back into your bunk. The impact of the boat hitting the trough sounded like an explosion. The noise below was amazing. The hull acts like a huge bass amplifier. It sounded and felt like we were being hit by explosive shells fired from the *Bismarck*. The bow hits the wave, we take the elevator up, we go weightless, then BOOM. Over and over, again and again. BOOM—BOOM—BOOM. Then I see Tugboat [Mark Turner], our chief engineer, with a red Magic Marker, and he's drawing these red circles on the inside of the hull where the bow section meets the forward bulkhead. I say, 'Tugsy, what are you doing?' He says, 'I'm marking the spots where the bow is delaminating.' I say, 'What? The bow is delaminating? You mean the bow is coming apart? This is fucking ridiculous!'

"I push myself out of my bunk and head back to the navigation station, and I ask Mark Rudiger to pull out a chart and show me where we are. We're about seventy nautical miles off the northeast coast of Tasmania. The winds are out of the southwest, and we're banging our way south on starboard tack. I want to tack the boat onto port and head west toward Tasmania. I figure if we can get close enough to the lee of the is-

land we should get some relief from these big waves that are trying to kill us. I tell Rudiger to tack the boat. He tells me that he thinks that tacking the boat will hurt our chances of winning the race. I say, 'We won't win the race if we sink. Tack the fucking boat.' Mark says, 'Okay, I'll go up and talk it over with Chris.' As soon as we tack over onto port, we get immediate relief. The new angle the boat is hitting the waves is less punishing. After a few hours we start to get close to the lee shore of Tasmania, and the wind and the waves begin to diminish. We had made it through the storm. The worst was over. Then we pick up this favorable wind shift. Tacking the boat turned out to be the right thing to do for the race, too. God was smiling on us. We won the race by quite a bit. But no one really cared. We were all just glad to be alive."

When *Sayonara* arrived first across the line in Hobart, after the inevitable "What was it like?" questions, Ellison was asked if he would be coming back to defend his title. "I remember saying, 'No, not if I live to be a thousand.' Then I thought about it for a moment and said, 'Hold it, wait a second, if I live to be a thousand, I'll come back. Chris, do you want to come back with me? Mark this down, a thousand years from now, we'll be back.' "

But for now, Ellison is going America's Cup sailing. He says, "The best thing about the America's Cup is that they don't sail it in Bass Strait during a hurricane. In the America's Cup you never race in more than twenty-five knots of breeze. You just go out for a few hours, race around the buoys, and come back in for a nice seafood-and-pasta dinner. Everyone dresses up, very civilized, perfect for my old age."

# 18

## *SAYONARA* SWAN SONG

*July 2001*

Although Ellison will spend most of his seven-week summer vacation aboard *Katana* in the Mediterranean, he's starting his holiday by flying the Citation to his hometown for the annual "Chicago Mac" sailing race. With a fuel stop at Grand Junction, Colorado, it's a six-hour flight into Midway Airport. Despite the rigors of the weekend ahead, Ellison insists on flying the plane with Jeff as copilot. It's a gorgeous, clear night, and the burning lights of Chicago are clearly visible an hour before we begin our descent. Although tired, Ellison exults in the view of his hometown. One of his more endearing qualities is that he never loses his capacity for excitement. Although the technical demands of flying a plane appeal to him, like many pilots he is in love with the sheer beauty of what he sees from the cockpit.

The next morning, some fifteen Ellison family and friends have gathered in the dining room at the Ritz-Carlton, where he has stayed overnight. His sister, Doris, is there with her son Judge Jimmy Linn. Jimmy is coming on the race, and he's already in the Team Sayonara gear: logoed caps, T-shirts, and shorts. Jimmy is an unlikely sailor, but it's his third Chicago Mac. It's a race that Ellison enjoys, partly for the opportunity it gives him to turn it into a family event and also because it allows him to cut a dash in front of people who knew him as a kid.

The running joke over brunch is how appalling the food is on *Sayonara*, and Ellison claims to be furious with himself for having failed to take personal charge of provisioning, leaving it to the boat's engineer/

cook, Tugboat.* On the previous year's Chicago Mac, the food was so dreadful that it almost caused a fight. Ellison says, "It wasn't just disgusting, it was actually dangerous. I don't know how Tugsy managed it, but the chicken was burnt on the outside and still raw and frozen on the inside. I really thought Robbie Naismith was going to kill him, and Robbie's a pretty easygoing guy. But first Robbie burned his mouth, then almost broke a tooth biting into the frozen part. He was convinced that Tugsy was trying to murder us. Robbie said we were going to lose the race because the whole crew was going to die of salmonella." Ellison thinks it can't be so bad again. But just to be on the safe side, he decides to stop off at a deli on the way to the boat and stock up on cans of sardines. It turns out to be a smart move.

By the time we arrive at the marina, *Sayonara* and most of the other three hundred or so boats that will contest the 333-mile race—the world's longest on fresh water, up Lake Michigan to tiny Mackinac Island—are a mile or two offshore, jockeying for position and making last-minute inspections before the 2 P.M. start. Even amid such an armada, *Sayonara* is easily identifiable. Not only is her mast taller than anyone else's, it is made out of jet black carbon fiber. Whereas for the others, this is perhaps their most important race of the season, *Sayonara* is more used to competing and winning in the world maxi-yacht championships against the fastest and most expensive sailing boats ever built. In fact, after winning four out of four world championships, *Sayonara* has more or less killed off the class—the owners of the other boats, such as Hasso Plattner, chairman of Oracle rival SAP, are fed up spending their millions and routinely losing.

And despite the warm sunshine, the gentle breeze, and the sheer beauty of Chicago's skyscrapers shimmering on the shoreline, there is a quiet intensity about Ellison's crew—it's as if you had put down the McLaren Formula One team amid some weekend club racers. The most striking thing about the crew, almost all of whom have sailed together on *Sayonara* for all six of the years it has campaigned and are now part of

---

*LE writes: I was more apprehensive than "furious." Years of experience had taught me to fear the food on* Sayonara. *Tugsy wasn't solely responsible for our history of bad food. Jeff Stag would bring only freeze-dried stuff because he wanted to save weight. T. A. McCann was a vegetarian who thought the crew could live on PowerBars and nuts. I think we sailed faster than other boats because the crew wanted to finish, get off, and get a good meal.*

Ellison's Oracle Racing America's Cup team, is that they are not young guys but grizzled veterans with lined faces and graying hair. *Sayonara* has won this race for the last two years, and the Chicago Yacht Club has handicapped her harshly. To win outright, she must cross the line seventy-five minutes ahead of the next most potent yacht in the race, a big turbosled named *Decision* that beat *Sayonara* once before in the Trans-Pac from Los Angeles to Hawaii.* If we get a following wind for any length of time during the race, the sleds, with their flat sterns, are quite likely to outrun us, whereas *Sayonara* is unbeatable upwind. Ellison claims that she is still the fastest upwind boat ever built. The forecast is for the wind to turn all the way around the clock in the next thirty-six hours.

I'm already hoping that it's not going to be a long race. As Ellison promised, *Sayonara* is an uncompromising racing machine with almost nothing in the way of creature comforts. When Bill Erkelens takes the guests below, he warns us to try to avoid using the solitary toilet—the message is to piss over the side and shit only if you really have to. To comply with local environmental regulations, *Sayonara* has been fitted with a holding tank, but to keep weight down it's relatively tiny—certainly too small to deal with the digestions of twenty-four men if it's a slow race. The second shock is the realization that there are only eight berths to share among us. The idea is that there will be alternating watches of three hours off, six hours on. To call them berths is an exaggeration; they are more like narrow hammocks placed one on top of the other. As for the cooking, there's a solitary gimbaled burner.

Ellison informs me that other maxi yachts have owner's staterooms that provide their skippers with a bit of comfort and privacy. "Nobody told me about owner's staterooms when we were building *Sayonara*. Then I found out that Hasso had one on *Morning Glory*, and I said, 'I'd like to have one of those.' But it was too late." He's actually quite proud of the fact that he doesn't get any special treatment on *Sayonara*, and maybe it's one of the things he enjoys about the whole experience. Although he owns the boat, he says he regards himself as a junior crew member in terms of status and ability. And while that's not quite the way

*LE writes: Decision beat us back in 1995. Back then she was called Cheval, and she beat us to Hawaii by forty minutes. It was a long race—nine days—and we came in second. It was Sayonara's first and only loss in our first few years of racing.

the others treat him, it's also true that there's no standing on ceremony. Being one of the guys at Oracle ceased to be an option nearly twenty years ago, but it's not something that worries him greatly. He does seem more relaxed in this environment, perhaps because the burden of performance is much more shared with others.

After the excitement of the start, there's the fun of overtaking all the slower boats that began the race in front of us. What's impressive is the constant searching for tiny improvements in performance by changing sails whenever there is the slightest shift in wind speed or direction to justify it. It helps having Robbie Naismith and Joey Allen aboard, both Kiwis and respectively the best sail trimmer and bowman in the world. As night falls, *Sayonara* appears to be in the lead and putting ever more distance between it and its nearest rival—as predicted, *Decision*. The mood onboard is relaxed, and nobody questions skipper Chris Dickson's strategy of heading as close to the mark as possible and not to go searching for better wind. We're making about ten knots with a gentle breeze on our port beam. Ellison drives for a while, but with Dickson trying to get some rest, he hands over to Mike "Moose" Sanderson, another New Zealander, content just to chat and enjoy the night.

The conversation is exclusively about sailing. With the collapse of the world maxi series, the richest and most competitive owners are building ever-bigger and more extreme boats. It seems that the years of *Sayonara*'s domination are coming to an end. Ranged against *Sayonara* in open-class racing now are likely to be monsters such as Gianni Agnelli's ninety-foot *Stealth* and Hasso Plattner's new 140-foot *Morning Glory*. But although they are very fast, especially downwind thanks to their huge sail areas, Moose reckons they have a flaw. Their vastness means that the tried-and-tested America's Cup–class equipment that could be used for the old maxi class is simply not up to the job, but the custom-built winches and the towering masts are inherently less robust. Ellison thinks that the answer may be to build a 150-foot two-masted ketch that could fly the same amount of sail without having to size everything up by more than 50 percent. The idea grows on him as we sail through the night. Racing in something a little more comfortable and less stripped down than *Sayonara* has a lot going for it. But only if a new boat can be as successful. The idea of racing and not regularly winning has no appeal to Ellison.

Meanwhile, it has become clear that *Sayonara* is going to have to fight to win this race. Through the night, a light on a boat sailing on the other side of the lake has been steadily making ground on us. At first nobody is concerned. It may not even be another racer, and if it is, it is sailing well

away from the more or less direct route to Mackinac that Dickson has opted for. But as the light draws level and then overtakes us, the complacency evaporates. In the light airs in the middle of the lake, *Sayonara's* speed has dropped to about eight knots, while the other boat seems to be making at least twelve knots. It's Dickson's turn to drive, and he asks Erkelens to give us accurate readings of how much ground we're losing each fifteen minutes or so. After half an hour, Dickson decides to bear off toward the rival boat in search of the extra wind that's pushed him past us. Suddenly, the idea that we might actually lose has entered everybody's head. Ellison is below, trying to get some sleep. Although nobody says anything, they don't want him to emerge at dawn to find us a distant second.

With hindsight, we should have moved to cover the other boat much sooner. As we move across the lake, the wind kicks up from little more than ten knots to nearly twenty, and *Sayonara* slowly starts to close the gap. By 4 A.M. we're close enough to see that *Sayonara's* old nemesis *Decision* has managed to get the jump on us. Dickson has decided to close right in on *Decision* and then take her wind. It's a brilliant and ruthless piece of sailing. As we come within what seems like touching distance, *Decision* suddenly heads up to try cut us off. Immediately Dickson shouts, "No luffing, no luffing!" warning that when they're doing is illegal and that if they persist we'll flag them—issue a protest that will certainly lead to penalties. For a moment *Decision* seems anything but decisive. But by then *Sayonara* is level, and it's as if *Decision* has stopped dead in the water. Within twenty minutes *Sayonara* has opened up a gap of nearly a mile. By the time Ellison surfaces, unaware of the drama, *Decision* is a couple of miles distant but managing to match *Sayonara's* pace.

For the rest of the morning, as we crawl northward to the Manitou Islands, the two boats cover each other, neither making ground on the other. If it carries on like this, *Decision* will finish ahead of *Sayonara* on corrected time because we carry a handicap of about an hour and a quarter. But as soon as we draw near the Manitous, the wind veers round to the north and picks up speed. By 2 P.M. it's raining hard, the breeze is blowing at a steady twenty-five knots down the channel, and *Sayonara* is doing what she does best—sailing close-hauled at fifteen knots into a mounting sea, the water creaming over her decks. It's also the kind of sailing that Ellison loves, and it's not long before he grabs the helm. If the conditions are now perfect for *Sayonara,* they're miserable for *Decision,* whose lack of stability means she is constantly being blown sideways. As

*Decision* falls ever farther behind until she becomes little more than a distant speck, Ellison exults, "Boy, we're really smoking 'em. They're not having any fun back there. They can kiss that corrected-time trophy good-bye."

But before dusk, the speck of *Decision's* sail becomes just visible on the horizon some ten miles away. Despite Ellison's braggadocio, with only another two or three hours to Mackinac it's still touch and go whether *Sayonara* will have enough of a lead to overcome her handicap. I ask Ellison what matters more to him, winning on corrected time or being first to cross the finishing line. "That's easy," he says. "Being first to finish is what it's all about. This corrected-time stuff is totally arbitrary. A fully tricked-out turbosled like *Decision* should beat us in the Mac—actually finish in front of us—under some conditions. If the sailing is mainly upwind, we'll win. If the sailing is mainly downwind, they'll win. Some years the Mac's an upwind race. Some years the Mac's a downwind race. So how do they figure we owe her seventy-five minutes? Why not fifty minutes? Why not a hundred fifty minutes? The handicap is just a wild-ass guess." The other thing that would make Ellison happy would be to beat the record for the race, something he might have achieved when *Sayonara* sailed her first Chicago Mac if a piece of equipment had not failed a couple of miles from home. That's not going to happen now.*

Just then an appalling smell of burning comes drifting up from below. After a succession of cold meals, Tugboat has decided that what the crew needs to warm up is a steaming bowl of spaghetti bolognese. Unfortunately, the distinction between cooked and burned has once again eluded him. As the bowls of pasta are passed up on deck and the very brave or very hungry begin eating, the sheer nastiness of Tugboat's cooking becomes apparent. Some eat from necessity but immediately regret it. Others simply tip the muck into the water. Tugboat is furious and hurt by the ingratitude and is not even mollified when one of the grinders innocently asks him how he managed to introduce such an interesting "smokiness" to the flavor. Thank heaven for the sardines.

Ellison suddenly asks whether *Sayonara* should enter the Fastnet Race in a month's time. It's a notoriously tough course from the Isle of Wight to the Fastnet Rock off the southwest coast of Ireland and back again. The first thing to establish is whether it's possible even to get *Sayonara*

---

*LE writes: We broke the ram on our backstay a few minutes before finishing our first Mac. We missed the record by about a minute. Very disappointing.*