best-of-breed firms, best-of-breed software, 187, 202–3, 217–18, 221, 235, 474–76, 488–89
and databases, 49, 126, 238
integration of, 6, 37, 43, 46–47, 49, 121–26, 127n, 128, 130, 202, 214, 217, 221n, 229, 240, 282, 298, 422
and Oracle's competition with IBM, 6, 46, 212, 214, 240, 281–82, 284, 416
and suite applications, 51, 121–28, 130–31, 142, 147, 149, 151, 240, 298, 422, 425, 476, 488
Bill & Melinda Gates Foundation, 384, 387
bin Laden, Osama, 404, 406
biotechnology, 8, 299n, 381, 383, 388–91, 399, 482
Block, Keith, 475–76, 480–81, 484–85
Bloom, Gary, 132–33, 291–95
departure from Oracle of, 293–94
Ellison's management style and, 291–93
on Ellison's relationship with Lane, 135
and globalization of Oracle, 175
Lane's relationship with, 151, 155, 157, 160
management responsibilities assumed by, 150–51, 155–56, 176
management style of, 142, 289, 293–95
Oracle's applications business and, 179
and Oracle's transformation to e-business, 171
Bloomberg, Michael, 392, 415
BMC, 174
Boies, David, 277
Boomerang, 313, 457n
Booz Allen Hamilton, 95–98, 100, 103, 125, 484
Borland, John, 447–48
Boskin, Michael, 370
Boslet, Marc, 208
Brady, Gavin, 458, 469
Brady, Greg, 68
Breakers, The, 370
Brindabella, 316–17
British Petroleum, 124
British Telecom (BT), 109–10
Britton-Lee, 73
BroadVision, 46
Brunswick Corporation, 221, 222n
Buckley, George, 221–22, 225
Burn, David, 139
Burton, Betsy, 256, 259–62
Burton, Jeremy, 186
business-to-business (B2B) exchanges, 14–15, 208, 211, 473
Internet and, 157, 194
Oracle's Exchange Marketplace Platform and, 245
*Business Week*, 184, 206
Butterworth, Brad, 307, 312–13, 317–19, 321, 456, 460, 462–65, 467, 469

C, 65–66, 71
cable companies, 106, 279
CACI, 67–68
Cadence Design, 121
California, University of, 69, 310, 364
CalTech, 53, 69
Capellas, Michael, 278
Cap Gemini, 425
Cap Gemini Ernst & Young, 197
"Care Less and Cure More" (Ellison), 386n
*Carinthia VI*, 374–75
Carnegie Mellon University, 386n
Case, Steve, 279
Cash, Johnny, 393n
Cassidy, Brian, 67–68
*Catalyst*, 408
*Catch-22* (Heller), 272
Catz, Safra, 24, 82n, 220, 370
and acquisition of PeopleSoft, 487
background of, 154
Covisint and, 157
E-Business Suite and, 429
Ellison's management style and, 291, 293–96
and globalization of Oracle, 175–76
in Lane's demise, 154–57
management style of, 154–55, 180, 288–89, 295–96, 482
perfect storm and, 434–35
Cavalier, 306
Cayard, Paul, 328–29, 457–58
CBS, 108
*CBS Evening News*, 414–15
CCTV, 20
Central Intelligence Agency (CIA), 28, 58–59, 61–63, 410
RSI financed by, 62–63
terrorism and, 402, 404, 406, 412–14
Certified Application Partners (CAP) program, 123
Chamberlain, Don, 60
Cheney, Dick, 406
Chicago, University of, 56, 334, 337
Chicago Mac race, 322–27, 329
China Mobile, 12
China Resources, 15–16
Churchill, Winston, 393
Cisco Systems, 166, 184, 262, 278
finances of, 4, 157n, 226, 251, 472
Clarify, 46, 217–18, 225
Clark, Jim, 138
Clark, John, 66
client/server model:
applications and, 4, 98, 101, 113–14, 118, 130, 142–49, 166, 173, 187, 215, 450, 488
computing architectures based on, 2, 4–5, 13, 17–20, 36–39, 41, 43, 45, 73, 142–43, 166–67, 181, 269–70, 296, 298
databases and, 37–39, 45, 73, 98, 113
Clinton, Bill, 364, 394–95, 413
Clinton, Hillary, 395
CNET, 448
CODASYL databases, 59–60, 62, 71
Codd, Edgar "Ted," 59–62
Coleman, Bill, 250
Coleman, Dennis, 334
Coleman, Harold, 334, 337
*Commerce Business Daily*, 64

Commerce One, 207–8, 217–18
B2B and, 157, 208, 211, 473
E-Business Suite and, 190, 207
finances of, 214, 284
Oracle's competition with, 275
Compaq, 127, 254–55
databases and, 236, 255, 258, 300, 303
Oracle's partnership with, 277–78
computing architectures, 2–5, 49–52
client/server model and, 2, 4–5, 13, 17–20, 36–39, 41, 43, 45, 73, 142–43, 166–67, 181, 269–70, 296, 298
enterprise, 37, 76
Internet-based, 2–4, 17–20, 23–24, 39–45, 50–52, 142–46, 148, 164, 184, 187, 193, 269–70, 274, 296, 298, 481
utility model of, 478, 481–82
see also mainframes; minicomputers; PCs; software, software industry
Connor, Dennis, 467–68
Conrades, George, 95, 97
Conway, Craig, 68, 99, 215, 487–89
Copernicus, Nicolaus, 261n
Cortez, Elias, 433, 435–36
Costello, Joe, 121–22
Courter, Jim, 220–21, 226
Coutts, Russell, 312–13, 456, 460, 462–69
Covisint, 14–15, 157
Craft, Melanie, 9, 12, 342, 346, 363–68, 371, 373–74, 377, 395, 403n, 459n, 497–98
Crawford, Philip, 175
Credit Suisse First Boston, 154, 480, 487
Cronkite, Walter, 108–9
Cullinet, 59, 61, 73
Cutler, John, 303, 459

DaimlerChrysler, 157
Darwin, Charles, 261n
databases, database market, 3–7, 36–40, 42–50, 244, 283n, 434–52
alleged missale of licenses for, 393, 434–49, 451
Ampex and, 58–59
applications and, 48, 144, 147, 163–64, 166, 173, 194, 206n, 207, 216, 219–20, 225, 235–39, 249, 254–58, 261, 419, 422, 425–26, 429, 431–32, 476, 477n, 479
and best-of-breed software, 49, 126, 238
client/server model and, 37–39, 45, 73, 98, 113
clusters and, 98, 208, 212, 219, 235–38, 247, 249–50, 252–61, 278, 296, 298, 300, 438, 478–80, 482
competition in, 40, 69, 71–76, 86, 88, 98–100, 105–6, 110–11, 203, 208, 219n, 235–38, 249–50, 253–57, 259–60, 263–67, 274–75, 280–82, 284, 296, 298, 382–83, 438, 448–49, 478–81
enterprise computing and, 76
grid approach to, 479, 482
in health care industry, 26, 28, 238, 408–9
in higher education, 32, 238
Information Management Systems (IMS), 61–62
Internet and, 3, 5, 42–43, 45, 157n, 185–87, 194, 237, 255, 264
Java and, 185–86
maturing of, 76–77, 112, 131, 202
minicomputers and, 59–62, 65, 71
multitasking of, 76
for national security, 402–5, 412–13, 415
of Oracle, 1, 3–6, 24–25, 28, 32, 36, 40, 44, 47–50, 55, 59–63, 65–67, 69–77, 84, 88, 91, 95–102, 104–8, 110–16, 120n, 124, 126–28, 131–32, 134n, 143–44, 146–47, 157n, 163–66, 168–69, 172–73, 178, 185–87, 194, 198–99, 201–4, 208–9, 212, 216, 219–20, 235–40, 247, 249–50, 252–61, 263–67, 270, 275, 278, 280–82, 284–85, 296, 298, 300, 303, 332, 382–83, 393, 402–5, 412–13, 416, 422n, 425, 428, 431, 434–49, 451–52, 478–82, 489
Oracle Racing and, 303
read consistency of, 70, 72
referential integrity of, 73, 98
relational, 36, 60–63, 66–67, 69, 72, 106–7, 112, 114–15, 146, 165, 237, 254, 263
row-level locking of, 76
two-phase commit of, 73, 98
Datalogix, 124
Dataquest, 185
Davis, Gray, 393, 396, 434, 436, 440–41, 448
"Decentralization White Paper, The" (Hashemi), 78
*Decision*, 324–27
Defense Department, U.S., 410–11
Defense Intelligence Agency, 412–13
de la Vega, Ralph, 29–30, 247
Dell Computer, 166, 255, 424, 478
Dershowitz, Alan, 403n
*Descent of Man, The* (Darwin), 261n
Deutschman, Alan, 108
DHL Worldwide Network NV, 197
Dickson, Chris, 9, 307–8, 312, 314, 316, 325–26, 328–29, 454, 456–64, 467, 469
Diebold, 415–16
Digital Equipment Corporation, 41n, 62, 65, 175, 278, 303
"Digital IDs Can Help Prevent Terrorism" (Ellison), 403–6, 411, 413
digital television, 110
Diller, Barry, 108
Discoe, Paul, 372–74, 377–79
Disney, 108
DJL, 82n
Doerr, John, 138, 267n, 274
Donaldson, Lufkin and Jenrette, 154
*Dove*, 310
Drexler, Mickey, 288

eBay, 3, 14, 184, 237, 273
e-business, xi, 47–49, 166, 181–85, 210–13, 252–53
databases and, 4, 206n, 207, 238
Ellison's salesmanship and, 13–17, 20, 22
health care industry and, 26–27
in higher education market, 31–33
in manufacturing market, 14, 18, 23, 34–35

e-business (cont.)
    Oracle's transformation to, 136, 161, 171–79, 181–83, 191, 194, 211–12, 220, 223–25, 243, 410, 472–73
    software for, 6–7, 9, 11, 14, 16–18, 20, 25–27, 30–37, 45, 47–48, 51–52, 60n, 74n, 144, 169, 171, 177, 182–83, 184, 187–207, 212–13, 217–18, 222, 224–27, 229–35, 238–39, 241, 244, 248, 252, 259–60, 286–88, 297–98, 300, 411, 415–16, 419–32, 448, 453, 471–72, 474–76, 478, 482, 484–85, 488–89
    in telecommunications industry, 30
Eco, 373
Economist, The, xi, 1, 24, 161, 287
Economist Intelligence Unit (EIU), 178
Edison, Thomas, 276
EDS, 103, 281, 441, 478
Eisner, Michael, 108
Ejiva, 229
Elle, 362n
Ellison, Adda Quinn (first wife), 57, 64, 310, 337, 348–50
Ellison, Barbara Boothe (third wife), 65, 84, 341–42, 347, 352–54
Ellison, David (son), 9, 246, 310, 340–46, 352–55, 415
Ellison, Jack (adopted brother), 333
Ellison, Larry:
    adoption of, 331–33, 335, 337–41
    airplanes and flying of, 246, 312, 319n, 322, 345, 379
    alleged lies of, 214–15, 296–98
    ambitions of, 5–7, 59, 64, 188, 190, 285, 299–300, 383
    in Asia, 11–22
    authority questioned by, 333–36, 392
    author's relationship with, xi–xiii, 1
    awards and honors of, 28, 247–48
    backpacking of, 350–51
    bicycling of, 105, 397
    birth of, 332
    business philosophy of, 36, 288
    cars of, 22, 57, 287, 311, 337, 348–49, 357–58
    celebrity of, 12, 40, 108, 184, 263, 269, 288, 338, 345, 359
    cherry blossom party of, 369–71
    childhood of, 290, 331–35, 338–40, 348, 352, 393, 397
    competitiveness of, xii, 42, 75–76, 87–88, 90, 93, 105–6, 111, 117, 248, 263–69, 272–73, 276–77, 279, 282–84, 300, 313, 327, 336, 347, 384, 452–53
    on completeness, 50–53, 63n, 206
    dating of, 342, 346–49, 352, 355–66, 381
    demeanor of, 2, 5, 7–9, 11–12, 15, 18, 22, 27–29, 31, 51, 92, 97, 245, 248, 251–52, 261–62, 450
    education of, 31, 56–57, 297, 310, 333–34, 336–37
    employees recruited by, 69–71, 92–97
    evangelism of, 35, 50, 66, 143, 406
    family life of, 9, 12, 57, 64–65, 84, 205, 242–43, 246, 310, 322, 331–33, 335–55, 365–68, 370–71, 373–74, 377, 415
    finances of, 4–5, 7–9, 11, 21, 29, 54, 56–59, 64, 75–76, 84, 91, 107–8, 132, 184, 241–42, 245, 251, 263, 266, 269, 285, 299–300, 301n, 305, 308, 310–12, 330, 337–38, 340, 343, 347–51, 353–58, 360–61, 373–76, 379, 382–84, 386–89, 391–92, 394–95, 398–99, 486
    Five in Five plan of, 80, 85
    guitar playing of, 288, 310, 312
    heritage of, 205, 287, 389, 393, 397
    homes of, xi, 7–8, 27, 108, 210, 217, 219–20, 287, 304–5, 311, 342, 351–56, 358, 363, 365, 369–74, 376–81, 433, 472
    illnesses and injuries of, 105, 315, 319n, 320, 397–98
    on Japanese aesthetics, 371
    on leadership, 298–99
    litigations of, 201–2, 257, 359–62
    management style of, 7, 22–25, 42, 47, 55, 58–60, 63–64, 66–71, 75–82, 84–86, 88–105, 113–14, 116–24, 126–56, 158–62, 164, 166–67, 171, 175–76, 178, 180–82, 190–92, 196–97, 285–96, 423–24, 432, 457, 459–61, 463, 476, 486
    on mortality, 12, 397–99
    motor yachts of, 8, 18, 132, 205, 286, 322, 341, 343, 373–76, 378–79, 454, 456, 461–64
    optimism of, 9, 30, 35, 195, 210, 214, 243, 253, 262, 296–97, 300, 379, 465, 485
    passion and industry of, 7, 10
    in perfect storm, 433–36, 439–40, 446–47, 449–50
    personal security of, 11, 27, 246
    philanthropy of, 8, 12, 382–89, 391–92, 398–99
    physical appearance of, 184, 194, 217
    politics of, 392–97
    press and, 27–28, 40, 95, 108, 137, 138n, 140, 142, 148–49, 158–59, 161, 171, 184–85, 205–8, 243, 252–53, 256–57, 259, 266n, 269, 272, 296–97, 357, 359–62, 364, 383, 386, 403–6, 411, 413, 428–29, 450, 455–56, 485
    programming skills of, 56–57, 64
    public speaking of, 2, 13–15, 19–20, 31, 33–35, 38–40, 51–52, 66, 130, 188–89, 199–201, 218, 248–59, 263, 386n, 426–28
    sailing and, xii, 7–9, 18, 97n, 205, 286, 299, 302–29, 347–48, 383, 450, 453–71
    on sales comp, 251
    salesmanship of, 9–10, 12–25, 28–37, 40–41, 44, 63–69, 71–72, 75, 233, 243–45, 253, 287–88, 300, 406–10, 412–20, 426–29, 451–53, 476
    selecting successor to, 482–84
    self-confidence of, 194, 220, 239, 454
    sense of humor of, 29, 33, 93, 208–9, 233, 248, 289, 311, 331, 334, 336, 353, 398, 428, 450, 483
    spiritualism of, 397
    technical knowledge of, 70, 93, 95, 136, 143, 148, 161, 165
    television appearances of, 20–22, 414–15
    typical day of, 286–89
    vacations of, xii, 18, 132, 205, 310, 322, 341, 343, 371, 382
    vision of, xii, 3, 5–7, 9–10, 14, 41–43, 51, 53–55, 65, 67, 70, 73, 75, 78, 80–81, 85–86, 88, 96, 101, 108, 136, 142–43, 146–47, 158, 164–65, 185, 260–61, 266n, 270–71, 296, 374, 471–72, 476–78, 481–82, 485
    war against complexity of, 17, 36–39, 43, 45–50, 208, 220, 264
Ellison, Lillian (adopted mother), 301n, 332–33, 335–39, 382, 386
Ellison, Louis (father), 57, 84, 242, 331–33, 335, 337, 339–40, 348–49, 352, 393
Ellison, Megan (daughter), 9, 312, 340–47, 354–55
Ellison, Nancy Wheeler (second wife), 64, 349–53
Ellison Medical Foundation (EMF), 8, 384–89, 398
EMC, 30, 184
energy industry, Oracle's best-of-breed suite for, 151
Enron scandal, 379, 433, 483
E.piphany, 46, 225
Erkelens, Bill, 303–9, 328, 459
    Chicago Mac race and, 324, 326
    in Sydney-to-Hobart race, 308–9
Ernst & Young, 425
E*TRADE, 3, 184
European Information Technology Forum, 38–40
Exiros, 245

Falotti, Pier Carlo, 155, 175–76
Farr, Bruce, 303, 305, 328, 456
Fastnet Race, 327–28
Federal Bureau of Investigation (FBI), 28, 410
    terrorism and, 402, 404–6, 412–14
Federal Housing Authority, 333
Feinstein, Dianne, 364, 411–12
Fenwick, Lex, 415
fiber-optic networks, 106, 110
Fiddler on the Roof, 262n
Fidelity Investments, 451
Fields, Mike, 94–95, 99
Finance Department, Calif., 435–36, 444
Financial Times (FT), 24–25, 206, 287
Finn, Jim, 425n, 440
Fitzgerald, Kevin, 31, 407, 411
    perfect storm and, 439, 442–44, 447, 453
Florez, Dean, 436, 439–48
Fogel, Jeremy, 257
Food and Drug Administration (FDA), 391
Forbes, 206–7
Ford, 5, 54
    E-Business Suite and, 248

    Oracle's partnership with, 15, 157
Foreman, George, 282
Forrester Research, 25, 51, 190, 202, 259
Fortune, 108, 206, 269, 293, 359, 383
Foster, Norman, 373–74
Fox, James, 361
Freud, Sigmund, 343

Galilee Hitchhiker, 310
Galileo, 143, 260, 261n
Gap, The, 287–88
Gartner Dataquest, 189–90
Gartner Group, 216, 237, 256, 259, 261–62, 448–49, 478
    perfect storm and, 438–39
Gates, Bill, 1–2, 236, 452–53, 479
    antitrust litigation and, 1, 265, 272, 277, 279
    celebrity of, 38, 40
    Ellison's competition with, xii, 42, 248, 263–64, 266–69, 272–73, 276–77, 279, 284, 384
    finances of, 4, 21, 40, 184, 263, 269, 276–77
    passion and industry of, 7
    philanthropy of, 384, 387
    physical appearance of, 5
    salesmanship of, 452
    VOD and, 109
GBR, 459
General Electric (GE), 300, 373
    databases and, 238
    E-Business Suite and, 14, 18, 23, 227, 229–32, 234–35, 248, 287, 297–98
    finances of, 180–81
    in Hungary, 23, 35, 227–32, 234, 248
    Medical Systems division of, 27, 228–29, 238
    Power Systems division of, 14, 18, 23, 33, 35, 228–32, 234, 248, 287, 297–98
General Motors (GM), 54, 103, 157
Genin, Harold, 292n
Gerstner, Lou, 47, 280–81, 284
Giacoletto, Sergio, 428
Giga Information Group, 130, 186
Giuliani, Rudy, 415, 417
Glass, Geoff, 19, 22
globalization, globalism, xi, 18n, 48, 55, 96, 103, 153, 166–67, 174–77, 181–83
    of applications market, 115, 117, 120–21, 182–83
    client/server computing and, 45
    of consulting operations, 123
    Internet computing architecture and, 42–43, 45, 50–51
    of Oracle's IT systems, 170–71, 224–25
    Oracle's management and, 175–76
    of Oracle's marketing and sales, 170–72, 174, 176–77
    and Oracle's transformation to e-business, 174, 212, 223–25
    of SAP, 114–15
Glueck, Ken, 433–34, 439, 441–42
Goldberg, Evan, 241–42
Golden Gate Yacht Club, 471
Goldman Sachs, 282
Goode, Barry, 441

Case 3:01-cv-00988-SI   Document 1548-5   Filed 11/17/08   Page 2 of 7

Gore, Al, 394–95
Graham, Robin Lee, 310
Grand Mets, 38
Grant, Jeff, 185–86
Grant, Michael, 356n
Great Plains, 242
Grove, Andy, 271, 275–77
Groves, Lowri, 29–30, 247–48

Hale, Nathan, 333
Hall, John, 150
Hamm, Steve, 184
Hannibal, 300
Harvard Business School, 178, 351
Harvard University, 53, 388, 403n
Hashemi, Noosheen, 78–80, 93–94
Hawn, Carleen, 207
Hayden, Michael, 410
Health and Human Services (HHS) Department, U.S., 408–10
health care, health care industry, 25–28, 395–96, 406–10
    applications and, 26–28, 32, 301, 406–7, 419, 432, 484
    databases in, 26, 28, 238, 408–9
    Ellison's philanthropy and, 8, 382, 384–89, 398
    Internet and, 25–26
Healthscape, 138
HealthSouth, 18, 25–30, 247, 406–7, 409
Hearns, Tommy "The Hitman," 356
Hearst, William Randolph, 370
Heidrick & Struggles, 95
Heller, Joseph, 272n
Henley, Jeffrey O., 178–79, 204, 221, 288, 450, 472
    changes introduced by, 93–94
    databases and, 100, 431, 480
    Ellison's management style and, 132–33, 182, 286, 476
    on Ellison's relationship with Lane, 135, 159–60
    finances of, 97, 141
    management style of, 92–94, 103, 106, 295, 332, 482–83
    Max Account and, 129
    Oracle's applications business and, 115–16, 122, 128, 134–35
    perfect storm and, 442–46
Herman, Ron, 372
Hewlett-Packard (HP), 23, 41n, 86, 138–39, 187, 237, 253, 277, 478
Higashi, Joyce, 287
higher education:
    applications for, 31–33, 484
    databases in, 32, 238
    Ellison's philanthropy and, 388–89
High Fidelity (Hornby), 367
Hitler, Adolf, 393
Hoffman, Robert, 441
Holmberg, Peter, 303, 304n, 458–60, 462–65, 467
Home Depot, 229
home shopping, 106, 109

Hong Kong Hospital Authority, 17
Hornby, Nick, 367
Howard, Mike, 307
Howle, Elaine, 437–39, 446–48
HTML, 248–49
Hu, Andrew, 21
Human Genome Project, 380n
Humphrey, Hubert, 408
Hurricane Helen, 319–21

IBM, 5–6, 46–47, 53, 55–57, 86, 103, 114, 214–16, 262–63, 275, 280–85, 371, 453, 478–82
    app server of, 24, 250, 282
    and best-of-breed systems, 6, 46, 127, 212, 214, 240, 281–82, 284, 416
    consulting business of, 200
    databases and, 46, 59–62, 67, 72, 172, 208, 219n, 235–37, 240, 249–50, 253–57, 259–60, 265–66, 280–82, 283n, 284, 296, 300, 438, 448–49, 478–79
    Ellison's employment with, 57, 348
    finances of, 184, 239, 266, 449, 472, 480
    Global Services division of, 240
    innovations in, 265, 266n, 284
    marketing and sales of, 95, 256–57, 259–60, 281–83, 481
    mergers and acquisitions of, 240n, 280
    monopoly power of, 275–76
    and Oracle's bid for PeopleSoft, 489
    Oracle's competition with, 3, 6, 20, 25, 46, 55, 167, 212, 214, 223, 240, 263, 265–66, 268, 280–84, 300, 416, 438, 448–49, 481–82
    Oracle's sales automation and, 172–73
    outsourcing business of, 240, 480–81
    partnerships of, 214, 216
IBM, software products of:
    DB2, 72, 172, 208, 249–50, 254–57, 259n, 260, 266, 280–82, 283n, 296, 448–49
    OS/2 Presentation Manager, 113
    OS/390, 280
    VM, 280
    Web-Sphere, 24, 250, 282
Ickert, Mickey, 303
IDC, 24–25, 259–61
IDMS mainframe databases, 59
IDT, 220–21, 226
Illinois, University of, 56, 336
Imbler, Steve, 80
IMI, 124, 126–27
Independent Institute, 272–73
Industry Standard, The, 208
information superhighway, 106, 110
Information Systems Group, 95
Information Technology Department (DOIT), Calif., 433–35, 437, 440–41, 444
Information Week, 197
Informix, 110, 280
    databases and, 40, 72, 88, 98–99, 105–6, 208
Info Week, 435
Ingres, 61, 69, 71–72, 86, 88, 105
Intel, 107, 275–78
    databases and, 258, 478–79

McKinley processor of, 258
    monopoly power of, 275–76
    NCs and, 271
    Oracle's partnership with, 277–78
International Oracle User Week, 81–82
Internet, 1–6, 39–46, 49–52, 138, 169n, 184–87, 210–12, 223–24, 233, 240–42, 245, 248–51, 282–83, 287–88, 363n, 364, 391, 394, 408, 450–51, 471–73
    applications and, 3n, 4, 6, 39–40, 42–44, 51–52, 127n, 142–49, 164–66, 170, 173, 177, 179, 182, 184, 187, 193, 206n, 207, 215–16, 270, 450
    B2B and, 157, 194
    computing architectures based on, 2–4, 17–20, 23–24, 37, 39–45, 50–52, 142–46, 148, 164, 184, 187, 193, 269–70, 274, 296, 298, 481
    databases and, 3, 5, 42–43, 45, 157n, 185–87, 194, 237, 255, 264
    as efficiency tool, 15–16
    Ellison's salesmanship and, 13–16, 19
    and GE in Hungary, 229
    and globalization of Oracle, 170–71, 176, 224
    health care industry and, 25–26
    in higher education, 32
    high-speed connections to, 29–30
    Microsoft and, 40–41, 264–65, 269, 273–74
    Oracle's competitiveness and, 264, 269
    and Oracle's mergers and acquisitions, 241–42
    and Oracle's transformation to e-business, 172–73, 175, 177–78, 212, 220, 224
    in Shanghai, 21–22
    telecommunications industry and, 29–30
    VOD and, 107, 110
    Web services and, 476–77
    see also e-business; network computers
Internet Week, 177
Intuit, QuickBooks of, 241–42
Isler, Peter, 467
Israeli Aircraft Industries, 79
i2, 53, 68, 122, 127, 221, 475
    finances of, 473
    Nike's problems with, 195
    and Oracle's competition with IBM, 281, 284
Izanami, 205

Jackson, Thomas Penfield, 87n, 264
Jacobs, Ken, 65–67
Janicki, Anne (half-sister), 339–40
Janicki, Florence Spellman (biological mother), 331–32, 338–41, 382
Janicki, Steve (half-brother), 339–40
Jardine Matheson, 15
Jarvis, Mark, 150, 220, 475–78, 480
    E-Business Suite and, 190, 193, 195, 198, 238–39, 478
    and globalization of Oracle, 171
    Internet computer architecture and, 40–42
    Oracle's applications business and, 165, 226, 424–26, 429–30

Oracle's databases and, 144, 255–56, 259
    on system integrators, 200–201
Jaschke, Justin, 225
Java, 248–49, 296, 450, 453
    app servers and, 24, 282–83
    databases and, 185–86
    E-Business Suite, 248, 260
    Oracle's applications business and, 144, 477n
Java One conference, 250
J. D. Edwards, 487–89
JDS Uniphase, 18n, 478
Jefferson, Thomas, 405
Jiang Zemin, 21
Jobs, Steve, 264–65, 271n, 276, 299, 308, 354–55, 362–65, 367, 371, 378n, 392, 399, 458n
Johnson, Ned, 451
Johnson Electric, 14
Jordan, Michael, 458n
Justice Department, U.S., 1, 273, 410, 414

Kabcenell, Derry, 69–72
Kadifa, George, 152
Kaiser Foundation Health Plan, 220, 223
Katana, 8, 286, 322, 341, 343, 373–74, 454, 456, 461–64
Keene, Barry, 435, 439–40
Kellogg, 124–28, 142, 452
Kemp, Jack, 408
Kennedy, Gary, 67–68, 78–82, 215
    Ellison's relationship with, 141, 149
    firing of, 81–82, 87, 94
    management style of, 74, 78–81, 103
    Oracle's crash and, 81–82, 84–87
Kennedy, Robert, 393–94
Kerkorian, Kirk, 132, 311, 373
King, Rodney, 458n
Kipp, Craig, 228–32
Klaiss, Don, 432
Kleiner, Perkins, Caufield & Byers, 138
Kovacevich, Dick, 220, 225
KPMG, 34
Kurian, Thomas, 24, 483–84

Lane, Ray, 95–100, 171, 174–76, 365
    ambitions of, 141
    Catz's relationship with, 154–57
    Covisint and, 15, 157
    databases and, 97–98, 100, 102
    demise of, 154–57, 484
    Ellison's relationship with, 97, 115n, 131, 134–42, 144, 146–49, 151–52, 155–60, 272, 292–93, 295, 422
    finances of, 97, 137, 139–42, 158
    firing of, 137–38, 157, 159–61, 272, 294
    and firing of Squire, 103–5
    and globalization of Oracle, 175–76
    international operations and, 103–6
    legacy of, 157–58
    management style of, 7, 97–100, 102–6, 118, 128–29, 131–34, 136–38, 140–42, 146–61, 167, 175, 180, 289, 292–93, 295, 332
    Max Account and, 128–30

Lane, Ray (cont.)
  Novell's recruitment of, 138-41, 149, 158
  Oracle's applications business and, 112, 114-15, 117-28, 131-35, 142-49, 152, 158, 161, 165
  on Oracle's competition, 99-100
  Oracle's recruitment of, 95-97
  press and, 137, 138n, 140, 158-59
  public speaking of, 158
  sales force compensation and, 153-54
  on sales quotas, 102-3
  technical knowledge of, 148-49
  Wohl's relationship with, 118-22, 131-35, 147-48, 422
Lantos, Annette, 394n
Lantos, Tom, 370, 377, 392, 394n
Las Vegas, Nev., Oracle's annual sales conferences in, 246-53
Lawrence, David, 220, 223
Lederberg, Joshua, 363-64, 370, 377
  demeanor of, 381
  Ellison's philanthropy and, 382, 384-89, 399
  Ellison's politics and, 393
  Ellison's relationship with, 380-82
  QBI and, 391
Lee, Adelyn, 357-62
Levin, Gerry, 279
Lewis, Lennox, 356n
Li, Richard, 13
Liberate Technologies, 154
Liberty Mutual, 234
Linn, David (brother-in-law), 335-38, 353-54, 386, 393
Linn, Doris Ellison (adopted sister), 242, 290, 299, 322, 333, 335-38, 341
Linn, Elyse, 341
Linn, Jimmy "the Judge" (nephew), 242-43, 312, 329, 335-39, 341, 360, 367
Linn, Leslie (niece), 336-38
Linux, 186, 241, 258n, 271, 277-78, 453
  databases and, 236, 250, 282, 283n, 478-80, 482
local-area networks (LANs), 37-38
Lockyer, Bill, 440, 448
Logicon, 434-39, 448
Lombardi, Vince, 458n
Los Angeles Lakers, 300-301
Lotus, 138, 280
Louis Vuitton Cup, 312n, 454, 458, 460, 463, 465, 469
Lucas, Don, 64-66, 77-78, 92, 133, 299, 311, 370
  Ellison's philanthropy and, 392
  on Novell's recruitment of Lane, 140-41
  Oracle's crash and, 84, 87, 89
Luongo, John, 355
Lürssens, 375, 379

MacArthur, Douglas, 393
McCain, John, 436
McCann, James, 416
McCann, T. A., 323n
McCaw, Craig, 302, 454-55

McEwen, Tom, 257
McHugh Freeman, 124
McKinsey, 100, 483
McLaughlin, Steve, 33
McNealy, Scott, 237, 293, 369-70
Maggie (cat), 12, 15
mainframes, 5, 37, 39-40, 56-57, 65-66, 107, 253-55, 265-66, 277-78, 280, 284, 300, 348, 449, 479-80
  applications software and, 112, 114-15
  databases and, 59-61, 63, 66, 72, 236, 249-50, 254-55, 260, 266, 280-82
  Ellison's early employment and, 57
management-by-objectives (MBO), 290
management by ridicule (MBR), 290-91
Manatt, Phelps & Phillips, 445
Manugistics, 124, 126-27
Mari Cha, 328
Martha Stewart Living Omnimedia, 416
Maslow's hierarchy of needs, 310, 344
Mason, Anthony, 415
Mason, Paul, 260-61
Massachusetts Institute of Technology (MIT), 53, 57, 69-71, 388
Maxi World Championships, 309, 313-14
Mehta, Nimish, 123, 131
Mehta, Ravi, 436, 441-42
Memorex, 92
Mendelsohn, Andy, 70
Merrill Lynch, 178, 478n
META Group, 189
Mhyrvold, Nathan, 38
Michelangelo, 297
Michelin, 47
Microsoft, 1-7, 107n, 138-39, 184, 208, 247, 249-51, 297, 449-55
  antitrust case against, xii, 1, 4, 87n, 264-65, 272-74, 277-79, 455
  bCentral Web site of, 242
  client/server model and, 13, 142-43
  databases and, 66, 186, 235-37, 249-50, 253-59, 264, 267, 274, 280-82, 283n, 438, 449-50, 478-80
  finances of, 4-5, 76, 179, 239, 242, 264-66, 268, 269n, 279-80, 450, 472-73, 482
  Internet and, 40-41, 264-65, 269, 273-74
  management of, 262, 264
  marketing and sales of, 51, 259, 264, 452-53, 473
  mergers and acquisitions of, 242
  monopoly power of, 41n, 275-76, 279-80, 429, 473
  and Novell's recruitment of Lane, 149
  and Oracle's bid for PeopleSoft, 489
  Oracle's competition with, 20-21, 55, 108, 110, 131, 167, 215, 251, 263-69, 271-80, 284, 300, 416, 433, 438, 449-53, 478-80, 482
  partnerships of, 264, 277
  small-business software market and, 242
  X-Box of, 250, 279-80
Microsoft, software products of:
  BackOffice, 264
  Excel, 186, 270, 426
  Exchange, 138, 209, 270n, 451-52
  Explorer, 270
  GroupWise, 138
  Office, 6, 51, 241n, 264, 271, 482
  Outlook, 170, 270, 451-52
  SQL Server, 4, 7, 186, 250, 254-56, 265, 281, 450, 480
  Windows, 2, 38-39, 66, 113, 123, 138, 186, 188, 224, 235, 237-38, 249-50, 254, 264-67, 269, 271, 273, 278n, 279-82, 283n, 452-53, 478-79, 482
  Word, 186, 270
Milberg Weiss, 201-2
Miller, Byron, 130
Milton, John, 203
Miner, Bob, 84, 352n, 382
  at Ampex, 58, 62
  databases and, 59-60, 62
  demeanor of, 71
  Ellison's relationship with, 65
  finances of, 107
  in founding Oracle, 56, 58-60, 62-65
  illness and death of, 104-5
  management style of, 63, 71, 88, 94, 104
minicomputers:
  applications market and, 112
  databases and, 59-62, 65, 71
molecular biology, 299n, 301, 363n, 380-81, 383
Montana, Joe, 397
Moore's Law, 43
Morgan Stanley, 199, 259n, 282, 448-49
Morgan Stanley Dean Witter, 174
Morning Glory, 312-14, 324-25
MSN, 279
MTR, 13
Mueller, Robert, 410, 414
multinational corporations, 46
  E-Business Suite and, 188
  Oracle's applications business and, 123-24
Multiple Virtual Storage (MVS), 66
Murdoch, Rupert, 108, 311
Murdock, David, 92-93

Naismith, Robbie, 323, 325
Napoleon I, Emperor of France, 300, 393
Nardelli, Bob, 229
Nasdaq, 20, 473
National Geographic, 310
National Institute on Aging, 387
National Security Agency (NSA), 63, 404, 406, 410, 413
Nazem, Farzad "Zod," 42
NBC, 414
nCUBE, 106-7, 358, 394
  VOD and, 107, 109
NetLedger, 241-42
Netscape, 241, 267n
  browser war and, xii, 41n, 264-66, 273-75, 480
  Oracle's interest in acquiring, 273-74
Network Productions, 185
Network Computer, Inc. (NCI), 41

network computers (NCs), 2-3, 39-41, 108, 130-31, 269-71, 296, 392
  NIC and, 41, 240
  and Oracle's competition with Microsoft, 269
New Internet Computers (NIC), 41, 240-41
Newton, Isaac, 381n
New York Stock Exchange, 22
New York Times, The, 359, 366, 403
Nike, 195
Ning, Frank, 15-16
Nippon Steel, 91-92, 117
Nokia, 316
Nortel, 217
North American Free Trade Agreement (NAFTA), 395n
Northrop Grumman, 434, 448
Novell, Lane recruited by, 138-41, 149, 158
NTT Communications, 225
Nucleus Research, 474
Nussbaum, Jay, 118, 424, 439
  BellSouth difficulties and, 29-30
  databases and, 98
  on Ellison's relationship with Lane, 135
  HealthSouth deal and, 27-28, 406
  higher education market and, 31, 33
  on Novell's recruitment of Lane, 141
  Oracle's applications business and, 128, 131, 134, 415
  Oracle's Las Vegas conference and, 247-48
  perfect storm and, 435
  on sales force compensation, 152-53
  Washington meetings and, 406-7, 410, 412

Oates, Ed, 56, 58-59
Oberlin College, 364
Ocampo, Ray, 359
October Rose, 132, 311, 373
O'Dell, Wally, 415-16
Olsen, Carl, 22, 363
Omex, 58-59, 61
1-800-Flowers.com, 415-16
O'Neill, Peggy, 262
OneWorld, 454-55, 463, 465
On the Origin of Species (Darwin), 261n
Oprah, 20-21
Oracle (CIA-funded project), 58
Oracle.com, 262
Oracle Applications Users Group (OAUG), 188-89, 195, 197-99
Oracle BMW Racing, 453-54, 456, 459-70
Oracle Corporation:
  annual reports of, 123, 194, 356
  applications business of, 36-37, 45, 47-48, 51-52, 74n, 76-79, 100-102, 111-28, 130-35, 140, 142-49, 151-52, 158, 161-75, 177, 179, 181-85, 187-206, 209-10, 212-14, 216-18, 222, 224-27, 229-35, 238-39, 240n, 241, 244-45, 252-53, 257-61, 264, 269-70, 278, 286-88, 295, 297-98, 300, 406-7, 411, 415-16, 418-33, 448, 450-53, 471-72, 474-75, 477n, 478, 480-82, 484-85, 488-89

Oracle Corporation (cont.)
    author's access to, xi-xii
    bureaucracy of, 167-68, 171
    Business Online initiative of, 193
    change in public perception of, 110
    commitment culture at, 80
    company jamborees of, 99
    competition of, 3-6, 10, 20-21, 24-25, 31, 34, 37, 40, 46, 51, 55, 69, 71-76, 83, 86-88, 90, 98-101, 105-6, 108, 110-27, 130-33, 143-46, 147n, 148, 162, 164-65, 167, 169, 172-74, 185, 188-91, 203-4, 206-8, 211-19, 221-22, 225, 235-40, 241n, 242, 248-51, 253-57, 259-61, 263-84, 287, 297, 300, 323, 332, 411, 416, 418, 422, 424-25, 428-31, 433, 438, 448-53, 478-82, 489
    competition within, 93, 119, 429
    on completeness, 63n
    consulting business of, 97n, 100-103, 112-13, 116-17, 119-20, 121n, 122-24, 128-31, 148, 158, 165, 220-22, 229-32, 240, 243, 261-62, 400-401, 416, 484
    corporate symbol of, 150n
    crash of, 81-90, 93, 95, 110-11, 299-300, 311, 332, 357, 378
    dating among employees of, 356-59
    education business of, 142, 149-51, 160, 176
    employees recruited by, 31, 33, 69-71, 79, 87-88, 92-97
    ethical standards at, 83, 87
    executives departing from, 83-84
    finances of, 1, 4-5, 7, 11, 13, 18, 24-25, 31-34, 41, 48-49, 54, 56, 59, 62-65, 67-69, 73-87, 89-94, 96-97, 101-2, 105, 112-13, 115, 118-19, 122, 123n, 124-31, 133-34, 137, 139-42, 150-55, 157-58, 163, 166-68, 169n, 170-71, 173-85, 189-91, 199, 201-2, 204-5, 210-13, 218, 220-21, 223-25, 233, 239, 243-44, 247, 251-52, 259-61, 262n, 264, 269, 294-95, 310, 311n, 338, 347-48, 351, 353, 379, 401-2, 410, 416, 431, 434-35, 441, 449-50, 472-75, 483-84, 488-89
    fines paid by, 87
    founding of, 56, 58-66, 299
    future of, 472, 481-82
    growth of, 16, 66-70, 75, 77, 82, 88, 94, 102, 105-6, 111-12, 182, 431
    human resources (HR) systems of, 47, 49
    initial public offering (IPO) of, 67-68, 73, 76, 80, 154, 310, 347, 353
    international presence of, 55, 67-68, 76n, 81, 91-92, 102-6, 115, 123, 153, 155, 157, 166-68, 170-71, 175-77, 181, 191, 197, 223-25, 227, 229-31, 239, 245, 355, 418-29, 431
    kernel group of, 70-71
    litigations of, 159, 176, 178, 201-2, 358-62, 386
    management of, 7, 11, 15, 21, 55, 63-64, 66-69, 71, 74, 76-86, 88-105, 112-24, 126-71, 175-76, 178-82, 199, 205, 218-20, 226, 247, 252, 262, 285-96, 332, 358-59, 370, 423-25, 428, 432, 444, 471, 482-84
    marketing and sales of, 9-10, 12-25, 28-37, 40-41, 44, 47, 49-50, 55, 63-88, 90, 94-96, 98-106, 112, 114-17, 120-24, 127-31, 133-35, 140, 142, 144-55, 158-60, 162-63, 165-68, 170-78, 183, 185-86, 189-91, 198, 200, 205-6, 208, 210-13, 215, 219-22, 226, 233, 246-53, 256-57, 259-64, 269, 283, 285, 287-88, 295, 297, 300, 355, 357-58, 406-10, 412-21, 424, 426-32, 438-39, 442, 444, 446, 449-50, 452-53, 472, 475, 477-78, 480-81, 483-85
    mergers and acquisitions of, 67, 106-7, 122, 124, 217-18, 241-42, 273-74, 487-89
    mottos of, 240
    in operating system business, 278
    outsourcing business of, 193, 240, 478, 480-82
    partnerships of, 14-15, 25-29, 120-23, 126-28, 131-32, 153, 157, 172, 187, 195, 221, 239-40, 257-59, 277-78, 431
    in perfect storm, 433-49, 453
    philanthropy of, 41
    potential of, xii, 3, 5-7, 9-10, 41, 54-55, 63, 67, 70, 73, 75, 80, 85-86, 96, 285, 296
    press and, 137, 138n, 140, 171, 177, 184, 195, 197-98, 209, 252-53, 256-57, 259, 261-62, 269, 272, 297, 420, 424-25, 429-30, 434, 436n, 440-41, 443, 446-49
    process automation of, 168-69
    research and development (R and D) of, 21, 69-71, 74-75, 78n, 83, 85, 88, 101, 104, 113, 119-21, 123, 128-29, 131, 133-35, 140, 142-46, 148, 158, 165, 169-70, 180, 209-10, 216, 262, 291-92, 423-24, 430n-31n, 432-33, 451, 473
    restructuring of, 81-82
    spin-offs of, 240-41
    succession at, 482-84
    tools business of, 67, 104, 113, 143, 147, 164, 185
    win-at-all-costs culture of, 86
Oracle Corporation, software
    products of:
    1, 62
    2, 62, 71-72
    3, 65-67, 69, 71-72, 74n
    4, 69, 72
    5, 73
    5.1, 73-74
    6, 73-76, 84, 88, 91, 97-99, 107-8, 204, 252, 422n, 431
    7, 88, 95-98, 100, 102, 105, 203-4, 237, 252, 267, 332, 382-83, 431
    7.1, 104-5
    8i, 185-87, 438
    9iAS, 250
    9i RAC (Real Application Clusters), 98, 208, 212, 219, 235-38, 247, 249-50, 252-61, 298, 438, 478-80, 482
    10.7, 40
    10.7 NCA (network computing architecture), 40, 144-46, 187
    10.7 SC (Smart Client), 130, 132-33, 143-45
    10g, 479
    11.0, 145-46, 161-62, 182, 185, 187
    11.5.3, 197, 203, 421-22
    11i (E-Business Suite), 6, 9, 11, 14, 17-18, 20, 23, 25-27, 30-37, 45, 47-48, 51-52, 60n, 74n, 144, 169, 171, 177, 182-84, 187-207, 212-13, 217-18, 222, 224-27, 229-35, 238-39, 241, 244, 248, 252, 259-60, 286-88, 297-98, 300, 411, 415-16, 419-32, 448, 453, 471-72, 474-76, 478, 482, 484-85, 488-89
    11i 5.5, 422-23
    11i 5.6, 424
    11i 8, 484
    Advanced Planning and Scheduling, 407
    Collaboration Suite, 170, 270n, 450-53, 480
    Daily Business Intelligence, 418, 425-28, 430-32, 477n, 478, 482, 484
    Exchange Marketplace Platform, 245
    Product Development Exchange, 288
    Raw Iron, 187
    Small Business Suite, 241-42
    World Wide Web Interface Kit, 42
Oracle Open World, 41, 55, 198, 258-59
Oracle Racing, 9, 302-4, 307, 324, 328
"Oracle's Savings Don't Add Up" (Wagner), 177
"Oracle Under Fire" (Burton), 261-62
Orion, 24
Orlov, Laurie, 202
O'Rourke, Kathleen, 342, 355-58, 362-63
Orr, Ron, 220, 226
OSF, 113
Overstreet, Jenny, 66, 90, 103, 141, 358-59

Pacific Century CyberWorks, 13
Pacific Holdings Company, 92
Palmer, Bob, 41n
Palmisano, Sam, 281
Papa John's Pizza, 248
PCs, 113, 145, 149, 236-38, 240, 242, 269-71, 275-76, 280, 478
    databases and, 236-37
    Ellison's criticisms of, 2-3, 36-40, 43, 264, 267, 270-71
    Internet computing architecture and, 41, 43
    and Oracle's competition with Microsoft, 267, 269
PDP-II minicomputers, 59, 62, 65, 71
Pearson, 25
Peat Marwick, 93-94
Peddersen, Tom, 67-68
PeopleSoft, 53, 68, 99, 473-75
    databases and, 235, 479
    E-Business Suite and, 204
    finances of, 185, 473-74, 489
    human resources (HR) product of, 218
    J. D. Edwards acquired by, 487, 489
    Oracle's attempted acquisition of, 487-89
    Oracle's competition with, 4, 101, 112-13, 117, 131, 162, 221, 248-49, 284, 422
    tools business of, 249
Version 8 of, 218, 270, 488
Pepperdine University, 415
Perkins, Steve, 225
Perot, Ross, Jr., 415
Perot, Ross, Sr., 281, 415
Pets.com, 154
Phillips, Chuck, 174-75, 199, 202, 448-49
Pifithrin (PFT) Compound, 390-91
Piscitelli, Ben, 441
Pixar Animation Studios, 364
Pizza Hut, 248
Plattner, Hasso, 218, 313, 323-25
PL/SQL, 98
Police Department, Chicago, 243
POSCO, E-Business Suite and, 234-35, 287n, 420, 425
Postal Service, U.S., 407-8
Potter, Jack, 407-8
Prada, 455, 463, 465, 469
Precision Instruments, 58
Preger, Bob, 63, 66
Priceline.com, 157
PricewaterhouseCoopers (PWC), 425
Puricelli, John, 177-78
PWC, 240n

Quark Biotech Inc. (QBI), 8, 299n, 383, 389-91, 399
QUEL, 69, 72
Qwest, 185

Ramsey, Craig, 358-59
Rather, Dan, 415
RealNetworks, 265, 272, 275
Red Hat, 278n
Relational Software, Inc. (RSI), 61-66, 352
Relational Technology, Inc. (RTI), 69
Retek, 288
Rice, John, 23, 33, 228-29, 232
Rising Sun, 376n
RJR Nabisco, 29
Road Ahead, The (Gates), 38
Roberts, Dave, 62
Roberts, Gary, 166, 169-71
Roberts, George, 135, 475
    E-Business Suite and, 196, 204, 421
    and Oracle's transformation to e-business, 174-75
Rocher, Michel, 105
Rockefeller, John D., 265, 276-77
Rockefeller University, 380, 382, 389, 399
Romero, Pepe, 371
Ronald McDonald House, 12, 15
Ronin, 8, 18, 205, 341, 373-74, 378
Roux, David, 154
Rowzat, Chuck, 480
Rudiger, Mark, 319-21
Rumsfeld, Donald, 403
Ryden, Bo, 67-68

Sacramento News and Review, 448
Sakura, 311
Salk, Jonas, 261n, 301

Sanbashi, 369–73, 376–79
Sanderson, Mike "Moose," 325, 328
Sanderson, Sandy, 220, 222, 243, 288
*San Francisco Chronicle*, 205n, 208, 447
*San Jose Mercury News*, 386
San Jose State University, 348
San Simeon, 370
SAP, 44, 53, 217–19, 253, 313, 473–77
    consulting business alliances of, 116–17, 219
    databases and, 46, 208, 235–36, 238, 257, 259n, 479
    E-Business Suite and, 204
    finances of, 127, 185, 219, 473–74, 488
    human resources (HR) product of, 218
    international presence of, 114–15
    Kellogg contract and, 126
    management of, 219, 262
    marketing and sales of, 476–77, 481
    NetWeaver of, 476
    and Oracle's bid for PeopleSoft, 488–89
    Oracle's competition with, 4, 20, 34, 101, 112, 114–27, 130–31, 133, 143, 146, 147n, 162, 165, 214, 217–18, 222, 225, 248, 284, 323, 411, 418, 422, 425, 428, 481, 489
    and Oracle's competition with IBM, 281, 284
    R/2 of, 114–15
    R/3 of, 51, 77, 114–15, 117
    Sapphire Convention of, 158
Sarwal, Richard, 283
*Sayonara*, 8–9, 180, 194, 217n, 305–29, 376, 457–58, 460
    in Chicago Mac race, 322–27, 329
    Fastnet Race and, 327–28
    in Sydney-to-Hobart race, 308–9, 312, 314–21
Scardino, Marjorie, 25
Schmidt, Eric, 140
Schneider, Charlie, 125–26
Schwarzenegger, Arnold, 396n
Science Advisory Board (SAB), 387
Scopus, 216–17
Scott, Bruce, 59
Screven, Ed, 105, 113, 286, 289, 410
Scrushy, Richard, 27–29, 406–7
Scully, John, 458n
Seashols, Mike, 68–69, 311
Seccombe, Laura, 377–79
secondary education, 395–96
Securities and Exchange Commission (SEC), 87, 407n, 483
Shaheen, George, 240
Shakespeare, William, 366
Shaw, Robert, 96–97, 112, 116–21, 131, 139, 222, 240
    and best-of-breed approach, 121, 123, 125–26, 128
    management style of, 100–103, 118
    Max Account and, 128–29
    Oracle's applications development and, 119, 133–35, 158
    on SAP, 116–17, 119–20
    threatened resignation of, 133–34
Sherman Anti-Trust Act, 275
Shigeru, Isuke, 372, 374
Shilakes, Chris, 178
Siebel, Tom, 31, 67–68, 90, 94, 173, 208–9, 214–18, 249, 270, 473–75, 489
    on Ellison's lies, 214–15, 296, 297n
    on Oracle's ethical standards, 83, 87
Siebel Systems, 67, 214–17, 270, 407, 477, 489
    AT&T deal and, 214
    CRM suite of, 50–53
    databases and, 46, 208, 235, 238, 259n, 479
    E-Business Suite and, 206–7
    finances of, 214, 216, 473–74
    hiring former employees of, 31, 33
    management of, 215–17
    Oracle's competition with, 20, 169, 212, 214, 217, 239, 248, 253, 261, 422, 424, 429
    and Oracle's competition with IBM, 281, 283–84
    partnerships of, 214, 216
    tools business of, 249
Siegelman, Don, 28
Silicon Graphics, 108, 138
Sim, Judy, 11–12, 247, 249
Simon, Bill, 396, 440
Simpson, O. J., 360
Six-Day War, 145
Sjoberg, Kurt, 437, 442, 444–45, 447
Sjoberg Evashenk Consulting, 437, 445
small and medium-sized enterprises (SMEs), 16–17
small-business software market, 241–42
Smith, Sandy, 302
So, Jack, 13
Société Nautique de Genève, 471
software, software industry, 22–23, 39–53, 55, 252–53, 285–88
    and acquisition of PeopleSoft, 487
    back-office, 169, 187, 216
    best-of-breed, *see* best-of-breed firms, best-of-breed software
    business intelligence, 418, 425–28, 430–32, 477n, 478, 482, 484
    client/server model and, 4, 98, 101, 113–14, 118, 130, 142–49, 166, 173, 187, 215, 450, 488
    competition in, 77, 101, 112–27, 130–33, 143–46, 147n, 148, 162, 164–65, 169, 172–73, 189–91, 203–4, 206–7, 212–19, 221–22, 225, 241n, 242, 248–49, 260, 264, 411, 416, 418, 422, 424–25, 428–31, 473–77, 481, 488–89
    components vs. complete systems in, 44–45
    consumer packaged goods (CPG) solution in, 120, 122, 124–27, 142
    customer relationship management (CRM), 6, 16, 23, 26, 29–31, 45, 49–53, 83, 164, 169, 187–89, 191, 195, 197, 202, 206–7, 210, 212, 214–17, 225, 234, 237, 247–49, 261, 423–26, 429–30, 432, 474–75, 484
    distribution, 16
    e-business, 6–7, 9, 11, 14, 16–18, 20, 25–27, 30–37, 45, 47–48, 51–52, 60n, 74n, 144, 169, 171, 177, 182–84, 187–207, 212–13, 217–18, 222, 224–27, 229–35, 238–39, 241, 244, 248, 252, 259–60, 286–88, 297–98, 300, 411, 415–16, 419–32, 448, 453, 471–72, 474–76, 478, 482, 484–85, 488–89
    enterprise, 44–45, 49, 52–53, 86, 171, 186–87, 189, 197, 208, 236, 238, 256, 259n, 260, 265, 420n, 438, 448, 453
    enterprise resource planning (ERP), 3n, 4, 6, 10, 45, 49–52, 68, 76, 116, 125, 162–63, 169, 185, 189, 191, 193, 216–18, 229, 234, 237, 245, 248, 261, 406, 421–24, 429–30, 432, 474
    extension, 419
    financial, 44, 79, 86, 112, 117, 121, 124, 213, 226, 234, 241, 411, 432, 488
    globalization of, 115, 117, 120–21, 182–83
    in health care industry, 26–28, 32, 301, 406–7, 419, 432, 484
    in higher education market, 31–33, 484
    human resources (HR), 112, 117, 121, 163–64, 218
    of IBM, *see* IBM, software products of
    implemented at Oracle, 191, 196–97, 213, 234–35
    Internet-based, 3n, 4, 6, 39–40, 42–44, 51–52, 127n, 142–49, 164–66, 170, 173, 177, 179, 182, 184, 187, 193, 206n, 207, 215–16, 270, 450
    legacy, 205–6, 213, 419
    manufacturing, 14, 18, 23, 34–35, 44, 112, 124, 234
    of Microsoft, *see* Microsoft, software products of
    of Oracle, *see* Oracle Corporation, software products of
    and Oracle's competition with IBM, 281–82, 284
    and Oracle's transformation to e-business, 171–75, 177, 181–83
    order management, 191–93, 195–97, 202, 234, 261, 421–23
    partnerships in, 120–23, 126–28, 131–32
    personal productivity, 51
    resource planning, 26
    for senior managers, 162–63, 165
    for small businesses, 241–42
    systems integration and, *see* systems integration, system integrators
    in telecommunications, 28–30
    testing it inside Oracle, 165–66, 169, 177, 182
    *see also* databases, database market
Software AG, 63
Software Development Laboratories (SDL), 56, 58–61, 351
"Software's Other Billionaire" (Deutschman), 108
Sony, 15–16, 241
    Playstation 2 of, 279–80
Spoor, Tony, 62–63
Sprott, Richard, 387
Squire, Geoff, 92, 102–5, 293
    Ellison's relationship with, 103–4
    firing of, 103–5
    on Lane's hiring, 97
    management style of, 105
    Oracle's crash and, 81–85
Standard Oil, 265
Stanford University, 53, 64, 69, 86, 350–52, 355, 370, 380, 388, 483
*Stealth*, 325, 328
Steltor, 452
Stewart, Martha, 415–16
Stonebraker, Mike, 61, 69, 72
Structured Query Language (SQL), 60–62, 69–70, 72, 98, 208, 237, 250
    databases and, 186, 254–56, 264, 281, 450, 480
*SUI*-64, 455, 462, 464–67, 496
Sun Microsystems, 2–4, 107n, 184, 250, 253–54, 262, 293, 369
    competition between Microsoft and, 272–73
    databases and, 187, 237, 258
    finances of, 4, 157n, 472
    slogan of, 2, 40
    Ultimate of, 113
Sybase, 110
    databases and, 40, 72–74, 76, 88, 98–100, 105–6, 264, 267
    international presence of, 105–6
symmetrical multiprocessor (SMP) computers, 76
System R, 60, 62
systems integration, system integrators, 415, 419, 425, 431, 472
    applications and, 48n–49n, 213–14, 218, 221n, 222, 225, 229
    for best-of-breed systems, 6, 37, 43, 46–47, 49, 121–26, 127n, 128, 130, 202, 214, 217, 221n, 229, 240, 282, 298, 422
    E-Business Suite and, 190–91, 196
    Ellison's attacks on, 200–201, 205–6, 239–40
    and Oracle's competition with IBM, 281–82
    perfect storm and, 434, 441

Tandem Computers, 150, 298
*Tatoosh*, 455
Team New Zealand, 303, 454–55, 468
Team Sayonara, 303, 307, 322, 329
Techint Group, 245
Techtronics, 226
telecommunications, telecommunications industry, 106, 177, 185, 209–10, 217, 247, 279, 424, 472–73
    applications in, 28–30
    VOD and, 109–10
Telecommunications Act, 185
Tenet, George, 410
TenFold, 77, 87
terrorism, 400–407
    casualties due to, 400–401
    prevention of, 402–6, 410–14
    on September 11, 2001, 400–401, 410, 413–14
Thinking Machines, 394
Thompson, David, 304–5, 310–11
Thompson, Tommy, 408–10, 412, 451

Thomson, John, 95
Time Warner, 109, 279
Tom Peddersen Associates, 67
Torman, Stacey, 24–25
*Toy Story,* 364
Trading Community Architecture (TCA), 193, 423
Trans-Pac, 305, 324
Tru64 operating system, 278
Tse, Nancy, 13, 17–18
TSW, 124
Tung, C. H., 16
Tungsram Lighting, 228
Turner, Mark "Tugboat," 320, 323, 327
Twain, Mark, 333

UBS PaineWebber, 415
UNIX, 39, 66, 253–54, 479
   applications market and, 112, 144
   databases and, 72, 98, 235, 237, 249–50, 254, 260, 280–82, 283n
   and Oracle's competition with Microsoft, 267
UPS, 407
*Upside,* 95
USA 49, 303–4
USA 61, 303–4
USA-71, 463
USA-76, 455–56, 459–60, 462–67, 496
*USA Today,* 27–28

Vanderbilt, Cornelius, 370
Vanderbilt, William, 244
*Vanity Fair,* 366
*Vava,* 461
Ventura, Jesse, 397
Verio, 225
Veritas, 104, 179, 293
video-on-demand (VOD), 106–10, 358
Viola, Lawrence, 360
Virtual Address Extension (VAX), 65
Visa, 404, 411

Wagner, Mitch, 177
Walker, Jeff, 76–82, 91, 93–94, 100, 105, 112–13
   Ellison's relationship with, 149
   firing of, 113
   management style of, 113, 117n
   Oracle's applications business and, 112, 117n
   Oracle's crash and, 81–82, 84–85, 89
Walker Interactive, 77

*Wall Street Journal, The,* 24, 38, 206, 266n, 287, 297, 359
   Ellison's op-ed piece in, 403–6, 411, 413
Wang, Patrick, 14–15
Wang, Xiao-Chu, 12
*Washington Post,* 362
Wasserman, Paul, 361
Watson, Thomas, Jr., 55, 280, 284
Webvan, 240
Weinbach, Art, 416
Wei Zhang, 20
Welch, Jack, 227–29
Wells Fargo, 220, 225
Western Digital, 244
Wharf Group, 16–17
Whitbread races, 309
White, Karen, 149–50
Wilkins, Ivor, 463
Williams, Derek, 13–14, 17, 19, 22
Wilson, Steve, 305
Wohl, Ron, 23, 154, 164–66, 484
   E-Business Suite and, 190, 192–93, 196, 203, 420–23, 429, 476
   Ellison's relationship with, 193
   Lane's relationship with, 118–22, 131–35, 147–48, 422
   management style of, 117n, 118, 143, 145–46
   Nippon Steel negotiations and, 91, 117
   Oracle's applications business and, 117–23, 127, 131, 133–35, 143, 145–49, 165–66, 169, 209, 420–23, 429–32
   on Siebel, 474
Wolfe, Tom, 368n
Wood, Mel, 375
Wookey, John, 406–7, 432, 484
World Trade Organization (WTO), 16, 20
World Wide Web, *see* Internet
Wu, Peter, 16–17
Wurster, Bill, 378
Wylie, Andrew, xi–xii

Xerox, 29, 69, 98
Xu Kuang Di, 21–22

Yahoo!, 14, 42, 55, 184, 273
Young, Jeremy, 197–98
Young, John, 139

Zeman, Andrea, 357, 361–62
Zhu Rongji, 21
Zito, Kelly, 208

## ABOUT THE AUTHOR

Matthew Symonds is currently political editor of *The Economist* and writer of the "Bagehot" column, but before that he was the magazine's technology and communications editor for nearly four years. He was also a founding editorial director of *The Independent* and has been strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.