# EXHIBIT 3

1

1    IN THE UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN FRANCISCO DIVISION
4
5   In re ORACLE CORPORATION
6   SECURITIES LITIGATION
7        Master File No. C-01-0988-MJJ
8   This Document Relates To:
9        ALL ACTIONS.
10   _____/
11        ---o0o---
12        CONFIDENTIAL
13   DEPOSITION OF RONALD WOHL
14        VOLUME I
15   THURSDAY, MARCH 23, 2006
16        ---o0o---
17
18   SHEILA CHASE & ASSOCIATES
19   REPORTING FOR:
20   LiveNote World Service
21   221 Main Street, Suite 1250
22   San Francisco, California 94105
23   Phone: (415) 321-2311
24   Fax: (415) 321-2301
24   Reported by:
25   DIANA NOBRIGA, CSR 7071, CRR

2

1        I N D E X
2        INDEX OF EXAMINATION
3                         PAGE
4   EXAMINATION BY MR. WILLIAMS          7
5        ---o0o---
6
7        INDEX OF EXHIBITS
8   DESCRIPTION                      PAGE
9   Exhibit 1   E-mail from Gayle Fitzpatrick
10        sent 20 Apr 2001 to Ronald Wohl,
11        Subject: ERP/CRM Demo Integration
12        Feedback                125
13   Exhibit 2   Document entitled: Software
14        Powers the Internet        147
15   Exhibit 3   Document entitled: Oracle 11i -
16        9 Months Late and Heavily
17        Criticized by its Users    176
18   Exhibit 4   Document entitled: Oracle,
19        Question & Answer Document for
20        OAUG Conference Honolulu,
21        October 22 - 26, 2000        197
22   Exhibit 5   E-mail from Fleisig.Bob to
23        ron.wohl@oracle.com, dated
24        7 Nov 2000, Subject: Oracle
25        Apps 11.5.2 Availability    208

3

1   Exhibit 6   E-mail from Ron Wohl to
2        Carolyn Balkenhol, dated
3        4 Dec 2000, Subject: Re:
4        WEBREQS is flaky        213
5   Exhibit 7   E-mail from Ron Wohl to Sergio
6        Giacoletto, dated 21 Jan 2001,
7        Subject: Re: 11.5.x challenges:
8        NLS, Patching, Training - some
9        suggestions              218
10   Exhibit 8   E-mail from Ron Wohl to Charles
11        Rozwat, sent 24 Jan 2001,
12        Subject: (Fwd: Applications 11i
13        and NT Pro*C)            229
14   Exhibit 9   E-mail from Greg Seiden to
15        csgapp, dated 29 Dec 2000,
16        Organization: Oracle Corporation   229
17   Exhibit 10   E-mail from Ron Wohl, to Ronald
18        Bunting, sent 24 Jan 2001, Subject:
19        Re: (Fwd: R11i Order Management
20        Impact)                234
21   Exhibit 11   E-mail from Ron Wohl to Minton,
22        Jennifer, dated 9 Dec 2000,
23        Subject: (Fwd: Re: Internal
24        upgrade decision)        245
25

4

1   Exhibit 12   E-mail from Roger Sanders to
2        Alomari, Ahmed, dated 2 Jan 2001,
3        Subject: Re: (Fwd: Oracle
4        Internal Upgrading to R11i This
5        Weekend)                255
6   Exhibit 13   E-mail from Safra A. Catz to
7        Lawrence J. Ellison, dated 11 Jan
8        2001, Subject: Re: (Fwd: Apps
9        Meeting Agenda, Thurs. Jan 11th)   257
10   Exhibit 14   E-mail from Ron Wohl to Mark
11        Barrenechea, dated 22 Feb 2001,
12        Subject: Re: Status on GSI    261
13   Exhibit 15   E-mail from Ron Wohl to Miranda.
14        Steven, dated 22 Feb 2001,
15        Subject: (Fwd: Re: Isis/bug for
16        AP Trial Balance)        265
17   Exhibit 16   E-mail from Mark J. Barrenechea
18        to Ellison,Lawrence, dated
19        9 Apr 2001, Subject: Value
20        Vision                270
21   Exhibit 17   E-mail from Meena Patel to
22        george.roberts@oracle.com, dated
23        14 May 2001, Subject:
24        Supporting Documentation for
25        Value Vision            272

**5**

1   BE IT REMEMBERED that on THURSDAY, MARCH 23,
2   2006, commencing at the hour of 9:16 a.m., thereof, at
3   the LAW OFFICES OF LERACH, COUGHLIN, STOIA, GELLAR,
4   RUDMAN & ROBBINS, LLP, 100 Pine Street, Suite 2600,
5   San Francisco, California, before me, DIANA NOBRIGA, a
6   Certified Shorthand Reporter in and for the State of
7   California, personally appeared
8         RONALD WOHL,
9   called as a witness by the plaintiffs herein, who, being
10   by me first duly sworn, was thereupon examined and
11   testified as hereinafter set forth.
12         ---o0o---
13   Appearing as counsel on behalf of the Plaintiffs:
14         SHAWN WILLIAMS, Esquire
15         MONIQUE C. WINKLER, Esquire
16         LERACH, COUGHLIN, STOIA, GELLAR,
17         RUDMAN & ROBBINS
18         100 Pine Street, Suite 2600
19         San Francisco, California 94111
20         (415) 288-4545
21         shawnw@lerachlaw.com
22
23   Appearing as counsel on behalf of Defendants:
24
25         PATRICK E. GIBBS, Esquire
26         REES MORGAN, Esquire
27         LATHAM & WATKINS
28         505 Montgomery Street, Suite 1900
29         San Francisco, California 94111-2562
30         (415) 391-0600
31         patrick.gibbs@lw.com
32
33   Also Present:  Paul Rowland, Videographer; Ryan Guiboa
34

**6**

1         VIDEOGRAPHER:  Good morning.  Here begins the
2   videotaped deposition of Ron Wohl, tape one, Volume I,
3   in the matter of Oracle Securities Litigation in the
4   U.S. District Court, Northern District of California,
5   San Francisco Division, the case number of which is
6   C-01-0988-MJJ.  Today's date is March 23rd, 2006, and
7   the time is 9:16 a.m.  The video operator today is Paul
8   Rowland, representing LiveNote World Service, located at
9   221 Main Street, Suite 1250, San Francisco, California
10   94105.  The phone number is 415 321-2300.  The court
11   reporter is Diana Nobriga of Sheila Chase and
12   Associates, reporting on behalf of LiveNote World
13   Service.
14         Today's deposition is being taken on behalf of
15   the plaintiff, and is taking place at 100 Pine Street
16   Suite 2600, San Francisco, California.
17         Would counsel please introduce yourselves and
18   state whom you represent.
19         MR. WILLIAMS:  Shawn Williams, Lerach,
20   Coughlin, Stoia, Geller, Rudman and Robbins on behalf of
21   the plaintiff.
22         MS. WINKLER:  Monique Winkler of Lerach
23   Coughlin on behalf of plaintiffs.
24         MR. GIBBS:  Patrick Gibbs from Latham and
25   Watkins on behalf of defendants and on behalf of the

**7**

1   witness.
2         MR. MORGAN:  Rees Morgan of Latham and Watkins
3   on behalf of defendants and on behalf of the witness.
4         VIDEOGRAPHER:  Would the court reporter please
5   swear in the witness.
6         RONALD WOHL
7   having been duly sworn, testified as follows:
8         VIDEOGRAPHER:  Counsel, please proceed.
9         EXAMINATION BY MR. WILLIAMS
10         MR. WILLIAMS:  Q.  Good morning, Mr. Wohl.
11     A.  Good morning.
12     Q.  Can you just state your full name for the
13   record, please.
14     A.  Ronald Andrew Wohl.
15     Q.  And your address, please?
16     A.  208 Miramontes Road, Woodside, California.
17     Q.  And I'm sure your attorneys have kind of gone
18   over the ground rules with you a little bit, but I'm
19   going to try to give you a brief overview of what's
20   going to happen today.
21         The reporter sitting to your right is going to
22   take down everything that's said in this room, my
23   questions, your answers, counsel's objections and
24   comments.  What she cannot record are head nods or hand
25   gestures.  So in response to my questions, I'm just

**8**

1   going to ask you to answer orally with a loud and clear
2   voice.
3     A.  Very good.
4     Q.  Do you understand that?
5     A.  Yes.
6     Q.  You understand that you're testifying under
7   oath today and it's the same oath that would apply in a
8   court of law, even though we're in somewhat of an
9   informal setting?
10     A.  I understand.
11     Q.  And we'll take several breaks, actually,
12   whenever you want.  If you want to take a break for five
13   minutes, go to the men's room or even just take a walk,
14   we could do that.  Just let me know.  Most likely I will
15   ask you to answer any question that might be pending at
16   the time.  I don't think anyone will have any problem
17   with it.  Do you understand?
18     A.  Yes, I do.
19     Q.  And I'm going to ask you a lot of questions
20   today.  I'm going to try to be as clear as I can.
21   Sometimes I may fumble or the question may not come out
22   right.  If you don't understand my question, ask me to
23   repeat it or clarify it.  I will try to do it if I can
24   and we'll move on from there.  Okay?
25     A.  Very good.

9

1    Q.   Now, Mr. Gibbs will very likely object to many
2  of the questions that I'll be asking.  However, unless
3  he instructs you not to answer the question, you still
4  have to answer the question.  Do you understand that?
5    A.   Yes, I do.
6    Q.   Any reason why you can't give your full and
7  complete testimony today?
8    A.   No.
9    Q.   Not on any medication that might inhibit your
10  ability to recall facts?
11    A.   No.
12    Q.   Okay.  And at the end of your testimony,
13  you'll have an opportunity sometime after today, within
14  the next say 30 or 60 days, to review your testimony and
15  correct any minor errors.  And Mr. Gibbs will talk to
16  you about that later on.  Do you understand?
17    A.   Yes.
18    Q.   You've testified before; right?
19    A.   Once before.
20    Q.   Once before.  An when was that?
21    A.   Roughly a year and a half ago.
22    Q.   In the PeopleSoft government trial?
23    A.   It was in the antitrust trial.
24    Q.   Right.  And you were questioned by U.S.
25  attorneys in that trial?

10

1    A.   That's correct.
2    Q.   And where did that take place?  Here in San
3  Francisco?
4    A.   The deposition took place in San Francisco,
5  yes.
6    Q.   Did you testify during a trial?
7    A.   Yes, I did.
8    Q.   So you testified twice at least; right?
9    A.   Correct, for the same issue.  Once, the
10  deposition and then once in trial.
11    Q.   And what was the time frame between those two
12  occasions, if you recall?
13    A.   I don't exactly remember.
14    Q.   And both of those took place here in San
15  Francisco, the deposition and the trial?
16    A.   The trial definitely.  The deposition, yes,
17  was in San Francisco as well.
18    Q.   And never testified under oath aside from
19  those two occasions?
20    A.   I don't believe so, no.
21    Q.   Okay.  And do you know why you've been asked
22  to testify here today?
23    A.   I believe that the plaintiff has required me
24  to do so.
25    Q.   And do you understand the subject matter that

11

1  you will be testifying about today generally?
2    A.   I believe it relates to the events of a bad
3  quarter Oracle had in 2001.
4    Q.   Have you ever seen a complaint in this case?
5    A.   I believe I have seen the complaint.  I have
6  not read it.
7    Q.   And when did you see the complaint?
8    A.   I saw the complaint yesterday.
9    Q.   That was the first time you had seen it?
10    A.   I don't recall if I had seen it beforehand or
11  some version of it.  There have been so many associated
12  cases.
13    Q.   Okay.  When was the first time you heard that
14  there was a lawsuit surrounding what you've described as
15  a bad quarter back in fiscal 2001?
16    A.   Oh, I assume sometime after the first one was
17  filed.  The news would have showed up on my Yahoo
18  screen.
19    Q.   Did you talk to -- aside from your attorneys,
20  have you talked to anyone about your -- about the fact
21  that you would be testifying in a deposition in this
22  case today?
23    A.   Mentioned to some people in terms of
24  scheduling that I would be -- that I'd be -- have the
25  pleasure of a deposition.

12

1    Q.   And who were those people?
2    A.   My wife, my son, a few people that I was
3  trying to arrange meetings with that I had to reschedule
4  meetings with.  That's what I remember.
5    Q.   Any -- did you discuss with anyone at Oracle
6  that you'd be testifying in a deposition pertaining to
7  this case today?
8    A.   I mentioned to one person at Oracle, yes, that
9  I was testifying.
10    Q.   And who was that person?
11    A.   Cliff Godwin.
12    Q.   And when was that?
13    A.   I was talking with him last night.
14    Q.   And did he mention to you that he had
15  testified in a deposition recently?
16    A.   Yes, he had.
17    Q.   And did you talk about the substance of his
18  deposition?
19    A.   No, we did not.
20    Q.   What you might expect?
21    A.   No.
22    Q.   Did he ask you where the deposition was taking
23  place?
24    A.   No.
25    Q.   So the discussion -- what exactly was the

13

1  discussion that you had with him concerning you
2  testifying here today?
3      A.  I believe we were talking about when we could
4  meet and talking about different dates.  And I told him
5  that I was going away for the weekend and today was out,
6  because I had the pleasure of fulfilling one of my last
7  remaining obligations to Oracle.
8      Q.  And anybody else that you mentioned that you
9  would be testifying in this case?  Anybody else?
10      A.  Nobody else at --
11      Q.  Either -- sorry, I didn't mean to cut you off.
12  Either current or former employee at Oracle?
13      A.  Before I was given notice that I had the
14  pleasure of a deposition, a couple other former people
15  asked me if I was -- if I had that pleasure.
16      Q.  And who are those people?
17      A.  I think Mike Rocha asked me.  He told me he
18  had the infinite pleasure.  Don Klaiss may have asked
19  me.
20      Q.  Okay.  I'm going to jump around a little bit.
21  You're not at Oracle anymore; right?
22      A.  That is correct.
23      Q.  You left there about a year and a half ago?
24      A.  My employment with Oracle ended last July.
25      Q.  Last July.  And are you still being paid by

14

1  Oracle?
2      A.  No, I'm not.
3      Q.  When is the last time you were paid by Oracle?
4      A.  I believe it was last July that I got the last
5  check, which had, you know, vacation pay time and so
6  forth.
7      Q.  Now, when you say your employment ended last
8  July, were you still working at Oracle on a day-to-day
9  basis during June or was there a period that you --
10      A.  No, I was not.  I was on leave of absence --
11      Q.  Okay.
12      A.  -- for roughly six months prior to my formal
13  departure from the company.
14      Q.  But during your leave of absence, were you
15  being paid as a normal rate, whatever your rate was?
16      A.  No, I was not.
17      Q.  Was it less or more?
18      A.  I was not being paid during my leave of
19  absence.
20      Q.  Okay.  Now, you mentioned Don Klaiss and Cliff
21  Godwin.  I'm assuming you still communicate with them
22  even though you're no longer at Oracle?
23      A.  That is correct.
24      Q.  They are your friends?
25      A.  Yes.

15

1      Q.  Is Don Klaiss still at the company?
2      A.  No, he isn't.
3      Q.  Do you know when he left?
4      A.  Sometime close to the beginning of last year.
5      Q.  Okay.  You know Greg Seiden; right?
6      A.  Yes, I do.
7      Q.  Is he still at the company?
8      A.  I haven't talked with him in quite some time.
9  But I believe he is.
10      Q.  How about Joel Summers?  Do you know Joel?
11      A.  Yes, I do.
12      Q.  Is he still at the company, if you know?
13      A.  I believe he's not.
14      Q.  He's not.  Are you friends with him?
15      A.  We have talked once, I believe once in the
16  last nine months or so.
17      Q.  And did you talk about the fact that either
18  you or he would be testifying in this matter?
19      A.  I don't recall if I did or didn't.
20      Q.  Okay.  When was the first time you learned
21  that you would be testifying or you would be appearing
22  for a deposition in this case?
23      A.  I received an e-mail from an attorney at
24  Oracle.  I don't remember when it was.  Maybe roughly
25  two, three, four weeks ago.  Something like that.

16

1      Q.  That was the first time that you heard you
2  would have to -- you might be testifying in this case.
3      A.  That is correct.
4      Q.  And have you met with any lawyers, either at
5  Oracle or outside of Oracle, concerning your testimony
6  in this case or the facts in this case?
7      A.  Yes, I have.
8      Q.  When did that occur?
9      A.  Yesterday.
10      Q.  That was the first time?
11      A.  Yes.
12      Q.  And is that with Mr. Gibbs?
13      A.  With these two gentlemen here.
14      Q.  How long did you meet?
15      A.  We began roughly 10:00 in the morning, and we
16  finished at roughly 3:00 in the afternoon.
17      Q.  Okay.  You indicated earlier that you may
18  have --
19      A.  I should correct something, which is, when you
20  say this case, I'm not sure what you mean.  But I was
21  formerly interviewed for one of the related cases by the
22  special committee of the board that was investigating
23  the situation.
24      Q.  Right.  I think you understood my question
25  correctly.  I know that you were interviewed, but it

17

1  wasn't --
2      A.  Okay.  I don't recall if that was an interview
3  or testimony or what.
4      Q.  That's fine.
5      A.  Just trying to be precise.
6      Q.  That's okay, we'll get there.  You indicated
7  earlier that you may have learned about this lawsuit
8  sometime after it was filed because it may have popped
9  up on your Yahoo; right?
10     A.  That's correct.  That's what I indicated.
11     Q.  Do you have any additional recollection about
12  the first time you may have learned of the lawsuit?
13     A.  I was not particularly involved in this, so I
14  was tangentially aware of the set of related cases.  But
15  I wasn't really close to it.
16     Q.  How did you become aware of the set of cases?
17     A.  Through the news generally.
18     Q.  Didn't talk about it with people at Oracle
19  when the cases were filed back in 2001?
20     A.  We may have gossiped about it, but we didn't
21  have a serious discussion that I remember, other than,
22  you know, the formal investigation that the special
23  committee of the board conducted.
24     Q.  Okay.  Now, going back to when you may have
25  seen something pop up on your Yahoo concerning the case,

18

1  were you contacted by any Oracle lawyers at that time
2  about documents that you may have had in your
3  possession?
4      A.  I don't remember.
5      Q.  And --
6      A.  I also don't remember exactly how I heard
7  about the case.
8      Q.  Okay.
9      A.  You know, maybe I was told by people at
10  Oracle.  I'm guessing I read it, but I don't remember.
11     Q.  All right.  Do you -- did you take any action
12  when you heard about the case, whenever that may have
13  been, to kind of preserve any documents that you might
14  have had that might relate to the case?
15     A.  I don't remember.  If I received any
16  instructions from Oracle's attorneys, I would have
17  followed those meticulously.
18     Q.  But you don't recall whether you did --
19  withdrawn.
20         You don't recall whether or not you got any of
21  those instructions?
22     A.  I don't recall.
23     Q.  Okay.  Now, did you look at any documents
24  yesterday?
25     A.  Yes.

19

1      Q.  And did the documents you reviewed help you
2  recall facts that may have occurred back in 2000, 2001,
3  2002?
4      A.  To a very small amount.
5      Q.  What do you mean?
6      A.  It helped me recall a small amount.
7      Q.  Okay.  Well, do you recall any -- withdrawn.
8         Was there any specific document that helped
9  you recall a small amount about anything that happened
10  back in 2000 and 2001?
11     A.  There was one document, yes.
12     Q.  And what was that?
13     A.  That was the PowerPoint presentation that I
14  gave to Oracle's board about Oracle's applications
15  product.
16     Q.  And do you recall when that presentation was?
17  Was it in 2000/2001?
18     A.  The presentation will have the date on it.  I
19  don't recall the exact time.
20     Q.  Okay.  Was it before or after the release of
21  Oracle 11i?
22     A.  It was after the release of Oracle 11i.
23     Q.  And, all right, do you remember what -- what
24  did it help you recall?
25     A.  It helped me recall what I had presented to

20

1  the board.
2      Q.  What did you present?
3      A.  Presentation about the status of Oracle's
4  application products.
5      Q.  An do you remember where that presentation
6  was?  Was it down in Redwood Shores?
7      A.  I believe it was at Oracle's headquarters in
8  Redwood Shores.
9      Q.  So that's one document that you looked at that
10  helped you recall facts that occurred a few years ago.
11         Any other documents that helped you recall any
12  facts about what was occurring at Oracle in 2000/2001?
13     A.  I was shown some other documents that I don't
14  remember if they really helped me recall much.
15     Q.  Well, let's talk about e-mail.  Did you review
16  any e-mail that helped you recall anything that was
17  occurring back in 2000/2001?
18     A.  Some of the documents I was shown yesterday
19  were copies of e-mails.
20     Q.  And e-mails that you had written?
21     A.  I believe at least one of them was one I had
22  authored.
23     Q.  And did you remember that e-mail when you
24  looked at it?
25     A.  Did I remember it?  One of them I remembered.

21

1    Q.  Which one was that?
2    A.  It was an e-mail that I had sent to Chuck
3  Rozwat.
4    Q.  What was the topic?
5    A.  The topic is I was asking him to ensure that
6  his group was helping fix something that needed to be
7  fixed in order so we could get an NT port out the door.
8    Q.  And prior to yesterday, had you thought
9  about -- when was the last time you thought about that
10  communication with Mr. Rozwat?
11    A.  I haven't a clue.  I haven't thought about it
12  in a long, long time.
13    Q.  And when you said an NT port, what are you
14  referring to?
15    A.  Oracle software is available to run on
16  different platforms, and this was the version of the
17  software that was available to run on Windows NT.
18    Q.  Right.  And was the communication you had with
19  Mr. Rozwat that you looked at yesterday, was that -- do
20  you remember the time frame that it was?  Was it in --
21    A.  I don't remember the exact time frame.
22    Q.  Okay.  What position did Mr. Rozwat hold back
23  in 2000 -- say the second half of 2000, first half of
24  2001, if you remember?
25    A.  If I recall correctly, he was executive

22

1  vice-president of the database products, or something
2  like that.
3    Q.  Did you report to him?
4    A.  No, I did not.
5    Q.  He reported to you?
6    A.  No, he did not.
7    Q.  So we talked about you remembered one e-mail
8  and you remember this -- well, one e-mail helped you
9  remember some things, and there was a PowerPoint
10  presentation that helped you remember some things.
11    A.  There may have been other e-mails that helped
12  me remember a little more.  But I don't recall exactly
13  which e-mails.
14    MR. GIBBS:  I was just going to object to your
15  preface, because I think it misstated his earlier
16  testimony.
17    MR. WILLIAMS:  Q.  Okay.  What was the volume
18  of documents that you reviewed yesterday?
19    A.  Relatively low volume.
20    Q.  Okay.  Fifty pages?
21    A.  I believe fewer than 50 pages.
22    Q.  Now, did you do anything to -- other than
23  meeting with your attorneys yesterday, did you do
24  anything to prepare for your testimony?
25    A.  I got a good night's sleep.

23

1    Q.  At the Marriott?
2    A.  In my home.
3    Q.  So you started working at Oracle in
4  approximately 1986; right?
5    A.  That is correct.
6    Q.  And you had gotten -- prior to that you were
7  working at Boston Consulting?
8    A.  Prior to that I was in business school.
9    Q.  Sorry.  At some point you were working with
10  Boston Consulting?
11    A.  The Boston Consulting Group.
12    Q.  The Boston Consulting Group.  What were you
13  doing for them?  What were your duties there?
14    A.  I was an associate consultant.
15    Q.  I kind of thought that's what your answer
16  would be.  On a day-to-day basis, what did that include?
17    A.  Generally I was assigned to work on a case on
18  behalf of a client that the Boston Consulting Group had.
19  I was one of the most junior members of the team, so I
20  would do whatever was -- whatever needed doing.
21    Q.  And how long were you at Boston Consulting
22  Group?
23    A.  Approximately two years.
24    Q.  Then you went to business school?
25    A.  That is correct.

24

1    Q.  Prior to working at Boston Consulting, you
2  were in college, I assume?
3    A.  That is correct.
4    Q.  And where did you go to school?
5    A.  I went to Harvard College.
6    Q.  An you graduated from there in what year?
7    A.  1982.
8    Q.  With a degree in?
9    A.  My major was physics.
10    Q.  Have you done any physics-related work since
11  you graduated from Harvard?
12    A.  I'm trying to think what you mean by physics
13  related.
14    Q.  Well --
15    MR. GIBBS:  Don't they say physics is
16  everywhere?
17    MR. WILLIAMS:  I assume so, that's why -- I
18  withdraw the question.
19    Q.  Have you had to -- since you graduated from
20  Harvard, have you had to apply what you've learned about
21  physics at a job?
22    A.  What I learned about physics was fairly broad
23  and relevant to many things.  I'm not sure I could point
24  to an individual application.  But I probably did apply
25  many things I've learned.

25

1  Q.  Okay.  And what was your first position at
2  Oracle?
3  A.  I believe I was a product manager.
4  Q.  At the time what did that entail?
5  A.  What did that entail in 1986?  I was
6  responsible for assisting with design issues of some --
7  of products, whatever product I was involved with,
8  reviewing documentation, writing promotional material,
9  making presentations to customers.  Those were among the
10  responsibility.
11  Q.  Okay.  When you say helping design products,
12  what do you mean?
13  A.  Product managers were expected to contribute
14  ideas to the development team for what features should
15  go into the product.
16  Q.  Let's kind of jump into the mid '90s.  What
17  position were you holding at Oracle, say, 1995?
18  A.  If I recall correctly, I was senior
19  vice-president of applications development at the time.
20  I may have the dates a little off, but it was close to
21  that.
22  Q.  And as senior vice-president of applications
23  development, who were you reporting to in the mid '90s?
24  A.  I reported to Larry Ellison.
25  Q.  So is it fair to say that between 1995,

26

1  approximately, and, you know, through 2001 you reported
2  directly to Larry Ellison?
3  A.  Yes, that's correct.
4  Q.  And during that period, did your title change
5  at all between '95 and 2000/2001?
6  A.  At a certain point I was promoted to executive
7  vice-president.
8  Q.  Did your day-to-day responsibilities change
9  with that change in designation?
10  A.  With that change in designation I became
11  involved with the executive management committee of
12  Oracle.
13  Q.  And I want to kind of pinpoint when that
14  occurred, if you can remember.  When did you become a
15  part of the executive management committee at Oracle?
16  A.  I don't remember the exact date.
17  Q.  Okay, well, was it in 1995?
18  A.  I don't believe so.
19  Q.  '96?
20  A.  I -- I -- I'm guessing it was the late '90s.
21  Q.  Okay.
22  A.  But, again, I don't know.
23  Q.  That's fine.  Is there anything that might,
24  like, help you recall when exactly that happened?  When
25  I say exactly, I'm not talking about the month, but I

27

1  would like to see if I can narrow down the year.
2  A.  A copy of my HR records.
3  Q.  Okay.
4  A.  A copy of my resume --
5  Q.  Okay.
6  A.  -- would have that information.
7  Q.  Were you updating your resume while you were
8  an Oracle employee?
9  A.  No.
10  Q.  Are you -- do you have a recent, like, copy of
11  your resume?  Not with you, but is it something that you
12  have available?
13  A.  Yes.
14  Q.  Now, when you became executive vice-president,
15  correct me if I'm wrong, of applications development, is
16  that right, can you describe what your responsibilities
17  were?
18  A.  I was responsible for the -- for the
19  development of the application products, or I should say
20  to be very precise, for the subset of application
21  products that Mr. Ellison gave me responsibility for.
22  Q.  And when you say development, what exactly do
23  you mean?
24  A.  I led the group that prepared the design of
25  the product, wrote the code, the documentation, the

28

1  product management, and all the associated activities
2  involved with bringing out a product to market.
3  Q.  When you say that you were responsible for the
4  subset of application products that Mr. Ellison gave you
5  responsibility for, what responsibility had he given
6  you?  What subset had he given you responsibility for?
7  A.  That varied over time.
8  Q.  Let's start in 1995.
9  A.  I don't remember the exact date.  But when I
10  first took the position of senior vice-president of
11  applications, if I recall correctly, I had
12  responsibility for the financials, the manufacturing
13  products, the project system.  I don't remember whether
14  or not I had responsibility for the HR product
15  immediately or if that was given to me sometime
16  thereafter.
17  Q.  Okay.  Well, you said that these are the
18  responsibilities you think you had when you were -- when
19  you took the position as senior vice-president.  And I
20  think I asked you about when you were executive
21  vice-president?
22  A.  You asked me in 1995.
23  Q.  You were still senior vice-president then?
24  A.  Yes.
25  Q.  Okay, so, this helps.  When were you -- when

29

1   did you make the transition to executive vice-president,
2   if you know?  Sometime after --
3       A.  I don't recall the exact date.
4       Q.  Okay.
5       A.  I'm guessing the late '90s.
6       Q.  All right.
7       A.  But I don't remember.
8       Q.  Okay.  So why don't you tell me -- let's
9   assume it is in the late '90s, since we really don't
10  have any objective evidence otherwise; right?  So once
11  you became executive vice-president, did your
12  responsibilities change?
13      A.  Are you referring to the products for which I
14  had responsibility?
15      Q.  Yes.  You indicated earlier that Mr. Ellison
16  had given you responsibility for a subset of products.
17  And I'm wondering if that changed --
18      A.  I don't recall if they changed in association
19  with my becoming executive vice-president.  They did
20  change over time.
21      Q.  So, let's get to say late '99, early 2000.
22  Had they changed at that point?
23      A.  I cannot -- without seeing information in
24  front of me --
25      Q.  Okay.

30

1       A.  -- the dates aren't helpful to me in telling
2   you when they changed.
3       Q.  Okay.  It's fair to say that you're familiar
4   with Oracle's release 11i; right?
5       A.  Yes, I am.
6       Q.  And that was released in approximately May of
7   2000; right?
8       A.  I believe that's correct.
9       Q.  So let's work backwards then.  So say January
10  of 2000, four or five months before the release of
11  Oracle 11i, what were your responsibilities at -- you
12  were an executive vice-president at that time; correct?
13      A.  That's correct.
14      Q.  Why don't you tell me about your
15  responsibilities then?
16      A.  I believe that's correct I was executive
17  vice-president then.  I think so.
18         I was responsible for the set of products that
19  was loosely referred to within the company as the ERP
20  products.
21      Q.  And why do you say loosely referred to as ERP
22  products?
23      A.  The set of products for which I was
24  responsible, according to most people's definition in
25  the market, would have included more than ERP, but it

31

1   didn't make sense to have a big enumeration of product,
2   so it was loosely referred to in the company as ERP,
3   since that was the bulk of the products under my
4   responsibility.
5       Q.  And you were still responsible for the design,
6   overseeing those who wrote the code, documentation,
7   product management?  Anything I'm missing there?
8       A.  There was one point in time when I had some
9   responsibility for marketing as well.  At another point
10  in time that was centralized into the central marketing
11  group.  I don't remember the exact timing.
12      Q.  And the applications that would have been
13  loosely referred to as ERP, that included financials at
14  the time?
15      A.  Yes, it did.
16      Q.  HR?
17      A.  Yes.
18      Q.  Projects?
19      A.  Yes.
20      Q.  Manufacturing?
21      A.  Yes.
22      Q.  Order management?
23      A.  Yes.
24      Q.  What else?  You can probably tell me if I'm
25  missing any.  You don't have to run the whole gamut.  I

32

1   want to see if I can capture a few more.
2       A.  We had a couple hundred products organized as
3   several product families.  So there was some government
4   products I believe I was responsible for at the time.  I
5   believe that I was -- at that time I was responsible for
6   some university products as well.
7       Q.  We'll probably get to talk about some of these
8   later on.  Now, I'm going to go back to -- well,
9   withdrawn.  Do you write code?  Have you ever written
10  code?
11      A.  I have written code.
12      Q.  And what was your training in writing software
13  code, if you have any formal training?
14      A.  As I studied physics, computer science was a
15  very useful tool, and I learned to use it as a tool.
16      Q.  And have you written code at Oracle?
17      A.  I have not written code that's in any Oracle
18  product, no.
19      Q.  Okay.  So when was the last time you wrote
20  code, wrote software code?
21      A.  That depends what you mean about what is
22  software code.
23      Q.  Withdrawn.  But you oversaw a group that wrote
24  software code; right?
25      A.  That's correct.

33

1   Q.  At Oracle?
2   A.  That's correct.
3   Q.  And you did that for a number of years?
4   A.  That is correct.
5   Q.  And was that group located down in Redwood
6   Shores?
7   A.  That is one of the locations.
8   Q.  Is that the location where the most -- where
9   the largest number of code engineers or people who write
10  code are?
11  A.  During the time of my management, I believe,
12  yes.
13  Q.  And how large was that group in terms of
14  people for, I guess, ERP?
15  A.  What exactly are you asking?  How large is the
16  set of people for ERP who wrote --
17  Q.  I'll withdraw the question and ask you
18  something else, okay?
19  A.  Okay.
20  Q.  You oversaw a number of people who were,
21  correct me if I'm wrong -- are they software engineers,
22  people who write code?
23  A.  The people who wrote code are software
24  engineers.  The group I led included more than software
25  engineers.

34

1   Q.  Okay.  Let's talk about the people who wrote
2   code.  How many people were down in Redwood Shores in,
3   say, early 2000 that were writing code?
4   A.  I have no idea.
5   Q.  Is it 100, 200, 300?
6   A.  Well above that.
7   Q.  Oh, really?
8   A.  Yes.
9   Q.  Okay.  They reported -- ultimately reported to
10  you, but I'm assuming you had managers below you?
11  A.  Yes, I did.
12  Q.  Now, aside from those who wrote code, you said
13  there was some people who didn't write code.
14  A.  That is correct.
15  Q.  And what were those people called?
16  A.  They had various titles.
17  Q.  But they were also in the -- they had some
18  involvement in the development or the writing of code?
19  A.  Not necessarily.
20  Q.  Okay, well, let me back up a little bit.
21  Because I only want to talk about right now those people
22  who were actually writing the code.  So you had several
23  hundred people --
24  A.  I said I had more than several hundred people.
25  Well more than several hundred people.

35

1   Q.  Can you put a cap on it?  Was it a couple
2   thousand?
3   A.  My group was distributed across many locations
4   across many functions.  The question you asked me was
5   how many of one particular function I did have in one
6   particular location, and I'm afraid I don't recall that.
7   Q.  Okay, that's fine.  All I'm really trying to
8   get at is how many people did you oversee that were
9   actually writing code in early 2000?
10  A.  Without consulting the HR records, I don't
11  recall how many people I oversaw.  It was a large number
12  of people.  And a fairly high proportion of the number
13  of people I oversaw were involved in writing code.
14  Q.  And all of those people -- is it fair to say
15  that all of those people were only writing code for the
16  product that you defined as loosely being defined as
17  ERP?
18  A.  The people who worked for me --
19  Q.  Right.
20  A.  -- the code they wrote almost exclusively, but
21  not exclusively went into the product loosely called
22  ERP.
23  Q.  That's fine.  Now, was there a different group
24  of people that you oversaw who were responsible for
25  documentation?

36

1   A.  Yes.
2   Q.  When you say documentation, can you just
3   explain to me what that means?
4   A.  It means either the online or printed versions
5   of information that is helpful to customers in using the
6   product.  Documentation may explain how to install the
7   product, how to use the product, how to configure the
8   product.  May explain concepts in the product.
9   Q.  Kind of like a handbook or something like
10  that?
11  A.  Manuals.
12  Q.  Okay.  And how many people, approximately, did
13  you oversee that were responsible for documentation?
14  A.  I don't remember.
15  Q.  Many hundred?
16  A.  I would guess it was measured in the hundreds.
17  Q.  Okay, that's fine.
18  And product management, you oversaw people
19  responsible for product management; right?
20  A.  That's correct.
21  Q.  And can you tell me generally what that means?
22  A.  The responsibility of product manager was
23  people who focused on understanding the market,
24  understanding customer requirements, helping to define
25  what features would be good to build into the product,

37

1  helping to define what user interface would be good to
2  build in the product.  Then working with the development
3  team to build the appropriate features into the product,
4  working to design test plans for the products, meeting
5  with customers to explain what we had built, you know,
6  gather new requirements, explain what we had built,
7  figure out if we were participating in sales calls,
8  where they would, in the process of explaining why the
9  product was a good product, hopefully help persuade the
10  customer to buy the product.  That's at least a
11  reasonable enumeration.
12      Q.  Okay.  And I'm assuming there are a number of
13  people who reported to you that ultimately got down to
14  the, I guess, the level of the people who were actually
15  writing the code.
16      So with respect to those who wrote code, who
17  directly reported to you that had responsibility of
18  overseeing the software engineers?  We're talking about
19  2000, the year 2000.
20      A.  Okay.  Let me try to remember back to 2000.
21  If I recall correctly, John Wookey was one.  Don Klaiss.
22  Joel Summers.  I don't remember if Jeanne Lowell ever
23  reported directly to me or not at the time.  She may
24  have.
25      Just responsible for writing code or for

38

1  leading groups that wrote code.  Who have I said so far?
2      Q.  Klaiss, Wookey, Summers.
3      A.  Jeanne Lowell.  Cliff Godwin.  I don't
4  remember who ran the university and government product
5  at the time.  It may have been Frank Bishop.  Who else?
6  Am I forgetting anybody?  It's possible I'm forgetting
7  someone.
8      Q.  Okay, that's fine.  Now, were any of those
9  people software engineers themselves, if you know?
10  Wookey, Klaiss, Summers, Godwin, Lowell?
11      A.  What do you mean by the term software
12  engineer?
13      Q.  Well, let me back up and just -- that's a
14  question I should ask you.
15      At Oracle when someone refers to a software
16  engineer, what does that mean or what did that mean?
17      A.  To me it meant someone who was capable of
18  writing software.
19      Q.  Okay.  That's fair enough.  These people that
20  you just mentioned, did they report directly to you?
21      A.  Almost all, I believe so.  I mentioned my
22  uncertainty about a couple.
23      Q.  Do you recall any of the people that they had
24  reporting to them?
25      A.  I knew many of them, yes.

39

1      Q.  I want to just -- what was your information
2  flow?  So, would the information you received about what
3  was happening with those people that were writing code,
4  did it come from, Klaiss, Wookey, Summers, Godwin,
5  Lowell, or did you skip down a level and discuss that
6  type of thing with people that may have reported in to
7  Wookey, Summers, Godwin?
8      A.  My management style involved having a mix of
9  information from multiple sources.
10      Q.  Okay.  Would it be fair to say that that was
11  the same way that it worked with those people who were
12  responsible for documentation?
13      A.  I'm sorry, would what be fair to say?
14      Q.  Your management style with respect to the
15  group that reported to you on documentation -- let me
16  withdraw that and I can begin with something a little
17  easier.
18      We've talked a little bit about documentation.
19  Now, were the same people that we just discussed,
20  Klaiss, Wookey, Summers, Godwin, Lowell, responsible for
21  documentation as well?
22      A.  Yes, also Greg Seiden was responsible for some
23  additional installation documentation.
24      Q.  But was he not responsible for overseeing
25  those who wrote code?

40

1      A.  He oversaw some people who wrote code, but not
2  code that went into Oracle's -- no, actually, he was
3  responsible for some code as well.  I apologize.  I
4  forgot him before.
5      Q.  So he was kind of in the same group as that --
6      A.  Yes.  Yes, he was.
7      Q.  Now, when you mentioned Greg Seiden with
8  respect to documentation, were these other people also
9  responsible for documentation?
10      A.  Yes, they were.
11      Q.  And you pretty much had the same management
12  style with respect to documentation as did you with --
13      A.  No.
14      Q.  Okay.
15      A.  Documentation was a less important part of the
16  product, so I didn't pay the same degree of attention to
17  it.
18      Q.  What do you mean a less important part of the
19  product?
20      A.  I judged the code to be of greater importance
21  to manage features, schedule, quality, et cetera, than
22  you judged the documentation.
23      Q.  Now, was there someone else who was
24  responsible at your level for documentation?
25      A.  There was not another executive vice-president

41

1    of documentation, no.
2        Q.   So who was it that you relied on most heavily
3    to make sure that the documentation was, for lack of a
4    better phrase, where it ought to be?
5        A.   I believe at the time I relied on my
6    management team.
7        Q.   That would include the people we were just --
8        A.   That is correct.
9        Q.   -- talking about?
10       A.   Yes.
11       Q.   And would you describe for me the differences
12   in the attention you paid to the documentation and, you
13   know, and the code, if there is a way to describe the
14   difference, other than you didn't pay as much attention
15   to it?
16       A.   I was fairly involved with a number of product
17   design decisions, user interface design decisions, some
18   technical decisions, some feature decisions that affect
19   the code heavily.  Those decisions would have also
20   affected the documentation since the documentation
21   described, you know, many of the effects of those
22   decisions.  But I paid -- I personally paid more
23   attention to the effect on the software product itself.
24       Q.   Were there times -- withdrawn.  Now, you
25   testified earlier that there was a time frame when you

42

1    had some marketing responsibilities that were ultimately
2    transferred into like the central marketing division;
3    right?
4        A.   That is correct.
5        Q.   Can you describe for me when the -- the time
6    frame in which you had marketing responsibilities?
7        A.   I do not remember, I'm sorry.
8        Q.   What were those responsibilities?
9        A.   When I had the marketing responsibilities what
10   were they?
11       Q.   Um-hum.
12       A.   It was a subset of what one would think of
13   classic marketing, because even then some marketing
14   functions were centralized.  So I'm trying to remember,
15   you know, I think the central functions included
16   advertising and PR and analyst relations and press
17   relations.  I believe my group at the time was
18   responsible for preparing product literature, as an
19   example, product marketing literature for holding some
20   product oriented marketing events, seminars and so
21   forth.
22       Q.   Did you have any analysts relations
23   responsibilities in early 2000 and into -- through 2001,
24   through early 2001?
25       A.   I don't recall what the split of

43

1    responsibility was then.  In terms of industry analysts,
2    my group would always have had some involvement with
3    them regardless of who had formal responsibility.
4        Q.   And why is that?
5        A.   The industry analysts would often want to talk
6    to product experts and the product experts within my
7    group.
8        Q.   And so they would call or e-mail you?
9        A.   Call, e-mail, visit, you know, some type of
10   communication.
11       Q.   And did you ever see yourself quoted in
12   analysts' reports or news articles after discussions
13   with industry analysts?
14       A.   To the best of my knowledge, industry analysts
15   themselves didn't really use a lot of quotes.
16       Q.   Does that mean you never saw yourself quoted
17   in --
18       A.   I was sometimes quoted after discussions with
19   the press.
20       Q.   Sure.
21       A.   I'm not sure if I was quoted after discussions
22   with industry analysts.
23       Q.   I understand.  Okay.  Now, there was a time
24   when you were responsible for quality assurance; is that
25   right?

44

1        A.   Quality assurance was part of the development
2    process.
3        Q.   Okay.  Was it ever -- was quality assurance
4    ever part of your title, manager of quality assurance?
5        A.   Was it ever part of my title?  I don't believe
6    so.
7        Q.   Okay.  Describe for me what part of the
8    development process was quality assurance.  Was that --
9    withdrawn.
10       Describe for me the quality assurance part of
11   the development process at Oracle in early 2000.
12       A.   I don't recall exactly what the process was in
13   early 2000.  I could describe more generally for you a
14   quality assurance process.
15       Q.   Okay.
16       A.   The quality assurance process would have
17   involved the preparation of test plans, the execution of
18   test plans in a variety of areas of functionality,
19   generally.  Possibly other things as well.  Possibly
20   performance.  Possibly things like memory utilization or
21   some other technical aspect of the product.
22       Q.   Well, back in 2000, who on your team was
23   responsible for -- withdrawn.
24       Back in early 2000, who on your team was
25   directly responsible for the preparation of test plans?

Wohl, Ronald  3/23/2006  9:16:00 AM

45

1      A.   Most of the QA occurred on an individual
2   product family, so my direct reports had people who were
3   responsible for that.
4      Q.   So, that means so Wookey might have somebody
5   who was responsible for it, Klaiss might have someone
6   who was responsible for it, Summers, Godwin?
7      A.   Either they or their people.
8      Q.   Or their people?
9      A.   Because we viewed QA as an integral part of
10  the product development cycle, so the responsibility for
11  quality assurance was fairly tightly embedded in
12  product.
13     Q.   So is it fair to say that the process would
14  not be you developed software and then tested for
15  quality afterward, or would the quality testing be a
16  part of the development process?
17     A.   It is a mix.  It is a combination of both.
18     Q.   Okay.  So, you don't know who Wookey had on
19  his team that was responsible for quality assurance as
20  you sit here today?
21     A.   Back in 2000, I do not recall.
22     Q.   Okay.
23     A.   But I also would believe it is not just a
24  single individual.  I believe he had the responsibility
25  distributed among a number of people.

46

1      Q.   And the same process would apply for each one
2   of your direct reports?
3      A.   Generally, yes.
4      Q.   Okay.
5      A.   We experimented over the years with, you know,
6   partial centralization by product family of some pieces
7   of quality and testing responsibility.  I don't recall
8   what level of experimentation we were in back in 2000
9   with the exact organizational structure.
10          There was some QA happening with people who
11  reported directly to me as well.
12     Q.   Who were those people?
13     A.   There was a woman who left Oracle two, three,
14  four years ago.  I believe she was around in 2000.
15     Q.   You don't remember her name?
16     A.   I'm thinking about it.  No, I don't remember
17  her name.
18     Q.   Okay.  But she had quality assurance
19  responsibilities reporting directly to you?
20     A.   She had some test responsibilities that could
21  be considered quality assurance responsibilities as part
22  of her job role.  And she reported to me.
23     Q.   When you --
24     A.   Her title was not that of QA.
25     Q.   Okay.

47

1      A.   And, you know, all the other people also had,
2   you know, QA responsibility as part of what they did.
3      Q.   All right.  Now, when you -- during the
4   preparation of test plans, did any of your direct
5   reports -- and for now when I refer to direct reports,
6   I'm just referring to those people that you indicated to
7   me were your direct reports at the time -- did they send
8   you the test plans before the tests were actually
9   executed?
10     A.   In general I did not review individual test
11  plans, no.
12     Q.   Okay.  Do you know who was responsible for
13  reviewing test plans prior to the execution of tests?
14     A.   Various layers of management were responsible.
15     Q.   Okay.  As you sit here today, you can't tell
16  me what layers those were or who those individuals were?
17     A.   Oh, probably depends what you mean by test
18  plans.
19     Q.   Well, you --
20     A.   So --
21     Q.   I'm sorry, go ahead.
22     A.   I did not review any individual test plans,
23  but I certainly reviewed the overall progress of
24  testing, as an example.
25     Q.   That's fine.  But the progress of testing

48

1   is -- part of that is after tests are actually executed;
2   that's not the test plan?
3      A.   That is correct.
4      Q.   Okay.  Did you get reports of the results of
5   the execution of test plans -- of tests?
6      A.   I got some reports, certainly.
7      Q.   Okay.
8      A.   Talking about the results of test plans and
9   the relative completion of testing.
10     Q.   We're still talking about this 2000 into 2001
11  time frame.
12          Did those reports have titles or names?
13     A.   I don't recall exactly what title or name
14  those reports would have had.
15     Q.   So when you testified earlier that you paid a
16  little bit more attention to the code itself, is it fair
17  to say that you would be paying close attention to the
18  execution and the results of the tests of --
19     A.   When I say code, I mean the combination of
20  writing the code and testing the code.
21     Q.   Okay.  Well, what I'm trying to get at is, you
22  know, were there reports of code tests that you received
23  that you could make a judgment on and say, "Okay, I like
24  the end of this test, I like the results here.  I like
25  where we're headed"?

49

1      A.   Generally what I would receive was reports of
2  the completeness of the product.  And the completeness,
3  you know, would have included whether the plan testing
4  was complete.
5      Q.   Okay.  So you wouldn't necessarily get the
6  actual results of whether a test -- well, withdrawn.
7           Is it fair to say that the reports that you
8  would get would not indicate to you the -- the
9  effectiveness or the quality of the product, instead you
10  would get a report that indicated to you whether the
11  development and testing was complete?
12      A.   You're asking either/or, and the two are
13  highly related, so I'm having a hard time answering your
14  question.
15      Q.   Okay.  So if it appears from my question that
16  there is something I don't understand, feel free to, you
17  know, explain it to me.
18      A.   Okay.
19      Q.   But you're obviously much more familiar with
20  this stuff than I am.  I just wanted to understand, when
21  you get a report that says a test is complete, does that
22  mean to you at the time that the product successfully
23  passed the test?
24           MR. GIBBS:  Objection; vague.
25           Answer if you can.

50

1           THE WITNESS:  Generally the way we tried to
2  define our test completion reports, a test would only be
3  viewed as complete if that test was passed.
4           MR. WILLIAMS:  Q.  Okay.
5      A.   If a test was failed, it would not be viewed
6  as complete.
7      Q.   Now -- and so it is fair to say that one of
8  your direct reports were the people or one or more were
9  the people that actually determined what was a pass or
10  fail of a test, what level of performance or
11  functionality would be considered acceptable?
12      A.   That judgment call would not necessarily be
13  made by my direct reports.
14      Q.   Okay.
15      A.   That judgment call would be made by the people
16  who were in the best position to make that judgment
17  call.
18      Q.   Okay.
19      A.   And those were the people with expertise who
20  were distributed throughout the organization.
21      Q.   Would those people be at the executive
22  vice-president level?
23      A.   Generally not.
24      Q.   Okay.  What level by title would those people
25  be at?

51

1      A.   Oh, I think the question you're asking here is
2  what people by title would have written the test
3  standards.  Well, maybe test standards is the wrong
4  word.  But written the, you know -- I think you're
5  asking who would have written the test plans.
6      Q.   I think I asked that.
7      A.   But I think your new question is pretty much
8  very related to that question.
9      Q.   Okay.
10      A.   Because if you've written a test plan,
11  presumably you expect to pass the test plan.
12      Q.   Okay.
13      A.   And the people who wrote the test plans, what
14  titles do they have?  It could have been people with
15  titles of product managers, senior product manager,
16  group product manager, director of product management,
17  maybe associate product manager.  It could have been
18  people with similar titles on the development side.  It
19  could have been people with formal QAs in their title as
20  well.
21           So, you know, QA analyst, QA manager, QA
22  director and so forth.
23      Q.   Is it fair to say that, you know, back in 2000
24  you may have known who those people were, but as you sit
25  here today you're not able to tell me who those people

52

1  were?
2      A.   I manage a large group.  I would not have
3  known all of those people, I may have known some of
4  those people.
5      Q.   Okay.  And is it more likely that someone of
6  your direct reports know some or more of those people
7  than you did?
8      A.   Yes.
9      Q.   So you would get reports that identified
10  whether certain tests were so-called complete?
11      A.   That's part of what they identified, yes.
12      Q.   What else did they identify?
13      A.   Whether code was complete.  You know,
14  basically where we were in the product cycle.
15      Q.   So the determination of when a product was
16  actually ready to be used was determined not by you, but
17  someone a few levels below you?
18           MR. GIBBS:  Objection; vague.
19           MR. WILLIAMS:  Q.  Is that fair?
20           MR. GIBBS:  Objection; vague and misstates his
21  testimony.
22           MR. WILLIAMS:  Q.  Did you understand my
23  question?
24      A.   Can you repeat it, please.
25      Q.   So the determination of whether a product was

53

1  complete or ready to be used was made by someone a level
2  or two or maybe even three below you?
3      MR. GIBBS: Same objections.
4      THE WITNESS: No. I think that would not be
5  fair to say.
6      MR. WILLIAMS: Q. Okay. How would you -- how
7  could I make that fair? What would you add into that?
8      A. I was clearly involved, as were my direct
9  reports and their levels of management in making the
10  judgment call when the product was ready to be used.
11      Q. Okay. But wouldn't that be directly related
12  to whether or not the product was -- had completed
13  quality assurance testing?
14      A. Yes. That was one of the factors.
15      Q. Well, tell me what some of the other factors
16  may have been.
17      A. So, whether it completed quality assurance
18  testing, whether documentation was ready, whether it
19  completed -- whether the installation was appropriate.
20  Let's see. Whether, you know -- what the bug count was
21  at the time. Different type of bugs. Basically
22  anything in our judgment that would have affected the
23  product suitability. Those are some.
24      Q. And that information would flow up to you from
25  someone or some group that was actually testing the

54

1  product; right?
2      A. That is correct.
3      Q. An would you make a -- well, then those
4  reports would tell you whether or not the testing was
5  complete?
6      A. That is correct.
7      Q. And if the testing was complete, that would
8  indicate to you that the product was usable --
9      A. That was certainly a --
10      MR. GIBBS: Let him finish his question.
11      MR. WILLIAMS: Q. That the product was
12  usable? And I'm only saying usable -- if you want to
13  use a different word that we can talk about throughout
14  the day, that's fine. But I'm just using --
15      A. Having the plan testing be complete would
16  simply tell us that the plan testing was complete. In
17  other words, the functions that we had tested worked
18  successfully.
19      Q. And if you had reports that indicated to you
20  that the testing was complete, thus they tested
21  successfully, would that indicate that the product was
22  indeed ready --
23      A. That would be --
24      Q. -- to be used?
25      A. That would be --

55

1      Q. Go ahead. Did you understand my question?
2      A. Yes. That would be a very strong factor
3  suggesting that the products were ready to be used.
4      Q. So what you indicated to me earlier was that
5  you weren't typically involved in the preparation of
6  test plans.
7      A. Not of individual test plans, that's correct.
8      Q. Right. And you weren't involved in the
9  execution of the test plans?
10      A. That is also correct.
11      Q. And those -- the plans were typically created
12  by someone at either -- that might have quality
13  assurance in their title or maybe a product manager,
14  someone that was not you and not your direct reports;
15  right?
16      A. That's generally correct.
17      Q. And you -- and they would in practicality be
18  the people that would determine whether a test was
19  passed or failed because they created the test plan?
20      A. Whoever executed the test would generally
21  record whether or not the test had succeeded or failed.
22      Q. Succeeded or failed the plan, the test plan?
23      A. Correct.
24      MR. WILLIAMS: It might be a good time to take
25  five minutes.

56

1      MR. GIBBS: Yeah, we've been going a little
2  over an hour. That's fine.
3      VIDEOGRAPHER: Going off the videotape record.
4  The time is 10:24 a.m.
5          (Recess, 10:24 a.m. - 10:31 a.m.)
6      VIDEOGRAPHER: We are back on the videotape
7  record. The time is 10:31 a.m. Counsel, please
8  proceed.
9      MR. WILLIAMS: Q. One of the things that you
10  indicated that would go into the decision as to whether
11  or not the product was usable was whether installation
12  was appropriate. Do you recall saying that?
13      A. Yes.
14      Q. What does that mean?
15      A. The product functionality had to work
16  correctly, of course. And the installation had to work
17  successfully also.
18      Q. So installation was part of the testing
19  process?
20      A. It was one of the parts of the testing
21  process, yes.
22      Q. A part of the testing process?
23      A. Yes.
24      Q. And, now, with respect to, you know -- well,
25  withdrawn.

57

1	In early 2000 when Oracle was testing suite
2	11i, how was the installation part of the testing
3	process carried out?
4	A.	I can only describe -- I can only refer to the
5	installation testing for the set of product for which I
6	was responsible --
7	Q.	That's what -- those are loosely --
8	A.	-- which is a subset of suite 11i.
9	Q.	Right.
10	A.	Which is why I'm correcting the question a
11	little bit here.
12	Q.	That's fine.  Before we go on, you're talking
13	about the ERP?
14	A.	The set of products loosely referred to as
15	ERP.
16	Q.	Okay.
17	A.	That's right.  The question again about those
18	products was?
19	Q.	What was the process -- how was the
20	installation part of the testing process carried out?
21	A.	That would have been responsibility of people
22	in Greg Seiden's area.  And they would have installed
23	the product on a computer, they would have also tried to
24	upgrade the product.
25	Q.	When you say install the product on a

58

1	computer, what do you mean?  Withdrawn.
2	When you say install the product on a
3	computer, are you saying that they would install at
4	least the ERP side of the suite 11i products onto a
5	desktop computer?
6	A.	They would install, at least for the ERP side
7	of the products, generally onto something other than a
8	desktop computer, because the software was intended to
9	run on server computers.
10	Q.	Okay.  So they would install it onto a --
11	withdrawn.
12	Do you know what type of servers they would --
13	the installation process used to test the ERP side of
14	11i?  Were they Oracle servers, Sun Microsystems
15	servers?
16	A.	Oracle didn't produce any servers.
17	Q.	Okay.
18	A.	Oracle ported our software or allowed our
19	software to run on multiple types of computers, so we
20	would have tested the software on each major type of
21	computer that it was intended to run upon.
22	Q.	Which ones -- at least the ERP side of 11i,
23	what -- what type of computers were they intended to run
24	on?
25	A.	Back in 2000 Sun was one of the main ones,

59

1	Hewlett-Packard was another one, IBM's flavor of Unix
2	computer was a third one, as some examples.
3	Generally we divided it up into a set of Unix
4	computers of which there were different brands of Unix
5	computers.  I don't remember at the time whether or not
6	we also supported Linux or if that came a little later.
7	And we also supported the Windows NT operating system,
8	or some variation of the Windows NT operating system.
9	Q.	So the testing process as it relates to
10	installation would have tested at least the ERP side of
11	11i on each of those computers?
12	A.	On whichever port we intended to release on at
13	a given point in time.  Some ports we tried to release
14	closely in time, some ports we did not.  But each would
15	have been tested on its particular type of computer
16	before release.
17	Q.	Now, the testing result that, or testing
18	reports that you got, would that include the test
19	results of the installation of the ERP side of 11i on
20	each of the different servers or computers that the
21	tests were conducted on?
22	A.	Generally not.
23	Q.	Okay.  Describe for me what would be in those
24	reports.
25	A.	Usually the different Unix flavors were quite

60

1	similar, so if it's installed successfully on the first
2	Unix port for us, which at the time I believe was Sun,
3	that's what I would pay attention to.
4	I did not pay particular attention to -- I may
5	have received or may not have, I don't recall whether or
6	not I received testing status of HP, IBM and the
7	subsequent Unix ports.  They tended to be fairly
8	routine.
9	Q.	But Greg Seiden was the person who was most
10	responsible for the installation portion of the testing?
11	A.	He was responsible for the installation
12	testing on the first Unix port, which again, if I recall
13	correctly, was Sun at the time.  And I believe he was
14	also responsible for the Windows NT port.  He was not
15	responsible for the other Unix platforms.
16	Q.	Now, one of the other things you mentioned was
17	that part of those reports or part of the decision as to
18	whether a product was usable or ready to be usable was
19	bug counts.
20	A.	That is correct.
21	Q.	And can you describe for me how that -- how
22	you would get that type of information and how you would
23	determine whether a bug count was too high or too low as
24	it relates to the testing of the ERP side of the 11i
25	applications in early 2000?

61

1     A.  I'll tell you a simple thing, a bug count
2  could never be too low.
3     Q.  Okay.
4     A.  Yeah, we would get reports out of our bug
5  database, which recorded all the different bugs.  And
6  would record the number of bugs for any given product at
7  any given point in time.
8        Generally I would ask my direct reports to
9  review with their teams, as we got closer to the release
10  point, the severity of those bugs and whether or not, as
11  we got closer to release or to our desired release,
12  whether or not any of those bugs were of sufficient
13  cause to cause us to spend more time before release than
14  planned.
15     Q.  Now, you mentioned the bug database, and I'll
16  get to what that is.  But did you have one that was
17  specifically related to test results, or did you have
18  just one bug database that captured just all bugs?
19     A.  We had one -- one bug database that captured
20  all bugs and many other things as well in one common
21  system.
22     Q.  Now, so how were you able to determine which
23  bugs were related to testing and ones that were maybe
24  being logged by, you know, separate products that were
25  already out in commercial use?

62

1     A.  The bug database gave us some ability to
2  discern what we wanted, but not complete ability.  So we
3  could, for example, if a bug report was in, it would be
4  labeled with the version of the product that it applied
5  to.
6        So if it applied to the newer version, the 11i
7  version as an example, it would be labeled with the
8  right version designator in the version field.  Older
9  products that were in the market already would have a
10  different version designated.
11     Q.  And was there -- so we're probably going a
12  little deeper into this than I wanted to get to early in
13  the deposition, but I think it's okay.
14        So you would get these reports, these test
15  results or results of testing reports -- I don't know if
16  you ever gave them a name, but -- and they would include
17  results concerning installation, bug counts.  Anything
18  else?
19     A.  I would get a variety of feedback in terms of
20  test results, as you say, whether or not tests were
21  passed successfully.  I would get separate reports on
22  bug counts.  They generally were not -- they may have
23  been included on test reports, but I often got them
24  separately as well.  When you say "anything else," what
25  do you mean?

63

1     Q.  Any other information that would be in these
2  reports?
3     A.  In which reports?
4     Q.  The reports that you would receive concerning
5  the testing of 11i software, at least the ERP side, in
6  early 2000.
7     A.  I would get feedback from the tests that were
8  consulted by some people outside my organization, you
9  know, how well they liked the product.  Because it
10  wasn't only people inside my organization that tested
11  it.  So there was -- there would be feedback about that
12  as well, as to how successful their tests were.
13     Q.  Okay.  Now, you indicated earlier with regard
14  to the bugs that you would make a determination, or you
15  would ask your direct reports about the severity of the
16  bugs; right?
17     A.  That is correct.
18     Q.  And is it fair to say that the severity levels
19  were, you know, P1, P2 or P3; is that fair?
20     A.  The system was able to record severity levels
21  that were generally categorized as 1 through 4.
22     Q.  Okay.
23     A.  But we found that was not an adequate and
24  sufficiently complete designation, so we still asked our
25  teams to make further judgments.

64

1     Q.  And how would that judgment be made and
2  communicated to you?
3     A.  It would often be communicated in a staff
4  meeting, let's say, verbally by my direct reports.
5     Q.  So there may be bugs that may not be
6  categorized as, you know, 1, 2, 3 and 4 with a number of
7  severity, but they may be communicated to you orally,
8  saying, "Hey, we're having a problem"?
9     A.  That's not what I meant.  All bugs were
10  generally categorized as 1, 2, 3 and 4.  But among bugs
11  categorized as a priority 2, for example, some might be
12  a lot more important than others.
13     Q.  I see.
14     A.  And you couldn't tell that just from the
15  priority flag alone, because all it said was number 2.
16     Q.  Sure.
17     A.  So if you wanted a more nuanced interpretation
18  of what that meant, you would have to ask for a judgment
19  call by the people who are closer to the products.
20     Q.  And those would be your direct reports or
21  their direct reports?
22     A.  That's right.
23     Q.  Okay.  So you indicated that generally that
24  you would get some of this information in meetings with
25  your staff?

65

1    A. That is correct. That was one of my ways of
2  getting information.
3    Q. Was there another way you would get
4  information?
5    A. I would also get information in one-on-one
6  meetings.
7    Q. With?
8    A. With individual direct reports.
9    Q. Okay.
10    A. And if I held meetings with other people, they
11  would have presumably given me information in those
12  meetings as well.
13    Q. Sure; understand. Let's just talk about again
14  in early 2000 up till the release of, you know, 11i, how
15  often did you meet with, say, your direct reports as a
16  group?
17    A. I generally had a weekly meeting of -- a
18  weekly staff meeting if I wasn't traveling or there
19  wasn't a holiday or so forth.
20    Q. And who would be in that staff meeting?
21    A. My direct reports and anyone else who needed
22  to be there.
23    Q. During those meetings you would discuss the
24  status of development of 11i?
25    A. That is correct.

66

1    Q. And, now, did you communicate the results of
2  your -- not results, but things that were discussed in
3  your staff meetings up to Larry Ellison? He was your
4  direct report -- or you reported directly to him?
5    A. He was my direct manager.
6    Q. Direct manager at the time?
7    A. Yes.
8    Q. And so the information that you would gather
9  in your meetings, how would that flow up to Larry
10  Ellison?
11    A. I would typically give him verbal reports
12  whenever he requested them.
13    Q. Did you send bug reports and testing reports
14  to him?
15    A. Generally not unless he asked for one.
16    Q. Did he typically ask for them?
17    A. Not usually. Not most issues.
18    Q. Okay. Now, we were talking generally about
19  your position as executive vice-president, we've been
20  talking about the -- your duties in the development
21  organization.
22    A. Yes.
23    Q. You also said that you had executive
24  management committee responsibilities; is that fair?
25    A. I was a member of the executive management

67

1  committee.
2    Q. And tell me what -- what you understood that
3  to mean?
4    A. It meant I participated in what was generally
5  a different weekly meeting of the executive management
6  committee, reviewing whatever it is Larry wished to
7  review in a given meeting.
8    Q. Okay. And that was a weekly meeting?
9    A. It was often scheduled weekly, given travel
10  schedules it was not quite so regular.
11    Q. And when it did happen, did it occur here
12  right down in Redwood Shores?
13    A. It usually occurred in Redwood Shores unless a
14  number of us were in some other location.
15    Q. And in the spring of 2000, you talked about
16  the timing of release of 11i during those executive
17  management meetings?
18    A. I don't recall exactly what we discussed. I
19  would guess that the topic came up from time to time.
20    Q. In the spring of 2000, who else participated
21  in those meetings?
22    A. Larry Ellison, obviously, Jeff Henley,
23  Oracle's chief financial officer, Safra Catz, I believe.
24  I don't recall exactly when she joined the company. But
25  I believe she participated then. I may be wrong. The

68

1  various heads of sales. And I --
2    Q. Do you mean George Roberts, Sandy Sanderson?
3    A. If they headed sales back then. I don't
4  remember exactly when they headed sales or when their
5  predecessors or successors headed sales.
6    Q. Is that it?
7    A. The European head of sales.
8    Q. Who is that? Is that Dereck Williams?
9    A. No. Dereck Williams was responsible for Asia.
10    Q. Sergio Giacoletto?
11    A. Sergio Giacoletto; yes. I don't recall
12  whether or not the Latin America head of sales
13  participated in those meetings then.
14    Q. Who was that?
15    A. At the time in 2000, I don't recall. If you
16  have an org chart, you could refresh my memory.
17    Q. Were there org charts typically circulated at
18  Oracle?
19    A. There was an online org chart at any given
20  point in time.
21    Let's see, is there anyone else? Chuck Rozwat
22  would have participated. I believe the head of support.
23  And I would have -- again, back in 2000 I don't know if
24  Mike Rocha would have participated or not back then. I
25  don't recall when he became an executive vice-president.

69

1 　　　Again, I believe I was an executive
2 vice-president then.  But -- I'm fairly certain I was,
3 but I don't have a time line in front of me.
4 　　Q.  Okay.  And did you have documents circulated
5 to you before those meetings?
6 　　A.  Do you mean did I have documents associated
7 with those meetings circulated to me?
8 　　Q.  Sure.
9 　　A.  Usually an agenda was passed out.
10 　　Q.  At the meeting or before?
11 　　A.  Sometimes at the meeting, sometimes by e-mail
12 ahead of time.
13 　　Q.  And who was typically responsible for
14 circulating that agenda?
15 　　A.  Oh, if I recall correctly, I believe it was
16 Larry's assistant at the time.
17 　　Q.  And who was that?
18 　　A.  I believe it was Carolyn Balkenhol back then,
19 but those responsibilities shifted as well, so that may
20 have been a different point in time.
21 　　Q.  How about any company-wide performance type
22 reports?
23 　　A.  You're asking were any company-wide
24 performance reports distributed ahead of the meetings?
25 　　Q.  Or during the meetings.

70

1 　　A.  There was often information distributed during
2 the meetings.  It was much rarer for information to be
3 distributed ahead of the meeting.
4 　　Q.  And what kind of information was that, if you
5 can recall?
6 　　A.  There were often forecasts distributed, sales
7 forecasts distributed during the meetings.
8 　　Q.  And who would be -- who would distribute
9 those?
10 　　A.  I don't recall if it was Jeff Henley or if it
11 was Jennifer Minton.  Certainly in more recent meetings
12 it would have been one of the two of them.  I don't
13 recall if it was one of the two of them back in 2000.
14 　　Q.  You know, when was the last time that you sold
15 any Oracle stock?
16 　　A.  Within the last couple days.
17 　　Q.  And when -- do you recall when you for the
18 first time you had to report your stock sales to the SEC
19 on a Form 4 or anything like that?
20 　　A.  You mean when did I become a Section 16
21 officer?
22 　　Q.  Sure.
23 　　A.  I briefly became a Section 16 officer sometime
24 in, I'm guessing, the mid '90s for a short amount of
25 time.  Then the old management committee was reorganized

71

1 as something else, and I was no longer part of it and
2 was no longer a Section 16 officer.
3 　　　And I believe I became a section 16 officer
4 again once I was promoted to executive vice-president.
5 　　Q.  So in 2000 you were a section 16 officer?
6 　　A.  If I am remembering correctly that I was an
7 executive vice-president then, then I believe I would
8 have been a section 16 officer back then as well.
9 　　Q.  Okay.  Now, the documents that were
10 distributed in those executive committee meetings, were
11 you allowed to take those documents with you after the
12 meetings?
13 　　A.  The general procedure was certainly for
14 financial documents like forecasts not to take them
15 along.  And I believe that procedure applied back then
16 as well.
17 　　Q.  And did you -- at the time did you have any
18 sales quotas or expense limitations for your division?
19 　　A.  I certainly had expense limitations, yes.  I
20 did not have any form of a direct quota, because I was
21 not responsible for sales.  I don't recall whether or
22 not I had either an individual bonus plan or a bonus
23 plan on behalf of the group, you know, for which the
24 sales success of the products had effect.
25 　　Q.  So, during those -- during the executive

72

1 management committee meetings, would it be fair to
2 say -- well, withdrawn.
3 　　　Did you see flash reports during those
4 meetings or what were called flash reports?
5 　　A.  I recall the name flash reports, but I don't
6 remember what a flash report was.
7 　　Q.  And how about upside reports, did you receive
8 upside reports or something called an upside report?
9 　　A.  I don't recall exactly what reports I got in
10 terms of level of detail of forecast.  It may or may not
11 have included upside information.  I don't know.
12 　　Q.  Have you heard of upside information or upside
13 reports before?
14 　　A.  Obviously heard of the term upside.  Upside
15 deals and so forth referring to deals that aren't
16 necessarily in the forecast but are possible to close in
17 the quarter, and, you know, the sales management
18 believes at least some of them might potentially be able
19 to be added to the forecast if those deals were to go
20 well.
21 　　Q.  And those are -- is that one of the topics
22 that were sometimes discussed during the executive
23 committee meetings?
24 　　A.  I don't recall if they were discussed during
25 that period of time.

73

1    Q.  So you didn't have any forecasting type
2  responsibilities unless it was related to expense; is
3  that fair?
4    A.  I don't believe I had any forecasting type
5  responsibilities.
6    Q.  Not even for expenses?
7    A.  Pardon me. I had to manage to a budget for
8  expenses. One of the financial controllers who I don't
9  believe worked for me was responsible for forecasting my
10  expenses. I was responsible for ensuring I did not
11  exceed budget.
12    Q.  We'll talk a little bit more about that. So
13  is it fair to say that -- well, withdrawn.
14    On a percentage basis, how much of your time
15  during 2000 and early 2001 was devoted to development or
16  issues with 11i or Oracle software?
17    MR. GIBBS:  Objection; compound.
18    THE WITNESS:  You're asking three different
19  questions. The bulk of my time was certainly devoted
20  toward development issues. A subset of the time spent
21  on development issues was spent on the 11i version of
22  the software.
23    MR. WILLIAMS:  Q.  Okay.  Now, in May of 2000,
24  11i had been, I guess, described as late in release; is
25  that fair?

74

1    A.  Is it fair that it was described as late?
2    Q.  Right.  Yeah, is it fair to say you understood
3  people described it as being late in terms of timing of
4  release?
5    A.  Just about every software release is later
6  than one wants, because one always wants a software
7  release immediately.
8    Q.  So that means yes?
9    A.  So I'm sure that release came up later than
10  would have been desired, as they all do.
11    Q.  How about as it relates to your desire on the
12  timing of release? Let me withdraw the question.
13    In May of 2000 was 11i later than had been
14  publicly indicated its release time would be?
15    A.  I don't recall what we publicly indicated.
16    Q.  Okay.
17    A.  At what point in time -- you know, I don't
18  recall at what point in time we publicly indicated any
19  given release date.
20    Q.  So you don't know?
21    A.  I said --
22    Q.  As you sit here today you don't remember?
23    A.  I don't remember what we published at any
24  given time as a release date.
25    Q.  And that's not what I'm asking.  I'm asking in

75

1  May of 2000 do you know whether or not it was later than
2  it was publicly indicated to be released?
3    MR. GIBBS:  Objection; asked and answered and
4  argumentative.
5    Answer again if you can.
6    THE WITNESS:  I recall that there was a
7  perception of it being late. I don't recall what we had
8  publicly indicated as a target release date.
9    MR. WILLIAMS:  Q.  That's all I'm getting at.
10  Now, who -- were you one of the people that ultimately
11  made the decision as to when 11i would be released?
12    A.  Yes.
13    Q.  And was it your decision alone or yours and
14  other people?
15    A.  It would have been a combination of my
16  decision, my direct reports' decisions, Larry Ellison's
17  decision.
18    Q.  What about those on the other side of 11i, the
19  CRM side?
20    A.  They would have had input when the CRM
21  products were released.
22    Q.  Well, wasn't 11i, at least when it was
23  released, marketed or reported to include both ERP and
24  CRM modules?
25    A.  Yes.

76

1    Q.  Okay.  So those people would have had input as
2  to timing of when the CRM products would be released? I
3  don't understand.
4    A.  Your first question to me was whether or not
5  the people in the CRM group would have had input into
6  the ERP release. At least that's the way I understood
7  your question. And they would not have had direct input
8  into the ERP release.
9    Q.  That's not what I intended to be my question.
10  My question was would they have had input into the
11  timing of the release of 11i?
12    A.  Yes, they would.
13    Q.  And what was the level of that input?
14    A.  I don't understand what you mean by that.
15    Q.  Okay.  I asked you earlier whether you were
16  one of the people that decided when 11i would be
17  released. Did you understand that to mean ERP when I
18  asked that question? Because I was really talking about
19  the entire suite --
20    A.  Since we've been talking about ERP products,
21  so far I was focusing on the ERP side of the business.
22    Q.  I meant the entire suite, which you would
23  agree was released in 2000; right?
24    A.  I believe it was released in May of 2000.
25    Q.  And that included ERP and CRM?

77

```
1      A.  That's correct.
2      Q.  Whose decision was it in terms of the timing
3  of the release of 11i?  Did you participate in that
4  decision?
5      A.  Yes.
6      Q.  And Larry Ellison participated?
7      A.  Yes.
8      Q.  Who on the CRM side of the release
9  participated in that decision?
10     A.  I know Mark Barrenechea did.  I don't know who
11 else on his team did.
12     Q.  Now, during the development of the ERP, how
13 much did you communicate with Mark Barrenechea --
14 withdrawn.
15         Was Mark Barrenechea the head of the CRM
16 development division at the time?
17     A.  Yes, he was.
18     Q.  Now, during that period of development, let's
19 say in early 2000, how often did you meet with Mark
20 Barrenechea concerning the status of the development of
21 the CRM products?
22     A.  I don't recall how often we met.
23     Q.  Okay.  How often -- did you communicate with
24 him on a day-to-day basis as to the development of the
25 CRM products during that period?
```

78

```
1      A.  I don't believe I communicated on a day-to-day
2  basis.
3      Q.  Okay.  On a weekly basis?
4      A.  I don't recall exactly how frequently.
5      Q.  You know, I don't need you to be exact, I'm
6  just trying to get an idea of how often you communicated
7  with Mark Barrenechea on the status of development of
8  the CRM side of the 11i suite?
9      A.  I knew relatively little about the status of
10 the CRM side.
11     Q.  Okay.
12     A.  Mark chose not to share very much of that
13 information with me.
14     Q.  Okay.
15     A.  Unless there was something I needed to know on
16 the ERP side.
17     Q.  Okay.
18     A.  If that related to CRM.
19     Q.  Now, what about your direct reports?  Now, how
20 often, if you know, did they communicate with people on
21 the CRM side of development to determine the status of
22 the development of the CRM products?
23     A.  I don't know.
24     Q.  Who would I -- who would know?
25     A.  I believe you would have to ask each of my
```

79

```
1  direct reports how often he or she communicated with a
2  member of the CRM.
3      Q.  Okay.  Now, would your -- in the development
4  of the ERP products, would your direct reports or people
5  on your team, so to speak, report to you the status of
6  development of the CRM products?
7      A.  Not as part of a mainstream communication.
8  They communicated to me about the ERP product.  Issues
9  may have come up tangentially, or if a CRM product
10 required a change of an ERP product in order to be
11 integrated, that would have been communicated to me.
12 But in general the pure status of the CRM products was
13 not particularly well-communicated to me.
14     Q.  Okay.  So -- or your team -- withdrawn.
15 Withdrawn.
16         You indicated that Mark Barrenechea would --
17 chose not to share certain information with you for
18 whatever reason; right?  Your team members in ERP were
19 not withholding information from you, as far as you
20 know?
21     A.  I don't believe they were withholding any
22 information from me.
23     Q.  So -- so going back to the testing of the ERP
24 modules, how often, if you know, did the people testing
25 ERP modules communicate with those people who were
```

80

```
1  developing the CRM modules in Mark Barrenechea's group?
2      A.  I don't know.
3      Q.  And the reports that you received concerning
4  the, you know, the test results of the -- at least the
5  ERP modules, did they include test results -- test
6  results that related to their functionality with the CRM
7  products?
8      A.  I don't know.  Generally the reports received
9  were focused on the ERP products.  I don't recall if
10 they also included any tangential information about
11 interactions with the CRM products.  I did not receive
12 any primary reports, I don't believe, on the testing of
13 the CRM products.
14     Q.  Do you know if people on your team received
15 reports of the testing of CRM products?
16     A.  I don't know.
17     Q.  Okay.  In May of 2000, just before or right
18 around the release date of 11i, I guess at some point
19 you agreed that it was time to be -- for it to be
20 released or it was ready to be released; is that fair?
21     A.  Yes.
22     Q.  And did you limit -- withdrawn.
23         Did you give that recommendation to, say,
24 Larry Ellison or members of the executive committee, or,
25 you know, in some form?
```

81

1      A.  I'm sure Larry and I discussed it and agreed
2  it was ready for release.
3      Q.  And you understood -- withdrawn.
4          Did you limit your recommendation or your
5  agreement that it was ready to be released to ERP
6  products?
7      A.  To the best of my recollection I would have
8  focused on my recommendation on the ERP products.
9      Q.  Right.  So your recommendation would only have
10  been, and correct me if I'm wrong, that 11i is ready to
11  be released, except -- well, at least as it relates to
12  the ERP products?
13      A.  That's what I recall.
14      Q.  Okay.  And but you knew, right, that 11i would
15  include CRM products as well?
16      A.  Yes.
17      Q.  Right?  And you also knew that one of the
18  features of 11i was that it was preintegrated and
19  interoperable with CRM software, Oracle's CRM products?
20      A.  That's correct.
21      Q.  But you didn't know whether or not at the time
22  the CRM products actually were -- functioned well or
23  passed any tests with ERP products?
24      A.  I -- I -- repeat your question.
25      Q.  I'll ask it again.

82

1      A.  Okay.
2      Q.  At the time you didn't know whether or not the
3  CRM products, software, had actually passed any tests or
4  functionality tests related to ERP software?
5      MR. GIBBS:  Objection; vague and misstates the
6  testimony.
7      Answer if you can.
8      MR. WILLIAMS:  Q.  Did you understand the
9  question?
10      A.  I had very limited information about the
11  testing completeness of CRM products.
12      Q.  Okay.
13      A.  Whether I actually had zero information, I
14  don't recall.  I probably had some tangential
15  information, but I had very limited information about
16  the CRM products.
17      Q.  Is there something that -- can you explain to
18  me, when you say limited information, can you describe
19  that in a more detailed way?
20      A.  I don't recall what information I had.
21      Q.  Okay.
22      A.  So it was probably more than zero, but not all
23  that much more.
24      Q.  Okay.  And is -- I just want to make sure that
25  I've understood this.  That limited information that you

83

1  did have did not include test results related to the
2  functionality of the CRM software?
3      A.  Since I don't recall what information I had, I
4  can't tell you whether or not it included that.
5      Q.  Now, is there a -- is there a way that you --
6  withdrawn.
7          If I could go back and dig up the information
8  that you had on hard copy back then concerning, you
9  know, test results, where would I look?
10      A.  I believe most of the information I had on ERP
11  test results were often handed to me in meetings on
12  pieces of paper that presumably came out of somebody's
13  computer.
14      Q.  Okay?
15      A.  I don't recall if I was also e-mailed some.  I
16  probably was.  So you may have some in my e-mail
17  records.
18      Q.  Sure.
19      A.  Or you -- you know, there may just be
20  miscellaneous documents.
21      Q.  Okay.  Well, you kind of limited your answer
22  to ERP.  Really what I was trying to get at was if you
23  had any test results that related to CRM and its
24  functionality with ERP products, where could I find
25  that?

84

1      A.  I don't know.  I am guessing it would have
2  come the same way.
3      Q.  Okay.
4      A.  Any documents would have come to me -- either
5  someone handed them to me or they would have come to my
6  e-mail.
7      Q.  All right.  So do you recall if you
8  specifically indicated to either Larry Ellison or anyone
9  else that you could only speak for the readiness, so to
10  speak, of ERP, the ERP software at the time it was
11  released?
12      A.  I don't recall exactly how I would have
13  couched exactly what I said.
14      Q.  But that was your perception at the time?
15      A.  My responsibility was for ERP.
16      Q.  Okay.
17      A.  So that would have been the primary focus of
18  any communication I had.
19      Q.  Okay.  Now, do you know whether you personally
20  told potential customers that 11i's applications --
21  withdrawn.
22          Do you recall whether or not you personally
23  told customers or potential customers that 11i was
24  preintegrated and inoperable, meaning that the ERP
25  software communicated with the CRM software?

85

1       A.  If I recall correctly, we focused very heavily
2   on the integration issue.  And I'm sure I told many,
3   many customers that we had designed the software as
4   integrated software.
5       Q.  And do you know whether or not -- in May of
6   2000, do you know whether or not it -- the ERP software
7   actually worked with the CRM software?
8       MR. GIBBS:  Objection; vague.
9       Answer if you can.
10      THE WITNESS:  What I had focused on -- one of
11  the things we had focused on was the integration of the
12  products.  By integration we meant, you know, did we
13  have compatible data models and so forth, was it
14  designed to be run in the same system, in the same
15  database.  And we thought that we had accomplished that.
16  And I think we did accomplish that.
17      You know, we built what is probably the
18  world's first system that was a very highly integrated
19  system, from the data management -- from the data
20  management perspective.  And we're very proud of that,
21  and we've talked to a lot of customers about that.
22      MR. WILLIAMS:  Q.  And I will get back to
23  that, what you built and whether or not it was an
24  integrated system.  I'm asking you if, in May of 2000,
25  if you knew whether or not the ERP applications actually

86

1   worked with the CRM applications.
2       MR. GIBBS:  Objection; vague.
3       Answer if you can.
4       THE WITNESS:  I don't recall if I knew that.
5   I focused primarily on the ERP applications.
6       MR. WILLIAMS:  Q.  Okay.
7       A.  The CRM applications were layered on top of
8   the ERP applications, not vice versa.  So, you know,
9   what I knew is whether the ERP -- you know, what my
10  group focused on was whether the ERP applications worked
11  as anticipated, which included whether or not, you know,
12  the CRM group had reported any issues to the ERP group
13  about things that the ERP system needed in order for the
14  CRM to work correctly.
15      Q.  Okay.  But the test results that you had
16  gotten, at least as far as you recall right now, didn't
17  indicate whether or not the CRM software that was
18  layered on top of the ERP software actually worked?
19      A.  I don't recall if I received any test results
20  that focused on that issue.
21      Q.  And when you say layered on top of --
22  withdrawn.
23      I think your testimony was that the CRM
24  software was layered on top of the ERP, not vice versa?
25      A.  That is correct.

87

1       Q.  Does that mean that the CRM software was
2   dependent upon code from the -- of the ERP software in
3   order to function?
4       A.  Some of the CRM code was dependent on some of
5   the ERP code in order to function.
6       Q.  And as you sit here today, can you describe
7   for me which parts of the CRM code was dependent upon
8   the ERP code to function?
9       A.  I can describe some of it to you.
10      Q.  That's fine.
11      A.  An example would be the technology.  There
12  were technology components built by Cliff Godwin's
13  organization that were underlying technology components
14  used by both the ERP products and the CRM products.
15  Clearly they needed to work in order for both ERP and
16  CRM products to work.
17      Usage may have been different.  The CRM
18  products may have used those components differently than
19  the ERP products.  That's one example.
20      Another example would be that some of the CRM
21  products had to call functionality in the ERP products
22  via an API or some other type of routine in order to
23  accomplish some given function on the CRM side.
24      Q.  So when you say call on functionality, in
25  layman's term do you mean just share information or

88

1   request information from something on the ERP side to
2   complete something that was happening on the CRM side?
3       A.  May have been requesting information, it may
4   have been requesting a piece of software code to be
5   executed.
6       Q.  Okay.  Did you at some point learn after the
7   release of 11i that some of the CRM software didn't work
8   with the ERP software?
9       MR. GIBBS:  Objection; vague.
10      Answer if you can.
11      THE WITNESS:  I learned of some functional
12  deficiencies relating to that, yes.
13      MR. WILLIAMS:  Q.  And if you recall, why
14  don't you tell me some of the functional deficiencies
15  that you learned relating to that.
16      A.  I don't recall the details of it.
17      Q.  Okay.  Do you recall generalities?
18      A.  There were -- in the early days of 11i there
19  were too many bugs, and I'm not sure where you want me
20  to go with this, but there were too many bugs, and that
21  caused some number of customer issues.
22      Q.  Well, when you say there were too many bugs,
23  as far as you know, were there too many bugs in the CRM
24  module or too many bugs in the ERP or both?
25      A.  I focused my attention on my products, on the

89

1   ERP side.  And there were some of the products I had
2   that were quite good, and there were, you know, some
3   that weren't as good.  And they were certainly the focus
4   of my attention to improve as quickly as possible.
5        Q.   My original question was whether you learned
6   after the release of 11i that certain CRM applications
7   just did not work with the ERP applications they were
8   intended to work with.
9        MR. GIBBS:  Objection; vague.
10       Answer if you can.
11       THE WITNESS:  Let me say as -- maybe as an
12  element of clarification, work versus not work isn't
13  really a binary issue in software.
14       The kind of software we're talking about has
15  thousands and thousands and thousands of functions.  So
16  you're asking kind of as if it's almost an on/off
17  switch, did it work, did it not work.  The answer has
18  got to be more nuance than that because of the endless
19  thousands of features.  Those features might -- you
20  know, an individual feature might work, an individual
21  feature might work for some customers, might not work
22  correctly under a different circumstance for a different
23  customer.
24       So clearly I learned, you know, from -- I
25  learned that there were things that didn't work, there

90

1   were things that didn't work in my own products, there
2   were things that didn't work in the CRM products, and
3   there were some things that didn't work between the CRM
4   and the ERP products.
5        MR. WILLIAMS:  Q.  And part of that was --
6   part of that was due to inadequate testing?
7        A.   In retrospect, we certainly -- I certainly
8   believed that what we learned is we should have done
9   more testing.
10       Q.   Now, did you learn that -- withdrawn.
11       Is it your belief you should have done more
12  testing on the ERP side or there should have been more
13  testing on the CRM side?
14       A.   I focused my attention primarily on the ERP
15  side, and I was focused on quality issues that came up
16  within the products under my domain.
17       VIDEOGRAPHER:  I'm sorry, counsel, I'm going
18  to have to change the tape so I don't have a problem.
19       MR. WILLIAMS:  Sure.
20       VIDEOGRAPHER:  We're going off the videotape
21  record.  The time is 11:24 a.m.  This is the end of tape
22  number one.
23       (Recess, 11:24 - 11:31 a.m.)
24       VIDEOGRAPHER:  We are back on the videotape
25  record.  The time is 11:31 a.m.  This is the beginning

91

1   of tape number two.
2        MR. WILLIAMS:  Q.  At some point you
3   concluded, at least personally, that, you know, Oracle
4   should have done more testing on 11i before it was
5   released?
6        A.   That is correct.
7        Q.   When did you make that conclusion personally,
8   or draw that conclusion?
9        A.   I don't recall.  I think it was a progressive
10  conclusion.
11       Q.   And what was it based upon?
12       A.   Our customer experience wasn't as good as we
13  would have liked.
14       Q.   Well, what was it?  What was the experience
15  generally?
16       A.   There was no general experience.  Our customer
17  experience was mixed.
18       We had a lot of success in getting a number of
19  early customers to be live on the software.  But some of
20  those customers also experienced too much difficulty in
21  the form of bugs, and, you know, more bugs than they
22  should have, more bugs than they would have liked.
23       So it was a mixed experience in that sense.
24       Q.   And you had indicated earlier that, you know,
25  that Mr. Barrenechea, you know, I guess chose not to

92

1   share certain information with you.  Did you ever
2   communicate that to any -- anyone else at Oracle prior
3   to the release of 11i that maybe certain information
4   wasn't being shared?
5        A.   I was fairly frustrated over many times, I
6   don't recall if exactly during that time.  But I was
7   fairly frustrated during many times with my relationship
8   with Mr. Barrenechea.
9        And at times I communicated my frustration
10  with Larry Ellison and with some other people as well.
11  But I don't recall exactly what I may have said or not
12  said during that time.
13       Q.   Okay, and that -- that frustration was a
14  result of a lack of sharing of information regarding,
15  you know, the development of the software?
16       A.   That was one of the sources of the
17  frustration.
18       Q.   What was the other source or -- what were the
19  other sources?
20       A.   I didn't believe that Mark was always making
21  the right development decisions.
22       Q.   Okay.
23       A.   I believe he was -- I believed he was so
24  focused on proving the independence of his group from my
25  group that, you know, he just wanted to do things his

93

1 own way, and maybe sometimes it was the right way, maybe
2 it wasn't.
3      Q.  In terms of development decisions, his
4 development decisions were related to CRM though, not
5 ERP; is that fair?
6      A.  Generally.  Some decisions had to be shared
7 because there was an awful lot of shared technology and
8 shared schema underneath both CRM and ERP products.
9      Q.  Right.
10      A.  Some decisions affected only CRM products, and
11 he made those without consulting me often.
12      Q.  The ones that only affected CRM products?
13      A.  That is correct.
14      Q.  And you were that frustrated, even though they
15 only affected CRM products?
16      A.  For some things, yes.
17      Q.  And what about those decisions that affected
18 ERP products, did he share that information with you, or
19 was that part of your frustration?
20      A.  Well, decisions that affected ERP products
21 were generally, you know, my domain or the domain of my
22 managers.
23      Q.  Okay.
24      A.  So decisions that needed to be shared because,
25 you know, technically to get a unified product, an

94

1 integrated product, required them to be shared, either
2 we or our groups would make together.  And in case of
3 lack of agreement, you know, from time to time some
4 issue would be escalated to Larry Ellison.
5      Q.  What I'm getting at, you know, is I want to be
6 able to understand how the CRM and ERP organizations
7 worked together in the development of 11i.
8           And just so you know, that's kind of where I'm
9 going, even if some of my questions are not as clear as,
10 you know, they could be.
11           So, with respect to sharing information on the
12 development processes, was that part of the frustration
13 that you have articulated?
14      A.  I certainly would have liked a lot more
15 information than I received.
16      Q.  Okay.  And after May of 2000, after the
17 release of 11i, did you -- well, did you continue to
18 feel that way, that not enough information was --
19      A.  I continued to be frustrated with Mark
20 Barrenechea in a wide variety of ways, until the day he
21 left the company.
22      Q.  Okay.  And, again, I'm really not trying to --
23 withdrawn.
24           I guess we can get to that, but after the
25 release of 11i, did Mark Barrenechea share more

95

1 information about the development processes of CRM with
2 you as it relates to ERP than he had prior to the
3 release of 11i?
4      A.  I don't recall whether or not he shared more
5 information or not.
6      Q.  Okay.  Did you still feel frustration that the
7 information related to the development of CRM as it
8 affected ERP was not being shared in a manner that you
9 would have been happy with?
10           MR. GIBBS:  Objection; misstates the
11 testimony.
12           THE WITNESS:  My frustration was a little
13 broader frustration.  My frustration was that for, you
14 know, for Oracle's customer and for Oracle to succeed as
15 much as I wanted us to succeed and as much as I wanted
16 our customers to succeed, you know, from time to time I
17 thought required more information to be shared and
18 required some different decisions to be made.
19           MR. WILLIAMS:  Q.  And that -- obviously that
20 would be information related to the CRM side of 11i
21 suite; is that fair?
22      A.  It may be information related to the CRM side,
23 it may have been information relating to the CRM/ERP
24 interaction.  It may have been broader than just the
25 narrow set that you've articulated.

96

1      Q.  After the release of 11i, at least in May of
2 2000, you heard a lot of complaints from customers;
3 isn't that fair?
4      A.  Yes.
5      Q.  And some of those complaints related to the
6 inability of -- well, withdrawn.
7           Some of those complaints were there were too
8 many bugs; right?
9      A.  That was correct.
10      Q.  And some of those complaints were related to
11 the fact that certain CRM functions did not function
12 properly with ERP functions; isn't that right?
13      A.  That would have been one category of bug.
14      Q.  What do you mean that would have been one
15 category of bug?
16      A.  That would have been one type of bug.
17      Q.  A type of bug?
18      A.  Yes.
19      Q.  But that's part of what you learned?
20      A.  Yes.
21      Q.  And you also learned that some of the things
22 that were kind of ERP independent were not functioning
23 the way that they should have been?
24      A.  That's correct.
25      Q.  And you learned that some things that were CRM

97

1  independent weren't functioning the way they should have
2  been?
3      A.  That's correct.
4      Q.  Now, did you talk about this stuff in meetings
5  with Mark Barrenechea face to face after the release of
6  11i in May of 2000?
7      A.  I'm sure we did.  I don't exactly recall what
8  meetings.
9      Q.  And you talked about it with Larry Ellison,
10  too?
11      A.  That is correct.
12      Q.  So it was communicated internally that
13  customers were complaining about 11i?
14      A.  Yes.
15      Q.  And --
16      A.  Customers don't usually complain silently.
17      Q.  I have seen that.
18         Now, did you communicate some -- did you
19  communicate to either Mark Barrenechea or to Larry
20  Ellison that part of the bugs that customers were seeing
21  was due to the lack of communication between CRM and ERP
22  development?
23         MR. GIBBS:  Objection; misstates his
24  testimony.
25         MR. WILLIAMS:  Q.  I'm asking you if you did.

98

1      A.  I don't recall exactly what I communicated at
2  the time.  And I don't recall if it included that or
3  not.
4      Q.  Well, was it your belief that some of the --
5  some of the complaints that you were hearing from
6  customers were -- may have been the result of a lack of
7  communication during the development process of the --
8  well, between the ERP development and CRM development?
9      A.  Is it my opinion now?
10      Q.  Sure.
11      A.  Is it my opinion now that some of the problems
12  experienced were due to a lack of communication?
13      Q.  Yes.
14      A.  I'd say my opinion now is, you know, some of
15  the problems experienced were due to lack of
16  sufficiently integrated processes across the teams,
17  which would have included lack of communication, but
18  that may not have been the primary issue.
19      Q.  I understand.  When you say lack of integrated
20  processes, do you mean lack of kind of co-development
21  between ERP and CRM?
22      A.  Not so much that, no.
23      Q.  Okay.
24      A.  Because there was actually an amazing amount
25  of discussion on the design integration, on the data

99

1  integration.  You know, the data integration that Oracle
2  was so focused on, everybody in the teams knew they had
3  to do a good job of, and they generally did do a good
4  job on the data integration side.  That was the focus of
5  the release, and people did that despite whatever
6  tensions existed.
7         But the -- remind me what your question was
8  again.
9      Q.  When you say a lack of integrated processes,
10  do you mean lack of kind of co-development between ERP
11  and CRM?
12      A.  Are you saying co-development or code
13  development?
14      Q.  Co, like co-development, c-o.
15      A.  No, not so much co-development.  It really is
16  a set of development decisions and development processes
17  and test processes and so forth.  Because I'm not really
18  sure what you mean by co-development.
19      Q.  Meaning -- go ahead.
20      A.  Go ahead.
21      Q.  Now, my understanding was that -- or has been,
22  correct me if I'm wrong, is that the ERP development --
23  the development of ERP applications was separate from
24  the development of the CRM applications.
25      A.  When you say separate, the ERP organization

100

1  reported to me, the CRM organization reported to Mark.
2  We were organizationally separate.  We shared many
3  things because we were delivering a common product.
4      Q.  What did you share?
5      A.  We shared many elements of technical
6  infrastructure, technical code, data structures.  All
7  the things that were required to have a good integrated
8  product were shared.
9      Q.  That's what I was actually getting at a little
10  bit earlier.  Because I'm assuming that when you got
11  test results on whether a certain ERP product was
12  functioning, that it would -- if it related to one of
13  the CRM applications, that you'd get that information,
14  too:  Does this ERP application function the way that
15  it's supposed to with a certain CRM application?
16      A.  I did not get very much of that information,
17  to the best of my recollection, because the ERP products
18  could be run in a more stand-alone fashion, if a
19  customer desired, than the CRM applications typically
20  could be done.
21         So someone on the ERP side could test a
22  given -- someone on the ERP side could test a given ERP
23  module and have a test plan, exercising a good amount of
24  functionality of that ERP product, and believe that that
25  ERP product worked.

101

1    Q.   Well, take for example -- let's take the
2  manufacturing module, for example, that was an ERP
3  module; right?
4    A.   Okay.
5    Q.   And there were certain CRM modules which were
6  considered sort of front office; is that right?
7    A.   That's correct.
8    Q.   Front office modules, that might call on the
9  manufacturing module for certain information or
10  functionality if the products -- if both the CRM and ERP
11  products were sort of tightly integrated, working
12  together as they were intended to; right?
13    A.   That is correct.
14    Q.   And which CRM products or application would
15  you -- which CRM application might be one of those
16  applications that would call upon manufacturing?
17    A.   Upon manufacturing?  I'll give you an example
18  of one.  So, the Web Store, which was considered a CRM
19  product, might, as an example, want to check -- might
20  want to make available realtime information about
21  whether or not a piece of inventory was available.
22    Q.   Right.
23    A.   That information was stored in the inventory
24  system, which is part of the manufacturing family.
25    Q.   Right.

102

1    A.   So the Web Store would, you know, query data
2  sitting in the inventory portion of the E-Business Suite
3  for that information to say, you know, if I'm a customer
4  and I order today can it indeed be shipped today or not,
5  is it back ordered, out of stock or whatever.
6    Q.   So if the -- is web stores also iStore; is
7  that the same thing?
8    A.   Yes, it is.
9    Q.   If iStore was working properly, one would
10  expect that one of the things it could do was to
11  communicate with the manufacturing module and tell
12  somebody in the front office whether or not there was a
13  piece of inventory available?
14    A.   If that was a planned feature at the time, it
15  would have done that.  I don't recall whether that was a
16  planned feature at the time.  But I'm giving you an
17  example.
18    Q.   Fine.
19    A.   Yes.
20    Q.   And that would require, to develop that
21  process in a way that worked would -- would that require
22  the co-development of ERP development and CRM?
23    A.   Now I see what you're asking.  It would have
24  required the two teams to coordinate on what was the
25  appropriate way for the Web Store team to call the -- to

103

1  call a function to determine the amount of inventory
2  available.  And the inventory team would advise them on
3  what the best way to do that was.  So, yeah, the teams
4  would have coordinated on the best way to do that.
5    Q.   And do you know -- withdrawn.
6        Isn't it true that one of the -- a lot of the
7  complaints that customers had that you heard related to
8  things of that nature, that things that -- that
9  functionalities in the CRM that were supposed to call
10  upon functionalities in ERP were not working?
11    A.   There were certainly complaints of that
12  nature.  You know, I don't want to try to characterize
13  was that, you know -- how big a number of complaints
14  relative to others.
15    Q.   I understand.  But there were complaints of
16  that nature?
17    A.   Yes, there were.
18    Q.   And you actually fielded some of those
19  complaints?
20    A.   Yes, I did.
21    Q.   And did you at any time feel as though your
22  credibility was compromised by what was represented to
23  customers and that your -- and due to either a lack of
24  communication or lack of proper development of the CRM
25  side that you were actually -- that your credibility was

104

1  compromised?
2        MR. GIBBS:  Objection; compound.
3        THE WITNESS:  Are you asking did I feel my
4  credibility was compromised by what?
5        MR. WILLIAMS:  Q.  I'll withdraw the question
6  and ask it again, because it was a little complicated.
7        Did you at any time feel your credibility was
8  compromised by representations that may have been made
9  to a customer that product could do X, but it couldn't
10  because of lack of development or lack of communication
11  between CRM and ERP?
12    A.   I felt that as an officer of Oracle, you know,
13  my credibility was compromised, if you want to say, any
14  time there was a bug in Oracle's products.  And that's
15  one category of bug.  That's one type of bug that
16  occurred.
17    Q.   And is it your -- did you feel as though that
18  one type of bug that occurred may not have occurred had
19  the correct or -- or had there been better communication
20  between the ERP development and CRM development, or you
21  and Mr. Barrenechea?
22        MR. GIBBS:  Objection; compound.
23        THE WITNESS:  So, if you're asking -- you're
24  asking in retrospect now, what do I believe now?  Or
25  what are you --

105

1    MR. WILLIAMS:  Q.  I'm asking -- if you can
2  answer what you believe now, you can answer that
3  question.
4    A.  Okay.  What I believe now is we had too many
5  bugs in the ERP side of things, and there were flaws in
6  the development processes within my team that we learned
7  of, and we learned how to improve.
8    Let me elaborate on that comment when I say
9  there are too many flaws.  In retrospect we had built
10  this enormous product that was vastly bigger than
11  anything we built before.  It was a scope of products
12  that involved thousands of people to build what's an
13  integrated, highly integrated product.  It was much more
14  complex than the prior version of our applications.
15    I forgot what measure we used, but I recall at
16  one point, I think, if I'm remembering right, describing
17  to customers how 11i was three times more complex,
18  judged by the number of man-months or person-months put
19  into it.
20    Q.  I think you said man-years.
21    A.  Man-years.  I'm glad you read my
22  presentations.
23    Q.  It was thousands; I saw it the other day.
24    A.  So we had a much more complex product.  And
25  what we realized in retrospect is our development

106

1  approach, our testing approach, the whole process we
2  hadn't scaled adequately with the increased scale of
3  complexity.
4    We applied similar testing methodologies to
5  what we had done very successfully in prior releases.
6  But those didn't work well enough with the increased
7  complexity of 11i.
8    So that affected things totally within my
9  domain.  There were some things within Mark's domain
10  that in retrospect, you know, I certainly questioned
11  some of the decisions he made.  And at the time I
12  probably knew only about a subset of those decisions.
13  And I probably questioned some of those at the time.
14    In terms of the interaction between the
15  groups, clearly in retrospect as well, just as there
16  should have been more testing of the ERP product
17  stand-alone, there should have been more testing of the
18  CRM product stand-alone, there should have been more
19  testing of the boundary points between ERP and CRM, and
20  there should have been better -- there should have been
21  better coordination of processes.
22    Q.  But at the time -- just talk about after, you
23  know, after May of 2000, I mean, you knew that this
24  product was complex, right?  And it was more complex
25  that anything that Oracle had actually developed or --

107

1    A.  Yes, I did.
2    Q.  -- or introduced before; right?
3    You know, the team knew that.  I say the team,
4  your development team knew that; right?  So you knew it
5  would require necessarily more testing, fair to say,
6  than what had previously been released by Oracle before?
7    MR. GIBBS:  Objection; argumentative.
8    THE WITNESS:  We did more testing than what
9  had previously been released.
10    MR. WILLIAMS:  Q.  Okay.
11    A.  But we used a similar approach.  What we
12  learned in retrospect was that dealing with the level of
13  complexity that 11i was, we had to get more
14  sophisticated about our testing approaches, not just
15  doing, you know, more of the same.  We had to get more
16  sophisticated.
17    And let me also say, since I think you did
18  make an argumentative question, that we were the first
19  to innovate in this kind of an area.
20    Q.  I understand.
21    A.  So it's not as if, you know, we could point --
22  you know, we could look at other approaches that have
23  been done successfully and magically say, "Oh, that's
24  what we want to do, just like that."
25    Q.  My intent isn't to be argumentative, so --

108

1    A.  Okay.
2    Q.  At the time Oracle had not -- I'm still
3  referring to May 2000 and, you know, through the
4  remainder of 2000, early 2001, Oracle had not sold CRM
5  on the scale that 11i would include CRM; is that right?
6    A.  I think you're asking a question which may not
7  make sense.  So could you clarify, please?
8    Q.  Prior to the release of 11i, had Oracle sold
9  CRM applications?
10    A.  Yes.
11    Q.  And had Oracle sold the number of CRM
12  applications that were included in 11i prior to 11i's
13  release?
14    A.  There were more CRM applications in 11i than
15  were in the prior releases.
16    Q.  A lot more; is that fair?
17    A.  I believe so.
18    Q.  Okay, that's what I was getting at.
19    Now, you -- after the release of 11i in May of
20  2000, you -- did you continue to test, at least for
21  your division, ERP applications?
22    A.  Are you asking did we continue to test ERP
23  applications?
24    Q.  Um-hum.
25    A.  Yes.  The development process is a continuous

109

1   process. So we were -- we were fixing bugs, we were
2   testing those bug fixes, we were packaging incremental
3   releases. Those releases could include those bug fixes,
4   they could also include incremental new features that
5   customers request.
6       Q.  But that was part of the process?
7       A.  Continuous part of the process; that's right.
8       Q.  Did you communicate with the CRM development
9   staff for those bugs that impacted both ERP and CRM?
10      A.  I generally didn't communicate personally
11  about individual bugs. I would have expected the
12  appropriate teams to communicate.
13      Q.  And do you know whether or not they did?
14      A.  I believe they did.
15      Q.  And were you -- during that testing, you were
16  still -- one of the things you evaluated was bug counts;
17  is that fair to say?
18      A.  That is correct.
19      Q.  All right. And how was it that you determined
20  whether, you know, a certain bug count was acceptable
21  for a patch or a new release?
22      A.  It's a judgment call. It is very tricky to
23  figure out a good way to do it, because the only way you
24  really have not a single bug report is if not a single
25  customer uses your product. Obviously you want a lot of

110

1   customers. The more customers use the products,
2   generally the more different variations of usage they
3   have, and that has risk of uncovering more bugs.
4       So when you look at it, you can't just look at
5   bug count to determine if a product is successful or
6   not. I mean, if you did look at it that way, you know,
7   Microsoft Windows, I don't know, but I would guess, has
8   a fairly high bug count, but also has a high number of
9   users. Has Microsoft made the right choices about
10  quality? I don't know. Every individual has different
11  opinions on that.
12      Q.  I was just asking you whether or not bug count
13  was still one of the things you evaluated?
14      A.  Bug count was. I answered your question more
15  thoroughly. You asked how did I evaluate it. So I
16  tried to evaluate a combination of usage and reported
17  bugs.
18      Q.  And after, say, the first iteration of 11i was
19  released in May of 2001, there were incremental
20  decisions to release, you know, 11i.2 and .3?
21      A.  3, 4, 5, et cetera, yes.
22      Q.  And how was the determination made as to the
23  timing of those releases?
24      A.  Oh, I don't recall at the time exactly how we
25  made them. In general we found it wise to have

111

1   relatively regular releases for a variety of reasons.
2   Some of it was to include bug fixes, some of it was to
3   include new features. And that was just good to do on a
4   regular cycle.
5       Q.  Well, but it's true, isn't it, that during,
6   say, the summer and fall of 2000 Oracle had a lot of its
7   11i customers complaining that there were just too many
8   bugs in 11i?
9       A.  I don't know if we had a lot of -- I don't
10  know what you mean by saying do we have a lot of
11  customers complaining. In our judgment we had too many
12  customer complaints.
13      Q.  Okay, that's fine. And isn't it true that
14  some customers were expressing their frustration
15  directly to you that when -- and asking when these fixes
16  were going to be released?
17      A.  Yes, that is true.
18      Q.  And so there was some pressure on Oracle to
19  get them -- to get those fixes -- get those fixes done
20  and released to these customers?
21      A.  Yes, that is true.
22      Q.  And it was -- well, do you know whether --
23  withdrawn.
24      Did you field those frustrations for people
25  who had difficulty with CRM as well?

112

1       A.  You know, as a senior executive of Oracle,
2   people would sometimes complain to me not only about
3   things that were within my direct scope of
4   responsibility.
5       Q.  Right.
6       A.  I could clearly react directly to things that
7   were within my scope of responsibility. But I heard
8   complaints about other product, about services. I also
9   heard good things, by the way, not only complaints.
10      Q.  I'm sure you did.
11      Now, how did you communicate your complaints
12  that related to the relationship between CRM and ERP?
13  Did you call Mark Barrenechea? Did you call some of his
14  reports?
15      A.  I don't recall exactly how I communicated my
16  frustrations. I'm sure I spoke about some of my
17  frustrations with Mark. I don't know if it was on the
18  phone or in person or a combination. Periodically I
19  would express some of my frustrations to Larry.
20      MR. WILLIAMS: Okay. And -- can we go off for
21  just a minute?
22      VIDEOGRAPHER: Going off the videotape record.
23  The time is 12:03 p.m.
24      (Lunch recess, 12:03 p.m. - 12:49
25      p.m.)

113

```
1        VIDEOGRAPHER:  We are back on the videotape
2   record.  The time is 12:49 p.m.
3        Counsel, please proceed.
4        MR. WILLIAMS:  Q.  Mr. Wohl, you indicated
5   earlier that you had been interviewed by the special
6   committee of the board of directors as it relates to
7   events during, you know, the third quarter of fiscal
8   '01.
9     A.  That's correct.
10    Q.  That was a couple years ago?
11    A.  I believe it was more than a couple years ago.
12  I don't recall exactly when it was.
13    Q.  Do you recall who you met with?
14    A.  Oh, I know it was one of the newer board
15  members at the time.  Stanford professor, Hector Garcia
16  Molina.  I don't recall who else.
17    Q.  Was there another person there, though?
18    A.  There were at least -- at least one or two
19  others.
20    Q.  Did it occur in your office or --
21    A.  I believe it was in my office.
22    Q.  How long did you meet with them; do you
23  remember?
24    A.  I don't recall.
25    Q.  Do you recall telling them that the decision
```

114

```
1   to release 11i was made by you, your team and Larry
2   Ellison?
3     A.  I don't recall exactly what I told them.
4     Q.  Does that sound consistent with something you
5   may have told them?
6     A.  Well, it's -- again, I don't recall what I
7   would have told them.  That's what it was.  So, if they
8   had asked, I probably would have told them that.  I
9   don't know if they asked.
10    Q.  Do you recall telling members of the special
11  committee that at least in retrospect your department
12  believed that the feedback that you had gotten from your
13  testing was good enough?
14    A.  I don't remember what I told the members of
15  the special litigation committee.
16    Q.  Is that something consistent -- is that
17  consistent with your belief that --
18    A.  I don't remember when I was interviewed by
19  them, so I don't -- I don't know.  You would have to
20  help refresh me with the time of the interview, et
21  cetera.
22    Q.  I think the interview occurred sometime in
23  August of 2002.
24    A.  2002.  So, okay, about two years after
25  release.
```

115

```
1     Q.  About two years after, a little bit more than
2   two years after release.
3     A.  Okay.
4     Q.  And does that help you?
5     A.  Helps a little bit.
6     Q.  Okay.  In what way?
7     A.  Well, it just -- it helps me because -- well,
8   it helps me guess what I might have told them.  But
9   again, I don't remember what I told them.  This was a
10  while ago.
11    Q.  Did you tell them that in retrospect that you
12  wished that you had -- that Oracle had waited longer to
13  release 11i?
14    A.  I don't know what I told them.  That is one of
15  my beliefs that in retrospect we would have been better
16  off waiting a little longer.
17    Q.  How much longer do you think would have been
18  appropriate?
19    A.  You know, I don't know.  I never dwelled on
20  that, because I was always looking forward, not
21  backward.  What I dwelled on is on a going forward basis
22  what did we need to do to ensure a much higher quality
23  level of releases.
24    Q.  So while you believed that you should have
25  waited longer, you haven't put a time frame upon how
```

116

```
1   much longer?
2     A.  No.  Clearly we learned a lot through the
3   experience, and our testing methodologies got a lot more
4   sophisticated, a lot more -- a lot more controlled.  And
5   we in retrospect obviously would have liked to have had
6   that full degree of knowledge and discipline earlier in
7   the cycle.
8     Q.  I understand that.  But I was just asking
9   if -- withdrawn.
10        You testified that, sure, you know, in
11  retrospect you should have waited longer, but you just
12  haven't put a time frame upon how much longer --
13    A.  I did not; right.
14    Q.  -- you should have waited?
15        Do you know Gayle Fitzpatrick?
16    A.  Gayle Fitzpatrick?  Gayle Fitzpatrick.  Yes, I
17  do.
18    Q.  And how do you know her?
19    A.  If I recall correctly, she was in one of the
20  sales organizations responsible for some chunk of sales
21  consulting, and she was one of the people who gave
22  feedback of the sales consultants on the demo
23  environment.
24    Q.  Right.  And what was your understanding of the
25  demo environment, what it is?  What is a demo
```

117

1  environment?
2       A.  The demo environment -- let's see, you're
3  asking at what point in time?
4       Q.  Withdrawn.
5            What is a demo environment?
6       A.  A demo environment is an environment in which
7  one can demonstrate products.
8       Q.  And what does it mean to be an environment?
9       A.  Okay.  Maybe it helps if I give a little
10  context here.
11      Q.  Sure.
12      A.  Which is, the old approach to demos used to be
13  sales consultants in the field having their own
14  computers with them with software loaded giving demos to
15  customers.  In that environment, sales consultants spent
16  a lot of time loading software, updating software, et
17  cetera, and not as much time as they or we would have
18  wanted in front of customers.
19      Q.  Okay.
20      A.  So at a certain point we made the change to
21  centralized demo environments, we called them, which
22  means we kept the computers in Oracle's centralized data
23  centers, and we had networks established so that a sales
24  consultant could just log into the demo environment, and
25  as a result wouldn't have to spend the same amount of

118

1  time adjusting the software or managing the operating
2  system or the computer or anything else.
3            For example, if a disk drive broke, it would
4  break in the central data center and somebody there
5  would replace it.  The sales consultant wouldn't have to
6  figure out how do I replace the disk, how do I recover
7  the data that was on the old disk, et cetera.
8       Q.  So that at some point Oracle developed a
9  centralized demo environment that everyone could use
10  instead of creating multiple demo environments every
11  time you went to a sales meeting?
12      A.  That's right.  We had many copies of the same
13  one, but they are all centrally hosted.  That's
14  generally what we meant by the term demo environment.
15      Q.  And Oracle was using a demo environment, as
16  you described, as it was, you know, demonstrating 11i?
17      A.  This -- I don't remember the exact timing of
18  the switchover.  I don't remember if we had moved to a
19  centralized environment from the beginning of 11i.
20      Q.  Okay.
21      A.  I'm not sure.
22      Q.  Okay.  That's fine.  But the demo environment
23  for 11i would -- it would be created such that Oracle
24  had a little bit more control over the way that it
25  functioned instead of it being kind of done on -- at

119

1  some customer site?
2            MR. GIBBS:  Objection; vague.
3            Answer if you can.
4            THE WITNESS:  The objective of the centralized
5  demo environments when we created them wasn't so much
6  control.  The objective was time savings and quality
7  improvement.
8            MR. WILLIAMS:  Q.  Quality of?
9       A.  Because we believed we could do a better job
10  centrally managing something than having each and every
11  sales consultant individually have to manage things.
12  The probability is if someone is individually managing
13  something, they are not an expert in everything and they
14  may make a mistake.
15      Q.  Now, did you participate in the development of
16  the demo environment or people on your team?
17      A.  Yes.  I had a specific demo team focused on
18  it.
19      Q.  Who was on that team, if you remember?
20      A.  It was led by Marina Zago.
21      Q.  Marina Zago, okay.  Now, was somebody --
22  withdrawn.
23            She was only responsible for the ERP side?
24      A.  She was responsible for the demo environments
25  of the products that reported up through me.

120

1       Q.  And do you know if there was someone else --
2  someone on the CRM side who had a similar position?
3       A.  Yes, there was.
4       Q.  And who was that?
5       A.  I don't remember her name.  I know it was a
6  woman.  I can remember vaguely what she looked like, but
7  I don't remember her name.
8       Q.  But ultimately the demo environment would
9  include both ERP and CRM so that salespeople could
10  demonstrate the entire product to a potential customer?
11      A.  That was certainly the -- certainly the desire
12  was to have the ability to demonstrate any and all
13  product to a customer.
14      Q.  Did you know that in the summer and fall of
15  2000 that the sales staff or consulting organizations
16  were having difficulty performing demonstrations of 11i?
17      A.  I knew there was some problems with the
18  demonstrations of 11i, yes.
19      Q.  And what did you know concerning those
20  problems?
21      A.  What did I know?  I -- that's such a broad
22  question, I don't know how to answer it.
23      Q.  Okay.  Did you know that -- did you know that
24  salespeople or the people in the consulting staff were
25  having difficulty with the performance of 11i in the

121

1 demonstration environment?
2    A.   Performance is one of the problems -- one of
3 the types of problems that was reported.
4    Q.   Okay.  And did you know that salespeople --
5 people in the sales staff or on the consulting staff
6 were having problems with the integration of the CRM
7 modules with ERP modules in the demonstration
8 environment?
9    A.   I believe that was one of the problems that
10 was reported.
11    Q.   And do you know of any other problems that
12 were reported related to the demonstration environment?
13    A.   Oh, yeah.
14    Q.   Tell me.
15    A.   Sales -- if I'm -- if I'm remembering our
16 timing correctly, that if we indeed had the centralized
17 demo environment up then, and if that was relatively
18 recent, which I think it was at the time, then there
19 were a lot of issues of sales consultants getting used
20 to this notion of a centralized demo environment,
21 getting used to the fact that all of a sudden a lot of
22 things were -- a lot of effort was relieved of them, but
23 there was some new potential for issues.  For example,
24 if the customer's network wasn't good enough, they could
25 have a performance problem because a customer's network

122

1 was slow.  Or if a customer had a firewall set up in a
2 particularly strange way, they might not be able to log
3 in through the firewall because that would block it.
4    Q.   Okay.
5    A.   There were problems of sometimes somebody
6 wanted to demonstrate some other piece of function that
7 we hadn't built into the software.  And a sales
8 consultant could well complain about that, but, you
9 know, software has a certain design and, you know, you
10 can only demonstrate what the software is able to do.
11        So there were many successes and problems both
12 of the environment.
13    Q.   And what I'm referring to are difficulties
14 relating to the performance of the software itself, not
15 connection issues.
16    MR. GIBBS:  Objection; vague.
17        Answer if you can.
18    THE WITNESS:  What we found, if a sales
19 consultant reported a performance problem in the demo
20 environment -- again, I'm not sure if I'm giving you
21 what we did at the time or a little later or a little
22 earlier.  I don't remember the exact timing.  But we
23 found it was necessary to check several possible causes
24 of performance problem.  The performance problem might,
25 and in some cases was caused by network issues within

123

1 Oracle.  In some cases was caused by network issues
2 within customers.  In some cases it was caused by
3 limited resources, like too low memory or something on
4 the PC that the sales consultant was demonstrating from.
5 Sometimes it was caused by something in the software on
6 our servers, part of our applications software.
7 Sometimes performance problems may have been caused by a
8 problem of the server forum, of the server computers.
9        And we got progressively more rigorous about
10 analyzing all those problems and finding ways to fix all
11 those problems.  As they were reported, a performance
12 problem was just reported as a performance problem.
13 Nobody knew why -- the sales consultant reporting it
14 might not know why it didn't work fast enough, it just
15 didn't work fast enough.
16        So it was Marina's job or her team to draw
17 upon experts in the company to figure out what the
18 source of the problem was so it could be fixed.
19    MR. WILLIAMS:  Q.   When you say performance,
20 are you talking about speed, when you say performance?
21    A.   Yes.
22    Q.   And one of the things about 11i, at least one
23 of the things that it was -- one of the ways in which it
24 was marketed is that the functionality that I guess a
25 customer could expect was for it to function at Internet

124

1 speed; right?
2    A.   I'm not sure what you mean when you say for it
3 to function at Internet speed.  The Internet doesn't, in
4 particular, have a speed.  So --
5    Q.   Do you know whether or not that was one of the
6 things that Oracle said about 11i, that it -- that it
7 would -- that it could and would function at Internet
8 speed, quote, unquote, Internet speed?
9    A.   What I recall us focusing most on was the
10 notion of integration.  Because that's what the radical
11 new notion we brought to the market, this much larger
12 set of products than had ever been produced before by
13 any company that was fairly tightly integrated from a
14 data perspective, which solved an enormous -- or
15 contributed to really improving the cost equation of
16 customers, because they wouldn't have to do nearly as
17 much consulting or system integration to tie all these
18 things together.  Because the different elements of the
19 product were designed to draw upon common data
20 structures.  So that was -- that was the prime marketing
21 campaign.
22        Whether some people loosely used the term
23 Internet speed just as a form of, you know, additional
24 focus on the Internet orientation of the product, maybe.
25    MR. WILLIAMS:  Maybe, okay.  Let me just ask

125

1  the reporter to mark this document as Wohl No. 1.
2              (Exhibit 1 marked for
3              identification.)
4        MR. WILLIAMS:  Q.  And the document is Bates
5  numbered NDCA-ORCL 617307 through 311. I will ask you
6  to take a moment and take a look at the document and let
7  me know when you're done.
8        A.  I've taken a quick look at this. I don't know
9  what you want to ask me about it.
10       Q.  Do you recognize Wohl No. 1?
11       A.  It appears to be an e-mail note from Gayle
12  Fitzpatrick to me to Karl Eberhardt and Russell Pike,
13  who are two members of the demo team on feedback from
14  some set of sales consultants.
15       Q.  Now, do you know why she would send this type
16  of information to you at the time?
17       A.  One of my focuses was to make sure we improve
18  the demo environment, and I would have been very
19  interested in that feedback.
20       Q.  Now, Karl Eberhardt and Russell Pike, were
21  those people on your staff, people that reported to you?
22       A.  They were people who reported to Marina Zago
23  who worked for me.
24       Q.  And the communication here from Gayle --
25  withdrawn. Did you review this document yesterday?

126

1        A.  No.
2        Q.  Now, this communication from Ms. Fitzpatrick
3  to you is specifically related to the demo integration
4  for ERP and CRM; right?
5        A.  That's what it appears to be, yes.
6        Q.  And it's in April 2001?
7        A.  That's how it's dated.
8        Q.  And it is related to 11i; right?
9        A.  Let me look at it. Yes, I believe it's about
10  11i.
11       Q.  And is it your understanding that the feedback
12  that's related in this document discusses modules in ERP
13  and whether or not they are communicating properly with
14  the CRM modules, at least in the demonstration
15  environment?
16       A.  That would not be the best way to describe the
17  document.
18       Q.  How would you describe it?
19       A.  The document appears to describe functionality
20  between some ERP modules and CRM modules that sales
21  consultants thought would be desirable to have in the
22  product that they were not able to demo either because
23  the product was never designed to perform that
24  particular bit of functionality or in some cases in some
25  of these it appeared not to work.

127

1        But this document appears to be just a general
2  wish list of functionality.
3        Q.  Okay. Now, can you point me to the ones that
4  seem to indicate that there is a functionality that just
5  doesn't work?
6        MR. GIBBS:  Just a point of clarification.
7  You mean what the document says?
8        MR. WILLIAMS:  Q.  Yeah.
9        A.  Okay, judging by the language of the document,
10  point number 1 appears to be simply a wish list item
11  that was not ever anticipated.
12        Point number 2 appears to be something that
13  did work at one point and says -- and then according to
14  the author's belief was no longer working, which would
15  indicate a defect if that point were correct.
16        Point number 3 is -- appears to be a wish list
17  item to something that someone thought would be
18  desirable to have. Going down the list.
19       Q.  Why don't you take a look at number 9.
20       A.  Number 9. Number 9 is a question which
21  implies by virtue of the question a desirable feature.
22  I can't tell from this whether that was a feature that
23  was a documented feature of the product that was
24  intended to work or was it a feature suggestion that the
25  sales consultant made as something that would be very

128

1  valuable for development to build at some point in the
2  future.
3        Q.  So right now you don't know whether or not
4  this -- whether this point of feedback is a flaw or
5  something that the product just wasn't designed to do?
6        A.  That is correct. Many of these I cannot tell.
7        Q.  How about 18?
8        A.  18 strikes me as a preposterous question. I
9  don't see how it could even -- it would be almost
10  pointless to try to build something like 18. I believe,
11  I'm almost certain that one was a wish list item.
12       Q.  And 24?
13       A.  24 might be a mix. I can't tell from the
14  question. A portion of the question appears not to make
15  sense.
16       Q.  Which portion?
17       A.  For example, "No CRM applications post to the
18  GL such as accrued incentive comp, marketing expenses."
19  Marketing expenses, the actual expense side of it would
20  come through the accounts payable system, which would
21  post from accounts payable to GL and wouldn't post
22  directly from CRM to GL.
23       Q.  So which part -- does a part of it make sense?
24       A.  When you ask does a part -- there are some
25  things here that would not make sense to enhance the

129

1    product with. There are parts where it on the surface
2    looks like it might be desirable.
3         I cannot tell you if that functionality was
4    believed to have been built and this represented a bug
5    that it couldn't be demonstrated, or if it was an
6    enhancement request.
7         Q.  So generally what would you do with something
8    like this, this type of information when you received
9    it?
10        A.  In general I would -- I would probably have
11   requested the members of the demo team to partition this
12   to the respective product areas and to work with the
13   individual development groups to figure out if something
14   was a bug or if something was an enhancement.
15        If it was a bug, they would be logged in the
16   bug database as a bug.  A reproducible test case would
17   be built to see if this happened under just some narrow
18   set of circumstances, all circumstances, et cetera. But
19   to give information to a developer so a developer could
20   try to figure out what was going on and then fix it.
21        Q.  Would you get a response from the developer to
22   a request that you've just kind of outlined?
23        A.  Generally not to an individual one.  Let me
24   continue my answer, please.
25        Q.  Okay.

130

1         A.  So if it was an enhancement, it would be
2    valuable feedback to the teams to consider in
3    conjunction with a lot of other feedback about requested
4    enhancements, and to prioritize.
5         Q.  Can you take a look at number 29?  And tell me
6    what you think that means.
7         A.  It appears to mean what it says.  You know, so
8    whoever wrote point number 29 says that there is not a
9    predefined work flow.  A work flow is one of several
10   types of automated processes that, for example, if one
11   thing happens, another thing can automatically happen.
12        The first example given here is that telesales
13   rep who sells -- the first example isn't even clear to
14   me. "A telesales rep sells a product to a customer who
15   is on credit hold in AR."  It is not obvious what the
16   sales consultant who wrote this believes what should
17   happen in this case.
18        Maybe they believe the telesales rep should
19   get informed earlier about the credit hold than the
20   person was informed.
21        In the second one, "If a credit hold is placed
22   in the accounts receivable system," it appears, you
23   know, by the sentence, that the sales consultant was
24   suggesting that it would be beneficial functionality for
25   the system to automatically inform that customer's sales

131

1    rep that a credit hold had been placed.
2         Q.  So what does it mean when it says, "There are
3    no predefined work flows that cross CRM and ERP," if you
4    know?
5         A.  Work flow is one specific type of automation
6    that could, for example, issue notifications
7    automatically.  And the system used the work flow engine
8    as -- which is the engine that would send these
9    notifications, as an example -- it used the work flow
10   engine in a way that was very flexible, and either a
11   customer could define their own work flows, or if there
12   was some very common work flows that development found
13   beneficial, development could prepopulate some, quote,
14   standard work flows.  But either way the work flow
15   engine allowed the capability to write these work flows
16   across any of the products in the system.
17        So this comment here or implied question here,
18   it is really a comment, appears to suggest that whoever
19   wrote it would like more predefined work flows.
20        Q.  Now, had you learned in your -- between the
21   release in May of 2000 through, let's just say, April of
22   2001 that there were some functionalities between ERP
23   and CRM that had actually been in the documentation for
24   the software but didn't actually exist?
25        MR. GIBBS:  Objection; vague.

132

1         Answer if you can.
2         THE WITNESS:  Repeat, please.
3         MR. WILLIAMS:  Q.  Had you learned between the
4    release in May of 2000 through, say, April of 2001 that
5    there was some function between ERP and CRM that had
6    actually had been in the documentation for the software
7    but did not exist?
8         A.  When you say did not exist, what do you mean?
9    Clearly there is some capability that was anticipated to
10   work and was documented that did not work.
11        Q.  That's what I mean, something that a customer
12   could view in the documentation of the software as a
13   functionality that existed between CRM and ERP, but in
14   fact --
15        A.  As I said before, there was functionality --
16   the system was complex enough, there was functionality
17   in various places in the system that didn't work under
18   some set of circumstances that people -- that an
19   individual customer would try to use it in.
20        Q.  Okay.  So the documentation itself, which I'm
21   assuming was standard for 11i -- everybody got the same
22   documentation; is that fair?
23        A.  At any given point in time there was one
24   electronic version of the documentation that people
25   could download or get on a CD or so.  The documentation

Wohl, Ronald  3/23/2006  9:16:00 AM

133

1  changed over time, so customers receiving the
2  documentation at different points in time might get
3  different versions.
4     Q.  Right.
5     A.  Also the case -- to be complete in answering
6  your question, most customers got the documentation in
7  English, a subset of our documentation was translated in
8  different languages.  And, you know, so clearly people
9  who requested a different language version of the subset
10  of documentation available would get something
11  different.  They would get that language version of it.
12     Q.  Well, I'm just saying, for example, say, for
13  instance, on one day in December of 2000, 30 customers
14  purchased 11i.2 or 3, whichever one was available at the
15  time, and they were all English, they would all get the
16  same documentation; is that fair?
17     A.  I believe so.  I believe that's correct.
18     Q.  Okay.  And some of those customers might have
19  difficulty doing or -- withdrawn.
20        Some customers may recognize a lack of
21  functionality that's documented, and another customer
22  may not recognize a lack of functionality for the same
23  issue?
24     A.  Let's separate two different issues:  What a
25  customer encounters and what they recognize.

134

1        You know, you can have two different customers
2  using the same products, that because they have
3  configured the products differently, one of them will
4  think the software runs perfectly and there are no
5  problems whatsoever, another one of them could hit some
6  bug that they consider an egregious bug.
7     Q.  And it's due to configuration?
8     A.  The variability is due to configuration.
9  Clearly our goal was, you know, to test as many
10  configurations as we could.  There is a near infinite
11  number of configurations, so it's not possible to test
12  every possible permutation of the software.
13     Q.  What about customers who just, you know, say,
14  implemented 11i in sort of a vanilla form out of the
15  box?
16     A.  There is almost no meaning to that, because
17  customers -- there is a meaning to implementing vanilla.
18  What we usually meant by the term vanilla is customers
19  using the functionality we provided and not feeling the
20  need to write additional software code and not writing
21  additional functionality that way.  But they would still
22  configure the software, meaning they would choose
23  exactly how they wanted each module set up.
24        As an example, in the general ledger system,
25  it was possible in our system to have a very simple

135

1  general ledger account structure with two or three
2  segments or a really complicated one with 30 segments
3  and all kind of rules enforcing, you know, if a value
4  was something in segment 13, you know, did that depend
5  on what the value was in segment 10 or so.  So there are
6  a lot of choices about how the software would be
7  configured that was entirely independent of a customer
8  writing additional code.
9     Q.  Just to understand that a little bit better,
10  would you say then that customers that encountered
11  problems with 11i were encountering problems because of
12  the way they configured the software generally?
13     A.  Sometimes that would occur.  But I would never
14  want to blame a customer for configuring the software in
15  some funny fashion.
16        Several things -- there would be several
17  possibilities.  Either, you know, the configuration the
18  customer was intending was something that we intended to
19  work and should have worked and didn't and, hence, was a
20  bug, pure and simple functionality bug in the product,
21  or, perhaps the customer was trying a configuration that
22  was never intended to work because they messed up their
23  configuration.
24        Configuration was -- could, depending on what
25  a customer was trying to do, could be easy or could be

136

1  complex.
2        Even if the configuration was complex, as we
3  learned more about how to create a higher quality
4  product, we learned to try to make the configuration
5  easier and a little more bulletproof to try to prevent a
6  customer's making a mistake with the configuration.
7  Because either way it would boil down to a negative
8  impression with our product, whether or not it was a
9  classic bug or whether or not it was just a little bit
10  too much complexity.
11     Q.  So there were some customers that would have
12  problems that were a result of configuration?
13     A.  Yes.
14     Q.  But those wouldn't be considered bugs?
15     A.  Depends on your definition of the word bug.  I
16  tried to encourage my development teams that if a
17  customer had a problem with configuration, is there
18  something we can do with the software to make the
19  configuration easier.  Because if a -- you know, to take
20  the extreme case, if every single customer has the same
21  problem with configuration, that's not a particularly
22  good design of that part of our configuration, right?
23  So we have to change that.
24        So if, you know, if the term bug were strictly
25  defined to mean operating as designed, well, yeah, the

Wohl, Ronald  3/23/2006  9:16:00 AM

137

1  software might have operated exactly as designed.  But
2  whether or not that design was adequate or whether or
3  not the design should be enhanced to be a better design,
4  you know, that was a very closely related question.
5      Q.  What I'd like --
6      A.  I tried to encourage my groups to as much as
7  possible try to take the customer perspective and
8  improve the software, whether or not it was a very
9  limited definition of bug, meaning a pure defect, or the
10  notion of bug being enlarged somewhat, meaning a design
11  difficulty or so.
12      Q.  Now, how did Oracle determine or kind of weed
13  out issues that were a pure defect or a bug, or those
14  that were related to some configuration choice by a
15  customer?
16      A.  Wasn't always easy to determine.  So a
17  customer would first contact our support group, either
18  by phone or electronically, via what we call the
19  technical assistance request process.  And they would
20  report their symptom.  A support analyst would then work
21  with the customer, sometimes log into the customer's
22  system.
23          And it might be that, you know, the symptom
24  was indeed occurring, and it might have been occurring
25  due to prog defect.  It could have been occurring due to

138

1  bad data that the customer had entered.  It could be
2  occurring due to a bad configuration.  It could simply
3  be a misunderstanding sometimes on behalf of the
4  customer as to what the software was supposed to do
5  under a certain circumstance.
6          So the support analyst had, you know, the job
7  to try to diagnose which of those several possibilities
8  it was.
9          And if it involved educating the customer, to,
10  you know, help explain the feature to the customer.  If
11  it involved configuration, to try to advise the customer
12  how to change the configuration.  If the analyst
13  suspected it were a defect, the analyst would then log a
14  bug report against that particular product and version
15  in our bug database and request that a developer look at
16  it.
17          Sometimes an analyst wasn't sure and would
18  request -- would log a bug request basically for the
19  developer to look at it, even though there was
20  uncertainty as to what the issue was.
21      Q.  Now, do you recall -- or -- withdrawn.
22          You're familiar with Forrester, the market
23  research group; right?
24      A.  Yes.
25      Q.  And you're familiar with an article that they

139

1  issued in early 2001 concerning Oracle blaming its
2  customers for product problems?
3      A.  I have a vague memory of Forrester issuing
4  some bad report.  I haven't seen that report in years,
5  and don't really remember it.
6      Q.  And did -- do you recall news related to
7  Oracle blaming its customers for problems they were
8  having with 11i?
9      A.  I think I recall at one point Larry making a
10  remark in one of the user groups where I think he was
11  heard in a different way than what he intended.  And,
12  you know, some customers heard him say that, you know,
13  customer -- let me back up.
14          One point in time Larry was on a strong push
15  to advise customers to use our software with the
16  functionality that we had built and not to try to extend
17  our software by building new functionality.  This, by
18  the way, was also a somewhat radical notion in the
19  industry, because the norm in the industry was that no
20  vendor's products were anywhere close to complete
21  enough.  And as a result, customers would often pick a
22  product that they thought was among the closest fit of
23  the different alternatives available in the marketplace
24  and would then effectively finish the product on their
25  own by hiring consultants or having their own internal

140

1  staff build new features.
2          What Larry tried to do was encourage people
3  not to do that and to rely on our development teams to
4  offer sufficiently complete product, so that customers
5  would have to do as little as possible customization of
6  the software.
7          In at least one of the times Larry said that,
8  I think he said it in a way that implied or was -- that
9  people inferred one way or the other, people inferred
10  from it that Larry had blamed problems on customers
11  customizing the software and didn't acknowledge that at
12  least some set of problems was due to flaws stemming
13  from Oracle development.
14      Q.  And so you recall some of that news concerning
15  that issue?
16      A.  Yes.
17      Q.  And would you -- how much -- withdrawn.
18          So some problems were caused by configuration
19  or customization and some were related to issues in
20  Oracle's development process; right?
21      A.  Some problems were caused by bad code.
22      Q.  Right.  That's in the development process;
23  right?
24      A.  Well, the underlying -- one wants a better
25  process so you have fewer problems in the code, but the

141

1  problem itself is in the code.  If a customer
2  experiences a problem, the problem is in the code.
3      Q.  I don't think we're disagreeing.  The code was
4  written by Oracle employees, and it was part of the
5  process of developing the software?
6      A.  Okay.
7      Q.  How would you quantify, based on your
8  experience, how much was related to customizations or
9  configurations, and how much was related to the code?
10     A.  The majority of issues that customers reported
11 did not end up being code defects.
12     Q.  How do you come to that determination?
13     A.  We periodically would do some analyses looking
14 at the number of TARs reported by customers and seeing
15 what percent of those TARs ended up being converted to
16 bugs.  Then we would also periodically do some analysis
17 to see what percent of the bug reports that were made
18 indeed involved the requirement of changing code,
19 because sometimes when something is -- someone would
20 file a bug believing it was a bug, but it might be found
21 after further investigation that it was not a bug.  So
22 the significant majority of TAR reports did not result
23 in bugs.
24         Of bug reports, a portion of those were indeed
25 found to be defects requiring code change to repair the

142

1  defect.
2      Q.  Okay.
3      A.  But a significant portion of those were also
4  not defects.
5      Q.  Okay.  So what would they be if they are not
6  defects?
7      A.  They could be misunderstandings, they could be
8  configuration issues.  Same kind of things we went over
9  before.  It could be that the support analyst had not
10 uncovered enough detail behind the issue, and that the
11 individual developer looking at it in more detail, you
12 know, one studying the problem at a greater level of
13 depth was able to uncover a more correct nature of the
14 problem.
15     Q.  So what you're saying is most of the problems
16 reported by customers indeed were either customizations
17 or some misunderstanding, rather than a code defect?
18     A.  No, that's not what I said.  What I said is
19 most of the technical assistance requests filed by
20 customers did not result in bugs.
21     Q.  Well, how does that compare with what I said,
22 so I understand exactly what you mean?
23     A.  Okay.  So the software is very complex.  It
24 was complex for Oracle to build, it was complex in some
25 cases for customers to make their configuration choices.

143

1      Q.  Sure.
2      A.  The functionality was sufficiently rich,
3  sometimes it was complex for them to understand.
4  Sometimes a customer would file a technical assistance
5  request simply to explain a feature, not asserting that
6  anything is wrong, but simply saying, "I don't
7  understand, please help me."
8          Sometimes they would file a request saying, "I
9  think something is wrong, help me figure out what is
10 wrong."
11         Sometimes they would file a request saying,
12 "I'm pretty certain something is wrong.  Here is what I
13 think is wrong."
14         And, you know, any one of those could cause --
15 the underlying analysis of any one of those could be a
16 true code defect as specifically defined, could be a
17 configuration mistake.  You know, could be any of those
18 other categories of issues.
19         It could also be something I hadn't raised
20 initially, it could also be that the customer wrote some
21 custom piece of code, and the interaction of that custom
22 piece of code with the Oracle piece of code was
23 erroneous in some fashion.
24     Q.  And that's what I'm trying to understand.
25 What you just said to me, what I understand is that the

144

1  only part of that that you're relating to Oracle is the
2  code, and the remainder is related to some mistake by
3  the customer or --
4      A.  No.  In fact, I've been saying the exact
5  opposite, I believe.  Because I believe I said just a
6  few minutes ago that even if something was not a, quote,
7  pure code defect, if the configuration was complicated
8  and a customer made a mistake, I tried to encourage my
9  teams to look at that from the perspective of how can
10 they improve the software.
11         Because if the customer is having a bad
12 experience with the software, it is not generally
13 helpful to tell the customer, "It is your mistake."
14         It is helpful to figure out can you make the
15 product simpler so another customer doesn't encounter
16 the same kind of complexity going forward.
17     Q.  All right.  Like you said, it sounded to me as
18 if you -- it sounded as if you said even if it were a
19 customer mistake, you would encourage your staff to help
20 the customer correct it so that it didn't negatively
21 impact the --
22     A.  We would do two things.  One, we would
23 obviously work to help the customer correct it for their
24 specific circumstance.
25         Two, we encouraged our support people and our

145

1 development people to try to figure out where -- was
2 there a common pattern in any sense to configuration
3 mistakes.
4      Because, clearly, you can't eliminate all
5 complexity in the software. That's just impossible.
6 But if you can figure out where the common areas are
7 where people are likely to make mistakes and then work
8 on simplifying or automating those areas or somehow
9 preventing errors in those areas, that will give future
10 customers a better experience.
11      Q.  Okay.
12      A.  You can pretty much count on the tact that an
13 individual customer who hit that kind of complexity,
14 you'll get them past that complexity by explaining it to
15 them, helping them configure the software so that
16 customer may end up being very happy as a result.
17      But you would prefer that the second and third
18 and fourth customers don't experience that same
19 complexity.
20      Q.  So if there is a configuration mistake, who --
21 is that typically made by Oracle or a customer?
22      A.  Could be either one or could be a third party.
23 Sometimes customers were configuring the software
24 themselves, sometimes they hired Oracle consulting to do
25 it, sometimes they hired third party consultants to do

146

1 it.
2      Q.  And during 2000 and 2001, it is true that a
3 number of Oracle consultants didn't understand the 11i
4 product itself?
5      A.  You're expressing this as sort of a binary,
6 understand versus not understand.
7      We had a major new product version. Clearly
8 many of our field people were learning to develop more
9 and more and more expertise in it. So it is not that
10 they either understood or didn't understand the product.
11 We had extensive training in the product, and people
12 spent a lot of time learning the product. But it is a
13 question of, you know, degree of expertise. So our
14 field service organization and the partner, you know,
15 the third party service personnel, everybody was busy
16 learning the richness of this new product.
17      Q.  Did you do any -- withdrawn.
18      You didn't do implementations yourself, did
19 you?
20      A.  Me personally?
21      Q.  Right.
22      A.  In addition to my development responsibility I
23 had the applications portion of the IT group report to
24 me, and that group was responsible for internal
25 implementations at Oracle.

147

1      Q.  But other than --
2      A.  But I did not personally do implementations.
3 I had that managerial responsibility within Oracle.
4      Q.  But only with respect to the IT staff
5 internally, not any managerial responsibilities?
6      A.  That's correct.
7      Q.  All right, let's see if we can kind of get
8 through some of these things.
9      A.  Shall I put this document away?
10      MR. WILLIAMS:  You can just hold on to it.
11 I'm going to ask the reporter to mark this document as
12 Wohl No. 2.
13          (Exhibit 2 marked for
14           identification.)
15      MR. WILLIAMS:  Wohl number 2 is Bates numbered
16 NDCA-ORCL 052388 through 400.
17      Q.  Ask you to take a look at that, let me know if
18 you recognize Wohl No. 2.
19      A.  I don't really recognize it. It appears to be
20 a presentation that Mark Barrenechea and I gave. I
21 can't quite tell from the context who we gave it to. It
22 looks like a short presentation. I don't know if this
23 is something we gave to customers or sales reps or
24 partners.
25      Q.  Can't tell?

148

1      A.  Not sure. I'm not sure when we gave it.
2      Q.  By reviewing it, that was going to be my next
3 question, are you able to tell when you gave it? Maybe
4 if you take a look at --
5      A.  It says "11i.3 now available," so it would
6 have been sometime after 11i.3 became available. But I
7 don't remember the detailed release dates of each
8 iteration of 11i.
9      Q.  That's okay. I really just had a couple
10 questions on this.
11      A.  I assume the PowerPoint file had a date on it,
12 so --
13      Q.  I would assume that, too.
14      A.  That would be one indication, possibly, of
15 when it was first given.
16      Q.  All right. Let's take a look at Bates ending
17 391. It is one of the title pages, I guess the fourth
18 in.
19      A.  Which one?
20      Q.  Ending 391.
21      A.  This little page number down there, 052391.
22 Okay.
23      Q.  Right. Now, did you often give presentations
24 with Mark Barrenechea?
25      A.  Sometimes.

149

1    Q.  Sometimes.  And it was basically generally to
2  discuss 11i, at least in 2000/2001?
3    A.  It would depend on the audience.  You know, if
4  we were in front of a customer audience like a user
5  group or so, we would sometimes gave a joint
6  presentation on the product where I would talk about the
7  ERP pieces, he would talk about the CRM pieces, and one
8  or the other one of us would give some notion of the
9  whole integrated framework.
10    Q.  Now, when you gave these types of
11  presentations, could you -- who prepares the slides for
12  you?
13    A.  Would have depended on the presentation.
14  Sometimes even I prepared my own slides or worked with
15  someone in my group to prepare them.  I don't know if he
16  did the same.
17       Sometimes somebody from the marketing group
18  would have prepared something for both of us to jointly
19  give.  Sometimes several different groups would have
20  contributed slides with -- like these customer names,
21  for example, or these particular demonstration flows.
22    Q.  Looking at this one, are you able to tell who
23  prepared it?
24    A.  I would guess it was a combination of people.
25  I mean, this is a pretty simple presentation.  So the

150

1  customer slide, I'm guessing somebody on my group and
2  somebody on Mark's group assembled a list of customers
3  using different portions of 11i and put those into a
4  slide together.
5       I don't know.
6    Q.  Okay.  Well, what does it mean where you say,
7  or at least the presentation says, "E-Business Suite 11i
8  complete, therefore simple"?
9    A.  We explored different notions of expressing
10  the power of integration of 11i.  You know, the key
11  marketing message of 11i was that it was -- that we had
12  really done this amazing job that most people in the
13  industry didn't think was possible to have CRM pieces
14  and ERP pieces be part of the same system drawing upon
15  the same data.
16       So we used -- we used a lot of different
17  language to try to explain that, and sometimes changed
18  the language if we thought some of the language was
19  getting a little stale or so.
20       This appears to be one of the phrases we used
21  at one point in time.  By the word complete, what we
22  meant was includes not just ERP, not just CRM, but
23  includes the combination.  And because it includes the
24  combination in an integrated fashion, it makes it much
25  simpler to implement.

151

1    Q.  And so when you talked about complexity
2  earlier in the day, how do you -- how does that relate
3  to the representation of it being simple here?
4    A.  Good question.
5       To automate a complete business is inherently
6  complex, because most businesses are inherently complex.
7       Now, if given two different choices that was
8  presented in the market at the time, choice number one
9  is buy products from several different vendors and do
10  the integration yourself, or hire a consulting firm or
11  systems integration firm to perform that integration.
12  You have the inherent complexity of the business, and
13  you also have an amazing amount of technical complexity
14  of the integration.  That is really a very complex
15  thing.
16       In comparison, the E-Business Suite was much
17  simpler, because you didn't have to do the integration
18  of the data, because the data already came in the same
19  database.  We already had -- you know, it could be run
20  in one database, in one common instance.  It was much,
21  much simpler.
22    Q.  So --
23    A.  Excuse me.  The software itself didn't -- the
24  software from a software perspective could be a lot
25  simpler than the alternative of different pieces of

152

1  software from multiple vendors, but there was no way to
2  fully mask the inherent complexity of many businesses.
3       So to configure the software for the
4  complexity of the business is really a mapping process
5  to say what are you trying to accomplish in your
6  business, let me flip all the different switches in the
7  software to make sure it automates exactly what you're
8  trying to do, the way in which you're trying to run the
9  business.
10       So that can be complex, but it is still a
11  whole lot simpler than trying to say let me figure out
12  how to glue together a Siebel system, a PeopleSoft
13  system, an Oracle system, an SAP system, a J.D. Edwards
14  system, et cetera.
15    Q.  So it was simple so long as the modules were,
16  indeed, integrated and functioned in an integrated
17  fashion?
18    A.  Both phrases here, both "complete" and
19  "simple" were meant as, you know, to draw contrast with
20  the alternative.
21       Is any piece of software complete?  No.  If
22  software were complete, every software developer would
23  just go on vacation, move into a different industry, get
24  a law degree or something.
25       But was it complete relative to the alternate

153

1  notion of having just dramatic subsets?  From other
2  companies you could only buy some piece of ERP or only
3  CRM, et cetera.  So complete is a relative word.  Simple
4  is also a relative word.
5      You know, is this much simpler, and was this
6  then much simpler than the alternative?  Absolutely.
7  Did it make it simple so that a two-year-old child could
8  press a button?  No.
9      Q.  Okay.  So, here when you say it is simple, it
10  is simple only in comparison to something else that's
11  not here, which is the alternative, selling different
12  best-of-breed type of software?
13      A.  This whole presentation appears to be some
14  form of marketing presentation.  So any form of
15  marketing presentation, the context of it would have
16  been comparing what we had to the alternatives in the
17  marketplace.
18      Q.  I'm going to ask you to turn to 392.
19      A.  Okay.
20      Q.  And you see where you indicate that the
21  E-Business Suite has 200 live customers?
22      A.  Yes.
23      Q.  Now, is it true that the suite had --
24  withdrawn.
25      Is it true that Oracle had 200 live customers

154

1  on the E-Business Suite, or did it simply have 200 live
2  customers on some -- some module or couple of modules
3  that were part of the E-Business Suite, if you know?
4      A.  The E-Business Suite was so broad that there
5  wasn't a single customer who would possibly use all of
6  it.  Not all of it applied to every type of customer.
7  If you were a service company, the manufacturing pieces
8  would be irrelevant to you, and vice versa.
9      So what we meant by the phrase, you know, any
10  given number of live customers were these were customers
11  who were live on one or more components of 11i.  Each
12  customer counted as -- each customer that was counted as
13  part of this particular number would have been live on
14  one or more pieces of 11i.  Nothing in this said how
15  much of 11i an individual customer was live on.
16      Q.  I understand.  So when I read here the
17  E-Business Suite, I should not or a reader should not
18  assume that it's the entire suite of 11i products?
19      MR. GIBBS:  Objection; vague and misstates the
20  testimony.
21      Answer if you can.
22      THE WITNESS:  There are different lines on
23  this particular slide.  The 200 plus live customers
24  would imply to me, and if my people wrote it, the
25  requirement I would have had for them in putting this

155

1  number down was that we had 200 or more customers who
2  were known to be live -- each of those, you know,
3  customers was known to be live on one or more elements
4  of the E-Business Suite.
5      MR. WILLIAMS:  Q.  Okay.
6      A.  The bottom part of the -- the last line here
7  would imply that across those 200 different customers
8  that all the different areas of the E-Business Suite
9  were being exercised, not necessarily by any one
10  customer, but across the different customers.
11      Q.  So there's a lot here that's written here
12  that -- withdrawn.
13      There is a lot that's not written here that
14  one would have to understand by reading this, right,
15  this presentation?
16      MR. GIBBS:  Objection; argumentative.
17      THE WITNESS:  I'm not sure where you're going
18  with this.
19      Generally when giving an update like this we
20  would have been talking to people who are pretty
21  knowledgeable and understood what we meant.
22      MR. WILLIAMS:  Q.  You don't know who this
23  presentation was given to; right?
24      A.  Presumably it was being given to someone who
25  is familiar with the domain of applications software and

156

1  with the notion of there being multiple modules of
2  software in a suite.  That is not a new notion.
3      Q.  All right.  So your -- okay.  So you don't --
4  so if this presentation was given to industry analysts,
5  is it your testimony that they would understand what
6  Oracle means with a slide that says, "E-Business Suite
7  Update" and the bullet points below it?
8      A.  If this was given to an industry analyst, my
9  expectation would be that in the context of the
10  presentation and discussion that the meaning I gave
11  would be relatively clear.
12      Q.  So long -- so long as you understood what the
13  discussion was after.  I'm just talking about what's
14  written on the page here.
15      If this was given to an industry analyst, is
16  it your testimony that they would understand that Bates
17  ending 392 meant that 200 live customers meant 200 live
18  customers on at least one module of the 11i?
19      A.  On some piece of the E-Business Suite.
20      Q.  So that's --
21      A.  So if you're asking me how would -- if this
22  single page were e-mailed to an analyst with no
23  discussion -- which would have been a little bit
24  unusual, because usually discussions were given around
25  it.

157

1    Q.  Okay.
2    A.  If I were delivering this or it were being
3  sent under my name, that is certainly my intent how it
4  would be heard, that is my belief as to how it should
5  have been heard or read by the majority of people who
6  would have received it in that context.
7        How any one individual might have read it in
8  absence of a contextual discussion, I obviously couldn't
9  say.
10   Q.  Okay.
11   A.  But it would have been my expectation to be
12  clear.  This was not intended to obscure anything.
13   Q.  I'm not asking if it was intended to obscure
14  anything.
15   A.  I don't think it would have obscured anything,
16  is what I'm saying, I don't think.
17   Q.  Okay.  You kind of got down to the last bullet
18  point before I could.  But, "Using all areas of the
19  E-Business Suite."
20   A.  Yes.
21   Q.  So, does that mean that each live customer is
22  using at least one application in the ERP section and
23  one application in the CRM section?
24   A.  The wording is a little unclear here as to
25  whether the "using all areas of the E-Business Suite"

158

1  refers to the 200 plus live customer or the 2,500 plus
2  implementations under way.  So I'm not sure.
3        But across one or the other of those two sets
4  of customers, each of the major areas of the E-Business
5  Suite would have been used by somebody.  Am I being
6  clear enough?
7    Q.  I think what you're saying is that among these
8  200 --
9    A.  Or among the 2,500.
10   Q.  Or among the 2,500, somewhere in that 2,500,
11  each area of the E-Business Suite would be represented?
12   A.  That's correct.
13   Q.  Okay.
14   A.  That's what this slide says.
15   Q.  That's what it means to you?
16       MR. GIBBS:  Objection; misstates the
17  testimony.
18       MR. WILLIAMS:  Q.  What you intended it to
19  mean since --
20   A.  That's what it means to me as I read this now.
21  And if I was the one who put this together, that's what
22  I would have intended it to mean.
23   Q.  Because there are some customers that were
24  live simply on, say, 11i financials; right?
25   A.  Absolutely.  Some live on HR alone and some

159

1  live on any individual piece.
2    Q.  Right.  So, for instance, a customer on
3  financials alone doesn't have a live version of any CRM
4  necessarily?
5    A.  Well, they are not using a live version of
6  CRM.  The way the software works is the whole database
7  is actually present, it was an integrated -- it was
8  built and delivered as an integrated set of data
9  structures.
10       But you're right to the extent that a customer
11  who is simply running the financials wouldn't have known
12  much about CRM or HR or manufacturing or distribution,
13  et cetera.
14   Q.  That's all I'm getting at.  Based on just
15  looking at this document, one cannot tell whether you
16  are referring to customers who are live simply on one
17  module in the ERP -- I guess, the ERP side of the
18  applications suite?
19       MR. GIBBS:  Objection; argumentative.
20       Is that a question?
21       MR. WILLIAMS:  Sure it's a question.
22       THE WITNESS:  Sir, is your question:  Can you
23  tell --
24       MR. WILLIAMS:  Q.  From this slide.
25   A.  -- from this slide which modules people are

160

1  live on?  And answer --
2    Q.  Let me withdraw the question and make it a
3  little clearer.
4        Looking at this slide on its face, one cannot
5  tell whether any of these live customers are simply just
6  running one application on one side of the suite,
7  meaning the ERP side or the CRM side?
8    A.  That is correct.  One cannot tell that from
9  the slide.
10   Q.  And going to the next page ending 393.  See --
11  it is a selection of live customers, at least as of this
12  date; right?
13   A.  Yes.
14   Q.  Now, were you regularly updated on when new
15  customers went live, at least with ERP modules within
16  the suite?
17   A.  I wasn't necessarily regularly updated when
18  individual customers went live.  Sometimes I was or
19  wasn't.  But I -- early in the release cycle of the
20  product it's important to build up the reference base,
21  so I did have someone tracking, you know, the go-lives,
22  to ensure that we were getting a good buildup of
23  references.
24   Q.  And who was that tracking?
25   A.  That varied in time.  For a while it was the

Wohl, Ronald  3/23/2006  9:16:00 AM

161

1  same woman whose name I couldn't remember before who was
2  responsible for some of the customer testing.  And then
3  after the go-live, you know, did the customer reference
4  tracking.  I think it was Mary Ann.
5      Q.  Anthony?
6      A.  Anthony, yes.  Thank you.
7      Q.  She reported to you?
8      A.  I believe she reported to me for most of the
9  time.  I forgot if I had her report to someone else at
10  some point in time.  I don't remember.  But she was
11  responsible for tracking of customers.  Then after she
12  left someone else was responsible.
13      Q.  Now, was she just tracking customers generally
14  or was she tracking customers that may have had
15  problems, like escalations or something?
16      A.  If I'm remembering right, the role that she
17  had after release, it was tracking customers generally
18  to see who was live.  Obviously if problems occurred she
19  would, you know, be one vehicle for understanding those
20  problems.
21          But I don't believe, if I'm remembering how
22  things are organized right, I don't believe I had given
23  her primary responsibility of a real problem-specific
24  focus.
25      Q.  I should have asked this earlier.  Oracle was

162

1  selling financials applications prior to the release of
2  11i; right?
3      A.  Yes.
4      Q.  And several of the modules within the ERP side
5  of the suite were being sold prior to their inclusion in
6  11i; is that fair?
7      A.  Earlier versions of those modules --
8      Q.  Right.
9      A.  -- were sold as part of earlier versions of
10  the applications.
11      Q.  Can you just tell me which ones?  I don't need
12  the whole list.  But financials was one; right?
13      A.  You would have to get very specific.  So
14  within financials, for example, Oracle for a very long
15  time had had a general ledger system, an accounts
16  receivable system, an accounts payable system, a fixed
17  asset management system, a purchasing system, et cetera,
18  as some examples.
19      Q.  And some of them were updated, you know, and
20  included in 11i?
21      A.  In general when we did a big new version like
22  11i, just about every module would get substantial new
23  features.  There would also be many new modules.  But
24  even the existing modules, the general ledger for
25  example, one of Oracle's oldest modules became richer

163

1  and more capable in 11i than it had been in the prior
2  release called 11.0.
3      Q.  Just like any software with time, you make it
4  better?
5      A.  With effort you make it better.
6      Q.  That's all I'm getting at.  Some of these
7  were -- you know, Oracle had sold earlier versions of
8  and had more experience with, as opposed to, say, some
9  of the CRM modules?
10      A.  That is correct.
11      Q.  I was just trying to get at which ones those
12  were.  I'm assuming general ledger may have been one,
13  financial -- which is part of financials, I'm assuming.
14  Any others?
15      A.  Many.  I mean we had -- if you go back to some
16  of my presentations, you can see, in fact, one of the
17  things I did for customers to indicate the richness of
18  11i is I put up a slide, color coded, I guess color
19  coded doesn't work so well on your Xeroxes, but put up a
20  slide color coded that would indicate which modules had
21  existed in the older version and which modules were
22  brand new in 11i.
23      Q.  I'll just use financials, because it seems
24  like the easiest to talk about.
25      A.  Okay.

164

1      Q.  Now, looking at 393, it says, "A selection of
2  live 11i customers"; right?
3      A.  Yes.
4      Q.  And live means that the customer is using the
5  product to run their business; is that fair to say?
6      A.  The customer is using the product in actual
7  business operation to run some portion of their
8  business.
9      Q.  At least some portion of their business?
10      A.  Right.
11      Q.  These customers that are listed here, did you
12  have any particular familiarity with any of these
13  customers?
14      A.  Some of them.
15      Q.  Like which ones?
16      A.  Oh, American Power Conversion, APC, I was
17  familiar with them.
18      Q.  Okay.  Any others?
19      A.  Depends how familiar you're talking about.
20      Q.  Okay.
21      A.  Like for Bell South, I was aware of Bell
22  South.  But Bell South was generally not running my
23  products.  They were running Mark's product.  So I was
24  aware, but not really close to it at all.
25          Fidelity, I believe, was running at this time

165

1   either our HR or our payroll. They licensed the two
2   separately. So this would have been referring to one or
3   the other. That was a complex contract that I had been
4   involved in negotiating, if it's the payroll one I'm
5   talking about.
6          Westpac had been a long-term customer of
7   Oracle's in Australia.
8     Q. Okay. I can move on from there.
9          Now, here where there is a representation that
10  these customers were live on 11i -- well, withdrawn.
11         11i was synonymous with the E-Business Suite;
12  right?
13    A. Mostly, but not totally. 11i is a version
14  designation. The E-Business Suite is the broad label we
15  used to describe the applications as a whole. So
16  usually when we referred to the E-Business Suite, we
17  meant specifically 11i. In some context of discussion,
18  looser usage might have been used so that E-Business
19  Suite could have included prior versions. Even though
20  we hadn't called them E-Business Suite at the time, we
21  called them Oracle applications or client -- or client
22  server applications when that was the hot thing.
23    Q. Right. But when you're talking about 11i,
24  you're talking about the E-Business Suite?
25    A. That is correct.

166

1     Q. So when -- when the company says that, you
2   know, we've got customers live on 11i, the suggestion is
3   that a customer is live on the E-Business Suite?
4     A. The suggestion is that the customer is live on
5   some component of the E-Business Suite.
6     Q. Now, these customers listed here, do you know
7   whether any of these customers had experienced
8   substantial problems in their implementations of 11i?
9     A. Most of the customers on this list I was not
10  close to from the problem perspective. Some of them,
11  like APC I know -- actually, do I know? Am I
12  remembering right? I don't remember.
13    Q. Okay. Was it customary from your standpoint,
14  at least when you did these types of presentations, you
15  know, when you might say, well, you know, here is a list
16  of customers that are currently live on 11i, to also
17  discuss difficulties certain customers had with the
18  implementation of 11i or bugs with 11i?
19    A. Was it customary to discuss with whom?
20    Q. Whoever you were presenting it to.
21    A. Not necessarily, no.
22    Q. So, for example, if APC was live on some
23  portion of 11i, but had spent six months arguing with
24  you about bugs in the product, that would not be
25  something that you would communicate to the people --

167

1     A. Generally if I put a customer --
2     Q. Let me finish my question. That wouldn't be
3   something that you would communicate to the audience of
4   a presentation like this?
5          MR. GIBBS: And let me object; argumentative.
6          THE WITNESS: Generally if I would have one of
7   my people put a customer on a list like this, which
8   appears to be a reference list, one of my requirements
9   was that the customer be referenceable, so that the
10  customer be happy.
11         MR. WILLIAMS: Q. Sure.
12    A. What does that mean? A customer may have hit
13  some bugs during the implementation process. If they
14  were happy now and the implementation were viewed as a
15  success, this would -- you know, they would be eligible
16  to be put on a list like this.
17    Q. So your assumption is that at least customers
18  on this list as of this time were happy customers; is
19  that fair?
20    A. This list is -- appears to be a combination of
21  two lists, a list assembled by my group and a list
22  assembled by Mark's group. Some of the customers may
23  have been using products of both ERP and CRM. The
24  general requirement I have for people in my group, as I
25  said, was to put a customer on a list like this that you

168

1   have pretty good reason to believe that the customer is
2   referenceable. I don't know if Mark applied similar
3   judgment on the CRM side.
4     Q. Let me ask you, let's talk about what you mean
5   by referenceable, since you raised it. Tell me what you
6   mean when a customer is so-called referenceable.
7     A. That a customer have a generally favorable
8   impression and that the software would have done
9   something good for their business, helpful for their
10  business, so that if the customer were contacted by
11  someone who saw the slide and said, oh, you know, that
12  customer over there, let me give him a call, I know
13  someone over there, let me ask how it went, and that
14  customer would be able to say generally good things.
15         MR. WILLIAMS: He's got to change the tape
16  anyway. Why don't we go ahead and let him do that.
17         VIDEOGRAPHER: Going off the videotape record.
18  The time is 2:10 p.m. This is the end of tape number
19  two.
20         (Recess, 2:10 p.m. - 2:22 p.m.)
21         VIDEOGRAPHER: We're back on the videotape
22  record. The time is 2:22. This is the beginning of
23  tape number three.
24         Counsel, please proceed.
25         MR. WILLIAMS: Let me just state for the

169

1  record that one of our document clerks has joined the
2  room, Ryan Guiboa.
3      Q.  There are a couple of terms that I've kind of
4  seen back and forth in the documents, and I kind of want
5  to get your definition of what they mean so that we can
6  go forward with a sensible conversation.
7      A.  By the way, if I could interrupt for a moment.
8      Q.  Sure.
9      A.  Let me update -- I just happened to notice
10  something more of this document that was still open.
11      Before when I mentioned to you after my first
12  glance of the document I couldn't tell who Mark and I
13  must have given it to.  Because it mentions a demo
14  environment, it's unlikely this would have been to
15  customers.
16      Q.  Tell me what page you're looking at.
17      A.  Looking at 52395.
18      Q.  Okay.
19      A.  Because it mentions the demo environment, it
20  looks like it most probably given to some kind of an
21  internal environment rather than a customer environment.
22      Q.  And is there any way for you -- there is
23  really no way for you to tell that other than seeing
24  that on the title of -- ending 395?
25      A.  The details of the demo roll-out won't really

170

1  have been relevant to customers.  They wouldn't have
2  cared.  So it's very unlikely we would have talked about
3  details of the demo system to customers.  That was much
4  more relevant to an internal audience.
5      Q.  Okay, just give me a second then.
6      When you talk about 11i, quote, unquote,
7  functionality, can you tell me just generally what that
8  means, the word functionality?
9      A.  Functionality we usually use to mean the set
10  of functions that the software did, as opposed to
11  performance, which would be how fast it performed those
12  functions, as opposed to user interface, which might
13  mean how beautifully the screens looked while you were
14  performing those functions.
15      Q.  So if one says that they have an issue with
16  the functionality of the 11i software, is it fair to say
17  that typically, at least with your definition, it
18  relates to whether the software can perform a certain
19  function, not the speed at which it performs a function?
20      A.  That's probably right.
21      Q.  Okay.  How about when I see the term -- terms
22  stability or instability as it relates to the 11i
23  software?
24      A.  That -- if it -- that would be context
25  dependent.  If it referred to the software itself, it

171

1  might refer to bugs.  If it referred to the server upon
2  which it operated, there may have been something about
3  the hardware environment that wasn't operating reliably.
4  If it referred to the network, it might have referred to
5  some aspect of network reliability.  But you can think
6  of stability, you know, loosely defined would probably
7  be a little closer to reliability.
8      Q.  Reliability.  So if I see stability relating
9  to the 11i software, I should assume that it means
10  reliability of the 11i software?
11      A.  For the software itself, if it referred to
12  stability, it might be referring to bugs.
13      Q.  Okay.
14      A.  That measure of reliability or of quality.  So
15  maybe reliability isn't the right synonym.  I withdraw
16  that comment.
17      Q.  That was my next question.  Quality.  What
18  does quality mean?  If I see quality as it relates to
19  11i software, what does that mean?
20      A.  Quality is very interesting, because it can
21  have either a narrow meaning or a broad meaning.  Some
22  people in some contexts would use the term quality to
23  mean strictly whether or not the software operated as
24  designed, or whether or not there were defects, or how
25  many defects there were in the software, focusing on

172

1  defects.
2      A broader definition of quality would be one
3  saying how successful was this software for customers
4  who operated it.  You know, how easy to configure, how
5  easy to use, how enjoyable to use, et cetera, would be a
6  broader definition of quality.
7      A still broader definition would include some
8  notions of competitiveness.  Did the software have all
9  the right features that it needed.  So quality is a word
10  that you have to be careful about context to understand
11  how it's being used.
12      Q.  So when you got phone calls or e-mails from
13  customers complaining about the quality of 11i, you
14  would then inquire as to what they meant by quality; is
15  that fair?
16      A.  It would -- for an individual customer it
17  could often be a mix of issues.  If they are complaining
18  about quality, it might be something where they had
19  uncovered something that was a defect.  Maybe they found
20  something too complex.  Maybe one of their people didn't
21  like a given screen and found a screen awkward to use.
22  Maybe they just thought it should have some feature that
23  it didn't have.
24      And I had very major customers that any and
25  all these issues would refer to these as different types

173

1   of quality issues.  Because to a big customer, it didn't
2   matter if you didn't plan the given feature in the
3   software, they want it to work that way.  And if it
4   doesn't, it's not at the right level of quality.
5        Q.   Then it's a quality issue.  Okay.
6             What's one-off patch?
7        A.   One-off referred to our way of delivering
8   software changes.  So, first of all, what is a patch may
9   be a good question.
10            We used the term patch to mean any kind of --
11  any kind of code change or anything that changed to what
12  we delivered.
13            One-off meant that it was something that was
14  prepared quickly, ready to go to one customer without
15  being bundled with a lot of other patches together.
16       Q.   And Oracle did at times bundle patches
17  together?
18       A.   Yes.
19       Q.   Were those called mini packs or family packs?
20       A.   Depending on the granularity with which we
21  bundled them.  You could say 11i.3 was a bundling of
22  code changes, of software changes, okay.  So that was
23  one form of bundling things together.  That would
24  incorporate fixes, it would incorporate new features, et
25  cetera.

174

1        Q.   But it would be delivered in the form of a
2   patch or series of patches?
3        A.   There is almost no meaning to saying that,
4   because patch is such a generic term.  Patch just means
5   a change.
6             So you can have a little change or you can
7   have a big change or you can have a medium size change.
8             So we have changes of all different sizes,
9   because customers in different situations would prefer
10  to have changes of different sizes.
11            If you had a customer on the verge of going
12  live and they needed one specific change, they really
13  didn't want you to deliver a thousand changes bundled
14  together because it would be more for them to test.
15  They would ask us to deliver just that one specific
16  change or something as close as possible to that as we
17  could.
18            If a customer were beginning an
19  implementation, they wouldn't want a thousand individual
20  patches or changes.  They would say, "Just give it to me
21  all bundled together as one thing so I can just do it
22  once and not do it multiple times."
23       Q.   Let me go back to what you said about 11i.3.
24  I think you said 11i.3 could be considered a, you know,
25  a series of patches, or something along those lines?

175

1        A.   Not exactly.
2        Q.   What did you say?
3        A.   What I said is given the definition of patch,
4   a patch is just a change; right?  11i.3 was a new
5   incremental version of 11i.  That's what it was.  But it
6   is also a change.  It happens to be a relatively big
7   change.  So I wouldn't commonly refer to it as patch,
8   because patch usually would, you know, be something
9   smaller.
10            But it was sort of the largest form of a
11  patch, if you strictly define patch meaning a change.
12       Q.   Okay.
13       A.   I know you are laughing, but the way in which
14  we did maintenance was extremely important to our
15  customers.
16            The fact that we could do patches of different
17  granularities was a very big plus to our customers,
18  because we could accommodate different needs at
19  different points in their implementation cycles.
20       Q.   Okay.  And we'll talk about it a little bit
21  more.  I thought that I had seen documents describing
22  11i.3 as basically a bundling of all the patches that
23  had been released since 11i.1.
24       A.   Which is one form of description.
25       Q.   Okay.

176

1        A.   Yes.
2        Q.   Okay.  I'm going to direct your attention to
3   October of 2000.  Probably, what is that, five months
4   after the first release of the first version of 11i?
5        A.   Okay.
6        Q.   You attended an OAUG conference in I think
7   Honolulu; right?  Do you recall that?
8        A.   I recall a conference in Honolulu where the
9   weather was good and I didn't get to enjoy it.
10       Q.   Why didn't you get to enjoy it?
11       A.   Well, I was there for the conference, I wasn't
12  there for the beach.
13       Q.   So we're talking about the same thing, I
14  think?
15       A.   I don't remember when it was.
16       Q.   Okay.
17       A.   So if you're telling me the Honolulu
18  conference was then, I will believe you.
19            MR. WILLIAMS:  Let me ask the reporter to mark
20  this document as Wohl No. 3.  And it's Bates numbered
21  NDCA-ORCL 101777 through 101788.
22            (Exhibit 3 marked for
23             identification.)
24            MR. WILLIAMS:  Q.  I actually gave you
25  something that's broader than this exhibit should be.

177

1   So just after 788 --
2       A.   What do you want me to look at?
3       Q.   Just go all the way to 788.
4       A.   101788 you said?
5       Q.   Um-hum.  Then just remove the remainder, and
6   you can give it back to me.
7           MR. GIBBS:  I'm sorry, you want the exhibit to
8   start with page 779?
9           MR. WILLIAMS:  No.  The exhibit begins with
10  101777 through 101788.
11          MR. GIBBS:  Okay.
12          MR. WILLIAMS:  And what you have behind there
13  is a lot more than --
14          THE WITNESS:  104293 doesn't belong?
15          MR. WILLIAMS:  That's right.
16          THE WITNESS:  You want me to rip it off, or
17  what do you want me to do?
18          MR. WILLIAMS:  Just don't cut yourself with
19  the staple.  So just be careful with the staple there.
20      Q.   I was going to ask you to take a look at Wohl
21  No. 3, which, again, goes from 101777 through 101788.
22  Just let me know after you've taken a quick look at it.
23  We'll talk about details of it in a few minutes.
24      A.   On page 3 I see this is a document written by
25  PeopleSoft, a major competitor at the time.  I've taken

178

1   a quick glance at this.
2       Q.   Okay.  Do you recall attending an OAUG
3   conference in or around October 2000 in Honolulu?
4       A.   I recall attending a conference in Honolulu.
5   I don't remember if it was in October of 2000.
6       Q.   And let me just direct your attention to
7   101779.
8       A.   Yes.
9       Q.   And see on the bottom of that page where it
10  says, "OAUG Fall Conference, October 24th, 2000."
11      A.   Okay.
12      Q.   Does that refresh your recollection at all
13  whether or not the conference you attended --
14      A.   I'm willing to assume it's correct.  I
15  attended so many of these different conferences, and
16  they are all in different locations.
17      Q.   Did you attend a lot of OAUG conferences in
18  the year 2000?
19      A.   There have generally been two a year, and I
20  was responsible for applications over ten years or so at
21  Oracle, so I've attended a lot of these.
22      Q.   I thought you were talking about --
23      A.   I did attend a lot in 2000.
24      Q.   Who is Al Snyder?  Do you know Al Snyder?
25      A.   Yes, I know Al Snyder.  Al was running a

179

1   portion of Oracle support organization.
2       Q.   Do you know what portion?
3       A.   Either all or part of the U.S.  I don't know
4   exactly.
5       Q.   And do you know John Schindler?
6       A.   It says here he was from Eaton Corporation and
7   on the OAUG board of directors.  I vaguely remember him;
8   not well.
9       Q.   So is it fair to say that you led a panel
10  discussion during this conference in October 2000?
11      A.   That's what this says.
12      Q.   And --
13      A.   Let me just say that this document appears to
14  be -- to have been produced by PeopleSoft, so whether or
15  not PeopleSoft has made an accurate release of the notes
16  from the conference or a highly selective release, I
17  have no way of knowing.
18      Q.   Okay.  When you say produced, you mean this
19  appears to be prepared by PeopleSoft; right?
20      A.   This document appears to have been prepared by
21  PeopleSoft.
22      Q.   Okay.
23      A.   Because it focuses on everything possibly
24  negative about Oracle and everything possibly positive
25  about PeopleSoft.

180

1       Q.   Right.  You know that Oracle actually produced
2   the document in this litigation though?
3       A.   Well, since Oracle bought PeopleSoft, the
4   two --
5       Q.   I don't know if that has anything to do with
6   the production of this document, but --
7           MR. GIBBS:  I think the witness was not using
8   the word production in that sense.
9           THE WITNESS:  This appears to have been
10  written by someone at PeopleSoft with an incentive to
11  highlight their competitor's problems and their own
12  success.  That's all I'm saying.
13          MR. WILLIAMS:  Q.  Have you seen this document
14  before?
15      A.   I don't think so.  If I have I don't remember
16  it.
17      Q.   Well, I'm going to direct your attention to
18  101780.
19      A.   Okay.
20      Q.   Do you see that that's a page of what appears
21  to be questions and answers?
22      A.   Yes.
23      Q.   And at the top of the page, you know, it lists
24  your name, Cliff Godwin, Joel Summers, Don Klaiss.  Do
25  you see that?

181

1     A.   Yes, I do.
2     Q.   Those guys are the people who reported to you
3  in October 2000; right?
4     A.   Cliff, Joel and Don did report to me, yes.
5     Q.   And I just want to direct your attention to
6  the first question there.
7          You see where it says, "Issues concerning
8  patching are a recurring theme at this users
9  conference"?
10    A.   I see that.
11    Q.   Do you have any recollection of that being a
12  theme at the Honolulu conference that you attended?
13    A.   I don't remember specifically.
14    Q.   Okay.  See where it says, "Release 11i.1 had a
15  large number of patches, some conflicts and major
16  problems.  What steps are you taking to address
17  customers' priorities?"  Do you see that?
18    A.   I see that.
19    Q.   Do you recall being asked that question?
20    A.   I don't remember the conference.  So I don't
21  specifically recall it.
22    Q.   Any reason to believe that the question
23  reprinted here is inaccurate or a fabrication in any
24  way?
25    A.   We may well have gotten a question on quality,

182

1  and it could have been phrased this way.
2     Q.   Why don't you read for me the first paragraph
3  where it has your name there and what it appears the
4  response was to that question.
5     A.   So what it quotes me as having said -- let me
6  drink water -- "We have 43 customers live on release 11i
7  now.  They told us it took much too much -- they told us
8  it took too much patching to install.  We have just
9  released 11i.2.  This release rolls up all the patches
10  that preceded it.  It is available in a few different
11  formats.  If you already have a release 11i.1 instance
12  in test or production, you can apply release 11.2 as a
13  maintenance pack all at once.  It is also available as a
14  fresh install.  Out of the box there is a higher level
15  of quality.  It is also available for upgrade."
16    Q.   Now, does that -- does the paragraph that is
17  attributed to you, does that appear to be a response
18  that you would have given at the time?
19    A.   It appears to be a response I would have given
20  at the time.  Again, I don't know if this is accurate or
21  not.
22    Q.   But does it appear to be inaccurate?  Is there
23  anything in that response as written here that looks
24  like something that you would not have said?
25    A.   There is nothing that appears inaccurate in

183

1  that first paragraph on its surface.
2     Q.   Okay.  And so as far as you know right now,
3  there is no reason to believe that it was not true that
4  you indicated that customers told you that it took too
5  much patching to install as it relates to 11i?
6     A.   There is no reason to believe that's
7  inaccurate.
8     Q.   Was that your experience?
9     A.   Yeah.  We've already said that we found the
10  customer experience with 11i was, you know, was too
11  difficult.  We had too many bugs.  Too many bugs implies
12  too many patches.
13    Q.   With 11i.2 you indicated there was a higher
14  level of quality; is that right?
15    A.   That's what it says I indicated, yes.
16    Q.   Now, would that mean that there are fewer bugs
17  than in 11i.1, if there is a higher level of quality?
18    A.   Yes.  What it means is that, let's say, pick a
19  number, 100, for example sake, if Oracle had found -- it
20  had released 11i and then found 100 bugs and then fixed
21  those bugs and packaged those bug fixes up together as
22  11i.2, then any customer who started with 11i.2, not
23  with 11i.1, would not have experienced any of those 100
24  bugs, because they no longer existed.  They were fixed
25  then.

184

1     Q.   Isn't it true that some of the patches that
2  were released for 11i actually created more problems or
3  additional bugs?
4     A.   That can always happen.  I'm sure it's true
5  that some did.  Any time you change software, even if
6  you think you are fixing something, you are at risk of
7  breaking something else.
8     Q.   Right.  So it's not necessarily true that if
9  you had 11i.1 and you used all the patches captured in
10  11i.2 that you would have fewer bugs?
11    A.   Oh, I would say it would well be true.
12    Q.   Okay.
13    A.   The likelihood of introducing a bug is so much
14  lower than, you know, the knowledge of having fixed a
15  bug.
16          So while you may have inadvertently introduced
17  a small number of bugs, if you fixed a large number of
18  bugs, the likelihood that you introduced a larger number
19  of bugs is almost nil.
20    Q.   Now, you indicate here, at least it says that
21  you indicate that 11i.2 was available as a fresh install
22  out of the box and as an upgrade.  Can you tell me the
23  difference between the two?
24    A.   The difference would apply to two different
25  sets of customers.  A customer that had been running a

185

1    previous set of our applications, for example, release
2    11.0 or 10.7, wouldn't want to start all over again.
3    They would want to preserve all their existing data and
4    all their existing setup.  So we wouldn't do a
5    completely new installation for them.
6            We had a very sophisticated program that would
7    upgrade their existing installation to the new level of
8    the software, to 11i, while preserving either all or
9    just about all of their data and configuration.
10       Q.  Okay.
11       A.  And a fresh install applied to a new customer
12   case that was not trying to preserve anything from a
13   prior version of Oracle's applications.
14       Q.  So would the upgrade software include more CRM
15   type applications than ERP applications?
16       A.  Generally not, because -- well, would it
17   include more?
18           The upgrade software was additional software
19   that not just was able to perform the ongoing functions,
20   but was able to convert the old data, you know, from the
21   older versions of the applications.
22           And as we went over beforehand, in the prior
23   versions of Oracle's applications, there was vastly more
24   ERP than CRM.  So the upgrade was generally much more
25   applicable to customers running ERP because there is so

186

1    many more ERP customers.  It was less applicable to
2    customers running CRM, because there are so -- so many
3    fewer customers running CRM in the prior releases.
4        Q.  And it was your experience, wasn't it, that
5    customers who installed upgrades had more difficulty
6    than customers that installed kind of a fresh install or
7    out-of-the-box install?
8        A.  There were mixed perspectives on that.
9    Customers doing a fresh out-of-the-box install would
10   often proceed at their own pace, steadily learning the
11   software, steadily growing in their functional use of
12   the software as they began to learn everything that it
13   could do.
14           Customers that were upgrading, they already
15   knew a lot of what it could do from the prior version,
16   and they would immediately exercise a whole lot of
17   capability that had worked in the prior version that
18   they would expect to work in the current version, while
19   they would also then begin enabling new features that
20   were only available in the new version.
21           So an upgrade customer could be more
22   challenging than an install customer from the
23   perspective that they would immediately jump into a
24   larger set of functionality and explore more of the
25   functional richness on day one than a fresh install

187

1    customer.
2        Q.  So are you saying that the customers who
3    installed an upgrade did not necessarily have issues
4    with functionality that already existed?
5            So, for instance, if a customer was using, you
6    know, financials and the general ledger and they
7    installed an upgrade of 11i and tried to use a
8    functionality that existed in 11.0, they would not have
9    problems or functionality issues with the new upgrade?
10       A.  That was one thing that a number of us
11   believed.  However, we didn't have a systematic way to
12   measure that, because we didn't -- in any of our systems
13   we didn't formally designate features as being available
14   only in one release or another release.  So we had no
15   way to do formal tracking in the bug database, for
16   example, to say that, or in the TAR system, the customer
17   support system, we couldn't formally track whether or
18   not what you said was true.  A number of us suspected it
19   was true, but we had no way of being certain.
20       Q.  But customers complained about that; right?
21   They complained with 11.0 they had certain functionality
22   that they believed they were upgrading to at least the
23   same functionality they had with 11.0, but after the
24   upgrade, certain things they could do with 11.0 they
25   could no longer do?

188

1        A.  When you say customers complained, are you
2    asking is there any customer who complained that or --
3        Q.  I'm asking you if customers complained to you
4    that they had functionality with 11.0, upgraded to 11i,
5    and no longer had the functionality that previously
6    existed in 11.0?
7        A.  There were times when customers would tell us
8    they thought something worked in 11.0, and when they
9    upgraded to 11i that that same thing didn't work under
10   their particular circumstance.
11           It was -- our belief was in general it was
12   more common to have trouble with new features than older
13   features.  But again, there was no formal way to measure
14   that.
15       Q.  So you don't know whether or not customers who
16   may have complained that old features were no longer
17   working in 11i had problems attributable to the upgrade
18   itself?
19       A.  If a problem encountered -- if a customer
20   encountered a problem like that, there could have been
21   several different causes.
22           One, it could be a problem in the 11i code
23   itself.  Two -- in the 11i functional code, where for
24   whatever reason the function worked differently and
25   didn't work in the desired fashion.

189

1      Two, there could have been a problem in the
2  upgrade, in the upgrade script that Oracle provided
3  where the data that was upgraded from the old version to
4  the new version wasn't upgraded correctly.
5      Three, it could have been a problem where the
6  customer had data they shouldn't have had in their
7  system and for whatever reason that didn't matter in the
8  older version, and it did matter in the newer version.
9      Those are at least three possibilities for
10  what could have caused that.
11      Q.  But there was no way for you guys to measure
12  it?  I think that's what you testified to.
13      A.  There was no simple way for us to measure
14  whether something reported as a code defect, for
15  example, was a defect in a -- in a new feature or a
16  defect in a feature that had been existing in the prior
17  version.
18      Once in a while we did do analyses by asking
19  developers to look through different bug reports and,
20  you know, do some statistics based on their
21  knowledge.  But that required hand analysis.  That was
22  not something that you could just do a query of the
23  database and find out.
24      Q.  Well, as of October 2000, let's just say
25  October 24th, because that appears to be the date of

190

1  this conference, as of then, Oracle had heard from a lot
2  of customers who had problems either upgrading or
3  installing?
4      A.  We clearly had some quality problems.  There
5  is no question about it.
6      Q.  That's what I'm saying.  As of this day, five
7  months after the release, you had heard a lot of what
8  the customers were saying by this time?
9      A.  I believe so.
10      Q.  Okay.  So going down to the next paragraph,
11  the one that you -- below the one you just read to me.
12  See where it says attributable to you, "11i.2 will help
13  the ERP side considerably"?  See that?
14      A.  Yes, I do.
15      Q.  Was that, indeed, your belief at the time?
16      A.  If this is what I said, this is what I would
17  have believed at the time.
18      Q.  And do you know what had taken place at Oracle
19  with respect to testing or developing patches as it
20  relates to the ERP side?
21      A.  Do I know -- to what level of detail are you
22  asking?  Obviously --
23      Q.  Whatever detail you can provide me today.
24      MR. GIBBS:  He was in the middle of an answer.
25      THE WITNESS:  Obviously we were -- we had the

191

1  teams working to fix any bugs that were reported and
2  improve testing procedures and so forth.  I'm not sure
3  what else you're asking.
4      MR. WILLIAMS:  Q.  That's fine.  So you -- you
5  were trying to improve testing and --
6      A.  We were trying to improve the quality of the
7  release as quickly as possible.
8      Q.  See the next sentence where it says that you
9  say, "If you're running CRM, you will want to look to
10  11i.3, the next release"?
11      A.  I see that.
12      Q.  What does that mean?  Or what did you mean by
13  that?
14      A.  I don't remember what I would have meant by
15  this.
16      You know, I would have to speculate from the
17  language at this point just that for whatever reason I
18  was recommending that, you know, if people are running
19  CRM that 11i.3 will be a bigger help than 11i.2.  I
20  don't know at -- at this point I don't remember why.
21      Q.  So today you don't remember what you knew at
22  the time that would have caused you to say that?
23      A.  No.
24      Q.  In October of 2000, were you still having the
25  frustrations with, I guess -- concerning Mark

192

1  Barrenechea and his group as you discussed earlier
2  today?
3      A.  I believe, as I mentioned beforehand, my
4  frustrations with Mark were relatively continuous.
5      Q.  Until he left the company?
6      A.  Yes.
7      Q.  Do you know when he left?
8      A.  I would be guessing.  I don't remember.  2003,
9  '4.  I don't know.
10      Q.  But he was there through 2001 at least?
11      A.  Yeah.
12      Q.  Just going to ask you to turn to page ending
13  782.
14      A.  I see it.
15      Q.  You indicated earlier that the most common
16  server that Oracle tested its 11i applications on was
17  Sun.  Is that fair?  Am I recalling your testimony?
18      A.  I believe that's correct, yes.
19      Q.  And did you know at the time that, at least as
20  of October, that Sun had actually tried to upgrade to
21  11i?
22      A.  I don't remember if I knew that or not.
23      Q.  Okay.  But that was the system that Oracle
24  tested its 11i software on, one of them?
25      A.  Separate two different thoughts.

Wohl, Ronald  3/23/2006  9:16:00 AM

193

1    Q.  Okay.
2    A.  Sun is a computer type that we tested on.  Sun
3  as a company was also a specific implementation of 10.7
4  that was extremely highly customized.
5    Q.  Okay.
6    A.  So when someone here from Sun says they tried
7  to upgrade on, you know, their 10.7 environment, they
8  are not referring to Sun as a platform.  They are
9  referring to the specific instance of Sun's corporate
10  application.
11    Q.  Okay.  So -- well, why don't we just look at
12  what's said here, and you can explain to me -- I think
13  you're looking at this section in bold about a quarter
14  of the way down the page, right, on 782?
15    A.  That is correct.
16    Q.  Appears to be a question by someone at this
17  conference directed to you.  Right?
18    A.  Yes.
19    Q.  And the questioner says that Sun tried to
20  upgrade to 11i from 10.7 and generally that they had to
21  live with 5,000 bugs; right?
22    A.  That's what it says.
23    Q.  Were you familiar with this upgrade at the
24  time?
25    A.  I don't remember if I was familiar with that

194

1  upgrade.
2    Q.  But what you are testifying is that this would
3  not be your typical install of 11i or upgrade of 11i
4  because it would be to a highly customized environment?
5    A.  Sun was one of the most highly customized
6  customer environments that we had.  They had gone their
7  own way and customized it to an extraordinary degree.
8    Q.  At least 10.7, not 11i?
9    A.  I don't know if Sun ever bothered to upgrade.
10  Sun worked on their own schedule.  If I recall
11  correctly, when I left Oracle, I don't believe they
12  even -- if I'm remembering right, I don't even think
13  they had an active project to upgrade in 2005.  It
14  wasn't a business interest of theirs to upgrade.
15    Q.  So as far as you knew, they stayed on 10.7?
16    A.  I think so.  I may be wrong, or things may
17  have happened since I left Oracle.  But they had
18  basically made 10.7 their own software.  They had done
19  things the old-fashioned way by taking a vendor software
20  and customizing it so heavily it just about became their
21  own.
22    Q.  I'm going to ask you to turn the page.  You
23  see at the top of the page that it appears that Don
24  Klaiss is making a comment about performance bugs?
25    A.  Yes.

195

1    Q.  Can you just read that for me?
2    A.  Read the prior question, too.  Okay.  So in
3  response to a question about accountability for
4  performance, Don Klaiss answers here that, or it is
5  written as having answered here that "Performance bugs
6  are treated as importantly as functionality bugs.  Our
7  developers address these issues."
8    Q.  Okay.  And I think you testified earlier that
9  performance is speed, and functionality is capability?
10    A.  That's generally correct.
11    Q.  If you turn to the next page, about halfway
12  down the page it indicates that you say that
13  "Performance issues should be raised as a priority 1
14  bug."
15        I just wanted to know what a priority 1 bug
16  is.
17    A.  As I mentioned beforehand, we had four
18  gradations of bug priority, 1, 2, 3 and 4, with 1 being
19  the most severe and 4 being, you know, the least
20  important.
21        So if I said here that they should be raised
22  as a priority 1 bug, I would have said, you know, feel
23  free to classify it as the most important level of bug.
24        Strikes me as a bit of an odd statement for me
25  to say generally, because it depends on how big of

196

1  performance issue it is.  You can have big performance
2  issues or little performance issues.  Big ones are more
3  important than little ones, and big ones should have a
4  higher priority rating than little ones.
5    Q.  When you say priority 1 bug, is that the same
6  as saying a severity 1 bug?
7    A.  Priority and severity were synonymous.
8    Q.  And severity 1 bugs, weren't those defined as
9  bugs that caused like a complete stoppage of
10  functionality?
11    A.  It is a little more complicated than that,
12  because very few things caused a complete stoppage of
13  functionality for customers.
14        But if something important stopped for a
15  customer and the customer says, "You know, we need you
16  to work this around the clock till it is fixed," we
17  would designate that as a priority 1 situation and get
18  the customer fixed and work around the clock until
19  fixed.
20    Q.  Okay.  So I want to just make sure I
21  understand some of the documents when I see them.  And I
22  see things like severity 1 or severity 2 or priority 1
23  or priority 2 as it relates to bugs.
24        Is it true that Oracle told its customers that
25  severity 1 bug means that the problem causes a complete

197

1    loss of service, work cannot reasonably continue, the
2    operation is mission critical to the business, and the
3    situation is an emergency.  Severity 1 problem typically
4    has one of the following characteristics:  Data
5    corrupted, critical function not available, system hangs
6    indefinitely causing unacceptable or indefinite delays
7    for the resource and response, or, finally, the system
8    crashes and crashes repeatedly after restart attempts?
9        A.  I don't know exactly what document you're
10   reading from.  It appears to be either a support
11   guideline of Oracle or so, and it appears to describe
12   things that are a little more applicable to the database
13   side of our business than the applications side of
14   Oracle's business.
15       Q.  Let me show this to you.
16       A.  Shall I put this document away?
17       Q.  Sure.
18       A.  Okay.
19       MR. WILLIAMS:  We may come back to it, so
20   don't throw it in the trash.
21       I'll ask the reporter to mark this document as
22   Wohl No. 4.
23       (Exhibit 4 marked for
24         identification.)
25       MR. WILLIAMS:  Q.  The document is Bates No.

198

1    094420 through 094472.  I'll ask you to just take a
2    quick look at it.  Let me know when you're done.
3       A.  I've taken a quick look through here.
4       Q.  Okay.  The first page appears to be --
5   withdrawn.
6       The document appears to be a document created
7    by Oracle or someone at Oracle?
8       A.  That's correct.
9       Q.  Not one of the competitors?
10      A.  That's correct.
11      Q.  You see where it says -- well, withdrawn.
12      What's the title?
13      A.  The title says, "Question and Answer Document
14   for OAUG Conference, Honolulu, October 22nd to 26th,
15   2000."
16      Q.  You see about, I guess, two lines down from
17   there it says, "Welcome to the Oracle Applications User
18   Group Meeting"?
19      A.  I see that.
20      Q.  So did database users attend this meeting --
21   these meetings?
22      A.  This appears to have been prepared for a
23   meeting that was specific for applications.
24      Q.  So I'm going to ask you to turn to page ending
25   4465.

199

1       A.  I see that.
2       Q.  I think there's a question there, I think
3   question number 93.  Do you see that?
4      A.  I see question number 93.
5      Q.  Can you read that for me?
6      A.  "Define severity 1, 2 and 3 TARs.  What are
7   Support's responsibilities and customer's
8   responsibilities for managing severity 1, 2 and 3 TARs?"
9      Q.  Okay.  So what I was reading to you a moment
10   ago was from this page with respect to, I guess, a
11   severity 1 TAR.
12      A.  Right.  Technical assistance request.
13      Q.  And you had indicated that a priority 1 bug or
14   severity 1 bug is -- does not mean complete loss of
15   functionality?
16      A.  In the case of applications, it would be so
17   extraordinarily rare to have every bit of applications
18   cease to work.  So if we had applied this criteria for
19   severity 1, there would have been almost no severity 1
20   situations.
21      So, in reality, I believe, severity 1 meant,
22   you know, something important is broken.  It doesn't
23   mean everything is broken.  Because everything would be
24   an awful lot to be broken.
25      Q.  So when I see severity 1, I shouldn't assume

200

1    that I can go to the Oracle question and answer manual,
2    at least for the OAUG conference in October of 2000, and
3    get my definition for what severity 1 TAR or bug means?
4       A.  This appears to have been a written definition
5   provided by somebody at Oracle.  What I'm suggesting is
6   that in practice the definition used would not have
7   applied anywhere close to that strictness of criteria.
8      Q.  So how would you define a severity 2 or
9   priority 2 TAR or bug?  Is it different from the
10   definition that --
11      A.  It is.
12      Q.  -- is here?
13      A.  In fact, as we went on over time, we tried to
14   get more sophisticated about prioritization, in fact,
15   began building some new systems to help prioritize.
16   Because the level of importance of the situation would
17   depend on the nature of the flaw or perceived flaw, as
18   well as the timing of the customer's implementation
19   cycle.
20      So what do I mean about that?  Let's say there
21   is a defect or perceived defect, either one, doesn't
22   matter.  And the customer is in testing mode and won't
23   go live for another three, four months.  And the
24   customer might tell you, "I need this fixed by my next
25   test cycle that's going to begin three weeks from

201

1    today." That would be useful information to know it
2    needs to be fixed three weeks from today.
3        If that same thing weren't working and the
4    customer was live and, you know, it was -- some problem
5    was causing a serious live problem at the customer, that
6    might need to be fixed within 12 hours.
7        It could be the same problem, the same
8    technical problem, but a different impact, and Oracle
9    would try to treat that differently.
10       Q.  So -- I'm sorry, were you done?
11       A.  So -- let me continue.
12       So severity 1, we tried to use severity 1
13   for -- to mean an impact that either out of the basic
14   nature of the bug itself or the customer's situation in
15   one way or another was viewed by the customer as
16   extremely serious to their business.
17       If it was a severity 1 TAR, what that often
18   meant is that Oracle was willing to work around the
19   clock to solve it, and we expected customers to provide
20   personnel, if needed, on their side to answer questions
21   or help diagnose the situation around the clock, because
22   it was deemed by the customer to be that important.
23   Severity 2 was clearly lesser importance.
24       Q.  Did you use the same system of identifying the
25   importance of a P1 or a P2 bug during Oracle's own

202

1    internal implementation of 11i or was it different?
2        A.  Oracle's internal implementation didn't go
3    through the support group. The IT group would either
4    solve issues directly or correspond directly with the
5    development group. So to that extent the process was
6    different. I don't recall at the time whether the
7    identical system was used to log issues, you know,
8    implementation issues in IT or if at the time IT had its
9    own system for logging issues.
10       Q.  Okay, what I'm asking is if internally IT was
11   using P1 and P2 to identify issues or bugs during
12   Oracle's internal implementation, how does one identify
13   which level of importance should be applied to P1 and P2
14   as it applies to the internal implementation?
15       A.  Generally any group doing this type of triage
16   or fixing or analysis would have a prioritization
17   scheme, you know, that was 1, 2, 3 or 4. The details of
18   meaning of what did a 1 mean, a 2 mean, a 3 mean, and a
19   4 mean might well have differed across groups. And it
20   was something Oracle was wrestling with in how to do a
21   good job with that kind of prioritization.
22       So, in general, yeah, people used a simple
23   numeric prioritization scheme. But the meaning -- the
24   meaning wasn't so crisp, as evidenced by here, in that
25   the formal definition here in this document of severity

203

1    1 TARs, this appears to have been written by the support
2    group, which was a support group for both Oracle's
3    database products and Oracle's applications product, and
4    this definition appears to be more meaningful for
5    Oracle's database products than for Oracle's
6    applications products.
7        Q.  So I shouldn't rely on the documentation to
8    determine what is actually meant when I see in other
9    documents what P1 and P2 bug or TAR is?
10       A.  You can rely on the fact that --
11       MR. GIBBS:  Let him finish the question.
12       MR. WILLIAMS:  I was finished with the
13   question. It sounds like you wanted to object.
14       MR. GIBBS:  I do. It's argumentative.
15       MR. WILLIAMS:  Q. Go ahead, you can answer.
16       A.  I believe I already said that Oracle tried
17   hard to respond to customers' needs. Customers' needs
18   were a little more complex than what was formally
19   written down here.
20       Q.  Okay.
21       A.  So I think you can look at Oracle as being a
22   little more flexible and agile in responding well to
23   customers than this very strict definition that is
24   written here.
25       Q.  I'm going to ask you to go back to Wohl No. 3.

204

1        A.  Okay.
2        Q.  And I'm going to ask you to turn to Bates
3    ending 785. 101785.
4        A.  I'm on that page.
5        Q.  See about half of the way down the page
6    there's a question?
7        A.  Which question are you referring to?
8        Q.  It just is a question that begins with, "We've
9    been trying to plan the upgrade to 11i for several
10   months."
11       A.  I see that question.
12       Q.  Can you just read that question to yourself,
13   then I'll follow up. Tell me when you're done reading
14   it.
15       A.  I've read the question.
16       Q.  You testified earlier that at least as of
17   October 2000 Oracle had at least learned from
18   experiences with its customers that, you know, that
19   either the testing process was not what it could be or
20   that you had to go back and either fix problems or
21   address some of those quality issues.
22       A.  I've testified that the quality was not, you
23   know, not where it needed to be.
24       Q.  Right. Now, I'm going back a little bit. Do
25   you know what -- withdrawn.

205

1     What did Oracle do internally to address those
2   issues? Did you form a committee, so to speak, of
3   developers to look at the process and see what could be
4   done quickly, or was it simply just going back and
5   starting from the beginning with testing?
6     A.  In any situation like this -- first of all, I
7   don't remember exactly what we did in 2000.
8     Q.  Okay.
9     A.  That was a while ago. But in any situation
10  like this, you do a combination of two things -- you
11  should do a combination of two things. I think we did.
12     You are both reactive in fixing the problems
13  that have been found, and you try to be proactive to
14  figure out what can you improve about your process so
15  that you don't repeat these problems and you just
16  steadily improve the process.
17     And we put a lot of energy into that, and
18  that's one of the reasons you see, you know, 11i
19  improved very steadily and became known as a very, very
20  high quality release over time.
21     Q.  Well, in this question, in the middle of the
22  question, the questioner says, "We found problems with
23  patches like issues with capitalization that should have
24  been caught by quality testing. There is a lot of
25  frustration about the quality of the patches."

206

1     Now, was that your experience as well, that
2   customers weren't just complaining about the quality of
3   11i, but even when they were issued patches that they
4   were complaining about the quality of the patches as
5   well?
6     A.  At one point, and I don't remember when, at
7   one point -- we were getting some complaints about
8   patches, and there were several different types.
9   Sometimes customers would complain if they had to apply
10  too many patches, because it was work for them. And one
11  of the things we did was we automated much more of the
12  process of applying patches so there would be much less
13  work associated with applying a patch. That was one
14  thing. So, just to give you an example.
15     You know at one point a customer's DBA would
16  have to read something, some piece of instruction about
17  a patch and, you know, type it into the system to get
18  the patch to apply. At a later point all that happened
19  automatically so a customer didn't have to read and type
20  that stuff in.
21     There could also be a problem if a customer
22  for some reason was trying to apply two patches that for
23  whatever reason were not compatible with each other, or
24  one had a prerequisite of a different patch or so, and
25  that could have caused complexity and confusion.

207

1     And, obviously, there were some times when a
2   patch just didn't work. And what do I mean by didn't
3   work? It may have been believed by Oracle to solve the
4   problem the customer had. Perhaps it wasn't a new
5   patch, but the support agent sent out an existing patch
6   to the customer hoping or expecting that it would fix or
7   address the customer's problem. And if it didn't, the
8   customer might say that patch was bad. That might not
9   have been a bad patch, it just may not have been a
10  relevant patch. It may not have targeted their
11  particular issue.
12     Sometimes it might be that Oracle produced a
13  patch that, indeed, was problematic. You know, what we
14  talked about beforehand, that from time to time if
15  you're changing code there is a risk of introducing a
16  bug as you change code.
17     So what we found when customers complained
18  about patches, it was like many other things we're
19  talking about, one of these things where we really had
20  to delve into the detail to figure out how can we
21  address not necessarily the direct thing that customers
22  are saying, but what they really meant, which is they
23  want a much simpler process, simpler, easier and less
24  time-consuming process.
25     Q.  The OAUG conference wasn't open to the public;

208

1   right?
2     A.  That's a good question. I think that there
3   are industry analysts there. I think there were press
4   there. I don't -- I don't know the degree of openness
5   it was. It was not a highly secured conference, that's
6   for sure. Something like this, you know, if I'm
7   remembering this, we periodically had these kinds of Q
8   and A sessions, and, you know, they were conducted in a
9   big, wide open room where anyone could walk in.
10     Q.  Walk in or hear?
11     A.  And hear.
12     Q.  Okay. I'm done with that.
13     A.  You're done with this one?
14     Q.  Yes.
15     A.  Both of these?
16     Q.  Yes.
17     Do you know Bob Fleisig, Hines Horticulture?
18     A.  I don't think I do.
19     MR. WILLIAMS: Ask the reporter to mark this
20  document as Wohl No. 5.
21        (Exhibit 5 marked for
22        identification.)
23     MR. WILLIAMS: Q.  Have you heard of Hines
24  Horticulture before?
25     A.  I don't recall them offhand.

209

1    Q.  Take a look at Wohl No. 5 for me.
2    A.  I've read this.
3    Q.  Okay.  Do you remember this guy, Bob, after
4  reading this?
5    A.  No.
6    Q.  No?  Okay.  What does Wohl No. 5 appear to be?
7    A.  It appears to be a complaint from a customer
8  to me in e-mail form copying Randy Baker, who was head
9  of our support group at that time, stating basically
10  that a version of the software I had said was available
11  was not available.
12    Q.  Now, it's approximately November 2000,
13  November 7, 2000?
14    A.  This e-mail is dated November 7th, 2000.
15    Q.  Now, was it customary for Oracle to release a
16  new version of 11i that could be downloaded from its
17  website earlier than one that had to be or could be
18  shipped to a customer?
19    A.  Yes.  Because, you know, the physical
20  manufacturing time, the duplication time took some
21  amount of time, so the typical procedure was you would
22  load the software on the server for download that was
23  available immediately and the manufacturing group would
24  take it and master CDs.
25    Q.  So when it was shipped out a customer would

210

1  just get a CD or a group of CDs?
2    A.  If it was shipped physically, yeah, the
3  customer would get CDs or DVDs or some kind of disk.
4    Q.  Now, is one of the complaints that you heard
5  from customers that the implementation of 11i was
6  actually costing them money?
7    A.  Yes.  If there were too many bugs, that would
8  have the effect of costing the customer money.
9    Q.  In some instances did Oracle absorb the cost
10  that customers were experiencing due to problematic
11  implementations?
12    A.  Sometimes yes.  Especially if Oracle
13  consulting was involved in the implementation.
14    Q.  Now, did you have any participation in the
15  approval or denial of a customer's request to -- that
16  Oracle absorbed the cost of problematic implementations?
17    A.  Generally not.  Sometimes one of the -- you
18  know, somebody in our consulting group would ask
19  development to confirm, you know, if we were aware there
20  had been problems before, absolving the customer of
21  payment responsibility for those.  So sometimes I was
22  included on mail notes about that, just sort of as --
23  one of two reasons, either they were looking for a
24  development confirmation, or they were just a little bit
25  pissed off at development because they were losing money

211

1  as a result of having given up that revenue.
2    Q.  Now, is that something that Oracle would
3  always do?  What was the criteria, if you know, that
4  Oracle would apply to determine whether it would absorb
5  the cost of a customer's problematic implementation?
6    MR. GIBBS:  Objection; compound, lack of
7  foundation.
8    THE WITNESS:  Can you repeat that, please?
9    MR. WILLIAMS:  Q.  I just want to know what
10  criteria Oracle applied in its determination of whether
11  to absorb the cost of a customer's problematic
12  implementation of 11i.
13    A.  Since I wasn't directly responsible for those
14  negotiations, I can't really tell you.
15    Q.  But you know that in some instances Oracle did
16  pay?
17    A.  Yes.
18    MR. WILLIAMS:  You know, let me take five.
19    VIDEOGRAPHER:  Going off the videotape record,
20  the time is 3:34 p.m.
21    (Recess, 3:34 p.m. - 3:42 p.m.)
22    VIDEOGRAPHER:  We are back on the videotape
23  record.  The time is 3:42 p.m.
24    MR. WILLIAMS:  Q.  Mr. Wohl, I neglected to
25  ask you what you're doing now.  Are you working now?

212

1    A.  I am not.
2    Q.  And was the last time you worked when you were
3  with Oracle?
4    A.  Yes.
5    Q.  I have a bunch of documents I think maybe you
6  can help me understand.
7    Are you familiar with, I guess, a program or
8  an application used internally at Oracle called Webreqs,
9  W-e-b-r-e-q-s?
10    A.  It was an informal name for the web-based
11  internal requisitioning system.
12    Q.  Okay.  Was that part of Oracle 11i
13  applications?
14    A.  Yes.  It was the i-procurement system.
15    Q.  Do you know when that was implemented at
16  Oracle internally?
17    A.  I believe it had been used for a while.  I
18  don't remember when.
19    Q.  Sometime -- well, for a while -- meaning 2000?
20    A.  I believe it was implemented before 11i, if I
21  remember right.
22    Q.  Okay.  But it was the program within 11i that
23  was the i-procurement or it was similar?
24    A.  There was a prior version of i-procurement in
25  11.0.  I don't remember if we still called it

213

1  i-procurement or we called it something slightly
2  different.
3  　　Q.  Was that on the ERP side or the CRM side?
4  　　A.  It was on the ERP side.
5  　　MR. WILLIAMS:  Ask the reporter to mark this
6  document as Wohl No. 6.
7  　　　　(Exhibit 6 marked for
8  　　　　identification.)
9  　　MR. WILLIAMS:  Q.  Wohl No. 6 is Bates
10 numbered NDCA-ORCL 052474.  Take a look at what's been
11 marked as Wohl No. 6.
12 　　A.  I see it.
13 　　Q.  So do you know -- well, do you recognize it?
14 　　A.  I don't recognize the specific mail note.
15 　　Q.  Does it appear to be an e-mail written by me
16 in December of 2000?
17 　　A.  It appears to be an e-mail written by me in
18 December of 2000 in response to a note from Carolyn
19 Balkenhol.
20 　　Q.  And what is the general subject matter of the
21 note that Ms. Balkenhol sent to you?
22 　　A.  Carolyn was Larry's assistant and would do
23 approvals on his behalf of things which went to him for
24 approvals, had a big work queue of approvals, and she
25 appears to be complaining about that work queue not

214

1  working correctly, and she voiced her complaint in nice,
2  flowery language, as she was sometimes known to do.
3  　　Q.  What do you mean her work queue wasn't
4  working?  Do you mean an application that she was using
5  wasn't working?
6  　　A.  An application that she was using did not
7  appear to work reliably according to her in this note.
8  　　Q.  It was the Webreqs application?
9  　　A.  To be specific, it looked like it was the
10 approval portion, which may have been Webreqs or may
11 have been work flow.
12 　　Q.  What was the second thing you said?
13 　　A.  Work flow.
14 　　Q.  Work flow?
15 　　A.  Or some relation between the two.
16 　　Q.  Was this also an application that Oracle sold?
17 　　A.  Yes.
18 　　Q.  When you wrote, "Bret/Kevin, please
19 investigate" in response to Carolyn's e-mail, are you
20 referring to Bret Fuller?
21 　　A.  Yes, I am.
22 　　Q.  And Kevin Miller?
23 　　A.  Yes, I am.
24 　　Q.  Did Kevin report to you?
25 　　A.  Kevin reported to Don Klaiss who reported to

215

1  me.  Bret reported to me.
2  　　Q.  Do you know why you cc'd Gary Roberts?
3  　　A.  The only reason I would have cc'd Gary Roberts
4  is if Carolyn had copied him on the original note, is
5  probably why I would have done it.
6  　　Q.  Okay.  Do you recall getting complaints from
7  customers about the i-procurement application in ERP
8  after December 2000?
9  　　A.  I don't recall the timing.  But i-procurement
10 was a very heavily used application, it was a very
11 popular application.  So if there were any problems with
12 it, it would have caused complaints.
13 　　Q.  What was it used for?
14 　　A.  It was used as a self-service process by which
15 employees in the company could submit online purchase
16 requisitions that would then go up through a management
17 cycle for approvals, also generally done online.  So it
18 took what at most companies had previously been a paper
19 process and turned it into an automated online process.
20 　　Q.  So if you had an expense that you needed a
21 check -- you have to submit a check request for an
22 expense, you could do it through the i-procurement?
23 　　A.  Generally not a check.  That would be a
24 different process.  This is if you wanted to buy
25 something through the purchasing system, that would

216

1  formerly go through a purchasing system, payable system.
2  So if you submitted a requisition saying, "I want to buy
3  five PCs," and it could be 2,000 bucks each, so 10,000
4  bucks, the system would determine who had the level of
5  spending authority to spend 10,000 bucks, and to buy
6  that category of capital equipment, and route it to the
7  right person to approve or deny the request.  And if it
8  was approved, it would go to the purchasing people.  And
9  depending on how the customer had set it up, a purchase
10 order could potentially have been issued automatically
11 to the vendor.
12 　　Q.  One of the things that 11i was marketed --
13 well, one of the features that was marketed about 11i
14 was that it was -- could function in multiple different
15 languages?
16 　　A.  That is correct.
17 　　Q.  And who at Oracle was responsible for making
18 sure that the software could function in several
19 different languages?
20 　　A.  There are different parts of the
21 responsibility.  So my group was responsible for
22 ensuring that the software was capable of running in a
23 number of different languages.  There was a specific
24 translation group that would actually either do or
25 contract out the translations to change the actual words

217

1  that would pop up on the screen from one language to
2  another language.
3      And I should say for the technology products
4  at Oracle, my peer at the time, Chuck Rozwat, his group
5  was responsible for making sure that the underlying
6  technology products could be translated -- could be
7  translated and could be run successfully in a number of
8  different languages.
9      Q.  Now, is that technology considered part of CRM
10  or ERP, or neither?
11     A.  I'm not sure I would categorize it as either,
12  it is some of the underlying technology that let us do
13  it.  That technology might have been built either in
14  Chuck Rozwat's organization somewhere in one of the
15  underlying technology groups, it might have been built
16  in my group, in Cliff Godwin's area, or it might have
17  been built -- for some pieces of it that Mark was doing,
18  it might have been built in CRM.
19     So there were many components to it.  It might
20  have been built in different areas depending on the
21  component of translatability technology.
22     Q.  And it was primarily needed for European and
23  Asian customers, Latin American customers?
24     A.  Anyone who didn't speak English would want a
25  language other than English.

218

1      MR. WILLIAMS:  Ask the reporter to mark this
2  document as Wohl No. 7.
3          (Exhibit 7 marked for
4          identification.)
5      MR. WILLIAMS:  Q.  Just ask you -- withdrawn.
6  Wohl No. 7 is Bates numbered NDCA-ORCL 028542 and 543.
7  Just let me know when you're done taking a look at that.
8      A.  Okay.
9      Q.  Okay.  Do you recognize Wohl No. 7?
10     A.  This document appears to be a mail note from
11  me to Sergio Giacoletto who ran our European
12  organization, copying Larry Ellison, Safra Catz, Mark
13  Barrenechea and Mike Rocha, commenting on translation in
14  response to a note from Sergio, where Sergio made many
15  compliments on quality improvement of 11i, but still
16  articulated remaining issues on translation.
17     Q.  Okay.  And that's what I want to focus on with
18  respect to translation.  He indicated to you in his
19  e-mail that 11.5.3 -- that's 11i.3, same thing?
20     A.  That's correct.
21     Q.  -- won't be fully translated including help
22  until May 2001 for the first languages, and August 2001
23  for the last languages.  Do you know what is meant by
24  including help?
25     A.  I believe I do.  When we translated software,

219

1  there's a translation time that's largely dependent on
2  how many words need to be translated.  So it was one
3  thing to translate the words that would appear on the
4  screen.  Those are relatively smaller number of words.
5  It is a second thing to translate the documentation,
6  which is what we meant by the online help, which all the
7  documentation is shipped online, that would be a much
8  larger number of words.
9      Q.  The manuals and things like that?
10     A.  The manual.  They weren't generally paper
11  manuals, but they were the online equivalent of manuals.
12     So what he was saying is that, you know, he --
13  what he's saying is written right here, that he is
14  raising a concern that for the help files to be
15  translated was taking longer than he would have liked,
16  basically.
17     Q.  Do you know whether as of January 21st, 2001,
18  whether 11i.1 had been fully translated?
19     A.  I think we have to be very precise about
20  language in terms of what fully translated means.
21  Because we had a matrix of which versions -- pardon me,
22  which modules by which languages would be translated for
23  which purposes.  Because translation could be a huge
24  cost expense.
25     You know, the cost of translation is roughly

220

1  proportional to the number of words that you're
2  translating.  So we had to make decisions for any given
3  module of functionality, for any given language did we
4  want to translate it.  Because we did not intend to
5  translate every element of the software into every
6  language.
7      Q.  So the 11i was not fully translated in every
8  language as of January 21st, 2001?
9      MR. GIBBS:  Objection; misstates his
10  testimony.
11     MR. WILLIAMS:  Q.  Is that fair to say?
12     A.  It is fair to say exactly what I have said,
13  that Oracle made decisions in terms of which modules to
14  translate into which languages, and did not choose to
15  translate every module into every language.  And to add
16  to the complexity, some modules were translated only
17  for -- only for the on-screen type of words, and some
18  were translated into a given language, and some were
19  translated into a given language more fully in terms of
20  help.
21     Sergio, as head of sales for Europe, was
22  always lobbying for more translation.  And Mike Rocha,
23  who was responsible for the translation budget, you
24  know, would have opinions on that.
25     And my group would help prioritize with Sergio

221

1   and try to come up with decisions that made sense for
2   what to translate, in what order, which modules, et
3   cetera, for which languages.
4       Q.   And that means that not every module was
5   translated into every language?
6       A.   That is correct.
7       Q.   Did you -- is this a document that you
8   reviewed yesterday?
9       A.   No, I did not.
10      Q.   Do you see on the second page where Sergio
11   writes, "We just completed the testing of translation of
12   11.5.1 NLS."
13      A.   Yes.
14      Q.   "And we found almost 5,000 translation issues
15   to be fixed"?
16      A.   Yes, I see that.
17      Q.   Are translation issues similar to bugs?
18      A.   It depends on the type of translation issue.
19   A translation issue could be that someone found the word
20   choice that a translator used to be inappropriate, and
21   desired a different word, a simpler word or so.  A
22   translation issue could be something that the translated
23   word was supposed to show up, but for whatever reason it
24   didn't, and the English word showed up by mistake.
25       So they were a different category of issue.

222

1   The software clearly continued to operate despite
2   translation issues.  It might be someone would look at a
3   screen and find a word funny or it might be they would
4   see a word in a language they didn't expect, like
5   English.
6       Q.   Same page, just a little further up on the
7   page, he writes, "The code was frozen, I believe, in
8   October of 2000."
9       Do you know what he meant by that as it
10   relates to translation issues?
11      A.   Frozen is usually a term used in development,
12   which is an internal time period where you're trying to
13   stabilize the code, you're locked down on new features
14   and changes, and you're only permitting things that come
15   up -- you're only permitting changes that come about as
16   a result of testing.
17       It is not the same time that you release,
18   because, obviously the testing process takes some period
19   of time.
20       As you are going through it, you make changes
21   to the code, but you are trying to progressively
22   stabilize the code with fewer and fewer changes prior to
23   release.  So you start out trying to freeze it.
24      Q.   Does that mean whatever software that he's
25   referring to, including the translation software, has

223

1   not changed since October of 2000?
2       A.   No, it doesn't.
3       Q.   No?
4       A.   No.  What it means is that development had
5   started clamping down on that particular release in
6   October.  The software was still changing while
7   development went through testing on bug fix cycle until
8   release.  Basically in this note Sergio was trying to
9   exaggerate a point, he was trying to argue for faster
10   translation, so he was trying to pick not the release
11   date of English and compare it to the release date of
12   translations, he was trying to pick an internal,
13   in-process date within development and compare that to
14   release date to show how it was longer, as part of his
15   argument in favor of faster translations.
16      Q.   And that's because the more translation he has
17   in Europe, I guess the easier it is for him to sell to
18   European customers?
19      A.   Right.
20      Q.   Now, you see on the same page he writes,
21   "Platinum is helping a lot but is only available in
22   English and we still need to apply manually."
23       Do you know what he's referring to?
24      A.   Platinum was a different form of installation
25   process that Mark Barrenechea's group used for the CRM

224

1   products.  It was something that Mark had been
2   prototyping and using.  And he was complaining that it
3   was available only in English, when he would have
4   preferred it to be available in the other languages as
5   well.
6       Q.   So the platinum installation process was not
7   just for translation; it was just installation for CRM
8   products generally?
9       A.   I'm trying to remember, because I wasn't so
10   associated with the platinum, since it really was for
11   CRM.  It was a form of laying down a whole environment
12   in a different way than the alternate installation
13   approach we had on the ERP side.
14      Q.   Okay.
15      A.   It was an alternate installation approach,
16   keep it simple.
17      Q.   Finally he writes, "The patching process is
18   broken to errors.  There is no central patch log
19   database and automation could be improved."
20       Do you know what he meant when he wrote --
21      A.   I think what he's referring to is the kind of
22   thing --
23      Q.   Let me finish the question.  "There is no
24   central patch log database"?
25      A.   I -- well, he meant one of two things here.

225

1  Either he meant that there was no database at an
2  individual customer's site of the patches that a
3  customer had applied, or he meant there is no central
4  database at Oracle of all patches that all customers
5  applied. I'm not sure which one he meant here.
6      Q.  In your response on the first page of the
7  document, reading your response it sounds like you had
8  some responsibility for the timing of release as it
9  relates to translations.
10      And your testimony earlier suggested to me
11  that it was kind of -- you had some responsibility for
12  the technology underlying the ability to perform in
13  different languages, but not for translations?
14      A.  I did not have the management responsibility
15  over translations. But since I was responsible for the
16  success of the product overall, I tried to exert, or my
17  team tried to exert a lot of influence with the group
18  that had that formal responsibility and work with them
19  very closely to improve the schedule.
20      Q.  Now, forgive me if you testified to this
21  earlier, are any of the people that are in the group
22  responsible for the translations addressed on this
23  e-mail?
24      A.  The group responsible for translations
25  reported up to Mike Rocha, who is cc'd on this e-mail.

226

1      Q.  Okay. And you refer to someone by the name of
2  Rick in this e-mail. Do you know who that is?
3      A.  Rick Ginsburg was in Greg Seiden's group, and
4  one of his responsibilities was the translation process
5  from my group's perspective.
6      Q.  Do you have a recollection of when 11i was
7  translated to the extent that Oracle had decided to
8  translate the software? Do you understand what I'm
9  saying?
10      A.  I do. That again would be a complex matrix of
11  product by language, by software versus help. It is
12  not -- because decisions were made at different points
13  of time for different languages.
14      You've shown me a lot of other e-mails
15  pointing out bugs. Here you don't point out the line
16  where Sergio points out the vast improvement in the
17  whole bug situation.
18      Q.  You made note of it. I'm trying to prove the
19  case from the other side.
20      A.  Thanks for showing me this document.
21      Q.  When he mentioned vast improvement, did you
22  understand there to be vast improvement from -- between
23  January of 2001 -- withdrawn.
24      Was there a vast improvement between May of
25  2000 and January 21st of 2001?

227

1      A.  We were certainly trying to make a very large
2  improvement, and this appears to be some recognition of
3  it.
4      Q.  I understand. Did you personally recognize
5  vast improvement in that period?
6      A.  I think so.
7      Q.  And how would you -- how would you quantify
8  that? In the fewer amount of bugs? Less complaints
9  from customers? How would you measure the vast
10  improvement that you personally recognized?
11      A.  Because the tricky part here, as I mentioned
12  before, is it is hard to quantify -- it is hard to
13  quantify, because in the beginning you have very few
14  customers. As you proceed you have a lot of customers
15  on the software, so you can't just measure bugs, because
16  you are -- you know, you have a much greater number of
17  customers.
18      You also, as I mentioned earlier, from a
19  quality perspective, don't strictly want to look at bug
20  fixes that are pure defects because they may not be
21  fully reflective of the customer's experience.
22      So what I tried to do personally was look at a
23  number of gauges of customer experience. So I would
24  obviously look at bug counts, I would try to look at TAR
25  statistics, how many technical assistance requests were

228

1  called in on 11i, and TAR statistics per customer. I
2  would get as much anecdotal information as I could as
3  well from individual customers as well as, you know,
4  folks like Sergio who was responsible not only for sales
5  but also for the consulting organization in Europe, and
6  got feedback on product quality from his consultants.
7      So, yeah, there was -- there was -- there is a
8  body of evidence that the quality had improved
9  considerably.
10      Q.  Did Sergio ever communicate to you that the
11  people on his sales staff were having difficulty selling
12  11i because of the product problems?
13      A.  I think he probably did.
14      Q.  Do you know whether that was in 2000 or 2001?
15      A.  I don't remember the timing.
16      Q.  Do you think it was after January 21st of
17  2001?
18      A.  You're asking about stuff years ago.
19      Q.  I understand.
20      A.  You put a note in front of me that appears to
21  be somewhat complimentary in January, I don't think
22  Sergio would have written a note like this if he was
23  still complaining about anything hurting sales from a
24  quality perspective. Why would he have written this?
25      MR. WILLIAMS:  I'm just asking if you

229

1  remembered, and you said you're not sure.  That's fine.
2      Ask the reporter to mark this document as Wohl
3  No. 8.
4      (Exhibit 8 marked for
5      identification.)
6      MR. WILLIAMS:  And Wohl No. 8 is Bates
7  numbered NDCA-ORCL 221215 to 216.
8      Actually, it's two documents.  So let's mark
9  them as 8 and 9, 8 being 215, and 9 being 216.
10      (Exhibit 9 marked for
11      identification.)
12      MR. WILLIAMS:  Q.  Direct your attention to
13  Exhibit No. 8, Bates ending 215.  Do you recognize that
14  document?
15      A.  It's a mail note from me to Chuck Rozwat and
16  Nancy Reier, copying Greg Seiden.
17      Q.  Who is Nancy Reier?
18      A.  Nancy worked for Chuck Rozwat with
19  responsibility for some -- some part of database
20  maintenance.
21      Q.  You write to Charles Rozwat, among others,
22  that the P1 NT problems still are not resolved despite
23  having persisted for months.  What were the P1 NT
24  problems, if you remember?
25      A.  Well, thank you for handing me Exhibit No. 9,

230

1  which is the note I forwarded from Greg Seiden, which
2  describes the problems.
3      And what Greg's note describes the problem to
4  be is that an underlying problem with the component of
5  the database, of the Oracle database on Windows NT was
6  causing problems in the applications release,
7  specifically for NT.
8      Q.  So, looking at Exhibit No. 9 Bates ending 216.
9      A.  Exhibit 8 is a forward of Exhibit 9.
10      Q.  I understand.  I understand.
11      With respect to Exhibit No. 9, is -- are you
12  on the, I guess, the -- is that e-mail addressed to you?
13      A.  The apps-dev-mc list was a list of my direct
14  management group, including myself.
15      Q.  Okay.  Your direct managing group meaning the
16  people we've been talking about?
17      A.  That's right.
18      Q.  Godwin, Seiden, Wookey?
19      A.  That's right.  My direct reports and a few
20  others who regularly attended my staff meetings.
21      Q.  Okay.  Who is -- who's on the CSGAPP; do you
22  know?
23      A.  I don't know.
24      Q.  So every e-mail that was addressed to
25  apps-dev-mc went to you and everybody on your team?

231

1      A.  I don't know if it was a public e-mail
2  address, public distribution list, or if it was Greg's
3  private one.
4      But generally if you -- even if it was his
5  private one, if others in my management group used
6  something like apps-dev-mc, it probably would have gone
7  to the same group of people, because they probably would
8  have defined private ones the same way.
9      Q.  So the problem that's being described here is
10  related to Oracle database, not really 11i as it works
11  on NT?
12      A.  It's a combination of the two.  The root cause
13  problem is that a component of the database called the
14  precompiler, that's what Pro C is, the precompiler, had
15  a bug.  The effect of that problem appears to be that
16  there were failures in some components of applications.
17      Q.  Now, is that something that -- withdrawn.
18      But the procompiler was something that was on
19  Oracle's database; right?
20      A.  The Pro C is -- the Pro C utility is a part of
21  Oracle's database that was specific to a given hardware
22  platform.  In this case what's being referred to is the
23  Pro C utility on Windows NT, and on NT only, it appears.
24      Q.  Help me if I don't understand.  So say, for
25  instance, a customer is on a Sun server --

232

1      A.  This would not affect them in the least.  This
2  would have nothing to do with them.  This would affect
3  only customers who are running on Windows NT.
4      Q.  Okay.  And those customers were having
5  difficulty installing or implementing 11i?
6      A.  Greg describes the nature of the problems here
7  a little bit, that they manifest themselves in
8  purchasing, HR and inventory.
9      Q.  And customers using those products should not
10  go live with 11i until a fix is available; right?
11      A.  That's what he said.
12      Q.  Do you know how many customers the company had
13  on NT as of January 24, 2001?
14      A.  I don't know.  NT was generally used only by
15  smaller customers.  It wasn't viewed as a mainstream
16  data center platform.  And the vast bulk of our
17  important customers were all on Unix.
18      Q.  When you say small customers, you mean
19  customers with a small number of users?
20      A.  Small number of users, small volumes of data.
21  You know, so generally smaller implementations, smaller
22  impact in most ways.
23      Q.  Do you know which ones had actually dropped
24  Oracle?
25      A.  No, I don't.

233

1    Q.  Do you know which ones, which customers were
2  in legal discussions with Oracle about damages?
3    A.  I don't know.
4    Q.  You knew -- withdrawn.
5        It's fair to say that you knew in January of
6  2001?
7    A.  Clearly I was trying to escalate the problem.
8    Q.  Do you know why it took -- withdrawn.  Do you
9  know why the problems were persisting for many months?
10   A.  I do not know.
11   Q.  Did you work with Sharon Prosser?
12   A.  I vaguely remember the name, but I don't
13  remember in what context.
14   Q.  Okay.  How about Ron Bunting?
15   A.  Ron was a sales guy on the East Coast.  Sales
16  guy -- sales manager, I believe.
17   Q.  Sales manager.  Hilarie Koplow?
18   A.  Yes.  She was responsible for telesales.
19   Q.  Telesales is -- well, tell me what telesales
20  is.
21   A.  Telesales was the sales group that operated
22  via telephone trying to sell our products via telephone
23  instead of showing up in person at the customer's site.
24       MR. WILLIAMS:  I'm going to ask the reporter
25  to mark this document as Wohl No. 10.

234

1            (Exhibit 10 marked for
2             identification.)
3        MR. WILLIAMS:  Q.  Wohl No. 10 is Bates
4  numbered NDCA-ORCL 276549 -- I'm sorry, 276547 through
5  550.
6        Let me know when you've had a chance to review
7  that document.
8    A.  I've reviewed it.
9    Q.  Do you recognize the document?
10   A.  I don't remember it.
11   Q.  It is an e-mail, at least part of it is an
12  e-mail written by you to Ron Bunting and others?
13   A.  That's right.
14   Q.  And it is January of 2001?
15   A.  January 24th, 2001.
16   Q.  And this is your response to an e-mail from
17  Sharon Prosser?
18   A.  It appears.
19   Q.  And Ron Bunting?
20   A.  It appears -- the e-mail chain appears to be a
21  note from Sharon Prosser referring to some issues in the
22  internal systems that was forwarded to Ron Bunting, that
23  Ron Bunting then forwarded to me.
24       And I then gave a response requesting more
25  detail.

235

1    Q.  You indicated that it is referring to the
2  internal systems.  How are you able to determine that
3  based on this document?
4    A.  From the context of Sharon Prosser's note, it
5  says here she is VP of the Internet sales division,
6  that's part of the telesales group, basically.  And she
7  was looking for more internal reporting on a number of
8  details.
9        It is unclear from the note whether the
10  internal report she's looking for, which part of the
11  system they should come from, whether or not they were
12  standard reports in the product, whether they were
13  custom reports written by our IT group specific to
14  Oracle.  But it refers to the specific Oracle
15  implementation and her desire for additional information
16  so that she could manage her business better.
17   Q.  Okay.  Can you just read her -- the first two
18  sentences of her e-mail, of her note to Ron Bunting,
19  beginning with, "We're starting to feel"?
20   A.  She writes, "We are starting to feel the
21  impact across all areas of our business.  GB, Majors,
22  OPI, OSI on the forecast because of the reporting
23  limitations of R11i order management.  We are not able
24  to move forward on compliance, add-on or migration
25  opportunities all of which are a big part of iSD's

236

1  business."
2    Q.  Order management, that was one of the modules
3  in your division?
4    A.  Yes.
5    Q.  And who among your staff was responsible for
6  the order management module?
7    A.  Don Klaiss.
8    Q.  Don Klaiss; okay.  Had you been aware, at
9  least as of January 24th, 2001, that customers had been
10  complaining about Oracle's order management module?
11       MR. GIBBS:  Objection; vague.
12       Answer if you can.
13       THE WITNESS:  The order management module in
14  11i was one of the ones that had the greatest amount of
15  new capability in it.  Unfortunately, it was also
16  probably the module on my side of things, of the ERP,
17  that was the weakest in terms of quality.  So, yes,
18  there were complaints.
19       MR. WILLIAMS:  Q.  And had you known about
20  them at least as of January 24th, 2001?
21   A.  I'm assuming I -- again, I don't remember
22  timing going back then.  But I'm sure I must have known
23  about them.
24   Q.  Did you learn about --
25   A.  It's not obvious to me at all from the context

237

1    of this note that Sharon's note is referring to any
2    limitations in the product at all or if it was purely
3    about the internal implementation.
4        Q.   Had you learned at all about the inability of
5    order management to produce certain reports that would
6    have allowed at least in Sharon Prosser's instance her
7    division to get add-on business or track compliance?
8        A.   Again, I suspect the reason I was asking for
9    more information, because the information -- the report
10   she's asking for here would need to have information
11   from a lot more than order management, so it appears to
12   me likely that these were not product reports, but were
13   reports that she wanted that were some mix of
14   information across various systems within Oracle.
15       MR. WILLIAMS:  He's got to change the tape.
16       VIDEOGRAPHER:  Going off the videotape record,
17   the time is 4:28.  This is the end of tape number three.
18       (Recess, 4:27 p.m. - 4:48 p.m.)
19       VIDEOGRAPHER:  We are back on the videotape
20   record.  The time is 4:48, and this is the beginning of
21   tape number four.
22       MR. WILLIAMS:  Q.  You testified earlier --
23   well, withdrawn.  Did Oracle upgrade to suite 11i
24   internally in 2000?
25       A.   Yes.

238

1        Q.   And do you recall when in 2000 that occurred?
2        A.   At the time Oracle had multiple instances of
3    its applications, based on history there was in many
4    cases separate instances by country, sometimes the
5    instances were organized regionally.  If I remember
6    correctly, we were pretty pleased that the first
7    instances went up sometime over the summer, I believe,
8    quickly.
9        Q.   When you say the first instances, what do you
10   mean?
11       A.   Again, Oracle had multiple copies of
12   applications.  So one copy for the U.S., one copy for
13   the UK, one copy for Japan, et cetera, et cetera.
14       I don't remember how many we had at the time.
15   We had decided to convert them all, but that was a
16   multi-year process.  So we upgraded them individually.
17       So the first ones we upgraded were either --
18   I'm not sure if it was all or the part of Latin America,
19   if I remember correctly, over the summer of 2000.  And
20   then the U.S. instance, which was the largest one, and
21   most complex by far, we upgraded over Christmas or New
22   Year's.
23       Q.   Now, internally when Oracle upgraded to 11i,
24   what was -- withdrawn.
25       Internally when Oracle updated to 11i, what

239

1    were the modules that were upgraded or implemented?
2        A.   That would depend on the country.
3        Q.   United States.
4        A.   The United States had the most modules.  So
5    what was upgraded was everything that -- I believe was
6    everything that had been running in the 11.0 environment
7    was then running in the 11i environment.
8        At the time I believe there were -- I'm
9    referring here primarily to the ERP products.  I don't
10   remember what happened to the CRM products back then,
11   because Oracle was running fewer of them and Mark
12   Barrenechea was managing them.
13       So the instance I'm thinking of was mostly the
14   ERP products.  And it involved financials, HR.  I
15   believe we were running our own payroll back then, if
16   I'm remembering right.  Order management, inventory,
17   manufacturing, the project accounting products for
18   consulting.  I'm sure I'm forgetting some.  But that is
19   a good start.
20       Q.   So the implementation or the upgrade that
21   occurred in the United States in, say, December of 2000
22   was not CRM?
23       A.   I don't remember what of CRM was a part of it
24   and what was not.  Because what I was focused on was ERP
25   at the time.

240

1        Q.   Okay.  Who had primary responsibility for
2    overseeing the upgrade -- yeah, the upgrade?
3        A.   Bret Fuller was a person reporting to me who
4    ran applications IT and was responsible for the upgrade
5    of the internal system.
6        Q.   And he reported to you?
7        A.   That's correct.
8        Q.   So was it ultimately your responsibility to
9    make sure that the internal upgrade happened and
10   happened properly?
11       A.   Yes.
12       Q.   And so would it -- so would you have known at
13   the time what CRM modules were included in that upgrade?
14       A.   Yes, I would.
15       Q.   Is there a way to find out what CRM modules
16   were included in that upgrade, since you don't recall
17   sitting here today?
18       A.   Is there a way to know?  You could ask some of
19   the people who are more closely involved, like Bret.
20   There would have been a wide variety of documents as
21   well pertaining to the upgrades circulating with the IT
22   organization.
23       Q.   But that's something that you said that you
24   would have known at the time though; right?
25       A.   At the time, yes, I would have known.

241

1     Q.   Right.  And some of those documents that you
2  refer to -- you're referring to would have been
3  circulated to you as well?
4     A.   Probably.
5     Q.   I'm just trying to figure out how I can -- how
6  I can find out what CRM modules --
7     A.   If you want a list of modules that were
8  upgraded --
9     Q.   Yes.
10    A.   -- there might be something in my e-mail.  I
11 don't know if there would be or not.  I don't know.
12    Q.   Did you define for me earlier, I don't think
13 you did, what a show stopper bug was?
14    A.   I don't think I defined that for you.
15    Q.   What is that?  What is a show stopper bug?
16    A.   A very important bug that will stop the show.
17 I mean, something that needs to be fixed in order to
18 move forward to the next step.
19    Q.   Would that be -- would a show stopper bug also
20 be characterized as a severity 1 or priority 1 bug?
21    A.   Probably.
22    Q.   Or is it more severe than that?
23    A.   No.  A show stopper was an informal term.
24 There was no formal definition of show stopper.  So
25 someone would use it as an informal term, saying this is

242

1  a show stopper, it's got to be fixed for the show to
2  move on.
3     Q.   In December of 2000, Oracle internally would
4  be -- well, they upgraded to, what, 11i.3?  Is that
5  fair?
6     A.   I -- I don't know.  But I think you showed me
7  an earlier note today saying 11i.3 came out in January.
8  So I'm guessing Oracle would have upgraded to 11i.2.
9     Q.   I was thinking that Oracle probably had the
10 most recent version before the release of 3.
11    A.   It would have depended on the exact timing.
12 If 3 came out in late January, as one of those notes
13 said, then the IT organization would also have to
14 stabilize their environment in order to go live.  They
15 wouldn't want to take a brand new set of code at the
16 last minute and say, "We're flipping the switch
17 tomorrow," on a brand new set of code that they just got
18 from the development group.
19    Q.   Was it as simple as that, flipping the switch
20 for the upgrade to 11i --
21    A.   No.
22    Q.   -- internally --
23    A.   No.  Oracle --
24    Q.   -- for the U.S.?
25    A.   Oracle for the U.S. was a very complex

243

1  customer of our own products, so it -- you know, Oracle
2  had a lot of testing to go through.  As part of the
3  upgrade, if I'm remembering right, Oracle also converted
4  some number of custom systems, threw away and began
5  using products.  And at least one case the fit was a
6  little bit tight, you know, the product versus the old
7  custom system, and that needed a lot of work.  So it was
8  a substantial effort to upgrade.
9     Q.   Was it a customization?
10    A.   Was what a customization?
11    Q.   The upgrade.
12    A.   No.
13    Q.   Let me back up.  I will withdraw the question.
14       The upgrade of 11i in December of 2001 and
15 2000 in the United States, was it an out-of-the-box
16 upgrade?
17    A.   No.  Oracle like, you know, most of Oracle's
18 customers was in 11.0 running mix of product code and
19 some custom code.  One of the explicit objectives of
20 upgrade was to use the new functionality in 11i to run
21 on a greater proportion of product code and to be able
22 to throw out some good chunk of the custom code.
23       So a lot had to be done as part of the upgrade
24 process.  It wasn't just testing out the you, know, the
25 upgraded product functionality.  But a lot of custom

244

1  functionality had to be analyzed to figure out, one, was
2  it still needed by the business or did the business no
3  longer need that bit of functionality.  If it was
4  needed, did Oracle -- did the Oracle product have the
5  right capability that could replace it?  If it did have
6  the right capability that could replace it, was any data
7  migration needed from whatever the old custom stuff was
8  to the new product stuff?  So a lot of work went into
9  that.
10    Q.   And when did the process begin?  You said the
11 upgrade occurred in say December of 2000?
12    A.   Right.
13    Q.   When did the process begin?
14    A.   Oh, I don't remember when it began.  Because
15 the IT group was busy doing a lot of different things
16 including merging instances.  So the IT group would have
17 begun assigning, you know, some people to it before the
18 release of 11i, and would have put more people on it and
19 sort of made it a major project afterwards, I think.
20 But again, I'm not sure.
21    Q.   Now, the upgrade in the United States had some
22 impact on the business in other countries; right?
23    A.   What kind of impact are you referring to?
24    Q.   Well, would it have any impact?  Say for
25 instance the upgrade in the United States once it was

245

1   done, how would that affect Oracle's business in Europe
2   or Latin America or Asia, if at all?
3       A.  I'm trying to think, but it's not obvious to
4   me it would have had any significant impact.  I might be
5   missing something, but as you ask, I'm giving you an
6   off-the-cuff response.
7       MR. WILLIAMS:  Maybe this will help.
8       THE WITNESS:  Okay.
9       MR. WILLIAMS:  Ask the reporter to mark this
10  document as Wohl No. 11.
11          (Exhibit 11 marked for
12          identification.)
13      MR. WILLIAMS:  Q.  Wohl 11 is Bates numbered
14  NDCA-ORCL 012345.  Just take a look at that for me.
15      A.  Okay.
16      Q.  Okay.  Does that help you -- well, withdrawn.
17          After reviewing Wohl No. 11, do you know
18  whether or not the upgrade internally in the U.S. had
19  any impact on the business -- Oracle's business outside
20  the U.S.?
21      A.  Apparently it affected ten other countries.
22  Because I said in this note "spanned 11 countries."
23      Q.  This is an e-mail written by you?
24      A.  This is an e-mail written by me with a
25  response from Larry, that I then copied Jennifer Minton

246

1   on.
2       Q.  The second to the last paragraph on the page,
3   can you read that, beginning, "This is not a
4   simple system."
5       A.  "This is not a simple system that we can put
6   in before it's ready and trust ourselves to clean up on
7   the fly.  The system touches almost every business line
8   at Oracle, spans 11 countries, changes two major lines
9   of business systems to product and removes an additional
10  1,000 customizations.  We can't go into an upgrade this
11  large with the backlog of open issues or we will be
12  swamped."
13      Q.  So do you now understand how it impacted other
14  countries?
15      A.  I'm trying to remember.  As I mentioned to you
16  beforehand, the IT group had been actively merging
17  instances, putting multiple countries' data into the
18  same instance.
19          So it looks from this like the IT group had
20  made more progress than I remembered a few minutes ago
21  and had already merged ten different countries worth of
22  data into the U.S. instance, so what was being upgraded
23  was the U.S. plus ten other countries.
24      Q.  So it was -- do you know what two major LOB
25  systems meant or means?

247

1       A.  I remember at least one of them, because one
2   of them caused some problems.  The education system --
3   this is a system in which Oracle signed up students to
4   come to classes, so it was responsible for the schedule
5   of classes and instructors and the billing of the
6   student attendance fees and so forth, that kind of
7   stuff.
8           Used to be a custom system before 11i and in
9   11i was converted to a product system.  And that
10  conversion involved some simplification of business
11  processes, and also involved having the software do some
12  things that the designers of the software initially
13  hadn't anticipated.  So a few extra features had to be
14  built in order for Oracle to go live.  So that one
15  was -- that was one of the LOB systems.
16      Q.  Do you mean line of business?
17      A.  Line of business, yes.
18      Q.  What about the other?
19      A.  I don't remember what the other one was.
20      Q.  Could it have been support?
21      A.  I don't know.  I'm wondering if it was part of
22  consulting, part of the product management system.  But
23  I don't remember.  I only remember the education one
24  because that was one of the tricky issues to sort
25  through and figure out all the changes in the business

248

1   practice and the move from the custom software to the
2   product software and so forth.
3       Q.  Did it cause any loss of revenue?
4       A.  I don't know if that one did.  That one may
5   have caused a little bit.  I think the education group
6   was very afraid it would.  I don't know if it actually
7   did.
8       Q.  Afraid it would?
9       A.  They were very afraid it would.  I don't know
10  if it actually did or not.  I don't remember.
11      Q.  How long did the upgrade take?
12      A.  What do you mean by that?
13      Q.  Well, the upgrade to 11i began sometime in
14  December 2000?
15      A.  If you're saying -- the upgrade process, at a
16  certain point the 11.0 system was taken offline from
17  users, then upgrade scripts were run and new -- I don't
18  know if new database versions were put in or not.  New
19  applications versions were put in, et cetera.  It was a
20  multi-day process.
21      Q.  So it takes a few days?
22      A.  For Oracle at that time -- did I say in here
23  how long it took?
24          It took more than one day, I know that for
25  certain.  I don't remember how many days it took.

Wohl, Ronald  3/23/2006  9:16:00 AM

249

1    Q.  I ask only because -- well, withdrawn.
2        Would Oracle -- would it be considered live
3    after that day or so or couple days it took?
4        A.  Oracle would be considered live once the first
5    production users began using the system.  So once
6    accountants began signing on and doing their accounting
7    and order management, people began typing in customer
8    orders and people began doing all the normal course of
9    business, Oracle would be considered live.
10       Q.  Right.  And if 11.0 was taken down and 11i was
11   kind of brought up in that kind of few-day period, after
12   that three days Oracle would be considered live; is that
13   fair to say?
14       A.  Just as I said.  I think we're agreeing, yes.
15       Q.  Because some of the customers it took several
16   months to go live?
17       A.  I think there are two different definitions of
18   going live.  The preparatory effort for the IT group to
19   configure -- to load the software into a test
20   environment, do a test upgrade, do -- run through all
21   their test plans, train the new users, determine the new
22   functionality they wish to turn on, figure out how to
23   change the business processes to take advantage of that
24   new functionality, that was a multi-month process.  And
25   for Oracle that was a multi-month process as well.

250

1        Once you did all that preparation, the actual
2    upgrade period was obviously a much shorter process,
3    because nobody could take down their live production
4    system for months.  People would do all that preparatory
5    work in test environments, then the cut-over of the live
6    environment, the goal was have it take as short as
7    possible.
8        Q.  I see.  So that could explain the time period
9    from the customer actually licensing the software and
10   then ultimately going live on whatever piece of the
11   software?
12       A.  That's correct.
13       Q.  Sometimes it was, you know -- sometimes it was
14   months -- a lot of times it was months?
15       A.  To do what?
16       Q.  To go live from the date a customer purchased
17   the software to the date that they were live?
18       A.  It would depend on what the customer was
19   trying to do and how simple or complex.
20       Q.  Okay.  You mentioned earlier that order
21   management was one of those modules that had the most
22   added functionality?
23       A.  That's right.
24       Q.  And also had probably the most immaturity or
25   bugs in it?

251

1        A.  Among the product I was responsible for
2    managing, that's my judgment.
3        Q.  And what was -- in an ideal world, what does
4    order management do?  What does that module do?
5        A.  I know it sounds simple to be able to capture
6    orders and process orders and then do the right thing
7    with it, but there are so many different variations on
8    orders that you can have.
9        Just the simplest definition is order
10   management allows you to record the information about an
11   order, changes to the order, cancellations of an order,
12   and then do whatever is appropriate with that order.
13   That may mean passing that on to the manufacturing
14   system if it's something that's supposed to be
15   manufactured.  It may mean interfacing with the
16   inventory system if it deals with, you know, with parts
17   that are in inventory.
18       The system I mentioned for education at
19   Oracle, it interfaced with Oracle's training
20   administration system, which is part of the HR family of
21   products, to allow it to process orders for live
22   training of students, which is a very different kind of
23   order when you are basically reserving a slot in a
24   class, in a classroom or so.
25       So it dealt with all the orders.  It dealt

252

1    with what happened to the orders.  It passed information
2    on to accounts receivable, because orders would
3    presumably turn into revenue, for bookings and so forth.
4        Q.  Isn't that a front office or CRM type
5    functionality?
6        A.  How you categorize some of these applications
7    is all in the eye of the beholder.
8        Q.  Say, for instance, if you sell order
9    management to a customer, is the way that they would use
10   it kind of like, say, Amazon, you can get on their
11   website, purchase a book and then --
12       MR. GIBBS:  Let him finish the question.
13       MR. WILLIAMS:  Q.  -- and then it kind of goes
14   to some inventory type of application, selects the
15   product and gets it shipped?
16       A.  Not really.  The nomenclature we used, which
17   is probably somewhat standard in the industry, was that
18   order management is really more of a classic ERP
19   component.  All the classic ERP had order entry, order
20   management systems.  People would call it different
21   things.
22       What Amazon has is a front end in an industry
23   that's typically called a Web Store.  And that dealt
24   with that very clean, simple, nice looking front end
25   that was presented to a consumer.  The back end behind

253

1    that would be very complex.
2        So at Oracle, for example, the Web Store was
3    designed so it could fairly straightforwardly pass
4    information into the order management system for all the
5    subsequent more complex processing.
6        Q.  Okay.  So, just for example, if we're talking
7    about an Amazon, what the customer sees would not be an
8    Oracle application?
9        A.  Certainly in the case of Amazon, one of the
10   biggest web retailers, they had a custom web
11   storefront, they built it themselves.
12       Q.  But behind that might be an Oracle application
13   to actually process the order through?
14       A.  That's right.
15       Q.  And what --
16       A.  I don't believe Amazon was running order
17   management, but certainly many other companies were.
18       Q.  I understand.  What Oracle application would
19   that be, had Amazon had -- had Amazon been running an
20   Oracle application?  Would it be order management?
21       A.  That the orders from the storefront would have
22   been passed to?
23       Q.  Right.
24       A.  Yes, that would have been order management.
25       Q.  All right.  Are you aware of any customers

254

1    that use it in that -- use Oracle order management in
2    that way, as a storefront?
3        A.  The order management itself wasn't designed to
4    be the storefront.  It didn't have, you know, the
5    customer-oriented screens, et cetera.
6        Q.  That was the Web Store?
7        A.  That was the Web Store or what Oracle called
8    the iStore.
9        Q.  So the iStore was typically -- well,
10   withdrawn.
11       The iStore would work with order management in
12   a perfect world?
13       A.  That's right.
14       Q.  Right?
15       A.  And some customers would also license iStore
16   to interface with their existing order management or
17   order entry system.
18       Q.  Sure, I understand.  But if someone, say, just
19   bought the whole kit and caboodle of 11i, the iStore
20   would kind of work with order management to -- if
21   someone was -- wanted to be able to place orders over
22   the Internet?
23       A.  That's right.
24       MR. WILLIAMS:  I'm going to ask the reporter
25   to mark this document as Wohl No. 12.

255

1        (Exhibit 12 marked for
2        identification.)
3        MR. WILLIAMS:  Q.  Wohl No. 12 is Bates
4    numbered NDCA-ORCL 078388 and 389.
5        A.  Okay, I've read it.
6        Q.  Did you see this document yesterday?
7        A.  No, I did not.
8        Q.  And is it an e-mail that -- well, withdrawn.
9    On the bottom half of 078388, is that an e-mail that you
10   wrote?
11       A.  It looks like an e-mail I wrote to Bret Fuller
12   and copying a number of other people.
13       Q.  And what's the subject matter of the e-mail?
14       A.  The subject matter is a reply to a note that
15   Bret Fuller sent to me, where Bret was highlighting the
16   importance of fixing some newly discovered performance
17   issues that had just been discovered by his team's
18   performance test on, I guess, the preceding Friday or
19   something like that.
20       And I must have forwarded Bret's note to all
21   of my folks and some of Mark Barrenechea's people as
22   well as stressing the importance to everyone of fixing
23   the bugs that Bret's team had surfaced.
24       Q.  Now, and Bret was internal IT?
25       A.  That's correct.

256

1        Q.  And so when he refers to P1 functional show
2    stoppers, what did you understand that to mean?
3        A.  What I understood him to mean is that, you
4    know, there were some things that didn't work correctly
5    that needed to be made to work correctly.
6        Q.  But a P1 functional show stopper, does that
7    mean that it doesn't work at all or just doesn't work
8    correctly?
9        A.  It doesn't work to the satisfaction of the
10   business.  It doesn't do what the business needed it to
11   do.  So I can't tell if a description -- there is no
12   full description given to know exactly in what way it
13   didn't work.
14       Q.  Who is Roger Sanders?
15       A.  I believe Roger Sanders was a member of the
16   performance, I believe in my organization.
17       Q.  IT performance -- withdrawn.  The IT team or
18   just the general performance team?
19       A.  I don't remember if he was part of the IT
20   performance group or part of the development performance
21   group.
22       Q.  But he reported to you?
23       A.  He reported up in my organization somewhere.
24       Q.  Do you know whether during or after the
25   upgrade Oracle actually experienced P1 bugs internally?

257

1    A.  I believe Oracle did.
2    Q.  And was that recorded anywhere in the bug
3  database?
4    A.  It certainly would have been recorded in the
5  bug database.
6    Q.  Would that be -- that's the same bug database
7  that was used to record all bugs, bugs coming in from
8  customers?
9    A.  That's correct.
10    Q.  And do you recall any of the bugs that Oracle
11  experienced?
12    A.  Not specifically, no.
13    MR. WILLIAMS:  Can I go off the record for two
14  minutes?
15    VIDEOGRAPHER:  Off the record.  The time is
16  5:21 p.m.
17    (Discussion off the record.)
18    VIDEOGRAPHER:  We're back on the videotape
19  record.  The time is 5:23 p.m.
20    MR. WILLIAMS:  I'll ask the reporter to mark
21  this document as Wohl No. 13.
22    (Exhibit 13 marked for
23    identification.)
24    MR. WILLIAMS:  Q.  Wohl No. 13 is Bates
25  numbered NDCA-ORCL 034334 through 335.

258

1    A.  Okay, I've read this.
2    Q.  Do you know what GSI is?
3    A.  GSI refers to the internal implementation.
4  The acronym stood for global single instance.
5    Q.  Is it fair to say that as of January 11th,
6  2001 that Oracle was still doing the internal upgrade or
7  internal install of 11i?
8    A.  I don't know what you mean by still doing it.
9    Q.  I thought it was your testimony that the
10  install or the upgrade takes a few days; is that right?
11    MR. GIBBS:  Objection; mischaracterizes the
12  testimony.
13    Answer if you can.
14    THE WITNESS:  I believe I testified that the
15  upgrade of a big site like Oracle would certainly have
16  taken more than a day.
17    MR. WILLIAMS:  Q.  Okay.  You see where on
18  Wohl 13, which is an e-mail from -- at least partly
19  written by you; right?
20    A.  Part of it is written by me in this e-mail
21  chain, yes.
22    Q.  Somewhere around January 11th, 2001?
23    A.  The part written by me looks like it was
24  sometime between January 10th and January 11th.
25    Q.  And then you write, "Larry, if it's okay with

259

1  you, I'd like to defer this topic a week.  I need to
2  keep focused on the 11i internal install."
3    A.  That's correct.
4    Q.  So the install was still going on?
5    A.  No, I don't think so.
6    Q.  Okay, can you tell me what that meant.
7    A.  I believe what this would have meant is that
8  the -- I believe Oracle had finished with the upgrade
9  and was live.  But there was still some problems that I
10  wanted to make sure my teams were focusing on fully.
11    Q.  Okay.  Now, is it -- or was it customary for
12  customers to go live and then develop problems that
13  would require them to revert back to an earlier version
14  of the software?
15    A.  No, not at all.  To revert back to an earlier
16  version of software was extraordinarily rare.
17    Q.  Was it your experience that -- was it your
18  experience that you saw customers go live and then
19  develop significant problems, like P1 bugs or P2 bugs?
20    A.  That sometimes happened, yes.
21    Q.  And what could cause that to happen,
22  generally?
23    A.  Any of the kind of mix of things that we
24  talked about beforehand.
25    So if a customer hit a bug in Oracle's

260

1  software, hit a defect in Oracle's software that they
2  had not discovered in testing beforehand, but it
3  occurred after the go-live process, that happened.
4    Clearly we encouraged our customers to test
5  very thoroughly before going live, and most did.  But
6  it's fair -- just like it was fairly hard for us to
7  fully test our software, it was fairly hard for
8  customers to fully test their complete use of their
9  software.
10    Q.  So in your experience, did you see customers
11  go live and then hit a defect or a bug that would change
12  their status from live to something different?
13    A.  Generally not.  They would still be live, but
14  there might be some portion in the system that wasn't
15  operating satisfactorily.  So their situation at that
16  point might be kind of live and not working so well.
17    Q.  Now, is there -- what was the criteria that
18  Oracle used to -- when it indicated to either a customer
19  or the public that a customer was live?  How much of the
20  product would a customer need to be using to run its
21  business?
22    A.  How much or how little wasn't really relevant
23  in the customer being live, as I mentioned beforehand.
24  We would consider a customer live if they were using it
25  to run -- to run their business operations or a portion

261

1  of their business operations.
2      We would put a customer on one of our live
3  referenceable lists, you know, if we thought that
4  customer was a happy, satisfied customer.
5      MR. WILLIAMS: I'm going to ask the reporter
6  to mark this document as Wohl No. 14.
7          (Exhibit 14 marked for
8          identification.)
9      MR. WILLIAMS: Q. Ask you to take a look at
10  Wohl No. 14, which is Bates numbered NDCA-ORCL 052556
11  and 557.
12     A. Okay.
13     Q. You recognize Wohl No. 14?
14     A. Looks like a note from me to Mark Barrenechea
15  copying a number of other people, including Larry
16  Ellison, Jeff Henley, Safra, Mike Rocha, Nancy Clark,
17  Boz Elloy, Bret Fuller and Jennifer Minton in response
18  to a note that Mark forwarded from one of his people
19  named Boz.
20     Q. Who is Boz? Do you know Boz?
21     A. Yeah. Boz was in Mark's organization with
22  responsibility for -- I'm not sure. This note kind of
23  makes me think he had responsibility for the support
24  renewal system, which was a CRM product.
25     Q. When you say support renewal system, was it an

262

1  application?
2      A. It was one of the CRM applications that from
3  the context of this note was running as part of the GSI.
4  So it was one of those CRM applications that was running
5  alongside the ERP products.
6      Q. Which was -- well, which was part of the
7  upgrade?
8      A. Which is part of the upgrade; that's correct.
9      Q. And you see where it looks like Boz writes
10  that, "GSI was down for two half days in the last two
11  days. If this continues, OSS will not be able to
12  process the current renewals"? Do you see that?
13     A. Yes, I do.
14     Q. Now, GSI was the process of the upgrade?
15     A. The context of GSI in this case appears to be
16  the entire applications system, that the instance was
17  down for two half days.
18     Q. What does that mean? Is that the entire
19  business? Every application in the company wasn't
20  working for two half days?
21     A. If what this notes says is correct, the entire
22  applications system, meaning all applications and all
23  the people in the eleven countries or whatever that
24  would normally want to log into the applications system
25  were unable to do so for two half days.

263

1      Q. Does that mean that Oracle couldn't run its
2  business for two half days?
3      A. It would -- let's define terms very carefully.
4  So it means for two half days people couldn't put
5  information into or out of the GSI system. Sales reps
6  could still, you know, work with customers to persuade
7  them to buy products, et cetera, et cetera. But an
8  order couldn't be processed in the system for those --
9  for each of those two half days.
10     Q. And do you know why the system was down for
11  those two half days?
12     A. What my note says here is that the downtime
13  problems, which in my response, you know, says
14  two-and-a-half days, were due to a database bug that is
15  now believed to be resolved. That's at the top of this
16  mail note.
17     Q. I see it. So it doesn't have anything to do
18  with the applications then? It's not an applications
19  bug?
20     A. If what I wrote here was, indeed, a correct
21  diagnosis, then it would not have been an applications
22  bug. It would have been -- it says here it was a
23  database bug.
24     Q. Did Oracle change its databases during the
25  upgrade as well?

264

1      A. I don't remember.
2      Q. Do you know why Mark wrote this e-mail to you
3  saying, "Ron, with continued downtime it gets harder"?
4      A. I am assuming he -- I can make an assumption
5  he copied me just as a way of putting emphasis on the
6  fact that for his application to work, the whole
7  instance had to work.
8          Clearly, none of the individual applications
9  could work if the instance was down.
10     Q. And you were in charge of the instance?
11     A. And I was in charge of that instance; that's
12  correct.
13     Q. Do you know whether support was able to
14  recover the $20 million in renewals referred to in this
15  e-mail?
16     A. I do not know.
17     Q. What's an Isis? It is not in that document.
18     A. Isis?
19     Q. Have you heard of Isis?
20     A. Yeah. That was -- I believe that was one of
21  the problem tracking systems used by one of the groups.
22  I don't remember if it was a data center group or
23  different group.
24     MR. WILLIAMS: I'm going to ask the reporter
25  to mark this document as Wohl No. 15.

265

1         (Exhibit 15 marked for
2         identification.)
3         MR. WILLIAMS: Q.  It's Bates No. NDCA-ORCL
4    052567.
5         A.  Okay, I've read this.
6         Q.  Do you recognize Wohl No. 15?
7         A.  It looks like a mail note I forwarded to Steve
8    Miranda in response to a note from John Margozewith to
9    Thomas Michelini, that I was copied on.  And his
10   underlying note appears to refer to a bug with some
11   particular aspect of reconciliation of account payable
12   to general ledger.
13        Q.  As of February 22, Oracle was on -- had
14   upgraded to, I guess, GSI or 11.i; right?
15        A.  That's correct.
16        Q.  You see where on the bottom of Wohl 15, Scott
17   Hein writes -- I'm assuming that's a bug number; right?
18        A.  Actually, let's be specific here, which is, it
19   doesn't say which instance this refers to.
20        Q.  Didn't Oracle upgrade to --
21        A.  Oracle upgraded the U.S. and ten other
22   countries over that weekend.  And I can't tell from this
23   note whether this refers to something in the U.S. or
24   not.
25        Q.  Well, take a look at the last bullet point.

266

1         A.  The last bullet point is a little confusing,
2    because it does say U.S., but it also says 11.0.3, which
3    refers to the prior version.
4         Q.  Which is where I was going.  My question is,
5    as of February 22, 2001, Oracle had upgraded to 11.i or
6    the GSI single incidence; right?
7         A.  That's correct.
8         Q.  And this number, the third bullet point on the
9    bottom of the page, 1116879, is that a bug number, do
10   you know?
11        A.  Let me read it again.  It is either a bug
12   number or an Isis ticket number.
13        Q.  And it says, "The United States accounts
14   payable trial balance not reporting correct data in
15   11.0.3."  What does that mean, if you know?
16        A.  I'm not sure.  I don't know.
17        VIDEOGRAPHER:  Going off the videotape record,
18   the time is 5:43.
19        (Recess, 5:43 p.m. - 5:48 p.m.)
20        VIDEOGRAPHER:  We are back on the videotape
21   record.  The time is 5:48 p.m.
22        MR. WILLIAMS: Q.  Still working with Wohl 15,
23   is it fair to say you understood this communication when
24   you got it back in 2001?
25        A.  I doubt if I would have understood the

267

1    details.  I forwarded it to Steve Miranda, who was
2    responsible for the financial products, with the intent
3    that he would ensure that whatever needed to happen
4    happened.
5         Q.  But you don't write -- or withdrawn.
6         You don't express any confusion as to why this
7    Isis ticket is discussing 11.0.3?
8         A.  No.  I appear to forward this very simply to
9    Steve with no note.
10        Q.  Can you speculate as to why the United States
11   trial balance would not be reporting correct data?
12        MR. GIBBS:  I have to object.  Calls for
13   speculation.
14        MR. WILLIAMS:  That's okay.
15        MR. GIBBS:  I understand.
16        THE WITNESS:  I don't know if that statement
17   is correct.
18        MR. WILLIAMS: Q.  Maybe it is a typo; right?
19        A.  I doubt if it is a typo.  It may have been an
20   old piece of information.  Maybe it didn't work at one
21   point in 11.0.3, and the ticket number was reopened in
22   11i.  Maybe it refers to a system -- maybe the U.S.
23   piece is wrong.  I don't know.
24        Q.  What does it mean when a TAR is bugged?  Do
25   you know what that means?

268

1         A.  I believe what it means is -- the TAR is the
2    technical assistance request, is judged or determined by
3    a support analyst to be a likely product defect, and
4    that that support analyst then logged a bug report.
5         Q.  Okay.  So a TAR doesn't always mean a bug?
6         A.  That's correct.
7         Q.  Did you have -- did you understand what
8    escalated customers were?
9         A.  Oh, in what context?
10        Q.  Well, customers who had purchased 11.i and
11   their issues were escalated, do you know what that
12   means?
13        A.  That meant they were important to resolve.
14        Q.  That meant that they were important to
15   resolve?
16        A.  If you have something you want to show me --
17        Q.  This has nothing to do with what I'm -- I'm
18   going to show you what I want to show you.
19        A.  Okay.
20        Q.  I want to understand if you have an
21   independent understanding of what escalated customers
22   meant when you were at Oracle?
23        A.  Customers needing some particular amount of
24   attention to resolve some issues.  Maybe they had just
25   gone live and had some issues they needed corrected

269

1  quickly.  Maybe they were somewhere in the process of
2  implementation and had some stumbling blocks.  For one
3  reason or another they needed special attention.
4      Q.   So special attention is not just a customer
5  that is implementing that has a problem?
6      A.   That might -- that was often a typical cause
7  of why someone would need special attention.
8      Q.   I see.
9      A.   But not necessarily the only cause.
10     Q.   And did you -- did you do any customer
11  interfacing?
12     A.   Of course.
13     Q.   And -- but you weren't doing sales though?
14     A.   I was not directly responsible for sales, but
15  I clearly would participate in some sales cycles.
16     Q.   In what aspects?
17     A.   As we were trying to persuade customers to buy
18  our products rather than a competitor's, the customers
19  would want to know details about the product, would want
20  to meet the people behind the product.  And as the
21  leader of the development group they would often want to
22  meet me.
23     Q.   So you could have involvement at any stage; it
24  wasn't defined when you might get involved?
25     A.   That's correct.

270

1          MR. WILLIAMS:  Let's ask the reporter to mark
2  this document as Wohl 16.
3          (Exhibit 16 marked for
4          identification.)
5          MR. WILLIAMS:  Q.  It's Bates numbered
6  NDCA-ORCL 094109.  Let me know when you've taken a look
7  at that.
8      A.   Okay.
9      Q.   You recognize Wohl 16?
10     A.   It is a note from Mark Barrenechea to Larry
11  Ellison, Safra Catz, George Roberts and me, where he
12  appears to be describing a customer situation where in
13  order to meet the needs of that customer he wanted some
14  of my teams to develop four new features in the
15  products.
16     Q.   Okay.
17     A.   That he appears to describe to be of value not
18  just to that customer, but to a particular set of
19  similar customers as well.
20     Q.   How can you tell from the document that they
21  wanted new features?
22     A.   The third paragraph of his -- of his document
23  says, "These features are needed for a variety of B2C
24  call centers in a variety of industries.  Per George's
25  and mine discussions with you, you have stated this

271

1  market is not a priority."
2          So, what this discussion appears to be about
3  is whether or not these features are important to build.
4  So they don't -- this document refers to a decision
5  whether or not these features would be valuable to build
6  into the product.  Where Mark is making an argument that
7  they would be valuable, and apparently I must have made
8  an argument at some prior point that these were less
9  valuable than other things our teams were doing.
10     Q.   Okay.  So, where he writes, "There are four
11  open ERP issues," and what's it -- "CVV2 credit card
12  security," and then there is a number, is that like a
13  bug number or something?
14     A.   Both bugs and enhancements were recorded in
15  the bug database, or customer requests, I should say.
16  Judging from the context of these notes, I would expect
17  that these numbers were numbers in the bug database
18  referring to items which were enhancement requests.
19     Q.   Okay.  And the last paragraph, where it says,
20  "If ERP doesn't commit, the cost of the solution and
21  lack of integration will favor Siebel every day of the
22  week."
23         Do you know what that means or what he meant
24  by that?
25     A.   From the context of it, it sounds like this

272

1  was a competitive situation where he was trying to sell
2  some of these CRM products and probably some of the ERP
3  products as well, and Siebel was engaged in the
4  competition.  And that he was really looking for Oracle
5  to build these four features, at least in my products,
6  and presumably he might have to build something in his
7  products, I don't know, in order to persuade the
8  customer that the Oracle solution was better than the
9  Siebel solution.
10     Q.   Now, the four features that are listed here,
11  what modules would they be in within ERP?
12     A.   I'm not entirely sure.  Perhaps accounts
13  receivable.  But I'm not certain.
14         MR. WILLIAMS:  I'm going to ask the reporter
15  to mark this document as Wohl 17.
16         (Exhibit 17 marked for
17         identification.)
18         MR. WILLIAMS:  Q.  And it's Bates numbered
19  NDCA-ORCL 094128 through 137.  You can take a look at
20  the entire thing, or I can just direct you to the
21  sections that I want to ask you about.
22     A.   Let me look at it to understand the context a
23  little bit.  Okay.
24     Q.   Do you recognize Exhibit No. 17?
25     A.   It appears to be a note from someone named

273

1  Meena Patel to George Roberts, copying Larry Ellison,
2  Mark Billiteri, Dick Barnes, Mark Barrenechea, me and
3  Ted Bereswill.
4      Q.  And do you have -- do you have a recollection
5  of this account with Value Visoin?
6      A.  Not really, no.
7      Q.  And you see where it says, Meena Patel writes,
8  "I have attached the following documentation in support
9  of the numerous discussions around the functionality
10  that has been either removed or is lacking based on what
11  was demonstrated to Value Visoin during the sales
12  process."  Do you see that?
13      A.  I see that.
14      Q.  Do you see on the next page, I guess the first
15  little arrow beginning, "Installment Payments"?
16      A.  Okay.
17      Q.  Can you just read that for me, plus the little
18  sentence behind it?
19      A.  "Installment Payment; Split Payments; More
20  than one form of Payment.  This was demonstrated to
21  Value Visoin on March 13, 2000 and is part of the
22  11/5/03 documentation.  Status:  We have learned that
23  this functionality has been removed from order capture
24  due to order management not being able to handle it."
25      Q.  That's fine.

274

1      Now, do you know whether or not -- the
2  installment payments is one of the items that you
3  testified in Exhibit 16 as one of those things that
4  would be an enhancement?
5      A.  What Mark is requesting is that these two
6  documents are consistent.
7      Q.  They aren't or are?
8      A.  They are consistent.  What Mark is requesting
9  in his mail note on Exhibit 16 is that an installment
10  payment be added as a feature.
11      When you asked me what module, I was probably
12  wrong in guessing accounts receivable, if this second
13  document is correct in Exhibit 17, because the status
14  listed in Exhibit 17 said that order management did not
15  have the capability to do it.  Order capture, which is a
16  different module in the CRM suite, apparently if this
17  information is correct that's stated in this note, had
18  tried to build that capability, but couldn't build it
19  successfully without order management having that
20  capability.
21      Q.  Is that your recollection, or is that what
22  you're inferring from --
23      A.  That's what I'm inferring from reading these
24  two mail notes.
25      Q.  Okay.  So, you view that as an enhancement --

275

1  withdrawn.
2      Does it appear the issue here is a
3  disagreement as to which module, whether it's a CRM
4  module or an ERP module, that is supposed to have this
5  functionality?
6      A.  No.  What appears to have happened here is, at
7  least with respect to this one issue, again, if this is
8  correct, that the order capture team in Mark
9  Barrenechea's group tried building something, and if it
10  was indeed demonstrated on March 13th, 2000, did build
11  it and put it in a version of the product, and must have
12  only subsequently realized that that functionality
13  couldn't exist or couldn't work or so due to a
14  limitation of order management, because order capture
15  would have passed information to order management.
16      So this, if it's correct, appears to describe
17  an awkward circumstance where there was a mistake made
18  between the two groups, where one group built something
19  that couldn't work completely.  There wasn't a
20  matching -- you know, there weren't matching features
21  built in two groups that needed to have matching
22  features.
23      Q.  The application in order capture, what you're
24  saying is a CRM module, in order for this install
25  payment, split payment to work, it would need a kind of

276

1  a sister application functionality in order management?
2      A.  That's what I'm inferring from this note.
3      Q.  And that didn't -- and that didn't -- and that
4  had not been developed?
5      A.  And that had not been developed or intended,
6  according to this Exhibit 16.  That's what I'm inferring
7  from this note.  And that obviously created an awkward
8  situation with the customer.
9      MR. WILLIAMS:  Okay.
10      I have plenty more.  We may have hit -- did we
11  hit the two-minute mark?  He gave me a two-minute
12  warning, so to speak.
13      Just for the record, we've asked to continue
14  Mr. Wohl's deposition for approximately four hours on
15  another day.  And hopefully we'll be able to reach some
16  sort of agreement on that.
17      MR. GIBBS:  We're going to consider it and I
18  will get back to you very shortly on that.
19      VIDEOGRAPHER:  This concludes today's
20  proceedings in the deposition of Ron Wohl.  The number
21  of videotapes used is four.  We're going off the record.
22  The time is 6:05 p.m.
23      (Deposition adjourned at 6:05 p.m.)
24
25

Wohl, Ronald  3/23/2006  9:16:00 AM

277

**CERTIFICATE OF WITNESS**

1
2
3          I, the undersigned, declare under
4    penalty of perjury that I have read the foregoing
5    transcript, and I have made any corrections,
6    additions, or deletions that I was desirous of
7    making; that the foregoing is a true and correct
8    transcript of my testimony contained therein.
9
10   EXECUTED this _____ day of _____,
11
12   2006, at _____, _____.
13          (City)          (State)
14
15
16
17          _____
18          RONALD WOHL
19
20
21
22
23
24
25

278

**CERTIFICATE OF DEPOSITION OFFICER**

1
2          I, DIANA NOBRIGA, hereby certify that the
3    witness in the foregoing deposition was by me duly sworn
4    to testify to the truth, the whole truth, and nothing
5    but the truth in the within-entitled cause; that said
6    deposition was taken at the time and place therein
7    stated; that the testimony of said witness was reported
8    by me, a Certified Shorthand Reporter and disinterested
9    person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16          I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20          In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 31st day of March 2006.
22
23
24          _____
25          DIANA NOBRIGA, CSR NO. 7071

Oracle

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2              I, DIANA NOBRIGA, hereby certify that the

 3  witness in the foregoing deposition was by me duly sworn

 4  to testify to the truth, the whole truth, and nothing

 5  but the truth in the within-entitled cause; that said

 6  deposition was taken at the time and place therein

 7  stated; that the testimony of said witness was reported

 8  by me, a Certified Shorthand Reporter and disinterested

 9  person, and was thereafter transcribed into typewriting,

10  and that the pertinent provisions of the applicable code

11  or rules of civil procedure relating to the notification

12  of the witness and counsel for the parties hereto of the

13  availability of the original transcript of the

14  deposition for reading, correcting and signing have been

15  met.

16              I further certify that I am not of counsel or

17  attorney for either or any of the parties to said

18  deposition, nor in any way interested in the outcome of

19  the cause named in said action.

20              In WITNESS WHEREOF, I have hereunto

21  subscribed by my hand this 31st day of March 2006.

22

23

24

25          for  DIANA NOBRIGA, CSR NO. 7071
```