# EXHIBIT 4

1

```
1        IN THE UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                    ---oOo---
4
5
6   In re ORACLE CORPORATION
    SECURITIES LITIGATION
7              FILE NO. C-01-0988-MJJ
8   This Document Relates To:

9   _____/
10
11             CONFIDENTIAL
12      DEPOSITION OF MARK BARRENECHEA
13         Tuesday, July 11, 2006
14
15       SHEILA CHASE & ASSOCIATES
16           REPORTING FOR:
17         LiveNote World Service
18       221 Main Street, Suite 1250
19      San Francisco, California 94105
20         Phone: (415) 321-2311
21          Fax: (415) 321-2301
22
23
24  Reported by:
25  ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

3

```
1              E X H I B I T S
2               (Continued.)
3        DEPOSITION OF MARK BARRENECHEA
4
5   EXHIBIT      DESCRIPTION        PAGE
6   Exhibit 14  E-mail Bates NDCA-ORCL 024862 - 64   250
7   Exhibit 15  E-mail Bates NDCA-ORCL 035280 - 82   251
8   Exhibit 16  Memo Bates NDCA-ORCL 118596 - 97     268
9   Exhibit 17  E-mail Bates NDCA-ORCL 063478 - 80   270
10  Exhibit 18  E-mail Bates NDCA-ORCL 094094 - 97   276
11
12
13               ---oOo---
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
1                I N D E X
2        DEPOSITION OF MARK BARRENECHEA
3                           PAGE
4   EXAMINATION BY MS. WINKLER        7, 292
5   EXAMINATION BY MR. GIBBS          286
6
7
8                ---oOo---
9
10             E X H I B I T S
11
12  EXHIBIT      DESCRIPTION        PAGE
13  Exhibit 1   Subpoena In A Civil Case       143
14  Exhibit 2   Bates NDCA-ORCL 106680 - 106728    156
15  Exhibit 3   E-mail Bates NDCA-ORCL 056965 - 67   166
16  Exhibit 4   Overview Bates NDCA-ORCL 153364 - 69  171
17  Exhibit 5   E-mail Bates NDCA-ORCL 020657 - 63   181
18  Exhibit 6   E-mail Bates NDCA-ORCL 078383 - 84   188
19  Exhibit 7   E-mail Bates NDCA-ORCL 012384       203
20  Exhibit 8   E-mail Bates NDCA-ORCL 078408 - 11   207
21  Exhibit 9   E-mail Bates NDCA-ORCL 078416 - 18   211
22  Exhibit 10  Article Bates NDCA-ORCL 141685 - 87  212
23  Exhibit 11  E-mail Bates NDCA-ORCL 121632 - 35   217
24  Exhibit 12  E-mail Bates NDCA-ORCL 162213 - 16   227
25  Exhibit 13  E-mail Bates NDCA-ORCL 101666 - 70   239
```

4

```
1   BE IT REMEMBERED that on Tuesday, July 11, 2006,
2   commencing at the hour of 8:58 a.m., thereof, at the
3   offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
4   Robbins, LLP, 100 Pine Street, Suite 2600,
5   San Francisco, California, before me,
6   ANDREA M. IGNACIO HOWARD, CSR, RPR, a Certified
7   Shorthand Reporter for the State of California,
8   personally appeared
9             MARK BARRENECHEA,
10  called as a witness by the Plaintiffs herein, who,
11  being by me first duly sworn, was thereupon examined
12  and testified as hereinafter set forth.
13               ---oOo---
14  Appearing as counsel on behalf of Plaintiffs:
15     LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN &
        ROBBINS
16     BY: MONIQUE C. WINKLER, Esq.
           JENNIE LEE ANDERSON, Esq.
17     100 Pine Street, Suite 2600
        San Francisco, California  94111
18     (415) 288-4545
        moniquew@lerachlaw.com; jenniea@lerachlaw.com
19
20  Appearing as counsel on behalf of Defendants:
21     LATHAM & WATKINS, LLP
        BY: PATRICK E. GIBBS, Esq.
22          REES FERRITER MORGAN, Esq.
        505 Montgomery Street, Suite 2000
23      San Francisco, California 94025
        (415) 391-0600
24      patrick.gibbs@lw.com; rees.morgan@lw.com
25
```

5

```
1   Appearing as counsel on behalf of Mark Barrenechea:
2       MANATT, PHELPS & PHILLIPS, LLP
        BY:  JOHN F. LIBBY, Esq.
3       11355 W. Olympic Boulevard
        Los Angeles, California 90064
4       (310) 312-4342
        jlibby@manatt.com
5
6   Also present: James Terrell, Videographer.
7
            ---oOo---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

```
1       THE VIDEOGRAPHER:  This marks the video --
2   beginning of videotaped deposition of
3   Mark Barrenechea. Tape one, Volume I, in the matter
4   entitled In Re Oracle Corporation Securities
5   Litigation, as filed in the United States District
6   Court for the Northern District of California,
7   master File No. C 010988 MJJ.
8       Today's date is July 11, 2006. The time on
9   the video monitor is 8:58. The video operator today
10  is James Terrell, representing LiveNote World Service,
11  located at 221 Main Street, Suite 1250, in
12  San Francisco, California 94105. The phone number is
13  (415) 321-2300.
14      The court reporter is Andrea Howard of
15  Sheila Chase & Associates reporting on behalf of
16  LiveNote World Service.
17      Today's deposition is being taken on behalf
18  of plaintiff and is taking place an 100 Pine Street,
19  San Francisco, California.
20      If counsel will now please introduce
21  yourselves and state whom you represent.
22      MS. WINKLER:  Monique Winkler of Lerach,
23  Coughlin, Stoia, Geller, Rudman & Robbins on behalf of
24  plaintiffs.
25      MS. ANDERSON:  Jennie Lee Anderson of Lerach,
```

7

```
1   Coughlin on behalf of plaintiffs.
2       MR. GIBBS:  Patrick Gibbs from Latham &
3   Watkins for defendants and Mr. Barrenechea.
4       MR. LIBBY:  John Libby, Manatt, Phelps &
5   Phillips for Mark Barrenechea.
6       MR. MORGAN:  Rees Morgan of Latham & Watkins
7   for defendants and the witness.
8       THE VIDEOGRAPHER:  The reporter may swear the
9   witness.
10          EXAMINATION
11      BY MS. WINKLER:  Q.  Good morning,
12  Mr. Barrenechea.
13      A   Good morning.
14      Q   Would you state your full name for the
15  record, please.
16      A   Mark Barrenechea.
17      Q   And your home address please.
18      A   12 Ajax Place, Berkeley, California.
19      Q   Do you have a current business address?
20      A   Yes, I do.
21      Q   Would you state your current business
22  address, please.
23      A   Not sure of the -- kind of the precise
24  number, but it's Park Place in San Mateo, California.
25  I think it's 1200, 1600 Park Place.
```

8

```
1       Q   And what is the name of the business?
2       A   Garnett & Helfrich.
3       Q   What type of business is Garnett & Helfrich?
4       A   Helfrich, yes.  It's a private equity firm.
5       Q   Have you had your deposition taken before,
6   Mr. Barrenechea?
7       A   Yes, I have.
8       Q   How many times?
9       A   Two, three times.
10      Q   In what context have you had your deposition
11  taken?  What type of action?
12      A   Real estate dispute, and I believe in an IP,
13  intellectual property dispute.
14      Q   And for the IP dispute, were you employed at
15  Oracle at the time?
16      A   Yes, I was.
17      Q   Do you recall approximately when that
18  deposition was taken?
19      A   Probably late -- late '90s, late '90s.
20      Q   Okay.
21      A   I don't recall precisely, but somewhere kind
22  of in that time frame.
23      Q   Okay.  Even though you've had your deposition
24  taken before, I'm going to lay out the ground rules
25  for you for what's going to happen here today.
```

9

1　　　First, whenever I ask you a question, I need
2　you to respond out loud so that the court reporter can
3　take down what you say, because she can't note head
4　nods, and head shakes, and things like that; okay?
5　　　A  Yes.
6　　　Q  If you don't understand one of my questions,
7　please let me know, and I'll try to rephrase it so you
8　do understand it; okay?
9　　　Your counsel might object to a question, but
10　you still need to answer it unless he instructs you
11　not to answer; okay?
12　　　A  Okay.
13　　　Q  Also, if we talk over each other, it makes it
14　very difficult for the court reporter to take down
15　what we're saying.  So I'll ask you to try to let me
16　finish before you answer, and I'll try to let you
17　finish answering before I ask another question; okay?
18　　　A  Uh-huh.
19　　　Q  If at any time you need to take a break,
20　please let me know.  I'll ask, if there's a question
21　pending, that you answer that question before we
22　break, but otherwise I'll try to accommodate your
23　needs as much as possible.
24　　　A  Appreciate it.
25　　　Q  Is there any reason why you can't give your

10

1　full and complete testimony today?
2　　　A  No.
3　　　Q  Are you taking any type of medication that
4　may affect your ability to give your testimony today?
5　　　A  No.
6　　　Q  Okay.  Have you ever testified in court?
7　　　A  No.
8　　　Q  Okay.  What is your understanding of why
9　you've been called to give testimony here today?
10　　　A  That I worked at Oracle for a variety of
11　years and worked for, sounds like, one of the
12　defendants in the case, and was part of the senior
13　manager team at Oracle.
14　　　Q  And which defendant did you work for?
15　　　A  Mr. Ellison.
16　　　Q  Have you seen a copy of the complaint in this
17　action?
18　　　A  Only Friday.
19　　　Q  You hadn't seen a copy whenever you were
20　still working at Oracle?
21　　　A  You know, I really thought about it, but I
22　couldn't recall seeing a complaint, but I did see a
23　copy at the end of last week.
24　　　Q  Did you -- do you recall learning of the --
25　this action whenever you were working at Oracle?

11

1　　　A  Yeah, vaguely, you know.  You know, kind of
2　seeing, you know, press releases, but no, I focused on
3　my day-to-day duties.
4　　　Q  What is your understanding of the subject
5　matter of the complaint in this action?
6　　　A  My understanding of the subject matter, well,
7　from the reading of the complaint over the weekend,
8　sounded like the -- how best to say it -- but the
9　allegations are some financial issues, some disclosure
10　issues, and product issues.
11　　　Q  What is your understanding of the product
12　issues?
13　　　A  Well, as kind of alleged in the document,
14　that there were product-quality issues.
15　　　Q  And with which product?
16　　　A  There's a lot of product mentioned in that
17　document, so I would say, in general, the Oracle
18　e-business suite.
19　　　Q  Is that also known as Suite 11i?
20　　　A  That's the -- one of the version numbers of
21　the -- of the suite.
22　　　Q  Okay.  Mr. Barrenechea --
23　　　A  Yeah, actually, I should be a little more
24　precise.  11i is not a version number.  11i.1, 11i.2,
25　11i.3, 11i.4, 5, 6, 7, 8, 9, 10, 11, those are all

12

1　version numbers.
2　　　11i is sort of the -- the e-business
3　Suite 11i is probably the proper product name, and
4　then you have specific version numbers from them.
5　　　Q  So was the e-business suite also known as
6　Suite 11i?
7　　　A  The overall product, right, family, but then
8　it -- it goes to market in specific versions.  Like
9　version 11i would actually be a product that goes to
10　market.  11i.2 would be a product that goes to market.
11　　　Q  Okay.  If I use the term or the phrase
12　"Suite 11i," do you understand that to mean whichever
13　version was -- version of Suite 11i was --
14　　　A  No, I wouldn't.
15　　　Q  Okay.
16　　　A  You'd have to be specific around 11.1, 11.2,
17　11.3, 11.4, et cetera.
18　　　Q  Okay.  Mr. Barrenechea, what is your
19　educational background after college?
20　　　A  After college?
21　　　Q  I'm sorry.  Let's start with after high
22　school.  Let's start with college.
23　　　A  Okay.  I have a bachelors degree --
24　　　Q  Okay.
25　　　A  -- in computer science, and then no degree

13

```
 1   past that.
 2        Q   Where did you obtain your bachelors degree in
 3   computer science?
 4        A   St. Michael's College in Vermont.
 5        Q   When did you obtain your bachelors degree?
 6        A   '86, 1986.
 7        Q   Okay.  What was your first employment after
 8   obtaining that bachelors degree?
 9        A   I was working for a software company in
10   Boston called SDK, a medical -- a medical software
11   automation company.
12        Q   And what type of duties were you performing
13   for SDK?
14        A   I was a programmer programming in a language
15   called MUMPS.
16        Q   MUMPS?
17        A   MUMPS, Massachusetts University Medical
18   Programming Language.
19        Q   That's a new one on me.
20            How long did you remain a programmer at SDK?
21        A   Programmed in MUMPs for about a year and a
22   half.
23        Q   And then did you leave your employment there,
24   or did you start programming in some different
25   language?
```

14

```
 1        A   From there, I think, it moved West to take
 2   another engineering job.
 3        Q   And where was that job?
 4        A   Company called Meta Ware, M-E-T-A, W-A-R-E in
 5   Santa Cruz, California.
 6        Q   Did you start working for Meta Ware in
 7   approximately 1988?
 8        A   Yeah, '88, '89, somewhere in there.
 9        Q   Okay.  How long did you remain at Meta Ware?
10        A   Probably under two years.
11        Q   Did you program the entire time you were at
12   Meta Ware?
13        A   Yeah, I was a programmer.
14        Q   What was your next job after Meta Ware?
15        A   I believe -- thinking all the way back here,
16   I think I moved up to San Francisco working for a
17   company called Tesseract, T-E-S-S-E-R-A-C-T.
18        Q   What did you do for Tesseract?
19        A   I was a programmer/manager.
20        Q   How long did you remain at Tesseract?
21        A   About two years.
22        Q   What did the management responsibilities
23   entail?
24        A   I started to manage programmers, not just
25   program myself, but actually began to manage
```

15

```
 1   programmers.
 2        Q   What did you do after you left Tesseract?
 3        A   Went over to a company called Scopist
 4   Technology.
 5        Q   How long did you remain at Scopist?
 6        A   Two to three years.
 7        Q   Does that take us to the early '90s, '92,
 8   '93?
 9        A   Yes.
10        Q   And what did you do for Scopist?
11        A   Vice president of engineering.
12        Q   What were your duties and responsibilities as
13   vice president of engineering?
14        A   I got to manage people who managed programs.
15        Q   Did you continue to program while you were at
16   Scopist?
17        A   No.
18        Q   What type of products did Scopist make?
19        A   Customer relationship management.  In those
20   days it was not yet termed CRM.  It was scopist
21   focused and customer care automation, sales force
22   automation, and I'd say service automation.
23        Q   Were those three separate products that
24   Scopist --
25        A   Yes.
```

16

```
 1        Q   -- made?
 2        A   Among others.
 3        Q   Okay.
 4        A   But those, I'd say, were the main products.
 5        Q   Okay.
 6        Q   What did you do after you left Scopist?
 7        A   Uh-huh, I joined Oracle.
 8        Q   Do you recall the date that you joined
 9   Oracle?
10        A   I think it was '96, summer of '96
11   approximately.
12        Q   Who did you work for when you first joined
13   Oracle?
14        A   Ron Wohl.
15        Q   What was your initial position at Oracle?
16        A   Vice president of development for sales,
17   marketing, and service products.
18        Q   What are sales, marketing, and service
19   products?
20        A   Oracle had a product line at that point,
21   four, five, six modules, what would become sort of the
22   CRM market over time.  There was a field sales
23   automation module, a sales compensation module.
24            On the service side, there was a field
25   service and depot repair module, and I managed those
```

17

1    teams to build those products.
2        Q    What do you mean when you use the term
3    "module"?
4        A    Module is sort of a product that sort of
5    logically fits together functionally, and typically
6    one that would be sort of priced separately, purchased
7    separately, sort of specific domain expertise around
8    it.
9        Q    And at the time you started at Oracle, were
10   those various modules that you managed or worked on
11   sold separately or sold together?
12       A    Probably both.  I -- certainly sold as sort
13   of individual products, but there may have been, you
14   know, pricing mechanisms to allow customers to buy
15   them in a more bundled fashion, but I don't recall
16   that precisely.
17       Q    And as the vice president, did you manage
18   other employees, or did you actually program yourself?
19       A    I did not program.  I managed people who
20   managed programmers.
21       Q    How many employees did you have reporting
22   directly to you when you started at Oracle?
23       A    75, 100, approximately.
24       Q    And those were all programmers?
25       A    I'd say all within kind of the traditional

18

1    development function which would also include things
2    such as product management, product marketing, QA,
3    documentation, quality assurance, and engineering.
4        Q    And what was Mr. Wohl's position at the time
5    you started reporting to him?
6        A    Senior vice president for application
7    development.
8        Q    Was he the lead person at the company at that
9    time for application development?
10       A    There were two lead individuals.  There was
11   Mr. Wohl and a gentleman named Nimish Metha and Nimish
12   led, what I would call, the industry applications and
13   third-party applications, so Mr. Meta -- Metha, excuse
14   me, managed things such as the communications
15   software, maintenance repair overhaul, I think some
16   specific discreet processing manufacturing modules,
17   among other things.
18       Q    Now, were the modules that were managed by
19   Mr. Metha more the ERP-type modules or were they CRM-
20   and ERP-type modules?
21       A    I'd probably say the majority were ERP, but
22   there were CRM-like things.  CRM was not quite firm
23   yet in the industry.  But looking back, yeah, you
24   could classify some of the things in Nimish's
25   organization are CRM-like.

19

1        Q    Okay.  And would you classify the modules
2    that you were responsible for CRM-like modules?
3        A    Yes.
4        Q    Did any of the modules that fell under
5    Mr. Wohl's purview at the time -- strike that.
6             Were any of the modules that fell underneath
7    Mr. Wohl's purview at the time ERP-type modules?
8        A    Yes.  Things such as Oracle Financials, order
9    management, inventory logistics, human resources from
10   benefits to payroll.  Yeah, I would classify those as
11   ERP.
12       Q    Would you say that the focus -- strike that.
13            What would you say Oracle -- what type of
14   modules did Oracle focus on at the time you joined the
15   company?
16            MR. GIBBS:  Object; vague.
17            Answer if you can.
18            THE WITNESS:  Well, certainly, you know, one
19   measure, not a complete measure, but certainly a
20   measure is where the resources are applied.  If there
21   were close to 1,500 to 2,000 engineers focused on
22   applications, yet 100 or 200 focused on CRM, you could
23   say the majority of the company's focus would be on
24   ERP.
25            BY MS. WINKLER:  Q.  And what you just

20

1    described, was that what was true at the time you
2    joined the company?
3        A    Rough numbers, yeah.
4        Q    What did you do on a day-to-day basis as the
5    VP of development?
6        A    Well, kind of your first duty when you lead
7    an engineering team is making sure there's a sort of
8    clear multi or vision for what you need to bring to
9    market.  So your first responsibility always is
10   ensuring that the product definition is as
11   encompassing as strategic, as impactful as you can.
12            Secondly, you ensure that the kind of
13   resources are best allocated to meet your timetables.
14            Certainly my management style was one of
15   making sure I hired the best, and the team was
16   empowered to deliver their products to market.  That's
17   kind of how the majority of your time is spent, or how
18   I spent my time.
19       Q    And who set the timetables under which your
20   team operated?
21            MR. GIBBS:  Objection; vague.
22            Answer, if you can.
23            THE WITNESS:  I'm sorry.  Could you repeat
24   the question?
25            BY MS. WINKLER:  Sure.

21

1  Q  My question was who set the time tables under
2  which your team operated?
3  MR. GIBBS:  Same objection.
4  THE WITNESS:  I don't completely recall.  I
5  don't recall actually how the schedules are sort of --
6  I mean, is there a particular time period, or even a
7  particular time period?
8  I don't really kind of recall how the exact
9  dates were set, but certainly you always have market
10  pressure, right.  I mean, the standard engineering
11  cycle in software applications usually runs between
12  18 months and two years.
13  So, you know, if I look over my 20 years of
14  experience, you know, typically you try to bring a new
15  product version to market, major product version to
16  market every 18 to 24 months.
17  Is that helpful?
18  BY MS. WINKLER:  Q.  Yes, yes.
19  A  Okay.
20  Q  What did you mean when you used the phrase
21  "standard engineering cycle"?
22  A  You know, it's -- engineering is still very
23  much an art form, if you will.  And, you know, if I
24  just look at my personal experience kind of in the
25  industry, and if I look around, you know, the peers or

22

1  competitors, you know, kind of the market environments
2  I've operated, there seems to be a norm, right.  18 to
3  24 months has to be a reasonable time table to bring a
4  major new version to market.  Maybe "standard" was too
5  strong of a word.
6  Q  What version -- or what version of the
7  product was Oracle selling at the time you joined the
8  company?
9  A  The major version, I think, in Ron's
10  organization was either 10.7 or 10.7SC, which stood
11  for Smart Client.
12  Q  Smart Client?
13  A  Smart Client, yes.  SC, two-letter acronym,
14  SC.  It was either 10.7 or 10.7SC.  I can't recall
15  precisely.
16  Q  Was 10.7SC a more recent version than 10.7?
17  A  Yes, and then in the industry applications, I
18  don't recall what versions those were.
19  Q  The products you focused on were 10.7 or
20  10.7SC?
21  A  That's correct.
22  Q  How long did you remain VP of development?
23  A  A couple of years.
24  Q  'Til approximately 1998?
25  A  Yeah.  It's a little hard to recall, but

23

1  yeah, I'd say two, three years.
2  Q  Okay.
3  A  Maybe closer to two.
4  Q  When you were talking about bringing new
5  versions of software to market, you mentioned market
6  pressures.  What did you mean when you said "market
7  pressures"?
8  A  Well, maybe dynamics is a better way to say
9  it where, you know, you have customer requirements.
10  They're important to meet.  You have your own experts
11  in-house, or product marketing and product management
12  experts.
13  You have your own experts in-house, sort of
14  product marketing and product experts.  You have --
15  there are always competitors in the market, right, who
16  are innovating.  You have system implementers, right,
17  who are advising the market, as well as customers.
18  So I think, I guess, you could lump those all
19  into either the word dynamics, you know, or market
20  pressure.  Probably dynamics is a better word that
21  keeps you innovating as quickly as, you know,
22  reasonable in the market.
23  Q  How did your position change?  You said it
24  changed in two to three years after you joined the
25  company.  What was your next position?

24

1  A  My next position -- actually, I'm not sure I
2  said it changed, but my role did change.
3  Q  Okay.
4  A  After working for Ron for a while, I then
5  went to work for Nimish Metha.
6  Q  Okay.
7  A  And the sales, marketing, and service
8  products, Oracle wanted to put a little more focus on,
9  put some more resource on, and I then went to work for
10  Nimish, and we expanded the team a bit.
11  Q  I want to break that down a little bit.
12  You said Oracle wanted to put a little more
13  focus on the sales, marketing, and service products.
14  How did that come about?
15  A  Well, I mean, customers were asking for more
16  capabilities.  And, you know, Oracle had a very strong
17  ERP foundation on credible customers running their
18  global businesses on ERP.  And, you know, we -- we
19  thought we could continue to enhance our customers'
20  experience by bringing more capabilities to them and
21  was then becoming the customer relationship management
22  market.
23  So like any software company we, you know,
24  put more resources, more focus, hired more people to
25  work on CRM, and decided to bring more capabilities to

25

1  market
2      Q   Who were the people that made that decision
3  to bring in more capabilities to market?
4      A   I would say, collectively, Nimish, myself,
5  Ron, Larry, the management team.  It was a good thing
6  to do.
7      Q   Who was the management team at that time?
8      A   At which time?
9      Q   The time that you decided to bring more
10  capabilities to market.  You're talking about now when
11  you moved --
12      A   Yeah.
13      Q   -- over to work for Nimish?
14      A   Sure, sure.
15          Ron -- Nimish, right.  Nimish Metha,
16  Ron Wohl.  On the development side, Chuck Rozwat and
17  Gary Bloom, who left the company at the time.
18  Ray Lane, still at the company at the time.
19          On the sales side, folks like George Roberts,
20  Sandy Sanderson, and even Pierre Carlo was probably
21  still there at the time
22      Q   Piere Carlo?
23      A   Yeah, Pierre Carlo.  Pierre Carlo was the
24  predecessor to Sergio Giacoletto.
25      Q   So he was working in India?

26

1      A   That's correct.  I think that represented
2  kind of the core of the management team, I think.
3      Q   This was in the late '90s; is that fair?
4      A   Yeah.  Late '90s, maybe early.  Yeah,
5  late '90s.  Hope I didn't insult anyone by missing
6  them, but I think that was the core of the deal.
7      Q   What were -- strike that.
8          What was Mr. Bloom's role at that time?
9      A   Gary led, I believe, to the best of my kind
10  of recollection, support.  He worked for them at the
11  time, worldwide support and renewals, database,
12  database and application -- database and its options,
13  including, I think, what was then, I think, the early
14  version of the Oracle application server.
15          I'm not sure if marketing worked with him,
16  but certainly support renewals, maintenance renewals,
17  and the database and its options.
18      Q   Who do you recall being in charge of the
19  marketing at that time?
20      A   I don't know at that time.  I think
21  Karen White, when I joined Oracle, was still there,
22  and then Mark Jarvis, at one point, became head of
23  marketing, but I don't know.  I can't recall precisely
24  when that transition happened.
25      Q   Okay.

27

1      A   But certainly under my tenure at Oracle,
2  those were the two marketings.
3      Q   Okay.  How about Mr. Lane?  What were his
4  responsibilities in the late '90s, the time frame that
5  we're talking about when you moved over to Nimish's
6  group?
7      A   I think he was president.  I'm not sure what
8  title he carried -- president/CEO, or just president.
9      Q   How did the reporting structure work then?
10  Did you -- did you report to Nimish at the time?
11      A   Yes.
12      Q   And did Nimish report to Mr. Lane?
13      A   Nimish reported to Larry.
14      Q   Okay.  And did Mr. Wohl remain head of the
15  ERP-type side --
16      A   Yes.
17      Q   -- of the applications?
18      A   Uh-huh.
19      Q   And then he continued to report to Larry as
20  well?
21      A   Yes.
22      Q   Okay.  So once you moved over to Nimish's
23  group, how did the focus of your day-to-day duties
24  change?
25      A   It was literally the same thing.

28

1      Q   Were you focused on different types of
2  modules, developing different types of modules?
3      A   I would say functionally the role expanded,
4  but the type of duties, they did not change.
5          We began to define sales a little more
6  broadly, service a bit more broadly.  Given the
7  industry orientation of Nimish's team, we started to
8  think more around verticalization, and specific
9  industries, and the functionality that we'd bring to
10  product in those verticals.
11      Q   What did you mean when you said "the industry
12  orientation of Nimish's team"?
13      A   Oh, well, I think I described it earlier,
14  Nimish led the industry application, and they were
15  called IAD, Industry Application Division, where
16  industries I recall being a bit of a very present
17  focus on the telecommunications, discreet process
18  manufacturing, some retail capabilities.  So
19  industries like that.
20      Q   Okay.  Then you also used the term
21  "verticals."  What do you mean when you use the term
22  "verticals"?
23      A   "Industry" and "verticals" are
24  interchangeable.
25      Q   Okay.  Is it fair to say, at that time you

29

1  started developing products -- strike that.
2      Did you start developing new products at that
3  time?
4      A  Yeah.  I -- I think we -- I think we also --
5  I mean, when I first got to Oracle, we started
6  developing modules.  "Modules" and "products" are
7  interchangeable, as well.  Terminology, engineering
8  terminology.
9      And, yes, while I worked for Nimish, yeah, we
10 began to think about building new modules/products as
11 well.
12     Q  Which new modules and products did you start
13 working on when you started working for Nimish?
14     A  Call center capabilities, I think, was one.
15 I think some of the marketing modules began to expand
16 into like formal new products.  Those are two that I
17 recall.
18     Q  How long did you continue reporting to
19 Nimish?
20     A  You know, I don't have kind of the exact time
21 table, but I don't know if it was a year, year and a
22 half.  But Nimish then left the company, and I was
23 promoted to senior vice president of applications
24 development, then reported to Mr. Ellison directly at
25 that time.

30

1      We did a rebalancing, if you will, of kind of
2  responsibilities in applications.  Another executive
3  or two also left around the same time.  So my group,
4  kind of my newly formed group at that point, you know,
5  included the sales marketing service and kind of the
6  newly developed modules we discussed.
7      The internet store products and some of the
8  e-commerce products came into the group.  Some of the
9  industry product teams that Nimish was working on
10 didn't really kind of make sense to me at that point,
11 so I, you know, in conjunction with Ron, moved those
12 resources into -- and products and responsibilities
13 into Ron's organization.
14     Those things that were ERP-centric we sort of
15 moved to Ron, and those things that were CRM-centric
16 stayed within my newly formed group.
17     Q  Was that the first time that the company,
18 that line was drawn between the areas of
19 responsibility, CRM and ERP?
20     A  No.  For -- not so much of a line, so that's
21 certainly a phraseology I wouldn't use.  But, you
22 know, the CRM-like things.  And, you know, it's
23 blurry.  There were things that were blurry.
24     Certain companies define CRM differently, but
25 to Oracle's definition, you know, when I worked --

31

1  when I first came to Oracle, kind of the CRM-like or
2  centric modules reported to me, and Nimish's -- when I
3  moved over to Nimish's organization, sort of the core
4  of CRM, CRM-like, reported to me, so....
5      Q  But I -- I think I understood you to say that
6  when you moved over to Nimish's organization, some of
7  the ERP-type or the people that worked on the ERP-type
8  modules also reported to Nimish; is that fair?
9      A  Yes.
10     Q  Okay.  But then when you took over the
11 organization, it sounds like the ERP, the people that
12 were working on the ERP-type modules then moved over
13 and reported to Ron?
14     A  Yes.
15     Q  Okay.
16     A  I just wasn't quite sure what you're getting
17 at when you said the first time a line was drawn.
18     Q  Right.
19     A  I just -- not the phraseology I would use.
20 I'm not, you know, an expert in benefits automation,
21 right.  I mean, those are ERP-like skills, right.
22     Q  Uh-huh.
23     A  So I don't have expertise in kind of the GAP
24 accounting functionality you have to build in
25 financials.  So -- so those ERP-like capabilities made

32

1  good sense to, right, to put with right skills and
2  experts.
3      Q  Do you recall when you became senior vice
4  president?
5      A  No.
6      Q  Was it still in the late '90s?
7      A  Could have been, but I don't recall
8  precisely.
9      Q  Is it fair to state then that at that time
10 when you became senior vice president and Mr. Metha
11 left the company, that you and Mr. Wohl held the joint
12 responsibility for the development of applications?
13     A  We were peers in the organization.
14     Q  Was there anyone else at your level who had
15 that responsibility?
16     A  No.  Between Ron and myself, we embodied
17 application development.
18     Q  Okay.  And then both of you reported up to
19 Mr. Ellison?
20     A  Correct.
21     Q  How many people did you have reporting to you
22 at the time you became senior vice president?
23     A  I don't recall precisely, but under 1,000.
24     Q  How were those people divided up?
25     A  First by, I'd say, market.  So there was a

33

```
1   development organization or sales automation,
2   development organization for service and some other
3   functions, and then product management and product
4   marketing, and then certain support functions such as
5   operations and QA.
6       Q  Is it fair to say that the people in the
7   development organization were -- I think you used the
8   term "by market."  Is it also fair to say that they
9   were divided up by people who were working on them by
10  modules, type of module?
11      A  Yeah.  So kind of the rank order is market,
12  and modules fit underneath there.  So the sales
13  modules worked in the sales automation market.
14  Service modules reporting to the head of service.
15      Q  Approximately how many markets did you have
16  at the time under you when you became SVP?
17      A  Best of my recollection, three to six.  Yeah,
18  half dozen.
19      Q  And then under each market, how many modules
20  were they focusing on at the time you started as SVP?
21      A  I don't recall.
22      Q  Okay.  And at some point in time did that
23  change where -- strike that.
24         How did that change over time once you became
25  SVP, if at all?
```

34

```
1       A  It's hard to kind of recall the kind of
2   nuances of the changes of the reporting structure.  I
3   just really don't recall.
4       Q  My question was --
5       A  I just really don't recall.
6       Q  My question was --
7       A  I'm not sure where to go with that.
8       Q  Sure.  I'll try to clarify that a little bit.
9          My question was more focused on the
10  development and what types of products --
11      A  Okay.
12      Q  -- your group was developing.
13      A  You know, sales, marketing -- sales,
14  marketing, service was really kind of, for the most
15  part, the core of what we did.  So, you know, there
16  were certain industries or verticals/industries -- we
17  use the term industries -- that were of importance,
18  but I really don't recall kind of a major shift away
19  from that.
20      Q  Okay.  And what product was the group focused
21  on at the time you became SVP?  Was it still the 10.7?
22      A  I would say kind of the dates, you know, kind
23  of the timetables are a little -- not quite -- I can't
24  recall them precisely.
25         You know, the tentative progression, right,
```

35

```
1   we went from -- Oracle went from 10.7 to 10.7SC for
2   Smart Client.
3          I think we brought a version of CRM to market
4   called CRM 3i, and then the next major version was
5   11i, 11i.1, 11i.2, 11i.3
6       Q  What do you mean --
7       A  Okay.
8       Q  When you -- I'm sorry.
9       A  No, go ahead.
10      Q  What do you mean when you say you "brought a
11  version of CRM to market?"
12      A  We defined the functionality, we built the
13  code, we tested the code, we packaged it, and had a
14  new product.
15      Q  How was that different from what you had been
16  doing previously?
17      A  No different except we just -- we had more
18  functionality and had a new version.  I mean,
19  structurally there was nothing different, if you will.
20      Q  Had Oracle sold products bundled together as
21  a CRM package prior to 3i?
22      A  Bundling is an -- I'm not sure how you use
23  the term "bundling."
24      Q  Let's start with why don't you tell me.  What
25  does the term "bundling" mean to you?
```

36

```
1       A  Okay.  So -- so your question is kind of
2   around 3i?
3       Q  First, if you would define for me what
4   "bundling" means.
5          MR. GIBBS:  Objection.  He didn't actually
6   use the term.  You did, so....
7          BY MS. WINKLER:  Q.  And I'm asking if you
8   have an understanding of what bundling means.
9       A  Bundling can mean everything from nothing,
10  just a marketing term, to a collection of products
11  that you have a specific price for.
12      Q  Did you use the term bundling when you worked
13  at Oracle?
14      A  Probably, but I don't recall precisely, but
15  most likely kind of an industry term, so....
16      Q  And how was it used at Oracle?
17      A  I don't really, you know, recall too
18  precisely.  But, you know, an industry way of using
19  the term is where you may have multiple products,
20  right.
21         Let's use the financials is probably the
22  easiest example here, where you might have general
23  ledger, accounts payable, accounts receivable, cash
24  management, right, kind of the modules, right, series
25  of modules.
```

37

1    You bundle them together and then have an
2    offer called financials --
3    Q   Okay.
4    A   -- right. So that would be a simple example
5    of a bundle. And bundling then could extend into you
6    market it that way, you price it uniquely, and it may
7    be no more than just a marketing message, so....
8        I mean, so the industry term really has quite
9    a bit of variance to it.
10   Q   When did Oracle start, if ever, bundling the
11   various CRM modules together either for marketing or
12   pricing?
13   A   That's a long time ago. We're now going back
14   six, seven years, right. So, you know, I don't recall
15   precisely, but we probably -- Oracle probably
16   blundered -- probably had pricing kind of, you know,
17   pricing programs around CRM 3i, but I don't recall
18   precisely.
19   Q   When you say "pricing programs," do you mean
20   offering a better price if a customer bought more than
21   one module?
22   A   Very possible. But again, I don't recall
23   precisely.
24   Q   Okay. What about marketing? When was the
25   first time that Oracle bundled CRM applications

38

1    together for marketing purposes?
2    A   Sure. I'd probably say -- to the best of my
3    recollection, I'd say with 3i.
4    Q   Okay. Was 3i a product that came about while
5    you were working at Oracle?
6    A   Yes.
7    Q   How was the decision made to bundle products
8    together as 3i?
9    A   There's a very formal pricing team at Oracle,
10   so there are some great experts in there who, you
11   know, helped determine looking at the install base and
12   current pricing, current pricing metrics.
13       Pricing is a very complex process, so there's
14   kind of a unique team that I certainly relied on while
15   I was there.
16   Q   Did the pricing team report to you?
17   A   No.
18   Q   Where did the pricing team fit into the
19   reporting structure?
20   A   You know, I don't recall when, at that time,
21   pricing reported.
22       Jacqueline Woods managed pricing.
23   Q   So if I'm understanding you correctly, you're
24   saying that the -- the decision to bundle CRM products
25   together as 3i was made -- was a pricing decision?

39

1    A   No. You asked me when you decide to price,
2    you know, to bundle pricing, or how did you determine
3    the pricing of a bundle value? I think that was the
4    question, and then I tried to answer that by saying
5    there was a pricing team I relied on to help give us
6    advice.
7    Q   I think that wasn't what I was getting at, so
8    maybe I should ask you a better question.
9    A   Okay. Fair enough.
10   Q   My question or what I'm driving at is how was
11   the decision made to put the products together in one
12   package 3i rather than just selling them individually
13   to the market?
14   A   Well, I'm not sure that's what -- I mean, so
15   I think how you're trying to ask isn't really quite
16   what we decided to do, right.
17       So CRM was a marketing message, right, where
18   companies like Fantive, Clarify, Seibel, and others
19   were going to market with a marketing message called
20   CRM.
21       Just like Verizon goes to market today, it's
22   the network, but you don't buy a network; do you? You
23   buy a cell phone; right?
24   Q   Right.
25   A   So we went to market around a message called

40

1    CRM. We packaged and sold our modules individually,
2    that I can recall.
3        There were, most likely, pricing packages or
4    bundles. I don't recall which ones they were
5    precisely, so....
6    Q   So you're saying that there were pricing
7    packages or bundles prior to the CRM marketing
8    message?
9    A   I'm sure Oracle, as all software companies
10   do, you know, bundle products, you know, into -- into
11   pricing incentives.
12       Just like you can buy Microsoft Office today
13   with one price, or you can buy Word separately, or
14   PowerPoint, or Excel separately.
15       So I'd say the practice of bundled pricing
16   has been in this industry for as long as I've been in
17   this industry.
18   Q   Who made the decision to start using the CRM
19   marketing message?
20   A   Oh, interesting question. I actually don't
21   recall, but it was an industry term; right.
22       So, you know, Oracle did not invent CRM.
23   Oracle did not invent ERP, and prior to ERP it was
24   called MRP, and Oracle didn't invent MRP.
25       These are sort of marketing terms that --

41

1 these are industry terms, I should say, that have some
2 origin.  But whether they come from Gartner, or
3 another vendor, I don't know.
4  Q  Do you recall when the CRM marketing message
5 first entered the market?
6  A  In general?
7  Q  Yes.
8  A  The market evolved, so maybe if I can just
9 describe the evolution a little bit.
10  Q  Sure.
11  A  I'd say in the early '90s, you know, up to
12 the -- you know, up to the '90s from probably the, you
13 know, the 1970, '80 -- '60s, '70s, '80s, actually, the
14 markets sort of evolved from kind of individual
15 products, right, whether it be general ledger,
16 accounts payable.
17   You know, at some point the market evolved
18 from point solutions and financials to kind of an
19 integrated financial package, and then from there it
20 sort of expanded into what the market, I think, would
21 call MRP or Manufacture Resource Planning.
22   There's a term that does not describe at all
23 what the software does, MRP, which included financials
24 and, say, order management, but yet the industry
25 called it MRP.

42

1   From there, I would say lots of other
2 submarkets then sort of emerged.  HR, procurement
3 started to emerge.  Sales, marketing, service
4 functionality started to emerge, and I would say that
5 MRP, plus its kind of satellite functionality kind of
6 then merged into ERP, while this other market, sales
7 marketing service, was still in its point components,
8 and then that kind of morphed into CRM.  So you had
9 CRM/ERP, and those things emerged into an e-business
10 suite.
11  Q  Do you recall approximately when the CRM --
12  A  And that's -- that's sort of a quick 45-year
13 history of applications.
14  Q  The CRM -- do you recall approximately when
15 the CRM piece started to come into the market?
16  A  You know, it's -- it's hard.  I mean, not
17 precisely.  Whether it was the mid '90s, late '90s, I
18 would say probably between 1990, 1995, it was still
19 kind of deemed as individual components.
20   It became clearer that the market definition
21 was changing, and so I don't know.  Somewhere between,
22 say, mid '90s would be my best guess as to when the
23 term CRM came to market.
24  Q  Somewhere around the time when you joined
25 Oracle.

43

1  A  It's possible, but I really don't recall.
2  Q  Okay.  Do you recall having internal
3 discussions at Oracle about the CRM marketing message?
4  A  I don't recall, but I'm sure I had.
5  Q  Did you have regular meetings with people
6 from the marketing group at Oracle?
7  A  Is there a particular marketing group you're
8 interested in?
9  Q  I think you mentioned a group led by
10 Mr. Jarvis.
11  A  Uh-huh.
12  Q  Was there -- was there another marketing
13 group at Oracle?
14  A  No.  I just wanted to -- you know, the term
15 marketing, right, there's product -- product
16 marketing, and then sort of corporate marketing.
17   Yeah, I'm sure I had conversations with
18 Mark Jarvis around marketing strategy.
19  Q  Which one of those groups, product marketing
20 or corporate marketing, did Mr. Jarvis lead?
21  A  Definitely corporate marketing.  Product
22 marketing -- I would say product marketing was sort of
23 split between organizations.
24  Q  Describe that split for me.
25  A  I'd say the corporate marketing function

44

1 provided support services to engineering where they
2 would help with market research into those individuals
3 who had sort of the responsibility of then helping
4 define the product.  So I describe the split between
5 research and then sort of the applied science.
6  Q  So you're saying that the product marketing
7 group was the applied science part of it?
8  A  So the -- so the product marketing function
9 was split.  You happened to ask me to help you
10 describe the split.  One split was sort of research
11 working with Gartner, and Forrester, and others,
12 customers to help define requirements.
13   Those requirements then sort of move over
14 into the engineering function, right, to then help
15 actually synthesize all that research into a vision
16 statement and into product release plans.
17  Q  So taking -- I'm sorry.
18  A  And other companies, right, or other kind
19 of -- you know, again, we're kind of at an art form.
20 You know, what's the best way to try to organize an
21 engineering organization?
22   Certainly, you know, product marketing and
23 some organizations are together, and some companies,
24 they're different, they're separated.  Some companies
25 they're split.  So, you know, the Oracle methodology

45

1  had them sort of separated
2      Q  And Mr. Jarvis was in charge of?
3      A  Corporate marketing.
4      Q  Corporate marketing, and the corporate
5  marketing group provided research services to the
6  product marketing group --
7      A  Yes, yes.
8      Q  -- is that fair?
9      A  Yeah.
10     Q  Okay.  Who was the product marketing group?
11     A  Who led the product marketing group?
12     Q  (Counsel nods head.)
13     A  I think Lisa Arthur led the product marketing
14  group.
15     Q  And did Lisa Arthur report to you, or to
16  Mr. Wohl, or how was that structured?
17     A  I think Lisa worked for me for a while and
18  then moved over to work for Mark for a while.
19     Q  When you say she moved over to work for Mark,
20  did that mean product marketing became part of
21  corporate marketing?
22     A  Yeah, I don't remember precisely, but I -- I
23  do recall Lisa, at some point, went over to work for
24  Mark.
25         I think another individual came into my

46

1  organization, Juliette Sultan, and Juliette and Lisa
2  worked kind of in conjunction on responsibilities of
3  market research hoping to find what the next version
4  of the product would be, et cetera.
5      Q  Describe for me more what they did to help
6  define what the next version of the product would be.
7      A  The product -- marketing and product
8  management functions portion, they aren't kind of
9  precise terms here, right.  I'm trying to be as kind
10  of inclusive as I can -- product marketing/product
11  management.
12         You try to listen to as many constituencies.
13  You try to listen to analysts, industry analysts.
14  Again the Gartners, Forresters, Metha, et cetera.
15         You listen to customers.  You bring feedback
16  in from system implementers.  You rely on your own
17  experts, as well as internally, and you typically
18  build sort of a very long wish list of what you'd like
19  to do.  I've never found an engineering organization
20  that doesn't want to try to do 100 things in a time
21  table where you can only do 50.
22         So the product management -- management
23  product marketing function goes out and listens to all
24  those constituencies, all the stakeholders, right,
25  engineering stake holders and helps try to synthesize,

47

1  right, all those requirements into sort of a -- into a
2  vision statement, a plan for the engineering team to
3  then take and say, well, you know, of these
4  requirements, we think this is what's doable in a
5  particular time table.
6      Q  And?
7      A  So their function is to really bridge the
8  stake holders to try to be inclusive and listen around
9  the best capabilities that we could bring to market.
10     Q  When you were the SVP, how did -- how did
11  they bring that statement?  How did it move from the
12  marketing to the actual programmers?
13     A  Yeah.  I'm thinking.  I'm going a long way
14  back.  This is 2006, right.  This is 1999, 2000.
15         You know, sometimes it ran the gambit from
16  something as informal as a list kind of in Excel, all
17  the way through formal -- I would say formal is the
18  wrong word -- into sort of Pros document.  Sort of ran
19  the gambit from maybe just a bullet point one through
20  100 kind of thing in Excel.  It was kind of there is a
21  list of requirements all the way through kind of a
22  Pros document describing what to build.
23     Q  Did you regularly meet with Ms. Sultan or
24  Ms. Arthur during that time frame?
25     A  I don't know if we had, you know, standing

48

1  regular meetings, but we met as required through that
2  time.
3      Q  What role did Ms. Sultan or Ms. Arthur play
4  in bringing the 3i, the CRM marketing message at
5  Oracle, bringing that about?
6      A  Yeah, I don't recall precisely.  I mean,
7  their job titles would indicate they played a role,
8  but I don't remember precisely.
9      Q  What was your role in -- in that?
10     A  In?
11     Q  In bringing the CRM marketing message to
12  fruition at Oracle.
13     A  CRM marketing message.  Well, I was mainly
14  responsible for development; right.
15     Q  So did the way it work the -- was the
16  decision made to use that marketing message first, and
17  then you became responsible for development to fit
18  within that marketing message?
19     A  Yeah, I thought you were sort of maybe asking
20  a slightly different question.  I don't recall kind of
21  the precise sequencing and timing, right, but they
22  were probably pretty close to each other, right.
23         It's not like we built something and fit it
24  into a marketing message.  The two kind of went hand
25  in hand along the way, but precise timing, I don't

49

1 recall.
2 Q   What do you mean when you say the two went
3 hand in hand along the way?
4 A   Well, we wouldn't, you know, build a shoe and
5 then call it a sweater.
6 Q   Sure.  I understand that.
7 A   Right.
8 Q   I guess my question was, though, was the --
9 did you start working toward -- in development --
10 working toward having a CRM product after some
11 internal decision had been made that that was the
12 message or that was the product that Oracle wanted to
13 sell?
14 A   Yeah.  I don't remember precisely, but, yeah,
15 I think when we started working on 3i, we knew it was
16 going to -- you know, you always have the individual
17 modules, right, because that's kind of the least
18 common.
19  I mean, that's kind of the automaton, right,
20 when you have a field service module, you have a GL
21 module, you have the order, you have a pricing module.
22 You always have those discreet pieces, and then those
23 things roll up into families like financials auto
24 management sales.
25  I would say with 3i, it was pretty evident

50

1 that we were going to call it CRM.  I don't remember
2 the precise timing, you know, how far it was separated
3 from the marketing message, but it became kind of
4 clear along the way, right, I think that was going to
5 be called CRM.
6 Q   And --
7 A   But I don't remember the precise sequencing.
8 Q   Why do you say that?  Why do you say it was
9 evident that it was going to be called CRM?
10 A   Market.  Market was calling it CRM.
11 Functionality looked pretty integrated to us, and our
12 customers were asking for it.
13 Q   Were those the factors, or was the
14 customer -- was the fact that the customers were
15 asking for it, was that a driving factor behind making
16 a decision to sell a CRM product?
17 A   In my opinion, yes.
18 Q   Were there other factors?
19 A   I think you -- I think you -- I think --
20 good -- let me try to say that.
21  Again, development is an art form, but
22 certainly the way I apply the art form is.  I think
23 customers are very important, and you listen to their
24 requirements.  You listen to your experts, try to hire
25 the best, and rely on them, and -- and then you have

51

1 industry analysts, right, who are paid or funded,
2 right, by customers to be a kind of a sounding board.
3  I'd say those kind of stake holders are kind
4 of the constituencies I've always tried to listen to
5 in determining what products to bring to market, what
6 functionality within those products, and then how best
7 to message and position those products, and that
8 messaging and positioning equals marketing message, in
9 my opinion.
10  Is that helpful?
11 Q   (Counsel nods head.)
12 A   Okay.
13 Q   Once Oracle began selling the 3i product?
14 A   Yeah.
15 Q   Did it continue to sell the individual
16 modules, the module that you were responsible for
17 individually?
18 A   Yeah.  I think, as I indicated earlier,
19 modules always were sold.
20 Q   You mean they were always sold individually?
21 A   They were always -- to the best of my
22 understanding for my tenure at Oracle, you could
23 always buy a module.  And that makes sense, right,
24 because you have customers.  You always try to kind
25 of -- you know, you allow customers to make the

52

1 decisions on how they want to purchase and deploy, and
2 maybe they are running financials or order management.
3 They just want sales compensation, right, which is a
4 sales module.
5 Q   And if a customer bought a sales
6 compensation, for example, if that was the only CRM
7 module that they bought --
8 A   Sure.
9 Q   -- at the time, Oracle was on the 3i product,
10 was the customer then deemed to be using 3i?
11 MR. GIBBS:  Objection; vague.
12 You can answer, if you can.
13 MR. LIBBY:  Join in the objection.
14 THE WITNESS:  Products continue to carry the
15 version numbers, so they would be running on the
16 Oracle database, and whatever version that was they
17 would be running on the Oracle client forms, whatever
18 version that was.
19 They'd be running on ERP, or multiple
20 versions of ERP, or multiple versions of the database,
21 and they'd be running whatever version number it was
22 for the CRM component.
23 BY MS. WINKLER:  Q.  And the 3i was a version
24 number?
25 A   Yes.

                  

53

```
 1      Q  Okay.  You mentioned client forms.  What
 2   were --
 3      A  Oracle forms.
 4      Q  -- client forms?
 5      A  Oracle client forms.  It's a product.
 6      Q  And who was responsible for that product?
 7      A  Sohaib Abassi.
 8      Q  Was Sohaib someone who reported to you or
 9   Ron, or did he report directly to Larry?
10      A  Reported directly to Larry.  Oracle Forms is
11   a technology.  It's a product that you build your
12   applications in, so Oracle APS used Oracle Forms.
13      Q  And for what reasons did customers purchase
14   Oracle forms?
15      A  To build their own applications.
16      Q  For your tenure at Oracle, did Oracle always
17   continue to sell the Oracle forms product?
18      A  I think so.  That's my understanding.  It
19   might have changed names along the way.  It may have
20   changed to jDeveloper, but you should ask a forms
21   expert.
22      Q  Was the Oracle forms product, whatever name
23   it was known as, ever sold as part of -- was it ever
24   sold as part of a CRM package?
25      A  Not that I'm aware of.
```

54

```
 1      Q  Was it ever part of the Suite 11i or one of
 2   the versions of 11i?
 3      A  I actually don't know the pricing or
 4   licensing mechanism of Oracle -- Oracle Forms, so....
 5      Q  At some point in time then, going back to
 6   kind of the development progression, you indicated you
 7   moved from 3i to then -- 11i was the next version?
 8      A  Uh-huh.
 9      Q  How did that come about?
10      MR. GIBBS:  Objection; vague.
11      You can answer, if you can; lack of
12   foundation, too.
13      THE WITNESS:  How did that come about?
14      I don't recall precisely.  I don't recall
15   precisely.
16   BY MS. WINKLER:  Q.  Did your organization,
17   at some point in time, change the focus of what it was
18   developing?
19      MR. GIBBS:  Objection; vague.
20      MR. LIBBY:  Join.
21      THE WITNESS:  Could you repeat the question,
22   please?
23      BY MS. WINKLER:  Sure.
24      Q  Did your organization, at some point in time,
25   change the focus of what it was developing?  I'm
```

55

```
 1   talking about now once you've become the SCP.
 2      A  No.  We stayed focused on -- I'm going to use
 3   the term CRM for now --
 4      Q  Okay.
 5      A  -- since we've gone from 1960 to 2000 or so.
 6      No, we remained focused on CRM.
 7      Q  What changed, if anything, that your
 8   organization did when Oracle moved to 11i?
 9      A  I would say we -- we found -- you know, we --
10   we -- we -- there were techniques that sort of
11   optimized what we were doing.
12      I would say, you know, the term integration
13   became -- there were new ways, better -- more
14   efficient ways, I think, more customer beneficial ways
15   to do integration.
16      Q  What do you mean when you use the term
17   "integration"?
18      A  Data integration; right.  Making sure that --
19   you know, applications automate business processes.  I
20   mean, that's what applications do.
21      Like Microsoft Office increases reports to
22   increase -- versus productivity.
23      Applications automate business processes.
24   And with 11i, just like in any release, any release
25   cycle, you know, you add new functionality, you
```

56

```
 1   conceive of -- you know, through your, you know,
 2   constituencies, new functionality, you want to bring
 3   into the market.
 4      Market requirements change, right.  One
 5   point, there wasn't a Euro.  You had to bring the Euro
 6   into the suite.  At some point, you know, one point
 7   there wasn't Sarbanes Oxley, right, yet you needed to
 8   automate that within your applications.
 9      There wasn't Graham Leach, and you needed to
10   bring those capabilities into your product.
11      Customers began to do business in a very
12   different way, and thus you discover a new
13   functionality, right, that you want to bring to the
14   product.
15      I'd say with 11i, you know, through customers
16   or stake holders, we realized that we could continue
17   to enhance the business processes we automated by even
18   more data integration.
19      How that came about in the kind of specific
20   moment, I don't recall, but I would say conceptually
21   that was certainly a -- a strong theme for the
22   release.
23      Q  A strong theme for the release?
24      A  Yes.
25      Q  Was data integration something that was part
```

57

1  of 3i?
2      A  Absolutely.  It was there with 10.7SC.  It
3  was there with 10.7.  It was there with 10.  It was
4  part of 10.
5      Q  If you could, define for me more what you
6  mean by "data integration."
7      A  Okay.  You're asking an engineer.
8      Q  I am, yes.  It's a brave question.
9      A  Yes.  I presume you don't mean like table
10  names like aurid, star, customer underbar.
11      Q  I don't.
12      A  Okay.
13      Q  What I'm really asking you is if you can dumb
14  it down for me to the layman's understanding.
15      A  Okay.  So data integration -- so I think it's
16  easiest to kind of conceptualize when you think of the
17  major product families within the Oracle applications,
18  think of financials, order management, right, which is
19  a series of products.
20      Financials is a series of products, order
21  management is a series of products.  Think of Oracle
22  sales as a series of products, and those -- as an
23  example, those three families share a common data;
24  right.
25      If you're sending an invoice to a customer or

58

1  an invoice -- a customer is paying a purchase request
2  or approving a purchase request, if you book an order,
3  or you have a customer contact, it would be nice if
4  that customer information was the same.
5      That customer information being the same is
6  what I would describe as data integration.  That,
7  within the fiscal data store, which is an Oracle
8  database, the applications where it makes sense,
9  shares the same data.
10      Q  So was that true of the applications within
11  Suite 3i, or I don't think it was known as suite.  Was
12  it true of the applications in 3i when 3i was
13  marketed?
14      A  You know, integration progresses, right.
15  It's progressed over 30 years.  Every release, right,
16  the definition of integration -- of integration
17  changes, but I think there's sort of a market standard
18  where you can kind of stand up and say you're
19  integrated, right.
20      I mean, I remember Microsoft in the early
21  days saying their desktop was integrated, but you
22  bought Word separately than Excel, right.  The two
23  didn't really operate at the time, yet they were
24  integrated, right, and their market definition was
25  integrated.  It was integrated to the operating

59

1  system.
2      Over time Word and Excel became somewhat
3  integrated, and then Office was integrated, yet
4  released after releasing -- there's more integration,
5  but to a customer -- to a market definition, it's
6  integrated.
7      Financials was integrated, right.  And then,
8  you know -- you know, MRP came to ERP, and that became
9  integrated.  Sales marketing service had integration
10  back into 10.7.  Then with release 11, they were still
11  integrated.  And, you know, there are more
12  integrations that happen all the time.
13      Q  When you say "more integrations," do you mean
14  more points of integration?
15      A  No.  I mean, you know, the market definition
16  changes, right.  I mean, whether it be the Euro which,
17  you know, wasn't in place in 1995.  Sarbanes Oxley,
18  which wasn't in place in 1999.  Requirements like
19  advanced marketing, like coupon management, wasn't
20  kind of conceived of.
21      So any time you bring a product to market,
22  right, you think of more functionality, and that
23  functionality, you know, creates, you know, and
24  expands the amount of data that you need to integrate.
25      But your base question, was 3i integrated,

60

1  yeah, I'd say to the -- to our definition and to
2  the -- to a market standard or a reasonable market
3  definition, yeah, it was integrated.
4      Specifically, right -- I mean, I'm just now
5  recalling certain integration points, right, or
6  examples.  Multi-org structures were integrated.
7  Currencies were integrated, certain definitions were
8  integrated.  Sales compensation had to read general
9  ledger codes and account payables codes, right, to be
10  able to then feed into payroll, right, as an example
11  of how 3i was integrated to ERP.
12      I'd like to take a break, if I can.
13      Q  Sure.  Yeah, definitely.
14      A  Okay.
15      THE VIDEOGRAPHER:  Off record at 10:09.
16      (Short break taken.)
17      THE VIDEOGRAPHER:  On record at 10:19.
18      THE WITNESS:  Thank you for the break.
19      BY MS. WINKLER:  No problem.
20      Q  Going back to when Oracle released the 3i
21  product, was ERP part of the 3i product, or was 3i
22  just a CRM product?
23      A  I don't recall the kind of ERP kind of
24  release schedule, but there's no doubt there -- you
25  know, we -- we relied on ER -- the CRM functionality

61

1 relied on the ERP functionality significantly, and
2 certainly the greatest opportunity.
3 　　　One of the important opportunities for any
4 software company is the install base, right. I mean,
5 Oracle had been in the applications market for 20 --
6 approximately 20 years, and 20 years of, you know,
7 customers running their business on Oracle, and that
8 was an important -- one of the important opportunities
9 to make sure that someone was running 10.7 Smart
10 Client. They could run Oracle sales compensation.
11 　　　If they were running 10.7 Smart Client,
12 right, they could run depot repair or field service.
13 　　Q  So you mean the install base was an
14 opportunity to sell a product, too?
15 　　A  It -- it was an opportunity to sell a
16 product. It was also an opportunity to delight a
17 customer.
18 　　Q  To delight a customer?
19 　　A  Absolutely.
20 　　Q  But when you would use the phrase "install
21 base," do you mean the customers who had already
22 purchased products?
23 　　A  Yeah.
24 　　Q  Okay.
25 　　A  Purchased, and are operational, and are

62

1 running the software.
2 　　Q  Okay. Was -- at the time when Oracle
3 released 3i, was ERP -- were the ERP releases known by
4 the same name? At some point in time, was there a 3i
5 ERP release?
6 　　A  I don't believe so.
7 　　Q  Okay. Was there a 10.7SC? Were there 10.7SC
8 ERP products?
9 　　A  10.7SC, yes. There were ERP 10.7 Smart
10 Client products.
11 　　Q  Okay. What was the next ERP product that was
12 released after 10.7SC Smart Client products?
13 　　A  I don't really recall the ERP kind of release
14 schedule between 10.7 Smart Client and 11i.
15 　　Q  Okay.
16 　　A  There may have been, but not my area of
17 responsibility, and I don't recall.
18 　　Q  Okay. What did you mean when you said the
19 CRM relied on the ERP functionality?
20 　　A  So we're kind of using market kind of terms,
21 ERP, CRM. There was also a nucleus -- how best
22 to -- instead of building kind of redundant
23 operational capabilities in engineering, there were
24 kind of core functions that many of us shared from --
25 from the ability to release software, the ability to

63

1 have testing environments.
2 　　　Certain kind of techie kind of components
3 that we shared in common, one which may be familiar,
4 with is called AOL, the Applications --
5 　　Q  Applications Online Library?
6 　　A  Is it online or Oracle? Online?
7 　　Q  It's one or the other.
8 　　A  Yeah, "O" stands for something. I think the
9 Application Object Library, AOL. That was managed by
10 Cliff Godway, who worked for Ron, so we used AOL.
11 　　　You know, it set -- when you logged onto the
12 software, it gave you, as an end user of the software,
13 certain positions. Who am I? What do I have access
14 to? What organization structure am I in?
15 　　　And by "organization structure," I mean, am I
16 part of the finance team? Am I part of -- what roles
17 and responsibilities do I have logging into the
18 software?
19 　　　Global companies sometimes set up what's
20 called multi-tenant capabilities where you might have
21 your Citi Group, just as kind of an example, where you
22 may have banking org structure, you may have a retail
23 org structure -- just using this conceptually -- you
24 may have Travelers as an org structure.
25 　　　So being able to set that context, as you log

64

1 in, we relied on that kind of techie common object
2 called AOL, which is part of the ERP organization and
3 ERP tech stack and was integrated into the
4 applications and we relied on heavily.
5 　　Q  And that --
6 　　A  So in that respect we relied on.
7 　　Q  Okay. And that's something that you would
8 describe as ERP functionality?
9 　　A  Managed by Ron, but it was common.
10 　　Q  Okay.
11 　　A  So it just would have been silly for me to
12 take it, copy it, and build my own, and then have that
13 type of, you know, redundancy. But Ron managed it,
14 and we worked together on kind of defining it, using
15 it.
16 　　　I wouldn't have described it as ERP. I'd
17 kind of describe it as part of the base of the
18 product.
19 　　Q  Because you used the phrase "relied on ERP
20 functionalities."
21 　　A  Yeah.
22 　　Q  That's what I'm trying to get at --
23 　　A  So let me --
24 　　Q  -- what ERP functionality?
25 　　A  So then I probably misspoke.

65

1    Q.  Okay.
2    A.  I've been relying on those kind of common
3  techie components like AOL.
4    Q.  Okay.  And how, if in any way, was relying on
5  those techie components like AOL, how was that related
6  to integration?
7    A.  Well, if you logged -- if you logged onto an
8  ERP module, you could log onto a CRM module, and that
9  way users were integrated.
10   Q.  Okay.
11   A.  Which is kind a good second example of
12  integration, right.  We talked a little bit about data
13  integration.  I would say the user experience we also
14  attempted, right, to have integration.
15       We coined a term called BLAF, B-L-A-F,
16  browser, look and feel, BLAF.  So, you know, the
17  colors, the pallet of the screen, the way the menus
18  were laid out, would look common across the software.
19       So that's another example of integration.  I
20  describe that as the user experience being integrated.
21   Q.  Earlier you said that the -- the company --
22   A.  And AOL helped us do that.
23   Q.  -- the company had a reasonable marketing
24  definition of integration.
25       Was that -- did that include the user

66

1  experience integration you've --
2    A.  Yeah.
3    Q.  -- just discussed?
4    A.  Uh-huh.
5    Q.  As well as the data integration?
6    A.  Yeah.
7    Q.  Okay.  And how did --
8    A.  In fact, there was a dedicated team who
9  actually -- I'm trying to find the right word.  The
10  word that came to mind was pleased -- but actually
11  sort of was a common team reporting into, I think it
12  was, over in either Gary Bloom's organization or what
13  was the organization after Gary left.
14       Dan Rosenberg led their UI team and UI
15  standards team where I could go to, my team could go
16  to and go, "Hey, here's the UI we're trying to build.
17  We want to make sure it looks the same, right, same or
18  as similar as possible across all the modules.  You
19  know, can you help us make it look that way?"
20       And there was dedicated -- there was a
21  dedicated team and dedicated resources in doing that.
22  In fact, there were usability labs we could go to and
23  actually say "Yeah, you're using the standard."
24       So if you were in the procurement module, or
25  an HR module, or an order management module, or sales

67

1  module, it would look integrated.
2    Q.  And UI means user integration?
3    A.  Yeah, UI means user interface.
4    Q.  Interface; okay.
5       In order to -- strike that.
6       Tell me what user interface means.
7    A.  User interface, think of it as the screen,
8  right.  I mean, the technology is very layered, right.
9       You have the screen, like an order entry
10  screen.  You know, type in customer number, address,
11  line items, the screen, and the form of that screen I
12  would call the user interface.
13       Where are the buttons, right?  What's the
14  color of the buttons?  Where do I clip to pull a
15  drop-down box?  How do I hit -- you know, what's the
16  save button, right?  That would be the user interface.
17   Q.  Okay.  And the user interface was then
18  something that was considered as part of the product
19  being user integrated?
20   A.  I would say I certainly considered it part of
21  what integration meant.
22   Q.  Okay.  What -- what else fell into the part
23  of integration that you described as user integration?
24   A.  So first the experience, right.  Kind of the
25  coloring, the palleting.  Applications are complex,

68

1  and I apologize if this is too techie, but this is how
2  I would describe it.
3       Certain type screens would have something
4  called a master detailed relationship.  So maybe you
5  have a master order, and then below that on the screen
6  would be the detail of that.
7       We set out a standard to say, if you ever did
8  master detail-type functions, master was on top,
9  detail was on bottom.
10       So if you were an order entry clerk, and you
11  became an accounts payable clerk the next day,
12  software would look integrated and familiar so you
13  would have to -- so we -- you know, so we attempted to
14  have that commonality across the screens, and there
15  was a dedicated team.
16       Dan Rosenberg helped us, you know, make sure
17  across the many modules that was integrated.  So
18  that's one form of what user -- how a user interface
19  was integrated.
20       Colors, menuing.  And I would call kind of
21  functional components of, like, display theory.  Let's
22  call it display theory of master detail as another
23  form of an integrated user experience.
24   Q.  Were these things that you just described all
25  responsibilities of the UI Group?

69

1      A  So each of the development teams, you know,
2  whether it be accounts payable, general ledger, field
3  service, they build their products to -- to their
4  functional definition.
5          By using AOL, a common component, you get
6  access to certain widgets, like a drop-down box and
7  button, then can put on your screen.
8          And then as part of development methodology,
9  you get to go to this centralized team to say What do
10  you think of my screen? Does it look okay? Do you
11  think it meets the standard for integration,
12  et cetera?
13      Q  Okay.
14      A  It's really quite a -- it was really quite --
15  you know, I looked kind of, in my experience, wherever
16  I worked, it was really kind of an advanced way of
17  getting a -- a really world class way of getting
18  integrated user experience.
19      Q  Okay. Going back to the reasonable marketing
20  definition of integration, how did Oracle come up with
21  that reasonable marketing definition of integration?
22          MR. GIBBS: Objection; lack of foundation;
23  and vague.
24          Answer, if you can.
25          THE WITNESS: I don't know how Oracle came up

71

1  components.
2          So I would -- I wouldn't say -- I mean, I
3  guess what I'm struggling with is, you know, kind of
4  what's the rallying point at any given release, right,
5  because I try to put it in context of an industry
6  practice, and I would say that business process
7  automation was probably more the rallying point which
8  resulted in strong integration within the products.
9          But my point was, you know, automating
10  processes like, you know, from campaign to lead, lead
11  to quote, right, quote to order, order to cash, cash
12  to pay. And if that is a goal, then the user
13  experience has to be, you know, integrated. Common
14  technology has to be leveraged, and the data needs to
15  be integrated.
16          BY MS. WINKLER: Q. When you say business
17  automation --
18      A  Business processes.
19      Q  Business processes automation --
20      A  Yeah.
21      Q  -- was more of the rallying point, are you
22  talking about 3i and 11i?
23      A  I would say with 3i, kind of the business
24  processes within CRM were a priority, and then with
25  11i it became more expansive.

70

1  with it.
2          BY MS. WINKLER: Q. How was it communicated
3  to you, if -- if at all?
4      A  Again, I try to describe a little bit of
5  our -- of the then current work called methodology of
6  trying to gather feedback from all the constituencies
7  from all the way from the analyst community through
8  our own experts.
9          And, again, that was kind of the -- kind of
10  the eucharistic we operated under to come up with the
11  definition of the next release, whatever that next
12  release was, whether it was 10.7, 10.7 Smart Client
13  3i, 11i.1, 2, 3, 4, 5, 6, 7 8, 9, 10, 11.
14          And as business processes expanded from order
15  to cash, cash to pay, as those things expanded,
16  departments expanded, so.....
17      Q  So was there a definition of integration that
18  was required for 3i or was part of 3i?
19          MR. GIBBS: Objection; vague.
20          Answer, if you can.
21          THE WITNESS: The focus was more around
22  business process, and then the things required to
23  deliver are to those business processes which was an
24  integrated user experience, as much common technology
25  as possible, integrated data across the major

72

1      Q  What was the common -- you talked about the
2  common technology.
3      A  Yeah.
4      Q  What was that?
5      A  First and foremost, the database. Actually
6  having your applications run in the database, which
7  today may seem completely obvious to customers. But
8  in the late '90s and early 2000s, I'd say it wasn't.
9          So Oracle's applications first and foremost
10  relied on the best integrated technology, which was
11  the Oracle database, and used Oracle database very
12  heavily to build applications. All the way, I think,
13  through techniques in the Oracle database from PL
14  sequel, to materialize views, through indexing, and
15  all kind of the data strength of the Oracle database.
16          I'd say the second piece of technology was
17  the components, right, to provide integrated software
18  where Oracle forms, right. A common technology of
19  offering kit, actually writer applications. And then,
20  thirdly, kind of the augmented common technology like
21  AOL.
22          So I'd say those are probably the three big
23  ones I recall. Clearly the database itself, the tools
24  to build the user experience, like Oracle Forms, and
25  then the additional technology that -- like AOL.

73

1    Q. Okay. You also mentioned, I think, internal
2  experts were -- played a role in the products you were
3  developing.
4    A. Uh-huh.
5    Q. Describe for me what those internal experts
6  did.
7      MR. GIBBS: Objection; vague.
8      MR. LIBBY: Join. Overbroad.
9      THE WITNESS: What those experts did -- well,
10  I first would start with, you know, my philosophy as a
11  manager is always to try to find the best people.
12      You know, when you -- when you manage
13  hundreds to thousands of people, there's no way you
14  could ever kind of meet them all. I'd love to, right,
15  and would like to, but you can't.
16      So you have to rely, you have to -- you want
17  to rely on smart people. You have to -- you want to
18  rely on processes to be able to manage kind of complex
19  engineering and all the complexities of bringing your
20  product to market.
21      So you first start with the best people, and
22  so the definition, when I look at the people who work
23  for me, they needed to have a balance of credible
24  engineering skills and domain knowledge.
25      So when I say "expert," I mean -- so when I

74

1  looked at someone who would work for me like a
2  Juliette Sultan, or a Carl Theobold, or a
3  Max Schireson, these are individuals -- and others --
4  these are individuals who had a balance of strong
5  technical capabilities, as well as domain experience
6  in the areas they automate.
7      BY MS. WINKLER: Q. What do you mean by "
8  domain experience"?
9    A. Well, if your head of development for
10  financials doesn't have an accounting background or
11  strong understanding of accounting, it will be tough
12  to build strong financial software.
13    Q. So when you -- when you talk about experts,
14  do you mean the people who headed up each -- the
15  building or the development of each module?
16    A. Yeah, I would consider them experts.
17    Q. Okay.
18    A. And by "experts," I mean a -- two strong
19  skill sets, at least two strong skill sets, which I'm
20  going to highlight here, one of which being they must
21  know the craft of engineering, right. They must be
22  excellent at engineering, and, secondly, they must
23  know the domain for automating.
24    Q. Going back to the, let's say, late '99, early
25  2000, who -- who would you consider your -- your group

75

1  of industry experts?
2      MR. GIBBS: Objection; vague.
3      THE WITNESS: I'm struggling with the year
4  1999, being seven years ago, who actually worked for
5  me --
6      BY MS. WINKLER: Q. Okay.
7    A. -- directly.
8    Q. Maybe if we --
9    A. Yeah.
10    Q. -- would help to focus on a product release
11  that you were developing, or what would allow you to
12  better able to describe -- able to describe the people
13  that worked for you?
14    A. I can recall the people, right. The actual
15  time is -- because it's so long ago, it's not clear,
16  but the individuals I certainly recall --
17    Q. Okay.
18    A. -- are individuals like Juliette Sultan,
19  Rene Bonvenieu on marketing automation.
20  Sukumar Rathnam and Carl Theobold, sales automation.
21  Max Schireson, Chris Bulkenhold for service. These
22  are some of the names I recall six, seven years ago
23  working directly for me --
24    Q. And what --
25    A. -- who I consider to be domain experts.

76

1    Q. -- what area was Ms. Sultan a domain expert
2  in?
3    A. For share marketing. She -- if I recall
4  correctly, she worked in the Oracle marketing
5  organization for many years. Harvard graduate, if I
6  recall, ex-McKenzie, lead -- lead marketer for lead
7  management in the Oracle marketing organization. She
8  came over to my group to help define product, help
9  navigate Oracle structurally and process lines, and I
10  would certainly put her in a category of domain expert
11  for marketing organization.
12    Q. Was she also a developer or a programmer?
13    A. No.
14    Q. Who was the lead developer or programmer for
15  the marketing product?
16    A. Rene Bonvenieu.
17    Q. Okay.
18    A. Rene's qualifications as a domain expert
19  would be, best of my recollection, having worked at
20  Oracle for a decade, having built all the internal
21  marketing automation applications for Oracle.com and
22  came over to me. I recruited him to build our
23  marketing and automation product.
24      Subsequently, he became the chief marketing
25  officer for a company called Business Objects, so I

77

1 would consider him a domain expert in marketing.
2    Q  Okay.
3    A  Carl Theobold, who led sales automation, went
4 on to be the head of engineering for Serena, as an
5 example of a domain expert.
6      Sukumar Rathnum, who helped found Scopist, I
7 consider a domain expert, who I recruited in, and now
8 subsequently has gone over to Microsoft to lead
9 application development.  So again another good
10 example of a domain expert.
11    Q  Earlier you used the phrase "integration
12 progresses."
13    A  Uh-huh.
14    Q  What did you mean by "integration
15 progresses"?
16    A  Yeah.  That's a good question, actually.  You
17 know, I -- I always try to explain these things in
18 things that we use every day in our life, right,
19 because it's difficult for people to understand
20 something as complex as an application, because most
21 of the world will never use an SAP, or an Oracle, or
22 Siebel application ever.
23      I presume you have never used SAP or Oracle.
24    Q  Not that I'm aware of.
25    A  Right.  So, I mean, these are kind of, you

78

1 know, back office applications.
2      Microsoft is the easiest example to use
3 where, you know, I still remember the days when, you
4 know, Excel, right, was kind of a stand-alone product,
5 and Word was a stand-alone product, and I think by any
6 market, any reasonable consumer experience, they
7 weren't integrated, right.  But if I recall correctly,
8 they were marketed as integrated software for Windows.
9      As time progressed, they started talking to
10 each other where you could actually cut and paste
11 things between Excel and Word.  A decade later, it's
12 hard to tell the difference, right, between what
13 application you're in between Word, PowerPoint, and
14 Excel.
15      You can cut and paste, you can move objects,
16 you can move tables, et cetera.  But in those ten,
17 15 years, certainly from a consumer prospective, which
18 I am as well, I would consider them each integrated.
19      So release after release, that's what I think
20 of as integration progresses.  It will get more
21 integrated, right.  The next release for Microsoft,
22 you won't be able to tell the difference, right.  At
23 least from what I read, you won't be able to tell the
24 difference between Office and the operating system.
25      Beyond that, you won't be able to tell the

79

1 difference between whether Office is running on your
2 machine or running over the internet.
3      So -- so I always think of sort of a market
4 standard, right.  You reach certain -- a certain
5 threshold, and you use certain marketing terms.  So
6 Microsoft, as an example, used integrated, I believe,
7 in the early -- in the mid '90s, and here we are ten
8 years later, yet three releases later, there's more
9 and more integration.  I think that analogy is also
10 true for Oracle applications.
11      THE VIDEOGRAPHER:  20 minutes of tape,
12 Counsel.
13      BY MS. WINKLER:  Q.  Let's focus on how
14 integration progressed at Oracle --
15    A  Yeah.
16    Q  -- within the Oracle applications.
17      How did integration, for example, progress
18 within the CRM applications from 3i to 11i.1?
19      MR. GIBBS:  Objection; vague.
20      Answer, if you can.
21      THE WITNESS:  From 3i to 11i?
22      BY MS. WINKLER:  Q.  To 11i.1.
23    A  11i.1.  It's really hard to recall how it
24 kind of advanced between the two releases.
25    Q  Did it advance between the two releases?

80

1    A  I believe it did, but it's hard to kind of
2 recall the specifics.
3    Q  Okay.  And did the integration progress or
4 advance between each subsequent release of 11i?
5    A  I guess the way I'd kind of try to answer
6 that is with 11i, you're kind of putting it into
7 context of 10.7, 10.7SC, 3i, 11i.
8      Back in the 10.7 days, you know, which winds
9 you all the way back to the early '90s and kind of the
10 IAD with Nimish's organization for industry appli --
11 the application division.  IAD actually went to market
12 with their industry applications with third-party
13 components, right.
14      I may get the actual names wrong, but things
15 like, I think, Ariba was part of that group as well,
16 procurement, for example.
17      So actually Oracle went to market, sold as
18 part of IAD third-party products which, over time, got
19 removed, and Oracle actually built the modules
20 themselves, Oracle procurement.
21      So as integration progresses, I guess, or
22 advances, procurement needs to be integrated.  So
23 anything new that got built was built integrated,
24 right, versus going to market stand alone.
25      So, I think, that's one simple example of how

81

1  integration progressed where in the mid to early '90s,
2  IAD went to market with third-party modules that were
3  not Oracle's.  And as the series of 11i components
4  came to market through 11.1, I think I left by 11.7,
5  procurement came into being, and it was integrated
6  into the suite.
7       Now, because when you bring -- and when you
8  bring a new module to market, there's only so much
9  engineering you can do functionally, right.  But, you
10  know, version two of procurement has more
11  functionality, and that functionality is integrated.
12  So that's what I kind of mean as integration
13  advancing.
14       Q  So do you simply mean that integration
15  advances or progresses as -- to mean as new modules
16  are added they are integrated with what existed prior
17  to that time?
18       A  As new modules are added, as new
19  functionality and existing modules are added is
20  probably a simpler way to say it, and as customers see
21  new opportunities, right.
22       I mean, though, you know, you -- you hire
23  domain experts, customers have an amazing view in your
24  software that it's just very hard -- it's impossible
25  to anticipate every customer requirement.  And, you

82

1  know, customers can bring to you great insight into
2  new ways to do things, and I always kind of relish
3  kind of the great customer experiences I've had of
4  having customers be able to give me insight into new
5  opportunities functionally in software.
6       Q  Now, is it true that as Oracle moved from 3i
7  to 11i.1, 11i.2, 11i.3, that functionality that
8  existed, for example, in 3i and also existed in 11i
9  became better integrated?
10       MR. GIBBS:  Objection; vague.
11       Answer, if you can.
12       THE WITNESS:  The qualifier "better" I don't
13  like, right.  Again, I -- I -- I will -- I still, you
14  know, to the best of my understanding and still sort
15  of feel strongly about, that I would call 3i an
16  integrated release, 11i an integrated release.
17  Integration expanded and improved, right, from 3i to
18  11i.1, expanded from 11.1 to 11.2, to 11.3, 11.4,
19  11.5, which is like Microsoft integration expanded
20  from 1990 to 2006 --
21       Q  I guess what I'm trying to say --
22       A  -- and will improve every release going
23  forward.
24       Q  What I'm trying to understand is what you
25  include when you say "expanded" and "improved."

83

1       A  New functionality you add to the suite,
2  right.  You know, you're 20 -- 20, 30 years of Oracle
3  applications, release after release, there is new
4  functionality every release.  There will always be new
5  functionality every release, whether there's a market
6  change, Sarbanes Oxley requirement, a Euro
7  requirement, HR laws in Italy changed.  Functionality
8  just changes release after release.
9       Every new piece of functionality, you have
10  opportunities to integrate in new unique ways.  So --
11  so every release, when there is new functionality, you
12  have an opportunity to integrate.
13       Q  And I'm asking, other than new functionality,
14  what changed with respect to integration from one
15  release to another release of 11i, for example?
16       A  Well, here's a -- here's an interesting
17  example that maybe will give a little color as I'm
18  kind of thinking through this a little bit.
19       Again, kind of driven by customer kind of
20  demand and market demand.  I'm hesitant to lean back
21  because it's going to look like I'm lounging, but I'm
22  not trying to.  I'll sit on the edge of my seat,
23  because it goes all the way back.
24       There's a concept of employee.  So in
25  applications, there is a concept of employee, a

84

1  concept of a vendor, concept of a consultant, concept
2  of a supplier, concept of a partner.  And you can
3  write applications and functionality around each of
4  those communities.
5       Through the course of 11i, the product team
6  that owned that conceived of a better way and said,
7  "You know what, why don't we integrate those things,"
8  right.
9       The functionality was integrated into each of
10  those pieces, but why not have it all look the same,
11  right, and do it in a more efficient way, and let's
12  call that the trading community architecture, the TCA.
13       So it still met the market definition prior
14  to TCA as integrated, but we discovered a new and
15  efficient way to say, you know what, we can bring all
16  that data even more closely together.
17       So I think that's an example of how it might
18  have progressed through time or advanced through time.
19       Q  What do you mean when you say "it still met
20  the market definition of integration"?
21       A  CRM was integrated into customer information,
22  but CRM didn't need to look at supplier information at
23  that time.
24       Q  Why not?
25       A  Wasn't a customer requirement for it.

85

1    Q  So where does the market definition come from
2  that you're using?  You're using that phrase, "it met
3  the market definition."  What is that?
4    A  Well, what I mean by that is -- again, it
5  took a combination of the constituencies.  You go out
6  and survey and try to coalesce into a -- a reasonable
7  definition of what a -- of what your next version will
8  look like.
9    So, you know, that market standard or market
10  definition is kind of predicated by what your
11  customers are telling you, what industry analysts are
12  telling you, what your domain experts are telling you,
13  what system implementers are telling you, and trying
14  to fit that into your 18- to 24-month release cycles.
15    Q  And how did Oracle keep track of what the
16  market definition was internally?
17    A  I think we discussed earlier that it ranged
18  from everything from kind of an informal spreadsheet,
19  in some cases, of a series of bullet points through
20  kind of vision documents in a Pros form.
21    Q  I thought you had kind of described those
22  more so as things that, when developing, there is no
23  way you were going to meet all of them, but they were
24  kind of a wish list, and some of them would happen
25  when you were developing a product?

86

1    A  So product marketing, product management.
2  Mike kind of tries to stay close to all those
3  constituencies, tries to bring all those requirements
4  together trying to replay what I said kind of brings
5  it all together.
6    I've seen -- I recall documents from things
7  that are informal, from Excel spreadsheets all the way
8  through Pros.  Our development leaders kind of take
9  that and then synthesizes that, translates that into
10  an engineering document, into a release schedule.
11    THE VIDEOGRAPHER:  Ten minutes, Counsel.
12    BY MS. WINKLER:  Q.  The engineering document
13  was the release schedule?
14    A  There was a formal process.  I'm not --
15  called the PRP process, product release process.
16  That, I'm not an expert in the PRP process, but it was
17  a process that defined a series of steps to go from
18  kind of vision to an actual release.
19    Q  So how did the PRP affect your work?
20    A  I -- I kind of helped ensure the -- as a
21  manager, that my direct reports followed the PRP
22  process.
23    Q  Now, who was responsible for developing or
24  coming up with the PRP process?
25    A  That's a great question.  What I would have

87

1  liked to have known.  I actually don't know.
2    Q  How was it communicated to you then?
3    A  I learned it, you know, when I joined Oracle,
4  I learned their development methodology, became
5  exposed to it.  By no means kind of at my level you
6  become an expert in it.
7    You understand the major milestones and --
8  but, you know, I do recall kind of a PRP document that
9  kind of outlined those steps.
10    Q  Was there a PRP document for each new release
11  of the software or the applications?
12    A  Most likely, but again the PRP is sort of a
13  kind of just -- kind of set a milestone as I recall
14  it, right.  You'll have a vision statement, you'll
15  have a project plan, you do some load -- you know, you
16  define the language requirements.
17    So think of it more like a template, if you
18  will, as far as the actual content of a release.
19    Q  So was there a template, one of these
20  templates for 3i?
21    A  I don't recall, but most likely.
22    Q  Okay.
23    A  But I don't recall it.
24    Q  And were the templates -- once -- strike
25  that.

88

1    Were the templates applicable to individual
2  modules, or was it a template for 3i?
3    MR. GIBBS:  Objection; lack of foundation.
4  Answer, if you can.
5    THE WITNESS:  Repeat the question.
6    BY MS. WINKLER:  Sure.
7    Q  You described there being a template that
8  kind of --
9    A  Yep.
10    Q  -- governed --
11    A  PRP, product release product.
12    Q  -- what you did.
13    So, for example, 3.i, was there a template
14  for 3i, or did -- was there a separate template for
15  each individual module of 3i?
16    MR. GIBBS:  Objection; lack of foundation.
17    THE WITNESS:  I don't recall kind of the
18  level of detail that it went to.
19    BY MS. WINKLER:  Q.  And if you wanted to go
20  look at the template or wanted to know what -- what
21  the template -- where did you access that?
22    MR. GIBBS:  Objection; lack of foundation.
23    THE WITNESS:  I don't recall actually going
24  to look at a specific PRP document.
25    BY MS. WINKLER:  Q.  Okay.  Was there a

Barrenechea, Mark  7/11/2006  8:58:00 AM

89

1   specific PRP document?
2        MR. GIBBS:  Objection; lack of foundation.
3        THE WITNESS:  Again, as I think I said
4   earlier, I'm not sure what level of granularity that
5   it went to.
6        BY MS. WINKLER:  Q.  But the PRP document was
7   something that you and the people that reported to you
8   were expected to -- to meet the milestones on that
9   document?
10        A  Expected.  I would say there was a guide.  It
11   was a guide to a methodology.  I encouraged my teams
12   to follow, right, whatever was in the PRP process.  I,
13   you know, presume Oracle kind of knew how to build
14   software.
15        But, you know, I didn't kind of manage by
16   PRP, if you will.  So I don't know really what level
17   of detail kind of the team went into in this guide
18   document for the product release process.
19        Q  How did the people on your teams know what
20   the guide document said?
21        MR. GIBBS:  Objection; lack of foundation.
22        THE WITNESS:  Because they read it.
23        BY MS. WINKLER:  Q.  So where did they go to
24   find this document to read?  Where was this document
25   available?

90

1        MR. GIBBS:  Objection; lack of foundation.
2        THE WITNESS:  I don't recall precisely, but
3   most likely on some website, internal website, you
4   know, as most documents kind of are, but I don't know
5   precisely.
6        MS. WINKLER:  Okay.  I think we should
7   probably take a break, because he needs to --
8        THE WITNESS:  Okay.
9        MS. WINKLER:  Change his videotape.
10        THE VIDEOGRAPHER:  This marks the end of tape
11   one in the deposition of Mark Barrenechea at 10:59.
12        Going off the record.
13        (Short break taken.)
14        THE VIDEOGRAPHER:  On record at 11:12.
15        This marks the beginning of tape two, Volume
16   I in the deposition of Mark Barrenechea.
17        BY MS. WINKLER:  Q.  Mr. Barrenechea, I want
18   to talk a little bit more about the -- the PRP
19   document that we've been talking about.
20        You described earlier in the deposition a
21   process of product development that evolved looking at
22   what the industry wanted, customers wanted, working
23   with your internal experts; right?
24        A  Correct.
25        Q  How did that, if at all, relate to the PRP

91

1   document?
2        A  The PRP process, right, product release
3   process -- you know, think of it kind of as a series
4   of steps and milestones where I don't recall, right,
5   all the steps in the PRP process.
6        I don't recall the -- kind of the formal
7   names of those steps, but certainly there's a -- I --
8   I believe I recall kind of a step of gathering
9   marketing requirement.  As you know, we described that
10   process earlier.  You know, there would be a
11   development step, a release step.
12        So think of the PRP process really as a set
13   of high-level milestones that is a guide for the
14   thousands of developers, right, inside of Oracle.
15        Q  So was the PRP process more of a general
16   process that governed or -- governed bringing products
17   to market, or was there a specific PRP process for
18   each individual product that was brought to market?
19        A  No, no.  It was a generalized process that
20   guided at a high level the product teams.
21        Q  Okay.
22        A  You know, consider another milestone in there
23   is translation, right.  You know, you not only kind of
24   write your code to run in U.S. English, you write your
25   code to be translated into Hungel, Cyrillic languages,

92

1   simplified complex Chinese.  And, you know, again
2   there would be a milestone that says define your
3   languages.
4        It would be, you know, maybe another
5   milestone that says hand it to translation team to
6   translate the software.  So think of it as a
7   high-level guide, right.  It doesn't say you will do
8   not, you know, ten languages, but it's more of, if you
9   choose to do these languages, here's the milestones,
10   when you define it, and how you marshall the resources
11   to translate the product, as an example.
12        Q  Did the PRP process change at all when you
13   were at Oracle?
14        MR. GIBBS:  Objection; lack of foundation.
15        THE WITNESS:  Not that I recall.  It existed
16   prior to my joining, and it existed prior to when I
17   left.
18        BY MS. WINKLER:  Q.  And as far as you
19   recall, were the steps within the PRP process the same
20   as when you joined as when you left?
21        A  You know, I don't recall any -- any real
22   changes in the process.
23        Q  Okay.  I think you mentioned the release
24   schedule being part of the PRP process; is that fair?
25        A  You know, I don't recall kind of a high-level

93

1  milestone of dates, if you will, but it's very likely.
2      Q   Okay.
3      A   But again, you know, the PRP process is a
4  guide and a template, but no, I don't recall the
5  specifics.
6      Q   So was there ever a specific date when a
7  certain product needed to be released that was
8  provided in the PRP process?
9      A   Not that I recall.
10     Q   Okay.  How -- how was a date reached?  For
11 example, how did you determine when to release 3i or
12 when it needed to be released?
13     A   I described a little earlier kind of the
14 general methodology of looking at over 18 to 24 months
15 of bringing up, go to major version to the
16 marketplace, and I don't recall the specific process
17 we went through with 3i to kind of determine a date.
18         You know, I've always kind of used an
19 engineering formula kind of conceptually, that there
20 are three variables in kind of determining a release
21 schedule.  Number of people --
22     Q   Meaning the number of people that are working
23 on --
24     A   Yeah.
25     Q   -- programming?

94

1      A   Yeah, resources.
2      Q   Okay.
3      A   Functionality, and date, right.
4         These are kind of the three variables you
5  really kind of -- and quality is a -- is a constant in
6  being kind of the arithmetic formula.  Again, I'm kind
7  of describing my conceptual way of my 20 years of
8  software experience, how I always thought of
9  engineering kind of processes.
10        Maybe I think of it too simplistically, maybe
11 it's a brilliant formula, but it's just the way I've
12 always thought of how you -- you know, build towards a
13 release cycle.
14        You get resources.  It's kind of fixed.  You
15 have the functionality Iyou're trying to meet.
16 Quality is kind of a constant in the equation, and you
17 have a date.  And, you know, in any kind of
18 engineering project you can kind of move those
19 variables around slightly, but that was kind of the --
20 kind of the way I've always thought about in -- in the
21 general guideline of 18 to 24 months of a major
22 release, simplified formula of how you could try to
23 get to a release date.
24     Q   Okay.
25     A   The specifics of 3i, I do not recall.

95

1      Q   How did those variables change when you were
2  working on 3i to -- after 3i was released to when you
3  were working or working towards the release of 11i?
4         Did you have more resources?
5         MR. GIBBS:  Objection; vague; compound; lack
6  of foundation.
7         BY MS. WINKLER:  Q.  And I'm asking now about
8  your specific --
9      A   Yeah.
10     Q   -- group, the people you were responsible
11 for.
12        MR. GIBBS:  Same objections.
13        THE WITNESS:  Yeah, I'd say conceptually what
14 changed was we had more people, more functionality,
15 and those are probably the two variables.
16        BY MS. WINKLER:  Q.  And how did that -- that
17 process come about?  Was it determined first that you
18 were going to release a product with more
19 functionality and then you hired more people, or was
20 it something different?
21        MR. GIBBS:  Objection; vague; compound.
22        THE WITNESS:  I don't -- I don't recall.
23        BY MS. WINKLER:  Q.  How many people --
24 strike that.
25        Can you estimate about how many more people

96

1  you had working for you when you were developing the
2  11i product as opposed to the 3i product?
3      A   Not precisely.  I mean, it was more.
4      Q   Was it hundreds more?  Thousands more?
5      A   Hundreds more.  In the hundreds.
6      Q   The people that you described earlier as your
7  industry experts --
8      A   Domain experts.
9      Q   -- domain experts, did those people report
10 directly to you?
11     A   Yes.
12     Q   How many other direct reports did you have,
13 let's say --
14        MR. GIBBS:  Objection; vague.
15        BY MS. WINKLER:  Q.  -- 19 -- end of 1999,
16 early 2000.
17     A   Those were the majority of them.  Those are
18 the ones that I recall.
19     Q   Okay.  And I think you talked about earlier
20 having other functions under you.  For example,
21 quality assurance --
22     A   Uh-huh.
23     Q   -- things like that.
24        Was there someone in charge of quality
25 assurance that reported directly to you?

97

1    A  Alan Fletcher --
2    Q  Okay.
3    A  -- is the other name who, at that time,
4  worked for me.
5    Q  And he was in charge of quality assurance?
6    A  He -- was he in charge of QA? I don't
7  recall, but he certainly played a role in -- in
8  coordination, operations, making sure our computers
9  ran, that the infrastructure was available.
10       Most likely he -- he played a role in a
11  liaison to some of the groups outside of my
12  organization we needed to coordinate with. So Alan
13  was a -- was another direct report who I would say
14  played more of an operations role in supporting the
15  division.
16       There may have been some QA function in
17  there, but I don't recall precisely.
18    Q  Was there someone else in your group who was
19  responsible for QA?
20    A  No, I don't -- I don't believe I had a direct
21  report. I don't recall a direct report that led QA.
22    Q  Okay.
23    A  That was probably a mixture of -- within the
24  domain experts and a mixture within Alan's group.
25    Q  So was there --

98

1    A  But I don't recall precisely.
2    Q  Okay. When you say "a mixture within the
3  domain experts and a mixture within Alan's group," do
4  you mean there were people within each domain who were
5  responsible for QA within that domain?
6    A  Now, I'm trying to -- you know, I'm trying to
7  recall a process, a detailed engineering process seven
8  years ago, and I -- I don't recall it. I mean, I hate
9  to speculate. So most likely the domain experts also
10  managed their QA processes, but I do not recall
11  precisely.
12    Q  Okay.
13    A  But I don't recall someone working directly
14  for me running QA.
15    Q  Was the QA for the products that you were
16  responsible for done within, within your group?
17    A  Yes, that's why I'm, you know, trying to
18  recall. It must have been part of the -- each product
19  team's responsibility for QA.
20    Q  Okay.
21    A  Now, I'm sorry I can't be more precise, but
22  it was seven years ago.
23    Q  Do you recall anyone other than Mr. Fletcher
24  and the domain experts who reported to you at that --
25  late 1999, early 2000?

99

1    A  No.
2    Q  Did that change over the course of 2000,
3  early 2001?
4    A  Not significantly, no.
5    Q  Do you recall any specific changes?
6    A  You know, we mentioned Rene Bonvenieu coming
7  in to work for me. I'm not sure what specific time he
8  came to work for me. It might have been 2000, it
9  might have been 1999. No, I just don't recall any --
10  any minor or significant changes. Maybe, you know, a
11  new person like Rene, who came in to work for me.
12    Q  Did Mr. Fletcher continue to work for you --
13    A  Yes.
14    Q  -- during that time frame?
15    A  Uh-huh, I believe so.
16    Q  Going back to we were talking about the move
17  from 3i to 11i, and I think you said there were more
18  people, and there's more functionality; is that fair?
19    A  Yes.
20    Q  How did the functionality change from 3i to
21  11i?
22    A  I think I discussed it a little earlier. I
23  think we expanded call center capabilities. It's
24  tough to recall kind of a specific functional
25  advancement between 3i and 11i. I vaguely remember

100

1  advancing our kind of e-commerce software in that
2  period as well.
3    Q  Would you describe the functional
4  advancements as being significant or major
5  advancements, or were they just a small progressive
6  step?
7    MR. GIBBS: Objection; vague; compound.
8    THE WITNESS: It's hard to quantify, right,
9  small/significant. I mean, 3i -- you know, going, you
10  know, from 10.7 Smart Client to 3i certainly was an
11  advancement to functionality.
12       11i, the next release, if there was -- I
13  mean, I don't recall an interim release between 3i and
14  11i. I don't recall a major release. And, you know,
15  11i was yet -- you know, more functionality within the
16  release.
17    BY MS. WINKLER: Q. Do you recall the
18  expansion and functionality from 3i to 11i being any
19  different or greater than the functionality -- the
20  expansion functionality between 10.7 Smart Client and
21  3i?
22    A  I -- I don't know how to kind of
23  proportionally weigh the advancement between 10.7, 3i,
24  and 11i, but I don't how to do that.
25    Q  Given that you had a significant -- a more

Barrenechea, Mark  7/11/2006  8:58:00 AM

101

1    additional amount of people reporting to you and
2    working on 11i than you did on 3i, is that a way to
3    quantify the change?
4        A  Again, I don't know how to kind of quantify,
5    you know, the -- kind of the girth, right, to the
6    advancement and the functionality between the
7    releases.
8        Q  Do you --
9        A  I just don't know how to describe it at a --
10       Q  Do you recall there being more modules in 11i
11   than there were in 3i?
12       A  Yeah.  I think we talked about that earlier,
13   yes.
14       Q  And can you give me an estimate of the number
15   of more modules in 11i than 3i?
16       A  No, I can't recall.
17       Q  What was the change in the marketing message
18   from 3i to 11i?
19       MR. GIBBS:  Objection; vague; lack of
20   foundation.
21       THE WITNESS:  Repeat the question.
22       BY MS. WINKLER:  Sure.
23       Q  What was the change in the marketing message
24   from 3i --
25       A  Yeah.

102

1        Q  -- to 11i?
2        MR. GIBBS:  Objection; vague; lack of
3    foundation.
4        THE WITNESS:  I don't know the exact timing,
5    right.  Certainly one of the new messages in the
6    market was the e-business suite.
7        BY MS. WINKLER:  Q.  And what was the
8    e-business suite message?
9        A  It centered around a collection of
10   applications that were integrated with each other.
11       Integrated database, integrated data, AKA
12   data model, integrated user experience.
13       Q  What do you mean when you say "integrated
14   database"?
15       A  Running in a -- should a customer choose to
16   deploy this way, running the applications in an
17   integrated Oracle, I think, you know, 9i database at
18   that point in time.
19       Q  Was that something different than 3i?
20       A  Was it something different than 3i?
21       You know, part of the change in Oracle's
22   strategy through the years was -- I think I described
23   it a little earlier -- was that IAD, the Industry
24   Application Division, went to market with third-party
25   components sort of industry by industry.  And with

103

1    11i, those third-party component dependencies became
2    very minimal, best of my kind of recollection.
3        So I would certainly say that was one
4    difference between 3i and 11i.
5        Q  I guess I was asking specifically about
6    the -- you described an integrated database component
7    of 11i.
8        A  Right.  Well, if you had the independent
9    modules, right, from third-party providers,
10   integration is different.  So instead of using a
11   third-party procurement module, Oracle wrote a
12   procurement module that was integrated.
13       Q  Maybe it's just my -- my lack of
14   understanding of database applications, but I want to
15   focus on the integrated database portion of that.
16       How does the -- the fact that you've
17   previously used someone else's procurement module, and
18   now you're using your own procurement module, relate
19   to the integrated database concept that you've
20   described?
21       A  I don't know how else to describe it except
22   to say a third-party product runs on a third-party
23   text stack, whatever that text stack was, versus
24   procurement having a common user experience, common
25   AOL, common database, common data schema.

104

1        Q  So when Oracle was -- back in 3i or prior to
2    3i, when they were using someone else's procurement
3    module, was that running on a separate database from
4    the Oracle modules?
5        A  Yeah.  I think they were -- I kind of
6    highlighted earlier I couldn't remember the vendor,
7    right, per se, but I think it was procurement, right.
8    But there were many examples, kind of an IAD, a
9    third-party technology, but I couldn't recall
10   precisely what it was, but yeah, those third parties
11   had their own text stack versus the application text
12   stack.
13       And as it changed from the 3i point in time
14   to the 11i point in time, one of the changes was those
15   functional pieces now built by Oracle and integrated
16   into the text stack and into the data.
17       Q  What do you mean by the phrase "text stack"?
18       A  Forms, AOL, database.
19       Q  And I think you also described integrated
20   data model.
21       A  Uh-huh.
22       Q  What was that?
23       A  When I say integrated data, the data has to
24   fit into fiscal tables, and those tables live in a
25   database.  So maybe I'm getting around a little tech

105

1  speak here, but....
2      Q  Yeah, that's fine.
3      A  Yeah.
4      Q  No, I mean, go ahead if you have -- if
5  there's more. I want to know -- let me ask you a
6  different question.
7          You said three things. You said integrated
8  database, integrated data, and integrated model.
9      A  Yeah.
10     Q  What is the difference between the integrated
11  data model and the integrated data?
12     A  The integrated data lives in an integrated
13  data model.
14     Q  Okay.
15     A  The data model are sort of the fiscal data
16  structures that house the data. So specifically you
17  do things like create DDL, create DML that go out, and
18  generate all these tables within the fiscal databases,
19  and that's where the data actually lives.
20     Q  Okay. What, was the integrated data module
21  not part of prior releases?
22     A  I think you're making too fine of a
23  distinction. Again, as I described, you know, as a --
24  as my actual kind of experience, and experience that
25  release after release, integration advanced, right.

106

1  It advances today for every application company.
2          And I always think of this as sort of a
3  certain threshold to be able to say with credibility
4  you're integrated. Financials in the '90s definitely
5  was integrated.
6          Accounts payable, general ledger, accounts
7  receivable, order management was integrated. Business
8  processes advanced where you wanted to integrate
9  financials and order management, so you had to build
10  functionality and integrate data to do that.
11         CRM was integrated with 3i. I think my --
12  you know, my definition of reasonable market
13  definition was integrated.
14         11i, it was integrated. So I'm not quite
15  sure where to go with the -- with the question.
16     Q  So I guess -- I think your answer is that
17  yes, there was an integrated data model within 3i
18  because --
19     A  Yes.
20     Q  Okay.
21     A  Yeah.
22     Q  How was the decision made within Oracle to
23  move from the marketing message of 3i to the
24  e-business suite marketing message?
25     A  I -- I don't -- don't recall the internal

107

1  process.
2      Q  Were you part of that decision? Did you have
3  input into that decision?
4      A  I might have -- remember having, you know,
5  vaguely remember having dialogues around, you know,
6  the messaging, but I don't know the actual process.
7      Q  Who did you have dialogues with around the
8  messaging?
9      A  My team, right. Ron and his team, those sort
10  of things.
11     Q  Was the message communicated to you that that
12  was the message that your team needed to work toward
13  by someone?
14     A  You know, I -- it's hard to kind of describe
15  this process, per se. It's a -- you know, long time
16  ago. What I recall is it being a collaborative
17  process of discussion. But, you know, I don't recall
18  kind of the actual process Oracle Corporation went
19  through to decide on a marketing message.
20     Q  I guess I'm trying to understand who had a
21  role in coming up with that process.
22     A  I would think marketing, heads of
23  developments would be sort of the primary
24  stakeholders.
25     Q  How did you know what to direct your team to

108

1  do with respect to Suite 11i of the e-business suite?
2          MR. GIBBS: Objection; lack of foundation.
3          THE WITNESS: I think we need to be -- I
4  don't know how to answer that. I'd like a little more
5  specifics.
6          BY MS. WINKLER: Sure.
7      Q  At some point you started directing your team
8  to work toward the e-business suite release, and you
9  moved from 3i --
10     A  11i.1.
11     Q  Right. You moved from 3i to 11i.1.
12         How -- how did you know that was the move you
13  were going to make, that was the direction your
14  programmers, your developers, the people that reported
15  to you needed to take?
16     A  I would describe it as kind of a -- you know,
17  kind of at a macro level a collaborative process with
18  Ron Wohl to discuss what our kind of next major
19  releases look like. And I collected -- you know,
20  we -- CRM division collected its input through the
21  collaborative process I discussed earlier, dialogues
22  with Ron and marketing around advancements for the
23  next release.
24         So I would -- I would describe it more as a
25  collaborative process. Maybe informal and

Barrenechea, Mark  7/11/2006  8:58:00 AM

109

1  collaborative.
2      Q  Who from marketing was involved in that
3  process?
4      A  I don't recall precisely.  The people I
5  worked mostly with were Mark Jarvis, Jeremy Burton.
6  Those are the people -- Lisa Arthur.  Those are the
7  people I worked most closely with.
8      Q  Was Mr. Jarvis the head of the marketing
9  department at that time?
10     A  Which time was this?
11     Q  When you were working on the E-business Suite
12  11i.1.
13     A  I believe so.
14     Q  Okay.  And what was Jeremy Burton's role?
15     A  Jeremy worked for Mark Jarvis and sort of his
16  chief lieutenant kind of in the marketing
17  organization.
18     Q  And did Ms. Arthur work for Mr. Jarvis at
19  that time?
20     A  I believe at some point Lisa moved over to
21  work for Mark.
22     Q  From your group?
23     A  Yeah.  I'm not sure of the exact timing of
24  that.
25     Q  What was required of you or your reports of

110

1  your group to move from 3i to 11i.1?
2      A  You know, again, I think I described a little
3  earlier that, you know, we continued to do what we
4  were doing which was building functionality, advancing
5  integration, and so we kept doing that.
6      Q  Prior to 11i --
7      A  Because -- because again, I think of this
8  again in a series of releases, right, from 10.7, 10.7
9  Smart Client, 3i, 11.1, 11.2, 11.3, 11.4, 5, 6, 7, 8,
10  9, 10, 11, these are all series of releases where kind
11  of the method -- you know, we continued on the same
12  methodology, continued on the same approach, advanced
13  functionally, right, through those series of releases.
14  So -- so I don't think of doing things differently,
15  right.
16     Q  But 3i was a CRM release; right?
17     A  It was a marketing message for CRM release
18  more, right.
19     Q  So the move to 11i was CRM and ERP release
20  together; was that the intent of the 11i.1?
21     A  Could you repeat the question?
22     Q  Sure.
23         was the intent of the 11i.1 or the e-business
24  suite to release ERP and CRM together?
25         MR. GIBBS:  Objection; vague; lack of

111

1  foundation.
2         THE WITNESS:  Was the intent to release them
3  together?  I'm trying to, you know, kind of
4  recalling -- trying to recall dialogues.  I -- I think
5  we determined that -- I'm trying to recall.
6         You know, I think more coordination, right,
7  choreographing was a benefit, so -- but, you know,
8  again, you know, the -- it was, as I talked about
9  earlier, it was really driven more around business
10  processes, trying to get more business processes
11  automated in the software.
12        And then, you know, the things that support
13  that underneath from integration, technology,
14  coordination.  So I don't want to necessarily kind of
15  invert the motivation, right, or the market driver.  I
16  think more of the market driver being business process
17  automation, and then the supporting things you need to
18  do to achieve that.
19     Q  Was the marketing message with 11i.1 that it
20  was ERP/CRM-integrated release?
21     A  I don't recall precisely.
22     Q  Was that the marketing message with 3i?
23     A  That it was ERP -- sorry.  Repeat the
24  question.
25     Q  Was the marketing message with 3i, was it an

112

1  ERP/CRM release, integrated ERP/CRM release?
2      A  Part of the marketing message for 3i was CRM
3  3i integrated and worked with 11i -- excuse me -- 10.7
4  Smart Client.
5      Q  And how did that work with 10.7 Smart Client?
6         MR. GIBBS:  Objection; vague.
7         THE WITNESS:  Gave --
8         MR. GIBBS:  Answer, if you can.
9         THE WITNESS:  Gave an example earlier of
10  sales compensation.  Oracle CRM 3i sales compensation
11  integrating into Oracle Financials to be able to model
12  a sales rep's compensation, being able to produce the
13  compensation required, and then talking -- I believe
14  it talked to then the HR applications, and actually
15  updated HR records on how sales reps got paid, so....
16        BY MS. WINKLER:  Q.  So what, other than --
17  in release 3i what, other than financials, was CRM
18  integrated with?  What other ERP products, if any?
19     A  As I discussed earlier, field service, depot
20  repair as examples.
21     Q  Do you recall any other examples?
22     A  Those are ones I recall.
23     Q  Okay.  But there were other ERP products at
24  that time; right?
25     A  There were other ERP products at that time.

Barrenechea, Mark  7/11/2006  8:58:00 AM

113

1    Q  Were there ERP products at the time of the
2  release of 3i that CRM was not integrated with?
3    A  I -- I don't recall.  I mean, I recall the
4  ones that were -- those are the ones I recall that
5  were integrated.
6    Q  How did those -- the products that were
7  integrated at the time of 3i, how did they become
8  integrated with the ERP products?  How was that
9  process done?
10    MR. GIBBS:  Objection; vague.
11    MR. LIBBY:  Join; overbroad.
12    THE WITNESS:  It sounded like a compound
13  question to me.
14    How were they integrated, and the process to
15  go about integration?
16    BY MS. WINKLER:  Q.  Let's take it first, how
17  were they integrated?
18    A  Data model.
19    Q  Okay.  And how was the -- what was the
20  development process to make them integrated?
21    A  The development process we talked about
22  earlier, collecting marketing requirements from the
23  constituencies, analyzing those, and determining the
24  functionality.
25    Q  I'm talking now about the actual programming.

114

1  How was that done?
2    MR. LIBBY:  Overbroad.
3    THE WITNESS:  PL sequel.
4    BY MS. WINKLER:  Q.  How did your
5  programmers, if at all, work with the programmers that
6  worked with Ron to integrate the products?
7    MR. GIBBS:  Objection; vague as to time and
8  "products."
9    BY MS. WINKLER:  Q.  I'm talking about 3i.
10    MR. LIBBY:  Join; overbroad; lacks
11  foundation.
12    THE WITNESS:  I actually don't know the --
13  how the -- how a developer worked on a day-to-day
14  basis with another developer.
15    BY MS. WINKLER:  Q.  Would they have needed
16  to work together in order to make the products
17  integrated?
18    A  I hope so, but how they did, I don't know.
19    Q  Okay.  Did you -- did you have regular
20  meetings with Ron's group?
21    MR. GIBBS:  Objection; vague.
22    THE WITNESS:  We used to hold joint meetings,
23  yeah.  There was actually quite a bit of
24  communication.
25    BY MS. WINKLER:  Q.  At what time frame did

115

1  you hold joint meetings?
2    A  You mean like 10:00 a.m. on a Tuesday?
3    Q  No.  I'm talking about what year?
4    A  Okay.  You know, I would -- I would say all
5  the way through my tenure at Oracle that, you know,
6  there were -- the meetings that I recall, kind of the
7  standing meetings, was Ron's staff meeting, my staff
8  meeting, Cliff Godwin's technology meeting.
9    These were sort of standing forums where both
10  our teams would collaborate.  Greg Seiden on -- if you
11  think of Greg Seiden in Ron's organization running
12  operations, Alan Fletcher and my group running
13  operations, these guys having standing meetings, these
14  organizations having standing meetings on a -- on a
15  weekly basis.
16    Q  Did you attend all of those meetings?
17    A  No.
18    Q  Did you attend Ron's staff meeting?
19    A  Yes.
20    Q  Did you attend Mr. Godwin's --
21    A  No.
22    Q  -- staff meeting?
23    Who else?  What other staff meetings other
24  than your own and Ron's did you attend?
25    A  So the standing meetings on the calendar

116

1  would be Ron's staff meeting, my staff meeting.  There
2  was a corporate meeting called the PDMC, Product
3  Development Management Committee, where all the
4  development that leads came together.
5    When Ray was at Oracle, he had a management
6  team meeting, and then at some point I got appointed
7  to the executive committee and attended the executive
8  meetings.
9    Q  Who attended the PDMC meetings?
10    A  Maybe the heads of development.
11    Q  Who were the heads of development?
12    A  Sohay Abassi, Chuck Rozwat, Ron Wohl, myself,
13  Cliff Godwin.  I think marketing was present, Larry
14  was present, Mr. Ellison was present.  Those are kind
15  of the -- I think, the ones I recall, those were kind
16  of the standing attendees.
17    Q  When you say "marketing was present," was
18  that generally Mr. Jarvis --
19    A  Yeah.
20    Q  -- who was present?
21    A  Uh-huh.
22    Q  And at the time frame between the release of
23  3i and 11i.1, what was the purpose of the PDMC
24  meetings?
25    A  Well, when I joined Oracle, PDMC existed.

Barrenechea, Mark  7/11/2006  8:58:00 AM

117

1  Six, seven years later when I left, PDM -- PDMC
2  existed. I understand it existed a decade before my
3  joining, and most likely it still exists today. It's
4  an internal forum where the engineers get together and
5  speak about engineering topics.
6      Q  Was there a change in the topics that they
7  spoke about from the release of 3i to 11i.1?
8      A  I don't -- don't -- don't recall kind of the
9  agenda items on the PDMC in that time period.
10     Q  Who attended your staff meetings?
11     A  My direct reports.
12     Q  Did Ron attend your staff meetings?
13     A  Ron attended some. If he couldn't make it,
14  Cliff Godwin was invited, I think, as surrogate. They
15  attended as they were available.
16     Q  Did you attend Ron's staff meetings on a
17  regular basis?
18     A  It was sort of reciprocal. If I could make
19  it, I would. If not, I would -- I believe I would
20  send Alan Fletcher to the meetings.
21     Q  And who -- do you recall any of the
22  individuals other than you and Allan who attended
23  Ron's staff meetings?
24     A  No. Very possibly if Alan couldn't make it,
25  maybe I would have someone else, but I don't recall.

118

1      Q  I'm actually now referring to the individuals
2  in Ron's group who would be present at those meetings.
3      A  I'm sorry. Ron's group attending my staff
4  meetings.
5      Q  No. Well, I asked about Ron's staff meeting.
6      A  Okay.
7      Q  You said if you couldn't make it, Alan might
8  have gone.
9      A  Yeah.
10     Q  And now I'm asking who from Ron's group was
11  at those meetings that you went to?
12     A  I kind of recall Ron's direct reports.
13     Q  Do you recall the names of any of Ron's
14  direct reports?
15     A  Yes, I do.
16     Q  Who? Which names do you recall?
17     A  Ron's direct reports. Steve Miranda,
18  Don Klaiss. I'm visualizing the hallway. We all sat
19  next to each other. Joel Summers for HR,
20  Cliff Godwin, Greg Seiden, Brett Fuller. Those are
21  the ones I can recall seven --
22     Q  Okay.
23     A  -- years later, eight years later.
24     Q  How were the products that were released by
25  your group tested?

119

1      A  As I was trying to recall earlier, you know,
2  each of my direct reports, you know, were responsible
3  for ultimately defining what they wanted to build and
4  delivering it, including the QA function.
5      Q  So do you consider testing to be part of QA?
6      A  Yes, I do.
7      Q  Okay. What other than testing -- strike
8  that.
9         What do you consider to be the QA process?
10     MR. GIBBS: Objection; vague.
11     THE WITNESS: The Oracle specific QA
12  process --
13     BY MS. WINKLER: Q. Sure.
14     A  -- or my 20 years of experience?
15     Q  Let's talk about what happened when you were
16  at Oracle.
17     A  Okay. I actually can't kind of recall the
18  detailed QA process at Oracle seven years later.
19     Q  Do you recall any components of that other
20  than the testing component?
21     A  You know, I'm just hesitating and would seek
22  some guidance of kind of the Oracle-specific process
23  through my -- first my 20 years of experience of a QA
24  process. I really can't recall the Oracle-specific
25  process.

120

1      Q  Do you recall how Oracle QAed any of the
2  products that it released?
3      A  You know, I guess I vaguely remember, you
4  know, unit test module testing, using some third-party
5  tool to test, having libraries of test scripts and
6  being able to do automated progression testing. No,
7  I -- I don't recall the kind of specifics of the
8  testing process.
9      Q  What is unit test module testing?
10     A  Maybe unit modulus is synonymous when we
11  combine those two terms in saying, you know, that the
12  field service team tests field service.
13     Q  Meaning the people that were actually --
14     A  The people who were directly responsible for
15  products tested their products.
16     Q  Okay.
17     A  Why don't we say it that way. But the
18  specific process, I don't recall.
19     Q  Okay. Do you recall anything more about the
20  third-party tool that was used to test?
21     A  I know there were some third-party tools. I
22  vaguely remember a tool called Load Runner, a
23  third-party company.
24     Q  Were those tools used by the units to test
25  their own product?

121

1    A  I believe so.
2    Q  Okay.
3    A  But again, I don't recall the process.  I
4  vaguely remember a third-party tool called Load
5  Runner.
6    Q  Do you recall the test process at Oracle
7  changing at any point in time over the course when you
8  worked at Oracle?
9    A  No.
10    Q  How was integration between modules tested?
11    MR. GIBBS:  Objection; lack of foundation and
12  vague.
13    THE WITNESS:  How was integration testing?
14    BY MS. WINKLER:  Q.  How was integration
15  between modules tested?
16    MR. GIBBS:  Same objections.
17    THE WITNESS:  You know, again, I don't recall
18  the specific testing processes at Oracle, so I don't
19  know how to answer that.
20    BY MS. WINKLER:  Q.  Was there any testing
21  done outside of what was done by a group, or the
22  module testing that they tested their own module?
23    MR. GIBBS:  Objection; lack of foundation.
24    THE WITNESS:  I'm sure there was, but I
25  don't -- I don't recall the specific processes.

122

1  Sorry.
2    BY MS. WINKLER:  Q.  But you were responsible
3  for a group of CRM modules that were supposed to be
4  integrated; right?
5    A  Yes.
6    Q  But you don't recall how that integration was
7  tested?
8    MR. GIBBS:  Objection; asked and answered --
9    THE WITNESS:  I don't.
10    MR. GIBBS:  -- and argumentative.
11    MR. LIBBY:  Join.
12    MR. GIBBS:  Answer, if you can, other than
13  what you've already said.
14    THE WITNESS:  I just repeat what I said.  I
15  don't recall the testing process.
16    MS. WINKLER:  Okay.
17    THE WITNESS:  You know, it's 2006, and it's a
18  long time ago.
19    BY MS. WINKLER:  Q.  And you don't recall any
20  changes in the testing process from 3i to 11i.1.
21    A  No, I don't.
22    Q  Were there any -- was there any group outside
23  of your group or outside of Ron's group who was
24  responsible for testing?
25    A  Not that I recall.

123

1    Q  How about a group that was responsible for
2  quality assurance outside of your group or Ron's
3  group?
4    A  Not that I recall.
5    Q  You mentioned earlier that you had, at some
6  point in time, been appointed to the executive
7  committee.
8    A  Uh-huh.
9    Q  Do you recall when that happened?
10    A  Maybe 2000 -- '99, 2000.  Somewhere in there.
11    Q  And then --
12    A  I don't recall precisely the date.
13    Q  Did you become an executive vice president --
14    A  No.
15    Q  -- at that time?
16    A  No.
17    Q  Okay.  Did you remain an SVP for the
18  remainder of your tenure --
19    A  Yeah.
20    Q  -- at Oracle?
21    When did you leave Oracle?
22    A  Summer of 2003.
23    Q  Why did you leave?
24    A  Had a better job.
25    Q  Where did you go to work after you left

124

1  Oracle?
2    A  Computer Associates.
3    Q  At any point in time between when you became
4  an SVP and when you left Oracle, did your duties and
5  responsibilities change at all?
6    A  Yes.
7    Q  How?  How did they change?
8    A  I think within the last year or so, I led --
9  moved into business development and took on a new role
10  of business development.
11    Q  Some time in 2000?
12    A  2002.
13    Q  I'm sorry.  2002.
14    A  Yeah, mid to late 2002.
15    Q  What was your role within business
16  development?
17    A  To help communicate to business partners
18  Oracle's applications and to help support the
19  development organizations having those relationships.
20    Q  What do you mean when you say "communicate to
21  business partners Oracle's applications"?
22    A  Supporting Linux and Red Hat as a business
23  partner to Oracle.  Helping, you know, support
24  hardware vendors and suppliers.  Kind of the broader
25  technical community around the applications.  So those

Barrenechea, Mark  7/11/2006  8:58:00 AM

125

1 would be examples.
2 Q What does it mean, though, to communicate to
3 them Oracle applications?
4 A Making sure that the third parties are aware
5 of Oracle APS, their capabilities, the benefits of
6 working more closely together, those kind of things.
7 Q Was business development within the marketing
8 organization at Oracle?
9 A I would say that it was probably more
10 oriented towards the technology platform versus
11 application. So it was kind of a new function
12 emerging inside of Oracle. So I wouldn't say it was
13 as formal within the marketing organization for
14 applications, business development as a function.
15 Q Did you continue to report to Mr. Ellison
16 when you moved into that role?
17 A For a period of time, I did, and then that
18 changed.
19 Q How did that change?
20 A I then worked for Keith Block in the sales
21 organization.
22 Q When you started working for Mr. Block in the
23 sales organization, was your -- were your duties the
24 same?
25 A Yes.

126

1 Q Okay. What was Mr. Block's role at the time?
2 A Head of North American Sales, to the best of
3 my knowledge. Head of North American Sales.
4 Q What happened to your organization when you
5 moved into business development?
6 A I believe Ron took over the responsibilities
7 for the engineers.
8 Q So Ron had responsibility then for CRM and
9 ERP?
10 A Yes.
11 Q Okay. Who determined when 11i.1 was going to
12 be released?
13 A Who determined. You know, I would again kind
14 of describe it as a collaborative process between Ron,
15 myself, and our mutual teams.
16 What is that?
17 Q It's the Tuesday 12:00 siren.
18 A Okay. Any particular purpose or just --
19 Q Just a testing.
20 A Okay. Very good.
21 So I'm not sure if there was kind of a -- I
22 would describe it as kind of a collaborative process
23 with Ron, myself, and our teams around who determined
24 kind of the release date.
25 Q Did anyone other than you, and Ron, and your

127

1 teams have input into when that happened?
2 A You know, I don't recall precisely. I don't
3 recall the process, but I remember being very
4 collaborative in listening to opinions.
5 Q Any opinions outside of you and Ron's groups?
6 A Vaguely remember marketing input, sales
7 input, that kind of thing.
8 Q What kind of input did marketing have into
9 the release date?
10 A Typically are they ready to market. Are they
11 ready to build collateral, build materials, kind of
12 supporting go to market activities.
13 Q So would you describe it as market -- strike
14 that.
15 Did marketing push for the release date to
16 happen as soon as possible?
17 A I wouldn't describe it that way, and I --
18 I -- I don't recall.
19 Q Okay. What about sales? What was their
20 input into the release date?
21 A Again, what I recall is more around
22 readiness. Are they ready to be able to communicate
23 to the sales force. You know, are they educated and
24 ready to go out and communicate product to customers.
25 Q Who do you recall from the sales organization

128

1 having input into the release date?
2 A Brad Scott I recall having input. Though he
3 wasn't -- Brad was kind in a role of kind of
4 liaisoning between engineering and field, and by
5 "field" I mean sales and consulting, so Brad sort of
6 worked as a liaison.
7 Q Anyone else from the sales organization who
8 had input into the release date?
9 A Input into the release date. Not that I
10 recall.
11 Q How about Mr. Ellison? Did he have input
12 into the release date?
13 A Larry was part of the collaborative process.
14 But, you know, at the end of the day, it really came
15 down to the product teams, if they felt it was ready.
16 Q Do you recall the release date ever being
17 pushed back for 11i.1?
18 A Do I remember it being pushed back.
19 Certainly not atypical to move a release date
20 for any release. I don't recall the specifics around
21 moving back release 11.1 date. I don't recall if
22 it -- I don't recall the specifics around it.
23 Q Do you recall when 11i.1 was actually
24 released?
25 A Actually, I don't.

129

1  Q.  Okay.
2  A.  I don't recall the date.
3  Q.  Do you recall when 3i was released?
4  A.  '98.  '98, early '99.
5  Q.  Okay.
6  A.  But no, I don't recall the specific date.
7  Q.  Did Mr. Sanderson have any input into the
8  release date of 11i?
9  A.  I don't recall.
10  Q.  So you don't recall whether he did one way or
11  the other?
12  A.  No.
13  Q.  You mentioned, when we were discussing the
14  PRP process, that one of the steps was translation.
15  Who was responsible for the software
16  translation?
17  A.  There was a dedicated group for translations,
18  I do recall.  Whoever reported, I don't remember.
19  It didn't report to me.
20  I'm not sure where it was inside of Oracle,
21  but that -- that would be something like an
22  Alan Fletcher would help coordinate within operations,
23  but I don't recall where it reported to.
24  Q.  Was it one group that was responsible for the
25  translation of all of the applications?

130

1  A.  I -- I vaguely recall there being one group
2  for all Oracle product doing the translations, so I
3  can't be more -- more precise around it.
4  Q.  So when you say all Oracle product, you mean
5  database applications?
6  A.  Applications, yes.
7  Q.  Okay.  Everything?
8  A.  Uh-huh.
9  Q.  What was the process, or what do you know
10  about the process from the completion of an
11  application to the release of -- strike that.
12  How did the process work from the release of
13  an application in the English -- the American English
14  language version to the release in another language?
15  MR. GIBBS:  Objection; lack of foundation.
16  THE WITNESS:  I actually don't know the
17  process.
18  BY MS. WINKLER:  Q.  Did a translation start
19  once the American English language version was
20  complete, or was it something that was ongoing along
21  with development?
22  MR. GIBBS:  Objection; lack of foundation.
23  THE WITNESS:  I vaguely recall kind of going
24  from a U.S. English only release to a very -- you
25  know, six, seven years ago, kind of thinking about a

131

1  process of where -- I think the languages became
2  tiered, right.  Tier one languages, tier two
3  languages, tier three languages.  That might be the
4  wrong phraseology around it.  Grouping the languages.
5  Let's call it groupings of languages, where it was
6  attempted that a certain -- a grouping of languages
7  would be simultaneously translated for sufficiency
8  reasons.
9  Specific process, I don't recall what
10  language or origin group, I don't recall, but I
11  remember some goals being around doing groupings of
12  languages kind of simultaneously, because it was a
13  little more efficient to do it that way.
14  Q.  That would be after the English?  Did that
15  happen after the English language version was
16  released?
17  A.  Yeah, I don't recall.  I do kind of vaguely
18  recall groupings of languages and trying to translate
19  the product into those groups simultaneously, but
20  whether it was concurrent with U.S. English or not, I
21  don't recall.
22  Q.  Okay.
23  MR. GIBBS:  Whenever it's a convenient break
24  to take a lunch.
25  MS. WINKLER:  Sure.  Yeah.  Actually, now is

132

1  the perfect time.
2  THE VIDEOGRAPHER:  Off record at 12:08.
3  (Lunch break taken.)
4  THE VIDEOGRAPHER:  On record at 1:09.
5  THE WITNESS:  Thank you for the lunch break.
6  BY MS. WINKLER:  I needed one as well, but
7  you're welcome.
8  Q.  Mr. Barrenechea, this morning you talked
9  about bringing major product versions to market over
10  the course of time.  Did Oracle consider the various
11  versions of 11i, 11i.1, 11i.2, 11i.3 major product
12  versions?
13  A.  You know, when I refer to kind of major
14  product versions of 18 to 24 months, typically
15  structurally you can tell the release by kind of the
16  numbering scheme.
17  So 10.7 was sort of a series of products.  I
18  think the initial 10.7 was a major release.  3i would
19  be considered, you know, an important release.  11i.1
20  would be considered an important release.
21  When 11i -- you know, there were, I think,
22  either 5 or 6 also was considered kind of -- kind of a
23  significant functional release as well kind of in that
24  same curistic (sic) of -- from, you know, APS 9, APS
25  10.7, 3i, 11.1, 11.5 and kind of be -- and now 12i, I

133

1   guess, from Oracle being major product milestones.
2      Q   Okay.  And how would you describe the
3   releases of 11i between 11i.1 and 11i.5?
4      A   I guess I would describe -- I don't kind of
5   recall kind of the -- kind of dates, and kind of big
6   items in 1, 2, 3 and 4, but I would describe them
7   conceptually as incremental releases of, you know,
8   again kind of release cycles bringing additional
9   functionality into those releases at each of those --
10  so I'll describe them as incremental releases versus a
11  major release.
12     Q   But what drove the decision to do an
13  incremental release as opposed to just patches or
14  things like that?
15     A   Well, you mixed two things in there, right.
16  But a patch is a mechanism to release stuff versus the
17  actual kind of release.
18      So patch aside, you know, again, I would go
19  back to what we discussed earlier of customer
20  requirements, new markets, new requirements in the
21  market, whether it be again from things from the Euro
22  through new business models customers were operating
23  under.  So I would fundamentally -- I'd basically
24  describe it as functional along the way for each of
25  those in a release.

134

1      Q   So you would describe them as being
2   functional releases?
3      A   Yes.
4      Q   Were new functions ever released through
5   patches as opposed to a new product release?
6      MR. GIBBS:  Objection; vague.
7      THE WITNESS:  A patch -- I mean, you'd have
8   to describe what a patch means.
9      BY MS. WINKLER:  Q.  I'll ask you what did a
10  patch mean at Oracle?
11     A   A patch was a -- kind of a fiscal mechanism
12  to install software.
13     Q   So were new releases delivered through
14  patches?
15     A   Were new releases?  I don't recall if new
16  releases were delivered through patches.  Certainly
17  the -- the -- the mechanism to install software could
18  be a patch, from my recollection, and functionality
19  could be part of that.  I guess technically and
20  structurally it could be.
21     Q   How were the new releases delivered, if not
22  through patches?
23     A   How were new releases.  There were -- I can't
24  recall the names of the fiscal kind of tools used, but
25  there were certain tools that created install units,

135

1   and I'm not -- I just don't know the mechanism of that
2   install unit.  I just don't recall it.
3      Q   Were each of the new releases of 11i releases
4   that included ERP and CRM?
5      MR. GIBBS:  Objection; vague.
6      THE WITNESS:  Could you repeat the question?
7      BY MS. WINKLER:  Sure.
8      Q   Were each of the new releases for 11i, for
9   example, 11i.2, 11i.3, releases that included ERP and
10  CRM?
11     MR. GIBBS:  Same objection.
12     THE WITNESS:  You know, I -- you know,
13  thinking of 11.1, 11.2, 11.3 to your question, I don't
14  recall kind of the actual kind of line items that went
15  into each of those stalls.  Conceptually, most likely,
16  right, CRM and ERP were included in each of those
17  installs, but I don't recall specifically.
18     BY MS. WINKLER:
19     Q   What was a megapatch?
20     A   What was a megapatch?  I recall the term
21  "patch family."  A patch family would be a family of
22  patches, a collection of patches.  So instead of an
23  individual patch, there would be multiple patches that
24  would be considered a family patch.
25      So the term I remember is a "family patch."

136

1   It may have been the term "megapatch," but I remember
2   family patch or family pack.
3      Q   Okay.  How were the individual -- strike
4   that.
5      Were you or any of the individuals in your
6   group ever compensated based upon application sales?
7      A   There is a three part.
8      Q   Let's say '99, until you left the company.
9      A   So the question is for my team?
10     Q   You or anyone on your team.
11     A   Okay.  I recall my compensation plan.  I'm
12  looking for some guidance to get into my compensation
13  plan.
14     MR. GIBBS:  Yeah.  I mean, I --
15     BY MS. WINKLER:  Q.  The transcript is
16  confidential, so if you have any concern over that.
17     A   So I seek advice to talk about my specific
18  compensation plan.
19     MR. GIBBS:  Do you need his specific
20  compensation?
21     MS. WINKLER:  I need an answer to my
22  question.
23     MR. LIBBY:  You're not entitled to it based
24  on privacy.  Maybe we should take a break and talk to
25  him about it.

137

1     MS. WINKLER: I don't think that -- I'm not
2  asking him the specific figures. My question -- could
3  you read back my last question.
4     MR. GIBBS: That's what I'd like to know, and
5  then we'll talk to him.
6     (Whereupon, record read by the Reporter as
7  follows:
8     "Question: Were you or any of the
9       individuals in your group ever compensated
10      based upon application sales?")
11     MR. GIBBS: I think he lacks some guidance on
12  answering that question and preserve the privacy.
13     THE WITNESS: Yeah, and my employees.
14     THE VIDEOGRAPHER: Off record at 1:17.
15     (Short break taken.)
16     THE VIDEOGRAPHER: On record at 1:21.
17     THE WITNESS: Could you repeat that question?
18     MS. WINKLER: Sure.
19     Would you read my question back, please.
20     (Whereupon, record read by the Reporter as
21  follows:
22     "Question: Were you or any of the
23       individuals in your group ever compensated
24       based upon application sales?")
25     THE WITNESS: Okay. So for my team, I don't

138

1  recall, but from -- from that period, I had
2  equity-based compensation.
3     BY MS. WINKLER: Q. What do you mean by
4  "equity-based compensation"?
5     A  Kind of a standard executive kind of
6  arrangement where you're granted a salary, bonus, and
7  stock options.
8     Q  And what was your bonus based upon?
9     A  I believe corporate performance. The same
10  plan that the other executives had at the company at
11  the time.
12     You know, a specific metrics at Oracle at
13  that point, I don't really recall, but I believe it
14  was a standard executive compensation plan of base
15  salary, bonus based on the performance of the company,
16  group performance metrics, the same across executive
17  pool, and then equity grants.
18     Q  And what were the equity grants based upon?
19     A  I actually don't know. Don't know.
20     Q  So any of those things you mentioned, base
21  salary, bonus, and equity grants, do you know whether
22  application sales were a factor in any of those?
23     MR. LIBBY: Objection; lacks foundation.
24     THE WITNESS: You know, I -- I -- I think it
25  was more oriented towards corporate performance. But,

139

1  you know, the -- so -- so I don't -- I don't know how
2  kind of the core man -- the executive management team
3  kind of determined, you know, salary growth, or bonus
4  payout earned, or payout, or the equity grants I or
5  other executives received.
6     I wasn't in those dialogues with my boss or
7  whom my boss used to be able to determine that, so I
8  actually don't know the algorithm eristic used to
9  calculate that.
10     BY MS. WINKLER: Q. So were you ever told by
11  anyone that any amount of money you did or did not
12  receive was influenced by application sales?
13     MR. GIBBS: Objection; asked and answered.
14     MR. LIBBY: Join.
15     THE WITNESS: I think I already answered
16  that.
17     BY MS. WINKLER: Q. I -- I'd like to have an
18  answer to my question.
19     A  Okay. Could you repeat the question, please.
20     (Whereupon, record read by the Reporter as
21  follows:
22     "Question: So were you ever told by anyone
23       that any amount of money you did or did not
24       receive was influenced by application
25       sales?")

140

1     MR. LIBBY: Asked and answered; vague.
2     THE WITNESS: Again, from -- you know, we
3  were talking from -- from -- you know, in that time
4  period, I don't know how management determined my
5  payout, so I just don't know.
6     BY MS. WINKLER: Q. Can you answer my
7  question in a "yes" or "no" fashion?
8     MR. LIBBY: He just did.
9     THE WITNESS: I don't know how it was
10  determined in that time frame.
11     BY MS. WINKLER: Q. Did anyone ever tell you
12  that application sales was a factor in the amount of
13  money you did or did not receive?
14     MR. LIBBY: Objection; asked and answered.
15     MR. GIBBS: Objection; argumentative.
16     MR. LIBBY: Join.
17     MR. GIBBS: This is a waste of time.
18     BY MS. WINKLER: Q. You still have to answer
19  the question.
20     A  I don't recall.
21     Q  When you were on the executive committee, did
22  you ever -- were you involved in salary determinations
23  for people that worked for you or anyone else at the
24  company?
25     A  Those weren't typically discussions at the

141

1 EC. As part of an annual compensation review process,
2 I would look at kind of the corporate allocations
3 granted to my division, and then based on my view of
4 performance, hand out, you know, any increase that
5 would be handed out on a yearly basis.
6     Q   My question was, were you involved in salary
7 determinations, and I take it from your answer, your
8 answer is yes?
9     A   You said at the EC, and at the EC, no.
10    Q   Okay.  So then you mentioned that you look at
11 corporate allocations, performance, et cetera.
12        What part did that play in the salary
13 determination for any particular individual?
14    A   There was an annual process at Oracle.  In
15 that annual process, an allocation would be handed
16 to -- to me as a head of a division.  I would have
17 very broad guidelines from HR on how to -- how to
18 think about allocations.  And, you know, based on
19 input from HR and my own determination, we would hand
20 out any -- you know, any portion of that as
21 appropriate to my direct reports individually and to
22 their teams so they could then hand it out to their
23 managers, and their managers could then allocate it to
24 their managers as they deemed appropriate.
25    Q   So when you say you were given an allocation,

142

1 does that mean that your group had a certain amount of
2 money that was allocated to it, and then it was -- you
3 were involved in dividing that up among the people
4 that were in your group?
5     A   Yes.
6     Q   Okay.  Were bonuses given out at the end of
7 the calendar year or the fiscal year?
8     A   Fiscal year ended?
9     Q   Do you recall when the fiscal year ended?
10    A   May.  I think it was May, yeah.  Typically
11 the process would start around the end of the fiscal
12 year and occasionally roll into Q1, to the best of my
13 recollection.
14    Q   Was that true for the bonus you received, as
15 well as the bonuses that people that worked for you
16 received?
17    A   I was part of the kind of standard
18 employment.  I believe I was part of the standard
19 employment agreement as an executive and employee of
20 the company.
21    Q   So you received your bonus at the same time
22 as or at or around the same time as the individuals
23 that worked for you?
24    A   I believe so.
25    Q   Okay.  I'm going to ask the court reporter to

143

1 mark this document as Barrenechea Exhibit 1.
2        (Document marked Exhibit No. 1
3         for identification.)
4        BY MS. WINKLER:  Q.  Mr. Barrenechea, do you
5 recognize this document?
6     A   This is the document that came with the --
7 short answer, yes, I do.
8     Q   What do you recognize this document to be?
9     A   When I was served to give a deposition, this
10 came with the -- this came with the -- the notice.
11    Q   Okay.
12    A   Yeah.
13    Q   Have you read through this document
14 previously?
15    A   Yes, I did.
16    Q   Let me direct your attention to page five of
17 the document in the right-hand corner of the document.
18        Did you review the "Documents Requested"
19 section of this document, I think it's numbered
20 request number 1 through 12, when you received the
21 document?
22    A   The question is did I review this?
23    Q   Yes.
24    A   Yes, I did.
25    Q   Did you have any documents responsive to this

144

1 request?
2     A   I don't believe I did.
3     Q   What did you do to -- if anything -- to
4 undertake to determine whether or not you had
5 responsive documents?
6     A   I went through my file cabinet at home and
7 looked for any documents.
8     Q   Did you search your computer for relevant
9 documents?
10    A   I have no Oracle electronic documents.
11    Q   Okay.  Do you recall when you first became
12 aware of this litigation?
13    A   No, I don't.
14    Q   Were you working at Oracle at the time?
15    A   Was I working at Oracle at the time of?
16    Q   That you first became aware of this
17 litigation.
18    A   Like I said, I'm not sure when I became aware
19 of it, but yes, I was working at Oracle when I
20 believe -- the only thing I'm sure was this
21 litigation, right.  Yes, I was aware of some
22 litigation going on while I was at Oracle.
23    Q   Okay.  Were you aware of securities fraud
24 litigation going on -- against Oracle going on while
25 you were working at Oracle?

Barrenechea, Mark  7/11/2006  8:58:00 AM

145

1    A   No.
2    Q   Okay.  Do you understand that this case is a
3  securities fraud case?
4    A   I've come to understand that over the last
5  few days.
6    Q   Okay.  Did you ever receive a request to
7  preserve documents while you worked at Oracle?
8    A   You know, I don't recall it.  I don't recall
9  receiving the document.
10    Q   Do you recall undertaking any efforts to
11  preserve documents in your possession at any time
12  while you were at Oracle?
13    A   You know, kind of the standard policy -- you
14  know, the policy which we operated under was what was,
15  you know, received was sort of stored on our computers
16  at work and stored in file cabinets.  So when -- I
17  always kind of operated under those pretenses.
18    Q   Did you have any practice with respect to
19  deleting e-mails that you received?
20    A   Certainly sort of junk e-mails and, you know,
21  e-mails that, you know, didn't seem important were
22  deleted.
23    Q   Did you generally save work-related e-mails?
24    A   Saved some.  But, you know, my policy always
25  was pretty consistent through my tenure at Oracle that

146

1  things that seemed important were saved or printed and
2  put in file cabinets.
3    Q   And you don't recall changing that policy at
4  any point in time?
5    A   No.
6    Q   Did you ever search your file cabinets or
7  search your computer for documents responsive to this
8  litigation while you were working -- documents
9  relevant to this litigation while you were working at
10  Oracle?
11    A   I do recall having people come -- individuals
12  coming into my office to look through my office.
13    Q   Do you recall when that took place?
14    A   No, I don't.
15    Q   Do you recall if you performed a search of
16  your computer?
17    A   I remember making everything available within
18  my office at the time.
19    Q   Did you have a laptop when you worked at
20  Oracle?
21    A   Yes, I did.
22    Q   Did they -- do you -- did you make that
23  laptop available for anyone to search?
24    A   I believe when they came in to look in my
25  office, everything was available for them, laptop

147

1  through my file cabinet.
2    Q   And what happened to your laptop when you
3  left Oracle?
4    MR. GIBBS:  Objection; lack of foundation.
5    THE WITNESS:  It remained with Oracle.
6    BY MS. WINKLER:  Q.  Okay.  Going back to the
7  documents requested, 1 through 12 on this document, at
8  the time you worked at Oracle, would you have had
9  documents responsive to these requests?
10    A   No.
11    Q   For example, request number two, you would
12  not have had any documents constituting or concerning
13  design documents for Suite 11i?
14    A   You said would I have documents related to
15  all of these things?
16    Q   I think I said any of these requests.
17    A   I'm sorry.  I thought I heard "all."  I guess
18  I would have to go -- so the question is number two?
19    Q   If you could go through them one by one.
20    A   One, most likely not.
21    Go through them one by one?
22    MR. GIBBS:  If that's what she wants.
23    THE WITNESS:  Okay.  I would have most likely
24  had somewhere either have been copied on or stored
25  somewhere in the office, number two.

148

1    MS. WINKLER:  Okay.
2    THE WITNESS:  Some portions of those.
3  Clearly not all of them.
4    BY MS. WINKLER:  Q.  Which portions of those
5  do you specifically recall having those types of
6  documents?
7    A   I'm sure I was sent a design document for
8  some part of the suite, if you will.  I would have
9  reviewed it in a meeting.  Maybe it was carried into a
10  meeting and carried out.  Funds, rebates, remediation,
11  no.  I was an engineer and not on the finance side.
12  Documents relating to forecast, probably not.
13    Q   Going back to just request number two, again,
14  I think you said yes to subsection "B," and no to
15  subsection "F."  What about the remainder of the
16  subsections there?
17    A   All documents consisting or concerning
18  software version 1, 2, or 3 I probably reviewed,
19  right, some part of documents relating to 1, 2 or 3.
20  Don't recall if they were in e-mail or hard copy.
21  Probably reviewed them.
22    Design documents, most likely looked at a
23  subset of them.  The design was certainly done within
24  the engineering teams.  Technical manuals, probably
25  not, right.  Probably didn't read an end user, you

149

1  know, manual.
2      Bug reports, yeah. I've seen bug reports.
3  All that data is stored in the bug database, if you
4  will. I think that answers two.
5      You want me to keep going down to three?
6    Q  What about subset "E" of two?
7    A  I'm not sure what "E" is describing outside
8  of bug reports.
9    Q  Okay.
10   A  Right.
11     Three, documents relating to Oracle
12  forecasts, most likely not. Number four, relating to
13  pipeline and pipeline conversion rates, no. Request
14  number five, no. Number six, no. Number seven, don't
15  recall to a no.
16   Q  Do you understand that the "SLC" means the
17  Special Litigation Committee?
18   A  I, I -- I do at this point, yes.
19   Q  Okay.
20   A  Number eight, all documents and
21  communications with governmental, judicial or law
22  enforcement agencies, SEC, U.S. Department of Justice,
23  FBI, the individual defendants, no.
24     All documents consisting or concerning
25  testimony given by me or officers relating to, no, I

150

1  had no testimony in my office.
2      Number ten, concerning or constituting any
3  communications of this request, well, this clearly
4  came well after the facts, so no.
5      Number 11, all documents concerning any
6  testimony, affidavit from me, no.
7      Number 12, no.
8    Q  Going back, I think you mentioned the bug
9  database. What was the bug database?
10   A  Excuse me. As part of the Oracle support
11  organization, there were a variety of systems, one of
12  which was called Metalink, and as customer requests
13  came in, I think they were called CSRs, customer
14  service requests, if the issue wasn't informational,
15  it could be handled or answered within support. It
16  typically was then turned in, I think, to a TAR, a
17  Technical Action Request. T-A-R like TAR.
18     And TARs were assigned. It would then be
19  a -- just the normal course of -- of a product cycle,
20  would be handed to engineers to be reviewed and --
21  and/or resolved in some fashion.
22     So that information was stored in a system at
23  Oracle which can be queried by the developers and
24  managers. That's what I mean by the TAR/bug database.
25   Q  So the -- is a TAR something different from a

151

1  bug?
2    A  You know, I'm not sure if the -- I'm not sure
3  of the kind of distinction. I kind of think of TAR --
4  I think of the progression going from a CSR to a TAR.
5      The actual Oracle language may be different,
6  but in my recollection going back six, seven years is
7  that a CSR was a request, and that if it could be
8  handled just informationally or with something
9  existing, it then got closed, and if it couldn't get
10  closed, it got turned into a TAR, which could
11  encompass being resolved by more information, an
12  existing patch, might be an enhancement request, user
13  error, you know. It could be a variety of things
14  usually encapsulated as a TAR.
15   Q  Was a bug one of those things that a TAR
16  could be?
17   A  A TAR could be a bug, but not necessarily.
18   Q  Now, what was a bug?
19   A  A bug was a defect in the software.
20   Q  And is it your recollection that the bug
21  database included all of these things: The CSR, the
22  TARs, and the bugs?
23   A  I think so. I think so. I could be -- could
24  be mistaken around that, but I -- I thought I -- I
25  kind of recall them all being in one system.

152

1    Q  Okay. And you recall that system being
2  called Metalink?
3    A  I know of it as Metalink.
4    Q  Okay. And did that reside somewhere on the
5  database at Oracle?
6      MR. GIBBS: Objection; vague.
7      THE WITNESS: It was an Oracle system, if
8  that's what you mean.
9      MS. WINKLER: Okay.
10     THE WITNESS: Yes.
11     BY MS. WINKLER: Q. Could you go on to your
12  computer and search that system?
13   A  I couldn't. I didn't know how to use it, but
14  certainly engineers could.
15   Q  Okay. What type of information was conveyed
16  on a bug report?
17   A  Customer name, product name, description of
18  the potential defect.
19   Q  Now, did bug reports include only bugs, or
20  did they also include TARs?
21   A  Most of the -- most of the things I remember
22  were really a mixture. There certainly, you know --
23  you know, there are defects, you know, in every
24  software product, so there were defects.
25     There were issues that could be resolved. So

153

1    yes, it's a combination of things, from defects,
2    things that are informational and very potentially
3    enhancement requests as well.
4        Q   And was there something on the bug report
5    that distinguished, among those various things, that
6    something could be an enhancement request, a bug, an
7    information request?
8        A   I don't recall precisely, but I vaguely
9    remember there was a delineation.
10       Q   Okay.  What group or who was responsible for
11   producing a bug -- the bug reports that you've
12   referenced?
13       A   Certainly support working directly with a
14   customer had primary responsibility.  I'd say they had
15   primary responsibility.  Development teams also would
16   review bug lists, bug reports on, you know, customer
17   escalation when they -- when they did happen.  I'd say
18   those are kind of the two primary areas of reviewing
19   defects or TAR reports rather.
20       Q   I think I was trying to get more at -- it
21   seemed like you were talking about a specific report
22   that was a bug report; is that fair?
23       A   So you have a system, right, that houses all
24   this information, a variety of internal Oracle -- you
25   know, support can look at it, development can look at

154

1    it, and there were -- you know, there was a TAR report
2    that allowed support and development to kind of look
3    at the same data.
4        Q   Was that a report that was e-mailed around,
5    or published around, distributed in some form?
6        A   That information was shared between support
7    and development.  I occasionally looked at TAR
8    reports.  I didn't run TAR reports, but TAR reports
9    were occasionally handed to me.
10           Sometimes I would be -- you know, when I
11   would be speaking with a customer, I'd like to kind of
12   understand the customer as fully as I can, and part of
13   that kind of understanding would include what are the
14   open enhancements or open defects associated with a
15   customer.
16       Q   And did you get that e-mail -- strike that.
17           Did you get that information e-mailed to you
18   ever?
19       A   Most likely.  Most likely e-mailed.  A lot of
20   times hard copies.  They would walk in with a report
21   and say "We're going to do a call at this time, and,
22   you know, here is kind of all the information in front
23   of you, but yeah, yeah.
24       Q   Was there any kind of report that tracked
25   TARs and bugs not in a customer-specific way but just

155

1    in general the outstanding TARs, outstanding bugs?
2        A   I don't recall.  There may have been, but I
3    don't recall.  But having said that, the data would
4    still be all in the same place in that database.
5        Q   Okay.
6        THE REPORTER:  I need to change my disc.
7        MS. WINKLER:  Take a short break.
8        THE VIDEOGRAPHER:  Okay.  I'm going to end
9    tape here.  This marks the end of tape two, Volume I,
10   in the deposition of Mark Barrenechea.
11           At 1:45, going off the record.
12           (Short break taken.)
13       THE VIDEOGRAPHER:  On record at 1:50.
14           This marks the beginning of tape three,
15   Volume I, in the deposition of Michael Barrenechea.
16       BY MS. WINKLER:  Q.  Mr. Barrenechea, did you
17   ever make presentations to Oracle's board related to
18   CRM?
19       A   I have presented to the board at Oracle.  I
20   don't remember the exact content of that presentation,
21   but I have presented to the board.
22       Q   Did you make presentations to the board on
23   multiple occasions?
24       A   You know, it was one or two times.  Maybe
25   three tops.  Beyond that, you know, I wasn't a regular

156

1    attendee of the board meetings.  One, two, maybe three
2    times.
3        Q   Do you have any reason to believe that you
4    didn't make a presentation to the board on
5    January 8th, 2001, about CRM?
6        A   I don't recall the specific date.
7        Q   Do you recall any specifics about any of the
8    presentations that you've made to the Board of
9    Directors?
10       A   No, I don't -- I don't remember the exact
11   content.  Being responsible for CRM, it's very likely
12   I could have.  It's my area of responsibility, but I
13   don't remember the actual presentation.
14       Q   Okay.  I'll ask the court reporter to mark
15   this document as Barrenechea 2.  This document is
16   Bates labeled NDCA-ORCL 106680 through 106728.
17           (Document marked Exhibit No. 2
18            for identification.)
19       THE WITNESS:  You have visitors behind you.
20       BY MS. WINKLER:  Q.  Mr. Barrenechea, do you
21   recognize this document?
22       A   Yes, I do.
23       Q   What is this document?
24       A   Well, the title of it reads "Technical White
25   Paper."

157

1    Q   What is a "Technical White Paper"?
2    A   You know, the -- you know, I wasn't aware of
3  this until recently, and I'm not actually quite sure
4  what this document is.
5       You know, there's a print date on it, but,
6  you know, in kind of quickly looking at this a couple
7  of days ago, it looks like a vision statement, a
8  vision statement behind what CRM is or could be over
9  time.
10   Q   What do you mean when you say you weren't
11  aware of this document until recently?
12   A   You know, I just -- you know, my name is on
13  the document.  I didn't recall having a document of
14  kind of this size with my name on it a couple of days
15  ago or yesterday rather when preparing for today.  I
16  became aware of this document, and that's what I mean
17  by that.
18   Q   Had you seen this document before a couple of
19  days ago?
20   A   You know, it -- you know in refreshing my
21  memory, I guess I was somewhat aware of it.  But, you
22  know, I really didn't recall it in any detail.  I
23  mean, it -- you know, it looks like, you know, an
24  amalgamation of a variety of people's work inside of
25  Oracle.

158

1       I'm -- you know, I don't remember.  I'm sure
2  I'm capable of writing any of the pieces in here.  I
3  probably had some editorial control over it.  That's
4  what I mean.
5    Q   But you used a couple of different terms.
6    A   Yeah.
7    Q   One of them was "vision statement."
8    A   Yeah.
9    Q   What is a "vision statement"?
10   A   Well, you know, the document looks like kind
11  of defining kind of a, you know, general kind of
12  framework around applications, what -- what e-business
13  could mean over time, kind of the products that could
14  incorporate into CRM, but I was just a little puzzled
15  by the document without the kind of a draft, final,
16  date, internal/external kind of legend on it and quite
17  candidly didn't remember authoring it.
18   Q   Are you disputing the fact that you authored
19  this document?
20       MR. GIBBS:  Objection; argumentative.
21       MR. LIBBY:  Join.
22       THE WITNESS:  I'm not sure -- I'm not sure
23  anyone has asked me or proposed that I've written it.
24       BY MS. WINKLER:  Q.  Did you write this
25  document?

159

1    A   I don't recall writing it.
2    Q   But your name appears on the first page;
3  correct?
4    A   Absolutely.  You know, the standard process
5  for Oracle to publish a white paper, technical or
6  otherwise, would have gone through legal review, would
7  have gone through marketing review, would have been
8  put in the Oracle template, right, would have had all
9  the kind of disclaimers up front and in the back which
10  this does not have.
11       You know, I'm not disputing.  I probably had
12  some editorial control over it by any means, and my
13  name is clearly on it, but I just don't quite
14  understand -- I can't recall the purpose of the paper,
15  per se, and not really sure where it ended up going.
16   Q   This document aside, what is a "Technical
17  White Paper," in general?
18   A   Yeah, a -- that's kind of, you know, the
19  oddity of seeing "Technical White Paper" on this.
20       Typically, it would be technical, right, in
21  nature.  It would talk about specific aspects of
22  the -- you know, how tables talk to PL sequel, right.
23       Maybe the Java technology is stacking
24  erratic.  You know, it would be more -- it would be
25  for engineers and programmers, right.  This paper is

160

1  much more oriented towards business, right.
2       So this is just kind of mismatch when it says
3  "Technical White Paper" on it versus more market
4  oriented which this paper is.
5    Q   When you say "oriented towards business," or
6  "market oriented," do you mean oriented towards
7  customers?
8    A   Well, this is clearly not oriented toward a
9  program, right, which you think a technical paper
10  would be.  You know, this is more of a -- kind of a
11  functional description of the products at a very high
12  level, as well as kind of commentary on the industry,
13  and some commentary on what CRM is, right.
14       So I guess what I'm just highlighting is
15  "Technical White Paper" is kind of a mismatch with
16  what's on the front page.
17   Q   Okay.  Do you recall authoring a document
18  about customer relationship management?
19   A   Like I said, I --
20       MR. GIBBS:  Hang on.  Hang on.
21       Objection; vague.
22       Answer, if you can.
23       THE WITNESS:  I don't remember authoring this
24  paper.  Though I -- though it's very possible I had
25  some editorial control over it.

161

1    BY MS. WINKLER:  Q.  What do you mean when
2  you say "editorial control"?
3    A   That this was assembled, somebody asked me to
4  review it, and asked me to put my name on it to give
5  it more importance that a senior executive has their
6  name on a paper, and that's what I mean by editorial
7  control.
8    Q   Do you have any reason to believe that you
9  didn't review it some time in 2001?
10    A   You know, I just don't recall.  I don't
11  recall, but it is possible.
12    Q   Were "Technical White Papers" generally
13  published to the public on Oracle's website, or was it
14  an internal publication?
15    MR. GIBBS:  Objection; vague.
16    THE WITNESS:  There's a process to go through
17  that I remember which would have included marketing,
18  editing the paper, which doesn't look like happened
19  here.
20    It would have been put in an Oracle format,
21  which didn't happen here.  Legal would have reviewed
22  it and put their disclaimers in it, which didn't
23  happen here.  So there is a process one would go
24  through.
25    BY MS. WINKLER:

162

1    Q   And did that process culminate then in
2  publication of the paper?
3    A   Yes.
4    Q   And was that a publication outside of Oracle?
5    MR. LIBBY:  Objection; vague.
6    THE WITNESS:  Technical white papers, which
7  this is not, had been published on Oracle's website.
8  The Oracle website could then download a technical
9  white page.
10    BY MS. WINKLER:  Q.  Did Oracle generally
11  produce "Technical White Papers" about its products?
12    A   Yeah, I'd say they published papers usually
13  available on Oracle.com.
14    Q   Do you recall there being a different
15  "Technical White Paper" about customer relationship
16  management?
17    A   I don't recall one.
18    Q   Did you ever offer a different "Technical
19  White Paper" about customer relationship management?
20    A   I don't believe I could publish a "Technical
21  White Paper" on CRM.  So no, I don't recall one.
22    Q   Why do you say that?
23    A   You know, this is what -- I hadn't programmed
24  in many, many years, and in that level of specificity
25  on "Technical White Paper" was beyond my skill at this

163

1  point in time.
2    Q   Who would have -- if you had to, looking back
3  to designate someone in your group to write the
4  technical paper on CRM, who would that have been?
5    A   I would go under the people like in these
6  documents, or design documents, or technical manuals.
7  The owners of those documents, which would have been
8  the product teams.
9    Q   Did the product teams produce the technical
10  manuals?
11    MR. GIBBS:  Objection; vague.
12    THE WITNESS:  Yes.
13    MR. GIBBS:  You can answer.
14    THE WITNESS:  I believe they did.
15    BY MS. WINKLER:  Q.  Did each individual
16  module have its own technical manual?
17    A   I believe it did.
18    Q   Was there a CRM technical manual?
19    A   I don't know if there was one manual
20  describing CRM, but certainly each module should have
21  had a manual associated with it.
22    Q   And what were -- what was done with those
23  technical manuals?
24    A   The actual manual is actually the description
25  of the product that defines precisely and legally what

164

1  the doc product does.
2    So when you -- when a customer licensed the
3  software, the representation of warranty, what the
4  product is to do, is represented in the manual.
5    Q   So the manual was something that was given to
6  the customer?
7    A   When a customer licensed the software, they
8  got a manual.
9    Q   Okay.
10    A   The manual states exactly what the software
11  does and there's a representation of what the product
12  does.
13    Q   And that manual is known as a technical
14  manual?
15    A   I think so.
16    Q   Was there a specific format that those
17  manuals took?
18    A   Very much so.
19    Q   And who -- who was responsible for the actual
20  publication of those manuals?
21    MR. GIBBS:  Objection; vague.
22    THE WITNESS:  I don't know who actually
23  published them, but the authors of those documents
24  would have been the development teams.
25    BY MS. WINKLER:  Q.  Okay.  Did the authors'

165

1　names appear an those documents somewhere?
2　　　A　Not that I'm aware of.
3　　　Q　What other types of materials were given to
4　customers once they purchased Oracle's software other
5　than the technical manuals?
6　　　MR. GIBBS: Objection; vague; lacks
7　foundation.
8　　　MR. LIBBY: Join.
9　　　THE WITNESS: I actually don't know.
10　　BY MS. WINKLER: Q. What were design
11　documents?
12　　　A　Product teams were the owners of design
13　documents. I don't recall the precise definition.
14　But out of, I think, a reasonable inference of the
15　title would mean something that describes the kind
16　of -- the structural architecture of the product.
17　　　Q　What were design -- strike that.
18　　　What were done with those? What was done
19　with those documents?
20　　　MR. GIBBS: Objection; vague.
21　　　THE WITNESS: What were done with those
22　documents? They're owned and housed by the
23　development teams. They use them to help write the
24　software.
25　　　BY MS. WINKLER: Q. Were they ever

166

1　distributed to customers?
2　　　A　Don't know.
3　　　MS. WINKLER: I need to take a very short
4　break. Just go off the record for a second.
5　　　THE VIDEOGRAPHER: Off record at 2:04.
6　　　(Short break taken.)
7　　　THE VIDEOGRAPHER: On record at 2:11.
8　　　MS. WINKLER: I'm going to ask the court
9　reporter to mark NDCA-ORCL 056965 through 67 as
10　Barrenechea 3.
11　　　(Document marked Exhibit No. 3
12　　　for identification.)
13　　　BY MS. WINKLER: Q. Mr. Barrenechea, do you
14　recognize this document?
15　　　A　I don't recall the document.
16　　　Q　Directing your attention to about the third
17　of the way down the -- where it says "To" on the
18　second e-mail on the first page --
19　　　A　Uh-huh.
20　　　Q　-- is that your e-mail address there, the
21　first one after "To"?
22　　　A　Yes, it is.
23　　　Q　Do you have any reason to believe that you
24　did not receive the -- at least that e-mail dated
25　Sunday, October 1st, 2000?

167

1　　　A　I most likely received it, but I don't recall
2　it.
3　　　Q　Okay. What is the report that's attached to
4　this document?
5　　　A　Is there a subject? I'm just looking for a
6　subject line.
7　　　"Bug Summary." Subject reads "Bug Summary:
8　ERP/issues impacted CRM 11i."
9　　　Q　Do you have an understanding of what the
10　document is, other than what you just read from the
11　subject line?
12　　　A　It looks like an automated report coming out
13　of the TAR system, right. The database sort of houses
14　all of the data. The report is just pulling the data.
15　The data lives there, but this is a summary report of
16　the data that's in there, and it looks like it's a
17　list of -- I don't recall what status 10, 11, 30 means
18　in the report, but it looks like a list of ERP modules
19　that have a set of issues associated with them that
20　need to be resolved.
21　　　Q　What do you understand the part of the title
22　that says "Issues impacting CRM 11i" means?
23　　　MR. GIBBS: Objection; lacks foundation.
24　　　THE WITNESS: Again, it looks like the
25　formatting is a little hard to read. You know, it

168

1　looks like there are between 30 -- it looks like
2　there's somewhere between 25 and 30 issues that need
3　to be fixed in ERP, right, to -- I don't know which
4　CRM modules were -- you know, were relying on these.
5　　　You can't tell from this report, but it looks
6　like a series of issues, bugs or issues, right -- I
7　don't know which ones they are -- but bugs or issues
8　that need to be resolved.
9　　　BY MS. WINKLER: Q. Do you see the e-mail
10　address that's at the "from" part of this e-mail on
11　the first page, the e-mail dated October 1st, 2000?
12　　　A　"From: Crmopsqa."
13　　　Q　Do you -- what is that e-mail address?
14　　　A　No idea. I don't know, but it could be
15　Operations QA, and we discussed a little earlier
16　Alan Fletcher, who managed operations, could very well
17　have come out of his group, if you will.
18　　　Q　Okay. How about in the "CC" there's the
19　"crmdevmgr"?
20　　　A　Yeah. You know, I don't -- you know, it
21　could be an alias for development manager, right, but
22　I don't know.
23　　　Q　Was there a particular individual who was the
24　development manager in CRM?
25　　　MR. GIBBS: Objection; lack of foundation.

Barrenechea, Mark  7/11/2006  8:58:00 AM

169

1    THE WITNESS: I don't know. It doesn't say
2  "managers," but I don't know who was on that e-mail
3  alias. It's clearly an alias for some other list, but
4  I don't know what it is.
5    BY MS. WINKLER: Q. Did you consider your
6  direct reports to be development managers?
7    A  Development managers, I considered them to be
8  software executives.
9    Q  Was there anyone within your organization
10  that you considered to be a development manager?
11    A  I guess I would consider kind of development
12  team leaders to be development managers, kind of the
13  owner of field service, sales compensation,
14  something -- something of that elk could be a
15  development manager.
16    Q  So were those people that reported to your
17  direct reports?
18    A  Oh, maybe even another layer below that.
19    Q  Okay. What about the -- if you'll see, in
20  the text of the e-mail message there's a website. It
21  starts with "http"; do you see that?
22    A  "Http://crmdba"?
23    Q  Yes.
24    A  Okay.
25    Q  Do you recognize that website?

170

1    A  No.
2    Q  Do you understand that to be an internal
3  website?
4    A  I'm pretty sure it would be an internal
5  website.
6    Q  Okay. What makes you say that?
7    A  I'm speculating, but it's most likely an
8  internal website.
9    Q  And what about that makes you say that "it's
10  most likely an internal website"?
11    A  I'm speculating, but the preference --
12  preference -- the preface of "crmdba" would not be
13  kind of -- this is an address, right, just like any
14  other address, and the predicate there before the .us
15  is most likely an internal domain name, and the port
16  "8080" kind of looks like it's all internal to me.
17    Q  Okay.
18    A  So I would suspect this is a purely internal
19  e-mail.
20    Q  Okay.
21    A  Maybe some general summary around it?
22    Q  I'm sorry?
23    A  Would you like some general summary around
24  it?
25    Q  No. I don't think -- I think that's all the

171

1  questions I have about it.
2    A  Okay.
3    Q  Next I'm going to ask the court reporter to
4  mark NDCA-ORCL 153364 through 369 as Barrenechea
5  Exhibit 4.
6    (Document marked Exhibit No. 4
7    for identification.)
8    BY MS. WINKLER: Q. Mr. Barrenechea, would
9  you take a look at this document, and let me know when
10  you've had a chance to do so.
11    A  It's a rather big document.
12    Q  I'll tell you that I'm going to focus my
13  questions for you on the first page of the document.
14    A  Okay. I've read the first page. Do you want
15  me to continue reading the entire document?
16    Q  No, you could stop there.
17    A  So I've read the first page.
18    Q  Do you recognize this document?
19    A  I do not.
20    Q  Were you at the presentation that appears to
21  be summarized in this document?
22    MR. GIBBS: Objection; lack of foundation.
23    Answer, if you can.
24    THE WITNESS: I don't recall being there.
25    BY MS. WINKLER: Q. Did you ever attend

172

1  North American Sales Dialogs or meetings?
2    A  Yes, I have.
3    Q  But you don't recall one way or the other
4  whether or not you were at this particular meeting?
5    A  I don't recall if I was in this meeting dated
6  November 2nd, 2000.
7    Q  Okay.
8    A  Six years ago on that date, I don't remember
9  if I was at this meeting.
10    Q  Who ran -- generally ran the "NAS Dialogs" or
11  meetings?
12    A  I don't know the phrase "NAS Dialogs" as sort
13  of a formal meeting --
14    Q  Okay.
15    A  -- standing meeting. The head of
16  North American Sales at that point was probably
17  George Roberts.
18    Q  Okay.
19    A  Yeah.
20    Q  Did you regularly attend meetings that were
21  held by Mr. Roberts?
22    A  No.
23    Q  Do you see where it says under Roman numeral
24  I, "Per Mike Rosser, we are finally in a position to
25  do demos. Mark Barrenechea's team is currently taking

173

1   on the responsibility for integration testing between
2   CRM and ERP"?
3        Do you have any reason to dispute that
4   statement?
5        MR. GIBBS: Objection; vague; argumentative;
6   lacks foundation.
7        MR. LIBBY: Join.
8        THE WITNESS: Could you repeat the question?
9        BY MS. WINKLER: Sure.
10   Q  Do you see -- you've read what appears under
11  Roman numeral I?
12   A  Yeah.
13   Q  Do you have any reason to dispute what's
14  discussed under Roman numeral I?
15        MR. GIBBS: Objection; argumentative,
16  and lacks foundation.
17        MR. LIBBY: Join.
18        THE WITNESS: Do I have any reason to
19  dispute?
20        Possibly.  You know, I -- I think it was
21  everybody's responsibility to test, right.  So I don't
22  know who authored this.  I don't know the scope of the
23  document, the -- you know, there is no legend on the
24  document, no internal, no external, no page numbers.
25        You know, certainly -- you know, the

174

1   development teams were responsible for testing,
2   whether it be, you know -- you know, as discussed in
3   here or otherwise.
4        So I wouldn't say I took on the -- you know,
5   my team took on the responsibility.  I would say it
6   was everybody's responsibility.  So in that respect,
7   yeah, I would dispute that statement.
8        By MS. WINKLER: Q.  Okay.  What about
9   anything else in that paragraph?
10        MR. GIBBS: Objection; vague; argumentative;
11  and lacks foundation.
12        MR. LIBBY: Join.
13        THE WITNESS: I have no idea.  I don't know
14  what demos they're talking about, so I don't know how
15  to respond to it.
16        I mean, if you could be more specific around
17  what demos, maybe I could recall my memory six years
18  later.  But just based on that, I -- and not
19  necessarily being at the meeting, I don't recall what
20  this means.
21        BY MS. WINKLER: Q.  Okay.  Is it your
22  recollection that the product teams had the
23  responsibility for integration testing between CRM and
24  ERP?
25        MR. GIBBS: Objection; vague.

175

1        MR. LIBBY: Join.
2        THE WITNESS: To the example we used earlier
3   of sales compensation, which I think is a good
4   example, the sales comp in -- Oracle sales
5   compensation module, that team was responsible for
6   testing their functionality in testing the integration
7   all the way through those products.
8        So, you know, sales comp is a product that
9   understands orders placed.  It understands
10  compensation plans for sales reps, runs through its
11  calculations to understand what reps get paid based on
12  what they would sell.
13        They would then interface over both,
14  interface to financials and interface into HR, so the
15  product teams would be responsible for their testing.
16  So it was my understanding that, you know, the
17  specific product teams, where they integrated, they
18  were responsible for making sure their product worked.
19   Q  You used the phrase, I think, "testing the
20  integration all the way through those products."
21   A  Uh-huh.
22   Q  What did you mean by that phrase?
23   A  Making sure their integration was complete,
24  right.  So, you know, if the sales compensation module
25  integrated into accounts payable, they needed to make

176

1   sure not just their -- the stand alone -- their stand
2   alone capabilities were tested for CRM, but those
3   capabilities that then went through ERP was also
4   tested.
5        Q  And how did they do that?
6        MR. GIBBS: Objection; lacks foundation;
7   vague.
8        MR. LIBBY: Join.
9        THE WITNESS: We discussed earlier, I don't
10  really recall the actual testing methodologies
11  individuals used.  I did kind of remember certain
12  tools like Load Runner, and Testing Scripts that we
13  used.  But beyond that, I don't remember kind of our
14  QA processes that the team by team, dozens if not
15  hundreds of teams actually testing.  I don't remember
16  kind of their actual QA processes they used.
17        BY MS. WINKLER: Q.  Do you remember any kind
18  of overall schema or plan about QA testing?  Other
19  than that, what was at the team-by-team level?
20   A  That, again, you know, the direction was
21  given, you know, by having, you know, very senior
22  people running pieces of the organization, that they
23  needed to make sure their products worked.
24        And if sales compensation define their
25  product to mean both CRM capabilities and integration

177

1  capabilities, those development teams needed to test
2  their product completely.  Outside of that, I don't
3  know the methodology and detailed QA process they
4  used.
5      Q   You said the direction was given.  You mean
6  the direction was given by you or by whom?
7      A   I certainly would tell my direct reports "You
8  are empowered to deliver your products."
9      Q   And was the direction given to you by anyone?
10     A   Which direction?
11     Q   The direction that the products needed to be
12  integrated and the integration needed to be tested.
13     A   That would give me the direction.
14         We talked about our method, methodology of
15  kind of canvassing, that the constituencies were
16  defining those requirements, and for 11i we --
17  integration was -- business processes were important,
18  right, kind of a driving theme.
19         An aspect of that was integration, so I don't
20  recall someone telling me versus kind of the team, you
21  know, deciding on the functional requirements for the
22  product.
23     Q   What team?
24     A   What team?  I'm a little lost in the question
25  right now.  I'm not sure what team, for what.

178

1      Q   You just said the team deciding on the
2  functional requirements for the product.
3      A   My team, right.
4      Q   How did the members of a particular team know
5  what any given module in ERP did or was capable of
6  doing so they knew what integration to write or to
7  test?
8         MR. LIBBY:  Objection; vague; lacks
9  foundation; calls for speculation.
10        MR. GIBBS:  Same.
11        THE WITNESS:  I don't know precisely, but the
12  general development environment was one of great
13  collaboration.  So again I keep going to an example,
14  because I think the clearest of them or an easy one or
15  relatively easy one to understand is where the sales
16  compensation team would talk to the GL team.  They
17  would talk to the payroll team.  They would, like a
18  customer, have the manual that was published.
19         So I don't know precisely, but I know the
20  general kind of milieu of the environment was very
21  collaborative, that teams on a day-to-day basis sat
22  near each other, talked to each other.
23         You know, one of the -- one of the things I
24  actually tried to do was the teams that, you know, had
25  great kind of dialogue, we actually tried to sit them

179

1  near each other so there was not fiscal distance
2  between them.  And, secondly, you know, manuals.
3         So I don't know precisely, but I know the
4  general environment was one of great collaboration,
5  even kind of fiscal closeness from where folks would
6  sit, as well as relying on manuals that were
7  published.
8      Q   How frequently were the manuals -- excuse
9  me -- were the manuals published?
10     A   I would think every release or upon -- upon,
11  you know, either upon release or upon a need basis, if
12  you will, to update data.
13     Q   I want to direct your attention to the
14  next -- the second page of the document.
15     A   I haven't read this yet.  Do I need to read
16  this now?
17     Q   If you will just read point two under
18  "Actions."
19        MR. GIBBS:  Read whatever you need to get
20  context.
21        THE WITNESS:  Okay.  I've read from the top
22  to bullet number two.
23        BY MS. WINKLER:  Q.  Who is Bill Costello?
24     A   Bill Costello.  He was -- I believe he was
25  part of North American Sales.  His actual function, I

180

1  don't know.
2      Q   He wasn't someone within your organization?
3      A   I don't believe so.
4      Q   What is -- do you have an understanding of
5  what a joint field development note was?
6      A   Well, I actually don't know what the -- the
7  item in bold "Implementation Process Communication"
8  is.  I have no idea what that is.
9      Q   Do you have an understanding of what a joint
10  field development note was?
11     A   That might mean an e-mail from me, but I
12  don't think it's kind of a formal thing with inside
13  Oracle.  Certainly in the context of implementation
14  process communication, I don't know what
15  implementation process communication is.
16     Q   Okay.
17     A   I mean, just reading that, you know,
18  "Implementation Process Communication -- Barrenechea
19  to get note out to field on process for
20  implementation."  No idea what that is.
21         This might be a joint field development note.
22  A joint field development note would not be a formal
23  thing.  It might just be an e-mail
24     Q   Do you know who Ron Bunting was?
25     A   Ron Bunting.  You must need like a directory

181

```
1    search of Oracle names.  Ron Bunting.  Ron Bunting.
2         Probably part of North American Sales, his
3    name is familiar, but I don't know his function.
4         Q   Okay.  And Ms. Sultan was in your
5    organization?
6         A   Juliette worked with me directly.
7         Q   Okay.  I'm going to ask the court reporter to
8    mark NDCA-ORCL 020657 through 663 as Barrenechea's 5.
9         (Document marked Exhibit No. 5
10        for identification.)
11        THE WITNESS:  Thank you.
12        BY MS. WINKLER:  Q.  Mr. Barrenechea, I'm
13   going to ask you questions about the first couple of
14   pages of this document, but feel free to look at as
15   much as you'd like to.
16        A   Okay.  I'll read it.
17        Q   And let me know when you've had a chance to
18   do so.
19        A   Okay.  I've read up through Jeff Henley's
20   presentation.  Would you like me to read more?
21        Q   I think you can stop there for now.
22        A   Okay.
23        Q   Do you recognize this document?
24        A   I do not.
25        Q   Do you recall making an e-business suite
```

182

```
1    presentation at the Salomon Smith Barney conference?
2         A   Yeah, I don't know who this was sent to.  I
3    can't even see who this was sent to.  I did a lot
4    of -- I actually do not recall the presentation, but I
5    most likely did it.  You know, gave it, according to
6    this, but actually I don't remember the conference.
7         Q   Did you regularly make presentations to
8    analysts like Salomon Smith Barney?
9         A   I did a handful.  I wouldn't say it was kind
10   of a regular thing.
11        A few times a year, Oracle analyst day, you
12   know, occasionally I was out meeting development
13   teams, returning to customers, I might do a conference
14   like this.  I wouldn't say it was a regular thing, but
15   it wasn't a rarity either.
16        Q   How about industry analysts?
17        A   Yeah, I would meet with Gartner, and
18   Forrester, Metha.
19        Q   Did you meet with them on a regular basis?
20        A   I wouldn't say regular, but once or twice a
21   year.
22        Q   Did your meetings with either the analysts
23   like Salomon Smith Barney or industry analysts
24   coincide with product releases?
25        A   You know, the -- kind of the process, the way
```

183

```
1    this would work, is you'd be requested to do
2    something, right.  So, in this case, Stephanie, who --
3    Stephanie Aas, who was part of our lead investor
4    relations would say -- you know, would reserve many
5    months in advance.  Are you available to do this
6    conference?
7         So typically they were booked many months in
8    advance.  So I wouldn't say they were meant to
9    coincide with anything.  They were just advanced
10   planned.  As you know, many of these things take many
11   months in planning.  Many months of scheduling, not
12   planning.
13        Q   Do you have an understanding of what
14   Ms. Aas -- Ms. Aas meant when she said, "Oracle
15   executives have supported the stock by participating
16   in several Investor Relations events"?
17        A   No.  I assume she just means supported the
18   company.
19        Q   You see where it says "He reassured investors
20   that Oracle has hit several milestones with solid
21   references ramping up and the shipment of the 11i R2"?
22        A   You know, I don't recall the actual
23   presentation I gave.  Whatever presentation I
24   have gave would have gone through kind of the internal
25   review process, if you will.
```

184

```
1    It looks like, from the following page, what
2    I presented was sort of a factual analysis of where we
3    were in delivering.  And as you know, it's typically
4    in a prospective or existing investors listening to
5    those presentations, but it looks like it was a --
6    kind of a factual kind of presentation of where we're
7    on the product.
8         You know, if I was -- at the time of being at
9    Oracle, if I were to present to a community like this,
10   it typically would not be about the business.  It
11   would not be about economics, or financials.  It would
12   be a product individual giving a product update.
13        So I don't -- can't, you know, talk to the
14   reassured aspect, but it looks like I gave a factual
15   or understanding of the facts at the time about the
16   product.
17        Q   Do you recall which references the product
18   had as of November 15th, 2000?
19        A   Is there a copy of the presentation?
20        Q   This is all I have of the document that was
21   produced.
22        A   Okay.  No, I don't recall what references
23   were mentioned here.
24        Q   Do you have an understanding of what she
25   meant when she said you reassured investors that
```

185

1  Oracle has hit several milestones?
2      A  I can't -- you know, I can't -- I'm not going
3  to speculate what she meant, right, in this e-mail.
4  I'm not even sure I am on, but I'm just reading
5  through the bullet that she wrote down here.  So, no,
6  I don't know what she means by it.
7      Q  Do you recall whether version 3 of the 11i
8  suite was released in December of 2000?
9      A  I don't recall.
10     Q  Do you usually have some type of PowerPoint
11  presentation when you made presentations to analysts
12  like Salomon Smith Barney?
13     A  Uh-huh, most likely a PowerPoint.
14     Q  And did you prepare those, or did someone
15  prepare those for you?
16     A  Usually kind of a collaborative thing, but
17  the final presentation would be reviewed by investor
18  relations and by legal, and final review would happen
19  through corporate, sanctioned for me to give it.
20     Q  When you say it was a collaborative thing
21  putting it together, who collaborated among putting
22  such a presentation together?
23     A  Probably the marketing organization,
24  Mark Jarvis' organization, probably someone like
25  Juliette Sultan.  They'd go through a draft.  I'd

186

1  review the draft.  We would bring it -- you know,
2  investor relations would provide some input, get
3  reviewed again, would have sort of a working draft
4  number one, if you will.
5      Then it would go through the Oracle internal
6  process for review, and sign off, and disclaimers
7  before it was sanctioned for an individual like me to
8  present.
9      Q  And is that same process true of
10  presentations you made to the industry analysts?
11     A  I would say it was not as rigorous, right.
12  You know, typically when an analyst comes in, you're
13  paying for them to come in, so you're soliciting their
14  feedback.
15     So you may present a -- you know, ideas.
16  We're interested in doing this.  What do you think,
17  right.  That would not be appropriate for an audience
18  like this.  So if you're in front of a Gartner, you're
19  paying for Gartner to be at the table to get advice
20  from them.
21     So it would usually be a very different style
22  presentation, because I'm seeking paid advice from
23  Gartner on -- on some particular topic.  So it would
24  be kind of a different process, a different content.
25     Q  And who would be involved in that process, in

187

1  the content?
2      A  Probably more between marketing and
3  development versus marketing, development, IR, and
4  legal.
5      Most analyst calls happened under an NDA.  I
6  can't speak to all of the analyst calls I've been in,
7  but typically you'll bring Gartner under an NDA, try
8  to get feedback from them on that idea.
9      Q  So when you say -- you just said most analyst
10  calls.  Were you referring to the industry analysts?
11     A  Industry analysts, yes.  Not financial
12  analysts.
13     Q  Okay.  So were your meetings with the
14  financial analysts generally or always scheduled
15  through someone in investor relations?
16     A  Absolutely.
17     Q  Okay.  Did you ever go to someone in investor
18  relations and say, "I'd like to go out and make a
19  presentation," or did it always happen the other way
20  around?
21     A  I might have gone to investor relations to
22  offer that I'm available just being, you know, an
23  available executive.  Say, if you need someone,
24  please -- you know, I'm here if I can help.
25     Q  Do you recall any specific instances of that?

188

1      A  I don't, but it's very possible.
2      Q  Okay.
3      A  But I don't recall it specifically.
4      Q  Next I'm going to ask the court reporter to
5  mark NDCA-ORCL 078383 through 384 as Barrenechea 5 --
6  6.  I'm sorry.
7      (Document marked Exhibit No. 6
8      for identification.)
9      BY MS. WINKLER:  Q.  Mr. Barrenechea, I'd
10  like you to read through this document, and let me
11  know when you've had an opportunity to do so.
12     A  It's a little hard to read.
13     Q  I apologize.  The text is a little light.
14     A  "Is like the Gorbachev of CRM."  Is that what
15  it says?  It's very hard for me to read.
16     Q  Yes.
17     A  Okay.  Okay.  I have read this.
18     Q  Do you recognize the e-mail in the second
19  page of this document?
20     A  The one apparently from me to Cliff --
21     Q  Yes.
22     A  -- and Ron?
23     I have no idea what it's about.  Subject
24  "AK."  I don't remember what "AK" is
25     Q  Do you recall who Sukumar was?

189

```
1    A  Yes, Sukumar worked for me.
2    Q  Was Sukumar Sukumar Rathnam?
3    A  Yes.
4    Q  Do you have any reason to believe that you
5   did not send this e-mail on the second page of this
6   document?
7    A  No.  I mean, the text is really very barren.
8   "Cliff, I understand you spoke to Sukumar ref: AK."
9   If you can refresh my memory of what "AK" is, I'd be
10  interested.
11   Q  I was hoping you could do that.
12   A  Yeah, I don't know what "AK" is.
13      "He is one team of many rolling out and is
14  potentially impacted.  Can you please direct your
15  questions to me if there are any others."
16      So there is no context.  I just don't know,
17  or I don't recall what "AK" is or what the context is.
18   Q  After reading the first page of that
19  document --
20   A  No.
21   Q  -- does that refresh your recollection at
22  all --
23   A  No.
24   Q  -- as to what was going on?
25   A  No.  I'm sorry.  It doesn't, and then Cliff's
```

190

```
1   response is really no substance but rather about the
2   form, and I really don't remember the style of the
3   form, so -- or the context of the form, but there's
4   nothing -- you know, there's really no real products
5   mentioned, no real mentioned in here.  Just more
6   around form.
7    Q  What do you mean when you say "form"?
8    A  Well, it's not about, you know, hey -- hey,
9   this product, this process.  It's more I just find it
10  irritating, someone blind-sided me, and Cliff goes
11  communicating to Larry, but on the previous page Larry
12  isn't copied.
13      So I can't even match this e-mail to this
14  e-mail, right, because it says right here, "I find it
15  irritating that Mark feels comfortable blind-siding me
16  by complaining to Larry.
17      If you look at the previous page, I have an
18  e-mail from myself to Cliff and to Ron, and Larry
19  isn't copied on something called "AK."
20   Q  After reading this first e-mail, it sounds to
21  me like there may have been some issues between you
22  and Mr. Godwin; would you say that?
23   A  Not at all.  I have nothing but respect for
24  Cliff.
25   Q  And did you --
```

191

```
1    A  One of the most brilliant technicians I ever
2   had the privilege to work with.
3    Q  Did you and Mr. Godwin work together
4   frequently?
5    A  Yeah, I would say we did.
6    Q  Did you have a good working relationship?
7    A  I -- I -- I certainly think we did.  As you
8   can see, he didn't copy me on this e-mail.  If he had
9   come to me, I would have talked to him about it,
10  so....
11   Q  Do you recall having -- having any issues
12  with or Mr. Godwin having any issues with the way you
13  worked?
14      MR. GIBBS:  Objection; vague; lacks
15  foundation.
16      MR. LIBBY:  Join.
17      THE WITNESS:  No, I always thought of Cliff
18  as pretty fair and balanced.
19      BY MS. WINKLER:  Q.  How about --
20   A  But a very unique individual.  I mean, he's
21  kind of the geek's geek, and I mean that in a very
22  complimentary way.  I don't know if you've had a
23  chance to meet Cliff.
24   Q  I have had a chance to meet Cliff.
25   A  Okay.  I kind of think of him as a geek's
```

192

```
1   geek and have nothing but respect for him.
2    Q  How about Mr. Wohl?  Do you know if Mr. Wohl
3   had an any issues with the way you worked?
4       MR. GIBBS:  Objection; lacks foundation.
5       MR. LIBBY:  Join.
6       MR. GIBBS:  Answer if you can.  And vague.
7       MR. LIBBY:  Join.
8       MR. GIBBS:  I'm done now.
9       THE WITNESS:  Could you repeat the question?
10      BY MS. WINKLER:  Q.  Do you have an
11  understanding of whether Mr. Wohl had any issues with
12  the way you worked?
13      MR. GIBBS:  Same objections.
14      THE WITNESS:  I'm not going to speculate on
15  what Ron thought of me.
16      BY MS. WINKLER:  Q.  Did anyone ever
17  communicate with you that Ron had issues with the way
18  you worked?
19      MR. GIBBS:  Objection; vague.
20      MR. LIBBY:  Join.
21      THE WITNESS:  Did anyone ever communicate to
22  me?  Did a third-party ever communicate to me that Ron
23  had an issue with the way I worked with him?
24      BY MS. WINKLER:  Q.  Or the way you worked in
25  general.
```

193

1    MR. GIBBS: Objection; compound.
2    MR. LIBBY: Join.
3    THE WITNESS: So on the first part of the
4    question, did any third-party ever come to me
5    describing that Ron had an issue with the way that I
6    worked with Ron, Ron and I had a very open
7    relationship. You know, two technicians achieving a
8    common goal.
9    There is no doubt we had technical arguments,
10   but we were one team, and we would always resolve
11   those based on our best understanding of the facts at
12   the time.
13   Nothing but respect for Ron, and what he had
14   achieved through the years at Oracle. So just like in
15   any professional setting in any industry, you get two
16   professionals arguing, debating, conjecturing over
17   what's best to do at any given time, you'll see
18   multiple angles. But at the end of the day, I can't
19   really think of a situation we didn't resolve and come
20   out as a team.
21   Q  Going back to my question, did anyone ever
22   come to you and tell you that Mr. Wohl had issues with
23   the way you worked?
24   A  The way I worked? No, I don't recall.
25   Q  Did anyone ever come to you and tell you that

194

1    Mr. Wohl had issues with the way you ran your group or
2    your organization at Oracle?
3    MR. GIBBS: Objection; vague.
4    MR. LIBBY: Join; asked and answered.
5    THE WITNESS: Could you repeat the question,
6    please?
7    MS. WINKLER: Could you read that back,
8    please.
9    (Whereupon, record read by the Reporter as
10   follows:
11   "Question: Did anyone ever come to you and
12   tell you that Mr. Wohl had issues with the
13   way you ran your group or your organization
14   at Oracle?")
15   THE WITNESS: I don't recall.
16   Can we take a break?
17   MS. WINKLER: Sure.
18   THE WITNESS: Okay. Thank you.
19   THE VIDEOGRAPHER: Off record at 2:53.
20   (Short break taken.)
21   THE VIDEOGRAPHER: On record at 3:03.
22   THE WITNESS: Thank you for the break.
23   BY MS. WINKLER: No problem.
24   Q  Mr. Barrenechea, did Mr. Wohl come to you
25   directly and tell you that he had issues with the way

195

1    you worked or ran your group?
2    MR. GIBBS: Objection; vague.
3    THE WITNESS: Ron and I had many one-on-one
4    conversations, you know, in kind of our collaborative
5    development environment. There's no doubt some of
6    those one-on-ones we had just, you know, professional
7    debate and argument.
8    I wouldn't carry that into problems with the
9    way I ran my group, but I'd certainly categorize the
10   dialogue more around professional debate.
11   BY MS. WINKLER: Q. Do you recall any
12   specific issues that you had professional debate
13   about?
14   A  Yeah, we would talk about, you know, at
15   times, you know -- I don't, you know, kind of remember
16   a specific conversation on this specific debate, you
17   know, six years ago. But, you know, we would talk
18   about development methodology, we'd talk about, you
19   know, priority of function in the market, things of
20   that kind of nature.
21   Q  You have disagreements over development
22   methodology?
23   A  I would say nothing we never worked out.
24   There were new methods coming into the marketplace at
25   the time that we discussed and debated, a methodology

196

1    called Extreme Programming. You know, how best to
2    leverage India, you know, but it's all kind of
3    professional methodology, you know, professional kind
4    of dialogue around, you know, how to manage a
5    multi-thousand person, you know, development
6    organization.
7    Actually, Ron was always actually quite
8    intelligently challenging to debate with and a very
9    smart man.
10   Q  Did you ever complain to anybody about the
11   way Ron was running his organization?
12   A  I would say I did have disagreements at
13   times. So, yeah, I think I probably complained or
14   argued why we would do things differently.
15   Q  And who did you complain to?
16   A  I don't recall the specific complaints, but
17   certainly the mentors and people I relied on were my
18   boss and peers, like a -- like Safra, Safra Catz.
19   Q  And your boss was Mr. Ellison?
20   A  Yes.
21   Q  Okay. What was Extreme Programming?
22   A  There's a series of books out in the market
23   that just kind of describe having -- I think at the
24   basis of Extreme Programming is having two individuals
25   kind of co-responsible for the same function. And,

197

1   you know, when you have -- you know, when Oracle built
2   Oracle India, part of the geographic advantage was
3   when the sun would set over California here, the sun
4   would rise over India.
5        So when the development teams were going home
6   at the end of the day, the teams in India were just
7   coming in. So how best to kind of get 24-by-7
8   development going or operationalizing it or
9   institutionalizing kind of a 24-hour development
10  process versus 22 -- you know, leveraging 24-by-7
11  support models which were typical for offshoring.
12       So Extreme Programming kind of had some early
13  thinking in the industry around how best to leverage a
14  24-by-7 development technology.
15   Q   You also said you had disagreements with
16  Mr. Wohl over the priority of functions or
17  functionality.
18   A   Yeah.
19   Q   What were those disagreements?
20   A   I wouldn't call them disagreements. They
21  were more kind of debate and argument, right. Ron
22  would see his customers and ERP capability. I'd see
23  my customers and, you know, CRM capabilities.
24       We each had to make our own prioritization
25  and then come together and then kind of reprioritize

198

1   to balance out what we'd want to see.
2        You know, I don't remember specifics, but I'd
3   say the general areas were, you know, I probably put a
4   little more weight on TCA, Trading Community
5   Architecture. He probably put a little more weight on
6   order management, but all very appropriate what he
7   would see in the market with his customers, and what
8   I'd see in the market with my customers.
9        But again I'd emphasize, at the end of the
10  day, we always kind of eventually came to resolution
11  and agreement of what to do.
12   Q   And how did TCA relate to order management?
13   A   How did TCA relate to order management?
14       Trading Community Architecture, TCA, was an
15  architecture that brought together concepts of
16  employee/vendor. We talked about this whole earlier
17  vendor/supplier.
18       Instead of having these kind of independent
19  constituencies, Oracle came up with really, I think,
20  kind of the market-first approach to thinking of all
21  these kind of pieces of data, these constituencies as
22  a trading community, not just employees, contractors,
23  vendors, suppliers.
24       So order management needed to use it
25  eventually, financials needed to use it, CRM, and

199

1   CRM's components needed to use it. So it would just
2   make order management that much more functional over
3   time by using TCA.
4    Q   I guess I'm trying to understand what the
5   disagreement was. You said you were in favor of TCA.
6   Ron was in favor of order management.
7    A   Yeah.
8    Q   How did that result in a disagreement?
9    A   Again, the point I was trying to make is we'd
10  have professional debate around, sometimes, priority,
11  right. He may -- you know, he would see his
12  customers, and I wouldn't necessarily understand all
13  the customers he's working with or the -- or priority
14  he's seeing from his customers.
15       He's talking to order management customers
16  and financial customers and seeing them dictate or,
17  you know, describe a priority. I'm talking to call
18  centers and sales forces and getting a sense of
19  priority, and I might want to see more priority on a
20  certain foundational component because it would help
21  CRM customers. He may see more priority in something
22  else, because it would help an order management
23  customer.
24       We'd kind of come together and have those
25  professional debates and then come to a resolution to

200

1   balance those priorities together. So I -- I -- I
2   still categorize it more as professional debate
3   that -- that -- I really can't think of an instance
4   that didn't end up with kind of common agreement.
5    Q   You mentioned things that you learned that
6   your customers wanted.
7    A   Yeah.
8    Q   Did you have direct contact with Oracle's
9   customers?
10   A   Yes, I have.
11   Q   How frequently did you have direct contact,
12  let's say, in 2000, early 2001?
13   A   So 2000, 2001, six years ago, five years ago,
14  I can't kind of remember the frequency five or six
15  years ago. But I would say, in general, I tried to
16  stay pretty close.
17       You know, my professional career, I always
18  tried to stay close to customers and requirements as
19  kind of my personal style. So I kind of categorize
20  myself as, you know, moderately close to those
21  customers that I felt were important or strategic to
22  building the best product.
23   Q   Do you recall particular customers that you
24  had a direct contact with?
25   A   Yes, I do.

201

1    Q   Which customers?
2    A   Bell South, GE Capital, Ikon, Papa Johns,
3  Specialized Bicycles. Those would be kind of
4  examples. I'm sure there are more, but those are the
5  ones that come to mind. I could think more about it
6  if you'd like me to.
7    Q   If you -- if any come to mind as we're
8  talking, just let me know.
9    A   Okay.
10   Q   Were the customers that you mentioned all
11 Suite 11i customers?
12   A   I would say most of them had some 10.7 --
13 10.7 or 10.7SC capabilities. Well, those dialogues,
14 I'd say, mainly were around 11i.
15   Q   Okay. Do you recall any of those customers
16 having any difficulties implementing 11i?
17      MR. GIBBS:  Objection; vague.
18 Answer, if you can.
19      THE WITNESS:  Do I remember any of those
20 customers having difficulty? Difficulties is a very
21 broad word, so I don't know quite how to answer that.
22      BY MS. WINKLER:  Q.  Do you recall any of
23 those customers encountering bugs when they tried to
24 implement Suite 11i?
25   A   Yes.

202

1    Q   Any in particular?
2    A   How best to describe this. You know,
3  applications are highly complex. And, you know,
4  difficulties or issues can range from customers not
5  understanding the requirements, having the wrong
6  skills, to product defects, to data -- you know,
7  third-party data integrations. Some of the customers
8  that I mentioned were early adopters of 11i. You
9  know, certainly -- so, I mean, it kind of runs the
10 gambit of that.
11      Specialized Bicycles deployed an internet
12 store. I'm sure there were bugs, but they went live
13 and were very happy.
14      GE Capital was around strategic development
15 partnership where they came to Oracle to work on a
16 brand new set of functionality around the leasing
17 market space that wasn't tied to, per se, 11i, but a
18 whole new market we were trying to get in together.
19 So it kind of runs the gambit, if you will.
20   Q   Other than those two, do you recall -- I
21 think my question was if you recall any specific bugs
22 that any of those customers were having with respect
23 to 11i?
24   A   I don't remember specific bugs, but certainly
25 there were, of those, some implementations that

203

1  certainly had a -- had defects associated with them --
2    Q   Okay.
3    A   -- like most implementations.
4    Q   I'm going to ask the court reporter to mark
5  NDCA-ORCL 012384 as Barrenechea 7.
6      (Document marked Exhibit No. 7
7       for identification.)
8      BY MS. WINKLER:  Q.  Do you recognize this
9  document, Mr. Barrenechea?
10   A   I do not. I'm still reading it though.
11   Q   Okay.
12   A   Yeah. Okay.
13   Q   Do you recognize this document?
14   A   I do not.
15   Q   Do you recognize the e-mail that you wrote at
16 the bottom of the page?
17   A   Yep. It looks like I wrote it, but I
18 don't -- I don't recall the document.
19   Q   What is "vision" that you refer to in your
20 e-mail?
21   A   You know, I'm not really sure. Could be demo
22 data, but I don't really recall.
23   Q   In 11i R3, is that the same thing as 11i.3,
24 11i.3?
25   A   Most likely.

204

1    Q   What did you mean when you said, "CRM will
2  need another two weeks to bring vision up to a status
3  of good"?
4    A   You know, again, I don't precisely recall
5  what vision is. Maybe it was a demo environment. It
6  sounds like -- sounds like I was reaching out for an
7  opinion, despite other claims that may not have been a
8  good corporate citizen. Looks like I'm out reaching
9  out for an opinion as to what to do. Larry provides
10 an opinion, and Ron concurs.
11      So, again, I don't recall what vision is.
12 This is saying I need another two weeks to bring,
13 maybe, a demo environment up to a status of good. Two
14 options, stop now and patch online with Platinum.
15      I don't recall what Platinum is, or take
16 another two weeks. I was asking for an opinion.
17 Larry provided it. Take the extra two weeks, and Ron
18 concurred.
19   Q   Do you have an understanding of what Ron
20 meant when he said, "we promised the field an
21 integrated release, and we will deliver it"?
22   A   I do not.
23   Q   What is your understanding of what an
24 integrated release is?
25      MR. GIBBS:  Objection; lacks foundation.

205

1      MR. LIBBY:  Join; vague.
2      THE WITNESS:  You know, it's -- I'm just, you
3   know, reading based on this e-mail, and, you know, Ron
4   is talking about doing upgrade testing both from 10.7
5   to 11, to 11.3, plus fresh installs, and I can't read
6   this 11.-something, .1, .2 upgrades.
7      So it sounds like there's some pretty --
8   pretty comprehensive testing going on between 10.7, a
9   whole product line, 11.0 a whole product line,
10   existing customers, new customers, and 11.2 upgrades.
11      So -- so I don't know what Ron means by
12   "integrated release," but it looks like from this,
13   he's thinking about it pretty comprehensively.
14      MS. WINKLER:  Can you read back my last
15   question, please.
16      (Whereupon, record read by the Reporter as
17   follows:
18      "Question:  What is your understanding of
19       what an integrated release is?")
20      THE WITNESS:  I didn't answer it?
21      BY MS. WINKLER:  Q.  I'm asking you for what
22   your understanding -- separate and apart from this
23   document -- of what an integrated release is.
24      MR. GIBBS:  Objection; lacks foundation.
25      MR. LIBBY:  Join.

206

1      THE WITNESS:  My understanding of what an
2   integrated release is.  I have to think.  I'm not
3   sure.  I mean, phraseology is being handed to me based
4   on something Ron wrote versus some language I use, so
5   it's not a -- you know, a phraseology I -- I'm using
6   here, so....
7      BY MS. WINKLER:  Q.  Are you saying that you
8   would not use the phrase "integrated release"?
9      A  I guess my definition of an integrated
10   release where -- you know, we're trying to ensure that
11   as comprehensive of the business processes we automate
12   is delivered together, so that's my definition of
13   "integrated release."
14      Q  What did you mean when you said "as
15   comprehensive of the business processes we automate is
16   delivered together"?  What does that mean?
17      A  Again, the spirit of Suite 11i, right, our
18   primary market goals, among others, but the one we
19   talked about earlier, was to kind of take -- take --
20   to think about business processes from campaign to a
21   lead, lead to quote, quote to order, order to cash,
22   cash to pay.
23      So that's what I mean by "comprehensive."
24      Q  My question was, what did you mean by the
25   whole phrase "as comprehensive of the business

207

1   processes we automate is delivered together"?
2      MR. GIBBS:  Objection; asked and answered.
3      THE WITNESS:  I don't know how else to answer
4   it outside of I just answered it.  I'm sorry.
5      MS. WINKLER:  I'm going to ask the court
6   reporter to mark NDCA-ORCL 078408 through 411 as
7   Barrenechea 8.
8      (Document marked Exhibit No. 8
9       for identification.)
10      THE WITNESS:  Thank you.
11      BY MS. WINKLER:  Q.  Mr. Barrenechea, let me
12   know when you've had a chance to take a look at this
13   document.
14      A  The formats are very difficult to read who
15   sent what to whom; okay.  I've read it, to the best I
16   can.  The formatting is very difficult to understand
17   who sent what to whom.
18      Q  I understand by having the same difficulties
19   you do.
20      A  All right.
21      Q  Directing your attention to your e-mail, it
22   appears that you wrote an e-mail that's on the second
23   page of this document.  Do you see where it says
24   "Mark J. Barrenechea wrote"?
25      A  Yes.

208

1      Q  What did you mean there?
2      A  So I guess the -- so reading through this as
3   best as I can, this is talking about an environment
4   called ADS.  I think ADS stands for the Advance Demo
5   System, right.
6      So this is independent of 11i.  This is not
7   about the products released in the market.  This is an
8   internal Oracle environment around optimizing how --
9   giving -- giving the field another environment to demo
10   our products in, right.
11      The field has the ability to demo.  They
12   carry the laptops and they demo.  ADS was a different
13   demo environment, a new demo environment independent
14   of what was shipping with 11i.  And it looks like in
15   that specific environment there were issues in this
16   unique ADS environment, and three areas, pricing,
17   BIS -- I don't recall what BIS is.  May be business
18   intelligence, but I don't know -- and AOL.
19      Q  What are blocking defects?
20      A  I don't know.  Probably poor use of term.
21   Probably just important.  Probably blocking means
22   important.
23      Q  Does blocking mean that something is
24   affecting -- one module is affecting another module?
25      A  Yeah, it looks like in here, in this unique

209

1  additional demo environment, that there was an AOL bug
2  where you could not log on to OSO, and I guess that
3  would mean blocking, AK important.
4      Q  What about this document leads you to believe
5  that you're referring to the ADS demo environment?
6      A  It says back in here "Roger, this is the
7  second patch block for CRM in the ADS master."
8      Q  Which page are you on?
9      A  Page two, at the bottom of the page written
10  from -- by Juliette Sultan.
11     Q  And what is the ADS master?
12     A  So if I'm recalling correctly, it is a test
13  environment for this unique additional demo
14  environment, that once the master works, right, before
15  it is handed to anyone, you make sure the master
16  works, and once the master works, you go out and
17  update things.
18        So -- so again, this looks like there were
19  defects, as you'd expect, in a unique environment --
20  in a unique environment where there were additional
21  demos, and prior to updating this additional demo
22  environment, we were making sure that everything
23  worked together.
24     Q  What was the demo environment prior to this
25  ADS demo environment?

210

1      MR. GIBBS:  Objection; lacks foundation.
2      MR. LIBBY:  Join; assumes facts not in
3  evidence.
4      THE WITNESS:  So sales reps carried laptops,
5  and they demoed off their laptops.  I don't know
6  precisely.  But, you know, sales reps, you know, maybe
7  in a geography had their own demo environments.
8        If you were in Chicago, all the people in
9  Chicago had a demo in the Chicago office.  Partner
10  team had a partner team.  Call center had a call
11  center demo.  Excuse me.  Indirect sales -- sorry.
12  Shouldn't call that -- indirect sales would have the
13  indirect demo.
14       Europe would have their own demo, and they
15  kept -- you know, my understanding is the field kept
16  demoing and demoing on their own, as you'd -- as you'd
17  expect them to, but Ron and I came up with a better
18  way to do it that we were trying to build called ADS.
19       So that's what -- this leads me to believe
20  that this is about a unique additional demo
21  environment because Juliette is writing ADS master.
22     Q  Was your group responsible for the ADS demo
23  environment?
24     A  Ron's team was responsible, but we'd try to
25  participate -- we participated, you know, in

211

1  building -- in supporting the environment with Ron.
2      Q  Okay.
3      A  So this is not, per se, about 11i but about a
4  unique demo environment.
5      MS. WINKLER:  Next I'm going to ask the court
6  reporter to mark NDCA-ORCL 078416 through 418 as
7  Barrenechea 9.
8        (Document marked Exhibit No. 9
9         for identification.)
10     THE WITNESS:  Thank you.
11     BY MS. WINKLER:  Q.  Do you recognize this
12  document, Mr. Barrenechea?
13     A  I do not.
14     Q  Do you recall the issues that are being
15  discussed in this document?
16     A  I do not.
17     Q  Who is Ramu Sunkara?
18     A  No, I don't recall.
19     Q  Do you recall whether he was someone who
20  worked in your organization?
21     A  No, I do not recall.
22     Q  Do you know what "AOLJ" was?
23     A  Not precisely.  J may stand for Java, but
24  I -- I don't really recall what it is.  I'm not copied
25  on the original e-mails, and I just see Cliff

212

1  responding and CCing me on it, so I really don't
2  recall it.
3      Q  Do you have any understanding of why Cliff
4  CCed you on that e-mail?
5      A  No, I don't, and obviously I don't see how I
6  responded to it either, so....
7      Q  Next I'm going to ask the court reporter to
8  mark NDCA-ORCL 141685 through 687 as Barrenechea 10.
9        (Document marked Exhibit No. 10
10         for identification.)
11     THE WITNESS:  Thank you.
12     BY MS. WINKLER:  Q.  Do you recognize this
13  document, Mr. Barrenechea?
14     A  I'm sorry.  I'm still reading it.
15     Q  Okay.
16     A  This is a pretty comprehensive e-mail, so it
17  will take me a little while to read.
18     Q  Sure.  Take as long as you need.
19     A  Okay.  There is a lot in here, but I think I
20  scanned in a quick read.
21     Q  Have you seen this Informationweek.com news
22  report before?
23     A  You know, it was five years ago, so I don't
24  recall it, but I most likely read it.
25     Q  Okay.

213

1      A  But I don't recall it, but I most likely read
2  it.
3      Q  Do you recall being interviewed for the
4  article?
5      A  I know they quote me in here.  I'm not sure I
6  was interviewed for this article or another article,
7  but I'm -- I'm quoted in here.
8      Q  Okay.  Do you have any reason to believe that
9  the quotes that are attributed to you here are false?
10     A  Sometimes news is recycled and they take
11  something from a previous interview.  I'm going to
12  just read my quotes again.
13     Q  Sure.
14     A  So is it okay if I just kind of mark where
15  I'm quoted?  I can hold a finger to it, I guess.
16     Q  Yeah.
17     MR. GIBBS:  You can mark my copy, if you
18  want.
19     THE WITNESS:  I'm just going to put a little
20  check mark next to it.  I'm quoted there.
21     Am I quoted once in here or twice?
22     BY MS. WINKLER:  Q.  I believe that's the
23  quote I'm referring to.
24     A  Okay.
25     Q  I believe that's the only one instance where

214

1  you're quoted in the document.
2      A  Okay.  So I see that.
3      MS. WINKLER:  And could you read back my
4  question, please?
5      (Whereupon, record read by the Reporter as
6  follows:
7      "Question:  Okay.  Do you have any reason to
8      believe that the quotes that are attributed
9      to you here are false?")
10     MR. GIBBS:  Objection; vague.
11     MR. LIBBY:  Join.
12     THE WITNESS:  No, I don't have a --
13  necessarily an issue with that.
14     BY MS. WINKLER:  Q.  It says here that you --
15  you stated that 11.5.3 was as good as any version of
16  enterprise software on the market.  What about the
17  prior versions of 11i?
18     A  What about the previous versions?
19     Q  Did you believe those were as good as any
20  version of enterprise software on the market?
21     MR. LIBBY:  Objection; vague.
22     THE WITNESS:  Yeah, that's not referenced in
23  here, but yeah, I think, you know, when I look back at
24  my experience at Oracle, 11i.1, 11i.2, you know, was a
25  very large engineering project.  And what was achieved

215

1  in release 11, I still feel very proud about a very
2  different way of thinking about enterprise
3  applications.
4      So, yeah, I would also suggest that 11.5.1,
5  11.5.2 is as good as any version of enterprise
6  software on the market.  Even though it's not
7  mentioned in here, I would feel comfortable saying
8  that.
9      Q  Why did you decline to address the bugs that
10  surfaced in earlier versions of 11i?
11     A  I don't recall why.
12     Q  Was that something that you --
13     A  I'm not even -- I don't even know if I was
14  asked about that, right.  This is an interview five
15  years ago.  You know, a reporter is going to write
16  what they want to write.  So I don't know if I was
17  asked and declined to comment, or the reporter just
18  didn't ask and wrote "declined."  So I -- I don't
19  recall the actual interview.
20     Q  Did you speak about interviews -- strike
21  that.
22     Did you ever talk to reporters about the
23  number of bugs that were in Suite 11i, Version 1, 2,
24  3?
25     MR. GIBBS:  Objection; vague; compound.

216

1      MR. LIBBY:  Join.
2      THE WITNESS:  Ever talk about the number of
3  bugs.  I don't recall.  I don't recall the, you know,
4  specific interviews I did five or six years ago.
5      BY MS. WINKLER:  Q.  Do you recall customers
6  complaining about the number of bugs that were in 11i,
7  Version 1?
8      MR. GIBBS:  Objection; vague.
9      MR. LIBBY:  Join.
10     THE WITNESS:  There is no doubt, and always
11  are, when you have customer interactions, you talk
12  about the good and the difficult.  And, yes, in my
13  interactions with customers I would talk about the
14  good, and the difficult, and the defects.
15     BY MS. WINKLER:  Q.  So do you recall
16  customers complaining about the number of bugs that
17  were in 11.1, 11i.1?
18     A  I'm not trying to be too picky here, but
19  complain, I do recall conversations with customers
20  around defects.
21     Q  And do you use defects to mean bugs?
22     A  Yes.
23     Q  Is that the same --
24     A  Yes.
25     Q  -- term for you?

Barrenechea, Mark  7/11/2006  8:58:00 AM

217

1     A   Yes.
2     Q   Would the same be true for 11i.2?
3     A   I think it would be true for any version.
4     Q   Okay. I want to direct your attention down
5   to the third -- strike that.
6         You can set that document aside.
7     A   Thank you.
8     Q   I'm finished with it.
9         I'm going to ask the court reporter to mark
10  NDCA-ORCL 121632 through 635 as Barrenechea 11. Thank
11  you.
12        (Document marked Exhibit No. 11
13         for identification.)
14        THE WITNESS: Thank you. Would you like me
15  to read this?
16        BY MS. WINKLER: Q. Yes, please.
17    A   This one is particularly hard to read with
18  the formatting.
19    Q   Yeah, and I apologize. This is the way the
20  documents were produced to us.
21    A   Eight levels of right carats.
22    Q   I'll direct your attention to the third page
23  of the document.
24    A   I'm going to have to try to read -- I mean,
25  it's going to be hard to read this without drawing on

218

1   lines kind of -- kind of just like kind of
2   understanding where people's dialogues end or begin.
3     Q   Okay.
4         MR. GIBBS: You can use this copy.
5         THE WITNESS: Okay. Thank you.
6         MR. GIBBS: You want a highlighter, whatever.
7         THE WITNESS: I'll just mark a line.
8         MR. GIBBS: Okay.
9         THE WITNESS: So that's one conversation.
10  This is a second conversation. Third conversation,
11  fourth conversation, fifth conversation, seventh
12  conversation, eighth conversation; okay.
13        THE VIDEOGRAPHER: 20 minutes of tape.
14        MS. WINKLER: Okay.
15        THE WITNESS: Okay. I have read through this
16  to the best I can.
17        BY MS. WINKLER: Q. Do you see on the third
18  page of the document where it appears that -- strike
19  that.
20        Let me start with do you know who
21  Bill Cadogan was?
22    A   I think Bill was in the support organization.
23  I don't recall his role precisely, but the name is
24  vaguely familiar as someone in the support
25  organization.

219

1     Q   Okay.
2     A   I just want to kind of highlight in the
3   document that, you know, there are eight or nine
4   conversations going on, and of each of those
5   conversations you don't know who is CCing whom. You
6   just -- at the end, I'm CCed on a -- nine
7   conversations, so --
8     Q   I understand that.
9     A   -- it's a difficult kind of document to
10  understand.
11    Q   Do you see on the third page of the document
12  where it appears that Mr. Cadogan says "I accept that
13  the current situation is having a negative impact on
14  consultancy margin and sales performance. This is the
15  result of early and aggressive shipment of the product
16  as Mark Barrenechea had said at the GMM, not because
17  Support are failing to test patches"?
18    A   Yes, I see that.
19    Q   Do you recall saying that?
20    A   I do not.
21    Q   Do you have any reason to believe that you
22  did not say that?
23        MR. GIBBS: Objection; vague; argumentative,
24  and lacks foundation.
25        MR. LIBBY: Join.

220

1         THE WITNESS: Yeah, I -- I -- you know, I
2   don't recall saying it, and I don't even -- I'm not
3   sure what a GMM is. So, you know, here's -- here are
4   nine conversations with me not being copied on any of
5   them as someone attributing something to me. So yes,
6   I would -- I have reasonable belief I might not have
7   said it.
8         BY MS. WINKLER: Q. But what is that belief
9   based on other than what you've just described as the
10  way this document is structured?
11    A   Well, the question, I believe, was to me, do
12  I have some reasonable belief I did not say this.
13    Q   Right.
14    A   And I have a reasonable belief to say I did
15  not say it, because there are nine conversations
16  without me copied on it. I don't recall what a GMM
17  is, and I don't recall saying "aggressive shipment."
18    Q   Do you have any reason to believe that you
19  did not receive this string of e-mails that you're
20  CCed on dated April 21st -- April 12th, 2001?
21    A   Yes. So there are nine e-mails in here, and
22  only one of them, the last one, has me CCed on it.
23  So, yeah, I have reasonable belief to say I didn't
24  receive the previous eight.
25    Q   Is it your understanding this is a chain of

Barrenechea, Mark  7/11/2006  8:58:00 AM

221

1 e-mails copied to you?
2 　　MR. LIBBY: Objection; lacks foundation.
3 　　THE WITNESS: I see that I am copied on nine
4 e-mails, but no. It's very possible if I'm copied on
5 something -- it wasn't sent to me. I was copied on
6 something, and my name is buried multiple pages down
7 and someone attributing something to me.
8 　　So, yeah, I have reasonable belief to say I
9 did not read it. I do not recall this document, and I
10 don't recall what a GMM is.
11 　　BY MS. WINKLER: Q. My question was, do you
12 have any reason to believe that you did not receive
13 this e-mail dated April 12th, 2001, from
14 Holger Mueller?
15 　　A  Does receive mean read?
16 　　MR. GIBBS: I don't know.
17 　　He's asking for clarification.
18 　　THE WITNESS: Does receive mean read?
19 　　BY MS. WINKLER: Q. Receive means that it
20 arrived in your in box.
21 　　MR. LIBBY: Objection; lacks foundation.
22 　　THE WITNESS: So if I am CCed on it, it
23 probably was received in my e-mail box, but it does
24 not imply it was read.
25 　　BY MS. WINKLER: Q. Who was Holger Mueller?

222

1 　　A  Holger, Holger Mueller, was in my
2 organization. He had development responsibilities at
3 some point, and I think he moved more on to a
4 marketing or communication function over time.
5 　　At this point in time, his title certainly
6 looks like VP of CRM Development, but not -- nothing
7 specific.
8 　　I'm recollect -- recalling he had more of a
9 support role at this point in time, a supporting
10 function within the organization versus kind of
11 direct development responsibility.
12 　　BY MS. WINKLER: Q. But that was within your
13 organization?
14 　　A  I believe so, yes.
15 　　Q  Going back to what -- what Mr. Cadogan says
16 in the third page, "This is a result of early and
17 aggressive shipment of the product as Mark Barrenechea
18 said at the GMM."
19 　　You said you have reason to believe it wasn't
20 an aggressive shipment. Do you have any reason to
21 believe that you said it was an early shipment?
22 　　MR. GIBBS: Objection; vague; lacks
23 foundation; argumentative.
24 　　MR. LIBBY: Join.
25 　　THE WITNESS: I guess I'll just repeat what I

223

1 said previously, that I don't recall what a GMM is.
2 Someone is attributing something to me both aggressive
3 and early. And, you know, I -- you know, to the best
4 of my knowledge, when we brought, you know, our
5 versions to market, we did it in an appropriate way,
6 so I wouldn't attribute these things to me.
7 　　BY MS. WINKLER: Q. So you're saying that
8 you have -- you would not have said it was an early
9 shipment?
10 　　A  I don't recall saying it, and I can't endorse
11 someone else speculating I said something.
12 　　Q  My question was, though, is there a reason
13 that you have to believe you would not have said that?
14 　　MR. GIBBS: Objection; asked and answered.
15 　　MR. LIBBY: Join; argumentative.
16 　　MR. GIBBS: He just said he didn't remember
17 saying anything like that.
18 　　THE WITNESS: I don't recall.
19 　　MR. LIBBY: Is that a good enough reason?
20 　　THE WITNESS: I'm sorry. I really don't
21 recall, so I'd like to be helpful, but I -- I -- I
22 don't recall.
23 　　BY MS. WINKLER: Q. Do you disagree with
24 that statement?
25 　　A  Yes.

224

1 　　Q  Okay. Do you recall taking any action to let
2 anyone know that you disagreed with that statement?
3 　　MR. LIBBY: Objection; assumes facts not in
4 evidence; lacks foundation; calls for speculation.
5 　　MR. GIBBS: Same.
6 　　THE WITNESS: I'll repeat myself, I'm CCed on
7 an e-mail, nine e-mails with my name buried deep in
8 there, and I don't recall receiving this e-mail. I
9 don't recall reading it.
10 　　It -- you know, if you get lots of e-mail a
11 day, which we all do, at times when you're CCed
12 e-mails versus actually someone sending it to you, if
13 someone really felt it was important, they should have
14 sent it to me. Not carbon copied me, so I don't
15 recall it.
16 　　BY MS. WINKLER: Q. I understand the point
17 you're trying to convey, but you're not answering my
18 question.
19 　　A  I --
20 　　MR. LIBBY: Yes, he is answering your
21 question, Counsel.
22 　　MR. GIBBS: Yeah, he is answering your
23 question.
24 　　BY MS. WINKLER: Q. My question was --
25 　　MR. LIBBY: Counsel --

225

1 BY MS. WINKLER: Q. -- do you recall taking
2 any action in response to this e-mail?
3     MR. GIBBS: And on line 15 he said, "I don't
4 recall it."
5     MS. WINKLER: He said I --
6     MR. GIBBS: That's an answer to your
7 question.
8     BY MS. WINKLER: Q. Were you referring to
9 taking action, or were you referring to I don't recall
10 making the e-mail?
11    A  Yeah.
12    MR. LIBBY: He said he doesn't recall making
13 the statement or receiving the e-mail. He said it now
14 five times, and you're trying to take the disagreement
15 currently with the e-mail and transfer it back in time
16 and -- and infer from his supposed lack of action to
17 some something. That's unfair, Counsel, and stop it.
18    MS. WINKLER: I'm entitled to ask the
19 questions that I want to ask.
20    MR. LIBBY: Fine. Ask the questions. You're
21 not entitled to ask it five times when you've already
22 got an answer.
23    MS. WINKLER: I'm getting -- he's not
24 answering my question.
25    MR. LIBBY: He is answering your question,

226

1 Counsel.
2     BY MS. WINKLER: Q. Did you take any action
3 in response to this e-mail?
4     MR. LIBBY: Objection; asked and answered.
5     THE WITNESS: I'll try it again. I'm trying
6 to be helpful, so sorry.
7     BY MS. WINKLER: Q. I think it's a simple
8 "yes" or "no" question.
9     MR. GIBBS: He's in the middle -- he was in
10 the middle of an answer.
11    MR. LIBBY: It's an unfair question.
12    THE WITNESS: Fair enough.
13    The -- I guess what I'm just -- maybe I'm
14 trying to convey a nuance. I consider myself a
15 responsive individual, and if there is something of
16 importance, I'm going to take -- if I'm aware of it,
17 I'm going to take action on it.
18    What I'm trying to say is, I don't recall. I
19 really don't recall this. I don't recall this really
20 coming to my attention. If it was really important,
21 someone would have picked up a phone, they would have
22 walked into my office, they would have called me on my
23 cell phone.
24    For CCing me and expecting me to read
25 hundreds of words to filter to my name down at the

227

1 bottom -- so I don't recall taking any action on this.
2 I don't recall this coming to my attention.
3     MS. WINKLER: Thank you.
4     THE WITNESS: That's what I was trying to
5 convey.
6     THE VIDEOGRAPHER: Ten minutes.
7     MS. WINKLER: Okay. He has ten minutes left
8 on his tape. I think it's probably a good time to
9 take a break to let him change the tape.
10    THE WITNESS: Thank you.
11    THE VIDEOGRAPHER: This marks tape three of
12 Volume I in the deposition of Mark Barrenechea. At
13 3:53, going off the record.
14    (Short break taken.)
15    THE VIDEOGRAPHER: On record at 4:02.
16    This marks the beginning of tape four in the
17 deposition of Mark Barrenechea.
18    MS. WINKLER: I'm going to ask the court
19 reporter to mark NDCA-ORCL 162213 through 216 as
20 Barrenechea 12.
21    (Document marked Exhibit No. 12
22     for identification.)
23    THE WITNESS: Thank you.
24    BY MS. WINKLER: Q. Mr. Barrenechea, let me
25 know when you've had a chance to take a look at this

228

1 document.
2     A  Okay.
3     Q  What is the information that you're sending
4 in the e-mail that starts on the page that's Bates
5 labeled 162165?
6     A  Where it says "Mark J. Barrenechea wrote by
7 the numbers"?
8     Q  Yes.
9     A  Well, first, I don't recall the e-mail, but
10 it looks like these are actuals, actual numbers, some
11 type of numbers. Hindsight, if you will, kind of
12 just -- kind of factually reporting performance to
13 date, if you will, of -- I don't quite give the
14 quantity here. It doesn't say what the numbers are,
15 but they look like actual numbers, if you will.
16    Q  What do you mean when you say "actual
17 numbers"?
18    A  Well, they're going back in time, right. So
19 it says fiscal year '98, 31. Fiscal year '99, 79.
20 Fiscal year '00, 242. Fiscal year '01, 245. They
21 look like actual numbers.
22    Q  And what do those actual numbers represent?
23    A  Doesn't say in the e-mail, right. It doesn't
24 even have a quantity next to them, but I don't know if
25 this is license; license and support; license,

229

1    support, consulting; license, support, consulting,
2    education. I'm not sure what the metric is.
3        Q  Does the fact that the word "license" there
4    lead you to believe that it's license next to -- by
5    the numbers?
6        A  You're right. Actually, I -- I'm kind of
7    missing that. Yeah, it looks like license, so thank
8    you for that.
9        Q  Why are you conveying this type of
10    information?
11        A  I don't know. It's unclear. Is there more
12    to this, or was there part of it chopped off?
13        Q  That would be a question you would have to
14    ask your counsel. This is what we got.
15        A  Yeah. So there's no context to it, if you
16    will. And where it says "I wrote," right, there is no
17    one copied or CCed. It just says "I wrote," and then
18    a blank page, and then Sergio responding,
19    Sergio Giacoletto.
20        So I -- I don't recall the context. It
21    doesn't have a date -- even a date when I sent it. It
22    has a date when Sergio responded in June of '01, but I
23    don't know the context in which I sent it.
24        Q  Is this the type of information that you
25    generally communicated?

230

1        A  No, I wouldn't say "generally." Again, it's
2    all factual and hindsight versus what looks -- what I
3    can see. So, I'm sorry, I don't understand the
4    context of it.
5        Q  Do you know what's meant by "Stretch,"
6    "Quota," and "Actual"?
7        A  I do not.
8        Q  Do you understand these to be licensed sales
9    figures?
10        A  It says "License," so -- and it's hindsight,
11    so I presume it's what was booked as licensed.
12        Q  Were licensed sales figures communicated to
13    you on a regular basis?
14        A  They were available when I would ask, I would
15    say. I wouldn't say they were kind of regularly
16    communicated, but they were available when product
17    teams were interested, looking to do planning, looking
18    at performance of products in the marketplace.
19        So I wouldn't say "regular." It wasn't kind
20    of regularly just sent to me. I would say they were
21    available upon request.
22        Q  And from whom would you request that
23    information?
24        A  Finance.
25        Q  Is there a particular individual in finance

231

1    that you worked with?
2        A  Jennifer Minton would be someone I would work
3    with.
4        Q  What was your relationship with
5    Mr. Giacoletto as of summer of 2001, spring/summer of
6    2001?
7        MR. GIBBS: Objection; vague.
8        THE WITNESS: Sergio led what was called the
9    EMEA Region: Europe, Middle East, and Africa.
10        Oracle is organized by geography, so you have
11    a head of Europe, a head of North America, a head of
12    Asia. I guess I would consider Sergio a peer in the
13    organization, so....
14        BY MS. WINKLER: Q. Did he lead the EMEA
15    Sales Organization?
16        A  Sales and consulting; okay. So I'd say a
17    generally positive relationship.
18        Q  Did you regularly exchange e-mails with him
19    in the spring and summer of 2001?
20        A  I don't recall regularly exchanging e-mails,
21    but I would say Sergio and I had very open and
22    available conversation. I would talk to Sergio more
23    than anything else. Just a more effective means of
24    communication with him.
25        Q  What is your understanding of what

232

1    Mr. Giacoletto meant in his e-mail to you where he
2    said, "We have six-nine months of product issues which
3    caused loss of confidence by sales, partners, analysts
4    and customers"?
5        MR. LIBBY: Lacks foundation; calls for
6    speculation.
7        MR. GIBBS: Same objections.
8        THE WITNESS: I can't speculate what Sergio
9    meant by something. I don't see myself responding to
10    this, per se. So I'm not -- I can't speculate what
11    Sergio meant by something.
12        BY MS. WINKLER: Q. If you had disagreed
13    with something Sergio had sent you in an e-mail to
14    you, would you have responded to him and let him know
15    that, either by e-mail or phone call?
16        MR. GIBBS: Objection; lacks foundation.
17        MR. LIBBY: Join. Improper hypothetical.
18        THE WITNESS: Yeah, I would communicate with
19    Sergio.
20        BY MS. WINKLER: Q. Do you disagree with
21    what he says there?
22        MR. GIBBS: Objection; vague.
23        THE WITNESS: You know -- you know, he -- you
24    know, he -- you know, he goes from loss of confidence,
25    to good news, confidence building back. You know,

Barrenechea, Mark  7/11/2006  8:58:00 AM

233

1  it's hard for me. This was in -- it's hard for me to
2  kind of say "agree" or "disagree" with something five
3  years old, so I don't know how to respond to that.
4         BY MS. WINKLER: Q. Do you agree that
5  R11.54 was the first stable release?
6     A  I don't agree with that.
7     Q  Why don't you agree with that?
8     A  I believe that that in 11.1, 11.2, 11.3, 11.4
9  all met definition of viable software in the
10  marketplace.
11     Q  And whose definition of viable software in
12  the marketplace?
13     A  I think it met the standard of applications
14  10, 10.7, 10.7SC, 11.1, 11.2, 11.3, 11.4, that the
15  product was of, you know, sufficient merchantability
16  to sell in the marketplace.
17     Q  You said you thought it met the standard of
18  application 10, 10.7. What do you mean by that?
19     A  That it was of gen -- of the -- of the
20  quality of general availability. Let's say it that
21  way.
22     Q  What does that mean?
23     A  That -- that it's tested, that it's
24  functionally complete, documented. It's in a position
25  to be sold, in a position for customers to go live on.

234

1  That's what I mean by "general availability."
2     Q  What do you mean when you say "sufficient
3  merchantability"?
4     A  I think that's just another way of saying
5  general availability.
6     Q  Okay. Do you recall that there were people
7  within Oracle who disagreed with your position with
8  respect to 11.1 -- 11i.1, 11i.2, 11i.3?
9         MR. GIBBS: Objection; lacks foundation.
10        MR. LIBBY: Join.
11        THE WITNESS: Could you repeat the question,
12  please.
13        BY MS. WINKLER: Sure.
14     Q  Do you recall that there were people within
15  Oracle who disagreed with your position with respect
16  to 11.1, 11i.2, 11i.3?
17        MR. GIBBS: Objection; lacks foundation.
18        THE WITNESS: Do you want me to comment on
19  46,000 people, if someone within 46,000 people
20  disagreed?
21        BY MS. WINKLER: Q. I think I'm asking you a
22  "yes" or "no" question. Do you recall if there were
23  people that disagreed?
24        MR. GIBBS: Same objections.
25        MR. LIBBY: Join.

235

1         THE WITNESS: I don't recall of someone
2  disagreeing, when we came to ship the product, that it
3  should not be shipped.
4         BY MS. WINKLER: Q. That wasn't exactly my
5  question.
6     A  Okay.
7     Q  I'm asking you whether you recall if there
8  were people who disagreed with your position that
9  11i.1, 11i.2, 11i.3, met the standards of
10  merchantability?
11        MR. GIBBS: I think that's exactly the
12  question that he just answered, but answer it again.
13        THE WITNESS: I'm sorry. I'm a little
14  wrapped up at kind of the -- kind of the expanding of
15  the question. Can you just repeat it one more time?
16        MS. WINKLER: Would you read back the last
17  question that I asked.
18        (Whereupon, record read by the Reporter as
19  follows:
20        "Question: I'm asking you whether you recall
21        if there were people who disagreed with your
22        position that 11i.1, 11i.2, 11i.3, met the
23        standards of merchantability?")
24        THE WITNESS: I don't recall.
25        BY MS. WINKLER: Q. Do you know any

236

1  customers who were live on CRM 11i.1, or 11i.2?
2         MR. GIBBS: Objection; vague as to time.
3         THE WITNESS: Again, time bounded or just in
4  general? Just in general, yes, I recall.
5         BY MS. WINKLER: Q. Which customers?
6     A  Specialized Bicycles.
7     Q  Were they live on all CRM or a particular
8  module?
9     A  I would say module to modules.
10     Q  Which modules?
11     A  Definitely iStore as a module, perhaps
12  support, support module. I can't remember the exact
13  name. That's less clear to me, but I know there was
14  some conjunction in there. Hewlett-Packard was live
15  on 11i, Bell South went live.
16     Q  Which release was Hewlett-Packard live on?
17     A  I believe 11, I believe 11.
18     Q  11 -- what do you mean when you say "11"?
19     A  I -- I can't remember the exact dot release
20  they were live on, but it was 11.-something that they
21  were live on.
22     Q  So you don't know whether Hewlett-Packard was
23  live on 11i.1 or 11i.2?
24     A  No.
25     Q  How about Bell South? Do you know whether

237

1 they were live on 11i.1 or 11i.2?
2     A  I can't recall the actual dot release they
3 went live on.
4     Q  How about Specialized?  Do you recall
5 whether --
6     A  I can't remember the exact.
7     Q  Let me finish my question, just so the record
8 is clear.
9     A  I apologize.
10     Q  Okay.  Otherwise, it's very hard for her to
11 take it down.
12     A  I apologize.
13     Q  Do you recall whether Specialized was live on
14 11i.1 or 11i.2?
15     A  I do not.
16     Q  Okay.  So my prior question was, are there
17 any customers that you can name who were live on CRM
18 11i.1 or 11i.2?
19     MR. GIBBS:  Question is compound.
20     THE WITNESS:  I guess what I'm trying to
21 convey, right -- and if I don't answer the specific
22 question, please, let's go back to it -- I'm trying to
23 convey these were customers who I would consider to be
24 early adopters somewhere around 11.1, 11.2, 11.3 and I
25 can't recall the specific dot versions, right.

238

1     The question is, can I remember the specific
2 customer, specific dot version, no, I can't, right.
3 But if I could think of a classic customer that I
4 worked with on some of these early versions, then yes
5 I can, and those are the customers I've mentioned.
6     MS. WINKLER:  Okay.
7     THE WITNESS:  That's what I'm trying to
8 convey.
9     BY MS. WINKLER:  Q.  Okay.  Do you recall
10 when Specialized went live?
11     A  I don't remember the exact date, but again I
12 believe they were part of somewhere, say, 11.1 and
13 11.3.
14     Q  How about Bell South?
15     A  I think the same thing, to the best of my
16 recollection.
17     Q  And there was a third one there that you
18 mentioned, and I've lost it again.  Hewlett-Packard,
19 do you recall when they went live?
20     A  I don't remember the exact date.
21     Q  Do you know what modules Hewlett-Packard went
22 live on?
23     A  The one that comes to mind is Oracle sales
24 online.
25     Q  Do you recall any other modules that

239

1 Hewlett-Packard went live on?
2     A  Maybe compensation, but the one that I recall
3 is Oracle sales online.
4     Q  How about Bell South?  Do you recall which
5 modules -- module or modules Bell South went live on?
6     A  One that comes to mind is again iStore.
7     Q  Did you say in iStore?
8     A  IStore.
9     Q  I thought there was a new module there.
10     Next I'll ask the court reporter to mark
11 NDCA-ORCL 101666 through 670 as Barrenechea 13.
12     (Document marked Exhibit No. 13
13      for identification.)
14     THE WITNESS:  Thank you.
15     BY MS. WINKLER:  Q.  Mr. Barrenechea, let me
16 know when you've had a chance to take a look at this
17 document.?
18     (Mr. Solomon enters the room.)
19     MR. GIBBS:  For the record, Mr. Solomon has
20 joined us.
21     BY MS. WINKLER:  Q.  Mr. Barrenechea, have
22 you had a chance to take a look at this document?
23     A  Yes, I have.
24     Q  Do you recognize this document?
25     A  I do not recall it.

240

1     Q  Do you have any reason to believe you didn't
2 send this e-mail dated November 8th, 2000?
3     A  No.
4     Q  What is the information that you're conveying
5 in your e-mail?
6     A  I remember under the guidance from
7 Sandy Sanderson or, sorry, Edward Sanderson, I know
8 him as Sandy, that one of the processes that ERP had
9 in place for a long time was, prior to release 11,
10 there was a process in place where ERT -- ERP had a
11 dedicated team of kind of customer management
12 direct -- reporting directly in to Ron Wohl, and that
13 was a -- kind of a very effective function that, as we
14 described earlier, a lot of deployments can be very
15 complex from understanding customer requirements,
16 customers understanding the requirements, education
17 with system implementers, navigating, customer's SIs
18 Oracle.
19     So there's a dedicated team to be able to
20 effectively manage escalations, for whatever reason,
21 that fell out of support or fell out of consulting.
22     So I remember Sandy giving me guidance,
23 because I'm new to this kind of role over the last two
24 years, that I would put a similar team in place.  So
25 that's what we did, and it allowed us to really kind

Barrenechea, Mark  7/11/2006  8:58:00 AM

241

1 of focus on those customers that needed -- needed help
2 to make sure they didn't fall through the cracks, and
3 we kept the visibility very high on those customers.
4 That's sort of the context of this, if you will.
5     Q  And you referenced there our daily work list
6 and communiqu , is that the information that is
7 included in the second e-mail in the document?
8     A  Yeah, the attached is our daily work list.
9     Q  So was there a daily work list circulated
10 among individuals in the CRM Development Group with
11 respect to escalated customers?
12     A  You know, I don't know how broadly it was
13 sent, but certainly the direction I had given the
14 teams was let's -- now that we put kind of a team in
15 place to help coordinate, again, irrespective of what
16 the issue would be, whether they needed training,
17 whether it was a system implementer issue, whether the
18 customer didn't have the requirements, right, whether
19 there was a defect, we wanted to be very customer
20 centric to help those customers.
21         So I don't know how broadly or how deeply
22 this was forwarded, but it was a great program we put
23 in place to keep the visibility priority on important
24 customers.
25     Q  Who was the team that you put in place?

242

1     A  Mr. Cox helped, and Steve Cox worked for
2 another individual whose name I cannot remember,
3 actually, but certainly Mr. Cox was a senior member on
4 that team.
5     Q  Was he an individual within your
6 organization?
7     A  Yes, he was.
8     Q  Who, other than Mr. Cox, was on that team?
9     A  There's a team of three to five folks,
10 approximately, who would kind of take as their daily
11 responsibility to help a customer.  Again,
12 irrespective of what the issue was.  So let's say the
13 team was about a half dozen people.  That's kind of
14 the relative size of it.
15     Q  What I'm getting at is, who were those
16 people?
17     A  I don't -- I don't recall their names.  I
18 certainly recall Steve's name, now that I've seen
19 that.  The gentleman who led the team, I can visualize
20 him, but I can't think of his name.
21     Q  It was someone within your organization?
22     A  Yes, yes.  I just can't recall his name.
23     Q  When you first answered my initial question
24 about this document, you referenced release 11.  Do
25 you use release 11 to refer to the same thing as 11i?

243

1     A  Yes.
2     Q  Okay.  Who is Beth Ann Ziebarth or Ziebarth,
3 who received Mr. Cox's e-mail?
4     A  I don't remember.  I don't recall her.
5     Q  And was Max Schireson one of your direct
6 reports?
7     A  Yes.
8     Q  Did you receive these CRM customer escalation
9 e-mails on a daily basis?
10     A  I don't believe I did.  I don't believe I
11 received them on a daily basis.  I probably reviewed
12 it on a weekly, or bimonthly, or twice-a-month basis,
13 but I don't recall receiving them on a daily.
14     Q  Now, you said you probably reviewed it on --
15 did you receive it more often than you reviewed it?
16     A  I don't recall.  I mean, in terms of the
17 substance, you know, staying focused on customers,
18 certainly was once a week or twice a month, I would
19 meet and kind of review independent of where the issue
20 was or whose issue it was, whether it was consulting,
21 training, education, support, system implementer,
22 customer requirements.
23         I took the philosophy that we were going to
24 help customers, and that review happened on a weekly,
25 or bimonthly, twice-a-month basis.

244

1     Q  Who did you meet with to do that review?
2     A  This team.  Steve Cox, and the team, and the
3 gentleman I can't remember his name.
4     Q  Okay.  Did the members of that team remain
5 constant, or did it fluctuate depending on the
6 customers who were having issues?
7     A  I tried to keep the team the same.  I mean,
8 they would go -- I empowered them to go wherever they
9 needed to go to help the customer.  If it was a
10 training issue, try to go find training.  If it was a
11 system implementer issue, let's get the system
12 implementer on the phone.
13         If it -- when -- if it was the customer not
14 understanding their own requirements, let's try to
15 help them understand their requirements.  If it was a
16 defect, let's go fix the defect in a prioritized way.
17 So I tried to keep that team together, if you will.
18     Q  It says in this e-mail from Mr. Cox that
19 Max Schireson is the development executive sponsor for
20 Franklin Covey.
21     A  Okay.
22     Q  What does that mean?
23     A  It would not be atypical if we're
24 helping the customer, we'd give the customer a contact
25 person.  Say, you know, call this one person if you

245

1 have a problem irrespective of what the issue might
2 be.
3      What it looks like in this case, Max was the
4 exec sponsor for Franklin Covey.
5      Q  Did you serve in that role for any customers?
6      A  Yes.
7      Q  Which ones?
8      A  Bell South.  I certainly -- whether I was
9 kind of -- you know, this isn't kind of a formal
10 anointment, if you will.  It was kind of a more
11 informal program.  I certainly considered the exec
12 sponsor for Bell South, GE Capital, those are some of
13 the ones that come to mind.  Might have been others.
14      Q  How about Papa Johns?
15      A  No.
16      Q  Were you an executive sponsor for Papa Johns?
17      A  No, I'm not sure they had an executive
18 sponsor.  If they did, I don't remember who they did
19 or who it was.
20      Q  Did you continue to circulate these customer
21 escalation lists to the individuals listed on your
22 e-mail?
23      A  I don't believe I did.  I think, you know --
24 you know, based on what I thought was a great
25 recommendation from Mr. Sanderson, I think I

246

1 communicated to folks that this program was now in
2 place.
3      They should try to leverage the program, but
4 I don't believe this was kind of a regular kind of
5 communiqu  that I sent, if you will.  I think that's
6 kind of indicated here.  Thought you might find this
7 interesting, right.
8      Q  Did you play a role in the internal
9 implementation of 11i at Oracle?
10      A  Yes.
11      Q  What was your role?
12      A  We helped deploy our own software.  We helped
13 kind of decommission a lot of the spoke software that
14 Oracle kind of deployed and was running for many, many
15 years and took kind of a -- kind of a co-leadership
16 role in -- in defining kind of requirements and kind
17 of guiding the implementation of our internal
18 products.
19      Q  Who do you mean when you say "we"?
20      A  Ron led -- Ron Wohl led the ERP deployment.
21 I led CRM deployment, our CIO whose name is --
22 Oracle's CIO at the time, whose name escapes me right
23 now, was also involved, right, as kind of the chief
24 information officer for the company.
25      Q  How was 11i deployed at Oracle?

247

1      MR. GIBBS:  Objection vague.
2      MR. LIBBY:  Join.
3      THE WITNESS:  That's a big --
4      BY MS. WINKLER:  Q.  Was it deployed all at
5 one time, or was modules implemented over the course
6 of time?
7      A  Modules were implemented over the course of
8 time.
9      Q  How did that work?
10      MR. GIBBS:  Objection; vague.
11      MR. LIBBY:  Join; overbroad.
12      THE WITNESS:  That's kind of like asking how
13 skyscrapers get built.
14      We prioritized certain deployments, certain
15 modules to deploy, and it's a tough question.  I'm
16 struggling.  I mean, it's such a big, broad question
17 of how did we deploy 11i.
18      BY MS. WINKLER:  Q.  Which module -- what was
19 the first module that was implemented internally?
20      MR. GIBBS:  Objection; lack of foundation.
21      MR. LIBBY:  Join.
22      THE WITNESS:  The two that come to mind that
23 were kind of a -- the first module we deployed, sales
24 compensation was deployed, sales online, Oracle sales
25 online, Oracle sales, the call center module,

248

1 telesales module, Oracle contracts.  These are the
2 modules I -- I recall.
3      BY MS. WINKLER:  Q.  You recall those as
4 being some of the first modules that were implemented;
5 is that fair?
6      A  Those are the ones I recall through my tenure
7 of having kind of the responsibility of deploying.
8      Q  When were those modules deployed?
9      A  I don't remember the exact dates of when we
10 deployed them.  Between 2000, 2002.  I don't remember
11 the exact dates.
12      Q  How was the priority determined?  You said
13 you prioritized the modules that were implemented.
14      MR. GIBBS:  Objection; lack of foundation.
15      MR. LIBBY:  Join.
16      THE WITNESS:  How were they prioritized?
17      I don't recall the precise algorithm or
18 method used.  There were some that, you know -- you
19 know, one particular, there was a custom system called
20 Oasis.
21      Oasis was the call center module that was old
22 and quite antique, hadn't been -- it was a custom
23 system, it was a spoke system, one that hadn't been
24 advanced in a while, and that was just kind of a clear
25 business need, all right.  So one was based on

249

1  business need to have a -- be able to automate our
2  telesales reps.
3       Sales compensation, compensation plans, you
4  know, change in organizations, and again there was a
5  business need. So I would say, first, I guess what's
6  coming to mind is really based on kind of business
7  need and having the business owners receptive and
8  needing to deploy more modern software.
9       Q  What was Oasis replaced with?
10      A  Oracle Sales.
11      Q  Is Oracle Sales the same thing as Oracle
12  Sales online or is it something different?
13      A  No, it's different.
14      Q  What's the difference?
15      A  So think of Oracle Sales online as an
16  application that helps a direct sales rep manage their
17  contacts and opportunities, and Oracle Sales a module
18  that helps a telesales rep sell over a telephone;
19  okay.
20      I need to take a break if I can.
21      MS. WINKLER:  Sure.
22      THE WITNESS:  Okay.  Thank you.
23      THE VIDEOGRAPHER:  Off record at 4:36.
24      (Short break taken.)
25      THE VIDEOGRAPHER:  On record at 4:47.

251

1       Q  Any specific module of 11.5.2?
2       A  It doesn't talk about the specific modules
3  outside of order management, OM.
4       Q  Do you recall any other specific modules
5  being implemented around November 2000?
6       A  I would think sales compensation would have
7  been part of this. I don't recall the other ones, if
8  you will. So -- but clearly there were some CRM
9  modules here. I just don't recall which ones they
10  were.
11      Q  Was sales compensation a CRM module?
12      A  Yes, it was.
13      Q  And order management was an ERP module?
14      A  That's correct.
15      Q  Okay. Do you recall when this installation
16  actually took place?
17      MR. GIBBS:  Objection; vague.
18      THE WITNESS:  I do not.
19      MS. WINKLER:  I'm going to ask the court
20  reporter to mark NDCA-ORCL 05 -- sorry -- 035280
21  through 282 as Barrenechea 15.
22      (Document marked Exhibit No. 15
23       for identification.)
24      THE WITNESS:  Thank you.  Okay.  I read the
25  e-mail.

250

1       THE WITNESS:  Thank you, again, for the
2  break.
3       MS. WINKLER:  You don't have to thank me, but
4  you're welcome.
5       Next I'm going to ask the court reporter to
6  mark NDCA-ORCL 024862 through 64 as Barrenechea 14.
7       (Document marked Exhibit No. 14
8        for identification.)
9       THE WITNESS:  Thank you.
10      BY MS. WINKLER:  Q.  Mr. Barrenechea, let me
11  know when you've had a chance to take a look at this
12  document.
13      A  Okay.  I've reviewed it.
14      Q  Do you recognize this document or any portion
15  of it?
16      A  I do not.
17      Q  Do you have any reason to believe that you
18  did not send the e-mails in this document that are
19  attributed as from Mark Barrenechea?
20      A  I do not.
21      Q  What part of 11i was Oracle installing at
22  this point in time or getting ready to install at this
23  point in time?
24      A  This e-mail exchange looks kind of like an
25  internal rollout of 11.5.2.

252

1       BY MS. WINKLER:  Q.  What did you mean when
2  you said, "I installed coding"?
3       A  I don't recall.
4       Q  What does it mean to be coding?
5       A  It would mean to say I am writing code,
6  programming, but I don't -- I don't recall what this
7  means.
8       Q  Do you -- did you believe that Mr. Wohl was
9  still writing code for the software that was to be
10  implemented at Oracle at that time?
11      A  I'm sorry. I just don't recall the context
12  to this.
13      Q  Do you recall whether Oracle was in, or at
14  around that time, implementing contracting in order
15  management internally?
16      A  This is January '01. Again, as I spoke about
17  earlier, I don't recall the specific time, right, but
18  certainly Oracle contracts/Oracle service was one of
19  the modules we deployed.
20      Q  And same -- the same is true with order
21  management?
22      A  Yes.
23      Q  Do you recall Oracle encountering
24  difficulties when they deployed contracts and order
25  management?

253

1     MR. GIBBS:  Objection; vague; compound.
2     THE WITNESS:  It's difficult for me to kind
3 of comment, and order management wasn't responsible
4 for that area, not responsible for the product or
5 deployment.
6     Order contracting, I certainly had
7 responsibility for.  And I could put in context -- put
8 into context a little bit, Mike Rocha's organization,
9 which was worldwide support and maintenance renewals,
10 you know, maintenance renewals being a very large
11 percentage of Oracle's business, that application and
12 its reports, that custom application, you know, was in
13 place for 15, 16 -- you know, a decade to two decades,
14 and unique in each of the major geographies around the
15 world.
16     And just as we were telling our customers to
17 go to these many spoke systems to a -- to an
18 out-of-the-box e-business suite as one method of
19 getting business benefit, we did the same with Oracle
20 contracts, where we took Mike Rocha's organization
21 from many systems, many spoke systems, software that
22 was ten to 15 years old in France, in Germany, in the
23 U.K., in the U.S., and went to the 11i series
24 contracting product that required business process
25 changes, that required using our software in a -- in a

254

1 very large scale environment, and yeah, there were
2 defects and there were great benefits.
3     Q  You used the phrase "out of the box."  What
4 do you mean by that phrase?
5     A  Minimal to no customizations to the base
6 product.  That's what I mean by "out of the box."
7     Q  Do you recall speaking with a reporter who
8 was writing a book about Larry Ellison called
9 "Softwar"?
10     A  Yes.
11     Q  Do you recall telling him that after
12 contracting and order management were implemented over
13 New Year's 2000, 2001 after that, and I'm going to
14 quote, "At that point I became acutely aware of the
15 customer dissatisfaction and immediately started
16 drilling down into the implementations we were doing"?
17     MR. GIBBS:  Objection; lack of foundation;
18 assumes facts not in evidence.
19     MR. LIBBY:  Join.
20     THE WITNESS:  I remember the reporter, and I
21 remember the book.  I don't remember that quote at
22 all.
23     BY MS. WINKLER:  Q.  Do you have any reason
24 to believe you didn't say that?
25     MR. GIBBS:  Objection; lacks foundation;

255

1 argumentative.
2     MR. LIBBY:  Join.
3     THE WITNESS:  Again, I don't recall saying
4 that to the reporter.
5     BY MS. WINKLER:  Q.  What was the reporter's
6 name?
7     A  He's an economist writer.  What was his name?
8 Matthew Simmons.
9     Q  Do you disagree with that statement?
10     MR. GIBBS:  Objection; vague.  You mean do
11 you disagree with the substance of the statement
12 attributed to him, or disagree with the quote was
13 made?
14     BY MS. WINKLER:  Q.  Take first the substance
15 of the statement attributed to you.
16     A  Okay.  I can't see the actual quote, so I
17 guess can you read it to me?
18     Q  I can read it to you again.
19     A  Yeah, please.
20     Q  Sure.
21     "At that point, I became acutely aware of the
22 customer dissatisfaction and immediately started
23 drilling down into the implementations we were doing."
24     A  Okay.  And you're asking me to -- to say --
25 comment on what again to the quote?

256

1     Q  I'm asking you whether you disagree with the
2 substance of that quote?
3     A  Yes, I disagree with the substance of that
4 quote.
5     Q  How do you disagree with the substance of
6 that quote, or what part of it do you disagree with?
7     A  All right.
8     So I'm disagreeing with something I don't
9 believe I said, and -- and to now agreeing that I
10 would not have said it, okay.
11     Q  Let's take a step back.  Have you read the
12 book "Softwar"?
13     A  I have not.
14     Q  Did you understand when you were talking to
15 Mr. Simmons, I think you said his name was --
16     A  Simmons or Simmons.
17     Q  -- Simmons --
18     A  Yeah.
19     Q  -- that he was writing a book about
20 Mr. Ellison?
21     A  Yes, I was aware of that.
22     Q  Did you make any efforts to determine whether
23 the way you were quoted in that book was true or
24 false?
25     A  I had no ability to say one way or another.

257

1   We were requested to spend time with him, and we did
2   so.
3       Q   Who requested that you spend time with him?
4       A   Matthew, Mr. Simmons, spent time at Oracle
5   kind of observing the company.  He -- request is a
6   strong word -- he was in -- you know, invited in, into
7   the company.  He put time on people's calendars to
8   spend time and interview them, and accepted the
9   invitation and spent time.
10      I never asked questions about would I have
11  editorial control?  Would you show me what you're
12  writing beforehand?  I had no idea I'd be quoted.  I
13  haven't read the book
14      Q   You said that he -- was he -- he was invited
15  into the company?
16      A   I believe so.
17      Q   And who invited him into the company?
18      MR. GIBBS:  Objection; lack of foundation.
19      MR. LIBBY:  Join.
20      THE WITNESS:  I'm not sure precisely who
21  invited him, but I would think someone in senior
22  management did.  I don't know who precisely invited
23  him, but he was clearly at the company.
24      BY MS. WINKLER:  Q.  And, for example,
25  Mr. Ellison didn't object to him being at the company?

258

1       MR. GIBBS:  Objection; lack of foundation.
2       BY MS. WINKLER:  Q.  To your knowledge?
3       A   To the best of my knowledge, I didn't see an
4   objection.
5       Q   Do you know if he recorded his interviews
6   with you?
7       A   I don't.  I don't recall.
8       Q   You don't know one way or the other --
9       A   No.
10      Q   -- whether he did or not?
11      A   No.
12      Q   Going back to the substance of the statement
13  that's attributed to you --
14      A   Okay.
15      Q   -- in this book, I want to know what about --
16  you've told me that you don't agree with the substance
17  of the statement.  I want to know what about the
18  substance you don't agree with, and I can read it
19  again, if you'd like.
20      A   Yeah, please read it again.
21      Q   "At that point, I became acutely aware of the
22  customer dissatisfaction and immediately started
23  drilling down into the implementations we were doing."
24      A   So that point in time refers to once we went
25  live.

259

1       Q   That point in time refers to once you went
2   live on contracting and order management over
3   New Year's 2000, 2001?
4       A   Okay.  Well, what I do feel confidently to
5   talk about, what I recall, is the contracting
6   deployment was one I felt rather proud of.  It was
7   managing a multi-billion dollar business for renewals
8   on a kind of new module list we had built.  You know,
9   it's not like financials which had been in the market
10  for 20 years.
11      CRM was emerging as a -- kind of a new
12  discipline in the industry.  We conceived -- the
13  development team conceived of a new module, created
14  the functionality, and in a short amount of time was
15  able to automate one of the world's most successful
16  software companies.  So I know what I can -- I can
17  discuss confidently, is that once we went live, I felt
18  rather proud.
19      Q   Do you disagree that there -- there was
20  customer dissatisfaction with the 11i product at that
21  point in time?
22      MR. GIBBS:  Objection; vague; lacks
23  foundation.
24      MR. LIBBY:  Join.
25      THE WITNESS:  I think you have to put in

260

1   context early adopters, which I think I'm inferring
2   where the question is going.  There are early
3   adopters.  I think Bell South is a very good example
4   of an early adopter where you have new capabilities in
5   a product, you have a customer like a Bell South that
6   may not have their requirements well understood,
7   complex deployments can be contentious at a given
8   point in time.
9       But ultimately the customer Bell South went
10  live, became referenceable, actually became number
11  one.  To my understanding, became number one in their
12  market that they were automating, DSL.  But, you know,
13  certain deployments can get contentious, whether it be
14  all the way from a product defect, through
15  understanding requirements.
16      I think Oracle contracts is another good
17  example where Oracle went from many, many systems with
18  spoke systems, custom systems, fragmented systems, and
19  geographies to where Mike Rocha -- not to speak for
20  Mike Rocha, did not necessarily have the global
21  visibility that he wanted to where he went to a near
22  out-of-the-box product where he could get visibility.
23      So I looked at the contracting deployment as
24  something I'd be proud of automating one of the
25  world's most successful software companies.

261

1    Q   Going back to my question, which was, do you
2  disagree that there were customers who were
3  dissatisfied with the product Suite 11i at that point
4  in time --
5        MR. GIBBS:  Objection.
6        MS. WINKLER:  Q.  -- February 2001?
7        MR. GIBBS:  Objection; vague; lacks
8  foundation; argumentative; asked and answered.
9        MR. LIBBY:  Join.
10       THE WITNESS:  I disagree with the word
11  "dissatisfied."
12       BY MS. WINKLER:  Q.  How do you disagree with
13  the word "dissatisfied"?
14    A   Dissatisfied would mean, with me, we're not
15  going to deploy the software, we're not going to be a
16  reference.  We would pursue means to, you know, show
17  our dissatisfaction.
18       So I would acknowledge there were, you know,
19  defects as in any release that had to be managed and
20  resolved, but -- and I would certainly acknowledge
21  contention in certain deployments, but the word that
22  was being used just doesn't seem like an appropriate
23  word to me.
24    Q   Which deployments would you acknowledge there
25  was contention?

262

1    A   Bell South.
2    Q   Any other ones?
3    A   Papa Johns.  Those are the ones that come to
4  mind.
5    Q   What issues do you recall in the Papa Johns
6  implementation?
7    A   You know, you're -- we're talking about a
8  piece of software now that is automating everything
9  from the world's most successful software company, to
10  DSL, to self-service pizza order in one software
11  package.
12       And, you know, I recall Papa John having
13  certain requirements around the speed of which a pizza
14  had to be ordered and configured, and there were
15  certain tuning or tweaking to the software that needed
16  to meet their specific configuration issues,
17  self-service over the web, and those things had to be
18  worked through, and they were worked through.
19    Q   Was self-service over the web an application?
20    A   It was a use -- it was a type of use of the
21  application.
22    Q   Of which application?  The --
23    A   Oracle iStore, release 11i.
24    Q   Do you recall that Oracle internally was
25  unable to place orders for a period of time after the

263

1  implementation of the order management module of
2  Suite 11i at Oracle?
3        MR. GIBBS:  Objection; vague; lacks
4  foundation.
5        MR. LIBBY:  Join.
6        THE WITNESS:  I don't recall.
7        BY MS. WINKLER:  Q.  You don't recall either
8  way?
9    A   No.
10    Q   Do you have any reason to believe that you
11  didn't tell Mr. Simmons that Oracle was down for
12  14 days after implementation of order management?
13       MR. GIBBS:  Objection; lacks foundation.
14       MR. LIBBY:  Join.
15       THE WITNESS:  I don't recall.
16       BY MS. WINKLER:  Q.  You don't recall whether
17  you told him that or not?
18    A   No, I don't.
19    Q   And do you recall whether or not Oracle was
20  down for 14 days after implementation of order
21  management?
22    A   I don't recall the specifics of a
23  conversation with Matthew Simmons, and I wasn't
24  responsible for order management.
25    Q   But you were working at Oracle at that time,

264

1  were you not?
2    A   I was working at Oracle at that time.
3    Q   Do you have any recollection of whether the
4  system was down for 14 days after implementation of
5  order management?
6        MR. GIBBS:  Objection; vague as to "system."
7  Answer, if you can.
8        MR. LIBBY:  Join.
9        THE WITNESS:  I don't know what else to add.
10  You know, I wasn't in order entry, didn't -- I'm not
11  responsible for the software, I'm not responsible for
12  the deployment.  I don't recall.
13       BY MS. WINKLER:  Q.  Was order management
14  integrated with or supposed to be integrated with any
15  CRM modules?
16    A   Yes.
17    Q   Which ones?
18    A   At the data level, I would say the internet
19  store, iStore, sales compensation had a -- probably
20  had integrations into order management.
21    Q   What do you mean "At the data level"?
22    A   You place an order over the web through an
23  internet store.  It would be inserted into the same
24  tables and schema as order management.
25    Q   Is there an integration at some level other

265

1 than data level?
2    A  I'm trying to recall.  There may have been
3 some kind of process kind of work-flow-type
4 integration that if an order had to go through for
5 review and approval cycle, there may have been kind of
6 a business process work-flow level integration, but I
7 can't recall precisely.
8    Q  Do you recall whether those products that
9 order management -- the CRM products that order
10 management was supposed to be integrated with were
11 operating after -- for the first couple of weeks after
12 implementation of order management at Oracle?
13    A  I'm not sure -- I can't recall which modules
14 went live at that point, so it's hard for me to say
15 that if I -- you know, if OM was not operable at a
16 certain time, would the CRM not work against it?
17    I don't recall if those CRM modules were
18 actually going live at that point.  Certainly I recall
19 contracting, most likely, being part of that release.
20 But again I -- I don't recall around order management
21 or its dependencies at that point.
22    Q  If order management -- if Oracle had
23 installed the CRM modules that were supposed to be
24 integrated with order management at the same time that
25 it installed order management, and order management

266

1 was not working, would those CRM modules work?
2    MR. GIBBS:  Objection; vague.
3    MR. LIBBY:  Join; improper hypothetical.
4    THE WITNESS:  Are we talking about in general
5 or about Oracle's deployment?
6    BY MS. WINKLER:  Q.  I'm -- I'm using a
7 hypothetical of Oracle's deployment.
8    A  Using a hypothetical of Oracle's
9 deployment -- this is a complex question.
10    MR. GIBBS:  Do you want to ask her to repeat
11 it?
12    THE WITNESS:  If Oracle -- if order
13 management -- to the best of my recollection, if order
14 management was not operating -- well, first of all, to
15 a degree, right.  Either completely not operating, or
16 operating a portion.
17    I guess I'd answer that's the -- the CRM
18 modules that were dependent on order management, you
19 know, would either not operate or operate partially,
20 but I can't recall what was part of that deployment
21 with the CRM dependencies for order management.
22    BY MS. WINKLER:  Q.  Were there CRM modules
23 that were dependent on order management?
24    A  We already discussed that.  Sales
25 compensation, but again --

267

1    Q  I don't think you had used the term
2 "dependent" whenever I asked you, so I was trying to
3 make that connection.
4    A  All right.
5    So again, you know, to the degree -- you
6 know, if order management was not operable and to the
7 degree it was not operable, you know, sales
8 compensation may or may not have been operable in that
9 period of time, but I don't recall what -- if or what
10 portions of OM were or were not operable at that point
11 in time.
12    Q  Were there other --
13    A  That's a -- that's a tough compound question.
14    Q  -- CRM modules that were dependent upon ERP
15 modules?
16    A  Again, you know, yes, right.  You know, sales
17 compensation was dependent.  Contracting had its
18 integration and dependencies.  It's like if the, you
19 know, there are levels of dependency.  If the
20 operating system is not working, nothing works.
21    If the database isn't running, right, 9i,
22 nothing runs.  If the application -- if the general
23 ledger isn't running, many things don't run.  So there
24 are layers of design, you know, and expected
25 dependencies.

268

1    Q  Were there ERP applications that were
2 dependent upon the functioning of CRM applications?
3    A  Very -- you know, I don't recall many or any.
4 Most of the dependencies were the other way.  Most of
5 the dependencies were the other way.
6    Q  Were there internal dependencies between CRM
7 applications?
8    A  Very few.
9    Q  Do you recall any?
10    A  Some dependencies between -- you know, if you
11 chose to deploy certain business processes, some
12 dependencies between the internet store and sales
13 online -- you could place an order -- you could place
14 a kind of a self-service order through iStore that
15 would go into an approval que that you might be able
16 to see inside of Oracle sales online.
17    So there were some inter-CRM dependencies.
18 Certainly CRM to ERP dependencies, but very few ERP to
19 CRM dependencies.
20    Q  Okay.  Next I'll ask the court reporter to
21 mark NDCA-ORCL 118596 through 97 as Barrenechea 16.
22    (Document marked Exhibit No. 16
23    for identification.)
24    THE WITNESS:  Thank you.
25    BY MS. WINKLER:  Q.  Mr. Barrenechea, let me

269

1 know when you've had a chance to take a look at this
2 document.
3    A   Okay.
4    Q   Do you recognize this document?
5    A   I do not.
6    Q   You -- do you have any recollection of
7 Forrester issuing a report that was critical of
8 Oracle?
9    A   So it's over five years old.  I don't
10 remember the specific Forrester report.
11    Q   Did you have meetings with people at
12 Forrester when you were at Oracle?
13    A   Yeah.  As I described earlier, we would meet
14 with analysts.  This particular individual org flow I
15 don't remember.
16    Q   Directing your attention to the second page
17 of that document --
18    A   Uh-huh.
19    Q   -- do you see where under the bullet point
20 "Use the $1 billion in savings to hire (QA) testers"?
21    A   Yeah.
22    Q   There's a comment that's attributed to you.
23    A   Uh-huh, I see that.  It looks like it's a
24 recycled quote from the information that --
25    Q   The quote about "a version-one product always

270

1 has issues"?
2    A   Yeah.  It looks like the same quote as in
3 Exhibit 10.
4    Q   Did Oracle issue press releases with quotes
5 from you in them?
6    A   Most likely.
7    Q   Was that a quote that was issued in a press
8 release by Oracle?
9    A   Which quote?  "Version-one product"?
10    Q   "Version-one product."
11    A   I don't believe so.  As we had tested
12 earlier, I don't recall the -- the information, week,
13 quote, but this looks like a recycled quote from the
14 "Information Week" article.
15    Q   What, if anything, did Oracle do to respond
16 to this Oracle -- this article?
17    A   I don't recall.
18    Q   Next I'll ask the court reporter to mark
19 NDCA-ORCL 063478 through 80 as Barrenechea 17.
20        (Document marked Exhibit No. 17
21        for identification.)
22        THE WITNESS:  Thank you.  Okay.  I've
23 reviewed Exhibit 17.
24        BY MS. WINKLER:  Q.  Do you recognize
25 Exhibit 17?

271

1    A   I do not.
2    Q   Do you have any reason to believe you didn't
3 receive this e-mail from Mark Jarvis on March 26,
4 2001?
5    A   I do not.
6    Q   Does this document refresh your recollection
7 as to what, if any, action Oracle took in response to
8 the Forrester article that we saw in Exhibit 16?
9    A   It does not.
10        MR. GIBBS:  Objection; lack of foundation.
11        THE WITNESS:  It does not.
12        BY MS. WINKLER:  Q.  Do you see where in
13 point three he says "We find some happy referenceable
14 customers.  I need considerable assistance from sales
15 account management for this.  We'll then use these
16 customers and ads, a la Bell South"?
17    A   Uh-huh.
18    Q   At that time, did Oracle not have any other
19 happy referenceable customers?
20    A   I don't recall where the references were at
21 this point in time.  You know, "references" is kind of
22 a big word all the way from -- I think of references
23 kind of in layers.  You know, a reference where
24 sales -- sales reps can use a customer, drop a
25 customer name informally.

272

1        There may be some type of description of how
2 a customer is using a product to use internally, all
3 the way through the most extreme and most difficult,
4 also most challenging kind of references where you see
5 in -- today in ads where Microsoft will reference a
6 customer.  SAP will say "Rebok runs SAP," kind of
7 Oracle ads.  You know, 7-Eleven says "Oh, thank heaven
8 for Oracle applications."
9        Those kind of ads -- ads, Bell South, to
10 actually get a customer to stand up and describe in a
11 printed ad using somebody's software in savings or
12 some business benefit from running that software is a
13 very rare occasion, very rare occasion.
14        So I just want to describe a little bit of
15 what reference would mean to me.  Everything from a
16 name drop, all the way through a printed ad, which in
17 any release in any time of the market would be -- is a
18 very kind of rare commodity, if you will, but no, I'm
19 not aware of the reference list, if you will, at this
20 point in time.
21    Q   Do you recall Larry being focused on unhappy
22 customers at that point in time?
23    A   What I do recall is Larry kind of having a
24 pretty strong focus as a manager of being available to
25 customers.  You know, in my six, seven years at

273

1 Oracle, he was always there if we needed him for a
2 customer visit.
3      No, I don't recall any action taken from this
4 e-mail sent from Mark Jarvis.
5      Q  Do you recall, over the course of time after
6 11i.1 was released, at any point in time Mr. Ellison
7 taking a significant interest in customers who were
8 implementing 11i?
9      A  I remember Larry getting involved with some
10 customers; yes.
11      Q  Do you recall specific customers that he
12 became involved with?
13      A  Yes.
14      Q  Which ones?
15      A  I recall GE Power, which was an ERP
16 deployment.  I know they went live and became
17 referenceable, and I remember the CEO of GE Power
18 coming to talk at an Oracle event.
19      I think Mr. Rice was his name, last name
20 Rice.  Stood on stage and talked to Oracle and Oracle
21 employees and said how happy he was.
22      I remember Larry involved with Posco.  Posco
23 deployed portions of the e-business suite for their
24 steel business in Korea.
25      I remember meeting with Bell South and the

274

1 program director, talking about their deployment in
2 going live and now running their business on Oracle.
3 So those are specific instances I remember.
4      Q  Those are specific instances where you
5 remember Larry taking a specific interest?
6      A  Yeah, the ones where I was kind of involved
7 and had direct knowledge.
8      Q  When did GE Power successfully implement any
9 part of 11i?
10      A  Don't remember the exact time, if you will.
11 You know, somewhere between 2000, 2002.  That's a
12 broad range, but I don't remember the exact time.
13      Q  Do you recall which version?
14      A  I believe it was 11i.-something, but I don't
15 remember the exact dot release.
16      Q  How about Posco?  Do you recall which
17 release?
18      A  Again, 11i, but I don't recall the exact dot
19 release.
20      Q  Do you recall a time frame when they reached
21 a successful implementation?
22      A  I think it was still kind of in that broad
23 range.
24      Q  Why did Larry become involved in those
25 particular customers?

275

1      A  You know, they are kind of brand name
2 accounts, important, kind of important kind of
3 businesses to automate.
4      It's hard for me to speculate why.  I mean, I
5 would certainly bring either a customer request, if
6 they wanted to receive executive involvement for
7 deployment, but I would say probably the brand name
8 recognition of the accounts showing executive level
9 support towards their deployments.
10      Q  Was he brought in on any deployments because
11 of the level of difficulty there was with a particular
12 deployment?
13      A  I think most requests I kind of managed was
14 just ensuring management had visibility into kind of
15 the size and scale of the deployment and wanted to
16 make sure that Oracle was committed to helping
17 Bell South meet their objectives in the market,
18 helping Posco meet their objectives in the market,
19 helping GE power to meet their objectives.
20      It typically was more of a kind of
21 relationship meeting versus anything else.
22      Q  How long did it take Bell South to implement
23 the product?
24      A  I'm speculating here, but nine, 12 months.
25      Q  How about Posco?

276

1      A  Probably the same amount of time.
2      Q  What about GE Power?
3      A  Might have been a little less.
4      Q  Was Jerri -- Jerri.  Strike that.
5      Was Larry involved from the get go in these
6 implementations, or did he become involved over the
7 course of time?
8      MR. GIBBS:  Objection; vague.
9      THE WITNESS:  I'd probably say over the
10 course of time.
11      BY MS. WINKLER:  Q.  I'll ask the court
12 reporter to mark NDCA-ORCL 094094 through 097 as
13 Barrenechea 18.
14      (Document marked Exhibit No. 18
15      for identification.)
16      BY MS. WINKLER:  Q.  Mr. Barrenechea, let me
17 know when you've had a chance to take a look at this
18 document.
19      A  If this would make you happy,
20 David Williamson was the person I couldn't remember
21 who was in charge of the management team.  He's copied
22 on this.
23      Q  Okay.  Thank you.
24      A  Okay.
25      Q  Do you recognize this document?

277

1    A  I do not.
2    Q  Does this document refresh your recollection
3  as to whether you had any involvement with
4  Papa Johns?
5        MR. GIBBS: Objection; lacks foundation.
6        THE WITNESS: I think as I discussed earlier,
7  I did have involvement with Papa Johns.
8        BY MS. WINKLER: Q.  Were you considered the
9  owner of Papa Johns as far as Papa Johns being an
10  escalated customer?
11    A  Yeah.  As I think I said earlier, I couldn't
12  remember if I was or not the exec sponsor on
13  Papa Johns.  It doesn't say exec sponsor.  But, yeah,
14  I was involved with Papa Johns.
15    Q  What was the urgency that drove -- what is
16  your understanding of what the urgency was that drove
17  Mr. Ellison to write that you're going to meet and
18  review escalated customers and he wants -- and demand
19  daily reports about Papa Johns until they're happy?
20        MR. GIBBS: Objection; lacks foundation
21  assumes facts not in evidence.
22        MR. LIBBY: Join.
23        THE WITNESS: I guess I'm speculating here,
24  but it looks like it's an e-mail from George Roberts.
25        BY MS. WINKLER: Q.  What is your

278

1  understanding of Mr. Roberts's e-mail that you
2  referred to?
3    A  Looks like George received an e-mail on
4  Papa Johns.  George replies he has three to four
5  clients that are having issues, three to four clients.
6  It looks like he escalated to Larry and Larry alone.
7        Larry responded that I will own Papa Johns.
8  And his standing weekly APS meeting, he'd like to
9  start with reviewing customer escalations.
10    Q  Had you done that in his weekly APS meetings
11  prior to March of 2001?
12    A  I don't recall.
13    Q  Who is Mike Rosser?
14    A  Mike was at Oracle for a long time, worked in
15  the sales organization in George Roberts' organization
16  and then eventually came to work in my organization.
17    Q  What did he do when he came to work in your
18  organization?
19    A  He helped coordinate me being a developer,
20  right, and managing developers.  He helped -- just
21  like with Juliette -- helped coordinate with
22  marketing, Mike being from the direct sales
23  organization helped coordinate with the sales
24  organization.
25    Q  Do you recall when he came to your

279

1  organization?
2    A  No, I don't remember precisely when he came
3  to my organization.
4    Q  Do you know if he was in your organization at
5  the time of this e-mail?
6    A  Probably, but I don't recall precisely.
7    Q  What did you mean when you said, "We are
8  well-aware and understand the difficulty from many of
9  our early OM and iStore adopters"?
10        MR. GIBBS: I'm sorry.  Can we read or have
11  it read back, please.
12        (Whereupon, record read by the Reporter as
13  follows:
14        "Question: What did you mean when you said,
15        'We are well-aware and understand the
16        difficulty from many of our early OM and
17        iStore adopters'?")
18        THE WITNESS: I don't recall precisely, but
19  certainly the iStore was a new module within the --
20  within the suite, if you will, and so I don't recall
21  it precisely, but what I do recall was it was a new
22  module.
23        BY MS. WINKLER: Q.  What did you mean when
24  you said, "With 11i.3, the situation is greatly
25  improved"?

280

1    A  I don't recall precisely, but probably what
2  I'm saying, that, you know, with 11i.3, we're probably
3  through kind of early adopters and Suite (sic) knows
4  the product better, it's better communicated what the
5  product does, you know, what it does and how to use
6  it.  There's experience on how to use it.  Those are
7  probably things that I mean by that, but I don't
8  recall precisely.
9    Q  Why do you say with 11i.3 you're probably
10  through with early adopters?
11    A  It's the third point release of the product
12  and, you know, time has elapsed from .1 one to .3.
13  Consultants are educated.  Customers are educated.
14  System implementers are educated.
15        So I'm implying that, you know, not with just
16  the product version, but also with elapsed time,
17  people -- you know, system implementers had a decade
18  of experience of Oracle financials.  So going to the
19  next version is just kind of incremental effort,
20  right, of learning the product.
21        With iStore it was a new product effectively
22  with Release 11.  And not only do you have a new
23  product, you also have a lot of education.  You have
24  to educate Oracle Consulting.  What is it, how to use
25  it, how to configure it.

281

1    You have to educate Excenture, bearing point,
2  the system implementers.  So what I'm probably
3  implying here is that, one, time has elapsed and
4  people are more educated.  And, two, it's the third
5  dot release of a product.
6    MS. WINKLER:  Can you read back my last
7  question?
8    (Whereupon, record read by the Reporter as
9  follows:
10   "Question:  Why do you say with 11i.3 you're
11  probably through with early adopters?")
12   BY MS. WINKLER:  Q.  Are you suggesting that
13  customers that used 11i.1 and 11i.2 were early
14  adopters of Suite 11i?
15   A  In some cases, yes, yes.
16   Q  Are there any cases that you can think of
17  where you wouldn't say that?
18   A  Well, I think of customers who are on 10.7 or
19  10.7 Smart Client and were running their business on
20  Oracle APS and moving to the next version.  So, though
21  different in new capabilities, they still understood
22  Oracle APS.
23   So I kind of think of early adopters as those
24  who may be a new customer, may not have kind of the
25  in-depth experience in Oracle applications, but I kind

282

1  of think of that as early adopters.
2    And in this particular case, it looks like I
3  responded that I was aware of Papa Johns already, and
4  I had a different expectation, that they were taking
5  more orders than expected, that there seemed to be a
6  hardware problem that was unrelated to the software,
7  and I had a question of whether they were live on a
8  different module and called the call center.
9    Q  And why did you have that question?
10   A  I don't recall, but, you know, I must have
11  been briefed on they were using some other software as
12  well.
13   Q  Were there dependencies between call center
14  and iStore?
15   A  Not that I recall, but just a -- there was
16  another module they were -- they were using, so it
17  looks like I have some question around that.
18  Immediately took action and said, can we arrange a
19  call and see how we could help, and immediately
20  reached out to George and said, please send the other
21  account so we can help.
22   I'd like to maybe take a final break.
23   MS. WINKLER:  Sure.
24   THE VIDEOGRAPHER:  Off record at 5:39.
25   (Short break taken.)

283

1    THE VIDEOGRAPHER:  On record at 5:47.
2    BY MS. WINKLER:  Q.  Mr. Barrenechea, did you
3  speak with anyone, other than your attorneys, prior --
4  about your deposition, prior to your deposition today?
5    A  No.
6    Q  Did you meet with your attorneys to prepare
7  for your deposition?
8    A  Yes.
9    Q  When was the first time you met with your
10  attorneys?
11   A  I guess a couple of weeks ago we had a brief
12  phone call with Manatt, two days ago had an
13  hour-and-a-half phone call with Manatt, and then had a
14  briefing session yesterday with Latham and Manatt.
15   Q  Who was present at the meeting yesterday?
16   A  The individuals here, plus another
17  individual, whose name I don't recall.
18   Q  Another attorney from Latham?
19   A  Yeah.
20   Q  And about approximately how long did the
21  session last yesterday?
22   A  Four hours or so.
23   Q  Did you meet in the morning yesterday?
24   A  We met in the afternoon.
25   Q  Was Mr. Gibbs present?

284

1    A  Mr. Gibbs.  Would that be you?  That's your
2  last name?
3    MR. GIBBS:  Yeah.
4    THE WITNESS:  Sorry about that.
5    MR. GIBBS:  That's all right.
6    THE WITNESS:  Yeah, he was present for a
7  portion of the afternoon.  Not the entire afternoon.
8    MR. GIBBS:  She knows where I was the rest of
9  the afternoon.  That's why -- that's why she's asking.
10  It was a very long day for me yesterday.
11   MS. WINKLER:  I can tell you that mine was
12  longer, Patrick.
13   MR. GIBBS:  Fair enough.  Fair enough.
14   BY MS. WINKLER:  Q.  Did you review any
15  documents in preparation for your deposition?  I
16  understand that you must have reviewed the CRM white
17  paper document.
18   A  Yes.
19   Q  Did you review any documents in addition to
20  that document?
21   A  There were a few presented, yes.  Not too
22  many.  Four or five documents.
23   Q  Did any of those documents refresh your
24  recollection about any of your job responsibilities
25  during 2000, 2001?

285

1      A   Any of those documents refresh my job
2   responsibilities?  No, I wouldn't say they refreshed
3   my recollection of my job responsibilities.
4      Q   Did any of those documents refresh your
5   recollection about any issues with Suite 11i?
6          MR. GIBBS:  Objection; vague.
7          THE WITNESS:  I'd say some of them refreshed
8   some customers that may not have enough -- five to six
9   years of time passing, I mean, I thought about those
10  customers.  So I'd say some of them refreshed my
11  memory about customers.
12         BY MS. WINKLER:  Q.  Did it refresh your
13  memory about customers that you dealt with when you
14  worked at Oracle?
15     A   Yeah.  Mainly, yes.
16     Q   Which customers were those?
17     A   Bell South, HP, a little bit of Papa Johns.
18     Q   Mr. Barrenechea, did you sell any stock in
19  Oracle's third quarter of fiscal '01?
20     A   I don't recall.
21     Q   And do you understand that to be
22  December 2000, January/February 2001?
23     A   Yes.  I don't recall.
24     Q   Did you own Oracle stock at that time?
25     A   I probably had options, maybe some ESOP

286

1   stock, but I haven't looked at my trading history
2   or -- so, I don't know.  Don't recall.
3      Q   What do you mean when you say "ESOP stock"?
4      A   Employees get to participate -- all employees
5   get to have the ability to participate in the Employee
6   Stock Option Purchase Plan where a certain percent of
7   your salary can go to purchasing stock in a
8   company-sponsored program.
9      Q   Do you still own Oracle stock today?
10     A   No.
11     Q   Do you recall when you last disposed of any
12  Oracle stock that you owned?
13     A   No.
14         MS. WINKLER:  I think that's all the
15  questions that I have today.
16              EXAMINATION
17         MR. GIBBS:  Okay.  I have a few, but I don't
18  think it's worth --
19         MS. WINKLER:  Okay.
20         MR. GIBBS:  -- switching, so why don't we
21  just get right into it.
22     Q   Mr. Barrenechea, you said earlier today that
23  you didn't recall whether you received any directions
24  to preserve documents relating to this case; do you
25  recall that?

287

1      A   Yes.
2      Q   If at any point you had received instructions
3   from Oracle's law department to preserve documents
4   relating to litigation, would you have complied with
5   those instructions?
6          MS. WINKLER:  Objection; calls for
7   speculation.
8          THE WITNESS:  Absolutely, yes.
9          BY MR. GIBBS:  Q.  If you had received
10  instructions from Oracle's law department to preserve
11  documents relating to litigation, would you have
12  destroyed any of the pertinent documents.
13         MS. WINKLER:  Objection; calls for
14  speculation.
15         THE WITNESS:  No.
16         BY MR. GIBBS:  Q.  But you just don't
17  remember one way or the other whether you received any
18  instructions in connection with this case; is that
19  right?
20     A   That's correct.
21     Q   Let me ask you to please take a look at
22  Exhibit 1, which is the subpoena, and I'm going to
23  direct your attention to page five, as Ms. Winkler
24  did.  I almost called you Ms. Radcliffe.
25         Looking at request number 2A.  Did you have

288

1   in your files --
2      A   Sorry.  Request number 2A?
3      Q   Request number 2A.
4          And this is focusing your attention to the
5   early 2001 time frame.  Did you have in your files
6   actual copies of software Versions 1, 2 and 3 of
7   Suite 11i?
8      A   I don't recall precisely, but having said
9   that, I -- I'm also not the owner of those documents,
10  if you will.
11     Q   Of the software itself?
12     A   Yes.
13     Q   So there was someone else who was responsible
14  for keeping complete sets of Oracle Versions 1, 2 and
15  3 of Oracle Suite 11i?
16     A   Yes.
17     Q   So when you answered yes, you would have had
18  documents in your file when you were employed at
19  Oracle responsive to this request, did you mean that
20  you had documents in your file concerning software
21  Versions 1, 2 and 3 of Suite 11i?
22     A   I guess what I was trying to say was I may
23  have been copied, and I may have reviewed.  But
24  concerning those things, someone else would be the
25  owner, and someone else would have copies of those.

289

1  Q. Okay. But you wouldn't -- you wouldn't have
2  been the person responsible for keeping the actual
3  software?
4  A. No.
5  Q. I think you said, with regard to request
6  number 2B, that you were sometimes sent design
7  documents; is that right?
8  A. Yes.
9  Q. When you were sent design documents, were
10 those something that you would keep in your files?
11 A. I don't keep keeping them, but if they
12 were, they would have been in a file cabinet. But at
13 the same time, I was not the owner of those documents.
14 Someone else would be the owner of those documents.
15 Q. Is that file cabinet the same one you made
16 available to the folks who came and collected
17 documents from your office?
18 A. Yes.
19 Q. And you say someone else would have been the
20 owner of those documents. What do you mean?
21 A. It would be the development teams who would
22 be the owner of those documents.
23 Q. And were they responsible for keeping a
24 complete set of the design documents for their
25 products?

290

1  A. I believe so.
2  Q. So if someone wanted to get the design
3  documents for a particular product, they would go to
4  the product team?
5  A. Yes.
6  Q. I think you also said in response to requests
7  2D and E you would sometimes receive bug reports; is
8  that right?
9  A. Yes.
10 Q. Are the bug reports something you would key
11 in your files?
12 A. If they seemed important, I would, but
13 there -- our systems have record for that data.
14 Q. Those bug reports reflect information
15 extracted from the bug database?
16 A. Yes.
17 Q. So the information reflected in those reports
18 could be recreated by going to the bug database?
19 A. Yes.
20 Q. To your knowledge, was the information ever
21 deleted or purged from the bug database?
22 A. Not to my knowledge.
23 Q. Did Oracle have a business reason for keeping
24 the information in the bug database?
25 A. I would say for historical reporting and for

291

1  good customer records.
2  Q. Let me ask you to take a look at Exhibit 2.
3  I think it's going to be at the bottom of that stack.
4  A. Yeah, I was putting them in order in case in
5  case they were requested otherwise.
6  Q. That's kind of you.
7  A. I have number two.
8  Q. Okay. Do you know whether this is a final
9  draft of the document?
10 A. I do not. But, you know, typically final
11 drafts are kind of marked as such with dates and the
12 legal language.
13 Q. Do you know --
14 A. I suspect it is not.
15 Q. Do you know whether there is a final draft of
16 this document?
17 A. I do not.
18 Q. Or was a final draft?
19 A. I do not.
20 Q. Do you know whether this document was ever
21 published to anyone outside of Oracle?
22 A. I do not, but I would be -- it would be out
23 of the Oracle process to do it.
24 Q. So do you think it's likely that it was
25 published to anyone outside of Oracle?

292

1  MS. WINKLER: Objection; calls for
2  speculation.
3  THE WITNESS: I would conjecture it was not.
4  If it was, it was very rare and not to an Oracle
5  standard.
6  MR. GIBBS: I don't have anything else.
7  FURTHER EXAMINATION
8  BY MS. WINKLER: Q. Mr. Barrenechea, you
9  stated that the members of the product team were the
10 owners of the design document; is that correct?
11 A. Uh-huh.
12 Q. Do you know whether the members of the
13 product team were sent over -- was it requested that
14 they preserve documents in connection with this
15 litigation?
16 A. I do not know.
17 Q. Did you request that they preserve documents
18 in connection with this litigation?
19 A. I don't recall being asked to ask people. I
20 think that was a legal function to do that.
21 MS. WINKLER: Okay. That's all I have.
22 MR. GIBBS: We're done.
23 THE VIDEOGRAPHER: Okay. This marks the end
24 of tape four, Volume I, in the deposition of
25 Mark Barrenechea.

293

```
1        The original videotapes will be retained by
2   LiveNote World Service.  We're going off the record.
3   The time on the video monitor is 5:58.
4        THE REPORTER:  Do you need a copy?
5        MR. GIBBS:  Please.
6        MS. WINKLER:  Could I get a rough e-mailed to
7   me?
8        THE REPORTER:  Yes.
9        (Whereupon, the deposition ended at 5:58 p.m.)
10              ---oOo---
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

294

```
1              CERTIFICATE OF WITNESS
2
3        I, the undersigned witness, declare under
4   penalty of perjury that I have read the foregoing
5   transcript, and I have made any corrections, additions
6   or deletions I was desirous of making; that the
7   foregoing is a true and correct transcription of my
8   testimony contained therein.
9        EXECUTED this_____day of _____,2006,
10  at _____, _____.
        (City)          (State)
11
12
13
        _____
14        MARK BARRENECHEA
15
16
17
18
19
20
21
22
23
24
25
```

295

```
1              CERTIFICATE OF REPORTER
2
3        I, ANDREA M. IGNACIO HOWARD, hereby certify
4   that the witness in the foregoing deposition was by me
5   duly sworn to tell the truth, the whole truth, and
6   nothing but the truth in the within-entitled cause;
7
8        That said deposition was taken in shorthand
9   by me, a Certified Shorthand Reporter of the State of
10  California, and was thereafter transcribed into
11  typewriting, and that the foregoing transcript
12  constitutes a full, true and correct report of said
13  deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16  action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19  hand this 17th day of July 2006.
20
21  _____
22        ANDREA M. IGNACIO HOWARD RPR, CSR No. 9830
23
24
25
```

296

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## CERTIFICATE OF REPORTER

1

2

3      I, ANDREA M. IGNACIO HOWARD, hereby certify

4  that the witness in the foregoing deposition was by me

5  duly sworn to tell the truth, the whole truth, and

6  nothing but the truth in the within-entitled cause;

7

8      That said deposition was taken in shorthand

9  by me, a Certified Shorthand Reporter of the State of

10  California, and was thereafter transcribed into

11  typewriting, and that the foregoing transcript

12  constitutes a full, true and correct report of said

13  deposition and of the proceedings which took place;

14

15      That I am a disinterested person to the said

16  action.

17

18      IN WITNESS WHEREOF, I have hereunto set my

19  hand this 17th day of July 2006.

20

21  _____

22      ANDREA M. IGNACIO HOWARD CSR No. 9830

23

24

25