# EXHIBIT 6

**Page 1**

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3               - - -
 4
 5   In re ORACLE CORPORATION   )
     SECURITIES LITIGATION.     )
 6                              )
                                ) No. C-01-0988-MJJ
 7   This Document Relates To:  )
                                )
 8   ALL ACTIONS.              )
                                )
 9   _____
10
11
12
13            CONFIDENTIAL
14   30(b)(6) VIDEOTAPED DEPOSITION OF
15          CHARLES KENDIG
16       SAN FRANCISCO, CALIFORNIA
17          May 4, 2006
18
19
20   SHEILA CHASE & ASSOCIATES
         REPORTING FOR:
21   LiveNote World Service
     221 Main Street, Suite 1250
22   San Francisco, California 94105
     Phone: (415) 321-2311
23   Fax: (415) 321-2301
24
     REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445
```

**Page 2**

```
 1        BE IT REMEMBERED that, pursuant to Notice, and
 2   on May 4, 2006, thereof, at Lerach Coughlin
 3   Stoia Geller Rudman & Robbins, LLP, 100 Pine Street,
 4   San Francisco, California, 94111 before me, RICHARD
 5   M. RAKER, a Certified Shorthand Reporter, personally
 6   appeared
 7        CHARLES KENDIG,
 8   called as a witness by the Plaintiffs for, who,
 9   having been duly sworn, was examined and testified as
10   follows:
11           --oOo--
12   FOR THE PLAINTIFFS:
13     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
14     BY:  ELI GREENSTEIN, ESQ.
        100 Pine Street
15     Suite 2600
        San Francisco, California 94111
16     (415) 288-4545
        elig@lerachlaw.com
17
     FOR THE DEFENDANTS:
18
       LATHAM & WATKINS
19     BY:  MATTHEW D. HARRISON, ESQ.
          HOLLY J. TATE, ESQ.
20     505 Montgomery Street
        Suite 2000
21     San Francisco, California 94111
        (415) 391-0600
22     matt.harrison@lw.com
        holly.tate@lw.com
23
     ALSO PRESENT:  TODD JOHNSON, VIDEO OPERATOR
24
25
```

**Page 3**

```
 1            I N D E X
 2   WITNESS      CHARLES KENDIG
 3   EXAMINATION              PAGE
 4      BY MR. GREENSTEIN      6, 358
 5      BY MR. HARRISON        345
 6
 7
 8   EXHIBITS:
 9            DEFENDANTS'
10   NUMBER      DESCRIPTION       PAGE
11   Exhibit 1- Subpoena          25
12   Exhibit 2- Bates stamped NDCA-ORCL028785    132
13   Exhibit 3- Bates stamped NDCA-ORCL055983    162
14   Exhibit 4- Bates stamped NDCA-ORCL154810    176
15   Exhibit 5- Bates stamped NDCA-ORCL019708    180
16   Exhibit 6- Bates stamped NDCA-ORCL121624    204
17   Exhibit 7- Bates stamped NDCA-ORCL098765    228
18   Exhibit 8- Bates stamped NDCA-ORCL281752    234
19   Exhibit 9- Bates stamped NDCA-ORCL059284    243
20   Exhibit 10- Bates stamped NDCA-ORCL12128    252
21   Exhibit 11- Bates stamped NDCA-ORCL12128    270
22   Exhibit 12- Bates stamped NDCA-ORCL12149    272
23   Exhibit 13- Bates stamped NDCA-ORCL12150    281
24   Exhibit 14- Bates stamped NDCA-ORCL12069    286
25   Exhibit 15- Bates stamped NDCA-ORCL12092    292
```

**Page 4**

```
 1   Exhibit 16- Bates stamped NDCA-ORCL62127    300
 2   Exhibit 17- Bates stamped NDCA-ORCL15954    321
 3   Exhibit 18- Bates stamped NDCA-ORCL62141    335
 4   Exhibit 19- Bates stamped NDCA-ORCL62141    335
 5   Exhibit 20- Bates stamped NDCA-ORCL62140    339
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

1          MORNING SESSION

2

3          THE VIDEO OPERATOR:  Here begins the

4    videotaped deposition of Charles Kendig, Tape No.

5    1, Volume I, in the matter of Oracle Securities

6    Litigation in the United States District Court,

7    Northern District of California, San Francisco

8    Division, Case No. C-01-0988-MJJ.  Today's date is

9    May 4, 2006.  The time on the video monitor is

10   9:09 a.m.

11          The video operator today is Todd

12   Johnson representing LiveNote World Service located

13   at 221 Main Street, Suite 1250, San Francisco,

14   California 94105.  Phone number, (415) 321-2300.

15          The court reporter is Richard Raker

16   reporting on behalf of LiveNote World Service.

17   Today's deposition is being taken on behalf of the

18   plaintiff.  It's being taken at 100 Pine Street,

19   26th Floor, San Francisco, California.

20          Would counsel please introduce

21   yourselves and state who you represent.

22          MR. GREENSTEIN:  Good morning.  Eli

23   Greenstein for Lerach Coughlin Stoia Geller

24   Rudman & Robbins, representing the plaintiffs.

25          MR. HARRISON:  Matthew Harrison and

6

1    Holly Tate of Latham & Watkins, LLP, representing

2    the defendants and the witness, Charles Kendig.

3          THE VIDEO OPERATOR:  Would the court

4    reporter please swear in the witness.

5

6          CHARLES KENDIG,

7          having first been duly sworn, was

8          examined and testified as follows:

9

10          EXAMINATION

11

12   BY MR. GREENSTEIN:

13     Q.   Good morning, Mr. Kendig.

14     A.   Good morning.

15     Q.   Thank you for being here.  Can you

16   please state your full name and address for the

17   record.

18     A.   My name is Charles Patrick Kendig, Jr.

19   My address is 11406 Icehouse, I-c-e-h-o-u-s-e,

20   Terrace, Leesburg, Virginia.

21     Q.   Thank you.  And do you go by "Charlie"?

22     A.   Charlie.

23     Q.   Have you ever had your deposition taken

24   before?

25     A.   Yes.

7

1     Q.   And approximately how many times?

2     A.   Three.

3     Q.   Three.  When was the first time you were

4    deposed?

5     A.   Don't remember the dates exactly, but

6    over fourteen years ago I worked at Xerox

7    Corporation.  There were two.

8     Q.   And what kind of deposition was it?

9     A.   They were depositions regarding a suit

10   that was brought against the company for failure of

11   product, and I was involved in the credit and

12   collection activity with the customer.

13     Q.   When you say "failure of product," what

14   do you mean by that?

15     A.   The customer considered the products

16   that they had to be down too often.

17     Q.   And was somebody suing Xerox?

18     A.   Somebody was suing Xerox.

19     Q.   And do you know who that was?

20     A.   Don't remember the name of the

21   customer.

22     Q.   Okay.

23     A.   But there were two sessions.

24     Q.   Two sessions?  What do you mean by that?

25     A.   Two days of sessions.

8

1     Q.   The two days of deposition?

2     A.   Yes.

3     Q.   And what about the second deposition --

4    time you were deposed?

5     A.   The other one was a divorce action.

6    Personal divorce action.

7     Q.   What about the third one?

8     A.   There were two at Xerox, same client,

9    and the other one was a personal one.  That was two

10   years ago.

11     Q.   So I'm sure you know the rules, kind of

12   how the procedures work for depositions, but I'm just

13   going to go over them again just so they're on the

14   record today.

15          The court reporter on your right is

16   going to be taking down everything that is said

17   here today, my questions, your answers, so I would

18   ask that you speak verbally and answer all

19   questions verbally.  No head nods --

20     A.   Yes.

21     Q.   -- that type of thing.  Do you

22   understand that?

23     A.   Yes.

24     Q.   And I would ask that you try not to talk

25   over me.  I'll try not to talk over you.  It always

Kendig, Charles  5/4/2006  9:09:00 AM

9

1 happens.  It's hard for the court reporter to take
2 down the testimony if we're both talking, so I'd ask
3 that you just wait until I finish my question, and
4 then you can give your answer.  Do you understand
5 that?
6     A.  Okay.  Yes.
7     Q.  Do you understand that the oath that
8 you're taking here today -- or that you've taken here
9 today is the same oath that you would take if you
10 were testifying in court?
11     A.  Yes.
12     Q.  Now, during the course of this
13 deposition, your attorney, Mr. Harrison, is most
14 likely going to make objections.  He's entitled to do
15 that.  He could object to every question.  He might
16 object to only a few questions.  Those objections are
17 for the attorneys to deal with later.
18     I would ask that you answer any
19 question, regardless of counsel's objections,
20 unless he specifically tells you not to answer.  Do
21 you understand that?
22     A.  Yes.
23     Q.  Let me know if you ever need to take a
24 break.  If you need to go to the restroom, if you
25 want some water, if you need to just gather your

10

1 thoughts, let me know and we could take breaks.
2     Sometimes, if I'm in the middle of a
3 line of questioning or in the middle of a question,
4 I'll ask that you just answer that question before
5 we take a break just so we kind of put a period on
6 that line of questioning.  Do you understand that?
7     A.  Yes.
8     Q.  If you don't understand any of my
9 questions, let me know, and I'll try to rephrase them
10 so that you do understand.  But if you answer a
11 question, I'm going to assume that you understood
12 what I was asking.
13     A.  Yes.
14     Q.  Do you understand that?
15     A.  Yes.
16     Q.  Sometimes you may not recall an answer
17 to my question.  If later, you know, you take a
18 break, you go to the bathroom and you happen to
19 remember something, something jogs your memory, you
20 can always go back and clarify.  Do you understand
21 that?
22     A.  Yes.
23     Q.  At the end of this deposition, you're
24 going to have an opportunity to review the
25 transcript.  You can make small corrections, so don't

11

1 feel like you have to be absolutely perfect here
2 today.  You'll be able to review it, give it back to
3 us, and then have any changes that you feel need to
4 be made.
5     A.  Yes.
6     Q.  Are you under the influence of any
7 medications, drugs, alcohol that would inhibit your
8 ability to testify completely today?
9     A.  I take medication, but I don't think
10 it will inhibit me.
11     Q.  Okay.  Great.
12     Now, when did you first learn that you
13 were going to be deposed in this case?
14     A.  Oh, I think there were inquiries about
15 two months ago.  Two, three months ago.
16     Q.  When you say "inquiries," what do you
17 mean by that?
18     MR. HARRISON:  Let me just state for
19 the record that I'll object to the extent it calls
20 for attorney-client communications.
21     I know you're not asking for that,
22 Eli, but just to let the witness know, do not
23 disclose any conversations you had with any
24 internal Oracle attorneys or outside attorneys from
25 our office.

12

1 BY MR. GREENSTEIN:
2     Q.  Right.  So generally, no matter what I
3 ask you, I don't want to know anything that you've
4 talked to any lawyers about in this case.  Do you
5 understand that?
6     A.  Yes.
7     Q.  Okay.  Great.  So you said you first
8 learned you were being deposed a couple of months
9 ago.  There were some inquiries.  What did you mean
10 by that?
11     A.  There was contact made with me that
12 indicated that I would be asked to testify and that
13 records that I had would be reviewed.
14     Q.  And was that contact by an attorney?
15     A.  Yes.
16     Q.  And was it over the phone?
17     A.  No.
18     Q.  Can you just explain the situation or
19 how you learned of it.
20     A.  If I recall properly, it was via
21 e-mail.
22     Q.  So you got an e-mail from an attorney?
23     A.  If I recall properly.
24     (Interruption)
25     (The record was read back as follows:

Kendig, Charles  5/4/2006  9:09:00 AM

13

1    "A.  So you got an e-mail from an

2         attorney?")

3         THE WITNESS:  Yes, I believe that's

4    what I got.

5    BY MR. GREENSTEIN:

6    Q.  And did you get that at work?

7    A.  Yes.

8    Q.  And you still work at Oracle, right?

9    A.  Yes.

10   Q.  Do you remember the name of the

11   attorney?

12   A.  I don't.

13   Q.  Do you know if it was in-house counsel,

14   Jim Maroulis, for Oracle?

15   A.  Name sounds familiar, but I don't

16   really remember.

17   Q.  Okay.  And were there any follow-up

18   conversations after you received that e-mail?

19   A.  Yes.

20   Q.  Were those with attorneys?

21   A.  Yes.

22   Q.  Over the phone?

23   A.  Yes.

24   Q.  And approximately how many?  Was it one

25   call? two calls?

14

1    A.  They were more -- they were more in

2    line with scheduling time for me to meet.

3    Q.  Okay.  And were those with lawyers for

4    Latham & Watkins, if you know?

5    A.  Yes.

6    Q.  Now, do you recall when you -- did you

7    receive a subpoena in this case?

8    A.  I did not.

9    Q.  Did you ever learn about a subpoena that

10   was served on you?

11   A.  I learned of a subpoena yesterday.

12   Q.  So yesterday was the first time you

13   learned that you were subpoenaed in this case?

14   A.  The word "subpoena," yes.

15   Q.  The word "subpoena."  Okay.

16   A.  Yes.

17   Q.  Prior to the first time that you learned

18   you were being deposed in this case, did you ever

19   have any discussions with anybody about this security

20   case?

21   A.  No.

22   Q.  Now, you said that first e-mail you

23   got -- and correct me if I'm wrong -- also talked

24   about documents, correct?

25   A.  I don't know that the e-mail -- I

15

1    don't remember exactly what the e-mail said, but it

2    was the beginning of dialogue with the legal team.

3         MR. HARRISON:  And to the extent we're

4    getting into dialogue with lawyers, I'm going to

5    instruct him not to answer.

6    BY MR. GREENSTEIN:

7    Q.  So after you received that e-mail, did

8    you take any actions?

9    A.  No.

10   Q.  And you got some follow-up phone calls?

11   A.  Got some follow-up phone calls for

12   scheduling.

13   Q.  Did you take any actions after you spoke

14   to the lawyers?

15   A.  No.  Just other than put it on my

16   calendar.

17   Q.  Okay.  So other than that first e-mail,

18   some follow-up phone conversations, were there any

19   other communications with attorneys about this case?

20   A.  There were -- there was a session with

21   people that came in and took a look at my office

22   computer and spent some time there examining that

23   and taking information.

24        And the one other thing that I did

25   since the initial contact was just recently I

16

1    looked to see if I had any hard copies of anything

2    involving 11i.

3    Q.  And when did you do that?

4    A.  This past week.

5    Q.  Was that the first time that you

6    searched for documents related to 11i?

7    A.  No.  I looked on my computer to see if

8    there was anything there.  There wasn't anything

9    obvious.  And if you'd like, I can explain that.

10        MR. HARRISON:  As long as you don't,

11   you know, divulge any communications with any

12   attorneys.

13        THE WITNESS:  Basically what happens

14   with mail -- you probably have it in your own

15   company -- is you have a quota for volumes of mail,

16   and as mail gets old, you delete old mail, you

17   delete things that you don't think are appropriate

18   to keep anymore so you can get current information.

19        So in the past, I've deleted a lot of

20   my information on that, just like I do with any

21   other business correspondence, because it's old.

22   And sometimes there's hard copies, sometimes

23   they're not, and I thought to check to see if there

24   were hard copies of anything just recently.  But

25   other than that, no.

17

1   BY MR. GREENSTEIN:

2       Q.   And when was your computer -- when did

3   that session, as you call it, occur?

4       A.   I don't know the exact date.  I could

5   go back on calendars and look.  Probably in the

6   last six weeks.

7           MR. HARRISON:  I just want to confirm,

8   Eli, that you can ask him about efforts to collect

9   documents.  You're not asking about attorney-client

10  privilege.

11          MR. GREENSTEIN:  Right.

12          MR. HARRISON:  Any communications.

13          MR. GREENSTEIN:  Right.  As I've said

14  before, I don't want to know anything that you

15  discussed with your attorneys.

16          MR. HARRISON:  Okay.  I just want to

17  confirm that.

18  BY MR. GREENSTEIN:

19      Q.   So the session that you had was -- could

20  be about a month ago?

21      A.   Yeah.

22      Q.   It was after you learned about the

23  deposition, right?

24      A.   Yes.

25      Q.   And somebody came in and -- did they

18

1   take your computer out of your office or --

2       A.   They did not.

3       Q.   Okay.  Did they put some sort of device

4   on your computer to scan it?

5       A.   Here's what they did:  They showed

6   their identification, I knew who they were, and I

7   left my office.

8       Q.   Okay.  Who were they?

9       A.   They were people employed by -- I

10  don't know whether it was attorneys or not, but

11  they -- I was told these people will be coming.  I

12  asked them for their identification.  I got that

13  identification.  That's really all I cared about.

14  "Have at it."

15      Q.   Okay.  Were they employed by Latham &

16  Watkins, do you know?

17      A.   I don't know.

18      Q.   But they weren't Oracle employees?

19      A.   They were not Oracle employees.

20      Q.   Okay.  And when were you first told that

21  this session was going to take place?

22      A.   I don't remember the exact date.  It's

23  been in the last few months.

24      Q.   Okay.  It was after you learned you were

25  going to be deposed, obviously?

19

1       A.   I think so, yes.

2       Q.   Okay.  So you left the room.  And how

3   long were you gone?

4       A.   Three hours.

5       Q.   And when you came back, were they

6   finished?

7       A.   They were finished.

8       Q.   After that session, were there any other

9   sessions where people came into your office and

10  looked at your computers?

11      A.   No.

12      Q.   Did you have any discussions after that

13  session about what may or may not been found on

14  your computers?

15      A.   No.

16      Q.   And after you learned you were going to

17  be deposed, did you send any e-mails to anybody about

18  the deposition?

19      A.   Yes.

20      Q.   And without getting into specific

21  communications with counsel, did you send any

22  e-mail -- or, strike that.  Who did you e-mail?

23      A.   My boss.

24      Q.   And your current boss?

25      A.   My current boss.

20

1       Q.   And who's your current boss?

2       A.   Her name is Shelly Moses Reed.

3       Q.   And what's her position?

4       A.   She's the vice president, North

5   America customer relations.

6       Q.   And what was the content of your e-mail

7   to Ms. Reed?

8       A.   I told her that I had been deposed and

9   just -- it was more of a "for your information,

10  I've been deposed in this case.  Just want to let

11  you know," period.

12      Q.   And why did you e-mail her?

13      A.   I do that with everything I'm doing,

14  whether it's travel -- anytime I'm going to be out

15  of the office or not in Reston, I'm out visiting

16  clients, she needs to know where I'm at.

17      Q.   Okay.  So you didn't really discuss the

18  substance of the deposition with --

19      A.   Not at all.

20      Q.   You just told her you were being

21  deposed?

22      A.   Yes.

23      Q.   Okay.  Did you e-mail anybody else about

24  this?

25      A.   No.

21

```
1         Q.   Did you receive any e-mails about this
2    deposition?
3         A.   No.  There was conversations with my
4    assistant, between the law firm and my assistant,
5    trying to schedule times.  That's the extent of it.
6         Q.   And what's the name of your assistant?
7         A.   Mary Rynex, R-y-n-e-x.
8         Q.   Now, after that session occurred where
9    someone came in and did something in your computer,
10   did anybody come back with documents they got from
11   your computer and have you review them?
12        A.   No.
13        Q.   Did you ever see any documents that were
14   printed out as a result of that session?
15        A.   I saw information yesterday as I was
16   working with my attorneys.
17        Q.   And what information did you see
18   yesterday?
19        A.   I think working papers.
20        Q.   And what do you mean by "working
21   papers"?
22        A.   They were items that -- I don't know
23   how far I can go into this conversation about our
24   discussions yesterday.
25             MR. HARRISON:  Well, you can't
```

22

```
1    disclose any conversation we had, but I think what
2    he's asking you is if you reviewed any documents --
3             THE WITNESS:  Yes.
4             MR. HARRISON:  -- in preparation.
5             THE WITNESS:  Yes.
6             MR. HARRISON:  And I don't know if --
7    I mean, I'll let you ask the question.
8             THE WITNESS:  Yes, I did.
9             MR. HARRISON:  That's my
10   understanding, too.
11   BY MR. GREENSTEIN:
12        Q.   How many documents?
13        A.   I think we looked at probably ten.
14        Q.   Ten documents.  Were those e-mails?
15        A.   Yes.
16        Q.   Did they have to do with Yale?
17        A.   Yes.
18        Q.   The school Yale?
19        A.   Yeah.
20        Q.   And it had to do with 11i?
21        A.   Yes.
22        Q.   And approximately how long did you --
23   and that was yesterday when you reviewed these
24   documents?
25        A.   Yes.
```

23

```
1         Q.   Approximately how long did you meet with
2    your attorneys yesterday?
3         A.   Probably three and a half hours.
4         Q.   Now, did any of those documents reviewed
5    refresh your recollection about events going on
6    during 2000-2001 time frame?
7         A.   Tell me what you mean by "refresh."
8         Q.   Well, you looked at those documents.
9    Did those take you back in time to the 2000-2001 time
10   frame and jog your memory about certain things that
11   were going on at Oracle?
12        A.   Yeah, I think so.
13        Q.   And what do you recall when you reviewed
14   those documents?
15        A.   When I looked at the documents --
16   well, I'll give you an example.  For Yale I
17   remember generally what happened, but when I looked
18   at the documents, it was just more specific.  And
19   that was the case in all the documents that we
20   looked at.  Most of them were five years old.
21        Q.   Right.  And when you say you remembered
22   generally, what did you mean by that?
23        A.   I remembered that we had Yale as a
24   higher-education customer.  I remember that we gave
25   them special attention in the early days of 11i.
```

24

```
1    They were a partner with us in the world of higher
2    education to be the first major university to get
3    11i up and running.
4             And we had meetings with them monthly.
5    Development -- public sector development made
6    special efforts to make sure that whatever Yale was
7    doing we knew about because we were learning from
8    them.  They were doing a lot of testing for us.
9    And so it was a partnership of convenience for both
10   Yale and for Oracle.  They really wanted to help us
11   with this early release of 11i.
12        Q.   Okay.  We'll probably get back to those
13   specific e-mails because we have copies.  Other than
14   documents regarding Yale, were there any other
15   documents that you recall reviewing yesterday?
16        A.   Yes.
17        Q.   And do you recall what those documents
18   pertained to?
19        A.   Similar situation -- specific account
20   situations.  It could have been State University of
21   New York or San Diego County or -- I'm just trying
22   to think off the top of my head some of them.
23   Caltech.  I think Caltech might have been one.  But
24   specific instances where I was involved in either
25   helping customers with early releases or helping
```

25

1  them through implementation issues.
2    Q.  When you say "implementation issues,"
3  implementation of Suite 11i?
4    A.  Suite 11i, yes.
5    Q.  And did those documents refresh your
6  recollection about problems that those customers were
7  having?
8    A.  Yes.
9      MR. GREENSTEIN:  Have the court
10  reporter mark this as Kendig No. 1, please.
11      (Exhibit No. 1 was marked for
12  identification by the reporter.)
13  BY MR. GREENSTEIN:
14    Q.  And actually, if you -- I'll just have
15  you review.  There is some -- there is a schedule
16  attached to the subpoena.  I'll just have you take a
17  look at that for a minute.
18    A.  This is where we start with
19  definitions?
20    Q.  Actually, I would start with page 5.
21  Just kind of read over that, page 5 and 6.
22    A.  (Witness reviews document.)
23    Q.  Just let me know when you're finished.
24    A.  Yes.
25    Q.  So earlier you testified the first time

26

1  you saw the subpoena was yesterday, correct?
2    A.  I didn't see it.  I heard of it.
3    Q.  You heard of it?
4    A.  Yeah.
5    Q.  Is this the first time you've ever seen
6  it?
7    A.  Yes.
8    Q.  On page 5 of this document, I would
9  direct your attention to the section entitled
10  "Documents Requested."
11    A.  Okay.
12    Q.  See that?
13    A.  Yes.
14    Q.  Now, are you aware that the subpoena
15  requests the production of certain documents from
16  your files?
17    A.  I'm aware of what's in front of me,
18  which is the first I've seen of it.  I was asked
19  from counsel to provide -- I'm just --
20      MR. HARRISON:  I'll instruct the
21  client not to disclose any communications with
22  counsel.
23      THE WITNESS:  I was not aware of this
24  until this month.
25  BY MR. GREENSTEIN:

27

1    Q.  So based on your conversations with
2  attorneys, you became aware that this subpoena
3  requests certain documents, correct?
4    A.  Yes.
5    Q.  And I would just ask if you can look at
6  Request No. 2 and read that into the record.
7    A.  "Request No. 2.  All documents
8  constituting or concerning:  A, software versions
9  1, 2 and 3 of Oracle Suite 11i; B, design documents
10  for Suite 11i; C, technical manuals for Suite 11i;
11  D, bug reports that in any way reference
12  integration or interoperability;
13      "E, documents describing the scope and
14  dimension of bug problems within Suite 11i and/or
15  any of its modules other than integration and
16  interoperability;
17      "Or F, lost or deferred sales of any
18  Oracle product as well as any material expense with
19  respect to any Oracle product, such as refunds,
20  rebates, or remediation.  For purposes of this
21  request only, 'material expense' is defined as
22  having financial impact greater than or equal to
23  $500,000."
24    Q.  Thank you.
25      Now, in preparation for this

28

1  deposition, did you conduct any kind of search for
2  documents that are requested in Request No. 2 on
3  page 5?
4    A.  I did not -- I did not conduct any
5  research other than the fact that I asked my
6  secretary to look and see if we had hard copies of
7  anything.  That's the extent of my involvement with
8  it.
9    Q.  Your assistant?
10    A.  Yes.
11    Q.  Okay.  And you said "hard copies."  So
12  you asked your assistant to look in your physical
13  files in your office for any documents that might be
14  related to this?
15    A.  Yes.
16    Q.  And did you -- and when did that occur?
17    A.  Last week.
18    Q.  But you didn't get to see the subpoena
19  until today, so I'm assuming that you were informed
20  by your lawyers generally about the type of documents
21  requested, right?
22      MR. HARRISON:  Objection to the extent
23  that calls for attorney-client communications.  You
24  can ask him what he searched for, but --
25  BY MR. GREENSTEIN:

29

1    Q.   What did you tell your assistant to
2   search for?
3    A.   I asked my assistant, look in the
4   files and see if there was anything there on 11i.
5   In some cases, we had hard copies of things.  Most
6   of it was soft copy.
7         I knew I was coming out here.  I
8   wanted to make sure that I was prepared and give
9   people what they needed.  The document that's
10  sitting right there was one of them -- is the one
11  and -- that I found.  And the rest of -- whatever
12  was on the hard drive is what they took.
13        I don't know what they took.  They had
14  a period of time.  It wasn't my business, as I felt
15  that I'm not going to tell you what you can take or
16  can't take.  You've been empowered to get what you
17  need.  And I didn't see any of what they took, as
18  it was all code.
19    Q.   Did they take any hard-copy documents,
20  or was it just from the computer?
21    A.   Just from the computer.
22        MR. GREENSTEIN:  Okay.  And for the
23  record, Mr. Kendig, when he earlier was referring
24  to a document that's sitting in front of me, it's
25  NDCA-ORCL 621416 through 621449.

30

1    Q.   So this document was -- well, I'll get
2   back to that.  Strike that.
3         So you say you asked your assistant to
4   search your hard-copy files for documents related
5   to 11i, correct?
6    A.   Yes.
7    Q.   So anything related to 11i?
8    A.   Generally -- well, yeah, anything with
9   regard to 11i.  I mean, the -- we don't keep too
10  much of this.  This was a PowerPoint presentation
11  that I had, so I had a hard copy of it.  Everything
12  else was soft copy on my hard drive, which people
13  took.  So I asked her if we had anything.  That's
14  what she gave me.
15    Q.   And when you say "soft copy," she didn't
16  go and look on your computer and search for any
17  documents, right?
18    A.   No.
19    Q.   That was done by whoever came into your
20  office?
21    A.   Exactly.
22    Q.   Now, what kind of physical files do you
23  keep in your office today?
24    A.   Personnel files for employees,
25  compensation, current accounts where there is hard

31

1   copies involved, like -- give you an example:  We
2   have -- we do what we call "relationship plans."  I
3   have fifteen of those, where we have relationships
4   with fifteen key customers.  Those are hard-copy
5   presentations that we've made with customers.
6         Old things we don't keep.  We just
7   don't keep them.  They're basically current --
8   current files of current accounts that we're
9   working on.
10    Q.   And earlier you testified that you from
11  time to time delete your e-mail just as a normal
12  practice, correct?
13    A.   Normal practice.
14    Q.   Now, is there a certain time -- I mean,
15  do you -- is there an automatic system that deletes
16  your e-mail, or do you go from time to time and
17  delete your own e-mail?
18    A.   I go in from time to time.  I go in
19  when I almost have to.  When I get to the limit,
20  I've got to get rid of things.
21    Q.   And do you know what the -- is there a
22  certain number of e-mails?
23    A.   Yeah.  I think it's -- no, it's not.
24  It's a number of bytes.  I think it's 200 million
25  or something like that.

32

1    Q.   Okay.
2    A.   So what I do is I'll go in and I'll
3   sort them by size and just get rid of them and
4   typically sort them by size, sort them by age, sort
5   them by knowledge.  And if -- let's say something's
6   been resolved, there is no need to keep it.  But I
7   do it as -- as I need to.
8    Q.   Okay.  So going back to, say, 2000, from
9   2000 until today, how -- about approximately how
10  often did you delete your e-mail?
11    A.   I don't know.
12    Q.   Weekly?
13    A.   I don't know.  I mean, I can't
14  honestly give you an answer.
15    Q.   Okay.  Well, let's start from today and
16  go back.  When's the last time you deleted your
17  e-mail?
18    A.   Probably about six weeks ago, two
19  months ago.  Because I couldn't get mail.  I had
20  too much in there.
21    Q.   And do you delete only -- do you delete
22  it by size, or do you delete it by date?
23    A.   You delete it by both.
24    Q.   By both?
25    A.   Give you an example:  If I have a

33

1 folder and it's on a situation I was working on
2 three years ago or three months ago and I know it's
3 resolved, I get rid of it.  So it could be date,
4 could be size, could be situation.  I'm known as a
5 pack rat.  I mean, I keep a lot of stuff until we
6 get resolution.  So when I need to delete it, I do.
7 Q. Now, do you know --
8 A. It's random.  It's really random.
9 Q. Now, do you have any -- what kind of
10 e-mail system do you use?
11 A. Microsoft.
12 Q. And do you have -- and you have a
13 mailbox, all your incoming e-mail?
14 A. Yes.
15 Q. Do you have any folders that you created
16 within your e-mail?
17 A. Electronically, yes.
18 Q. And do you keep e-mail -- do you drag
19 e-mails from your inbox into those folders?
20 A. Yes.
21 Q. And what types of folders do you have on
22 there?
23 A. By account.
24 Q. By customer?
25 A. By customer.  And I might have them on

34

1 certain comp plans.  I might have them on kick-off
2 meetings.  I might have them on accounts.  I might
3 have them on strategies.  I might have them on
4 surveys.  Like most people, I have a myriad of
5 subjects that I keep files for.
6 Q. And --
7 A. Give you an example:  If I have too
8 much and I have survey information from three years
9 ago, it's gone.  I just don't need it.  But I won't
10 get rid of it until I have to.
11 Q. When you say "survey information," what
12 do you mean by that?
13 A. Satisfaction surveys.  We do
14 satisfaction surveys at Oracle.  And I'm
15 responsible for that in North America.
16 Q. Today you're responsible for that?
17 A. Yes.
18 Q. When you say "satisfaction surveys,"
19 whether the customers are satisfied with Oracle
20 products?
21 A. Products, services, sales.  Yes.
22 Q. Now, focusing on 11i, sitting here today
23 and looking at page 5 of the subpoena that's marked
24 as Kendig No. 1, Request No. 2, do you have any
25 documents on your computer that relate to these

35

1 topics here?
2 A. A, no.  I'm not involved in any of
3 that.  B, no.  C, no.  D, bug reports.  I don't
4 have bug reports, but I had information regarding
5 bugs back when.  But they weren't reports.  They
6 were commentary about bugs.  And then same thing
7 with E, just the seriousness of the bug problems,
8 but nothing as far as full reporting at all for any
9 of those first five.
10 F, financial impact greater than or
11 equal to 500,000.  I'd have to think about that a
12 little bit.  We've had customers who wanted --
13 Agile, for instance, was spending a hundred
14 thousand dollars to work with us.
15 Lost or deferred sales.  I don't know
16 of anything.  I know of commentary about
17 possibilities of loss, but refunds, rebates,
18 remediate-- maybe you're going to talk to me more
19 about that and I can answer your question a little
20 bit better.  But no, for the most part, I don't
21 have anything on any of this.
22 MR. HARRISON:  Eli, I'm sorry.  I
23 didn't get to get this in before he started
24 speaking, but I wanted to make sure that your
25 question incorporates something you didn't read

36

1 into the record, which is the relevant time period,
2 or are you asking for right now?  You know, Suite
3 11i is currently still a product, right?
4 MR. GREENSTEIN:  Right.
5 Q. So when you say you have documents,
6 sitting here today, you have documents on your
7 computer related to those topics and -- that you've
8 just described, D, E, F.  Are those related --
9 A. Go ahead.  Excuse me.
10 Q. Are those related to customers that are
11 current customers of Oracle, or are you talking about
12 information related to customers, let's say, back in
13 2000-2001?
14 A. I think you're talking about 11i.  I
15 think what they took off my hard drive had to do
16 with 11i, and that's what I'm really referring to.
17 There's nothing on my computer today that talks to
18 or ever -- it's -- had anything to do with A to C.
19 I'd be shocked if you found anything
20 that was there regarding those three.  There is a
21 reference to bugs.  I think you have that.  That's
22 no longer on my current file.  So I have no hard
23 drive.  Anything I have regarding 11i and problems
24 was on the hard drive.  We have current things that
25 we deal with, release 10, but nothing to do with

---

**37**

1  the time period you're talking about.

2      Q.  Okay.  So is it fair to say that whoever

3  came in and scanned your computer, to the extent you

4  had documents related to bug reports and these topics

5  here, then those would have been in your computer at

6  the time they scanned them, right?

7      A.  It's fair to say, yes.

8      Q.  Now, taking you back to 2000-2001 time

9  frame -- and for the record, I'm going to be asking a

10  lot of questions, and if I don't give a time frame,

11  generally I'm going to be talking about the 2000-2001

12  time frame.

13      A.  Okay.

14      Q.  I'm also going to refer to the class

15  period in this case, which is December 14, 2000,

16  through February 28, 2001.

17      A.  Okay.

18      Q.  And that generally encompasses Oracle's

19  third fiscal quarter.  So -- but you can assume, if

20  I'm asking a question generally, it's going to be the

21  2000 to 2001 time frame unless I clarify.

22      A.  Okay.

23      Q.  So in 2000-2001 -- actually, strike

24  that.

25          The computer you have today, is that

---

**38**

1  the same computer you had in 2000-2001?

2      A.  I don't even know.

3      Q.  Well, did anyone ever come and take your

4  computer and --

5      A.  I don't even know.  I don't even know.

6      Q.  So you don't recall your computer ever

7  being taken and replaced with another one, as far as

8  you know?

9      A.  My laptop has been replaced.  My

10  office computer has not.  And my office computer

11  has my -- go ahead.  Excuse me.

12      Q.  No, go ahead.

13      A.  My office computer had all the -- I

14  mean, they took information from that.  The

15  information on my laptop has nothing to do with my

16  hard drive on my office computer.  I have two.

17      Q.  So the people that came in to take your

18  computer, they didn't take your laptop?

19      A.  They did not take my laptop.

20      Q.  Is there any information on your lap- --

21  on the laptop related to these categories here?

22      A.  No.

23      Q.  Now, in 2000-2001, did you have

24  documents related to these categories in Request

25  No. 2 on page 5?

---

**39**

1      A.  Nothing for A, nothing for B, nothing

2  for C.  As I mentioned earlier, reference to bug

3  information.  And D, a reference to bug problems.

4  In revenue, there was discussions about impact of

5  some of the problems we experienced with buggy

6  product in the early release.

7      Q.  When you say "impact on revenue," what

8  do you mean by that?

9      A.  Well, I think a situation, for

10  instance, in the earlier -- in the earlier days of

11  11i, we needed references if we had none.  It was

12  new product.  And to the extent that the product

13  was buggy, that was not going to help us get

14  references, which obviously would impact our

15  ability to generate revenue.

16          So it was important for us to take

17  care of those early clients so that we could build

18  a reference base.

19      Q.  So in 2000-2001, did you e-mail anyone

20  at Oracle about customer problems and their impact on

21  revenue?

22      A.  E-mailed people regarding customer

23  problems, yes.  Revenue-specific, I did not.

24      Q.  Taking e-mails about customer problems,

25  in 2000-2001, approximately how many e-mails would

---

**40**

1  you say per week you would write or receive about

2  customer problems?

3      A.  I don't know.

4      Q.  Approximate --

5      A.  It was -- it was a busy, busy time.  I

6  don't know.  I just know it was a busy time.

7      Q.  So let's say on a given day, would you

8  say the number of e-mails regarding customer problems

9  with 11i was less than fifty?

10      A.  I couldn't tell you.  I don't know.

11      Q.  But it's safe to say there were a lot?

12      A.  Yes.

13          MR. HARRISON:  Objection; vague to the

14  word "a lot."

15  BY MR. GREENSTEIN:

16      Q.  And did you receive e-mails also on

17  customer problems with 11i back in 2000-2001?

18      A.  Yes.

19      Q.  And would you say that's a lot?

20          MR. HARRISON:  Same objection as to

21  the word "a lot."

22          THE WITNESS:  Still want me to answer?

23          MR. HARRISON:  Yeah, if you understand

24  the question.

25          THE WITNESS:  Yeah.  Yes.

---

41

```
1    BY MR. GREENSTEIN:
2        Q.   And do you recall ever receiving any
3    e-mail asking you to preserve those documents that
4    you're describing?
5        A.   No.
6        Q.   Did you ever have any verbal
7    conversations with anybody where they told you to
8    preserve those documents?
9        A.   No.
10       Q.   Now, those documents from 2000-2001
11   concerning 11i problems with customers, would those
12   be on your computer today?
13           MR. HARRISON:  Objection; calls for
14   speculation.
15           THE WITNESS:  Answer?
16           MR. HARRISON:  If you understand the
17   question.
18           THE WITNESS:  They are not on my
19   computer.  They are on my hard drive.
20   BY MR. GREENSTEIN:
21       Q.   They are on your hard drive today?
22       A.   Those are the ones that they took
23   off -- I don't know whether they took the items off
24   the hard drive or copied them, so I don't know.
25       Q.   And are you referring to the documents
```

42

```
1    that you looked at yesterday?
2        A.   No.  Well, some of them, yes.
3        Q.   Were there more?
4        A.   No, not that I know of.  In other
5    words, I was shown some documents yesterday.  I
6    don't know how many documents they took off my
7    computer.  They could have taken hundreds.  They
8    could have taken fifty.  I don't know.
9        Q.   And yesterday you looked at documents
10   concerning Yale, right?
11       A.   Yale was one, yes.
12       Q.   And the other customers, I think you
13   said, were the State of New York?
14       A.   State of New York Research Foundation,
15   SUNY, yes.  San Diego.  County of San Diego.  I'm
16   just trying to think of some of the others.
17           MR. HARRISON:  Well, yeah.  If you're
18   going to ask specific questions that refresh his
19   recollection on topics, then that's fine about
20   documents, but we're not going to get into every
21   single document we showed him on every topic
22   because that's work product.  You know our position
23   on that.
24   BY MR. GREENSTEIN:
25       Q.   I'm just asking generally what customers
```

43

```
1    you recall --
2        A.   Those are the ones I recall.
3            (Interruption)
4    BY MR. GREENSTEIN:
5        Q.   So back in 2000-2001, is it safe to say
6    that you sent e-mails regarding more customers than
7    the ones that were referred to in those documents
8    yesterday?
9        A.   Yes.
10       Q.   There were a lot more customers; would
11   you say that?
12           MR. HARRISON:  Objection to the word
13   "a lot."  Vague.
14           THE WITNESS:  I would say -- I don't
15   know how many were on the computer.  That's why I
16   can't be specific.  I just know there was a lot of
17   activity.  You can define "a lot" whatever way you
18   want to.  It was -- it was a busy time.
19           Now, there could be 500 items in the
20   computer.  I don't know what was there.  So I'm
21   sorry I can't answer it more specifically, but I
22   don't know.
23   BY MR. GREENSTEIN:
24       Q.   Is it safe to say that there were
25   e-mails regarding 11i problems with more than fifty
```

44

```
1    customers in 2000-2001?
2            MR. HARRISON:  Objection to the word
3    "problems."  Vague.
4            THE WITNESS:  I'd say there were
5    communications going back and forth inside the
6    world that I lived in, which was at the time Oracle
7    Service Industries.  Yeah, I would say that there
8    was in excess of fifty.
9            There were a myriad of things.  They
10   were bugs.  They were misunderstandings.  They were
11   questions.  There was training.  There was support.
12   Just a lot of things that go into releasing a
13   product that questions arose.  And one of the roles
14   that I have is to try to bring resources together
15   to get answers to those questions.  So there is a
16   lot of communication.
17   BY MR. GREENSTEIN:
18       Q.   And you were never asked to preserve any
19   of those documents, were you?
20       A.   No, sir.
21       Q.   Let's switch gears a little bit.  Why
22   don't you tell me about your education background.
23   Let's start with college and moving forward.
24       A.   Okay.  Got an undergraduate degree.
25   Got -- excuse me -- an associate degree from
```

45

1   Hershey Junior College.  Got an undergraduate
2   degree from Penn State and got a master's degree
3   about ten years ago from California Coast
4   University.  It was kind of a correspondence thing
5   where I used my prior credits and did some work and
6   got a master's degree in business administration.
7       Q.   So what was your associate degree at
8   Penn State, if you got one?
9       A.   Business administration.
10      Q.   And did you have any particular emphasis
11  for your MBA?
12      A.   Marketing.
13      Q.   Marketing?
14      A.   Yeah.
15      Q.   Do you have any professional
16  certificates or vocational certificates of any kind?
17      A.   No.  One, I have -- I'm an examiner
18  for the State of Maryland for their State Quality
19  Award, and I was involved with the Malcolm Baldrige
20  Award at Xerox where I worked with the Department
21  of Bureau of Standards to help manage that.  Those
22  are two professional affiliations.
23           And I was a loaned executive -- I
24  don't know if this is anything you're interested
25  in -- at Xerox for 1990.  I worked with the

46

1   Department of Interior, I worked with the U.S.
2   Postal Service, and I worked with the University of
3   Maryland concurrently helping them to implement
4   quality and customer satisfaction programs.
5       Q.   When you say "quality and customer
6   satisfaction programs," what do you mean by that?
7       A.   At Xerox -- just a little background:
8   In the early '80s, Xerox lost its way and it went
9   from a monopoly that -- or people thought of as a
10  monopoly -- a company that rented machines and
11  charged the copy, and it was the ultimate in an
12  annuity stream, and all of a sudden foreign
13  competition entered the fray -- we used to call it
14  Japan, Inc. -- where they were able to manufacture
15  copiers for less than we sold copiers.
16           And they were selling them to people
17  who had a need.  And so all of a sudden this world
18  of having it all went to desperation to save what
19  we had.  And so we implemented a quality strategy
20  in 1983 to help us save the business.  And that --
21  I was involved heavily with that.
22           We went through 19 -- I think it was
23  1989 -- God, it's so long ago -- where we won the
24  National Quality Award, the Malcolm Baldrige
25  National Quality Award, which really put Xerox back

47

1   on its feet in the marketplace.
2           And so having done that, I learned a
3   lot about process control.  I learned a lot about
4   customer satisfaction, measurement, metrics, those
5   kinds of things.
6           And so I had the opportunity in 1990
7   to go share that with the public sector, higher
8   education, and, you know, help it make a difference
9   with taking the message that Oracle -- excuse me --
10  that Xerox had and sharing it with other people.
11      Q.   Approximately how long did you work at
12  Xerox?
13      A.   Twenty-five years.
14      Q.   Okay.
15      A.   Twenty-four, twenty-five.
16      Q.   When did you leave Xerox?
17      A.   I left there in 1992.
18      Q.   And when did you first begin work
19  with -- strike that.
20           After you left Xerox, what was your next
21  job?
22      A.   Oracle.
23      Q.   Do you remember approximately when in
24  1992 you started there?
25      A.   October 1.

48

1       Q.   And what was your position when you
2   first became employed with Oracle?
3       A.   Vice president, quality.  Federal
4   government.
5       Q.   You say federal government.  What do you
6   mean?
7       A.   Those were the customers that -- the
8   gentleman that I worked for had responsibility for
9   the federal part of the public sector for Oracle.
10  There's different groups.  There's -- you have
11  people that are responsible for commercial
12  accounts, some responsible for strategic accounts,
13  some responsible for public sector, some
14  responsible for different verticals, et cetera.  In
15  the vertical we had at the time was federal
16  government.
17      Q.   Were there vice presidents of quality
18  for other verticals, do you know?
19      A.   There were not.
20      Q.   So why was there a vice president of
21  quality for this specific vertical?
22           MR. HARRISON:  Objection; lacks
23  foundation, calls for speculation.
24  BY MR. GREENSTEIN:
25      Q.   You can answer.

49

1    A.   The gentleman I worked for, whose name
2  is Jay Nussbaum -- and Jay and I worked together at
3  Xerox. And Jay had a vision that if we used
4  quality and customer satisfaction in our business
5  we could realize his vision of being a
6  billion-dollar enterprise within eight years.
7         And so he asked me to come and help
8  him do that. And so he was permitted to hire
9  people for positions that he wanted to, and so I
10 came onboard to help him do that.
11   Q.   So Jay Nussbaum hired you to come to
12 Oracle.
13   A.   Yes.
14   Q.   And you've worked closely with
15 Mr. Nussbaum since then, correct?
16   A.   He's no longer with Oracle.
17   Q.   Do you know when he left?
18   A.   He left in -- oh, I think it was
19 November 2001.
20   Q.   And do you know why he left?
21   A.   He went on to another opportunity at
22 Bearing Point. I don't know the details behind why
23 he actually left. Didn't ask him.
24   Q.   So until the time he left, did you work
25 directly under him --

50

1    A.   Yes.
2    Q.   -- the entire time?
3    A.   Yes.
4    Q.   So your first position was vice
5  president of quality for federal government.
6    A.   Yes.
7    Q.   Did that position ever change from
8  October 1, 1994, until today?
9    A.   It's changed. It then went from
10 federal government to Oracle Service Industries.
11 Excuse me. It went from -- let me just think a
12 minute. Yeah, it went from federal government to
13 Oracle Service Industries.
14        And Oracle Service Industries was
15 composed of federal government, state, and local
16 government, telco, utilities, healthcare, higher
17 education, and financial services. And I don't
18 recall when that shift occurred. I just don't.
19 remember the dates of when Jay assumed those new
20 responsibilities.
21   Q.   So do you remember when -- from
22 October 1, 1994, do you remember approximately the
23 year that you took on another position?
24   A.   I honestly don't remember.
25   Q.   When you started working for OSI, was it

51

1  as a vice president of quality?
2    A.   Yes. And OSI was the sum of those
3  markets that I just spoke to.
4    Q.   Right. And the others are NAS, OPI --
5    A.   Yes.
6    Q.   -- correct?
7    A.   NAS, yes.
8    Q.   So you were the vice president of
9  quality for OSI?
10   A.   OSI. And then when Jay left, the
11 organization became -- I hope I have this right --
12 OGE&H, which was government, education, and
13 healthcare.
14        And so telco and utilities, financial
15 services all went back to North America sales. And
16 we kept governments, education, healthcare under a
17 gentleman by the name of Kevin Fitzgerald. He was
18 the new executive.
19        Kevin left two years ago, and when he
20 left, higher education went back to North America
21 sales and healthcare went back to North America
22 sales. So what was left was public sector. That
23 was state and local government and the federal
24 government for the U.S.
25        And in Canada, we had -- this is a

52

1  little crazy, but we had government, education, and
2  health in Canada. So it was a little bit here, a
3  little bit there. But the organization went from
4  federal to the huge OSI to the smaller GEH to the
5  smaller public sector.
6    Q.   So the 2000-2001 time frame, was your
7  position vice president of quality for OSI?
8    A.   Yes.
9    Q.   And who did you report to at that time?
10   A.   Jay Nussbaum.
11   Q.   Did you report to anybody else?
12   A.   During that time, I reported to a
13 fellow by the name of Jerry Tuttle, for about three
14 months.
15   Q.   And why after three months did you not
16 report to Jerry Tuttle?
17   A.   He left the company.
18   Q.   And what was his title, do you know?
19   A.   He was the senior vice president for
20 business development.
21   Q.   Did you report to anybody else during
22 2000-2001?
23   A.   No.
24   Q.   Do you know who Jay Nussbaum reported
25 to?

53

1     A.   He reported to Ray Lane.

2     Q.   And do you know who Ray Lane reported

3   to?

4     A.   Larry Ellison.

5     Q.   Do you recall Ray Lane ever leaving

6   Oracle?

7     A.   Yes.

8     Q.   Do you know why he left?

9          MR. HARRISON:  Objection; calls for

10  speculation, lacks foundation.

11         THE WITNESS:  I think -- I mean -- you

12  know, I think that's what it is.  I don't really

13  know.  There's a lot been written about it.

14  BY MR. GREENSTEIN:

15    Q.   Did you ever talk to Mr. Lane about why

16  he left?

17    A.   No.

18    Q.   Did you ever talk to Jay Nussbaum about

19  why Ray Lane left?

20    A.   No.

21    Q.   What have you heard about why Ray Lane

22  left?

23    A.   Clash with Larry.  I think that there

24  was struggle there, that Ray was the president, Ray

25  wanted to run the business.  At the time, I think

54

1   if you didn't like the answer you got from Ray you

2   went to Larry.  So there was a lot of that going

3   on.  I think it just was a clash at the top.

4     Q.   So during 2000-2001, did anybody report

5   to you?

6     A.   Yes.

7     Q.   And approximately how many people?

8     A.   Ten.

9     Q.   Ten.  And could you just tell me the

10  names of those people if you remember?

11    A.   Yeah, I'll try to remember them.

12  Gloria Lammers.

13    Q.   Could you spell that, please.

14    A.   L-a-m-m-e-r-s.  First name, Gloria,

15  G-l-o-r-i-a; Paul Geller, G-e-l-l-e-r; Cynthia

16  Watson, W-a-t-s-o-n -- how soon they forget --

17  Brigid, B-r-i-g-i-d, Farani, F-a-r-a-r-i; Julia,

18  J-u-l-i-a, Butterfield.

19    Q.   It's okay if you don't remember.

20    A.   Just don't remember.

21    Q.   Okay.  And as vice president of quality

22  for OSI in 2000-2001, what were your duties and

23  responsibilities?

24    A.   My duties were to foster relationships

25  with clients, long-term relationships with clients.

55

1   My duties were to measure customer satisfaction.

2   Some of the other things I did -- one of the major

3   responsibilities was, when there were issues with

4   clients, to marshal resources within the company to

5   get them resolved.

6          So it was kind of like an ombudsman

7   role, if you will, of if the system doesn't work to

8   the extent that it needs to to resolve problems I

9   would get involved.  And that's really a similar

10  role that I have today.

11         I was -- I ran the meetings.  I ran --

12  we had training for customer satisfaction for all

13  employees in OSI, which I ran.  Basically the focus

14  was on problem-solving, how to interact with

15  customers who have issues, how to listen, how to

16  understand the other aspects of Oracle and what

17  role they could play in helping remediate issues.

18         I also ran a program called Leadership

19  2000, and we had developed six values in the

20  organization, and it was Jay's determination back

21  in 1992 that if we focused on those six areas,

22  those six values, that would be the foundation for

23  our success.

24         And the goal was to achieve a billion

25  dollars by the year 2000, which we did in '98; some

56

1   through acquisitions of other Oracle entities, but

2   most of it's through revenue growth.

3          So it was a unique job within the

4   company.  And the idea was let's get the people in

5   our camp, let's get the customers in our camp,

6   let's have good leadership, let's have quality in

7   what we do, and if we do those kinds of things,

8   we're going to get good business results.

9     Q.   Now, were there vice presidents of

10  quality for NAS during that time?

11    A.   No.

12    Q.   Was there a vice president of quality

13  for OPI?

14    A.   No.

15    Q.   So why was there a vice president of

16  quality for OSI and not the other divisions?

17         MR. HARRISON:  Objection; calls for

18  speculation and lacks foundation.

19         THE WITNESS:  I think I mentioned

20  earlier it's something that Jay believed in, and

21  Larry and Ray supported that.  They weren't going

22  to make other people do it, but it's something that

23  he wanted to do, and they supported it.

24  BY MR. GREENSTEIN:

25    Q.   So a job that Jay Nussbaum created got

57

1  approval from Larry Ellison?

2      A.  Yes.

3      Q.  But other than that, is there any

4  particular reason why there would be a VP of quality

5  in OSI versus the other divisions?

6      MR. HARRISON:  Objection; calls for

7  speculation, lacks foundation.

8      THE WITNESS:  Not that I know of.  I

9  mean, it was his -- it was his vision to get

10  somewhere.  He knew that we had to change behavior.

11  He knew we had to focus more on the customer to get

12  there.  We had to look at the way we did our work,

13  and so I had that role to help be a change agent

14  for the organization.

15  BY MR. GREENSTEIN:

16      Q.  When you say --

17      A.  Just one thing I wanted to add that I

18  may have led you astray on.  There was a person at

19  headquarters by the name of Neal Gaffney.

20  G-a-f-f-n-e-y.  Neal worked for Jim Abramson.  I

21  don't remember the dates.  But Neal was -- Neal was

22  responsible for quality, if you will, at

23  headquarters, but it was not defined.

24      So, for instance, we would have

25  meetings with him on occasion where a few people

58

1  from ANEA (phonetic) might get together or a few

2  people from the U.S. who were interested in quality

3  and customer satisfaction would come together, but

4  no real formal program.

5      And Neal left -- Neal was -- then he

6  worked for Ron Wohl.  By the way, Ron Wohl was the

7  chief quality officer for the company.  I

8  interviewed with Ron when I first came.

9      So ours was a full-fledged program

10  that had some resources assigned to it and some

11  accountabilities.

12      Q.  So in 2000-2001, Ron Wohl was the chief

13  quality officer?

14      A.  He was not the chief quality officer

15  at that time.  He was earlier.

16      Q.  Earlier.  Okay.

17      A.  1992.

18      Q.  So 2000-2001, was there any such

19  position?

20      A.  No.  No.

21      Q.  Was Neal Gaffney --

22      A.  Not that I'm aware of.  Excuse me.

23      Q.  Was Neal Gaffney the head of quality at

24  headquarters during 2000-2001?

25      A.  I don't remember.  I don't remember

59

1  the time frames.

2      Q.  Was there any sort of division for

3  quality assurance at Oracle during 2000-2001?

4      A.  I don't know the dates, sir.  I just

5  don't know the dates.  There were some people there

6  that came in to help us with the product release

7  process, but I don't remember the dates.  I think

8  it was prior to that.

9      Q.  When you say "product release process,"

10  are you referring to the product release of Suite

11  11i?

12      A.  No.  Any product.

13      Q.  Any product release?

14      A.  Yeah.

15      Q.  Does that include 11i?

16      A.  I believe it was before 11i, to be

17  honest with you.

18      Q.  Okay.  And when you say that one of your

19  job duties was to measure customer satisfaction, was

20  that specific to OSI customers and those kinds of

21  types of customers you described earlier?

22      A.  Yes.

23      Q.  And how would you go about measuring

24  that?

25      A.  Surveys, telephone surveys.  And the

60

1  surveys were handled by a customer named

2  Prognostics.

3      Q.  When you say "surveys," you would send

4  out -- were those hard-copy surveys that you would

5  send out to customers in the mail?

6      A.  At first, they were hard -- well,

7  first they were telephonic, which was very

8  expensive, and then we did hard copy, and then we

9  began to evolve use in technology, e-mail kinds of

10  surveys.

11      Q.  Again, focusing -- I just want to focus

12  on 2000-2001.

13      A.  It's hard to say.

14      Q.  Yeah, I understand that.  So

15  Prognostics, that was a third party -- did they

16  create the surveys?

17      A.  When Prognostics worked with us -- and

18  again, 2000 -- 2000 -- the time period, they were

19  not involved with us.  I know that for sure.  It

20  was prior to that time frame.

21      There was -- Prognostics worked with

22  many, many software vendors, and there was a

23  consortium.  And -- so we would do a survey, and

24  the survey would be the same for every company.

25  And so I could see what other -- the survey results

61

```
1    for all the other companies were, and they could
2    see mine.
3           And the idea was it was not to be used
4    for public consumption, but it was to learn who's
5    the best at this, who's the worst at this, can we
6    build relationships with people.  But again, it was
7    prior to this time.
8       Q.  So in 2000-2001, was it part of your
9    duty to measure customer satisfaction?
10      A.  It was part of my duty, but we didn't
11   do it.
12      Q.  Why don't you explain that.
13      A.  Oracle at the time said it was -- I
14   don't remember exactly when it happened, but we
15   were developing a survey module in CRM.  It's
16   called iSurvey.  And the view was, if we were going
17   to survey customers, we should use our own product.
18   And the product was not ready, and so rather than
19   go use it and not have success with it, we did not
20   do any surveys for probably three years.
21      Q.  Three years after 2000-2001 or in that
22   time frame?
23      A.  Somewhere in there.  I just don't -- I
24   don't remember the dates.  But there was a time
25   when we said we're not going to spend the money
```

63

```
1           (Break taken.)
2           THE VIDEO OPERATOR:  We are going back
3    on the record at 10:30.
4    BY MR. GREENSTEIN:
5       Q.  So earlier you testified that one of
6    your duties was to measure customer satisfaction in
7    2000-2001, correct?
8       A.  It was a general duty.  It wasn't
9    necessarily a specific time period.
10      Q.  Right.  But in 2000-2001, around the
11   time that 11i was released, was one of your duties to
12   measure customer satisfaction?
13      A.  It was to do it, but we didn't have
14   the -- we didn't have the tools available at the
15   time because we had decided to not use the external
16   group called Prognostics.  We wanted to use our
17   internal tools.  And I don't remember the exact
18   time period that was, but it was two or three years
19   where we didn't do any external surveying because
20   the iSurvey tool was not ready.
21      Q.  Right.  And you testified that there was
22   a module in CRM, called iSurvey, right?
23      A.  Yes.
24      Q.  And you didn't use that around the time
25   that 11i was released, right?
```

62

```
1    externally to do this any longer, "let's use our
2    own product."  But the product wasn't ready to go,
3    and so we waited and waited and waited.
4       Q.  So let's focus on the release of 11i.
5       A.  Okay.
6       Q.  Do you recall that 11i was first
7    released in May 2000?
8       A.  I don't remember the date, but --
9       Q.  Does that sound about right?
10      A.  I'm sure it's public knowledge.  Yeah.
11      Q.  So around that time, around the time
12   that 11i was first released in May 2000, was there a
13   way to measure customer satisfaction?
14      A.  No, there was no measurement.
15      Q.  So you didn't use surveys at that time?
16      A.  We did not use surveys at that time,
17   to my knowledge.  Might have been happening in some
18   small ad hoc group, but to my knowledge, no.
19          MR. HARRISON:  Eli, whenever you want
20   to take a break.  We've been going for about an
21   hour.
22          MR. GREENSTEIN:  Yeah, why don't we
23   take a break; five-, ten-minute break.
24          THE VIDEO OPERATOR:  We're going off
25   the record.  The time is 10:14.
```

64

```
1       A.  We've never used it.
2       Q.  And why is that?
3       A.  Just never -- just never got it off
4    the ground.
5       Q.  Never worked?
6       A.  Never really got off the ground.
7       Q.  You also said that one of your duties
8    during 2000-2001 was to run meetings.
9       A.  Yes.
10      Q.  What types of meetings did you generally
11   have during that time period?
12      A.  I would plan and facilitate staff
13   meetings for the executive team at OSI.
14      Q.  Who was the executive team at OSI?
15      A.  Jay Nussbaum was the executive vice
16   president.  He had a group of sales leaders.  Kevin
17   Fitzgerald handled the health sector, if you will,
18   the state and local and federal government --
19   excuse me -- the state and local.  Steve Perkins
20   handled federal.  Linda Checher was the
21   applications vice president.
22      Q.  I'm sorry.  Can you spell --
23      A.  Linda C-h-e-c-h-e-r.  Linda
24   C-h-e-c-h-e-r was the applications VP.  John
25   Wheeler was the SVP of consulting, and Terry Ford
```

65

```
1   was the controller, and Alicia Brown was the VP of
2   HR. I think that was the group.
3        Q.   And so that was the executive team at
4   OSI?
5        A.   Yes.
6        Q.   And you said you would facilitate staff
7   meetings. How often would those occur?
8        A.   They would occur once a month or as
9   needed, but typically once a month.
10       Q.   And during 2000-2001, did those meetings
11  occur?
12       A.   Yes. To my knowledge, they did, yeah.
13       Q.   They ever become more frequent or less
14  frequent?
15       A.   No.
16       Q.   Would the release of -- around the time
17  of the release of the 11i in May 2000, do you recall
18  that those meetings ever became more frequent?
19       A.   I don't recall, but I don't think
20  there was -- I don't recall any change to the
21  frequency.
22       Q.   So once a month. Was it on a particular
23  day of the week?
24       A.   I don't remember what it was, but it
25  was on a particular day.
```

66

```
1        Q.   Okay.
2        A.   And it was for a time period of four
3   hours. It was in the morning. I just don't
4   remember -- we had it that way so people could plan
5   calendars.
6        Q.   Other than those staff meetings that
7   occurred once per month, were there any other types
8   of meetings that you held with OSI on a weekly basis?
9        A.   Not that I necessarily held. There
10  were always sales forecast meetings, outlook
11  meetings the controller ran. I wasn't part of
12  those. But clearly -- I mean, I think they talked
13  about sales activity every day. You know, did this
14  deal come? Did that -- I mean we do it today, so
15  it's not any different.
16            But there is always meetings like that
17  going on. The one that I ran was for the entire
18  team.
19       Q.   So other than informal meetings, there
20  were sales forecast meetings that you did not attend?
21       A.   That I did not attend.
22       Q.   And you said the controller, Terry Ford,
23  ran those meetings?
24       A.   Terry Ford ran those meetings. And he
25  did that with Jay, and he did that with the sales
```

67

```
1   leaders.
2        Q.   And why didn't you attend those
3   meetings?
4        A.   There was no need. What I -- I would
5   find out what was happening from the sales
6   standpoint at the monthly staff meetings. It
7   wasn't really -- it wasn't part of my
8   responsibility.
9        Q.   So it was at monthly staff meetings.
10  Did Larry Ellison ever attend those meetings?
11       A.   Larry Ellison, maybe twice that I
12  remember. He was in town. He would stop in. Two
13  times I remember.
14       Q.   Do you remember --
15       A.   But not in that time period. Very
16  early on when I first came to the company in -- one
17  other time, but I don't -- I don't know when -- one
18  was very early on in my career there, and one was
19  sometime later while Jay was still there, but I
20  don't remember when it was. But it was a big deal
21  because Larry was in town.
22       Q.   Right. Now, did Jeff Henley ever attend
23  those staff -- monthly staff meetings?
24       A.   One that I remember, and that was way
25  back in the early days.
```

68

```
1        Q.   How about Sandy Sanderson?
2        A.   Never, to my knowledge. On occasion,
3   we would get executives that would -- they'd be in
4   town or they'd want to stop and find out what was
5   going on. Ron Wohl I think was there a few times.
6   Steve Miranda was there a few times. It wasn't
7   unusual for people to come, but it wasn't like it
8   was frequently. It was occasional.
9        Q.   Did Jennifer Minton ever attend any of
10  those meetings?
11       A.   No.
12       Q.   So in 2000-2001, why don't you just take
13  me through a typical meeting; how it was structured,
14  what happened.
15       A.   Okay. A typical meeting would be --
16  an agenda was created about a week ahead of time,
17  and my role would be go out to the staff and find
18  out what is it that you need time for on the
19  agenda; you need an hour, thirty minutes, whatever
20  it might be. And so I would build the agenda.
21            And we had kind of a rule at the
22  meetings, that if it wasn't scheduled to be on the
23  agenda, unless it was really, really super
24  important, we weren't going to talk about it.
25            So our goal was to get it started, get
```

69

1 it finished within the time frame that we had
2 allotted for. So it was a pretty disciplined
3 process, actually.
4     We -- so we'd have an agenda.
5 Generally the agenda would go out three days or so
6 before the meeting. You had to be there on time.
7 I mean, it was a big deal. It was just respect for
8 other people. And we would always start with sales
9 activity because that's what people were
10 interested -- really interested in. The other
11 stuff, yeah, but how we're doing in the
12 marketplace.
13     So we would always talk about here's
14 where we are year-to-date, here's what the outlook
15 is. "All right. Let's go around the room and get
16 updated outlooks." So Jay would go around to each
17 of the senior sales leaders, consulting leaders and
18 get their number, and then they would talk about
19 upside, downside, and he would always push them for
20 more. It's just the way the culture was. And so
21 we would complete that, and then we would move on
22 to other things.
23     I'd give them an update on whatever I
24 was working on, maybe it was the leadership award
25 or maybe it was an update on things that were

70

1 important to them, whatever it might be.
2     Legal would give an update. "Anything
3 going on there?" We would always have discussion
4 about whether our contracts group and our
5 business -- our contracts and legal group, did they
6 know what deals were coming in so we could get
7 ready to -- if there was a complicated contract or
8 something like that so we could get ready and get
9 it in so we didn't have any trouble inside the
10 company of getting the business booked. So a
11 little advanced warning kind of conversation.
12     We'd have an update from HR, whether
13 it was on performance appraisal progress or HR
14 initiatives that were going on. We'd have the same
15 thing with the consulting business. We'd talk
16 about that.
17     And then if we had any guests. And
18 what we did, we always had -- not always, but
19 probably a majority of the time we had a guest or
20 two at the meeting. Just expose people to how it
21 worked. Mentorship kinds of things. Or if a
22 senior staff meeting -- or a senior staff member
23 couldn't be there, he or she would send somebody in
24 their place. So we always had representation from
25 each group.

71

1     And then typically we would have
2 minutes of the meetings, and then we would go and
3 talk about here's what was done, here's what was
4 agreed to. And that's the way it kind of worked.
5     Q. Let's back up to the agendas. Were
6 those -- were those -- who prepared those?
7     A. I did.
8     Q. And did you prepare them electronically?
9     A. Yes.
10     Q. About how many pages was an agenda?
11     A. One page.
12     Q. One page? And did you type them up on a
13 Word document?
14     A. Word documents.
15     Q. Did you save them on your computer?
16     A. I may have. I mean, I don't know.
17     Q. In other words, if someone were to ask
18 you for an agenda for a specific meeting in 2000,
19 would you be able to pull that up, print it out?
20     A. If there was an agenda done. If it
21 was an e-mail agenda, it's gone for the reasons I
22 mentioned earlier. Didn't pertain to anything
23 anymore. If it was a Word document, it might still
24 be there. Because Word document -- a Word document
25 would be part of an e-mail. In other words, you

72

1 have an e-mail and you attach a d-o-c.
2     Q. Oh, I see what you're saying. So you
3 were saying if there were e-mails sent out regarding
4 agendas those would be gone.
5     A. Those would be gone.
6     Q. And why is that? Because of the regular
7 cleanup process -- or deletion process that we
8 discussed?
9     A. They were all -- they weren't
10 pertinent. I mean, you could actually delete them
11 the day after the meeting because we had the
12 meeting. It was more to get people "here's your
13 time slot." Or, "We have a guest. Here it is.
14 This is the time that they've asked for." It was
15 more of a "help us keep on track, you got
16 45 minutes," those kinds of things.
17     Q. But to the extent that you sent an
18 e-mail around saying here's the agenda and it's in a
19 Word document, that Word document would be saved
20 somewhere, right?
21     A. It may.
22     Q. Well, you never deleted Word documents,
23 right?
24     A. I wouldn't say never deleted it, but I
25 got a lot of old ones there.

Kendig, Charles  5/4/2006  9:09:00 AM

73

1    Q.  Do you have any agendas for meetings
2   back in 2000-2001?
3    A.  Don't know.  Have to look.
4    (Interruption)
5   BY MR. GREENSTEIN:
6    Q.  And you don't know that because you
7   didn't do any kind of search on your computer, right?
8    A.  None.
9    Q.  But those Word documents could be on
10  there?
11   A.  They could be.
12   MR. HARRISON:  Objection; calls for
13  speculation.
14   THE WITNESS:  Could be.
15  BY MR. GREENSTEIN:
16   Q.  So when you sent those out, did you send
17  them -- who was on the e-mail besides the people that
18  you mentioned earlier, the executive team at OSI?
19   A.  The only other people that would be on
20  there would be guests that were attending.
21   Q.  And what types of guests would those be?
22  Third-party customers or something?
23   A.  You could have -- there might be a
24  time in a meeting where we might hear from a
25  partner.  They might come in -- like let's say

74

1   Bearing Point would come in and talk about what it
2   is they're doing with us or where they might need
3   help.
4    Or we might have someone come in from
5   another part of the company to share something
6   that's happening in marketing, you know, a special
7   initiative that they want to work on in marketing
8   in the public sector or whatever the vertical was.
9    I think typical like any, I think you
10  have points of interest that people have that you
11  invite people in to talk about that.  We'd have
12  people come in and talk about our presentation
13  skills.  You know, development kinds of things.
14  So --
15   Q.  When you say "presentation skills," you
16  mean presenting products to customers?
17   A.  Presenting just overall -- you know, a
18  lot of people get up there.  They've got a
19  PowerPoint slide that's got a million characters on
20  it.  And we'd have -- part of our staff meeting
21  sometimes would include personal training and
22  development.  So you might have somebody just
23  observing the meeting and then commenting, "Well,
24  you know what, you guys ran over your agendas.
25  You're not doing this."  More of developmental

75

1   helpful things to make us more effective as a team.
2    Q.  Now, moving from agendas to the NAS, as
3   you said you called them, was there any way to
4   memorialize those meetings in written form?
5    A.  Sometimes; sometimes not.  It wasn't
6   consistent.
7    Q.  During 2000-2001, did you observe people
8   taking notes about what was discussed in the
9   meetings?
10   A.  I think that happened at most
11  meetings, so I don't think that period was any
12  different than any other.
13   Q.  And did you personally take notes of
14  those meetings?
15   A.  Um-hmm.
16   Q.  And where did you -- in a notebook of
17  some sort?
18   A.  Yeah.  You know, I don't know if you
19  saw me earlier, I have like this "do" listing.
20   Q.  Right.
21   A.  Something comes up for me, I put it on
22  there as an action item.  When I'm done with it, I
23  throw it away.  It's not something that there's a
24  whole folder of minutes from staff meetings.
25   Q.  So to the extent that you took notes --

76

1   so it's fair to say you took notes during those
2   meetings in 2000-2001, right?
3    A.  It's fair to say that that was --
4   yeah.  Yes.
5    Q.  And --
6    A.  It wasn't any different during that
7   time period than any other.
8    Q.  Well, was there a formal way?  Did
9   someone record the meetings or type them out?
10   A.  You never have -- we didn't have
11  someone like a stenographer there.  What I would do
12  on occasion is I would take the important action
13  items and deliver them to people.  Didn't do it all
14  the time.  I wasn't at all the meetings all the
15  time.
16    It was probably an area that we were
17  not as strong.  But people -- but people got
18  direction at the meeting, and generally at the next
19  meeting we talked about the things that needed to
20  be done, whether they were done or not done.
21   Q.  And do you know if Jay Nussbaum took
22  notes at these meetings?
23   A.  Never.
24   Q.  Never?
25    But generally you observed other

**Page 77**

1  people taking notes, correct?
2      A.   Yeah.  I mean, Jay was a leader, and
3  he was a pretty good delegator.
4      Q.   Was there ever PowerPoints presented at
5  those meetings?
6      A.   Yes.
7      Q.   By you?
8      A.   Yes.
9      Q.   And would those PowerPoints be saved on
10  your computer anywhere?
11          MR. HARRISON:  Objection; calls for
12  speculation.
13          THE WITNESS:  It might be.
14  BY MR. GREENSTEIN:
15      Q.   So to the extent you created PowerPoint
16  presentation to be used at a meeting, let's say in
17  2000-2001, you never -- like with e-mail, you never
18  went into your computer and deleted those, did you?
19      A.   Not that I'm aware of.  I mean, I may
20  have on occasion, but it wasn't a -- I didn't have
21  a process that says, Your hard drive's ready to
22  crash, you've got too much going on.  I don't
23  remember ever having that.
24          So I wouldn't have deleted them
25  knowing -- I mean, it wasn't an overt on my part to

**Page 78**

1  go delete documents, like Word documents.  I do it
2  sometimes with spreadsheets because I get confused
3  with them, there's so many, but -- but as a general
4  rule, no.
5      Q.   Other than an agenda, was there anything
6  passed out at those meetings?
7      A.   Always.  People would bring a
8  presentation, and generally the attendees always
9  wanted to hold something.  "Let me have that.  I
10  want to go share it with my staff."  Or they made
11  copies of it or they'd make notations on it so when
12  they presented it to their own teams.  Sometimes we
13  sent them electronically, sometimes we didn't.  But
14  typically they were handouts.
15      Q.   So when you say sometimes they were --
16  you got them electronically, somebody sent out an
17  e-mail with --
18      A.   It might say -- give you an example:
19  "Guys, I didn't get a chance to make copies.  I'll
20  send the presentation to you electronically" if
21  they wanted it.
22      Q.   And do you recall specific people that
23  would send those out?
24      A.   Anybody on the team or anybody that
25  was making a presentation.  Sometimes you didn't

**Page 79**

1  care.  You know --
2      Q.   Did Sarah Kopp ever attend those
3  meetings?
4      A.   Yes.
5      Q.   She did.  Anybody else that you remember
6  besides the people you --
7      A.   Yeah.  Sarah Kopp.  Sarah was the
8  finance manager at the time.  Let me just think.
9  Joan George was the attorney.  She was there
10  sometimes.  She was there -- and wasn't there other
11  times.  Chip Coyle was the marketing person.  He
12  attended.
13          But Sarah was also there because she
14  was a finance person.  And the senior staff was
15  generally always there unless it was some client
16  thing or whatever they had to deal with.  But
17  others were just guests.  Sarah Kopp was, yes.
18      Q.   And Joan George, why would she attend
19  the meetings?
20      A.   Joan was our legal counsel, and Joan
21  would be -- Joan would be maybe talking to us about
22  the GSA schedule or things that were going on with
23  that or talk about any particular contracts that
24  were coming in where maybe there was an ambiguity.
25  We need to clarify some things so she could help us

**Page 80**

1  get the business transacted through the company.
2      Q.   "GSA schedule," what does that mean?
3      A.   GSA schedule is General Services
4  Administration.  Oracle has a contract with the
5  federal government, and it's a negotiated contract,
6  and it means that the federal government customer
7  always gets best price.  And so they get special
8  terms and conditions for any federal entity that's
9  purchasing throughout the United States.
10          So it's a different set of contracts
11  other than the Oracle standard contracts.
12      Q.   Now, did you ever become aware of a
13  lawsuit filed by the government, state, or United
14  States government suing Oracle for charges incurred
15  for training?
16      A.   Yes.
17      Q.   What do you recall about that?
18      A.   The only thing I recall about it was
19  that Oracle would sell training units to a
20  customer, and you had a certain period of time to
21  use those training units, and after that time ran
22  out, those training units were void.
23          And the government said, "We don't
24  think that's right.  We think that those training
25  units ought to be allowed to have longer life.  You

81

1    just can't arbitrarily cancel them."  And I believe
2    that's what it was about.
3         There was a disagreement between the
4    time period that was allowed for them to be used
5    versus what the customer wanted.  And Joan George I
6    remember was heavily involved.  Other than that, I
7    don't know.  I don't even know what the disposition
8    of it was.
9         Q.   And do you remember when you learned of
10   that?
11        A.   No.
12        Q.   Now, do you remember when you learned
13   that Oracle was -- those training credits would
14   become void?
15        A.   No.
16        Q.   You never had any discussions about
17   those lawsuits?
18        A.   I had discussions with clients who
19   were upset about it but never any -- I mean, it was
20   beyond what I was doing.  It was with our legal
21   people.  Joan was handling it.  I didn't have any
22   need to -- just didn't feel like I had any need to
23   get involved with it.
24        Q.   All right.  So when you said customers
25   were upset about it, what do you mean by that?

82

1        A.   Well, the clients wanted that.  That
2    was the whole issue.  They thought that the time
3    period for that -- for those units to be valid was
4    too short, it should have been longer.
5         Because in many case -- let's just
6    give you an example:  Customer buys software and
7    they buy training units.  They -- their
8    implementation gets delayed for whatever reason.
9    They don't have the IT staff, they don't have the
10   money, whatever.  So now let's say things get
11   delayed by seven months.  Training units run out in
12   five months.
13        They may not have time -- may not have
14   had time to use all the training units because of
15   whatever reason it was that the implementation was
16   delayed.  So they balked at that.  And I can
17   understand that.  But we can never say, "Well" --
18   and we basically said, "The clock starts when you
19   buy them.  So if you want them to come in later,
20   buy them later."
21        Q.   So --
22        A.   I think what it was was just -- there
23   was no consideration given, as far as I recall, to
24   give them flexibility with those training units.
25   And we yelled and screamed because it hurt us.

83

1        In other words, people said, "Well, I
2    spent money.  I can't use these.  Do you want me to
3    buy more?  I'm not sure that's right."  So it got
4    in the way of us doing business.  It was a negative
5    with the customer.
6         Q.   So is it fair to say there was a general
7    practice that the training units -- once the contract
8    was issued and the training units began and say there
9    was an implementation that was delayed, those
10   training units would run out and they wouldn't be
11   credited to the customer after that, right?
12        MR. HARRISON:  Objection; vague and
13   ambiguous.
14        THE WITNESS:  In the government market
15   space -- in the federal market space, that was what
16   the contract said.  That was what was in the GSA
17   contract.
18   BY MR. GREENSTEIN:
19        Q.   Now, other than the government, was --
20   strike that.
21        So in other areas besides the
22   government, do you know what the terms were for
23   training units?
24        A.   I honestly don't know.
25        Q.   Now, why was it -- if you know, why was

84

1    it that in the government area that the training
2    units would start right away?
3        A.   I don't know.
4        Q.   So do you recall any specific customers
5    that were upset about it?
6        A.   I don't.
7        Q.   But generally the customers -- strike
8    that.
9        Did the customers ever ask for a
10   credit of training units or their money back for
11   credit units that they never used?
12        A.   They asked.
13        Q.   Did they ever get them?
14        A.   Not that I'm aware of.
15        Q.   Approximately how many customers do you
16   recall asked about that?  More than five?
17        MR. HARRISON:  Objection; vague as to
18   time.
19        THE WITNESS:  Not that I know.  I
20   mean, I'm thinking two.  If you asked me what their
21   names were, I don't know.  I just remember the
22   issue.  I don't remember the details.  I remember
23   Joan was involved.  I remember Oracle University
24   was involved.  Joan had responsibility for the GSA
25   contract negotiations, so she clearly was in the

85

1  middle of it. But that's all I really recall.
2  BY MR. GREENSTEIN:
3      Q.  Do you remember if that was occurring
4  2000-2001?
5      A.  Don't know. I'm sorry I'm vague in
6  those things. It's just it gets muddled. It's so
7  long.
8      Q.  So back to meetings. So other than the
9  monthly executive staff meetings for OSI, and then
10 you said there were weekly sales forecast meetings
11 that you did not attend, correct?
12     A.  Right.
13     Q.  Now, 2000-2001 time frame, were there
14 any other types of meetings that you attended?
15     A.  I would attend meetings on specific
16 client issues where Jay was involved, but they
17 were -- they were random. They -- those meetings
18 occurred as needed. I had full access to him when
19 situations arose.
20     Q.  And were those meetings -- were they ad
21 hoc meetings?
22     A.  Ad hoc, yeah.
23     Q.  And who would usually attend those?
24     A.  Generally, depending upon what it is,
25 the controller sometimes would attend, the legal

86

1  would sometimes attend, and sales would sometimes
2  attend. Or if it was a consulting issue,
3  consulting would be there. So those leaders would
4  be there as needed.
5      Q.  And why would legal attend those
6  meetings?
7      A.  If there was any situation where we
8  thought that we had an issue that would put us in
9  some -- at some risk, we had to have meetings.
10     Q.  And do you recall any -- in 2000-2001,
11 do you recall any specific issues that arose?
12     A.  I recall --
13     MR. HARRISON: Objection; vague.
14 Sorry. And to the extent it asks for conversation
15 with in-house counsel about legal issues, I'll
16 object as well.
17     MR. GREENSTEIN: Okay.
18     THE WITNESS: We had conversations
19 with BellSouth. We had conversations with some
20 people at the State of Colorado. We had
21 conversations with Rutgers University. I'm just
22 trying to think of some others that I know. State
23 University in New York. Those are a few that I can
24 recall.
25     I'm not positive. They were in that

87

1  time frame, though. That's what's getting me. But
2  they were an example of meetings that we would have
3  as needed to help remedy different situations.
4  BY MR. GREENSTEIN:
5      Q.  So what do you remember discussing about
6  those particular customers in terms of legal issues?
7      A.  Which one you want to start with?
8      Q.  Let's start with BellSouth.
9      A.  BellSouth; huge, huge customer. Based
10 in Atlanta. They were involved with Oracle with
11 CRM. And a gentleman by the name of Mark
12 Barrenechea ran the CRM organization, and Ron Wohl
13 ran the enterprise -- the E-Business Suite
14 organization, those two factions inside the company
15 where they didn't always necessarily come together.
16     BellSouth was a great partner. Jay
17 Nussbaum and Ray Lane negotiated the contract with
18 them. But there was a lot of detail that never got
19 discussed at that level. You can imagine you're
20 trying to do a broad base kind of a thing.
21     And so as we got into the contract
22 with them, there were many requirements that
23 weren't clear on both sides, a lot of people,
24 confusion, but we had a very good relationship
25 there. And so things started to happen with CRM,

88

1  and we had consultants on the ground, and it was a
2  huge job. I think there were maybe a hundred
3  consultants there.
4      And so as things started to go awry,
5  John Wheeler, who ran the consulting organization,
6  put additional resource there and we would have a
7  conversation with BellSouth every Friday.
8      Ralph De La Vega was one guy there. I
9  remember, and the other person there was -- worked
10 for the CIO that Jay and I worked with at Xerox,
11 and so she was a friend. And she really wanted
12 this thing to happen well and we wanted to deliver
13 for her.
14     And so each week we would meet with
15 the customer trying to sort through the timing of
16 what they needed, as they had time-sensitive
17 things. They were adding subscribers -- thousands
18 of subscribers for DSL every day. And we worked
19 with them every week. And we'd list the hot issues
20 and we'd work them and come back the next week and
21 see how we were doing. And that was working pretty
22 well.
23     Right after Jay Nussbaum left, I think
24 it was November 2001, telco got moved out of our
25 business into the North America commercial space.

89

```
1    And I don't know what happened after that.  It was
2    a whole set of new players.  The account manager
3    and the rep were the same, but the management was
4    different.
5        Q.   Let me stop you there.  So what was the
6    legal issue that arose from that -- from BellSouth?
7        MR. HARRISON:  Just to the extent that
8    you -- you recall without disclosing any
9    conversations you had with legal counsel about the
10   topic.
11       THE WITNESS:  Joan was just there to
12   be aware of what was going on.  There wasn't any
13   necessary threat that "we're going to sue you," but
14   it was important if there were contractual
15   questions.  Just things that came up that we felt
16   we needed her to be there.
17       They had their -- they had their legal
18   counsel on the other end of the phone generally,
19   not always.  But that's an example of an ad hoc
20   thing that turned into a weekly, really important
21   management focus kind of meeting for our senior
22   team.
23   BY MR. GREENSTEIN:
24       Q.   And were those ad hoc meetings ever
25   memorialized in any way?
```

90

```
1        A.   Sometimes.
2        Q.   And how would they be memorialized?
3        A.   Generally through e-mail.
4        Q.   So you may be sent some e-mails saying,
5    "As we discussed in that meeting" pertaining to
6    BellSouth?
7        A.   Or we might take an action item that
8    somebody from development agreed to do something
9    and we might want to acknowledge that to their
10   senior management so they would know.  Not always,
11   but when it was needed, we would do internal
12   communications.
13       Q.   And were there ever ad hoc meetings
14   about problems that customers had with 11i?
15       A.   Yes.
16       Q.   And were e-mails centered around --
17   about those issues?
18       A.   Yes.
19       Q.   During 2000-2001?
20       A.   Yes.
21       Q.   What do you remember about the State of
22   Colorado?
23       A.   State of Colorado, Larimer County,
24   sent a letter to -- it was either -- I think it was
25   Larry Ellison, and they -- their issue was that
```

91

```
1    Oracle had such a huge footprint with the
2    E-Business Suite that it was too complex for state
3    and local governments.
4        It was -- it was too big to meet their
5    needs.  And so they acknowledged -- I think -- I
6    hope my recollection is right.  They were having
7    problems at Larimer County utilizing the software.
8        We went out and visited with them
9    because we were concerned with the -- they said 39
10   other counties that were upset with us and also the
11   City of Denver.  So it was a big Colorado thing.
12   Anyway, we went out and met with them.  We knew
13   that they had implementation issues.  The issues
14   were done by a third party -- can't remember who it
15   was -- and we said, "We'll help you."
16       And we met with the county executive,
17   I remember like yesterday, and I said to him, "If
18   we get this resolved with you, will you be a
19   reference for us?"
20       He said, "Absolutely."
21       And we said to him, "Will you come to
22   our sales kickoff and talk about the relationship
23   we have?"
24       He said, "Absolutely."
25       He never did.  We never invited him.
```

92

```
1    But we got the problems resolved.  And so nothing
2    ever came of these allegedly other 39 customers.
3        But through user groups, Oracle has a
4    way of listening to clients, whether you're oil and
5    gas or whether you're automotive or public sector.
6    And that's where people talk about what they want
7    in a product.  And so the State of Colorado
8    became -- they started their own user group and had
9    a voice in the company about needs in state and
10   local government.
11       So that's an example of one where we
12   spent some money, went out and did some consulting
13   work and got it resolved.
14       Q.   Was that -- did the State of Colorado
15   ever implement 11i?
16       A.   I don't know to what extent.  I don't
17   remember.  I don't know whether it was the whole
18   suite.  I just don't know.  I know they were having
19   problems with financials and that's what we helped
20   them with.
21       Q.   And do you remember a time frame?
22       A.   No.
23       Q.   Do you remember that they -- were they
24   an early adopter on 11i, or was it later?
25       A.   I don't remember.
```

93

1    Q.   And what do you remember anything about
2  legal issues with respect to Colorado?
3    A.   Well, the letter said that the -- if I
4  remember right, the letter said something to the
5  effect that there was 39 other state entities,
6  local entities, government entities that would line
7  up with them against Oracle.
8         And because they were having this
9  problem, and they talked -- you're having this
10  problem, you're having this problem, and we fixed
11  their problem, County of Larimer, Larimer County,
12  we never heard anything back.  They were very --
13  very appreciative of what we did.  We spent some
14  money.
15         In fact, I remember -- it's funny what
16  you remember -- we got a third party who was
17  itching to help us out.  The name was Solution
18  Beacon.  And they helped us out there.  Did a good
19  job.  So we made investments where we had to to
20  remediate situations.
21    Q.   So you talked about a letter.  Was that
22  that letter where Colorado wrote Oracle saying, "If
23  you don't fix these problems, we have 39 other state
24  and local agencies that will align against you"?
25    A.   Yes.

94

1    Q.   Do you remember when that letter was
2  sent?
3    A.   I think two thousand -- I think
4  March 2002.  I'm not sure.  I'm just remembering
5  that Kevin Fitzgerald was our sales leader at the
6  time, and he was the sales leader from calendar
7  year late December 2001 through July 2003.  And I
8  remember I prepared a letter for Kevin.
9    Q.   So --
10    A.   I think that was the time frame.  I
11  think that was the time frame.
12    Q.   So what do you recall about the content
13  of the letter besides what you just said?
14    A.   Nothing else.
15    Q.   Do you know who the letter went to?  Was
16  it sent to -- who was it sent to?
17    A.   It was sent to an Oracle executive.  I
18  don't know -- I don't remember whether it was Larry
19  Ellison or at the time Ray Lane.  I don't remember.
20    Q.   But it could have been sent to Ray Lane,
21  right?
22         MR. HARRISON:  Objection; calls for
23  speculation.
24         THE WITNESS:  I just don't know.
25  BY MR. GREENSTEIN:

95

1    Q.   What do you recall about legal issues
2  with Rutgers University?
3    A.   I've got to go back.  Weren't legal
4  issues there.  There were business problems there.
5  It wasn't legal.
6    Q.   Problems with 11i?
7         MR. HARRISON:  Objection; vague.
8         THE WITNESS:  I don't remember whether
9  it was even 11i or not.  I'd have to get the dates.
10  But we -- Oracle -- whether it was 10.7 or 11i, I
11  don't remember.
12         But Oracle went into Rutgers.  Larry
13  Ellison was involved in the transaction.  We had a
14  big ceremony, ribbon cutting, all kinds of stuff,
15  and we put our consulting group in there and they
16  wanted to do customization.  And customization
17  takes entirely more time than straight vanilla.
18         And again, I don't remember what the
19  modules were.  I think it was financials.  And the
20  scope changed from what they originally signed up
21  for versus what they wanted.  And there was some
22  embarrassment at the university because the
23  university president was on the line to make this
24  work campuswide.  That's what it was.
25         He was fearful of the political

96

1  ramifications of this thing not getting done the
2  way he wanted it to.  And so I then got involved as
3  the marshaler of the resources.  I say marshaler.
4  I feel like George Bush with -- I'm the decider,
5  you know.  But it's one of the things I do.
6         And so I got consulting involved.  We
7  got the project manager.  We brought the parties
8  together and started talking through what it was we
9  had to do.  And we eventually got it resolved.  And
10  that's what happens with these.  You just --
11  everybody doesn't know everything when you sign the
12  deal.  It's very complex.  You think you understand
13  requirements.  Requirements change.
14         In the case of Rutgers, there was a
15  new administrative change there, so the person
16  responsible for it wasn't involved in the
17  beginning.  It happens a lot.  It just happens a
18  lot in state and local government because you have
19  administration changes.  So people who make the
20  deal aren't necessarily there when it happens.  So
21  that was Rutgers.
22  BY MR. GREENSTEIN:
23    Q.   Back to meetings just to close the loop
24  on the type of meetings.  So other than the monthly
25  executive staff meetings for OSI, the sales -- weekly

97

1   sales forecast meetings that you didn't attend and
2   then the specific ad hoc meetings, were there any
3   other types of meetings in 2000-2001 time frame that
4   you would attend?
5       A.   Not that I know of.
6       Q.   Now, how often in 2000-2001 would you
7   say those ad hoc meetings occurred?
8       A.   I don't know.
9       Q.   Weekly?
10      A.   As needed.  I just don't know.
11      Q.   Now, going back to something you said
12  about that there are two factions at Oracle with
13  respect to ERP, CRM.  I think you said Ron Wohl was
14  in charge of -- was it ERP?
15      A.   Yes.
16      Q.   And Mark Barrenechea was in charge of
17  CRM?
18      A.   Yes.
19      Q.   What do you mean by that, two factions?
20      A.   Well, there were two separate
21  initiatives to build product, and it's my opinion
22  that there was not a good enough effort to
23  integrate CRM with E-Business Suite.  There were
24  huge undertakings.  I think that -- that's my
25  opinion.

98

1           Larry had a few that he could not have
2   one person responsible for all that, so I think
3   that he set it up where, "Mark, you take this; Ron,
4   you take this, and one day we'll bring them
5   together."
6           And -- so what happened was the
7   development community was split so that one group
8   worked on ERP, one group worked on CRM.  And I
9   think there were times when the conversations of
10  what one does, how it works with the other probably
11  could have been better.  That's my view.
12      Q.   When you say conversations of what one
13  does and how it works with the other, are you talking
14  about the development groups?
15      A.   I'm really talking about how the
16  product worked.
17      Q.   So you're talking about communications
18  between the ERP family of modules and the CRM family
19  of modules, correct?
20      A.   Yes.
21      Q.   When you say "integration," you're
22  talking about those two --
23      A.   How do they all -- how do they all --
24  "integration" is an interesting word because, as
25  you know, it means different things to you.  You

99

1   know, I look at "integration" of how do you put it
2   together in a way where every system talks to every
3   other system as needed and it does it well.
4           And we know that as a product gets
5   older, more mature, the ability for all that
6   integration, generally it gets -- it's enhanced
7   just because we know more.  We know where there is
8   mismatches.  We know where there is coding issues,
9   and we fix them.  But early on, it's tough.  I
10  mean, it's just a -- you think you got it all, and
11  there is millions of permutations.
12      Q.   So I'm going to take you back to
13  May 2000 when 11i was released.  Well, actually,
14  strike that.
15          I wanted to talk a little bit about
16  the prerelease testing of 11i.  Were you involved
17  in any way in testing 11i?  When I say "11i," I
18  mean, you know, ERP, CRM, any of the individual
19  modules packaging it as an E-Business Suite.  Were
20  you ever involved in testing?
21          MR. HARRISON:  Objection: vague.
22          THE WITNESS:  No involvement at all.
23  BY MR. GREENSTEIN:
24      Q.   What do you recall, if anything,
25  about -- strike that.

100

1           Was there ever any testing of Suite
2   11i before it was released in May 2000?
3           MR. HARRISON:  Objection: lacks
4   foundation, vague and ambiguous.
5           THE WITNESS:  I think so.
6   BY MR. GREENSTEIN:
7       Q.   And what --
8       A.   I don't know for sure.
9       Q.   What do you recall about testing of 11i?
10          MR. HARRISON:  Same objections.
11          THE WITNESS:  I think that -- and
12  again, I don't specifically know what work was
13  done.  Typically what happened would be that we
14  would have -- we would try to use -- we'd each try
15  to use products internally.
16          And if I remember right, 11i had -- a
17  beta testing is typically the way we do it, where
18  early adapters raise their hand and say, "Put me
19  in, Coach.  I want to be part of this."  And so
20  they're generally clients that are more tolerant of
21  things like that.
22          I believe that happens.  I don't know
23  for a fact that it happened, but my sense is that's
24  the way that we behaved at the time.  That's what I
25  know about testing.

101

1   BY MR. GREENSTEIN:

2   Q.   Do you recall any -- was there any

3   testing of the ERP family of modules with the CRM

4   family of modules before May 2000?

5   MR. HARRISON:  Objection; lacks

6   foundation.

7   THE WITNESS:  I don't know.

8   BY MR. GREENSTEIN:

9   Q.   Do you recall before the release of 11i

10   in May 2000 that there were issues between Mark

11   Barrenechea's group and Ron Wohl's group?

12   MR. HARRISON:  Objection; vague as to

13   the word "issues."

14   THE WITNESS:  I don't know.  I don't

15   know what the relationships were.  I just don't

16   know.

17   BY MR. GREENSTEIN:

18   Q.   And when you say that there -- well,

19   earlier you said that there were two factions and

20   that -- so there were issues related to how the

21   groups developed the modules together.  Do you

22   remember that occurring during the testing phase of

23   11i?

24   A.   I don't know.

25   MR. HARRISON:  Same objections.

102

1   THE WITNESS:  Let me just clarify.  I

2   think that what I'm saying to you is that these --

3   these issues were so huge that Larry Ellison

4   decided two men were going to run them.  And that's

5   what happened.

6   I think when you have -- my -- I think

7   I mentioned this in my own personal view, that to

8   bring something that big together is pretty tough.

9   And I think we struggled with that at some point.

10   That's my personal view.

11   How it was tested, I'll be honest with

12   you, I have no clue.  I'm not a techie.  I'm the

13   guy at the other end that kind of deals with the

14   issues.  I don't -- I like to know what's going on,

15   but I don't always know what happened in

16   development.  I just don't know.

17   BY MR. GREENSTEIN:

18   Q.   You're kind of the guy that comes in

19   once the issue arises with a customer versus an issue

20   arising before a product's released, right?

21   A.   I think that's a good description.

22   Q.   Okay.  Do you know who made the decision

23   formally to release 11i in May 2000?

24   A.   I'm sure it was Larry Ellison.

25   Q.   Okay.  Do you remember any specifics

103

1   about that decision to release it in May 2000 versus

2   some other time?

3   A.   No.

4   MR. HARRISON:  Objection; lacks

5   foundation.

6   THE WITNESS:  No.

7   BY MR. GREENSTEIN:

8   Q.   Was there any group or person in charge

9   of testing 11i?

10   MR. HARRISON:  Objection; lacks

11   foundation.

12   THE WITNESS:  Not that I know of.

13   BY MR. GREENSTEIN:

14   Q.   Do you know if the testing was split up

15   between the ERP, CRM?

16   MR. HARRISON:  Same objection.

17   THE WITNESS:  I don't know.

18   BY MR. GREENSTEIN:

19   Q.   Do you know what a test plan is?

20   A.   Not really.

21   Q.   Did you have any role in those beta

22   tests that you described earlier, with customers?

23   A.   None.

24   Q.   Do you know how many customers were

25   involved in beta testing 11i?

104

1   A.   I don't.  I don't.

2   Q.   And do you know was that beta testing

3   occurring before the release of 11i?

4   MR. HARRISON:  Objection; vague.

5   THE WITNESS:  I don't, but

6   typically -- typically beta testing occurs before

7   the release.  And that generally that bank of

8   customers continues to work with us after release.

9   This is a lot of valuable information shown in

10   this.  Typically it happens; otherwise, it wouldn't

11   be beta.

12   BY MR. GREENSTEIN:

13   Q.   Now, do you know if there was ever an

14   assessment of bugs in Suite 11i before it was

15   released?

16   MR. HARRISON:  Objection; vague and

17   ambiguous, lacks foundation.

18   THE WITNESS:  I don't know.

19   BY MR. GREENSTEIN:

20   Q.   Now, do you recall that Oracle had

21   customers that were running software 10.7 before the

22   release of 11i?

23   A.   Yes.

24   Q.   And do you recall that there was a,

25   quote, desupport date --

105

```
 1      A.   Yes.
 2      Q.   -- for those customers to upgrade to
 3  11i?
 4      A.   Yes.
 5      Q.   Do you recall when the desupport date
 6  was originally?
 7      MR. HARRISON:  Objection; vague and
 8  ambiguous.
 9      THE WITNESS:  Yes, but it changed.
10  Typically what Oracle does is they -- when they
11  announce desupport dates, it's generally 18 months
12  ahead of time so the clients can plan their
13  activities.
14      And if I remember right, with 10.7
15  there were maybe two, maybe three extensions to
16  that because customers were a little bit concerned
17  that they weren't ready for such an ambitious
18  upgrade.  So, yeah, there is the support policy,
19  18 months, and I do know that that was extended.
20  BY MR. GREENSTEIN:
21      Q.   And do you know why it was extended?
22      A.   I think it was extended because people
23  did not want to be forced into making an investment
24  in 11i that maybe they weren't ready to make.  It
25  was huge.  It was going from client server to 11i,
```

106

```
 1  a whole integrated suite, and people wanted more
 2  time to understand.
 3      And my own personal view is, with
 4  state and local governments, in many cases they
 5  didn't have the money, the funds to do it, and they
 6  wanted somebody else to go first.  And that's
 7  typical with upgrades.
 8      Q.   When you say that they didn't have the
 9  funds to do it, was that because of the expense of
10  11i?
11      A.   Well, I think what it does is it -- it
12  depends on your own situation.  If you're a new
13  company where you have nothing, it's pretty easy.
14      If you are a huge company that's got
15  three or four, five systems, could be PeopleSoft,
16  Oracle as a -- whatever it might be, it's very,
17  very hard because what you're trying to do is get
18  all these different systems working together, and
19  that means changing business.  It's a very
20  laborious, very extensive process to change the
21  systems.
22      MR. GREENSTEIN:  We have to change the
23  tape, so let's go off the record.
24      MR. HARRISON:  Let's take a break.
25      THE VIDEO OPERATOR:  This marks the
```

107

```
 1  end of Videotape No. 1 in the deposition of Charles
 2  Kendig.  We're now going off the record.  The time
 3  is 11:19.
 4      (Break taken.)
 5      THE VIDEO OPERATOR:  This marks the
 6  beginning of Tape No. 2 in the deposition of
 7  Charles Kendig.  We are back on the record at
 8  11:30.
 9  BY MR. GREENSTEIN:
10      Q.   Earlier you testified about the
11  desupport date for Oracle 10.7, correct?
12      A.   Yes.
13      Q.   And you said it was extended a couple
14  times, correct?
15      A.   Yes.
16      Q.   Do you know why it was extended?
17      MR. HARRISON:  Objection; calls for
18  speculation, lacks foundation.
19      THE WITNESS:  What I recall is that
20  many customers who were on 10.7 were not ready to
21  move as quickly as we would have liked them to to
22  upgrade, and -- because it was going to cost them
23  time, money.  And they asked to be moved out, and
24  it was.  I think it was two times.
25  BY MR. GREENSTEIN:
```

108

```
 1      Q.   So do you recall the dates?
 2      A.   No.  I don't know why December two
 3  thousand -- December 2002 kind of rings a bell.
 4  But not specifically, no, sir.
 5      Q.   And who would -- or, strike that.
 6      Who made the decision to extend the
 7  desupport date, if you know?
 8      A.   I don't know.
 9      Q.   Would that be something that Mark
10  Barrenechea, for example, would be able to decide?
11      MR. HARRISON:  Objection; calls for
12  speculation.
13      THE WITNESS:  I don't know.  My sense
14  is that Larry Ellison was the decision-maker on
15  those kinds of things.
16  BY MR. GREENSTEIN:
17      Q.   And why is that your sense?
18      A.   Larry was heavily involved in
19  development, and if there was good reason to extend
20  something, generally it occurred.  And if he didn't
21  think there wasn't, it wouldn't be extended.
22      But for support to make that decision
23  by themselves or development to make that decision
24  by themselves just didn't seem to be in the cards.
25  That's why I think Larry made them.
```

109

1  Q.  You say Larry was heavily involved in
2  development.  You are talking about development of
3  Suite 11i, right?
4  A.  Development of everything.
5  Q.  And when you say he was heavily
6  involved, what do you mean by that?
7  A.  I think Larry is a developer by trade,
8  created the company, created the database.  I think
9  that's his love.  And he's always been -- again,
10  it's probably more my view, but I think you
11  generally notice people would say he's more
12  involved in that part of the business than he is
13  the sales and marketing.
14  He loves to create.  He loves to
15  envision where we're going to be, and that's why I
16  think he would have been the one that made that
17  decision.
18  Q.  What do you recall about him being --
19  strike that.
20  Do you recall him being heavily
21  involved in the Suite 11i release?
22  MR. HARRISON:  Objection; vague.
23  THE WITNESS:  Not release.  I mean, I
24  think he was the architect of the E-Business Suite.
25  I think he was the visionary who said, We got this,

110

1  you got that, you got this, you got that.  It costs
2  you a lot of money to integrate it all.  Why don't
3  you let us do it for you.
4  I kind of remember that kind of
5  commentary going on that -- to get yourself a
6  vanilla system.
7  BY MR. GREENSTEIN:
8  Q.  Do you remember ever communicating with
9  Larry Ellison about 11i?
10  A.  Never.  Listened to him but never
11  communicated to him.  I've met Larry twice in my
12  life.  I'm a little guy in all this, actually.
13  You know, my role really -- my role
14  is -- I think you mentioned earlier.  I'm a problem
15  solver.  I have no involvement in what gets
16  integrated with what, what it means, support dates.
17  I'll make recommendations to people as
18  I hear from customers.  You might have seen some of
19  that in the communications because I hear things
20  from a customer perspective in many cases, so --
21  but I'm not -- I'm not adept enough at technology
22  to understand all the pieces of it.  I'm just not.
23  I wish I were smarter about it, but I'm not.  What
24  I do I do well.
25  Q.  So when you say that you didn't

111

1  communicate with Larry Ellison but you listened to
2  him, were there any specific communications made to
3  you by Larry Ellison concerning 11i?
4  A.  Not to me, but I think in general you
5  would be able to see Larry at meetings of groups
6  like OAUG, the user group meetings.  I don't even
7  back then, but we used to have -- when Ray was
8  here, we had GMM meetings, which were global
9  management meetings, where Larry would talk about
10  the direction of the company and talk about
11  products and where he saw things going.
12  You'd hear him giving a talk to
13  someone.  You know, we always had access to that
14  kind of information where he made a presentation in
15  Las Vegas to somebody or whatever.  We always had
16  access to what he was saying that was public.  And
17  so you tuned in.  You know, you get a little blurb,
18  a little blog on what -- where he saw this company
19  going.
20  But Larry -- I've only talked to Larry
21  personally twice, and that was a long time ago,
22  so --
23  Q.  Did you ever -- do you recall talking to
24  people -- other people who spoke with Larry Ellison
25  about 11i?

112

1  A.  No.
2  Q.  Do you recall ever communicating to
3  anybody about the desupport date for 11i -- or,
4  strike that.
5  Do you ever recall communicating to
6  anybody that the desupport date for 10.7 was too
7  soon?
8  A.  Yes.
9  Q.  What do you recall about those
10  communications?
11  A.  I recall a lot of pushback from state
12  and local customers who were not ready to get off
13  of server -- client server technology.  They just
14  thought -- they thought it was moving too fast for
15  them.  And they wanted more time because -- as we
16  talked about earlier, upgrades takes resources.
17  And my role was to take the voice of the customer
18  and get it to people who had a need to know.
19  So in those cases, I would go to the
20  support leadership -- I think it was Mike Rocha at
21  the time of -- oh, the guy that ran our support
22  center down in Orlando.  He had U.S. operations for
23  support, and he was the guy who had to deal with
24  TARs and bugs and things like that.
25  So anytime we had feedback, we would

113

1  go through those channels to make sure that they
2  heard from us what we were hearing from clients.
3      Q.  So was it fair to say that you were kind
4  of a liaison between customers and people that needed
5  to make decisions about the product?  Correct?
6          MR. HARRISON:  Objection; vague.
7          THE WITNESS:  I was one voice into the
8  system.  There were others, I'm sure.
9  BY MR. GREENSTEIN:
10     Q.  But you were the VP of quality for OSI,
11  right?
12     A.  For OSI.
13     Q.  And that included how many customers?
14  Hundreds?
15     A.  Don't know.  Depends how you --  I
16  mean, depends how you define a customer.  You could
17  have a large customer like a BellSouth.  You could
18  have -- you know, with hundreds of people that use
19  the product or you could have, you know, a small
20  government entity.
21     Q.  Right.
22     A.  I don't know how many customers we had
23  at that time.
24     Q.  But you were the VP of quality for OSI
25  which included federal government customers, state

114

1  and local customers, right?
2      A.  Right.
3      Q.  Telecom?
4      A.  Right.
5      Q.  Utilities?
6      A.  Right.
7      Q.  Healthcare?
8      A.  Right.
9      Q.  Higher education and financial services,
10  right?
11     A.  Yes.
12     Q.  And there are multiple customers under
13  each of those categories, correct?
14     A.  Yes.  Some people look at customers
15  as, You're one, I'm one, you're one and you're one.
16  That's four.  Somebody else would say, We're the
17  law firm of X.  So you could count it as four,
18  you could count it as one.  It's a matter of
19  interpretation.
20     Q.  But do you recall how many customers
21  were -- how many federal government customers Oracle
22  had in 2000-2001?
23     A.  No.
24     Q.  Say five to ten?  Over twenty?
25     A.  I don't know.  I would say five to ten

115

1  is very low.  We have more than that.  I mean, if
2  you just think of Army-Air Force, civilian defense,
3  security, there is a lot, but I don't know the
4  exact number.
5      Q.  So after Suite 11i was released in May
6  2000, were you ever involved in implementing the
7  software for customers?
8      A.  No.
9          MR. HARRISON:  Objection; vague.
10         THE WITNESS:  No.  I had nothing to do
11  with implementation.
12  BY MR. GREENSTEIN:
13     Q.  But your duties included dealing with
14  problems that arise from implementation, right?
15     A.  If issues occurred, I was there to
16  help assist the client and get the right resources
17  of Oracle to help them.  But it wasn't a front-end
18  involvement.  It was more of a reactionary
19  one-at-a-time kind of thing.
20     Q.  You were the problem solver, as you said
21  before, right?
22     A.  Yes.
23     Q.  So what do you recall in May 2000 after
24  the software was released?  You recall customers
25  having problems with limitations, right?

116

1      A.  Yes.
2      Q.  And generally what do you recall about
3  that, after -- right after this suite was released in
4  May 2000?
5          MR. HARRISON:  Objection; overbroad,
6  vague and ambiguous.
7          THE WITNESS:  I would say that it's
8  over a period of time.  I don't know exactly what
9  quarter it was.  But what happened initially was a
10  large number of people had purchased the product.
11  With that, though, many were slow to get started.
12  And those that got started were running into
13  problems.  And so we had a lot of inquiries.
14         And at Oracle, when you have an
15  inquiry, it's called a TAR.  It's a technical
16  adjustment request.  And typically it goes into the
17  support organization.
18         And I can't remember -- we have a
19  system today called MetaLink.  I don't even
20  remember if we had it back then, to be honest with
21  you.  But typically, let's just say we didn't have
22  it, all these calls would come into Oracle support.
23         And so in the early days, there were a
24  lot of inquiries.  We thought at the time -- we
25  thought at the time that probably half of them were

117

1   bugs and half of them were other kinds of things,
2   like "can you tell me what kind of training is
3   available," or "I haven't seen the documentation,"
4   or "can you explain something to me."
5        So every inquiry was not a bug, but it
6   was a time-consuming effort on the part of support
7   to deal with it. I believe at the time -- this is
8   all by phone, so it was really labor-intensive.
9   Today MetaLink is an automated system where you can
10  go in online and do things and make inquiries and
11  get answers, whatever.
12       And so I remember at the time alerting
13  the support management that -- you're seeing this,
14  I'm sure -- "We need to make management aware of
15  this. We need to make development aware of it. We
16  need to make senior level aware." And that was the
17  role.
18       I don't know -- I don't know what was
19  in the stuff that was on my hard drive. But again,
20  being the voice in the field -- being a voice of
21  the field with getting customers' input into the
22  system and sales input in, we were very concerned
23  with the volume of stuff going on out there.
24  That's what I remember.
25  BY MR. GREENSTEIN:

118

1        Q.  You were concerned with the volume of
2   problems that were occurring with 11i customers,
3   right?
4        A.  Yes.
5        Q.  And that was right after release,
6   correct?
7        A.  Yeah. I'm trying to remember. I
8   don't know exactly whether it was with 1, 2 or 3,
9   but they were all pretty close together. I don't
10  remember the exact time frame, but, yeah, early on,
11  early on.
12       Q.  Do you recall that 11i -- strike that.
13       Do you know what 11i.1 is?
14       A.  Its first release.
15       Q.  Right. And do you recall when that --
16  strike that.
17       Do you know what 11i.2 is?
18       A.  I'll speculate. I don't know exactly,
19  but generally 2 is 1 plus enhancements and fixes.
20  That's typically what happens within a release.
21  You add new features and you fix known issues.
22       Q.  Do you recall that 11i.2 was released
23  approximately around October 2000?
24       A.  Seems to me it was generally either
25  three to six months between releases.

119

1        Q.  And do you recall when --
2        A.  I don't recall exactly.
3        Q.  I'm sorry.
4        A.  Sorry.
5        Q.  Do you recall when 11i.3 was released?
6        A.  Probably six months later.
7        Q.  So you said that you at the time --
8   around the time that 11i was released in May 2000 you
9   needed to make management aware of 11i problems,
10  right?
11       A.  Yes.
12       Q.  And when you talk about management,
13  you're talking about Larry Ellison, right?
14       A.  No. I was talking to people who ran
15  the support organization, to the development
16  organizations. Support was going to be impacted.
17       I think they already knew because they
18  were dealing with it every day. We just wanted to
19  make sure that, coming from the field, we were
20  seeing a lot of issues and registering our
21  concerns.
22       Typically what happens is support has
23  a close relationship with development. And if it's
24  an inquiry that they can answer, they answer it.
25  If it's bug-related, they work with development to

120

1   get it fixed. So they are very, very closely
2   linked together.
3        I don't believe I've ever sent
4   anything to Larry Ellison about that. In fact, I'm
5   sure I haven't. Jay Nussbaum or other people at
6   higher levels probably had those kinds of
7   conversations with Larry, but I did not.
8        MR. HARRISON: I just want to
9   interject. I didn't have a chance to make it, but
10  I think you mistated the testimony when you asked
11  him if he made management aware that Suite 11i had
12  problems. That's my objection.
13       THE WITNESS: Yeah.
14  BY MR. GREENSTEIN:
15       Q.  Well, during the release of 11i in May
16  2000, were you concerned about the level of -- or,
17  sorry -- the amount of problems that you were seeing
18  with the 11i software?
19       MR. HARRISON: Objection; misstates
20  testimony, assumes facts not in evidence, and vague
21  as to problems with Suite 11i.
22       THE WITNESS: I think I mentioned
23  earlier that we were concerned. So -- I mean,
24  yeah.
25  BY MR. GREENSTEIN:

Kendig, Charles  5/4/2006  9:09:00 AM

121

1    Q.    After 11i was released in May 2000, was
2  there a way to track customer complaints?
3    A.    No.
4    Q.    So how would you become aware of a
5  customer complaint?
6    A.    Almost always through the sales
7  organization.  The way it works is customers have
8  an issue and they work through support, and
9  typically that resolves it.
10        When there are numerous issues within
11  an account, generally what the clients will do is
12  they'll want some other intervention because its
13  numbers are high, time involved is -- gets too
14  onerous, and so they escalate -- we have the term
15  called "escalate" in the company.  And basically
16  what that means is you get other people involved
17  that can help untangle and get done what needs to
18  be done.
19        And so what I got were escalations.
20  And I would take escalations normally, and I would
21  work them through until I was confident or I was --
22  yeah, "confident," I guess, is the right word --
23  that we were back on the right track.
24        And if you said to me, How many did
25  you do, I could not tell you.  I probably have

122

1  anywhere from 50 to 75 accounts that I'm working on
2  all the time.  Different things --
3    Q.    Sorry.
4    A.    Different things.  So to go back and
5  tell you how many accounts, I could never do it,
6  but I remember the volumes were very high.
7    Q.    Back in 2000-2001?
8    A.    Yes.
9    Q.    So you talked about TARs earlier.  Is
10  that "technical assistance requests"?
11    A.    Yes.
12    Q.    Did Oracle track TARs during 2000-2001?
13    A.    They tracked volumes of TARs, yes.
14    Q.    How did they do that?
15    A.    The support organization did it.  They
16  would get a TAR and then categorize whether it was
17  a database TAR, whether it was applications
18  product, whether it was a technical -- server
19  technologies.  Whatever that product line was, they
20  would track it.
21        And what they tried to do is really
22  understand the volumes and try to look at creative
23  diagrams, which is the way of looking at -- with
24  all the stuff you get.  If you focused on two or
25  three areas that accounted for most of the volumes,

123

1  you would be back on track.  So they were looking
2  at that kind of work.  So they understood where the
3  stuff was coming from.
4    Q.    And physically how did the customers
5  communicate TARs to Oracle?
6    A.    Through phone calls to support people.
7  And I don't remember -- as I said earlier,
8  MetaLink.  I don't remember whether MetaLink was up
9  and running back then.  It seems like it's been
10  there forever, but I don't think it was.
11    Q.    But to the extent that MetaLink was used
12  by Oracle back then, would that be a way the
13  customers would communicate TARs?
14    A.    Yes.
15    Q.    I think you said earlier that
16  approximately 50 percent of TARs were bugs?
17    A.    That was the thinking back then, yes.
18    Q.    And do you know what a patch is?
19    A.    Yes.
20    Q.    What's a patch?
21    A.    Well, I'll give you my thinking of
22  what it is.  You have a functionality that works
23  today.  You have an upgrade.  Doesn't work.  What
24  you had yesterday doesn't work the same way it
25  worked yesterday.

124

1        Could be -- could be any reason.
2  Could be customizations weren't done properly,
3  setups weren't done properly.  And so what support
4  tries to do on occasion is they issue a patch that
5  helps link it together again.  It helps the
6  customer get back on track where they need to be.
7        We have what we call "maintenance
8  releases" at Oracle where known problems are fixed
9  and they're updated through what they call "family
10  packs."  So you have A, B, C, D.  So A has certain
11  fixes, B has more, C has more.  And they're all
12  cumulative.
13        And then once you get to the end of
14  that, then you have a new release that has
15  everything out there.  So customers can choose to
16  use the patches to update their systems, they can
17  wait for the full maintenance pack to update their
18  systems, or they can do nothing.
19        When they do nothing, they do not get
20  any benefit of any of the work that's been done
21  over the last time period.  So patches are used to
22  help solve specific issues.  And you keep track of
23  them.  We keep cumulative software development so
24  that we can give at one point in time -- you can
25  update your system and get all the fixes.

**125**

1    Q.   Then back to bugs -- or, strike that.
2         So you say you could track patches.
3    And how would you do that back in 2000-2001?
4    A.   I don't know.
5    Q.   Was there someplace where you can go see
6    which patches were released?
7    A.   Support would have it.
8    Q.   Okay.
9    A.   Support and development.
10   Q.   And back to bugs. 2000-2001, was there
11   ever -- did Oracle have the ability to track bugs?
12   A.   Yes.
13   Q.   Bugs were assigned a number, right?
14   A.   Yes.
15   Q.   And do you know -- was there some sort
16   of hierarchy of severity of bugs used at Oracle?
17   P-1? P-2?
18   A.   P-1, P-2, there is a severity scale.
19   What typically happens is, you get an inquiry from
20   a customer. Let's say I'm -- I don't know what's
21   going on. I call something a bug. And really I'm
22   just trying to find documentation. So support
23   looks at that and says it's more information need
24   than a bug.
25        But when it's a bug, it's assigned and

**126**

1    it's a very -- it's assigned to itself. It's a
2    system-down kind of a thing. The customer can't
3    function. It's assigned to P-1. It gets that kind
4    of right. If it's "I'd like to have this widget on
5    it that nobody else in the world wants," it's a 3.
6    It's more of an accumulation of wants that people
7    have out there when you have 3's.
8         But 1 and 2 are typically it. 1 gets
9    24-hour attention. It also gets 24-hour attention
10   from the customer. So they work them together.
11   They commit to 24 hours, we commit to 24 hours. So
12   you have TARs, you have bugs, you have severity
13   levels, and it is 1, 2, 3.
14   Q.   Have you ever heard of the term
15   "showstopper bug"?
16   A.   Yeah, I've heard the term.
17   Q.   What do you know about that term?
18   A.   It would be speculation. You want me
19   to give you my thoughts? I mean --
20   Q.   Sure.
21   A.   I don't know the definition. I think
22   showstoppers are "system's down, this is a critical
23   situation." I can think of one recently. 911
24   system in the city of Houston down, that's a
25   showstopper.

**127**

1    Q.   Did you call them showstoppers back in
2    2000-2001?
3    A.   Yeah, I think so.
4    Q.   What do you recall about those?
5    A.   Do I recall any? I'm sorry. I think
6    the term was around then. I don't remember any
7    specific situations. I just know that that's one
8    that I thought of a couple years ago that --
9    that -- you know, you talk about a critical
10   situation. You know, the 911 system doesn't work.
11   That's what I would call a showstopper situation.
12        Back then, I think P-1 situation
13   systems down are critical. "I can't do my work."
14   Whether it's a payroll, whether it's a hospital,
15   whatever it is, I think those are showstoppers.
16   Q.   And if there was a showstopper bug,
17   would that be communicated internally at Oracle?
18   MR. HARRISON: Objection; lacks
19   foundation, calls for speculation.
20   THE WITNESS: Typically it would be a
21   P-1.
22   BY MR. GREENSTEIN:
23   Q.   So if there was a P-1 bug in a customer,
24   would that be communicated internally at Oracle?
25   A.   It would be communicated between

**128**

1    support and development.
2    Q.   And do you know who was in charge of
3    support, 2000-2001 time frame?
4    A.   I believe the man's name was Michael
5    Rocha, R-o-c-h-a. Dick Sellers was the other name
6    I was thinking of. Mike had global support. Dick
7    Sellers had support for North America, and he had a
8    counterpart. He had Asia Pac.
9    Q.   So earlier you testified that once 11i
10   was released in May 2000 you were concerned. What
11   were your concerns at the time?
12   MR. HARRISON: Objection; misstates
13   testimony. Said he was concerned with the
14   implementations.
15   THE WITNESS: I was concerned with
16   what we were seeing insofar as the level of
17   activity coming in from customers' inquiries, bugs.
18   Just a lot of confusion.
19   BY MR. GREENSTEIN:
20   Q.   When you say "the level of activity,"
21   high level of activity, right?
22   A.   High level of activity, yes.
23   Q.   More than you were seeing before, right?
24   A.   Yes.
25   Q.   And why were you concerned about that

**129**

1 level of activity?
2     MR. HARRISON: Objection; vague.
3     THE WITNESS: Well, I think the reason
4 we were concerned is that, you see volumes like
5 that, you wonder about our ability as a company to
6 handle them and get back to customers in a prompt
7 way. And we were just really concerned that we
8 couldn't handle the activity coming in, and we
9 needed to make sure that we had a plan as a company
10 to deal with that.
11 BY MR. GREENSTEIN:
12     Q. When you say "volume," volume of
13 customer complaints?
14     A. Volumes of inquiries. You know, when
15 people call, they're not necessarily complaining.
16 They might want to know about, "Where's the
17 documentation for this?" Or "The documentation is
18 not clear. Could you help explain it to me?" Or
19 "How do I get my users educated on a 11i?" I mean,
20 there's inquiries for a lot of reasons.
21     Then there is inquiries where things
22 don't work. We had a mix. Thus the bugs and the
23 other inquiries. And if I remember right, it was
24 viewed to be about 50/50 at the time. So there is
25 no denial we had some quality issues. It's just

**130**

1 how do we get through this. That was our concern.
2     Q. So what was -- what were the quality
3 issues around the time that 11i was released?
4     MR. HARRISON: Objection; vague.
5     THE WITNESS: Yeah, I don't know. I
6 don't remember specifically. I mean, I just --
7 there was a lot of -- there was lot of -- there
8 were a lot of things going on that people thought
9 there were bugs. There were a lot of bugs. It was
10 buggy software.
11     Now, to define that more clearly, I
12 couldn't do it. It wasn't working the way we had
13 hoped, and -- so the volumes came in and we tried
14 to make management aware of that.
15 BY MR. GREENSTEIN:
16     Q. And how did you try to make management
17 aware of that?
18     MR. HARRISON: Objection; asked and
19 answered.
20     THE WITNESS: I think I answered that
21 before. But through the e-mail process, we
22 communicate -- you know, we had conversations with
23 Jay about it. I'm sure that Jay has talked to Ray
24 and Larry about it. But through the channels that
25 I worked with, which was support and development, I

**131**

1 wanted them to know what we were hearing. And they
2 knew.
3     I mean, they -- I mean, they -- I'm
4 sure they were getting that from all across the --
5 from different people, but I had this existing role
6 within OSI where I was the guy that people brought
7 these kinds of things to. And my job was to go
8 figure out how to get them solved or get other
9 people in my camp to go after that, and that's what
10 I did.
11 BY MR. GREENSTEIN:
12     Q. So did you ever communicate with Ron
13 Wohl about customer problems in 2000-2001?
14     A. Yes.
15     Q. And about how often did you communicate
16 with him?
17     A. Not often. Not often. Just trying to
18 remember back. Not often.
19     Q. And did you ever communicate with Mark
20 Barrenechea about customer problems back in
21 2000-2001?
22     A. Did a lot of communication with Mark
23 on BellSouth, but that was about it.
24     Q. Now, during -- strike that.
25     Do you recall that there was an

**132**

1 escalation group created at Oracle around
2 2000-2001?
3     MR. HARRISON: Objection; vague.
4     THE WITNESS: I remember an escalation
5 group, and I remember that we've had an escalation
6 group there for a long time. So I don't know if it
7 was necessarily created then. It might have been.
8 Just don't remember. We have one today. So I
9 don't remember when it was created, but we do have
10 an escalation group.
11 BY MR. GREENSTEIN:
12     Q. Do you recall that there was an
13 escalation group created for this specific purpose of
14 dealing with problems with CRM?
15     A. No, I don't recall that it was a
16 special group.
17     MR. GREENSTEIN: I'd like to mark this
18 as Kendig No. 2, please.
19     (Exhibit No. 2 was marked for
20 identification by the reporter.)
21     MR. GREENSTEIN: For the record -- go
22 ahead and take a look at it. For the record, this
23 is a November 9, 2000, e-mail from Jay Nussbaum to
24 Charles Kendig. It's actually a string of e-mails,
25 but it's the first e-mail. And it's NDCA-ORCL

133

```
1    028785 through 028789.
2         Q.   If you could just take a look at the
3    e-mail.
4         A.   Okay.
5         Q.   Have you seen this document before?
6         A.   It was sent to me, so I'd have to say
7    yes.
8         Q.   But you didn't review this document
9    yesterday with counsel?
10        MR. HARRISON:  Objection; instruct the
11   witness not to answer.  If you want to talk about
12   specific areas of testimony and ask if it refreshes
13   his recollection, you can.
14   BY MR. GREENSTEIN:
15        Q.   So you don't recall seeing this document
16   ever before, right?
17        A.   No, but I don't -- I mean, I don't
18   deny it.  My name's on it, so --
19        Q.   And typically, if your name's on an
20   e-mail, technically you received it, right?
21        A.   Yeah.  I can talk to it, though.
22        Q.   See on the first page -- it's from Jay
23   Nussbaum --
24        A.   Yes.
25        Q.   -- to you and Ronald Police?
```

135

```
1    said earlier --
2         Q.   Yes.
3         A.   -- if I could.
4              I had talked about this escalation
5    team, and I said I thought we've had it for as long
6    as I can remember.  We have.  This is a separate
7    team that looks like it was set up for CRM.  So I
8    don't remember the e-mail.  I certainly trust that
9    I got it, but when I responded to your earlier
10   questions about escalations, we've always had that.
11        Q.   Right.
12        A.   What they did was carve out a little
13   piece for CRM customers.  And I think the only
14   account on here that I can see is -- that we had
15   responsibility for is BellSouth.  The rest of them
16   were more commercial accounts or -- and as I said
17   earlier, we were very involved with Barrenechea and
18   BellSouth, so we had our own little escalation
19   thing with him.  I just wanted to clarify.
20        Q.   So you recall that an escalation group
21   was created for the specific purpose of dealing with
22   CRM escalations?
23        A.   I don't recall that, other than this
24   e-mail.
25        Q.   Does this refresh your recollection
```

134

```
1         A.   Right.
2         Q.   Who is Ronald Police?
3         A.   Ron Police -- I have to look here at
4    the time.  Ron Police was the senior vice
5    president.  Ron had responsibility for a number of
6    businesses in OSI.  At one time he had higher
7    education.  At one time he had healthcare.  One
8    time he had state and local, and at one time he was
9    the operations manager.
10             And I think at this time -- I think he
11   was the higher-ed guy for some reason.  I don't
12   know why he would have gotten this.
13        Q.   You see on the top of this document it's
14   a forwarded e-mail, and it says "CRM customer
15   escalations" --
16        A.   Yes.
17        Q.   -- November 7, 2000?
18        A.   Yes.
19        Q.   Do you know if these types of e-mails
20   were sent on a weekly basis during this time?
21        A.   I don't know.
22        Q.   Do you know if there was ERP customer
23   escalations e-mails that were sent around during this
24   time?
25        A.   But I'd like to clarify something I
```

136

```
1    about the creation of a group -- escalation group to
2    deal with CRM customers?
3         A.   I see it.  I've never used it.
4         Q.   Okay.  Do you see there where Jay
5    Nussbaum says he thought this would be of interest to
6    you both?
7         A.   Sure.
8         Q.   And you see it has a "P" under there?
9         A.   Yes.
10        Q.   Do you know what that "P" is?
11        A.   That --
12        MR. HARRISON:  Objection; calls for
13   speculation.
14        THE WITNESS:  His assistant sent that
15   for him a while back.
16   BY MR. GREENSTEIN:
17        Q.   Who's that?
18        THE WITNESS:  Her name is Paula Beck,
19   B-e-c-k.
20   BY MR. GREENSTEIN:
21        Q.   So was it -- during this time, was it
22   typical for Paula Beck to send e-mails to you from
23   Jay Nussbaum?
24        MR. HARRISON:  Objection; calls for
25   speculation and lacks foundation.
```

137

1    THE WITNESS:  Yeah.  Well, if she
2  thought it would be of interest to us, she would
3  send anything like that where she thought we might
4  be -- we would have a need to know.
5  BY MR. GREENSTEIN:
6    Q.   And why do you think she sent you this
7  and said -- thought this would be of interest to you
8  both?
9    MR. HARRISON:  Same objections.
10    THE WITNESS:  I think customers had
11  issues.  And clearly that was something that was of
12  interest to me.  I'm sure that's why she sent it.
13  BY MR. GREENSTEIN:
14    Q.   Now, you see how on the second page here
15  it has a link at the top -- appears to be a link to
16  some website.
17    A.   Yes.
18    Q.   And it says "Link for the latest status
19  on CRM escalated customers," right?
20    A.   Yes.
21    Q.   Do you recall that there was somewhere
22  where you could go on the Internet to get the latest
23  status on CRM escalated customers?
24    A.   I don't recall because -- as I
25  mentioned a few minutes ago, I must have gotten

138

1  this, but I never used it.  So I don't deny that it
2  was there.  I just -- I never used it.
3    The one account that we worked with
4  them on that's listed here, you can see where
5  they've taken it -- instead of asking everybody to
6  go to that website and figure it out for
7  themselves, they've listed the hot eight -- the
8  special report.  And the one that we worked on
9  there was BellSouth.  So --
10    Q.   Do you know who had access to that --
11  that particular Internet address where it had the
12  status of the CRM escalated customers?
13    A.   I don't know.
14    Q.   So if you look back to the first page,
15  it's kind of the second e-mail in the string from
16  Mark Barrenechea, do you see that, to a number of
17  folks --
18    A.   Yes.
19    Q.   -- including Edward Sanderson?
20    A.   Yes.
21    Q.   Do you see Jeff Henley's on there?
22    A.   Yes.
23    Q.   Do you know whether these e-mails were
24  sent to Sandy -- Edward Sanderson on a frequent basis
25  during this time?

139

1    MR. HARRISON:  Objection; calls for
2  speculation and lacks foundation.
3    THE WITNESS:  I honestly don't know.
4  BY MR. GREENSTEIN:
5    Q.   And how many -- do you recall receiving
6  other e-mails like this from either Jay Nussbaum or
7  Paula Beck related to escalated CRM customers?
8    A.   No.
9    Q.   Do you recall seeing these types of
10  e-mails regarding ERP customers?
11    A.   No.  I think -- Paula would send us
12  what she thought we had a need to know, and I'm
13  sure this is just a discussion about customer
14  escalations.  She would think I'd be interested in
15  that.  And I'm sorry to say I don't remember what I
16  did with it.  But they were periodic, and I think
17  she based it on a need-to-know kind of situation.
18    Q.   So how did you personally keep track of
19  the customers that were having problems with 11i?
20    A.   You'll probably find this unusual.  I
21  use e-mail as a reminder.  If I got an issue, I did
22  something with it.  So if I got an e-mail, I
23  responded to an e-mail.
24    I kept everything.  So if I sent
25  something to someone, it went into a "send" folder.

140

1  If I had time, I'd sort them and put them in the
2  right folders, but I didn't always have the time to
3  do that.
4    And I have a pretty good memory.  I
5  have a pretty good follow-up system.  Sometimes I
6  would use my "send" folder as a reminder.  You need
7  to follow up on this, you need to follow up on
8  that.  But that was the extent of it.  And that's
9  how I managed it.
10    Q.   So would you send yourself e-mails --
11  strike that.
12    So did you keep any kind of list of
13  the customers that were having problems during that
14  time?
15    A.   No.
16    Q.   Was there any --
17    A.   Other than what was in my "send"
18  basket.
19    Q.   Was there anywhere you could go to find
20  out which customers were having which types of
21  problems?
22    MR. HARRISON:  Objection; calls for
23  speculation, lacks foundation.
24    THE WITNESS:  No.  Just trying to
25  think.  Other than what I heard about through a

Kendig, Charles 5/4/2006 9:09:00 AM

141

1    sales or through direct influence -- or interaction
2    with clients, no.
3    BY MR. GREENSTEIN:
4        Q.   Do you see in the second e-mail, in the
5    spring it says, "As a direct result of building an
6    escalation team for implementations, we have created
7    the process for reviewing, managing, resolving, and
8    measuring implementations and escalations"?
9        A.   Yes.
10       Q.   See how "it includes a precise list of
11   customers"?
12       A.   Yes.
13       Q.   "Issues within an agreed-upon
14   prioritization"?
15       A.   Um-hmm.
16       Q.   "Development sponsors, strict escalation
17   process and rules of engagement, and a strong team
18   lead, Steve Cox." Do you see that?
19       A.   Yes.
20       Q.   So reading that paragraph, as a direct
21   result of building an escalation team for
22   implementations, does that refresh your recollection
23   that Oracle built an escalation team for
24   implementations of CRM?
25       A.   No.

142

1        Q.   Who is Steve Cox?
2        A.   I don't know.
3        Q.   Don't know who Steve Cox is?
4            See where it says in No. 4, "strict
5    escalation process and rules of engagement"?
6        A.   Yes.
7        Q.   Was there a strict escalation process
8    and set of rules for engagement at this time?
9            MR. HARRISON: Objection.
10           THE WITNESS: For?
11   BY MR. GREENSTEIN:
12       Q.   For 11i problems.
13           MR. HARRISON: Objection; calls for
14   speculation, lacks foundation.
15           THE WITNESS: I look at this a little
16   differently, so -- I look at CRM, and then I look
17   at ERP, or the E-Business Suite. I look at them
18   differently.
19           As I mentioned earlier, we have always
20   had an escalation process with support for 10.7,
21   for financials, whatever it might be. This CRM
22   thing I believe was created in November of 2000. I
23   never did any of this.
24           The only CRM account I ever worked
25   with was BellSouth. So the other stuff that came

143

1    in that were issues, we dealt with the typical
2    support escalation process that had been in place
3    for some time. So just looking back at this, I
4    mean, when I see BellSouth here, yeah, I know I was
5    involved with that, but all these other ones, they
6    belong to somebody else.
7    BY MR. GREENSTEIN:
8        Q.   And who do they belong to? Do you know?
9        A.   Well, Bank of Montreal, I think that
10   was Commercial North America. You got Latin
11   America there on the third bullet, and then you've
12   got certain bugs under that.
13           HostCentric, I have no idea who they
14   are. You have Korea. Netpliance, don't know what
15   kind of business they are in. You got Malaysia.
16   Xerox -- I only know of Xerox because I used to
17   work there, but that was part of the North America
18   strategic group. Then the rest of them are
19   commercial accounts, as far as I know.
20       Q.   So when you say you look at CRM and ERP
21   differently, what do you mean by that?
22       A.   Well, I looked at them as two
23   different product lines. So when I think of 11i,
24   E-Business Suite, I think of a functional system
25   that has various modules to it. And I look at CRM

144

1    as a customer relationship management system that's
2    not necessarily joined with ERP.
3        Q.   What do you mean by that, it's not
4    necessarily joined with ERP?
5        A.   Well, one's a customer relationship
6    management system and another one's a system to run
7    your business. So as I mentioned earlier, I'm not
8    technical enough to know how they're integrated, if
9    they are integrated. I don't know.
10           All I'm saying is that, BellSouth, we
11   knew it was a CRM issue. We handled it
12   accordingly. We had the kind of conversations with
13   Barrenechea to get done what we need. But I never
14   talked about anything with 11i to Mark Barrenechea
15   or anybody that worked for him. Never.
16       Q.   Well, if you had a problem -- a customer
17   that had a problem with 11i implementation, for
18   example, who would you communicate that to?
19       A.   I would work with Oracle support, and
20   that would be -- if we were working with anybody on
21   that development, it would be somebody that worked
22   for Ron Wohl.
23       Q.   So if a customer complained to you about
24   problems with CRM, would you communicate to Ron Wohl?
25       A.   No. And I think I mentioned this

145

1  earlier. The only account that I ever remember
2  working on with CRM was BellSouth. I don't
3  remember any other account. Now, maybe I'm stupid
4  or whatever, but I just don't remember. E-Business
5  Suite's another conversation.
6      Q.  Let's focus on E-Business Suite.
7      A.  Fine. Because you were asking me
8  about this CRM escalation group and honestly I have
9  no clue what they did.
10     Q.  So focusing on 11i -- and when I say
11 that, I mean the integration of ERP and CRM packaged
12 as full E-Business Suite 11i, was there ever an
13 escalation group for the full business suite?
14     A.  Not that I know of. It was a group
15 that was there that handled normal support
16 escalations. And they would manage the account.
17 They would look at the number of TARs which they
18 had a contact at the customer location to help
19 manage through what they needed and get the
20 priorities to what they needed through that group.
21         I don't know there was anything
22 special that said these are E-Business or these are
23 11i customers. I think it was part of the support
24 escalation group that had nothing to do with CRM.
25 I could be wrong with that, but that's what I

146

1  understood.
2      Q.  So when you were informed by customers
3  that they were having problems with 11i, you looked
4  at it as just a problem with the full suite, not
5  necessarily a problem with CRM or ERP. Is that fair
6  to say?
7      MR. HARRISON:  Objection; misstates
8  testimony, vague and ambiguous.
9      THE WITNESS:  I think what I looked at
10 it is it's an issue. I don't necessarily know how
11 many modules they had. I didn't know how many they
12 implemented, whether Oracle had implemented it or
13 not, until I delved into it.
14         And the role was to find out what's
15 happening, try to get all the stores because there
16 is always another one, and go get what we need to
17 get done to get these people -- these people taken
18 care of.
19         And -- I mean, at the end of the day,
20 you get a lot of people involved, and you get,
21 Well, I understood it to be this, and it's not. It
22 was new. It was confusing. And -- but I would
23 take it as one-at-a-time kind of idea of how am I
24 going to go tackle this thing and get the help they
25 need.

147

1  BY MR. GREENSTEIN:
2      Q.  So around May 2000 when 11i was
3  released, what do you recall were the general
4  problems that customers were experiencing?
5      MR. HARRISON:  Objection; vague and
6  ambiguous.
7      THE WITNESS:  It's a long time ago.
8  As I said, I'm not a tech guy, so I don't know how
9  widgets and all that work. I just know that
10 people -- the system was not doing what they
11 thought it should for a lot of reasons, whether
12 it's customizations or scope or whatever.
13         And my role was not to figure out and
14 look at trends. My role was to get immediate help.
15 And there were people in development and support
16 that I thought were looking at the bigger picture.
17 So as you said earlier, I was the after-the-fact
18 guy.
19 BY MR. GREENSTEIN:
20     Q.  Right. But taking you back to when it
21 was released and the customers started to use 11i,
22 what were the kinds of things -- kind of problems
23 they were communicating to you?
24     A.  Just don't really remember. I mean,
25 things didn't work. But there's a myriad of

148

1  reasons why they didn't work is what I'm saying to
2  you, that -- you know, you could tell me that
3  something didn't work and I find out that you've
4  got a customized system that you're trying to use
5  this with. Well, that might change the story
6  because, if you didn't have that, the system would
7  work as intended.
8          So every story -- I mean, as long as
9  I've been there, every one is different. And so to
10 tell you honestly what were the key themes, I just
11 don't know. I just know it was a lot of stuff.
12 And you know that.
13     Q.  So do you know who Beth Ann Ziebarth is?
14 And that is Z-i-e-b-a-r-t-h.
15     A.  Is that on this document?
16     Q.  Yeah. She's listed at the bottom of the
17 first page.
18     A.  I don't know. I don't know.
19     Q.  You see the name above the
20 second-to-last line on the page that says "Max" --
21     A.  Max Schireson.
22     Q.  Yeah. And that's S-c-h-i-r-e-s-o-n --
23 is the development executive sponsor to Franklin
24 Covey. Do you know who that person is?
25     A.  I don't know him. I know of his name.

149

1  Oracle has executive sponsors for key accounts.
2  Larry has some. Jay Nussbaum had some. Sandy had
3  some. And what they tried to do is get
4  developer -- development leadership out looking at
5  key accounts as well, just to give them sense of
6  what a customer was and the kinds of things they
7  needed.
8        And I think Max was a VP, and I think
9  he was the guy in development that was asked to
10  take on Franklin Covey as a responsibility.
11     Q.  So when you say "key accounts," do you
12  recall approximately how many Oracle considered to be
13  key accounts?
14        MR. HARRISON: Objection; calls for
15  speculation.
16        THE WITNESS: Yeah, I don't know. I
17  mean, you have a group called "North America
18  strategic accounts." I don't even know if they
19  were in existence then. They have the top 130 that
20  they view are strategic to our company. And some
21  of those were assigned to executives.
22        Give you an example: Charles Phillips
23  from our group has Chicago public schools. Jeff
24  Henley has Arlington County. Different people are
25  assigned different accounts so that we have

150

1  relationships as necessary. And they help solve
2  problems too. As an executive, you come back from
3  a trip and you get on the phone with a few people,
4  things happen. And so some are good at it, some
5  aren't.
6        But we have -- and I don't know -- I
7  don't know Max personally, so I don't know -- but
8  he obviously found some things at Franklin Covey
9  that he wanted to get help with.
10 BY MR. GREENSTEIN:
11     Q.  So you said that Larry Ellison was the
12  executive sponsor for some accounts, right?
13     A.  Yes.
14     Q.  Do you recall -- 2000-2001 11i, do you
15  recall any --
16     A.  I have no clue.
17     Q.  And Jeff Henley was an executive
18  sponsor --
19        MR. HARRISON: Jeff Henley. Hold on.
20 BY MR. GREENSTEIN:
21     Q.  Jeff Henley was an executive sponsor for
22  certain key accounts back in 2000-2001?
23     A.  I think so.
24     Q.  And Edward Sanderson, Sandy Sanderson?
25     A.  I think so.

151

1     Q.  And as an executive sponsor, would that
2  mean that they would be heavily involved in dealing
3  one-on-one with the customer?
4        MR. HARRISON: Objection; calls for
5  speculation.
6        THE WITNESS: The role typically is
7  one of executive to executive where there is an
8  interested party representing Oracle. You're then
9  meeting at the executive level offering support,
10  offering a relationship, thinking long term, and
11  periodically visiting that client.
12        It could be four times a year. It
13  could be two times a year. It could be one time a
14  year. But the idea is to reach out at a senior
15  level and build relationships. They all do it
16  differently.
17 BY MR. GREENSTEIN:
18     Q.  Just looking at the second page of this
19  e-mail string. You see all those customers? Bank of
20  Montreal.
21     A.  Yes.
22     Q.  Did you have any involvement with that
23  customer?
24     A.  I think I mentioned earlier I had no
25  involvement with any of these accounts other than

152

1  BellSouth.
2     Q.  You see on the second page how it says
3  "hottest escalations" or "current hot escalation"?
4     A.  Yes.
5     Q.  Was there a specific meaning for the
6  term "hot escalation" at Oracle back in 2000-2001?
7     A.  Not that I'm aware of.
8     Q.  Were certain escalations treated
9  differently based on, you know, whether they were
10  hot, warm, cold?
11        MR. HARRISON: Objection; calls for
12  speculation, lacks foundation.
13        THE WITNESS: My sense -- my sense is
14  that people that had P-1 kind of bugs where the
15  systems were down and it was really critical would
16  probably be called "hot," and then there is other
17  situations where you need to get to them but it's
18  not going to put the system down.
19        But I don't know because I just saw
20  this thing for the first time. It was the CRM
21  escalation team. I don't know how they defined it,
22  but that would be my sense of what it was.
23 BY MR. GREENSTEIN:
24     Q.  See on the second page where it has the
25  customer Celulares Telefonica, Latin America. Do you

153

1    see that?

2        A.   Yes.

3        Q.   And do you see where it says, "Go-live

4    was supposed to be 11/3/2000" -- November 3, 2000?

5        A.   Yes.

6        Q.   -- "project team is confronting problems

7    converting iStore to Spanish."  See that?

8        A.   Yes.

9        Q.   It says, "Team has already installed the

10   NLS patch, but the iStore messages were not

11   translated by the patch."

12           Does this refresh your recollection

13   about any problems customers were having with 11i

14   in translating it to different languages?

15       A.   No.  No.  But -- because, again, I had

16   U.S. English-speaking.

17       Q.   Do you recall any customers having

18   issues with translating to a different language?

19       A.   No, I don't.

20       Q.   Do you recall any customers filing

21   lawsuits against Oracle because of problems they had

22   with 11i?

23       A.   I'm not aware of any.

24           MR. GREENSTEIN:  Why don't we go off

25   the record.

154

1            THE VIDEO OPERATOR:  We're going off

2    the record.  The time is 12:23.

3            (Lunch break taken.)

4

5

6        ///

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

155

1                AFTERNOON SESSION

2

3            THE VIDEO OPERATOR:  We are back on

4    the record at 1:28.

5    BY MR. GREENSTEIN:

6        Q.   Good afternoon, Mr. Kendig.

7        A.   Hi.

8        Q.   During 2000-2001, were you ever involved

9    in any demonstrations of Oracle Suite 11i product

10   with customers?

11       A.   No.

12       Q.   Did you ever have discussions with other

13   people about their involvement in demonstrations of

14   Suite 11i with Oracle customers?

15       A.   I recollect -- I'm just trying to

16   think here -- a gentleman named David Natelson --

17   Dave Natelson, who was the vice president of sales

18   for apps public sector, was working on demos of the

19   product.  I don't remember the discussion.  I know

20   that Dave was heavily involved in that.

21       Q.   Do you recall anything else in the

22   2000-2001 time frame about problems -- or, strike

23   that.

24           Do you recall any communications

25   during 2000-2001 about problems that Oracle was

156

1    having with demonstrations of 11i with customers?

2            MR. HARRISON:  Objection; vague.

3            THE WITNESS:  No.

4    BY MR. GREENSTEIN:

5        Q.   Do you know what it means to go live on

6    11i?

7        A.   Yes.

8        Q.   And what does that mean?

9        A.   It means that you push the button and

10   you're -- it's a way of life.  It's a system that

11   helps operate your company.

12       Q.   So what do you mean by when you push a

13   button?

14       A.   Well, you make a determination that

15   you're ready that -- that work that's normally done

16   to get ready to get moved from a legacy system to a

17   new system, all that -- all the work that's

18   associated with that, you plan -- you have a

19   timeline of events that have to occur, and

20   generally, once all those events have occurred,

21   people plan out and they have a go-live date.

22           The goal is to get everything done

23   that you need to get done to go live.

24       Q.   So do you recall around the third

25   quarter fiscal '01, which is December 2000 to January

157

1 2001 -- do you recall how many customers were
2 so-called "live" on Suite 11i?
3     A.  No.
4     Q.  Is it possible for a customer to be live
5 on 11i and still have P-1 bugs?
6         MR. HARRISON:  Objection; calls for
7 speculation; lacks foundation.
8         THE WITNESS:  It's possible.
9 BY MR. GREENSTEIN:
10    Q.  Why do you say that?
11    A.  You could go live, and if all the
12 prework was done, you might find a situation where
13 you try to do something with a system that doesn't
14 work properly that shuts it down.  And that would
15 be a severity of P-1 where you need immediate help
16 to get that problem solved.
17        So like I was saying earlier, I think
18 that things happen with software and you don't
19 always -- you're not able to know all the time what
20 they are, and sometimes you get into a P-1.  That's
21 generally the only time you get it because before
22 that you don't know.
23    Q.  Now, was -- was there a person that
24 would make the decision whether or not to cite a
25 customer as a live 11i customer?

158

1     A.  No.
2     Q.  So do you know how Oracle would
3 determine which customers were actually live on 11i?
4     A.  Generally, we would know when
5 customers were going live because we would be
6 working with them, especially if Oracle consulting
7 was involved.  We'd be working with them to do the
8 kinds of things you need to do to get ready to go
9 live.
10        And generally what happens is that
11 when a customer is ready to go live we can put them
12 on a list with support, so that if anything comes
13 up that's going to get in the way, they get special
14 attention.  But there is no formal process that
15 says you have to do A, B and C and then you go on a
16 go-live list.
17        Some customers would say, "We'll
18 handle it ourselves.  We don't need you to be
19 involved in our go-live."  Especially if a third
20 party did the integration.  So I think it's one of
21 those things where customers decide when they want
22 to go live.  They do what they need to do to get
23 ready to go live and they do it, and as things
24 begin to happen, they deal with it.
25    Q.  Now, did customers have to tell Oracle

159

1 that they -- strike that.
2         In order for Oracle to cite a live
3 customer or to tell the market that it had a
4 customer that was live on 11i, did the customer
5 have to endorse that?
6     A.  Not that I'm aware of.
7     Q.  And do you recall -- well, who is the
8 first customer that you recall going live on 11i?
9     A.  I don't recall.
10    Q.  Do you recall any customers going live
11 on 11i?
12    A.  Yes.
13    Q.  Which customers?
14    A.  San Diego State, Caltech, Chicago, New
15 York, New York State Environmental, State of
16 Virginia, New Orleans public schools.  All at
17 different stages.  I mean, you go live, you
18 generally go to the few modules and you add.  But
19 those are some that I recall.
20    Q.  So it's possible when you say that a
21 customer is live on 11i -- is it possible that they
22 could only be live on certain modules within 11i but
23 not the full suite?
24    A.  Yes.
25        MR. HARRISON:  Objection; vague.

160

1         THE WITNESS:  Yes.
2 BY MR. GREENSTEIN:
3     Q.  So if a customer implemented financials,
4 for instance, and they were working with the
5 application financials but the rest of the suite
6 hadn't been implemented, would that be considered
7 going live on 11i?
8         MR. HARRISON:  Objection; vague.
9         THE WITNESS:  It would be -- it would
10 be considered going live with that module but not
11 the entire suite.  Many customers -- many customers
12 don't use the entire suite.  It's the capability to
13 use it, but many customers don't use it.
14 BY MR. GREENSTEIN:
15    Q.  But if Oracle were to tell the market
16 that the customer was live on Suite 11i back in
17 2000-2001, would that mean to you they were live on
18 the full business suite CRM/ERP, or could that mean
19 that they're live on just the ERP family modules?
20        MR. HARRISON:  Objection; calls for
21 speculation; lacks foundation.
22        THE WITNESS:  I think it would depend
23 on the situation.
24 BY MR. GREENSTEIN:
25    Q.  So it's possible that Oracle told the

161

1   market that a customer is live on Suite 11i but they
2   would only be live on a certain portion of 11i,
3   correct?
4        MR. HARRISON:  Same objections.
5        THE WITNESS:  Yes.
6   BY MR. GREENSTEIN:
7        Q.   Of those customers you've just mentioned
8   as going live on 11i, do you recall if the date on
9   which they went live was previously delayed -- that
10  was a bad question.  Sorry.  Strike that.
11       Do you recall any go-live dates for
12  11i customers being delayed during 2000-2001?
13       A.   I don't recall any specifically.  I
14  know there were some, but I just don't remember
15  specifically.
16       Q.   So how do you know there were some?
17       A.   I just remember in the context of my
18  memory that, as I mentioned earlier, sometimes
19  things get delayed.  Let's say, for instance, a
20  customer has not gone through all that they need to
21  to get ready for the go-live.  Rather than do it --
22  just to do it, they'll postpone it for three months
23  or four months, whatever they deem necessary.
24       There is a lot of reasons for why
25  people don't go live.  So -- I mean, every one of

162

1   them are different.  But again, I don't know
2   exactly what accounts, but I know situations where
3   people have not gone live for reasons like that.
4        MR. GREENSTEIN:  Let's mark this as
5   Kendig No. 3.
6        (Exhibit No. 3 was marked for
7   identification by the reporter.)
8        MR. GREENSTEIN:  For the record, this
9   is a November 8, 2000, e-mail string -- actually,
10  it's just one e-mail -- Bates-numbered NDCA-ORCL
11  055983 through 055986.
12       Q.   Mr. Kendig, just go ahead and take a
13  look at that.
14       A.   Okay.
15       Q.   Just let me know when you're finished.
16       A.   Okay.
17       Q.   Have you ever seen this document before?
18       A.   Yes.
19       Q.   When did you first see it?
20       A.   I'm not finished.
21       Q.   Oh, sorry.  Just let me know.
22       A.   Yeah.  Okay.
23       Q.   And directing your attention to the
24  first page.  See how it's from Jay Nussbaum.  He
25  says, "Charlie, fyi"?

163

1        A.   Yes.
2        Q.   Let me step back.  You said you've seen
3   this document before, correct?
4        A.   Yes.
5        Q.   And when did you first see it?
6        A.   I believe I saw it on November 18,
7   2000.
8        Q.   And why was Jay Nussbaum sending this to
9   you?
10       A.   My direct manager was Jay Nussbaum,
11  and Jay knew that I was heavily involved with
12  customers' use, what the product was doing,
13  training, a lot of different things, of customers
14  who were moving forward and just made me aware
15  through this communication some of the things the
16  company was doing to deal with it.
17       Q.   To deal with what?
18       A.   To deal with the issues that were
19  being raised by customers.
20       Q.   Customer problems?
21       A.   Yes.
22       Q.   See how in the -- I guess it's the
23  second e-mail string it says from Al Snyder?
24       A.   Yes.
25       Q.   And who is Al Snyder?

164

1        A.   And I apologize.  Al Snyder was also a
2   leader of -- he was a leader of North America
3   support, field support, and the gentleman I talked
4   to about earlier -- the guy I was talking to
5   earlier this morning, the support guy.  Anyway, Al
6   had responsibility for United States support.
7        He worked for at the time -- you'll
8   see the name Gary Bloom.  Gary Bloom took over for
9   Mike Rocha.  I forgot that he was in that mix of
10  management.  But all the people in the firm, Al
11  Snyder to the cc line, were typically -- most of
12  them were senior staff members that reported to
13  Larry Ellison.
14       So Jay, in communication from Al who
15  ran support, communicated to me, Hey, here's some
16  of the things we're going to deal with, the
17  documentation, the training, the bugs, the issues
18  the customers were bringing to our attention.
19       Q.   You see how Edward Sanderson is on
20  there?
21       A.   Yes.
22       Q.   And you see how later -- or down in the
23  e-mail, it says, "Sandy recently asked me to put
24  together a list of actions that support is taking to
25  improve our ability to support the 11i products and

165

```
1    upgrades for presentation at a partner conference."
2    Do you see that?
3         A.   Yes.
4         Q.   Now, does this refresh your recollection
5    at all about the level of involvement that Sandy
6    Sanderson had in the release and -- the release and
7    support of Suite 11i?
8              MR. HARRISON:  Objection; vague.
9              THE WITNESS:  Sandy ran consulting.
10   So Sandy's people that were involved in
11   implementations were bringing issues to him, as
12   were customers.  And I think he went to Al Snyder,
13   who ran U.S. support at the time, and said, "What
14   are you guys doing?  I need to know what you guys
15   are doing so I can share that."
16             He said here, "share at partner
17   conferences."  I don't know whether that happened
18   or not.  But I remember this note.  I don't know
19   what he did with the information.  For me, it was a
20   helpful little primer that, you know, as I talked
21   to people, here's what Oracle's doing.  I thought
22   that was a good summary of it, but that's it.
23   BY MR. GREENSTEIN:
24        Q.   So you said customers would talk
25   directly to Sandy Sanderson, right?
```

166

```
1         A.   Yes.
2         Q.   And do you know why this occurred at
3    this time, November 16, 2000?
4         A.   I don't know.
5              MR. HARRISON:  Objection; vague.
6              THE WITNESS:  I don't know.
7    BY MR. GREENSTEIN:
8         Q.   Were you ever made aware that Sandy
9    asked anybody to put together a list like these for
10   support issues?
11        A.   I'm not aware.
12        Q.   And what is a partner conference?
13             MR. HARRISON:  Objection; calls for
14   speculation, lacks foundation.
15             THE WITNESS:  Periodically Oracle
16   meets with partners who we engage to help us
17   implement Oracle products.  All customers do not
18   use Oracle consulting.  They use various systems
19   integrators, so it's important for us to
20   communicate with them.  I think that's what this
21   is.
22   BY MR. GREENSTEIN:
23        Q.   And do you recall any specific partners
24   that Oracle used during 2000-2001?
25        A.   Not offhand.
```

167

```
1         Q.   Do you recall whether IBM consulting was
2    a partner?
3         A.   I don't know.
4         Q.   Bearing Point?
5         A.   Bearing Point was and is a partner.  I
6    don't know whether they were involved in 11i or --
7    I don't know what they were involved with.
8         Q.   Okay.  You see how there is the
9    attachment that says 11i actions by support.  The
10   following pages are -- looks to be the attachment to
11   this e-mail; is that right?
12        A.   Yes.
13        Q.   Do you recall receiving this attachment
14   along with the e-mail?
15        A.   Yes.
16        Q.   Do you recall opening this attachment?
17        A.   No.
18        Q.   Take a look at page 2, which is
19   NDCA-ORCL 055984.  You see at the top where it says,
20   "Support has launched several key initiatives to
21   ensure the 11i preparedness of not only ourselves but
22   our customers."  See that?
23        A.   Yes.
24        Q.   Now, do you know what it means when they
25   say "launched several key initiatives"?  Do you know
```

168

```
1    what those key initiatives were?
2              MR. HARRISON:  Objection; lacks
3    foundation.
4              THE WITNESS:  I don't know.  I mean --
5    BY MR. GREENSTEIN:
6         Q.   Do you know why -- strike that.
7              Do you know why they were launching
8    several key initiatives at this time?
9              MR. HARRISON:  Same objection.
10             THE WITNESS:  Well, I think there
11   was -- there was feedback that there were issues
12   out there, and they wanted us to do a better job of
13   preparing ourselves to deal with issues as well as
14   help customers get trained to deal with whether it
15   was training or scope or product, whatever it was
16   that they needed to know.
17             It appears that these initiatives,
18   which looks like they're outlined here, were done
19   to help us be more effective and help the clients
20   be more effective.
21   BY MR. GREENSTEIN:
22        Q.   You see in the second kind of section of
23   bullet points that says "Customer Self-Service
24   Toolkits on MetaLink"?
25        A.   Yes.
```

Kendig, Charles  5/4/2006  9:09:00 AM

---

169

1     Q.   Does that refresh your recollection that
2   MetaLink was in existence as of at least
3   November 2000?
4     A.   It does.
5     Q.   Okay.
6     A.   It does.
7     Q.   Okay.  And what are toolkits on
8   MetaLink?  What does that mean, if you know?
9     A.   I don't know.
10    Q.   But MetaLink, I think you earlier said,
11  was a way that customers could communicate to Oracle
12  if they were having issues with 11i; is that right?
13    A.   Yes.  Not necessarily with 11i.  It's
14  getting an answer to what they think is a problem.
15    Q.   It's a way of communicating to Oracle if
16  they have a problem with any product, right?
17    A.   With product or with --
18    Q.   Service?
19    A.   People used it for anything, so
20  whether it's Oracle University or anything else.
21  So it could be -- it's like a repository of where
22  people go to register comments.
23    Q.   And do you know if MetaLink had --
24  strike that.
25         Do you know if the information

---

170

1   communicated through MetaLink was saved anywhere at
2   Oracle?
3     A.   I do not know.
4     Q.   Was it a website that customers could go
5   to on the Internet, do you know?
6     A.   Yes.
7     Q.   And do you know who was in charge of
8   MetaLink in any way?
9     A.   People that would be in charge of
10  MetaLink would have reported through Al Snyder.
11    Q.   And who did Al Snyder report to again?
12    A.   He reported to, at this particular
13  time, Gary Bloom.
14    Q.   Okay.  And do you recall that Gary Bloom
15  left Oracle?
16    A.   Yes.
17    Q.   And do you know why he left Oracle?
18    A.   I believe he took a CEO assignment at
19  Veritas.
20    Q.   Do you see in that second of bullet
21  points -- I think it's the second indented bullet --
22  it says "TAR templates"?
23    A.   Yes.
24    Q.   What does that mean?
25    A.   There is certain information that

---

171

1   clients -- we need clients to provide to us so that
2   we can track back, first of all, whether they're
3   eligible to use MetaLink, what products they have,
4   key e-mail addresses, things like that.
5         So rather than just go in
6   helter-skelter, there were templates completed to
7   help the customer fill out what we needed.  When
8   you had people on the telephone, you'd ask those
9   questions.  But part of the evolution of MetaLink
10  was to create templates that would, you know, ask
11  the questions, ask them once, get it to the right
12  engineer.
13         So it would help facilitate moving the
14  problem to the right person or organization for
15  resolution.
16    Q.   And I think you said that customers if
17  they had access to MetaLink.  So were --
18    A.   Yes.
19    Q.   -- were there certain customers that
20  didn't have access to MetaLink?
21    A.   Everyone had access to MetaLink that
22  paid their support annual charges.  In other words,
23  you pay a license fee.  You pay a percentage of
24  that for support.
25    Q.   And what percentage typically would --

---

172

1     A.   Twenty-two percent.
2     Q.   Did that ever change during your time at
3   Oracle?
4     A.   I can't say clearly yes or no.  I just
5   don't remember.
6     Q.   So every customer that had access to
7   MetaLink paid their support annually.  Is that what
8   you said?
9     A.   Yes.
10    Q.   So was that normal to pay your -- for
11  customers to pay their support annually?
12    A.   Yes.
13    Q.   Were there any customers that paid it
14  monthly?
15    A.   Not that I'm aware of.
16    Q.   See down on the second set of bullet
17  points where it says "White Papers"?
18    A.   Yes.
19    Q.   "In-depth information on most common
20  issue areas."
21         Now, do you recall seeing any white
22  papers during 2000-2001?
23    A.   No.
24    Q.   Did you ever talk to anybody about any
25  white paper?

---

Oracle

173

1    A.   Not that I recall.

2    Q.   You see how it says, "Critical alerts.

3  Urgent issues within the application are noted here"?

4    A.   Um-hmm.  Yes.

5    Q.   What is a critical alert, if you know?

6    A.   I don't know.

7    Q.   It says -- as part of your duties as the

8  vice president of quality for OSI, you never used

9  critical alerts?

10    A.   I never used critical alerts.

11    Q.   Do you have any system or any type of

12  alerting system that you used to inform you of urgent

13  issues within the application?

14    A.   No.

15    Q.   In the last section of bullet points on

16  page 2 of this document, it's the second fully

17  indented bullet point.  You see where it says "iTAR

18  routing logic improved to deliver issue to the right

19  analyst"?

20    A.   Yes.

21    Q.   Do you know what iTAR is?

22    A.   Yes.  It's Internet TAR.

23    Q.   What is that?

24    A.   It's a process where you -- where you

25  complete a document in MetaLink with a concern,

174

1  whether it's a product concern, a bug, whatever --

2  "I can't get the right documentation."  Whatever

3  the issue is, instead of doing it via phone, we do

4  it via the Internet through this website that moves

5  into MetaLink.

6         And what that does, then, it's sorted.

7  And the idea was to get that to the right analyst.

8  Instead of calling up and hoping that you get the

9  right analyst, this way we use technology to try to

10  understand what the issue was and get it to people

11  who had the right expertise to deal with it.

12    Q.   Was the right analyst.  What do you mean

13  by "analyst"?

14    A.   An analyst would be a support

15  engineer.  As you can imagine, everybody doesn't

16  know everything about every product.  And so we had

17  some people who were more skilled at applications

18  versus database.  We had people who had just more

19  experience.

20         So we would basically try to give the

21  issue to the person who had the most experience.

22  And also it was used to kind of keep track of the

23  volume of iTARs that people were getting.

24         If somebody had fifty, giving them

25  another one's probably not going to help them.  So

175

1  we'd try to balance -- help us balance with those.

2    Q.   It's a way to track TARs, in other

3  words?

4    A.   It's a device to get the problem to

5  the person who can solve it the best.

6    Q.   If you turn to page 3 of this document,

7  and you see the heading that says, "Resources

8  all-" -- it's the third heading down -- "Resources

9  allocated toward 11i customers for account

10  management."

11         You see the second bullet point says,

12  "11i Hot Issue Reports distributed to support

13  managers to ensure visibility for customers with

14  pending critical milestones."  See that?

15    A.   Um-hmm.

16    Q.   Do you know what an 11i Hot Issue Report

17  is?

18    A.   No.

19    Q.   Did you ever use a Hot Issue Report at

20  Oracle?

21    A.   No.

22    Q.   Do you know who did use Hot Issue

23  Reports at Oracle?

24    A.   It says here distributed to the

25  support manager, so I think it was an internal

176

1  support report.

2    Q.   Independent of what you read in this

3  document, do you recall ever seeing or talking about

4  a Hot Issue Report during 2000-2001?

5    A.   I don't recall it.

6    Q.   Do you know if these Hot Issue Reports

7  were saved anywhere?

8    A.   I don't.

9    Q.   And you see the last bullet point on

10  that third page where it says -- it's the third and

11  fourth indented bullets -- it says "product volume

12  reports; customers volume reports"?

13    A.   I see it.

14    Q.   Do you know what those are?

15    A.   I do not.

16    Q.   And the last page, first bullet, it

17  says, "Expanded role of our Global Competency

18  Council, GCC."  Do you know what global -- the Global

19  Competency Council was?

20    A.   I do not know.

21         MR. GREENSTEIN:  All right.  Put that

22  aside.  Mark this as Exhibit 4, please.

23         (Exhibit No. 4 was marked for

24  identification by the reporter.)

25  BY MR. GREENSTEIN:

177

1    Q.   Let me know when you're done looking at
2  it.
3    A.   (Witness reviews document.)
4    Q.   Actually, you don't have to read the
5  whole thing.  I'm just going to ask one or two
6  questions about it.
7       MR. HARRISON:  I just want to note
8  that there is some skipping in the Bates numbers.
9  I don't know if that is intentional or not, but for
10 the record, it's something we can clear up later.
11 I just wanted to make you aware of it.
12      MR. GREENSTEIN:  Okay.  Anyway, on the
13 second page of this document -- for the record,
14 this document is -- the first page is 154810.  And
15 then the second and third pages are 154828 to -829.
16 It's 154828.
17   Q.   Mr. Kendig, do you see that link to a
18 website there that's http://onsupport.ca.oracle.com?
19   A.   Yes.
20   Q.   Do you know what that is?
21   A.   I do not.
22   Q.   Do you see at the top of that page, in
23 the left-hand corner, it says "America's OSS
24 Organizational Update"?
25   A.   Yes.

178

1    Q.   What does "OSS" mean, if you know?
2    A.   I believe it's "Oracle support
3  services."
4    Q.   Have you ever received one of these OSS
5  organizational updates during 2000-2001?
6    A.   I don't recall.
7    Q.   You see down in the second paragraph
8  where it says, "Here are just a few of the highlights
9  of the first half of fiscal year '01"?
10   A.   Yes.
11   Q.   You see in the first bullet point it
12 says, "Nearly all of our customers are registered on
13 MetaLink"?
14   A.   Yes.
15   Q.   Does that refresh your recollection that
16 most of Oracle's customers were registered on
17 MetaLink at this time?
18   A.   Yes.
19   Q.   If you turn to the second page, please.
20 And I'll direct your attention down to the portion
21 which says, "The second half of fiscal year '01 will
22 bring even more challenges."  See that?
23   A.   Yes.
24   Q.   See the second bullet point that says,
25 "Implement GSI, OKS, and other infrastructure

179

1  improvements"?
2    A.   Yes.
3    Q.   Do you know what GSI is?
4    A.   I do not.
5    Q.   Do you know what OKS is?
6    A.   I do not.
7    Q.   Okay.  Put that aside.
8       Now, going back to Exhibit 3, that
9  e-mail I showed you, on November, I believe, 7,
10 2000, is there any reason why that e-mail wouldn't
11 be found in your files today?
12      MR. HARRISON:  Objection; calls for
13 speculation, lacks foundation.
14      THE WITNESS:  Which one is that?
15      MR. HARRISON:  That's the right one.
16 Kendig No. 3?
17      MR. GREENSTEIN:  Yes.
18      MR. HARRISON:  This is it.
19      THE WITNESS:  Oh, excuse me.
20      MR. GREENSTEIN:  Sorry.  It's the
21 November 18, 2000, e-mail.
22      MR. HARRISON:  What's the question?
23 BY MR. GREENSTEIN:
24   Q.   And the question is, is there any reason
25 why this e-mail wouldn't be on your computer today?

180

1       MR. HARRISON:  Same objections.
2       THE WITNESS:  I don't know.  There is
3  no reason.
4  BY MR. GREENSTEIN:
5    Q.   Do you remember deleting this e-mail
6  ever?
7    A.   I don't remember.
8       MR. GREENSTEIN:  Mark this as No. 5,
9  please.
10      (Exhibit No. 5 was marked for
11 identification by the reporter.)
12      MR. GREENSTEIN:  For the record, this
13 is an e-mail string which begins with an April 4,
14 2001, e-mail from Charles Kendig to various
15 individuals.  It's Bates-numbered 019708 through
16 019710.
17   Q.   If you'd just go ahead and review it.
18   A.   Okay.
19   Q.   Now, have you ever seen this e-mail
20 before?
21   A.   Yes.
22   Q.   And when was that?
23   A.   I remember the situation pretty well.
24   Q.   And this involves a situation with a
25 customer Sierra, correct?

181

1      A.   Yes.

2      Q.   And is that just -- that's short for

3   something, right?

4      A.   Sierra Healthcare.

5      Q.   And what do you recall about this

6   situation?

7      A.   I actually participated in a visit to

8   Sierra Healthcare.  I believe it was conducted by

9   Chuck Silva and his team.  Highly customized

10  client.  And we were very, very anxious to work

11  with them, big West Coast customer.  We felt it

12  would be a good reference for us.

13          We wanted to do whatever we could to

14  try to help them, even though many of the things

15  that occurred were really as a result of

16  customizations.

17          So I was at the meeting there, as was

18  Cynthia Watson, who worked for me; Tony Pascaretta,

19  who was the healthcare sales manager; and, of

20  course, a lot of the people there that are noted

21  as -- that represented the customer.

22     Q.   And you say that involved a lot of

23  customization.  What kind of customizations do you

24  recall?

25     A.   I don't recall exactly, but they and

182

1   other customers didn't simply want to change the

2   business processes that they had.  And so the

3   ability to put in a vanilla system would be very

4   complex for us and for them.  And for them, my

5   recollection is that that was really the root of

6   what the issues were.  We tried to help them, and

7   we did help them.

8          As I mentioned earlier, this part of

9   the business, the healthcare business, is now part

10  of the North America sales commercial organization.

11  But as far as I know today, they are a reference,

12  and a lot of that has to do with how we helped them

13  back -- back during that time period.

14     Q.   And directing your attention to the

15  second page.

16     A.   Yes.

17     Q.   This appears to be part of an e-mail

18  from Matt Francis to Tony Pascaretta?

19     A.   Yes.

20     Q.   Who was Matt Francis?

21     A.   Matt Francis was the account manager

22  assigned to Sierra Health.

23     Q.   Was he assigned to any other customers,

24  if you know?

25     A.   Yes.

183

1      Q.   Were they healthcare customers, do you

2   know?

3      A.   Yes.

4      Q.   And what customers do you recall?  Just

5   generally.

6      A.   I don't recall any.  Typically they

7   had more than one account.

8      Q.   And who is Antonio Pascaretta?

9      A.   Antonio Pascaretta was the executive

10  responsible for the entire healthcare business for

11  Oracle.

12     Q.   Actually, I'm going to direct your

13  attention to the first page.  And this is an e-mail

14  from you to various individuals, including Richard

15  Sellers and Ronald Wohl.  Do you see where it says,

16  "Here's some feedback from one of your most valued

17  healthcare accounts, Sierra"?

18     A.   Yes.

19     Q.   When you say "most valued healthcare

20  accounts," why did you say that?

21     A.   It was an account that was

22  leading-edge.  It was an account that we valued

23  because they had influence in the western part of

24  the country.  They were a voice in the healthcare

25  marketplace, and we thought that a long-term

184

1   relationship with them would really help us in our

2   marketing efforts for the future.

3      Q.   Turning your attention to the second

4   page, and I guess it's the first paragraph below the

5   bullet point, do you see where it says, "This meeting

6   was very insightful but very painful"?

7      A.   Yes.

8      Q.   "It became very clear that everyone at

9   Sierra is watching us closely to see how we handle

10  their upgrade issues that are currently causing great

11  pain within their organization"?

12     A.   Yes.

13     Q.   Do you know what Matt Francis meant when

14  he said that the meeting was very painful?

15          MR. HARRISON:  Objection; calls for

16  speculation, lacks foundation.

17          THE WITNESS:  I don't really know what

18  he meant, other than I think he was trying to make

19  the point that there is some things that we need to

20  get done there.

21  BY MR. GREENSTEIN:

22     Q.   Were you at that meeting?

23     A.   I don't know -- I don't recall if I

24  was at this meeting, but I was at the meeting with

25  these same people.  I don't remember whether I was

185

1 at this one or not.

2    Q.   Do you see down there where it says, "It

3 is important to sum up the current perspective of the

4 customer"?  Do you see that?

5    A.   Yes.

6    Q.   Is says, the first bullet, "They

7 currently feel they are paying a great deal of money,

8 500K, for Silver Support from which they're getting

9 very little value."  Do you see that?

10    A.   Yes.

11    Q.   Do you recall the customer raising this

12 issue with Oracle?

13    A.   Not specifically, no.

14    Q.   Where it says "Silver Support," what

15 does that mean?

16    A.   Silver Support was a designated level

17 of support.  They had Gold, Silver, and Bronze.

18 Silver had more privileges at a higher cost than

19 did Bronze and less than Gold.  I don't know

20 exactly what those were, but there was a

21 designation on the level of what you got for your

22 money.

23    Q.   So do you recall that Sierra felt that

24 they were getting very little value from Silver

25 Support?

186

1    A.   That's what this note says.  We had a

2 lot of discussion about support with Sierra, and

3 they didn't know how to use support.  We -- you'll

4 see on the next page where we assigned somebody to

5 help them with that to utilize it more effectively.

6    Q.   And you see the second bullet point

7 where it says:  Additionally, they feel that they

8 have been forced on the bleeding edge of migration

9 from 10.7 to 11i --

10    A.   Yes.

11    Q.   -- based on Oracle's initial direction

12 that 10.7 would be desupported.  Do you see that?

13    A.   Yes.

14    Q.   Do you recall that the customers of

15 Sierra felt that they were being forced to migrate

16 from 10.7 to 11i?

17    A.   That's what he's got written down

18 here.  We talked a little bit earlier, I think,

19 about desupport and notification customizations and

20 how that might affect somebody's decision.  Very,

21 very highly customized.  It would have really been

22 tough for them to do it.

23    Q.   Do you recall that customers were --

24 felt that they were being forced to upgrade from 10.7

25 to 11i more quickly than they could?

187

1        MR. HARRISON:  Objection; vague, asked

2 and answered.

3        THE WITNESS:  I mean, I think that the

4 notification had been provided.  I think I

5 mentioned earlier that there's a lot of work that

6 goes into an upgrade.  And why we provide that time

7 is to help them get at that.

8        And since it was such a huge

9 understanding, Oracle, I think -- can't remember

10 exactly, but I think we changed it twice.  We

11 extended it twice to try to help out where there

12 was a view of "we're going too fast."

13 BY MR. GREENSTEIN:

14    Q.   And that was because customers were

15 telling Oracle that they didn't want to upgrade that

16 quickly, right?

17        MR. HARRISON:  Objection; vague --

18        THE WITNESS:  Some.

19        MR. HARRISON:  -- overbroad.

20        THE WITNESS:  Some.

21 BY MR. GREENSTEIN:

22    Q.   See in the second bullet point -- or,

23 sorry -- third bullet point where it says, "They are

24 feeling that there is very little capable technical

25 assistance with respect to upgrades from 10.7 to 11i

188

1 and that it doesn't seem, from their experience, that

2 Oracle is ready for the upgrade to occur."  See that?

3    A.   Yes.

4    Q.   Do you recall Sierra being concerned

5 with the level of technical assistance they were

6 getting with respect to the upgrade?

7    A.   Yes.

8    Q.   And what do you recall about that?

9    A.   I recall that they were complaining

10 that they would call into support and weren't

11 getting the right engineering support that they

12 thought they should get.

13        You'll recall earlier I was talking

14 about calls were coming in at a high rate than we

15 had been -- had experienced in the past, for a lot

16 of reasons.  People had 10.7 or 11i or

17 documentation or whatever it would be, so we had

18 our hands full, clearly, as you know.  And so they

19 didn't feel like they were getting what they

20 needed.

21        We, of course, said, you know, "You

22 guys are customized.  This is going to be a very,

23 very tough thing to get done."  But we were there

24 for them, as you can see on page 3.

25    Q.   All right.  Do you know if there were

**189**

1  any promises made to this customer that they would be
2  able to upgrade in a certain amount of time?
3      MR. HARRISON: Objection; calls for
4  speculation, lacks foundation.
5      THE WITNESS: I'm not aware.
6  BY MR. GREENSTEIN:
7      Q.  See the first bullet point there where
8  it says, "They continue to experience problems and
9  delays in accessing support to help them on time and
10  on budget for their upgrade.  For example, they
11  recently were given an HR global patch that did not
12  work." See that?
13      A.  Yes.
14      Q.  Do you recall that HR global patch that
15  didn't work?
16      A.  I do not.
17      Q.  See there it says, "After almost two
18  weeks of trying to sort it out, they were finally
19  told to roll back, which ended up costing them two
20  weeks off of their schedule and $10,000 in labor.
21  Last week, they had another support setback which
22  caused them to seriously consider their rollout by a
23  month." Do you see that?
24      A.  Yes.
25      Q.  Do you recall that Sierra was seriously

**190**

1  delaying their rollout of 11i?
2      A.  I don't recall that specifically, no.
3      Q.  Do you recall that they -- that problems
4  with 11i forced them two -- or cost them two weeks
5  off their schedule and 10,000 in labor?
6      A.  I'm not aware of that.
7      Q.  Do you see -- so where it says 10,000 in
8  labor, do you know if that means $10,000 that they
9  spent on labor?
10      A.  I don't know.
11      Q.  If customers had problems and they
12  needed to fix it, would they typically spend their
13  own money to do that or would they ask Oracle to fix
14  the problem?
15      MR. HARRISON: Objection; vague,
16  overly broad.
17      THE WITNESS: Customers ask a lot of
18  things.  Typically they call support and work with
19  support to get their issues resolved.  Might be
20  different if there is a third-party vendor doing
21  work for them.  Every situation is a little bit
22  different.
23  BY MR. GREENSTEIN:
24      Q.  You see after the bullet point it says,
25  "These issues are extensions of the issues that were

**191**

1  brought up by Chuck at Leaders Circle."
2      A.  Yes.
3      Q.  Do you know who Chuck is?
4      A.  Chuck Silva.
5      Q.  And what's Leaders Circle?
6      A.  Leaders Circle is an annual, sometimes
7  semiannual, event where Oracle has a communication
8  session with key C level.  We just had one in
9  Washington, for instance, where they share
10  information about what's happening in the company.
11  They solicit feedback.  It's more of a -- more of a
12  communication session to hear from the customer and
13  share information within customers.
14      Q.  When you say key-level executives, what
15  do you mean by that? C level.
16      A.  Generally C-level people.  So in this
17  case, I don't know, this guy Bob Schaich,
18  S-c-h-a-i-c-h, he may not have been able to go, but
19  Chuck was there participating.
20      Q.  You see under that line that says --
21  their bullet points says, "Oracle provided
22  compensation for the time and dollars lost due to the
23  bad information around the patch issues above." Do
24  you see that?
25      A.  Yes.

**192**

1      Q.  Do you know what that means?
2      A.  I think they wanted to be reimbursed
3  for -- I mean, it says what it says.  I didn't
4  write the letter, so --
5      Q.  Do you recall Sierra wanting to be
6  reimbursed for problems they were having?
7      A.  Not that I recall.
8      Q.  Do you recall customers asking Oracle
9  for compensation for problems that they were having
10  with the upgrade?
11      A.  I think there's been situations where
12  that's occurred, yes.
13      Q.  And what situations are those?
14      A.  I'd say Yale is one.  Yale's one that
15  comes to mind.
16      Q.  And what do you recall about them
17  seeking compensation from Oracle?
18      A.  Yale was an early adapter in the
19  higher-education space.  They worked with us as a
20  beta partner, and they were totally customized, but
21  they knew going in that this was the biggest thing
22  that we'd ever done and wanted to be a part of
23  that.
24      And we were excited about that because
25  we could learn from them as we got more proficient

193

1 with the product. We could take what they learned
2 and roll it into future releases.
3         There was a time when Yale came back
4 to us and said, "This is costing us too much
5 money." And we said, "We understand that. You're
6 a partner. You went into this with your eyes
7 wide-open. You're going to get it first. You're
8 going to get the enhancements first. And that's
9 the partnership." And we didn't give them
10 anything.
11     Q.   So Oracle never compensated Yale for any
12 problems?
13     A.   Not that I'm aware.
14     Q.   Do you remember any other customers that
15 requested compensation from Oracle?
16     A.   Not offhand. I mean, it happens. I
17 don't remember anybody specifically. If you hit me
18 with a name, I might, but I just don't -- I know
19 Yale because I was very involved with it.
20     Q.   Now, was there somebody that was in
21 charge of determining whether compensation was going
22 to be given to a customer, or was that something that
23 was a case-by-case basis?
24     A.   Case by case.
25     Q.   Now, if a customer came to you and said

194

1 "we want compensation for problems we're having," who
2 would you take that information to?
3     A.   I would generally take it to the sales
4 organization or to Jay Nussbaum.
5     Q.   And was there some sort of authority --
6 or, strike that.
7         Was there some sort of approval
8 process that would have to occur for a customer to
9 actually get compensation?
10     A.   Always.
11     Q.   And what was that approval process?
12     A.   Maybe I can help with the
13 "compensation" definition, because compensation
14 might be monetary.
15         Whenever we -- like in the case of
16 Sierra, we tried to help them through -- we put
17 some consultants on there to try to help them with
18 phase time on on-site location. We gave them
19 special attention and support to the installation
20 process. We visited with them and monitored that
21 to make sure that things happened the way
22 that people wanted.
23         I don't know of any case -- I don't
24 know of any case where we have given anybody
25 absolute dollars.

195

1     Q.   Do you know of any case where you were
2 giving customers free consulting?
3     A.   I would say in the case of Sierra we
4 did. We thought that was in our best interest to
5 do that. We've isolated -- I think with BellSouth
6 we did. So where there was -- where it seemed it
7 was the right thing to do, we attempted in every
8 way we could to help out.
9     Q.   So you don't recall a situation where
10 cash or a check was cut to a customer to pay them
11 back for costs that they incurred in upgrading.
12     A.   Not that I'm aware of.
13     Q.   Okay.
14     A.   Not that I'm aware of.
15     Q.   Are you aware of customers that were
16 given discounts in licenses or support because of
17 costs they incurred in upgrading?
18     A.   I'm not aware of any.
19     Q.   Did it happen?
20         MR. HARRISON:  Objection.
21         THE WITNESS:  I don't know.
22 BY MR. GREENSTEIN:
23     Q.   See the second bullet point in that --
24 towards the bottom of the page. It says, "Implement
25 performance standards with" dollar sign "attached for

196

1 Oracle's lack of performance on support." See that?
2     A.   Yes.
3     Q.   Do you know what that means?
4     A.   No.
5     Q.   What does it mean to implement
6 performance standards?
7         MR. HARRISON:  Objection; calls for
8 speculation, lacks foundation.
9         THE WITNESS:  I didn't write this, so
10 I don't remember this conversation.
11 BY MR. GREENSTEIN:
12     Q.   Aside from this document, do you recall
13 if implementing performance standards with money
14 attached -- what that meant outside of this document?
15     A.   It would be speculation. It would be
16 speculation.
17     Q.   That's fine.
18     A.   I think that -- maybe something that
19 would say X must be resolved to -- or a level of
20 satisfaction by May 5th or, if not, there is a
21 penalty. That's what I would read that to mean.
22         I can tell you, we -- unless something
23 was done underhandedly, I'm not aware of any dollar
24 that was given to this customer. Generally what we
25 try to do with an action plan is to put dates and

197

```
1   names and things like that so we have
2   accountabilities.  And sometimes they slip,
3   sometimes it goes to the customer, and sometimes it
4   goes to Oracle.
5       Q.   When you say "penalty," what do you mean
6   by that?  Do you recall any penalties?
7       A.   It's my speculation.  Pretty tough
8   accounts, and they did something to me that I'll
9   never forget.
10      Q.   And what was that?
11      A.   When I came into my chair at the
12  meeting, there was this big bug in my plate.  Big
13  bug.  So they made their point in what I view is a
14  pretty unprofessional manner.  Didn't matter.  We
15  had to listen.  We had to deal with it.
16          Our job was to help them get back on
17  track, and we did do that.  And, you know, I think
18  in the next page we talk about the resources that
19  we're assigned.  We did specific things to help
20  them.  And it looks here in this third bullet we
21  funded some internal work to help them through this
22  lady, Laura Scott.
23      Q.   When you say "funded some internal
24  work," what do you mean by that?
25      A.   It looks like we put somebody on-site
```

198

```
1   to help them manage the project.  Mr. Silva was not
2   exactly, in my view, involved.  He just made a lot
3   of noise about things.  We knew that we had to help
4   them out, so we put some people on-site, just like
5   if these three bullets here actually happened.
6       Q.   Those three bullets -- and you're
7   referring to 019710?
8       A.   Yes.
9       Q.   So the third bullet point where it says,
10  "Through Laura Scott," do you see that?
11      A.   Yes.
12      Q.   "Offered 25 to 30 days onsite support at
13  no cost to the customer."  Do you see that?
14      A.   Yes.
15      Q.   So that actually occurred?
16      A.   Yes.
17      Q.   Do you recall that other customers were
18  ever given free on-site support because of problems
19  they were having?
20      A.   I think BellSouth is an example of
21  that.  That was more of on-site consulting.  We do
22  this on occasion where we have a need.  It's not
23  something that we do all the time, but we look at
24  the situation and deem whether or not it's
25  something we want to do.
```

199

```
1       Q.   Now, do you know if they had already --
2   for instance, I think I testified earlier that if a
3   license contract occurred that 22 percent of that
4   would be support, right?
5       A.   Yes.
6       Q.   So what would happen if Oracle offered
7   free support for 30 days if the customer had already
8   paid 22 percent of the contract for support?
9       A.   The support that they -- the
10  22 percent that they paid for access to MetaLink
11  and working with off-site engineers.
12          The on-site support, which people can
13  buy, is to have a human being on your site to help
14  you through project management, database
15  administration, and those kinds of things.  So it's
16  a on-site service totally separate from the Oracle
17  support charge of 22 percent.
18      Q.   So the 22 percent never included on-site
19  support; is that right?
20      A.   Correct.
21      Q.   And do you recall that Oracle provided
22  free on-site support to other customers other than
23  Sierra?
24      A.   Within Sierra?
25      Q.   Other than Sierra.
```

200

```
1       A.   Other than Sierra?  We did.  I
2   couldn't tell you who they were, but we did on
3   occasion, yes.
4       Q.   You see at the bottom of the third
5   bullet point where it says, "Which they felt was
6   unacceptable as they were already paying a great deal
7   of support they are not receiving."  Do you see that?
8       A.   You said page 2?  What bullet, sir?
9       Q.   No.  No.  I'm sorry.  It was the one we
10  were looking at, page 3 --
11      A.   Okay.
12      Q.   -- 019710.
13      A.   Yes.
14      Q.   Okay.  The bullet that starts with
15  "Through Laura Scott."
16      A.   Yes.
17      Q.   So do you recall that Sierra thought it
18  was unacceptable to pay the amounts for support that
19  are listed in that bullet point because they were
20  already paying for support that they weren't getting?
21      A.   Yes.
22      Q.   What support weren't they getting?
23      A.   Well, let me clarify.  You recall I
24  said that normal support at 22 percent was for
25  phone service interaction with the MetaLink system
```

201

1  to get answers to their queries.
2        On-site support is the human being
3  on-site helping you.  Totally different thing.  We
4  presented them, as it talks to here, if they wanted
5  more help, they were going to have to pay for it.
6  And that was -- appears that was the proposal that
7  was presented to them because support on-site
8  doesn't work for free.
9        I mean, they need to be compensated
10  for the people that they put on-site.  They didn't
11  want to pay $120,000, which would have been a
12  60-day -- and I don't know if these numbers are
13  correct.  We said, "We'll give you 30 days.  It
14  will be on our nickel and we'll help you."  And we
15  were willing to do that.
16        THE VIDEO OPERATOR:  This marks the
17  end of Videotape No. 2 in the deposition of Charles
18  Kendig.  We're going off the record.  The time is
19  2:29.
20        (Break taken.)
21        THE VIDEO OPERATOR:  This marks the
22  beginning of Tape No. 3 in the deposition of
23  Charles Kendig.  We are back on the record at 2:40.
24  BY MR. GREENSTEIN:
25        Q.   Looking at Exhibit 5, Mr. Kendig, the

202

1  first page, the e-mail on April 4, 2001, from you to
2  Richard Sellers and other individuals.
3        A.   Yes.
4        Q.   You see in the second sentence where it
5  says, "Their perspective is kind of what we hear from
6  many of our clients that are upgrading to 11i"?
7        A.   Yes.
8        Q.   Do you know what -- what did you mean by
9  that?
10        A.   I think the -- I think what I meant
11  was the frustration that -- with so many issues
12  coming in that we were not able to respond as
13  quickly as we wanted to.  And they -- you know, as
14  the user of the system, they wanted it like that.
15  We just -- we weren't equipped to handle the volume
16  of inquiries we were getting.
17        Q.   And -- I'm sorry.  Go ahead.
18        A.   That's okay.
19        Q.   So why weren't -- why wasn't Oracle
20  equipped to handle the amount of issues that were
21  occurring?
22        MR. HARRISON:  Objection; calls for
23  speculation.
24        THE WITNESS:  I think that it's the
25  biggest thing we ever did.  And I think with

203

1  something like that you think you plan, and I just
2  think we -- no one realized how huge 11i really was
3  for our customers and for us.
4        And that's the point I was making in
5  the note, that "we're hearing this from other
6  people, so you need to be aware."  And these were
7  clearly the leaders.  Wohl and Wookey, the support
8  and development leaders.
9  BY MR. GREENSTEIN:
10        Q.   So, in other words, the complaints they
11  were hearing from Sierra, you were hearing those
12  kinds of complaints from other customers, right?
13        A.   I think that's fair.
14        Q.   Okay.  Do you see where it says, "We're
15  taking action and trying to help them, but we can't
16  do this for every account"?
17        A.   Right.
18        Q.   Now, why couldn't you do that for every
19  account?
20        A.   Volume.  Volume of inquiries.  In
21  other words, if you look back on the last page,
22  page 3, you see a Cynthia Watson as a customer
23  advocate.  Just give you this as an example to help
24  clarify my point:  That Cynthia was one person in
25  the healthcare marketplace.  I couldn't assign her

204

1  to every account in the country to handle support
2  issues.  I could get her to focus on them and help
3  them where we could, but I couldn't do that.
4        I just didn't have the bandwidth,
5  didn't have the bandwidth and support.  I don't
6  think -- I don't think we had the bandwidth there.
7  We certainly didn't have it in the field.
8        Q.   When you say "bandwidth," you mean there
9  weren't enough people --
10        A.   Not enough people.
11        Q.   -- to address all these problems, right?
12        A.   Not enough people that knew all of the
13  things we had to know.  Just weren't there.
14        Q.   Okay.  You can put that aside.
15        A.   Okay.
16        MR. GREENSTEIN:  Let's mark this as
17  number -- Kendig No. 6.
18        (Exhibit No. 6 was marked for
19  identification by the reporter.)
20        MR. GREENSTEIN:  For the record, this
21  is a string of e-mails beginning with April 6,
22  2001, Bates-numbered NDCA-ORCL 121624 through
23  121628.
24        Q.   Mr. Kendig, if we could just take a look
25  at it.

205

1    A.   Okay.
2    Q.   I'm primarily interested in the first
3    few pages.
4    A.   Okay.
5    Q.   And the first two pages. You can go
6    ahead and stop when you get to the part where Matt
7    Francis writes.
8    A.   Okay. I'm there.
9        MR. HARRISON: And I'd just like to
10   point out that's the previous exhibit, right, the
11   e-mail involving the previous exhibits, one of
12   them?
13       MR. GREENSTEIN: I think so.
14       MR. HARRISON: Okay.
15       MR. GREENSTEIN: I just don't want to
16   say for sure, but it appears to be, yeah.
17   Q.   So have you seen Exhibit 6 before?
18   A.   Yes.
19   Q.   And when was the first time you saw it?
20   A.   Probably when I wrote it. I don't
21   mean to be cute with that. I created it on
22   April 5, 2001.
23   Q.   So you remember creating this e-mail?
24   A.   Yes.
25   Q.   And you see it's from you to Dick

206

1    Sellers, Mike Rocha, Joseph Duffy, Joseph Garcia, and
2    Jay Nussbaum, right?
3    A.   Yes.
4    Q.   And you see where it refers to an
5    anonymous internal e-mail that you received in
6    response to feedback from the client. Do you see
7    that?
8    A.   Yes.
9    Q.   Now, was it typical for you to receive
10   anonymous e-mails during 2000-2001?
11   A.   It was not.
12   Q.   Do you recall receiving other internal
13   anonymous e-mails other than this one?
14   A.   No.
15   Q.   Was there any sort of system that people
16   could use to communicate anonymously at Oracle?
17   A.   Not that I was aware of. In fact, I'm
18   kind of looking and saying, Well, how do you do
19   that through the e-mail system? I don't know. But
20   I don't have any -- I mean, I remember getting this
21   one, but I'm not aware of others that -- they have
22   a place you can send things to that's anonymous,
23   just recently created, but --
24   Q.   But back in this --
25   A.   Back then, nothing.

207

1    Q.   So was this unusual?
2    A.   Very. Very.
3    Q.   So why don't you tell me what you
4    remember about receiving this internal -- or this
5    anonymous e-mail and then what did you do after you
6    received it.
7    A.   It's coupled with Sierra's story. And
8    my sense is that -- you know, Matt Francis wrote
9    this particular note somewhere, and whoever wrote
10   this to me had access to that. So it's probably
11   somebody on that earlier distribution list.
12       Be that as it may, we talked a little
13   bit earlier about people feeling pressure; that is,
14   10.7 clients needing to upgrade to 11i. And I also
15   mentioned earlier about our efforts to extend the
16   support date. I wasn't sure how many times it had
17   been -- it was, I believe, at least two, maybe
18   three, for the exact same reasons that I mentioned
19   in my note.
20       People thought it was too early to be
21   forced into an upgrade, even though they got
22   18 months' notice. People wanted to wait
23   because -- people typically want to wait. They
24   want somebody else to go do it first.
25       And all we were saying here in this

208

1    note to support is we're hearing more and more and
2    more from clients that they want to wait and they
3    feel like we're forcing them, so we need to
4    understand that feedback and deal with it. That's
5    what I remember about this.
6        You'll also see on page 2, Don't shoot
7    me. I'm just giving you the message here. It was
8    done in a matter of, Hey, I'm just a voice into the
9    system here and you guys are in charge of this.
10   Hopefully you can communicate the message that
11   we're hearing from the field.
12   Q.   And what was the message you were
13   hearing from the field?
14   A.   The message we were hearing from the
15   field was people were being -- felt like they were
16   being forced to upgrade and we didn't slow down.
17   We needed to extend that date so people would feel
18   more comfortable and not have to do it as quickly
19   as we would have liked them to.
20   Q.   And did you ever hear from customers
21   that they didn't want to upgrade because they had
22   heard about problems that Oracle was having with its
23   initial releases of 11i so it wanted to wait until
24   those problems were solved and the next release was
25   issued?

209

1      A.   Not specifically.  I don't recall that
2  specifically.  No.
3      Q.   Generally do you recall that?
4      MR. HARRISON:  Objection; asked and
5  answered, vague, ambiguous.
6      THE WITNESS:  I don't know.  I mean, I
7  remember talking -- and again, I don't remember
8  specific clients that had 10.7 that were very
9  concerned.  So you can take that for what you want.
10  Remember I mentioned earlier that
11  moving to 11i was huge, huge.  You've got people
12  with legacy systems that I think realized how huge
13  it was for them.  And rather than jump in there
14  with both feet, I think they wanted to wait.  And I
15  believe that's why we extended two or three times.
16  People just weren't ready.  And to force it wasn't
17  going to do anything for us either.
18  BY MR. GREENSTEIN:
19      Q.   Did you ever find out who this anonymous
20  person was?
21      A.   Never did.  That poor soul was a
22  messenger, too, so I -- I figured I had no reason
23  to go try to find -- one of the roles I played,
24  though, and I play today, is I'm kind of like an
25  ombudsman.  People bring stuff to me.  So I think

210

1  that's what he or she was trying to do.
2      Q.   Actually I'm not -- what was the next
3  position that you held at Oracle after you were the
4  VP of quality?
5      A.   It's been -- I've had the same
6  position.
7      Q.   Are you currently the VP of quality?
8      A.   Yes.
9      Q.   That's your formal title?
10      A.   Yeah.  Vice president of quality,
11  customer satisfaction for public sector.
12      Q.   So looking at page 2 of this e-mail, the
13  anonymous e-mailer says:  Product quality is the
14  primary issue, not product support.  Has been ever
15  since 11i (or 10.7, pick a release) was pushed out
16  the door prematurely.  See that?
17      A.   Yes.
18      MR. HARRISON:  It actually says
19  10.7SC.
20  BY MR. GREENSTEIN:
21      Q.   Yeah.  Do you know what "SC" means?
22      A.   Silver client.
23      Q.   So do you recall if there was a general
24  feeling at Oracle that 11i was pushed out the door
25  prematurely?

211

1      MR. HARRISON:  Objection; calls for
2  speculation and lacks foundation.
3      THE WITNESS:  I don't know that
4  those -- no, I don't think that anyone thought it
5  was -- no one knew what it was.
6  BY MR. GREENSTEIN:
7      Q.   Well, this person thought it was pushed
8  out the door prematurely, right?
9      A.   It appears that they did.  My sense
10  is, that once it's out there and you see what
11  happens, maybe you can say it was too quick.  I
12  don't know what the thinking was there, but --
13      Q.   So in hindsight, this person is saying
14  that they pushed out 11i too early, right?
15      A.   I think that's what he is saying, yes,
16  or she's saying, whoever.
17      Q.   Do you recall any other people saying
18  that in 2000-2001?
19      A.   Specifically, no.  But I think there
20  was a realization there were a lot of issues.  I
21  mean, that's clear.  That's not any news to
22  anybody.  There were a lot of issues with it.  So
23  part of it -- as I mentioned earlier, part of it's
24  a customization, training, et cetera.
25      Q.   And do you see where it says, "Anyone

212

1  want to list the documentation, education,
2  collaterals, demonstration, support and beta results
3  that were available at release date?"
4  Now, do you know what those things
5  are?
6      A.   Yeah.  I think what this person is
7  saying is, What was the documentation?  Do we have
8  something on file for that?  What were the
9  educational tools that Oracle University would
10  bring to the market?  What demos of the product
11  were available?
12  What support changes were going to
13  occur in MetaLink or, you know, training for people
14  for the engineers that dealt with the product?  And
15  what beta results had we learned from the initial
16  customer group that we could use as we went for the
17  first release?
18  I think that's what's being said
19  there.
20      Q.   So what were the beta results, if you
21  know?
22      A.   I don't know.  One of the things
23  that -- I just don't have access to that kind of
24  thing, you know.  I'm a field guy working on
25  after-the-fact situations.  So development

213

1    decisions or support decisions, I attempted to
2    influence them and didn't make them.
3        Q.   Now, this anonymous e-mail, was that
4    sent directly to you?
5        A.   I believe so.
6        Q.   And did you just receive an e-mail with,
7    you know, no name on it, or how did you get it?
8        A.   It came in my e-mail box.  Whoever
9    wrote this knew how to send something to someone
10   showing it on me.  I don't know who did it.  I just
11   got it in an e-mail one day.
12       Q.   You see in the third paragraph where it
13   says, "I would simply ask that some brave soul, with
14   more leverage than I, yourself or Tony" -- not Tony
15   Pascarella (sic), right?
16       A.   That's Tony Pascaretta.  Correct.
17       Q.   -- "moves it up their food chain.  There
18   is an extensive list of customers and facts to
19   support the correct problem issue; Sierra, Sandi
20   Labs, Wells Fargo, Disney, Ingram-Micro, Beckman
21   Coulter, in the hundreds."  See that?
22       A.   Yes.
23       Q.   It says, "The time has come to admit
24   that in Oracle Applications the 'king has no
25   clothes.'  There are in excess of 500 customers on

214

1    11i.  Can we name one, five, fifty, five hundred that
2    have successfully implemented ERP and/or CRM in
3    production."  See that?
4        A.   Yes.
5        Q.   Do you remember any issues that Beckman
6    Coulter was having?
7        A.   No.  I'm familiar with two of these
8    accounts.
9        Q.   Which ones?
10       A.   Sierra Health.
11       Q.   Right.
12       A.   And Sandia.  When I say I'm familiar,
13   Sandia is a federal account.  Sandia National Labs
14   in Albuquerque.  I'm not aware of 11i issues that
15   they have.  They are a great customer.  I know of
16   the account.  I don't know of any particular issues
17   that we had with them.  The other accounts were all
18   commercial accounts.
19       Q.   What do you mean by "commercial"?
20       A.   They were handled by the commercial
21   sales organization.  They were not -- Wells Fargo,
22   Disney, they have nothing to do with the vertical
23   businesses that we were involved in at that time.
24       Q.   Which was outside your realm?
25       A.   Yes.

215

1        Q.   Turning back to the first page, second
2    paragraph where it says, "Our customers are in the
3    middle -- they're being told to upgrade from 10.7 by
4    June, 2002 (support extended from December 2001)
5    which impacts our ability to support them versus
6    waiting for a later version of 11i."  See that?
7        A.   Yes.
8        Q.   Then it says, "Too many customers think
9    we're treating them as early adapters."
10       A.   Yes.
11       Q.   Do you mean "early adopters" there?
12       A.   Yes, I do.
13       Q.   So what did you mean when you said, "Too
14   many customers think we're treating them as early
15   adapters"?
16       A.   What I meant was that people, because
17   of the issues they faced, thought that they would
18   test what really the adopters would be, that beta
19   people would be.  So they were looking for
20   something that had less bugs, less problems, versus
21   an early adopter wouldn't care -- wouldn't care as
22   much.
23       Q.   So, in other words, these customers were
24   experiencing problems and bugs that they didn't
25   expect -- that they wouldn't expect as a customer

216

1    that wasn't a beta tester, right?
2        MR. HARRISON:  Object.  Sorry.
3    Objection: vague as to "problems."
4        THE WITNESS:  I mean, we talked about
5    this a few times.  There were things happening,
6    inquiries made, confusion.  I think most clients
7    that are in beta don't care.  They like the chase
8    of learning about the product and helping us.
9        I think early adopters have that same
10   kind of attitude, and I think people that were
11   talking to us at that time thought that the product
12   and all the things associated with getting it on
13   the straight would be more stable.
14   BY MR. GREENSTEIN:
15       Q.   Right.  And that's because this was
16   written in April 2001, which is approximately a year
17   after 11i was released, right?
18       A.   I don't know the exact date it was
19   released, but we had some experience behind it,
20   yes.
21       Q.   So you see where it says, "We're out
22   trying to get our state/local and higher education
23   accounts (high concentration of 10.7) to upgrade, but
24   in the back of our minds, we're uncertain of our
25   ability to support them when implementation issues

217

1  arise." See that?
2      A.   Yes.
3      Q.   What did you mean by that?
4      A.   I talked a little bit about this
5  earlier, I think.  Here we are.  We have a lot of
6  issues, and we're encouraging people that are 10.7
7  to go to the next -- to upgrade.
8           And our view was do we have the
9  capability to take care of them once they make the
10  upgrade.  Would it be wiser for us to wait -- to
11  ask them to wait and get some of the issues
12  resolved in future releases so that it would be
13  easier on Oracle and clearly easier on the
14  customers as they moved to 11i.
15      Q.   When you say "issues resolved in new
16  releases," some of those issues were bugs, right?
17      A.   Yes, sir.
18      Q.   And when you say, "In the back of our
19  minds, we're uncertain of our ability to support
20  them," what did you mean by "uncertain"?  Did you
21  mean that you didn't think you guys had the resources
22  to support all of these customers?
23      A.   I'm the one that wrote this.  And my
24  view was we had experienced difficulty with the
25  clients we already had.  We had many customers who

218

1  were happy on 10.7.  Would it be wise for us to
2  wait if those clients had not encouraged them to
3  upgrade until such time as we got more stability
4  with all the things that were out there.  And it
5  was more of a recommendation than anything else.
6      Q.   When you say "stability," to get 11i to
7  be a stable product, right?
8      A.   Yes.
9      Q.   And it was your view at this time that
10  customers might want to wait until things are fixed
11  in a certain release of 11i, wait until it's -- so
12  that they don't run into those problems later, right?
13      A.   Let me state it a little differently.
14  I think that my view was, that if you're on 10.7
15  and it's working for you and you're my client, I
16  don't know that I want to ask you to move to 11i
17  yet because I'm happy that you're stable.
18           Me personally I would rather you stay
19  there -- and I think this is the way some of our
20  salespeople felt -- stay there, keep on that server
21  client product until such time as we iron out some
22  of the things that we experienced.
23           And you'll find some customers today
24  that still want to be on 10.7.  They never want to
25  upgrade.  And from all of that, the company's

219

1  changed their view.  Nobody's asked to upgrade
2  anything anymore.  You can have it for as long as
3  you want to.  So we learned some things from this
4  whole upgrade conversation.
5      Q.   But back then, your feeling was, that
6  since there was stability issues with 11i at that
7  time, your recommendation was that you move the
8  desupport date back so that Oracle could address
9  those stability issues, right?
10      A.   Yes.
11      Q.   And you say, "I know that this is not
12  the popular approach, but it just might help."  Why
13  do you say it wasn't popular?
14      A.   Well, I think that we had set an
15  upgrade date or a desupport date and we wanted to
16  try to meet that.
17           And when I say it's unpopular, I had
18  been one who had talked about this a couple times,
19  that, you know, what's the magic of the date for
20  10.7?  And so I had harped on this for a little bit
21  and -- "so I'm just telling you, again here's what
22  people are telling us" and just trying to make some
23  recommendations.
24      Q.   When you say "here's what people are
25  telling us," you mean customers -- what customers

220

1  were telling you --
2      A.   Yeah.
3      Q.   -- about --
4      A.   Customers, sales reps.  I mean, "We're
5  out there.  You guys got to get these people off
6  10.7.  You got to get them moved to 11i."  And I
7  go, "Well, you have to understand what a big -- big
8  journey that is for your clients."  It was huge.  I
9  don't think anybody really understood how big that
10  was.  You think about taking a legacy system to
11  11i.  That's not easy.
12      Q.   Right.  You see on the second page where
13  you say, "I'm a messenger with this, so please don't
14  shoot me"?
15      A.   Yeah.
16      Q.   Is that because it was unpopular?
17  People didn't want to have to move the desupport
18  date, right?
19      A.   I think so.
20      Q.   But it ended up being moved, didn't it?
21      A.   Yes.
22      Q.   One or -- two or three times, right?
23      A.   Yes.  At that time before I wrote the
24  note, you'll see the second paragraph of my note,
25  "Upgrade for 10.7 by June 2nd."  We extended it

221

1   already from December 2001.  So there was -- the
2   voice of the customer was listened to at one time.
3   I don't even remember whether June 2 was the final
4   date.  I think they even extended that, but I, you
5   know, just --
6        Q.   Do you recall if the December 2001 date
7   was the original desupport date?
8        A.   I do not.
9        Q.   So actual desupport date could have been
10  in 2003?
11       A.   It could have been.
12       Q.   So the second page, you see where it
13  says, "We're just becoming more and more concerned
14  that our customers are having such difficulty with
15  the upgrades and are looking for some alternatives to
16  help them.  The time extension will allow us to
17  improve the initial release."  Right?
18            It looks like certain customers who are
19  actually implementing 11i or upgrading from 10.7 to
20  11i are having problems, right?
21       A.   Yes.
22       Q.   And so how would the continuation of the
23  desupport date help those customers that were already
24  implementing?
25       A.   It wouldn't.

222

1        Q.   So you're talking about the customer
2   that hadn't yet decided to implement, right?
3        A.   Yes.
4        Q.   And so because these customers that were
5   already implementing were having stability problems,
6   these other customers who hadn't yet implemented
7   wanted to wait until those were fixed and other
8   releases of 11i were issued, right?
9            MR. HARRISON:  Objection; calls for
10  speculation, vague and ambiguous.
11           THE WITNESS:  Let me say it a little
12  differently.  We had our hands full.  Right now to
13  add more customers to that would have grown the
14  problem pool.
15           I don't know that we were equipped to
16  handle -- we were having a struggle to handle what
17  we had, let alone new customers.  So the view was
18  let's figure out a way to get what we have under
19  control.  Let's not add new customers to the base.
20           Let's let them continue on their
21  legacy product systems or whatever they had, solve
22  some of the issues, so that when they do decide to
23  upgrade, maybe they'll go 3 or 4, whatever the
24  release is, when it's more stable.  That's a
25  win-win for everybody.  So you're able to support

223

1   it better.  That was the thinking.
2   BY MR. GREENSTEIN:
3        Q.   So this is in April 2001.  So
4   approximately a year -- I'm going to represent to you
5   that 11i, the initial release, was released in May
6   2000.
7        A.   Okay.
8        Q.   I think we can establish that later.  So
9   before this time, April 2001, let's say right after
10  11i was released, were you getting that same kind of
11  feedback from customers at the time?
12       A.   No.
13       Q.   Why is that?
14       A.   Just trying to remember this exactly,
15  but we found that in many cases people had
16  purchased 11i but it sat on the shelf for a while.
17  People do that on occasion.  You know, they may get
18  the right price that they want, but they just --
19  sometimes they don't have everything in place to be
20  ready to implement.
21           So you put it on the shelf, and as you
22  have the resource capability, you begin to
23  implement.  And sometimes you find out that it's
24  more difficult than you expected, so you slow down
25  your implementation so you can fit it in with your

224

1   own work processes.
2            So in the early stages, even though we
3   sold a lot, everyone had not implemented.  And we
4   knew that everyone had not implemented, but even
5   the ones that had were having problems.  And my
6   recommendation to the company was -- to those sales
7   and development leaders -- support and development
8   leaders -- can we get this extended again for those
9   reasons.
10       Q.   So do you recall any specific customers
11  that purchased 11i and then put it on the shelf, as
12  you call it?
13       A.   No, not specific.
14       Q.   Now, did some of them put it on the
15  shelf because they were hearing they want the
16  resources to address all the issues that were
17  occurring?  I don't know.  Is that what people refer
18  to as shelfware?
19       A.   That's what shelfware is.
20       Q.   That's what shelfware is?
21       A.   You buy it and you put it on a shelf
22  and then you wait.
23       Q.   If I gave you a list of customers, would
24  you know if they had purchased 11i and put it on the
25  shelf?

225

1      A.   No, I wouldn't know that off the top
2  of my head.
3      Q.   Where would you have to look to find out
4  that information?
5      A.   What I would do is I would go to
6  support and see what kind of inquiries are being
7  logged in support on what products.
8      Q.   And do you know if Oracle would
9  recognize revenue on the license deal in which a
10  customer purchased 11i but didn't implement it?
11          MR. HARRISON: Objection; calls for
12  speculation.
13          THE WITNESS: I don't know.
14  BY MR. GREENSTEIN:
15      Q.   Well, when a license -- if you know,
16  when a license is purchased, then there is a
17  22 percent support agreement generated, right?
18      A.   Um-hmm.
19      Q.   Do you know if that's recognized
20  immediately?
21          MR. HARRISON: Object. Same
22  objection.
23          THE WITNESS: Excuse me. My
24  understanding -- I don't know all the pieces of it,
25  but when you buy the software, everything starts

227

1  Training credits, you buy a bank of hours that you
2  can use as you deem appropriate. So if you bought
3  120 hours and you were a federal government
4  customer and you didn't implement for a whole year,
5  those credits would expire. That was one of the
6  issues they had.
7          And -- but you had a whole year to use
8  them, and you can start at any time you wanted.
9  Made sense because, if you got delayed and whatever
10  happened, you might say, Well, I moved my training
11  from February to March, or whatever, depending upon
12  your own work schedules. So it was pretty
13  flexible.
14      Q.   Do you recall just an approximate number
15  of customers that would purchase -- that purchased
16  11i back in 2000-2001 that put it on the shelf?
17      A.   I have no idea.
18      Q.   Do you recall any customers in 2000-2001
19  complaining to you or anybody at Oracle that a
20  support contract -- they're paying for support but
21  hadn't even implemented the product yet?
22      A.   It's happened. I don't recall
23  specific accounts, but it happened.
24      Q.   And you know it happened?
25      A.   Just -- I remember just -- you know,

226

1  whether you use it or not. I don't know how
2  revenue is recognized. I just don't know that.
3  But clearly, when you're paying for support and
4  you've got it on the shelf, there's a motivation to
5  get it installed.
6  BY MR. GREENSTEIN:
7      Q.   So you recall that certain customers had
8  bought a license for 11i, started generating support
9  contracts and -- but hadn't implemented it yet.
10      A.   My understanding is that when you buy
11  software your support charges begin.
12      Q.   And what do you -- how do you know that?
13          MR. HARRISON: Objection; asked and
14  answered.
15          THE WITNESS: It's just my
16  understanding.
17  BY MR. GREENSTEIN:
18      Q.   And earlier you described a scenario
19  where sometimes customers would purchase training
20  credits, but they -- it would start immediately.
21      A.   Yes.
22      Q.   And is that kind of a similar situation
23  with support?
24      A.   There is a difference. Support, I
25  believe, starts as I said a few minutes ago.

228

1  it happens today. You know, somebody's not ready
2  to do that, you know, how do we know when you
3  start. You don't know. So I believe it's a
4  company policy that starts when you purchase
5  the software, whether you use it or not.
6      Q.   You can put that aside.
7          MR. GREENSTEIN: Mark this one as
8  No. 7, please.
9          (Exhibit No. 7 was marked for
10  identification by the reporter.)
11          MR. GREENSTEIN: For the record, this
12  appears to be an April 17, 2001, e-mail from --
13  it's hard to read because it's been highlighted.
14  It looks like Alicia --
15      A.   Alicia Brown.
16      Q.   -- Brown, and it's Bates-numbered
17  NDCA-ORCL 098765. Go ahead and just take a look at
18  it, please.
19      A.   Yes.
20      Q.   See where it says, "All, Jay has
21  determined that he wants each of you to reduce your
22  operation by the numbers reflected below." And does
23  "Jay" refer to Nussbaum?
24      A.   Yes.
25      Q.   "He is firm on your reduction total,

229

1    therefore he wants you to spend your time working on
2    your list, as the HR time frame, sent under separate
3    cover, must be strictly followed to ensure an
4    April 30th effective date."  Right?
5        A.   Yes.
6        Q.   So do you recall getting this e-mail on
7    or about 4/17/2001?
8        A.   I got -- I just don't remember when it
9    happened, but I did get a communication like this.
10   So, yeah.
11       Q.   And isn't it fair to say that you were
12   being told to reduce your employees or, in other
13   words, terminate employees?
14       A.   Yes.
15       Q.   And do you see how it says under your
16   name "4"?
17       A.   Yes.
18       Q.   Do you recall having to lay off four
19   people in your group?
20       A.   Yes.
21       Q.   And do you recall who those people were?
22       A.   I don't remember exactly.  I'm going
23   to tell you why.  I was asked to reduce four, and
24   then I was asked to reduce a year later the rest of
25   my team.  So I don't exactly remember which four

230

1    people left at that time.
2        Q.   But four people were actually
3    terminated, right?
4        A.   Yes, sir.
5        Q.   Do you know why on April 7th -- why this
6    was happening on April 17th?
7        A.   No, I don't know why.
8        Q.   Did you ever have any discussions with
9    anybody after you received that e-mail about why
10   you -- you and these other individuals were having to
11   terminate people?
12       A.   This happened from time to time.  This
13   happened in the organization, in the company from
14   time to time.  So -- I remember arguing with Jay
15   about it.  You know, you can see the note.  "He is
16   firm on your reduction," which meant don't debate
17   it.  But we debated it, and I followed through on
18   the direction that I got.
19       Q.   So what do you recall about the debate?
20   Were you arguing with Mr. Nussbaum about the number
21   of people you had to lay off?
22       A.   I was arguing the concept of focus on
23   the client.  And the fact that we needed these
24   people to focus on the client, I thought it was
25   probably the wrong place to take people out of the

231

1    business.
2        Q.   So what positions -- these four
3    individuals, do you recall what positions that they
4    held?
5        A.   They were what we called "customer
6    advocates."
7        Q.   And what does that mean?
8        A.   They -- each of the people that
9    reported to me at the time had responsibility to
10   the various sales groups that we supported, whether
11   it was telco, higher ed, public sector, whatever.
12   And their job was to do their best to generate
13   references.  We could never have enough references
14   was the view, and we built relationships with key
15   accounts in those organizations.
16       Their -- their major thrust was help
17   us gain relationships to grow business.  And, you
18   know, as I remember going back to Jay saying this
19   is wrong, he says, "Well, I'm cutting some sales
20   heads, too, so."
21       When you start seeing sales heads
22   cuts, you know you've got to put in your fair
23   share.  And we were a support organization, small
24   support, which -- not Oracle big support.  So that
25   was the direction.

232

1        The other fellow, Ron Police, he had
2    operations and he had staff people as well.  So the
3    majority of the people were taken from staff roles
4    within the organization.  They were not, quote,
5    Bearing people.
6        Q.   And was one of the reasons why you were
7    arguing with Mr. Nussbaum about firing people -- was
8    that because at that time, in April 2001, you guys
9    were already having problems fixing all of the issues
10   with 11i as they were presently staffed?  Right?
11       A.   I would say that that was certainly
12   part of the issue or part of the argument.
13       And I don't remember the conversations
14   exactly, but we had -- in the organization, we had
15   some values -- we had six values in the
16   organization that we established to help us run the
17   business or the most customers.  And so taking
18   anything out of that, in my view, eroded the
19   principles and values that we had established back
20   in 1992.
21       Q.   All right.  Because the numbers of
22   customers that were having problems going up at the
23   same time was reducing customer advocates, right?
24       A.   Well --
25       MR. HARRISON:  Objection; misstates

233

```
1    prior testimony.
2         THE WITNESS:  As I said, I don't
3    remember exactly what the conversation was other
4    than these are people taking care of clients, which
5    is one of our values.  And, you know, you remember
6    back then, too, that everybody wasn't on 11i.  We
7    had a lot of other customers, and so -- we had a
8    lot of consulting customers we supported,
9    et cetera.
10        So I just needed to voice my view.  I
11   was going to do what I was told to do, but I felt
12   that taking them out was going to go against
13   principles and values we established back in 1992.
14   BY MR. GREENSTEIN:
15        Q.  Was it a heated conversation, or was it
16   just a common --
17        A.  Jay, I've known him since 1968, so --
18   tough conversation.  He's the kind of guy who would
19   want to know what you thought, so --
20        Q.  And do you recall any of these other
21   individuals -- Perkins, Garcia, Police, or Duffy,
22   O'Neill -- voicing concerns about laying off people
23   at this time?
24        A.  I don't.  I'm sure they all had their
25   day in the sun.  I just know the guys.
```

234

```
1         MR. GREENSTEIN:  All right.  You can
2    put that aside.
3         THE WITNESS:  Yeah.
4         MR. GREENSTEIN:  Let's mark this
5    Exhibit 8.
6         (Exhibit No. 8 was marked for
7    identification by the reporter.)
8         MR. GREENSTEIN:  For the record, this
9    is a May 10, 2001, e-mail from Ron Police to a
10   number of individuals, NDCA-ORCL 281752 through
11   281758.
12        Q.  Let me know when you're finished looking
13   at it generally.
14        A.  (Witness reviews document.)  Okay.
15        Q.  Do you recall receiving this e-mail on
16   or around May 10, 2001?
17        A.  I do not.
18        Q.  Do you recall a change in the forecast
19   process on or about May 10, 2001?
20        A.  This just triggered it.  I hadn't
21   thought about it that way, but -- I'm not sure I
22   got this.
23        Q.  And what do you recall -- after you
24   looked at this document, what do you recall there
25   being a change in the forecasting process?
```

235

```
1         A.  As you see here, Ron was the vice
2    president of sales operations, and so he had
3    responsibility for working with the controller and
4    the sales heads, the consulting leaders, to develop
5    the outlooks for Jay.
6         And so all the people that are on this
7    distribution list either were from the senior
8    staff, so direct reports to Jay -- they were either
9    that or operations managers that reported through
10   Ron where they were salespeople that would be
11   directly impacted by this new process.  So my sense
12   is, in looking at this, he was communicating what
13   that process would be.
14        Q.  Again, do you have any idea why this
15   change was made at that time?
16        A.  I have no idea.
17        Q.  Do you recall that in the third quarter,
18   which immediately preceded -- which ended in
19   February 2001 -- do you recall that Oracle missed its
20   earnings forecast that quarter?
21        A.  No.
22        Q.  Do you have any involvement in
23   forecasting at Oracle?
24        A.  None.  I shouldn't say "none."  I
25   should say, if I knew there was something at risk,
```

236

```
1    I would certainly communicate.  But for
2    forecasting, none.
3         Q.  I just meant in general did you have any
4    involvement in preparing any forecast, whether it's
5    divisional or companywide.
6         A.  None.
7         Q.  Didn't you say earlier that there was
8    some -- during the monthly staff meetings you guys
9    would discuss upsides, downsides, that type of thing?
10        A.  At the staff meeting, Sarah Kopp or
11   the controller would talk about the outlook, where
12   we were, what the plan was, what the variances
13   were, what the upsides, downsides of this were.
14   That was information-sharing on her part.  I
15   listened -- at least I knew the situation of where
16   we were in the, you know, actions against the plan,
17   but that was the extent of it.
18        Q.  So in response to Sarah Kopp's
19   communications, did you ever say anything about her
20   forecast that she was presenting?
21        A.  No.
22        Q.  Did you ever have discussions about that
23   with anyone?
24        A.  No.  I mean, we'd have discussions
25   about it as a team, like, you know, "Here's our
```

237

1   pipeline."  You know, "How we doing against the
2   pipeline?  What's the validity of it?"  We had
3   that, which was just normal conversation.
4        But then Jay would go to each of the
5   sales leaders and say, "All right.  What's your
6   number?  What's your number?  What's your number?"
7   And that's how you would include --
8        Q.   Okay.  Do you know what an opportunity
9   worksheet is?
10       A.   I don't.
11       Q.   So is it fair to say -- was Jay in
12  charge of kind of rolling out the forecast in OSI?
13       A.   No.
14       Q.   Who was?
15       A.   Sarah Kopp.
16       Q.   Okay.
17       A.   Working with Ron, working with the
18  sales leaders.
19       Q.   Working with Ron Police?
20       A.   Ron Police.  Now, it was Jay's
21  forecast, so at the end of the day, if he thought
22  it needed to be higher and he could squeeze -- you
23  know, he is normally sales.  He might get more
24  aggressive with the outlook.  He might get more
25  aggressive with you.  It was his -- he owned it.

238

1   He had other people prepare the information for
2   him.
3        Q.   Do you recall -- during the third
4   quarter of 2001, which is December 2000 through
5   February 2001, do you recall any discussions between
6   Sarah Kopp and Jay Nussbaum about the forecast and
7   meetings?
8        A.   Nothing other than staff meetings, but
9   I don't remember the content of the conversation.
10  Whether it was third quarter, fourth quarter, first
11  quarter, those meetings and that process were the
12  same.
13       Q.   Do you recall anybody, including Jay
14  Nussbaum, voicing concern about the forecast being
15  too aggressive or not aggressive enough?
16       A.   No.
17       Q.   Do you recall any conversations during
18  those meetings about forecasts and the impact of 11i
19  problems on forecasts?
20       A.   No.
21       Q.   You see in this e-mail it talks about
22  probability definitions to be used?
23       A.   Under "prospect qualifications" or --
24  oh, excuse me.  Up further?
25       Q.   Yes.  It says, "In addition to the

239

1   opportunity worksheet, the following probability
2   definitions are to be used."  See that?  It's got
3   number percentages in there.
4        A.   '01.  I know of these, and I know that
5   there is a process that they use to code business.
6   Just because it's in the pipeline doesn't mean it's
7   going to happen today.  And I know they categorize
8   each transaction with a probability.
9        Q.   So they're changing -- appears that
10  they're changing this here.  Do you recall that?
11       A.   Yes.  We -- we use a concept called
12  "OSO," and -- I think it was Oracle Sales
13  Opportunity System -- and it was used to help us
14  forecast our business and put these probabilities
15  next to each transaction so that we'd have a pretty
16  good idea how we were going to finish the quarter.
17       Q.   When you say you had a pretty good idea
18  of how you would finish the quarter, what do you mean
19  by that?
20       A.   Well, let's say -- let's say that
21  someone said "I've got an 80 percent shot of
22  getting this done."  All right.  So how many do we
23  have of those versus how many do we have at 10
24  percent?
25            We could get -- if we get all the 80

240

1   percents, that's great news.  We're going to get
2   some, we're not going to get some.  So the idea was
3   to take all the business and segregate it out so
4   that you knew -- you had a better idea of what was
5   close to being done versus what was close to --
6   versus what was a wish, if you will.
7            You know, you could put something in
8   there.  Ten percent -- you might say 10 percent.
9   You know what, it's a long shot it could happen,
10  but chances are it's not going to.  So a 10 percent
11  or 30 percent or whatever you determine as a
12  salesperson to help your management understand the
13  reality of the number.
14       Q.   So when you say that this provided a
15  good indication of what the quarter would be, what do
16  you mean by that?  Would looking at all these codes
17  tell you --
18       A.   Yeah.
19       Q.   -- a certain time what the probability
20  was for you to make a certain number?
21       A.   You could say -- give you an example.
22            MR. HARRISON:  Objection; vague.
23  Sorry.
24            THE WITNESS:  You could look at it and
25  it would be a barometer.  Every transaction,

Kendig, Charles  5/4/2006  9:09:00 AM

241

1    though, had its own life.  You could think that it
2    was going to close, and something happened, which
3    typically happens in government, like a war occurs
4    and all of a sudden we don't have the money
5    anymore.
6         It was really a tool to help us
7    understand the validity and the closeability, if
8    you will, of the business.
9    BY MR. GREENSTEIN:
10        Q.   And do you know why this process was
11   changing at this time?
12             MR. HARRISON:  Objection; calls for
13   speculation.
14             THE WITNESS:  I don't know.
15   BY MR. GREENSTEIN:
16        Q.   Do you recall that a certain percentage
17   of the probability codes changed --
18        A.   I don't know.
19        Q.   -- at this time?
20             You see down -- let's see.  It's about
21   the middle.  It's actually No. 2.  There is a list
22   of points; 1, 2, 3.  See that in the middle?
23        A.   Yes.
24        Q.   See where it says -- No. 2 says,
25   "Frontline reps are required to use the new

242

1    probability, and the opportunities worksheets are at
2    the discretion of the manager."  Do you see?
3        A.   Yes.
4        Q.   So does that refresh your recollection
5    that there were new probabilities that frontline reps
6    were required to use at this time?
7        A.   I mean, that's what's said here.  I
8    mean, I don't know what it means other than what
9    Ron is saying here.  I don't know what the reality
10   was, what they used before this or what they didn't
11   use.
12       Q.   And No. 3, the Point No. 3, it says, "To
13   access the opportunity worksheet," and then it kind
14   of has a list of instructions.  "Go to the forecast
15   tab."  Do you know -- did you ever use that process?
16       A.   Never used it.
17       Q.   Do you know what that process was?
18       A.   No.
19       Q.   See down there in subheading D it says,
20   "First person touching the deal will have to move the
21   revenues into the appropriate category."
22       A.   Yes.
23       Q.   Do you know what that meant?
24       A.   I don't know what it means.
25       Q.   Well, do you know if there were people

243

1    that were -- had the ability to move revenue into the
2    appropriate category at Oracle at that time?
3        A.   It seems that that's the case.  I
4    don't know that for sure, but it seems from this
5    direction that that's the case.
6        Q.   That's clarified.
7             MR. HARRISON:  If you're switching
8    documents, it's a good time to take a break.
9             MR. GREENSTEIN:  Yeah, sure.
10            THE VIDEO OPERATOR:  We're going off
11   the record.  The time is 3:31.
12            (Break taken.)
13            THE VIDEO OPERATOR:  We're back on the
14   record.  The time is 3:43.
15            (Exhibit No. 9 was marked for
16   identification by the reporter.)
17   BY MR. GREENSTEIN:
18       Q.   Mr. Kendig, I think you have in front of
19   you Exhibit No. 9, which is an e-mail dated -- string
20   of e-mails dated May 29, 2001, Bates Nos. 059284
21   through 059286.  Had a chance to review it?
22       A.   Not totally yet.  I tried to start at
23   the back because it builds the --
24       Q.   Right.
25       A.   Okay.

244

1        Q.   And starting at the back, last page --
2    or, sorry -- second page, see there is an e-mail from
3    a Pavel Machek?
4        A.   Yes.
5        Q.   Well, first of all, have you seen this
6    e-mail before? this entire document before?
7        A.   Well, I created part of it, so, yes.
8    Yes.
9        Q.   Now, does this refresh your recollection
10   about a security issue that Oracle was having with
11   11i around this time?
12       A.   Yes.
13       Q.   And if you look at the second page, the
14   e-mail from Pavel Machek -- and that's M-a-c-h-e-k --
15   was talking about a security glitch, right?  Do you
16   know who this guy is?
17       A.   I have no idea who it is.
18       Q.   Do you know how you would get this
19   e-mail?
20       A.   I have no idea how I got it.
21       Q.   You see it's from David Howe at
22   bigfoot.com?
23       A.   Yeah.
24       Q.   Do you know who that is?
25       A.   I don't know who it is.

245

1    Q.    And you see how it says, "To: Bugtraq,"

2    t-r-a-q --

3    A.    Securityfocus.com.

4    Q.    -- @securityfocus.com?  Does that mean

5    anything to you?

6    A.    No, it doesn't.

7    Q.    But obviously you got this e-mail from

8    somewhere, right?

9    A.    Yes.

10   Q.    And you're forwarding it on to others,

11   right?

12   A.    Yes, sir.

13   Q.    And you are forwarding it to Swen

14   Larsen, right?

15   A.    Yes.

16   Q.    Who is Swen Larsen?

17   A.    At the time, we had a -- he was the

18   manager of the public sector support team in

19   Reston, Virginia.

20   Q.    Okay.  And -- so you're saying here --

21   see on the first page -- actually -- sorry -- on --

22   it starts on the first page where you're writing to

23   Swen; then it goes on to the second page and says,

24   "Swen, see what they're saying about our glitch.

25   Might want to send this on to your contacts in

246

1    support/development."  See that?

2    A.    Yes.

3    Q.    What did you mean by "see what they're

4    saying about our glitch"?  Who is "they"?

5    A.    The gentleman that -- is David Howe.

6    And this Bugtraq.  What I'm really referring to is

7    this document that were sent to me.

8    Q.    Then you say, "Might want to send this

9    on to your contacts in support/development."

10   A.    Yes.

11   Q.    What did you mean by "your contacts in

12   support/development"?

13   A.    Swen in his role as the support

14   manager worked very closely with development,

15   and -- so I suggested to him that he make

16   development aware of the security glitch so they

17   could do something about it.

18   Q.    Because obviously security glitch is

19   important, right?

20   A.    Sure.

21   Q.    See on the first page where he says: I

22   don't think Pavel Machek's e-mail makes any sense

23   from a security standpoint; therefore, I don't think

24   it warrants a response.  By bringing more attention

25   to the issue, Oracle's at risk of sharing the glitch

247

1    with people who never would have known about it

2    otherwise and might use it to do damage.

3    Right?  Then you say -- at the end,

4    you say, "Now it's time to move on."  See that?

5    A.    Yes, I see that.

6    Q.    So at the time, did you understand him

7    to be saying this isn't a big deal?  You know, "We

8    just need to move on"?

9    A.    Yes.

10   Q.    You see how above that you say: Swen, I

11   don't disagree about moving on.  Might be helpful if

12   you sent this to your contacts so that they

13   understand how our security glitch is being viewed by

14   those who know -- by those that know about this.  Can

15   we be certain that all customers have received the

16   patch.

17   So when you say "being viewed by those

18   who know about this," what did you mean by that?

19   A.    There's people at -- the people that

20   sent this note, if you see this Bugtraq at Security

21   Focus - I don't know who Security Focus is.

22   And when I saw this, I thought, Well,

23   how many people know about it?  I mean, I didn't

24   even know about it myself, but who out there knows

25   about it?  And if we've sent people a patch, how do

248

1    we know that they've gotten it?

2    If they've gotten it, we've

3    communicated to them properly, we're probably in

4    okay shape.  But I didn't want it to just go away.

5    He wanted to say it's time to move on.  And my

6    point was, Okay, I don't disagree about moving on,

7    but let's make sure that people who were supposed

8    to get this patch got it and make sure that we know

9    that.

10   Q.    Do you know if all of Oracle's customers

11   that were running 11i were made aware of this

12   security glitch?

13   A.    I do not know.

14   MR. HARRISON:  Objection; calls for

15   speculation.

16   BY MR. GREENSTEIN:

17   Q.    You see where it says, "Bad news doesn't

18   get better with age"?

19   A.    Yes.

20   Q.    "Hopefully people like Ellison and Wohl

21   don't get hit with questions about this if they

22   aren't prepared to answer it"?

23   A.    Yes.

24   Q.    What did you mean by that?

25   A.    What I meant was, I think that it

249

1    needs to get to the appropriate levels of Oracle so
2    that they are made aware of it in case they are
3    questioned about it that they have a response.
4         Q.    And you see how above that it's an
5    e-mail from Kirsten Shaw?
6         A.    Yes.
7         Q.    And it's not clear who she is writing
8    this to, but it looks like you're one of the people.
9    See in the second sentence it says, "A security alert
10   has been issued for this last week. This is actually
11   on a separate website to MetaLink because not all
12   Oracle customers have Silver, Gold or Premium
13   support." See that?
14        A.    Yes.
15        Q.    So did you understand that to mean that
16   the security alert was only communicated to customers
17   that had Silver, Gold or Premium support?
18        MR. HARRISON:  Objection; calls for
19   speculation.
20        THE WITNESS:  I really didn't think
21   much about it. What I was concerned was that Ron
22   was going to be aware of it. And when I look at
23   that, it appears that Ron was going to be made
24   aware of it.
25   BY MR. GREENSTEIN:

250

1         Q.    And was Ellison going to be made aware
2    of it?
3         MR. HARRISON:  Objection; calls for
4    speculation.
5         THE WITNESS:  Don't know.
6    BY MR. GREENSTEIN:
7         Q.    When you say people like Ellison --
8    "hopefully people like Ellison and Wohl don't get hit
9    with questions about this if they aren't prepared to
10   answer," who are you referring to? Who would be
11   asking those questions?
12        A.    Customers.
13        Q.    You just didn't want customer -- and
14   customers interface directly with Larry Ellison. You
15   didn't want them to say, Hey, what about that
16   security glitch, and Ellison wouldn't know what it
17   was, right?
18        A.    I think it was an opportunity that if
19   there was an issue out there that Larry would be
20   made aware of it just so he could answer a
21   question.
22        Q.    Right.  And you see in the first -- the
23   first line of this e-mail it says, "This issue was
24   discussed in Ron's staffing meeting." Do you see
25   that?

251

1         A.    Yes.
2         Q.    Is that Ron Wohl?
3         A.    Yes, sir.
4         Q.    And that staff meeting, was that
5    something that was frequently held?
6         A.    I don't know.
7         MR. HARRISON:  Objection; calls for
8    speculation.
9    BY MR. GREENSTEIN:
10        Q.    Did you ever attend one of Ron's staff
11   meetings?
12        A.    No.
13        Q.    Did you ever talk to anybody who
14   attended this meeting that's referred to here?
15        A.    No.
16        Q.    And you see how at the top the subject
17   is "Vulnerability in Oracle's E-Business Suite
18   Release 11i." See that?
19        A.    Yes.
20        Q.    So this was a security glitch that was
21   found in the E-Business Suite for release 11i, right?
22        A.    Yes.
23        MR. HARRISON:  Objection; lacks
24   foundation, calls for speculation.
25        MR. GREENSTEIN:  You can put that

252

1    aside. Let's mark this as No. 10, please.
2         (Exhibit No. 10 was marked for
3    identification by the reporter.)
4         MR. GREENSTEIN:  For the record, this
5    is an e-mail string starting with a May 29, 2001,
6    e-mail from Charles Kendig to a number of
7    individuals, including Dick Sellers, Michael Rocha.
8    And it's NDCA-ORCL 121280 through 121287.
9         Q.    Mr. Kendig, if you could just take a
10   look at it. It's pretty long. So just kind of get a
11   general sense of this and see if it's --
12        MR. HARRISON:  Take your time and read
13   as much as you want.
14        MR. GREENSTEIN:  Right.
15        THE WITNESS:  Okay.
16   BY MR. GREENSTEIN:
17        Q.    Mr. Kendig, have you had a chance to
18   review this document?
19        A.    Yeah, I'm just about finished.
20        Q.    Okay. I want to direct your attention
21   to -- for the record, this is a May 29, 2001, string
22   of e-mails, Bates No. 121280 to 121287.
23        I'd like to direct your attention to
24   121286, which is the second-to-last page. Actually
25   121285 and 121286, which is the third- and

Kendig, Charles  5/4/2006  9:09:00 AM

253

1  second-to-last page. Looks like a forward from
2  Sara Pope. Do you see that? And it's
3  second-to-last page. It says, "I'm attaching a
4  Word document on this fascinating scenario." Do
5  you see that?
6      A.  Yes. Yes.
7      Q.  It talks about "a poor guy in Saudi
8  Arabia opened a PA bug report." Do you see that?
9      A.  Yes.
10     Q.  And it says:  It was closed on 3/13/01
11 as no bug found, but the TAR refers you to Bug
12 No. 167478 which gives you -- and then there is a
13 scenario right there. Do you see that?
14     A.  Yes.
15     Q.  And then later on, it says, "Then on
16 3/19 the same guy with the non bug bug listed above,
17 for which we assume he received a secret patch, opens
18 another bug report." See that?
19     A.  Yes.
20     Q.  And at the end, it says, "Read it and
21 weep"?
22     A.  Yes.
23     Q.  Do you remember receiving this?
24     A.  No, but it's part of the string here,
25 so I don't remember specifically, but --

254

1      Q.  Is there such thing as a secret patch?
2      A.  Not that I'm aware of.
3      Q.  And what's a nonbug bug?
4      A.  I don't know.
5      Q.  See it says on the second-to-last page,
6  "The bug is not classified as publicly accessible."
7  See that?
8      A.  Yes.
9      Q.  Were you aware that there were certain
10 bugs that weren't classified as publicly accessible?
11     A.  No, sir.
12     Q.  And you see on the -- let's see, 121285,
13 which is the third-to-last page. See Sara Pope
14 writing to Dave and Justin?
15     A.  Yes.
16     Q.  First of all, who is Sara Pope?
17     A.  Sara Pope, I believe, is the project
18 manager for Computer Sciences Corporation, who I
19 think was the integrator at San Diego.
20     Q.  That's another third-party integrator --
21     A.  I believe so.
22     Q.  -- of 11i at San Diego?
23     A.  Yes.
24     Q.  See it says David and Justin. Do you
25 know who those two individuals are?

255

1      A.  Dave is David Natelson, who was the
2  vice president of applications sales for state and
3  local. And Justin -- I believe Justin may be the
4  sales rep. I don't know for sure his last name.
5  Justin Gillies, G-I-l-l-i-e-s. I'm not positive.
6  He either works in sales or support. But in the
7  communication, he's an Oracle person.
8      Q.  Again, if you could turn to page 121282,
9  which is the third page, you see there is an e-mail
10 at the bottom that says, "Charles Kendig wrote"?
11     A.  Yes.
12     Q.  Do you see where it says, "There is
13 something in this message for everyone on the
14 distribution list"? See that?
15     A.  Yes.
16     Q.  And it says, "Larry Mendenhall and I
17 were discussing situations like this one earlier
18 today where it appears that we get in over our heads
19 when it comes to ongoing help relationships with the
20 client or the implementer they have selected to do
21 the work."
22     A.  Yes.
23     Q.  What did you mean by that?
24     A.  I think what I meant was that we were
25 willing to help but we need to understand the scope

256

1  of our help.
2      Q.  When you say "get in over our heads,"
3  what do you mean?
4          MR. HARRISON:  Objection; calls for
5  speculation, lack of foundation.
6          THE WITNESS:  I think what I just
7  said, that, you know, you want to help everybody
8  but you have to be careful so that you don't get in
9  a situation where you get nothing done. So you
10 just need to understand our capability and handle
11 it accordingly.
12 BY MR. GREENSTEIN:
13     Q.  And you see -- well, at the time, do you
14 recall that Oracle was in over their heads with this
15 San Diego project?
16     A.  I believe that -- I would say no, we
17 weren't in over our heads. I would say that the
18 integrator had responsibilities that they needed to
19 fulfill.
20     Q.  Well, when you say that you and Larry
21 Mendenhall were discussing situations like this one,
22 you refer to San Diego County, right?
23     A.  Yes.
24     Q.  And you said "where it appears that we
25 get in over our heads." Yes? Right?

Kendig, Charles  5/4/2006  9:09:00 AM

257

1     A.   Yes.
2     Q.   So didn't you mean that you were
3  discussing other situations like San Diego County in
4  which you were in over your head?
5          MR. HARRISON:  Objection; lacks
6  foundation.
7          THE WITNESS:  I really don't know.
8  Larry Mendenhall ran consulting for state and local
9  and was concerned that we have enough people to
10  handle the implementations, and we needed to make
11  sure we understood commitments.
12  BY MR. GREENSTEIN:
13     Q.   And if you could turn to the next page,
14  later on in that e-mail, see it's kind of -- where it
15  says "telephone calls not being returned"?
16     A.   Yes.
17     Q.   And do you mean that telephone calls --
18  what do you mean by that?
19          MR. HARRISON:  Lacks foundation.
20          THE WITNESS:  What I saw from the
21  customer was that people didn't respond to her
22  phone calls.
23  BY MR. GREENSTEIN:
24     Q.   People at Oracle?
25     A.   The people that she called, which she

258

1  named those -- those four names.
2     Q.   And those are people at Oracle, right?
3     A.   Yes, sir.
4     Q.   And you see where it says, "Do we have
5  the proper sense of urgency"?
6     A.   Yes.
7     Q.   What did you mean by that?
8     A.   Answer the customer's call.
9     Q.   So did you feel at the time that you
10  weren't having the proper sense of urgency?
11     A.   In that specific instance, yes.
12     Q.   And you see where it says:  New patches
13  are causing problems -- some of what worked no longer
14  works?
15     A.   Yes.
16     Q.   What did you mean by that?
17          MR. HARRISON:  Objection; lacks
18  foundation.
19          THE WITNESS:  I think I talked a
20  little bit earlier about customizations.  When you
21  patch something and you don't understand the
22  customization, there are situations where they
23  wouldn't work.
24  BY MR. GREENSTEIN:
25     Q.   That says, "Some of what once worked no

259

1  longer works."
2     A.   Correct.
3     Q.   So do you recall what that was?
4     A.   No, not specifically.  But that
5  happens.
6     Q.   Then you see where it says, "No comments
7  about bug 1694215, customers begging for help"?
8     A.   Yes.
9     Q.   Do you recall if the customer was
10  begging for help?
11          MR. HARRISON:  Objection; lacks
12  foundation.
13          THE WITNESS:  I'd have to go back here
14  and look at the trail again to see what they said
15  about that bug.  You know, I took it as a bug.
16  BY MR. GREENSTEIN:
17     Q.   And turning your attention to the second
18  page, which is an e-mail to you from David Natelson.
19     A.   Yes.
20     Q.   So where he says that -- let's see.
21  It's the five -- fifth paragraph down where it says,
22  "The customer upgraded from 11.0 to" --
23     A.   Excuse me, sir.
24     Q.   Sorry.
25     A.   Tell me your code number there.  I'm

260

1  sorry. 121 --
2     Q.   121281.
3     A.   Okay.  Excuse me.
4     Q.   And you see where it says, fifth
5  paragraph, "Customer upgraded from 11.0 to 11i when
6  11i shipped and we've been fighting 11i fires all
7  year."  See that?
8     A.   Yes.
9     Q.   Then towards the end, it says, "The
10  client never saw what we discovered and fixed onsite
11  via developers dialing in."  Do you see that?
12     A.   Yes.
13     Q.   Do you know what that -- what you
14  discovered.
15     A.   I don't know what they discovered.
16     Q.   But do you recall doing anything
17  after -- strike that.  But something was discovered
18  with this client and the client never saw it, right?
19          MR. HARRISON:  Objection; calls for
20  speculation, lacks foundation.
21          THE WITNESS:  That's what this note
22  says.
23  BY MR. GREENSTEIN:
24     Q.   You see down -- two paragraphs down
25  below that, it says, "My commitment to the customer

261
1   and the sales team, Scott M. included allowing
2   San Diego County to get refreshed copies of our demo
3   system because this was the only system that people
4   could actually get to work."  See that?
5       A.   Yes.
6       Q.   Do you recall that -- or what is that
7   demo system?  Do you know?
8           MR. HARRISON:  Objection; lacks
9   foundation, calls for speculation.
10          THE WITNESS:  I don't really know.
11  BY MR. GREENSTEIN:
12      Q.   Do you recall that there was a demo
13  system that was the only system that people could
14  actually get to work?
15          MR. HARRISON:  Same objections.
16          THE WITNESS:  No.
17  BY MR. GREENSTEIN:
18      Q.   See where he says, "At some point, too
19  many bugs just cannot be overcome"?
20      A.   I see that, yes.
21      Q.   Was that your understanding at that
22  time?
23          MR. HARRISON:  Same objection.
24          THE WITNESS:  I think I mentioned
25  before I don't know how many bugs were involved

262
1   with San Diego.  There is a lot of reasons why
2   things happen.  So I don't know how many -- I don't
3   know how many bugs are there.  I just don't know.
4   BY MR. GREENSTEIN:
5       Q.   But he's telling you here that he feels
6   like too many bugs can't be overcome, right?
7       A.   Yes.
8       Q.   Okay.  And see below that, that says,
9   "We are not at the point where the customer is
10  exercising the real system."  Do you know what that
11  means?
12          MR. HARRISON:  Objection; calls for
13  speculation, lacks foundation.
14          THE WITNESS:  My sense is that they're
15  bugs.  They're not able to do everything they want
16  to do.
17  BY MR. GREENSTEIN:
18      Q.   Right.  But where he says the
19  customers -- "We are not at a point where the
20  customer is exercising a real system," was there
21  something other than the real system?
22      A.   Not that I'm aware of.
23      Q.   Do you recall that there were certain
24  presentations made to customers with demo systems
25  that were different from what the real system

263
1   actually did?
2           MR. HARRISON:  Objection; lacks
3   foundation, calls for speculation.
4           THE WITNESS:  All I know is we had a
5   demo system.  I don't know if it was different than
6   what they had.  I know we had a systems demo.
7   BY MR. GREENSTEIN:
8       Q.   Do you know if the demo system at that
9   time had the same capability -- or the real system at
10  that time had the same capabilities as the demo
11  system?
12      A.   I don't know.
13          MR. HARRISON:  Same objections.
14  BY MR. GREENSTEIN:
15      Q.   Turning to the first page.  See -- this
16  is a May 29th e-mail from you to a number of
17  individuals.  And do you see where it says Mike,
18  Dick, and Frank?
19      A.   Yes.
20      Q.   Are you referring to Mike Rocha?
21      A.   Yes.
22      Q.   Dick Sellers?
23      A.   Yes.
24      Q.   And Frank Bishop?
25      A.   Yes, sir.

264
1       Q.   See how it says, "Please see attached
2   e-mail stream involving one of our most important
3   state/local accounts -- San Diego County."  So this
4   was one of the most important of your accounts at the
5   time, right?
6       A.   Yes.
7       Q.   And do you see where -- second
8   paragraph -- it says, "The TAR backlog for 11i
9   continues to grow."  Right?
10      A.   Yes.
11      Q.   So do you recall that the TAR backlog
12  was growing for this customer at this time?
13          MR. HARRISON:  Lacks foundation.
14          THE WITNESS:  I don't recall
15  specifically for San Diego.
16  BY MR. GREENSTEIN:
17      Q.   But if you're saying this, is it fair to
18  say that the 11i backlog for TARs was continuing to
19  grow?
20          MR. HARRISON:  Same objection.
21          THE WITNESS:  For San Diego, I don't
22  know; but for the company, it was growing.
23  BY MR. GREENSTEIN:
24      Q.   So overall it was growing, right?
25      A.   Yes.

Kendig, Charles  5/4/2006  9:09:00 AM

265

1    Q.   And do you see in the third paragraph it
2    says, "As David Natelson mentions in his note, failed
3    implementations are putting our state/local vertical
4    out of business." See that?
5    A.   Yes, sir.
6    Q.   What did you mean by that?
7         MR. HARRISON:  Objection; lacks
8    foundation, calls for speculation.
9         THE WITNESS:  I should have put a
10   quote there. That was David's quote. I think it's
11   exactly what he said in his note.
12   BY MR. GREENSTEIN:
13   Q.   You wrote that in your e-mail, so --
14   A.   I did.
15   Q.   So you agreed with him, right?
16        MR. HARRISON:  Same objections.
17        THE WITNESS:  I don't necessarily
18   agree with him. I think, if you read the context
19   of his note, there was some frustration there.
20   BY MR. GREENSTEIN:
21   Q.   What was he frustrated about?
22   A.   I wasn't. I'm saying David's note, he
23   was frustrated. That's my recollection of this.
24   Q.   But you're writing to Mike Rocha, Dick
25   Sellers, and Frank Bishop that "failed

266

1    implementations are putting our state/local vertical
2    out of business."
3    A.   I understand. I just explained why I
4    put that there. I probably should have put "as
5    David Natelson quotes." So that's a mistake on my
6    part.
7    Q.   Well, did you agree with that statement
8    at the time?
9         MR. HARRISON:  Lacks foundation, calls
10   for speculation.
11        THE WITNESS:  No, I didn't agree with
12   it. It's too early in the game.
13   BY MR. GREENSTEIN:
14   Q.   Well, it's May 29, 2001, right?
15   A.   I understand.
16   Q.   So that's a year after 11i was released,
17   right?
18   A.   Right.
19   Q.   So their failed implementations --
20   you're writing here that failed implementations are
21   occurring, right?
22   A.   Yes.
23        MR. HARRISON:  Same objections. And
24   he already indicated that he was quoting a previous
25   e-mail.

267

1         MR. GREENSTEIN:  But I'm talking about
2    failed implementations. That's not quoting, is it?
3         MR. HARRISON:  Yes.
4    BY MR. GREENSTEIN:
5    Q.   Well, there were failed improvements
6    going on at the time of this e-mail, right?
7         MR. HARRISON:  Same objections.
8         THE WITNESS:  Maybe you can ask it a
9    little differently. I'm just trying to be honest
10   with you. This is what David said. It's his
11   perspective. I didn't put a quote in there, but I
12   did share his direct document with everybody. So
13   if they took a look a little deeper, they would
14   have seen that's what David said.
15   BY MR. GREENSTEIN:
16   Q.   Then you went on to say, "These accounts
17   cannot be left on their own to survive dealing with
18   internal Oracle." Why did you say that?
19        MR. HARRISON:  Same objections.
20        THE WITNESS:  Clients were working
21   with a system that -- where the volumes of
22   inquiries were increasing every day. And valued
23   clients, we had to figure out how to reach them and
24   help them.
25   BY MR. GREENSTEIN:

268

1    Q.   And see it says, "There are just too
2    many problems with the software." See that?
3    A.   Yes.
4    Q.   That wasn't a quote from Mr. Natelson,
5    was it?
6    A.   I don't think so.
7    Q.   So at the time, you believed there were
8    too many problems with the software?
9    A.   I did.
10        MR. HARRISON:  Same objections.
11   BY MR. GREENSTEIN:
12   Q.   Okay. Then see the last paragraph where
13   it says, "We'd appreciate your discussion of this
14   topic at the upcoming sales kickoff meetings, and how
15   the Oracle management team plans to deal with this."
16   Then you say, "I know we discount the Lippert report,
17   but much of it is true."
18   A.   Yes.
19   Q.   Now, what is the Lippert report?
20   A.   I don't remember. I honestly don't
21   remember. There was something published back then
22   called "the Lippert report."
23   Q.   And do you recall if it was a trade
24   publication of some sort, or was it a national media
25   publication?

269

```
1        A.  I don't recall.  I mean, somehow I got
2    access to it, and it was critical.  And I just made
3    that comment there that -- that I felt that a lot
4    of it was true.
5        Q.  So when you say it was critical, it was
6    critical of Oracle's 11i software, right?
7        A.  Yes, as I recall.
8        Q.  And you're saying that people at Oracle
9    are discounting the report, but you believed that
10   report to be true, right?
11       A.  Yeah, I think that's what I say here.
12   I know we discount it, but most of it's true.
13       Q.  So do you recall other people saying
14   that that report wasn't true, but you believed it to
15   be true, right?
16       MR. HARRISON:  Objection; calls for
17   speculation, lacks foundation.
18       MR. GREENSTEIN:  I'll strike that
19   question.  Sorry.
20       THE WITNESS:  Okay.
21   BY MR. GREENSTEIN:
22       Q.  Now, if you wanted to find the Lippert
23   report today, would you be able to do that?
24       MR. HARRISON:  Same objection.
25       THE WITNESS:  I don't know.  It's five
```

270

```
1    years ago.
2    BY MR. GREENSTEIN:
3        Q.  Do you remember if it was a hard-copy
4    document or --
5        A.  I don't.
6        Q.  Do you know who would know or who would
7    be able to tell me what the Lippert report means or
8    is?
9        A.  Probably somebody in development.
10       MR. GREENSTEIN:  Put that one aside.
11   Mark the next one, which is 11.
12       (Exhibit No. 11 was marked for
13   identification by the reporter.)
14       MR. GREENSTEIN:  Actually, I have some
15   really specific questions about this, so I wouldn't
16   ask you to read the whole thing.  It is actually an
17   e-mail that was sent after the e-mail that we just
18   looked at.  You can see that.
19       For the record, it's a May 29, 2001,
20   e-mail from Mike Rocha to Richard Sellers, and it's
21   121288 through 121294.
22       Q.  You see, Mr. Kendig, that this is Mike
23   Rocha sending an e-mail which forwards on your e-mail
24   which we previously looked at as Exhibit No. 10.  See
25   that.
```

271

```
1        A.  Yes.
2        Q.  It says -- well, do you ever recall
3    receiving this e-mail?
4        A.  No.
5        Q.  Or seeing it?
6        A.  No.
7        Q.  See where it says:  Mike, could you
8    please provide me with the bug backlog numbers for
9    applications.  I want to know who owns the backlog.
10   I also want to know how that matches with history,
11   last quarter, Q3, Q2, Q1 and Q4, fiscal year '00, Q4,
12   fiscal year '99.  Thanks, Mike.  See that?
13       A.  Yes.
14       Q.  Now, do you know what -- do you know who
15   the first -- well, strike that.
16       Do you know why Mike Rocha was asking
17   these individuals for a bug backlog?
18       MR. HARRISON:  Objection; calls for
19   speculation.
20       THE WITNESS:  I don't know why.
21   BY MR. GREENSTEIN:
22       Q.  Do you know why he would write this
23   e-mail about wanting numbers for the bug backlog in
24   response, it looks like, to your e-mail to him?
25       MR. HARRISON:  Same objection.
```

272

```
1        THE WITNESS:  Perhaps.  I don't know.
2    BY MR. GREENSTEIN:
3        Q.  Do you recall after sending this e-mail
4    that any action was taken by the individuals Mike
5    Rocha, Dick Sellers and Frank -- Frank's Frank
6    Varsona, right?
7        A.  Frank -- Frank Bishop.
8        Q.  Sorry.  You're right.
9        A.  I don't recall seeing -- first of all,
10   I never got this note from Rocha.  This was sent to
11   other people.  So this is the first I've seen this.
12   I don't remember a response to what I sent to Mike,
13   Dick, and Frank.
14       MR. GREENSTEIN:  You can put that
15   aside.  Next one -- 12, is it?
16       (Exhibit No. 12 was marked for
17   identification by the reporter.)
18       MR. GREENSTEIN:  And again, I'm just
19   going to direct your attention to specific
20   instances or specific parts of this document.
21       For the record, it's a June 7, 2001,
22   e-mail from Charles Kendig to a number of
23   individuals, including Dick Sellers, Michael Rocha.
24   And it's 121497 through 121506.
25       I'm going to direct your attention to
```

273

1  just the first page.
2      MR. HARRISON: Wait a minute. If he
3  needs to read the document to familiarize himself
4  with it, let him go ahead and do that.
5  BY MR. GREENSTEIN:
6      Q.  Why don't you just read that first
7  e-mail from you.
8      A.  The first two pages?
9      Q.  Yeah.
10      MR. HARRISON: Just take your time.
11  Make sure you're comfortable.
12  BY MR. GREENSTEIN:
13      Q.  Have you had a chance to review the
14  first two pages?
15      A.  Yeah. I'm just finishing up.
16      Q.  Directing your attention -- do you
17  recall writing this e-mail?
18      A.  Yes, I do.
19      Q.  And when you say, "Hi Mike and Dick,"
20  are you referring to Mike Rocha and Dick Sellers?
21      A.  Yes, sir.
22      Q.  And you see where you say, "Issues we
23  are faced with at San Diego County and the
24  difficulties we are continuing to have with the 11i
25  upgrades, especially in our higher education and

274

1  state/local government markets." See that?
2      A.  Yes.
3      Q.  So at this time, you were continuing to
4  have difficulties with 11i upgrades; is that right?
5      A.  Yes.
6      Q.  Okay. You see where you say, "I haven't
7  heard back from anyone on this topic." See that?
8      A.  Yes.
9      Q.  Now, does that help you recall that in
10  response to your e-mail -- that you didn't get a
11  response to that earlier e-mail?
12      A.  Right.
13      Q.  Do you know why you didn't get a
14  response to that earlier e-mail?
15      A.  No.
16      MR. HARRISON: Objection; calls for
17  speculation.
18  BY MR. GREENSTEIN:
19      Q.  And you see there where you have a list
20  where you say, "As of May 19th, we know the
21  following." And you see that list that says, "352
22  plus customers are live on 11i." Right?
23      A.  Yes.
24      Q.  As you said before, live on 11i could
25  mean that they installed one or more modules; didn't

275

1  necessarily mean they installed the entire suite.
2  Right?
3      A.  Correct.
4      Q.  You see the "60,225 TARs had been logged
5  since 11i was released." See that?
6      A.  Yes.
7      Q.  So is 60,000, is that -- would you say
8  that's a large number?
9      MR. HARRISON: Objection; calls for
10  speculation, lacks foundation.
11      THE WITNESS: If you divide 352 into
12  60,000, it's a large number.
13  BY MR. GREENSTEIN:
14      Q.  Do you see No. 3, it says 4,000 new TARs
15  are being logged every week. See that?
16      A.  Yes.
17      Q.  Before the release of 11i, was there a
18  time when there were 4,000 new TARs being logged
19  every week?
20      A.  Not that I'm aware of.
21      Q.  Because when you guys released 11i there
22  were more TARs than any other product before, right?
23      A.  Yeah. I understand it was the
24  largest -- largest initiative we had ever
25  encountered.

276

1      Q.  I understand. See how it says,
2  "Backlogs are approaching 11,000 TARs"?
3      A.  Yes.
4      Q.  What does "backlog" mean?
5      A.  I believe these were unworked. This
6  was all data from development, so I'm not positive
7  about the definitions. The backlogs are --
8  generally we haven't gotten to them yet.
9      Q.  So is it fair to say that there were
10  11,000 outstanding TARs that Oracle hadn't had the
11  chance to address yet?
12      A.  That's my understanding of the data.
13      Q.  Okay. You see there it says,
14  "38 percent of TARs are bugged"?
15      A.  Yes.
16      Q.  Does that mean, that of all the TARs,
17  38 percent of those were designated as bugs? Right?
18      A.  At that particular time, that's
19  correct.
20      Q.  You see below that it says, "There are a
21  significant number of customers that still need to
22  upgrade to 11i before the official desupport date of
23  June 2002"?
24      A.  Yes.
25      Q.  That was eventually extended, right?

277

1     A.   As far as I know, yes.

2     Q.   You said: I believe Dick Sellers told

3   me something -- the number is something approaching

4   20,000 customers.  Hopefully I haven't misinterpreted

5   that number.  Whatever it is, we've only begun

6   upgrades for 352-plus customers.  See that?

7     A.   Yes.

8     Q.   So does that refresh your recollection

9   that there were approximately 20,000 customers who

10   were going to upgrade and that you had only begun

11   upgrades for 352 of those?

12     A.   That's what I said.

13     Q.   Turning to the next page, see where you

14   cite Sandia National Labs has 50 TARs open?

15     A.   Yes.

16     Q.   That was a large number, wasn't it?

17          MR. HARRISON:  Objection; calls for

18   speculation.

19          THE WITNESS:  It really depends.

20   BY MR. GREENSTEIN:

21     Q.   Well, at the time, looking at the

22   context of this e-mail, you're putting that in there

23   to indicate that there are a large number of TARs

24   open at San Diego, right?

25     A.   There is a lot of things that have to

278

1   be dealt with.

2     Q.   Right.  And you see down below that it

3   says, "We have also visited our state/local

4   government users group and encouraged them to move

5   forward with the upgrades.  Many of them have no

6   intention of moving quickly because of the cost and

7   time and money, as well as the perceived problems.

8          "They'd rather wait until they feel

9   Oracle has a stable upgrade that's easy to

10   implement.  In fact, some have decided to go to

11   release 11, rather than take the chance of being

12   without support."

13          Do you see that?

14     A.   Yes.

15     Q.   So earlier we discussed that a lot of

16   customers didn't want to upgrade because of various

17   reasons, but one of those was because of the

18   stability of the product, right?

19          So here, does that refresh your

20   recollection that many of the customers had no

21   intention of moving quickly because of the cost as

22   well as the problems that they perceived?

23     A.   Yes.

24     Q.   And you see -- in the next paragraph,

25   you see you say, "We're concerned with what we view

279

1   to be a significant number of issues that will be

2   coming from customers that will be forced to upgrade

3   until now and next June."

4          Is that what you indicated earlier,

5   that you were concerned that the desupport date was

6   too early?

7     A.   The desupport date we were very, very

8   concerned with, yes.  And we were also afraid that

9   the system -- the capacity of our ability to handle

10   all the inquiries was at risk.

11     Q.   Right.  And that's partly because you

12   were firing people at the same time, right?

13          MR. HARRISON:  Objection; misstates

14   testimony.

15          THE WITNESS:  I guess I could say

16   that -- that the number of people available to help

17   was reduced.

18   BY MR. GREENSTEIN:

19     Q.   That was at the same time the number of

20   problems were increasing, right?

21     A.   I'm not sure one had to do with the

22   other.  I mean, I don't know.

23     Q.   See where you say in that paragraph,

24   "Yale and Caltech are examples of tech-savvy

25   customers who have been working on their upgrades

280

1   testing far longer than either they or Oracle thought

2   they would."

3     A.   Yes.

4     Q.   See that?

5     A.   Yes.

6     Q.   Do you recall Yale and Caltech were

7   working on their upgrades for a lot longer than

8   Oracle thought they would?

9     A.   I recall both were beta.  Both were

10   partners with us.

11     Q.   So in June 2001, these customers were

12   still working on their upgrade of a beta version of

13   11i?

14     A.   I don't know -- correct.  I don't know

15   if they were necessarily beta versions, but they

16   were willing customers in the higher-education

17   market.  Both are very tech-savvy.  Both wanted the

18   opportunity to work with us.  Both wanted to help

19   us with testing efforts because they both wanted to

20   be the first to have the biggest and the best.

21          Both were highly customized.  And here

22   again you don't know how long things will take when

23   you have customizations.  But both were willing

24   partners in the early stages of product development

25   and product release.

281

1  Q.  And you see below there where it says,
2  "A couple of things we'd like to know.  Are there any
3  current plans to extend the desupport date of 10.7?"
4  Do you see that?
5  A.  Yes.
6  Q.  So is it safe to say that on June 7,
7  2001, you were still voicing your concerns about that
8  maybe the desupport date should be moved?  Right?
9  A.  Right.
10  Q.  And it was eventually moved, right?
11  A.  Right.
12  MR. GREENSTEIN: You can put that
13  aside.  The next one.
14  (Exhibit No. 13 was marked for
15  identification by the reporter.)
16  MR. GREENSTEIN: For the record, this
17  is a June 8, 2000, e-mail from Charles Kendig to a
18  number of individuals, and it's 121507 through
19  121516.
20  Q.  Actually, I'm going to -- Mr. Kendig,
21  I'm going to ask you just about the first page --
22  A.  Okay.
23  Q.  -- and then the top of the second page
24  because it looks like that the prior e-mail we
25  discussed earlier, one of them, was you were

282

1  forwarding it again to certain individuals.
2  A.  So we're just going to cover page 1?
3  Q.  And the top of page 2.
4  A.  Let me read it.
5  Okay.
6  Q.  Have you seen this e-mail before?
7  A.  Yes.
8  Q.  And looking at this, you say that on
9  May 29th you "sent the attached note to each of you."
10  And if you look at the second page, it appears that
11  you forwarded on that same e-mail to Mike Rocha, Dick
12  Sellers, and Frank Bishop, right?
13  A.  Yes.
14  Q.  And does this refresh your recollection
15  that again you were sending this because you weren't
16  getting any sort of response to that e-mail?
17  A.  It was a persistent effort, yes.
18  Q.  Do you know why you weren't getting any
19  response to the e-mail?
20  A.  No.
21  MR. HARRISON: Objection; calls for
22  speculation.
23  BY MR. GREENSTEIN:
24  Q.  Did you ever talk to anybody about why
25  nobody responded to your e-mail?

283

1  A.  No.
2  Q.  Directing your attention to the second
3  page, do you see where it starts with "A couple of
4  things we'd like to know"?
5  A.  Yes.
6  Q.  And then looking at the last paragraph
7  where it says, "Within OSI."  See that?
8  A.  Yes.
9  Q.  "Especially Public Sector, we will work
10  to have our executive personally involved with the 55
11  accounts that we have as current 11i/CRM users."  See
12  that?
13  A.  Yes.
14  Q.  So when you said "55 accounts that we
15  have as current 11i/CRM users," what did you mean by
16  that?
17  A.  I think what I meant was we had 55
18  accounts that we had sold the software to.  I must
19  have had some list of some kind to be that -- that
20  exacting.
21  Q.  And do you see where it says, "We will
22  work to have our executives personally involved with
23  the 55 accounts"?  See that?
24  A.  Yes.
25  Q.  And why were you saying that you will

284

1  work to have your executives personally involved?
2  A.  We were aware of the issues with bugs.
3  We were also aware that we wanted to have great
4  relationships with these clients and that our
5  executives -- we asked them to personally get
6  involved because we were in a critical situation
7  with those clients and to provide whatever help we
8  could through those relationships to help clients.
9  So it's more of an olive branch of
10  "we're here for you, we're here to help you, and
11  whether I'm the vice president or whatever I am,
12  I'm here to help you."  That was the idea.
13  Q.  You see the sentence that says, "We've
14  identified the TAR volumes for each of these accounts
15  and are well aware of the fact that 131 of Oracle's
16  customers have more than 20 or more open TARs as of
17  May 19, 2001."  Do you see that?
18  A.  Yes.
19  Q.  So at that time, there were 131 of
20  Oracle's customers that had 20 or more open TARs as
21  of that date, right?
22  A.  It appears so, yes.
23  Q.  And what was the typical number of TARs
24  to have open for a customer at Oracle?
25  MR. HARRISON: Objection; lacks

285

1    foundation, calls for speculation.
2         THE WITNESS:  It really varies.
3    BY MR. GREENSTEIN:
4         Q.   But prior to the release of the 11i --
5         A.   It really varies.  If you have one
6    module and it's vanilla, maybe you don't have any.
7    If you have one module and it's customized, you
8    could have a lot.  It really varies.
9         Q.   And you see where in bold it says, "Our
10   question -- what strategy does the company plan to
11   deploy that will deal with all of the current TAR
12   activity, and how do we plan to handle the
13   anticipated growth of TARs?"  See that?
14        A.   Yes, sir.
15        Q.   So is it safe to say that at this time
16   you were concerned with the company's strategy to
17   deal with all the current TAR activity and the
18   anticipated growth of TARs?
19        A.   I wasn't as concerned as much as I
20   wanted to know what it was.
21        Q.   Well, was there not a strategy that you
22   knew of to deal with all the TARs?
23        A.   Not that I'm aware of.
24        Q.   There was no strategy to deal with the
25   anticipated growth of TARs either, was there?

286

1         A.   Not that I'm aware of.
2              MR. HARRISON:  Objection; calls for
3    speculation.
4    BY MR. GREENSTEIN:
5         Q.   And you see in the first page, second
6    paragraph, you say, "We ask that this topic, 11i
7    upgrades, be discussed at the upcoming sales kickoff
8    meeting.  Our sales consultants are having to deal
9    with questions/problems on a daily basis."  See that?
10        A.   Yes.
11        Q.   Is it fair to say that at this time you
12   wanted to discuss 11i upgrades at this sales kickoff
13   meeting because sales consultants were dealing with
14   problems on a daily basis?
15        A.   Yes.
16             MR. GREENSTEIN:  Put that aside.
17             (Exhibit No. 14 was marked for
18   identification by the reporter.)
19             MR. GREENSTEIN:  For the record, this
20   is a July 13, 2001, e-mail from Mary -- it's an
21   e-mail string from Mary Aragon-Archilla,
22   A-r-c-h-i-l-a, to Michael Rocha.
23             THE WITNESS:  Yes.
24   BY MR. GREENSTEIN:
25        Q.   And actually, I direct your attention

287

1    just to the second e-mail in the string, which is an
2    e-mail to you.  I'm not sure who it's from.  It looks
3    like someone's forwarding it to you.
4         A.   Let me read that.  This is on page 2?
5         Q.   No, I'm looking --
6              Well, for the record, it's a string of
7    e-mails in which there are a couple of e-mails to
8    Mr. Kendig.  It's Bates-numbered 120699 through
9    120701.  And if you could just -- actually, if I
10   could direct your attention to the second page
11   where it says, "Charles Kendig wrote."  It starts
12   with "Mary, thanks for returning my call."  See
13   that?
14        A.   Yes.
15        Q.   Just read that e-mail.
16             MR. HARRISON:  If you're going to ask
17   questions about the document, he's entitled to read
18   the whole thing, so --
19             MR. GREENSTEIN:  But I'm not going to
20   ask any questions about the first page.
21             MR. HARRISON:  Fair.
22             MR. GREENSTEIN:  If I do, I'll have
23   him read it.
24             MR. HARRISON:  Read what he wants for
25   context, but thanks for pointing that out.

288

1              MR. GREENSTEIN:  Sure.  Sure.
2              THE WITNESS:  (Witness reviews
3    document.)  Okay.
4    BY MR. GREENSTEIN:
5         Q.   So do you recall seeing this e-mail
6    before?
7         A.   Yes.
8         Q.   And it appears to be written on or
9    around July 13, 2001, right?
10             MR. HARRISON:  Which e-mail are you
11   looking at?
12             MR. GREENSTEIN:  I'm looking at the
13   e-mail on the second page which says, "Charles
14   Kendig wrote:  Mary, thanks for returning my call
15   today."
16        Q.   See that?  It's on the second page.
17        A.   Yeah, I'm not sure what date that is.
18        Q.   Yeah, it's hard to read from the
19   document, for the record.  And this is how it was
20   produced.  But in any event, do you see the e-mail --
21   this appears to be part of an e-mail that was sent
22   around July 13, 2001, right?
23        A.   Yes.
24        Q.   You see the second paragraph here.
25   Well, first of all, you're saying, "Mary, thanks for

289

1    returning my call today."  Do you know who Mary is?
2        A.   Mary is -- was the assistant to Mike
3    Rocha.
4        Q.   And you see the third paragraph there
5    where it says, "I sent an earlier note to Mike" -- is
6    that Mike Rocha?
7        A.   Yes, sir.
8        Q.   -- "and Dick Sellers a few weeks ago
9    asking some specific questions about 11i and some of
10   the concerns expressed by Jay Nussbaum's senior staff
11   regarding product quality, TAR volumes, etc."  See
12   that?
13       A.   Yes.
14       Q.   So does it appear that you were
15   referring to that earlier e-mail that you sent around
16   a few times that you got no response to?  Right?
17       A.   Yes.
18       Q.   So it appears that you still didn't get
19   a response as of July 13, 2001, right?
20       A.   That's correct.
21       Q.   And you see -- when you're saying that
22   there were some -- you raised "some concerns
23   expressed by Jay Nussbaum's senior staff regarding
24   product quality, TAR volumes, etc."  So there were
25   some concerns about product quality and TAR volumes

290

1    and you wanted to speak with Mike Rocha about that,
2    right?
3        A.   Yes, sir.
4        Q.   And why did you want to talk to him
5    about that?
6        A.   He was the leader of this support
7    organization, and I thought a face-to-face might
8    move the ball a little faster, and I wanted to
9    appeal to him for help.
10       Q.   Because you didn't feel the ball was
11   moving fast enough, right?
12       A.   Right.
13       Q.   You see where it says "11i references"?
14       A.   Yes.
15       Q.   And it says, "The company boasts of many
16   references within the 400 accounts that are moving
17   forward."  What did you mean by that, "the company
18   boasts of many references"?
19       A.   I believe when Ron Wohl would speak
20   about the product, he spoke about people that were
21   positive references.  I don't know how many within
22   the 400 accounts that were moving forward with
23   were references, but I questioned, with the volume
24   of problems that were being experienced, why we
25   thought that we were going to continue to get a lot

291

1    of references until such time as this was resolved.
2        Q.   All right.  So you say, "With over
3    60,000 TARs logged to date, we don't understand the
4    perception that the product is ready for prime time."
5    See that?
6        A.   Yes, sir.
7        Q.   So was it your understanding -- or at
8    the time, you didn't understand how others at Oracle
9    were perceiving that the product was ready for prime
10   time, right?
11       A.   I just think it was probably a
12   differentiating view.  From where I sat, my view
13   was it wasn't ready.
14       Q.   And this is over a year after 11i was
15   released, right?
16       A.   This is July 2001.
17       Q.   When you say "60,000 TARs logged to
18   date," are those TARs -- actually, strike that.
19            See down below there where it says,
20   "Product improvement -- it's perceived that we are
21   getting better with each 11i release.  However, we
22   would like to understand the facts that support
23   that point."  See that?
24       A.   Yes.
25       Q.   So is it fair to say you didn't have

292

1    facts at that point which indicated to you that 11i
2    was getting better with every release?  Right?
3        A.   I didn't have facts.
4        Q.   Right.  Because, based on what you saw,
5    the product wasn't getting better with every release,
6    right?
7        A.   Right.  And I wanted to know -- if
8    there was data to support it, I certainly needed to
9    know that.
10       Q.   Because you didn't have the data, right?
11       A.   No.
12            MR. GREENSTEIN:  Let's go off the
13   record.  He needs to change the tape.  Take a
14   ten-minute break?
15            THE VIDEO OPERATOR:  This marks the
16   end of Tape No. 3 of the deposition of Charles
17   Kendig.  We are now going off the record.  The time
18   is 4:45.
19            (Break taken.)
20            THE VIDEO OPERATOR:  We're back on the
21   record.  The time is 5:02.
22            (Exhibit No. 15 was marked for
23   identification by the reporter.)
24            MR. GREENSTEIN:  Mr. Kendig, I've
25   placed in front of you Exhibit 15, which is

Kendig, Charles  5/4/2006  9:09:00 AM

293

1    NDCA-ORCL 120920 through 120922.
2         For the record, this is a July 5,
3    2001, e-mail from Charles Kendig to a number of
4    individuals, including Michael Rocha, Richard
5    Sellers, and Jay Nussbaum, and it relates to
6    S-U-N-Y, which I think has something to do with
7    New York.
8         Q.   Have you seen this document before?
9         A.   Yes, sir.
10        Q.   And what does S-U-N-Y refer to?
11        A.   S-U-N-Y stands for State University of
12   New York Research Foundation.
13        Q.   And do you recall there was a customer
14   that was attempting to implement 11i?
15        A.   I don't recall that they were
16   attempting to implement 11i.
17        Q.   Okay.  If you turn to the second page,
18   in the middle there, it appears to be -- strike that.
19        On the top, it says, "The following
20   activity has been logged into the escalated
21   customer management system."  See that?
22        A.   Yes.
23        Q.   What's the escalated customer management
24   system?
25        A.   I think I'd mentioned earlier that

294

1    when accounts got into critical situations we had a
2    team of people that would help us manage the TARs
3    and the bugs and just try to bring a focus onto
4    what the issue was at the account and move it
5    forward.  So it's a special-handling kind of
6    process.
7         Q.   And did you ever use that escalated
8    customer management system to discuss issues with the
9    customers?
10        A.   Yes.
11        Q.   And did you -- how did you -- strike
12   that.  How was one -- strike that.  It's getting
13   late.
14        During 2000-2001, if you wanted to use
15   the escalated customer management system, how would
16   you go about doing that?
17        A.   In this particular case, we would go
18   to the support organization and give them the
19   business case about why the account needed special
20   handling.  And that was reviewed and either
21   accepted or rejected.
22        In this case, it was accepted for
23   inclusion into that special-handling program, and
24   so we got special attention to work on the issues
25   that Cindy was experiencing.  So it was relatively

295

1    informal, although you'd have to make a business
2    case.  But what I would do is -- when I got
3    involved with them, generally we got the okay to
4    move forward with the special handling.
5         Q.   So was this -- if you were to log on and
6    input a business case or something like this, would
7    it be saved anywhere at Oracle?
8         MR. HARRISON:  Objection; calls for
9    speculation.
10        THE WITNESS:  I don't know.  I know
11   that for a period of time we report every week on
12   the account, but I don't know what the retention
13   is.
14   BY MR. GREENSTEIN:
15        Q.   And you see -- let's see.  It's kind of
16   the middle -- well, upper middle in this document,
17   where it says, "Escalation Status:  Warm."
18        A.   Yes.
19        Q.   What does the term "warm" mean to you as
20   it pertains to an escalated customer?
21        A.   What I think is, it's kind of -- so
22   eventually it's kind of like cool is; things are
23   relatively good.
24        Q.   Right.
25        A.   Warm is we're getting there.  Red is

296

1    we got a problem.  It's that -- you know, it's that
2    simple, that right now things are okay.  We're
3    working on some things.  It's not exactly right
4    yet, but we're just about there.
5         Q.   And you see where it says "Business
6    Problem" and it says "go-live date, January 2001"?
7         A.   Yes, sir.
8         Q.   And if you read there, it says --
9    down -- let's see.  In the second sentence, it says,
10   "Since going live they have continued to have
11   problems with application and database performance
12   issues, getting research funds to a specific group or
13   the ability to recover funds for research grants.
14   They cannot pay their research personnel correctly
15   due to so many payroll problems."  See that?
16        A.   Yes.
17        Q.   Now, does this refresh your recollection
18   that this customer was using a payroll application
19   module of 11i?
20        A.   I don't know if they were using the
21   payroll application of 11i.  The issue was with
22   grants management.
23        Q.   Is that a module of 11i?
24        A.   At the time, it was not.
25        Q.   It was not.

Kendig, Charles  5/4/2006  9:09:00 AM

297

```
1        A.   It was not.
2        Q.   It was an application product?
3        A.   It was an application.  They were on
4    10.7.  They had not upgraded as yet.
5        Q.   But where it says "go-live date,
6    January 2001," it didn't mean go live with 10.7,
7    right?
8        A.   No.  But I think it was the go-live
9    with the grants management module.  I can't
10   remember whether it was -- I don't know whether it
11   was 10.7 or not.  Just honestly don't remember.
12   But grants was the problem for them.
13       Q.   So the module -- but that's a module of
14   11i, right?
15       A.   It is.  What I'm saying is I don't
16   remember whether it was a carryover from 10.7.  My
17   sense is probably it was one module they bought
18   from 11i that they wanted to implement, but I
19   really don't remember.  I just really don't
20   remember.
21       Q.   See at the bottom where it says, "Swen
22   Larsen, Oracle products support director, has asked
23   that customer care help manage the current list of 63
24   critical TARs for SUNY"?
25       A.   Yes, I see that.
```

298

```
1        Q.   Do you recall what those critical TARs
2    were?
3        A.   Yes, I do.
4        Q.   What were they?
5        A.   Customer had a module called "Public
6    Sector Budgeting."  SUNY is the world's largest
7    research foundation, and Oracle -- Oracle's product
8    had never been put to the test that would require a
9    level of intensity of volume of research contracts
10   that SUNY had, and so the testing that we were not
11   able to do is because of volumes.
12            SUNY was a very customized account --
13   it's kind of the theme we've talked about a little
14   bit today -- and very, very complex.  I think there
15   is something like thirteen to fourteen sites around
16   the state of New York that are part of the SUNY
17   system, but the research foundation was the one
18   where we had the most difficulty.
19            And because of customization, we had
20   our hands full to try to help them out.  And so as
21   issues came up -- and here you see the 83 -- I
22   believe that most of them had to do with public
23   sector budgeting -- they wanted to use the product
24   in a way that it was not designed to do.
25            Bearing Point was the implementer.  We
```

299

```
1    worked in conjunction with them to help.  And I
2    think my note there -- I can't remember the date of
3    it, but we got through it with them.  They're a
4    very positive reference today.
5        Q.   Turning to the second page where it says
6    "go-live date, January 2001," you see that above that
7    it says, "Escalated Customer Management."  It has a
8    date of July 3, 2001, right?
9        A.   Yes.
10       Q.   So is it reasonable to say that as of
11   July 3, 2001, SUNY was not yet live on whatever
12   they're discussing here, whether it's 11i or the
13   module that they're using?
14            MR. HARRISON:  Objection; calls for
15   speculation, lacks foundation.
16            THE WITNESS:  This is a report as of
17   July 3rd.  The business problem, that paragraph,
18   that stays on every document.  That's what got us
19   started with the customer.  This is the
20   justification on why we got these folks involved.
21   So I don't know when the implementation date was,
22   sir.  I just don't know.
23   BY MR. GREENSTEIN:
24       Q.   So these types of documents, escalated
25   customer management documents, if somebody at Oracle
```

300

```
1    in 2000-2001 wanted to find out all of the different
2    customer issues that were escalated in this fashion,
3    where would they go to pull up that information?
4            MR. HARRISON:  Objection; lacks
5    foundation.
6            THE WITNESS:  If you were trying to
7    find out what accounts were managed by the special
8    group, you would go to the support leadership to
9    find that out.
10   BY MR. GREENSTEIN:
11       Q.   And when you say "the special group,"
12   what do you mean?
13       A.   The escalation team.  There is a group
14   of people in support that handle escalated
15   accounts.
16       Q.   And forgive me if I've already asked
17   this, but who was in charge of that team?
18       A.   Mike Rocha ultimately.
19            MR. GREENSTEIN:  Put that aside.
20            (Exhibit No. 16 was marked for
21   identification by the reporter.)
22            MR. GREENSTEIN:  Now, the next
23   document, 16 -- and actually, for the record, this
24   is a packet of e-mails that were produced by Oracle
25   and are purported to be from Mr. Kendig's files.
```

301

1    Now, we've had an issue and some
2    letters going back and forth from counsel,
3    plaintiffs believe that these documents -- we
4    printed them out.  It appears that a lot of these
5    e-mails are corrupted or just not in the native
6    form that will allow you to read them and
7    understand who's writing who and what order that
8    they're in.
9         So what we've done here is put all of
10   the documents produced from Mr. Kendig's files
11   previously in one exhibit.  For the record, it's a
12   number of e-mails mostly related to the project
13   with Yale University.  But in any event, the reason
14   we put them all together is because that's how they
15   were produced.
16        We believe that we don't have a native
17   copy sufficient to analyze or figure out what some
18   of these e-mails are and who they're from.  So
19   we've asked for clear copies.  Oracle said that
20   this is the clearest they have.  So I just wanted
21   to put that on the record.
22        I am just going to be asking about
23   certain e-mails within this.  So I wouldn't look at
24   the whole document.  I'm just going to point your
25   attention to some e-mails that are clear.

302

1         For the record, it's NDCA-ORCL 621274
2    through 621322.  And I'd like to direct your
3    attention, Mr. Kendig, to 621287.
4         THE WITNESS:  Okay.
5         MR. GREENSTEIN:  If you just take a
6    look at this e-mail.  For the record, it's a
7    May 17, 2001, e-mail from Charles Kendig to Ron
8    Wohl, W-o-h-l, and other individuals, including Jay
9    Nussbaum.  And the subject is "Yale University
10   Proposal Development Feedback Requested."  It says
11   "confidential."
12        THE WITNESS:  (Witness reviews
13   document.)
14   BY MR. GREENSTEIN:
15   Q.   Have you finished?
16   A.   Yes, I'm finished.
17   Q.   Do you recall receiving this e-mail --
18   or, sorry.
19        Do you recall sending this e-mail on
20   or around May 17, 2001?
21   A.   I do.
22   Q.   And you recall the project with Yale
23   University?
24   A.   Yes.
25   Q.   And do you recall if that was an 11i

303

1    implementation?
2    A.   Yes.
3    Q.   And you see towards the top where it has
4    a list 1, 2, 3, 4, 5 and you say, "Yale wanted to
5    discuss five specific areas"?  See that?
6    A.   Yes.
7    Q.   No. 1 is "Crossroads in their
8    relationship with Oracle."  See that?
9    A.   Yes.
10   Q.   Now, what did you mean by that?
11   A.   There is a lot of information in here.
12   I don't know what was there.  But the -- Oracle and
13   Yale have had a great relationship over the years
14   where they as an early adapter have tested many
15   products for us.
16        They were very anxious to get to 11i
17   because it was the biggest thing we had ever done
18   and they wanted to lead the higher-education
19   community with success in implementing.
20   Very capable customer, highly
21   technical, really understood, and had the
22   confidence of Oracle development to help us with
23   testing efforts.
24        They, however, came to a point where
25   something that they thought was going to take four

304

1    months of work was taking a lot longer, and the
2    feeling was that "we just can't continue to do this
3    for Oracle without some consideration for the costs
4    associated with doing the work."
5         So they came to us and said, "We've
6    got to figure out some way that we modify our
7    relationship for the future."
8    Q.   So, in other words, you know -- strike
9    that.
10        Let's see.  It's the, I think, fifth
11   paragraph where it says, "We calculate the value of
12   this proposal to be approximately 10 million in
13   revenue over seven years."  See that?
14   A.   Yes, sir.
15   Q.   And do you see where it says, "We do
16   agree that there is some merit to helping them with
17   the costs associated with the release 11i upgrade
18   work that they are doing for you, since Yale believed
19   the work would be completed within three months and
20   we're still working on it 11 months later.
21        "Yale believes that they incur
22   $100,000 of expenses a month, helping Oracle with
23   the testing and quality assurance activities that
24   benefit Oracle development and future users of the
25   product, including Yale."

305

1    Do you see that?

2    A.  Yes.

3    Q.  So does this refresh your recollection

4  that Yale was trying to upgrade to 11i and that

5  upgrade was -- they thought it would be completed in

6  three months and you were still working on 11 months

7  later?

8    A.  I wouldn't say it quite that way.  I

9  would say that the work that they did for us during

10  that time period had to do with more testing than

11  they thought originally would be involved.

12    Their view was "we could have taken

13  that time and spent it doing other things to help

14  our own upgrade."  So they were helping the

15  enterprise versus just Yale University.

16    (Interruption)

17    THE WITNESS:  We were helping the

18  enterprise of Oracle versus just helping Yale

19  University.

20  BY MR. GREENSTEIN:

21    Q.  Okay.  So let's see if I understand

22  that.  So they weren't just upgrading themselves from

23  10.7 to 11i, but they were helping Oracle test the

24  software so that -- for other customers.

25    A.  Yes, sir.

306

1    Q.  And this is May 17th.  So this is a year

2  after 11i was released, right?

3    A.  Yeah.  I think the -- their note says

4  here working on a 11 -- yeah, so it's -- the time

5  correlates to the point about 11 months.

6    Q.  Right.  So when you say "Yale believed

7  the work would be completed within three months and

8  we're still working on it 11 months later," and

9  they're incurring $100,000 of expenses, are you

10  saying that is not related to their own

11  implementation of the 11i or upgrade?

12    A.  I believe that it's related to the

13  work that they were doing for Oracle, the testing

14  associated with the Oracle.  It's hard to split out

15  what was theirs and what was ours.

16    Q.  Why would they pay for testing Oracle's

17  product if it wasn't their own implementation, or

18  would they be incurring $100,000 in expenses a month?

19    A.  I'd have to look through the package

20  for more detail, but Yale kind of just did their

21  thing.  They worked -- they worked at their own

22  choice.  There was no contract that we had with

23  them.

24    But my recollection is that, as their

25  own financial pressures begin to build -- began to

307

1  build, they had to look at where they were spending

2  money, and this was one key area in IT that was out

3  of balance for them.

4    So that's when they came to us and

5  said, "We can no longer continue to do this this

6  way."  And our point was, "You're learning a lot

7  about what you wanted to do, which was part of the

8  original understanding, and we're getting a benefit

9  as well.  So it's a win-win.  We never contracted

10  with you for time or financial" -- "any financial

11  remuneration."

12    Q.  So is it fair to say -- you said earlier

13  that Yale was a customer for Oracle for four and a

14  half years, right?

15    A.  If I said that, I don't know how long,

16  but they've been a customer for a long time.

17    Q.  Let's see.  The fifth paragraph, the big

18  chunky paragraph there.

19    A.  "We calculate"?

20    Q.  Yeah, "We calculate."

21    A.  Okay.

22    Q.  At the end, it says, "Yale feels they've

23  been a early adapter for Oracle products for the past

24  four and a half years."  See that?

25    A.  Yes.

308

1    Q.  "And they can no longer afford the costs

2  associated with the work unless they receive some

3  help against future costs."  Do you see that?

4    A.  Correct.

5    Q.  And then above the paragraph there, you

6  say "crossroads in relationship with Oracle," right?

7    A.  Yes.

8    Q.  So is it fair to say that at this point

9  when they were implementing -- or trying to implement

10  11i or trying to do the testing you described, that it

11  was threatening their four-and-a-half-year

12  relationship with Oracle?

13    MR. HARRISON:  Objection: calls for

14  speculation, lacks foundation.

15    THE WITNESS:  I don't know if -- I

16  don't know if it was threatening the relationship.

17  I think it was more of "talk with us, see how we

18  can work this out."

19  BY MR. GREENSTEIN:

20    Q.  And you see here where -- at the bottom,

21  the last paragraph, it says, "As mentioned earlier,

22  Yale is very concerned about the quality of our

23  products."  See that?

24    A.  Yes.

25    Q.  They're referring to 11i, right?

309

```
 1      A.  Yes.
 2      Q.  And see how it says, "38 percent of the
 3  patches they receive from us are faulty"?
 4      A.  Yes.
 5      Q.  See that?
 6          And do those patches refer to their
 7  attempted upgrade to 11i or the testing that you
 8  described?
 9      A.  I believe it has to do with their
10  attempted implementation.
11      Q.  So is it fair to say that their
12  attempted implementation was kind of overlapped with
13  their testing of the product itself?  Right?
14      A.  I think that's fair.
15      Q.  Because they were trying to implement it
16  and at the same time seeing how it would work for
17  other customers like them, right?
18      A.  Yes.
19      Q.  Okay.  See where it says, "The overall
20  costs of maintaining Oracle's software has
21  skyrocketed, in their opinion, when the total cost of
22  ownership should be going down.  So, like us, they're
23  trying to justify the resources they are spending."
24  See that?
25      A.  Yes.
```

310

```
 1      Q.  So does that refresh your recollection
 2  that the cost of this project was skyrocketing during
 3  that time?
 4      A.  Yes.
 5      Q.  And they thought that the total cost
 6  should be going down, but it was, in fact, going up,
 7  right?
 8      A.  That's what I believe they thought,
 9  yes.
10      Q.  And so they wanted Oracle to compensate
11  them for the increased costs and expenses that they
12  were incurring as a result of this project, right?
13      A.  Yes.
14      Q.  And then in that big chunky paragraph
15  that starts with "We calculate the value."  See that?
16      A.  Yes.
17      Q.  Second line says, "We do agree there is
18  some merit to helping them with the costs associated
19  with the release 11i upgrade work.  Since Yale
20  believed" -- see that?
21      A.  Yes.
22      Q.  So you agreed that there was merit to
23  their request that they get compensation for the
24  additional expenses, right?
25      A.  We thought it was worth consideration,
```

311

```
 1  yes.
 2      Q.  Turning to the next page, the sentence
 3  that begins with "Nothing has been committed to Yale
 4  as yet, other than consideration for their costs
 5  associated with the lengthy time it's taken to get
 6  Release 11i tested."  See that?
 7      A.  Yes.
 8      Q.  So Oracle had already agreed at that
 9  time to give consideration to Yale for the cost
10  associated with the lengthy time that it took to get
11  11i tested, right?
12      A.  I think what we agreed to do -- and
13  maybe the word "consideration" isn't clear, but we
14  agreed to move to Ron Wohl for consideration.
15      Q.  Now, turning to a different page, which
16  is 621295.  For the record, this is a May 19, 2001,
17  e-mail from Charles Kendig to Ron Wohl, Frank -- or,
18  sorry -- to Frank Bishop cc'ing Ron Wohl, Jay
19  Nussbaum, and others, and it's regarding Yale
20  University proposal.
21      A.  Yes.  I need some time to read this.
22      Q.  And I'd just like you to read the Frank
23  and Ron portion.  That's all I'm going to ask you
24  about.
25          MR. HARRISON:  Noting that the earlier
```

312

```
 1  e-mail in time was the one he just looked at,
 2  right?  The earlier e-mail in time on this page?
 3          MR. GREENSTEIN:  Oh, you're saying
 4  that's within this e-mail?
 5          MR. HARRISON:  Yeah.
 6          MR. GREENSTEIN:  Yeah, I think so.
 7  Again, I can't confirm that, but I think that's to
 8  be the case.  It looks like it's the same e-mail
 9  that we just looked at in the body of this e-mail.
10          THE WITNESS:  (Witness reviews
11  document.)
12  BY MR. GREENSTEIN:
13      Q.  Are you finished with the top part?
14      A.  I'm just looking to see what else is
15  here.
16          Okay.  Yes.
17      Q.  And it appears that this e-mail, as
18  Mr. Harrison pointed out, incorporates that previous
19  May 17th e-mail that you wrote; is that right?
20      A.  Yes.
21      Q.  And you see it's from you to Frank and
22  Ron.  Is that Frank Bishop and Ron Wohl?  Right?
23      A.  Yes.
24      Q.  And you see where it says, "As I think
25  you know, Yale University is at a crossroads with
```

313

1   Oracle.  If we do nothing to help with this
2   incremental expense, Yale will probably drop out of
3   the Release 11i upgrade program and ultimately move
4   to the competition."  Do you see that?
5       A.   Yes.
6       Q.   So at the time, you're saying that if
7   you don't take any action Yale could drop out of the
8   11i program altogether, correct?
9       A.   We believed there was risk of that,
10  yes.
11      Q.   Okay.  And it says, "They're very
12  outspoken about the lack of quality of this product."
13  And you're referring to 11i there, right?
14      A.   Yes.
15      Q.   "And they believe that poor quality has
16  caused this upgrade to go from the original three
17  months to the current three months."  See that?
18      A.   Current eleven months.
19      Q.   Current eleven months.  Sorry.
20      A.   Yes.
21      Q.   So does that refresh your recollection
22  that poor quality has caused their specific upgrade
23  from -- to 11i to be delayed from three months to
24  eleven months?  Right?
25      A.   Yes.

314

1       Q.   So that's not the testing we were
2   talking about.  That's their actual upgrade, it
3   appears, right?
4       A.   Yeah.  I mean -- I think earlier we
5   talked about the fact that they were doing both at
6   the same time --
7       Q.   Right.
8       A.   -- so --
9       Q.   And then do you see in the third
10  paragraph it says, "I feel certain that this issue
11  will come back to Oracle at higher executive levels
12  and I want to make sure that this gets handled
13  properly"?  What did you mean by that?
14      A.   Well, my thoughts were that the
15  administration at the university wanted to see what
16  they would do through the local sales organization
17  that supported them.  And my view at the time was
18  that if they don't get the answer that they think
19  they should get that they would move up the
20  management chain of Oracle.
21      Q.   Turning to another e-mail.  Sorry I'm
22  jumping around here.  This is 621302.
23      A.   302?
24      Q.   Yeah.  Just read that e-mail.  For the
25  record, this is an e-mail from Charles Kendig to Ron

315

1   Wohl, Frank Bishop, Jay Nussbaum, and Lee Ramsayer?
2       A.   Lee Ramsayer, yeah.
3       Q.   And it's May 23, 2001, and subject is
4   "Yale University Conference Call - Feedback from
5   Crowley"?
6       A.   Yes.
7       Q.   Do you recall sending this document on
8   May 23rd?
9       A.   Yes.
10      Q.   And Ron and Frank, that's Ron Wohl and
11  Frank Bishop, right?
12      A.   Yes, sir.
13      Q.   And you see where it says, "Lee Ramsayer
14  had a confidential conversation with Indy Crowley
15  this afternoon."  See that?
16      A.   Yes.
17      Q.   Indy Crowley was a person at Yale,
18  right?
19      A.   Correct.
20      Q.   And it says, "The IT group is getting
21  pressure from the Yale board regarding the costs
22  associated with the Yale/Oracle relationship."  And
23  you're referring to Oracle's IT group as getting
24  pressure from the Yale board of directors, right?
25      A.   No.  What I'm referring to is the IT

316

1   group at Yale is getting pressure from the Yale
2   board.
3       Q.   Okay.  Then it says:  They are
4   questioning the value that Yale is getting for being
5   an early adopter -- adapter of Oracle products for
6   the higher-education community, especially since the
7   release 11i upgrade is taking longer than planned.
8   Do you see that?
9       A.   Yes.
10      Q.   So they were questioning the value that
11  Yale was getting for participating in this upgrade
12  and testing, right?
13      A.   It appears that's the case, yes.
14      Q.   And down the second paragraph where it
15  says -- it's the second sentence.  It says,
16  "Integration testing is what is taking so much time."
17  Do you see that?
18      A.   Yes.
19      Q.   Now, what does that mean, "integration
20  testing"?
21      A.   Yale -- it kind of gets back to what
22  we've been talking about all day with the
23  customization.  Very, very customized.  So as they
24  began to put modules in, they had difficulty
25  because the system was vanilla.

Kendig, Charles  5/4/2006  9:09:00 AM

317

```
 1          And so they had to -- whenever they
 2   would map their configuration to the new 11i, they
 3   had to test everything, and if it just wasn't
 4   matched correctly with the customization, they had
 5   difficulty.  And it just took a long time.  It took
 6   more time than anybody ever imagined.
 7          In retrospect, when you look at this
 8   thing that maybe it was going to take four months,
 9   perhaps at the time it sounded reasonable, this
10   took a lot longer for an account that was pretty
11   savvy.
12      Q.   So this was a very savvy and technical
13   customer who had been an Oracle customer for a long
14   time, right?
15      A.   Yes.
16      Q.   They were having problems and delays
17   from -- with the upgrade to 11i, right?
18      A.   I would say yes to that with the
19   caveat that it was not a straight vanilla.  It was
20   a customized system that they were working on.  And
21   we didn't know how much time that would take.  I
22   don't think they did either.
23      Q.   If I could direct your attention to
24   621304.  And if you --
25          MR. GREENSTEIN:  Just for the record,
```

318

```
 1   this is an e-mail dated June 5, 2001, from Charles
 2   Kendig to Ron Wohl, and it's a forwarded e-mail.
 3   It says "Oracle at Yale."  And this is one of the
 4   documents that is hard to read.  It's hard to tell
 5   which portions are written by Mr. Kendig, but this
 6   is -- like we said, this is the way that it was
 7   produced, and that's why it looks like this.
 8      Q.   So if you could just go ahead and try to
 9   read it.
10      A.   Okay.
11      Q.   Have you had a chance to look at this,
12   Mr. Kendig?
13      A.   Yeah.  The reason I -- my brow is
14   frowed is it looks like a conversation between
15   State University of New York Research Center and
16   Yale, and it's apples and oranges.
17      Q.   Okay.  But it appears you are saying
18   this to Ron Wohl, you're forwarding what appears to
19   be the conversation between the State University of
20   New York and Yale, right?
21      A.   See, I don't know.  I mean, this is
22   not my style of communication.  I use paragraphs
23   and -- so I don't know.  I don't know where this
24   came --
25          MR. GREENSTEIN:  Again, for the
```

319

```
 1   record, this is the way it was produced.  And I'm
 2   not going to get into the specifics because it's
 3   hard to tell who's writing's what.
 4          THE WITNESS:  Yeah.
 5   BY MR. GREENSTEIN:
 6      Q.   I just wanted to ask you about one thing
 7   and see if it jogs your memory.
 8      A.   Sure.
 9      Q.   In the middle, it says "she," and I'm
10   not sure who "she" refers to.  "She said Yale has
11   decided to place" -- actually, strike that.
12          Up in the middle where it says "AI"
13   and then there is a bunch of arrows and it says
14   "Hi."  Do you see that?
15      A.   Yes.
16      Q.   Then it says, "The grants office at Yale
17   called me about a subcontract matter.  I took the
18   opportunity to chat with her about Oracle.  She said
19   they are into it two years and it's still horrible."
20   See that?
21      A.   Yes.
22      Q.   Do you have any idea what that is?
23          MR. HARRISON:  Objection; calls for
24   speculation, lacks foundation.
25          THE WITNESS:  I don't.
```

320

```
 1   BY MR. GREENSTEIN:
 2      Q.   Where it says, "She said they were doing
 3   all their own reports in-house now and have developed
 4   all their own workarounds to be able to function."
 5   See that?
 6      A.   Yes.
 7      Q.   Do you have any idea what that means?
 8      A.   I have an idea.
 9      Q.   What is it?
10      A.   Customizations.
11      Q.   Okay.  See at the bottom where it
12   says -- I think it's -- one, two, three, four -- four
13   or five lines up.  Says, "She said the new version of
14   Oracle -- I forgot the name for it -- will not give
15   them any solutions to their problems."  Do you see
16   that?
17      A.   Yes.
18      Q.   Do you know if that refers to 11i?
19      A.   I don't know.
20      Q.   See where it says, "She also passed
21   along the tidbit that either Vanderbilt or Rice, she
22   forgets which, is suing Oracle."  Do you see that?
23      A.   Yes.
24      Q.   Did you ever learn that Vanderbilt or
25   Rice was suing Oracle?
```

Kendig, Charles  5/4/2006  9:09:00 AM

321

1      A.   I'm not aware of it.

2      Q.   Are you aware of anybody suing Oracle

3   2000-2001?

4         MR. HARRISON:  Objection; asked and

5   answered.

6         MR. GREENSTEIN:  Actually, strike

7   that.  Put that aside.  Actually, I want to take a

8   five-minute break, and then I'll finish.

9         THE VIDEO OPERATOR:  Going off the

10  record, the time is 5:40.

11        (Break taken.)

12        THE VIDEO OPERATOR:  We are back on

13  the record.  The time is 5:48.

14        (Exhibit No. 17 was marked for

15  identification by the reporter.)

16  BY MR. GREENSTEIN:

17     Q.   Mr. Kendig, you have in front of you

18  what looks to be a PowerPoint presentation or a slide

19  presentation.  For the record, it's fiscal year '02

20  consulting budget review dated April 3, 2001,

21  Bates-stamped 159545 through 159575.

22        Actually, I'm just going to direct

23  your attention to one specific page or a couple

24  specific pages, so if you'd just thumb through it.

25     A.   Okay.  This is tough to read.

322

1      Q.   Actually, to save some time, I'm going

2   to direct you to 159567.

3         MR. HARRISON:  Just make sure you're

4   comfortable.  If he's going to ask you questions

5   about the document, you're entitled to look at it.

6   BY MR. GREENSTEIN:

7      Q.   Again, I'm going to direct your

8   attention to 159567.

9      A.   I'm not there yet.

10        Okay.

11     Q.   Have you seen this document before?

12     A.   I've not seen this document.

13     Q.   Have you ever seen a consulting budget

14  review like this type of document before?

15     A.   I have not.

16     Q.   Turning to 159567, see there it says

17  "Adverse business conditions will continue to

18  challenge us in fiscal year '02"?

19     A.   Yes.

20     Q.   And you see it says "Uncertainty around

21  the economy"?

22     A.   Yes.

23     Q.   And do you see there where it says ".com

24  crisis"?

25     A.   Yes.

323

1      Q.   And do you recall that there was a

2   dot-com crisis at Oracle at any time?

3         MR. HARRISON:  Objection; calls for

4   speculation, lacks foundation, and it's vague and

5   ambiguous as well.

6         THE WITNESS:  I'd say no.  I mean, it

7   wasn't talked about in this context.

8   BY MR. GREENSTEIN:

9      Q.   Do you see there where it says "product

10  issues," 21 million in fiscal year '01 as 3 percent

11  of revenue; two points of margin?

12     A.   Yes.

13     Q.   Do you know what that refers to?

14     A.   I don't know.

15     Q.   Do you recall that product issues with

16  11i had any impact on Oracle's expenses during

17  2000-2001?

18     A.   I do not.

19        MR. HARRISON:  Objection.

20  BY MR. GREENSTEIN:

21     Q.   Do you recall that any product issues

22  had any impact on -- on Oracle's margins in

23  2000-2001?

24     A.   I don't recall.

25        MR. HARRISON:  Objection; calls for

324

1   speculation.

2         MR. GREENSTEIN:  Put that aside.

3         (Exhibit No. 18 was marked for

4   identification by the reporter.)

5         MR. GREENSTEIN:  For the record, this

6   is NDCA-ORCL 621416 through 621449, and this was

7   produced to us this morning at 9 a.m., and I was

8   told that Mr. Kendig found this in his files, but

9   we just got this document today.

10     Q.   Mr. Kendig, you've seen this, obviously,

11  before, right?

12     A.   I have, yes.

13     Q.   And where did this document come from?

14     A.   This document came from Alan Fletcher,

15  who was the quality executive for Ron Wohl.

16     Q.   Did you -- but you found this document

17  in your office, right?

18     A.   Oh, yes.  This document I created

19  using information given to me by Alan Fletcher.

20     Q.   Okay.  And you found this yesterday, I

21  think you said?

22     A.   I found it in the last week.  I asked

23  my assistant, "Let's make sure if there is anything

24  around here that" -- "that we have."  And she said,

25  "Well, I have this document."  And I said, "Well,

325

1  give it to me. I need to take it with me." We
2  don't have anything else.
3      Q.  And did you provide this document to
4  counsel a week ago?
5      A.  I provided it yesterday.
6      Q.  Yesterday. Okay.
7      A.  Just brought it with me.
8      Q.  And do you know the date of this
9  document?
10     A.  I don't.
11     Q.  Do you know approximately -- was it
12 2000? 2001?
13     A.  You know, I honestly don't. There's
14 some information here that has data as of a certain
15 time, so my sense it would have to be after that.
16     Q.  And this was a -- you put this together
17 based on information from Alan Fletcher, right?
18     A.  Totally Alan Fletcher, yes.
19     Q.  Were you presenting this to anybody?
20     A.  I shared this with the senior staff.
21 Again, I can't remember which senior staff because
22 it depends what time it was, but if it was during
23 Nussbaum's time, I shared the information with
24 Nussbaum's team.
25     Q.  And this isn't the only presentation

326

1  you've done like this, right?
2      MR. HARRISON: Objection; calls for
3  speculation, vague, ambiguous.
4      THE WITNESS: I think it is the only
5  presentation.
6  BY MR. GREENSTEIN:
7      Q.  That you ever made at your time at
8  Oracle?
9      A.  Oh, no. I've made a lot of
10 presentations at Oracle, not necessarily on 11i.
11     Q.  Is this the only presentation made on
12 11i, let's say from 2000 until now?
13     A.  I believe so.
14     Q.  Why were you giving this presentation?
15     A.  As we've seen all day, you can see
16 where I was continually pushing the company to help
17 us, and I wanted to share with our executive team
18 exactly what the development organization was
19 doing, and I shared this presentation with them.
20     It was more of a handout than stand up
21 and look at all the charts. But the goal was to
22 share information that I got from Alan Fletcher
23 about what this company was doing to help us.
24     Q.  And do you recall who was in the room
25 when you presented this?

327

1      A.  Again, depending upon the time frame,
2  it would have been Jay Nussbaum's senior staff.
3      Q.  Was it at one of those monthly meetings
4  that you discussed earlier?
5      A.  Yes, sir.
6      Q.  Do you know if anyone else -- did you
7  give this to anybody else?
8      A.  Not that I recall.
9      Q.  Was this something that you kept
10 electronically?
11     A.  I don't know if I kept this
12 electronically. If I would have, it would have
13 been in not my e-mail. It would have been on my --
14 my hard drive, under Microsoft Word. It would have
15 been a Word document -- excuse me -- a PowerPoint
16 document.
17     Q.  It would have been on your hard drive at
18 the time those individuals came in to scan your
19 computer, whatever they did with it?
20     A.  It would have been. I assumed it
21 would have been, but not my e-mail. I think they
22 took my e-mail. I don't think they took -- I don't
23 know if they took it from somewhere else. It was
24 not -- typically I would not put this attachment to
25 something I was giving to the senior staff.

328

1      Q.  But it's -- I mean, did you create this
2  in -- was it Microsoft PowerPoint?
3      A.  I think what I did was it was created
4  in Microsoft PowerPoint and presented it.
5      Q.  Turning your attention to 621428, it's a
6  slide that says "11i Quality History."
7      A.  Yes.
8      Q.  See where it says "Initial 11i
9  implementations were troubled. Product quality and
10 completeness." See that?
11     A.  Yes.
12     Q.  And you're talking about initial 11i
13 implementations in 2000-2001, right?
14     MR. HARRISON: Objection; calls for
15 speculation.
16     THE WITNESS: What I'm really talking
17 about here is what I recalled in the second half of
18 2000. We were just trying to understand what we
19 had. The calendar year we spent in a way of -- we
20 talked about it earlier, of just trying to deal
21 with whatever question came in, most of the bugs, a
22 lot of other kinds of things like training and
23 documentation, et cetera.
24 BY MR. GREENSTEIN:
25     Q.  And do you see where it says "Big

329

1  quality black eye for Oracle"?
2      A.  Yes, sir.
3      Q.  What did you mean by that?
4          MR. HARRISON:  Objection; misstates
5  testimony or assume facts not in evidence.
6          THE WITNESS:  I think these are Alan's
7  words I used in the presentation.  I think we've
8  talked about this a lot today with the bugs and
9  what people perceive the product to be, so I don't
10  know that I could add anything to what I've already
11  given.
12  BY MR. GREENSTEIN:
13      Q.  But this was -- Alan Fletcher prepared
14  this slide?
15      A.  Yes, sir.
16      Q.  And did you -- did you discuss the big
17  quality black eye for Oracle during the presentation?
18      A.  I don't know that I discussed it
19  either way.  I wouldn't have never had enough time
20  or an audience that would have sat through this
21  many slides.  You see -- that next-to-last slide,
22  you know, I've got Alan's name there, that if you
23  want to get into any detail, let's talk to Alan.
24      Q.  Turn your attention to 624431.
25      A.  Okay.

330

1      Q.  And the second -- kind of -- well, down
2  there where it says, "By 2002 it was time to
3  consolidate."  Do you see that?
4      A.  Yes.
5      Q.  See where it says, "No barriers to
6  integration"?
7      A.  Yes.
8      Q.  Do you know what that means?
9      A.  I don't.
10      Q.  Okay.  You see where it says -- well,
11  this appears to be a slide communicating how Oracle's
12  going to simplify its organization, right?
13      A.  Yes.
14      Q.  And how it's going to simplify the
15  E-Business Suite Development Group, right?
16      A.  Totally development.  E-Business
17  Suite -- we talked about this one a bit earlier,
18  too.  CRM, I've always -- I always viewed it as a
19  separate product.  And ERP was the E-Business
20  Suite.  Two different men running those development
21  organizations.  And I believe both products
22  operated separately.  They could operate
23  separately.
24      Q.  But the full E-Business Suite was CRM
25  and ERP integrated, right?

331

1      A.  No.  That was -- that was not my
2  knowledge back then.  Otherwise, why would you have
3  two people doing the work?  I think I talked about
4  that earlier.
5      Q.  Well -- so your understanding was that
6  they were separate because of the way that the
7  development groups were set up where Ron Wohl was in
8  charge of ERP, Mark Barrenechea was in charge of CRM,
9  and those groups were totally separate, right?
10      A.  Yes.
11      Q.  And they didn't really work together at
12  all, right?
13      A.  Right.
14          MR. HARRISON:  Objection; vague and
15  ambiguous.
16  BY MR. GREENSTEIN:
17      Q.  But you know that 11i was marketed to
18  the public as a fully integrated suite, right?
19      A.  I don't know.  I think that it depends
20  on your definition of "integration."  When I think
21  of integration, I think of the E-Business Suite as
22  modules of functionality that are integrated.
23  I don't necessarily -- I didn't think
24  back at the time that CRM could be necessarily
25  integrated into ERP.  ERP in my view is a

332

1  back-office system that helps you manage your cash,
2  your receivables, your HR, whatever.  CRM helps you
3  manage your customers.
4      Q.  So why did you believe back then that
5  CRM could not be integrated with ERP?
6      A.  I didn't know whether it could be
7  integrated with ERP.  I'm not a -- I'm not -- you
8  probably figured this out already.  I'm not a
9  techno guy.  I'm just not.  I don't know the
10  details necessarily of why things are the way they
11  are.
12          My role was to really take issues,
13  bring them to the attention of management, try to
14  help individual customers get what they needed.
15      Q.  So the problems you discussed earlier in
16  2000-2001 from customers, were any of those related
17  to the ability of CRM modules to talk to the ERP
18  modules?
19          MR. HARRISON:  Objection; calls for
20  speculation.
21          THE WITNESS:  Not that I'm aware of.
22  BY MR. GREENSTEIN:
23      Q.  But -- I mean, there were many problems,
24  so some of them -- it's fair to say some of them were
25  related to CRM's inability -- those modules to

Kendig, Charles  5/4/2006  9:09:00 AM

333

1    communicate with the ERP modules.
2         MR. HARRISON: Objection; lacks
3    foundation. Lacks foundation.
4         THE WITNESS: I'm not aware of that.
5    BY MR. GREENSTEIN:
6         Q.   Well, you discussed that there was an
7    increase in problems with the 11i in 2000-2001,
8    right?
9         A.   Right.
10        Q.   So none of these problems were related
11   to the ability of CRM modules to communicate with the
12   ERP?
13        A.   Not that I'm aware of. I mentioned, I
14   believe, earlier the only CRM account that I was
15   involved with was BellSouth. That's the only one
16   that I have any knowledge about into the level of
17   detail perhaps that you would like. I'm just
18   not -- I'm not schooled in technology and how it
19   all works.
20        Q.   But some of those problems you talked
21   about before were customers that had implemented the
22   full E-Business Suite with CRM and ERP, right?
23        A.   That's not the case, no.
24        Q.   I don't understand that.
25        A.   What is it that you don't -- I mean, I

334

1    don't understand what you don't understand.
2         Q.   Well, 11i was released, and the
3    E-Business Suite was packaged as ERP and CRM,
4    correct?
5         A.   I don't know that.
6         Q.   Well, if a customer in 2000-2001
7    implemented 11i, purchased 11i, the full business
8    suite, right, that would include CRM and ERP.
9         A.   I don't know that. I think I just
10   shared -- and I'm starting to get a little
11   frustrated with this. I don't necessarily know
12   that CRM was included in ERP. I don't know that.
13   And one situation that I knew there were CRM issues
14   was with BellSouth, and I didn't know whether that
15   had to do with anything with ERP or not. That's as
16   straight as I can tell you.
17        Q.   And you see where it says "No Politics"?
18        A.   Yes.
19        Q.   What does that mean?
20        A.   I think you'd have to talk to Alan
21   about that. I don't know. It talks about within
22   development, so perhaps that's where it is.
23        Q.   So do you recall if there were political
24   issues between Ron Wohl and Mark Barrenechea?
25        A.   I believe there were perceived

335

1    political issues, yes.
2         MR. GREENSTEIN: You can put that
3    aside. Mark the next one.
4         (Exhibit No. 19 was marked for
5    identification by the reporter.)
6         MR. GREENSTEIN: For the record, this
7    was produced to plaintiffs earlier this
8    morning. It's an e-mail from Charles Kendig to Ron
9    Wohl and others, dated March 14, 2001, regarding
10   CAB meeting in California, and it's Bates-stamped
11   621413 through 621415.
12        THE WITNESS: Okay.
13   BY MR. GREENSTEIN:
14        Q.   Do you recall sending this e-mail on or
15   around March 14, 2001?
16        A.   I don't recall sending it, but --
17        Q.   Do you have any idea why this document
18   was produced today?
19        A.   No.
20        Q.   What is the CAB meeting in California,
21   if you know?
22        A.   "CAB" is "Customer Advisory Board."
23        Q.   And is that an internal Oracle
24   organization?
25        A.   That is an organization made up of, I

336

1    believe in this case, executives from higher
2    education that provides feedback to Oracle about
3    what their wants, needs, and expectations are as
4    customers.
5         Q.   You say "executives." Customer
6    executives, right?
7         A.   Yes. CIOs, universities. Typically
8    that's the kind of people that attend those
9    meetings.
10        Q.   So it appears this is a forwarded --
11   forwarding an e-mail from -- looks like David Swits?
12        A.   David Swits.
13        Q.   Do you know who that is?
14        A.   Yes.
15        Q.   Is he the vice president of technology
16   for the research foundation of SUNY?
17        A.   Yes.
18        Q.   That's the same SUNY we talked about
19   earlier, right?
20        A.   Exactly.
21        Q.   And he's writing to Charlie, Lee,
22   Kumaresh, and Frank, right?
23        A.   Yes.
24        Q.   Do you see where it says, "Let me now
25   explain the severity here. I've been asked three

Kendig, Charles  5/4/2006  9:09:00 AM

337

1   times by senior management whether we should go back
2   to a legacy. Each time I've replied no.
3       "Campus presidents are now calling the
4   chancellor directly and other members of the senior
5   staff. We can hold them at bay for only so long.
6   We are under significant pressure to stabilize the
7   system as quickly as possible."
8       See that?
9       A.   Yes.
10      Q.   So this appears to be Dave Swits of SUNY
11  communicating the severity of problems that they're
12  having. Right?
13          MR. HARRISON:  Objection; calls for
14  speculation.
15          THE WITNESS:  Dave is -- Dave is
16  communicating to me his concerns, and I
17  communicated those to Frank Bishop.
18  BY MR. GREENSTEIN:
19      Q.   And these were -- earlier we talked
20  about SUNY implementing 11i, right?
21      A.   They were implementing 11i with the
22  focus on grants management and public budgeting.
23      Q.   And see where it says, "Today, for
24  example, we have had to drop the system, again due to
25  performance and bug #13313719.6 and we have two

338

1   Oracle DBAs that seem to be as baffled by this as
2   us." See that?
3       A.   Yes.
4       Q.   Is that -- do you remember that
5   happening, the system was dropped due to performance
6   and bugs?
7       A.   I don't remember that specific
8   happening. What I do remember is what we talked
9   about earlier, the Bearing Point involvement, the
10  executive involvement by Oracle, the fact that they
11  were very, very highly customized. They wanted
12  that system to do things it was never designed to
13  do.
14          And Swits was a great partner, great
15  customer. We would have tried to do anything we
16  could to help him. Again, customization.
17      Q.   See down at the last paragraph it says,
18  "It's far bigger than an enhancement here and there.
19  It's about the total integration of the products."
20  See that?
21      A.   Yes.
22      Q.   So David Swits is saying that it's about
23  the integration of the products within 11i. It's not
24  an enhancement, right?
25          MR. HARRISON:  Objection. First of

339

1   all, I -- well, I object on the grounds that it's
2   vague and ambiguous and it misstates what the
3   document says, or it's argumentative.
4           THE WITNESS:  We talked about this
5   earlier. This customization's complex. The system
6   didn't do what they wanted it to do particularly
7   because it wasn't designed to do that.
8   BY MR. GREENSTEIN:
9       Q.   So when he says "it's about the total
10  integration of the products," do you know what he
11  means?
12          MR. HARRISON:  Objection; calls for
13  speculation and lacks foundation.
14          THE WITNESS:  I don't know what he
15  means other than what I've talked about earlier.
16          MR. GREENSTEIN:  Okay. Put that
17  aside. This is the last one.
18          (Exhibit No. 20 was marked for
19  identification by the reporter.)
20          MR. GREENSTEIN:  For the record, this
21  is 621409 through 621412, and it's an e-mail from
22  Frank Bishop to certain individuals regarding a
23  phone call with Frank, and it's an e-mail string
24  that includes Charles Kendig.
25          THE WITNESS:  Okay.

340

1   BY MR. GREENSTEIN:
2       Q.   Do you recognize this document?
3       A.   Yeah, vaguely.
4       Q.   And does it appear to be a string of
5   e-mails related to the SUNY project again?
6       A.   Yes, sir.
7       Q.   And if you look at the second- and
8   third-to-last page, it appears to be an e-mail from
9   David Swits to you; is that right?
10      A.   Yes.
11      Q.   And do you remember getting this e-mail
12  within this document, the one on April 13th, on
13  621410?
14      A.   I believe so.
15      Q.   You see at the second paragraph it says,
16  "As I indicated, I understand and will appreciate
17  Frank's involvement." Does that refer to Frank
18  Bishop?
19      A.   Yes.
20      Q.   It says, "As you know, we are at a
21  critical point in our business where if we cannot get
22  balance information and resolve some of our
23  outstanding TARs, our business will collapse. That
24  is not an exaggeration. We will be out of business."
25  Do you see that?

Kendig, Charles  5/4/2006  9:09:00 AM

341

```
1        A.   Yes.
2        Q.   Do you recall David Swits being
3    concerned that issues with Oracle software was
4    threatening to collapse their business?
5        A.   I remember David Swits was
6    concerned -- that issues were a concern, that they
7    weren't all software-related.
8        Q.   What other issues?
9        A.   Customizations.
10        Q.   Of software, right?
11        A.   Yes.
12        Q.   And it was threatening to put them out
13    of business, right?
14        A.   Right.
15        Q.   And do you see where he says:  This is
16    largely due to inadequacies surrounding not only
17    performance -- the performance, but the integration
18    of the component of the system?  Do you see that?
19        A.   Yes.
20        Q.   And he's talking about integration of
21    the components of 11i, right?
22        A.   I believe so.
23        Q.   See the next page at the bottom he says,
24    "I truly believe that he needs to understand the
25    severity of the problems here, the fragile state of
```

342

```
1    this implementation and potential collapse of this
2    corporation."  See that?
3        A.   Yes.
4        Q.   And when he says, "I truly believe that
5    he needs to understand the severity," do you know who
6    he's talking about?
7        MR. HARRISON:  Objection; calls for
8    speculation.
9        THE WITNESS:  I believe it's Ron Wohl.
10    BY MR. GREENSTEIN:
11        Q.   Okay.  So do you recall that David Swits
12    was trying to communicate to you that he wanted Ron
13    Wohl to understand the severity of the problems with
14    this project and that it potentially could collapse
15    the corporation?  Right?
16        A.   That's what he is saying here, yes.
17        Q.   And if you turn back to the first page,
18    it's an e-mail from Frank Bishop to Kirsten Shaw.
19        A.   Yes.
20        Q.   See how it says, "Kirsten, I'd like to
21    use the standard process.  Charlie has confused a
22    number of issues on the account and I could use your
23    support."  See that?
24        A.   Yes.
25        Q.   Do you know what she's referring to when
```

343

```
1    she says that "Charlie has confused a number of
2    issues"?
3        A.   I honestly don't.
4        Q.   Do you recall any discussions about you
5    being confused with issues regarding this project?
6        A.   No.  No, I don't.  That's the first I
7    saw that one because it's not copied.
8        MR. GREENSTEIN:  I'm done with that.
9    I think I'm finished with questions.  I just want
10    to put on the record again that we received these
11    last three documents today.  We don't know why we
12    received them today.
13        There is a court order in place
14    requesting that Mr. Kendig be here, and I think it
15    was represented by defendants to Judge Alfonte
16    during the discovery conference that all documents
17    from Mr. Kendig's files were already produced.  It
18    was a couple of weeks ago.  We just got these
19    documents today.
20        We think that's a violation of the
21    spirit and the rule of the letter of the court's
22    order.  We also -- so we're going to want an
23    explanation at some point, a written explanation of
24    why these documents were produced today.
25        Also, we've got -- we believe there is
```

344

```
1    a significant preservation issue with respect to
2    Mr. Kendig's files.  We believe it's been
3    established that there were a lot of e-mails that
4    Mr. Kendig may have written or received regarding
5    11i problems during the relevant time period that
6    were not preserved and that we are entitled to the
7    extent they exist on backup tapes.
8        That's an issue that's been -- that
9    will be presented to the court, but I just wanted
10    to, on the record, reserve our right to requestion
11    Mr. Kendig to the extent the court finds that we're
12    entitled to documents that we don't have now and
13    that we would want to question him about.
14        Nothing further.
15        MR. HARRISON:  That's fine.  Let me
16    just respond real quick.  Your objections are
17    noted, we obviously disagree, and for reasons that
18    will be before the court, we'll address those
19    there.
20        As far as the documents that were
21    produced, we didn't misrepresent anything to Judge
22    Alfonte.  We are obviously representing that we
23    produced documents that we are aware of, and we
24    just recently became aware of these documents and
25    that's why we gave them to you as soon as we became
```

345

1    aware of them.

2         And if you have no further

3    questioning, then I have a few follow-up questions.

4         MR. GREENSTEIN:  Sure.

5         (Counsel went off the record.)

6         THE VIDEO OPERATOR:  Back on the

7    record at 6:20.

8

9              EXAMINATION

10

11   BY MR. HARRISON:

12        Q.   Good afternoon, Mr. Kendig.  Hope you're

13   hanging in there.  We'll get you out of here soon.  I

14   just have a couple questions -- follow-up questions

15   for you on the questions that Mr. Greenstein asked

16   you on the record.  If you'll bear with me, we'll get

17   through this really quickly.

18        First of all, did you have any role in

19   development during the time that you were at

20   Oracle, of software?

21        A.   No.

22        MR. GREENSTEIN:  Objection; form.

23   BY MR. HARRISON:

24        Q.   Did you have any role while you were at

25   Oracle in deciding when software releases were to

346

1    take place?

2         MR. GREENSTEIN:  Objection; form.

3         THE WITNESS:  No.

4    BY MR. HARRISON:

5         Q.   Did you have -- earlier you talked about

6    your role as ombudsman for the client.  Do you recall

7    that?

8         MR. GREENSTEIN:  Objection; form.

9         THE WITNESS:  Yes.

10   BY MR. HARRISON:

11        Q.   Now, did you have any role in deciding

12   how much testing any sort of Oracle release would

13   have to undergo before it was released to the public

14   or to clients?

15        MR. GREENSTEIN:  Objection; form.

16        THE WITNESS:  Not at all.

17   BY MR. HARRISON:

18        Q.   Do you have any knowledge about the

19   technical aspects of Suite 11i?

20        MR. GREENSTEIN:  Objection; form.

21   Vague and ambiguous as to "technical aspects."

22        THE WITNESS:  None at all.

23   BY MR. HARRISON:

24        Q.   Do you have any personal knowledge of

25   the technical aspects of the integration of Suite 11i

347

1    or the E-Business Suite?

2         MR. GREENSTEIN:  Objection; form.

3    Vague and ambiguous as to "integration" and

4    "E-Business Suite."

5         THE WITNESS:  I'll wait.  No.  I think

6    I testified earlier I'm not a technologist.  I'm

7    not familiar with the details of product and the

8    way they're put together.  I'm really more of a

9    problem solver, bring people together, work on

10   long-term relationships with clients, and push --

11   and a pusher for getting things to management that

12   I think they need to be aware of to help do that.

13   BY MR. HARRISON:

14        Q.   With that said, your role in the company

15   was one of a problem solver.  Do you recall

16   testifying to that?

17        A.   Yes, sir.

18        Q.   As a problem solver, you became aware of

19   problems with implementations of Suite 11i and other

20   software releases; is that right?

21        A.   Yes.

22        Q.   Was it your role in the company to

23   investigate exactly what the problems were, whether

24   it was software -- or if it was software, whether

25   there were -- let me rephrase that.

348

1         If the problems that were causing

2    implementation had to do with the software, was it

3    your role to investigate what those problems were?

4         MR. GREENSTEIN:  Objection; form.

5         THE WITNESS:  No.

6    BY MR. HARRISON:

7         Q.   So you never kind of got under the hood

8    and checked out, you know, if it was a product issue,

9    what that product issue was?

10        MR. GREENSTEIN:  Objection; form.

11        THE WITNESS:  I just -- I really

12   didn't have the skills.  You know, my training is

13   not in technology or IT.  My experience has been to

14   focus people, focus communication, move the

15   enterprise forward the best I could within the

16   industries that we represented and represent those

17   customers so that we could do more business.  But

18   you know, you see information on bugs, TARs.

19   I can tell you -- you can say

20   50 percent were bugs.  I couldn't tell you what

21   those bugs were.  I have no idea.  Somebody in the

22   company decided they were bugs.  Okay.  Fine.

23   There is nothing I really could do about that other

24   than to understand the mix of what the kinds of

25   complaints were that were coming into the business.

349

```
1   BY MR. HARRISON:
2       Q.   I wanted to follow up -- thank you. I
3   wanted to follow up on one term that you used today
4   that I don't think we got a sense of what you meant
5   by that, and that term is a "vanilla system." What
6   did you mean when you used the term "vanilla system"?
7           MR. GREENSTEIN:  Objection; form.
8           THE WITNESS:  "Vanilla," to me, is --
9   I'd liken it to a start-up company where there are
10  no files, there are no histories whatsoever, and
11  you're trying to put together a back-office system
12  to help you run your business.
13          So with that, when we say "vanilla,"
14  you don't have to redefine business processes. You
15  use business processes that the software is
16  developed to help you use. You don't have to
17  create them.
18          Very few clients today -- I don't know
19  numbers, but very few clients have vanilla
20  implementations. You can think of Oracle today
21  where we've acquired PeopleSoft and acquired Siebel
22  and acquired Retek and some other companies that
23  had their own systems and somehow we have to bring
24  them into ours. And as you can imagine, that's
25  pretty complex.
```

350

```
1           That's undoing, if you will,
2   customization or trying to get these three or four
3   customers, if you will, to have a system that meets
4   the needs of everybody. It's very difficult. It's
5   very complex.
6           So I think the idea of "vanilla" was,
7   Let's stop holding onto your system, Mr. Customer,
8   and having this and that and whatever that nothing
9   gets integrated, and let's give you a system that
10  if you can put your business processes in place
11  that would allow that to work smoothly.
12          And vanilla -- I mean, that's the
13  desired state, if you will. That's the simplest
14  way -- and as we have upgrades, as we have
15  maintenance packs, they're very easy to update if
16  there is no customization. So more detailed
17  probably than you want to hear, but it's clean.
18  BY MR. HARRISON:
19      Q.   Now, during your time at Oracle, are you
20  aware of any customers that had a vanilla integration
21  without any customization?
22          MR. GREENSTEIN:  Objection; form.
23          THE WITNESS:  I'm not aware. What I
24  am aware of is people change the processes. And
25  specific -- I can't give -- I know people have
```

351

```
1   changed their processes in order to -- in fact, you
2   hear it all the time.
3           They really fight back with their
4   users because the users just want to do it the same
5   old way, and doing it the same old way doesn't get
6   you any productivity.  Changing the business
7   process, we believe, obviously helps you get
8   better.
9           So you hear more and more of that,
10  that the people want to really hone in on keeping
11  it simple and changing the business processes to
12  let it work.
13  BY MR. HARRISON:
14      Q.   Are you aware of what the best-of-breed
15  approach is as far as the software concept?
16          MR. GREENSTEIN:  Objection; form.
17          THE WITNESS:  I remember Ray Lane
18  talking about best of breed.  And what I remember
19  was that we no longer, as a company working with
20  customers -- we didn't want to be in an environment
21  where a customer had this and that and this and
22  that and they couldn't function properly.
23          The idea was give them a system where
24  they didn't have to do blogs (phonetic).  They
25  could go to Oracle and have everything they need
```

352

```
1   and have it working together.
2   BY MR. HARRISON:
3       Q.   Do you know how the Suite 11i fit into
4   or was compared to the best-of-breed approach?
5           MR. GREENSTEIN:  Objection; form.
6           THE WITNESS:  I think the idea for 11i
7   was -- and there's probably different definitions
8   of what "integrated" means, but an integrated
9   software system that allowed the modules of that
10  system to talk to one another, interface with one
11  another.
12  BY MR. HARRISON:
13      Q.   So rather than choosing different
14  programs or applications or modules from different
15  vendors, it would create an entire system that the
16  company could use --
17      A.   Yes.
18      Q.   -- should they choose to do so?
19      A.   Yes.
20      Q.   In your experience, did -- sometimes did
21  customers purchase only parts of the E-Business Suite
22  or Suite 11i?
23      A.   They purchased 11i, but they
24  implemented according to their appetites. Most
25  customers move very slowly. They'll -- let's say
```

**353**

1   if you're -- for instance, if you're going to do
2   payroll, you don't do payroll in December.  You
3   don't do payroll in January.  You might do it later
4   in the year when it's safe or, you know, any kind
5   of adjustments you need to make.
6       So I think every customer does it a
7   little bit differently.  If they have big IT shops,
8   if they have the capability, they might do more
9   modules at one time.  Typically that's how it
10  works.  They don't do it full bore right away.
11      Q.   Now, today we talked a lot about some
12  problems with implementations of Suite 11i.  At least
13  for the customers that you have personal knowledge,
14  were the ones that we talked about -- had they
15  already purchased Suite 11i and were in the process
16  of implementing it?
17      MR. GREENSTEIN:  Objection; form.
18      THE WITNESS:  Yes.  I think, for the
19  most part, yes.
20  BY MR. HARRISON:
21      Q.   Are you aware -- we've talked about
22  similar documents.  We've talked about third
23  quarter -- fiscal year 2001, fourth quarter fiscal
24  year 2001.
25      Are you aware of any Oracle licensing

**354**

1   deals that -- that did not close because of quality
2   concerns with 11i?
3       MR. GREENSTEIN:  Objection; form.
4       THE WITNESS:  I'm not aware of
5   anything specific.
6   BY MR. HARRISON:
7       Q.   We talked a lot about early adopters or
8   early adapters of software releases today; is that
9   correct?
10      A.   Yes.
11      Q.   Now, we also talked, I believe, about
12  customers that -- who were early adopters would adopt
13  the early releases of the product for various
14  reasons?
15      MR. GREENSTEIN:  Objection; form.
16      THE WITNESS:  Yes.
17  BY MR. HARRISON:
18      Q.   I'm done.
19      MR. GREENSTEIN:  Objection; form.
20  BY MR. HARRISON:
21      Q.   Customer -- were there also customers
22  that waited until after the early software releases
23  for the product?
24      MR. GREENSTEIN:  Objection; form.
25      THE WITNESS:  There were, yes.

**355**

1   BY MR. HARRISON:
2       Q.   And is that typical of any release of
3   Oracle software, in your experience, while you were
4   at the company?
5       A.   Yes.
6       MR. GREENSTEIN:  Objection; form.
7   BY MR. HARRISON:
8       Q.   Do you know why some customers would
9   wait until later releases of the software to either
10  purchase or implement it?
11      MR. GREENSTEIN:  Objection; form.
12      THE WITNESS:  I think that a lot of
13  customers are reluctant to do anything new.  They
14  would rather have others try it, see how it works
15  generally through three or four releases,
16  enhancements are made, corrections are made.
17  Generally it smooths out, and a lot of customers
18  just prefer to wait until it smooths out before
19  they commit.
20  BY MR. HARRISON:
21      Q.   Was that your experience, at least while
22  you were at Oracle, with all software releases --
23      MR. GREENSTEIN:  Objection; form.
24  BY MR. HARRISON:
25      Q.   -- of Oracle software?

**356**

1       A.   Yes.
2       MR. GREENSTEIN:  Objection; form.
3   BY MR. HARRISON:
4       Q.   Do you have any sense for -- I know
5   you've said that you didn't have a technical role or
6   a development role at Oracle, but do you have any
7   sense for the amount of functionality or kind of new
8   product of Suite 11i versus earlier software
9   releases?
10      MR. GREENSTEIN:  Objection; form.
11      THE WITNESS:  No.
12  BY MR. HARRISON:
13      Q.   You didn't?
14      A.   No.
15      Q.   You're not aware of whether or not Suite
16  11i had more or less functionality than earlier
17  releases?
18      MR. GREENSTEIN:  Objection; form.
19      THE WITNESS:  I think what I'm aware
20  of is for the first time the company tried to put
21  the back office all together.  So that being said,
22  I think that there was more functionality offered
23  to customers in that suite than they had been
24  previously.
25  BY MR. HARRISON:

Kendig, Charles  5/4/2006  9:09:00 AM

357

1    Q.   I want to talk really quickly with you
2   about Yale.
3    A.   Yes.
4    Q.   Are you aware of whether or not Yale
5   ended up implementing Suite 11i?
6    A.   They did implement 11i.
7    Q.   Are you aware of whether or not Yale
8   became a Suite 11i reference?
9    A.   I'm not aware.  My sense is they did,
10   just because of the relationship we had, but that
11   higher-education business moved away from my
12   responsibilities in -- when we split out from GEH
13   to -- to OSI -- OSI to GEH.  Let me think a minute.
14       We had higher education up until two
15   years ago, and -- so we moved along, they're using
16   it, to the best of my knowledge, and they speak
17   well of us.  I don't know what's happened in the
18   last couple years.  But at that time, they spoke
19   well of us.
20       MR. HARRISON:  There's nothing further
21   that I'd like to follow up on.  I'll pass the
22   witness if you have any redirect or anything like
23   that.
24       MR. GREENSTEIN:  I have one more
25   question.  Are we still on the record?

358

1               FURTHER EXAMINATION
2
3   BY MR. GREENSTEIN:
4    Q.   Just earlier you said you're not a tech
5   person, right?
6    A.   Yes.
7    Q.   But to the extent that customers who are
8   implementing 11i communicated problems to you of a
9   technical nature, you'd be aware of what those
10   problems were, right?
11    A.   I'd be aware that there were problems.
12   I wouldn't necessarily know the depth of the
13   problems.
14    Q.   But you'd know they were technical in
15   nature, right?
16    A.   Not always.  I think I mentioned
17   earlier that probably half of the TARs that came in
18   there which were viewed to be bugs at the beginning
19   were actually found out to be other things.  So
20   there were situations where people weren't trained
21   properly or didn't understand what they -- the
22   documentation said.
23       So I think the idea was get it to the
24   right people who could determine what it is we need
25   to get done, whether it was technical or something

359

1   else.
2    Q.   But if it was a technical problem and
3   they communicated that to you, then you would become
4   aware of technical issues with the product, correct?
5    A.   I would say yes, for the most part.
6   But I would also say that a customer might define
7   something that's technical when, in fact, the
8   system worked.  It just had to deal with
9   customizations.
10       So, in fact, it may not have been a
11   problem with the software, but it didn't work in
12   the environment that the customer was using.  Every
13   one of these things is a little bit different.  And
14   typically, though, to answer your question, yes.
15   If I heard it was technical, we'd treat it as
16   technical and go on from there and see what we
17   learned.
18       MR. GREENSTEIN:  That's it.
19       THE VIDEO OPERATOR:  This marks the
20   end of Videotape No. 4, Volume I, in the deposition
21   of Charles Kendig.  All original videotapes will be
22   retained by LiveNote World Service.  We're going
23   off the record.  The time is 6:37.
24       THE REPORTER:  Counsel, for the
25   record, do you want a copy?

360

1       MR. HARRISON:  Absolutely.
2       THE REPORTER:  Do you want a rough?
3       MR. HARRISON:  Yes.
4       (Deposition concluded at 6:38 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Kendig, Charles  5/4/2006  9:09:00 AM

361

```
1   STATE OF CALIFORNIA    )
2                          ) ss.
3   COUNTY OF SAN FRANCISCO )
4
5
6
7       I, the undersigned, declare under penalty of
8   perjury that I have read the foregoing transcript,
9   and I have made any corrections, additions, or
10  deletions that I was desirous of making; that the
11  foregoing is a true and correct transcript of my
12  testimony contained therein.
13      EXECUTED this _____ day of _____,
14  2006, at _____, _____.
15      (City)      (State)
16
17
18
19
20
21      _____
22           CHARLES KENDIG
23
24
25
```

362

```
1           REPORTER'S CERTIFICATE
2
3       I, RICHARD M. RAKER, CSR #3445, Certified
4   Shorthand Reporter, certify:
5       That the foregoing proceedings were taken
6   before me at the time and place therein set forth, at
7   which time the witness was put under oath by me;
8       That the testimony of the witness and all
9   objections made at the time of the examination were
10  recorded stenographically by me and were thereafter
11  transcribed;
12      That the foregoing is a true and correct
13  transcript of my shorthand notes so taken.
14      I further certify that I am not a relative or
15  employee of any attorney or of any of the parties,
16  nor financially interested in the action.
17      I declare under penalty of perjury under the
18  laws of the State of California that the foregoing is
19  true and correct.
20      Dated this 8th day of May, 2006.
21
22
23      _____
            RICHARD M. RAKER, C.S.R. No. 3445
24
25
```