# EXHIBIT 7

Fletcher, Alan  4/6/2005  9:00:00 AM

---

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
     In re ORACLE CORPORATION
 4   SECURITIES LITIGATION
              Master File No. C-01-0988-MJJ
 5   This Document Relates To:
 6      ALL ACTIONS.
     _____/
 7
 8
 9              ---oOo---
10             CONFIDENTIAL
11   30(b)(6) DEPOSITION OF ALAN FLETCHER
12        Wednesday, April 6, 2005
13              ---oOo---
14
15       SHEILA CHASE & ASSOCIATES
             REPORTING FOR:
16       LiveNote World Service
         221 Main Street, Suite 1250
17       San Francisco California 94105
         Phone: (415) 321-2311
18       Fax: (415) 321-2301
19
20
21   Reported by:
     LORRIE L. MARCHANT, CSR, RPR
22   CSR No. 10523
23
24
25
```

---

**Page 2**

```
 1   DESCRIPTION (Continued)              PAGE
 2    7   Copy of Business 2.0 article entitled   168
          "Making the World Safe for Software,"
 3        3 pages
 4    8   Copy of Oracle document prepared by     179
          Marcus Heth, VP Call Center and
 5        Telephony CRM Division
          Oracle Corporation, Bates-stamped
 6        NDCA-ORCL 026433 through
          NDCA-ORCL 026456, 24 pages
 7
 8    9   Copy of document entitled "Oracle       185
          Software Powers The Internet,"
 9        Bates-stamped NDCA-ORCL 016792 through
          NDCA-ORCL 016817, 26 pages
10   10   Internet printout of Oracle Executive   194
          Biographies on Alan Fletcher, 1 page
11
     11   Copy of Oracle document entitled        204
12        "Software Powers the Internet,"
          Bates-stamped NDCA-ORCL 028625 through
13        NDCA-ORCL 0286458, 34 pages
14   12   Copy of Oracle document entitled        209
          "Software Powers the Internet,"
15        Bates-stamped NDCA-ORCL 023407 through
          NDCA-ORCL 023427, 21 pages
16
17
18              ---oOo---
19
20
21
22
23
24
25
```

---

**Page 1** (Index)

```
 1              I N D E X
 2         INDEX OF EXAMINATION
 3                           PAGE
 4   EXAMINATION BY MR. WILLIAMS           7
 5              ---oOo---
 6         INDEX OF EXHIBITS
 7   DESCRIPTION                  PAGE
 8
 9    1   "Plaintiffs' Notice of Deposition of   15
          Oracle Corporation Pursuant to
          Federal Rule of Civil Procedure
10        30(b)(6)," 8 pages
11    2   Copy of document entitled "Software    37
          Powers The Internet," Bates-stamped
12        NDCA-ORCL 022808 through
          NDCA-ORCL 022810, 3 pages
13
      3   Copy of document entitled "Oracle      55
14        Ships 11i, Industry's First Integrated
          E-Business Suite," Bates-stamped
15        NDCA-ORCL 026005 through
          NDCA-ORCL 026007, 3 pages
16
      4   E-mail to various people from Mary Ann 152
17        Anthony dated 5/4/2001, subject: "11i
          Issues for Discussion at the AMCM on
18        5/15," Bates-stamped NDCA-ORCL 019712
          through NDCA-ORCL 019713, 2 pages
19
      5   E-mail to various recipients from      159
20        Mary Ann Anthony, dated 6/18/2001,
          subject: "Topics for Discussion at
21        the AMCM on 6/19," Bates-stamped
          NDCA-ORCL 019733 through
22        NDCA-ORCL 019741, 9 pages
      6   Copy of article from c/net News.Com    162
23        entitled "Buggy software still takes a
          toll," 3 pages
24
25
```

---

**Page 3**

```
 1        BE IT REMEMBERED that on Wednesday, April 6, 2005,
 2   commencing at the hour of 9:23 a.m., thereof, at the
 3   offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
 4   Robbins, LLP, 100 Pine Street, Suite 2600,
 5   San Francisco, California, before me, LORRIE L.
 6   MARCHANT, CSR, RPR, a Certified Shorthand Reporter for
 7   the State of California, personally appeared
 8             ALAN FLETCHER,
 9   called as a witness by the Plaintiffs herein, who, being
10   by me first duly sworn/affirmed, was thereupon examined
11   and testified as hereinafter set forth.
12              ---oOo---
13   Appearing as counsel on behalf of Plaintiffs:
14      SHAWN WILLIAMS, Esquire
        ELI GREENSTEIN, Esquire
15      JENNIE LEE ANDERSON, Esquire
        DOUGLAS BRITTON, Esquire (via the Internet)
16      LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBINS
        100 Pine Street, Suite 2600
17      San Francisco, California 94111
        (415) 288-4545
18      E-mail: elig@lerachlaw.com
        jenniea@lerachlaw.com
19
     Appearing as counsel on behalf of Defendants:
20
        ROBERT J. KRISS, Esquire
21      THERESE KING, Esquire
        MAYER, BROWN, ROWE & MAW, LLP
22      190 S. LaSalle Street
        Chicago, Illinois 60603-3441
23      (312) 782-0600
        E-mail: rkriss@mayerbrownrowe.com
24      tking@mayerbrownrowe.com
25
```

---

Oracle

4

1    Also present: David Reddix, Videographer (portion of
                      morning session)
2    Dan DeFrank, Videographer
      Advanced Courtroom Technologies
3    109 Second Street, Sausalito, California
      (415) 333-3328
4    Jill Micheli, LiveNote World Service
                    (portion of morning session)
5
6                 ---oOo---
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

1            THE VIDEOGRAPHER:  Good morning.  My name is
2    David Reddix.  I'm a videographer employed by Advanced
3    Courtroom Technologies, located at 109 Second Street,
4    Sausalito, California 94965.  Our phone number is
5    (415) 331-3326.
6            We're videotaping for LiveNote World Service
7    today.  The court reporter today is Lorrie Marchant of
8    Sheila Chase & Associates.  Today's date is April 6th,
9    2005, and the time on the videotape is 9:23.
10           Today begins Tape 1, Volume I, in the
11   deposition of Alan Fletcher in the matter of In Re:
12   Oracle Corporation Securities Litigation, Master File
13   No. C-01-0988-MJJ, filed in the United States District
14   Court, Northern District of California.
15           This deposition is being taken on behalf of
16   the --
17           THE REPORTER:  Plaintiff.
18           THE VIDEOGRAPHER:  -- plaintiff.
19           The location of this deposition is 100 Pine
20   Street, San Francisco, California.
21           Counsel, please voice-identify yourself and
22   state whom you represent.
23           MR. WILLIAMS:  Shawn Williams, Lerach,
24   Coughlin, Stoia, Geller, Rudman & Robbins, on behalf of
25   plaintiffs.

6

1            MS. ANDERSON:  Jennie Lee Anderson of Lerach,
2    Coughlin, on behalf of plaintiffs.
3            MR. GREENSTEIN:  Eli Greenstein, Lerach,
4    Coughlin, on behalf of plaintiffs.
5            MR. KRISS:  Robert Kriss, Mayer, Brown, Rowe &
6    Maw, on behalf of the defendants.
7            MS. KING:  Therese King, Mayer, Brown, Rowe &
8    Maw, on behalf of defendants.
9            THE VIDEOGRAPHER:  Are there any stipulations
10   for the record?
11           MR. WILLIAMS:  There are none.
12           THE VIDEOGRAPHER:  Would the court reporter
13   please swear in the witness.
14           (Witness sworn.)
15           EXAMINATION BY MR. WILLIAMS
16           MR. WILLIAMS:  Q.  Morning.
17      A.  Morning.
18      Q.  Could you just state your full name for the
19   record.
20           MR. KRISS:  Sorry to interrupt for a moment.
21   Could you just, for the record --
22           MR. WILLIAMS:  Oh, I'm sorry.  Also --
23           MR. KRISS:  -- the video and the --
24           MR. WILLIAMS:  There's also --
25           MR. KRISS:  -- LiveNote feed.

7

1            MR. WILLIAMS:  I will.
2            We also are conducting a LiveNote feed, and
3    another attorney from Lerach, Coughlin, Stoia, Geller,
4    Rudman & Robbins is receiving that feed in San Diego,
5    California.  It's a live feed.
6            MR. KRISS:  Shawn, am I correct that the only
7    other person who is receiving the live feed at this time
8    is Mr. Britton?
9            MR. WILLIAMS:  That's correct.
10           MR. KRISS:  Thank you.
11           And I would just like to state that we are
12   designating the transcript of this deposition as
13   confidential under the protective order.  Thanks.
14           MR. WILLIAMS:  Q.  Good morning.
15      A.  Morning.
16      Q.  Can you just state your full name for the
17   record, please.
18      A.  Alan James Fletcher.
19      Q.  And can you state your address, please.
20      A.  557 Casita Way, Los Altos, California.
21      Q.  I just want to give you a little background
22   about what we're going to do today.  I'm sure Mr. Kriss
23   has explained it to you, but I'll just do it again very
24   briefly.
25           Is that okay?

Fletcher, Alan   4/6/2005  9:00:00 AM

8

1    A.  Sure.

2    Q.  The reporter sitting next to you is going to

3  take down everything that is said in this room today.

4  She will record my questions and your answers.  She will

5  not, however, be able to record head nods or hand

6  gestures; so I'm going to ask you to keep your voice up

7  in a loud and clear voice or speak in a loud and clear

8  voice for me, and I'll try to do the same.

9    Do you understand that?

10    A.  Yes.

11    Q.  Do you understand that you're testifying under

12  oath and the oath that you've taken is the same oath

13  that you would take in a court of law and is applicable

14  in the same way?

15    Do you understand that?

16    A.  Yes.

17    Q.  If you need a break today, just let me know at

18  anytime. I may wish to finish a line of questioning,

19  but whenever you'd like to take a break, just let us

20  know, and we'll take a break.

21    Do you understand that?

22    A.  Yes.

23    Q.  I'm going to ask you several questions.  I'm

24  going to try to be as clear as possible.  Sometimes I

25  may fumble.  If you don't understand a question that

9

1  I've asked, do not hesitate to ask me to repeat it.

2    Do you understand that?

3    A.  Yes.

4    Q.  I'll do the best I can to make it clear.

5    Mr. Kriss has probably explained this to you,

6  but during my questioning he may make objections, and

7  that is his right to do so.  But you will still have to

8  answer my questions unless Mr. Kriss instructs you

9  specifically not to answer.

10    Do you understand that?

11    A.  Yes.

12    Q.  Do you understand everything that I've

13  explained to you?

14    A.  Yes.

15    Q.  And is there any reason that you can't give

16  your full and complete testimony today?

17    A.  No.

18    Q.  And is -- are you on any medication that might

19  ina- -- that might impact your ability to recall facts?

20    A.  No.

21    Q.  At the end of your testimony -- not today but

22  sometime in the future -- you'll have an opportunity to

23  review your testimony and make minor corrections.  If

24  there were, you know -- you called something by the

25  wrong name or if you just made a mistake.  So you'll be

10

1  able to look at your testimony and correct it, to some

2  extent, later.

3    Do you understand that?

4    A.  I understand I'll be able to.  I don't

5  understand what "to some extent" means.

6    Q.  Well, I'm sure -- if you have to correct it,

7  I'm sure one of your lawyers will explain that to you

8  later.

9    Have you ever had your deposition taken before?

10    A.  Yes.

11    Q.  And approximately how many times?

12    A.  Once.

13    Q.  And when was that?

14    A.  I think it was about two years ago.

15    Q.  And were you -- what type of case was it?  If

16  you know.

17    A.  I -- I don't know what type of cases there are.

18    Q.  Okay.  Was it a criminal case, or was it a

19  civil case?

20    A.  It was -- it was to do with Oracle.

21    Q.  And were you a defendant in that matter?

22    A.  Yes.

23    Q.  You personally --

24    A.  No.  No.  No.

25    Q.  But Oracle was a defendant?

11

1    A.  Yes.

2    Q.  And do you know why you're here to testify

3  today?

4    A.  Yes.

5    Q.  Okay.  And what is your understanding of what

6  you're here to testify about today?

7    A.  I'm here to testify about 11i functional

8  contents, technical contents.

9    Q.  And when was the first time that you learned

10  that you'd be testifying in this action on those topics?

11    A.  Two months ago.  I'm not sure about that, but

12  about two months ago.

13    Q.  Okay.  And have you --

14    MR. KRISS:  Maybe we should just state for the

15  record that this is a 30(b)(6) deposition.

16    MR. WILLIAMS:  That's exactly right.

17    Q.  It's a 30(b)(6) deposition.  You may not know

18  what that is, but the lawyers understand that, and I

19  don't think that you really need to understand that any

20  further.

21    Have you done anything to prepare for your

22  deposition today?

23    A.  Yes.

24    Q.  And just describe for me generally what you've

25  done to prepare for your deposition today.

**12**

1   A. I've spent maybe three or four hours with
2   counsel earlier this week.
3   THE VIDEOGRAPHER:  Can we go off the record for
4   a second?
5   MR. KRISS:  Sure.
6   THE VIDEOGRAPHER:  Going off the record, the
7   time is 9:30.
8   (Recess was taken from 9:30 a.m. to
9   9:31 a.m.)
10   (Videographer David Reddix leaves and
11   videographer Dan DeFrank takes over.)
12   THE VIDEOGRAPHER:  We're back on the record.
13   The time is 9:31.
14   MR. WILLIAMS:  Q.  I think my last question was
15   what you've done to prepare and your answer was that you
16   spent a few hours with counsel generally.
17   Is that what you recall your testimony to be?
18   A. Yes.
19   Q. And when was it that you met with your counsel?
20   A. I met with them on Monday of this week for a
21   few hours and then maybe a week or two weeks before that
22   for an hour.
23   Q. And who were the lawyers that you met with?
24   A. It was -- it was -- this week it was Bob and
25   Therese, plus also Jim from Oracle, Jim Maroulis.

**13**

1   Q. And did those meetings occur here in
2   California?
3   A. Correct.
4   Q. And were they at Oracle or at Mayer, Brown's
5   offices?
6   A. At Oracle.
7   Q. At Oracle.  Okay.  And did you review any
8   documents in preparation for your testimony today?
9   A. No.
10   Q. Have you -- have you seen a complaint in this
11   action?
12   A. No.
13   Q. Never?
14   A. No.
15   Q. Have you heard at all what the subject matter
16   of this action that you're testifying in relates to?
17   A. Yes.
18   Q. And what is your understanding of -- of the
19   subject matter of this action?
20   A. I'm -- I'm not sure on the specifics, but
21   it's -- it appears to be to do with 11i of the
22   E-Business Suite in the 2000/2001 time frame.
23   Q. Okay.  But you don't know any of the specifics?
24   A. I -- you know, I -- have discussed specifics
25   but I can't recall --

**14**

1   Q. I understand.
2   A. -- the full list.
3   Q. Have you read about the action at all in any
4   newspapers or anything like that?
5   A. I may have.
6   Q. But you don't --
7   A. Not recently.  I don't recall.
8   Q. How long have you been employed at Oracle?
9   A. Since 1989.
10   Q. '89.
11   Actually, let me just go back for one moment,
12   then.  I'm going to ask the reporter to mark this
13   document as Fletcher 1 for identification.
14   (Marked for identification purposes,
15   Exhibit 1.)
16   MR. WILLIAMS:  Q.  I'm going to ask you to take
17   a look at what's been previously marked as Fletcher
18   No. 1.
19   Just let me know after you've, kind of, flipped
20   through it.
21   MR. KRISS:  Let me state for the record, while
22   the witness is looking at this document, that our
23   understanding of the scope of this deposition is
24   controlled by the contents of the letter that
25   Ms. Anderson sent to me on March 15, 2005, and that is,

**15**

1   from our standpoint, the defining document in terms of
2   scope.
3   MR. WILLIAMS:  Well, I --
4   MR. KRISS:  The witness has never been asked to
5   look at Exhibit 1, and we have not prepared him with
6   regard to Exhibit 1.
7   MR. WILLIAMS:  That's fine.  I -- I intend to
8   ask him questions about Exhibit 1, and I understand that
9   there have been negotiations regarding the scope.
10   MR. KRISS:  I guess what I'm saying is that the
11   only subjects the witness is prepared to testify about
12   are those that are reflected in the letter from
13   Ms. Anderson to me, dated March 15, 2005.
14   MR. WILLIAMS:  And he can -- he can testify to
15   that, though.  There's not going to be an agreement
16   here.  He can testify to that, though.
17   MR. KRISS:  Testify to what?
18   MR. WILLIAMS:  Q.  Have you had an opportunity
19   to look at Fletcher Exhibit No. 1?
20   A. I'm still reviewing it.
21   Q. Okay.  I don't intend to ask you specifics
22   about the substance; so I just want to know if you
23   reviewed it, if you had a chance to just take a look at
24   it.
25   A. I've just taken a look at it.

**16**

1    Q.  Okay.  And what does it appear to be, if you
2  know.
3        MR. KRISS:  Objection to the form of the
4  question.
5        THE WITNESS:  I'm not sure I understand.
6        MR. WILLIAMS:  Q.  Did you at any point learn
7  that a -- that a subpoena for a witness to talk about
8  11i was issued in this case?
9    A.  I -- I don't understand.
10       MR. KRISS:  Shawn, this is not a subpoena.
11       MR. WILLIAMS:  Q.  Did you understand that a
12  notice of deposition was issued for someone to discuss
13  11i in this case?
14    A.  I -- I'm not -- I don't understand.
15    Q.  You can say "No."
16    A.  I don't understand the terms.
17    Q.  Okay.  Have you ever seen Fletcher Exhibit
18  No. 1 before?
19    A.  No.
20    Q.  I'm just going to ask you a little bit about
21  your educational background, starting with after high
22  school.
23        Did you go to college?
24    A.  Yes.
25    Q.  And where did you go to college?

**17**

1    A.  Imperial College, London.
2    Q.  London, England?
3    A.  Yes.
4    Q.  And did you graduate from there?
5    A.  Yes.
6    Q.  And what year was that?
7    A.  1987.
8    Q.  And did you receive a degree?
9    A.  Yes.
10    Q.  And what was the degree in?
11    A.  Organic chemistry.
12    Q.  And was that only degree that you received from
13  there?
14    A.  Yes.
15    Q.  And was that the extent of your
16  after-high-school formal education?
17    A.  Yes.
18    Q.  And when did you come to the United States?
19    A.  1989.
20    Q.  And is that when you were hired by Oracle?
21    A.  No.
22    Q.  When were you hired by Oracle?
23    A.  I was hired by Oracle in June of 1989.
24    Q.  But you were here prior to that?
25    A.  No.

**18**

1    Q.  I just want to be clear.  Was it your testimony
2  that you came to the United States in 1989?
3    A.  Yes.
4    Q.  And how long were you in the United States
5  before you were hired by Oracle or started working for
6  Oracle here in the United States?
7    A.  I wasn't in the United States before I worked
8  for Oracle.
9    Q.  Okay.  So were you working for Oracle in
10  England?
11    A.  Yes.
12    Q.  And when did you start working for Oracle
13  generally?
14    A.  June of 1989.
15    Q.  Okay.  And then you came to the United States
16  in -- when did you come to the United States working for
17  Oracle?
18    A.  November or December of 1989.
19    Q.  Okay.  And what was your position when you were
20  hired by Oracle in, like I said, June of '89?
21    A.  I was a consultant.
22    Q.  Doing what type of work?  What were your duties
23  at the time?
24    A.  Working -- working on customer development
25  projects.

**19**

1    Q.  Okay.  And when you say "customer development,"
2  are you talking about sales or are you talking about the
3  development of software?
4    A.  The development of software.
5    Q.  And what was your position when you came to the
6  United States, working for Oracle, in November of 1999?
7    A.  I was a consultant.
8    Q.  Same type of duties but you were doing it here?
9    A.  No.
10    Q.  And how were your duties different?
11    A.  I was working as an extended member of Oracle's
12  development team.
13    Q.  And in -- can you tell me what your
14  responsibilities were as an extended member of the
15  development team?
16    A.  I was adding -- I was adding European
17  functionality to the Oracle products.
18    Q.  And how long would -- did you hold that
19  position?
20    A.  I don't recall.
21    Q.  Was it a -- a -- a number of years or just a
22  few months?
23    A.  I don't recall.
24    Q.  What's your position now?  Well, withdrawn.
25        Are you still working for Oracle?

Fletcher, Alan  4/6/2005  9:00:00 AM

---

**20**

1    A.  Yes.
2    Q.  What's your position now?
3    A.  I'm vice president of operations.
4    Q.  And how long have you been vice president of
5  operations?
6    A.  Three years.
7    Q.  Three years.  And prior to becoming
8  vice president of operations, what -- what was your
9  position?
10    A.  I was vice president of operations for the
11  CRM division.
12    Q.  And how long did you hold that position?  I'm
13  guessing -- well, withdrawn.
14        How long did you hold that position?
15    A.  Three to four years.
16    Q.  So that would take us back to somewhere around
17  1997; would you agree with that?
18    A.  Yes.
19    Q.  And as vice president of operations for the CRM
20  division, who did you report to?
21    A.  I reported to Mark Barrenechea.
22    Q.  And did you have direct reports at the time?
23    A.  I don't understand.
24    Q.  Okay.  Did you have people reporting to you at
25  the time?

---

**21**

1    A.  I don't understand.
2    Q.  Okay.  Did you have individuals at Oracle --
3  well, withdrawn.
4        Did you understand what I meant when I asked
5  you who you reported to?
6    A.  Yes.
7    Q.  And so I'm just asking you if at that time --
8  let's say, 1997 -- if you had individuals that were
9  reporting to you?
10    A.  Yes.
11    Q.  And who were they, if you recall?
12    A.  I don't recall.
13    Q.  How many people?
14    A.  I don't recall.
15    Q.  And what division -- but you do recall that
16  there were people who reported to you?
17    A.  Yes.
18    Q.  And what would -- what did -- what was -- what
19  were your duties at the time; what was the scope of your
20  responsibilities as vice president of operations for
21  CRM?
22    A.  I don't recall the specifics.
23    Q.  Well, just tell me what -- what generally you
24  did on a day-to-day basis as vice president of
25  operations for CRM.

---

**22**

1    A.  In general I was responsible for the
2  development methodology and infrastructure.
3    Q.  For what?  For CRM?
4    A.  For the CRM division.
5    Q.  And can you describe for me what you mean by
6  the development of the methodology?
7    A.  Development methodology is the way that the CRM
8  division developed software.
9    Q.  And would that be -- just help me out here.  I
10  know very little about software.
11        So when you say how they developed software, do
12  you mean how they wrote code for software or who they
13  hired to write software or write code for software?  I'm
14  trying to understand what you mean.
15    A.  Both of those would be under that scope.
16    Q.  And so ... what was the methodology in which
17  Oracle developed software in 1997/1998?
18    A.  I -- I don't understand the question.
19    Q.  Well, I'm trying to use your terms, and you
20  said that what you did was you, sort of, oversaw the
21  methodology by which Oracle developed software, and I'm
22  trying to understand what that means on a day-to-day
23  basis.
24    A.  I -- I don't understand what --
25    Q.  Well, why don't you just tell me what you did

---

**23**

1  on a day-to-day basis at Oracle in 1997 and 1998.
2      MR. KRISS:  I think he has told you what he
3  does.  I mean --
4      MR. WILLIAMS:  Do you have an objection?
5      MR. KRISS:  Objection to the form of the
6  question.  It's vague and ambiguous.
7      MR. WILLIAMS:  Why don't you tell me what
8  you did on a day-to-day basis?
9    A.  I managed a group of people that were
10  responsible for the development methodology for the CRM
11  division.
12    Q.  Well, why don't you tell me generally what the
13  CRM division did.
14    A.  The CRM division produced the -- produced and
15  maintained the CRM products.
16    Q.  And what are CRM -- CRM products?
17    A.  CRM products are the business applications that
18  perform CRM functionality.
19    Q.  What are CRM functionalities?
20    A.  CRM functionality covers functionality from
21  marketing, sales, service, and probably some other areas
22  as well.
23    Q.  And in 1997 or -- that's time frame we're
24  talking about now -- in 1997/1998 was Oracle selling
25  CRM products?

---

Fletcher, Alan  4/6/2005  9:00:00 AM

---

**24**

1    A. Yes.
2    Q. And which ones were they selling? If you know.
3    A. I don't recall.
4    Q. And do you recall when Oracle began selling CRM
5    products?
6    A. I don't recall.
7    Q. So in 19-- let's move forward to 1999.
8       Were you still at Oracle at the time?
9    A. Yes.
10   Q. And what was your position there?  I mean --
11   withdrawn.
12      What was your position at that time?
13   A. Vice president of operations, CRM products.
14   Q. Okay. And were you still reporting to
15   Mark Barrenechea?
16   A. Yes.
17   Q. And did you work with -- withdrawn.
18
19      Do you -- do you know Ron Wohl, W-O-H-L?
20   A. Yes.
21   Q. And were you -- did you work with Ron Wohl back
22   in 1999?
23   A. I don't understand the question.
24   Q. Well, was he -- did you -- to perform your
25   duties at Oracle in 1999, did you have to correspond

---

**25**

1    with Ron Wohl?
2    A. Yes.
3    Q. Okay. For what purposes?
4    A. For multi purposes.
5    Q. Well, give me an example of one.
6    A. I attended Ron Wohl's staff meeting.
7    Q. Staff meetings.  Is that it?
8    A. That's one example.
9    Q. Can you give me a few more?
10   A. I attended some other management meetings that
11   Ron Wohl was also at.
12   Q. Do you know what Ron Wohl's position was at the
13   time?
14   A. He was the head of ERP applications
15   development.
16   Q. Can you just tell me what the acronym ERP
17   means?
18   A. Enterprise Resource Planning.
19   Q. And in 1999 was Oracle developing -- well,
20   withdrawn.
21      In 1999 was Oracle selling software in a
22   package that included CRM and ERP?
23      MR. KRISS: Objection to the form of the
24   question.
25      THE WITNESS: Can you repeat the question,

---

**26**

1    please.
2       MR. WILLIAMS: I'm going to withdraw it. I'll
3    come back to that later.
4    Q. Were you working with -- well, withdrawn.
5       Do you know Cliff Goodwin.
6    A. No.
7    Q. Have you ever heard of Cliff Goodwin?
8    A. No.
9    Q. Have you ever heard of Joel Summers?
10   A. Yes.
11   Q. And do you know Joel Summers?
12   A. Yes.
13   Q. Did you work with Joel Summers in -- at Oracle
14   in 1999/2000?
15   A. Yes.
16   Q. Do you know -- well, did you have to correspond
17   with Joel Summers in the performance of your duties at
18   Oracle in that time frame?
19   A. Yes.
20   Q. And for what purpose?
21   A. He was also at Ron Wohl's staff meeting.
22   Q. I'm sorry.  I didn't hear you.
23   A. He was also attending Ron Wohl's staff meeting.
24   Q. Is that the entirety of your need to correspond
25   with Joel Summers during that time period?

---

**27**

1    A. I don't recall.
2    Q. And was he in the ERP division as well?
3    A. Yes.
4    Q. Have you ever heard of Don Klaiss, K-L-A-I-S-S?
5    A. Can you repeat the spelling.
6    Q. I don't know in the spelling is correct, but I
7    think it's K-L-A-I-S-S.
8    A. Yes.
9    Q. And were you working with him at Oracle in
10   1999/2000?
11   A. Yes.
12   Q. And did you need to correspond with him in the
13   performance of your duties?
14   A. Yes.
15   Q. For what purpose?
16   A. He was also at Ron Wohl's staff meeting.
17   Q. Was he in the CRM division or in the
18   ERP division?
19   A. ERP.
20   Q. ERP.  Okay.  And do you recall -- well,
21   withdrawn.
22      Can you tell me any other individuals that
23   worked with you in the CRM division in 2000?
24      MR. KRISS: He's talking about 2000 now.
25      THE WITNESS: Gopi Tummala.

---

**28**

1 MR. WILLIAMS:  Q.  Can you spell that for me,
2 please.
3 THE WITNESS:  G-O-P-I, T-U-M-M-A-L-A.
4 Kathryn Alderman, K-A-T-H-R-Y-N, A-L-D-E-R-M-A-N.
5 MR. WILLIAMS:  Q.  Now, do you know what
6 position she held?
7 A.  I don't recall her official title.
8 Q.  What did she do there?
9 A.  She was involved in internal training.
10 Q.  Go ahead.  Let me know if you recall any other
11 individuals.
12 A.  Jim Guthrie.
13 Q.  And what did he do?
14 A.  He was responsible for development of some --
15 some subset of CRM. I don't recall which at the time.
16 Q.  Do you recall anyone else?
17 A.  Jyoti Pande.
18 Q.  Can you spell that for me, please.
19 A.  J-Y- --
20 (Reporter clarification.)
21 THE WITNESS:  J-Y-O-T-I, P-A-N-D-E.
22 MR. WILLIAMS:  And what -- is that a female
23 or a male?
24 A.  That's a male.
25 Q.  And what did he do?

**29**

1 A.  He was -- he held a development position
2 anywhere in CRM.
3 Q.  Before we go forward I really want to try to
4 understand a little better what "development" means.
5 Does development -- well, withdrawn.
6 Why don't you tell me what development means or
7 what it meant at Oracle in, say, 2000.
8 A.  Development referred to the tasks to define,
9 build, test, and release software -- and maintain
10 software.
11 Q.  When -- when you say "define," what do you
12 mean?
13 A.  Define -- by that term I mean to determine
14 which functionality should be built into the software.
15 Q.  Okay.  And what do you mean by "build"?
16 A.  Build includes the creation of the software
17 code, documentation, installation scripts, training
18 material -- and I'm sure other things as well.
19 Q.  Okay.  And did your -- was part of your
20 responsibility to oversee the build of CRM in 2000?
21 A.  No.
22 Q.  No.  Do you know who had that responsibility at
23 the time?
24 A.  Mark Barrenechea.
25 Q.  And -- was your responsibilities during --

**30**

1 at that time, say, 2000, related to that at all, to the
2 building of CRM product?
3 A.  Yes.
4 Q.  In what way?
5 A.  I was responsible for the development
6 methodology, which included the building, how the code
7 was built, how product was built.
8 Q.  How it was built, okay.  And how about testing?
9 Can you tell me what you mean by to test the product?  I
10 think you initially said that development meant to
11 build, test -- test was one of the things, I think you
12 said.
13 Do you recall that?
14 A.  Yes.
15 Q.  Can you just describe for me what that means.
16 A.  At a high level testing involves ensuring that
17 the product performs as designed.
18 Q.  Okay.  And who -- well, withdrawn.
19 Was that part of your responsibility as well?
20 A.  I don't recall.
21 Q.  You don't recall if you had any responsibility
22 in the testing of the CRM?
23 A.  Can you repeat the first question.
24 Q.  I'm asking if you personally -- if your duties
25 at the time related to the testing of the CRM product.

**31**

1 A.  Yes.
2 Q.  In what way?
3 A.  I was responsible for the development
4 methodology for CRM.
5 Q.  Development of the testing or development of
6 the methodology for all aspects of the CRM?
7 A.  Development of the methodology.
8 Q.  Of the methodology.
9 And you know -- and I apologize if I've asked
10 you this before. I really just want to understand what
11 you mean by "methodology."
12 So when you were responsible for creating the
13 methodology -- or creating the methodology -- did you
14 prepare an outline or something along those lines of how
15 the product would be built, tested, and documented?
16 A.  Can you repeat the question, please.
17 MR. WILLIAMS:  Can you read that back, please.
18 (Record read as follows:
19 "Q.  And you know -- and I apologize if I've
20 asked you this before.  I really just want
21 to understand what you mean by
22 'methodology.'
23 "So when you were responsible for
24 creating the methodology -- or creating the
25 methodology -- did you prepare an outline)

Fletcher, Alan  4/6/2005  9:00:00 AM

32

1 or something along those lines of how the
2 product would be built, tested, and
3 documented?")
4 THE WITNESS: Yes.
5 MR. WILLIAMS: Q. And what would that consist
6 of?
7 A. There were series of guidelines for how certain
8 functions should be performed.
9 Q. And so your -- your outline would consist of
10 the guidelines or -- or ways to meet those guidelines?
11 A. The guidelines.
12 Q. So you would just give, I guess, members of the
13 CRM team guidelines as to how the product should perform
14 once it was built?
15 A. No.
16 Q. Okay. Well, if you could read back his answer
17 to my question two questions ago, I'd appreciate it,
18 please.
19 (Record read as follows:
20 "Q And what would that consist of?
21 "A There were series of guidelines for how
22 certain functions should be performed.")
23 MR. WILLIAMS: Q. And so what did you do with
24 that series of guidelines of how functions should be
25 performed?

33

1 A. I created those guidelines -- correction.
2 My team created those guidelines, and we would
3 share those guidelines with the development
4 organization.
5 Q. Okay. Now, those guidelines -- would it --
6 would it include -- well, withdrawn.
7 Those guidelines -- would they be applicable to
8 all of the applications within a CRM product?
9 A. No.
10 Q. Which ones would they -- would they address?
11 A. I don't recall.
12 Q. Well, you were responsible for the entire CRM
13 methodology; is that fair to say?
14 A. Yes.
15 MR. KRISS: Objection to the form of the
16 question.
17 MR. WILLIAMS: Q. That's fair to say?
18 MR. KRISS: Objection to the form of the
19 question.
20 THE WITNESS: Can you just repeat.
21 MR. WILLIAMS: Q. I think your testimony was
22 that you were responsible for the methodology for the
23 CRM product.
24 MR. KRISS: Objection to the form of the
25 question.

34

1 THE WITNESS: I was responsible for the
2 methodology for the CRM product division.
3 MR. WILLIAMS: Q. Can you just describe for
4 me -- there's some of definitions I want to see if I can
5 get -- some terms I'd like to see if I can get defined.
6 Can you just describe for me generally what --
7 what a software application is.
8 A. I -- I know of no industry standard definition
9 of a software application, but a software application
10 would be a -- a collection of software that performs a
11 set of business functions.
12 Q. And is that what they're called at Oracle?
13 Withdrawn.
14 What is it -- when you use the term
15 "applications" at Oracle, what do you -- what do you
16 mean?
17 MR. WILLIAMS: Objection to the form of the
18 question.
19 THE WITNESS: I -- I don't understand.
20 MR. WILLIAMS: Q. The word "applica-" -- is
21 the -- is the term "applications" a term that you use
22 in -- during your -- performance of your duties at
23 Oracle?
24 A. Yes.
25 Q. And when you use it, what do you -- what does

35

1 it mean to you generally?
2 MR. KRISS: Objection to the form of the
3 question.
4 THE WITNESS: Generally, "applications" refers
5 to the -- the applications products that Oracle
6 produces.
7 MR. WILLIAMS: Q. And what were those in 2000?
8 A. I don't recall.
9 Q. Is there anything that might refresh your
10 recollection?
11 A. Yes.
12 Q. Like what?
13 A. If I were to look at the software price list
14 from that time period.
15 Q. What -- what is a software price list?
16 A. It's a document that lists the prices of Oracle
17 software.
18 Q. Okay. That's just Oracle software, though,
19 right?
20 A. The Oracle software price list is just Oracle
21 software.
22 Q. Okay. Was Oracle making or creating human
23 resources applications in 2000?
24 A. Yes.
25 Q. What are human resources -- what -- what

Fletcher, Alan  4/6/2005  9:00:00 AM

36

1 functionalities is human resources applications at
2 Oracle made in 2000 -- what were the functionalities of
3 those applications?
4     A.  Human resources functionality would include
5 functionality to track employees and track -- track
6 payroll for employees, track hiring of employees, and
7 other functions I don't recall.
8     Q.  Was it creating financials application --
9 financial applications?
10    A.  I'm sorry, can you -- I don't understand the
11 question.
12    Q.  Was Oracle creating financials applications in
13 2000?
14    A.  Yes.
15    Q.  And what do those do?
16    A.  Financial applications deal with accounting
17 transactions, invoicing, payments, asset tracking, and
18 other functions I don't recall.
19        MR. WILLIAMS:  Okay.  I'm just going to ask the
20 reporter to mark this document as Fletcher No. 2.
21        (Marked for identification purposes,
22        Exhibit 2.)
23        MR. WILLIAMS:  Q.  I'm just going to ask you to
24 take a look at what's been previously marked as Fletcher
25 No. 2 for identification.  And just let me know if that

37

1 helps you recall what type of applications Oracle was
2 developing, say, in 2000.
3        Have you had an opportunity to look at Fletcher
4 No. 2?
5     A.  I've reviewed it briefly.
6     Q.  And does that refresh your recollection as to
7 what type of applications Oracle was creating in, say,
8 the year 2000?
9     A.  No.
10    Q.  It doesn't?
11    A.  No.
12    Q.  Well, why don't you just take a look at it,
13 then, the first page that's Bates-numbered on the
14 bottom, right NDCA-ORCL 0022080.
15        Well, first does this appear to be a -- an
16 Oracle PowerPoint type of spreadsheet?
17        MR. KRISS:  Objection to the form of the
18 question.
19        THE WITNESS:  It appears to be an Oracle power
20 point.
21        MR. WILLIAMS:  Q.  And on the -- the page that
22 I just referred you to, ending 809, what's the -- what
23 appears to be the title of that page?
24    A.  The title of this page is "Over 50 Enterprises
25 Applications."

38

1     Q.  Okay.  Do you -- and as you review that page,
2 do you recognize at all any of the types of applications
3 on there?
4     A.  Yes.
5     Q.  Were these ERP applications or
6 CRM applications?  If you know.
7     A.  These appear to be ERP applications.
8     Q.  And how do you know, or on would one know?
9     A.  One would have to understand what
10 ERP applications were.
11    Q.  So could you explain to me how it is that you
12 know, looking at this document, that the applications on
13 this page appear to be ERP applications.
14    A.  Because I understand what ERP applications are,
15 and these fall into that definition.
16    Q.  And how would you describe what
17 ERP applications are for someone who doesn't know?
18    A.  ERP applications are applications that deal
19 with business functionality within the finance, human
20 resource, manufacturing, supply chain, and projects area
21 of functionality.
22    Q.  Which appear to be some of the headings on this
23 page, right?
24    A.  Correct.
25    Q.  And why don't you turn to the next page for me,

39

1 please, and -- which is Bates-numbered NDCAORCL 022180
2 and tell me if you recognize any of the applications
3 on -- well, withdrawn.
4        Do these appear to be names of applications?
5     A.  Yes.
6     Q.  And are these CRM applications or
7 ERP applications?  If you know.
8     A.  CRM.
9     Q.  And how do you know?
10    A.  Because I understand the definition of
11 CRM applications.
12    Q.  Okay.  And if -- how would you describe
13 CRM applications to someone who doesn't understand
14 them -- understand what it means?
15    A.  I believe I've already answered that question.
16    Q.  I can't recall your answer.  If you could
17 answer it for me, I'd appreciate it.
18    A.  CRM applications are applications that perform
19 functionality within the marketing, sales, and service
20 space.
21    Q.  Okay.  So if you look at this document again,
22 ending 810, and you see that it has a list of different
23 applications on the left and the right of a circle in
24 the middle.
25    A.  Yes.

Fletcher, Alan  4/6/2005  9:00:00 AM

40

1  Q.  Are these the applications that you had the
2  responsibility of developing the methodology for in or
3  around the year 2000?
4      MR. KRISS:  Objection.  Misstates his
5  testimony.  Vague and ambiguous.
6      THE WITNESS:  Can you repeat the question,
7  please.
8      MR. WILLIAMS:  Q.  I'm just asking if you
9  recognize any of these applications to be some of the
10  ones or all of the ones that you had the responsibility
11  for developing the methodology for in the year 2000.
12      MR. KRISS:  Objection to the form of the
13  question.
14      THE WITNESS:  Yeah.  Can you either repeat or
15  rephrase the question.  I don't understand what you're
16  asking me.
17      MR. WILLIAMS:  Q.  I'm asking you, if you look
18  at this document ending 810 -- you indicated just a
19  minute ago that you recognized the list of applications
20  on either side of this circle to be applications; is
21  that fair to say?
22  A.  Correct.
23  Q.  Titles of applications.
24  A.  Correct.
25  Q.  Now, were these applications -- were any of

41

1  these applications being developed by Oracle in or
2  around 2000?
3  A.  Yes.
4  Q.  And is it also fair to say that at the same
5  time you had the responsibility for developing the
6  methodology for creating these applications?
7      MR. KRISS:  Objection to the form of the
8  question.
9      THE WITNESS:  I was responsible for the
10  methodo- -- development methodology for the CRM in the
11  year 2000.
12      MR. WILLIAMS:  Q.  Now, is it -- am I
13  misunderstanding you?  Because -- I want to make sure
14  we're on the same page because you said you were
15  responsible for the development of the CRM division, and
16  I've been asking you if you've been responsible for the
17  development of the applications.  Am -- am I char- --
18  mischaracterizing what your responsibilities were?
19      MR. KRISS:  Could I have that read back,
20  please.
21      MR. WILLIAMS:  The question?
22      MR. KRISS:  Yes.  Thank you.
23      (Record read as follows:
24      "Q.  Now, is it -- am I misunderstanding
25      you?  Because -- I want to make sure we're

42

1  on the same page because you said you were
2  responsible for the development of the CRM
3  division, and I've been asking you if
4  you've been responsible for the development
5  of the applications.  Am -- am I char- --
6  mischaracterizing what your
7  responsibilities were?")
8      THE WITNESS:  I don't understand the question.
9      MR. WILLIAMS:  Q.  My last question was -- I
10  asked you if you were responsible for the development of
11  the methodology of the creation of any of these
12  applications as they appear on Bates ending 810.  And I
13  think your answer was that you were responsible for the
14  development of the methodology for the CRM division; is
15  it fair to say?
16  A.  I'm not sure if that was an accurate reflection
17  of your previous question.
18  Q.  Okay.  Well, that's what I'm asking.  Let me go
19  back.  Why -- why don't we start again.
20  A.  Okay.
21  Q.  Looking at this document ending 810, you
22  indicated that you recognized these applications to be
23  among those that Oracle was creating in or around 2000
24  right?
25  A.  I don't believe I said that.

43

1  Q.  Well, why don't you correct me.  What -- what
2  do you recognize on these applications to be?
3  A.  I recognize these to be CRM applications.
4  Q.  Was Oracle creating any or all of these
5  applications in or around 2000?
6      MR. KRISS:  Objection to the form of the
7  question.
8      THE WITNESS:  Yes.
9      MR. WILLIAMS:  Q.  And was it your
10  responsibility in or around 2000 to oversee the
11  development of the methodology for the creation of these
12  applications?
13      MR. KRISS:  Objection to the form of the
14  question.
15      THE WITNESS:  Can you repeat it, please.
16      MR. WILLIAMS:  Can you read that back, please.
17      (Record read as follows:
18      "Q.  And was it your responsibility in or
19      around 2000 to oversee the development of
20      the methodology for the creation of these
21      applications?")
22      THE WITNESS:  No.
23      MR. WILLIAMS:  Q.  No?  Okay.  And how do you
24  know that -- how do you know that -- withdrawn.
25

Fletcher, Alan  4/6/2005  9:00:00 AM

44

1    How do you know that?
2    A.  Because I was not responsible for the
3    development methodology for all of these applications in
4    or around the year 2000.
5    Q.  Okay.  Which ones were you responsible for?
6    A.  I don't recall.
7    Q.  But how do you know that you weren't
8    responsible for all of them?
9    A.  Because I know I was not responsible for all of
10   them.
11   Q.  Which ones were you not responsible for?
12   A.  I know I was not responsible for MRO.
13   Q.  I'm sorry.
14   A.  MRO.
15   Q.  Okay.  What's MRO?
16   A.  I believe MRO stands for maintenance repair
17   overhaul.
18   Q.  Is that on this list here?
19   A.  Yes.
20   Q.  Just point it out for me.
21   A.  It's on the left-hand side, sixth down.
22   Q.  Okay.  I'm sorry.  Any others that you were not
23   responsible for?
24   A.  I don't recall.
25   Q.  So you could have been responsible for all of

45

1    these?
2    A.  No.
3    Q.  You could not have been?
4    A.  No.
5    Q.  Except for MRO?
6    MR. KRISS:  Objection to the form of the
7    question.
8    THE WITNESS:  Can you repeat the question or
9    rephrase the question.
10   MR. WILLIAMS:  Q.  You could have been
11   responsible for all of these except for the one you
12   identified being MRO; is that fair to say?
13   MR. KRISS:  Objection to the form of the
14   question.  And asked and answered.
15   THE WITNESS:  I don't recall.
16   MR. WILLIAMS:  Q.  So you indicated early on in
17   the deposition that you understood that your testimony
18   would relate -- to at least in part, to the release of
19   Suite 11i?
20   A.  Yes.
21   MR. KRISS:  Objection to the form of the
22   question.
23   MR. WILLIAMS:  Q.  Is that right?
24   A.  Yes.
25   MR. KRISS:  Let me state for the record what

46

1    this 30(b)(6) deposition -- from our standpoint --
2    MR. WILLIAMS:  Hold on a moment.  This is my
3    deposition.
4    MR. KRISS:  I understand that.
5    MR. WILLIAMS:  Hold on a second.
6    This is my deposition.  I'm asking questions.
7    If you have an objection, you can make the objection as
8    it relates to relevance, but I don't want you reading
9    into the record something -- a letter that, you know,
10   was drafted to you or -- or exchanged between the
11   parties.  This is -- you know, I'm asking him questions
12   relevant to 11i, and that was his testimony about what
13   he understood.
14   MR. KRISS:  Okay.  You've made your point.
15   I will state for the record that this is, in
16   our view, a 30(b)(6) deposition that covers the
17   following subject -- and I'm reading from the letter
18   from Ms. Anderson to me dated March 15th, 2005.
19   "This letter will confirm that
20   defendants will produce a rule 30(b)(6)
21   designee to discuss technical aspects of
22   Suite 11i, including functionality,
23   integration, and interoperability, on
24   April 6th, 2005, at 9:00 a.m." --
25   et cetera.

47

1    "Defendants indicated that" -- the
2    witnesses will not -- "the witness will not
3    be prepared to address the remainder of the
4    issues relating to Suite 11i set forth in
5    plaintiff's December 15, 2004, notice of
6    deposition; however, including but not
7    limited to information relating to lost
8    sales and customer complaints."
9    The witness has been prepared to testify about
10   the subjects based upon the contents of this letter.
11   And that's it.
12   MR. WILLIAMS:  Thank you.
13   Q.  You indicated earlier that you knew you were
14   going to be testifying about 11i; is that correct?
15   A.  Yes.
16   Q.  Now, can you tell me what is 11i?
17   A.  11i is the version number that represents the
18   release of the E-Business Suite.
19   Q.  And what is an -- what is the E-Business Suite?
20   A.  The E-Business Suite is the suite of
21   applications that -- that Oracle produces and sells.
22   Q.  And when was it -- when was it first released?
23   A.  The E-Business Suite was first released in May
24   of 2000.
25   Q.  And what -- withdrawn.

48

1      What did it include -- what was -- what was in
2  the E-Business Suite?
3      A.  I don't understand the question.
4      Q.  What applications were in the E-Business Suite
5  in May of 2000?
6      A.  I don't recall.
7      Q.  And what -- did it include both
8  ERP applications and CRM applications?  If you know.
9      A.  Yes.
10     Q.  And what, if you know, were other software
11  vendors selling a suite of software with both ERP and
12  CRM applications together?
13     MR. KRISS:  In 2000?
14     MR. WILLIAMS:  Q.  No.  2000, yeah.  Sorry.
15     A.  No.
16     Q.  No.
17     A.  I'm not aware of one.
18     Q.  And so is it fair to say that Oracle was one of
19  the first to do that?
20     A.  Yes.
21     Q.  And what were the functionalities of -- of the
22  E-Business Suite as it was released in May of 2000?
23     A.  I don't recall.
24     Q.  Do you know what the functionalities of the --
25  withdrawn.

49

1      So you don't recall what -- what applications
2  were in the suite; was that your testimony?
3      A.  Correct.
4      Q.  You don't recall what the functionalities of
5  the suite was in May of 2000 either, right?
6      A.  Correct.
7      Q.  What do you recall about the suite?
8      A.  I -- I recall -- I'm not sure I understand what
9  you're asking.
10     Q.  I'm trying to understand what did you
11  understand the 11i business suite to be in May of 2000.
12     A.  The 11i E-Business Suite in May of 2000 was an
13  integrated suite of applications covering ERP and CRM
14  functionality.
15     Q.  And what -- what do you mean by an integrated
16  suite of applications?
17     A.  I mean a suite of applications, where -- where
18  modules interoperate and pass data between themselves.
19     Q.  That's what you mean by "integrated"?
20  "Integrated suite"?
21     A.  Yes.
22     Q.  And what's a module?
23     A.  A module is a component within the suite.
24     Q.  Well -- well, what kind of component --
25  component?  Is a module is an application?

50

1      A.  Not necessarily.
2      Q.  Well, explain to me what a module is, if you
3  can.
4      A.  A module is a grouping or subset of the suite
5  that performs a related set of business functionality.
6      Q.  And the -- so if I have -- let's take, for
7  instance, the CRM.  Is CRM a module?
8      A.  No.
9      Q.  It's not a module.  What is CRM?  Is it an
10  application?
11     A.  No.
12     Q.  What is it?
13     A.  CRM is a grouping of applications.
14     Q.  Okay.  And so would the -- the grouping include
15  modules?
16     A.  Yes.
17     Q.  So how many -- well, withdrawn.
18     Do you know how many modules the CRM grouping
19  contained in May of 2000?
20     A.  I don't recall.
21     Q.  And can you tell me one of -- one or two of the
22  modules that would have been included in the CRM
23  grouping in May of 2000?
24     A.  Support, core contracts.
25     Q.  Now, would those be considered applications?

51

1      A.  No.
2      Q.  No.  Just a module?
3      A.  Correct.
4      Q.  And would there be applications within each of
5  those modules?
6      A.  No.
7      Q.  So how -- that's why I was asking you earlier
8  to just explain to me what an application is.  Maybe you
9  can explain to me how an ap- -- what an application is
10  as it relates to any of the modules in CRM grouping.
11     A.  An application is a grouping of one or more
12  modules.
13     Q.  So together -- say, for instance, the support
14  and I think you said the core contracts -- together they
15  would be an application?
16     A.  No.
17     Q.  I think wasn't your testimony that an
18  application would be a grouping of one or more modules?
19     A.  Yes.
20     Q.  Is that -- so how -- how did -- so was my last
21  question about each of those modules together being an
22  application -- how did I mischaracterize that?
23     A.  I'm not sure how you mischaracterized it.
24     MR. WILLIAMS:  Why don't we take five minutes.
25     THE VIDEOGRAPHER:  Going off the record, the

---

**52**

1   time is 10:26.
2         (Recess was taken from 10:26 a.m. to
3   10:36 a.m.)
4         THE VIDEOGRAPHER:  We're back on the record.
5   The time is 10:36.
6         I should identify myself.  My -- my name is
7   Dan DeFrank, representing Advanced Courtroom
8   Technologies.
9         We've back on the record once again, 10:36.
10        MR. KRISS:  Shawn, Mr. Fletcher would like to
11  offer some additional information that I think is
12  responsive to the questions you asked about
13  functionality.
14        MR. WILLIAMS:  Which question -- which question
15  was it?
16        MR. KRISS:  Well, you were asking him to
17  explain what the functionality of the -- of the suite
18  was at one point, and he can offer something that might
19  be helpful to you.
20        MR. WILLIAMS:  Well, I'll ask the question.  If
21  I want to go back and get that.  Hopefully, you -- do
22  you want to write it down so that you don't forget what
23  you wanted to add?
24        THE WITNESS:  I'm okay.
25        MR. WILLIAMS:  I don't want you to forget.

---

**53**

1         THE WITNESS:  I won't forget.
2         MR. WILLIAMS:  Okay.
3     Q.  So let's go back to the -- I think you
4   mentioned a few moments ago what was meant by
5   integration, and I think you said that it was a group of
6   modules passing information to one another; is that --
7   is that fair, or is it different?
8         MR. KRISS:  Objection to the form of the
9   question.
10        THE WITNESS:  Can we read back what I
11  characterized?
12        MR. WILLIAMS:  She may not be able to find it.
13    Q.  What's integration?
14        MR. KRISS:  Objection to the form of the
15  question.
16        THE WITNESS:  Integration within the E-Business
17  Suite refers to modules being able to operate together
18  and pass information between each other.
19        MR. WILLIAMS:  Q.  Okay.  So, for example,
20  modules in the CRM grouping could pass information to
21  the ERP grouping, and they could function together?
22    A.  Yes.
23    Q.  And -- let me actually show you.
24        I'll ask the reporter to mark this document as
25  Fletcher No. 3.

---

**54**

1         (Marked for identification purposes,
2         Exhibit 3.)
3         MR. WILLIAMS:  Q.  I'll ask you to take a look
4   at Fletcher No. 3 for me, please.
5         Have you had an opportunity to review Fletcher
6   No. 3?
7     A.  I've reviewed it briefly.
8     Q.  What does it appear to be?
9     A.  It appears to be an Oracle press release from
10  the time of initial 11i release.
11    Q.  And, quickly, let me just ask you to define
12  what you understand to be the meaning of the term
13  "release" as it relates to, I guess, the release of
14  Oracle software.
15    A.  Release would define when the software was
16  generally available for sale to our customers.
17    Q.  And did Oracle use the term "release" for
18  subsequent versions of 11i?
19    A.  Yes.
20    Q.  So what does "release" mean when it relates to
21  a subsequent version of 11i?
22    A.  It would mean when that subsequent version was
23  available for sale to --
24    Q.  To the general public or to customers?
25    A.  Yes.

---

**55**

1     Q.  Well, I'm going to direct your attention to
2   Fletcher No. 3, and ask you if the date of May 24th
3   refreshes your recollection at all as to when Oracle
4   initially introduced or released Suite 11i.
5     A.  I believe I said it was May 2000 earlier in the
6   deposition.
7     Q.  And -- and you were responsible at the time for
8   the -- the development methodology for the CRM division;
9   is that fair to say?
10        MR. KRISS:  Objection to the form of the
11  question.
12        THE WITNESS:  Yes, I was.
13        MR. WILLIAMS:  Q.  I'm going to ask you to go
14  to -- take a look at the release and go down to the
15  third line, where it begins, "The entire."
16        Do you see that?
17    A.  Yeah.
18    Q.  Do you see where it says, "The entire "--
19    A.  "The entire E-Business Suite is available
20  today"?
21    Q.  M-hm.
22    A.  Yeah.
23    Q.  Could you just read that sentence for me,
24  please.
25        MR. KRISS:  Into the record?

---

Fletcher, Alan  4/6/2005  9:00:00 AM

56

1    MR. WILLIAMS: Sure.
2    THE WITNESS: "The entire E-Business Suite
3    is available today, adding Customer
4    Relationship Management (CRM) and Order
5    Management components to the already
6    available 11i financials, human resources,
7    manufacturing procurement, projects, and
8    supply chain offerings."
9    MR. WILLIAMS: Q. What's Order Management?
10    A. Order management is a -- a -- a group of
11    applications that deal with managing the order processes
12    within the E-Business Suite.
13    Q. Is -- is that a module?
14    A. It was a grouping of modules.
15    Q. Okay. And did you have any responsibilities as
16    it relates to Order Management?
17    A. No.
18    Q. Do you know who was responsible for the Order
19    Management grouping?
20    A. Ron Wohl.
21    Q. Ron Wohl?
22    A. Yeah.
23    Q. I'm just going to ask you to go to the next
24    sentence, here it says
25    "Oracle E-Business Suite provides

57

1    out-of-the-box integration of E-Business
2    applications."
3    Do you see that?
4    A. M-hm.
5    Q. Do you know what that means?
6    A. Yes.
7    Q. Can you tell me what it means?
8    A. Yeah. It means that the functionality included
9    with the -- with this version of the E-Business Suite
10    was integrated between modules.
11    Q. Well, it says 11i "provides out of the box
12    integration."
13    Can you tell me what that means, please.
14    A. That means that the applications are already
15    pre-integrated.
16    Q. Meaning does it -- does -- is that what the
17    term "out of the box" means?
18    A. "Out of the box" refers to the fact that it is
19    already done.
20    Q. And -- and the integration portion means
21    that -- that they're already -- they can already, I
22    guess, transfer information between one another -- the
23    applications and modules?
24    A. The integration portion refers to the fact that
25    the modules communicate and pass data between

58

1    themselves.
2    Q. Okay. And if you just review that sentence
3    again
4    "Oracle E-Business Suite provides
5    out-of-the-box integration of E-Business
6    applications through the extended
7    enterprise from customers and partners to
8    suppliers."
9    That sentence doesn't say anything about
10    modules, and I'm -- I just want to understand your
11    testimony because you used the term "modules" in my --
12    in your answer to my last question. When it just says
13    here -- it says "integration of E-Business
14    applications."
15    A. What's the question?
16    Q. The question is the sentence talks about the
17    integration of E-Business applications; it doesn't say
18    integration of E-Business modules. And I just want to
19    understand if there's a difference.
20    A. An application is a grouping of one or more
21    modules.
22    Q. Okay. I'm going to ask you -- I'm going to
23    direct your attention now to the next paragraph. Do you
24    see where it -- beginning with "Oracle E-Business
25    Suite."

59

1    A. Okay.
2    Q. Can you just read that sentence for me.
3    A. "With Oracle E-Business Suite 11i, all this
4    integration expense and risk is avoided
5    because the suite comes with out-of-the-box
6    integration, as well as robust
7    functionality in each key business area."
8    Q. Do you know what is meant by "robust
9    functionality"?
10    A. It's -- it's not an industry standard term.
11    I -- I believe it would be saying that within each key
12    business area, there was a -- a -- you know, a solid
13    amount and quality of functionality.
14    Q. I'm sorry.
15    A. Amount and quality.
16    Q. Oh, solid amount and quality.
17    You indicated -- at least your lawyer indicated
18    when you came back into the room that you had something
19    additional to say about functionality. Can you tell me
20    what that is.
21    A. Yeah. The functionality of the E-Business
22    Suite, the release in 11i, is all fully document in the
23    user guides, which are incredibly voluminous, which is
24    why I cannot recall specifics of them. Right. Many
25    thousands of pages.

Fletcher, Alan  4/6/2005  9:00:00 AM

60

1    Q.  M-hm.
2        MR. KRISS:  I would also add that those have
3    been produced, and you will find them as part of the
4    software that we produced to you.  The software has the
5    user manuals as part of the software.
6        MR. WILLIAMS:  Q.  So just going back to -- you
7    said -- as well as robust functionality, and you say
8    that it's -- can you read his answer back to my question
9    as to what is to mean -- meant by "robust
10   functionality," please.
11       (Record read as follows:
12       "A  It's -- it's not an industry standard
13       term.  I -- I believe it would be saying
14       that within each key business area, there
15       was a -- a -- you know, a solid amount and
16       quality of functionality.")
17       MR. WILLIAMS:  Q.  What do you mean by "solid
18   amount of quality"?
19   A.  What I meant is solid amount and solid quality.
20   Q.  Oh, solid amount and solid quality?
21   A.  Correct.
22   Q.  What do you mean by solid quality?
23   A.  That the functionality behaved as documented.
24   Q.  And what do you mean by "documented"?
25   A.  Discounted in the user material, the user

61

1    reference material, which came along with the software.
2    Q.  And so are you saying that this means that --
3    that the software functioned as it was represented to
4    function in the -- in the manuals?
5    A.  Can you -- can you repeat the question, please.
6    Q.  Are you saying that robust functionality or
7    solid quality means that the software functioned in the
8    way that it was represented it would function in the
9    manuals or in the documentation?
10   A.  I'm saying that it was our belief, yes.
11   Q.  That what was your belief?
12   A.  That the software functioned as it was
13   documented in the reference material.
14   Q.  Do you know if it did function in the manner in
15   which it was represented in the reference material?
16   A.  Can you repeat the question, please.
17       MR. WILLIAMS:  Can you read that back, please.
18       (Record read as follows:
19       "Q  Do you know if it did function in the
20       manner in which it was represented in the
21       reference material?")
22       MR. KRISS:  Objection to the form of the
23   question.
24       THE WITNESS:  I -- I know that there were
25   issues which were found after we released, which was

62

1    subsequently addressed.
2        MR. WILLIAMS:  Q.  What do you mean by
3    "issues"?
4    A.  So customers encountered issues implementing
5    the software where the behavior of the software did not
6    tie exactly to the documented behavior, for which we
7    issued a patch.
8    Q.  Okay.  So you -- your testimony -- withdrawn.
9        So you believed that -- at the time you
10   believed that it functioned in the way that it was
11   represented in the reference material but later
12   understood that it did not?
13       MR. KRISS:  Objection to the form of the
14   question.
15       THE WITNESS:  Can you read the question back.
16       (Record read as follows:
17       "Q  So you believed that -- at the time you
18       believed that it functioned in the way that
19       it was represented in the reference
20       material but later understood that it did
21       not?")
22       THE WITNESS:  We later understood that there
23   were some issues, which were addressed as patches.
24       MR. WILLIAMS:  Q.  Okay.  Issues with regard to
25   functionality?

63

1    A.  Correct.
2    Q.  I'm going to ask you to go to the next
3    sentence.  See where it says
4        "This integration not only eliminates
5        cost and risk but also provides much better
6        information with which to run a business."
7        Do you see that sentence?
8    A.  M-hm.  Yes.
9    Q.  What is meant that -- where it says "This
10   integration not only eliminates costs"?
11   A.  It is talking about reducing or eliminating the
12   cost associated with taking applications from multiple
13   software vendors and integrating them.
14   Q.  Okay.  Do you know if the integration that
15   Oracle provided in the Oracle 11i business suite, in
16   fact, eliminated those costs?
17   A.  I know that the integration within the
18   E-Business suites eliminated significant cost versus
19   taking software from multiple vendors and integrating it
20   yourself.
21   Q.  And how do you know that?
22   A.  I know that through my experience of software
23   over the last 18, 20 years; I know that from the -- just
24   the way the E-Business Suite was built, and I know that
25   from -- I know that from what it would take as a

Fletcher, Alan  4/6/2005  9:00:00 AM

64

1 consultant implementing software from multiple vendors.
2 Q. Well, tell me how -- how the E-Business Suite
3 was built that would support your belief that
4 integration would eliminate cost.
5 A. The E-Business Suite was built based upon a
6 common database, a common data schema, a common set of
7 computer languages, and identifying business processes
8 that spanned multiple modules and then providing for
9 them.
10 Q. I didn't get that last part and then what?
11 A. Identifying business processes that spanned
12 multiple modules and then providing for them within the
13 software.
14 Q. Which would -- withdrawn.
15 And would that require all the modules to
16 actually communicate with one another and share
17 information?
18 MR. KRISS: Objection to the form of the
19 question.
20 THE WITNESS: That would allow the modules to
21 communicate with one another and share information.
22 MR. WILLIAMS: Q. Okay. I'm going to ask you
23 to go down to the next sentence -- actually, two
24 sentences down. Do you see where it says
25 "This tight integration is also

65

1 necessary to achieve a complete view."
2 Do you see that?
3 A. Correct, yes.
4 Q. Can you just read that sentence for me?
5 A. "This tight integration is also necessary
6 to achieve a complete view of the impact
7 that customer-related -- related activity
8 have throughout the enterprise."
9 Q. What is meant by "tight integration"?
10 A. Tight integration refers to -- the level of
11 integration that exists within -- between modules within
12 the E-Business Suite.
13 Q. So when you say "level," does that -- the level
14 of integration, does that mean -- withdrawn.
15 How do you measure the level of integration
16 between the modules?
17 A. I know of no scientific way to measure the
18 level of integration.
19 Q. So how does one determine whether integration
20 is "tight"?
21 A. It's a relative scale, and this is saying
22 relative to software from disparate software vendors,
23 which you would integrate yourself.
24 Q. And they're saying Oracle's -- the 11i Suite
25 had the integration between its modules in the suite

66

1 with type?
2 A. It is saying that the integration within the
3 E-Business Suite is tighter than the information would
4 be if you were to buy your applications from multiple
5 software vendors and integrate them yourself.
6 Q. M-hm. And did Oracle -- withdrawn.
7 Prior to May 24th, 2000, did Oracle test the
8 integration of the 11i modules internally at Oracle?
9 A. Yes.
10 Q. Okay. And how was that testing done?
11 A. I -- I don't recall specifics.
12 Q. Was it -- well, generally how -- withdrawn.
13 You have approximately 20 years of software
14 experience, right?
15 A. Correct.
16 Q. Generally -- well, withdrawn.
17 And you've been at Oracle for what, almost
18 14 years, 15 years?
19 A. 15, 16 years.
20 Q. Okay. And generally can you explain to me how
21 testing of -- of 11i -- or withdrawn -- of software
22 integration is done.
23 A. I'm not sure there's any general answer to
24 that. I'm not sure how to answer you. You need to ask
25 me something more specific.

67

1 Q. Well, you indicated earlier that it was your
2 belief that -- I guess Oracle's belief that the
3 integration of these modules eliminated costs based on
4 your 20 years or almost 20 years experience.
5 And I'm trying to understand how one would
6 test -- someone with -- withdrawn.
7 I'm trying to understand how someone with your
8 experience would test the integration of -- of modules.
9 A. I would test the integration of modules by
10 installing the software, configuring the software, and
11 running through test cases which exercise those
12 integration points.
13 Q. The last part? Exercise what?
14 A. Those integration points.
15 Q. And was that what Oracle did with Suite 11i
16 in -- say, before May 24th, 2000?
17 A. Can you repeat the question, please.
18 (Record read as follows:
19 "Q And was that what Oracle did with Suite
20 11i in -- say, before May 24th, 2000?")
21 THE WITNESS: Yes.
22 MR. WILLIAMS: Q. Okay. Was that done
23 internally at Oracle?
24 A. Yes.
25 Q. Was it also done at customer sites before

68

1   May 24th of 2000?
2       A.  I don't recall.
3       Q.  Who -- who -- who -- withdrawn.
4           Who might know the answer to that question?  If
5   you know.
6       A.  It would be the people who were responsible
7   for -- for QA within the ERP and the CRM divisions at
8   that point in time.
9       Q.  Did you at some point become responsible for --
10  well, withdrawn.
11          By "QA" do you mean quality assurance?
12      A.  Yes.
13      Q.  Now, did you at some point become responsible
14  for quality assurance at -- in the CRM division?
15      A.  Yes.
16      Q.  And when was that?
17      A.  I don't recall.
18      Q.  Was it this year?
19      A.  No.
20      Q.  Was it last year?  2004?
21      A.  No.
22      Q.  Was it in 2003?
23      A.  No.
24      Q.  Was it earlier than that?
25      A.  Yes.

69

1       Q.  So somewhere -- maybe 2002?
2       A.  Maybe.
3       Q.  But you don't know who was responsible for
4   quality assurance in 2000?
5       A.  No.
6       Q.  I understood one of your responsibilities to be
7   developing the methodology for the functionality of the
8   CRM division; is that fair to say or am I
9   mischaracterizing it?
10          MR. KRISS:  Objection to the form of the
11  question.
12          THE WITNESS:  I don't think I said that.
13          MR. WILLIAMS:  Q.  Okay.  Were you responsible
14  at all for developing the methodology for the
15  functionality of any of the CRM software in 2000?
16          MR. KRISS:  Objection to the form of the
17  question.
18          THE WITNESS:  I don't understand your question.
19          MR. WILLIAMS:  Q.  Were you responsible for any
20  of the methodologies that relate to functionality of CRM
21  software in 2000?
22          MR. KRISS:  Objection to the form of the
23  question.
24          THE WITNESS:  I still don't understand your
25  question.

70

1           MR. WILLIAMS:  Q.  What part of it didn't you
2   understand so -- maybe I can clear it up.
3       A.  It doesn't appear to make sense.
4       Q.  What about it?
5       A.  You -- you're asking for the -- was I
6   responsible for the methodologies of functionality.
7       Q.  M-hm.  Responsible for the methodologies in the
8   CRM division, right?
9       A.  I was responsible for defining the development
10  methodology.
11      Q.  The development methodology.  And did that
12  include functionality at all?
13          MR. KRISS:  Objection to the form of the
14  question.
15          THE WITNESS:  That doesn't make sense to me.
16          MR. WILLIAMS:  Q.  Well, what -- why doesn't it
17  make sense?  Did that relate to the development of
18  the -- or the development of the methodology for the
19  functionality of any of the CRM software?
20          MR. KRISS:  Objection to the form of the
21  question.
22          THE WITNESS:  Functionality is a noun,
23  methodology talks about how you do something.  You can't
24  have a methodology for a noun.  It doesn't -- it just
25  doesn't make sense.

71

1           MR. WILLIAMS:  Q.  Okay.  All right.  So you
2   indicated earlier that -- withdrawn.
3           How did Oracle track the functionality of its
4   E-Business Suite?
5           MR. KRISS:  Can I have that read back, please.
6           (Record read as follows:
7           "Q.  How did Oracle track the functionality
8           of its E-Business Suite?")
9           MR. KRISS:  Objection.  Objection to the form
10  of the question.
11          THE WITNESS:  The functionality was documented
12  in the user -- user documentation.
13          MR. WILLIAMS:  Q.  Wasn't it your testimony
14  that after the release, you found or Oracle found that
15  some of the functionality may not have been what was
16  represented in the reference material?
17          MR. KRISS:  Objection to the form of the
18  question.
19          THE WITNESS:  I believe I said that we -- that
20  issues were reported after the release of the software
21  for which we issued patches.
22          MR. WILLIAMS:  Q.  Related to the
23  functionality.
24      A.  Some were related to functionality.
25      Q.  Now, how did -- withdrawn.

Fletcher, Alan  4/6/2005  9:00:00 AM

72

1      Well, after the release of 11i, did Oracle
2   track whether or not the software was functioning as it
3   was referenced in -- or as it was documented in the
4   reference material?
5      A.  Oracle tracked issues that were reported by our
6   customers.
7      Q.  And how did Oracle track those issues?
8      A.  In a system called the "bug database."
9      Q.  And was there any other name for the bug
10  database?  Was it referred to in any other way
11  internally at Oracle?
12     A.  "Bug DB."  Just "Bug."  I'm sure there may have
13  been others.
14     Q.  Was there any other method of tracking issues
15  that were reported by customers related to the
16  functionality?
17     A.  The generally accepted mechanism would be by
18  tracking issues in the bug database.
19     Q.  Who had access to the bug database?
20     A.  Everybody within development, everybody within
21  support, some people within consulting and sales, and
22  some customers and some partners.
23     Q.  Some customers would have access to Oracle's
24  bug database?
25     A.  They would have access to some portions of it,

73

1   yes.
2      Q.  Which portions?
3      A.  They would have access to review certain
4   information about bugs that concerned them.
5      Q.  Okay.  I just want to take you back to Fletcher
6   No. 3.
7      A.  Which one is that?
8      Q.  That's the press release?
9      A.  Got it.
10     Q.  I'm going to ask you to go to page 2.
11  I'm going to ask you to go down to, I guess,
12  the fourth paragraph beginning with "as the Internet,"
13  and continues.
14  Do you see that paragraph?
15     A.  M-hm.
16     Q.  In the center of that paragraph, you see that
17  there's a quote that says, "for example, because"?
18     A.  Yeah.  I see that.
19     Q.  Can you just read that sentence for me, please.
20     A.  "For example, because the Oracle E-Business
21  Suite is the only one that combines tightly
22  integrated ERP and CRM, Oracle can offer
23  its customers the ability to manage key
24  customer processes, such as campaign to
25  order, order to cash, the ability to design

74

1   and execute a marketing campaign, ship the
2   order, and collect payment all from the
3   same system with the Or- --"
4      Q.  Okay.  I'm sorry.
5      Now, in that sentence where it refers to order
6   or "campaign to order, order to cash," would that be
7   within the Order Management module or application?
8      A.  Not entirely.
9      Q.  Okay.  Well, would part of it be in the
10  Order Management application?
11     A.  Yes.
12     Q.  And where would the remainder be?  CRM or ERP
13  or both?
14     A.  Both.
15     Q.  Both.  So is it fair to say that, in order to
16  execute, say, ship to order and collect payment in the
17  same system, that ERP and CRM and Order Management would
18  have to communicate with one another or at least
19  transfer information?
20     A.  No.
21     Q.  No.  Would they all -- would they have to work
22  together?
23     A.  No.
24     Q.  No.  So one of those -- is it fair to say that
25  one of those applications could complete a ship to order

75

1   and complete payment?
2      A.  No.
3      Q.  No.  Which of these would need to work
4   together -- which of these applications would need to
5   work together to -- to execute ship -- to execute a
6   shipment order and collection of payment?
7      A.  Which of which?
8      Q.  Well, the -- either CRM, ERP, and
9   Order Management.
10     A.  Order Management is part of ERP.
11     Q.  Oh.  Okay.  So would ERP and CRM need to work
12  together to execute those functions?
13     A.  No.
14     Q.  No?  ERP could do it?
15     A.  Yes.
16     Q.  By itself?
17     A.  Yes.
18     Q.  And this is -- withdrawn.
19  And May 24th, 2000 was the first time that the
20  ERP and CRM were offered together in a suite by Oracle;
21  is that fair?
22     A.  Yes.
23     Q.  I want to go back to the -- the bug database.
24  Okay?
25  What type of information is found in the bug

**76**

1  database?
2      A.  The bug database contains bugs logged on behalf
3  of customers, bugs logged internally, enhancement
4  requests logged on behalf of customers, enhancement
5  requests logged internally, and it is also used for
6  various task tracking within development.
7      Q.  And the requests in the bug database -- are
8  they in narrative form, or are they in code form?
9      A.  It's a narrative form that may include segments
10  of code either in line or as attachments.
11      Q.  And did Oracle, say, in 2000 or after the
12  release of 11i -- did Oracle categorize bugs in any way?
13      What I mean is, say, a certain bug related to a
14  certain functionality or another type of bug related to
15  another functionality -- was there a way that the bugs
16  were organized in the bug database?
17      A.  Yes.
18      Q.  And can you describe how they were organized
19  for me, please.
20      A.  They were organized roughly by product or
21  application and then -- then module and then component
22  within module.
23      Q.  Okay.  So -- so, for example, that would be,
24  say, ERP application, then maybe a module within the ERP
25  and then a component within a module?

**77**

1      A.  No.
2      Q.  Okay.  Can you just describe that for me,
3  please.
4      A.  It would be at -- the highest level would be
5  Order Management; and then below that would be, say, a
6  components of Order Management -- or a module within
7  Order Management, such as shipping; and then within
8  shipping, a piece of functionality such as fulfillment.
9      Q.  And if a customer -- well, withdrawn.
10      Can you give me an example of how -- of a
11  functionality that would require CRM and ERP to transfer
12  information between one another?
13      A.  Yes.  Presenting the current price of an item
14  on a Web store.
15      Q.  Okay.  And if there were a bug that impacted
16  the ability for tho- -- for CRM and ERP to transfer
17  information to one another, how would that be
18  categorized in the bug database?
19      A.  It would depend on who logged the bug.
20      Q.  Why?  Because they would -- because it would be
21  possibly in narrative form?
22      A.  Correct.
23      Q.  And did Oracle organize or characterize the
24  types of bugs that related to the transfer of
25  information between ERP and CRM in any specific way?

**78**

1      A.  Not that I'm aware of.
2      Q.  You indicated earlier that Oracle found issues
3  for which it later released patches.  Is that -- or
4  withdrawn.
5      That issues were communicated by customers for
6  which Oracle later released patches.
7      A.  Yes.
8      Q.  What are patches?
9      A.  A patch is a software update that corrects one
10  or more issue or delivers some new piece of
11  functionality.
12      Q.  Now, when you say "issue," does -- does that
13  include bugs?
14      A.  Yes.
15      Q.  So a patch may correct a bug?
16      A.  Yes.
17      Q.  And do you recall -- withdrawn.
18      Did Oracle, after the release of 11i issue
19  patches, based on its own testing and analysis, or was
20  it only in response to customer communications?
21      A.  It was both.
22      Q.  Both.  So Oracle continued to test 11i
23  internally after the release in May of 2000?
24      MR. KRISS:  Objection to the form of the
25  question.

**79**

1      MR. WILLIAMS:  Q.  Is that fair to say?
2      A.  Oracle to continue to enhance and test 11i
3  subsequent to May of 2000.
4      Q.  And how was the testing done after May of 2000?
5      MR. KRISS:  Internally or just generally?
6      MR. WILLIAMS:  Q.  You said Oracle continued to
7  test.
8      A.  I said continued to enhance and test.
9      Q.  Enhance and test.
10      A.  So after the initial release, testing would
11  have been focused on new functionality that was being
12  added.
13      Q.  So it wasn't testing functionalities that had
14  been released with the initial release on May 24th,
15  2000?
16      A.  It would have included testing of initial
17  functionalities as well.
18      Q.  So -- so Oracle would continue to test
19  functionalities that were in the initial release?
20      MR. KRISS:  Objection to the form of the
21  question.
22      THE WITNESS:  Oracle would retest functionality
23  from the initial release when it was developing and
24  testing new functionality.
25      MR. WILLIAMS:  Q.  I see.  Do you recall which

80

1  customers had communicated to Oracle after May of 2000
2  that there were so-called issues with the software?
3      A.  I don't recall -- recall specific customer
4  names.
5      Q.  Do you recall the types of so-called issues
6  that were reported to Oracle after the release in May of
7  2000?
8      A.  I don't recall specific times from that
9  specific time period.
10     Q.  Did -- did you have an opinion as to whether or
11 not Oracle had done enough testing in May of 2000 prior
12 to the release of 11i?
13     A.  We believed we had in May of 2000.
14     Q.  You believed that in May of 2000, or today you
15 believe that you had done?
16     A.  In May of 2000 we believed we had done
17 sufficient testing.
18     Q.  And did that belief change at any point between
19 May of --
20     A.  No.
21     Q.  -- 2000 and say, today?
22     A.  No.
23     Q.  No.  Okay.  I'm just going to -- like I say, I
24 initially asked you or I asked you earlier or I intended
25 to ask you about some terms so -- to, kind of,

81

1  facilitate the deposition going forward.
2      Do you know what -- what the term "stable"
3  means as it relates to software?
4      A.  I don't know of any scientific definition of
5  the term "stable."
6      Q.  Do you -- it doesn't have to be scientific.  Do
7  you -- have you ever used the term "stable" as it refers
8  to or relates to software?
9      MR. KRISS:  You're asking this witness
10 personally has he used it?
11     MR. WILLIAMS:  Or Oracle.
12     THE WITNESS:  I -- I can't speak for all of
13 Oracle or whether anyone has used that term "stable."
14     MR. WILLIAMS:  Q.  Do you know if Oracle has
15 used the term "stable" as it relates to its software?
16     A.  I don't know.
17     Q.  Do you have -- are you saying -- withdrawn.
18     Do you have any understanding of what the term
19 "stable" means in the -- in the software industry?
20     A.  I have an understanding.  I don't know of any
21 industry standard measure.
22     Q.  Okay.  Well, what's your understanding?
23     A.  Stable would refer to software that -- that
24 performs as documented with minimal issues.
25     Q.  And issues -- do -- do you mean bugs?

82

1      A.  Bugs would be one part of issues, yes.
2      Q.  What -- what would be the other part of issues?
3      A.  Issues could be complexity in configuring the
4  software.  And I'm sure there are others.
5      Q.  Would you say that in May of 2000 that release
6  11i was stable based on your understanding of what
7  "stable" means?
8      A.  Yes.
9      Q.  And what do you -- do you know what the word
10 "interoperable" -- the term "interoperable" means as it
11 relates to the software?
12     MR. KRISS:  Objection to the form of the
13 question.
14     THE WITNESS:  Again, I know of no industry
15 specific definition of the term "interoperable."
16     MR. WILLIAMS:  Q.  Do you have -- do you have
17 an understanding what it means as it relates to Oracle
18 software?
19     A.  My understanding of the term "interoperable" --
20 it would be used to show that two com- --
21 two components -- two modules, two versions,
22 two applications, two pieces of software -- can operate
23 together.
24     Q.  And what do you mean by operating "together"?
25     A.  That they can work together or exist together

83

1  without interfering with each other's functionality.
2      Q.  Without interfering?
3      A.  M-hm.  Yes.
4      Q.  Does that mean that they could work together --
5  that they could both do what they're supposed to do
6  within the same -- well, withdrawn.
7      I -- I'm not sure what you mean by "work
8  together without interfering with each other's
9  functionality."
10     Can you give me an example?
11     A.  Okay.  An example.  Microsoft Excel is
12 interoperable with Microsoft Word.
13     Q.  Okay.  And so when Oracle says that the
14 11i suite has applications and modules that are
15 interoperable, that they work together; is that what
16 that means?
17     A.  It means that they can be installed together
18 without interfering with each other.
19     Q.  They can be installed together, or they can
20 work together?
21     A.  They can be installed together, and they will
22 work together.
23     Q.  And what is -- what's code freeze?  Have you
24 ever let the record the term "code freeze"?
25     A.  Code freeze is an internal milestone when

84

1  developers stop developing new code and we would move to
2  the next phase of the development cycle.
3       Q.  And what was the CRM patching Web site in
4  2000/2001?
5       A.  I don't recall.
6       Q.  Have you heard of it before?
7       A.  The -- the name sounds familiar, but I don't
8  recall what it was.
9       Q.  Could customers download patches from Oracle's
10  Web site at any point in 2000 and 2001 for Suite 11i?
11      A.  Yes.
12      Q.  Could they do that for the CRM module?
13      A.  Yes.
14      Q.  Do you know what the patching -- the patching
15  log database is?
16      A.  I don't know.
17      Q.  Have you heard of it before?
18      A.  I don't know that term.
19      Q.  Have you heard of the term "plug and play" or
20  the phrase "plug and play"?
21      A.  I've heard the phrase "plug and play."
22      Q.  Do you know what it means?
23          MR. KRISS:  Objection to the form of the
24  question.
25          THE WITNESS:  In -- in what context?

85

1          MR. WILLIAMS:  Q.  Do you have any
2  understanding of what the term "plug and play" means as
3  it relates to Oracle software?
4          MR. KRISS:  Objection to the form of the
5  question.
6          THE WITNESS:  I would need to see what context
7  it was being used in.
8          MR. WILLIAMS:  Q.  Have you ever heard the term
9  "plug and play" used as it relates to Oracle software?
10      A.  I don't recall.
11          MR. WILLIAMS:  Where are we?
12          THE VIDEOGRAPHER:  Three minutes.
13          MR. WILLIAMS:  Okay.  Keep going.
14      Q.  What is a -- systems integrator?
15      A.  A systems integrator is someone that implements
16  software on behalf of a company.
17      Q.  Did Oracle use systems integrators to help
18  install Suite 11i at customer sites in 2000 or 2001?
19      A.  No.
20      Q.  Why not?
21      A.  Oracle didn't do the installation of software.
22      Q.  Okay.
23      A.  Customers use system integrators.
24      Q.  Do you know if Oracle customers used systems --
25  systems integrators to integrate or install

86

1  Oracle Suite 11i 11i in 2000/2001?
2          MR. KRISS:  Objection to the form of the
3  question.
4          THE WITNESS:  Can you repeat the question,
5  please.
6          MR. WILLIAMS:  Can you read that back, please.
7          (Record read as follows:
8          "Q  Do you know if Oracle customers used
9          systems -- systems integrators to integrate
10         or install Oracle Suite 11i in 2000/2001?")
11         THE WITNESS:  Yes.
12         MR. WILLIAMS:  Q.  And how do you know that?
13      A.  I recall some discussions about customers,
14  where the implementer was not Oracle Consulting.
15      Q.  Do you know of any reason why a customer would
16  use a systems integrator to install or implement
17  Suite 11i 11i in 2000/2001?
18      A.  Yes.
19      Q.  And can you tell me.
20      A.  There would be two reasons -- at least
21  two reasons.  The first reason would be to configure the
22  E-Business Suite.  The second would be to integrate it
23  with other applications that customer may use.
24      Q.  And what do you mean by "configure"?
25      A.  Configuring the E-Business Suite is the process

87

1  by which the implementer sets various options within the
2  software so that the software operates according to the
3  customer's desired business processes.
4       Q.  Did you understand Oracle to indicate to the
5  public that 11i -- or Suite 11i did not need any systems
6  integration?
7          MR. KRISS:  Objection to the form of the
8  question.
9          THE WITNESS:  That comment depends on the
10  context in which it is used.
11         MR. WILLIAMS:  Q.  We'll get there.  I'm just
12  asking you if you -- if you know or heard Oracle to
13  use -- or to indicate that Suite 11i in any context did
14  not need systems integrators to install or implement.
15         MR. KRISS:  Objection to the form of the
16  question.
17         THE WITNESS:  Yeah.  I need that to be repeated
18  back, please.
19         MR. WILLIAMS:  I'll rephrase.
20         THE WITNESS:  Okay.
21         MR. WILLIAMS:  Q.  Do you know whether Oracle
22  in 2000 and 2001 ever indicated to the public that
23  Suite 11i did not need systems integration to install or
24  implement?
25      A.  It would depend on the context of which that

Fletcher, Alan  4/6/2005  9:00:00 AM

88

1  comment was made.
2       MR. WILLIAMS:  Go ahead.
3       THE VIDEOGRAPHER:  This marks the end of Tape 1
4  of Volume I in the deposition of Alan Fletcher.
5       Going off the record, the time is 11:33.
6       (Recess was taken from 11:33 a.m. to
7  11:43 a.m.)
8       (Jill Micheli not present.)
9       THE VIDEOGRAPHER:  This marks the start of
10  Tape 2, Volume I in the deposition of Alan Fletcher.
11       Going on the record, the time is 11:43.
12       MR. WILLIAMS:  Q.  I'm just going to, kind of,
13  go back through some of these terms that I want to get
14  definitions for.
15       Have you -- have you heard of "performance
16  bugs" -- the term "performance bugs" -- or phrase?
17       A.  Yes.
18       Q.  What is a performance bug?
19       A.  A performance bug would be a bug, where some
20  piece of functionality did not perform to the
21  expectation of the customer.
22       Q.  Would that be a bug if -- if it didn't perform
23  to the expectation of the customer or it wouldn't
24  perform as represented in the reference materials?
25       A.  Performance refers to the time taken for a

89

1  function to happen.
2       Q.  Is that --
3       A.  So that's what the performance term is.  It's
4  not -- it's not that the function didn't happen; it's
5  that it happened more slowly than the customer expected
6  or desired.
7       Q.  Okay.  So would the term "performance" as it
8  relates to bugs, at least within Oracle, is the timing
9  or the speed of which a functionality occurs?
10       A.  Yes.
11       Q.  And is that a bug based upon the expectation of
12  the customer or what the representation of Oracle in the
13  reference materials is?
14       A.  The reference materials do not typically
15  dictate expected timings.
16       Q.  So are you saying that Oracle would
17  characterize something as a bug simply because the
18  customer was not happy with the speed at which a
19  functionality occurred?
20       A.  Yes.  Very often a customer concern on
21  performance -- say, the speed -- would be logged as a
22  bug.
23       Q.  What about the -- you said "very often."  What
24  about the remainder of times?
25       A.  Sometimes it would not be logged as a bug.

90

1       Q.  M-hm.  Okay.  But -- so all -- would you say
2  that all performance bugs are due to a customer -- a
3  customer's dissatisfaction with the speed at which a
4  functionality occurred?
5       A.  No.
6       Q.  Okay.  You would say some of them were?
7       A.  Some were, yes.
8       Q.  What -- what were the other -- what about the
9  other portion of performance bugs?
10       A.  Others may have been logged from internal
11  testing performed at Oracle.
12       Q.  And would that -- the internal testing at
13  Oracle logged as a -- something logged as a performance
14  bugs as a result of internal testing at Oracle would
15  still only relate to the speed at which a functionality
16  occurred?  Is that what you're saying?
17       A.  I believe that a performance bug always was
18  related to the speed or response time of a function.
19       Q.  And what -- have you heard of the phrase -- the
20  phrase "functionality bug"?
21       A.  Yes.
22       Q.  And can you describe for me what a
23  functionality bug is.
24       A.  A functionality bug is a bug where a specific
25  piece of functionality is not operating to the

91

1  expectations of the user.
2       Q.  M-hm.  And, again, would that be based upon the
3  expec -- the expectation of a user or based upon what
4  was represented by Oracle as to the functionality of the
5  product?
6       A.  It could be both.
7       Q.  So why is it that you indicated that it was
8  related to a customer's issue or dissatisfaction?
9       A.  I believe I said "user expectation."
10       Q.  Okay.  So --
11       A.  And a user expectation may or may not be the
12  same as the documented behavior of the product.
13       Q.  But a functionality bug may relate to a
14  functionality that's not performing in the way
15  represented by the reference materials on the
16  documentation?
17       MR. KRISS:  Objection to the form of the
18  question.
19       MR. WILLIAMS:  Q.  Is that fair to say?
20       A.  Can you read back or rephrase the question,
21  please.
22       MR. WILLIAMS:  We can have -- can you read that
23  back, please.
24       (Record read as follows:
25       "Q  But a functionality bug may relate to a

Fletcher, Alan  4/6/2005  9:00:00 AM

92

1      functionality that's not performing in the
2      way represented by the reference materials
3      on the documentation?")
4          THE WITNESS:  Yes.
5          MR. WILLIAMS:  Q.  Did Oracle -- withdrawn.
6      Were there any other types of bugs that Oracle
7      categorized?
8          A.  Yes.  I don't recall the complete list of
9      categorizations.  I know it included installation bugs,
10     translation bugs, porting bugs -- and I'm sure there
11     were others at the time.  I don't recall.
12         Q.  What's an installation bug?
13         A.  An installation bug is a bug that is logged in
14     response to an issue encountered during the technical
15     installation of the software.
16         Q.  Well, you know -- well, give me an example of
17     an installation bug.
18         A.  An example of an installation bug would be a
19     customer or the installer receives an error message
20     saying "file not found" during the technical
21     installation of the software.
22         Q.  M-hm.  The error message that you're referring
23     to -- is that an error message that would appear in
24     testing after installation has occurred?
25         A.  No.

93

1          Q.  Or during installation?
2          A.  During installation.
3          Q.  M-hm.  So why would that be called a bug?
4          A.  It's a bug in the installation technology.
5          Q.  Okay.  Well, what would you -- so why don't you
6      describe for me what -- what a bug is.
7          A.  A bug is -- a bug is an entry in the bug
8      database.  Okay.  We -- and earlier I said that the bug
9      database contained issues logged by customers, issues
10     logged internally, enhancement requests logged by
11     customers, enhancement requests logged internally, and
12     enhancement -- and it was also used to track many work
13     items within development.  They were all entries in the
14     bug database that could all been characterized as bugs.
15         Q.  Well, I think it -- I understand your response
16     to be what -- I think you said a bug is a bug entered
17     into the database, but as it relates to software, and
18     specifically at Oracle, what does the term "bug" mean?
19         A.  A bug is generally used to indicate a reported
20     defect in some aspect of the product.
21         Q.  And -- and what is a -- what is a defect, as
22     you understand it to be?
23         A.  A defect is something that requires
24     investigation to see if a change to the product needs to
25     be made to remedy that defect.

94

1          Q.  Did Oracle keep a log of defects as it relates
2      to Suite 11i?
3          A.  We don't use the term "defect," but that would
4      be some subset of the bugs.
5          Q.  And is there a way to identify -- well,
6      withdrawn.
7          Is there a way to identify which bugs relate to
8      defects?
9          A.  It's possible to identify what the resolution
10     of each bug was, whether it was -- whether it required a
11     fix; whether it was closed as not a bug; whether it was,
12     in fact, enhancement request; whether it was a
13     duplicate of another bug that has already been logged.
14         I'm sure there are other -- there are other --
15         Q.  All I'm --
16         A.  -- circumstances.
17         Q.  I'm sorry.  I didn't mean to cut you off.
18         How is it that one could determine whether a
19     bug was, in fact, a defect?
20         A.  In general you would look at the closure code
21     on that bug.  For a specific bug you would have to
22     review the narrative within that bug.
23         Q.  So what would the closure code be for an item
24     or a bug that was found to be a defect?
25         A.  I -- I don't recall the specific closure codes,

95

1      but it would be a closure code indicating that a patch
2      was created.
3          Q.  So when -- so if a patch was created, is it
4      fair to say that there was a defect?
5          A.  No.
6          MR. WILLIAMS:  Can you read his answer back to
7      the last question, please.  Actually read the question
8      and the answer.
9          (Record read as follows:
10         "Q.  So what would the closure code be for
11         an item or a bug that was found to be a
12         defect?
13         "A.  I -- I don't recall the specific
14         closure codes, but it would be a closure
15         code indicating that a patch was created.")
16         MR. WILLIAMS:  Q.  So -- so if a closure --
17     say, for example, we have 25 closure codes and they all
18     say a patch was created.  Some of those could be
19     defects; is that fair to say?
20         A.  Yes.
21         Q.  How would one determine whether a patch was
22     related to a defect?
23         A.  You would need to look at the documentation
24     that came along with that patch that identified what was
25     included in that patch.

Fletcher, Alan  4/6/2005  9:00:00 AM

96

```
1      Q.  M-hm.  And so if Oracle issued a patch or
2   released a patch, it came with documentation or
3   reference materials --
4      A.  Yes.
5      Q.  -- generally?
6      A.  Yes.
7      Q.  And within the reference materials, how would
8   one determine whether or not it related to a defect?
9      A.  Within the reference materials, there will be
10  narrative.  It would also indicate any bugs which were
11  addressed by this patch.  It would also indicate any new
12  functionality that was delivered by this patch or
13  anything else that was contained in this patch.
14     Q.  Right.  But would it say that it fixed the,
15  quote, unquote, "defect," or would it use some other
16  language?
17     A.  It would -- the specific language may vary, but
18  it would -- it would list the bugs which it addresses.
19     Q.  Right.  Which takes -- goes back to the very
20  first question, which is how does one determine whether
21  a bug relates to a defect?
22     A.  And as I said you -- in general you would look
23  at the closure codes, but for a specific bug, you would
24  have to look at the narrative contained within it.
25     Q.  So initially, instead of just looking at the
```

97

```
1   bug or closure code, is it fair to say that you'd have
2   to look at the narrative that was initially logged in
3   the bug database?
4      A.  It would be -- it would be the narrative that
5   was initially logged and the narrative that was added
6   during the resolution of that bug.
7      Q.  So -- so during resolution of bugs, do Oracle
8   employees or developers include narratives in the bug
9   database about what they have done to address the bug?
10     A.  Yes.
11     Q.  And in those narratives is where you're saying
12  one might be able to determine whether or not it was a
13  defect?
14     A.  Yes.
15     Q.  So if a patch addressed a defect, would
16  there -- would the patch include new software code?
17     A.  Usually, yes.
18     Q.  Okay.  For -- if a -- if a patch is only
19  addressing an enhancement, would that include
20  software -- new software code?
21     A.  Actually, can I correct my last answer, please?
22     Q.  Sure.
23     A.  A patch would always include new software code.
24     Q.  Okay.  And why is that?
25     A.  A patch is the mechanism we use to deliver new
```

98

```
1   software code to our customers.
2      Q.  And that could be for an enhancement, it could
3   be for a bug, it could be for a defect of various
4   reasons; is that fair?
5      A.  Yes.
6      Q.  What is a "fix"?
7      A.  I know of no standard definition for the term
8   "fix," but a fix would, in my opinion, refer to a patch
9   that addresses an issue versus delivers new
10  functionality.
11     Q.  Okay.  So it addresses -- withdrawn.
12        And by "issue," what do you mean?
13     A.  An issue would be something that includes a
14  customer report of a performance problem, an
15  installation problem, a translation problem, a
16  functionality problem, a documentation problem --
17     Q.  Are --
18     A.  I'm sure others -- I'm sure there are others.
19     Q.  Now, are -- do patches include fixes?
20     A.  Patches and fixes are somewhat synonymous.  I
21  think fixes is a subset of patches.
22     Q.  So --
23     A.  Some patches are fixes, but, again, "fixes"
24  isn't a standard term that we use.
25     Q.  I understand.
```

99

```
1      A.  This is my opinion.
2      Q.  So could a patch that delivers new enhance-- --
3   could a patch that delivers an enhancement include a
4   fix?
5      A.  Yes.
6      Q.  So within a patch with new enhancements, there
7   may be a fix that fixes a defect; is that fair to say?
8      A.  Yes.
9      Q.  You indicated earlier that there may be --
10  withdrawn.
11        I asked whether there were other categories of
12  bugs aside from performance and functionality, and I
13  think you indicated there are installation bugs,
14  translation bugs, porting bugs among others, possibly.
15  Is that fair?
16     A.  Yes.
17     Q.  What is a translation bug?
18     A.  A translation bug is a bug, where the
19  appearance or the behavior of the application does not
20  meet expectations when run in a language other than
21  English.
22     Q.  And -- and did you understand in May of 2000
23  that Oracle Suite 11i and all of its, you know, modules
24  could perform in languages other than English?
25     A.  I don't recall in May.
```

Fletcher, Alan  4/6/2005  9:00:00 AM

---

100

1    Q.  I'll ask you to just take a look at Fletcher
2    No. 3, if you can --
3        A.  Okay.
4        Q.  -- on page 2.
5        Do you see where those bullet points are on
6    page 2?
7        A.  M-hm.
8        Q.  Can you read the first sentence following the
9    bullet points.
10       A.  "The Oracle E-Business Suite also supports
11           global operations, multiple languages,
12           multiple currencies, and Internet business
13           practices all from a" -- global single
14           system -- "single global system."
15       Q.  Does that refresh your recollection at all as
16   to whether or not the 11i business suite was represented
17   to function in languages other than English in May of
18   2000?
19       A.  It -- it -- it shows me that this press release
20   said it was available -- it supported multiple
21   languages.  I -- I still don't recall if it was
22   available in other languages in May of 2004.
23           (Reporter clarification.)
24           THE WITNESS:  I'm sorry.  In May of 2000.
25           MR. WILLIAMS:  Q.  What -- what is a T-A-R or a

---

101

1    TAR?
2        A.  TAR stands for Technical Assistant Request.  It
3    is -- it is something that is created within our support
4    organization or directly by a customer to communicate an
5    issue to Oracle.
6        Q.  When they're created by a customer, do they go
7    directly into the bug database?
8        A.  No.
9        Q.  Where do they go?
10       A.  TARs are stored in a -- separate system or
11   series of systems, which were referred to, I believe, at
12   the time as ITS.
13       Q.  NTS?
14       A.  ITS.
15       Q.  I'm sorry.  ITS.  Okay.  And do you know what
16   that acronym stands for?
17       A.  I don't know.
18       Q.  And so the -- the ITS is separate from the bug
19   database?
20       A.  Yes.
21       Q.  And you indicated earlier that some customers
22   have access to some portions of the bug database.
23       A.  Yes.
24       Q.  Now, do all customers have access to ITS or the
25   TARs -- I'll call it database for now.

---

102

1        A.  No.
2        Q.  So how is it that a customer communicates a --
3    a TAR to Oracle?
4        A.  The customer can communicate a TAR -- TAR to
5    Oracle either by entering it themselves electronically
6    or by phoning Oracle support.
7        Q.  When you say "entering -- entering it
8    themselves electronically," how is that done?
9        A.  We have a customer facing application called
10   MetaLink, which the customer accesses, logs in using
11   their customer ID, and enters the information into a
12   TAR.
13       Q.  Okay.  And so they enter the information into a
14   TAR?
15       A.  Correct.
16       Q.  Is the TAR a spreadsheet?
17       A.  A TAR is a -- the application they use to enter
18   the TAR is a series of screens available on the
19   Internet, where the customer has to enter certain
20   information about them, their implementation, and their
21   issue.
22       Q.  Okay.  And so is there a narrative portion of
23   that TAR or request?
24       A.  Yes.
25       Q.  And how does Oracle organize TARs?

---

103

1        A.  TARs are organized in a number of ways,
2    including by customer, by product, by severity, by
3    platform, by language, by date, and I'm sure there's
4    other categorizations as well.
5        Q.  So if one wanted to search the TARs for a
6    specific customer, could one just, kind of, put the
7    customer's name into some program at Oracle and it would
8    pull up all the TARs for that customer?
9        A.  It's -- it's not quite that simple, but you
10   could effectively do that, yes.
11       Q.  And -- and is it possible to do that in other
12   ways by searching through other -- other manners like
13   you described, either by severity or by program -- or
14   application I mean -- sorry.
15       A.  Yes.
16       Q.  And is there someone at Oracle or a division at
17   Oracle, whose responsibility it was in 2000 and 2001 to
18   review, assess, and respond to TARs?
19       A.  Yes.
20       Q.  And do you know who that person was?
21       A.  That organization was the Oracle support
22   organization.
23       Q.  Oracle support.  Do you know who was in charge
24   of Oracle support at the time?
25       A.  Yeah.  Mike Rocha.

---

104

1      Q.  What -- who are the people that make up the
2    support division?  And what I mean is were they
3    engineers, computer programmers, what -- is there a -- a
4    background of the people who are in support as it -- as
5    opposed to development?  I'm assuming development is
6    engineers and people who write and create software.
7           Now, tell me if I'm wrong.
8      A.  There's a -- that's a 6 pound question.
9      Q.  Well, the question is do you know what the
10    background generally is of the people who make up the
11    support division?
12          MR. KRISS:  Objection.  No foundation.
13          THE WITNESS:  I don't know a specific
14    background or hiring profile.
15          MR. WILLIAMS:  Q.  Do you know if the -- if
16    there are computer programmers that were members of the
17    support division in 2000/2001?
18          MR. KRISS:  Objection.  No foundation.
19          THE WITNESS:  I'm not sure I understand the
20    question.
21          MR. WILLIAMS:  Q.  Do you know whether or not
22    people in support were trained to respond to TARs?
23          MR. KRISS:  Objection.  No foundation.
24          THE WITNESS:  Yes, they were.
25          MR. WILLIAMS:  Were they trained by Oracle?

105

1    If you know.
2          MR. KRISS:  Objection.  No foundation.
3          THE WITNESS:  I don't know the specific
4    training programs.
5          MR. WILLIAMS:  Q.  But you said they were
6    trained?
7      A.  Yes.
8      Q.  How do you know that?
9      A.  I just know that they were trained.  I know
10    there were training programs from discussions with
11    people in support.  I don't know the specifics.
12      Q.  Okay.  We talked a little bit about searching
13    for bugs or searching databases by the name of a
14    customer, and I'm wondering if Oracle has a mechanism by
15    which they can search for patches to 11i that
16    specifically addressed defects.
17      A.  I -- I don't know of any way to identify which
18    patches address defects versus delivered
19    new functionality.
20      Q.  M-hm.  Do you know what -- withdrawn.
21          Have you ever heard of Oracle defect
22    management?
23      A.  Yes.
24      Q.  What is it?
25      A.  Oracle Defect Management was a planned product

106

1    within the E-Business Suite.
2      Q.  What do you mean by a "planned product"?
3      A.  It's a product that at one point we planned to
4    introduce.  I do not believe we ever introduced it.
5      Q.  And do you know what it was intended to do or
6    planned to do?
7      A.  It was planned to provide functionality within
8    the E-Business Suite to manage the business processes
9    associated with defects.
10      Q.  What are the business processes associated with
11    defects?
12      A.  The business processes associated with defects
13    depend entirely on what industry and what business you
14    operate in.
15      Q.  Do you know why Oracle never introduced it?
16      A.  No.
17      Q.  Are you familiar with the term "gaps" as it
18    relates to software?
19          MR. KRISS:  Objection to the form of the
20    question.
21          THE WITNESS:  I'm familiar with the term.
22          MR. WILLIAMS:  Q.  And do you have an
23    understanding of what the term means?
24      A.  I have a -- I have an understanding, but it
25    would -- I think I probably have many understandings,

107

1    depending on the context in which it's used.
2      Q.  Well, what are -- what's one of the
3    understandings that you have of the term "gaps"?
4      A.  One of the understandings would be during the
5    definition of a new product release, we may determine
6    within Oracle that we want to support a certain business
7    process in the next release of the product.
8           Currently, the E-Business suite, although the
9    product would support some components of that business
10    process, there would be gaps to support that entire
11    business process.  So that is one way we would use the
12    term.
13      Q.  Okay.  But that term would be in the definition
14    phase of the -- of development is what you're saying?
15      A.  In that example I gave you, yes.
16      Q.  In that example?
17      A.  Yes, absolutely.
18      Q.  And do you have an understanding that --
19    withdrawn.
20           Do you have an understanding of the term used
21    in anything other than the definition phase of
22    development?
23      A.  I've heard it used during the implementation of
24    software to indicate where there is a gap between the
25    behavior of the software and the business process that

Fletcher, Alan  4/6/2005  9:00:00 AM

108

1  the customer wants to follow.
2      Q.  Okay.  Have you heard of it in the
3  implementation process as it compares to representations
4  of functionalities in 11i reference material or
5  documentation?
6      A.  I don't recall ever hearing it used in that
7  context.
8      Q.  But generally is it your understanding that
9  it's -- refers to a functionality that does not
10  currently exist?
11      MR. KRISS:  Objection to the form of the
12  question.
13      THE WITNESS:  In the two examples I gave, it
14  refers -- both refer to a gap between a desired or
15  expected business process and the current behavior of
16  the software.
17      MR. WILLIAMS:  Q.  What is -- withdrawn.
18      Have you heard of the phrase "show stopper" as
19  it relates to a bug or defect?
20      MR. KRISS:  Objection to the form of the
21  question.
22      MR. WILLIAMS:  What's the -- what -- what's the
23  form problem with that?
24      MR. KRISS:  You're asking a question that
25  doesn't have a specific context.  And you've tried to

109

1  give some context, but that doesn't necessarily specify
2  it closely enough as to what you're talking about.
3      MR. WILLIAMS:  Okay.
4      Q.  Have you ever heard of the term "show stopper"
5  as it relates to bugs or defects?
6      MR. KRISS:  Objection to the form of the
7  question.
8      THE WITNESS:  I've heard it related to bugs.
9      MR. WILLIAMS:  Q.  And do you have an
10  understanding what the phrase means as it relates to
11  bugs?
12      MR. KRISS:  Objection to the form of the
13  question.
14      THE WITNESS:  I have an understanding that it
15  is generally used to indicate that a show-stopper bug is
16  impeding progress in some area of an implementation.
17      MR. WILLIAMS:  Q.  So from -- just judging from
18  what you've indicated, does it -- is your understanding
19  solely to the implement- -- let me withdraw that.
20      Your understanding of a show-stopper bug --
21  does it only relate to the implementation process?
22      MR. KRISS:  Objection to the form of the
23  question.
24      THE WITNESS:  Generally, that's when I would
25  have heard the term.  I'm sure it was used on other

110

1  occasions, but generally it's during the implementation
2  phase.
3      MR. WILLIAMS:  Q.  And when you say that it's
4  impeding some part of the process of implementation, do
5  you mean that the implementation can't go forward due to
6  what's called a show-stopper bug?
7      MR. KRISS:  Objection to the form of the
8  question.
9      THE WITNESS:  The -- the term "show stopper"
10  would relate to something which would be impeding -- not
11  necessarily stopping, but slowing a -- a portion of the
12  implementation -- not necessarily the whole thing but
13  some portion --
14      MR. WILLIAMS:  Q.  Some portion of it.
15      A.  -- is stopped or slowed because of the
16  show stopper.
17      Q.  Now, did Oracle log bugs -- withdrawn.
18      Is there a way to determine which bugs that
19  were logged either in the bug database or in TARs that
20  were show-stopper bugs?
21      A.  Show stopper was not a scientifically captured
22  term.  It was purely anecdotal.
23      Q.  Does it -- withdrawn.
24      Would you say that "show stopper" relates to
25  the severity of a bug or a defect?

111

1      A.  It would -- it would certainly relate to the
2  customer's perceived severity, yes.
3      Q.  I'm sorry.  The customer's perceived what?
4      A.  The customer's perceived severity.
5      Q.  Oh, the customer's perceived severity.  Okay.
6      Well, if the term -- withdrawn.
7      If you saw the term used by an Oracle employee,
8  would you say that it was still the perception of the
9  customer or -- I'll withdraw that.
10      Why do you think it's -- it relates to the
11  customer's perceived severity rather than maybe someone
12  at Oracle's perceived severity?
13      MR. KRISS:  Objection to the form of the
14  question.
15      THE WITNESS:  The "show stopper" term relates
16  to something that is being -- some impediment that is --
17  that is being experienced by the customer; therefore, it
18  relates to their perception, not necessarily the
19  recept- -- the reality of the issue.
20      MR. WILLIAMS:  Q.  Is it fair to say --
21  withdrawn.
22      Did Oracle have its own employees doing
23  implementations of 11i during 2000 and 2001?
24      A.  Yes.
25      Q.  And would those be members of the Oracle

Fletcher, Alan  4/6/2005  9:00:00 AM

**112**

1  consulting staff?
2      A.  Yes.
3      Q.  Now, have you ever heard Oracle consult- --
4  withdrawn.
5      Have you ever heard members of Oracle
6  consulting staff use the term "show stopper" as it
7  relates to bugs or defects in the 11i suite of software?
8      A.  I don't recall.
9      Q.  It's possible, though?
10      MR. KRISS:  Objection to the form of the
11  question.
12      THE WITNESS:  I don't recall.
13      MR. WILLIAMS:  Q.  What is a -- well,
14  withdrawn.
15      Have you heard of the phrase "Vision system
16  testing"?
17      A.  I've heard of the term -- yes.
18      Q.  Do you know what it is?
19      A.  Yes.
20      Q.  What is it?
21      A.  So the Vision system is a -- it's an -- it's a
22  fictitious implementation of the E-Business Suite, where
23  the E-Business Suite has been configured to represent a
24  fictitious company called Vision Corporation.
25      Q.  And that's done internally at Oracle?

**113**

1      A.  Yes.
2      Q.  And is that -- you know, correct me if the use
3  wrong terms -- kind of, a -- an attempt to create a real
4  customer environment to test Oracle software?
5      A.  No.
6      Q.  What -- What do you mean by a fictional -- I
7  don't remember what term you used now.  I'm sorry.
8      A.  A fictitious company.
9      Q.  I'm sorry.  A fictitious company.
10      A.  It's -- the Vision system is a system that we
11  create internally at Oracle primarily for use in our
12  sales demos.
13      Q.  Oh, okay.  Now, is that something that's
14  created by development, the development organization?
15      A.  It's created by a group within the development
16  organization.
17      Q.  And what's the name of the group?
18      A.  The name of the group today is
19  Applications Demo Services.
20      Q.  And what was it -- what was the name of the
21  group back in 2000/2001?
22      A.  I don't recall.
23      MR. WILLIAMS:  I need to take five minutes if
24  we can.
25      THE VIDEOGRAPHER:  Going off the record, the

**114**

1  time is 12:27.
2      (Recess was taken from 12:27 p.m. to
3  12:34 p.m.)
4      THE VIDEOGRAPHER:  We're back on the record.
5  The time is 12:34.
6      MR. WILLIAMS:  Can you read my last question
7  and his answer back, please.
8      (Record read as follows:
9      "Q  And what was it -- what was the name of
10  the group back in 2000/2001?
11      "A  I don't recall.")
12      MR. WILLIAMS:  Q.  Do you know when the -- the
13  name of the group changed to ADS?
14      A.  No.
15      Q.  And in the performance of your duties in 2000
16  and 2001 as vice president of operations, I believe, in
17  CRM division --
18      A.  Yes.
19      Q.  -- did you have any participation in the
20  creation or the functionality of Vision system testing?
21      A.  Vision system and Vision system testing are not
22  necessarily the same thing.  So ...
23      Q.  Okay.  Vision system is the fictitious company?
24      A.  Right.  It's the implementation, which is the
25  fictitious company.

**115**

1      Q.  And what is Vision system testing?  If you
2  know?
3      A.  I don't know.
4      Q.  What was the Vision system used for?
5      A.  The Vision system is primarily used for sales
6  demonstrations.
7      Q.  And when you mean -- when you say "sales
8  demonstrations," what do you mean?
9      A.  During the selling of the E-Business Suite, we
10  would often demonstrate the operation of the E-Business
11  Suite to a customer.  We would use do that using the
12  Vision system.
13      Q.  And would that occur -- occur at Oracle?
14      A.  It would usually occur at the customer site,
15  but it sometimes occurred at Oracle.
16      (Reporter clarification.)
17      THE WITNESS:  At Oracle.
18      MR. WILLIAMS:  Q.  And what would be the
19  determining factor, if you know, whether it would be
20  done at Oracle or at the customer site?
21      A.  It would depend on whether the customer was
22  willing or desired to travel to Oracle.
23      Q.  Did Oracle have a preference in 2000/2001?
24      MR. KRISS:  Objection.  No foundation.
25      THE WITNESS:  Yeah.  I don't know.

**116**

1   MR. WILLIAMS:  Q.  And did -- did you -- well,
2   withdrawn.
3       Were those internally called "product demos"?
4   A.  Yes.
5   Q.  And did you ever participate in any product
6   demos for customers?
7   A.  I may have been present when product demos were
8   given.  I wouldn't have given them.
9   Q.  And can you just describe generally for me how
10  the demo is done.
11  A.  It -- it varied, depending on which products a
12  customer was interested in, which industry a customer
13  operated within, whether the customer was an existing
14  customer or a new customer, but in general, the demo
15  would show a set of business processes that were of
16  interest to the customer by -- by walking through -- you
17  know, by actually executing those business processes in
18  the Vision system.
19  Q.  And how long do those demos typically take to
20  execute?  If you know.
21  MR. KRISS:  Objection.  No foundation.
22  THE WITNESS:  They could span as long as many
23  days.
24  MR. WILLIAMS:  Q.  Oh.  Really.  Several --
25  several -- several days?

**117**

1   MR. KRISS:  Objection.  No foundation.
2   THE WITNESS:  They could.
3   MR. WILLIAMS:  Q.  Okay.  Who was it in 2000 or
4   2001 that led that group within development?
5   A.  There were two people.  It was Marina Zago and
6   Juliette Sultan.
7   Q.  Okay.  So if a salesperson wanted to do a
8   demonstration for a potential customer, that salesperson
9   would likely contact someone in that division or
10  Ms. Sultan or Ms. Zago?
11  MR. KRISS:  Objection.  No foundation.
12  MR. WILLIAMS:  Q.  Is that fair?
13  A.  They would -- they would contact someone within
14  that team or someone within their team, who was a point
15  of contact for that team.
16  Q.  Okay.  Do you know if the Vision system was
17  available -- withdrawn.
18      Did Oracle do Vision system demos in May of
19  2000?
20  MR. KRISS:  Objection.  No foundation.
21  THE WITNESS:  Yes.
22  MR. WILLIAMS:  Q.  Is it fair to say they
23  continue to do that throughout 2000 -- withdrawn.
24      Is it fair to say they continued to do demos
25  with Vision system through 2000/2001?

**118**

1   A.  Yes.
2   Q.  Do you know whether or not Vision system itself
3   has been upgraded?
4   A.  I don't understand.
5   Q.  Are they still -- is Oracle still using the
6   same Vision system that it was using in 2000/2001?
7   MR. KRISS:  Objection.  No foundation.  Also
8   object to the form.
9   THE WITNESS:  We still have a Vision system.
10  MR. WILLIAMS:  Q.  What is a -- a CRM HTML
11  demo?
12  A.  I never saw a specific definition of what it
13  is, but I believe a CRM HTML demo would have been a demo
14  that leveraged HTML to provide a -- a demo of a
15  forward-looking piece of functionality for which we may
16  not have yet built out the Vision system.
17  Q.  So are you saying that there -- I guess at some
18  instance, the case could be that Vision system was not
19  capable of doing a certain demonstration because the
20  functionality to be demonstrated is something that's
21  coming in the future and Vision system hasn't been, I
22  guess, updated, for lack of a better term, to facilitate
23  that demonstration?
24  A.  Well, the Vision system is a running
25  implementation of our software.  So it can only do what

**119**

1   our software does.  So if it is a future piece of
2   functionality, by definition the Vision system cannot do
3   it.
4   Q.  I see.  So that helps me.
5       So the Vision system is as if Oracle
6   implemented 11i into an environment and people could
7   come and see how it works?
8   A.  Yes.
9   Q.  So, for example, if there was a module in, say,
10  August of 2000 that had not been actually released or at
11  the stage of release, that it may not be in Vision
12  system and you couldn't show it in Vision system; you
13  might have to show it in some other format?
14  A.  Anything that hadn't been released would not be
15  in Vision system.  Things that were released may be in
16  Vision system.
17  Q.  You indicated that you might have been present
18  during, you know, some demo -- demonstrations at Oracle.
19  Were you -- were you ever present at a demonstration at
20  a customer site during 2000/2001?
21  A.  I don't think so, no.  I don't recall any
22  occasion where I was.
23  Q.  Do you know how demonstrations of 11i are
24  carried out or were carried out at the customer site
25  as -- as opposed to at Oracle using Vision system?

120

1      MR. KRISS: Objection. No foundation.

2      THE WITNESS: I was never present at one; so I

3  don't know the specifics.

4      MR. WILLIAMS: Q. Can you describe for me what

5  the difference is between an upgrade to 11i and a new

6  installation of 11i?

7      A. An upgrade to 11i would be if you are an

8  existing customer of Oracle applications from one of our

9  releases before 11i. A new installation would be when

10  you are installing Oracle applications for the first

11  time.

12      Q. M-hm. And what is the process of implement --

13  implementation for an upgrade to 11i? So, for example,

14  if someone had Oracle 10.7, what would that person need

15  to do or that entity need to do to upgrade to 11i, the

16  suite?

17      A. Um -- so when a -- when a customer upgraded

18  from 10.7 to 11i, they would first determine --

19  determine what additional business processes they wanted

20  to implement since the functionality of 11i was

21  sufficiently more than the functionality of 10.7. They

22  would build a plan for those business processes, which

23  were mapped to how they performed business in -- in

24  those areas.

25      There would be a technical upgrade, which would

121

1  involve creating the 11i technology stack, creating the

2  11i database, creating the 11i applications code. There

3  would be a series of scripts to migrate data from the

4  10.7 schema to the 11i schema. Then there would be an

5  implementation -- a set of implement steps, during which

6  the implementation team would configure 11i to operate

7  according to the desired business processes.

8      Q. Do you know what the -- I guess the

9  difference -- the functionality difference between 10.7

10  and 11i was?

11      A. It's -- it's massive.

12      Q. In terms of -- it's massive in terms of

13  offerings or capability?

14      A. Both. Many new products. Much of CRM was new

15  in 11i compared to 10.7. Every module had significant

16  new functionality. You'd need to really compare the

17  user documentation for 11i with the user documentation

18  for 10.7 to get the difference.

19      Q. Was 10.7 an Internet capable -- I don't know --

20  was it a suite?

21      A. Which question?

22      Q. I -- I was going to say was -- was 10.7 an

23  Internet capable suite, but I don't know if 10.7 was a

24  suite.

25      A. Okay. 10.7 was still a suite of applications

122

1  but it was not as tightly integrated as 11i.

2      Q. What do you mean by "it was not as tightly

3  integrated"?

4      A. It means that the business processes that

5  spanned multiple modules may have not been as integrated

6  to the same depth or degree as those business processes

7  were interested in 11i.

8      Q. So is it fair to say that the business

9  processes or modules or application in 11i could share

10  more information than those in 10.7?

11      MR. KRISS: Objection to the form of the

12  question.

13      THE WITNESS: Yeah. More information was

14  shared between modules of 11i than it was in 10.7.

15      MR. WILLIAMS: And I don't know if you

16  answered the second part of my question.

17      Was 10.7 Internet capable?

18      A. 10.7 was available in -- there was a 10.7

19  Internet capable version, yes.

20      Q. What was that called? Do you know?

21      A. I believe -- I believe we called it 10.7 NCA.

22      Q. NCA.

23      Just out of curiosity, was the popular? I

24  don't recall ever seeing 10.7 NCA. I'm just curious.

25      A. We still have more than a thousand customers

123

1  running on 10.7.

2      Q. NCA?

3      A. Yeah. The 10.7 NCA is the only version we

4  still support.

5      Q. Oh, okay.

6      A. We didn't always use the NCA term. 10.7 became

7  synonymous with 10.7 NCA.

8      Q. Okay. In your opinion -- in your opinion,

9  based on your experience at Oracle, was it more

10  difficult to upgrade from 10.7 to 11i or do a new

11  install of 11i?

12      A. I -- I can't compare those two. They're

13  completely different.

14      Q. They're very different?

15      A. They're just different things.

16      Q. So the implementation -- well, withdrawn -- the

17  upgrade to 10.7 is completely different from a new

18  install?

19      A. I don't understand.

20      Q. Withdrawn.

21      An upgrade from 10.7 to 11i was completely

22  different than a new install of 11i?

23      A. Yes. Those are very different activities.

24      Q. Did Oracle have different consultants to do

25  either upgrade or new installs, or were the same

Fletcher, Alan  4/6/2005  9:00:00 AM

124

1    consultants doing both?  If you know.
2        A.  I don't know how they were staffed.
3        Q.  Was the software that Oracle used to do new
4    installs of 11i different than the software used for
5    upgrades to 11i?
6        A.  There were some common software between both,
7    but there were -- there was unique software for each as
8    well.
9        Q.  So is there -- so did -- was there different
10   reference and documentation for upgrades than there were
11   for new installs of 11i?
12       A.  We were -- yes.  We had installation manuals,
13   and we had upgrade manuals.
14       Q.  Would they also -- would they be separate -- a
15   separate package of software.  So if one -- an entity
16   was doing a new install, I guess, at some point you'd
17   ship them the new install software, and if someone was
18   doing a 10.7 -- an upgrade from 10.7, you'd ship them
19   a -- the software from -- for the upgrade -- were those
20   two separate packages or was it the same?
21       A.  Generally, we just have one package for
22   applications, which is for both purposes.
23       Q.  Okay.  What's a SWAT team?  Withdrawn.
24           Have you heard a SWAT team, S-W-A-T, in -- in
25   terms of applications used at Oracle?

125

1        MR. KRISS:  Objection to the form of the
2    question.
3        THE WITNESS:  We've had -- a SWAT team is a
4    fairly common term at Oracle.  It -- it usually
5    represents a group of people that are pulled -- pulled
6    together to created focus on some specific activity.
7        MR. WILLIAMS:  Q.  Okay.  How about have you --
8    withdrawn.
9            Have you heard the phrase "escalation team"
10   used at Oracle?
11       A.  Yes.
12       Q.  And what does that refer to?
13       A.  Again, it's used in many contexts.  I don't
14   know how to give you an answer.  It's used in -- it
15   would usually relate to a group that is in place to deal
16   with some set of escalations.
17       Q.  Okay.  Well, how -- was there a manner in which
18   severity of bugs was escalated to either management or
19   senior management at Oracle during 2000/2001?
20       A.  Yes.
21       Q.  And can you describe that mechanism?
22       A.  Within our support process, a customer can
23   request escalation of a TAR or -- and any associated
24   bugs based on pressures that they may be feeling based
25   on their business.  Then that mechanism was used within

126

1    support to go up through support management hierarchy,
2    who would assess the concerns.
3        Q.  How would a customer have an issue or a bug or
4    defect escalated through the process?
5        MR. KRISS:  Objection.  No foundation.
6        THE WITNESS:  The -- the customer would call
7    into support and -- and request that it be escalated and
8    provide the appropriate information.
9        MR. WILLIAMS:  Q.  And do you understand what
10   the -- I guess -- withdrawn.
11           Can you just tell me what the term "escalated"
12   mean?  Meant?
13       A.  So within the bug database, there is a concept
14   of severity.  And then within a severity, you can
15   escalate an issue too; so you can have a severity 2 and
16   an escalated severity 2 issue.
17       Q.  And -- and just tell me what the difference
18   would be between the two.
19       A.  The difference is that the escalated severity 2
20   has been escalated by the customer.
21       Q.  Meaning that it's going to go to someone higher
22   up in the support staff to address it?
23       A.  Meaning then support processes would deal with
24   it differently.
25       Q.  And do you know how -- what the -- the

127

1    difference was in terms of how it was dealt with?
2        A.  I don't know the specifics within the support
3    organization, but it would give that issue a higher
4    priority.
5        Q.  Higher priority.  Okay.
6            Have you -- have you heard of or seen what's
7    called a daily worksheet list for escalations and
8    implementations?
9        A.  That term isn't a term that I can -- I can
10   understand the term, but it doesn't mean a specific
11   document to me.
12       Q.  Okay.  Have you seen a document that you might
13   interpret as a daily worksheet list for escalation and
14   implementation?
15       MR. KRISS:  Objection to the form of the
16   question.
17       THE WITNESS:  I've seen many documents that --
18   that list bugs of differing statuses, which could
19   fulfill that description.
20       MR. WILLIAMS:  Q.  Have you seen any documents
21   that list bugs of severe status?
22       A.  Most -- most documents that we have list and
23   summarize bugs across different severities.  So yes.
24       MR. WILLIAMS:  M-hm.  This might be a good time
25   to take a break.  I'm at -- you know, a shifting point,

128

1    I think.
2        THE VIDEOGRAPHER:  Going off the record, the
3    time is 12:58.
4        (Recess was taken from 12:58 p.m. to
5        2:15 p.m.)
6        THE VIDEOGRAPHER:  We're back on the record.
7        The time is 2:15.
8        MR. WILLIAMS:  Q.  Can you tell me what an
9    exchange is or at least Oracle exchange?
10       A.  An exchange is a Internet-based service, where
11   a community comes together to perform a set of
12   transactions, like -- kind of, like an auction.
13       Q.  Kind of, like an auction, you said?
14       A.  Yeah.
15       Q.  And was that -- was -- did Oracle offer
16   exchange as part of 11i?
17       MR. KRISS:  Objection to the form of the
18   question.
19       THE WITNESS:  The oracle exchanges were a
20   service that Oracle ran.  It was not included in the
21   Oracle 11i software.
22       MR. WILLIAMS:  Q.  So you could -- you could
23   subscribe, for lack of a better word, to an Oracle
24   exchange without being -- without having Oracle 11i; is
25   that fair?

129

1        A.  I believe you could, yes.
2        Q.  Can you tell me what -- what does it --
3    withdrawn.
4        What does it mean to be "live" on 11i?
5        A.  Being live on 11i would mean that you are -- a
6    customer is performing some business process as part of
7    their day-to-day business operations using the 11i
8    software.
9        Q.  So if -- so if one says at Oracle, that
10   X customer is "live" on the E-Business Suite, what does
11   that mean?
12       A.  If a customer is live on the E-Business Suite,
13   it would usually mean that the customer is running
14   multiple business processes using the 11i software.
15       Q.  Okay.  But -- so it doesn't mean that
16   they've -- they're using everything in the suite but at
17   least one or two applications or modules?
18       A.  Correct.  It would be more than one module if
19   we were to say they were live on the suite.
20       Q.  M-hm.
21       A.  But it wouldn't be all the modules.
22       Q.  Not necessarily all the modules, unless you
23   know of instances where the customer is live on
24   everything?
25       A.  I can't think of any customer that would use

130

1    every module.
2        Q.  Okay.  Was the term "E-Business Suite" used
3    interchangeably with "11i Suite"?  Is it the same thing?
4        A.  They were used interchangeably, yes.
5        Q.  No difference between the two?
6        A.  11i referred to a version number.
7        Q.  Okay.
8        A.  A business suite referred to the name of the
9    product.
10       Q.  Okay.  And ultimately the name of the
11   product -- I -- I understand.
12       So 11i was the name of the E-Business Suite as
13   of, say, May 24th, 2000 or at least publicly?
14       A.  11i was the version of the E-Business Suite.
15   E-Business Suite is the name of the E-Business Suite.
16       Q.  Okay.  Is there currently a new E-Business
17   Suite?
18       A.  The current version of the E-Business Suite
19   that we are selling to customers is 11i.10.
20       Q.  Does that mean the tenth version or iteration
21   or release of the version?
22       A.  Yes.
23       Q.  The last thing I said --
24       A.  It's the tenth -- it's the tenth -- it's the
25   tenth iterative release of the E-Business Suite.

131

1        Q.  Of the 11i version of the E-Business Suite?
2        A.  11i was the -- is the major version.  Within
3    that we have what we call minor versions.  So there's
4    11i.1, 11i.2, 11i.3.  11i.10 is the latest minor version
5    within 11i.
6        Q.  Okay.  What is the -- the precipitator for a
7    new version of 11i, whether they be major or minor?
8        A.  There's no single precipitator for a -- a new
9    release of the suite.  There's many inputs.
10       Q.  Okay.  Now, I've seen -- I've seen documents
11   that say that a customer is live on financials or live
12   on HR.  Would that be -- withdrawn.
13       Was Oracle selling in 2002/2001 these modules
14   or applications individually?
15       A.  Yes.
16       Q.  Would they also be considered E-Business?  So
17   what I'm asking, say, for instance, a customer only
18   bought the HR, was it Internet capable?
19       MR. KRISS:  I'm going to object to the form of
20   the question.
21       Just so we don't go down the wrong path here, I
22   think you two may be miscommunicating in terms of buying
23   the right to use versus buying -- buying the -- the, you
24   know, what you get physically.  I don't want you to be
25   confused about that because then you're going to, kind

Fletcher, Alan  4/6/2005  9:00:00 AM

132

1   of, misunderstand some of the finer points.
2       MR. WILLIAMS:  Q.  Did you understand your
3   attorney's comments there?
4       THE WITNESS:  Yes.  Yes.
5       MR. WILLIAMS:  Can you clarify what goes on
6   when you buy a license for the software, what you get?
7       MR. KRISS:  Do you want to explain?
8       THE WITNESS:  Yeah.  If you -- if you buy a
9   license or the rights to use a component of the
10   application suite, the E-Business Suite -- say "HR" --
11   you would actually get delivery of the entire E-Business
12   Suite.
13       MR. WILLIAMS:  Q.  The entire suite?
14       A.  Yes.  You'd only be licensed to use the
15   components you were assigned a license for.
16       Q.  I see.  So if someone was live on HR, it could
17   be that they only bought a license to HR and not the
18   remainder?
19       A.  That's correct.
20       Q.  But it doesn't necessarily mean that there's a
21   problem with the remainder.  It just -- it could mean
22   that they just are licensed to use HR only?
23       A.  That's right.
24       Q.  If you're licensed to use only one application
25   or module within the E-Business Suite, is that module or

133

1   that individual application Internet capable?
2       Can you run HR over the Internet, for example,
3   if you're only licensing the HR --
4       A.  HR is an Internet-enabled application.
5       Q.  It is or is not?
6       A.  It is.
7       Q.  It is.
8       A.  M-hm, yes.
9       Q.  So if you're live on HR, it's Internet capable?
10       A.  HR is Internet capable whether you're live or
11   not.
12       Q.  I see.  Okay.  Well, can you use -- well, can
13   you use it if -- if you're not live?
14       MR. KRISS:  Objection to the form of the
15   question.
16       THE WITNESS:  Can -- I'm not quite sure --
17       MR. WILLIAMS:  I guess I'm trying to
18   understand if "live" also meant that you were using it
19   with the Internet.  So -- and correct me if I'm wrong,
20   you know, much better than I do -- if someone licenses
21   HR and they're using it internally, do they have to use
22   the Internet to -- for it to function, or is that an
23   additional functionality?
24       A.  You do not have to use the Internet.
25       Q.  Okay.  So -- so when one is so-called "live" on

134

1   HR, does that mean that they are using the Internet or
2   they have the ability to use the Internet?
3       MR. KRISS:  Objection to the form of the
4   question.  That's two questions.
5       THE WITNESS:  The product has the ability to
6   run over the Internet.
7       MR. WILLIAMS:  Q.  Okay.  Even if there are
8   functionality bugs or severe functionality bugs?
9       MR. KRISS:  Objection to the form of the
10   question.
11       THE WITNESS:  Can you either repeat it or
12   rephrase.
13       MR. WILLIAMS:  Q.  Okay.  Let me -- Let me
14   just -- let me -- let me -- let me go back and try this
15   again.
16       Have you ever experienced or known of a
17   situation where someone has licensed an application that
18   is Internet capable, it's functioning, but the customer
19   is having a problem doing transactions over the
20   Internet?
21       MR. KRISS:  Can I have that read back, please.
22       (Record read as follows:
23       "Q  Have you ever experienced or known of a
24       situation where someone has licensed an
25       application that is Internet capable, it's

135

1       functioning, but the customer is having a
2       problem doing transactions over the
3       Internet?")
4       THE WITNESS:  I don't recall any occurrences of
5   that.
6       MR. WILLIAMS:  Q.  Okay.  What are, quote,
7   unquote, "OM flows"?
8       A.  I don't know a specific definition of OM flows,
9   but it would stand for order management flows.
10       Q.  What -- do you know what -- what the term
11   "flows" is used to describe?
12       A.  It -- it is generally used to describe business
13   processes.
14       Q.  How about OM priorities?
15       A.  I don't know what that term referred to.
16       Q.  Okay.  Have you ever seen or understood the
17   acronym GSAID?
18       A.  GSAID?
19       Q.  Right.
20       A.  That sounds very much like one of the internal
21   names of a test database at Oracle.
22       Q.  What -- what do you mean by a test database?
23       A.  It would be a -- a database used within
24   Oracle's own implementation cycle for -- of the
25   E-Business Suite.

Fletcher, Alan  4/6/2005  9:00:00 AM

**136**

1    MR. WILLIAMS:  Can you read that answer back
2  for me, please.
3    (Record read as follows:
4    "A  It would be a -- a database used within
5    Oracle's own implementation cycle for -- of
6    the E-Business Suite.")
7    MR. WILLIAMS:  Q.  What do you mean by Oracle's
8  own implementation cycle?
9    A.  Oracle ran its own business using its software.
10    Q.  Oh, okay.  So that would relate to -- an
11  upgrade or implementation internally, not for a
12  customer?
13    A.  Correct.
14    Q.  And what type of information would be in that
15  database?
16    A.  I -- I don't know the exact contents of that
17  specific database.
18    Q.  Okay.  Would -- is there a separate database
19  for -- that houses bugs or TARs that relate to Oracle's
20  own internal implementation?
21    A.  Oracle's own internal implementation did not
22  use TARs but would have logged bugs.
23    Q.  Okay.  And do you know where -- where -- where
24  there they would have been logged in what database?
25    A.  They would be logged in the bug database.

**137**

1    Q.  In the same bug database?
2    A.  Correct.
3    Q.  How is one -- how can one differentiate the
4  bugs that were experienced by Oracle in its own
5  implementation from bugs that were being experienced by
6  customers?
7    A.  Within the bug database, there's a field where
8  we capture the customer name.  We would have used
9  "Oracle internal" or something along those terms.
10    Q.  M-hm.  How is -- if one were to review the --
11  the bug database, which seems like the primary database
12  where problems with the software are housed, how would
13  one determine whether a bug or type of bug impacted the
14  integration of the applications or modules in the
15  11i suite?
16    MR. KRISS:  Could I have that read back,
17  please.
18    (Record read as follows:
19    "Q  How is -- if one were to review the --
20    the bug database, which seems like the
21    primary database where problems with the
22    software are housed, how would one
23    determine whether a bug or type of bug
24    impacted the integration of the
25    applications or modules in the 11i suite?")

**138**

1    THE WITNESS:  So there was no structured way
2  where integration-related issues were characterized.
3  You would need to search through the narrative within
4  the bugs for a specific term, such as integration or
5  review each bug one at a time.
6    MR. WILLIAMS:  Q.  M-hm.  And, say, after --
7  say, between May 2000 and May of 2001, did you have
8  access to the bug database?
9    A.  Yes.
10    Q.  And would you characterize -- withdrawn.
11    Would you say that there were, you know,
12  thousands or millions of bugs for that period of time in
13  the bug database?
14    A.  Not millions, maybe thousands.
15    Q.  Maybe thousands?
16    A.  I don't know.
17    Q.  Okay.  Can you tell -- can you describe for me
18  what is meant when Oracle says that the 11i E-Business
19  Suite or -- yeah, the 11i E-Business Suite was based on
20  a single schema?
21    A.  Yes.  The -- all of the modules of the
22  E-Business Suite share a common integrated schema.
23    Q.  What is a schema?
24    A.  A schema is the -- is the -- this is, kind of,
25  hard to explain.  A schema is the representation of all

**139**

1  of the data objects required to fulfill the business
2  functionality supported by the E-Business Suite.
3    Q.  Is -- is -- is a -- well, withdrawn.
4    The basis of 11i being on a single schema --
5  was that different from software applications that are
6  typically made by other companies?  I'm trying to
7  differentiate between Oracle being on a single schema
8  and other providers doing something different.
9    A.  Yes.
10    Q.  What -- are other software companies, at least
11  at the time, writing software on multiple different
12  schemas?
13    A.  Yes.
14    Q.  What is a -- single instance?
15    A.  A single instance refers to a single instance
16  of the database supporting a company's entire global
17  business operations.
18    MR. WILLIAMS:  Can you read that back, please.
19    (Record read as follows:
20    "A  A single instance refers to a single
21    instance of the database supporting a
22    company's entire global business
23    operations.")
24    MR. WILLIAMS:  Q.  You used the term "single
25  instance" in there, and I still don't understand what

Fletcher, Alan  4/6/2005  9:00:00 AM

140

1  single instance means?
2  A. "Single" meaning one.
3  Q. What's an "instance"?
4  A. An occurrence. So a single occurrence of the
5  database.
6  Q. So if -- if a customer is going live on a
7  single instance of 11i, what does that mean?
8  A. It means that that customer will be running the
9  entire scope of their implementation in one database.
10  Q. Are you familiar with the acronym BOL?
11  A. Yes.
12  Q. What is that?
13  A. Business Online.
14  Q. Okay. Can you tell me what a "hot patch" is?
15  A. A hot patch, we -- I don't know of any formal
16  definition of a hot patch, but generally that term
17  applies to a patch that can be implemented on a system
18  while that system is running certain business processes.
19  Q. So is it fair to say that -- other types of
20  patches, a business would have to, kind of, bring down
21  their system or, kind of, shut down the system to apply
22  a patch and then bring it up again?
23  A. Some patches.
24  Q. Some patches?
25  A. Yes.

141

1  Q. And hot patch is the opposite of that?
2  A. Yes.
3  Q. Did Oracle issue hot patches for 11i in 2000
4  and 2001?
5  A. Some patches could be applied as hot patches.
6  I don't recall us ever characterizing them as hot or not
7  hot.
8  Q. Okay. What is a family pack patches?
9  A. A family pack is a -- is a collection of
10  software updates related to a single family of products.
11  Q. What do you mean by -- family of products?
12  A. A family of products would be a grouping of --
13  grouping of closely related applications, such as
14  Order Management.
15  Q. Okay. So Order Management has within it
16  several applications?
17  A. Correct.
18  Q. And a family pack would just hit
19  Order Management overall rather than one or
20  two applications within it?
21  A. Yes.
22  Q. Why -- withdrawn.
23  What would precipitate a need for the issuance
24  of a family pack of patches?
25  MR. KRISS: Objection. Objection to the form

142

1  of the question.
2  THE WITNESS: There's no single driver for the
3  need or release of a family pack. There's many drivers.
4  MR. WILLIAMS: Q. So would a family pack of
5  patches have -- withdrawn.
6  Is there a number that's typical to be included
7  in a family pack of patches, like there's 10, 15, 20
8  patches within the family pack?
9  A. There's no standard of which I'm aware.
10  Q. Okay. What are consolidated patches?
11  A. Consolidated patches is not a term I believe we
12  have ever formalized. It has been used to indicate --
13  or to describe a patch which is a consolidation of other
14  patches.
15  Q. So, for example, if you issued a patch, you
16  know, last month, another one this month, and another
17  one next month; and then five months from now a customer
18  was having similar problems that were addressed by
19  those, you could consolidate those and possibly ship
20  those out to a customer; is that fair?
21  A. That's correct. We could do that.
22  Q. We talked earlier about -- earlier about the
23  term "release." And I meant to ask you what a
24  maintenance release is, if you know.
25  A. A maintenance -- a maintenance release refers

143

1  to -- it actually really depends on the context of which
2  it's being used and the time that you're talking about.
3  Q. Do you know whether or not Oracle issued a
4  maintenance release for 11i between September 2000 and
5  April of 2001?
6  A. So we issued a -- we issued 11i.2, or 11i.2,
7  which was a maintenance pack within that time period. I
8  believe we may -- what was the extent of the time
9  period?
10  Q. I think I put --
11  A. April of 2001?
12  Q. Right.
13  A. I believe we also issued 11i.3 within that same
14  window, which is also a maintenance pack.
15  Q. So what is a maintenance pack?
16  A. A maintenance pack is a collection of software
17  updates across the E-Business Suite that delivers both
18  new functionality and a roll-up or consolidation of any
19  patches we have released.
20  Q. To date?
21  A. To date, correct.
22  Q. Okay. Do you recall when -- withdrawn.
23  In May of 2000 the company released 11i, and
24  you just indicated somewhere -- sometime after that it
25  released 11i.2. Is there an 11i.1, or is it 11i -- does

144

1  it automatically jump to "dot two"?
2     A.  11i was 11.1.
3     Q.  Okay.
4     A.  The main release was 11i.1.
5     Q.  Okay.  All right.  So the 11i.2 was the first
6  maintenance release?
7     A.  Yes.
8     Q.  Now, on a -- if it -- if 11i.2 is a maintenance
9  release, I'm assuming from the answer to your previous
10  question that that release would include all the patches
11  that were released between May of 2000 and the date that
12  first maintenance release was issued.
13     A.  It would have included most of the patches.
14     Q.  Is there a reason why it wouldn't include all
15  of them?
16     A.  The reason would be the timing that it takes to
17  actually package up 11i.2.  If patches were released
18  during that time window, they may not be included in
19  11i.2.
20     Q.  Now, when the company releases a maintenance
21  release -- and let's just take, for example, 11i.2 --
22  does that go out to every customer that purchased 11i in
23  that period?
24     A.  It is available to any customer who is on an
25  active support contract with 11i.

145

1     Q.  And my next question was going to be was it
2  free, but if you're on an active support contract, you
3  wouldn't have -- withdrawn.
4       If you're in an active support contract with
5  11i, would you have to pay additional for the
6  maintenance pack?
7     A.  No.
8     Q.  Is there a way to determine whe- -- withdrawn.
9       Is there a way to determine which patches are
10  included in the maintenance pack?  Say, 11i.2 -- is
11  there a record of the patches that are in .2?
12     A.  Yes.
13     Q.  And where -- and where is that record kept?  If
14  you know.
15     A.  That record is documented within the -- within
16  the material that comes along with 11i.2.
17     Q.  Okay.  And is that on -- would that also be on
18  the CD, or is it on paper -- the documentation -- is
19  that something that's released on a CD?
20     A.  The documentation would be on -- on the CD.
21     Q.  On the CD itself?
22     A.  Included with the software.
23     Q.  Okay.  What's a "rapid install CD"?
24     A.  The rapid install CD refers to a set of CDs
25  which are used to -- which contain all of the code

146

1  required to install the E-Business Suite and all of the
2  technology components required to support the E-Business
3  Suite.
4       MR. WILLIAMS:  Can you read that back for me.
5  please.
6       (Record read as follows:
7       "A  The rapid install CD refers to a set of
8       CDs which are used to -- which contain all
9       of the code required to install the
10       E-Business Suite and all of the technology
11       components required to support the
12       E-Business Suite.")
13       MR. WILLIAMS:  So it's not the E-Business
14  Suite itself?
15     A.  The E-Business Suite is included in there as
16  well, yes.
17     Q.  Oh, okay.  Is it -- why is it called the "rapid
18  install"?  If you know.
19     A.  Rapid is a relative term compared to what other
20  software companies were offering at the time.  Our
21  installation was faster.
22     Q.  So it's just the name you guys gave it?
23     A.  Yes.
24     Q.  The "Rapid Install Suite CD"?
25     A.  Yes.

147

1     Q.  What is the DNS misconfiguration?  If you know.
2     A.  DNS stands for, I believe, Domain Name Server.
3  It's something to do with network configuration.  That's
4  not my area of expertise.
5     Q.  It sounds pretty specific.
6     A.  Yeah.
7     Q.  During the -- the -- May 2000 through, let's
8  say, June of 2001, did you participate in what's called
9  an AMCM meeting?
10     A.  Yes.
11     Q.  What -- what's an AMCM meeting?
12     A.  AMCM stood for Applications Management
13  Committee Meeting.
14     Q.  Was there an applications management committee
15  at Oracle?
16     A.  The Applications Management Committee -- that
17  group was Ron Wohl's staff meeting.
18     Q.  Okay.  That staff meeting you referred to
19  earlier in your deposition?
20     A.  Yes.
21     Q.  And how often did you go to these
22  AMCM meetings?
23     A.  They were scheduled weekly but did not always
24  happen.
25     Q.  And what was the general topic of discussion at

Fletcher, Alan  4/6/2005  9:00:00 AM

148

1  those meetings during that period -- you know, the
2  second half of 2000 and first half of 2001?
3     A.  There was a broad range of topics discussed at
4  that meeting.
5     Q.  Prior to the meetings, would the participants
6  get, kind of, an agenda for the meeting?
7     A.  No.
8     Q.  No.  Where was the meeting usually held?
9     A.  The meeting would have been held in a
10  conference room at Oracle HQ, headquarters.
11     Q.  And were you a regular participant in this
12  meeting?
13     A.  Yes.
14     Q.  This weekly meeting?
15     A.  Yes.
16     Q.  And did you have any specific responsibilities
17  for presentation at the meetings, or was it just, kind
18  of, a discussion group type of meeting?
19     A.  I had no specific regular presentation to give.
20     Q.  M-hm.  At the time you were vice president of
21  operations for CR- -- CRM division, right?
22     A.  Yes.
23     Q.  And were there other vice presidents of
24  operations in the CRM division at the time, or were you
25  the only one?

149

1     A.  I was the only one.
2     Q.  And you -- you reported directly to
3  Mark Barrenechea?
4     A.  Yes.
5     Q.  So is it fair to say that issues that arise or
6  discussed at the meeting would be pertinent to your --
7  your day-to-day responsibilities at Oracle?
8     A.  Some of them, yes; some of them, no.
9     Q.  Can you give me an example of ones that are
10  not -- were not, if you know.
11     MR. KRISS:  I'm going to object at this point
12  as to scope.
13     I don't see how this line of questioning is
14  related to the scope of this particular
15  30(b)(6) deposition.  And that is the purpose for this
16  deposition.  I mean the way the discovery plan is
17  structured, there are these 30(b)(6) depositions on
18  particular subjects, and then, if you wish to explore
19  other things, you can, you know, call witnesses
20  individually.
21     So I -- I think that you ought to go back to
22  the scope here and inquire based upon this
23  30(b)(6) deposition, and if you want to witness to
24  appear later to testify, you know, as a fact witness --
25  that, you know, that's your prerogative.

150

1     MR. WILLIAMS:  I think that this is within the
2  scope, and --
3     MR. KRISS:  How is it -- how is it within the
4  scope?
5     MR. WILLIAMS:  Let me finish.  I allowed you to
6  finish talking.
7     MR. KRISS:  Okay.
8     MR. WILLIAMS:  And I think that you'll be
9  satisfied it's within the scope.  I'm laying the
10  foundation for the participation in the meeting that
11  discussed the technical -- technical -- technical
12  aspects of 11i.
13     MR. KRISS:  Yeah.  But you don't -- you don't
14  need to establish that because a 30(b)(6) is here just
15  to answer the questions of a technical nature.
16     MR. WILLIAMS:  Your -- your objection -- your
17  objection is noted, and I'll note that, throughout the
18  deposition, you've been saying that I've lacked -- that
19  these questions lacked foundation.  I'm doing that, and
20  now you're saying that we don't need a lay a foundation.
21     But, in any event, you know, we've got a
22  certain amount of hours, and I'm trying to get to the --
23  these issues here, and your objection is noted.
24     MR. KRISS:  Well, it's more than noted because
25  I'm going to advise him not to answer.

151

1     MR. WILLIAMS:  Yeah.  Sure.  If you -- if
2  that's your -- if that's your -- that's your
3  prerogative.  You can tell him not to answer if you want
4  to.
5     Can you read back the last question and answer,
6  please.
7     (Record read as follows:
8     "Q.  Can you give me an example of ones that
9     are not -- were not, if you know.")
10     MR. WILLIAMS:  I'm going to ask the reporter to
11  mark this document as Fletcher No. 4.
12     (Marked for identification purposes,
13     Exhibit 4.)
14     MR. WILLIAMS:  Q.  I'll just ask you to take a
15  look at Fletcher No. 4 -- what's been previously marked
16  as Fletcher No. 4.
17     MR. KRISS:  Are you finished?
18     THE WITNESS:  Yes.
19     MR. WILLIAMS:  Q.  Sorry.  Have you had a
20  chance to review Fletcher No. 4?
21     A.  I've reviewed it briefly.
22     Q.  Does it appear to be an internal e-mail at
23  Oracle?
24     A.  Yes, it does.
25     Q.  Do you see your name on -- on this e-mail?

152

1    A.  Yeah.  I was on the distribution list.
2    Q.  I just want to take you down to -- withdrawn.
3        Do you know Mary Anne Anthony?
4    A.  Yes.
5    Q.  What was her position?  If you know.
6    A.  I -- I don't recall.
7    Q.  Okay.  You see the first bullet point under
8  "Topics for discussion at the AMCM"?
9    A.  Yes.
10   Q.  Can you just read that for me.
11   A.  "There are not many new issues this week,
12       but we still have customers complaining
13       about performance and product stability."
14   Q.  Okay.  Do you understand Ms. Anthony to be
15  referring to performance and product stability of 11i?
16   A.  I believe that to be the case, yes.
17   Q.  Okay.  I'm just going to go back to -- well,
18  withdrawn.
19       Did you understand customers -- withdrawn.
20       Back in May of 2001, did you know that
21  customers were complaining about performance and
22  stability of 11i?
23       MR. KRISS:  Objection to the form of the
24  question.
25       Are you talking about all customers, some

153

1  customers, or what?
2       MR. WILLIAMS:  Generally.
3       THE WITNESS:  Some customers were logging
4  issues with support, some of which related to
5  performance and product stability.
6       MR. WILLIAMS:  And I'm just asking if you
7  were aware of that.
8    A.  Yes.
9    Q.  And what -- did you understand what Mary Anne
10  is saying here when she talks about complaints about
11  product stability?  I'm trying to -- I'm trying to
12  understand the term "stability" and what that means.
13       MR. KRISS:  Objection to the form of the
14  question.
15       THE WITNESS:  Can you read it back, please.
16       MR. WILLIAMS:  Q.  I -- I'll ask again.
17   A.  Okay.
18   Q.  Do you understand what Mary Anne meant in this
19  bullet point here, when she references customers
20  complaining about product stability?
21       MR. KRISS:  Objection to the form of the
22  question.  No foundation.
23       THE WITNESS:  I don't know what she intended to
24  imply with product stability.
25       MR. WILLIAMS:  Q.  Do you have a -- do you have

154

1  an understanding what -- of what product stability is?
2       MR. KRISS:  Objection to the form of the
3  question.
4       THE WITNESS:  Yeah.  I don't know.
5       MR. WILLIAMS:  Q.  You don't -- you don't know
6  what "product stability" means?
7    A.  It's hard to define what product stability
8  means and what Mary Anne meant by it in this context.
9    Q.  Separating out what Mary Anne said, what do you
10  understand, in terms of 11i, were the phrase "product
11  stability" to mean?
12   A.  Product stability would mean that the software
13  is operating as described with minimal problems.
14   Q.  What does it mean if a customer -- well,
15  withdrawn.
16       You see where he writes in the second bullet
17  point
18       "As a consequence, some of the
19       customers tend to prefer 10.7 or reverse
20       back to migrate on release 11"?
21       It's like the --
22   A.  Yeah.  I see it.
23   Q.  What -- do you understand what that means, that
24  not necessarily that they prefer 10.7, but do you know
25  what it means to "reverse back to migrate on" --

155

1  release 11 -- "R11"?
2    A.  That's -- I don't quite know what the
3  sentence -- it doesn't seem very well worded.
4    Q.  Is release 11 -- or "R11," as it's written
5  here -- 11i?
6    A.  No.
7    Q.  What's R11?
8    A.  R11 is a release -- the major release that came
9  out before 11i.
10   Q.  Well, do you know when that came out?
11   A.  Late '90s.
12   Q.  Now, this list that's on, I guess, both pages
13  of this -- of Fletcher No. 4 -- is this a list that
14  would be distributed at all -- or is this the type of
15  list that would be distributed during the AMCM meetings?
16   A.  This -- this list was distributed in this
17  AMCM meeting.  I don't recall it being a standard list
18  or a standard agenda item.
19   Q.  Okay.  Do you know what Mary Anne is referring
20  to when she refers to a "painful patching exercise" --
21       MR. KRISS:  Objection.  Go ahead.  I'm sorry.
22       MR. WILLIAMS:  Q.  -- in this e-mail?
23       MR. KRISS:  Objection to the form of the
24  question.  No foundation.
25       THE WITNESS:  She appears to be quoting from

156

1 someone from EMEA. So I don't know what she meant. I

2 don't know what that other person meant.

3 Q. Okay. Can you describe for me what a "P1 bug"

4 is, if you know.

5 A. Yeah. A P1 bug refers to the severity. So P

6 stands for priority, and a Priority 1 bug is something

7 where a -- a significant portion of a business process

8 is unavailable for some reason.

9 Q. M-hm. And how about P2 bug?

10 A. A P2 bug stands for a Priority 2 bug, which is

11 a -- a bug where a less significant portion of business

12 functionality is not functioning correctly or not

13 available.

14 Q. Do -- now, were there different patches for CRM

15 than for ERP?

16 A. There were different patches for each product.

17 Q. For each -- when you say "each product," what

18 do you mean?

19 A. Order Management had different patches from

20 Human Resources.

21 Q. Oh, I see. So if someone at Oracle indicated

22 to you that they were prioritizing CRM patching, would

23 you understand what that meant?

24 A. I'd need to know the context.

25 Q. Okay.

157

1 THE VIDEOGRAPHER: Change tape when it's a good

2 time.

3 MR. WILLIAMS: Sure. We can change it now.

4 THE VIDEOGRAPHER: This marks the end of

5 Tape 2, Volume I, in the deposition of Alan Fletcher.

6 Going off the record, the time is 3:04.

7 (Recess was taken from 3:04 p.m. to

8 3:08 p.m.)

9 THE VIDEOGRAPHER: This marks the start of

10 Tape 3 of Volume I in the deposition of Alan Fletcher.

11 Going on the record, the time is 3:08.

12 MR. WILLIAMS: Is there any way to -- well,

13 withdrawn.

14 Are there any bugs that are more severe than a

15 P1 bug? Is there a category of bugs that's more -- a

16 little bit more severe?

17 A. There's nothing with any -- within any system

18 that makes it's more severe than a P1.

19 Q. Maybe a "show stopper"?

20 MR. KRISS: Objection to the form of the

21 question.

22 THE WITNESS: Can you -- I'm not sure what you

23 want me to answer.

24 MR. WILLIAMS: Withdrawn.

25 Q. Do you know a person with, I guess, first

158

1 name Anne, last initial D?

2 A. I can't recall an Anne D.

3 Q. Was there a -- an approval process for CRM

4 patches going into the -- the GSAID, the internal

5 implementation database? If you know.

6 A. Yes. There would have been an approval process

7 for patches going in.

8 Q. What is -- what is that process, or what was

9 that process?

10 A. I -- I don't know the specifics.

11 Q. M-hm. Do you know -- help me understand this.

12 If one were to say that we need to get

13 CRM patches into an ERP environment, would you

14 understand what that meant?

15 A. Not without some context around it.

16 Q. Okay. What's a stuck-in-shipping patch? If

17 you know.

18 A. I -- I have no idea.

19 Q. Okay.

20 We'll just ask the reporter to mark this

21 document as Fletcher No. 5.

22 (Marked for identification purposes,

23 Exhibit 5.)

24 MR. WILLIAMS: Fletcher No. 5 is Bates-numbered

25 NDCA-ORCL 019733 through -741.

159

1 Q. I'm really just interested in the first page,

2 Mr. Fletcher.

3 A. Okay. I've reviewed the first page.

4 Q. Does this appear to be another internal e-mail

5 at Oracle?

6 A. Yes, it does.

7 Q. And do you see your name on this e-mail at all?

8 A. I was on the distribution list.

9 Q. Okay. Again, another e-mail regarding an

10 AMCM meeting; is that fair to say?

11 A. Correct.

12 Q. Do you see the -- the first bullet point there

13 where, I guess, Ms. Mary Anne Anthony writes

14 "Two customers -- Motorola and

15 Mcdata -- have reported that it took

16 50 hours to apply the distribution family

17 pack E."

18 Do you know what the family pack E was?

19 A. The family pack E would have been a release of

20 software updates for the products within the

21 distribution family containing new functionality and

22 fixes.

23 Q. What's the distribution family?

24 A. Distribution family would include products such

25 as shipping, fulfillment, products -- products in that

Fletcher, Alan  4/6/2005  9:00:00 AM

**160**

1 area.
2    Q.  In your experience, was it typical to take
3 50 hours to apply one of these family pack patches to
4 11i?
5    A.  I -- I don't have any idea.
6    Q.  Why don't you go down to the next bullet point
7 for me.  There's -- you can just read that second bullet
8 point, if you will.
9    A.  "Several customers -- including Honeywell
10       and GE Medical -- have decided not to apply
11       the highly recommended stuck-in-shipping
12       patches right away.  What should the policy
13       be regarding the support of these
14       customers?"
15    Q.  Does that refresh your recollection as to what
16 stuck-in-shipping patch is?
17    A.  I -- I recall there was a -- set of patches,
18 which we were recommending, which addressed issues
19 around orders getting stuck in shipping, but I don't
20 recall any specifics beyond that.
21    Q.  Earlier you said that you -- you or Oracle
22 believed that in May of 2000 that the company had
23 sufficiently tested Suite 11i; is that fair?
24    A.  Yes.
25    Q.  And did you -- did you la- -- at some point

**161**

1 later believe that maybe it hadn't sufficiently tested
2 11i before its release?
3    A.  No.
4    MR. WILLIAMS:  I'm going to ask the reporter to
5 mark this as Fletcher No. 6.
6    (Marked for identification purposes.
7    Exhibit 6.)
8    MR. WILLIAMS:  Q.  I'll just ask you to take a
9 look at Fletcher No. 8 and let me know when you've taken
10 a look at it.  I intend to ask you specifically about
11 page 3.
12    A.  Okay.
13    Q.  Do you recall giving an interview to someone
14 from cjnet in 2002?
15    A.  I don't recall specifically talking to cjnet.
16    Q.  Do you -- if you can turn to page 3, and under
17 the heading, where it says "Attitude Adjustment at
18 Oracle" --
19    A.  Okay.
20    Q.  Do you see where it says
21       "Ellison became a poster child for this
22       sort of situation.  The company's
23       E-Business Suite 11i released in 2000 was
24       inordinately buggy -- buggy with estimates
25       of some 5,000 glitches that had to be

**162**

1 fixed."
2    Did you understand there to be thousands of
3 glitches in -- or bugs in 11i that needed to be fixed
4 after the release in May 2000?
5    MR. KRISS:  Objection to the form of the
6 question.
7    THE WITNESS:  Can you read it back, please.
8    (Record read as follows:
9    "Q.  Did you understand there to be
10       thousands of glitches in -- or bugs in 11i
11       that needed to be fixed after the release
12       in May 2000?"
13    THE WITNESS:  I'm not sure I understand.
14    MR. WILLIAMS:  Q.  Did you believe -- with- --
15 withdrawn.
16    Did you know at any time there to have been
17 thousands of bugs in release 11i, which needed to be
18 fixed after its release in May of 2000?
19    MR. KRISS:  Objection to the form of the
20 question.
21    THE WITNESS:  I'm not sure I'm understanding
22 exactly what you're asking me.
23    MR. WILLIAMS:  Q.  Okay.  I'm just going to ask
24 you to go to the next sentence.
25    Do you see where it says

**163**

1       "Oracle executives admit that the first
2       version was rushed to market"?
3    Do you see that?
4    A.  I see that, yes.
5    Q.  Did you believe that the first version of 11i
6 was rushed to market?
7    A.  No.
8    Q.  Did you tell anyone that you believed that the
9 first version of 11i was rushed to market?
10    A.  I don't recall ever saying that.
11    Q.  You see -- withdrawn.
12    I'm going to ask you to go down to the next
13 section.  Do you see where it says in quotes
14       "If we put something out that
15       jeopardizes the perception of the quality
16       of whole suite, it's just not worth it."
17    Do you see that?
18    A.  Yes.
19    Q.  Do you recall saying that to anyone in -- at
20 sometime in 2002?
21    A.  I don't -- I don't recall the exact words, but
22 I -- I believe that I said that, yes.
23    Q.  Do you recall who you said that to?
24    A.  I don't recall.  This document indicates I said
25 it to the author of this document, but I don't recall

**164**

1 that.
2 Q. Can you read the next sentence for me.
3 A. "It's definitely a mind-set shift from
4 where we were three years ago, when we were
5 rolling out new applications like customer
6 relationship and supply chain management."
7 Q. What did you believe the mind-set shift to be
8 that you were referring to here?
9 A. From what I recall of this conversation, this
10 was a conversation about testing practices and the
11 amount of automated testing methodology we were using
12 within our QA process.
13 Q. M-hm. And so what did you -- what did you mean
14 when you indicated that "it's definitely a mind-set
15 shift"?
16 A. It was talking about using more integrated
17 regression testing technology to test broader -- more
18 broadly across the suite of applications instead of
19 focusing testing within a family of applications.
20 Q. Which is -- is that what Oracle was doing at
21 the time of the release of 11i in May of 2000?
22 A. No.
23 Q. What type of testing was Oracle doing, you
24 know, at the time of release -- of -- of 11i's release
25 in May of 2000?

**165**

1 A. Oracle was doing testing at many levels both
2 manually and leveraging regression test capabilities,
3 automated regression test capabilities.
4 Q. So when did this mind-set -- mind-set shift
5 occur that you're referring to during this interview?
6 A. It would have been a gradual transition from --
7 where we would have increased the amount of automated
8 testing, thus being able to broaden the scope of the
9 testing.
10 Q. Okay. Can you read the next -- the next
11 sentence for me beginning with "Oracle's mistakes."
12 A. "'Oracle's mistakes with that release
13 caused a lot of ill-will among customers,
14 and two years later the company still
15 battles the perception that it has quality
16 problems, even though it has fixed 11i,'
17 Fletcher said."
18 Q. What did -- what did you mean when you referred
19 to "Oracle's mistakes"?
20 MR. KRISS: Objection to the form of the
21 question.
22 THE WITNESS: I -- I don't believe I'm quoted
23 with this.
24 MR. WILLIAMS: Q. Okay. Did you -- do you
25 recall saying this, this last -- this sentence here that

**166**

1 you just read?
2 A. No.
3 Q. Any of it?
4 A. I -- I recall talking about the fact that the
5 perception of our software is -- is really what our
6 customers measure us on rather than the reality of our
7 software.
8 Q. Wouldn't the customers actually have the
9 software and measure you based on what they have or the
10 performance of the software?
11 A. An individual customer's experience with the
12 software -- software varies wildly for many reasons
13 other than quality of the product.
14 Q. Okay.
15 A. So their perception is based on many, many
16 factors.
17 Q. Okay. And how does -- how does Oracle -- how
18 did Oracle measure the quality of its products in, you
19 know, 2000/2001?
20 A. Our primary matrix on quality after the release
21 were measurement and trending of customer reported
22 issues, both TARs and bugs.
23 Q. So it was measured based on customer
24 perception?
25 A. It was measured both on customer perception and

**167**

1 the reality of the final resolution of those bugs.
2 Q. Okay. And do you recall stating to
3 Business 2.0 magazine that -- that testing at Oracle --
4 well, let me withdraw that.
5 I'll just show it to you.
6 I'll ask the reporter to mark this as Fletcher
7 No. 7.
8 {Marked for identification purposes,
9 Exhibit 7.}
10 MR. WILLIAMS: Q. I'm just going to ask you to
11 read -- take the first paragraph of Fletcher No. 7,
12 please.
13 A. You said just the first paragraph?
14 Q. Yeah. What does Fletcher No. 7 appear to be to
15 you?
16 A. It appears to be a online article generated by
17 Business 2.0.
18 Q. And do you recall being interviewed by
19 Business 2.0 in June of 2003 or sometime before
20 June 2003, shortly before?
21 A. No. I don't recall.
22 Q. And do you see in the first paragraph a quote
23 that appears to be attributed to you?
24 A. Yes.
25 Q. And what's the general subject matter of -- of

Fletcher, Alan  4/6/2005  9:00:00 AM

168

```
1    your comments that are reflected in the first paragraph?
2        A.  The --
3            MR. KRISS:  Objection to the form of the
4    question.
5            THE WITNESS:  In general we were talking about
6    the advantages of leveraging the testing -- the
7    automated testing software issued -- developed by
8    Mercury Interactive.
9            MR. WILLIAMS:  So is it fair to say that
10   sometime in late 2001 or early 2002 Oracle began using
11   Merc Interactive software to test its own software?
12           MR. KRISS:  Could I have that read back,
13   please.
14           (Record read as follows:
15           "Q  So is it fair to say that sometime in
16   late 2001 or early 2002 Oracle began using
17   Merc Interactive software to test its own
18   software?")
19           THE WITNESS:  I don't remember exactly when we
20   started using Mercury software.
21           MR. WILLIAMS:  Q.  Do you know why Oracle
22   started using Mercury software, Mercury Interactive
23   software?
24       A.  Yes.
25       Q.  And can you tell me, please.
```

169

```
1        A.  We started using Mercury's automated testing
2    software since it was a better solution than the
3    proprietary testing software we had been using up to
4    that point.
5        Q.  M-hm.  And it was used for testing for bugs; is
6    that fair?
7        A.  No.
8        Q.  Okay.  Can you -- why don't you just read that
9    first paragraph for me, please.
10       A.  "Used to be that, when Oracle released a
11           new version of its 11i financial and human
12           resources application, it was burn-out time
13           for its software testing engineers.  To
14           test for bugs, testers had to read and run
15           code not just for features added in a new
16           version but also for the 10,000 features
17           retained from previous ones."
18       Q.  Go ahead.
19       A.  "It was like reading Moby Dick hundreds of
20           times.  You lost interest, and your tests
21           then tended to get lazy and sloppy."
22       Q.  Now, when you said that, what were you
23   referring to -- withdrawn.
24           When you said that, what testing were you
25   referring to when you said it "tended to get lazy and
```

170

```
1    sloppy"?
2            MR. KRISS:  Objection to the form of the
3    question and assumes facts not in evidence as to what
4    was said and what wasn't said.
5            You haven't established that.
6            MR. WILLIAMS:  Q.  Do you see a quote that
7    appears to be attributed to you in paragraph No. 1?
8        A.  I do.
9        Q.  And what does that say?  Just the quote?
10       A.  "You lost interest and your testing tending
11           to get lazy and sloppy."
12       Q.  Any reason to believe that you didn't say that?
13       A.  No.  I believe I said that.
14       Q.  What were you referring to when you said the
15   testing "tended to get lazy"?
16       A.  I was referring to the fact that manually
17   testing existing functionality is something that is
18   harder to do using humans versus machines.
19       Q.  Right.  But you weren't referring to the bugs
20   that seemed to be mentioned in the sentence before?
21       A.  I -- no.  I -- I was referring to the testing.
22       Q.  Okay.  Testing for what?
23       A.  Testing that functionality still operated the
24   way that we designed it to operate.
25       Q.  Now, is that quality testing?  Would that be
```

171

```
1    considered quality testing?
2        A.  It's one aspect of quality testing.
3            MR. WILLIAMS:  Why don't we take five minutes.
4            THE VIDEOGRAPHER:  We're off the record.
5            The time is 3:35.
6            (Recess was taken from 3:35 p.m. to
7            3:46 p.m.)
8            THE VIDEOGRAPHER:  Back on the record.
9            The time is 3:46.
10           MR. WILLIAMS:  Q.  Do you know Marcus Heth,
11   H-E-T-H?
12       A.  Yes.
13       Q.  And was he in the CRM division in 2000/2001?
14       A.  Yes.
15       Q.  And did he report to you?
16       A.  No.
17       Q.  Do you know who he reported to?
18       A.  Yeah.  Mark Barrenechea.
19       Q.  Can you just give me -- I'll just trying to
20   visualize, kind of, the -- how that organization was set
21   up.
22           So do you know how many direct reports
23   Mark Barrenechea had in that division?
24       A.  He would have had about ten.
25       Q.  About ten.  Okay.  And then the ten had other
```

172

1  people reporting to them?
2      A.  Yes.
3      Q.  And you don't recall anyone who was reporting
4  to you during that period?
5      A.  I know Gopi Tummala -- Gopi Tummala and
6  Kathryn Alderman, two of the names I mentioned earlier.
7          There were others.  I don't recall who it was
8  at that exact point in time.
9      Q.  What did -- the people who reported to you,
10  what were their responsibilities generally?
11      A.  Um -- their responsibilities were to -- to
12  really help with my role of defining the -- the
13  methodology for the development organization and
14  communicating and training the division on that
15  methodology.
16      Q.  So you did some training to the division?
17      A.  We did some, yes.
18      Q.  And what would that entail?
19      A.  It -- it varied based on what it was we were
20  trying to communicate.
21      Q.  And by "methodology," what do you mean?
22      A.  The methodology -- the development methodology
23  documents the processes that people should follow to
24  perform certain development functions.
25      Q.  And what type of development functions were

173

1  being done in the CRM division?
2      A.  Design, coding, documentation, testing,
3  translation, packaging, sustaining engineering, and
4  I'm -- I'm sure there were others.
5      Q.  So you were responsible for defining, among
6  other things, testing?
7      A.  I was responsible for defining a methodology
8  for testing.
9      Q.  And what was the company's -- I guess at least
10  in the CRM division -- the methodology for testing in
11  2000?  That's just -- let's make it a little bit more
12  specific.  Let's say September of 2000.
13      A.  In September of 2000, I -- I do not recall what
14  the specific testing methodology was at that point in
15  time.
16      Q.  M-hm.  Do you recall generally?
17      A.  Generally, it would have involved unit testing,
18  system testing, regression testing, performance testing,
19  integration testing, upgrade testing, language
20  testing -- and I'm sure others.
21      Q.  Okay.  And so among other things, you would
22  define the methodology for integration testing?
23      A.  Yes.
24      Q.  Now -- and is that one of the things that you
25  would -- though your group would train others in the CRM

174

1  division on?  The methodology for integration testing?
2      A.  I -- I don't recall in that time frame if we
3  did formal integration testing training or not.
4      Q.  M-hm.  If you weren't doing formal integration
5  testing, how would the integration -- withdrawn.
6          Well, if you weren't doing formal integration
7  training -- withdrawn.
8          Can you read his last answer back, please.
9          (Record read as follows:
10          "A  I -- I don't recall in that time frame
11          if we did formal integration testing
12          training or not.")
13      MR. WILLIAMS:  Q.  If you weren't doing formal
14  integration testing training, how were the testers
15  testing for integration?
16      A.  The -- within -- within the development
17  organization -- back up.
18          The development organization was made up of a
19  number of groups.  Within those groups teams had their
20  own methodologies.  What I did at the suite level was to
21  take those methodologies and create a single overriding
22  methodology, which they would all -- which they would
23  all then follow.
24          This was something that we did over a number of
25  years.  All right.  Over a number of years from the late

175

1  '90s through -- till the current time.  So at any point
2  in time we may or may not have had a top down suitewide
3  formal methodology for some function.  At that point in
4  time I -- I don't recall where we were on that specific
5  function.
6      Q.  Is there a way to determine where you were in
7  the CRM division at that time in terms of integration
8  testing training?
9      A.  I can't think of a way.
10      Q.  Who in the CRM division was responsible for
11  integration -- integration testing?
12      A.  I don't recall at that time.
13      Q.  Was there a group responsible for integration
14  testing?
15      A.  Yes.
16      Q.  Do you -- withdrawn.
17          And part of your responsibilities would have
18  been defining the methodology and training that group
19  for integration testing?
20      A.  At some point over the life of our methodology
21  improvements, yes.
22      Q.  Was integration testing done in, say,
23  September 2000?
24      A.  Yes.
25      Q.  How do you know that?

Fletcher, Alan  4/6/2005  9:00:00 AM

176

1    A.  Because there was an integration testing team,
2  who was responsible for doing that.  There's always been
3  an integration testing team that's been responsible for
4  doing that.
5    Q.  Sure.  Do you know if that was done in
6  September or the fall of 2000?
7    MR. KRISS:  Objection to the form of the
8  question.
9    THE WITNESS:  Can you repeat it back, please.
10    (Record read as follows:
11    "Q.  Do you know if that was done in
12    September or the fall of 2000?"
13    THE WITNESS:  Can you just define "that."
14    MR. WILLIAMS:  Q.  Integration testing.
15    A.  Yes.  I'm sure it was done in that time frame.
16    Q.  And how -- how are you sure?
17    A.  I'm sure because we had a dedicated team that
18  was doing it and we would absolutely have discussed
19  their status at Mark Barrenechea's staff meetings.
20    Q.  Do you know or do you recall anybody who was on
21  that team?
22    A.  I don't recall anyone that I'm sure was on that
23  team at that point in time.
24    Q.  Do you recall anyone who might have been on
25  that team?

177

1    MR. KRISS:  Objection to the form of the
2  question.
3    THE WITNESS:  Juliette Sultan may have been on
4  that team.
5    MR. WILLIAMS:  Q.  And these -- these staff
6  meetings held by Mark Barrenchea, was the integration
7  testing discussed during those meetings, as far as you
8  can recall?
9    A.  It would have absolutely been discussed
10  during -- during some of those meetings.
11    Q.  But you don't recall whether or not you did any
12  training on the basis of the definition of the
13  methodology for integration testing that was your
14  responsibility?
15    MR. KRISS:  Objection to the form of the
16  question.
17    THE WITNESS:  I don't recall if we did
18  integration testing training in that time frame.
19    MR. WILLIAMS:  Q.  Okay.
20    THE WITNESS:  Correction.  I don't recall if I
21  did integration testing in that time frame.
22    MR. WILLIAMS:  I just have some documents I'm
23  hoping that you can help me understand.  I'm going to
24  ask the reporter to mark this document as 8.
25

178

1    (Marked for identification purposes,
2    Exhibit 8.)
3    MR. WILLIAMS:  Fletcher No. 8 is Bates-stamped
4  NDCA-ORCL 026433 through 026456.
5    THE WITNESS:  Okay.
6    MR. WILLIAMS:  Q.  Do you recognize what's been
7  previously marked as Fletcher No. 8?
8    A.  I recognize it as an Oracle presentation.  I
9  don't recognize it specifically.
10    Q.  Okay.  And the first page -- does it appear to
11  be created by -- or does it appear to represent that it
12  was created by Marcus Heth?
13    A.  It appears that Marcus Heth was probably
14  presenting this in some form.
15    Q.  Okay.
16    A.  He may not have created it.
17    Q.  Okay.  And can you just read that -- the little
18  title there on the first page for me, please.
19    A.  "VP call center and telephony CRM division."
20    Q.  And CRM division, that's your -- that was your
21  division, right?
22    A.  Correct.  I was in the CRM division.
23    Q.  And what is a -- "a call center"?
24    A.  A call center is something that a company has
25  to manage inbound or outbound phone calls.

179

1    Q.  And was it -- is call center an application
2  within the Suite 11i?
3    A.  Call center was a -- was a family of many
4  applications within 11i.
5    Q.  In 11i?
6    A.  Yes.
7    Q.  Can you tell when this document was created or
8  when it appears to have been presented?
9    A.  No.
10    Q.  I'm going to ask you to turn to ND 0 --
11  NDCA-ORCL 026435.
12    It's about three pages in, I think.
13    A.  Okay.
14    Q.  Do you see where it talks about traditional
15  call centers?
16    A.  Yes.
17    Q.  What's a "traditional call center"?
18    A.  In this context, a traditional call center
19  would be -- would be something which was built using
20  components from multiple software vendors.
21    Q.  As opposed to Oracle, which is using its own
22  components?
23    A.  As opposed to the Oracle call center, which
24  provided many of those same components from one software
25  vendor.

Fletcher, Alan  4/6/2005  9:00:00 AM

180

1    Q.   That being Oracle?

2    A.   Yes.

3    Q.   Okay.  And do you see where it says

4         "Traditional call centers, complex and

5    risky, too many integration points"?

6    A.   M-hm.

7    Q.   What does that mean?  If you know.

8    A.   It means -- again, it's -- it's -- it's

9    comparing the -- the -- the complete call center

10   solution Oracle offered to the alternative, which would

11   be to buy pieces of a call center solution from many

12   vendors, which you would then have to integrate

13   together.

14   Q.   When it -- when it refers to integration

15   points, do you have -- do you un-- do you understand

16   what that means?  Integration points?

17   A.   Integration points would just talk about which

18   aspects of one module you had to integrate with a

19   different module.  It's not so much a technical term.

20   Q.   How is that fair -- withdrawn.

21        Is it fair to say that that's where one might

22   need systems integrators to, I guess, create the bridge

23   between those integration points?

24   A.   One of the role of system integrators would be

25   to -- to integrate software that you may have bought

181

1    from multiple vendors.

2    Q.   So that they can actually interact with one

3    another?

4    A.   Yes.

5    Q.   And that's -- that wasn't necessary with

6    Oracle --

7    A.   That's --

8    Q.   -- suite 11i?

9    A.   That aspect was not necessary.

10   Q.   Okay.  I'm going to ask you to turn to 026436.

11        What does it mean -- on the second half of that

12   page, what does it mean, where it says

13        "All CRM apps are fully call center

14   enabled"?

15   A.   It is saying that all of the relevant

16   CRM applications are already integrated to the call

17   center applications.

18   Q.   Meaning that they can already speak to

19   one another?

20   A.   Meaning that the CRM -- the relevant CRM

21   applications can take advantage of the call center

22   functionality.

23   Q.   It says "all CRM apps," and you said

24   "relevant."  Were you intending to make a distinction

25   there?

182

1    A.   Yes.

2    Q.   What was -- why?

3    A.   Call center functionality is functionality that

4    deals with a customer either making or receiving many

5    phone calls.  Some applications within CRM don't operate

6    within that area where that -- where dealing directly

7    with many customers isn't relevant; so they would not be

8    call center enabled.  The list here is those which are

9    relevant.

10   Q.   I see.  I'm just going to ask you to turn to

11   the next page.  Do you see where it says

12        "Oracle call center, pre-integrated

13   with Oracle CRM applications"?

14   A.   Yes.

15   Q.   Is that, kind of, what you were just telling me

16   about?

17   A.   Yes.

18   Q.   I'm going to ask you to turn to Bates ending in

19   452, about another 12 pages in.  Ending 452.

20   A.   Okay.

21   Q.   And NDCA-ORCL 026452.  Got it?

22        MR. KRISS:  Yep.  Thanks.

23        MR. WILLIAMS:  Q.  What is the Oracle

24   collection center?

25   A.   I -- I don't recall specifics of

183

1    Oracle Collection Center.

2    Q.   Have you heard of it?

3    A.   I've heard the term.

4    Q.   M-hm.  So would you be unable to tell me what

5    it means, where it says

6         "It offers the only CRM solution

7    pre-integrated with AR system"?

8    A.   I can -- I can tell what you that bullet point

9    means.

10   Q.   What is it?

11   A.   It is saying that the Oracle collection

12   center -- I guess it is presenting that the

13   Oracle Collection Center either is or will be, depending

14   on whether this was a presentation about what exists or

15   what could exist, be the only CRM solution that we are

16   aware of that is pre-integrated with the collections

17   functionality of an accounts receivable system.

18   Q.   Is accounts receiv- -- excuse me.  Is accounts

19   receivable typically an ERP application?

20   A.   Yes.

21   Q.   And so this would require -- well, withdrawn.

22        This would mean that -- the CRM here would

23   be -- would be able to interface and exchange

24   information with the ERP?

25   A.   Absolutely.

Fletcher, Alan  4/6/2005  9:00:00 AM

184

1    Q.  But you can't tell whether this is a -- a --
2  a -- this representation is a statement that this is
3  capable -- withdrawn.
4        You can't tell by looking at this that this is
5  a capability that's available now or will be a future
6  capability?
7    A.  Correct.  I have no idea whether this was a --
8  a presentation on what was there, what might be there, a
9  plan -- I really don't know.  There's no context.
10    Q.  Okay.  Thank you.
11        I'll ask the reporter to mark this document as
12  phlegm No. 9.
13        (Marked for identification purposes,
14        Exhibit 9.)
15        MR. WILLIAMS:  Q.  I'll ask you to take a look
16  at Fletcher No. 9, which is Bates-numbered
17  NDCA-ORCL 016792 through NDCA-ORCL 016817.
18    A.  Okay.
19    Q.  What is -- what is Fletcher No. 9 appear to be
20  to you?
21    A.  It appears to be a presentation containing some
22  sales data, some product data, and some customer data.
23    Q.  And it's an Oracle presentation, right?
24    A.  Yes.
25    Q.  Are you able to determine the approximate

185

1  timing of this presentation?
2        MR. KRISS:  Objection.  No foundation.
3        THE WITNESS:  I'm not familiar with all of the
4  contents.  I saw no specific dates when I was in here.
5        MR. WILLIAMS:  Q.  Well, let me direct you to
6  the first page, Bates number ending 793.
7    A.  Okay.
8    Q.  What's the heading on that page?
9    A.  "Strong license growth with sales products
10        on line for Q3."
11    Q.  And just look at the final bullet point on --
12  on that page.  Can you read that for me.
13    A.  "111 million through Q2 FY01."
14    Q.  Do you think that that refers to Q2 fiscal
15  2001, fiscal year 2001?
16        MR. KRISS:  Objection.  No foundation.
17        THE WITNESS:  I -- I -- I assume that that --
18  that that refers to the second quarter of our financial
19  year 2001.
20        MR. WILLIAMS:  Q.  Okay.  And what is a -- I
21  meant to ask you this before -- what's an integrated
22  release?
23        MR. KRISS:  Objection to the form of the
24  question.
25        THE WITNESS:  Can you -- can you be more

186

1  specific?
2        MR. WILLIAMS:  Q.  I -- that's about as
3  specific, I think, as I think I can be.
4        Do you know what an integrated release is
5  without any --
6    A.  Without any --
7    Q.  Without any context?
8    A.  No.
9    Q.  Well, let's talk about 11i.
10        Do you know what an integrated release is as it
11  relates to 11i?
12        MR. KRISS:  Objection to the form of the
13  question.
14        THE WITNESS:  I still don't understand the
15  question.
16        MR. WILLIAMS:  Q.  Can you go to
17  Bates No. 016802.
18    A.  Okay.
19    Q.  Do you see where it says -- what's the heading
20  on that page?
21    A.  "Demos have improved."
22    Q.  And what's the next line?
23    A.  "Demo updated for most products."
24    Q.  By looking at this page, are you able to make a
25  determination as to what -- what "demos" means here?

187

1        MR. KRISS:  Objection.  No foundation.
2        THE WITNESS:  I can't really without the
3  context of what this presentation was trying to convey
4  and who gave it and to what -- and to which audience.
5        MR. WILLIAMS:  Okay.
6    Q.  On.  Did Oracle, as far as you know, do sales
7  demonstrations of the 11i suite for customers?
8    A.  Yes.
9    Q.  And I think we talked about this a little bit
10  earlier, right?  And did you -- were you aware of at any
11  time in 2000 that those demonstrations were incomplete?
12    A.  I'm not sure I understand.
13    Q.  That the information provided in the
14  demonstrations for customers could not display all of
15  the functionalities that were advertised by Oracle.
16    A.  I'm not aware of that.
17    Q.  Okay.  So in this PowerPoint Presentation,
18  where it says "demos have improved" and "demo updated
19  for most products," you don't -- you don't know what
20  that means?
21    A.  I -- I -- I believe that meant that the demo
22  has been updated since some previous version of the demo
23  by this date.
24    Q.  Okay.  Were there any demonstrations or demos
25  other than demos to prospective customers that you are

Fletcher, Alan  4/6/2005  9:00:00 AM

188

1    aware of?
2         MR. KRISS: Objection to the form of the
3    question.
4         THE WITNESS: Can you repeat it back, please.
5         (Record read as follows:
6         "Q. Okay. Were there any demonstrations or
7         demos other than demos to prospective
8         customers that you are aware of?")
9         THE WITNESS: Yes.
10        MR. WILLIAMS: Q. What -- what kind of demos
11   were those?
12        A. We would have -- we would have demoed to
13   existing customers.
14        Q. M-hm.
15        A. And we would have demoed to partners.
16        Q. Okay. All right. So the demos would be for --
17   for those who were using or going to be using or
18   hopefully using 11i?
19        A. Yes.
20        Q. Can you turn to the next page, please. What's
21   the title of that page?
22        A. "CRM demos improved."
23        Q. And you can just read the remainder of that
24   page to yourself.
25        Do you understand what this page is referring

189

1    to?
2         MR. KRISS: Objection. No foundation.
3         MR. WILLIAMS: Withdrawn.
4         Q. Do you understand what the information on this
5    page is referring to?
6         MR. KRISS: Objection. No foundation.
7         THE WITNESS: Without the context of who was
8    giving it and when and to whom they were giving it, I --
9    I don't really know what it was trying to convey.
10        MR. WILLIAMS: Q. Well, was the CRM division
11   doing demonstrations or demos of the -- CRM software
12   in the fall of 2000 and the early part of 2001?
13        A. The CRM division didn't do the demos.
14        Q. M-hm. Who did the demos?
15        A. Sales consulting.
16        Q. Okay. Was sales consulting doing
17   demonstrations of the CRM products or the CRM software
18   during that period?
19        A. Yes.
20        Q. And you see on this page where it says
21   "11i.3 integrated E-Business Suite demo"?
22        A. Yes.
23        Q. Do you know what that is?
24        MR. KRISS: Objection. No foundation.
25        THE WITNESS: Again, without the context it's

190

1    hard to say what the bullet point actually meant.
2         MR. WILLIAMS: Q. And what additional context
3    could -- would help you understand what this might mean?
4         A. Who was giving this presentation, when they
5    were giving this presentation, and to whom they were
6    giving this presentation.
7         Q. Okay. I think -- did we establish that this
8    presentation, if it was given, was most likely done
9    after the close of Q2?
10        MR. KRISS: Objection.
11        MR. WILLIAMS: Q. One?
12        MR. KRISS: Objection. No foundation.
13        THE WITNESS: I'm not sure if we established
14   that or not.
15        MR. WILLIAMS: Q. Well, on the very first
16   page, doesn't it say that 111 million through Q2 fiscal
17   '01?
18        MR. KRISS: Object. No foundation.
19        THE WITNESS: I don't know what that number
20   meant.
21        MR. WILLIAMS: Q. You don't know what what
22   number meant?
23        A. That 111 million.
24        Q. I want to go back to the page we were talking
25   about ending in 803.

191

1         A. Ending which page?
2         Q. Ending 6803.
3         A. Okay.
4         Q. You indicated earlier -- I thought you told me
5    what the acronym ADS stands for.
6         A. Yeah. Applications Demo Services.
7         Q. And what is -- what is -- what is that --
8    what's the application demos services?
9         A. ADS is a group that was part of the
10   ERP division and responsible for demo infrastructure and
11   demo systems.
12        Q. Okay. And do you see where it says
13   Thomas.Victory on this page?
14        A. Yes.
15        Q. Is that a person?
16        A. Yes.
17        Q. Is he -- was he in the CRM division?
18        A. Yes. He was in the CRM division.
19        Q. Did he report to you?
20        A. No.
21        Q. So where it says "11i integrated E-Business
22   Suite demo available mid-January through
23   CRM development," your testimony is that -- that you
24   don't understand quite what that means?
25        A. I -- I unders- --

192

1    MR. KRISS: Object. No foundation.
2    THE WITNESS: Without knowing who this was
3    being given to, it's hard to say what that meant.
4    MR. WILLIAMS: Q. Okay. Let's just go down to
5    the final bullet point, where it says -- can you just
6    read that for me.
7    A. "CRM dev. sponsored demos by request."
8    Q. And does "dev." mean development?
9    A. I would assume it means development.
10    Q. Did CRM development division sponsor demos of
11    the CRM products?
12    A. Sometimes the development organizations got
13    involved in some demos.
14    Q. Do you know what ADSWeb is, A-D-S-W-E-B?
15    A. In what -- in what context?
16    Q. That's -- the context of this document. It
17    says "ADS demos through ADSWeb."
18    A. Oh, okay. Yes. ADSWeb is an Oracle internal
19    Web site, where demo infrastructure and demo information
20    can be obtained by our sales consultants.
21    Q. Okay. I'm going to ask you to turn two pages.
22    I'm sorry. Just one. Do you see the heading
23    "Product Quality Improving."
24    A. Okay. So page 805?
25    Q. Yeah.

193

1    A. Okay.
2    Q. Just take a look at that page and let me know
3    if you know what that's referring to at all.
4    MR. KRISS: Objection. No foundation.
5    THE WITNESS: Yeah. Without the context that
6    we've previously discussed, I don't know what the slide
7    is referring to.
8    MR. WILLIAMS: Q. M-hm. What is your position
9    now at Oracle?
10    A. I'm the vice president of operations for --
11    within the applications development organization.
12    Q. You can just correct this for me. I'll just
13    mark this as 10. That is Fletcher No. 10.
14    (Marked for identification purposes,
15    Exhibit 10.)
16    MR. WILLIAMS: Q. I'll just ask you to take a
17    look at Fletcher No. 10 for me.
18    A. Okay.
19    Q. What is Fletcher No. 10?
20    A. Fletcher No. 10 is a printout of my executive
21    bio from the Oracle Web site.
22    Q. Does -- does -- does this appear to be accurate
23    to date?
24    A. Yes.
25    Q. Can you read for me the -- well, what does it

194

1    indicate your title is?
2    A. "Vice President E-Business Suite Development."
3    Q. Okay. And can you just read that first
4    paragraph for me.
5    A. "As Vice President of E-Business Suite
6        development for Oracle Corporation,
7        Alan Fletcher is responsible for the
8        development methodology and quality for the
9        Oracle E-Business Suite."
10    Q. What does it mean when it says you're
11    responsible for the quality for the Oracle E-Business
12    Suite?
13    A. It means that I am responsible for the -- for
14    ensuring that the development methodology produces
15    product of appropriate quality.
16    Q. M-hm. And how long have you had that
17    responsibility?
18    A. Um -- I have had this responsibility since
19    March of 2002.
20    Q. Okay. And prior to that, did you have any
21    responsibility related to the quality of
22    Oracle E-Business Suite?
23    A. Prior to that I was the vice president of
24    operations for the CRM division.
25    Q. Was -- was there a quality aspect to that?

195

1    A. Development methodology always has a quality
2    aspect associated with it.
3    Q. All right. I'm just going to go back to No. 9.
4        So you indicated that where --
5    A. Which page?
6    Q. I'm sorry. 016805.
7    A. Okay.
8    Q. And so you indicated this slide, which says
9    "product quality improving" -- without more context
10    you're not sure what that means?
11    A. Correct.
12    Q. Let's -- why don't we go to the next page,
13    please. And what's the title of that page?
14    A. "Patching and clients' perception getting
15        better."
16    Q. Okay. Did you understand in the late fall of
17    2000 that patching and clients' perception were getting
18    better?
19    MR. KRISS: Objection to the form of the
20    question.
21    THE WITNESS: Did you say late fall of 2000?
22    MR. WILLIAMS: M-hm.
23    MR. KRISS: Still object to the form of the
24    question.
25    THE WITNESS: I -- I don't recall at that point

196

```
 1   whether I knew that or not.
 2        MR. WILLIAMS:  Q.  M-hm.  How about in March of
 3   2001:  did you think that clients' perception about
 4   Oracle and 11i were getting better?
 5        MR. KRISS:  Objection to the form of the
 6   question.  No foundation.
 7        THE WITNESS:  I -- I don't understand exactly
 8   what you're asking.
 9        MR. WILLIAMS:  Q.  Well, we talked a little bit
10   earlier about the customer perceptions being much
11   more -- I think you said that -- that they didn't
12   necessarily -- didn't accurately reflect the quality of
13   the product.  Is that generally your testimony?
14        A.  I said it didn't necessarily reflect the
15   quality of the product, and their perception wasn't
16   caused solely by the quality of the product.
17        Q.  Right.  So I was just wondering if, you know --
18   well, if in the fall -- I'm sorry -- in the spring of
19   2001 if -- if you thought that customer perceptions
20   about Oracle and 11i were getting better?
21        MR. KRISS:  Objection to the form of the
22   question.  No foundation.
23        THE WITNESS:  I'm still not sure what you're
24   asking me specifically.
25        MR. WILLIAMS:  All right.  Well, why don't we
```

198

```
 1        THE WITNESS:  I don't know the context of this
 2   documented, since I don't know who was giving it to and to
 3   whom, for what purpose.
 4        MR. WILLIAMS:  Q.  How about the last bullet
 5   point there, where it says "Installation process is
 6   stable."
 7        MR. KRISS:  Objection.
 8        What's the question?  Are you finished?
 9        MR. WILLIAMS:  I was going to finish.
10        MR. KRISS:  Okay.
11        MR. WILLIAMS:  Q.  Do you understand what that
12   means?
13        MR. KRISS:  Objection.  No foundation.
14        THE WITNESS:  Again, without the context I
15   don't know -- I don't know what it was trying to convey.
16        MR. WILLIAMS:  Q.  I'm not asking you if you
17   know what it was trying to convey.
18        Let's -- I'll move away from this document.
19        A.  Okay.
20        Q.  If someone told you that the installation
21   process of 11i was stable, what would that mean to you?
22        A.  It would -- it would mean to me that the
23   installation process works as advertised with minimal
24   problems.
25        Q.  Okay.  Can you go to the next page, please.
```

197

```
 1   move on.
 2        Same page, why don't you go down to the very
 3   last comment there beginning with "clients."
 4        Do you see that?
 5        THE WITNESS:  Okay.
 6        Q.  Can you just read that for me?
 7        A.  "Clients have high hopes for stability at
 8   1153."
 9        Q.  What's 1153?
10        A.  11i.3 -- 1153 is the internal version number
11   for 11i.3.
12        Q.  So the third version of 11i, but internal?
13        MR. KRISS:  Objection to the form of the
14   question.
15        MR. WILLIAMS:  Just clarify for me.
16        A.  1153 was the version number that we would use
17   internally.
18        Q.  Okay.
19        A.  Externally we would -- we would have called it
20   11i.3.
21        Q.  Very good.  Thanks.
22        Do you understand what the term "stability"
23   means in the context of this document?
24        MR. KRISS:  Objection to the form of the
25   question.  No foundation.
```

199

```
 1        Can you explain to me what this chart is, if
 2   you know.
 3        MR. KRISS:  Objection.  No foundation.
 4        THE WITNESS:  No.
 5        MR. WILLIAMS:  Q.  You don't know what it is?
 6        A.  I don't know what it is.
 7        Q.  Do you have an idea?
 8        MR. KRISS:  Objection.  No foundation.
 9        Don't guess.  If you know, tell him; if you
10   don't, you don't.
11        THE WITNESS:  I don't know.
12        MR. WILLIAMS:  Q.  Do you have an opinion of
13   what it is?
14        MR. KRISS:  Objection.  No foundation.
15        No guesses.
16        THE WITNESS:  I don't know.
17        MR. WILLIAMS:  I would ask you not to do that.
18   I asked him for his opinion.  You don't have to tell
19   him --
20        MR. KRISS:  No guesses.
21        MR. WILLIAMS:  -- not -- not to guess.
22        He can say "I'm guessing" and answer the
23   question.
24        MR. KRISS:  No.  He can't give guesses.  Not at
25   a 30(b)(6) deposition, he isn't going to be guessing.
```

200

1        MR. WILLIAMS: Q. All right. Listen. So can
2 you read -- what's the -- what's the title of that
3 document?
4        A. "CRM Quality Showing Steady Improvement."
5        Q. Did -- did -- had the quality of the
6 CRM products shown improvement in late 2000 as opposed
7 to May of 2000?
8        MR. KRISS: Objection to the form of the
9 question.
10        THE WITNESS: Can you re -- reread that or
11 rephrase that, please.
12        (Record read as follows:
13        "Q. Had the quality of the CRM products
14        shown improvement in late 2000 as opposed
15        to May of 2000?")
16        THE WITNESS: I -- I don't have any data to
17 base an opinion on for that.
18        MR. WILLIAMS: Q. You were vice president of
19 operations for CRM in 2000?
20        A. Yes.
21        Q. And do you know whether the quality of C- -- of
22 CRM, when it was released in May of 2000, got better as
23 of December of 2000?
24        MR. KRISS: Objection to the form of the
25 question.

201

1        THE WITNESS: Quality of software always gets
2 better after it's released because there are always
3 fixes which are issued after release.
4        MR. WILLIAMS: Q. So is the answer "yes"?
5        A. I don't know.
6        Q. Okay. Just staying on this page, do you see on
7 the right, where it indicates P1 and P2?
8        A. M-hm.
9        Q. Does that refer to P1 bugs or P2 bugs, like we
10 discussed earlier today?
11        MR. KRISS: Objection. No foundation.
12        THE WITNESS: I don't know.
13        MR. WILLIAMS: Q. You don't know. Why don't
14 you turn to the next page.
15        What's the title on that page?
16        A. It says "ERP Quality Still Challenged."
17        Q. Do you think -- do you think where it says
18 "ERP," it's referring to the ERP applications,
19 Oracle ERP applications?
20        A. I believe so.
21        Q. Do you know what it means, where it says
22 ERP quality is still challenged?
23        MR. KRISS: Objection. No foundation.
24        THE WITNESS: No.
25        MR. WILLIAMS: Q. I'll ask you to turn to

202

1 018812.
2        A. Okay.
3        Q. What's the title on that page?
4        A. "CRM Customer Success Teams."
5        Q. Do you know what that means?
6        A. We -- we had a team that was called something
7 along those lines, CRM customer success. This slide
8 appears to be talking about that team.
9        Q. What was -- what did that team do?
10        A. I -- I don't recall the specifics. Obviously,
11 some stuff is written on this slide, but I don't recall
12 the specifics of that team's charter.
13        Q. Okay. I'm going to take you down to the last
14 bullet point there. Can you read that for me.
15        A. "Process improvement needed."
16        Q. M-hm. Can you just read the rest of it for me,
17 please.
18        A. "Expand and improve process for
19        ERP integration testing and issues
20        resolution."
21        Q. Were -- did you have the responsibility for
22 defining the methodology for ERP integration testing
23 training?
24        A. No.
25        Q. You only had that for the CRM?

203

1        A. Yes.
2        MR. WILLIAMS: I'm going to ask the reporter to
3 mark this document as Fletcher No. 11.
4        (Marked for identification purposes,
5        Exhibit 11.)
6        MR. WILLIAMS: Which is Bates-numbered
7 NDCA-ORCL 028625 through NDCA-ORCL 028658.
8        A. Okay.
9        Q. What is Fletcher No. 11?
10        MR. KRISS: Objection. No foundation.
11        THE WITNESS: It appears to be an Oracle
12 presentation.
13        MR. WILLIAMS: Q. And I'm going to ask you to
14 turn to the Bates -- the first page in. What -- what's
15 that slide say?
16        A. "Ron Wohl Executive Vice President
17        Applications Development."
18        Does it appear that it may have been a
19 presentation given by Ron Wohl?
20        MR. KRISS: Objection. No foundation.
21        THE WITNESS: I don't -- I don't know.
22        MR. WILLIAMS: Q. I'm asking if it appears to
23 be that?
24        MR. KRISS: Objection. No foundation.
25 Objection to the form of the question.

Fletcher, Alan  4/6/2005  9:00:00 AM

204

1       THE WITNESS: I have no idea if it was given.
2       MR. WILLIAMS: Q. I'm not asking you if it was
3   given. I'll just asking you if it appears to be a
4   presentation that may have been given by Ron Wohl?
5       MR. KRISS: Objection to the form of the
6   question. No foundation and no guesses.
7       THE WITNESS: I don't know.
8       MR. WILLIAMS: Q. Okay. I'm going to ask you
9   to turn to 0268- -- I'm sorry. 028833. What does that
10  say on the top there?
11      A. "FY Q2 Financial Results."
12      Q. And so does it appear to look as if the -- that
13  this slide is representing the Q2 financial results for
14  CRM and ERP in third party resales?
15      MR. KRISS: Objection. No foundation.
16  Objection to form.
17      THE WITNESS: I don't know.
18      MR. WILLIAMS: Q. I'm going to ask you to turn
19  to NDCA-ORCL 028638. What's the title of that slide?
20      A. "11i Product Releases."
21      Q. And do you see the first -- the first entry
22  there it says "11i.1."
23      A. Yes.
24      Q. "May 2000. First shipped release."
25      Does that appear to be accurate as to when the

205

1   first release of 11i shipped?
2       A. Yes.
3       Q. Do you see the next entry there?
4       A. Yes.
5       Q. What does that say?
6       A. "11i.2, October 2000, major quality
7   improvement."
8       Q. Do you know if 11i.2 was released in -- in or
9   around October of 2000?
10      A. Yes, it was.
11      Q. Okay. And did it provide a major quality
12  improvement to 11i.1?  11i.1?
13      MR. KRISS: Objection to the form of the
14  question.
15      MR. WILLIAMS: In your opinion.
16      A. It provided new functionality; it provided
17  fixes that had been addressed since the release of
18  11i.1.
19      Q. Would you say that was a quality improvement?
20      MR. KRISS: Objection to the form of the
21  question.
22      THE WITNESS: I would -- I would say for --
23  for -- that for customers who had -- or for customers
24  who may encounter some of the issues which were fixed,
25  it would improve the perception of quality.

206

1       MR. WILLIAMS: Q. How about -- let's go to the
2   next one -- 11i.3.
3       A. 11i.3.
4       Q. Can you just read that for me.
5       A. "Jan 2001 first integrated ERP/CRM
6   release."
7       Q. Okay. Do you know whether or not 11i.3 was
8   released in January of 2001?
9       A. It was.
10      Q. And what is -- what -- do you know what's meant
11  by the "first integrated ERP/CRM release"?
12      MR. KRISS: Objection. No foundation.
13      THE WITNESS: No.
14      MR. WILLIAMS: Q. You don't know what that
15  means?
16      A. No.
17      Q. Let's go to the next entry, "11i.4."
18      A. Okay.
19      Q. Ask you read that one for me?
20      A. "11i.4, March 2001, approaching rock solid
21  quality."
22      Q. Was 11i.4 released in March of 2001, if you
23  know.
24      A. There or thereabouts, yes.
25      Q. And do you know what's meant by "approaching

207

1   rock solid quality"?
2       MR. KRISS: Objection. No foundation.
3       THE WITNESS: No.
4       MR. WILLIAMS: Q. Did you believe that in
5   March of '0- -- March of '01 that -- that 11i.4 was of
6   solid quality?
7       MR. KRISS: Objection to the -- I'm sorry.
8   Could you read that back, please.
9       (Record read as follows:
10      "Q Did you believe that in March of '01
11      that -- that 11i.4 was of solid quality?")
12      MR. KRISS: Objection to the form of the
13  question.
14      THE WITNESS: I'm -- I'm not -- I don't
15  understand the question.
16      MR. WILLIAMS: Q. Well, did you believe in
17  March of 2001 that 11i functioned in accordance with, I
18  guess, the documentation with very little issues?
19      A. Yes.
20      Q. How about for 11i.2? Did you feel that way
21  about 11i.2?
22      A. Yes.
23      Q. How about 11i.1?
24      A. Yes.
25      Q. Okay. You felt that way about 11i.1. I might

Fletcher, Alan  4/6/2005  9:00:00 AM

208

1   as well ask you about 11i.3 too.
2       Did you feel that way about 11i.3?
3   A.  Yes.
4   Q.  Did you -- did you believe that 11i.2 was
5   stable, consistent with your definition of "stable"
6   earlier today?
7   A.  Yes.
8   Q.  And would you say the same for each of the
9   releases?  1?  2?  3?  4?
10  A.  Yes.
11      MR. WILLIAMS:  I'll ask the reporter to mark
12  this document as Fletcher No. 13 -- I'm sorry, 12.
13      (Marked for identification purposes,
14      Exhibit 12.)
15      MR. WILLIAMS:  Q.  Have you had a chance to
16  look at Fletcher No. 12?
17  A.  I have reviewed it briefly.
18  Q.  And what does it appear to be?
19      MR. KRISS:  Objection.  No foundation.
20      THE WITNESS:  It looks like an Oracle
21  presentation.
22      MR. WILLIAMS:  Q.  An Oracle presentation?
23  A.  Yes.
24  Q.  And I'll ask you to go to -- well, first of
25  all, Fletcher No. 12 is Bates-numbered NDCA-ORCL 023407

209

1   through NDCA-ORCL 023427.
2       And I'm going to ask you to turn to
3   NDCA-ORCL 023411.
4   A.  -411?  Okay.
5   Q.  And what does the title of that say?
6   A.  "Current Market Cap Rankings."
7   Q.  And I'm going to ask you to go down to the
8   bottom left-hand corner just above the little black line
9   there.  And do you see where there's a note there?
10  A.  M-hm.
11  Q.  What does that say?
12  A.  "Market Cap as of -- of March 5th, 2001."
13  Q.  So does it appear that this document was
14  created sometime on or after March 5th of 2001?
15      MR. KRISS:  Objection.  No foundation.
16      THE WITNESS:  If that date is accurate, it
17  would appear that.
18      MR. WILLIAMS:  Q.  I'm going to ask you to turn
19  to NDCA-ORCL 023420.
20      What's the title of that -- that slide?
21  A.  "The Bad News."
22  Q.  Will you just read the first bullet point to
23  me.
24  A.  "11i has proven to be much more difficult
25      than envisioned to bring to market."

210

1   Q.  And you can read the parenthetical too, please.
2   A.  "I.e., stability, delivery times lengthened."
3   Q.  Did you understand stability -- 11i stability
4   to create some difficulty bringing 11i to market?
5       MR. KRISS:  Objection to the form of the
6   question.
7       THE WITNESS:  I don't understand the question.
8       MR. WILLIAMS:  Q.  Did you understand issues
9   with the stability of 11i to impact the -- either
10  release dates or sales of 11i?
11      MR. KRISS:  Objection to the form of the
12  question.  No foundation.
13      And this is a subject that was expressly
14  understood not to be part of the examination today,
15  and --
16      MR. WILLIAMS:  I'll withdraw.
17      MR. KRISS:  -- the letter actually says that
18  there will be no questions regarding lost sales.
19      MR. WILLIAMS:  I'll -- I'll withdraw.
20      The letter doesn't say that, by the way.  It
21  says there won't be any questions regarding lost sales?
22      MR. KRISS:  There won't be -- that subject --
23      MR. WILLIAMS:  I'll withdraw the question.
24  I'll withdraw the question.  Okay.
25      Q.  Did you understand the stability of 11i to

211

1   impact Oracle's ability to bring 11i as a functional
2   product offered to customers?
3       MR. KRISS:  Objection to the form of the
4   question.  No foundation.
5       THE WITNESS:  I don't understand the question.
6       MR. WILLIAMS:  Q.  Do you agree with the -- do
7   you agree with the statement in bullet point No. 1?
8       MR. KRISS:  Objection to the form of the
9   question.  No foundation.
10      THE WITNESS:  I don't know without more context
11  of this presentation.
12      MR. WILLIAMS:  Next page, please.  Do you
13  see where it says "The Good News"?
14  A.  Okay.
15  Q.  The title of the slide.  Is that the title of
16  the slide?
17  A.  Yes.
18  Q.  Can you just read that -- the first section of
19  the first bullet point.
20  A.  "11i Almost Stable after Nine Months."
21  Q.  Did you believe that 11i was -- withdrawn.
22      As of March 5th, 2001, do you believe 11i was
23  stable or almost stable?
24      MR. KRISS:  Objection to the form of the
25  question.

212

1      THE WITNESS: Can you repeat or rephrase the
2  question.
3      MR. WILLIAMS: Q. I'll -- I'll repeat it for
4  you.  I'm asking, in your opinion, as of March 5th of
5  2001, was 11i stable or almost stable?
6      MR. KRISS: Objection to the form of the
7  question.
8      THE WITNESS: I -- I -- I don't understand how
9  to define "stable" and "almost stable."
10     MR. WILLIAMS: Q. Well, was it your opinion
11  that as of March 5th, 2001, that 11i was stable?
12     A. Yes.
13     Q. Can you just read the next portion of that
14  where it says -- beginning with "solid"?
15     A. Solid growth despite unstable demos.
16     Q. Do you understand -- well, do you know what an
17  unstable demo is?
18     MR. KRISS: Objection. No foundation.
19     THE WITNESS: No.
20     MR. WILLIAMS: Q. Have you ever heard of an
21  unstable demo?
22     A. It's -- it's a -- without context, I -- I don't
23  know what the term "unstable demo" means.
24     Q. M-hm.  Okay.
25     Why don't we take a five-minute break.

213

1      THE VIDEOGRAPHER: Do you want me to change
2  tape?
3      MR. WILLIAMS: Yeah.  I think that, you know --
4  I guess we only have, what, till -- when did we start?
5  9:26 or something like that?  What time did we start?
6      MR. KRISS: 9:25, I think.
7      THE VIDEOGRAPHER: Do you want to go off the
8  record?
9      MR. WILLIAMS: Sure.  Sorry.
10     THE VIDEOGRAPHER: Going off the record, the
11  time is 4:59.
12     (Recess was taken from 4:59 p.m. to
13     5:14 p.m.)
14     THE VIDEOGRAPHER: We're back on the record.
15     The time is 5:14.
16     MR. WILLIAMS: Q. The CRM, I've seen it as the
17  CRM module, or I've seen it described as CRM module or
18  CRM suite, CRM software.
19     Can you clarify what it is or what it was in
20  late 2000 for me?
21     A. CRM really referred to all of the applications
22  that were developed by the CRM development division.
23     Q. Okay. So when someone says "CRM suite," what
24  does that mean?
25     A. We never had anything that was formally branded

214

1  or sold as the CRM suite, but it -- it would refer to
2  the suite of applications -- so just that -- that family
3  of applications that was developed -- so marketing,
4  sales, service, et cetera.
5      Q. So if a customer licensed a few of the
6  applications in the CRM suite -- in -- in CRM, one might
7  refer to it as, "Well, they bought the CRM suite"?
8      A. It may have been referred to that way, yes.
9  The CRM suite was not a licensable item.
10     Q. Okay. We talked earlier about, you know, bugs,
11  P1s, P2s, and those types of bugs, and as vice president
12  of operations between, say, May 2000 and May of 2001, if
13  there were P1 bugs related to the CRM, would they
14  ultimately come to your attention?
15     A. Individually?  No.  Although there were reports
16  that were generated that showed summary statistics and
17  trends of bugs for the CRM products.
18     Q. And what were the names -- what types of
19  summaries were those?  What were they called?
20     A. I -- I don't recall the specific name, but we
21  had a -- a standard format report that was created
22  that -- that showed -- it showed information such as the
23  incoming rate of bugs, the backlog of bugs broken by
24  severity trended over -- over some time period. I don't
25  remember how long the time period was.

215

1      Q. Do you know who created that -- those
2  documents? Those summaries?
3      A. Yeah.  Those reports were created by someone
4  within the ERP division, whose name was
5  Prakash Deshpande, P-R-A-K-A-S-H, second name,
6  D-E-S-H-P-A-N-D-E.
7      Q. And would those be in narrative form or, like,
8  code form?
9      A. Those were -- those were graphs.  So trend
10  lines or bar charts generated from data within the bug
11  database.  There was no narrative attached.
12     Q. No narrative attached?
13     A. Correct.
14     Q. Were those the only types of -- well, let me
15  withdraw that.
16     Would those only be P1s and P2s or all bugs?
17     A. I believe they included all bugs, but they
18  would have broken out P1s and P2s and P3s. They broke
19  out the -- the severities separately.
20     Q. And was there something of less severity than
21  P2?
22     A. There was a P3 and a P4.
23     Q. And what were P3s and P4s?
24     A. A P4 issue would be an issue which was either
25  very small in impact or that there was a reasonable

216

1  workaround that could be provided to the customer.  A P4
2  would be something which was trivial or cosmetic in
3  nature.
4      Q.  And these reports that you're referring to, who
5  were they distributed to?  I know you got it as
6  vice president of operations of CRM.
7      Who else would it be distributed to?
8      A.  I'm not sure of the exact distribution list,
9  but all of the product vice presidents would have
10  received them -- all of the -- all of the product-owning
11  vice presidents.
12      Q.  Product what?
13      A.  Product owning.
14      Q.  Product-owning vice presidents would receive
15  it.
16      A.  And probably more than that as well.  Probably
17  other people lower in the development organization.
18      Q.  How about the senior staff?  Would it go to
19  senior staff as well?
20      MR. KRISS:  Objection.  I'm sorry.  Go ahead.
21      MR. WILLIAMS:  Q.  Would it go to the senior
22  staff as well?
23      MR. KRISS:  Objection.  No foundation.
24  Objections to the form.
25      THE WITNESS:  I don't understand.

217

1      MR. WILLIAMS:  Q.  Would it go to, you know,
2  Ellison?  Henley?  Sanderson?
3      MR. KRISS:  Objection.  No foundation.
4      THE WITNESS:  I don't know.
5      MR. WILLIAMS:  Q.  You don't know.  Okay.
6      What is -- have you heard of the phrase bug
7  count?
8      A.  Bug count.  Yeah.
9      Q.  And how is that -- is that -- how is that used
10  at Oracle?
11      A.  Bug count would -- there's no specific
12  pre-defined term, which everyone would -- would
13  understand by bug count, but in general it would have
14  referred to the -- the current open bug count.
15      So the current number of open bugs for a given
16  product or family or group of products.
17      Q.  Was there a -- was there a way to access what
18  the, you know, open bug count was on any given day?
19      A.  You mean now?
20      Q.  Back then.
21      A.  At the time, yes.
22      Q.  And how -- what database would one need to look
23  in to determine that?
24      A.  That would be from the bug database.
25      Q.  In the bug database?

218

1      A.  Yes.
2      Q.  And who -- well, withdrawn.
3      I intended to ask you prior -- in the very
4  beginning of the deposition, some additional background
5  information with regard to your preparation, and I
6  neglected to do so, but I'm just going to do that now.
7      A.  Okay.
8      Q.  We talked a little bit about your preparation,
9  with your meetings with your attorneys, but I needed to
10  ask you whether or not you discussed with anyone at
11  Oracle that you would be testifying here today?
12      A.  I mentioned it to my manager, but we didn't
13  discuss ...
14      Q.  Who's your manager?
15      A.  John Wookey.
16      Q.  I'm sorry?
17      A.  John Wookey.
18      Q.  Wookey?
19      A.  Yeah.  W-O-O-K-E-Y.
20      Q.  And did you have conversations with members or
21  people at Oracle to help you prepare or recall facts so
22  that you could testify about what was happening at
23  Oracle back in 2000/2001?
24      A.  No.
25      Q.  So -- correct me if I'm wrong -- so your

219

1  preparation for your testimony consisted of just, I
2  guess, two meetings that you referred to earlier?  One
3  for a couple of hours yesterday or the day before,
4  Monday?
5      A.  Monday.
6      Q.  And then -- what did you say? -- last week
7  sometime?
8      A.  It was either last week or the week before.
9      Q.  Was that the -- the entirety of your
10  preparation --
11      A.  Yes.
12      Q.  -- for this deposition?
13      So you indicated that you would get these
14  summaries from -- I'm not going to butcher his name --
15      A.  Prakash Deshpande.
16      Q.  Right.  In ERP.
17      Do you recall whether in the fall of 2000 or
18  the -- the first few months of 2001, whether certain
19  types of bugs were -- there was a high rate of certain
20  types -- or a lower rate of other types?  For
21  instance, if the P1s were going up in frequency and
22  maybe the P2s were going down in frequency?
23      A.  I don't recall.
24      Q.  Did those spreadsheets, kind of, detail that or
25  track that in -- withdrawn.

Fletcher, Alan  4/6/2005  9:00:00 AM

---

220

1    Did those spreadsheets or reports, kind of,
2  trend that type of information as well?
3    A.  Yes.
4    Q.  And did you -- were there any meetings that
5  were solely for the purpose of discussing, you know, bug
6  counts or the frequency of certain types of bugs and how
7  they would be fixed?
8    A.  I don't recall any.
9    Q.  M-hm.  So when you would get those reports and
10  see whatever it is they said, were you -- was -- was it
11  part of your duties to take any action at all?
12    A.  Not directly based on those reports, no.
13    Q.  So what would -- what would you use them for?
14    A.  They were used to indicate bug trends to the
15  owners of products or groups of products.
16    MR. WILLIAMS:  Okay.  I think that we should
17  end it.
18    MR. KRISS:  Okay.  Thank you.
19    THE VIDEOGRAPHER:  This marks the end of
20  Tape 3, Volume I, in the deposition of Alan Fletcher.
21    Going off?
22    MR. WILLIAMS:  Yeah.
23    THE VIDEOGRAPHER:  Going off the record, the
24  time is 5:25.
25    THE REPORTER:  Counsel, would you like a copy

---

221

1  of this transcript?
2    MR. KRISS:  We will order a copy.
3    MR. WILLIAMS:  Can you e-mail me a rough?
4    THE REPORTER:  Yes.
5    Do you need a rough also?
6    MR. KRISS:  Yes.  And we haven't waived
7  signature, so we'll have him take a look at the
8  transcript.
9    (Deposition concluded at 5:25 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

222

1    CERTIFICATE OF WITNESS
2
3    I, the undersigned, declare under penalty of
4  perjury that I have read the foregoing transcript, and I
5  have made any corrections, additions, or deletions that
6  I was desirous of making; that the foregoing is a true
7  and correct transcript of my testimony contained
8  therein.
9
10  EXECUTED this _____ day of _____,
11  20___, at _____, _____.
     (City)            (State)
12
13
14
15    _____
     ALAN FLETCHER
16
17
18
19
20
21
22
23
24
25

---

223

1    CERTIFICATE OF DEPOSITION OFFICER
2    I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly
3  authorized to administer oaths pursuant to Section
4  8211 of the California Code of Civil Procedure, hereby
5  certify that the witness in the foregoing deposition
6  was by me sworn to testify to the truth, the whole truth
7  and nothing but the truth in the within-entitled cause;
8  that said deposition was taken at the time and place
9  therein stated; that the testimony of said witness was
10  reported by me and was thereafter transcribed by me or
11  under my direction by means of computer-aided
12  transcription; that the foregoing is a full, complete
13  and true record of said testimony; and that the witness
14  was given an opportunity to read and correct said
15  deposition and to subscribe same.
16    I further certify that I am not of counsel or
17  attorney for either or any of the parties in the
18  foregoing deposition and caption named, nor in any way
19  interested in the outcome of the cause named in said
20  caption.
21    IN WITNESS WHEREOF, I have hereunto subscribed
22  by my hand this 11th day of April, 2005,
23
24    _____
     LORRIE L. MARCHANT, RPR, CSR NO. 10523
25

---

# EXHIBIT 8

Hilliard, Brooks  6/28/2007  7:49:00 PM

**Page 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re: ORACLE CORPORATION     Master File No.

SECURITIES LITIGATION     C-01-0988-MJJ (JCS)

_____/  CLASS ACTION

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

_____

Thursday, June 28, 2007

Reported by:

Leslie Rockwood

CSR No. 3462

Job No. 75262

**Page 2**

1          APPEARANCES:
2
3    For the Plaintiffs and the Witness:
4        Shawn A. Williams
         -and-
5        Mark Solomon
         -and-
6        Monique C. Winkler
         -and-
7        Daniel J. Pfefferbaum
         Lerach Coughlin Stoia Geller
8        Rudman & Robbins, LLP
         100 Pine Street, Suite 2600
9        San Francisco, California 94111
         (415) 288-4545
10
11
12   For the Defendants:
13       Patrick E. Gibbs
         -and-
14       Rees Ferriter Morgan
         Latham & Watkins, LLP
15       140 Scott Drive
         Menlo Park, California 94025-1008
16       (650) 328-4600
17
18   Also present: Elizabeth Skey
19   The Videographer: Jeff McKinney
20
21
22
23
24
25

**Page 3**

1                INDEX OF EXAMINATION
2                                    Page
3    Examination by Mr. Gibbs          6
4        by Mr. Williams            236
5
6
7
8
9
10               INDEX OF EXHIBITS
11   Number      Description        Page
12   EX 1   Declaration of Brooks L. Hilliard,   4
            CMC, CCP, 5/25/07.
13
              EX 2   Rebuttal Declaration of Brooks L.   4
14            Hilliard, CMC, CCP, 6/22/07.
15   EX 3   Email string from Don Klaiss to     168
            Mark Barrenechea, 7/09/01.
16
              EX 4   E-Business Suite High Level         174
17            Requirements document, 4/04/02,
              updated 6/06/02, Version 1.4.
18
                      --oOo--
19
20
21
22
23
24
25

**Page 4**

1        BE IT REMEMBERED that on Thursday, June 28,
2    2007, commencing at the hour of 9:33 a.m., at the Law
3    Offices of Latham & Watkins, LLP, 140 Scott Drive, Menlo
4    Park, California, before me, LESLIE ROCKWOOD, a Certified
5    Shorthand Reporter in the State of California, personally
6    appeared
7        BROOKS L. HILLIARD, CMC, CCP,
8    called as a witness by the Defendants in the
9    above-entitled action, who, having been duly sworn, by
10   the Certified Shorthand Reporter to tell the truth, the
11   whole truth and nothing but the truth, testified under
12   oath as follows:
13                   --oOo--
14       (Exhibits 1 and 2 marked.)
15       THE VIDEOGRAPHER:  Here begins Videotape
16   Number 1 in the deposition of Brooks Hilliard in Re
17   Oracle Corporation Securities Litigation in the U.S.
18   District Court, Northern District of California, San
19   Francisco Division, case number of which is C-01-0988.
20       Today's date is June 28th, 2007.  The time on
21   the video monitor is 9:33 a.m.  This deposition is taking
22   place at 140 Scott Drive, Menlo Park, California.  My
23   name is Jeff McKinney, legal videographer, here on behalf
24   of Esquire Deposition Services, located at 505 Sansome
25   Street, Fifth Floor, San Francisco, California.

Hilliard, Brooks  6/28/2007  7:49:00 PM

5

1    Would counsel and all present please identify
2    yourselves for the record.
3        MR. GIBBS:  Patrick Gibbs from Latham &
4    Watkins for the defendants.  And with us is Elizabeth
5    Skey, who is a law student working at Oracle Corporation
6    for the summer.
7        MR. MORGAN:  Rees Morgan from Latham &
8    Watkins for the defendants.
9        MR. WILLIAMS:  Shawn Williams, Lerach,
10   Coughlin, Stoia, Geller, Rudman & Robbins, on behalf of
11   Mr. Hilliard and the plaintiffs.
12       MR. SOLOMON:  Mark Solomon on behalf of the
13   witness and plaintiffs.
14       MS. WINKLER:  Monique Winkler on behalf of
15   the witness and the plaintiffs.
16       MR. PFEFFERBAUM:  Daniel Pfefferbaum on
17   behalf of the witness and the plaintiffs.
18       THE WITNESS:  And I'm Brooks Hilliard.
19       THE VIDEOGRAPHER:  Would the court reporter
20   please swear in the witness.
21       THE REPORTER:  Raise your right hand, please,
22   Mr. Hilliard.
23       You do solemnly state that the evidence you
24   shall give in this matter shall be the truth, the whole
25   truth, and nothing but the truth, so help you God.

6

1        THE WITNESS:  I do.
2        THE REPORTER:  Thank you.
3        EXAMINATION BY MR. GIBBS
4    Q.  Good morning, Mr. Hilliard.
5    A.  Good morning.
6    Q.  Did Suite 11i work when it was released?
7    A.  Did Suite 11i work when it was released?  I
8    don't know that I necessarily have all the information
9    I'd need to answer that question, but there were major
10   and significant numbers of defects at the time it was
11   released.  And they were so severe and so central to the
12   operation of the suite that it was -- if it was working,
13   it wasn't working at a level that I would consider of
14   commercially acceptable level.
15   Q.  But you can't just say "yes" or "no" to the
16   question of whether or not Suite 11i worked when it was
17   released; is that fair?
18   A.  A suite of that magnitude and complexity is
19   so large, I'm sure there must have been portions of it
20   that worked, there were portions of it that didn't work.
21   In whole, it didn't work as it was represented to.
22   Q.  Are you able to quantify how much of it
23   worked and how much of it didn't work as represented?
24   A.  No.
25       MR. WILLIAMS:  Object to the form as to work.

7

1        THE WITNESS:  No.
2    Q.  BY MR. GIBBS:  Your clients, the plaintiffs
3    in this lawsuit, have sworn under oath that Oracle knew
4    Suite 11i was so defective that it was like, quote, a car
5    without wheels, end quote.
6        Is it true that Suite 11i was so defective it
7    was like a car without wheels?
8        MR. WILLIAMS:  Objection.  Form.
9        THE WITNESS:  I haven't thought of it in
10   terms of that analogy.  It had very substantial defects
11   in central functionality.  I don't think that's an inept
12   analogy, the car without wheels.
13   Q.  BY MR. GIBBS:  Okay.  Would you agree that no
14   one can use a car that doesn't have wheels?
15       MR. WILLIAMS:  Objection.  Form.
16       THE WITNESS:  Depends on what you're using it
17   for.  There may be very limited uses you could use a car
18   without wheels for.  You could use it to listen to the
19   radio; you could use it for a lot of things that people
20   do in cars.  So I don't know necessarily that I would
21   agree that you can't use at all a car without wheels.
22   Q.  BY MR. GIBBS:  But you can't use it to
23   transport people to and from like a car with wheels;
24   correct?
25   A.  That's correct.

8

1    Q.  Can you say whether or not Suite 11i was able
2    to automate business processes when it was released?
3        MR. WILLIAMS:  Objection.  Form.
4        THE WITNESS:  I don't doubt that it was able
5    to automate some limited business processes when it was
6    released.
7    Q.  BY MR. GIBBS:  When you say "limited," are
8    you able to quantify how many business processes it was
9    able to automate and how many it was not able to
10   automate?
11   A.  No.
12   Q.  Is your opinion, in essence, that the
13   software may have worked, but didn't work very well?
14       MR. WILLIAMS:  Objection.  Form.  Are you
15   talking about the entire suite or some of the software?
16       MR. GIBBS:  I'll rephrase.
17   Q.  Is your opinion, in essence, that Suite
18   11i worked in some respects but didn't work very well?
19       MR. WILLIAMS:  Objection to form.
20       THE WITNESS:  It's my opinion that Suite 11i
21   worked in some very limited ways which were -- which
22   didn't meet the way it was represent -- there was a
23   launch announcement just before it was released, and it
24   didn't work and do what was -- it was represented to do
25   in that launch announcement.

**9**

1    Q.  BY MR. GIBBS:  Okay.  Let me get into your
2  report a little bit.  We've had premarked as Exhibits 1
3  and 2 your opening report and your rebuttal report
4  respectively.  So your opening report is Exhibit 1 and
5  your rebuttal is Exhibit 2.
6        MR. WILLIAMS:  Why don't you use this one --
7        THE WITNESS:  I believe --
8        MR. WILLIAMS:  It's premarked.
9        THE WITNESS:  I believe Exhibit 2 is not my
10  report.
11    Q.  BY MR. GIBBS:  You're right.  We'll re-mark
12  that while we're going here.
13        But Exhibit 1 is your report?
14    A.  Yes.
15        MR. WILLIAMS:  Patrick, does it make sense
16  to -- I notice that many of your questions relate to
17  Suite 11i.  And does it make sense to try and determine
18  what we're talking about, when we're talking about Suite
19  11i, so the record is clear?
20        MR. GIBBS:  I -- you know, if you have an
21  objection, make it.  I think the questions are clear.
22        MR. WILLIAMS:  All right.  I made my comment.
23  Just so you know, I think it's a concern.
24        MR. GIBBS:  Okay.
25    Q.  At page 1 of your opening report, and you

**10**

1  should refer to it if you need to, but you don't have to.
2  At page 1 of your opening report, you write that you've
3  assisted in the evaluation, selection, and implementation
4  of software that is, quote, comparable functionality
5  and complexity to those in the Oracle E-Business Suite
6  11i, end quote.
7        What software products do you consider to be
8  of comparable functionality and complexity to those in
9  Oracle Suite 11i?
10    A.  During the time period in question is I think
11  what you're asking about?
12    Q.  That's fine.  Let's start there.
13    A.  Okay.  During the time period in question, I
14  was involved in selection and implementation with clients
15  of products such as J.D. Edwards, PeopleSoft, a number of
16  vertical market -- those would be industry-oriented
17  software packages that were enterprise-wide packages for
18  specific industries that covered most of the ERP
19  functionality or similar functionality to most of the ERP
20  functionality of 11i as well as some of the CRM-type
21  functionality.
22    Q.  Do you recall which J.D. Edwards products you
23  referred to as being of comparable functionality and
24  complexity to those of Oracle Suite 11i?
25    A.  It's their basic, I think, World and One

**11**

1  World products.
2    Q.  And do you recall which PeopleSoft products
3  you referred to as being of comparable functionality and
4  complexity to Suite 11i?
5    A.  You know what?  I don't remember the name of
6  the product, but it's their ERP product that I evaluated.
7  I don't think I ever had a client install PeopleSoft, but
8  we did evaluate PeopleSoft.
9    Q.  You had clients install J.D. Edwards'
10  products?
11    A.  I did, yes.
12    Q.  And when you say "client" in this context, do
13  you mean on the consulting side?
14    A.  That's correct.  Consulting clients.
15    Q.  Not testifying in a legal dispute?
16    A.  That's correct.
17    Q.  Does the name PeopleSoft 8 ring a bell for
18  you?
19    A.  Yes.
20    Q.  Is that probably the ERP suite product that
21  you're referring to?
22    A.  Yes, I believe it is.  And I may also have
23  looked at some of the prior versions.
24    Q.  Have you ever assisted in the evaluation,
25  selection, or implementation of any SAP ERP products?

**12**

1    A.  I have looked at them briefly for clients but
2  not to any great extent.
3    Q.  Do you recall which one?
4    A.  It was the older version, not the -- I think
5  R -- I don't -- I don't recall the product rev numbers,
6  but it was the older character-based version rather than
7  the newer version.
8    Q.  That would be SAP R/3?
9    A.  I don't remember whether R/3 is the current
10  one or the prior one.
11        MR. GIBBS:  And R3 is a capital R, slash 3.
12    Q.  Was it "my SAP"?
13    A.  No, it was not.
14        MR. GIBBS:  "My SAP" is small "my," SAP all
15  caps.
16    Q.  When you say older version, do you mean the
17  one that predated "my SAP"?
18    A.  Yes.
19    Q.  In other words, was it a client server-based
20  technology?
21        MR. WILLIAMS:  Objection.  Form.
22        THE WITNESS:  It was -- I believe it was
23  their AS 400 based product, if I recall correctly.
24    Q.  BY MR. GIBBS:  The J.D. Edwards products that
25  you participated in the evaluation, selection, or

**13**

1  implementation of, were they AS 400 products?
2      A. Yes, I believe I also looked at some of the
3  UNIX versions of the products, but I think the clients
4  that I had installed them were AS 400.
5      Q. You don't believe you've ever consulted on
6  the implementation of a UNIX-based J.D. Edwards ERP
7  product?
8      A. I may have. I don't recall a specific client
9  where I did that.
10     Q. Other than looking briefly at a
11  character-based SAP product, have you ever worked with
12  any SAP ERP products?
13        MR. WILLIAMS: Objection. Form.
14        THE WITNESS: In what -- in what capacity?
15     Q. BY MR. GIBBS: Have you ever evaluated --
16  other than the one instance you've already referred to,
17  have you ever evaluated any SAP ERP products?
18     A. Yes.
19     Q. Which ones?
20     A. The -- I believe the "my SAP" and the R/3
21  product, and I believe there was one before R/3 that I
22  also looked at in a litigation context.
23     Q. Two litigation assignments involving SAP ERP
24  products?
25     A. No, just one.

**14**

1      Q. Just one. And it was "my SAP"?
2      A. It was a patent case, and two versions of the
3  SAP product were being suggested as prior art in the
4  patent case. So in order to determine whether in fact
5  they were prior art, I had to look at both of them.
6      Q. And were you offering any opinion as to the
7  quality of that software?
8      A. No.
9      Q. How long ago was that?
10     A. Last year.
11     Q. Any other instances of working with SAP ERP
12  products other than the ones you've already mentioned so
13  far?
14     A. No.
15     Q. At page 2 of your opening report, you write
16  that you've been engaged as an expert witness or a
17  consultant in more than 100 legal disputes. Can you
18  estimate how many of those engagements involved ERP
19  software?
20     A. Probably 40 -- no, ERP software, probably 20
21  of them.
22     Q. What about supply chain management, would you
23  include that in your ERP count?
24     A. I would include that in ERP because it really
25  hasn't been broken out as a separate application area for

**15**

1  all that long. So the functionality that's today called
2  supply chain management for the most part was considered
3  part of ERP up until recently.
4      Q. So that would be part of the 20 you gave me?
5      A. Yes.
6      Q. What about customer relationship management
7  software?
8        MR. WILLIAMS: Objection. Form. What's the
9  question?
10     Q. BY MR. GIBBS: The question is: Of the 100
11  legal disputes referred to at page 2 of your report, do
12  you recall how many of those involved customer
13  relationship management software?
14     A. Probably four or five. No, maybe more.
15     Q. Do you recall -- sorry.
16     A. Maybe as many as ten.
17     Q. Do you recall which CRM products were
18  involved in those cases?
19        MR. WILLIAMS: Objection. Form.
20        THE WITNESS: PeopleSoft, Siebel, J.D.
21  Edwards, modules they called CRM, as well as a number
22  of -- CRM really only has been -- like supply chain
23  management, customer relationship management really
24  hasn't been broken out as a separate category of software
25  for all that long. So prior to the end of the '90s,

**16**

1  systems, business systems -- and they weren't even always
2  called the ERP systems -- included functionality that
3  today we call CRM as part of the basic system, basic
4  enterprise system.
5        And so a number of the engagements I had
6  involved CRM functionality within a full business system,
7  although not necessarily called CRM.
8      Q. BY MR. GIBBS: Do you recall which release of
9  PeopleSoft CRM was involved in any of those cases where
10  you were engaged as an expert witness or a consultant?
11     A. No.
12     Q. What about Siebel, do you recall which
13  release of Siebel CRM software was involved in any of
14  those cases?
15     A. Not off the top of my head, no.
16     Q. And I gather the same is true for J.D.
17  Edwards?
18     A. Correct.
19     Q. In those assignments, any of them, were you
20  called upon to opine as to the quality of any of those
21  CRM products?
22     A. Yes. Yes, I was.
23     Q. Which ones?
24     A. The one that comes to mind is a PeopleSoft
25  case in Nash-- I believe it's Nashville. I don't

17

1   remember the case caption off the top of my head.
2        Q.  Do you recall what your opinion was in
3   substance?
4        MR. WILLIAMS:  I'm just going to object to
5   the extent that any of the information in that case is
6   covered by a protective order, and I'm just going to
7   instruct you to limit your answer such that you don't
8   expose yourself to any challenge with respect to
9   disclosing facts that may be confidential in that action.
10        THE WITNESS:  Thank you.
11        I was engaged by counsel for the customer of
12   PeopleSoft, and my opinion was that the software didn't
13   meet that customer's needs.  There were some quality
14   issues with that software at the time, as I recall.
15        Q.  BY MR. GIBBS:  Okay.  Did any of your other
16   assignments involving CRM software involve you giving an
17   opinion as to the quality of the software?
18        A.  Yes, I believe so.
19        Q.  What can you tell me?
20        MR. WILLIAMS:  Objection.  Form.
21        THE WITNESS:  I believe in -- I'm trying to
22   remember the details of the case.  In one case, I was
23   engaged by counsel for the vendor.  And I don't
24   actually -- I don't believe there were any quality issues
25   in that case, now that I think about it.  In --

18

1        Q.  BY MR. GIBBS:  Let me just stop you there.
2   Do you recall which vendor hired you in that case?
3        A.  Yes.  It was a company called CSC.  I wasn't
4   hired by the vendor; I was hired by counsel for the
5   vendor, which was Greenberg Traurig.
6        MR. WILLIAMS:  Was there a question?
7        MR. GIBBS:  Yeah, I paused you in the
8   middle of you identifying any other cases involving
9   testimony about the quality of CRM software.
10        MR. WILLIAMS:  But I'm just going to object
11   to the form.  I thought that the question was whether or
12   not he evaluated quality, not whether it involved
13   testimony.
14        Q.  BY MR. GIBBS:  The question is whether -- the
15   question is:  Are there any cases that you've identified
16   for me as involving CRM software in which you offered an
17   opinion about the quality of the software?
18        MR. WILLIAMS:  Objection.  Form.  There's a
19   difference between opinion and testimony.
20        THE WITNESS:  There may well have been.  The
21   details don't come to mind.
22        Q.  BY MR. GIBBS:  Okay.  Let me circle back to
23   the approximately 20 cases in which you were retained as
24   a consultant or expert witness that involved testimony
25   about ERP software.

19

1        First of all, can you tell me which vendor's
2   ERP software was involved in any of those cases?
3        A.  PeopleSoft, J.D. Edwards, Baan.  That's
4   B-a-a-n.  Oracle.  There are some other vertical market
5   industry-oriented packages.  I don't recall the names off
6   the top of my head.
7        Q.  BY MR. GIBBS:  Do you recall which Oracle
8   product was at issue in that case?
9        A.  I have been involved in a case -- I believe
10   it was eight -- it was an earlier version of Oracle.
11   There was one -- I believe there was also 11i.  There was
12   a case involving an Oracle product that had been
13   recently, the company had been recently purchased by
14   Oracle for process manufacturing software, and I think
15   the software had previously been called Datalogics.  And
16   it hadn't been integrated into the overall Oracle product
17   line at the time.
18        Q.  So I -- have you identified two Oracle cases?
19        A.  I think there are -- yes, there's Datalogics
20   and the Oracle 11i.  I think I identified eight, also.
21   I'm trying to recall what that was.
22        Also, I think I had a case involving
23   Datalogics before it was part of Oracle.
24        Q.  Okay.  Did the 11i case involve any opinion
25   value as to quality?

20

1        A.  Yes.
2        Q.  Do you recall what the gist of your opinion
3   was in that case?
4        A.  There was an ancillary issue in that case,
5   and the quality was fine.
6        Q.  Do you recall which modules were at issue?
7        A.  No.
8        Q.  What about Baan, how many cases in your
9   estimate involved ERP software from Baan?
10        A.  Three.
11        Q.  Do you recall which products?
12        A.  I think it's -- the product's just called
13   Baan.  I don't remember the revision levels.
14        Q.  And what about J.D. Edwards, would that also
15   be World and One World?
16        A.  Yes.
17        Q.  Any other J.D. Edwards products?
18        A.  No.
19        Q.  PeopleSoft, do you recall which product?
20        A.  Eight.
21        Q.  Did any of the Baan cases involve an opinion
22   from you as to the quality of the software?
23        A.  I think they all did.
24        Q.  Do you recall the gist of your opinions --
25   let me ask it a different way.

21

1            Actually, let me just work with this.  J.D.
2 Edwards, did any of those cases involve an opinion from
3 you as to the quality of the software?
4            A.  Well, you know, maybe I should clarify all of
5 these, that when I'm commenting on the quality of the
6 software, it's the quality of the software for the
7 specific application that the software was being -- had
8 been sold to do and was being used for.  I don't know
9 necessarily that I ever, in any case, previously had
10 evaluation of the software overall with respect to all of
11 its functionality.  Each case involved a specific buyer
12 of -- or customer of the software vendor, be it Baan or
13 J.D. Edwards or PeopleSoft or whomever.  Or Oracle or
14 whomever.  And what I was looking at was the quality of
15 the functionality that was delivered -- and this applies
16 to the CRM as well -- to that customer and how that
17 functionality worked based on what it had been
18 represented to do.
19            So I don't know that in any case I
20 necessarily had opinions on the overall quality of the
21 product as a whole.  I don't believe I ever did.  It was
22 just on the quality of specific functionality of the
23 product for the particular instance and circumstances
24 that were involved.
25            Q.  Okay.  I appreciate that clarification.

22

1            A.  Now, do you want to come back to the -- you
2 were asking me about J.D. Edwards?
3            Q.  Not just yet.  I want to move to a slightly
4 different topic.  But before I do, I want to get a little
5 bit of terminology straight.
6            A.  Certainly.
7            Q.  We talked about ERP as a category.  We've
8 talked about CRM as a category.  If I refer to both of
9 those categories generally as enterprise application
10 software, will you understand it that way?  Does that
11 make sense to you?
12            A.  Yes.
13            MR. WILLIAMS:  Is that going to be throughout
14 the remaining portion of the deposition?
15            MR. GIBBS:  Yes.  When I use the term
16 "enterprise application software," I mean that to include
17 ERP and CRM.
18            MR. WILLIAMS:  Okay.
19            THE WITNESS:  I believe I used that
20 terminology in my report.
21            Q.  BY MR. GIBBS:  Okay.  Have you ever testified
22 that any enterprise application software comparable to
23 Suite 11i was integrated as you define that term in your
24 report?
25            MR. WILLIAMS:  Objection.  Form, ever.

23

1            THE WITNESS:  I believe I probably have, yes.
2            Q.  BY MR. GIBBS:  Do you recall which one?
3            A.  I believe with respect to the J.D. Edwards
4 software, that for the functionality that was being used,
5 it was integrated in almost all respects and usable in
6 almost all respects.  However, there were a few critical
7 integration flaws.  But overall, for the functionality
8 that it had been bought for, most of the integration in
9 fact did exist and worked.
10            Q.  Do you recall which J.D. Edwards product that
11 was?
12            A.  One World, I believe.
13            Q.  Do you recall which release of One World?
14            A.  No.
15            Q.  Do you recall how long One World had been on
16 the market at the time you gave that opinion?
17            MR. WILLIAMS:  Testimony?
18            MR. GIBBS:  Yes.
19            THE WITNESS:  I don't know the original
20 release date of One World.  So, no, I don't.
21            Q.  BY MR. GIBBS:  Do you recall when that
22 testimony was?
23            A.  Can I refer to my report?
24            Q.  Of course.
25            A.  It would have been a bit over four years ago.

24

1            Q.  But not much?
2            MR. WILLIAMS:  Objection.  Form.
3            THE WITNESS:  I think between four and five.
4            Q.  BY MR. GIBBS:  Okay.  Have you ever testified
5 that any enterprise application software comparable to
6 Suite 11i was not integrated in the way you've defined
7 that term in your report?
8            A.  I've testified that specific functionality
9 that was represented to be integrated was not integrated,
10 yes.  In the same case.
11            Q.  Any others?
12            A.  Probably.
13            Q.  Can you think of any instance in which you've
14 testified about the lack of integration as a whole as
15 opposed to specific functionality?
16            A.  I don't recall any case where I testified to
17 the lack of integration as a whole.
18            Q.  Okay.  And what about offering an opinion as
19 opposed to testifying?
20            A.  I don't have perfect recall.
21            Q.  Understood.  I don't, either.
22            A.  I don't believe I've ever offered an opinion
23 that some suite of modules was -- for all practical
24 purposes, previously, offered an opinion that a suite was
25 for all practical purposes not integrated and should have

25

1 been.

2     Q. All right. Have you ever offered an opinion

3 that any enterprise application software comparable to

4 Suite 11i was either available or of commercial quality

5 as you have used those phrases in your report?

6     A. Yes.

7     Q. Which products?

8     A. Well, there's an ongoing case relating to

9 Baan where I haven't yet rendered an opinion, but I found

10 nothing to indicate that it was not of commercial

11 quality, and there have been some others where the

12 software has been of commercial quality, as I've defined

13 it. I don't recall the details off the top of my head.

14     Q. The case involving Baan, do you recall what

15 release of the software is involved?

16     A. It's ongoing. I'm a non disclosed witness on

17 that one at this time, and I really can't tell you any

18 more about it.

19     Q. Have you ever offered an opinion that any

20 enterprise application software comparable to Suite 11i

21 was not available or not of commercial quality, as you

22 have used those terms in your report?

23     MR. WILLIAMS: Objection. Form.

24     THE WITNESS: And once again, I should go

25 back and say this applies to my prior answer as well.

26

1 Every situation is a specific situation regarding

2 specific customers and specific uses of the software, and

3 I have, with respect to J.D. Edwards and PeopleSoft and

4 Baan, among others, rendered an opinion that for the

5 particular use it was put to, or on the particular

6 platform it was delivered, that it was not of commercial

7 quality.

8     Q. BY MR. GIBBS: Have you ever offered an

9 opinion on the stability of any enterprise application

10 software comparable to Suite 11i?

11     MR. WILLIAMS: Objection. Form.

12     THE WITNESS: Yes.

13     Q. BY MR. GIBBS: Which products?

14     A. Baan, PeopleSoft, J.D. Edwards, some others.

15     Q. Okay. Can you tell me which release --

16 strike that.

17     In any of those cases, did you offer an

18 opinion that the software was stable, as you have defined

19 that term?

20     A. Yes.

21     Q. Which?

22     A. In the specific instances that I've mentioned

23 thus far, I don't think in any of those I offered an

24 opinion indicating it was stable. But with regard to the

25 CSC product and with regard to some other vertical

27

1 industry-oriented -- vertical market packages, I believe

2 I offered an opinion or stated an opinion, either

3 testified or had an opinion that the software was

4 stable --

5     Q. And --

6     A. -- for specific uses.

7     Q. Okay. In the instances where you testified

8 that the software was stable, were you hired by counsel

9 for the software vendor?

10     A. Yes. Or the implementer.

11     Q. But you don't recall which products other

12 than CSC?

13     A. There was a small product developed by a

14 company called Sunbelt Systems. You know, I'd have to go

15 back to look at my records to answer that question. But

16 there was -- there have also been situations where I've

17 been called in by potential -- by law firms who were

18 potential clients for -- in litigation with software

19 vendors, where after a preliminary look at what they felt

20 the failings of the software were, that I recommended to

21 them that I didn't necessarily agree that either the

22 stability or the functionality or the quality was an

23 issue, and that I thought they ought to settle or handle

24 the matter in some other way because I didn't think that

25 they had quality or stability or other issues. And I

28

1 wasn't hired.

2     Q. Let me set aside issues of offering opinion

3 or offering testimony and focus instead just on your

4 knowledge of the enterprise application industry as a

5 whole.

6     A. Certainly.

7     Q. Are you aware of any enterprise application

8 suite comparable to Suite 11i that was integrated or

9 interoperable, as you have defined those terms, within

10 the first year of its release?

11     MR. WILLIAMS: I'm just going to object to

12 the form of the question. There's a lot in there,

13 Patrick, and I don't think that he has referred to the

14 terms "integrated" and "interoperable" in his report in

15 the way that you've phrased the question. So I just want

16 to caution the witness and object to the form of the

17 question because it's -- it's vague and ambiguous. And

18 I'll just leave it at that.

19     Q. BY MR. GIBBS: Do you have the question in

20 mind?

21     A. Could you repeat the question.

22     MR. GIBBS: Would you reread it, please.

23     (The record was read by the reporter as

24     follows:

25     "QUESTION: Are you aware of any enterprise

29

1  application suite comparable to Suite 11i
2  that was integrated or interoperable, as you
3  have defined those terms, within the first
4  year of its release?")
5  MR. WILLIAMS:  Objection.  Form.
6  THE WITNESS:  I haven't really given much
7  thought to that question prior to this moment in that I
8  didn't consider that to be relevant to the issues of my
9  opinions that I have offered in this case.  So I don't
10  know that I have an off-the-top-of-the-head answer to
11  that.
12  Q. BY MR. GIBBS:  Okay.  Again, setting aside
13  issues of testimony or offering opinions in cases,
14  focusing on your knowledge of the industry, are you aware
15  of any enterprise application suite comparable to
16  Suite 11i that met the definition of available or of
17  commercial quality, as you have used those terms in your
18  report, during the first year after its release?
19  MR. WILLIAMS:  Objection.  Form.
20  And it kind of goes back to the question I'd
21  asked you earlier, Patrick, in terms of the usage of the
22  word "suite" and making sure that we're all on the same
23  page and the witness is clear on what you're talking
24  about.  But you don't have to clarify.  I'm just going to
25  object to the form.

30

1  Q. BY MR. GIBBS:  Do you understand the
2  question?
3  A. I think so.
4  At the launch of Oracle -- the Oracle 11i
5  suite, Mr. Ellison made the point that there was nothing
6  comparable to it or nothing that does the same -- has the
7  same breadth of functionality to it that Oracle was
8  representing that 11i had.  I have certainly seen
9  enterprise software for specific industries, including
10  specific types of manufacturing, including specific
11  service industries, professional service industries and
12  others, which the software was certainly -- I've
13  evaluated such software for consulting clients where the
14  software was stable, functional, of commercial quality,
15  and available within the first year after delivery and
16  integrated among its enterprise-wide modules during the
17  first year after delivery.  Yes, I've seen that, many
18  times.
19  Q. Let me ask about some specific products.  Do
20  you have a view as to whether SAP R/3 was either
21  available or of commercial quality, as you have defined
22  those terms, within the first year after its release?
23  A. I don't.
24  Q. Do you have a view as to whether or not "my
25  SAP" was either available or of commercial quality, as

31

1  you've defined those terms, during the first year after
2  its release?
3  A. I don't.
4  Q. What about PeopleSoft 8, do you have a view
5  as to whether or not that product was either available or
6  of commercial quality, as you've defined those terms,
7  after the first year after its release?
8  A. I know that some function -- I had an opinion
9  that some functionality of PeopleSoft 8 was not of
10  commercial quality during the first year after its
11  release.  But that would not be an overall view of the
12  entire product.
13  Q. Okay.  And I want to switch to a slightly
14  narrower category and ask you about Siebel 7, which I
15  understand to be a CRM suite, a group of CRM-only
16  products.  Is that consistent with your understanding of
17  Siebel 7?
18  A. It is.
19  MR. WILLIAMS:  Objection.  Form.  Have we
20  mentioned Siebel 7 earlier today?
21  MR. GIBBS:  I mentioned it, yes.
22  MR. WILLIAMS:  Siebel 7?
23  MR. GIBBS:  Siebel 7.
24  THE WITNESS:  I believe -- I don't recall any
25  mention -- I remember a mention of Siebel, not of

32

1  Siebel 7.
2  Q. BY MR. GIBBS:  That may be.  In any case, do
3  you understand Siebel 7 to refer to a suite of CRM
4  products offered by Siebel?
5  MR. WILLIAMS:  Objection.  Form.
6  THE WITNESS:  Yes.
7  Q. BY MR. GIBBS:  And do you have a view as to
8  whether or not Siebel 7 was either available or of
9  commercial quality, as you have defined those terms,
10  during the first year after its release?
11  A. No.  No --
12  Q. No, you don't --
13  A. No, I do not.
14  Q. What about J.D. Edwards World or One World,
15  do you have a view as to whether or not those products
16  were either available or of commercial quality, as you've
17  defined those terms, within the first year after their
18  release?
19  A. I have stated opinions with regard to One
20  World for certain usages, that it wasn't, but that was
21  not necessarily an opinion that would apply to One World
22  comprehensively on all platforms and all usages.  So I
23  don't have an opinion -- a broad opinion of that nature.
24  Q. And what about Baan -- first of all, you
25  understand Baan to have offered an ERP suite at various

33

1  points in time.
2      A.  Yes.
3      Q.  Correct?
4      A.  Yes.
5      Q.  And that ERP suite was not designed for any
6  particular specific industry, was it?  It was a general
7  suite available for various kinds of businesses?
8      MR. WILLIAMS:  Objection.  Form.
9      Q.  BY MR. GIBBS:  Is that fair?
10      A.  Are you asking what usage it was suitable for
11  or what usages it was sold into?
12      Q.  The latter.  Let me rephrase.
13      A.  Okay.
14      Q.  Do you understand the Baan ERP suite to have
15  been offered as an industry specific solution or as a
16  general ERP suite?
17      MR. WILLIAMS:  Objection.  Form.  Which Baan
18  suite are we talking about?
19      THE WITNESS:  The latter.  A general industry
20  suite for a wide range of industries.
21      Q.  BY MR. GIBBS:  Do you have a view as to
22  whether Baan's ERP suite was either available or of
23  commercial quality, as you have defined those terms,
24  within the first year after its release?
25      A.  I do not.  And there are multiple releases of

34

1  Baan.  I don't recall the release numbers.  I don't have
2  a particular opinion on any of the individual releases.
3      Q.  Let me switch gears a little bit and ask you
4  a little bit about your process.
5      A.  Certainly.
6      Q.  At page 9 of your opening report, you write
7  that when rendering an opinion in legal matters, you,
8  quote, use a rigorous and standardized methodology, end
9  quote.
10      Can you describe that rigorous and
11  standardized methodology for me?
12      A.  Certainly.  I'd be happy to.
13      It is basically the same methodology that I
14  use as a consultant.  And perhaps to explain that, I need
15  to give you a little background on my consulting
16  practice.  Most of my consulting, I am a consultant to
17  customers for software, either when I first started this
18  in the early '80s, sometimes it was first-time buyers of
19  business software, and certainly from the mid-'80s
20  onward, and now, it's always buyers that are looking to
21  either -- are considering whether to upgrade their
22  existing software or to convert to new software.
23      And my practice, consulting practice in
24  working with them deals with the entire spectrum from
25  helping them define their needs through the

35

1  implementation and making sure that the software comes up
2  and performs as we expected it would when we contracted
3  for it.
4      Now, the process that I use in expert
5  engagements is essentially the same as the process that I
6  use and that literally hundreds or thousands of other IT
7  consultants use in the selection of software.  It starts
8  with looking at needs, it then goes into evaluating
9  specific vendors' suitability to that needs, evaluating
10  it in depth.  It goes through the contracting process for
11  the selected vendor of the software, and then follows
12  through the implementation process to make sure that the
13  commitments and -- that were made during the sale
14  procedure are followed through during the implementation.
15      And when issues arise, as they almost
16  inevitably do -- although I've certainly had a couple of
17  clients where no substantive issues arose -- making sure
18  that they get resolved quickly so that the implementation
19  can be completed successfully.
20      Now, I apply that same process that, as I
21  say, hundreds or thousands of other IT consultants do
22  around the world, to the expert engagements.  However,
23  because the consulting engagements are a prior to
24  implementation activity, certain types of analysis are
25  available then that are not available in the litigation

36

1  context, which takes place in almost every situation
2  after a decision has been made in a -- and an
3  implementation has begun or it is ongoing.
4      So -- but basically I look at the same
5  issues.  I look at the vendor qualifications, I look at
6  the software reliability, I look at references, I look at
7  demo -- demonstrations of the software.  I talk to users
8  of the software in the consulting environment.
9      In the litigation environment, I look at
10  those exact same types of issues.  However, in the
11  litigation environment, I have to look at them through
12  the documentation of them rather than through the --
13  being able to do them prospectively by talking to the
14  individuals.  Same thing for the implementation.
15      In the consulting context, I do the -- the
16  implementation is actually working with the individuals
17  from my client, who would be the customer, and the
18  individuals from the vendor to resolve problems.  In a
19  litigation context, it's the exact same issues, the exact
20  same things I'm looking at, but in general, I'm looking
21  at them from a -- the documentation of what went on
22  situation rather than being able to see it live.
23      Q.  Let me talk a little bit about -- ask you a
24  little bit about the consulting side, if I may, and get a
25  little more detail.

37

1     A.  Certainly.

2     Q.  You talked about a process of defining needs

3  for the customer.

4     A.  That's correct.

5     Q.  When you do that in a consulting context, I

6  take it you usually talk directly to the customer;

7  correct?

8     A.  The company that will be the customer, the

9  software is my client.  So I wind up talking

10  directly to the customer.

11     Q.  And you elicit their needs by talking to

12  them; correct?

13     A.  That's correct.

14     Q.  You didn't talk to any customers in

15  connection with forming your opinion in this case, did

16  you?

17     A.  No, I did not.

18     Q.  In the implementation process on the

19  consulting side, do you actually observe the software as

20  its operating during the implementation process?

21     A.  Sometimes.  Sometimes I'm there for

22  milestones that might be tests of the software, might be

23  an acceptance test -- a final acceptance test of the

24  software.

25     In most cases -- well, yeah, some cases I'm

38

1  actually observing live demonstrations of the progress of

2  the implementation.  Other times, it's just discussion of

3  that.

4     Q.  And the discussion of that, I take it is

5  discussions that you have with people who have observed

6  the software operating at the client's business?

7     MR. WILLIAMS:  Objection.  Form.

8     THE WITNESS:  The discussions would be with

9  the -- my clients who would be the buyers and the

10  implementers and sometimes the managers of the

11  implementers, sometimes the senior managers of the

12  software company or of the implementation company.

13     Q.  BY MR. GIBBS:  And some or all of those

14  people would have observed the software operating at the

15  client's business; correct?

16     A.  That's correct.

17     Q.  You didn't observe Suite 11i actually

18  operating at a client site in the course of forming your

19  opinions in this case; correct?

20     A.  I basically did the same thing from

21  documentation on both sides, the pre-sale and the

22  implementation.  I looked at the same issues.  I did the

23  same things.  I analyzed the same types of issues in both

24  cases.

25     In this case, it was after the fact, and I

39

1  did it from documentation.  So I didn't talk to

2  individual implementers or customers who were involved,

3  but it's the same thing, same process.

4     Q.  I don't think I got an answer to my question.

5  So let me try to clarify.

6     A.  I'm sorry, I did try to answer the question.

7  I'm sorry if I wasn't clear.

8     Q.  I appreciate that.

9     You did not physically observe anyone

10  operating Suite 11i software in the course of forming

11  your opinions in this case; is that correct?

12     A.  Yes, I believe I did say that in the course

13  of my other answer, but if it was not clear, I apologize.

14     Q.  And you did not speak directly to anyone who

15  has operated Suite 11i software in the course of forming

16  your opinions in this case; is that correct?

17     A.  That's correct.

18     Q.  Did you speak directly to any Suite 11i

19  reference customers in the course of forming your

20  opinions in this case?

21     MR. WILLIAMS:  Objection.  Form, to reference

22  customers.  What does that mean?

23     Q.  BY MR. GIBBS:  Do you understand the

24  question?

25     A.  I'm not sure how you're distinguishing

40

1  reference customers from customers in general, which I

2  believe you already asked me about.

3     Q.  Okay.  When we were talking about the work

4  you do on the consulting and implementing side, you said

5  you speak to references.  That's what I'm referring back

6  to.

7     So, first of all, what did you mean by

8  speaking to references in the context of your consulting

9  and implementation engagements?

10     A.  I'll explain that.  In the -- in the

11  consulting context, it is references that would be

12  supplied by the vendor.  And by "references," I mean

13  other users of the software in question or other users

14  that I might know of personally or that I was referred to

15  either by some contact of mine or perhaps by one of the

16  references that the vendor gave me.

17     Sometimes I'll ask those references to give

18  me names of other folks that they know who might be using

19  the software.

20     And so if you're distinguishing -- in this --

21  in those cases, in the consulting environment, I'm

22  dealing with a specific customer or potential customer

23  for a software package, and the references would be other

24  users.  And in much of the -- of the litigation would

25  deal with a specific user's allegations about the

41

1    software.
2         In this particular litigation, since it deals
3    with the product as a whole, the customers are all
4    customers, and I don't know that there's a distinction
5    between reference customers in the context of this case
6    and customers in general.
7         Q.  Okay.  And I think this is implied in your
8    prior answer, but I don't think I've asked directly.  So
9    let me do that.
10        A.  Certainly.
11        Q.  In the course of forming your opinions in
12   this case, you did not speak directly to any Suite 11i
13   customers; is that correct?
14        A.  That's correct.
15        Q.  In the course of forming your opinions in
16   this case, you did not view any demonstration of
17   Suite 11i software; is that correct?
18        MR. WILLIAMS:  Objection.  Form.
19        THE WITNESS:  As I explained to you before, I
20   did it all from documentation.  So, no, I did not see
21   demonstrations, but I read about the -- seeing a
22   demonstration -- I don't know that it would have been,
23   for instance, possible to see a demonstration of the
24   revisions of 11i today in a customer environment because
25   I don't believe that there are likely to be many, if any,

42

1    customers of versions 1, 2, or 3 of 11i that are still
2    using it unless they were so highly customized that they
3    couldn't move forward, in which case they wouldn't be
4    good examples for this case, anyway.
5         And doing a demonstration and seeing a
6    demonstration without actual live customer data would
7    have been useless.  So I didn't look at a demonstration
8    because it wouldn't have been possible.
9         Q.  BY MR. GIBBS:  When you do consulting work
10   and implementation work for clients, I think you said you
11   view demonstrations of the product; is that correct?
12        A.  That's correct.
13        Q.  And you actually physically attend those
14   demonstrations; is that correct?
15        MR. WILLIAMS:  Objection.  Form.  I think he
16   said at times.
17        THE WITNESS:  I did say "at times," but most
18   times I do in fact view demonstrations of the version of
19   the product that my client would be intending to purchase
20   and implement.  And I view those demonstrations -- I
21   might view those demonstrations provided by vendors.  I
22   might also view demonstrations at customers who are using
23   that version of the software in live use.
24        Q.  BY MR. GIBBS:  In the course of forming your
25   opinions in this case, did you speak directly to any

43

1    consultants who had worked on implementing Suite 11i?
2         A.  Not in forming my opinions in this case, no.
3         Q.  So you haven't relied on any such
4    conversations in forming your opinions in this case?
5         MR. WILLIAMS:  Objection.  Form.  He said he
6    didn't speak to anyone so -- directly.  So with respect
7    to your question, it's argumentative.
8         THE WITNESS:  I haven't relied on any.  If I
9    had, it would be noted in the report.
10        Q.  BY MR. GIBBS:  Okay.  I was hoping so, but I
11   just wanted to make sure.
12        You write that your methodology follows all
13   industry accepted guidelines.  What industry accepted
14   guidelines are you referring to?
15        A.  The -- there isn't an industry of expert
16   analysis of software.  So the industry guidelines that I
17   follow are those practices that are common among IT
18   consultants who do the type of systems and software
19   evaluation consulting that I do.  And I attend -- I've
20   attended meetings of such consultants, I talk to them
21   frequently.  I don't know that there are any codified
22   guidelines, but these are the -- the procedures I use are
23   the same as the procedures that -- that, as I say,
24   hundreds or thousands of other consultants that do the
25   same type of business consulting that I do use.  So those

44

1    are the guidelines that I follow.
2         Q.  If I wanted to find out what those guidelines
3    say, where would I look?
4         MR. WILLIAMS:  Objection.  Form.
5         THE WITNESS:  I don't know if there's a
6    reference book that -- that -- or a reference source that
7    gives them.  I've been doing this since the early '80s.
8    There's hardly anybody in practice today that's been
9    doing it as long as I have.  I mean, I'm sure there are
10   some.  But my methods and procedures, as I say, I've
11   developed by working with others who have been -- who
12   were doing it then, and by consulting with others who
13   have been doing it in the time from the early '80s to
14   now.
15        I don't know that there is a reference source
16   that you could go to.  There may well be.  But I'm
17   probably one of the senior people in that industry right
18   now.  I don't need a -- have a need of consulting
19   reference sources on how to do the consulting.  I've done
20   over 200 engagements on...
21        Q.  At page 6 of your opening report, you write
22   that in order to form the opinions expressed in the
23   report, you reviewed the, quote, relevant pleadings.
24   Which pleadings did you deem to be relevant?
25        A.  I read the Complaint and the response and

45

1   several others that dealt with the -- and I don't recall
2   how many or which ones, that dealt with the issues
3   relating to my opinions.
4           There are a lot of procedural -- I presume
5   there are a lot of procedural pleadings and pleadings.
6   It's my understanding there are a lot of financial issues
7   in this matter that I'm not involved in, and there may
8   well be pleadings that are specifically related to those.
9           So I can't give you other than the Complaint
10  and response an off-the-top recollection of what I've
11  read.
12      Q.  How did you decide which pleadings were
13  relevant?
14      A.  I asked counsel, Mr. Williams, to provide me
15  with any pleadings that related to the issues that he had
16  assigned me to evaluate.  And I read those.
17      Q.  And did you -- in the course of requesting
18  those pleadings, did you define the issues or was it just
19  understood?
20          MR. WILLIAMS:  I'm going to instruct the
21  witness not to answer or discuss any conversations that
22  he had with counsel for plaintiffs concerning his
23  engagement.  If you can ask the question another way to
24  get what you need, I think there is a way to do it.
25      Q.  BY MR. GIBBS:  You said you asked -- well,

46

1   let me -- you reviewed the pleadings you were given; is
2   that fair?
3       A.  I was given an assignment, which I have
4   explained in this report (indicating), of what to
5   evaluate in my declaration.  I asked for the pleadings
6   relevant to the assignment that I was given, and I read
7   the pleadings that I was supplied with that were deemed
8   relevant to that assignment.
9       Q.  You also write that you reviewed, quote,
10  numerous documents, end quote.
11      A.  Yes.
12      Q.  Which documents did you review?
13      A.  I had --
14          MR. WILLIAMS:  Apart from the hundred -- how
15  many exhibits are attached to his report?
16          MR. GIBBS:  That's fine.  Why don't we start
17  there.
18      Q.  Did you review any documents outside of the
19  ones specifically referenced in your reports?
20      A.  Yes.
21      Q.  Okay.  Which ones?
22      A.  I had -- I can't tell you because I had
23  access -- well, I have, I think, like eight boxes of
24  bankers' boxes of documents in my office.  I have
25  numerous depositions in electronic form.  Some of -- that

47

1   I've reviewed.  And I had access to a database of all the
2   Bates numbered documents that have been produced in this
3   case up through yesterday.
4           And I have used a software product called
5   Concordance to search those documents for specific terms,
6   search terms, and I've looked at numerous documents, some
7   of which were relevant to my opinions, but perhaps
8   duplicative of documents that are listed here.  Some of
9   which were maybe met the search term but weren't relevant
10  to the issues that are addressed in my opinions.
11          But basically, I've had -- you know, I've
12  read depositions and I've reviewed and had access to the
13  full scope of documents that have been produced, and I
14  can't tell you how many or which ones I've looked at, but
15  it's been thousands.
16      Q.  Did you rely on any documents not identified
17  in your reports in forming your opinions in this case?
18          MR. WILLIAMS:  Objection.  Form, rely.
19          THE WITNESS:  Many of the documents that are
20  referenced in my report appear numerous times in the --
21  among the Bates numbered documents.  The ones that I
22  originally read may not have been the ones with the same
23  Bates numbers as the Bates numbers that are indicated in
24  the report.  They're the same document.  And in some
25  cases, I went back and said, hey, I've got to refind that

48

1   document that I recall says such-and-such.
2           So for all practical purposes, the documents
3   that I used to form my opinion and that I relied on to
4   form my opinion are the documents and solely the
5   documents that are listed in my report.  Not all of them
6   are Bates numbered documents.  There are some other --
7   there are articles and so forth.  I think there are some
8   websites that I used that are also referenced in my
9   report.
10          I did some Internet searching.  If I relied
11  on the product of any of that in forming my opinion, it's
12  specifically listed and referenced in the report.
13      Q.  In the course of reviewing materials before
14  forming your opinions, did you see any evidence of any
15  customers who were happy with Suite 11i?
16          MR. WILLIAMS:  Objection.  Form.
17          THE WITNESS:  I saw references to happy
18  customers or customers that had levels of satisfaction
19  that were maybe mixed but more are happy than unhappy.
20      Q.  BY MR. GIBBS:  But if you relied on any of
21  those documents in forming your opinion, it would be
22  cited in your report?
23      A.  In the cases where I looked at those, and
24  some of the documents cited in my report are indications
25  of customers that had mixed appraisals of the product and

49

1  that are cited. If I saw documents that indicated solely
2  a positive appraisal, I had to evaluate those documents
3  in relation to the others and determine whether -- which
4  was more convincing to me.
5        And as I said, the ones that I used in my
6  report are the ones that I relied on. Some of those
7  have, as I say, a mixture of positive and negative
8  appraisals.
9        MR. WILLIAMS: Counsel, whenever you're ready
10  or finish your line, do you mind if we take a short
11  break?
12        MR. GIBBS: Okay.
13      Q. So is it fair to say that if there are
14  documents that have been produced to plaintiffs that
15  reflect customers with some level of happiness or
16  satisfaction with Suite 11i, and they're not cited in
17  your report, you either didn't see them or you found them
18  not convincing enough to rely upon in forming your
19  opinion?
20        MR. WILLIAMS: I'm going to object to form.
21  Same issue with the word "rely."
22        THE WITNESS: I think that covers it. There
23  may be -- there may be another category. I mean, I
24  looked at lots of documents. Some weren't relevant. So
25  I don't know that -- I think, for the most part, the

50

1  category -- are the two categories you gave. I either
2  didn't find them convincing or didn't see them. I think
3  for the most part, that covers it, but there might be a
4  third category.
5      Q. BY MR. GIBBS: Can you identify for me the
6  documents that you saw reflecting customers who were
7  satisfied or happy with Suite 11i but that you found not
8  convincing?
9      A. We'd have to go through -- the easiest way to
10  do that would be to go through all the documents that are
11  referenced in my report, and certainly in going through
12  them, we could pick out those that have indications of
13  satisfied customers. I can't tell you that off the top
14  of my head.
15      Q. Can you tell me what criterion you used to
16  decide whether or not you found those documents to be
17  convincing?
18      A. I looked at -- I can tell you some of the
19  criteria. I'm not sure I can tell you all of them off
20  the top of my head. But I looked at the stage of
21  implementation or the stage in the sales and
22  implementation process they were at.
23      Very often, you have satisfied customers
24  immediately after the sale, during the period of
25  preparing to implement where they haven't started to

51

1  implement, might be very satisfied, but that might not be
2  relevant because the opinions don't deal with that period
3  in the customer lifecycle because they deal with how the
4  software performed once it was actually being implemented
5  or attempting to be implemented.
6      I looked at the breadth of the applications
7  that those customers were implementing. If, for
8  instance, they were only implementing one module, I
9  didn't consider that to be particularly convincing
10  because there's no integration of one module within
11  itself. That integration doesn't enter there.
12  Integration enters with module -- one module talking to
13  another module. And in fact, even if there were only
14  maybe a few modules but all within ERP or a few modules
15  all within two or three within CRM, if they were happy, I
16  wouldn't necessarily have considered that to be relevant
17  because it doesn't deal with the issues that my opinions
18  offer. There may have been other criteria.
19      Q. But you can't tell me that?
20      A. Those are the ones that come to mind
21  immediately. If others come to mind, I'll let you know.
22      Q. Okay. Again, if I wanted to recreate the
23  analysis that you went through by looking at the specific
24  documents that you reviewed and rejected as not
25  convincing, how would I go about doing that?

52

1        MR. WILLIAMS: Objection. Form.
2        THE WITNESS: We'd have to look at something.
3  You know, I could explain as we looked at them. If you'd
4  like to show me some documents, that would be fine.
5      Q. BY MR. GIBBS: Let's break that down a little
6  bit. First of all, how would I go about identifying the
7  documents that you reviewed and rejected as not
8  convincing enough to take into account in forming your
9  opinion?
10        MR. WILLIAMS: Hold on a second. I'm going
11  to object to the form and go back to the initial
12  objection of rely. You just said that he rejected them
13  such that he would not take them into account in forming
14  his opinion. He never testified to that. You asked him
15  if he relied on certain documents to form his opinion.
16  There's a difference between taking them into account and
17  deciding, you know, whether or not they're going to be
18  useful to rely upon and actually relying upon them.
19      So it goes back to multiple objections to the
20  form of the question. I think they're vague and
21  ambiguous, and the record's not going to be clear for
22  what either one of us wants to later.
23        MR. GIBBS: We could have saved a fair amount
24  of time by just pointing out the "relied upon" versus
25  "took into account." So let me rephrase.

53

1      Q. How would I go about identifying the

2  documents that you reviewed and rejected as not

3  convincing enough to rely upon in forming your opinion?

4      A. But did take into account?

5      Q. Fair enough.

6      A. I don't know.  I mean, we'd have to look at

7  all the documents -- I -- we'd probably have to look at

8  all of the Bates numbered documents that have been

9  produced one-by-one.  I could tell you to the best of my

10  recollection whether I'd ever seen it before, and if to

11  my recollection I had seen it but chose not to reference

12  it in my report, I could tell you why.  But, I mean, it

13  was -- since the documents that I reviewed and took into

14  account but didn't rely upon were found using a database

15  search, I didn't -- I don't recall all the search terms I

16  used, and it took me a while to -- to be able to do the

17  searching with any degree of success because I wasn't

18  used to using the Concordance tool prior to this.

19      So I have no idea how I could recreate all of

20  the documents that I saw, took into account, but didn't

21  reference as being ones that I relied on.

22      MR. GIBBS:  Now is a fine time for a break.

23      MR. WILLIAMS:  Thank you.

24      THE VIDEOGRAPHER:  This concludes Videotape

25  Number 1 in the deposition of Brooks Hilliard.  Going off

54

1  the record, the time is 10:55.

2      (Recess.)

3      THE VIDEOGRAPHER:  This is the beginning of

4  Videotape Number 2, Volume 1 in the deposition of Brooks

5  Hilliard.  We're on the record.  The time is 11:09.

6      Q. BY MR. GIBBS:  We're back, Mr. Hilliard.

7  Before we broke, I was asking you about whether you had,

8  in your review of materials, seen evidence of customers

9  who were happy or satisfied with Suite 11i.  I want to

10  switch gears here a little bit and ask you a different

11  question.

12      In the course of reviewing materials before

13  forming your opinions in this case, did you see any

14  evidence that any customers successfully implemented

15  Suite 11i?

16      MR. WILLIAMS:  Objection.  Form.

17      THE WITNESS:  By implemented Suite 11i, do

18  you mean implemented a substantial number of modules

19  crossing both ERP and CRM or just successfully

20  implemented a limited number, one or two modules within a

21  particular portion of 11i?

22      Q. BY MR. GIBBS:  Let's break it down.  Did you

23  see any evidence of any customers who successfully

24  implemented one module of Suite 11i?

25      A. I saw accounts claiming that there were

55

1  customers successfully implementing a single module of

2  11i.  I don't recall whether those accounts were of

3  customers who did it within the class period or outside

4  of the class period.  But I did see some, yes.

5      Q. Do you recall how many?

6      A. No.

7      Q. And to the extent that any such evidence is

8  not cited in your report, but you saw it, I take it

9  that's because you didn't deem it to be convincing?

10      A. Convincing probably isn't the right

11  description, I think.  I considered a lot of things that

12  I didn't reference in the report.  A lot of the

13  information of that nature may not have been relevant to

14  the specific opinions that I rendered as convincing or

15  unconvincing, as it might be.  The opinions I rendered

16  may not have -- they may not have been relevant to those

17  opinions.

18      Q. In the course of reviewing materials before

19  forming your opinions in this case, did you see any

20  evidence of any customers successfully implementing more

21  than one module in Suite 11i?

22      A. I saw third-party accounts of 11i customers

23  who were, by the third party who wrote about them,

24  described as having implemented maybe two or sometimes

25  three related modules.  But I don't recall seeing -- and

56

1  I wouldn't say that there weren't any -- any direct

2  appraisals by the companies themselves saying they had

3  successfully implemented one or two or three modules.

4      Q. Okay.  You have distinguished between

5  third-party accounts of what has happened at the

6  customer's site versus the companies themselves saying

7  what happened.  Are you suggesting that you did not

8  rely -- strike that.

9      Are you suggesting that you thought the

10  third-party accounts of what happened at the customer

11  site were not reliable enough to rely upon in forming

12  your opinion?

13      A. There were certainly instances of third-party

14  accounts that were not reliable.  Because they were

15  conflicting accounts of the same situations giving

16  different appraisals.  So some of them, I didn't think

17  they were reliable.

18      Third-party accounts, by third party, they

19  were -- in most cases, Oracle employee accounts -- and

20  having been a software vendor myself and having dealt

21  with software vendors in my consulting capacity for the

22  last 30, nearly -- well, I haven't been a vendor over 30

23  years, well over 30 years -- I know that the accounts

24  that salesmen and implementers give to their superiors

25  indicating favorable results have to be viewed with a

57

1  certain level of skepticism because that's just the way
2  it is. Salesmen, and in particular marketing people --
3  and I was a marketing person -- and people involved in
4  implementations have a predilection to give a positive
5  spin to what they've -- what they're doing or what
6  they're seeing or what they're expecting.
7       So in general, I looked at positive
8  appraisals with the observation of who was making them --
9  making them, and based on experience with literally
10  hundreds, probably over a thousand marketing and
11  implementing personnel that I've dealt with one-on-one in
12  professional situations from mid-70s to the present, I
13  gave somewhat less credibility to positive appraisals
14  then I would to negative appraisals because, once again,
15  just like people in those positions are inclined to give
16  positive appraisals, they're much less likely, in my
17  experience, to give negative appraisals.
18       So I had -- I gave more credibility to
19  third-party accounts, particularly of those in either the
20  marketing or sales or customer support areas, I gave
21  those less -- the positive ones less credibility than the
22  negative ones because of experience with people in those
23  environments.
24       Q.  What about positive appraisals by people who
25  are not in the marketing or sales or customer support

58

1  areas? Did you see any of those that you recall?
2       A.  There were folks that I may have seen that
3  supervised those in marketing or sales or support, and I
4  guess I put those in the same category, but even though
5  they themselves might have been in development or
6  something else.
7       And actually, that applies to some extent to
8  developers as well, the same tendency to give a positive
9  spin to things.
10       I don't recall seeing any -- well, other than
11  press accounts, which I've also found to be worthy of
12  making sure there are multiple press accounts. But most
13  of the positive appraisals I saw were from marketing
14  people.
15       I guess I also saw some analyst appraisals
16  given right after they'd gotten pitches from marketing --
17  presentations, I should say, from marketing people that
18  gave positive appraisals.
19       So, I mean, I -- I don't recall seeing any
20  other than press that were in a position to be objective
21  that gave positive appraisals. Not to say there weren't
22  any. And the press I also have a level of skepticism,
23  having been misquoted in the press myself a number of
24  times, as well as correctly quoted.
25       Q.  Do you think anyone who works for Oracle or

59

1  worked for Oracle during the relevant time period is in a
2  position to give an objective credible account of a
3  customer successfully going live on one or more modules
4  of Suite 11i?
5       A.  Yes, but you can't tell which ones they are.
6  Certainly there might well have been some people that
7  are -- that gave credible accounts. But you can't -- you
8  can't tell who's not giving positive spin when.
9       Q.  So how did you go about deciding whose
10  accounts to rely upon in forming your opinion and whose
11  accounts not to rely upon?
12       A.  I evaluated all accounts. Almost all of the
13  positive accounts I saw dealt with very limited
14  implementations that weren't relevant to my opinions
15  because my opinions were more focused on the
16  implementations that included the breadth of
17  functionality described by Oracle's representations,
18  Mr. Ellison's and the other senior executives in the
19  company, representations about the product.
20       So almost all of the positives that I saw
21  were limited to very specific -- very limited
22  implementations which are nice and wonderful, but weren't
23  relevant to my opinions. Those that were broader in
24  scope, in almost every case I saw contradictory
25  information indicating that during the class period, the

60

1  situation that may have been positive prior to the class
2  period or later than the class period weren't the same
3  during the class period.
4       So -- and I was focused specifically on that
5  two and a half months from December 14th of 2000 to
6  March 1st or 2nd of 2001.
7       Q.  You suggested earlier that a customer's level
8  of satisfaction with an implementation might vary
9  according to the stage of the implementation.
10       Do you recall that?
11       A.  Yes.
12       Q.  And the example you used was that the
13  customer might be very happy right after the initial
14  purchase but less happy once the implementation begins.
15       Do you recall that?
16       A.  Yes.
17       Q.  Would you also agree, though, that customers
18  might experience some frustration and unhappiness in the
19  midst of an implementation but ultimately succeed and be
20  satisfied with the implementation?
21       A.  That certainly happens. That certainly
22  happens. I don't know -- I mean, focusing in on the
23  class period, I don't know that that's a relevant
24  question in that if someone is very unhappy during the
25  implementation, that implementation occurred during the

61

1  class period.  They were talking to others and being
2  quoted in the press or going to -- or talking to their
3  peers within the Oracle applications users group and
4  complaining or writing letters into the company.  The
5  fact that they may at some time six months or two years
6  or five years later have been happy really isn't
7  relevant.
8      Q.  Well, let me focus in on your discussion of
9  having seen evidence of limited implementations.  You
10  said that you said that you saw during the class
11  period were almost all very limited, maybe all very
12  limited implementations.  Is that fair?
13     A.  There were -- I saw numbers that were claimed
14  to be positive.  Every single description that was of
15  greater depth than just we have "X" number of customers
16  live, in every case where I -- where there was enough
17  information to determine what modules they were using,
18  and the person who actually counted the modules was
19  someone by the name of Ms. Anthony, and she said that in
20  computing those counts, anyone who was using even one
21  module in a production environment was considered live.
22     So I didn't really consider any of the "X"
23  number of live customers, "X" number of satisfied
24  customers and so forth, without some description of
25  whether they were on one module, two modules, or three

62

1  modules.
2      I don't recall seeing a single instance of a
3  customer that was live and happy on more than a couple of
4  modules, and certainly none that were live and happy on
5  modules, some of which were in ERP and others of which
6  were in CRM during the class period.  I saw none of
7  those.
8      The ones that I saw that were happy were
9  always where there was enough description to tell.  It
10  was always just one or two or perhaps three modules, and
11  usually -- and those modules were all either all within ERP
12  and closely related modules.
13     There may have been some in CRM, although I
14  don't -- as well, that fit that same description.  I
15  don't recall specifically any of those.
16     Q.  That's what I was actually trying to get at
17  is just what you meant by "limited," but I understand
18  your prior answer to mean, when you said "limited," you
19  meant one, two, maybe three modules.
20     A.  Correct.
21     Q.  In the course of reviewing materials before
22  forming your opinions in this case, did you see any
23  evidence that any customers successfully implemented
24  Suite 11i in multiple languages?
25     A.  I'm sorry, can you give me the beginning of

63

1  that question again.
2      Q.  I can.
3      In the course of reviewing materials before
4  forming your opinions in this case, did you see evidence
5  that any customers successfully implemented Suite 11i in
6  multiple languages?
7      MR. WILLIAMS:  Objection.  Form.
8      THE WITNESS:  The only evidence I saw of that
9  were, once again, for extremely limited applications
10  where, for instance, there might have been only one
11  language or only one currency and no currency
12  translation.  Or an application where there was no need
13  for -- to have the effect of laws or other localizations
14  not related to languages.
15     There may well have been, once again, very
16  limited couple modules doing limited function with enough
17  of the -- of their local language to satisfy them, which
18  isn't necessarily -- if it was, for instance a U.S.
19  company operating in France, and I'm not -- I'm just
20  picking that as an example.  I don't recall a specific
21  that meets that.  But, you know, might have had a
22  manufacturing module that had some French and the people
23  that were using it were, you know, bilingual so it
24  wouldn't necessarily require full French language.  There
25  may well have been some of those that had some limited

64

1  use of French or some other language.
2      But I didn't -- what I didn't see was any
3  extensive live implementations during the class period
4  with multiple modules that involved the full localization
5  requirement and/or the full translation requirement that
6  were successful.
7      Q.  How would you go about determining whether a
8  particular customer using the software in multiple
9  countries was using full localization requirements, full
10  translation requirements, or currency conversion
11  requirements?
12     A.  Depends on what modules they're using in many
13  cases.  There are some modules have no currency
14  implications at all.  And so -- and there are some that
15  have no localization compliance with local laws and
16  customs requirements at all.
17     It tends to be, although not specifically,
18  the financially oriented modules that have the -- not
19  exclusively -- the financially oriented modules that have
20  localization requirements other than language.
21     But basically the way I would determine is if
22  the document described -- I'd look at the detail of what
23  was in the document describing what they were doing and
24  what functionality they were using, and I would -- I'd
25  look at what modules that there were, and then I would

65

1  also compare that because we had some -- a document that
2  was prepared about -- a little over a year after the end
3  of the class period stating that certain local language
4  functionality just wasn't in the product. And if it
5  wasn't in the product a year later, it certainly wasn't
6  in the product during the class period.
7        So if someone said they were using it
8  successfully in a foreign country during the class
9  period, and we know -- I knew from the document a year
10 later that the functionality wasn't there, then
11 consequently, they couldn't have been using that
12 functionality during the class period.
13       Q. You mentioned that financial modules would be
14 one category of modules that would typically require
15 localizations other than language. Is that fair?
16       A. That would be one where you might expect to
17 find those, yes.
18       Q. Are there other categories of modules where
19 you might expect to find the need for localizations other
20 than language?
21       A. Yes.
22       Q. What categories would include that?
23       A. That would vary all over the lot depending on
24 the country. Certain industries are, you know, have
25 certain requirements in one country that are different

66

1  than in another country. Semiconductor industry, its
2  requirements -- its manufacturing requirements in Asia
3  and the Pacific Rim countries might be entirely different
4  than -- from a localization standpoint than manufacturing
5  in the U.S., but that might just be for electronics
6  manufacturing. So, you know, it really depends on the
7  country and the application.
8        Q. What about human resources management
9  software --
10       A. That would be a good one, too.
11       Q. That would often require localization other
12 than language?
13       A. Yes.
14       Q. And if someone were using the entire suite,
15 11i or substantially the entire suite of 11i, would it be
16 reasonable to conclude that they were using localizations
17 other than language, if they were using it in a foreign
18 country?
19       A. All 80 or 100 modules?
20       Q. Substantially.
21       A. 90 percent of the modules?
22       Q. How about modules from each of the ERP,
23 supply chain management, and CRM pillars?
24       A. During the class period?
25       Q. Yes.

67

1        MR. WILLIAMS: Is that all of them?
2        MR. GIBBS: Yes.
3        Q. Well, no, I'm saying some modules from each
4  of those three pillars. Does that make sense? Not all
5  hundred modules. If someone's using more than one or two
6  modules from each of those three pillars, would it be
7  reasonable to conclude that they are using localizations
8  other than language?
9        MR. WILLIAMS: Objection. Form.
10       THE WITNESS: You haven't really given me
11 enough information to determine that. You'd have to look
12 at the industry. You'd have to look at whether it was a
13 foreign country or an American country. You'd have to
14 look at which of the modules they were using. I really
15 can't answer the question the way you've posed it.
16       Q. BY MR. GIBBS: Okay.
17       Q. In the course of reviewing materials before
18 forming your opinions in this case, did you see any
19 evidence of any customers successfully implementing Suite
20 11i rapidly?
21       MR. WILLIAMS: Objection. Form.
22       THE WITNESS: Are you talking about more than
23 two or three modules, and are you talking during the
24 class period?
25       Q. BY MR. GIBBS: I'm including any

68

1  implementation for now, and I'm including any time period
2  for now. I'll drill down later into the specifics.
3        So the question is: In the course of
4  reviewing the materials before forming your opinions, did
5  you see any evidence of any customers successfully
6  implementing Suite 11i rapidly?
7        MR. WILLIAMS: Objection. Form.
8        THE WITNESS: I saw some accounts, but only
9  for limited implementations, and not within the class
10 period, although I was specifically looking for
11 implementations. And I go into every assignment
12 skeptical -- this one and every other -- skeptical of
13 everything. Skeptical of what my client says, skeptical
14 of what opposing party says, and I try to look at all the
15 evidence that I can that supports all points of view.
16       So I was looking for evidence of
17 implementations that were as described by the Oracle
18 representations, rapid implementations in days rather
19 than months, or within a few months rather than many
20 months of a substantial number of applications. I don't
21 recall seeing any that fit that category within the class
22 period.
23       Q. BY MR. GIBBS: Okay. Set aside the class
24 period, set aside the number of modules. My question is:
25 In the course of forming your opinion in this case, did

69

1     you see any evidence of any Suite 11i customers
2     implementing rapidly?
3         MR. WILLIAMS: Objection. Form.
4     Implementing what?
5         MR. GIBBS: I said Suite 11i customers.
6         Q. Do you understand the question?
7         A. Do you mean implementing --
8         Q. I'll rephrase it.
9         A. -- even one module of Suite 11i?
10        Q. I said I'll rephrase it.
11        In the course of forming your opinions for
12    purposes of this case, did you see any evidence of any
13    customer successfully implementing Suite 11i software
14    rapidly?
15        MR. WILLIAMS: Objection. Form.
16        THE WITNESS: I saw some accounts of
17    limited -- without much substantiation or detail of what
18    was purported to be a rapid implementation of a -- of at
19    least one 11i module.
20        It's my understanding that the discovery in
21    this case was limited to documents for -- from the period
22    of June 1, 2000 to June 1, or May 31st, 2001. And so the
23    discovery of documents or the production of documents
24    outside of that period was much more limited, although
25    there certainly were some documents from outside that

70

1     period, it was much more limited than the documents from
2     that period.
3         So I -- I may have seen documents that are as
4    you described, but without sufficient detail to really
5    evaluate them.
6        Q. BY MR. GIBBS: Okay. Your opening and
7    rebuttal reports refer by name to approximately 40 to 45
8    Suite 11i customers. I'm not asking you -- to the
9    specific reports. The reports say what they say. But
10    roughly speaking, that's the number of customers
11    specifically mentioned in the reports.
12        My first question is: Did you look at
13    documents or testimony regarding the implementations of
14    customers other than the ones discussed by name in your
15    opening and rebuttal reports?
16        A. Absolutely.
17        Q. How many?
18        A. I can't tell you.
19        Q. Okay. How could I find that out?
20        A. Well, the first thing we could do is we could
21    look at all the documents I referenced. A lot of those
22    documents reference other customer names than the ones I
23    referenced. And certainly I saw all that information of
24    other customers.
25        Didn't use it all. If I had tried to put

71

1     every bit of it in, the report would have been this thick
2     instead of this thick (indicating). And by that I'm
3     saying about a foot or so thick rather than about a half
4     an inch.
5        In many cases, the information about the
6     other accounts wasn't relevant to the issues that I was
7     tasked with looking at. So I didn't mention it. But,
8     yeah, the first thing I'd do is look at all of the
9     documents that are listed, and then as I say, I looked at
10    a lot of other documents in the course of my searches,
11    and we'd just have to look through them one-by-one, and I
12    could tell you to the best of my recollection whether I
13    saw them or not.
14        Q. So the only way to know for sure which
15    customers you've seen documents regarding would be to
16    walk through every single document produced in this case
17    and have you tell me whether you looked at documents
18    regarding that customer's implementation or not?
19        A. Well, the simplest first step would be just
20    to look to the documents I've referenced. There are a
21    lot of customers referred to in those documents that I
22    didn't use, I didn't provide accounts of.
23        Q. Okay. But --
24        A. That would be the first step in that, and
25    that would be probably pretty darn complete. But

72

1     certainly there would be others.
2        Q. But not totally complete?
3        A. But not totally complete.
4        Q. Okay. And as to the ones mentioned in the
5    documents cited in your report, you would need to walk
6    through with me customer by customer and tell me whether
7    you looked at documents regarding their implementation or
8    not. Is that correct?
9        A. Well, if we looked at the documents, it would
10    be a document about their implementation, and I looked at
11    it. I don't -- I guess I don't understand your question.
12        Q. Well, let me move to a slightly different
13    subject.
14        For each of the customers that are discussed
15    in your opening report, what analysis did you do?
16        MR. WILLIAMS: Objection. Form.
17        THE WITNESS: I looked at the nature of what
18    was described for that customer. I looked at whether it
19    was a customer direct issue, for instance, an email or a
20    communication direct from the customer to someone at
21    Oracle, or whether it was an account of that customer
22    provided by an Oracle person involved with a customer.
23        I looked at -- I tried to look at other
24    documents relating to the same customer to see whether
25    this document was representative of others.

73

1    I looked at whether the issue raised in the
2    document, be it positive or negative, was relevant to the
3    opinions or the areas -- this was actually before I had
4    had opinions, even, but the areas that I had been tasked
5    with investigating.
6        I looked at the depth and completeness of the
7    description and the nature of the -- the description of
8    the issue and the nature of the issue. I'm sure there
9    are some other criteria I applied as well, but those
10   would be prominent among them.
11       Q. BY MR. GIBBS: Okay. And is there any way
12   for someone to recreate that analysis without you in the
13   room?
14       A. Yeah. To -- to take those same criteria that
15   I just mentioned and go through the documents, and then
16   to search the -- the Bates numbered documents for other
17   documents relating to the same customers and apply the
18   same criteria to those.
19       Q. But how --
20       A. You could -- you could create the analysis
21   that way, sure.
22       Q. How would someone else know how to apply
23   those criteria you've mentioned? You've identified
24   criteria, but you haven't given me metrics for how you
25   applied them. Is there someplace I can go to figure out

74

1    how you did that?
2        MR. WILLIAMS: Objection. Form. I don't
3    think he said these were the criteria. You asked him
4    about his analysis, and he told you what his analysis
5    was. I don't think he told you that these were the
6    criteria that he applied.
7        Q. BY MR. GIBBS: Do you understand the
8    question?
9        A. No.
10       Q. You said I'm sure there are other criteria
11   that I applied as well. That's what I took you -- that's
12   what I took to mean that you had just listed to me
13   criterion that you apply to documents about customers.
14       So my question is: How do I know how to
15   apply those factors or criteria, or whatever you want to
16   call them, other than just having you recreate it?
17       Let me give you an example. You said I tried
18   to look at other documents relating to the same customer
19   to see whether this document was representative of
20   others.
21       A. I think that's a pretty straightforward
22   description. One could look at a document and then look
23   at other documents -- look the issue described in
24   document X, being the document I referred to, and then
25   look at other documents for the same customer during the

75

1    same time period and see whether the document I referred
2    to was a fair -- was, you know, confirmed or not
3    confirmed by other documents referencing the same
4    customer and the same time period on the same issues,
5    whether they were consistent.
6        Q. Do you think that anyone with expertise in
7    your field would come to the same conclusion as to
8    whether a document was positive or negative on an issue?
9        A. I don't know.
10       Q. For each of the customers discussed in your
11   opening rebuttal reports, did you look at every single
12   produced document relating to that customer?
13       A. I tried to find as many as I could relating
14   to that customer for that issue, for that time period. I
15   can't guarantee I saw every single one of them, but I
16   made an attempt.
17       Q. What about testimony? Did you review all of
18   the testimony about each of the customers referenced in
19   your opening and rebuttal reports?
20       A. I didn't have time to read all of the
21   depositions, so I may have missed some testimony,
22   although I did read the depositions -- I think completely
23   of all those individuals who I've referenced anything in
24   their deposition.
25       So almost all of the senior executives, vice

76

1    presidential level and up within Oracle, as well as some
2    other depositions, but I didn't read every deposition.
3    So I can't say whether I caught every bit of testimony.
4        Q. Do you know how many customers were in the
5    process of implementing some portion of Suite 11i during
6    the third quarter of the Oracle's 2001 fiscal year?
7        A. What do you mean by "in the process of
8    implementing"?
9        Q. Well, I mean they had bought software and
10   they were somewhere in the process of implementing it?
11       A. So you would include customers who had bought
12   the software and not actually taken any other action
13   other than signing a contract?
14       Q. No. I said bought software and they were
15   somewhere in the process of implementing. You've
16   described for me the implementation process that you go
17   through with your customers --
18       A. Yes.
19       Q. -- on the consulting side. If there's some
20   lack of clarity about what it means to implement a
21   product, then we should work through that, but I assumed
22   you understood what that means.
23       A. No, I do, and the reason I was asking for the
24   clarification is that all the numbers I saw would include
25   all of the customers, including those who had signed the

77

1    contract and done nothing more.
2        And so I didn't see any numbers that would
3    indicate how many were actually in the -- because I
4    wouldn't count those as being in the process of
5    implementing. Those who had just signed the contract and
6    hadn't begun any other activity. And all the numbers I
7    saw included those. So I don't know what number were in
8    the process of implementing, no.
9        Q. What numbers are you referring to when you
10   say you saw numbers that included people who had just
11   bought the software but hadn't actually started the
12   process of implementing?
13       A. My -- and I actually can't tell you where
14   I -- specifically what document I got this from, but my
15   understanding of the numbers that were quoted, the 2500
16   or 3500 or numbers in that range, included all of those
17   who had just signed and done nothing else. So I --
18   that's why I can't tell you how many were in the
19   procession of implementing.
20       Q. Where did you get the understanding that
21   that -- that those numbers included people who had signed
22   the contract and done nothing else?
23       A. I just told you, I can't tell you where I got
24   that understanding.
25       Q. Do you know where the document or testimony

78

1    that gave you that impression is cited in either of your
2    reports?
3        A. I don't know.
4        Q. Did you do any analysis to determine whether
5    the customers you've cited in your reports make up any
6    kind of representative sample of the customers who were
7    implementing Suite 11i during the class period?
8        A. That wasn't -- in most cases, I was looking
9    at customers' experiences as a way of determining whether
10   the -- let me put it this way: There were several
11   smoking guns, what I would call smoking guns of actions
12   that Oracle should have taken and did not take in order
13   to get this software to a point where it was performing
14   as represented. Among these prominently were testing.
15       In many cases, testing was negligible, or in
16   some cases, it was described as not having been done at
17   all. The inevitable result of not testing is failures,
18   defects, failures, bugs and so forth.
19       And so I looked at -- and so I knew from
20   Oracle's failures to do what it needed to do in order to
21   have the software perform as represented that there were
22   certain inevitable results. I looked at the customers to
23   see whether that confirmed those inevitable results, and
24   it did, the customer accounts.
25       I didn't look to see whether there might have

79

1    been -- whether that was represented -- representative,
2    because that wasn't relevant.
3        Q. So am I correct to understand that your
4    opinion is based primarily on what you understand to be
5    the limits of the testing done to the software and the
6    various customer experiences that you cite were
7    confirmatory of the conclusion you drew from the limits
8    on the testing?
9        A. If that's the impression I gave you by what I
10   said, that's much too limited.
11       Q. Okay.
12       A. Not --
13       MR. WILLIAMS: Hold on. Is there a question
14   pending?
15       MR. GIBBS: Well, I thought he was about to
16   explain what was wrong with the understanding I just
17   articulated for him.
18       MR. WILLIAMS: I think that you asked him a
19   question and he answered that question.
20       Q. BY MR. GIBBS: Okay. What was incorrect
21   about the way I just articulated it?
22       A. It wasn't just the testing. We know, for
23   instance, from documents subsequent to the class period
24   that, for instance, multi-byte support, which is required
25   for globalization in many of the Asia Pacific

80

1    countries -- because you can't display their characters
2    without it, you can't display them on the screen, you
3    can't print them, so forth -- was missing from some of
4    the modules that were being delivered. Regardless of
5    whether testing was done or not, we know from accounts
6    later that that was missing.
7        We know, for instance, that there was --
8    there were data redundancies so that data that should
9    have been shared among applications, different
10   applications had different repositories for that data
11   that was not synchronized, so different parts of the --
12   of a company using the software wouldn't -- would think
13   they were using the same data, but wouldn't be,
14   regardless of testing. We know that to be the case from
15   the documents that document it.
16       There are other -- there are other issues of
17   that nature that we know that certain functionality could
18   not have worked during the class period because there
19   were structural or other problems that still existed in
20   the software subsequent to the class period. So the user
21   experiences in many cases were confirmatory of what was
22   the inevitable result of those things not having been in
23   the product during the class period.
24       In some cases, particularly with regard to
25   software performance, I think the user results were

Hilliard, Brooks  6/28/2007  7:49:00 PM

81

1  probably more important than other things, although there
2  is certainly no evidence of any performance testing prior
3  to delivery, certainly of substantive performance testing
4  prior to delivery that I saw.
5       Q. So let me just stop you there. Is it your
6  testimony that no performance testing took place?
7       A. I never said that in the report. I don't
8  know -- I've seen no evidence that any substantive
9  performance testing took place, the world-class software
10 that vendors used for performance testing is a product
11 called LoadRunner. Oracle was not using that prior to
12 the -- or during the class period.
13      So I saw no evidence that such testing did
14 take place. I can't say for certain that none was done.
15      Q. Is it your testimony that you can't do
16 performance testing without LoadRunner?
17      A. The software -- the representations -- let's
18 focus on the representations for a second because that's
19 really what my report is about. It's about the
20 representations.
21      Q. I'd like an answer to my specific question
22 first.
23      A. I'll be happy to answer. But the
24 representations were that this was a world-class product.
25 The world-class tool was LoadRunner. Yeah, you can do

82

1  performance testing without LoadRunner, but you can't
2  meet the representations without using a world-class
3  tool, and to my knowledge, there wasn't one in place.
4       Q. Is LoadRunner the only world-class tool for
5  that purpose?
6       A. Well, it was the one that ultimately Oracle
7  decided to use.
8       Q. Do you know --
9       A. Presumably because it was better than what
10 they were using, if anything.
11      Q. Do you know whether SAP during this time
12 frame used LoadRunner?
13      MR. WILLIAMS: Objection. Form.
14      THE WITNESS: As Mr. Williams mentioned
15 previously on the subject of confidentiality orders and
16 some of the other cases I'm involved in. So I don't
17 think I can answer that.
18      Q. BY MR. GIBBS: Do you know whether PeopleSoft
19 during this time frame used LoadRunner?
20      A. Same answer.
21      Q. What about Siebel?
22      A. Same answer.
23      Q. What about Baan?
24      A. Same answer.
25      Q. What about J.D. Edwards?

83

1       A. Same answer.
2       Q. You can't answer because you don't know?
3       A. If I did know, it would be information that I
4  got in the course of an expert engagement with a
5  confidentiality agreement.
6       MR. WILLIAMS: Patrick, I'm sorry. I need
7  five minutes. We don't need to go off.
8       MR. GIBBS: Can I do one quick series first?
9       MR. WILLIAMS: Sure.
10      MR. GIBBS: And then take -- because then
11 I'll be between subjects.
12      MR. WILLIAMS: Sure.
13      Q. BY MR. GIBBS: Do you agree that commercial
14 software is virtually always released with some defects
15 in it?
16      A. Yes.
17      Q. Do you agree that the size of the software
18 would affect the number of defects that one would expect
19 to see in a commercial software product?
20      A. What do you mean by size?
21      Q. I mean, well, there are various metrics for
22 determining the size of a software program; correct?
23      A. There are all kinds of ways of assessing
24 that, yes.
25      Q. Okay. Function points is one?

84

1       A. Yes.
2       Q. Lines of code is one?
3       A. Yes.
4       Q. My question is really -- doesn't relate to
5  any particular metric, it's just whether the size of the
6  software as measured by some metric would affect the
7  number of defects that you would expect to see in a
8  commercial software product?
9       A. The more lines of code, for instance, or the
10 more function points, yes, the more -- the more -- in the
11 general case, which may or may not -- which I don't
12 necessarily believe is applicable here, but in the
13 general case, yes, the number of defects would be related
14 to the size, using metrics such as lines of code or
15 function points.
16      Q. Okay. Let me just be specific, then. The
17 more lines of code a program has, the more defects you
18 would expect to see in a commercial software product; is
19 that correct?
20      A. There are all kinds of other factors that
21 affect the number of defects.
22      Q. Let's hold the other factors constant.
23      A. Okay. If all the other factors are constant,
24 yes, the more lines of code, the more defects you'd
25 expect to see.

85

1    Q.  Okay.  Same question on function points.

2  Holding everything else constant, the more function

3  points you have, the more defects you would expect to see

4  in a commercial software product, correct?

5    A.  You know, I have a fair knowledge of function

6  points, but my associate, Mr. Jensen, is really the

7  expert in that field, and I would defer function point

8  questions to Dr. Jensen.

9    Q.  Okay.  There's nothing in his rebuttal report

10  you disagree with?

11    A.  Not that I recall.

12    Q.  Okay.  Do you know how large Suite 11i is

13  measured by any metric?

14    A.  No.

15    Q.  Did you make any attempt to find out how

16  large Suite 11i was during the class period, measured by

17  any metric?

18    A.  There wasn't sufficient information to

19  determine that.

20    Q.  Would you agree with Dr. Jensen's conclusion

21  that Suite 11i is, quote, very large?

22    A.  Yes.

23    MR. GIBBS:  Okay.  We can take a break now.

24    THE WITNESS:  Thanks.

25    THE VIDEOGRAPHER:  Going off the record, the

86

1  time is 12:04.

2    (Recess.)

3    THE VIDEOGRAPHER:  We are back on the record.

4  The time is 12:17.

5    Q.  BY MR. GIBBS:  Mr. Hilliard, I want to switch

6  to a different topic now.  Still focusing on your

7  methodology and your process.

8    A.  Sure.

9    Q.  For purposes of forming your opinions in this

10  case, you didn't compare Suite 11i to any other competing

11  enterprise application suite, did you?

12    A.  As -- by "competing," you mean a suite that

13  has the full complement of capabilities integrated

14  together as this was represented to be during -- at the

15  time of the launch?

16    Q.  I don't mean identical, I just mean

17  comparable.

18    MR. WILLIAMS:  Objection.  Form.

19    THE WITNESS:  Maybe you could ask me

20  specifics.

21    Q.  BY MR. GIBBS:  Sure.  Well, for purposes of

22  forming your opinions in this case, did you compare Suite

23  11i to any enterprise application suite?

24    A.  I focused on what my assignment was, and I

25  didn't -- I viewed that as looking at the representations

87

1  that were made, and they weren't representations relative

2  to other -- or at least the ones that are at issue and

3  that I wrote -- that I wound up having opinions on

4  weren't ones that were relative to other suites.  So I

5  didn't -- or other enterprise -- strike suites -- other

6  enterprise software products.  So I didn't look at it on

7  a relative basis.

8    Q.  Okay.  And just to be a little more specific,

9  for purposes of forming your opinions in this case, you

10  didn't compare the number of bugs experienced by Suite

11  11i users during the class period, say, to the number of

12  bugs experienced by users of any other enterprise

13  application suite; correct?

14    A.  During what period?

15    Q.  During any period.

16    A.  No.

17    Q.  Do you know how many bugs were experienced by

18  Suite 11i users during class period?

19    A.  I have a number that was the number that was

20  publicly announced by Oracle sometime prior to the class

21  period.  And I have a number of TARs for approximately

22  the first year.  And I have a relationship between TARs

23  and bugs, and the number of TARs for the first year and

24  the relationship with TARs and bugs come from Oracle

25  itself.

88

1    So I have some parameters that would include

2  the class period, but I don't have a number specifically

3  for the class period.

4    Q.  Okay.  The parameters you're referring to,

5  those are the calculations that are referred to in your

6  opening report, where you take number of reported TARs

7  over the first year and you apply a percentage of TARs

8  that are bugged and you come up with a bug number; is

9  that right?

10    A.  That's correct.

11    Q.  Other than that number, and I think you

12  referred to something that Oracle had publicly announced?

13    A.  Yes.

14    Q.  Well, let's just pause on that for a second.

15  What's the number that publicly -- that was publicly

16  announced by Oracle that you referred to in your prior

17  answer?

18    MR. WILLIAMS:  Objection.  Form.

19    THE WITNESS:  It -- I saw a response to

20  Forbes magazine where Forbes magazine asked Oracle to

21  confirm that there were 5,000 bugs in the software.  I

22  believe as of the point in time of the Oracle

23  applications user group, and Oracle responded to that

24  questionnaire confirming that there were 5,000 bugs as of

25  that date.  So I would call that a public announcement.

Hilliard, Brooks  6/28/2007  7:49:00 PM

89

1   Q. BY MR. GIBBS: Okay. That's the number
2   you're referring to?
3       A. Yes.
4       Q. What do you know about that document that
5   you've just described?
6       MR. WILLIAMS: Objection. Form.
7       THE WITNESS: I read the document.
8       Q. BY MR. GIBBS: Okay. Do you know who
9   prepared it?
10      A. Someone in -- I believe, I'm not absolutely
11  sure, but I believe it was someone in Oracle's public
12  relations department.
13      Q. Do you know whether the version of the
14  document you looked at was a final or a draft?
15      Just for the record, this document, I take
16  it, is Exhibit A to your rebuttal report?
17      A. Yes.
18      MR. GIBBS: The rebuttal report is Exhibit 2
19  to the deposition, just for the record.
20      THE WITNESS: I don't recall seeing any
21  marking on it as to whether it was a final or a draft. I
22  also know that that number was published in -- in several
23  places, and the special litigation committee, in their
24  report, also referred to that -- although that wasn't
25  published, referred to that number as being accurate for

90

1   that time frame.
2       Q. BY MR. GIBBS: The special litigation
3   committee report referred to 5,000 bugs or 5,000 patches?
4       A. I'm almost certain it referred to 5,000 bugs.
5       Q. Okay. Referring back to Exhibit A to your
6   rebuttal report, do you know whether that document
7   actually was transmitted to Forbes magazine?
8       A. I do not. But there were a lot of press
9   reports in that time frame that included that number so
10  it seems likely that this or something like it was
11  transmitted. But I don't know for sure that it was.
12      Q. And those press reports you found credible?
13      A. Well, the number that appeared in the
14  document, along with a special litigation committee,
15  along with all the press reports, along with a lot of
16  internal communication referring to 5,000 bugs, when you
17  add it all together, I found it credible, yes. I
18  wouldn't necessarily -- specifically from that document,
19  wouldn't necessarily have concluded that, but that was
20  one of many. And so that's --
21      Q. I want to follow up on your reference to
22  internal communication referring to 5,000 bugs. What
23  internal communications are you referring to?
24      A. There were a number of emails.
25      Q. Do you know who sent or received them?

91

1       A. I don't recall. I remember doing a search on
2   the number 5,000 and came up with, as I recall, dozens,
3   if not over 100 -- I think actually it was under 100, but
4   there were lots and lots of emails referring to that.
5   Now, the -- some of them were duplicative. I don't
6   remember all of the emails and all of the individuals on
7   those emails, no.
8       Q. Do you recall whether any of those documents
9   were talking about internal Oracle bug counts as
10  contrasted with talking about press reports referring to
11  5,000 bugs?
12      A. Some of each, as I recall.
13      Q. All right. So did you ever see a bug count
14  from Oracle's development group indicating that there had
15  been 5,000 bugs?
16      A. Don't recall seeing one.
17      Q. Okay. Do you know how many P1 bugs Suite 11i
18  users experienced during the class period?
19      MR. WILLIAMS: Objection. Form.
20      THE WITNESS: I don't have any numbers
21  specifically for the class period.
22      Q. BY MR. GIBBS: What about any other time
23  period?
24      MR. WILLIAMS: Objection. Form.
25      THE WITNESS: As indicated in my report,

92

1   there were, I believe, nine -- on the order of 19,000
2   TARs during the first year. And 32 percent of those, I
3   believe, were bugged TARs.
4       Now, we don't know -- we don't know whether
5   each bugged TAR was one bug or multiple bugs. So a bug
6   TAR could, once investigated, have a dozen, two dozen
7   bugs associated with it or could be just one. Some of
8   the TARs could be duplicative. But presumably the
9   32 percent would be a fair estimation, given that some
10  could be duplicative and some could be reflective of
11  multiple bugs of the number of bugs during the one year
12  from launch until, I believe, May 18th of '01.
13      Q. Okay. That just goes to the number of TARs
14  that were, quote, bugged; correct?
15      A. Correct.
16      Q. Do you know what it means within Oracle to
17  say that a TAR has been bugged?
18      A. Yes.
19      Q. What does it mean?
20      A. It means it either has a software bug or a
21  documentation bug.
22      Q. And so that's the basis for your
23  understanding or for your calculation about the number of
24  bugs during the first year?
25      A. Well, that's my -- the only document that I

93

1　found that explained that was an Oracle standards
2　document which turns out is consistent with what
3　Caper Jones writes, that that document actually predates
4　the class period.  But it says -- it defines bug TAR, and
5　it says there are two kinds of bug TARs:  There are
6　software bugs and documentation bugs.  And a bug TAR must
7　fit into one category or the other.  I found nothing
8　contradicting that.
9　　　　Q.  Can you point me to that document?  Is it
10　cited in your reports?
11　　　　A.  No.
12　　　　Q.  Okay.  What else do you remember about it?
13　　　　A.  It describes the definition of a -- a bug
14　TAR.  It describes P1, P2, and P3, responses to bug TARs
15　depending on the priority, and so fourth.
16　　　　Q.  Have you seen any testimony in this case to
17　the effect that when a TAR is bugged, all that really
18　means is it's been assigned to someone in the development
19　group?
20　　　　A.  I have.
21　　　　MR. WILLIAMS:  Objection.  Form.  Sorry.
22　　　　Q.  BY MR. GIBBS:  Is it your understanding that
23　just because something is assigned to the development
24　group, it is ultimately determined to be a defect in the
25　software?

94

1　　　　A.  I'm sorry, could you repeat the question.
2　　　　Q.  Is it your understanding that just because
3　something is assigned to the development group, it is
4　ultimately determined to be a defect in the software?
5　　　　A.  That's -- I think I testified just the
6　contrary.  I said a bug TAR could either be a software
7　bug or a documentation bug.
8　　　　Q.  But in either case, in your understanding, if
9　it's assigned a bug number, it's a defect in either the
10　software or the documentation?
11　　　　MR. WILLIAMS:  Objection.  Form, assigned a
12　bug number.
13　　　　MR. GIBBS:  Uh-huh.
14　　　　THE WITNESS:  I think all I know is what I
15　told you.  I know that there is a definition for a bug
16　TAR.  And that definition that I saw, and the only one I
17　saw -- and I looked as comprehensively as I could -- says
18　that a bugged TAR by definition must be either a software
19　bug or a documentation bug.
20　　　　And I have, as I also testified, I've seen
21　testimony from Oracle personnel that says that not all
22　bugged TARs are software bugs, which is consistent with
23　the definition.
24　　　　Q.  BY MR. GIBBS:  Do you know the bug counts for
25　any suite of enterprise application products over any

95

1　period of time?
2　　　　A.  Those are not public records, so, no.
3　　　　Q.  For purposes of forming your opinions in this
4　case, you didn't compare the number of technical
5　assistance requests, or TARs, that you saw here to the
6　number of support requests made by users of any other
7　enterprise application suite; correct?
8　　　　A.  If I were to know the number for any other
9　enterprise application suite, I would have known it only
10　through the course of litigation with a confidentiality
11　order and couldn't use it.
12　　　　Q.  So the answer is for purposes of forming your
13　opinions, no, you did not compare the number of TARs in
14　this case --
15　　　　A.  Correct.
16　　　　Q.  -- to support requests made by users of any
17　other product?
18　　　　A.  Correct.
19　　　　Q.  For purposes of forming your opinions in this
20　case, you didn't compare the experiences of Suite 11i
21　customers in 2000, 2001 to the experiences of customers
22　that implemented any other enterprise application suites;
23　correct?
24　　　　A.  To the extent that my opinions reflect some
25　comparison, I may have.  But for the most part, my

96

1　opinions don't reflect any comparison because, for the
2　most part, they relate to the -- the specific
3　representations and whether the software performed as
4　represented -- in some cases, in order to determine that,
5　I had to rely on my experience and experiences of others
6　who I've -- colleagues whom I've talked to.  And that
7　experience might have reflected some other experiences of
8　other companies with other products that may or may not
9　have been comparable, as you've described it.  I'm not
10　sure whether I fully understand that.
11　　　　But for the most part, with those
12　qualifications, I was looking at absolutes rather than
13　comparatives.
14　　　　Q.  And just to be clear, when I say comparable,
15　comparing various enterprise application products.  I
16　just mean it in the same sense that you've used it in
17　page 1 of your report, if that helps you.
18　　　　MR. WILLIAMS:  You should look at it.
19　　　　MR. GIBBS:  I don't have any further
20　questions along that line.  So it's for future reference,
21　but I just thought I'd point that out.
22　　　　Q.  For purposes of forming your opinions in this
23　case, you didn't compare Suite 11i to a set of
24　best-of-breed products from different vendors covering
25　the same functions as Suite 11i; correct?

97

1      A. I'm not sure I understand your question.

2      Q. Okay. Did you perform any comparison of any

3   kind between Suite 11i and a set of best-of-breed

4   products from different vendors that covered the same

5   functionality?

6      A. Do you mean an individual best-of-breed

7   product or some implementation that involved multiple

8   products, some of which might be ERP, some of which might

9   be best of breed? I mean, I guess I don't -- I don't

10  understand what you're asking.

11     Q. Okay. I mean what I think you were getting

12  to with the latter points. So -- you understand -- what

13  do you understand "best of breed" to mean?

14     A. It's a term of art, and certainly different

15  individuals might define it somewhat differently. But --

16  but typically it's used to mean something like a software

17  product that has specific focus in a particular

18  application area and is known to be the best or one of

19  the best of the competing products that compete in that

20  application area.

21     Q. Let's make it a little more concrete. Would

22  you agree that during the 2000/2001 time period, Siebel

23  was often referred to as being best of breed for CRM?

24     A. Yes.

25     Q. Okay. Would you agree that during that same

98

1   time period, PeopleSoft was often thought of as best of

2   breed for purposes of human resources?

3      A. By some folks.

4      Q. And some vendors like i2 or Manugistics were

5   viewed as being best of breed in supply, chain, and

6   manufacturing types of applications; correct?

7      A. By some folks, yes.

8      Q. Okay. So when I ask you whether for purposes

9   of forming your opinions in this case you compared Suite

10  11i to a set of best-of-breed products from different

11  vendors covering the same functions as Suite 11i, what I

12  mean is did you compare Suite 11i with a system of

13  applications comprised of best-of-breed products like

14  Siebel CRM, PeopleSoft HR, i2 for manufacturing, after

15  they've all been integrated together? Do you understand

16  the question?

17     MR. WILLIAMS: Objection. Form.

18     THE WITNESS: I took that into account, but

19  didn't find that relevant, a strict comparison of one to

20  the other, to the specific representations that I

21  evaluated. So I didn't make the comparison in

22  relationship to the specific representations that I

23  evaluated and reached opinions on in this report.

24     Q. BY MR. GIBBS: Is that because you didn't

25  understand any of those specific representations to be

99

1   speaking to comparisons between Suite 11i and a

2   best-of-breed system?

3      A. There certainly were representations that

4   were made that were comparative representations. I

5   didn't form any opinions one way or another on those

6   representations, the ones that were comparative.

7      Q. Okay.

8      A. The ones I formed opinions on were the ones

9   that were not comparative.

10     Q. So I take it you don't have an opinion on the

11  question of whether Suite 11i, the whole suite, was more

12  or less integrated than the type of best-of-breed system

13  I have described that's made up of several different

14  best-of-breed products from different vendors that had

15  been stitched together with systems integration?

16     A. And are fully stitched together and are up

17  and working?

18     Q. Uh-huh.

19     A. I stated no such opinion.

20     Q. Okay. And you don't intend to offer such

21  opinion?

22     A. No.

23     Q. I'll just switch gears here quickly, and we

24  may be getting to about the time --

25     A. Hold on. Let me -- in the course of

100

1   testimony and rebuttal and so forth, I may, depending on

2   what other testimony is, at some point state an opinion.

3   I don't have one yet. I haven't heard all of the other

4   testimony, particularly opposing expert testimony. I

5   may, depending on other testimony that comes up, I may

6   have an opinion in that relationship -- relating to that

7   issue relevant to other opinions that are stated.

8      Q. Okay. Let me just touch base on a very brief

9   topic here, and then I think we're about at the time I

10  said we would take a break.

11     Do you know who Ed Yourdon is?

12     A. Yes, I do.

13     Q. Did you know who Mr. Yourdon was before you

14  learned he'd been retained as an expert for the

15  defendants in this case?

16     A. Yes.

17     Q. How did you know Mr. Yourdon?

18     A. I've met him. I have been -- he's been the

19  opposing expert in other matters that I've been involved

20  in, and he is widely published. And I have read some of

21  his publications and articles.

22     Q. Do you believe Mr. Yourdon has expertise in

23  the software field?

24     A. In certain aspects of the software field,

25  yes.

101

1    Q. What aspects?

2    A. He was one of the early evangelists for

3  structured programming, for example. Back in the '70s

4  when the concept of structured programming was just

5  coming into the industry, he was one who wrote about it

6  and perhaps did some of the pioneering work in that field

7  and was widely recognized for that.

8        He is a recognized pundit, if you will, on IT

9  issues. Many of his opinions are controversial. But

10  because of his experience going back to the '70s, he's

11  listened to with different levels of agreement.

12    Q. Did you ever attempt to consult with

13  Mr. Yourdon in connection with one of your own expert

14  witness engagements?

15    A. I called him on one occasion and asked him if

16  he had ever published the definition of a particular

17  term, and he said he hadn't. And I don't recall what the

18  term was.

19    Q. Did you call him or did you email him?

20    A. I don't know. It could have been email.

21    MR. GIBBS: Okay. It's a good place for a

22  break, if that's convenient for you guys.

23    MR. WILLIAMS: Sure.

24    THE VIDEOGRAPHER: This concludes Videotape

25  Number 2, Volume 1, in the deposition of Brooks Hilliard.

102

1  Going off the record, the time is 12:45.

2        (A lunch recess was taken from 12:45 p.m.

3        until 1:23 p.m.)

4    THE VIDEOGRAPHER: This is the beginning of

5  Videotape Number 3, Volume 1, in the deposition of Brooks

6  Hilliard. We're on the record. The time is 1:23.

7    Q. BY MR. GIBBS: Welcome back, Mr. Hilliard. I

8  want to switch topics now and ask you a few questions

9  about your implementation and consulting experience.

10        First of all, have you ever been involved in

11  an implementation of any Suite 11i products?

12    A. I don't believe so, no.

13    Q. Have you ever recommended any Oracle

14  applications products to a consulting client?

15    A. Datalogics product, yes. And it was already

16  owned by Oracle at the time. I may have. There may be

17  others.

18    Q. None others that you can think of?

19    A. None come to mind right at the moment.

20    Q. At page 42 of your opening report, you write

21  that it is, quote, common knowledge in the business

22  community, end quote, that enterprise application

23  software such as ERP and CRM, quote, has always been

24  difficult and time-consuming to implement, end quote.

25        Why is enterprise application software

103

1  difficult to implement?

2    A. Are you saying page 42?

3    Q. Correct.

4    A. I see where it says -- because it's -- by

5  it's very nature, being enterprise software, it

6  encompasses the whole or -- if fully installed or nearly

7  the whole enterprise. So there are a lot of changes in

8  implementing it, and it's a large and complex software.

9  And there are a lot of configurations, configuration

10  factors that have to be taken into account to get it

11  implemented.

12        And sometimes when it's being implemented --

13  this wouldn't apply to someone upgrading from one version

14  of Oracle applications to another, in general, but if

15  it's a conversion from some other system, there's often

16  some internal company issues where, you know, some people

17  may be less comfortable with the change than others and

18  so forth. There may be other factors, but those are some

19  of the major ones.

20    Q. What about data migration?

21    A. Once again, it depends on what -- what the

22  migration is from. Data migration could be a very

23  significant issue if implementing one ERP package and

24  previously having been on some other -- some other

25  product, generally in most cases, implementing from one

104

1  version of a particular vendor's ERP package to another,

2  there are generally tools to do that, and sometimes there

3  are tools even when converting from some other package.

4  Sometimes there is minimal data migration, that data is

5  reentered from scratch, but data migration can, in many

6  instances, be time consuming, yes.

7    Q. Later on in your report you cite an AMR

8  research report on Suite 11i implementations and you

9  write that the time frames reported in that AMR research

10  report were, quote, within the normal range for

11  implementations of ERP and CRM systems, end quote.

12        Do you recall that language?

13    A. I recall something like that. What page are

14  you referring to?

15    Q. 47, I believe.

16    A. Yes, I recall that.

17    Q. The report, I believe, says that the average

18  for very large projects was 379 days; is that correct?

19    A. I believe that's what the AMR research -- I'm

20  quoting the AMR research report there. I believe that's

21  what the AMR report says, yes.

22    Q. Understood. And in your view, is that amount

23  of time is within the normal range for a very large ERP

24  or CRM implementation project?

25    A. Within the range.

105

1      Q. How wide is that range?

2      A. It's very wide because many users elect to

3  implement in a phased manner.  So sometimes there is what

4  folks refer to as a big bang implementation, where they

5  try to implement everything more or less simultaneously.

6  Other times, they might phase the implementation over two

7  years, three years, or longer, four years.

8      So it's a wide range.  But 379 days -- and I

9  believe those are working days, but if -- if I recall the

10  report correctly, but I could be mistaken -- is within

11  that range.

12      Q. Is it fair to say that there are factors

13  other than the applications software itself that can

14  affect the length of time it takes to implement software?

15      A. Yes.

16      Q. Is it also fair to say that there are factors

17  other than the application software itself that might

18  cause an implementation project to fail?

19      A. Yes.

20      Q. Can you identify some of those factors for

21  me?

22      A. That -- factors that might cause an

23  implementation to fail?

24      Q. Correct.  Other than the software itself.

25      A. One is something that is commonly referred to

107

1  term.

2      And in terms of personnel issues, would that

3  also include, for example, just the simple matter of

4  assigning sufficient resources to the task, on the

5  customer side, people to do the work?

6      A. It could include that, yes.

7      Q. What about overly aggressive scheduling, do

8  customers ever make mistakes in trying to schedule their

9  implementation projects, in your experience?

10      MR. WILLIAMS: Objection.  Form, are you

11  asking whether that would cause an implementation to fail

12  or have problems, or are you just asking him whether he's

13  experienced that?

14      Q. BY MR. GIBBS:  I'm asking you whether in your

15  experience, a customer setting an unrealistic schedule

16  might sometimes cause a project to fail.

17      MR. WILLIAMS: Objection.  Form.

18      THE WITNESS:  I don't know that -- I mean,

19  I've certainly seen dissatisfaction as a result of

20  expectations from an unrealistic schedule.  I don't know

21  that I've seen failures caused by that, but I suppose

22  that's possible.

23      Q. BY MR. GIBBS:  What about just a late

24  implementation?  Let me start over.

25      Do customers sometimes set unrealistic

106

1  as scope creep, where the customer adds to the required

2  functionality that they originally required or thought

3  that they were asking for, and once they start using for

4  the product, they start asking for more functionality.

5      Another might be incompetence or personnel

6  issues among the -- among the user community or the users

7  at the company.

8      Another might be sometimes there are

9  financial decisions that delay implementations.  I've

10  even seen instances of sabotage by employees of new

11  systems.  Rare, very rare, but I've seen it happen.

12      So there are -- there are probably some other

13  factors I haven't included.

14      Q. What about mistakes made by whoever is

15  configuring the software, can that cause an

16  implementation project to fail or encounter problems?

17      A. Certainly.

18      Q. What about insufficient support from within

19  the customer for the project?

20      MR. WILLIAMS: Objection.  Form.

21      THE WITNESS:  Could insufficient -- I think

22  I -- when I talked about personnel issues or -- I think I

23  covered that.  But there could be a lack of management

24  commitment, which could also be support.

25      Q. BY MR. GIBBS:  Okay.  That's a more precise

108

1  schedules for ERP or CRM implementations, in your

2  experience?

3      A. Yes.

4      Q. And so it's possible that an implementation

5  may be deemed late because it wasn't completed on an

6  unrealistic schedule.  Is that a fair statement?

7      MR. WILLIAMS: Objection.  Form.

8      THE WITNESS:  You're talking about in the

9  abstract here, not with regard to the representations

10  that were made in this case; correct?

11      Q. BY MR. GIBBS:  Correct.  I'm talking about

12  the industry generally and your industry experience.

13      A. Okay.  The reason I need the clarification,

14  then, and I'm not quite sure how to answer is that the

15  representations in this case were that the

16  implementations would be considerably faster than what

17  was normal.  And so whether there can be what are deemed

18  delays from an unrealistic schedule, yeah, that can

19  happen, but I don't know that that's relevant to this --

20  and you're asking me in the context of this section of my

21  report.

22      Q. Close the report.

23      A. Huh?

24      Q. Close the report.  I'm not asking about your

25  report.

109

1    A. So this has nothing -- you're asking me
2    totally independent of the context of this report?
3        Q. Correct. I'm asking you about your
4    experience on the consulting and implementation side.
5        A. Not in the context of the report.
6        Q. Yes.
7        A. It is certainly possible -- I mean, by
8    definition, if you set an unrealistic schedule and don't
9    meet it, I mean that's almost a definitional question.
10       Q. Then the question is, in your experience, do
11   customers sometimes set unrealistic schedules? Have you
12   ever seen it happen?
13       MR. WILLIAMS: Objection. Form. It's vague.
14       THE WITNESS: I've seen companies
15   implementing software and attempting to implement them in
16   schedules that were not realistic. I've seen that
17   happen, yes.
18       Q. BY MR. GIBBS: What about hardware
19   insufficiency, can that cause an implementation project
20   to either fail or encounter difficulties?
21       MR. WILLIAMS: Objection. Form, vague.
22       THE WITNESS: Are you implying something
23   about whose at fault for the hardware insufficiency?
24       Q. BY MR. GIBBS: No, I'm just asking -- I'm not
25   trying to get at who is at fault between a vendor and a

110

1    customer. I'm only trying to get at the -- if you will,
2    the mechanical cause that might result in an
3    implementation running into trouble, and I'm trying to
4    allocate causation between the software application and
5    other parts of the system it interacts with. In this
6    case, I'm asking whether having insufficient hardware
7    could cause an implementation of ERP or CRM products to
8    run into trouble.
9        MR. WILLIAMS: Objection. Form.
10       THE WITNESS: You're no longer talking about
11   being late; you're just talking about running into
12   trouble?
13       Q. BY MR. GIBBS: Yes.
14       A. Missizing of hardware can cause trouble,
15   certainly.
16       Q. Any other factors you can think of that can
17   cause implementation projects for ERP and CRM projects to
18   fail or to run into serious difficulty?
19       MR. WILLIAMS: Objection. Form.
20       THE WITNESS: I'm sure if I thought hard
21   enough, I'd probably run up against a lot of them. But I
22   think we've covered the major factors.
23       Q. BY MR. GIBBS: Okay. We were talking earlier
24   about your implementation and consulting experience. You
25   said something along the lines of issues almost

111

1    inevitably arise, and part of your job on the consulting
2    side is to make sure they get resolved quickly.
3        A. You know what? Let me come back to that
4    prior question.
5        Q. Sure.
6        A. There can be other problems that I didn't
7    think of, other than the software, and that can be vendor
8    problems, poor support. Could be poor training. Could
9    be turnover in vendor personnel. There -- you know, the
10   problems that we've discussed thus far, the non-software
11   problems, are primarily -- many of them, are
12   customer-related problems, but there are a whole series
13   of vendor-related problems that aren't software, that we
14   didn't discuss. And I'm sorry for that oversight.
15       Q. Okay. I appreciate that.
16       I was referring back to an earlier answer you
17   had given when you were describing what your process is
18   on the consulting and implementation side of your work.
19       A. Sorry to take you off your track.
20       Q. That's okay.
21       And I think you said something like issues
22   almost inevitably arise, and part of your job is to make
23   sure they get resolved in a timely fashion so the project
24   keeps moving forward appropriately. Is that roughly
25   correct?

112

1        A. Certainly.
2        Q. Would you agree that customers implementing
3    these large ERP and CRM products almost always run into
4    some kind of difficulty in the implementation process?
5        MR. WILLIAMS: Objection. Form. Difficulty.
6        THE WITNESS: I think my prior
7    characterization of saying issues arise is a more
8    accurate description. Those -- those issues could be
9    difficulties. They could be timing issues. They could
10   be a whole range of things.
11       So certainly difficulties are among the
12   issues that I was referring to, but not all the issues
13   would be difficulties.
14       Q. BY MR. GIBBS: Okay. I'm really just getting
15   at the point you made before, which is these are
16   difficult projects. And --
17       A. They're complex projects, I think would --
18   they're complex projects.
19       Q. Okay. Fair enough.
20       And is there a lot of work associated with
21   these complex projects?
22       A. Certainly.
23       Q. Issues arise, challenges arise. Is that a
24   fair word?
25       MR. WILLIAMS: Objection. Vague. Also form.

113

1   THE WITNESS:  Yeah, I prefer my prior
2   characterization.
3   Q.  BY MR. GIBBS:  We talked earlier about
4   customers whose implementations are discussed in your
5   reports.  For any of the customers whose implementations
6   are discussed in your reports, did you take any steps to
7   determine whether their implementation difficulties were
8   caused by anything other than defects in the Suite 11i
9   products they were trying to implement?
10   A.  Could you repeat that question, please.
11   (The record was read by the reporter as
12   follows:
13   "QUESTION:  For any of the customers whose
14   implementations are discussed in your
15   reports, did you take any steps to determine
16   whether their implementation difficulties
17   were caused by anything other than defects in
18   the Suite 11i products they were trying to
19   implement?")
20   THE WITNESS:  I did my best in looking at the
21   documents and testimony that was available to me to try
22   from that available information to make that
23   determination, and if I felt that a described problem was
24   either not related to something at issue or there was
25   some other logical cause for it, I did include it.

114

1   For instance, those issues related to
2   integration or the -- more accurately, the complaints
3   related to the failures in the integration.  I think what
4   Mr. Ellison described as failures in the integration.
5   There had been a reason for that, that I knew of, and
6   that was that there was no integration testing.
7   So unless I saw something else that indicated
8   that there was another problem that also caused that, I
9   felt that that was confirmative of lack of integration.
10   Certainly with order management, there was a
11   smoking gun with regard to order management in that it
12   had been incorporated into -- according to Mr. Ellison's
13   accounts -- incorporated into the Suite 11i product at
14   the last minute without testing.
15   So if there were order management related
16   problems, I also felt -- while there may have been
17   other -- other things that also contributed to them, I
18   felt that order management related problems were
19   confirmatory of the defective nature of the order
20   management system.
21   But in most cases that don't fall into either
22   of those, I tried to look at the information that was
23   available and determine if there was some other logical
24   explanation for the problem, and if so, I tried not to
25   use that -- that example.

115

1   Q.  Let me just clarify something on that latter
2   point about order management.  Is it your understanding
3   that the order management product literally was not
4   tested at all before being put into -- incorporated into
5   Suite 11i and sold to customers?
6   A.  It's my -- if you look at Caper Jones, he
7   lists about six or seven types of tests that are normal
8   and expected for commercial software.  One of those, I
9   think, is bench checking.  Another one, I believe, is
10   unit testing.
11   I didn't necessarily assume that there was no
12   bench checking or unit checking.  I assumed that there
13   was probably some, although the accounts said that there
14   was none.
15   But the -- what Mr. Ellison was quoted as
16   saying about the order management testing was it went
17   into the suite without testing, and by that, I understood
18   that it wasn't tested with anything else in the suite and
19   that its own testing of its own functionality had been
20   deficient.
21   Q.  And that understanding is based on
22   Mr. Ellison's testimony about order management and
23   testing?
24   A.  Not just his testimony, but where he was
25   quoted in the book "Soft War," and it's my understanding

116

1   that in that book, he was essentially given the
2   manuscript of the book prior to publication and was
3   allowed to and did enter his own comments on anything in
4   that book that he disagreed with.
5   So I felt that it was fair to consider that
6   book a fair reflection of his -- of what he felt and what
7   he felt was true and accurate.
8   Q.  The testimony and statements by Mr. Ellison
9   that you relied on in reaching your conclusion that order
10   management was incorporated at the last minute without
11   testing, is the testimony and statements cited in your
12   report attributed to Mr. Ellison?
13   MR. WILLIAMS:  Objection.  Form.
14   THE WITNESS:  I considered the -- all of the
15   references in the book to that.  I considered all of the
16   references in Mr. Simon's manuscripts that he used in
17   preparing the book.  I considered all of Mr. Ellison's
18   testimony.  The specific quotations and citations in the
19   book were put in there because I felt they were
20   representative of all of the information as a whole.  Not
21   that it was the only thing I looked at or relied on, but
22   I felt it was representative of all that I looked at and
23   relied on.
24   Q.  BY MR. GIBBS:  What did you rely on in
25   reaching the conclusion -- let me start over.

117

1    Other than the testimony and statements
2    attributed to Mr. Ellison that are cited in your report,
3    what did you rely on in reaching the conclusion that
4    order management was incorporated into the suite at the
5    last minute without testing?
6        A.  I think I just told you.  But I'll -- let me
7    repeat what I just said and maybe I can embellish.  And
8    if there's something that's not clear, maybe you can ask
9    me where you need for clarification.
10        Q.  Why don't I do that.  I don't want you to
11    repeat the answer that you just gave me because we have
12    it.
13        A.  Okay.
14        Q.  I want to know whether you can point me to
15    specific documents or specific testimony or other
16    specific materials that you relied upon in reaching the
17    conclusion that order management was incorporated at the
18    last minute without testing.  And I'm excluding from that
19    testimony or statements attributed to Mr. Ellison to
20    Mr. Simons' materials.
21        MR. WILLIAMS:  I'm just going to object to
22    the form.  And I just want to make sure I understand the
23    question and how he can answer that.  Are you asking him
24    to answer by pointing -- how can he point to specific
25    documents or testimony?

118

1        MR. GIBBS:  The question is framed in terms
2    of what he relied upon in forming his opinion.  You are
3    obligated to identify in his report --
4        MR. WILLIAMS:  I understand.  You excluded
5    that, though.
6        MR. GIBBS:  I know.  I'm just -- and I want
7    to make sure that I have clearly that the has
8    identified --
9        MR. WILLIAMS:  Sure.
10        MR. GIBBS:  -- everything in his report that
11    he relied upon in forming the opinion that I've been
12    referring to.
13        MR. WILLIAMS:  I understand that.
14        MR. GIBBS:  That's all I'm trying to do.
15        MR. WILLIAMS:  I understand that.  Let me
16    just comment so you understand where I'm coming from.
17    You asked him to point you to those things
18    that are not in the report.  In answering that question,
19    is it your expectation that he's going to sit here and
20    give you Bates numbers or direct you to specific
21    documents in a way that you can go and find them?
22        MR. GIBBS:  Yes.
23        MR. WILLIAMS:  All right.  If you can do
24    that, then do that.  But I don't know if that's a
25    reasonable way to ask him to do that, as he's sitting

119

1    here.  I'm sure you guys can set up some sort of database
2    in here and he can do the searches that he did.
3        THE WITNESS:  I can't give you Bates numbers
4    or deposition pages.
5        Q.  BY MR. GIBBS:  Okay.  Can you identify any
6    witness, other than Mr. Ellison, whose testimony you
7    believe supports your conclusion that order management
8    was incorporated without testing?
9        MR. WILLIAMS:  Objection to form.  As you sit
10    here today.
11        THE WITNESS:  I believe there was some
12    testimony of Mr. Wohl's that I considered.  I can't point
13    you to what pages.  There may have been some testimony of
14    Mr. Barrenechea that I considered.  I can't point you to
15    what pages.  There are probably also some emails
16    discussing this, although I -- that I considered -- that
17    I viewed and considered.
18        I referenced what I referenced specifically
19    because it was a fair representation of the other
20    materials that I recall reviewing, not that they were all
21    100 percent confirmatory of one another, but I felt that
22    what I referenced was a -- a fair -- a fair summary.
23        Q.  BY MR. GIBBS:  We started down this path
24    because I was asking you whether in reviewing documents
25    pertaining to the customers whose implementations are

120

1    cited in the report you took steps to determine whether
2    their implementation difficulties that you discuss were
3    caused by anything other than defects in Suite 11i.  And
4    we went --
5        A.  I think you said software defects.
6        Q.  Software defects in Suite 11i.
7        And we went down this path because I was
8    following up on the fact that you had called out order
9    management specifically.  You also called out integration
10    issues specifically.  And I want to follow up on that, if
11    I may.
12        I thought I heard you say that for issues
13    other than integration issues and order management, you
14    did the best you could with the materials you had to
15    figure out whether the problem being reported reflected a
16    defect in the software or some other issue.
17        All right so far?
18        A.  I did the best I could, yes.
19        Q.  Okay.  I also thought I heard you imply, at
20    least, that for integration and order management issues,
21    because of your understanding about the limits of testing
22    of those two issues, you felt it fair to conclude that
23    problems reported with regard to integration or order
24    management could fairly be assumed to have been caused by
25    defects in the Suite 11i software.

121

```
1        Is that also fair?
2        A. You know, if -- and I believe I probably did
3    say that, but that's probably not exactly what I meant.
4    In the absence of -- if there were something about a
5    particular document or email or item of testimony that
6    indicated that a particular integration order management
7    issue was caused by something other than a defect, a
8    software defect in order management or a defective
9    integration, then I discounted that one.
10       But if it was just a straight account of an
11   order management defect or a straight account of -- of an
12   integration defect without any other explanation saying
13   that there could have been other contributing factors in
14   this one, then I attributed it to the defects in those
15   areas.
16       But if there was some explanation that said
17   this particular issue that came up could also have been
18   caused by X, Y, or Z, then I disregarded that.
19       Q. If it was a straight account of an
20   integration problem with no reference to any other
21   contributing factors, you took no additional steps to
22   exclude other items that can affect the ability of the
23   software to operate correctly, other than defects in the
24   software itself.  Correct?
25       A. Since in those areas I was looking at them
```

122

```
1    primarily -- well, not primarily, since I was looking at
2    them as confirmatory in general, I can't say I never did,
3    but in general, if there was just a straight account of
4    an integration failure, with no other explanation -- no
5    explanation other than that, I took that as confirmatory
6    of the integration defect.
7        Q. And is the same true of straight account of
8    problems with order management; you didn't reference some
9    other potential cause?
10       A. Correct.
11       You know, it would depend also on the
12   description of the order management problem.  Sometimes
13   you can just tell from the description that even though
14   it's an order management problem, it wasn't caused by a
15   software defect.  And if that was the case, I disregarded
16   that.
17       Q. I want to spend a little bit of time talking
18   about some terminology before we move into your opinions
19   themselves.
20       Would you agree that a bug in the software
21   exists only if the software is behaving in some way
22   that's inconsistent with its documentation?
23       A. No.
24       Q. Okay.  Why not?  Let me put it another way:
25   If the software is -- well, can you just explain that
```

123

```
1    answer?
2        A. Certainly.  I can give you a good example.
3    This might not be the only example.  But if a feature or
4    capability or function of the software has been
5    demonstrated to a prospect or promised to a prospect,
6    value vision being an example, and not delivered,
7    regardless of whether it was in the documentation, the
8    addition of that feature into the software is a bug.
9    It's not an enhancement, in my view.
10       Q. Okay.
11       A. That's one example.  There may be others.
12       Q. Okay.  Setting aside the possibility that a
13   vendor has made a specific promise of functionality to a
14   specific customer.  Let's put that off to the side for
15   now.  If a customer wants a product to do something that
16   it is not designed to do, is that a bug?
17       MR. WILLIAMS: Objection.  Form.
18       THE WITNESS: If a customer wants a product
19   to do something it is not designed to do, it could be a
20   bug or it could be an enhancement request.
21       Q. BY MR. GIBBS: What would make it a bug?
22       A. There are certain types of functionality that
23   must exist in software to be -- for instance, an accounts
24   payable system must have a 1099 tax form, IRS 1099
25   capability.  Any software vendor who sells an accounts
```

124

```
1    payable system to a corporation or anything other than a
2    mom and pop kind of environment, without ever promising
3    IRS 1099 capability, that capability is implicit in
4    selling an accounts payable package to that customer,
5    regardless of whether the software company remembered to
6    put that functionality into the design or not.
7        So the addition of that IRS 1099 capability
8    into an accounts payable package, for instance -- and I'm
9    not saying necessarily that Oracle was lacking, I'm just
10   giving that as an example.
11       Q. Understood.
12       A. Okay?  Would be a bug, not an enhancement,
13   regardless of whether it was designed to do that.
14       Q. Okay.  But you seem to be dividing the world
15   into bugs and enhancement.  Is there --
16       A. I thought that was what you were asking me
17   about.  I'm sorry.
18       Q. That's fair enough.  I understand your point.
19   And I certainly appreciate that there are certain
20   functionalities so basic to the purpose of the software
21   that at least in some areas, people could agree on what
22   every ERP package ought to have, like a general ledger as
23   part of a financials package.
24       Would you agree, though, beyond some very,
25   very core items like that and the 1099 functionality that
```

Hilliard, Brooks  6/28/2007  7:49:00 PM

125

1 you've described, there may be areas where customers and
2 vendors would disagree about what is so basic and
3 inherent to the product that it's got to be included or
4 the product is incomplete?
5     A.  Yes.
6     Q.  And recognizing there may be some areas we
7 could all agree on, is there any place that you know of
8 that lays out exactly what is absolutely fundamentally
9 core to an enterprise applications suite in terms of
10 functionality?
11     MR. WILLIAMS:  Objection.  Form.
12     THE WITNESS:  Are you asking me is there a
13 Bible of all the functions that an enterprise application
14 needs to have?
15     Q.  BY MR. GIBBS:  Yes.
16     MR. WILLIAMS:  Can you read the question back
17 for me, please.
18     (The record was read by the reporter as
19     follows:
20     "QUESTION:  And recognizing there may be some
21     areas we could all agree on, is there any
22     place that you know of that lays out exactly
23     what is absolutely fundamentally core to an
24     enterprise applications suite in terms of
25     functionality?")

126

1     MR. WILLIAMS:  Are you asking about an
2 enterprise -- ERP application or an ERP application
3 suite?  I think it's suite.
4     MR. GIBBS:  You're right.  That's what I
5 intended to say.  If I left it out, let me rephrase it.
6 I did say suite.  I don't think he did.
7     Q.  Anyway, you suggested there are certain
8 functionalities that essentially any enterprise
9 application suite needs to have.  Is that fair?
10     A.  Yes -- well, no.  I'm saying for any
11 individual application --
12     Q.  Fair enough.
13     A.  There are certain functionalities that that
14 application must have in order to be that application.
15     Q.  Okay.  Fair --
16     A.  And also, for something to be called an
17 enterprise suite, there are certain applications it must
18 have.
19     Q.  Okay.  Fair enough.
20     A.  But the -- there is no Bible of all of the
21 applications that an enterprise suite must have, nor is
22 there a Bible of all the features or capabilities any
23 application within that suite must have.  And in fact,
24 that -- if there were such a Bible, it would never -- it
25 would be in a constant state of evolution because of

127

1 changes in laws, because of changes in customs, because
2 of changes in competitive conditions, and so forth, that
3 a functionality that's -- I picked out 1099 because it is
4 in fact so basic to accounts payable that there can be no
5 dispute in the United States that that's required,
6 although in France, it isn't.  Okay?
7     But the nature of business is so dynamic and
8 business conditions change, a particular feature that no
9 one dreamed of today could be absolutely essential a year
10 from now, and everyone would agree a year from now that
11 it's absolutely essential.
12     Q.  Okay.  Understood.
13     Let me focus on one category of bug which is
14 a situation -- well, let me back up.
15     I want to focus on a situation where the
16 software is not behaving the way the documentation says
17 it should.  Do you have that in mind?
18     A.  Yes.
19     Q.  Okay.  Sometimes a bug in the software itself
20 may cause that to happen; correct?
21     A.  Yes.
22     Q.  And sometimes a defect in the documentation
23 may cause that situation; correct?
24     A.  Correct.
25     Q.  The documentation may simply be wrong; is

128

1 that correct?
2     A.  That's correct.
3     Q.  But there are factors other than defects in
4 the software or the documentation that might cause an
5 enterprise application to behave in a way different from
6 the way the documentation says it should; correct?
7     MR. WILLIAMS:  Objection.  Form.
8     THE WITNESS:  I suppose that's possible.
9 Although well designed commercial software -- the types
10 of things that might cause that are configuration issues
11 or, you know, other -- maybe what you might refer to as
12 externalities.  Well designed and well tested software
13 does its best, although is imperfect, at preventing such
14 things from occurring.  That's part of the test
15 verification validation process for good software.
16     Q.  BY MR. GIBBS:  Okay.  But you mentioned one
17 of the examples I was going to mention, which is a
18 mistake in configuration could cause enterprise
19 application software to behave incorrectly even if
20 there's no defect or bug in the software itself.
21     A.  Well, we might differ as to whether that's a
22 bug.  Because good software should prevent invalid
23 configurations from occurring.  It should only allow
24 valid configurations.  Now, it may not be a very high
25 priority bug, and those types of bugs are usually not

**129**

1  debilitating for the software. And as we said, all
2  software has bugs.
3      But the allowance of an invalid configuration
4  that causes the software to perform differently than
5  documented, if not a documentation error, and a good case
6  can be made that in most cases that is a software bug,
7  for not preventing the invalid configuration.
8      Q. BY MR. GIBBS: The application software
9  interacts with other kinds of software in the system;
10  correct?
11      MR. WILLIAMS: Objection. Form.
12      Q. BY MR. GIBBS: For example, a financial
13  management application interacts with a database
14  software; correct?
15      A. Yes.
16      Q. Can an error or bug in database software
17  cause one of the applications that interacts with it to
18  behave incorrectly?
19      A. Are you asking that in reference to Oracle
20  11i?
21      Q. I'm asking generally as to enterprise
22  application software.
23      A. Okay. Because the answer might be different
24  for Oracle 11i than it would be in general.
25      Q. Why is that?

**130**

1      A. Oracle 11i only uses an Oracle database. And
2  because it only uses an Oracle database, or to the -- I
3  mean, perhaps there are portions of it that could use
4  some other database, but for the most part, Oracle 11i is
5  designed to use an Oracle database and does, to the best
6  of my knowledge.
7      So if there's a database problem that's
8  affecting the performance of 11i, that's also an Oracle
9  problem and an Oracle bug, and Oracle, as the vendor of
10  both the database and the application is responsible for
11  it, and it's hard to say what -- you know, whether you
12  would consider that an application bug or a database bug
13  because it could be a bug of not adjusting the
14  application to work with the way the database works.
15      Q. Well, I'm not trying to apportion
16  responsibility between Oracle and anyone else. I'm just
17  trying to get at where -- which part of the system may be
18  causing the application software to behave incorrectly,
19  and my only point is: If there's a coding error in the
20  database that could cause the application software to
21  behave incorrectly, even if the application software
22  itself is just fine; is that correct?
23      A. If there's a coding error in the database, it
24  could cause the application software not to behave as
25  documented, but I think customers would be justified in

**131**

1  considering that an application error, if in fact they
2  got the application and the database from the same
3  vendor.
4      Q. Okay. What about middleware software
5  products. That's another category of software involved
6  in these systems; correct?
7      A. Sometimes.
8      Q. And in cases where there is middleware
9  software, is it possible that a defect or coding error in
10  the middleware might cause the application software to
11  behave incorrectly even though there's nothing wrong with
12  the application software?
13      A. Once again, we might differ as to whether
14  that's the responsibility -- a coding error in the
15  middleware or a coding error in the application for not
16  accounting for the abnormality of the middleware. That
17  aside, and I don't think you necessarily can take that
18  aside, but -- well, let me just leave it at that. I
19  mean -- you know.
20      Q. And some customers might use applications
21  from a variety of different vendors like Oracle
22  Financials and PeopleSoft HR; correct?
23      A. Some might.
24      Q. And in cases where customers do that, the
25  applications from different vendors may interact with one

**132**

1  another; correct?
2      A. Correct.
3      Q. And is it possible in general for a defect or
4  coding error in one vendor's applications to cause the
5  other vendor's applications to behave incorrectly, even
6  though that second vendor's applications are just fine?
7      MR. WILLIAMS: Objection. Form.
8      THE WITNESS: Assuming no problems with the
9  APIs?
10      Q. BY MR. GIBBS: We'll get to that next. But
11  yes, for the purposes of this question, assume the APIs
12  are just fine.
13      A. Okay. Yes, it is possible.
14      Q. And you have identified my next question:
15  Assuming you've got applications from two different
16  vendors working together and there is an interface
17  between them --
18      A. An application programming interface, which
19  is what I referred to previously as an API.
20      Q. Yes. An error or defect in the API could
21  cause one of those applications to perform incorrectly
22  even though the application itself is not defective?
23      A. Well, if it was vendor X's software
24  application and also vendor X's API that was deficient,
25  then that would be a software bug. If it was vendor X's

133

1 application and vendor Y's API that was malfunctioning,
2 indeed that would not be vendor X's bug.
3      Q.  Okay.  And the same would be true if you had
4 applications from two different vendors and a custom API
5 built by a systems integrator?  It's possible that a
6 mistake in that custom-built API could cause either
7 vendors' products to behave incorrectly even though
8 there's no software defect in the application software
9 itself?
10      MR. WILLIAMS:  Objection.  Form.
11      THE WITNESS:  You're assuming that the -- or
12 are you asking me to assume that the reason the
13 third-party implementer created the API was software
14 serendipitous or because a promised API from vendor X was
15 not delivered?  Because if it's the latter, then that's a
16 bug in vendor X's software.
17      Q. BY MR. GIBBS:  Okay.  So I want you to assume
18 that the API was not promised by either vendor.  It's
19 just how they built the software.  It's how the customer
20 decided to implement the software.
21      A.  In that case the API defect -- the defect
22 could be in the API rather than in either vendor's
23 software.
24      Q.  And a defect in API could cause either
25 application to malfunction even absent a defect in the

134

1 application software itself?
2      MR. WILLIAMS:  Objection.  Form.
3      THE WITNESS:  In some cases, it could well
4 be, even -- it could well be an application bug, even
5 when that happens, but it could also not be an
6 application bug.
7      Q. BY MR. GIBBS:  Okay.  What about corrupted
8 data?  If a customer has a problem with its data, set
9 aside who's responsible for it, has a problem with its
10 data, corrupted data could cause an application to
11 perform incorrectly even if there is not a defect in the
12 application software itself; is that correct?
13      A.  I -- I talked before about the situation, the
14 configuration situation where in fact the software in
15 many cases ought to prevent invalid configurations in the
16 same way the software ought to handle -- be able to
17 recognize in many cases in corrupted data and handle it
18 without malperformance, and that would be a software bug
19 even in the corrupted data situation, recognizing that
20 that doesn't happen every time.  And the other times it
21 could be the corrupted data.  Not all corrupted data can
22 be anticipated.  But if it's anticipated corrupted
23 data, then I would consider that a software bug.
24      Q.  Can problems with hardware cause applications
25 to perform incorrectly even if there's no defect in the

135

1 software?
2      MR. WILLIAMS:  Objection.  Form.
3      THE WITNESS:  What sorts of problems?
4      Q. BY MR. GIBBS:  Well, how about inadequate
5 hardware, not enough computing power?
6      A.  We're talking just software bugs or
7 documentation bugs as well?
8      Q.  You can include documentation bugs.  I
9 understand if the vendor tells the customer the wrong
10 level of power they need, you would consider that a
11 documentation bug?
12      A.  I would.
13      Q.  So assume the documentation is right, there's
14 no coding error in the software, if a customer doesn't
15 have the right level of computing hardware power, that
16 could cause the application to malfunction even if
17 there's no defect in the software or the documentation;
18 correct?
19      MR. WILLIAMS:  Objection.  Form.
20      THE WITNESS:  Well, we've got such a compound
21 situation here.  I think the answer to that is it
22 depends.  It's conceivable that that could happen.
23      Q. BY MR. GIBBS:  Okay.  I'm going to move on to
24 some other terminology.  We've talked a little bit about
25 technical assistance requests, or TARs?

136

1      A.  Yes.
2      Q.  And you're familiar with that term as it's
3 used at Oracle?
4      A.  Yes.  Somewhat familiar.  I have some
5 familiarity --
6      Q.  What's your understanding of that term as
7 it's used at Oracle?
8      A.  My understanding of that term is that it is a
9 reported problem or issue that reported -- customarily
10 reported either by the customer or by someone on behalf
11 of the customer.  It could be an Oracle employee working
12 with the customer, it could be an implementer, systems
13 implementer working with the customer, it could be a
14 consultant working with the customer.
15      And it could be an Oracle internal TAR, where
16 Oracle -- essentially Oracle is its own customer and
17 someone within Oracle reports a TAR.
18      But it is an issue that is caused by a bug of
19 some type or some other cause but has not yet been
20 determined at the time of reporting whether it's caused
21 by a bug or defect.
22      Q.  Your reports refer to several customers
23 having logged technical assistance requests.
24      A.  Yes.
25      Q.  For any of those customers, did you take any

137

1 steps to determine how those technical assistance
2 requests were resolved?
3     MR. WILLIAMS: Objection. Form, assumes
4 facts.
5     THE WITNESS: If there was sufficient
6 information -- if I found sufficient information to
7 determine for TARs that were resolved during the class
8 period how they were resolved during the class period, I
9 certainly took that into consideration. If they were
10 TARs that were not resolved during that class period, I
11 may or may not have done that.
12     Q. BY MR. GIBBS: Okay. And if there was a TAR
13 that wasn't resolved during the class period and you
14 didn't follow it through to see how it was resolved, did
15 you assume that TAR arose from a defect either in
16 software or documentation for Suite 11i?
17     MR. WILLIAMS: Objection. Form, and also
18 assumes facts.
19     THE WITNESS: No. I assumed that
20 32 percent -- well, that with respect to applications --
21 modules other than order management, that 32 percent of
22 them, or thereabouts, were due to a defect. If it was
23 with order management, I saw accounts indicating somewhat
24 higher level of TARs due to bugs or defects.
25     Q. BY MR. GIBBS: For any of the technical

138

1 assistance requests referred to -- strike that.
2     For any of the customers cited in your
3 reports who logged technical assistance requests, did you
4 take any steps to determine whether those technical
5 assistance requests resulted from defects in the
6 software?
7     MR. WILLIAMS: Objection. Form.
8     THE WITNESS: In some cases, yes, and in some
9 cases, no.
10     Q. BY MR. GIBBS: In the cases where you did,
11 what steps did you take?
12     A. I tried to find as many documents as I could
13 relating to those TARs, and then I attempted to evaluate
14 them if there was sufficient information to make some
15 independent evaluation.
16     In some cases, based in part on Mr. Ellison's
17 statement that it's not defects that he's concerned with,
18 it's customer satisfaction and the reported software
19 issues. He apparently considered just the level of TARs
20 itself to be a measure of -- some measure of quality.
21 And in instances where there was just a recitation of a
22 large number of TARs that seemed large to the customer
23 reporting it, I felt that that fell under the category
24 that Mr. Ellison himself considered to be a problem, and
25 so I did as well and didn't -- and didn't consider it

139

1 worthwhile for the purposes of this report to investigate
2 what caused them.
3     Q. Let me ask you a few questions about a
4 different term, performance, which we've used a little
5 bit here today.
6     A. Certainly.
7     Q. I believe you defined "performance" to mean
8 the speed with which an application responds to user
9 input.
10     A. I think I said something to that effect.
11     Q. Speed with which the application performs
12 various tasks; is that fair?
13     A. Yes.
14     MR. WILLIAMS: Hold on. I'm sorry. I'm just
15 going to object to the form of the last question, and if
16 you want -- you have his report here, and if you want to
17 go to the definition he gave, we can go to it so that
18 it's accurate.
19     Q. BY MR. GIBBS: Would you agree with me that a
20 customer using an enterprise application product might
21 experience performance problems for reasons having
22 nothing to do with a defect in the application software
23 itself?
24     A. Yes.
25     Q. Okay. What kinds of things, other than

140

1 defects in the application software, might cause
2 performance deficiencies along those lines?
3     A. Data communications problems could cause
4 performance problems to occur. Inadequate hardware in
5 those cases where it is not a documentation bug could
6 cause performance problems. There are probably some
7 applications interface issues that could cause
8 performance problems. Those are the ones that come to
9 mind.
10     Q. What about operating system bugs?
11     A. It's the responsibility of the software
12 developer to tune their software and to program their
13 software such that it performs adequately on the hardware
14 platforms and -- that they sell it for. So I would
15 consider that a bug if it didn't.
16     And if -- if it's truly a defect in the
17 operating system, that wouldn't be an application bug,
18 that would be an operating system bug. But if it's just
19 an anomaly in the operating system, I would consider that
20 to be an application bug.
21     Q. Okay. I meant operating system bug to mean a
22 defect in the operating system, not just an anomaly.
23 Previously undiscovered --
24     A. Are you asking theoretically could that cause
25 a performance problem --

141

1  Q. Yes.
2  A. -- or as a practical matter, does that happen
3  very often?
4  Q. The former.
5  A. In theory, it could happen, yeah.
6  Q. In instances where you cite performance
7  problems reported by customers, did you take any steps to
8  determine whether the performance problem was caused by
9  the application software or by some other factor?
10  A. I looked specifically for any evidence, any
11  reported evidence of data communications issues. And if
12  I saw that -- if I found any such evidence -- and
13  certainly, as you know, there are thousands and thousands
14  and thousands of documents here and --
15  Q. You'd have to keep going for quite a while on
16  thousands.
17  A. I don't claim that my search was exhaustive.
18  But I looked for any evidence of a communication problem
19  causing the -- the performance issue, and if I found such
20  evidence, I didn't consider that performance problem.
21  Similarly, I looked for any indication of a
22  hardware sizing issue causing the performance problem.
23  And if I found any evidence of that, I didn't consider
24  that performance problem.
25  Other than that, no. Those were the things

142

1  that I looked for because those would be the two most --
2  in my experience, the two most common, by a long shot,
3  causes of performance problems, and I did -- I did search
4  for those. I didn't want to include any examples that
5  were caused by either of those.
6  Q. And if you didn't find an indication that one
7  of those two things was to blame, I gather you concluded
8  that the performance problem was caused by some defect in
9  the application software or documentation?
10  A. I also threw out and didn't consider marginal
11  performance problems. Small performance problems, I
12  figured I might -- there might be something that I didn't
13  find that could have caused them. So I didn't consider
14  those. If it was a large performance problem and no
15  indication of either of the two causes, I considered that
16  without further -- I considered that to be a software
17  problem, yes.
18  Q. Okay. Can you help me quantify small and
19  large in that context?
20  A. Sure. Anything taking 50 to 100 percent
21  longer in -- with Oracle 11i than it had, say, with
22  Oracle 10.7, I would consider a large performance
23  problem. Any performance problem in an application that
24  required human interaction, for instance a call center
25  application, where the performance of the system affected

143

1  the ability of the system user to respond to somebody on
2  the telephone.
3  If it was causing delays of more than five,
4  six, eight seconds on something that would normally be
5  expected to work in zero to three seconds, you know, I
6  would -- I consider that to be a software bug, absent
7  communications or hardware issues.
8  There might well be other analogous kinds of
9  applications where certain types of performance are
10  inherent to the proper operation of the application, and
11  call center is the best example of that, or the easiest
12  to explain example of that. But there are others that
13  are analogous where the performance problem would cause a
14  doubling or tripling or more of the amount of time. I
15  considered that to be a big performance problem as
16  opposed to a small one.
17  Is that clear?
18  Q. I'm sure it will be.
19  A. I'm trying to be as responsive to your
20  questions as I can.
21  Q. I appreciate that. Let me turn now and ask
22  you about some of your opinions, and I actually want to
23  start with Opinion Number 2.
24  A. Okay.
25  Q. Has to do with preintegration and

144

1  integration. My first question is: Would you agree with
2  me that using your definition of integration, as you've
3  articulated it in your report, if you took a bunch of
4  best-of-breed products developed by separate vendors,
5  PeopleSoft HR, Siebel CRM, and you load them onto a
6  server with no systems integration work, those different
7  applications are not integrated with one another, as you
8  use that term in your report. Is that correct?
9  A. I suppose there's infinitesimal possibility
10  that -- that there might be some integration, but I'd
11  agree with you.
12  Q. Okay. Talk about serendipitous.
13  A. Yes.
14  Q. Barring divine intervention, those two
15  products would not work together; correct?
16  A. Correct.
17  Q. Or systems integration.
18  A. That was the premise that you gave me, that
19  there was no -- no work done, no programming, no
20  integration effort, no systems integration done to
21  integrate them.
22  Q. Absolutely.
23  A. And I was answering on that premise.
24  Q. That was the premise.
25  A. Yeah.

145

1    Q.  Once systems integration work has been done,
2    those applications developed by different vendors may be
3    integrated; is that correct?
4    A.  Yes.
5    Q.  It may depend in part on the quality of the
6    systems integration work; correct?
7    A.  Correct.  See, that's easy.
8    Q.  If I just ask the question right?
9        In forming your opinion in this case, I take
10   it you didn't compare the degree of integration between
11   the modules of Suite 11i with the degree of integration
12   between best-of-breed applications once systems
13   integration work has been done; is that correct?
14   A.  I did not -- I don't think it's possible to
15   compare that because there's such a variety of quality,
16   as you've pointed out, of systems integration work.
17   Q.  Would you agree that once someone has taken a
18   set of best-of-breed products from different vendors and
19   has done systems integration work, there may be a wide
20   range of levels of integration.  Let me rephrase that.
21       Once they've been integrated to some degree,
22   the level of integration between those best-of-breed
23   products from different vendors may vary significantly.
24   Correct?
25   MR. WILLIAMS:  Objection.  Form.

146

1        THE WITNESS:  That's a difficult question in
2    that systems integration is specified in many cases, and
3    in fact, should be specified in much the same way that
4    software is specified.  In some cases, systems
5    integration is only necessary and is only specified for a
6    very limited functionality.  And it could be done
7    perfectly on -- one way of looking at that it would be
8    completely integrated at the level specified.  Another
9    way of looking at it could be that's a very negligible
10   integration compared to the whole scope of what possible
11   integration there could be between that.
12       So depending on what frame of reference
13   you're looking at, it makes it very difficult to answer
14   your question, although perhaps by explaining that, I've
15   already answered.
16   Q.  I think a little bit.  Let me try coming at
17   it from a different angle, though.
18   A.  Sure.
19   Q.  Once some degree of integration has been done
20   between best-of-breed products from different vendors, at
21   that point integration may be relative depending on what
22   is the scope of the project and what is the quality of
23   the work done on the project; is that fair?
24   A.  I don't understand that at all.
25   Q.  Okay.

147

1    A.  I'm sorry.
2    Q.  I don't think I'm going to do any better than
3    the answer you gave me before --
4    A.  I really tried to be responsive in that
5    answer that I gave you.
6    Q.  In the course of forming your opinions in
7    this matter, did you see any documents or testimony in
8    which a customer asserted that the various modules of
9    Suite 11i were not integrated with one another?
10   A.  Yes.
11   Q.  Okay.  What -- feel free to refer to your
12   report, as I looked at the integration section of your
13   report, and the only customer I saw cited in there was
14   Yale.  If there's another, please let me know.
15   A.  I believe Brock, and I believe there was
16   direct documentation from Brock Tool -- B-r-o-c-k, Tool,
17   both capitalized.  I may not have quoted the -- any words
18   out of the Brock Tool emails, but I believe I certainly
19   did consider the Brock Tool emails and -- but I think the
20   quotes may have been just from the integrator.  I don't
21   recall.
22   Q.  Okay.  Do any other customers come to mind as
23   having themselves complained about a lack of integration
24   between the modules of Suite 11i?
25   A.  I am certain that I saw emails to that effect

148

1    from the customers themselves.  I couldn't have included
2    every single email that I saw.  I suppose I could have,
3    but it seemed to be redundant to have included every
4    single one that I -- every single email on every single
5    issue that I addressed.  So I didn't necessarily include
6    all of them, but I am certain that I saw emails from
7    customers other than just Brock Tool and Yale.  I
8    can't -- as we sit here today, I can't tell you who they
9    are.
10   Q.  Okay.  But if you relied on it in forming
11   your opinion, it should be cited in your reports?
12   A.  The ones I cited in my report were sufficient
13   for the opinion.  I considered many others.  I felt it
14   was in the interest of brevity, and I know it's hard to
15   look at a hundred-page report and say it's brief.  But in
16   the interest of brevity, I did not include every
17   single document that I considered in forming my opinion,
18   and that's why in the -- where I talked about documents,
19   I said that I reviewed a lot more -- you know, the whole
20   range of documents, and you asked me what they were
21   earlier today.
22   Q.  In the course of forming your opinions in
23   this matter, did you see any documents or testimony in
24   which a customer said in words or effect that Suite 11i
25   was integrated?

Hilliard, Brooks  6/28/2007  7:49:00 PM

149

1      A. During the class period or in general?

2      Q. In general.

3      A. I may have. I didn't see any in the class

4  period where the integration was more than just

5  integration between a couple of modules, and in

6  particular, where the integration was just between a

7  couple of modules within either ERP -- or mostly it was

8  ERP, but perhaps there might have been a CRM as well.

9      Q. Okay. In the course of forming your opinions

10  in this matter, you didn't review the technical reference

11  manuals for Suite 11i; correct?

12      A. I looked at them.

13      Q. All of them?

14      A. No.

15      Q. Can you give me a guess how much?

16      MR. WILLIAMS: Objection. Form.

17      THE WITNESS: I looked at a few of them, and

18  having looked at them, determined that they weren't

19  relevant to the specific issues on -- that my opinions

20  were directed toward.

21      Q. BY MR. GIBBS: You've got a definition of

22  integration in your report. To meet your standard of

23  integration, is it necessary for every single module to

24  communicate and share data with every other module within

25  a suite?

150

1      A. Well, clearly there are modules that have

2  nothing to do with one another.

3      Q. Okay.

4      A. And so certainly there would be no

5  requirement that they share data. For -- to meet my

6  level of integration, what I've defined as integration,

7  which is not substantially different than what Mr. Goedde

8  said or what Mr. Wohl said or even what Mr. Yourdon said,

9  at least in his -- I can't speak for everything that he

10  said, but he did have a definition of integration.

11      It would be necessary that all -- like we

12  talked about the logical things that, for instance, an

13  accounts payable system must have. To meet my standard

14  of definition, the same logic would have to apply for the

15  integration between modules. If there are two modules

16  that obviously must work together because they're

17  related, and there are obvious ways in which they need to

18  integrate in order to work together, it would include all

19  of those. But if there are ways that only a few

20  customers in oddball situations might require, I wouldn't

21  necessarily feel it was not integrated if those were not

22  included. And in fact, when I was citing examples, if I

23  saw those types of examples, I disregarded them.

24      Q. Okay. And as with the specific functionality

25  that a particular application would be expected to have

151

1  in the marketplace, I take it market expectations as to

2  which modules will integrate with one another and how

3  they integrate with one another will change over time; is

4  that fair?

5      A. Well, I look specifically at the class

6  period.

7      Q. I understand. I'm speaking in general.

8      A. In general, that could change over time.

9      Q. In other words, you have articulated a

10  standard for deciding which modules should share data and

11  communicate with one another that's based in part on

12  what's the marketplace expectation, what's the state of

13  the art. You know, different words apply, but it's a

14  dynamic concept. There's not written in stone these

15  modules need to share data and communicate, these do not,

16  and it doesn't change. It evolves over time; correct?

17      A. You've got to remember that I've done over

18  200 software engagements, consulting engagements, where

19  I've looked at needs of clients, clients who are buying

20  software to perform portions of the functionality that

21  were included in 11i, functionality that wasn't included

22  in 11i, and so forth.

23      I've got, from those hundreds of

24  engagements -- 200, approximately, a little over,

25  engagements -- I have a pretty strong set of experience

152

1  on which to rely in determining what kinds of integration

2  is expected for different kinds of functionality.

3  Because I've looked at lots of different industries and

4  lots of different applications.

5      If there were levels of functionality that --

6  some purported problem and integration didn't make sense

7  to me as something that was expected during that time

8  period, I didn't consider it. I tossed it out.

9      Q. That's fine.

10      A. And those things do change over time, and I

11  did look at the time frame of the -- of the class period.

12      Q. Okay. And I was asking the general question

13  as to whether that -- market expectations for which

14  modules will work together and how they will work

15  together, it changes over time. I'm not asking you about

16  the class period. I'm just asking generally, that

17  standard is an evolving one because software improves

18  over time, market expectations change over time, business

19  changes over time. Fair?

20      A. Yes.

21      Q. Okay. Under your standard of integration

22  that you've used in your report, for those modules that

23  are supposed to communicate with one another or share

24  data with one another, is it necessary that they share

25  data without any errors in order to be integrated?

Oracle

Page  149 - 152

153

1    A. We talked about does software have bugs.

2    Q. Uh-huh.

3    A. I never apply a standard of it must be

4    100 percent bug free and didn't here.

5    Q. Okay --

6    A. Okay. So if there were errors that I could

7    see amounted to minor bugs, I didn't consider it. To

8    that extent, if there were errors of that type, I

9    wouldn't consider that a failure of integration. Any

10   other types of errors I would consider a failure of

11   integration and did.

12   Q. Okay. And in that context, how do you judge

13   what is a minor bug versus something else?

14   A. I rely on my experience, of my consulting

15   engagements. I also have an M.B.A. degree. I rely on my

16   general business experience of knowing how business

17   applications need to work together. And I guess I apply

18   a judgment factor based on that.

19       I tried in the report to only -- if there

20   were a list of 50 bugs, for instance, I didn't

21   necessarily include all 50 in the report. Okay? I

22   included those that based on referring back to my

23   consulting and business experience were major and didn't

24   include the others.

25   Q. And you did so based on your judgment and

154

1    experience?

2    A. That's correct.

3    Q. Okay. Your report refers to a distinction

4    between what a software product may be designed and

5    engineered to do, on the one hand, and what happens out

6    in the field on the other hand.

7    A. Yeah, I believe I made that distinction. We

8    could look at where I made it, I think. I may have made

9    it in a couple of places.

10   Q. I'm not purporting to quote it exactly, but

11   you understand the concept I'm alluding to?

12   A. Yes.

13   Q. Do you have an opinion as to whether or not

14   the modules in Suite 11i were designed and engineered to

15   work together?

16   A. No -- well, yes. Let me take that back.

17       Coding is part of engineering, documentation

18   is part of engineering, testing is part of engineering.

19   And -- yeah, strike my prior -- I found evidence that

20   they were not engineered to work together. I didn't -- I

21   didn't have enough -- I also I guess found some instances

22   of where they clearly weren't designed, but those were

23   relatively rare.

24   Q. Can you think of any of them?

25   A. Yes. Do you have the -- a copy of the 2002

155

1    high-level requirements document that I could look at?

2    Q. I'm sure we do. Let me -- let's mark that

3    down. We'll get it probably at the break, and we'll talk

4    about it.

5        Are there any other examples that come to

6    mind? I know the document well. So are there any other

7    examples that come to mind?

8    A. I think there are some others, but they don't

9    come to mind right now.

10   MR. WILLIAMS: Is this a good time to take a

11   break or do you want to --

12   MR. GIBBS: There are a couple others we

13   could get through pretty quickly.

14   Q. When you say that the modules of Suite 11i

15   were not engineered to work together, you've referred to

16   coding, testing, some other aspects of engineering. I

17   take it what you mean is whether or not that engineering

18   was intended to make the modules work together, it

19   failed, in your opinion; is that correct?

20   A. I didn't take intentions into account. It --

21   the engineering either worked or it didn't.

22   Q. And in your view, it didn't?

23   A. In many cases, it did not.

24   Q. Okay. And so it's not an either/or. It is a

25   question of degree?

156

1    A. I don't understand your question.

2    Q. Okay. I said in your view, it didn't,

3    meaning the engineering didn't work in order to cause the

4    modules to work together, and you said in many cases it

5    did not, which I took to be neither a "yes" or a "no,"

6    but something in the middle, and I'm trying to

7    understand.

8    A. In some cases, it was engineered to work

9    together, and other cases, it was not engineered to work

10   together.

11   Q. So some parts of the suite were engineered to

12   work together and others were not. Is that your opinion?

13   A. There's evidence to support some portions of

14   the suite being engineered to work together. There is

15   evidence to support some portions of the suite not being

16   engineered to work together. Very clear evidence of

17   that. I didn't include that as part of my opinion. My

18   opinion was focused on was the product integrated. It

19   wasn't focused on whether it was designed or engineered

20   to be integrated.

21   Q. Okay. Would it be fair to say that although

22   you may have an opinion as to whether or not the opinions you've

23   offered here (indicating) in your reports go to what the

24   software did in the field as opposed to what it was

25   designed or engineered to do?

157

1    MR. WILLIAMS: Objection. Form. The
2  opinions speak for themselves, at least as they are
3  articulated in the report.
4    THE WITNESS: I think I've already answered
5  that question.
6    Q. BY MR. GIBBS: Okay. So you don't want to
7  say "yes" or "no" again?
8    A. Ask it again. I'll try and understand it.
9    Q. Okay. I asked you whether you had an opinion
10  as to whether the software was designed and engineered to
11  work together. You first said no, and then you said wait
12  a minute, there are aspects of engineering that that
13  initial answer didn't take into account, and you said you
14  had an opinion that the software was not engineered to
15  work together. But then you said you didn't include that
16  in your opinion. And so I'm just trying to understand
17  what you meant by that.
18    As I understand -- tell me if I'm wrong --
19    A. And I think what Mr. Williams said is the
20  opinions speak for themselves. I don't address the
21  design and engineering or the intent in the opinions or
22  the explanation.
23    Q. Okay. That's all I was getting at.
24    Do you have an opinion as to whether the
25  modules of Suite 11i shared a common data schema?

158

1    A. Yes.
2    Q. What's that opinion?
3    A. Well, for the most part, they did, although
4  there were some significant defects.
5    Q. Okay. And do you recall where the defects
6  were?
7    A. Once again, that same document I referenced
8  before addresses at least some of those.
9    Q. Okay. And do any other sources, documents,
10  or testimony come to mind? I'm just asking what you can
11  recall right now.
12    A. I believe there were also some other emails,
13  internal communication among Oracle employees that
14  addressed that same issue. But I think that one document
15  we discussed is probably as good a summary as -- it may
16  not cover every single instance.
17    Q. And do you have an opinion as to whether or
18  not the modules of Suite 11i were able to run as a single
19  instance on a single database?
20    A. I didn't see enough evidence to conclude that
21  that could always be done or not.
22    Q. What about sometimes?
23    A. I suppose if you get a limited enough goal of
24  implementation, that would certainly be possible. And
25  it's quite possible that for more comprehensive

159

1  implementations, for many more comprehensive
2  implementations, it would be possible. But it's not
3  clear that it would be possible for all implementations
4  that were represented -- that it was represented that the
5  software would operate under, for all circumstances and
6  all functionality that it was represented that the
7  software would perform.
8    It's not clear that it could -- the software
9  could -- and in this case I'm using the word "perform"
10  differently than we defined it previously. I'm using the
11  word "perform" in the more global sense.
12    Q. Okay.
13    A. Okay? Of what it does.
14    Q. Uh-huh.
15    A. It's not clear that it could perform as --
16  that the software could perform as represented in all
17  respects and still do so on a single global instance.
18  I'm not saying it can't; I'm not saying it could. I
19  don't think I have enough information.
20    MR. GIBBS: Okay. Now is good time for a
21  break.
22    THE VIDEOGRAPHER: This concludes Videotape
23  Number 3, Volume 1, in the deposition of Brooks Hilliard.
24  Going off the record, the time is 3:05.
25    (Recess.)

160

1    THE VIDEOGRAPHER: This is the beginning of
2  Videotape Number 4, Volume 1, in the deposition of Brooks
3  Hilliard. We are on the record. The time is 3:24.
4    Q. BY MR. GIBBS: Okay. Welcome back,
5  Mr. Hilliard. I wanted to move on to some questions
6  about the basis for your Opinion Number 2, about
7  integration and interoperability.
8    One basis you've cited in your report is a
9  lack of integration testing. Is it your understanding
10  that Oracle did no integration testing before shipping
11  Suite 11i to customers?
12    A. I saw no evidence at all of any substantive
13  testing that anyone knowledgeable about testing would
14  consider to be a real test regarding integration. There
15  may have been some marginal testing, but nothing
16  substantive at all.
17    Q. And that's based on not seeing evidence of
18  that testing?
19    A. Well, it's based on there were a lot of
20  deposition questions specifically relating to what
21  testing was done and the answers to those questions
22  regarding what testing was done, with those answers being
23  given by the people who would be responsible for such
24  testing. And it's based on the lack of any test results,
25  integration test results in the documents that I saw as

161

1    well as the internal correspondence relating to Oracle's

2    ability to do integration testing.

3        Q.  Okay.  Let's turn to page 65 of your report.

4    You say that Oracle did not have the facilities needed to

5    do the testing, by which I understood you to mean

6    integration testing.  Is my understanding correct?

7        A.  Your understanding that I was referring to

8    integration testing?

9        Q.  Correct.

10       A.  Yes.

11       Q.  Okay.  What's your understanding of what

12   Mr. Klaiss is saying in the email you cite on page 65 of

13   your report?

14       MR. WILLIAMS:  Hold on a second.

15       Objection.  Form.  I don't think the email is

16   fully laid out in the report.  I may be wrong, but if

17   it's not, then you have the document, and I think that

18   might be a better way to discuss it.

19       THE WITNESS:  That's what I was about to ask

20   for.  Can I see the whole email?

21       Q.  BY MR. GIBBS:  Well, we have limited time.

22   You chose to put language from the email in your report,

23   and if we need to go to the document, I will.  But let me

24   just ask you about the language that you decided to put

25   in your report.

162

1        What is your understanding of that language

2    that you quote from Mr. Klaiss's email?

3        A.  I'd like to see the whole document.

4        Q.  Okay.  Let me ask another way because I don't

5    have time here in seven hours to look at every single

6    document when you've chosen to put language in the

7    report.

8        MR. WILLIAMS:  Objection.  Objection.

9    Argumentative.  And we all have seven hours, Patrick.

10   You know, if the witness is asking to see the document,

11   you can just say no, but I don't know how valuable the

12   testimony is going to be for you if he's asking for it

13   and you don't want to show it to him.

14       MR. GIBBS:  Let me ask the questions I need

15   to ask.

16       MR. WILLIAMS:  Okay.

17       Q.  BY MR. GIBBS:  When the language says we

18   cannot test integrated business flows prior to customer

19   shipment, did you have an understanding of what

20   Mr. Klaiss is referring to there?

21       MR. WILLIAMS:  Objection.  Form.  If you need

22   the whole document, then you should answer with the

23   qualification that you need the document which you did

24   attach as an exhibit to your report.

25       THE WITNESS:  What specifically are you

163

1    referring to?  Which -- which excerpt from -- which

2    sentence -- are you excerpting from my excerpted quote?

3        Q.  BY MR. GIBBS:  I'm asking about the first

4    sentence that you quote from the email.  It says,

5    "Today's situation is that we cannot test integrated

6    business flows prior to customer shipment."

7        My question is:  What did you understand him

8    to be referring to when he said "customer shipment"?

9    Customer shipment of what?  What's your understanding?

10       A.  Customer shipment of Oracle 11i software of

11   multiple modules -- of multiple modules that are supposed

12   to be integrated.

13       Q.  Okay.  So your understanding is that they had

14   no place where they could test the entire suite before

15   the whole suite was shipped?

16       A.  I think you're mischaracterizing me.

17       Q.  Okay.  What did you mean when you said

18   customer shipment of Oracle 11i software of multiple

19   modules?  They had no place where they could test more

20   than one module?

21       A.  I didn't mean that, no.  I meant that in

22   order -- well, I'd like to see the document.  You've

23   taken one sentence out of an excerpt from a larger

24   document.  I want to make sure that if I answer your

25   question, I'm answering it in the context of the whole

164

1    document.  I'd like to see the document.

2        MR. GIBBS:  Okay.  Get the document.

3        Q.  Did you have -- do you have an understanding

4    as to whether there was one place where Oracle put

5    together the entire suite and tested business flows

6    across ERP and CRM?  I'm not asking about the document.

7    I'm just asking what's your understanding of the testing

8    environment at Oracle.

9        MR. WILLIAMS:  Objection.  Form.

10       You asked him -- your question was do you

11   have an understanding, and now you're asking him what his

12   understanding is.

13       THE WITNESS:  It was also a compound

14   question.

15       MR. GIBBS:  All right.

16       Q.  The question is:  Do you have an

17   understanding?  Just tell me whether you have an

18   understanding, okay, of whether there was one place at

19   Oracle where Oracle could load the entire suite onto a

20   computer and test whether information could flow back and

21   forth between ERP and CRM modules in 11i.

22       MR. WILLIAMS:  Objection.  Form.  I don't

23   know if they could put the whole suite on a computer.

24       THE WITNESS:  All I know is what the

25   documents and the testimony said they did with regard to

165

1  such testing.  I don't know whether they had a
2  configuration that they could have used but weren't using
3  for such test.
4       Q.  BY MR. GIBBS:  Okay.  Is it your
5  understanding that they did not, before shipping Suite
6  11i, put the entire suite onto a single environment and
7  test business flows between CRM and ERP modules?
8       MR. WILLIAMS:  Objection.  Form.
9       THE WITNESS:  Do you mean any business flows
10  at all or do what test people would call a real test?
11      Q.  BY MR. GIBBS:  Any business flows at all.
12      A.  Oh, you're referring to the smiley face bomb
13  report?
14      Q.  I'm just asking you a question.
15      A.  Yeah, there was the smiley face bomb report
16  configuration where they did what even the people who
17  were doing it characterized as I think more of an audit
18  than a test of 18 or 20 business flows out of what must
19  have been potentially several -- dozens and dozens, maybe
20  hundreds of possible ones?
21      Yeah, they did a limited look-see that some
22  people characterized as a test, but others admitted
23  wasn't really what a real testing person would call a
24  test, resulting in the smiley face bomb report for these
25  few -- for these few flows that they did look at.

166

1       Q.  Would you need to have an environment with
2  the entire suite on it to do integration tests?  Is that
3  an absolute necessity, in your view, to do integration
4  testing?
5       A.  Would you need to have an environment -- you
6  could put -- every single module simultaneously.
7       Q.  That's what I'm asking.  Would you need to do
8  that in order to do integration testing?
9       A.  I'm not representing myself to be an expert
10  on the exact way that integration testing must be done.
11  That having been said, I do know that the amount of test
12  equipment and the level of tests that were done in this
13  case are nowhere near sufficient, nowhere near
14  sufficient.
15      You don't have to be a testing guru to know
16  that what was described as the only tests that were done
17  are nowhere close to being sufficient integration
18  testing.
19      Q.  And when you say -- when you refer to what
20  was described as the only tests that were done, you're
21  referring to the 20 or so business flows that Greg Seiden
22  described his team as testing; is that correct?
23      A.  Well, that's part of it.  There were some
24  other limited tests that some of the other individuals
25  testified about.

167

1       Can I see that document, by the way?  Do you
2  have that yet?
3       Q.  Yeah, I'll come back to the document, but I'm
4  asking about a different issue.
5       A.  It seems like you're asking about the same
6  issue.  So --
7       Q.  No, I'm not asking about that document.  I'm
8  asking generally about your understanding of what
9  specific tests were done.  And I know you referred to the
10  testing that Mr. Seiden described in his testimony, the
11  18 to 20 business flows that resulted in the smiley face
12  bomb reports, and you've referred to others who described
13  limited integration testing.
14      Do you recall which other people --
15      A.  Not off the top of my head.
16      Q.  Okay.  Now your -- when you just said that
17  the testing that was done here was nowhere near
18  sufficient, that's based on your understanding that the
19  testing you have seen described in the documents and the
20  evidence here is all that was done; is that correct?
21      A.  And also based on this document that you're
22  not letting me look at.
23      Q.  Okay.  We'll mark it as Exhibit 3.
24      A.  There may be other things as well, and once I
25  see that, I'll tell you.

168

1       (Exhibit 3 marked.)
2       THE WITNESS:  There was -- this is part of
3  it.  There was also another document relating to -- and I
4  think perhaps I referenced it.  There's Mr. -- that's
5  Mr. Seiden.  We've talked about that.
6       Oh, this memo, email, although this is before
7  the class period.  It may be before the class period.
8  But -- there were some other memos that also indicated
9  basically the same thing and kind of elaborated on it,
10  that the only place where testing was occurring was once
11  the system got into the demo system environment, and that
12  that was inadequate, and that in any case, it wasn't as
13  described in this -- in this memo, a controlled
14  environment where complete integrated systems testing for
15  the whole ERP CRM suite can take place.
16      And involving the use of -- perhaps use of
17  automation as described below on page 056441.  The -- as
18  well as the testimony of Mr. Seiden and I believe
19  Mr. Klaiss had some testimony on this as well.  And there
20  was other testimony.
21      So there were a whole range of things.  But
22  the statement "at this time we do not have a control
23  environment where complete integrated systems testing for
24  the whole ERP CRM suite can take place" is the most
25  telling sentence, that you do need, in order to do what

169

1  testing people call tests, instead of just what is
2  described here as rifle shots by Oracle's own people, you
3  need something like that.
4      Q. BY MR. GIBBS: Okay. And what I was trying
5  to get at before is: Is it your understanding from
6  Exhibit 3 that there was no such controlled environment
7  where complete integrated systems testing for the whole
8  suite could take place before Suite 11i was released?
9      A. It is my understanding that there was no such
10 testing environment where such testing was taking
11 place -- taking place. Whether Oracle had the facilities
12 for such a -- I don't have any knowledge of whether
13 Oracle had such facilities.
14     Q. Okay. And your testimony that such testing
15 did not in fact take place before the initial release of
16 the product, is that based on the lack of evidence that
17 such testing took place or did someone affirmatively say
18 that no such testing took place?
19     A. It's based on the lack of a facility for such
20 testing --
21     Q. Okay. Stop there.
22     A. And -- can I finish?
23     MR. WILLIAMS: Yes, you can finish.
24     MR. GIBBS: Go ahead.
25     THE WITNESS: And the testimony when

170

1  specifically asked of the vice presidential level Oracle
2  employees of what testing did take place, their
3  description of what was the only testing, integration
4  testing that took place.
5      So it's based on both -- and -- well, that's
6  primarily it.
7      Q. BY MR. GIBBS: Didn't you just tell me that
8  you don't know whether such an environment existed before
9  the release of Suite 11i?
10     A. That wasn't the question you were just asking
11 me.
12     Q. I understand. But in response to one of my
13 earlier questions, you said you did not know whether the
14 type of facility being described in Exhibit 3 existed
15 before Suite 11i was released. You said you knew only
16 that they didn't do that kind of testing, based on the
17 testimony you've seen.
18     MR. WILLIAMS: Objection. Mischaracterizes
19 testimony.
20     MR. GIBBS: The testimony will speak for
21 itself.
22     Q. Let me just ask you again: Do you know
23 whether, before Suite 11i was released, Oracle had a
24 controlled environment where complete integrated systems
25 testing for the whole ERP CRM suite could take place?

171

1      A. I'm relying on Mr. Klaiss's email saying that
2  there was no such facility available -- Oracle may have
3  had such a facility, okay? But he said they had no such
4  facility available, and it was needed, and when asked
5  about this in deposition and when others were asked about
6  this in deposition, they said not only -- they did not
7  dispute whether such a facility was available, and they
8  said no such testing in such a facility was done. So
9  that's what I'm relying on.
10     Q. Do you know whether such a system was
11 available before the release of Suite 11i? This email is
12 dated July 9, 2001. I'm asking you whether you know one
13 way or the other whether the type of facility described
14 was available before the release, as opposed to in July
15 of 2001?
16     MR. WILLIAMS: Objection. Asked and
17 answered. He said he was relying on Mr. Klaiss's
18 testimony as far as the statement that there wasn't one.
19     THE WITNESS: I have no inside knowledge of
20 what could have been used for this purpose but wasn't.
21     Q. BY MR. GIBBS: Okay. Let me ask you some
22 questions about the demonstration system. You've talked
23 about the demonstration system some at pages 68 to 70 of
24 your report.
25     Do you know how the demonstration system was

172

1  configured at Oracle?
2      MR. WILLIAMS: Objection. Form.
3      THE WITNESS: I've seen documents and
4  testimony on that.
5      Q. BY MR. GIBBS: Okay. Do you know whether
6  there was one environment or more than one environment
7  for the ERP and CRM demonstration systems?
8      MR. WILLIAMS: Objection. Form.
9      THE WITNESS: My recollection is that there
10 were two. But I could -- I'm not sure. I haven't looked
11 at that recently, and I don't -- I could be mistaken on
12 that.
13     Q. BY MR. GIBBS: Okay. If you wanted to use
14 ERP and CRM modules together --
15     A. Yes.
16     Q. -- you would load them onto a single server;
17 correct? Most commonly?
18     MR. WILLIAMS: Objection. Form. Are you
19 talking about Oracle 11i ERP and CRM?
20     MR. GIBBS: Yes.
21     MR. WILLIAMS: Objection. Form.
22     THE WITNESS: It was my understanding that it
23 was Oracle's intent that you be able to do that. Onto
24 one application server, it is my understanding that there
25 may also have been other configurations that you could

Hilliard, Brooks  6/28/2007  7:49:00 PM

173

1    use for the same purpose.
2        Q.  BY MR. GIBBS:  And set aside the demo system
3    for now because I realize you don't remember exactly what
4    the testimony was on that.  But in general, if you
5    installed your Oracle 11i ERP applications on one server
6    and your Oracle 11i CRM applications on another server,
7    is that configuration going to put any limits on the
8    ability of the ERP and CRM applications to work together?
9        MR. WILLIAMS:  Objection.  Form.
10       THE WITNESS:  You're asking me in general,
11   not in relation to my opinions here?
12       Q.  BY MR. GIBBS:  Uh-huh.
13       A.  I don't know in general.
14       Q.  Okay.  By the way, do you recall reading
15   Mr. Klaiss's testimony about the email chain that we've
16   marked as Exhibit 3 to your deposition?
17       A.  I recall that I did read it.  I don't recall
18   the specific testimony.
19       Q.  At page 71 of your report, you referred to
20   the 2002 high level requirements document which you
21   alluded to earlier.
22       A.  Yes.
23       Q.  My first question, if you recall, is:  You've
24   chosen some of the items listed in the document for
25   inclusion in the report here, quoted.

174

1        A.  Yes.
2        Q.  Do you recall which ones you chose to include
3    in the report and which ones you chose not to?  In other
4    words, what was the dividing line?  What were the
5    criteria you used?
6        MR. WILLIAMS:  Objection.  Form.
7        THE WITNESS:  Well, my opinion was related to
8    the -- whether the statements, particularly statements
9    related to integration, were false and misleading or not.
10   And so I only chose those that were related to whether
11   those statements were false and misleading, and further
12   were based on what the statements were, whether they were
13   substantive.
14       MR. GIBBS:  Let's have this marked as
15   Exhibit 4.
16       (Exhibit 4 marked.)
17       Q.  BY MR. GIBBS:  And what I'm going to ask you
18   about is -- are the quotes in your report.  You have the
19   document to refer to if you need to.  My first question
20   is:  Which of the items that you've cited in the report,
21   in your view, would prevent the modules of Suite 11i as
22   they were released in 2000 from working with one another
23   or sharing data?
24       A.  The first one, currently the E-Business suite
25   contains two item master definitions, inventory and

175

1    i-procurement, which are causing -- this is causing
2    synchronization issues.  And let me look at -- I've used
3    an ellipsis there so let me just look at where it comes
4    from.  So certainly that one would.
5        Let me come back to the second one, the third
6    one.
7        "There are several planning scheduling
8    engines in nine different modules in the ERP CRM suite.
9    Sometimes they are running separately, creating
10   independent results.  Conflicts could result in planning
11   scheduling of resources between internal and external
12   activities between two internal activities and/or two
13   external activities."
14       That would create a defect in integration.
15   That is a defect in integration.
16       Rather than wasting time for me just looking
17   through this, can we take a short break, I'll look
18   through this, and I'll be able to answer all of these?
19       MR. GIBBS:  That's fine with me.
20       THE VIDEOGRAPHER:  Going off the record, the
21   time is 3:58 p.m.
22       (Recess.)
23       THE VIDEOGRAPHER:  We are back on the record.
24   The time is 4:05.
25       MR. WILLIAMS:  Why don't we just have the

176

1    question read back.
2        (The record was read by the reporter as
3    follows:
4        "QUESTION:  And what I'm going to ask you
5        about is -- are the quotes in your report.
6        You have the document to refer to if you need
7        to.  My first question is:  Which of the
8        items that you've cited in the report, in
9        your view, would prevent the modules of Suite
10       11i as they were released in 2000 from
11       working with one another or sharing data?")
12       MR. WILLIAMS:  I'm just going to lodge my
13   objection to form.
14       THE WITNESS:  It should be noted that this is
15   a 2002 document.  I'm sorry, was the question at launch
16   or during class period?
17       MR. GIBBS:  It was at launch.
18       THE WITNESS:  Okay.  All of the items I've
19   cited are such that it is not -- it was not to me
20   credible that they were working at launch and then were
21   non-working in 2002.  In just looking at what they are, I
22   tried to determine on each one of them whether it was
23   credible that they could have been working and became
24   broken based on the description of what the -- what the
25   issue was.  And for the ones I cited, it was my judgment

that if they were non-working in 2002, they were also non-working during the launch and also non-working during the class period.

Basically, all of them, with some qualification, would affect the ability of the applications to share data and work together, I believe was what you asked.

Q. Uh-huh. Uh-huh.

A. Okay. The qualifications would be the fifth item -- one, two, three, four, five -- specifically, "within the Asia Pacific region, lack of multi-byte support across the various front-office systems prevents the use of Asian character sets in the global contact database."

And if you look at the two bullet -- that refers to Section 2.2, which is on page 069921. And if you look at the two -- the first two bullets in that Section 2.2, it says, "The global contact database is not compliant so we lack a common repository for customer information in Korea, China, Taiwan, and Japan."

And also the process of analyzing the load global contact database and CR map -- and I don't know what CR map is -- are not compliant so we have no way loading multi-byte information into the system. And as a result of, A, do not capitalize on the customer

intelligence gathered in a campaign, and B, cannot accurately report the performance of a campaign and our ROI.

So those two bullet points explain how it would prevent the working together and sharing data. The rest of the description doesn't necessarily relate to that.

Section 2.5, I didn't call out Section 2.5 in here, largely because it was related to 2 point -- to my second point, the product data exchange, the single unified E-Business solution and it seemed duplicative for me, but that one would also prevent it.

Section -- the eighth point -- well, actually, the same applies to Section 2.8, I also did not -- that one also fits your answer, but I didn't call it out because I felt it would be redundant. But it deals with the human relations management system and payroll integration with CRM. That failure would inhibit or prevent -- and it's explained right here in the bullets under that point (indicating).

And then the remaining points up to the final one, within the different teams, CRM and ERP -- the different teams, parentheses, CRM/ERP -- oh, by the way, that one refers to Section 3.2 on page 069929.

The development team is using different user

interface strategies. That would inhibit the communications and working together, but it wouldn't necessarily prevent it. So that one is a more limited one.

Q. Is it your testimony that every one of the items listed here in your report are such that an ERP -- sorry, an enterprise application suite can't be integrated without them?

A. I have to qualify that question before I answer it.

Q. Okay.

A. Not all enterprise software would encompass necessarily all of these functions. But in each of these, if it encompasses these functions, the lack of ability to share data or work together is so basic, and I didn't -- I didn't cite everything in this report. Okay? Because some of them I didn't feel were substantive enough to fall into that category of something that if an enterprise suite covered these functions, it had to have these integrations.

But each of these I looked at and said, yes, if you have this functionality in the enterprise suite, these functions need to be able to communicate, they need to be able to work together, and if you don't have it, that is an integration failure.

Q. Do any of them actually say you cannot work together, the different pieces cannot work together?

A. It says they don't.

Q. Which one?

A. In some cases, they say the multiple item definitions. It doesn't say it cannot work together. But it does say that synchronization -- there are synchronization issues. That means that it isn't -- if there are synchronization issues, it isn't working together. It isn't integrated.

Q. It isn't working together at all?

A. It isn't integrated. You can't have synchronization issues and be integrated. There is a -- a minor exception to that, that Mr. Yourdon covered in his report, talking about a conscious decision to denormalize the data. But one would not make a conscious decision to denormalize data with two item master definitions for inventory and procurement, which are so tightly -- necessarily so tightly integrated together. It wouldn't make sense to make a conscious decision to denormalize that.

So inventory and procurement must be integrated. That's a very basic -- you procure inventory. That's what -- one of the basic things that procurement is for. So if you have synchronization

181

1  issues, it is not integrated.
2      Q. Are there any others that say that the items
3  are actually not able to work together?
4      A. Okay, let me look.
5      MR. WILLIAMS: I'm just going to object to
6  the form of that question. You don't mean using those
7  words necessarily, do you, Patrick?
8      MR. GIBBS: I don't.
9      THE WITNESS: Once again, on the second one,
10  it says customers would need to have one system for
11  developing a product and another for maintaining it.
12  That's telling me that they don't work together, if you
13  need to have both. That's an admission that they don't
14  work together.
15      If they -- if there was some way that they
16  did work together, it would say in some circumstances you
17  might need to have. But it says you do need to have one
18  system for developing and another for maintaining. So
19  that is an indication that they don't work together.
20      Let's look at the third one. Section 1.8.
21  This is the one that deals with multiple planning and
22  scheduling engines. And this one says sometimes they are
23  running separately, sometimes you might only need one --
24  one of these. So the fact that others don't work
25  together or create problems wouldn't be an integration

182

1  failure because you would have no need for such
2  integration. And it does say sometimes they are running
3  separately, creating independent results, and conflicts
4  could result -- so that one -- it does indicate that
5  there are times when conceivably it could work together.
6      I still believe that even if it could work
7  together, if there are instances where it needs to work
8  together and it doesn't, that's still an integration
9  failure.
10      Q. Okay.
11      A. Let's look at the next one: "Company should
12  ideally be able to track costs not only for development
13  of a product/service, but the costs throughout the whole
14  life cycle. But that would require a unified definition
15  of foundation elements which is defined for CRM but has a
16  different and mutually exclusive definition in projects."
17      And that one refers to -- that's the fourth
18  one, Section 2.2. No, that's not the fourth one. That's
19  the third one. So that would be Section 2.1. I'm sorry.
20      "There is no possibility today to represent a
21  project with a service contract, i.e., referencing a
22  project related to service agreement with your project
23  customer is not possible, which impacts your overall
24  capability to compare total project costs with the total
25  project revenue."

183

1      And it says it will not work, and that's
2  something that is pretty fundamental. And it says no
3  possibility today of doing that, two years after launch,
4  April 2002 -- June 2002. Yeah, so more than a year after
5  the class period. And then we could go through
6  one-by-one.
7      Q. I understand your point, and it's helpful to
8  me to understand the standard you're applying.
9      A. Yeah.
10      Q. Do you know whether any competing enterprise
11  application suite had all of the elements that this memo
12  is suggesting Suite 11i should have?
13      MR. WILLIAMS: Objection. Form. Are you
14  referring to in 2002, when this memo was written, or in
15  2000 at launch?
16      MR. GIBBS: Why don't we take them one at a
17  time.
18      Q. Start with 2002. Do you know whether any
19  competing enterprise application suite in 2002 had all of
20  the items that the authors of this memo were suggesting
21  Suite 11i should have that you quoted here in your
22  report?
23      MR. WILLIAMS: Objection. Form, competing
24  suite.
25      THE WITNESS: I'm sorry, 2002 or --

184

1      Q. BY MR. GIBBS: 2002.
2      A. I'm not sure whether PeopleSoft had all of
3  them, but it's my belief they had at least some of them.
4  And I know -- I have seen enterprise software that had at
5  least some of these. They may not have been as
6  broad-based as Oracle 11i in terms of the number of
7  different modules, but I have -- for every single one of
8  these, I've seen software in 2002 or before that had that
9  functionality that's described here.
10      I can't tell you for sure whether there was
11  any single suite that had all of it, but all of it was
12  standard kind of functionality that other software
13  developers were delivering.
14      Q. So you don't know if there was a single
15  product that had all of them?
16      A. That wasn't -- you know, whether there was or
17  wasn't really wasn't relevant to the opinions, and I
18  really didn't look at that.
19      Q. Okay. Let me ask you a general question, I'm
20  through with Opinion 2 for now.
21      A. Okay. Thank you for giving me the time here.
22      Q. We talked about various things that can
23  impact the way enterprise application software performs,
24  and I mean that in the broader sense, not speed,
25  performs, but just works.

185

1      A. By the way, do you want my notes?
2      Q. No, thanks.
3          Different customers use application products
4  in different environments.  True?
5      A. Yes.
6      Q. Different computing environments like
7  different hardware?
8      A. Yes.
9      Q. Different operating systems?
10     A. Yes.
11     Q. They use it with different configurations?
12     A. The word "configuration" can be interpreted
13  in a lot of different ways.
14     Q. Different Suite 11i customers might configure
15  the software differently.  And the answer is "yes"?
16     A. Yes.
17     Q. And different Suite 11i customers might use
18  their Oracle applications with a wide variety of other
19  applications; correct?
20     A. They might, yes.
21     Q. And we've discussed --
22     A. I don't know that that has anything to do
23  with the opinions that I rendered.
24     Q. That's okay.  You don't need to.
25         MR. WILLIAMS: Objection to the form, then.

186

1  Relevance.
2      Q. BY MR. GIBBS: We've talked about ways in
3  which different aspects of a system in which an
4  applications product is working might affect the ability
5  of the application to function correctly even where
6  there's no coding defect in the application.  Do you
7  recall that discussion generally?
8      A. I recall that discussion generally.
9      Q. Okay.  Is it possible for one customer to
10  experience a bug, software bug in their environment,
11  while another customer using the same application
12  software in a different environment may not experience
13  that bug?
14     A. It's possible.
15     Q. So customer A might be unable to use some
16  piece of functionality because of a bug, but customer B
17  might be able to use the very same piece of functionality
18  because in their environment they're not experiencing
19  that bug; correct?
20     A. We have to be real careful about using the
21  term "functionality" in terms of how broadly you want
22  that term to apply, and I guess I don't understand how --
23  I mean, on one hand, functionality could be general
24  ledger.  On the other hand, functionality could be
25  printing a specific cash flow report for a specific time

187

1  period within general ledger.
2          So when you say is it possible that -- I
3  don't know what level of functionality you're talking
4  about.  When you ask me that question, I don't think I
5  can answer it.
6      Q. Okay.  Well, let's take each of those two
7  examples you just gave me.  Is it possible one customer
8  might not be able to get their general ledger to operate
9  correctly because of some software bug in the
10  application, while another customer using the same
11  application but in a different environment may have no
12  trouble running their general ledger.  Is that possible?
13     A. Depends on the software bug.
14     Q. Okay.  So for certain kinds of bugs, that is
15  possible?
16     A. Yes.
17     Q. Okay.  And then down to the more specific
18  example you gave of running a particular kind of
19  report --
20     A. Cash flow report for a particular time
21  period.
22     Q. Right, exactly.  Is it also possible that
23  customer A might not be able to run that report in their
24  environment because of a bug in the application while a
25  different customer trying to run the same report but

188

1  using the application in a different environment might
2  have no trouble?
3          MR. WILLIAMS: Objection.  Form.
4      Q. BY MR. GIBBS: Is that possible?
5      A. It's unlikely, but I suppose it is possible.
6  You know we have to really look at individual cases.
7  There -- you know, even that is at too broad a level to
8  answer the question.  You know, you just have to look at
9  individual cases.  But there may be some where -- where
10  what you say would occur.
11     Q. Okay.  Let me ask you a few questions about
12  what you've identified as Opinion Number 3 in your
13  report.
14     A. Okay.
15     Q. And the relevant section starts at page 77,
16  although actually I want to ask you first a question.  I
17  covered this topic a little bit, but I want to follow the
18  thread just a little bit more.
19         This isn't specific to Opinion 3, but it --
20  it's related.  At page 38, footnote 73 of your opening
21  report, you write that no software of the complexity of
22  Oracle 11i ever reaches zero defect levels, end quote.
23         Would you take a look at that?
24     A. Page 38?
25     Q. Footnote 73.

189

1    A. Yes. I wrote that.

2    Q. Okay. Would you agree, then, that with

3    software as complex as Suite 11i, it's impossible to

4    eliminate all defects before the software is released to

5    customers?

6    A. Yes.

7    Q. So a reasonable enterprise applications

8    customer would expect that they would encounter at least

9    some defects as they implement the software?

10    MR. WILLIAMS: Objection. Form.

11    THE WITNESS: I've always thought reasonable

12    was something for the finder of fact to determine what's

13    reasonable.

14    Q. BY MR. GIBBS: Okay.

15    A. But most customers would not expect

16    100 percent bug-free software.

17    Q. Customers who are familiar with the

18    enterprise applications industry would expect that they

19    would encounter at least some defects; is that correct?

20    MR. WILLIAMS: Objection. Form, calls for

21    speculation.

22    THE WITNESS: Customers of ERP software do

23    not necessarily -- do not expect 100 percent bug-free

24    software, and that is not -- 100 percent bug free is not

25    the standard that I applied in my opinions.

190

1    Q. BY MR. GIBBS: Understood. That's where I'm

2    going next.

3    In Opinion Number 3, you write essentially --

4    you write that the product could not be considered of

5    commercial quality and ready for commercial use in a live

6    environment. That's the last line of the opinion itself.

7    MR. WILLIAMS: Although it's only half of

8    that sentence.

9    MR. GIBBS: It is indeed.

10    Q. And in -- you described the standard over the

11    next page or so, and I have some questions about that.

12    Still on page 77, you write that -- you used the term,

13    quote, commercial quality, end quote, to describe, quote,

14    the minimum quality level at which a business software

15    product must perform in order to be usable by typical

16    business customers consistent with the custom and

17    practice of the industry, end quote.

18    First question is: What are you referring to

19    when you say consistent with the custom and practice of

20    the industry?

21    A. Well, since I've been involved in the IT

22    industry, first as a developer, then as a vendor of

23    computer products, and then as a consultant to buyers of

24    computer and software products, from the mid-'60s to the

25    present, I have had a lot of experience with and am as

191

1    knowledgeable, I'm -- I would characterize myself as very

2    knowledgeable as the customs and practices of the

3    business software industry. And by that I mean vendors,

4    developers, implementers, and buyers of software for

5    business applications. I'm familiar with their customs

6    and practices because I've been involved in those customs

7    and practices from just about every angle.

8    Q. And so in order to determine what is the

9    minimum quality level at which a business software

10    product must perform, you'd need to look at the industry

11    as a whole as you've just described it?

12    A. Not only do you need to look at the industry

13    as a whole, but you need to look at the specific -- what

14    the computer industry refers to as a vertical market,

15    which might mean the type of industry. Travel agents

16    might be one vertical market, process -- batch process

17    manufacturers might be another vertical market. Airlines

18    might be another vertical market. CPA practices might be

19    another vertical market.

20    So you not only need to look at the industry

21    as a whole, but you need to look at the needs of the

22    specific industry for any given implementation, the needs

23    of the specific industry to which the product is

24    marketed, to understand what the customs and practices

25    would be for that vertical.

192

1    Q. Okay. But setting aside customs and

2    practices either in the industry as a whole or in these

3    verticals, I take it there's no place you can go to find

4    an objective concrete description of the minimum quality

5    level that meets the standard you're discussing here.

6    A. And it's precisely because of the issue that

7    I just described to you that there isn't. Because each

8    submarket, each vertical market is so different from one

9    another that the standards vary for each one, and that's

10    why there is no common standard that's published for all,

11    and each one is so individualized I don't know of

12    specific published standards for any one of them.

13    Q. What about products that are designed to be

14    used by customers in a wide variety of industry

15    verticals; is there a standard for those types of

16    products?

17    A. Simultaneously?

18    Q. Uh-huh.

19    A. I don't know that there are customers that

20    are in a wide variety of -- any individual customer

21    that's in a wide variety of vertical markets

22    simultaneously.

23    Q. So if a vendor is looking to sell a product

24    for use across multiple verticals, they need to look at

25    the custom and practices in every single vertical they

193

1  intend to sell the product to?

2      A.  They need to look at the customs and

3  practices and needs that are prevalent in the vertical

4  that they're selling to before they -- or before they

5  sign a contract.  I mean, I've certainly worked with

6  salespeople who go into an environment with the intention

7  of marketing their product to the customer who's in that

8  particular vertical, that particular industry, if you

9  will, as opposed to industry as a whole, and say, hey,

10  wait a second, now that you tell me what the standards

11  are for your industry or for your company within this

12  industry, we don't fit.  And they walk away.

13      Q.  Uh-huh.

14      A.  And so the company that markets to all

15  industries may look at all of them or individual ones

16  with the intention of marketing them, but they also have

17  to make the determination prior to signing a contract.

18      Q.  Now, a customer --

19      A.  And they do, and that's customary that they

20  do that.

21      Q.  A customer in a particular industry vertical

22  might choose to buy a product that's not specifically

23  designed to meet all their needs with the idea that they

24  will customize it to meet their needs; correct?  They

25  might go in with their eyes wide open.

194

1      MR. WILLIAMS:  Objection.  Form.

2      THE WITNESS:  Are you asking does that

3  happen?

4      Q.  BY MR. GIBBS:  Uh-huh.

5      A.  It does happen.

6      Q.  And in a situation like that, where the

7  customer buys a product knowing that it doesn't meet some

8  of their needs and intending to fill their needs either

9  by customizing or adding on additional software, would

10  you say that that software is not of commercial quality

11  in that context?

12      MR. WILLIAMS:  Objection.  Form.

13      THE WITNESS:  Depends on the specific -- as I

14  defined it here, okay?  And I said it right here.

15  Because of the differences between the needs of different

16  types of business software customers, just as I described

17  to you, okay?  There is no formal and universally

18  accepted standard or reference authority that provides

19  metrics -- m-e-t-r-i-c-s -- to measure such quality.

20      However, it is my experience that an

21  overwhelming consensus of computer industry professionals

22  could reach a consensus, and I've checked with many.

23      I've vetted -- this is not my sole invention.

24  I've vetted this description with many of my peers, that

25  in order to be of commercial quality, the software must

195

1  provide a level of reliability and functionality suitable

2  for commercial usage for the purposes it is promoted and

3  sold to perform.

4      So in the instance that you just described to

5  me, it would be promoted and sold to perform all of the

6  functions other than those that were going to be built

7  by -- by -- customized.  If it didn't perform those

8  suitably, it wouldn't be of commercial quality.

9      If it was promoted that it had APIs --

10  application programming interfaces -- such that it could

11  interface functionality from -- of other software, and it

12  didn't have those APIs to do that, that would be an

13  indication of -- and there's certainly some judgment on

14  APIs -- but an indication of lack of commercial quality.

15      But if it does the functions that it's

16  promoted and sold to perform, not that those that are

17  going to be added by customization later, then it's of

18  commercial quality.

19      Q.  But if in a particular instance a -- like

20  value vision, a specific functionality was allegedly

21  demonstrated or sold to the customer and not provided,

22  you would say that's not of commercial quality; correct?

23      A.  Correct.

24      Q.  Okay.  So the question of whether a

25  particular enterprise application product is of

196

1  commercial quality may depend on the precise

2  representations made in the one-on-one vendor-customer

3  negotiation process?

4      A.  It may.  In fact, as I mentioned to you, I've

5  done other expert witness projects, some on the side of

6  vendors and some on the side of -- when I say on the

7  side, some -- in some I was engaged by the counsel for

8  vendors and in some I was engaged by the counsel for

9  buyers, I've applied that exact same standard uniformly

10  in both cases from both the vendor perspective and the

11  customer perspective, and I specifically refer to that

12  standard because I think it's fair from both

13  perspectives.

14      Q.  And if I understand you correctly, then, if a

15  customer buys a piece of software and is saying to the

16  vendor, this software doesn't have this particular piece

17  of functionality, can't do "X," in order to determine

18  whether the lack of "X" functionality renders the product

19  not of commercial quality, you may need to know exactly

20  what representations and promises were made between that

21  particular vendor and that particular customer.  Is that

22  fair?

23      A.  You may need to know that.  You also may need

24  to know like the -- the 1099 issue I mentioned to you

25  before.  You may need to know things that wouldn't be

197

1   part of a representation because they're at such a
2   detailed level that they just wouldn't be included. So
3   you may need to know those as well.
4       Q. Okay.
5       THE WITNESS: You know, it's getting late in
6   the day, and I'm needing to take breaks just a bit more
7   often. I know we went off the record a while before, but
8   I was working that whole time.
9       MR. GIBBS: No, now is a good time for a
10  break.
11      THE VIDEOGRAPHER: Going off the record, the
12  time is 4:42.
13      (Recess.)
14      THE VIDEOGRAPHER: This is the beginning of
15  Videotape Number 5, Volume 1 in the deposition of Brooks
16  Hilliard. On the record, the time is 4:56.
17      Q. BY MR. GIBBS: Before the break, I had asked
18  you -- we discussed the notion that in order to determine
19  whether an enterprise applications product was of
20  commercial quality, you need to know what
21  representations and promises were made between a vendor
22  and a particular customer.
23      Do you recall that discussion?
24      A. Yes. I didn't mean that to be that that
25  would be the only indication, the only thing that could

198

1   indicate it wasn't of commercial quality. I mean, if you
2   look through my report, there are all kinds of other
3   indications or -- we talked about functions, you know.
4   And so I didn't mean that to be an exclusive way of
5   determining that.
6       Q. Understood. But in some cases, you may need
7   to know?
8       A. In some cases.
9       Q. And obviously, in this case, you didn't speak
10  directly to any customers; correct?
11      A. I wouldn't have done so without going through
12  counsel, which inevitably would have gone through you.
13  So I didn't.
14      Q. Okay. And you didn't speak directly to any
15  Oracle salespeople about those kinds of representations
16  and promises made to customers; correct?
17      A. I looked at -- I determined that through the
18  documentation and the testimony than by directly talking
19  to them.
20      Q. Okay. At page 78, in discussing what it
21  means for software to be suitable for commercial usage,
22  you write: "This does not mean that the software must be
23  perfect, only that it performs at a level of reliability
24  sufficient to meet the business needs it is sold to
25  meet."

199

1       A. And I probably, in this opinion, I deal with
2   more than just reliability. I deal with supportability.
3   I deal with performance and so forth. So I probably
4   should have been a little more inclusive in that
5   statement.
6       Q. Okay. I'm just focusing on the portion of
7   the statement referring to suitable to meet the
8   business needs it is sold to meet. I take your point,
9   though, that reliability is one of several
10  characteristics that should meet the needs it was sold to
11  meet, in your opinion.
12      A. Well, and there are some other absolutes in
13  some other areas as well.
14      Q. Earlier in your report -- this is at
15  page 43 -- you refer to Mr. Ellison's statement to the
16  effect that Suite 11i would be able to satisfy 80 to
17  85 percent of customers' needs. And you write, quote --
18      A. What page?
19      Q. 43. You write: "Of course, all percentage
20  estimates of this type are arbitrary since it is not
21  really possible to compute a meaningful number of needs
22  met and unmet," and the sentence continues, but that's
23  the relevant portion for this discussion.
24      If the definition of suitable for commercial
25  usage means that the software does something sufficient

200

1   to meet the business needs it's sold to meet, but it's
2   not possible to compute a meaningful number of needs met
3   or unmet, how does one go about determining whether
4   software is suitable for commercial usage?
5       MR. WILLIAMS: Objection. Form.
6       THE WITNESS: The reason I said it's not
7   possible to compute a percentage is because you can't
8   look at just a list of the needs and say, okay, there
9   are -- there are 95 identified -- well, let's for
10  simplification, 100 identified needs, it met 78 of them,
11  and therefore it only met 78 percent of the needs because
12  needs don't have uniform importance, order management,
13  for instance. There's a business maxim that says nothing
14  happens until somebody sells something. And order
15  management is, as testified to by -- or as stated by
16  Mr. Ellison and testified by others, is central to being
17  able to get from the selling of a product into all of the
18  other applications.
19      So order management, as an example, would be,
20  in almost all applications, a much higher priority need.
21  And therefore if you were trying to put a weight on it,
22  you'd have to put a higher weight on it.
23      So what I mean by what I said on page 43 is
24  that the percentages are arbitrary because you can't --
25  you can't put a weight on order management and say, well,

Hilliard, Brooks  6/28/2007  7:49:00 PM

201

1   instead of being 1 out of 100, that's worth 7 out of 100.
2   Okay?
3           And so coming back to your question, then,
4   how do you determine?
5           Customers and industries have priorities.
6   They have -- for instance, if you're in a distribution
7   industry, inventory management is always going to be a
8   high priority need, and perhaps fixed assets might not
9   be. Because in a distribution industry, you might not
10  have a lot of fixed assets.
11          So you have to look at -- at -- for any given
12  industry. And not so much -- it may be on a specific
13  customer, but not so much a specific customer. For any
14  given industry, where are the priorities of the needs and
15  what representations did the company make publicly -- and
16  they do that sometimes -- or individually to a customer
17  regarding meeting those needs.
18          And with regard to this particular type of --
19  this issue, and you know, as I said, you know, we've
20  talked about performance, and, you know, meeting
21  individual functional needs isn't the whole thing. You
22  have to look at the priorities and did -- did they
23  perform the functions that were needed in that industry
24  and that were represented to that customer as would be
25  expected in that industry given the representations that

202

1   were made.
2           Because sometimes there are representations
3   limiting, for instance, functionality. Yes, we represent
4   we're going to do everything that you need except
5   function X, Y, and Z. We can't do that. So, you know,
6   even though you've told us you need it, we can't do it.
7   If you buy it from us, you go in with the understanding
8   that it's not going to do that. Other times, the
9   representations are extending functionality.
10          It becomes -- I think Mr. Ellison said it
11  well when he said, you know, I'm concerned with what's --
12  what people are complaining about. He didn't say it in
13  exact those words. Okay? It's not so much defects that
14  I look at. It's, you know, what are causing issues?
15  It's the level of issues.
16          If they're minor issues and they're rapidly
17  resolved, that's of commercial quality. And lots of
18  vendors deliver commercial quality software in that way
19  all the time and have been for 20 years.
20          If there are major issues, either absolutes
21  for a particular industry or maybe absolutes for all
22  industries, and they're not resolved, or if there's a bug
23  in them and they're not fixed, or if they aren't
24  delivered, that's a -- that's a commercial quality issue.
25          Is there room for judgment or interpretation?

203

1   Yes. And in cases where there's room for judgment and
2   interpretation, that's where I said the minimum standard.
3   I don't expect perfection. I don't expect a hundred
4   percent necessarily satisfaction.
5           And in looking at examples, I didn't take
6   examples where there may have been some level of
7   dissatisfaction, but it wasn't substantive. I looked for
8   substantive satisfaction or dissatisfaction.
9           And so I, you know, there is -- and some
10  might differ, and that's why I set the bar low and set it
11  uniformly low whether I'm on the -- whether I'm engaged
12  by counsel for buyers or engaged by counsel for sellers.
13          Q. Let me refer you again to page 78 of your
14  report.
15          A. Sure.
16          Q. Where the end of the last full paragraph on
17  that page you write that you have used in formulating
18  this standard the expressed needs of these actual Oracle
19  11i customers. Do you see that language?
20          A. Yes.
21          Q. Which actual Oracle 11i customers are you
22  referring to there?
23          A. The ones that I specifically referenced. And
24  there may have been -- I didn't reference everything I
25  saw if it was going to be cumulative or redundant, you

204

1   know, but if I referenced it, it was their needs or the
2   needs -- similar needs of other customers.
3           Q. Okay. So setting aside customers who you
4   thought were similar or redundant are the ones you
5   identified in your report, in setting the standard for
6   whether Suite 11i was suitable for commercial usage for
7   the purposes it is promoted and you used to perform, you used
8   the needs expressed by customers identified in your
9   report?
10          A. By and large, I think that's an accurate --
11          Q. Now, expressed needs as of what point in
12  time? Any point in time? The time of contracting?
13  During implementation? Does it matter?
14          A. I looked at the class period. In some cases,
15  I talked about issues that occurred prior to the class
16  period. And I did that specifically to show that Oracle
17  was aware of those issues as a problem prior to the class
18  period and prior to December 14th, when these -- I mean,
19  my opinions are focused on specific statements whether
20  they were false and misleading.
21          So where I referenced issues that occurred
22  prior to the class period, it was to show that Oracle
23  should have been aware of these as potential issues when
24  they made statements. But where I'm referring to was the
25  software of commercial quality or not, the examples I

Hilliard, Brooks  6/28/2007  7:49:00 PM

205

1    used were whatever stage that customer was at during the
2    class period.
3         Q.  Okay.  So if a customer who was mid
4    implementation said to Oracle, this product is not
5    meeting the following five needs, that's the type of
6    expressed need you took into account in setting the
7    standard discussed there on page 78 of your report?
8         A.  Well, like some of them said, it takes me
9    five days every time I do an install, and then the
10   install doesn't work and I have to start all over again,
11   and I expected to have the software up and running or at
12   least testable by now.
13        And so in that case, the expressed need would
14   relate to whether the software was reliable enough that
15   they could get it up and running for test purposes.  And
16   that expressed need might not be an expressed need
17   related to a specific functionality, but it's certainly a
18   very reasonable need.
19        I don't like to use the word "reasonable,"
20   but it's a very common need and one that Oracle as a
21   company that's been delivering application software to
22   users for many years would be aware of.
23        Q.  In other words, you would expect any customer
24   who was taking five days to do an install to be unhappy
25   about that situation?

206

1         MR. WILLIAMS:  Objection.  Form.
2         THE WITNESS:  That's not what I said.
3         Q.  BY MR. GIBBS:  Okay.
4         A.  I'm thinking of a specific customer that was
5    saying in order -- the term "install" is so imprecise.
6    In order to get the software to the point where I can
7    test it, I have to do a physical install of the software
8    onto the system.  Every time I do that, it takes me five
9    days to accomplish that.  And every time I do that, it
10   still doesn't work, and I can't test it, so I have to go
11   through the five-day cycle over again.
12        So, yeah, I think any customer that had to go
13   through that five-day cycle seven or eight times, or even
14   three or four times maybe, would have reason to expect
15   that Oracle would know that that's unsatisfactory.
16        Q.  Okay.  But it's not your understanding that
17   every customer had that experience you've just described?
18        A.  No.  No.
19        Q.  Okay.  It goes to my earlier point that
20   certain problems may affect some customers, not others.
21   Is that fair as stated?
22        A.  Yes.
23        Q.  You also discussed stability in this portion
24   of your report that you referred to.  That section begins
25   on page 80.  And you write that the term stability is

207

1    used to characterize whether a product is free of
2    software defects that could cause a program to produce
3    erroneous results or crash.  I've paraphrased, but I
4    think that's a fair summary of what you say there.
5         In order to be stable, according to the
6    standard you used, does a product have to be completely
7    free of such defects?
8         A.  We have to look at producing erroneous
9    results and crashing separately.
10        Q.  Okay.
11        A.  Okay?  In answering that question.  I don't
12   think it's useful to look at it together.
13        Q.  Okay.
14        A.  Crashing is always a very significant defect.
15   If a system crashes once and whatever caused it either
16   goes away or is fixed, that's not instability.  But if a
17   system has problems of crashing at relatively -- on a
18   relatively repeated basis, that is always a stability
19   problem.
20        With regard to erroneous results, it depends
21   on the -- some erroneous results are negligible in terms
22   of their importance and other erroneous results are
23   catastrophic in terms of their results, in terms of their
24   impact.  And so it would depend on what the erroneous
25   results were.

208

1         Q.  Okay.  So focusing on the crash side of
2    that -- of that standard, so let's say when I try to open
3    a document in PDF format out of my Internet browser, it
4    crashes every single time, and I've got to go and I need
5    to do it twice to open any document when I'm in Internet
6    Explorer.  Is Adobe Acrobat stable?
7         MR. WILLIAMS:  Objection.  Form, and calls
8    for speculation.
9         THE WITNESS:  I don't have enough information
10   to answer that question.
11        Q.  BY MR. GIBBS:  Okay.  What more would you
12   need to know?
13        A.  I'd need to know all kinds of things about
14   the environment that you were using it in, whether it met
15   specifications -- I mean, there's a rash of things I
16   would need to know.  And moreover, I don't think that's
17   relevant to the opinions that I've rendered, but there's
18   a whole raft of things I'd need to know.
19        Q.  Okay.  So me just describing the problem to
20   you doesn't tell you what you need to know to say whether
21   the program is stable or not?
22        A.  If that happens all the time, that would
23   certainly be an indication of a potential lack of
24   commercial quality, but it would really depend on a whole
25   lot of other factors.

Hilliard, Brooks  6/28/2007  7:49:00 PM

209

1  Q. At page 80 of your opening report, you write
2  that Suite 11i had, quote, debilitating stability
3  deficiencies throughout the class period and beyond, end
4  quote.
5      Is it your understanding that every customer
6  that used Suite 11i experienced debilitating stability
7  deficiencies?
8  A. No, it's not my understanding necessarily
9  that every single customer did. But it's my
10  understanding that the stability deficiencies -- and here
11  I'm going not so much on customer word but actual
12  appraisals of Oracle personnel saying things were common
13  or happening throughout the customer base or were
14  problems that could affect wide groups of customers.
15      So if there was -- there may well have been,
16  and -- well, there may well have been customers that were
17  using individual modules for limited purposes, you know,
18  in specific environments where the stability deficiencies
19  that were widespread for other customers didn't affect
20  them.
21  Q. But you don't think there were any customers
22  using a relatively broad array of modules, were able to
23  use the products and experience an acceptable level of
24  stability?
25      MR. WILLIAMS: Objection. Assumes facts.

210

1      THE WITNESS: The appraisals that I've seen
2  from Oracle's own people about it would -- would seem to
3  indicate that there weren't. I'm not eliminating the
4  possibility. There might be one or two here or there.
5  But people like Mr. Kendig and Mr. Wohl and
6  others, Mr. Barrenechea and so forth, indicated that
7  there were -- Mr. Cochran -- issues that were pervasive.
8  Q. BY MR. GIBBS: Can stability be affected by
9  other parts of the system, like the operating system, the
10  database software, the network, things like that?
11  A. Are you -- I don't think that that question
12  pertains to the issues that I've raised in my report.
13  But the answer is yes, it can.
14  Q. So a report by a particular customer that
15  it's experiencing instability by itself is not indicative
16  or is not conclusive that there's a defect in the
17  application software?
18  A. If there were only one or two customers that
19  were reporting instability, I wouldn't consider that an
20  indication of a defect -- of a stability issue.
21  Q. Is there any way to quantify stability or
22  instability of a particular product?
23  A. I don't know of any established metrics for
24  that. But I suppose that in certain areas you could --
25  one could come up with metrics that would be widely

211

1  agreed with. I mean, certainly there are a few people
2  who would say that if a system crashes more than once a
3  day, there are any circumstances under which that system
4  could be considered stable, and so that once a day
5  crashing could be a measure. But certainly you wouldn't
6  have to crash that often to be considered unstable.
7      The -- can you repeat the question?
8  Q. Is there any way to quantify stability or
9  instability of a particular product?
10  A. There are all kinds of ways to quantify it.
11  In fact, there are so many ways to quantify it that I
12  don't know that there is any few of them that are widely
13  used.
14  Q. You also discuss Oracle's customer support in
15  this section of your report. What process did you go
16  through in reaching your conclusion that Oracle's product
17  support was not of commercial quality? What documents
18  did you look at? What kinds of evidence did you review?
19      MR. WILLIAMS: Objection. Form.
20      THE WITNESS: The -- most of the documents
21  other than those that might have been redundant are --
22  are listed. But the kinds of evidence would be in that
23  case, the appraisals of the Oracle personnel themselves.
24  If Oracle personnel were saying we don't have enough
25  training resources to get our consultants trained to

212

1  support customers, we don't have enough training
2  resources to train call center staff to support customers
3  who are calling in, we don't have enough resources -- we
4  don't have enough call center staff to answer all the
5  phone calls for -- support calls we're getting, if Oracle
6  people themselves were saying that, and it wasn't just
7  one or two, those kinds of statements were common. That
8  was the type of thing that I relied on.
9  Q. BY MR. GIBBS: I want to turn to your Opinion
10  Number 1, which starts at page 28 of your report.
11  A. 28?
12  Q. You know, I'm sorry. It doesn't, actually.
13  It starts earlier. Anyway, I'll direct you to the pages
14  I'm going to ask you about. It looks like it's 22.
15      I want to ask you in particular about your
16  discussion of order management, which starts at page 32.
17  You say, "Because of the criticality of order management,
18  its defects were an essential factor in Oracle 11i not
19  living up to the representations that Oracle had made
20  about it."
21      MR. WILLIAMS: Is that a -- are you asking
22  him a question there, or are you just stating what you
23  think this opinion is?
24      MR. GIBBS: I just quoted his document to get
25  him oriented.

Hilliard, Brooks  6/28/2007  7:49:00 PM

213

1   MR. WILLIAMS: Can you show me what you
2   quoted because I don't know if it was actually a quote.
3   Well, you didn't quote it. It says, "Because of the
4   criticality of order management, its defects were a
5   central factor in Oracle 11i not living up to the
6   representations that Oracle had made about it."
7       Is that exactly what you said?
8       MR. GIBBS: That's exactly what I said.
9       Q. Can you tell me precisely what were the
10  defects in order management?
11      A. There were numerous defects in order
12  management widely reported in dozens of customers, some
13  of which I quoted here, others of which I didn't because
14  they would be redundant. There was also -- and the
15  variety of defects was a wide variety of defects, just as
16  would be inevitable putting out software under the
17  circumstances that this one was put out, according to the
18  book "Soft War" which chronicles that and includes
19  Mr. Ellison's opportunity to correct any mistaken
20  statements.
21      In addition to the individual issues with
22  order management that were raised, there were a lot of
23  just emails and internal communication just referring in
24  general to order management problems or at a particular
25  customer and/or pointing out that there were order

214

1   management problems in a wide var- -- you know, in larger
2   numbers of customers, but not naming them.
3       Q. Beginning at page 38, you talk about global
4   operations, and you write that with respect to local
5   language functionality, Oracle 11i just did not function
6   as represented.
7       First question has to do with local language
8   availability. I understand you have drawn a distinction
9   between translation, on the one hand, and localizations
10  for legal issues or currency and things like that. I
11  want to focus on language right now.
12      A. Sure.
13      Q. Is it your understanding that as of the class
14  period, Suite 11i was not available in multiple
15  translations?
16      A. I wouldn't characterize it that way. I would
17  characterize it that the translations that were available
18  were incomplete, in some cases missing, and in some cases
19  there but only for certain modules and not for other
20  modules.
21      The UTF8 multi-byte capability, which is
22  required to do the Asian, like Japanese and Chinese
23  Korean character sets, and probably Arabic and Hebrew as
24  well, although I'm not -- wasn't available in some
25  modules.

215

1   So it's -- wasn't my opinion that there was
2   no translation. It was my opinion that translation was
3   defective in large -- in many major countries, including
4   most of the European common market countries, which by
5   any stretch of the imagination would have to be
6   considered major, and including many of the Asia Pacific
7   countries.
8       Q. So you don't think that potential customers
9   would have understood Mr. Ellison's statement that Suite
10  11i works in every country and in every language to mean
11  that it was literally translated into every single
12  language in use in the world, do you?
13      MR. WILLIAMS: Objection. Form, calls for
14  speculation.
15      THE WITNESS: I think I backed away from the
16  every single language, every single country in my
17  evaluation. I don't know what Mr. Ellison's intent was.
18  It wasn't -- I didn't deem it useful to try and figure
19  out whether it worked in every -- and was translated into
20  every single language for every single country, but there
21  were later statements staying major countries or 30 major
22  countries or something like that, which by every stretch
23  of the imagination would have to include countries like
24  France, Germany, Italy, Spain, Netherlands, Japan, China,
25  and so forth. And there were translation defects in all

216

1   of those.
2       So, you know, after having just looked at
3   those major countries, it didn't seem to me to be useful
4   to try and carry out and say, well, you know, also every
5   country. I just didn't do that analysis.
6       Q. So you refer in some places to statements
7   that identify a specific number of languages that Oracle
8   11i had been translated into. You mentioned, I think 23
9   as an example. Maybe 29. There are different numbers
10  out there.
11      A. Something like that. There are numbers,
12  yeah.
13      Q. Your testimony is not that that number of
14  translations literally had not been made available, but
15  that significant translation defects existed?
16      A. Yes. Oh, in some cases, they weren't made
17  available.
18      Q. Which specific ones?
19      A. I believe Mr. Giacoletto talks about -- I
20  think it's Mr. Giacoletto -- G-i-a-c-o-l-e-t-t-o. I
21  believe.
22      Q. We can get it to her.
23      A. Being the senior executive in Europe, Middle
24  East, and Africa, talks about whole portions of
25  translations that weren't available for certain

217

1   languages. Might be help text or it might be something
2   like that, just where no translation was done.
3       Q.  No translation at all or no translation of a
4   particular release, do you recall?
5       A.  It may have been no -- I don't recall.  It
6   could have been either one of those.  But --
7       Q.  Is there a difference, in your view?
8       A.  Well, there were three releases during --
9   that -- no, I guess there were two releases that were in
10  use during the class period, release 2 and release 3.  So
11  those would be the ones of greatest interest.
12      And probably there were -- there may well
13  have been some users still using release 1 during the
14  class period.  So that might be of interest as well.
15  Release 4 didn't occur until after the class period.
16      Q.  Okay.  Let me ask you a few questions about
17  immediate availability.  We've talked about bugs, and I
18  think it's clear that the presence of bugs by itself does
19  not mean that the software is not available.  Correct?
20      A.  Correct.  Depending on the level of bugs.
21      Q.  Depending on number and severity?
22      A.  Number and severity.
23      Q.  Is there any particular standard for judging
24  number and severity that tells you you're over the line
25  to not available?

218

1       A.  There is no published number that I'm aware
2   of.
3       Q.  And you didn't apply a particular number.
4   You looked at the evidence you've cited and reached a
5   conclusion; correct?
6       A.  Based on customs and practices of the
7   industry that I've been involved in on a professional
8   basis for 30 years, yes.
9       Q.  It wasn't some kind of numeric quantitative
10  standard?
11      A.  That's correct.
12      Q.  The same thing with patches.  The mere fact
13  that patches are released does not by itself mean that
14  software is not available; correct?
15      A.  It would depend on the number of patches
16  and -- yeah.
17      Q.  The number of patches and what they're
18  designed to do?
19      A.  Correct.
20      Q.  And I take it on that latter point, the more
21  a patch is designed to fix a defect or a bug, the more
22  likely it is indicative of not being available under
23  the standard you've articulated.
24      A.  Patches are virtually always designed to fix
25  defects or bugs.

219

1       Q.  But if it's not designed to fix defects or
2   bugs, it's less indicative of lack of availability?
3       A.  It's hard -- software developers have
4   different criteria for what they call defects and bugs
5   than what customers have.  I alluded to this or discussed
6   this earlier today.
7       To me, a -- a extension of functionality
8   that's done to fulfill a vendor commitment or to provide
9   functionality that needs to be in a particular module,
10  vendors very often refer to that as not a bug, but an
11  enhancement.  Fair-minded people and vendors -- other
12  than vendors, and there are certainly fair-minded
13  vendors.  But fair-minded people other than vendors
14  almost always refer to that as a bug.  A -- and for that
15  reason, patches are virtually always bugs.  It -- using
16  that standard.
17      Q.  Okay.  Did you see any evidence documenting
18  exactly how many, what percentage of the patches Oracle
19  issued for Suite 11i up to the class period were to fix
20  bugs?
21      A.  I don't know, and I'm not saying necessarily
22  that Oracle's standard of what it calls a bug fix versus
23  what it calls a functionality increase, what definition
24  they used to distinguish one from the other.  And if I
25  did see -- since -- I didn't know what the definition -- and

220

1   as I point out, different folks use different
2   definitions.
3       Since I didn't know what definition Oracle
4   was using to distinguish a bug fix in a patch versus a
5   functional extension in a patch, if I saw any numbers, I
6   discounted them because I couldn't reconcile them to a
7   definition of what was meant by them.  I would have been
8   happy to if I could have.
9       Q.  You don't think it's likely, do you, that
10  every single patch Oracle issued for Suite 11i in the
11  first six months after it was released was in order to
12  fix a priority one defect, do you?
13      A.  In Mr. Yourdon's report, he basically says
14  that patches should only be used to fix priority one
15  defects or something that if you give a fair
16  interpretation of what he said, amounts to that.
17      Moreover, given the level of TARs and bug
18  TARs that were occurring during the one-year period from
19  launch until May of the following year, it's hard if me
20  to understand how Oracle could have had time to have been
21  issuing patches for other than urgent bugs, which I would
22  classify as the same as P1, regardless of whether Oracle
23  called them a P1 or not.
24      When you're in a fix, you know, it's raining,
25  patch the holes in the roof mode, you give priority to

221

1   the highest -- you devote your resource to the highest
2   priority things first.
3            I believe that those patches were virtually
4   all priority one bugs, and in fact, there may have been
5   multiple bugs for each patch.  And I believe that, as
6   Mr. Yourdon says, if there were less than urgent issues,
7   they were can coming out in releases, not in patches.
8        Q.  Page 57 of your report, you write, "But if
9   the software fails every time a customer receives
10  delivery and tries to implement some normal type of
11  function such as those described above, for the first
12  time, then the representation of available and ready for
13  use cannot be true."
14           Is it your testimony that Suite 11i failed
15  every time a customer took delivery of the software and
16  tried to implement some normal type of function?
17       A.  You have to actually take that in the context
18  of the paragraphs that precede it, where most of those
19  refer to Mr. Cochran's deposition.  And a number of
20  defects that he testified that occurred -- I guess he was
21  the area sales and consulting vice president for the
22  Northeast and that there were a lot of customers in that
23  area.
24           Every single one -- or there may have been
25  one that didn't fit this pattern, but it seemed to me

222

1   every single one, with perhaps one exception, of a
2   problem that was called to his attention, he said, oh,
3   well, that was the first time we ever did anything like
4   that, and that's why it failed.
5            And that statement was -- in the context of
6   what Mr. Cochran had said, that that was the excuse for
7   all the failures.  And I'm saying you can't use that as
8   an excuse for all the failures.  That's what I was trying
9   to say.
10       Q.  Okay.  But would it be fair to say that if a
11  customer was using an enterprise applications product in
12  a way that's unusual, that problems that customer
13  encounters might not be indicative of a broader quality
14  problem affecting all potential customers?
15       MR. WILLIAMS:  Objection.  Form.
16       THE WITNESS:  That doesn't apply to what I
17  wrote here, and what I wrote was these were not unusual
18  situations.  Each one of these that I talked about was a
19  normal kind of a situation.
20           Yeah, it may have been a very big company,
21  but it's certainly not the only big company of its kind
22  doing that function.  There are lots of big companies of
23  that kind that do that function.
24           So the question you're asking really doesn't
25  apply to the examples that I gave and the context that

223

1   that statement was written in.
2        Q.  BY MR. GIBBS:  Okay.  Let's remove it from
3   the context.  I understand your disagreement with
4   Mr. Cochran as to whether those situations are unusual,
5   but indulge my hypothesis of a customer using software in
6   a way that's highly unusual.  Do the problems that that
7   customer experiences indicate a broader quality problem
8   in the software?
9        MR. WILLIAMS:  Hold on.  Objection.  Form.
10  Can you read that question back for me,
11  please.
12       (The record was read by the reporter as
13  follows:
14       "QUESTION:  Okay.  Let's remove it from the
15       context.  I understand your disagreement with
16       Mr. Cochran as to whether those situations
17       are unusual, but indulge my hypothesis of a
18       customer using software in a way that's
19       highly unusual.  Do the problems that that
20       customer experiences indicate a broader
21       quality problem in the software?")
22       MR. WILLIAMS:  Calls for substantial
23  speculation.
24       THE WITNESS:  Are you trying to imply by that
25  that I used such examples as support for my opinions?

224

1   Because if I didn't, I don't understand -- I mean, I
2   could answer that, but it wouldn't be -- have any
3   relevance at all to the opinions.
4        Q.  BY MR. GIBBS:  Well, I would like you to
5   answer it.  And I understand your relevance objection.
6        A.  Okay.  First let me say I don't think I used
7   any such examples, if I saw such examples, I tried not to
8   use them.  Therefore, I think the answer I'm about to
9   give you has no relevance to my opinion.
10           Coming back to your hypothetical, if under
11  those circumstances you still want an answer, if someone
12  is using -- is doing something way off the wall and it
13  didn't work the first time any customer tried to do that
14  one thing way off the wall, that might not -- what was
15  the phrase you used?
16       Q.  Be indicative of a broader quality problem.
17       A.  Might not be indicative of a broader quality
18  problem.
19       Q.  Let me ask a few questions about the need for
20  systems integration portion of this opinion.
21       A.  Surely.
22       Q.  You're not saying, are you, that customers
23  would have taken Oracle's statements about no systems
24  integration needed to mean that if they wanted to use a
25  portion of Suite 11i along with, say, Siebel CRM

225

1   products, that they wouldn't need to do systems
2   integration between those two, are you?
3        MR. WILLIAMS:  Objection to the form.  Excuse
4   me, Patrick, are you referring to his opinion -- are you
5   stating his opinion and extrapolating from it or --
6        MR. GIBBS:  I'm asking what his opinion is.
7        THE WITNESS:  And I didn't understand the
8   question.
9        Q.  BY MR. GIBBS:  Okay.  At page 60 of your
10  report, you state that Oracle did not, as represented,
11  eliminate or make major steps towards eliminating systems
12  integration, paraphrasing the first sentence of the last
13  paragraph on page 60 in the text.
14       Do you see that language?
15       A.  Yes.  Now, what's your question?
16       Q.  Well, you say that Oracle didn't eliminate or
17  make major steps towards eliminating systems integration,
18  and then you refer to testimony from Mr. Sellers
19  indicating that customers are in fact installing parts of
20  Suite 11i and integrating it with third-party products.
21       I don't understand this portion of the
22  opinion.  When you say that they didn't eliminate systems
23  integration, I don't understand what you think customers
24  would have understood Oracle's representation to mean,
25  and therefore, why you're saying that Oracle didn't live

226

1   up to those representations.
2        So when you refer to representing that it
3   eliminated or made major steps towards eliminating
4   systems integration, what do you mean?
5        A.  Fair question.  Let me see if I can clarify.
6        Q.  Okay.
7        A.  I agree with Mr. Ellison that systems
8   integration is not desirable for the same reasons that he
9   states.  I believe that customers don't do systems
10  integration, based on my experience -- it's not just a
11  belief coming out of the air, but based on experience --
12  they don't do systems integration just because they want
13  to do it.  Customers do systems integration because for
14  one reason or another, they need to do it.
15       When Mr. Ellison says that Oracle 11i will
16  meet the figurative 80 percent of the needs, whatever
17  80 percent is, recognizing that's an arbitrary number,
18  80 percent of a business's needs, if you expect -- accept
19  the arbitrariness of it, are the generic things that all
20  businesses of a particular -- in a particular industry
21  would need to do.  All electrical supply distributors
22  need to manage their electrical supplies inventory and so
23  forth.
24       Companies don't become profitable and succeed
25  and get successful enough that they can afford to buy

227

1   Oracle or anybody else's software by doing the same
2   generic things that everybody else in their industry
3   does.  Every company -- most every successful company
4   succeeds by establishing some sort of a competitive
5   difference or a competitive advantage.
6        If all you do is 80 percent, thereabouts, of
7   the needs, and it's the same 80 percent that everybody
8   else in your industry does, you're not going to be able
9   to establish that competitive advantage that you need to
10  succeed.
11       And therefore, what I'm saying here is that
12  every business, in trying to establish some sort of a
13  uniqueness or a difference that they can exploit in the
14  marketplace -- and I'm using exploit in the positive
15  sense -- to be successful, needs to do a few things that
16  are different, that are out of the mold of what every
17  other company in their industry does.
18       And that may involve some systems integration
19  to integrate maybe a bit of legacy software that they
20  develop themselves or, you know, some combination of
21  little applications that do specific functionalities that
22  maybe -- functions that maybe some of their competitors
23  don't do so they can provide better service to the
24  customer than the competitor.  So they can deliver a
25  higher quality -- you know, a product that meets a higher

228

1   quality standard or something like that.
2        And what I'm referring to here is that in
3   fact Mr. Sellers was saying that everyone is doing stuff
4   like that.  No one does -- wants to do lots of it.  No
5   one does lots of it.  But by delivering 80 percent
6   solutions, or thereabouts, you don't eliminate the need
7   for doing that.  The need for doing that exists and
8   becomes maybe even more important, and that's what I'm
9   trying to say.
10       Q.  Do you think that customers who heard Oracle
11  say that no systems integration was required to use the
12  11i suite believed that it would automate every single
13  piece of functionality they needed for their particular
14  business so they would not need to integrate with any
15  legacy systems or any point solution providers?
16       MR. WILLIAMS:  Objection.
17       THE WITNESS:  I didn't look at this from the
18  perspective of the customer.  I looked at it from the
19  perspective -- because those statements, as I understood
20  them, were made to financial analysts who were then
21  interpreting them or repeating them verbatim or what have
22  you to determine whether they would make stock
23  recommendations or not.
24       So I was looking at it not from the
25  perspective of someone in the IT industry or from a

229

1   customer, but from the perspective to those people to
2   whom that statement was made who are people who don't
3   have that knowledge, and who I think without that
4   knowledge would have had every reason to take that
5   literally.
6       Q. BY MR. GIBBS: So you think that financial
7   analysts hearing Oracle say that customers using the
8   E-Business suite wouldn't need to do any systems
9   integration, those financial analysts would have believed
10  that large numbers of customers would be able to run
11  their entire business on Suite 11i and no other software
12  at all?
13      MR. WILLIAMS: Objection. Misstates his
14  testimony.
15      THE WITNESS: I'm not professing to be an
16  expert on financial analysts. The no systems integration
17  was said so many times by so many people in so many
18  places as an absolute. No systems integration, none.
19  Zero. It's eliminated. That's what was being said.
20      And I'm saying people without the specific --
21  whether they're financial analysts or whether they're
22  court reporters or whether they're lawyers might well
23  take that literally, and I would expect they would take
24  it literally, and that's why I looked at it literally.
25      Q. BY MR. GIBBS: But what about people who are

230

1   familiar with the --
2       A. I didn't look at it from that perspective.
3       Q. So you don't have an opinion from that
4   perspective?
5       A. I don't have an opinion from that
6   perspective -- well, any thoughts I might have weren't
7   relevant to the opinions I stated. It's not that I might
8   not be able to form an opinion, but since whatever
9   opinion I might be able to form on that really wasn't
10  relevant to the issues that I was writing my opinions on,
11  it's -- I just didn't consider it.
12      Q. Well, let me just ask you now: Do you think
13  that someone with a reasonable degree of familiarity with
14  the enterprise application software business would have
15  understood those statements about no systems integration
16  required to mean that the functionality of Suite 11i was
17  so broad that significant numbers of companies would be
18  able to run their entire business on Suite 11i without
19  using any other software at all?
20      A. You're asking me this as a hypothetical?
21      Q. Yes.
22      MR. WILLIAMS: Hold on a second.
23      Objection to the form.
24      THE WITNESS: Not with any relationship to my
25  opinions?

231

1       Q. BY MR. GIBBS: Uh-huh.
2       A. Assuming it was said as often as forcefully
3   as it was?
4       Q. Sure.
5       A. I think there might be a variance among
6   people with that knowledge. Some might believe, some
7   might disbelieve, depending on their level of knowledge
8   and experience. You just said some experience and, you
9   know, that encompasses a wide variety -- I don't know
10  that I can really give a useful answer to your question.
11  It's just too broad.
12      MR. GIBBS: What's the run time?
13      THE VIDEOGRAPHER: Right now, it is six
14  hours, 37 minutes.
15      MR. GIBBS: Why don't we take a break, and I
16  can figure out what I need to do to finish up.
17      MR. WILLIAMS: Okay.
18      THE VIDEOGRAPHER: Going off the record, the
19  time is 5:57.
20      (Recess.)
21      THE VIDEOGRAPHER: We are back on the record.
22  The time is 6:11.
23      Q. BY MR. GIBBS: Mr. Hilliard, I wanted to ask
24  you a question on a different subject. Do customers have
25  the same expectation for quality for an enterprise

232

1   application software product just after it's released as
2   they would after that product has been out on the market
3   for a few years?
4       A. You're asking me that hypothetically?
5       Q. Uh-huh.
6       A. I didn't consider that issue at all in my
7   report because I didn't think it had any relevance to the
8   opinions that I expressed in the report.
9       Q. Okay.
10      A. Buyers of software do expect successive
11  versions of software to be increasingly reliable. That's
12  common.
13      Q. And do they also expect successive versions
14  of the software to have improved or additional
15  functionality?
16      A. By "versions," do you mean versions within a
17  single major release or versions -- Oracle applications
18  had the 8 series. Okay?
19      Q. Uh-huh.
20      A. They had the 11 series. I believe there's
21  now the 12 series. Once again, I don't think necessarily
22  this -- I didn't consider this in my opinion. I don't
23  think it has any relevance to my opinion. But I think
24  they expect increases in functionality at the major
25  release level, the going from 11 to 12, for instance.

233

1   Going from 10.7 to 11, for instance.
2       They don't, in my experience -- and as I
3   said, I don't think it has any relevance here -- but
4   necessarily expect major increases in functionality
5   between 11i two and 11i three or 11i seven and 11i eight.
6       Q.  A different question:  You've reached an
7   opinion about whether Suite 11i was of commercial
8   quality.  And you've done so without comparing
9   specifically the quality of Suite 11i to other enterprise
10  application suites from vendors like PeopleSoft and "my
11  SAP," and J.D. Edwards.
12      And my question is:  Is it possible under
13  your standard of commercial quality for a product like
14  Suite 11i to be better than PeopleSoft 8, better than "my
15  SAP," better than One World, and still not be of
16  commercial quality?
17      MR. WILLIAMS:  Objection.  Form.
18      THE WITNESS:  Hypothetically, I don't know
19  that I would agree that it was better than any of those.
20  Okay?
21      Q.  BY MR. GIBBS:  I took that as a given.
22      A.  Okay.  And moreover, I don't have the same
23  level of information to determine whether it would be
24  better than any of those.  And to the extent that I might
25  have had some information to that effect, I wouldn't be

234

1   able to use that in this engagement due to
2   confidentiality agreements in other engagements.
3       I guess I don't -- because of those factors,
4   I don't think I can answer your question.
5       Q.  Let me ask it a different way.  For purposes
6   of your opinion that Suite 11i was not of commercial
7   quality, as I understand your opinion, it's irrelevant
8   whether Suite 11i was better or worse than products like
9   PeopleSoft 8, "my SAP," J.D. Edwards' One World, Baan's
10  ERP suite.  Is that understanding correct?
11      MR. WILLIAMS:  Objection to the form.
12      THE WITNESS:  You asked me whether it's
13  irrelevant --
14      Q.  BY MR. GIBBS:  Uh-huh.
15      A.  I don't know.  If I had that same level of
16  information for all the others and could do a comparison,
17  understanding that all these ERP or enterprise-type
18  products aren't identical, they're -- Oracle 11, I was
19  represented to be the first of its kind to do the
20  integration of CRM and ERP, and that according to the
21  representation, nothing else did that.  I don't know
22  that, number one, I could compare them.  I don't know
23  that they're comparable in the way that you've described,
24  although they may have some comparable functionality.
25      But if I had -- if they were comparable, and

235

1   as I say, I don't think necessarily they are, and if I
2   had the same depth of information on them that I had on
3   this, I might take that into consideration.  I didn't.  I
4   don't have the information, the comparability -- the
5   hypothetical is just so far off that I couldn't consider
6   that in this opinion.
7       Q.  Is it fair to say, though, that you didn't
8   think that kind of information, comparative information
9   on those other products, was necessary in forming your
10  opinion?
11      A.  Well, I formed my opinion without it.
12      Q.  I thought that was a safe assumption.
13      A.  Yeah.
14      MR. GIBBS:  Okay.  I will close to the end.
15  I don't have anything else.
16      MR. WILLIAMS:  Okay.  I've probably got maybe
17  five minutes, and I'll take five minutes between now and
18  then.
19      MR. GIBBS:  Okay.
20      THE VIDEOGRAPHER:  Off the record.  The time
21  is 6:19.
22      (Recess.)
23      THE VIDEOGRAPHER:  We are back on the record.
24  The time is 6:25.
25  ///

236

1       EXAMINATION BY MR. WILLIAMS
2       Q.  Good afternoon, Mr. Hilliard.  It's been a
3   long day so I'm going to be brief.
4       A.  Great.
5       Q.  Mr. Gibbs asked you a few questions about the
6   depositions that you reviewed in preparation of your
7   report.  Do you generally recall that discussion?
8       A.  Somewhat, yes.
9       Q.  Do you know how many depositions were taken
10  in this case?
11      A.  No.
12      Q.  Do you know how many depositions you actually
13  read?
14      A.  I didn't count.  Lots and lots and lots.
15      Q.  Did you read all of the depositions that were
16  provided to you?
17      A.  No.  I may have looked at all of them
18  briefly.  I certainly didn't read all of them.
19      Q.  And why did you not read them all?
20      A.  Well, a lot of them I looked at, and they
21  weren't -- they dealt -- my area is, as I understand it,
22  only one part of the case.  If they dealt with the
23  financial issues or the projections issues or any issues
24  that weren't particularly relevant to the issues that I
25  was tasked with assessing, and I got into them and saw

Hilliard, Brooks  6/28/2007  7:49:00 PM

237

1  that, I didn't read them. It would have been a waste of
2  time.
3      Q. You cited to a number of depositions in your
4  May 25th report. Are the depositions that you cited the
5  only depositions that you read?
6      A. No.
7      Q. So is it fair to say that you read and
8  evaluated more depositions than you actually specifically
9  cited in your report?
10     A. Well, sorry for interrupting.
11     Q. That's all right.
12     A. I read -- I took looks at many more, and I
13  read in depth certainly several more.
14     Q. Okay. Mr. Gibbs asked you several questions
15  concerning the order management module in 11i and your
16  findings, opinion, or commentary in your report
17  concerning that module. Do you recall generally that
18  discussion with Mr. Gibbs?
19     A. Yes.
20     Q. Okay. I just want to direct your attention
21  to page 32 of your report.
22     A. Okay.
23     Q. Looking at page 32 of your report, you write
24  in the -- I guess the second paragraph, "Because of the
25  criticality of order management, its defects were a

238

1  central factor in Oracle 11i not living up to the
2  representations that Oracle had made about it. In fact,
3  the defects in order management came as no surprise to
4  Oracle, as CEO L. Ellison acknowledged rather it was a
5  known risk that Mr. Ellison chose to take."
6      And just take a look at Footnote Number 59.
7      A. I see it.
8      Q. Do you see that?
9      A. Yeah.
10     Q. And where are you -- what are you quoting
11  from there, do you recall?
12     A. Yes. There was a transcript that Mr. Simons,
13  I believe his name is, had made from -- it appeared to
14  have been made from tape recordings because there were
15  some handwritten corrections to it. So it -- they were
16  transcripts of conversations that had apparently been
17  tape-recorded, and I took this from one of those
18  transcripts.
19     Q. Okay. Conversations with Mr. Ellison?
20     A. Conversations between Mr. Simons and
21  Mr. Ellison, yes.
22     Q. Do you see where it wrote, quote, "It hadn't
23  been used anywhere. It had just been finished. The
24  paint was drying."
25     Do you see that?

239

1      A. Yes. That was something that was in the
2  transcript of Mr. Ellison's statements to Mr. Simons.
3      Q. And do you know what he was referring to?
4      A. He was referring to the order management
5  module.
6      Q. And did your review of Mr. Ellison's comments
7  concerning the order management module's inclusion in 11i
8  help you to form your opinions concerning testing for
9  order management?
10     A. Yes. What Mr. Ellison said was virtually a
11  smoking gun that in fact the software had been put
12  into -- not just this particular statement, but that was
13  newly reaching a point where it could be incorporated or,
14  hopefully, in his view, be incorporated into 11i.
15     And in fact, not just this statement, but
16  there were other statements saying that there had been
17  recommendations against it and for it, and it had gone
18  back and forth. And ultimately, as I said, there was a
19  risk assessment that Mr. Ellison indicated in the book
20  software he made that despite the lack of testing, that
21  they put it in, anyway.
22     Q. Do you know whether the order management
23  module to work as it's supposed to work requires it to
24  communicate with both ER -- the ERP side of the 11i suite
25  and the CRM side of the 11i suite?

240

1      A. Yes, order management is, number one,
2  absolutely critical to any enterprise software where --
3  that includes order taking functions, and it's
4  particularly critical because it sits right on the
5  borderline between customer relationship management,
6  which is at least in major part involved in presale to
7  the customer, and ERP, which is at least in major portion
8  concerned with fulfillment. It's the border.
9      And because of that, it needs to, number one,
10  be extremely solid, and number 2, it needs to integrate
11  with both the presale and the post-sale, because it sits
12  right on the middle. In some systems it could be
13  considered a CRM module. In other systems, it could be
14  considered an ERP module. Oracle chose to consider it an
15  ERP module, but it could be either one. It's right
16  there. It's central to everything.
17     Q. Now, if you accept Mr. Ellison's comments
18  concerning the lack of testing of order management and
19  its inclusion into the Suite 11i without such testing, do
20  you know or do you have an opinion as to whether or not
21  11i CRM and ERP could work in an integrated fashion if it
22  is called upon to use any order management capabilities?
23     A. It would require more luck than exists for
24  such integration to work. You don't take something that
25  central that sits right where that sits, plop it in

241

1    without testing, and have any realistic probability that
2    it's going to be integrated with either/or both and work.
3        Q.  In your review of the evidence in this case,
4    did you see or review any evidence that would suggest to
5    you that customers or Oracle saw or experienced problems
6    that were likely the result of the lack of testing of
7    order management?
8        A.  I saw dozens of documents that were
9    indicative of the kinds of problems that would be
10   inevitable from such a lack of testing.
11       Q.  And the problems that you saw, did they
12   appear to impact the functionality of 11i in an
13   integrated fashion?
14       A.  They appeared to affect functionality, they
15   appeared to affect function, and they appeared to affect
16   stability.
17       Q.  Okay.  I'm going to ask you to take a look at
18   Exhibit Number 3, which was marked earlier in the
19   deposition.  It's Bates numbered NDCORCL 056440 through
20   442.
21           Is that the document you have in front of
22   you?
23       A.  056440?
24       Q.  Right.  A couple pages behind it.
25       A.  Yeah.  And yeah, the two following pages,

242

1    yes.
2        Q.  Right.  And that's a document that Mr. Gibbs
3    asked you about extensively earlier today.  Is that fair?
4        A.  Yes.
5        Q.  And did you rely on this document in forming
6    your opinions that articulated in the May 25th report --
7    your May 25th report?
8        A.  Yes.  Once again, like this order management
9    statement, this -- I considered this document to be a
10   smoking gun.
11       Q.  And why is that?
12       A.  Integration, despite the hopes one might have
13   that if everyone tries to develop the pieces of a product
14   together that they will ultimately work together, the
15   real world is that doesn't happen.  That the real world
16   is that you can't expect something to be integrated
17   without doing extensive testing that the plans and
18   preparations you made for integration resulted in the
19   integration actually occurring.  And without the
20   comprehensive -- what was it, test environment, in use,
21   available and in use, both, integration inevitably would
22   fail.
23       Q.  Now, just taking another look at the
24   document, do you see on the first page ending in 440, at
25   the top, do you see it has a subject line in the email?

243

1        A.  Yes.
2        Q.  And what does that subject line say?
3        A.  Well, it indicates that this was, for the top
4    email, that was a forwarding of a prior email with a
5    subject "ERP/CRM Integration Testing."
6        Q.  Okay.  And you understood the email, when you
7    read it, to be about that topic.  Is that fair to say?
8        A.  Yes, I understood, yes, that.
9        Q.  Okay.  And if you look at the text there, it
10   says, "Mark, Allan, and David, we need to get" -- it's
11   unreadable text there -- "CRM products into the TST 115
12   integration testing environment.  Today's situation is
13   that we cannot test integrated business flows prior to
14   customer shipment."
15           Do you see that?
16       A.  Yes.
17       Q.  What did that statement mean to you when you
18   reviewed it?
19       A.  I think it's pretty self-explanatory.  I took
20   it at face value that Oracle could not do real testing as
21   opposed to the smiley face bomb kind of thing.  Okay?  Of
22   flows prior to shipment without doing this.  It's -- it
23   says what it says.  It's pretty self-explanatory.
24       Q.  Okay.  Do you see the next sentence where it
25   says, "We are releasing new ERP and CRM family packs" --

244

1    I think it says "regularly" -- "but do not test them
2    against each other -- clearly a bad situation."
3           Do you see that?
4        A.  Yes.
5        Q.  And what did you understand that to mean?
6        A.  It meant that these releases of family packs,
7    which were families of applications of modules --
8    okay? -- were not -- there was no testing of the
9    integration between them.  And that that's not good.  And
10   I agreed that that wouldn't be good.
11       Q.  And did you see any documents or evidence to
12   suggest that this email from Don Klaiss to Mark
13   Barrenechea, Allan Fletcher, Ron Wohl, and David
14   Williamson was untrue?
15       A.  No.
16       Q.  Did this document help you to form your
17   opinion -- your opinions in this case?
18       A.  Yes, in particular Opinion 2.
19       Q.  Do you know what a "rifle shot test" is?
20       A.  That's in -- the term "rifle shot" is in
21   quotes, and I took that to mean that it was an informal,
22   limited scope, arbitrary, small number of instances.
23       Q.  Mr. Gibbs asked you a few questions about
24   stability at a few different points in the deposition.
25   Do you generally have a recollection of those

245

1    discussions?
2        A.  I think so.
3        Q.  Uh-huh.
4        A.  It's been a long day.
5        Q.  Okay.  In your review of the evidence in this
6    case, did you see any internal Oracle memoranda in which
7    Oracle employees stated that 11i is or was unstable?
8        A.  I saw both statements that used exactly that
9    wording, unstable, and I saw statements using the word
10   "buggy," which would be a -- pretty much a synonym for
11   unstable.  Well, there are types of instability other
12   than bugs, but something that's buggy would be unstable
13   as well.
14       Q.  Uh-huh.  And did you see anything in the
15   evidence to suggest that people internally at Oracle who
16   had written memoranda stating generally that 11i was
17   unstable, that their interpretation of 11i was incorrect?
18       A.  I -- the statements that it was unstable, I
19   saw no one that I recall writing back and saying, no,
20   you're wrong, it was stable, or no, you're wrong, it
21   wasn't buggy.  So all the -- and they were -- the
22   statements were from people with responsibilities at
23   levels and in areas where they would have reason to know
24   whether it was or was not stable.
25       Q.  Uh-huh.  Mr. Gibbs asked you a few questions

246

1    about language translations.  Do you recall that
2    generally?
3        A.  Yes.
4        Q.  And I'm going to try -- I'm going to do the
5    best that I can to kind of recreate one of the questions
6    he asked you.
7            Do you recall being asked by Mr. Gibbs
8    whether customers of Oracle 11i software would have
9    interpreted Mr. Ellison's statement that the software
10   works in every language to actually mean that it worked
11   in every language?  Do you recall that question?
12       MR. GIBBS:  Objection --
13       MR. WILLIAMS:  Hold on a second.
14       Q.  Do you recall that question generally?
15       MR. WILLIAMS:  Now you can make your
16   objection.
17       MR. GIBBS:  Objection.  You have
18   fundamentally changed the meaning of that question in a
19   very important way.
20       MR. WILLIAMS:  That's fine.  You can correct
21   it for me because I don't want to get you wrong.
22       MR. GIBBS:  The question I asked was whether
23   they would interpret the statement that it works in every
24   language in every country to mean that it had been
25   translated into every language used on the globe.  That

247

1    was the question.
2        MR. WILLIAMS:  Okay.
3        Q.  Do you recall that being the question?
4        A.  By "they," you meant customers?
5        MR. GIBBS:  Customers.
6        THE WITNESS:  Yes, I recall that generally.
7        Q.  BY MR. WILLIAMS:  Okay.  And do you recall
8    seeing a statement generally by Mr. Ellison or Oracle
9    that 11i works in every language in every country?
10       A.  Yes, I recall that.
11       Q.  And based on the evidence that you reviewed,
12   did it work in every language in every country?
13       A.  No.  Nor was it translated into every
14   language for every country, for that matter.
15       MR. WILLIAMS:  All right.  I have nothing
16   further.  Thank you.
17       THE VIDEOGRAPHER:  Are we done for the day
18   or?
19       MR. GIBBS:  I think we're done.  We're done.
20       THE VIDEOGRAPHER:  All right.
21       Today's proceedings in the deposition of
22   Brooks Hilliard has used a total of five videotapes.  We
23   are now going off the record.  The time is 6:45.
24       MR. WILLIAMS:  You know what?  Before you go
25   off, I'm just going to mark the transcript confidential.

248

1        MR. GIBBS:  Fine with me.  I assume you have
2    no objection with Elizabeth having been here.  She's
3    working with Oracle.
4        (The deposition was adjourned at 6:46 p.m.)
5            --oOo--
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Hilliard, Brooks  6/28/2007  7:49:00 PM

249

1  CASE TITLE:        In Re: Oracle Securities
2  DATE OF DEPOSITION:    June 28, 2007
3  REFERENCE NO.:      75262
4
5
6  Please be advised I have read the foregoing deposition,
7  and I hereby state there are:
8  (Check one)
9  _____ NO CORRECTIONS
10 _____ CORRECTIONS ATTACHED
11
12
13
14  _____
       Brooks L. Hilliard, CMC, CCP
15
16  _____
       Date Signed
17
18       --oOo--
19
20
21
22
23
24
25

251

1          REPORTER'S CERTIFICATE
2     I certify that the witness in the forgoing
3  deposition,
4     BROOKS L. HILLIARD, CMC, CCP
5  was by me duly sworn to tell the truth, the whole truth
6  and nothing but the truth in the within-entitled cause;
7  that said deposition was taken at the time and place
8  herein named; that the testimony of said witness was
9  reported by me, a duly certified shorthand reporter and
10 a disinterested person, and was thereafter transcribed
11 under my direction into typewriting.
12    I further certify that I am not of counsel or
13 attorney for either or any of the parties to said
14 deposition, nor in any way interested in the outcome of
15 the cause named in said caption.
16    Dated June 29, 2007.
17
18
19       _____
20       Leslie Rockwood
         Certified Shorthand Reporter
         State of California
21       Certificate No. 3462
22
23
24
25

250

1     DEPONENT'S CHANGES OR CORRECTIONS
2
3  Note: If you are adding to your testimony, print the
4  exact words you want to add.  If you are deleting from
5  your testimony, print the exact words you want to
6  delete.  Specify with "add" or "delete" and sign this
7  form.
8     DEPOSITION OF:  Brooks L. Hilliard (Ref# 75262)
9     CASE:       In Re: Oracle Securities
10    DATE OF DEPO:   June 28, 2007
11  Page  Line  CHANGE/ADD/DELETE
12  ___  ___  _____
13  ___  ___  _____
14  ___  ___  _____
15  ___  ___  _____
16  ___  ___  _____
17  ___  ___  _____
18  ___  ___  _____
19  ___  ___  _____
20  ___  ___  _____
21  ___  ___  _____
22  ___  ___  _____
23  ___  ___  _____
24  ___  ___  _____
25  Deponent's Signature_____Date_____