# EXHIBIT 9

**From:** Ken Hamel
**Sent:** Fri, 06 Oct 2000 20:21:32 GMT
**To:** George Roberts
**CC:** John Nugent; Joe Dibartolomeo; Nic Classick; John Boucher; Ted Bereswill; David Handy; Bob Crochetiere; Lisa Cometa; Steven Vakulskas; kblock@us.oracle.com; Gayle Fitzpatrick; Ron Bunting; Mary Anne Gillespie
**BCC:**
**Subject:** Demo Issues with Applications

George, this note is a follow-up to our discussion at the Ops Review about the issues around our applications demonstration environment. Highlighted are the issues we've encountered in the last two quarters. I apologize for the length of this note.

First some assumptions:

1. There is a surge in the amount of ERP deals in which GB is engaging which translates into more demo dependency
2. In all the above deals, the prospect has an emphasis on various customer facing solutions (ie CRM)

Simply put, all of our demo issues have to do with our key marketed strength, INTEGRATION. We still have a great deal of difficulty showing Oracle's integrated suite of applications; from CRM through to ERP. Additionally, any Order Management demos also involving ERP are difficult.

There are three consistent issues:

1. System performance is very slow, given the demand on a limited amount of 11i instances
2. We cannot show what the customer wants to see when it comes to the combination of CRM and ERP
3. There are scripted flows for most of our products, but in many cases customers will want to see other functionality which isn't supported in these scripts.

Here's the exposure.

Not only have we lost deals in which we were the new player, many deals have been lost with installed base customers.

$200m Manufacturer

When the AVP met the CEO, his words were "I want to buy Oracle, PLEASE just show me some live software". This issue had to do with our sales-oriented suite. We still cannot show products like Sales, Telesales and until recently, Service. We're losing this deal.

$300m Incubator (CMGI)

They are an Oracle customer. There were two demo challenges faced here. One was for CRM (sales -oriented) They finally gave up on Oracle when we couldn't show live software. Seibel is winning. The



EXHIBIT
Fitzpatrick
14
2·24·06

second was an Order Management demo which required showing contracts
through to accounts receivable. Business-wise, this should be an easy
issue (and is a very sought after flow) but it took SCs well over a week
just to get it to work. We're essentially doing integration work in the
field.

$250 Manufacturer

This company recognizes Oracle as a market leader when the sales team
first engaged. And when the demo came about, the system crashed
disenabling the SCs to show Order Management and CRM. THe customer was
stunned at our inability to show even basic functions they needed. The
SCs are back in but Oracle is significantly behind the competition. We
are still struggling with showing service and contracts functionality.

These are three typical examples of demo challenges. There are easily
100 more. The issue continues to be showing integration between CRM, OE
and Backoffice. ADS has promised to release more comprehensive flows
(which is now a month overdue from the original commit date). However,
even with that release, none of the "sales" products are included and
much of CRM needs to be demoed within ADS-defined confined scripts.

What is different this time?

Oracle customarily publishes releases prior to demo availability. In
the past, this has worked because Oracle was typically ahead of customer
demand. Today, Oracle enjoys industry-wide market acceptance in
applications so when something is released (e.g. 11i on May 19th), the
expectation of our sales force and prospects is that we can demo live
product. This six month lag from product release to a promised
marginally improved demo environment is shattering our company
reputation and the morale of our SCs. SCs are a having to spend four to
five times as much time preparing for demos which greatly impacts our
overall productivity. And when they do end up demoing, they never know
what will work and what will crash during the event. We simply have
not staffed the organization to handle this type of problem. To make
matters worse, our competition is now aware of our weakness and in every
sales situation convinces the customer to take us in functional demo
areas we simply cannot go.

Recommendation

The product is the demo. Therefore, we need to prioritize the creation
of demoware as part of our product development process. We must also
deliver comprehensive demonstration capability at or near the time of
major product releases. The current organizational structure does not
support the demo needs sufficiently. While they work tirelessly to
provide what they have to the field, they do not have the tools or
people to deliver what the field needs given our widely expanded product
offering. In addition they are tasked with doing integration testing of
ERP and CRM, a responsibility that requires extensive time and
staffing. Something is broken on the PRP side when fundamental product
and integration testing appears incomplete prior to handing code to
ADS. Finally, one area I've encouraged ADS to use is Oracle Services,

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**        **NDCA-ORCL 617113**

to augment their efforts (seeing Services is chartered to make these products work for our customers). For some reason they have consistently refused this option.

My suggestion is to create a demo organization that reports at a higher level with more senior management and visibility. This organization would then be in a position to leverage development, field sales, marketing and services to pull together a highly impactful demo environment.

Oracle has the best application products and technology in the industry. We all believe this to be true. We simply need the tools to showcase this strength in our selling activities.

Regards,

Ken

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617114

# EXHIBIT 10

Return-Path: <kevin.glynn@oracle.com>
Received: from oracle.com (dhcp-tdb1-west-144-25-210-203.us.oracle.com
[144.25.210.203])by gmgw01.oraclecorp.com (8.8.8 .8.8) with ESMTP id
IAA24372for <valerie.borthwick@oracle.com>; Mon, 23 Oct 2000 08:10:43
-0700 (PDT)
Message-ID: <39F4549C.E905CCE0@oracle.com>
Date: Mon, 23 Oct 2000 17:09:16
From: Kevin Glynn <kevin.glynn@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: Valerie Borthwick <valerie.borthwick@oracle.com>
Subject: Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New
Apps]]
References: <39F36FBB.E0DE4F78@oracle.com>
Content-Type: multipart/mixed;boundary="------------B83DD423E27112EBADE8DEC4"
X-Mozilla-Status: 8011
X-Mozilla-Status2: 00000000

I talk with Chuan Yew on a regular basis. He has been one of the most harsh critics
of CRM and the 11i bug levels.
He has a couple of gem quotes "CRM is broken" is a favorite.
His team really is out on the cutting edge, they were the 2nd live 11i client, and
will be one of the first live on Treasury, plus they are implementing Shop Floor
Mgmt,
CRM, and APS. In other words he is seeing it all. His staff is strong, but not
gurus. In other words if they are stuggling so hard, the rest of the world is also
in
deep pain.


Valerie Borthwick wrote:

> Kevin, hopefully you are already getting this feedback from Chuan. If
> not, make sure we are including him in the calls.
> thanks.
>
>       -------------------------------------------------------------------------
>
> Subject: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]
> Date: Sat, 21 Oct 2000 01:47:42 +1000
> From: Paul Pinn <paul.pinn@oracle.com>
> Organization: Oracle Corporation
> To: Valerie Borthwick <vborthwi@us.oracle.com>
>
> Valerie,
>
> Chuan Yew is the SPD of Malaysia. He really knows his stuff and one of his key
> customers is on the bleeding edge with 11i.
>
> Given your new responsibilities, I thought you might find his direct feedback from
> the field enlightening, presumably not surprising....but not too pleasant I'm
> afraid.
>
> Heather Williams wrote:
>
> > Chuan Yew,

ORACLE
CONFIDENTIAL

1

Δ π EXHIBIT 5
Deponent_Swanson
Date 7/25/08 Rptr. KG
www.DEPOBOOK.COM

NDCA-ORCL 056051

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > Thanks SO much for your '2 cents worth'.  This is great information and insight
> > into the issues.  If we get any feedback, I'll be sure to pass it on.
> >
> > Lee Chuan Yew wrote:
> >
> > > Heather
> > >
> > > My 2 cents worth:
> > >
> > > Generally the new modules are very buggy. Culprits are APS, OM and CRM.
> > > I think the products have not undergone any form of integration testing and
> > > is failing in this area.
> > > Also I think the patches are not well tested especially with othere modules
> > > to ensure it does not impact the system.  Very often the patches break a
> > > heck of a lot of stuff.
> > >
> > > One other issue is the slow turnaround of the problems.  I think support are
> > > not moving TARS to BUGS quickly enough.  Hence development may not be able
> > > to see the problems encountered on the field.  For example the last CRM
> > > support call with development and support, the CRM development team
> > > mentioned repeatedly they cannot see Silterra TARs and we spent invaluable
> > > time assessing whether the TAR numbers were correct.
> > >
> > > Patches that are released are not properly tested.  Recommendations to apply
> > > patches one day are quickly sent with another message to say don't apply
> > > them due to further problems.  Patches shipped which did more harm than
> > > solve the problems are common.
> > >
> > > On what you want:
> > >
> > >         Product - APS has some problems in the unconstraint optimisation -
> > > cannot proceed until cleared
> > >                             - OM has some bugs and turnaround is slow
> > >                             - CRM Support/Service have massive problems.  Patches
> > > are patchy in the sense what is
> > >                             published to be avail is not fully available and what
> > > is released may not be working and
> > >                             causes massive problems.
> > >
> > >         Resources - No issue, Have more than 30 R11i implementation experts
> > >
> > >         Training: What training - materials are generally still R11 with 11i
> > > updates.  Customers find this hard to
> > >         accept.
> > >
> > >         Support - They want to help but lack the expertise.  Interface
> > > between Support and Development is
> > >                             poor leading to long response times.  For example we
> > > have TARs which have sat in Severity
> > >                             1 for more than 3 weeks.(availability of
> > > trained/experienced Support resources)
> > >
> > >         Impact on the Client - Even the most patient and best managed
> > > customers will question the quality of
> > >                             our product but more importantly
> > > question why the speed of resolution is so
> > >                             slow.
> > >
> > > Overall my sense is the R11i launch has not been well managed from the PRP
> > > process to field support and patch levels.  This has caused severe heartburn
> > > for many implementations including Silterra where we have to establish a
> > > complex application development environments and patching strucuture.  Net

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 056052

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
> > > net the early adopters are undergoing a lot of unnecessary pain.
> > >
> > > Regards
> > > Chuan Yew
> > >
> > > Heather Williams wrote:
> > >
> > > > Team,
> > > >
> > > > OPI Consulting has an opportunity to provide feedback on 11i issues
> > > > directly to Sandy Sanderson.  Sandy has requested  feedback on specific
> > > > experiences that
> > > > you are having or have faced in working with Release 11i in general and
> > > > new
> > > > applications such as APS, Order Management, iStore, iProcurement,
> > > > Balanced Scorecard, CRM, etc. specifically in the training area.  Sandy
> > > > is looking to take the subset of information from OPI and the Americas
> > > > directly to Larry early
> > > > next week.
> > > >
> > > > To really provide value and insight, this information needs to come from
> > > > the people who are living it everyday.  Below is an outline of the
> > > > relevant areas to touch on.  Could you please send me a short paragraph
> > > > describing your first-hand experience with the subject matter.  It
> > > > doesn't have to be long or highly detailed.  Please try to address the
> > > > following together with client/project name:
> > > >
> > > >         Product (availability/installability/stability/TAR
> > > >         frequency.......etc)
> > > >         Resources (availability of trained/experienced staff)
> > > >         Training (avaliability/quality of programs for clients/Oracle
> > > >         resources
> > > >         Support (availability of trained/experienced Support resources)
> > > >         Impact on the Client
> > > >
> > > > Naturally, the sooner we can turn this around the better.  Thanks for
> > > > your support.
> >
> >    -------------------------------------------------------------------
> >
> >   Paul Pinn <paul.pinn@oracle.com>
> >   Vice President Consulting Operations
> >   Asia Pacific Division
> >
> >   Paul Pinn
> >   Vice President Consulting Operations         <paul.pinn@oracle.com>
> >   Asia Pacific Division                        HTML Mail
> >   Level 8 4 Julius Avenue, Riverside Corporate Park  Cellular: 61 (0) 414 780 312
> >   North Ryde                                   Fax: 612 9491 2513
> >   NSW                                          Home: 612 9524 5065
> >   2113                                         Work: 612 9491 1408
> >   Australia
> >   Assistant Jenny Mcleod 612 9491 1309
> >   Additional Information:
> >   Last Name      Pinn
> >   First Name     Paul
> >   Version        2.1
> >
> >    -------------------------------------------------------------------
> >
> >   Valerie Borthwick <valerie.borthwick@oracle.com>
> >   Senior Vice President                                    ORACLE
> >   Global Consulting Service Lines                          CONFIDENTIAL
```

3

NDCA-ORCL 056053

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
>    Executive Assistant - Cherie Bredal
>
>    Valerie Borthwick
>    Senior Vice President              <valerie.borthwick@oracle.com>
>    Global Consulting Service Lines
>    Executive Assistant - Cherie Bredal
>    6501 East Belleview               Work: 720.330.2239
>    Englewood
>    Colorado
>    80111
>    US
>    Additional Information:
>    Last Name   Borthwick
>    First Name  Valerie
>    Version     2.1
```

Kevin Glynn <kevin.glynn@oracle.com>
Regional Vice President
Applications Global Service Line

ORACLE
CONFIDENTIAL

4

NDCA-ORCL 056054

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 11

[Fwd: [Fwd: December Rollout of 11.5.2]]

Subject: [Fwd: [Fwd: December Rollout of 11.5.2]]
Date: Thu, 16 Nov 2000 06:56:10 -0800
From: Jennifer Minton <jennifer.minton@oracle.com>
Organization: Oracle Corporation
To: "Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>

fyi. do not forward

Subject: [Fwd: December Rollout of 11.5.2]
Date: Thu, 16 Nov 2000 07:17:55 -0800
From: Jeff Henley <Jeffrey.Henley@oracle.com>
Organization: Oracle Corporation
To: "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>

fyi. I actually like this exchange with copies to Larry. It escalates
the pressure to get to the bottom of what is really happening here. I
took my shot at ec on Monday so this is supplemental ammo.

Subject: Re: December Rollout of 11.5.2
Date: Wed, 15 Nov 2000 14:31:00 -0800
From: Mark Barrenechea <mbarrene@us.oracle.com>
Organization: Oracle Corporation
To: Ron Wohl <ron.wohl@oracle.com>
CC: "Wohl,Ronald" <RWOHL@us.oracle.com>, "Catz,Safra" <SCATZ@us.oracle.com>,
    "Henley,Jeffrey" <JHENLEY@us.oracle.com>,
    "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>

We significantly disagree on the status:

1. P1s and P2s need to be closed. Look at the P2 list, there are hugh issues there. I have instructed my
team to close all P1s and P2s. You need to do the same.
2. IT.ERP is de-prioritizing CRM patching given the level of ERP patching. It has happened repeatedly,
there has been no change in behavior here. It is crippling.
3. The bug counts are at an 11 week high;
4. We have NO build list for the go-live activities. NONE.
5. We can change the definition of Nov 23. We were mutually to be complete on all code, setup,
customizations, etc. All teams were driving to that. We are at least 30 days past that. One approach is to
change the definition and not the plan.

RON, I NEED:
  - ERP to not deprioritze CRM patches. My 4th request.
  - I need a complete list of the 1000 items that need to happen and in their sequence for go-live. My 5th
request.
  - The 20 OM P1s and 30 P2s are crippling Contracts progress.

I RECOMMEND:
  - All P2s to be fixed

ORACLE CONFIDENTIAL

CA-ORCL 021872

1

[Fwd: [Fwd: December Rollout of 11.5.2]]

- A new schedule.  We are arbitrarily changing definition of milestones and the end users and my teams now think what we continue to communicate is simply ridiculous.

--mark

Ron Wohl wrote:

Mark,  we are still shooting for December, and believe we have a reasonable, although by no means guaranteed, shot of making it.  The way your team can help the most is by fixing your 2 products' bugs with as few remaining patches as possible.  Thanks in advance for your support in doing so.

As for some specifics:

We do not need to resolve all issues by Nov 23 -- we will clearly be patching up much closer to the go live date.  Customizations are all scheduled within scope of the dates and should not be the problem at this point.  Bugs are the now the bottleneck -- and all teams are racing to resolve.
Please be aware that the way we have categorized the bugs for this upgrade is that all things needed for December are labelled p1.  Those issues labelled p2 are by definition (in agreement with the business) not needed for December.  Formal performance testing began last week.  A number of issues have been found and are being fixed.  The next performance test is scheduled next week.  A growing percent of the p1 bugs filed now are performance bugs rather than functional bugs -- this is a good sign and is what you would expect in the process at this point.  All issues found in the 11.i.2 upgrade process have been incorporated into the family upgrade fixes, allowing Ganesh to proceed with the next trial upgrade with a much simpler build process than the last one, and a vastly simpler one than the prior 11.i.1 trial upgrade.  As for patch application, the basic order is a first-in, first applied order.  Ann only gets involved if a team requests escalation over the normal FIFO approach.

Mark J Barrenechea wrote:

> Ron -
>
> It is time to have the hard discussion on the upgrade for December 15th:
>
> 1.  I am being told all issues, all, must be resolved by Nov 23rd.
> Final environments.
> 2.  The bug counts are at an 11 week high:
>       18 OM P1s, 40 P2s
>       3 of the 80 OM priority OM flows in progress, none complete
>       205 customizations not complete
>       186 still under review
>       Over 100 P1 & P2 issues that must be resolved in 10 days
>       Find/Fix ratios have not declined in 2 weeks
> 3.  No real performance testing

ORACLE CONFIDENTIAL

CA-ORCL 021873

NDCA-ORCL 024863

{Fwd: {Fwd: December Rollout of 11.5.2}}

> 4.  I still cannot get a build list for production cut over
> activities. Still cannot get it. No one can tell me the 1000 items, in
> what order, and their duration's, or estimate duration's, or place
> holder for items, that have to happen the moment we decide to begin the
> process. Major Red Flag in the 30 window. Have can we make a single
> trade-off that makes any sense.
> 5.  The 11.5.2 upgrade CD has been broken until this week.  Yup, the
> 11.5.2. CD does not work out of the box for upgrades.
> 6.  As of Friday, Ann D has to approve all CRM patches going into
> GSIAD.  This is bullshit and causing 2-3 day delays in getting CRM
> patches into the ERP environment.
>
> The environments are not productive for CRM, the process your team has
> put in place is directly negatively affecting CRM's ability to execute.
> At this point, we are burning out teams unncesscarily.  I am getting
> hate mail from my end users and developers.
>
> From my seat, Dec 15th or December in general is not going to happen.
> Can any of you tell me otherwise.
>
> --mark


Jennifer Minton <jennifer.minton@oracle.com>

ORACLE CONFIDENTIAL

CA-ORCL 021874

3

NDCA-ORCL 024864

# EXHIBIT 12

**From:** Ron Wohl
**Sent:** Wed, 24 Jan 2001 07:38:18 GMT
**To:** Charles Rozwat; Reier; Nancy
**CC:** Gregory Seiden
**BCC:**
**Subject:** [Fwd: Applications 11i and NT Pro*C]

Chuck and Nancy, our P1 NT problems are still not resolved despite having
persisted for months. We've had to repeatedly advise NT customers
to delay go live. Lucky for us, we appear to have only a modest number
of NT customers, but the ones we have are livid with us. One has
already dropped us and is in legal discussions about damages.

Please help with great urgency. Thanks

-------- Original Message --------

**Subject:** Applications 11i and NT Pro*C

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 221215

**Date:** Fri, 29 Dec 2000 14:34:11 -0800
**From:** Greg Seiden <greg.seiden@oracle.com>
**Organization:** Oracle Corporation
**To:** csgapp <csgapp@us.oracle.com>, apps-dev-mc <apps-dev-mc@us.oracle.com>

All,

We continue to face problems with Oracle Applications Release 11i and
Pro*C 8.0.6 on Windows NT operating systems.  The initial problem
(1423194,
invalid cursor) was fixed by the 8.0.6.1.2 patch set; however, a new bug
(1552982)
was uncovered when testing the patchset.  RDBMS development has created
a fix for the new bug and a backport (1561651)
is in process.  Unfortunately, the backport will not be available
in time for customers planning year-end go-lives.

The bugs are most likely to manifest themselves in the Purchasing, HR
and Inventory modules.  Customers using those products should not
go live with 11i until a fix is available and verified by Applications.
Customers not using those products should do a thorough acceptance test
to ensure that they have no problems prior to going live.

-Greg

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 221216

# EXHIBIT 13

**Subject:** [Fwd: Oracle 11i/Indirect Procurement]
**Date:** Thu, 08 Mar 2001 10:46:42 -0800
**From:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
**Organization:** Oracle Corporation
**To:** "Catz,Safra" <SAFRA.CATZ@oracle.com>,
        "Wohl,Ronald" <RON.WOHL@oracle.com>


one more time

-------- Original Message --------
Return-Path: <Gary.Reiner@corporate.ge.com>
Received: from oldmail.us.oracle.com (oldmail.us.oracle.com
[130.35.62.15])by gmgw03.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id
PAA27155for <larry.ellison@oracle.com>; Wed, 7 Mar 2001 15:17:47 -0800
(PST)
Received: from inet-smtp1.oracle.com (ns2.oracle.com [209.246.15.57]
(may be forged))by oldmail.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
PAA19347for <lellison@us.oracle.com>; Wed, 7 Mar 2001 15:17:47 -0800
(PST)
Received: from unknown-147.101.pilot.net (unknown-147-101.pilot.net
[198.232.147.101])by inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id
PAA07668for <lellison@us.oracle.com>; Wed, 7 Mar 2001 15:19:24 -0800
(PST)
Received: from unknown-24-4.pilot.net (unknown-24-4.pilot.net
[206.189.24.4]) by unknown-147.101.pilot.net with ESMTP id PAA24053 for
<lellison@us.oracle.com>; Wed, 7 Mar 2001 15:17:43 -0800 (PST)
Received: from xcin01corpge.ge.com (localhost [127.0.0.1]) by
unknown-24-4.pilot.net with ESMTP id PAA14549 for
<lellison@us.oracle.com.>; Wed, 7 Mar 2001 15:17:42 -0800 (PST)
Received: by xcin01corpge.ge.com with Internet Mail Service
(5.5.2650.21)id <GC0RS71C>; Wed, 7 Mar 2001 18:17:42 -0500
Message-ID: <D5C3F28A442BD311BDEA0008C75DBCEC6B719B@xf1d04corpge.ge.com>
From: "Reiner, Gary (CORP)" <Gary.Reiner@corporate.ge.com>
To: "Larry Ellison (E-mail)" <lellison@us.oracle.com>
Subject: Oracle 11i/Indirect Procurement
Date: Wed, 7 Mar 2001 18:17:39 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type:
multipart/mixed;boundary="----_=_NextPart_000_01C0A75C.CD8E2A90"

Larry
We are still having very significant problems with the 11i roll out of
Indirect Procurement. Here are the top 5 issues. They have caused us
to
halt the continuation of the roll out until they are fixed.
I'm having a difficult time keeping the businesses motivated to go
forward.

Anything you can do to accelerate progress would be enormously
appreciated.
Thanks very much.
Gary
 <<Top SSS issues as of 3-7-01.doc>>

| | |
|---|---|
| 📄Top SSS issues as of 3-7-01.doc | **Name:** Top SSS issues as of 3-7-01.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |

ORACLE
CONFIDENTIAL

1

NDCA-ORCL 053228

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 14



# GE Medical Systems

## Get Well Plan

**Oracle's Response to meeting with
GEMS on July 24, 2001**

ORACLE

## Release 11i Current Status

- **Live 11i Customers:**
  - 550+ Total Live Customers
    - 400+ Live on Financials
    - 115+ Live on Order Management
    - 90+ Live on CRM
    - 90+ Live on HRMS
  - 150+ Live Customers were Upgrades
- **Over 3,500 Customers are currently implementing 11i**
- **11i.4 maintenance packs and CD packs available**
- **11i.5 availability targeted for end of August**

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Release 11i at GEMS



- **Bug Analysis - January to Now**
    - Since January 1, 2001 GEMS has logged 259 bugs.
      Disposition of the bugs is as follows:
        - 39 are still in process
        - 51 were closed as not a bug                    (20%)
          (ie:training issues, bad setups)
        - 17 were closed as enhancements          (6.6%)
        - 23 were closed as duplicates                (8.9%)
        - 19 were suspended                              (7.3%)
        - 109 were closed with code fixes required (42%)

ORACLE

## Release 11i at GEMS



- **SPRs vs Bugs - since Go-Live**
    - Since go-live, GEMS has logged 602 SPRs;
        - leading to 326 TARS;                            (54% of SPRs)
            - which generated 129 bugged issues      (21% of SPRs)
                - which generated 39 code fixes (to date) (6.5% of SPRs)
                  *(some bugs are still in process)*
- **While not what we want, volume is very different when looking at code fixes**
    - Only 6.5% of SPRs result in code fixes since go-live
    - Approximately 40% of bugs logged by GEMS resulted in code fixes
    - based on GEMS footprint, this is an average of ~5 code fixes   23 products
      per product/module implemented

ORACLE

## Software Quality - Status



- **Software quality for initial 11i releases was not what we hoped it would be**
- **Early customers (including GEMS) have had to take a large number of patches**
- **But, we believe Release 11i is stabilizing:**
  - **550 live customers**
  - **Release of Family Packs and Mini-packs in May have stabilized most implementations**
  - **Incoming tar rates have flattened** *(approx)*
  - **Incoming bug rate per customer substantially reduced (see next slide)**

*We are continuing to focus on improvement opportunities*

ORACLE*

## Release 11i  Status



ORACLE*

NDCA-ORCL 419046

## Applications Development Methodology



### Development Process Overview

Applications Development Process

| | Design | | | | Testing | | | Beta | |
|---|---|---|---|---|---|---|---|---|---|
| Preliminary Release Planning | Strategy & Analysis | High Level Design | Detailed Design | Build | Unit Test | System Test | Integration Test | Beta Site Testing | Production Release |

Customer Feedback Milestones

Bug/Error Feedback Loop

Product Deliverables

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| •Verified List of Release Candidates | •Preliminary Release Plan | •Updated Release Plan | •Final Release Plan | •Coded Modules | •Certified Unit Tests | •Certified System Tests | •Certified Integration Tests | •Satisfactory Beta feedback | •Release in Shipping |
| | •S&A documents for Release Candidates | •Database Diagrams | •Detailed Designs | •Internal Code Walkthrough | •Completed Unit Test Coverage | •System Test Regression Tests | •Integration Test Regression Tests | •Final Product Documentation (Bound) | •Language Types in Shipping |
| | •S&A Review with Key Sponsors | •High Level Designs | •Detailed Design Reviews | | | | •Completed Performance Testing | | |
| | | •High Level Design Reviews | •Unit and System Test Plans | | | | •Product Documentation | | |

ORACLE

## Development Improvements

- **Creation of Dedicated QA Teams in Development**
- **Bug turnover and threshold reporting**
- **Development environment to emulate customer experience**
- **Expanded use of Automated Testing Technologies**
- **Automated SQL Performance Simulation and Analysis tools**

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Patch Improvement Initiatives



- **Near-Term Initiatives under way will...**
  - **Reduce patch size**
  - **Reduce patch application time**
  - **Improve patch information**
- **Initiatives are...**
  - **Patch Info in database**
  - **Generated database drivers**
  - **"Soft" pre-requisites**
  - **"Checkfile" logic**

ORACLE®

# Patch Info in Database



- **Patch history in the customer database**
- **Prerequisites and equivalences defined**
- **Initial load from existing applptch.txt file**
- **Enabling technology for other features**
- **Available in next AD cumulative patch**

ORACLE®

NDCA-ORCL 419048

## Generated Database Drivers



- **Ensure consistent drivers**
- **Simplify merging of drivers**
- **Simplify testing of drivers**
- **Improve patch turnaround time**
- **Standard as of 11.5.6**

ORACLE

## "Soft" Pre-requisites



- **Reduce need to include other fixes**
- **Reduce overall patch size**
- **Improve patch turnaround time**
- **Expected Q3CY01**

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## "Checkfile" logic



- **Eliminate need to reapply database patch actions**
- **Significantly reduce patch application time**
- **Expected Q3CY01**

ORACLE®

## Longer Term Initiatives



- **One Bounce Patches**
  - Reduce patch time to simple restart
- **One Bounce Upgrades**
  - Reduce upgrade time to simple restart

ORACLE®

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Scorecard for issues raised by GEMS

| Issue | Status | Comments |
|---|---|---|
| Software Quality | ● | Software Quality addressed in previous slides |
| Patching and Release Strategy | | An effort is underway to address this issue and estimated outage for Colossus has been reduced from 5 days to less than 2 days. Additional progress being worked on. |
| Localization Responsibility | | The vast majority of country localizations have already been moved into standard product. India is one of the few remaining exceptions. Oracle is aggressively moving towards incorporating the Indian localizations into 11i. Interim processes have been put in place to address immediate issues. |
| CRM Immaturity and GAPS | | Oracle CRM applications have improved significantly in a very short period of time and are now considered by Gartner to be in the Leaders quadrant. Oracle is committed to working very closely with GEMS to enhance its Service products based on GEMS best in class service processes and to improve its SFA software. |
| Sales Compensation Upgrade Scripts | ● | Oracle has committed to provide beta code to GEMS IT to address this requirement and will work very closely with GEMS IT to assure success. |
| Configurator Upgrade Path | | Oracle realizes that there was some confusion regarding the upgrade path. The Oracle Configurator Development team has worked with Oracle Consulting at GE and has provided; 1) A SellingPoint 4.2 to 11i Configurator upgrade (currently in a test instance) and 2) has demonstrated the ability to import BOMs from 10.7 production into the 11i Configurator instance. |
| TAR Process | | TAR Process discussed in detail in previous slides |

ORACLE

## Scorecard for issues raised by GEMS

| Issue | Status | Comments |
|---|---|---|
| Delay in Deployment of R11i and upgrade cost | | GEMS has done a tremendous job in completing an extremely complex upgrade in 5 months. Recommendations for success with the Colossus release were made in previous slides. |
| Oracle Behaves as 3 Separate Companies | | Oracle is organized in the most efficient way to serve your needs as follows: Development develops software and fixes bugs; Support provides support to clients and works as a conduit to Development to get software issues fixed; Consulting implements software. Oracle will continuously try to present a single face to the customer through the account management team |
| Performance Issues | ● | Most of the performance issues have been resolved and current CPU utilization is less than 50%. Oracle's recommendations: <br>• We strongly advise you to upgrade to version 8.1.7 of the database. This will help you achieve additional performance gains, particularly in CRM <br>• During our analysis we found that approximately 2/3 of the performance issues you have experienced were due to custom code. Oracle strongly encourages GEMS to train its developers, including third party contractors, on how to write efficient code. <br>• Oracle recommends that GEMS performs more robust stress tests prior to release to production. |
| Order Management Non-Functional | ● | There are over 185 customers live on the 11i Order Management product including Pacco, GEPS, UPS and Oracle itself. The latest code levels of OM have proven to be very stable for their customers. Oracle has provided fixes to GEMS to address key data issues and highly recommends that GEMS applies the recommended OM patches to production as soon as possible. |
| Robustness of Workflow | ● | The problems GEMS has experienced in Order Management and Purchasing were not due to issues with the workflow engine. Workflow is a key part of the technology stack in R11i and is used successfully by hundreds of customers. |

ORACLE

NDCA-ORCL 419051

# EXHIBIT 15



# Fiscal 2002 Budget

**Jeffrey O. Henley**
**Executive Vice President**
**Chief Financial Officer**

Oracle Confidential

1

NDCA-ORCL 190253

# FY02 - Assumptions



US economy remains weak until Q3

European market beginning to soften

Negative currency impact of 4% points

No Q1 sales reorganization

11$i$ e-business suite gains momentum

$9i$ is technically superior - - no performance issues

Gain momentum in apps market with stable products

Solid marketing plan with correct vision

Significant productivity gains from internal CRM implementations improve operating margins from XX% to XX%

Oracle Confidential

2

NDCA-ORCL 190254

# FY01 – Performance vs. Plan



Unforeseen slowdown in US economy in Q3 & Q4

11*i* e-business suite instability issues

> Took one full year to stabilize
> Lost market momentum to SAP and Peoplesoft
> i2 and Siebel moved ahead in the marketplace

Apps server was a disappointment when compared with BEA and Webserver

Support

> Renewal issues:
>> Stronger customer negotiation
>> Increase in cancellations due to economic slow down
> Migration to e-business pricing
> System Issues:
>> Oracle Contracts
>> Productivity loss

Oracle Confidential

3

NDCA-ORCL 190255

# License Business



## FY01 – What went wrong

Economic slow down

Marketing

Competition

Total License margin down XX

Total License growth down XX

Oracle Confidential

4

NDCA-ORCL 190256

# License Business



## Opportunities – Data Server

Change advertising impact on the market

Combat competitors successful marketing campaigns (e.g. IBM)

9*i* release

Competitive pricing strategy

Develop stronger product demos

Compile customer wins and provide testimonials

Oracle Confidential

5

NDCA-ORCL 190257

# License Business



## Opportunities – *i*AS

Reposition as a category leader

Take advantage of product superiority in market

Build references

Replace BEA base

Become the category leader

Oracle Confidential

6

NDCA-ORCL 190258

# License Business



**<u>Opportunities</u> – CRM**

**Take market share from from Siebel**

**Develop stronger product demos**

**Compile customer wins and provide testimonials**

**Fend off Peoplesoft**

**?**

Oracle Confidential

7

NDCA-ORCL 190259

# License Business



**Opportunities** – ERP

Take market share from SAP, Peoplesoft, and i2

Develop stronger product demos

Compile customer wins and provide testimonials

Fend off Commerce One and Ariba

?

Oracle Confidential

8

NDCA-ORCL 190260



# License Business

Oracle Confidential

9

NDCA-ORCL 190261

# License Business



## Challenges

Economic woes in US and Europe

Fierce competition

Oracle products perceived as catching up in the marketplace

Marketing, marketing, marketing

Oracle Confidential

10

NDCA-ORCL 190262

# Support Business



## FY01 – What went Wrong

Non-renewal of support due to economic slow down

Migration to e-business pricing caused revenue shift from Support to License

Reduction in prices from 28% to 22%

New accounting rules on pricing uniformity

Compensation plan favored Premium Support over Support renewals.

Productivity loss due to the longer than expected implementation of Oracle Contracts

Oracle Confidential

11

NDCA-ORCL 190263



# Support Business

## <u>Opportunities</u>

**Customer self-service (*i*TAR) is increasing rapidly**

> Americas achieved an adoption rate of 70.5% in FY01 compared to a 50% target

> Europe and APAC are up 14% and 18% respectively from FY00

**Capitalize on remote service offerings (DBA, backup/recovery, etc.)**

**Create compensation plan incentives for renewals**

**Productivity gains on Oracle Contracts rollout**

***i*Support standardization and improvement of services globally**

Oracle Confidential

12

NDCA-ORCL 190264

# Support Business



## Challenges

Dependency on delivery of new systems

*i*Support products not available globally

New accounting rules on pricing uniformity

Oracle Confidential

13

NDCA-ORCL 190265



# Consulting Business

## Opportunities

Partnering with and beyond Big 5

11*i* global E-business Suite including upgrades

Continue improving country margins

Leveraging lower cost sales and delivery channels
(Oracle Store, *i*SD, internet delivery, India)

Better alignment with Development leading to higher
quality products with more functionality

Oracle Confidential

14

NDCA-ORCL 190266

# Consulting Business



## Challenges

**Consistent Global Execution**

**Integration of ERP and CRM**

**Managing a higher volume of projects of shorter duration with fewer consultants**

**11*i* references**

Oracle Confidential

15

NDCA-ORCL 190267

# Education Business



## FY01 – What went Wrong

Accounting adjustment of $31.7M due to historical difference between ERS system and G/L account

US GSI implementation led to revenue loss of $30M due to system availability and very long hold times

CRM curriculum delayed until after Q3 impacting internal readiness and classroom revenue opportunities

Worldwide education margin dropped 1% pt

    Americas margin dropped by XX

    Europe margin improved by XX

    Japan margin improved by XX

    APAC margin improved by XX

Oracle Confidential

16

NDCA-ORCL 190268

# Education Business



## Opportunities

Leverage *i*Store channel for Education offerings

Move more student registrations to Self Service

Maximize Online Learning Network subscriptions

Establish *i*Learning as preferred Learning Mgmt Sys.

Exploit the early release of 9*i* curriculum courses

Move 50+ heads to India for Curriculum Dev. Support

Oracle Confidential

17

NDCA-ORCL 190269



# Education Business

## <u>Challenges</u>

Economic impact on Corporate IT training budgets

Global rollout of 11*i* Registration systems in Q2/Q3

Integration between OTA, *i*Learning and *i*Store

Customer acceptance of hosted *i*Learning solution

Reaching critical mass on online education offerings

Oracle Confidential

18

NDCA-ORCL 190270

# FY02 Budget - Margin Offsets



**Salary inflation** (Average cost per head increased by 3% in FY00; 8% increase assumed in FY01)

**Marketing Spending** (Up 27% in FY01)

Oracle Confidential

19

NDCA-ORCL 190271



# FY02 Budget Summary

Economy – 1st half of fiscal year slow, 2nd half picks up

Overhaul marketing efforts

Gain marketing momentum through success stories

Continue driving margin improvement

9*i* becomes product of choice

11*i* e-business suite performance improves

Oracle Confidential

20

NDCA-ORCL 190272



# FY02 Margin Improvement

IT

GSI Schedule

CRM Schedule

ERP

Oracle Confidential

21

NDCA-ORCL 190273

# Americas Shared Services



Average transaction cost of providing service to countries will decrease in FY02 by nearly 50% from FY01 costs

Overall margin improvement is slow due to the following:

- Critical products (modules) are not implemented in several countries (Order Management, Oracle Contracts, Oracle Projects), creating an incomplete technology solution

- Implementations slower than expected due to limited IT resources due to GSI rollout

- Not yet obtained full economies in the SSC (e.g. infrastructure within departments)

Oracle Confidential

22

NDCA-ORCL 190274

# EXHIBIT 16

*Oracle Internal & Confidential*

# E-BUSINESS SUITE
# HIGH LEVEL REQUIREMENTS
# DOCUMENT

| | |
|---|---|
| Creation Date: | 4 April, 2002 |
| Last Updated: | 6 June, 2002 |
| Version: | 1.4 |

**NOTE: The following information is confidential and is for internal use only.**

Copyright (C) 2002 Oracle Corporation
All Rights Reserved

## ORACLE®

EXHIBIT 137
Rachel A. Ferrier
CSR No. 6948
Date: 9/2/06
Witness:
Ellison

**ORACLE**
**CONFIDENTIAL**

Oracle Corporation Confidential – For internal use only
1

NDCA-ORCL 069907

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

*Owners*

| Area | Name | Position |
|---|---|---|
| CRM | Rene v.Stiphout | Dir. CRM EMEA |
| Industries | Jens Mortensen | Sen. Dir. Applications EMEA |
| ERP | Michael Huchler | Sen. Prod. Mgr SCM EMEA |

*Change Record*

| Date | Author | Version | Change Reference |
|---|---|---|---|
| 23.04.2002 | Michael Huchler | 1.0 | Created the first document version |
| 27.04.2002 | Michael Huchler | 1.1 | Updates after meeting between APAC and EMEA, included APAC requirements and the Introduction from Dennis Jolluck |
| 28.04.2002 | Michael Huchler | 1.2 | Refined version after comments from reviewers. |
| 18.05.2002 | Michael Huchler | 1.3 | Changed document based on input after EMEA E-Business Suite Sales team meeting :<br>- Changed the Section on Common Reporting Tools<br>- Inserted section on BI Integration<br>- Replaced Mobile Solution Support text with new text from Eva-Maria<br>- Changed the section on HRMS integration to CRM – added information on OSO hierarchies.<br>• Added Confidentiality section<br>• Added Distribution list<br>• Introduced the "migration" aspect in the introduction<br>• Changed the Industry Terminology section as per input from Nadia.<br>• Added section on HTML Customizations<br>• Added Section on Integration positioning<br>• Added section on Translation of custom Apps<br>• Changed order of document (swapped General Requirements with Overlap/Duplication)<br>• Introduced numbering of Issues<br>• Added ISV argument to API Section<br>• Added Consulting Section<br>• Added Demo Section |
| 03.06.2002 | Michael Huchler | 1.4 | Updated with Comments from Steve Hagner and Nadia Bendjedou<br>• Updated reviewer list<br>• Updated section on Workforce Management for Call Center<br>• Included e-GIF Support (XML) |

*Contributors*

| Name | Position |
|---|---|
| Roy Gundavda | Prin. Sales Consultant CRM EMEA |
| Per Magnus Karlsson | Prod. Mgr. SCM EMEA |
| Stefan Sack | Sen.Sales Consultant SCM NCEE |
| Susan Flierl | BDM SCM Germany |
| Nick Arrowsmith | Sen. Prod. Mgr. SCM EMEA |
| Adrian Johnston | Sen.Dir. E-Business Suite APAC |
| | |
| | |
| | |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069908

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### Reviewers

| Name | Position | Initial and Date |
|------|----------|------------------|
| Juan Rada | SVP Industries EMEA | |
| Francis Veldeman | VP ERP EMEA | |
| Lesley Meeks | Sen.Dir. SCM EMEA | |
| Eva-Maria Sjöholm | Sen.Dir. CRM EMEA | |
| Rene v. Stiphout | Dir. CRM EMEA | |
| Michael J.Baker | Sen.Dir. HRMS EMEA | |
| Karsten Roigk | Sen.Dir. Finapps & Projects EMEA | |
| Dennis Jolluck | VP E-Business Suite APAC | |
| Nadia Bendjedou | Sen.Dir ATG | |
| Steve Hagner | Dir. Business Dvelopment CRM EMEA | |
| Mandy Nicol | ADS EMEA | |
| Martin DeVille | BI&W EMEA | |
| Jon Page | VP BI&W EMEA | |
| Jason Hope | Sen.PM ERP | |
| Margaret Giuliani | Domain Manager EMEA | |

### Confidentiality and Distribution policy

Due to the sensitive nature of the contents outlined, this document is strictly confidential and strictly for Oracle internal use only. If you are not an Oracle employee please delete this document immediately.

Furtheron, if you wish to forward this document please seek approval of the following contacts:

for EMEA: Michael Huchler

for APAC: Adrian Johnston

If you have been forwarded the document and are not listed on the below distribution list please notify Michael.Huchler@oracle.com , to make sure you are added to the distribution list and hold the most recent version of the document.

### Distribution list

| Name | Position | Region |
|------|----------|--------|
| Larry Ellison | CEO | CORPORATE |
| Safra Catz | Executive VP | CORPORATE |
| Ron Wohl | Executive VP | DEVELOPMENT |
| Sergio Giacoletto | Executive VP | EMEA |
| Juan Rada | SVP Industries | EMEA |
| Francis Veldeman | VP E-Business Suite | EMEA |
| Lesley Meeks | Sen.Dir. SCM | EMEA |
| Eva-Maria Sjöholm | Sen.Dir. CRM | EMEA |
| Rene v. Stiphout | Dir. CRM | EMEA |
| Michael J.Baker | Sen.Dir. HRMS | EMEA |
| Karsten Roigk | Sen.Dir. Finapps& Projects | EMEA |
| Dennis Jolluck | VP E-Business Suite | APAC |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069909

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

| Name | Position | Region |
|---|---|---|
| Adnan Johnson | Sen. Dir. E-Business Suite | APAC |
| Ossi Pohjohla | SVP Consulting | EMEA |
| Steven Hagner | Sales Consulting CRM | EMEA |
| Tuomo Pyrykkonnen | VP Consulting | EMEA |
| Martyn Lowry | Sen.Dir. Industries | EMEA |
| Jens Mortensen | Sen.Dir. Industries | EMEA |
| Martin Deville | Dir. BI | EMEA |
| Peter Laier | Sen. Director | EMEA |
| Claus-Peter Unterberger | VP Marketing | EMEA |
| Jon Page | VP Consulting | EMEA |
| Nadia Bendjedou | Sen.Dir. Applications Technology | DEVELOPMENT |
| Marie-Jo Duquesne | Dir. Sales Skills | EMEA |
| Tiffany Retsell | Prin.Cons. | EMEA |
| Mandy Nicol | ADS | EMEA |
| Eric Butterworth | Sen.Dir Commercials | EMEA |
| Mark Peachey | Sen. Product Manager | DEVELOPMENT |
| Jason Hope | Sen. Product Manager | DEVELOPMENT |
| Nick Arrowsmith | Sen. Product Manager ERP | EMEA |
| Per-Magnus Karlsson | Product Manager ERP | EMEA |
| Roy Gundavda | Sales Consulting CRM | EMEA |
| Michael Buchler | Sen. Product Manager ERP | EMEA |
| Margaret Giuliani | Domain Manager | DEVELOPMENT |

ORACLE
CONFIDENTIAL

NDCA-ORCL 069910

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Table of Contents

Introduction .......................................................................................................................... 7

Duplication/Overlap ............................................................................................................. 8
   1.1 iSupport, iStore, iReceivables, iCustomer Portal, Collections ................................. 8
   1.2 Sales Modules – Duplication ..................................................................................... 8
   1.3 Multiple Item Definitions ......................................................................................... 9
   1.4 Enterprise Asset Management and Advanced Service Online .................................. 9
   1.5 Oracle PDX, Oracle iSupport and Quality Online ................................................. 10
   1.6 Grants Management and Projects ............................................................................ 10
   1.7 Approval Management ............................................................................................. 10
   1.8 Planning engines ..................................................................................................... 11
   1.9 Duplication of Quality functionality ...................................................................... 12

Integration Requirements – "Best of Breed vs. Suite" ...................................................... 14
   2.1 Projects integration to CRM and ERP .................................................................... 14
   2.2 MultiOrg Support for ALL CRM Modules ............................................................ 15
   2.3 Cost Rollup for Contracts ....................................................................................... 16
   2.4 Demand Planner and CRM Integration .................................................................. 16
   2.5 Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement ...... 17
   2.6 Process Manufacturing Integration with CRM ....................................................... 17
   2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-Business Suite ............................................................................................................... 18
   2.8 HRMS / Payroll Integration with CRM .................................................................. 19
   2.9 iLearning Integration with E-Business Suite .......................................................... 19
   2.10 Order Management  Purchasing integration for consolidated Logistics ............... 19
   2.11 Configure a Contract ............................................................................................. 20
   2.12 Oracle Quality integration to Install Base ............................................................ 20
   2.13 Configurator to Sourcing ...................................................................................... 20

General Product Requirements ........................................................................................... 22
   3.1 Common Application Technology ........................................................................... 22
   3.2 Common User Interface ........................................................................................... 23
   3.3 Calendar API ........................................................................................................... 23
   3.4 Consistent usage of Application Objects and Schema ............................................ 24
   3.5 Multiple Currency Support ..................................................................................... 24
   3.6 Security .................................................................................................................... 24
   3.7 Mobile Solution Support ......................................................................................... 25
   3.8 MultiCompany enabling of E-Business Suite ........................................................ 26
   3.9 Application Programming Interfaces (API's) .......................................................... 26
   3.10 Integrate BIW Apps into the E-Business Data Model and Workflow ................... 27
   3.11 Common Reporting Tools/Architecture ................................................................ 28
   3.12 Process Navigator for the whole E-Business Suite ............................................... 29
   3.13 Industry specific Terminology .............................................................................. 29
   3.14 Link to MS Office (Word) ..................................................................................... 30
   3.15 HTML Customization ........................................................................................... 30
   3.16 Clear and Common Integration Strategy .............................................................. 30
   3.17 Translation of Custom Applications ..................................................................... 31
   3.18 Multi-Language Support ........................................................................................ 32

ORACLE CONFIDENTIAL

NDCA-ORCL 069911

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

ulting and Demo Requirements ............................................................................................. 33
4.1 Consulting Requirements ...................................................................................................... 33
4.2 Demo Requirements .............................................................................................................. 33

ORACLE
CONFIDENTIAL

NDCA-ORCL 069912

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Introduction

Approximately two years ago Oracle embarked upon probably one of the greatest achievements in the history of the software industry – the release of R11i. The release of the "Suite" was to address the "first's" in many areas: single customer data model; completely integrated business flows between ERP & CRM; one architecture to incorporate ERP, CRM & SCM. We have come a long way in the last twenty-four months, however, we still need an additional "housekeeping" effort, if we expect to regain our market share and regain the confidence from our customers and the marketplace. We need to show we are capable of listening and have the "passion" to continue to simplify upgrades, new installs, process flows and the overall use of the E-Business Suite. The recommendations made in this document will serve as a "catalyst" for this to occur.

The field is in a very advantageous position to listen to our customers, and in many cases our customers - know the product better than we do – and we need to accept that. We (EMEA & APAC) have taken these comments from our customers, analysts, partners and employees and consolidated them to one document.

These recommendations are not considered enhancements. We consider them fundamental gaps, inconsistencies or duplication of effort within the E-Business Suite architecture.

The competition has been extremely aggressive in pointing out these weaknesses within the R11i architecture. Some of these issues are so fundamental, that it exposes our development environment as "best of breed" rather than one unified software vendor. Secondly, correcting these issues should once and for all eliminate the point solutions providers (i.e. Siebel, Ariba, C1, i2, Astea), who still cause us some grief in numerous deals and strengthen our value proposition against SAP & PSFT.

We believe these "fundamental gaps" are serious enough and should be prioritized & addressed by development accordingly. This document breaks them into three categories:
- General Product Requirements
- Integration Issues (between ERP and CRM as well as in each group)
- Duplication/Overlap (between ERP and CRM as well in each group)

For each issue, we have provided a summary description of the problem and an explanation of the derived benefits to development and the customer, assuming the issues will be re-architected & resolved. In this case we need to ensure that we are providing our customers a migration/upgrade path, that allows them a transition as smooth as possible.

To summarize, by addressing these issues, we would definitely strengthen the Oracle E-Business Suite product & message and would improve current implementation installs & upgrades as well as improve our sales positioning. Lastly, this would go a long way to exemplifying customer-centricity.

As a next step, we would welcome the opportunity to sit down with development and discuss them in greater detail.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069913

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Duplication/Overlap

This section contains all those areas where there are significant overlaps in functionality in the Application or more important the technology used, leading to duplicate effort for our customers in terms of maintenance and training.

| # | Duplication/Overlap |
|---|---|
| 1.1 | iSupport, iStore, iReceivables, iCustomer Portal and Collections |
| 1.2 | Sales Modules – Duplication |
| 1.3 | Multiple Item definitions |
| 1.4 | EAM and ASO |
| 1.5 | Oracle PDX, Oracle iSupport and Quality Online |
| 1.6 | Grants Management & Projects |
| 1.7 | Approval Management |
| 1.8 | Planning Engines |
| 1.9 | Duplication of Quality functionality (OPM,ERP) |

### 1.1 ISupport, iStore, iReceivables, iCustomer Portal, Collections

Why do customers need 3 or 4 products to show variations of the same data, if I have the Customer Portal; why do I need to have the iSupport portal in addition?

We should provide an Application Module i.e. Self Service Customer, with tabs for each area of functionality, these tabs can be exposed dependent on license purchase and could be reconfigured by our customers according to their needs using the Oracle Portal technology.

Customer Benefit:
- Simplify customer experience with a Single User Interface UI for customer facing Self Service functionality with mutiple tabs for Store, Orders, Invoices, Support, & Receivable.
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.2 Sales Modules - Duplication

There are several Sales modules having similar functionality for different sets of users with different technologies:

- OSO, OTS, Customer Care have overlapping functionality
- Quoting, Order Management, iStore
- Sales Contracts, Sales Agreements

It appears more logical to map the entire sales cycle (across industries) into distinct sub-processes:

- Customer/Partner Management, Contact Management, Lead Management, Opportunity Management, Configuration, Quoting, Proposal Management, Order Capture/ Entry/ Maintenance, Sales Contracts, Lease Management, Payment Management , Incentive Management, Link to Project Management,

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069914

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Having only one sub-module that handles each of the above such that each of them is configurable separately for an user/role/ responsibility and sub-modules accessible across applications

Back to Duplication/Overlap

### 1.3 Multiple Item Definitions

Currently the E-Business Suite contains two item master definitions (Inventory and iProcurement. There is also two Item Category definitions available (Category Sets and iProcurement categories) that needs to mapped. This is causing synchronization issues as well as limitations in the consolidated Intelligence that we can get from the Procurement Suite.

Also for the PDX product we are not leveraging the existing Item definition but the Exchange platform definition of an item. Considering the issues that exist in most Product Organizations which is the hand off between Engineering and Procurement with the Item definition and the associated attributes, there would be a huge benefit for customers, if they could simply access the same information (i.e. Purchasing uses the same (extended) information about the item as the Development organization)

Customer Benefit:
- Simplify customer experience with a one Product Master definition / schema with extension tabs for iProcurement, SCE, & PDX data elements and import / export API
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Compelling reduction in development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.4 Enterprise Asset Management and Advanced Service Online

Why do we have different modules to accomplish same or similar business requirements? With attendant issues of duplicate data entry in different forms , differnt applications, aso.

We need a single unified eBusiness solution for Planned & Preventive Maintenance of Installed base items, configurations & models.

It should provide the capabilities for complex configurations & models , service jobs with repair kits with differnt complexities of degree of fix. An ability to handle Aerospace / Defence, Commercial/Industrial , High Tech and Industrial Projects i.e. Jacobs or Bechtel Airport/Hospital building.

Customer Benefit:
- Simplify customer experience with a unified eBusiness solution for Planned, & Preventive Maintenance of Installed base items.
- Less training, less confusion, lowers Total Cost of Ownership
- Provides a major competitive advantage: Kit versus Suite across Industries.

Oracle Benefit:
- Eliminate the duplicate costs of development and ongoing support for multiple sets of programs & data entities and the related integration issues to the same business objects.
- Compelling reduction in associated support and training costs
- Easier positioning of the products

ORACLE CONFIDENTIAL

NDCA-ORCL 069915

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

Back to Duplication/Overlap

### 1.5 Oracle PDX, Oracle iSupport and Quality Online

Customers are faced with having differently behaving program routines in different modules which confuse them. For Oracle this means Duplication of Programming effort and ongoing support costs.

We would need a single unified eBusiness solution for placing an enhancement request ideally one set of program code referenced in PDX, iSupport and Quality Online.

Customers would need to have one system for developing a product and another one for maintaining it. This makes no sense as a development organizaiton needs to understand what issues come up in the implementation/usage of a product so it can make use of it in the design of the next version of the product.

Additionally iSupport does not carry project information, so that a full cost tracking of a specific product for a specific project is impossible (thinking of service and warranty costs as part of the total costs for ROI calculations).

Customer Benefit:
- Single definition of an Enhancement request (or issue), single definition of escalation procedures, …

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.6 Grants Management and Projects

Grants Management and Accounting are both using projects related data and when customers demand both, it becomes obvious, that there are some overlaps in the two product sets, and the positioning becomes difficult. Further more Grants lack integration to Contracts and at the same time deals with contract data. Could Grants be an enhancement to Projects and/or Contracts instead of a separate module?

Back to Duplication/Overlap

### 1.7 Approval Management

Currently there are multiple Engines/Processes, taking care of necessary Approvals within the different modules, sometimes with independent repositories. Below is a list of Oracle Modules which offer Approval functionality:
- Self-Service Human Resources
- CRM Quotes
- Web Expense
- iProcurement
- Invoices
- Analytic Solutions
- iReceivables
- iLearning
- iRecruitment
- Quality
- Training Administration (OTA)
- Property Manager
- Fixed Assets (Self-Service Asset Transfer)

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069916

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Projects
- Process Manufacturing
- Contracts Modules (Sales, Service, Rights)

There is the Oracle Approvals Management (OAM) Development Activity within Oracle. Once OAM has been integrated with a module of the suite, the customers can implement most imaginable rules in OAM without customizing any Application code. OAM should be adopted throughout the ERP and CRM suites.

Using OAM to manage your Application's approvals processes has advantages for our customers and for Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage approval processes for many Modules with the same tool. This reduces the learning curve that customers face when adopting the E-Business Suite and also reduces confusion as to why customers have to setup approval rules multiple times for multiple modules.
- OAM lets customers share approvals rules among different modules, making it easy for customers to create and maintain standardized business rules for their entire organizations. Using different Approval Repositories makes it harder to setup the same rules everywhere. Eg. it could happen that a Manager can approve until 10,000 USD in one module, in the other until 100,000 USD.

Oracle Benefits:
- The different Product development teams don't have to re-invent the approvals-logic wheel. Instead, they are free to build robust domain-specific functionality into the individual modules.
- Suite vs. Kit: OAM would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support only have to learn one module for the whole Approval topic. Oracle people experienced with OAM from one module can support the other modules in that perspective, too. Oracle Consultants (or our customers) can easily extend OAM's building blocks in a variety of ways, without altering any OAM source code. This makes it simple to extend OAM to meet existing functional requirements, and it dramatically reduces the cost and difficulty customers face in building custom approvals processes into a module.

Back to Duplication/Overlap

**1.8 Planning engines**

There are several planning/scheduling engines in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service
- Advanced Scheduler
- Advanced Service Online
- CRM Spares Management
- Project Resource Management
- Advanced Planning & Scheduling
- Inventory Optimization
- Supply Chain Planning
- Enterprise Asset Management

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069917

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

Sometimes the Planning/Scheduling engines are running seperately to each other, creating independent results. Conflicts could result in Planning/Scheduling of resources between

- internal and external activities. Eg. a resource is already engaged in an internal plan (manufacturing) and is also put into an external one (service) at the same time.
- two internal activities. Eg. using Oracle Spares Management, a field service organization can automate and streamline all aspects of managing spare parts inventory in the field. At the same time Inventory Optimization optimizes the Inventory Stock Levels from a Manufacturing perspective, maybe for the same items.
- two external activities. Eg. a resource is planned within an external project through project resource management and is also put into a service case through Oracle Service.

There would be benefits of putting together these different Planning/Scheduling engines getting rid of the above mentioned problems. A start point could be consolidating at least similar topics. Eg. consolidation of

- Planning for Human Resources within Project Resource Management and CRM Service (Advanced Scheduler, Advanced Service Online)
- Planning for inventory items within CRM Spares Management and Inventory Optimization.
- One of the products that is missing from our call center suite is a Workforce Management Solution. This is similar in requirements to the resource planning functionality of our other products, but in a call center, Workforce Management is based on historical call volumes. By building 1 complete resource management product, we could also fills a serious gap in our call center offering. Therefore integrating a central Workforce Management solution into Call center as well would be beneficial.

Using consolidated Planning/Scheduling has advantages for our customers and Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage Human Resource Planning/Scheduling and Inventory Planning with less similar tools. This reduces the learning curve that customers face when adopting the Planning/Scheduling Modules.
- One consolidated Planning/Scheduling Application lets customers share information among different Modules. Resources are not planned twice at the same time. One consolidated inventory stock-level result possibly replaces two different ones.

Oracle Benefits:
- Suite vs. Kit: Consolidated Planning/Scheduling engines would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Planning/Scheduling topic. People done work in one Planning/Scheduling topic are able to support other modules, too.

Back to Duplication/Overlap

### 1.9 Duplication of Quality functionality

There are several Quality modules in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069918

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- o   Quality Online
- Discrete Manufacturing
  - o   Quality
- Process Manufacturing
  - o   Quality Management

Oracle Quality Online is an application that allows corporations to track and manage product defects, enhancements and associated tasks. Quality Online completes the support loop by unifying customer service, product marketing, and engineering to provide an efficient, fast, and consistent solution to the customer. The focus of this Quality module is the focus to catch the customer information regarding the product quality.

Quality from the Discrete Manufacturing suite is an enterprise-wide quality management system that lets you collect, distribute, and analyze critical quality data throughout the supply chain. Oracle Quality has tight integration with Oracle Work In Process, Oracle Flow Manufacturing, Oracle Purchasing, and Oracle Supplier Management Portal.

Oracle Process Manufacturing Quality Management controls and communicates quality of your products and processes across the enterprise. All process manufacturers face the challenge of producing consistent products from ingredients and raw materials of varying quality.

A consolidated Quality Management System would provide several benefits:

Customer Benefits:
- Our customers can manage Quality issues with one tool. This reduces the learning curve that customers face when adopting the Quality Application. Issues in the process, discrete and/or customer area can be handled in the same system.
- One consolidated Quality Application lets customers share information among different Modules. Eg. customer's feedback can be used directly within the production process.

Oracle Benefits:
- Suite vs. Kit: Consolidated Quality Management in the process, discrete and/or customer area would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Quality Management topic. People done work in the Quality Management topic from the discrete Manufacturing area are able to support the other industries (CRM, Process), too.

Back to Duplication/Overlap

Go to next Paragraph

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069919

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## Integration Requirements – "Best of Breed vs. Suite"

This section contains all those requirements that are deemed critical to overcome the lack of integration between the E-Business Suite modules (ERP/CRM) as well as the lack of integration within the individual groups of modules.

| # | Integration Requirements | Demo-able | Sell-able | Implement-able |
|---|---|---|---|---|
| 2.1 | Projects integration to CRM and ERP | N | N | N |
| 2.2 | Multi Org Support for ALL CRM Modules | Y-partial | Y-partial | Y-partial |
| 2.3 | Cost Rollup for Contracts | N | N | N |
| 2.4 | Demand Planner and CRM integration | N | N | N |
| 2.5 | Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement | N | N | N |
| 2.6 | Process Manufacturing Integration with CRM | N | N | N |
| 2.7 | One Budgeting engine, Financial Treasury Information & Datamodel for all Apps (Projects, GL, Service, HR,...) | N | N | N |
| 2.8 | HRMS Payroll Integration to CRM | N | N | N |
| 2.9 | iLearning integration with E-Business Suite (HRMS, Marketing, Service,...) | N | N | N |
| 2.10 | Order Management & Purchasing integration for consolidated view on Logistics | N | N | N |
| 2.11 | Configure a contract | N | N | N |
| 2.12 | Oracle Quality integration to Install Base | N | N | N |
| 2.13 | Configurator to Sourcing | N | N | N |

Go to next paragraph

### 2.1 Projects integration to CRM and ERP

One example of the lack of integration between Projects and CRM/ERP is the Product Lifecycle Management process. Product Lifecycle Management covers the process from the idea of a product until the retirement of the product or service that has been "developed", sold, shipped, delivered.

The business process does not only span the "development" of ideas, knowledge management and the true Product Development activities (normally in a project environment) but also covers manufacturing with the feedback loops into Development, Selling, Shipping and Invoicing of shipped goods/services , Servicing of goods as well as retirement and replacement of the goods/services with new goods/services.

Companies should ideally be able to track cost not only for the development of a product/service, but the costs throughout the whole lifecycle from cradle to grave and should have visibility across all relevant activities. Some Key Industries that would benefit from such tight integration are: Teleo, Service Industries, Automotive(Warranty costs), ...

In that respect we would require a unified definition of foundation elements (e.g. Task which is defined for CRM apps in OSO, Service etc. But a different and mutually exclusive definition in Projects related Work Breakdown Schedules).

Also there is no possiblity today to reference a project with a service contract (i.e. referencing a project related service agreement with your project customer is not

ORACLE CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

possible, which impacts your overall capability to compare total project costs with the total project revenue).

The need would be to introduce Project and Task reference in those modules in order to be able to track costs for all activities related to a Project (Program) similar to the excellent coverage in the whole of the ERP Apps as well as some extensions on functionality !

This referencing impacts nearly all CRM Modules (except Sales Online for which a initial patch has been delivered to our knowledge to enable the reference of a project to a lead).

Customer Benefits:
- Ability to track costs throughout the lifecycle of a project
- Ability to get visibility across Services delivered for a project, …
- Inconsistency in the use of terminology would go away reducing training and explanation effort.

Oracle Benefits:
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.2 MultiOrg Support for ALL CRM Modules

Requirement for all the CRM Modules; both forms based, and HTML based to offer the user the same multi-org view of Oracle E-Business Suite data where applicable based on User ID and security.

This speaks to the earlier requirements on Common Applications Technology across ERP & CRM modules, and the Consistent usage of Application Objects and Schema, in that table structures should provide for the multi organizational view of data where there is a legitimate business reason. It may not be appropriate for one customer using a self service application to see another customer's data

Key to this is the concept of UTF-8 (for true support of a single global installation with multiple double byte character set languages) and multibyte support for the entire suite.

Specifically within APAC, lack of Multibyte support across the various front-office systems is going to be a significant impediment to our success in China, Taiwan, Korea and Japan. The major challenges we face are:

- GCD (the Global Contact Database) is not compliant so we lack a common repository of customer information in Korea / China / Taiwan / Japan
- The processes / systems that load GCD and CRMAP are not compliant, so we have no way of loading multi-byte information into the system, and as a result a. do not capitalize on the customer intelligence gathered in a campaign, and b. cannot accurately report on the performance of a campaign (and our ROI).

The lack of multi-org capability within some of the CRM applications (namely Trade Management) does not allow a single installation within a multi-org environment.

Customer Benefits:
- Simplify User and Customer experience.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite complete offering.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069921

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

- Reducing effort of supporting custom extensions so lowering Oracle
  Development, Support & Implementation costs over time.

Back to Integration Requirements

### 2.3 Cost Rollup for Contracts

This is a real business issue for Prospects, and damaging for Oracle Sales campaigns to
prospects (i.e. Unlike Oracle  Manufacturing, we cannot identify accrued costs against a
Contract over time.) Customers using Oracle Contracts cannot answer simple questions
such as: „Are we profitable? unprofitable? should we try to renegotiate?"

Customers should be able to have the Contract Price / Value compared to Billed to Date,
compared  to Actual Cost to Date, by Contract, by Contract Category, by Customer,...

We need to have data elements to support Actual Costs for Employee hourly rate i.e.
Normal, Overtime 1, and Overtime 2 (which we do have in our Oracle Projects Modules).
We can identify Purchase Costs for Materials, and Expenses, we also need to have a data
elements to show any overhead markup .

Thebest example how it should be is the Work-in Progress Report from Oracle
Manufacturing. This is a Sales Issue at Lanier, Atlas Copco, and Canon Copiers. We
currently handle this  by use of user defined data in flexfields and custom Discover
Reports. Should be standard functionality just like our competitors do (Contract
specialists Astea and Metrix have it)

Customer Benefits:
- Ability to track the Contract Price / Value compared to Billed to Date,
  Compared to Actual Cost to date by Contract , by Customer, by Contract
  Category.
- No need to set up expensive custom solution: therefore reduce Total Cost of
  Ownership.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite Contracts offering.
- Reducing effort of supporting custom extensions so lowering Oracle Support
  costs over time.

Back to Integration Requirements

### 2.4 Demand Planner and CRM Integration

The capabilities to perform an integrated planning in the E-Business Suite is broken. The
concept of Oracle Demand Planning is to pull demand information from a number of
sources including Marketing, Sales and Manufacturing.  For example salespeople develop
their forecasts in Sales Online. These are aggregated regionally and nationally. Yet these
are not able to be transmitted to the Forecasts used in Demand Planning, Supply Chain
Planning, or Manufacturing Planning.

This implies that we cannot plan/produce according to forecasts or that customers have to
manually rekey the information entered in CRM into the Forecasting modules of Oracle
ERP.

This behaviour is totally undermining our „integrated Suite" message for customers using
both parts of the suite.

Customer Benefits:

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069922

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Ability to aggregate Sales and Marketing forecasts in customer facing applications and pass demand to Forecasts used in Demand Planning, Supply Chain Planning, or Manufacturing Planning applications..
- Showcase compelling integration of E-Business Suite applications.

Oracle Benefits:

- Address major functionality gap and improve our competitive offering.
- Identify and sell another key Business Flow – Forecast to Delivery ( Sales Forecast to Customer Delivery )
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.5 Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement

Oracle Sourcing as a module for the Negotiation of Purchase Contracts allows external partners (in this case suppliers) to collaborate in the negotiation of contracts, by taking away much of the manual work that would need to be performed by our customers to enter contract specific information into the Application (i.e. Pricing, Shipment, Payment terms and conditions, aso.

As there is no integration on the Purchasing Side between a Procurement Contract in Purchasing and a Procurement Contract in the „Contracts for Procurement" module, negotiations are only done for the transactionally relevant information of a Procurement Contract and not the extended terms and conditions in a Procurement contract.

Oracle Purchasing holds information for Pricing, Items as well as high level Terms and conditions, whereas Contracts for Procurement focusses mainly on the Contract administration of the Terms and Conditions (where its main strength is). Also Oracle Purchasing currently does not leverage the TCA model, whereas Contracts does, which would require synchronization procedures to be put in place. At this point the TCA Support topic comes into view again.

In order to achieve a true Sourcing of goods and services and the collaborative negotiation of terms and conditions with suppliers, the Contracts and Sourcing modules would need to be integrated (for the beginning on the Procurement side, but ideally across all contract relevant business areas in order to enforce our message regarding the collaboration aspect of applications).

Customer Benefits:

- Negotiation of Contracts would be done collaboratively and information provided by the Supplier would not need to be rekeyed.
- Full Contract Management solution that is integrated with the operational Procurement system.

Oracle Benefits:

- Kit vs. Suite Message would be strengthened.
- Single repository for Contract related information and therefore reduced Support & Maintenance effort.

Back to Integration Requirements

### 2.6 Process Manufacturing Integration with CRM

The existance of two Inventories (Discrete & OPM) although planned for convergence in a future release, creates an integration problem when using CRM Service. CRM service currently is only integrated with the Discrete Inventory. Work-arounds are possible through the implementation of both Discrete & Process Manufacturing, however issues

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069923

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

(as identified by our implemenation partners at key sites ie AS Watson in Hong Kong)
include:

* There is no ability to automatically transfer stock from a Process Organisation to
  a Discrete Organisation. All finished goods will be required to be transferred
  from Process Inventory into Discrete Inventory (as all items need to be shipped
  from Discrete) and there is currently no automatic interface between the two
  applications.
* Costing set-ups are required for both Process and Discrete. When setting up a
  Discrete inventory organization, it must have a costing method assigned. This
  field is Not Updateable once a transaction has been placed through inventory i.e.
  once the first sales order has been entered in order management and shipped
  through inventory. If one particular method is chosen in preference to another,
  this cannot be changed and would result in re-configuration of the inventory
  organization.
* An Item Master would be held in both Process and Discrete. However all items
  must be entered into the Process Organisation as the sychronisation is one-way
  from Process to Discrete. Further updates would be required to assign further
  item attributes, item categories etc.

Customer Benefits:
* Eliminate the requirement to implement both Process & Discrete Manufacturing
  (if not require)
* Reduction in complexity when implementing Process Manufacturing & CRM
Oracle Benefits:
* Complete integration of Oracle Process Manufacturing with CRM Service,
  therefore completing the Oracle Integration Message

Back to Integration Requirements

### 2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-Business Suite

Currently we have budget and funds control functionality spread across the E-Business
Suite:
* Oracle General Ledger
* Public Sector Budgeting
* OPSFI Budget enhancements
* Labour Distribution
* Spreadsheet Support
* Projects
* Grants
* OFA

In demos we often have to jump between these modules in order to adress a specific
budget requirements and sometimes the integration between the various modules is
lacking (Projects <> General Ledger). Our total budget functionalities are impressive but
in real life we have a hard time articulating and demonstrating these, and it is not easy for
the sales field to position the various solutions.

Within Treasury there is also a requirement for a consistent Exchange Rates and
Currency Table within Treasury and GL to avoid duplication. The development of a
consistent Bank account "model' would also eliminate the current duplication which
exists with Bank accounts being maintained in Treasury, CM, AP etc.

Back to Integration Requirements

ORACLE
CONFIDENTIAL

NDCA-ORCL 069924

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 2.8 HRMS / Payroll Integration with CRM

The integration between HRMS / Payroll and CRM is not complete. Some specific examples can be highlighted:

- OAB (Advanced Benefits) needs to integrate with Call Center. There is a Benefits Summary Screen in OAB, this needs to be used by reps in the call center. This is why we created the screen, however the integration is not complete
- Sales Compensation needs to integrate with the payroll module.
- OSO - sales hierarchies are created in Resource Manager and this is separate from any hierarchy included in HR, which makes it difficult positioning the "one suite" message into existing HR Accounts.

Back to Integration Requirements

### 2.9 iLearning Integration with E-Business Suite

iLearning is currently not fully integrated with the E-Business Suite, and even some of the basic integrations (i.e. iLearning <> HRMS) is not completed. We have indications of a good potential for iLearning from many industries but without the integration we are limiting our potential. The lack of integration between iLearning and Oracle Student System is also a key constraint in our value proposition for Higher Education.

Back to Integration Requirements

### 2.10 Order Management  Purchasing Integration for consolidated Logistics

Currently the E-Business Suite does not offer a comprehensive view on shipments and logistics. Order Management does to some extent support the planning and execution activities for the shipment of goods to customers (outbound logistics). The functionality will be greatly enhanced when Oracle Transportation is released. However, on the Procurement side (Inbound Logistics), we do not offer the same capabilities, and we are not even using the same datamodel for the shipments of goods that the Order Management Development Organization is using. Furthermore, there is no similar support for internal Logistics.

An integrated Logistics Module would address these Business Needs (Inbound- , Outbound- and Internal Logistics), and address an area that few/none of the competitors can address today. This would also need the integration to Oracle Purchasing so that a Transportation Purchase Order is being issued and the Transportation (AP) Invoice can be matched. Also return Logistics would need to be covered.

Customer Benefits:
- Specifically for customers, where Shipping and receiving is handled by the same organizational group this would be a huge benefit, as they would have reduced training efforts
Oracle Benefits:
- Single View on Shipments, leading to a consistent Inbound and Outbound logistics solution for both sides of the E-Business Suite.
- Reduce duplicate Development of Shipment related functionality
- Harmonize functionality and extend in only ONE place.
- Stronger Play against the Niche Transportation Apps Providers

Back to Integration Requirements

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069925

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 2.11 Configure a Contract

Our customers/prospects want to quickly create contracts from scratch for their customers. They need the ability to select Price-Lists, Articles and Sections, Line Types, Coverage, Covered level and Billing based on options & rules.

This applies to all Contracts modules that exist and that will become available. This relates also to the Integration between Oracle Configurator to Oracle Sourcing.

Sales Requirement here is to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these article and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Customer Benefits:
- Specifically for customers to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these articles and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Oracle Benefits:
- Address major functionality gap.( competitors already provide this feature ).
- Improve the E-Business Suite Contracts competitive offering.
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.12 Oracle Quality integration to Install Base

Customers want the ability to track quality issues in the installed base, ie are particular components or or model items failing regularly, can we predict the chance of failure. Very useful for the customers and the Service Organisation.

We would need to integrate Oracle Quality to the Installed Base to leverage the powerful inquiry & reporting features of Oracle Quality. Also the Oracle Quality reports could be published on the the iSupport page if service provider wished to inform particular or all customers about quality issues as preventive measurement. This also provides feedback to Sales / Product Development and Manufacturing and closes the Quality Loop.

Customer Benefits:
- Ability for service providers and customers to track quality data: i.e. faults, problems, of installed base, fix rate, time to failure, time to repair.
- Ability to provide feedback to customers, field service, manufacturing and product development about installed base reliability & quality metrics.
- Track profitability of models, and installed base items.

Oracle Benefits:
- Address major functionality gap, ( competitors already provide this feature ).
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.13 Configurator to Sourcing

If we are looking at the capabilities of Oracle Configurator and imagine to add those on top of the Sourcing engine, we would have an excellent tool to construct a RFQ/Tender specifically for complex products/services but also for Public sector requirements.

Customers could have a repository of rules that would populate attribute lists and attachments in an RFQ based on questions/topics selected in the configurator, thus

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069926

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

leading to a guided RFQ development not only from a process, but also from a content perspective.

Customer Benefit:
- Ability to easily create a RFQ/Auction based on rules rather than having to manually enter the values.

Oracle Benefit:
- Extend the reach in the eSourcing market as well as specifically the Public Sector.
- Leverage existing functionality and at the same time dramatically enhance the Sourcing capabilities in the Procurement Suite

Back to Integration Requirements

Go to next paragraph

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069927

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## General Product Requirements

This section contains all those requirements that are critical for the success of the Oracle E-Business Suite overall and are not specific to one or only a couple of modules but spans the whole breadth of the application.

| # | General Requirements | Demonstrable | Sellable | Implementable |
|---|---|---|---|---|
| 3.1 | Common Application Technology | N | N | N |
| 3.2 | Common UI | N | N | N |
| 3.3 | Calendar API (integration to Outlook, Lotus, others) | Y | N | N |
| 3.4 | Consistent Usage of Application Objects and Schema | N | N | N |
| 3.5 | Multi Currency Support | Y – partial | Y – partial | Y – partial |
| 3.6 | Security | N | N | N |
| 3.7 | Mobile Solution Support | Y – partial | Y – partial | Y – partial |
| 3.8 | Multi-Company enabling of E-Business Suite | N | N | N |
| 3.9 | Provide more API's and provide a repository of APIs | Y – partial | Y – partial | Y – partial |
| 3.10 | Integrate BIW Apps into the Ebus data model and workflow | N | N | N |
| 3.11 | Common Reporting Tool/Architecture | N | N | N |
| 3.12 | Process Navigator for the whole E-Business Suite | Y – partial | Y – partial | Y – partial |
| 3.13 | Industry Specific Terminology | N | N | N |
| 3.14 | Oracle E-Business Suite Link to MS Office (Word) | N | N | N |
| 3.15 | HTML Customization | N | N | N |
| 3.16 | Clear and Common Integration Strategy | N | N | N |
| 3.17 | Translation of Custom Applications | N | N | N |
| 3.18 | Multi Language Support | Y-partial | Y-partial | Y-partial |

### 3.1 Common Application Technology

Currently there are two technology frameworks used for the CRM-side and the ERP-side of the E-Business Suite. This obviously leads to an overhead in the product as well as differences in the setup and sometimes duplications.

The CRM development is using the Java Technology foundation (JTF) and the ERP Development is leveraging the OA Framework for its Selfservice modules.

CRM uses its XML Services Framework for Integration to 3rd party applications whereas ERP is using the XML Gateway technology developed by the Workflow Development team. For an integrated suite it would be beneficial to have only ONE technology foundation and framework to lead to the following benefits:

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff.
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.

Oracle Corporation Confidential – For internal use only

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069928

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Reducation of redundancies in the development of the "same" or "similar" functions.
- Elimination of two security models for EAI (Enterprise Applications Integration)
- Elimination of inconsistent support for EAI between the two stacks (ie level of abstraction exposure)

Back to General Product Requirements

### 3.2 Common User Interface

Within the different teams (CRM/ERP) the development is drifting in different directions. This is the case due to the underlying technology differences (as described above) but also due to different approaches in the UI design (as can be seen from the different UI Strategies for ERP and CRM)

Market perception is not very user friendly compared to competitors (mentioned at Staples, Warner Brothers, Cathay Pacific, ... ). Competing against Siebel and Peoplesoft show a consistency in their HTML.

Customer Benefits:
- Consistency across all of the E-Business Suite for UI Flows and UI design as well as customizability
- Reduced training effort for internal resources.
- Both leading to reduced total cost of ownership

Oracle Benefits:
- Reduced Development cost
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

### 3.3 Calendar API

Customers are requiring the ability in the E-Business Suite to link to non Oracle calendar systems to download appointments, events to local disconnected calendars laptop or Palm etc. This is a Sales Issue. At Swedish Post plus many of the Public Sector sales in U.K.

The products that are mainly impacted by this are Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Oracle Projects

The functionality would put customers into a position, to extract Calendar information from Oracle´s E-Business Suite into third party calendar applications such as MS Outlook, Lotus and Eudora (Priority in here is the Outlook integration).

Customer Benefits:
- Ability to download Oracle Calendar data to local user devices and applications
- Eliminate redundancy of user data
- Improve staff productivity - Leverage Cost Savings

Oracle Benefits:
- Address major sales objections
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069929

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

### 3.4 Consistent usage of Application Objects and Schema

Oracle would hugely benefit from a single usage of Application objects and schema in E-Business Suite for objects like Tasks, Territories, Resources, Interactions, Assignments, Escalations and TCA.

Example : Territories are defined in OSO, which are different to the ones in Order Management. Projects holds information about hourly rates for a resource, but Contracts does not (for Service and Repair under a Service contract). PO/AP are still not using TCA.

It is also important to stress that specifically for TCA we need Industry specific extensions as demanded for Financial Services.

Also extending and sharing the CRM Foundation across the entire E-Business Suite in order to provide a true 360 degree view. This would require combining all aspects of 'Party (not just sell-side only) Information' into a 360 degree view.  For example:
- Party Info – Addresses, Contacts, Relationships
- Transactions Info – Quotes, Orders, Invoices, Payments, Invoice Disputes (iReceivables), Installed Base, Contracts, Service Requests, Service Resolutions Details, Return

Customer Benefits:
- Consolidation of data table setup
- Simplification of establishing complex relationships.
- Reduce Total Cost of Ownership

Oracle Benefits:
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.5 Multiple Currency Support

The requirement for full multiple currency support is a fundamental requirement for the development of all Oracle Applications (as applicable). The lack of this functionality within Projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spaning multiple countries with multiple currencies.

Specific requirements which are impeded by this lack of this multi-currency support in Projects includes:  Requirement for Agreements, Funding, Billing Rates & Budgeting.

Back to General Product Requirements

### 3.6 Security

Security is becoming increasingly important for customers transacting over the internet in order to prove their identity and therefore be able to perform transactions securely.

Also recent submission of various legislative requirements has forced companies to invest more and more in Security technology.

Oracle is able to communicate and validate the "unbreakable" message on our technology level but we are not able yet to provide this message on our E-Business Suite offering. We have no PKI support at the moment for authentication a user as well as signing transactions using Digital certificates in our E-Business Suite.

The concept of Single Sign-on should be extended to provide single sign-on for the whole E-Business Suite, not separately for Forms & HTML.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069930

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Customer Benefits:
- Being able to perform secure transactions over the internet
- Ensure that transactions done on behalf of the company can be verified using Certificates.
- Compliance with legal requirements (specifically for Store owners and companies that offer goods/services over the web).
- Public Sector Organizations can to guarantee privacy of the data and the transactions

Oracle Benefits:
- Strengthening our "unbreakable" message and extending it into our E-Business Suite offering.
- Be the only vendor on the market that can offer an out of the box solution

Back to General Product Requirements

### 3.7 Mobile Solution Support

In the EMEA marketplace our Mobile disconnected solutions are not competitive. Wireless solutions are still not sufficient.

The main issues we have with Mobile / Disconnected solutions are;

- the current MDG architecture - three-tier architecture. We need to remove the NT box and come to a two-tier architecture that is more attractive to customers, easier to implement and to maintain. We also need improved performance - hopefully a two-tier architecture also leads to that.
- backward compatibility for the mobile applications - in big implementations with thousands of service engineers it's important that upgrades are manageable
- we need Windows CE off line clients
- print possibility from the off-line service application - it's required that we can print an invoice or service sheet to a customer after completion of an engagement for the customer to sign for approval a functionality to review which tasks have been downloaded and which ones not - the functionality to be used by a dispatcher
- Quoting functionality in the off-line sales application
- Configuration functionality in the off-line sales application + many other functionalities...

Additional business issue here is to enhance stability of the customer facing Mobile Application products, to provide a robust replication of Core Application data for download and upload to mobile devices.

The data elements and data views involved in the replication should be similar and consistent on each device, whether laptop, palm or phone; i.e. no loss of functionality.

The data model / schema and the software technology should be the same for both application areas i.e. Field Sales and Field Service; so that Oracle can provide a single User Interface to the customer separated by tabs; say Mobile Service, and Mobile Sales. In some customer sites these functions are aligned.

Need to demonstrate and prove we can scale for large numbers of sales or service representatives i.e. Atlas Copco and Mettler Toledo say they require support for 4000 mobile users in Mobile Field Service – we have no reference or benchmarks.

The CRM Applications are:
- ☑ 0 Field Service Laptop / Palm / Wireless

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069931

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

✓ ☐ Field Sales Laptop / Palm / Wireless

We also would need to expand our mobile footprint into other business areas, such as Procurement (!) , Supply Chain aso.

Customer Benefits:
- Simplified User Interface for customers for Mobile Service, and Mobile Sales.
- Simplified Technology for customers for Mobile Service, and Mobile Sales.

Oracle Benefits:
- Address major reliability issue, ( our competition Siebel & Peoplesoft attack us on this regularly – no common UI – different technologies etc.).
- Provide single platform for Mobile Support in CRM applications – reduce costs in development / support and implementations.

Back to General Product Requirements

### 3.8 MultiCompany enabling of E-Business Suite

This requirements is to enable the E-Business Suite to run in a single instance, not only for a single company or a single Group, but rather to enable it for multiple companies (ASP-mode).

An additional configuration layer in the Multi Org architecture would allow the company running the hosting service to configure which data is being shared across the companies as well as what information is segregated. This would make the solution very flexible and also applicable to Marketplace Exchange Operators, who want to broaden their offering into other modules of the E-Business Suite.

This functionality has been requested from various channels in EMEA and this functionality is a key to enter into specific business areas of Application Outsourcing with Business Partners such as Banks, Telcos, etc.

Customer Benefits:
- Firstly we would enable a more efficient usage of hardware for our clients -> **Lower cost of ownership**
- Secondly, we would be able to bring clients quicker and more cheaply on-board. A Multi-company install could include one "Standard" set-up based upon our pre-defined Business Flows, and then replicate this for every additional customer. This would decrease the implementation cost to a fraction of what clients face today. -> **Lower entrance cost for becoming an E-Business Suite user.**

Oracle Benefits:
- ASP companies appreciate our functionality today, but the need for these companies to run a new instance for every customer really is a big inhibitor to getting into this market. - > **Opportunity to expand the eBusiness Market Penetration through ASP's.**

Back to General Product Requirements

### 3.9 Application Programming Interfaces (API's)

At present there are several Application Programming Interfaces available, but from dealing with customers they are requesting "more openness" of our application, in terms of providing more API's that would suffice their needs. This is specifically required if we need to integrate our solution with ISV's to be able to offer a "industry flavoured solution" that we are able to successfully compete with other vendors that provide such solutions out of the box or with a similar strategy.

**ORACLE CONFIDENTIAL**

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

There are two levels of API´s that need to be covered:
- **Database-level API´s:**
  This level concerns transactional API´s (such as Purchase Order, Sales Order,Invoice,...) as well as seed data API´s (for synchronization of seed data between applications such as Items, Charts of Accounts,....)

  At present there are various API´s existing and various forms of API´s (Interface Tables, EDI, XML,...). Up to date there is no "consolidated" information available, about which API´s exist and in which form. Although this is a product specific task to build the API´s, we should have a centralized repository of transactions supported in the E-Business Suite.
  This could be probably achieved through the Rosettanet activities that are in progress at the moment and will require the application to be opened more in the mid term.

- **UI-level API´s**
  Another requirements coming under this topic is the opening not only of database-level API´s, but have API´s also published on UI level, that can be called to perform a specific task in the application during a process (e.g. I want to pass the information of a bidder list from an external application into Oracle Sourcing during the creation of a Sourcing Document).

Customer Benefits:
- Integrate their legacy applications as well as industry specific solutions easily and quickly into our E-Business Suite with our proven middleware technology

Oracle Benefits:
- Improve our message to be "open" and "modular".
- Support customers with a framework that is flexible and extendable.
- Integrate ISV Applications to broaden our footprint into Industry and value added solutions.

Back to General Product Requirements

### 3.10 Integrate BIW Apps into the E-Business Data Model and Workflow

We require a simplified architecture and story for the integration of our BI Applications, such as Balanced Scorecard (BSC), Enterprise Budgeting & Reporting (EPB), ABM, Performance Analyzer (PA) into the E-Business Suite at all levels.:

It is key that we can use our BI Apps to add value to the complete E-Business Suite proposition without the need for extensive systems integration. Therefore we need tight integration at the data model and workflow level between the BI Apps and E-Business Suite.

- All BI Apps need to share common data structures with the E-Business Suite. It is expected that the EDW structures need to be tightly and automatically integrated with E-Business Suite
- Standard entities/naming conventions should be adopted – a 'customer' in BSC must become a 'party' etc
- The BI Apps data structures, however also need to be open to data from external data sources and also be capable of being deployed on non-Oracle application platforms to open up greater revenue opportunities.
- The BI apps themselves need to be developed, such that they can reflect the lexicon of different vertical industries and geographic regions.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069933

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Customer Benefits:
- Integrated strategic planning and KPI monitoring , to ensure that overall business strategy is being delivered
- Enable different breed of e-BI applications to help support integrated planning and execution process..
- Getting timely information efficiently reduces the Total Cost of Ownership and enables better decisions more quickly!
- Removes need for multiple copies of data and unnecessary systems integration

Oracle Benefits:
- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel" against SAP and Psoft
- Enables new breed of apps
- Cheaper development

Back to General Product Requirements

### 3.11 Common Reporting Tools/Architecture

We require a simplified architecture and story for reporting and analysis across the E-Business Suite. Today, we have a range of Intelligences (BIS), based around Reports & Discoverer. Some of these work on the Embedded Data Warehouse (EDW) structures, others work directly against operational tables and summary views, while some are hybrid. In the next release, we see the emergence of operational reporting portlets (called 'Racks' – ERP and 'Bins' - CRM).

The positioning for the above, alongside the marketing messages for Daily Business Intelligence and lack of integration in the Business Flows has caused. We need consistency in technical architecture, naming and positioning across the E-Business Suite.

We will need to review our eBI development/positioning in the following areas:
- All Intelligences need to be built with the same tools platform, against the same logical data (the EDW data structures + Business Views + MVs????)
- The above platform needs to also provide for integrated BI applications like Balanced Scorecard, Enterprise Budgeting & Reporting, ABM ,etc. Today we see transfer mechanisms, but not true data model integration. The latter is required to truly get integrated operational and analytical business flows.
- The above structures need to be Open to enable data from non-Oracle operational applications to be included. This needs to be managed via a clean set of interfaces – e.g. EDW structures use OWB; Business Views, populated via Public APIs  and /or OAI
- To enable customisation and ease migration paths,  a common metadata layer is required across the E-Business Suite. The existing PMF structure and tools will need to be provided as part of E-Business Suite core foundation rather than part of BIS..
- We need to clarify what DBI is, in terms of product – does it include Intelligences, PMF, EDW or is it simply the operational reporting portlets delivered with each E-Business Suite model

Customer Benefits:
- Ease of use and understanding of the role and value from deploying Oracle's packaged BI solutions.
- Fast and efficient information analysis.
- Getting timely information efficiently reduces the Total Cost of Ownership and better decisions more quickly!

ORACLE
CONFIDENTIAL

NDCA-ORCL 069934

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

- Enables Daily Business Intelligence

Oracle Benefits:
- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel".
- Enables new breed of integrated operational and analytical apps, i.e. supports complete business flows.

Back to General Product Requirements

### 3.12 Process Navigator for the whole E-Business Suite

*The Process Navigator is an excellent tool!* For presenting to the prospect the Oracle Business Flows; reinforcing our message; which is delivered by Oracle Consulting with the implementation of the Oracle Business Flows or Fast forward Flows.

We need to support this across the whole E-Business Suite (i.e. CRM modules for Process Navigator, i.e. icon driven business process selector such as exists in ERP Modules viz. Order Management Processes tab examples of " Physical Inventory", or „Assemble to Order Process")

These icon driven diagram flows should reflect the best practices of operational procedures and should bridge over from our Sales message into the implementation. This function is very liked in sales demos and illustrates very well Oracle Business Flows;

The Processes tab does not even appear in the CRM applications  i.e. Customer Support. Contracts Manager, Service Contracts, Field Service Rep, Incentive Comp., Knowledge Base Agent, Telesales Agent, Telesales Manager.

It does appear in Depot Repair Superuser ( is this really an ERP application ?). The tab is in Field Service Manager, Sales Administrator, but there are no process flows populated.

Customer Benefits:
- Reinforce our ease of use message for Oracle Business Flows.
- Faster implementations will Lower Total Cost of Ownership.
- Deliver a faster R.O.I

Oracle Benefits:
- Strengthening our "Oracle Business Flows" message.
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.13 Industry specific Terminology

Different industries use different terms for the same object. What is called a 'customer' in Telco is called a 'citizen' in Public Sector or a 'partner' in another industry. Some of these terms are very key to the user, and hence each time our solutions refers to a 'customer' the civil servant gets confused and therefore get the impression that the solution is not build for them! Some hundreds of words have been identified as different between privat sector and public sector, and we believe that similar numbers are true for other industries. Currently we have no support at all for this issue -- and the Folder Technology, which is a cumbersome tool, only adresses parts of it.
We really need one single point where the prompts in the whole E-Business Suite (ERP, CRM, EBI, Forms, HTML, Reports, Workbooks etc...). are managed centrally.

In designing a solution for Industry Specific Terminology it is important to allow multiple "terms" to co-exist in a single database to support Companies covering multiple

ORACLE
CONFIDENTIAL

NDCA-ORCL 069935

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

industries and the concept of Multi-Company enabling of the EBusiness Suite. In addition the solution needs to accommodate translation for multi-language support.

Customer Benefits:
- Customers can easily translate their custom applications
- Customers can choose to use Oracle terminology or their Industry terminology by just managing this external dictionary
- Will Lower Total Cost of Ownership.

Oracle Benefits:
- Remove a major competitive sales objection as SAP can do this today
- Leveraging synergies and achieve consistency in our products

Back to General Product Requirements

### 3.14 Link to MS Office (Word)

We need the ability in the whole E-Business Suite to link to MS Word/Excel to be able to mailshot customers, send customers collateral from Marketing or Sales and other business functions.

We need to provide word processing API's (e.g. for MS Word ) to work with E-Business Suite in particular those identified here (Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Receivables)

This will improve our demos significantly i.e. mailshots, collateral, distribution, quotes and in addition will be restoring a significant competitive weakness!

Customer Benefits:
- Provide efficient upload /download facility to prospects/ customersoffice applications.
- Improve staff productivity – will Lower Total Cost of Ownership.
- Reduce time needed for file imports / exports and re-keying of data.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.15 HTML Customization

There is an urgent need for a customization framework for our HTML modules. This framework should allow customers to customize/extend our HTML offer and still be protected by software upgrades. This feature is very often required during the sales cycle.

Customer Benefits:
- Provide a controlled and supported method of extending the Applications
- Lower the risk of upgrades – will Lower Total Cost of Ownership.
- Allows customers flexibility to change due to business changes, requisitions or just extending the functionality to cater for their business requirements.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.16 Clear and Common Integration Strategy

Currently, it is extremely hard to position our integration strategy for the whole E-Business Suite. The CRM is geared toward SOAP and proprietary XML Services;

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069936

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

whereas the ERP is more geared towards XML Gateway and sometimes positions the Oracle 9iAS Interconnect. Recently we are also embarking on the Rosettanet integration.

To summarise, there are currently 3 technologies:
1) XML service for CRM which is propriatory to CRM (to our best knowledge)
2) XML Gateway for ERP and only used by some ERP product teams
3) 9iAS Interconnect, a technology product, can be used by either ERP and CRM but not pushed officially by either. (also used for Rosettanet in conjunction with XML Gateway)

In addition to the standards that we are intending to support from a Product perspective (such as OAG, Rosettanet) we will need to also support „local" standards in order to reduce entry barriers into local markets. One example is the below mentioned e-GIF standard.

e-GIF (http://www.govtalk.gov.uk/interoperability/metadata.asp ) is the UK Government's mandated set of standards for interoperability of Information systems. Compliance to e-GIF is mandated for all new systems purchase and recommended for all new developments with existing systems. Until recently, compliance has been relatively straightforward to achieve. However, with the impending release of a new version of the Standards document, this will become increasingly difficult.

The e-GIF (different from the OAG standard that is recommended by the e-business suite product teams today when using XML Gateway) does standardise the interchange requirements for the delivery of data to such interfaces and tools for the management of the presentation of such data. Ensuring compliance will impact on Applications Development, potentially Application Server technology and Consulting.

Failure to comply will disqualify Oracle from bidding for UK Government business. this will increasingly become apparently over the next 12 -18 months as the standards become more onerous.

Customer Benefits:
• Ease of maintenance and deployability
• Achieve integration using a variety of standards.
• Reduced Training effort for staff.
• Overall leading to reduced Total cost of ownership
Oracle Benefits:
• Focused and therefore reduced Development effort.
• Reducation of redundancies in the development of the "same" or "similar" functions.
• More market reach

Back to General Product Requirements

### 3.17 Translation of Custom Applications

Currently, there is no consistent way of modifying prompts in the E-Business Suite. Customers would need to build the same form/report in English, French, German etc... Or use some 3rd party Forms Translator tool (Oracle Translation Manager can also be used but no one does including our translation team).

Currently, the prompts are handled differently in the E-Business Suite, depending on the UI used, for example:

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069937

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

1) The prompts in Forms/Reports are hardcoded in the Forms/Reports. The requirement is to externalize these for easy to change and easy to translate of custom code. This requirement is very critical when the Industry terminology is very sensitive. For example, an employee in United Nations Organizations is known as a 'member of staff' and no one appreciates the term 'Employee'.
2) The HTML prompts are stored in the AK dictionary and used by ERP HTML and CRM HTML modules only
3) Discoverer workbooks in Business Intelligence modules uses its own metadata for the prompts

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff
- Reduced effort for custom applications
- Industry terminology
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.
- Competition such as SAP have an external common repository for prompts.

<u>Back to General Product Requirements</u>

### 3.18 Multi-Language Support

Multi-Language Support is currently providing for the majority of AOL objects and data published on external documents. There is a standard development approach for holding multiple languages against a single data item needs to be adopted in all applications. This is particularly important where data is not striped by organization.

The lack of functionality within projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spanning multiple countries with multiple languages. Where Multi-Language support is provided e.g. flexfields, the definition needs to be extended to include concatenations.

Customer Benefits
- Cross country analysis through the use of consistent data items
- Ease of maintenance
- Reduce total cost of ownership

Oracle Benefits
- Streamline application setup
- Address major sales objections

<u>Back to General Product Requirements</u>

<u>Go to next paragraph</u>

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069938

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Consulting and Demo Requirements

This section contains issues we face in Consulting engagements as well as Presales situations with Demo's provided by ADS.

### 4.1 Consulting Requirements

Oracle Consulting and customers are both faced with the maintenance that is necessary with Oracle E-Business Suite. Although there will always be some maintenance with the E-Business Suite there are several key areas of improvement that would lessen this load on our customers.

In order to achieve a reduced patching time, we need the ability to patch online i.e. while the system is up and running.

For the "migration" of setup data, we would need the ability to transport setup data from instance A to instance B by script or program automatically.

The ability to transport customizations is key for handling of "real life" environments – We need the ability to transport customizations from instance A to instance B by script or program automatically.

Improved Archive Functionality –Customers still want to have full access to their archived data. The current solution within the E-Business Suite allows archiving, but has tremendous negative performance impacts, so that few customers are using it.

Customer Benefit:
- Lower Total cost of ownership, less user down time.

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

### 4.2 Demo Requirements

ALL areas outlined in this document have an impact on the ability to demonstrate the E-Business Suite to gain competitive advantage and/or simply setup and support for the sales consultant.  In particular we should note the following:

Reduced Training Effort specifically on:
- Common User Interface
- Common Applications Technology
- All items in the Duplication/Overlap section
- Process Navigator (linked to key demo flows)

Increased standard setup in the Vision database master resulting in a reduction in preparation time for sales consultants and an extension of the supplied business flows for country specific organizations. All leading to a reduced Support costs and simplification of the demo setup.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069939

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 17

**From:** Gayle Fitzpatrick
**Sent:** Mon, 07 May 2001 15:53:41 GMT
**To:** Mary Anne Gillespie
**CC:**
**BCC:**
**Subject:** Re: [Fwd: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT]

Lee is on the daily calls. The next call is this afternoon, and he will
l provide an update after the call.

/Gayle

Mary Anne Gillespie wrote:

> where is paulino on this???
>
> --
> Mary Anne Gillespie, Senior Vice President, US Major/Canada Accounts
> (650) 506-6684 Office
> (650) 633-1658 Fax
> mary.anne.gillespie@.oracle.com
>
> Corinne Pignatelli, Executive Assistant
> (650) 506-3152 Office
> (650) 633-1658 Fax
> corinne.pignatelli@oracle.com
>
>
> ------------------------------------------------------------
>
> Subject: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT
> Date: Mon, 07 May 2001 11:26:34 -0400
> From: Anthony Perrigan <Tony.Perrigan@oracle.com>
> Organization: Oracle Corporation
>
> To: "Stephen,Johnson" <STEPHEN.C.JOHNSON@oracle.com>,"Fitzpatrick, Gayle"
> <GAYLE.FITZPATRICK@oracle.com>,"Gillespie, Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>
>
> This customer is continuing to have major problems with Oracle Order
> Management release 11i. The customer is considering shutting the
> project down. Support has been escalated for 6 months. Customer is in
> customer care program with weekly calls with development.
>
> Anything you would suggest to help this situation will be appreciated.
> If the project gets shut down due to reliablity/stability/bugs we
> should expect very negative press. Which we do not need right now.
>
> Please advise of your thoughts and advice.
> ------------------------------------------------------------
>
> Subject: [Fwd: UPS Con call 5/4/01 update]
> Date: Mon, 07 May 2001 08:07:17 -0400
> From: Mike Peterson <Mike.Peterson@oracle.com>
> Organization: Oracle Corporation

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617667**

> To: "Perrigan, Tony" <Tony.Perrigan@oracle.com>
>
> FYI.
>
> Mike
> ------------------------------------------------------------
>
> Subject: UPS Con call 5/4/01 update
> Date: Fri, 04 May 2001 18:58:49 -0400
> From: Valerie Milligan <valerie.milligan@oracle.com>
> Organization: Oracle Corporation
>
> To: "Klaiss,Donald" <DKLAISS@US.ORACLE.COM>, kshaw@oracle.com,"Gould,Joshua"
<JGOULD@US.ORACLE.COM>,"Rijhsinghani,Sumeet" <SRIJHSIN@US.ORACLE.COM>,
harold.campbell@oracle.com,Saverio.Ferme@oracle.com, Jon.Chorley@oracle.com,
jeff.harvey@oracle.com,nadeem.syed@oracle.com, George.Casas@oracle.com
>
> CC: Lee.Paulino@oracle.com, mike.peterson@oracle.com,Mary.Williamson@oracle.com,
mike.carter@oracle.com,"McCall,Timothy" <TMCCALL@US.ORACLE.COM>, RIJAMES
<RIJAMES@US.ORACLE.COM>,ARANGASW <ARANGASW@US.ORACLE.COM>,
aromanil@oracle.com, psctate@oracle.com,Lauri Williams <Lauri.Williams@oracle.com>
>
> All,
>
> Our next con call is Friday, at 9:00 ET. Dial in
> information is as follow.
>
> When: May 04, 2001, 02:00 PM America/New_York
>
> HQ, Rocklin, SF Dial-In: x72257
> Toll Free Dial-In: 888-767-225
> International Dial-In: 650-607-2257
>
> Meeting ID: 7123456
>
> Thanks.
>
> Valerie
>
>
> ------------------------------------------------------------
> UPS e-logisitcs
> Escalation Status Report for: 5/04/01
> Prepared By: Valerie Milligan
> ------------------------------------------------------------------
>
> Distribution List: dklaiss, kshaw, jgould, srijhsin, mike.peterson,
> Mary.Williamson, mike.carter, tmccall, rijames, arangasw, aromanil,
> psctate, Lauri.Williams, harold.campbell, Saverio.Ferme, Jon.Chorley,
> jeff.harvey, nadeem.syed, George.Casas, Lee.Paulino
> ------------------------------------------------------------------
>
>
>

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **NDCA-ORCL 617668**

> System
Customer Contact: Information:
Platform and O/S
Clay Early Version:
Applications HP 9000 Series Critical Dates:
Service Mgr. HP-UX Post go live
678-358-1255 Oracle Product(s) Tempterature: Hot
Jay Ross and Version: Go Live 4/9/01
IS Manager Oracle Order
Management
Dan Hartman RDBMS:
8.1.6.3
>
> Business Problem:
> UPS is in a post go live status seeking the help of Oracle to get
> their OM system up and running. Currently, the customer is placing
> orders to their external customers and these orders are not being
> shipped or prices correctly. On 4/26/01 Clay Early, UPS Applications
> Services Manager informed that one of their customer's (Colorjet)
> generally gets 200 services call a day. Due to the large number of
> mistakes with their orders, they received 1,700 service calls. UPS
> e-logistics is an up-start and they are trying to build their
> business, however, the customer feels that if these types of problems
> continue their whole operation is in jeopardy. UPS is requesting
> resources from Oracle support, consulting and sales to rectify this
> situation.
>
> Current Status:
> Development had a chance to dial in to the UPS development (test)
> system and they saw only 9 rows of irregularities. UPS has
> subsequently cleaned up 200 orders that were incomplete, but they
> still have undelivered orders that are not complete. Development has
> agreed to help clean up the undelivered orders by writing a script.
> They will dial into customer development system to gather data for
> script. Support is to assist development by reproducing the problem
> and making sure that UPS is on the most current patch level.
>
> 4:00 p.m. - UPS sent a trace of their development system to for review
> by
> support, but no evidence of undelivered orders was apparent.
> Therefore, a new action plan was implemented to keep all involved
> working on the UPS system. UPS will give Development "READ" access
> only to their production system so that they can see what is happening
> with the data corruption issues (undelivered orders). Once development
> reviews their system a they will start writing a script for test in
> UPS development instance. UPS is in the process of refreshing their
> development system with production data. This will allow UPS to test
> the script in the development instance.
>
> Valerie
>
> NEXT
RANK PRODUCT TAR BUG SEV DESCRIPTION STATUS
ACTION

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      NDCA-ORCL 617669**

CRITICAL ERP ISSUE(S)
Tar in sleep
waiting on
customer to
open a new
1 Order 1356077.996 1728791 2 PROBLEMS RELEASING TAR for CUSTOMER
Management BACKORDERED LINES
possible
data
corruption
issues.
Customer
applied
2 Order 13371407.600 1644541 2 SHIP SETS SPLITTING patches CLOSED
Management AT PICK RELEASE 1728791and
the1644541.
Issues Fixed
We will
provide
access to
Production
to view the
data and
begin
writing
Orders are stuck with scripts
3 Order 1365000.996 2 a closed (CL) to repair CUSTOMER
Management
delivery status the data.
Due to the
production
schedule we
will not be
able to
refresh dev
until later
tonight
RELEASED_STATUS = S Waiting on
IN customer to
3 Order 13364360.600 NA 2 WSH_DELIVERY_DETAILS can upload CUSTOMER
Management
AFTER PICK RELEASE log files t
FAILED metalink.
>

# EXHIBIT 18

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Message-ID: <3A56738E.937B2145@oracle.com>
Date: Fri, 05 Jan 2001 17:23:26 -0800
From: Anil Vora <anil.vora@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: lowry fenton <lfenton@oracle.com>
Subject: [Fwd: Fwd: Critical Account Concession Request for Paxar
Corporation]]]
Content-Type: multipart/mixed;boundary="------------8F616AD86F51A957AD541305"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

```
lets try to close on Monday

--
Anil Vora
Vice-President - Oracle Financing Division
650-506-5246
650-506-7392 (Fax)

Susie Marshall
650-506-1847
samarsha@us.oracle.com
500 Oracle Parkway, Lgn-1, Ste 120
Redwood Shore, CA 94065

Any proposed payment structure is subject to credit and documentation
approval and shall expire at the end of Oracle's current fiscal quarter.
Any extension requires additional OFD approval. Until contract
execution, payment amounts are subject to change due to changes in
credit and economic conditions.
```

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-54.us.oracle.com
[130.35.36.140])by gmgw02.oraclecorp.com (8.8.8☐.8.8) with ESMTP id
OAA09240for <ANIL.VORA@ORACLE.COM>; Fri, 5 Jan 2001 14:00:34
-0800 (PST)
Message-ID: <3A564304.CE738F00@oracle.com>
Date: Fri, 05 Jan 2001 16:56:21 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "ANIL.VORA" <ANIL.VORA@oracle.com>
Subject: Fwd: Critical Account Concession Request for Paxar Corporation]]
Content-Type: multipart/mixed;boundary="------------BCCB76E37D3CD4662620CB6C"

```
Anil, have you made any progress on this?  The late payment date you
mentioned is fast approaching... also, we need to get back to Paxar.
```

ORACLE
CONFIDENTIAL   CA-ORCL 037142

Tks -- Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

Return-Path: <George.Roberts@oracle.com>
Received: from oracle.com (whq4op3x38-rtr-opo0-17.us.oracle.com
[130.35.31.109])by gmgw01.oraclecorp.com (8.8.8D.8.8) with ESMTP id
JAA23883;Wed, 27 Dec 2000 09:07:15 -0800 (PST)
Message-ID: <3A4A0ADE.C5DEBD23@oracle.com>
Date: Wed, 27 Dec 2000 09:29:34 -0600
From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.74 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: larry.ellison@oracle.com, ron.wohl@oracle.com, safra.catz@oracle.com,
jeff.henley@oracle.com, mary.anne.gillespie@oracle.com,
michael.cochran@oracle.com, sandy.sanderson@oracle.com,
carolyn.balkenhol@oracle.com
Subject: [Fwd: Critical Account Concession Request for Paxar Corporation]
X-Priority: 2 (High)
Content-Type: multipart/mixed;boundary="-----------D132CB11D97F744E9E907B2A"

Larry,

You should be aware of this one in case it continues to escalate. It may
make sense to discuss this one and any additional critical situations at
the next EC. As you know some of our earliest 11i clients (especially
CRM and Order Management) are exhausted from the effort of implementing
the products.

ORACLE
CONFIDENTIAL

CA-ORCL 037143

2

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-66.us.oracle.com
    [130.35.36.152])by gmgw02.oraclecorp.com (8.8.8⊡.8.8) with ESMTP id
    KAA27955;Tue, 26 Dec 2000 10:07:54 -0800 (PST)
Message-ID: <3A48DD7D.1B0A0687@oracle.com>
Date: Tue, 26 Dec 2000 13:03:41 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
    "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
    "Wohl,Ronald" <RON.WOHL@oracle.com>,
    "Vora,Anil" <ANIL.VORA@oracle.com>,
    Mary Anne Gillespie <mgillesp@us.oracle.com>,
    "Snyder,Allen" <ALLEN.SNYDER@oracle.com>
CC: "Meehan,Timothy" <TIMOTHY.MEEHAN@oracle.com>,
    ESANDERS <SANDY.SANDERSON@oracle.com>,
    "Block,Keith" <KEITH.BLOCK@oracle.com>,
    "Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
    "Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>
Subject: Critical Account Concession Request for Paxar Corporation
Content-Type: multipart/mixed;boundary="------------DDE95D6AFF80354CC64AF96A"

Victor Heschaft, Paxar's Vice Chairman, has been dealing with an
extremely critical 11i implementation.  By all accounts from those
involved, this has been very ugly.... and we've put the customer through
extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as
recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded
worldwide enterprise that manufactures  identification and tracking
products, systems and services to manufacturers and retailers.  Their
products are primarily labeling and tagging products for the apparel
market.  Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in
Ohio had implemented 10.7 in the 1997 timeframe.The implementation was
painful, late and over budget but Paxar decided that they needed one
global system for all their businesses and that since Oracle was already
implemented at one of their divisions it made sense to implement Oracle
Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and
reassurances from Drew Campbell and Ron Wohl that 11i (specifically
Order Management) would be a tested and stable release they decided to
go forward with Oracle.  Paxar signed a $1.8M license contract on
2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt.,
Discrete Mfg., APS, Configurator, iStore and HR.  The $1.8M was financed
by OFC at 0% interest to the customer as one lump sum payment due 1/1/01
to offset the fact that 11i was not yet in production status.  Paxar
would be given early access to 11i code in beta form.  Paxar was one of
the EARLIEST customer to commit to a large scale, single instance
implementation of 11i.  Release 11 was not an option because of required

3    ORACLE
CONFIDENTIAL    CA-ORCL 037144

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC. The Agreement was a $2M fixed bid for
implementation of the pilot plant. The original go live date for the
pilot plant was 11/1/00. Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 3/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability. A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist. The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing. OCS has logged over 1,700
hours of non-billable time on such issues. The APS
development Swat team has been dispatched to Paxar to assist in
resolution also. Andria Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $1.8M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28/00. Although support
has been responsive, Paxar claims they are "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 11i. They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales - I will continue to be responsible for discussions around relief
on license and support payments. Paul
Seminara will assist on these issues. Sales has agreed to fund some
support relief for Paxar.

OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and Development
will agree to. OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - Al Snyder has agreed to fund some support relief to be

4          **ORACLE**          **CA-ORCL 037145**
           **CONFIDENTIAL**

[Fwd: Fwd: Critical Account Concession Request for Pixar Corporation]]]

shared with Sales.  Al , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and APS; needs to validate the OCS project plan and
provide escalated support and counsel for critical Pixar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Area Vice President
NE Majors

George Roberts <George.Roberts@oracle.com>

Area Vice President
NE Majors

**ORACLE**
**CONFIDENTIAL**

5

**CA-ORCL 037146**

# EXHIBIT 19

Fwd: FW: Frustration}

**Subject:** [Fwd: FW: Frustration]
**Date:** Sat, 16 Dec 2000 18:53:07 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** kshaw@oracle.com, bcadogan@oracle.com, courtney.shaw@oracle.com
**CC:** john.bourke@intl.pepsi.com

Thank you for resending it John.

Courtney, Bill, can you review the situation below, figure out what
action is needed, and close the loop with John.  Please update me on
status regularly until resolved.

-------- Original Message --------
Subject: FW: Frustration
Date: Fri, 15 Dec 2000 17:47:00 -0000
From: John.Bourke@intl.pepsi.com
To: ron.wohl@oracle.com

Ron
This e-mail does not appear to have got through to you.
John

-----Original Message-----
From: Bourke, John
Sent: 15 December 2000 17:29
To: 'Lawrence J. Ellison'
Cc: Murphy, Lorraine; ':ron.wohl@oracle.com'
Subject: RE: Frustration


Thank you for showing an interest.
Our intention is go as much as possible with the "vanilla" oracle
software
and to avoid modifications. As we cannot load 11i no modifications have
been
made.
Version is 11.5.2 on an RS6000 box.
John

-----Original Message-----
From: Lawrence J. Ellison [mailto:Larry.Ellison@oracle.com]
Sent: 15 December 2000 17:09
To: John.Bourke@intl.pepsi.com; Ron Wohl
Subject: Re: Frustration


Well will look into this immediately.  Have you modified the 11i
software?
What
version are you using?  Ron, please follow up.     larry

John.Bourke@intl.pepsi.com wrote:

> Mr Ellison
>
> I am director of finance at the Pepsi Cola concentrate plant in Cork,
> Ireland.
> I have been an admirer of yours for a number of years and have noted with
> interest, although not necessarily agreeing with, some of your
> pronouncements on technology developments.

**CA-ORCL 025821**

**ORACLE
CONFIDENTIAL**

ǀ

**NDCA-ORCL 028798**

Fwd: FW: Frustration]

>
> This e-mail to you is in some respects an appeal for help as well as a way
> of venting my frustration which is caused by one of your products. By the
> way, I have been around long enough to know my appeal will almost
certainly
> be ignored.
>
> J D Edwards financials have performed very well for us for a number of
years
> but the Pepsico corporation decided that Oracle was to be the standard
> software for the future. So rather than go with a necessary upgrade of JDE
> we decided to transfer to Oracle because we were sold on the increased
> functionality of Oracle 11i.
>
> Our oracle project has been an unmitigated disaster for us from both a
cost.
> employee and relationship perspective.
>
> We have spent a fortune (to us) on consultants trying merely to get your
> product to work and months later we still do not have even have a system
to
> test. How you can release software that does not work is simply beyond my
> comprehension. Is it only businesses that buy totally defective products ?
> If you were selling mere groceries your organisation would have been out
of
> business a long time ago.
>
> We have had a small number of employees fully focused on the project and
> they are totally demoralised. They are some of our most dedicated and best
> individuals and it annoys me to witness their frustration. One of our
goals
> is to make Cork an outstanding place to work, visit and do business with.
> The team are having a bad time putting in very long hours trying to play
> catch up. They are viewing the failure of the project to date as a
> reflection on themselves - they are all young professionals trying to
forge
> their own careers. No matter how often I repeat the delay in the project
is
> due to faulty software they still feel personally at fault.
>
> For many years now we have put a lot of very hard work into providing a
> professional service to our customers, both bottlers and Pepsi field staff
> in over 100 countries. As a result of our efforts much of the European and
> Middle East back office finance work is done through a shared services
> centre we set up 3 years ago. Our reputation will now be tarnished as we
> will have to announce shortly the delay and worse still we have to admit
we
> do not know how long this delay will be. A number of world-wide best
> practice initiatives e.g. marketing effectiveness, T&E etc. are on hold
> pending implementation of oracle. I am not looking forward to the reaction
> to our announcement.
>
> I thought I would feel better after writing down my thoughts ----
> unfortunately I think I feel worse. I also did not think I would write so
> much.
>
> Anyway, I would really appreciate anything you or your organisation might
do
> for us.
>
> John

CA-ORCL 025822

ORACLE
CONFIDENTIAL

NDCA-ORCL 028799

2

nternal upgrade progress this weekend

**Subject: internal upgrade progress this weekend**
**Date: Tue, 02 Jan 2001 07:59:00 -0800**
**From: Ron Wohl <ron.wohl@oracle.com>**
**Organization: Oracle Corporation**
**To: "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>**
**CC: "Fuller,Bret" <BRET.FULLER@ORACLE.COM>,**
**"Catz,Safra" <SCATZ@US.ORACLE.COM>**

Good progress on the 11i upgrade issues this weekend:

1.  Upgrade passed the stages of 11.i.0 and 11.i.2.  Now in the stage of
applying the consolidated post-11.i.2 patches.  After this is done we
have some setup to do of the new functions that we are using.  Turnover
to users is expected late tomorrow.  Only hitch in the upgrade so far
was a misset init.ora parameter for temp space extent size that caused
some of the upgrade to fail.  We lost several hours before the cause of
the problem was identified and fixed.

2.  Functional bug fixing continued to make great progress, with key
bugs reduced from 24 to 7.

3.  Good progress at both identifying and fixing performance bugs.  We
should be starting up with a noticeably better system than we had for
the performance test on Friday.

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

CA-ORCL 025823

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 028800

# EXHIBIT 20

* [Fwd [Fwd Ingersoll-Rand CRITICAL SITUATION]]

      Return-Path: <sandy.sanderson@oracle.com>
      Received: from oracle.com (dhcp-datacenter-isdn-east-144-25-123-94.us.oracle.com
        [144.25.123.94])by gmgw02.oraclecorp.com (8.8.8U.8.8) with ESMTP id
        HAA25606.Thu, 12 Oct 2000 07:42:10 -0700 (PDT)
      Message-ID: <39E5B4FE.80647C5F@oracle.com>
        Date: Thu, 12 Oct 2000 05:56:30 -0700
        From: sandy sanderson <sandy.sanderson@oracle.com>
      Organization: Oracle Corporation
        X-Mailer: Mozilla 4.75 [en] (Win95; U)
   X-Accept-Language: en
     MIME-Version: 1.0
        To: Larry Ellison <larry.ellison@oracle.com>
        CC: Safra Catz <Safra.Catz@oracle.com>
      Subject: [Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]
      Content-Type: multipart/mixed;boundary="-----------57F041CD28574A3CCA125567"
   X-Mozilla-Status: 8001
   X-Mozilla-Status2: 00000000

larry,
pls see the email below from our account team and the client. ingersol rand has been a big supporter
of oracle. this should have been an easy sale. we have $2.5M in forecast with $5M in upside for IR.
the $2.5M is for db, upside is apps.. they are now serously considering holding off on the db this
quarter because of the apps issues.

the war room idea is a good one. ron and mark should form a single war room for key apps deals this
quarter. we need a coordinated effort at the top of apps development to make sure wedeliver for
some key clients/prospects. this should include a single development contact person for this deal.
otherwise, our account teams get shuffled back and forth between erp and crm developers.

let me know what you think.
sandy

CA-ORCL 037373
ORACLE CONFIDENTIAL

[Fwd [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

Return-Path: <Frank.Varasano@oracle.com>
Received: from oracle.com (cmeiers-vt.us.oracle.com [130.35.104.207])by
        gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id JAA15333;Wed, 11
        Oct 2000 09:56:09 -0700 (PDT)
Message-ID: <39E49C7D.B85BD847@oracle.com>
        Date: Wed, 11 Oct 2000 09:59:41 -0700
        From: Frank Varasano <Frank.Varasano@oracle.com>
   X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en,pdf
MIME-Version: 1.0
        To: ron.wohl@oracle.com, mark.barrenechea@oracle.com
        CC: sandy <edward.sanderson@oracle.com>
   Subject: [Fwd: Ingersoll-Rand CRITICAL SITUATION]
Content-Type: multipart/mixed;boundary="---------5F4950D4F54259EA99AF1A6D"

I believe your personal involvement in fixing this would be time well
spent. This could be a critical reference for us, but the management
team is very frustrated. We are about to lose the CRM opportunity and a
lot of additional ERP business because of the situation that Dan
summarized in his e-mail.

Return-Path: <dan.ackley@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
        gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id RAA04443;Tue, 10
        Oct 2000 17:45:29 -0700 (PDT)
Received: from gmgw01.us.oracle.com (gmgw01.us.oracle.com [130.35.61.190])by
        mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id RAA18464;Tue, 10
        Oct 2000 17:45:29 -0700 (PDT)
Received: from oracle.com (whq4op3u33-ppp-sfc2-119.us.oracle.com
        [130.35.36.205])by gmgw01.us.oracle.com (8.8.8□.8.8) with ESMTP id
        RAA13378;Tue, 10 Oct 2000 17:45:22 -0700 (PDT)
Message-ID: <39E3B5D8.A6558C20@oracle.com>
        Date: Tue, 10 Oct 2000 20:35:36 -0400
        From: Dan Ackley <dan.ackley@oracle.com>
Organization: Oracle Corporation
   X-Mailer: Mozilla 4.75 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
        To: "Barrenechea,Mark" <MBARRENE@US.ORACLE.COM>,
            "Wohl,Ronald" <RWOHL@US.ORACLE.COM>
        CC: "Varasano,Frank" <FVARASAN@US.ORACLE.COM>,
            "McLaughlin,Stephen" <SMCLAUGH@US.ORACLE.COM>,
            "Linn,Charles" <CJLINN@US.ORACLE.COM>,
            "Difilippo,Dennis" <DDIFILIP@US.ORACLE.COM>,
            "Akram,Nadeem" <NAKRAM@US.ORACLE.COM>,
            "Adams,Dan" <NADAMS@US.ORACLE.COM>,
            "Bagli,Francis" <FBAGLI@US.ORACLE.COM>,
            "Moose,Steven" <SMOOSE@US.ORACLE.COM>,
            "jschreib@us.oracle.com" <jschreib@US.ORACLE.COM>,
            "Sanderson,Edward" <ESANDERS@US.ORACLE.COM>

2

CA-ORCL 037374
ORACLE CONFIDENTIAL

* [Fwd: [Fwd  Ingersoll-Rand CRITICAL SITUATION]]

### Subject: Ingersoll-Rand CRITICAL SITUATION
Content-Type: multipart/mixed;boundary="-----------7075E8A74904EFE53960EFEE"

Mark and Ron,

I am the account manager for Ingersoll-Rand.

Frank Varasano and I met today with Marv Walrath, CIO for Ingersoll-Rand. It was not a pleasant meeting. Given the urgency of the situation, Frank asked that I generate this email to you both.

As indicated in Steve McLaughlin's email of 9/28 we are failing with our attempts to install 11i CRM and OM applications in a Conference Room Pilot (CRP) at IR's G2 sector. As a result, we are missing a related opportunity for $10-20 million+ in CRM, OM and Manufacturing incremental revenue. We are trying to offer a deal 2 times as large but can't get the customer to listen until we get existing applications up and running. This account is eager to become a reference but we are not giving them a chance to do so.

SITUATION
- We are in a crisis situation
- IR believes 11i CRM and OM are not ready for deployment
- They are considering replacement strategies for Oracle at the O2 implementation that includes Siebel (see email below)
- There appears to be little 11i documentation
- There appears to be little 11i training
- Since we are trying to bring the CRP up together with the IR project team they are seeing first hand our daily failures and shortcomings
- We will lose to Siebel and place the reminder of our installed base in jeopardy if we don't act aggressively on the G2 CRP

WHAT'S NEEDED
- A WAR ROOM mentality
- I am aware that senior management is helping with this need but it must continue, accelerate and be sustained if we are to keep what we have and win more
- Continue direct contact with development on a daily basis with a single point of contact
- Develop alternative approaches to training if none exists (i.e. SWAT teams doing training on site)
- Add additional resources on site for an extended period of time given the lack of maturity in the applications
     (1) Inventory technical applications expert
     (1) Service technical applications expert
     (1) OM/Configurator applications expert
     (1) Applications technical expert

PLEASE REVIEW THE EMAIL BELOW FROM ONE OF OUR STRONGEST SUPPORTERS AT IR. THIS WAS SHARED WITH US DURING THE MEETING TODAY. IT DOES A GOOD JOB OF POSITIONING OUR CRITICAL SITUATION.

IT TIME TO FOR US TO SURPRISE THIS DISAPPOINTED CUSTOMER WITH OUR ABILITY TO MAKE THIS IMPLEMENTATION HAPPEN FASTER THAN THEY THINK IT CAN BE DONE. THIS MAY TURN THIS SITUATION AROUND. WE NEED YOUR CONTINUED

3

CA-ORCL 037375
ORACLE CONFIDENTIAL

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

HELP, IDEAS AND RESOURCES.

Dan

Dan Ackley
Oracle
Account Manager

336-723-0074   Office
336-918-0009   Cell
336-631-9226   Fax
336-631-9244   Home

2671 Reynolds Drive
Winston-Salem, North Carolina 27104

Return-Path: <Steve_Carrington@ingersoll-rand.com>
   Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
            grngw01.us.oracle.com (8.8.8O.8.8) with ESMTP id NAA08859for
            <dan.ackley@oracle.com>; Tue, 10 Oct 2000 13:02:32 -0700 (PDT)
      From: Steve_Carrington@ingersoll-rand.com
   Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com [209.246.15.57])by
            mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id NAA23290for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 13:02:31 -0700 (PDT)
   Received: from usgate02.e-mail.com (usgate02.e-mail.com [204.146.55.142])by
            inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id NAA17523for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 13:08:08 -0700 (PDT)
   Received: Received: by usgate.e-mail.com with ESMTP id TAA115440for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 19:59:41 GMT
    Subject: Oracle Presentation
         To: "Dan R. Ackley" <dackley@us.oracle.com>
    X-Mailer: Lotus Notes Release 5.0.3 (Intl) 21 March 2000
  Message-ID: <OF53AAAFFF.8FF7A9CB-ON85256974.006BE2BA@ingerrand.com>
        Date: Tue, 10 Oct 2000 15:39:12 -0400
X-MIMETrack: Serialize by Router on davirusntshS/Servers/IRCorp(Release 5.0.4 [June 8, 2000)
            at10/10/2000 03:59:41 PM
MIME-Version: 1.0
  Content-type: text/plain; charset=us-ascii

Dan,

As requested.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax
----- Forwarded by Steve Carrington/corporate/IRCorp on 10/10/00 03:28 PM

4

CA-ORCL 037376
ORACLE CONFIDENTIAL

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K * Pg 78/82
FEB. 25. 2004   7:52PM      MOFO FAX CENTER 4152687522                          NO. 6484   P. 78/82

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

- - - - -

|  |  |  |  |
|--|--|--|--|
| Walrath/corporate/IRCorp@IRCorp | Steve Carrington | To: | Marv |
| Johnson/acg/IRCorp@IRCorp | | cc: | JamesL |
| Presentation | 10/10/00 01:27 PM | Subject: | Oracle |

Topics for discussion

1. We made the decision to move to 11i for the G2 project for two reasons:

a. The functionality in 11i was needed. The 11.0.3 version did not give us what we needed to get beyond status quo.
b. We were ensured that this version was of a quality level that we would have no major issues related to the new release.

2. We purposely engaged the Oracle Enterprise Solution Center to host our G2 11i environment to ensure that we could quickly get an 11i instance up and running to support our project timeline and in reality accelerate our timeline if possible.

3. The system is running in an Oracle center, managed by Oracle DBA's and Oracle Unix people, and supported by on-site Oracle consultants. Yet we cannot get the software to function. We have little confidence in Oracle's ability to provide us a stable working environment in a timeframe we need. Our on-site consultants are spending valuable time debugging the software instead of working on the project activities.

4. We are in fact a full month delayed on the CRP and we expect the CRP could not begin until the week after next at the earliest. This assumes all the issues are resolved. We have little confidence in any dates given to us at this point. While we feel the on-site people are good, we feel that Oracle as an organization has let us down.

5. We need the same level of guarantee that Larry gave GE when SAP would not work. While all these issues are happening, we are faced with the challenge of dealing with a Siebel assault that looks quite appealing to our business leaders. They have installed sites that are referencable. They have stated that they can have our Air Centers implemented during the first quarter of 2001. The issues we are facing makes it difficult to support our Oracle position.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax

CA-ORCL 037377
ORACLE CONFIDENTIAL

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K.* Pg 79/82
FEB. 25. 2004  7:52PM    MOFO FAX CENTER 4152687522                      NO. 6484    P.  79/82

[Fwd: [Fwd. Ingersoll-Rand CRITICAL SITUATION]]

Dan Ackley <dackley@us.oracle.com>

sandy sanderson <sandy.sanderson@oracle.com>

6

CA-ORCL 037378
ORACLE CONFIDENTIAL