# EXHIBIT 21

**Subject:** Re: (no subject)
**Date:** Wed, 08 Nov 2000 18:47:21 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Ron Wohl <ron.wohl@oracle.com>

Ron,

Agreed. This was/is on my list for our 1 on 1 at noon.

Joel

Ron Wohl wrote:

> Joel, let's review this tomorrow
>
> "Lawrence J. Ellison" wrote:
>
> > Ron, comments please. larry
> >
> > -------- Original Message --------
> > Return-Path: <Helen.Sayles@LibertyMutual.com>
> > Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com
> > [130.35.61.114])by gmgw03.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
> > OAA27154for <larry.ellison@oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > From: Helen.Sayles@LibertyMutual.com
> > Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com
> > [209.246.15.57])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id
> > OAA17452for <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > Received: from lmig-ims-01.lmig.com ([147.179.129.23])by
> > inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id OAA02423for
> > <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:31 -0800 (PST)
> > Received: by lmig-ims-01.lmig.com with Internet Mail Service
> > (5.5.2650.21)id <W3S6CS2B>; Wed, 8 Nov 2000 17:34:43 -0500
> > Message-ID: <E11465E67304D2118CFD0008C7288F1806509100@LMIG-MSG-18>
> > To: lellison@us.oracle.com
> > Date: Wed, 8 Nov 2000 17:34:41 -0500
> > MIME-Version: 1.0
> > X-Mailer: Internet Mail Service (5.5.2650.21)
> > Content-Type: text/plain;charset="ISO-8859-1"
> >
> > Liberty Mutual Group,
> > November 7, 2000
> >
> > Oracle Corporation,
> > Lawrence J. Ellison
> >
> > Dear Larry
> >
> > We are the Senior IT and Human Resource Executives for Liberty Mutual
> > Group,
> > a diversified international financial services group of companies with
> > $13.6
> > billion in consolidated revenue, more than $54 billion in consolidated
> > assets and more than $67 billion in assets under management, and
> > employing
> > 37,000 people in more than 900 offices throughout the world.
> >
> > We are writing this to bring to your attention what we consider a major

ORACLE CONFIDENTIAL

> > breach of promise from Oracle, and in the hope that we can yet recover
> > to a
> > mutually acceptable outcome.
> >
> > Having gone through extensive review of alternatives, we purchased the
> > Oracle 11i Human Resource Management System in late 1999. Our decision
> > was
> > based on your team's explicit commitment to delivery of a product that
> > would
> > perform as intended in a time frame that would allow for smooth
> > implementation - including all of the essential testing required.
> >
> > We believed that purchase of the HRMS would not only allow us to fulfil
> > a
> > critical internal need, but would also allow us to evaluate the
> > technology
> > platform, technical capabilities, service delivery and support as we
> > look to
> > the future technology platform required to support our multiple business
> > units.
> >
> > Unfortunately, based on our most recent project review with our team
> > today,
> > our confidence in both the quality of the product, and in Oracle's
> > ability
> > to support us in meeting those objectives, is so low that we feel that
> > without a major change on your part, the project has very little chance
> > of
> > success.
> >
> > To put it bluntly, we have encountered multiple software quality
> > problems
> > and we have struggled to get appropriate support and response to our
> > issues.
> > The situation is dire, and absent a concerted effort on your part, we
> > now
> > stand in great jeopardy on this implementation.
> >
> > The success of this project is crucial to Liberty Mutual's business
> > plans
> > for 2001, and represents a significant investment with Oracle. As our
> > first
> > enterprise-wide endeavor with Oracle, we entered this relationship with
> > excitement, high hopes and expectations about a new working relationship
> > with you. It has been represented by Oracle as a path to significant
> > productivity gains, and to improved access to information for employees
> > and
> > external suppliers of benefits. We have made a substantial investment
> > and
> > commitment to its success, both personally and for the company, and have
> > been deeply disappointed in the results. In summary:
> >
> > * the base system was promised by 3/31/00 - it was delivered on
> > 6/2/00.
> > * we were unable to run a first test payroll until 7/26/00
> > * we have continually faced serious issues with your technical
> > assistance request process, with multiple TAR's remaining dormant while
> > our
> > people have tried to escalate the issues within your organization.
> > * when escalated, the issues appear to get a flurry of action, but the
> > number of issues do not appear to diminish, and your customer support
> > process has not been effective in resolving flaws in what would appear
> > to be

ORACLE CONFIDENTIAL

> > basic functionality.
> > * we have been working with people over 9 different time zones -
> > testing multiple potential solutions suggested by Oracle, only to find
> > the
> > solutions do not work.
> > * The patch set that was planned to fix multiple outstanding issues on
> > system functionality was promised by 10/15/00, then 11/1/00 - it was
> > delivered on 11/3, only after we complained mightily about a further
> > indicated delay. It has taken 5 days to complete the installation
> > because
> > of problems with the install package.
> > * We are now burning our resources and time in every effort to resolve
> > base functionality problems, when we should be directing those resources
> > to
> > building critical interfaces, testing, and bringing this project to a
> > successful conclusion.
> >
> > We are at a critical juncture. We need to make a 'go - no go' decision
> > by
> > the end of November, and we have not yet, in our opinion, been delivered
> > a
> > system with enough functionality to even test adequately. We have
> > approximately 25 TAR's still unresolved and we do not get a sense from
> > your
> > people of the appropriate urgency around resolving ALL of these
> > outstanding
> > issues. We MUST resolve and remove these if we are to move forward.
> >
> > As with any new major product implementation, our people have had many
> > of
> > the usual problems caused by lack of product specific knowledge.
> > Nevertheless, the bottom line is that we have a product that does not
> > work
> > and it will take a great deal of joint effort to bring us to the outcome
> > that was intended - one of the first successful installations of a
> > product
> > which we believe to be in a targeted growth area for Oracle .
> >
> > We have worked within the process and support channels provided by
> > Oracle,
> > but the work remaining, and the issues which will certainly still
> > surface,
> > paint a bleak picture of our chances of success. We simply cannot
> > continue
> > along this path.
> >
> > Your company has a superior reputation for delivering web-enabled,
> > business
> > focused products to support e-business and the technology platform of
> > the
> > future. It is a serious disappointment to us that our first Oracle
> > delivery
> > does not match the vision we believe you have for your organization.
> > Like
> > us and other successful companies, we believe your company's future
> > success
> > lies in excellent execution of your strategic goals and developing a
> > reputation for delivery which matches the promise.
> >
> > Again, we write to you in the hope that you will bring your influence
> > to
> > bear on this situation and work with us to ensure a successful outcome.
> > Neither of us wants the alternative:

ORACLE CONFIDENTIAL

```
> >
> > *       We need a system that works - the one we had envisioned.
> > *       We presume you want this new, visible web-enabled application to be
> > a demonstration of success - not failure.
> >
> > At this juncture, we are requesting that this project be made the
> > highest
> > level of priority possible in order to turn this situation around.  We
> > are
> > committed to working on this in the same manner, and have dedicated
> > teams
> > working in a virtual 7 x 24 mode to insure that we do not fail.  We have
> > no
> > plans to back off on our commitment to our company.  We need your
> > commitment
> > at the same level.  Anything short of that at this point virtually
> > assures
> > that we will fail, with both Oracle and Liberty suffering as a result.
> >
> > What we are formally requesting, at a minimum, is the assignment of a
> > key
> > Oracle executive to this project, with both the wherewithal and the
> > commitment to make all necessary assets of your company available to
> > bring
> > this to fruition, on plan and on schedule.  We also believe that we need
> > Oracle assets on the ground that can cut through your processes to deal
> > decisively with our issues, and rapidly deliver answers and solutions to
> > problems.  We can still do this, but only if Oracle rises to the
> > occasion.
> >
> > We await your immediate response.
> >
> > Sincerely,
> >
> > Terry L. Conner                                        Helen E.R. Sayles
> > Senior Vice President and CIO                          Senior Vice
> > President
> > Information Systems                                    Human Resources and
> > Administration
```

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

**Subject:** Liberty Mutual[Fwd: (no subject)]
**Date:** Wed, 08 Nov 2000 19:46:52 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>, Robin Weiss <robin.weiss@oracle.com>, jcafolla@uk.oracle.com, cswan@uk.oracle.com, aroussel@uk.oracle.com
**CC:** "Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>, "Kender,Anthony" <TKENDER@US.ORACLE.COM>, "Summers,Joel" <JSUMMERS@US.ORACLE.COM>

All,

As you can see from the attached, Liberty Mutual has escalated their significant dissatisfaction with Oracle HRMS to Larry. This will be a topic of discussion tomorrow.

The letter raises two major current issues that must be addressed:

1) 11i product issues and resolution, and
2) Support responsiveness

I believe that if Patchset B had gone in well this weekend, we would not have received this letter. There were 4 or 5 product issues in Patchset B, and Liberty felt that Support responsiveness was lacking; thus, we instituted a direct development contact to Liberty to resolve our issues in our Patchset. I believe that direct Development involvement is, at least, part of the answer, and the Liberty team with whom I spoke indicated that our service level was good. To my knowledge, there are no outstanding PSB issues currently.

Vis-a-vis Patchset B, Alvin / Clive, please drop me an email outlining all of the issues in psB, root cause and resolution.

Robin, we have a call on Friday to discuss Support. I have no open time tomorrow, but I'll call you from my car on the way in to work. Your opinion much appreciated. I know this can be a difficult customer and we have seen the extreme lack of information they provide in their TARs causing frequent successive iterations to identify their actual issues.

Beth / John please give me the latest on their current TARs. From our discussion this evening, Beth, and your analysis, as of yesterday they had 16 open TARs (I don't believe that it increased to 25 today as the letter suggests?):

6 - P2s (5 HRMS 1 AOL) Of these 1 is an enhancement, 2 are open to HRD, 1 to AOL)
8 - P3s (all HRMS) 2 of these are taxation issues. (Robin, please be aware that in my conversation with Tim Guilvert today, he stated that he attempted to raise the tax issues to P1s and could not do so through Support.) The tax issues are the hottest to Liberty. Beth, Clive - we need answers on these. One of the tax issues neither we nor Support have been able to recreate.
2 - P4s

Other factors:

ORACLE CONFIDENTIAL

Liberty is using a third party consultancy organization: What have we seen there? They are seemingly doing a decent job. Beth, Clive, in our biweekly calls since project inception, have we seen any major issues caused by implementation mistakes?

CA-ORCL 015516

NDCA-ORCL 018737

The letter makes no mention of the March delivery we made on the loaned Sun box. Why? I thought they actually ran pilot payrolls on that box before 11i delivery proper.

Mike, what is their issue with multiple time zone support?

The issue that I take exception with in their letter is the statement that "we have not yet, in our opinion, been delivered a system with enough functionality to even test adequately". This is not supported by their TARs or the capabilities of 11i. However, I have serious questions about their level of testing to-date. John / Mike, have they completed data migration? Have they run parallel payrolls? Has the user community been trained?

Altogether, I believe the only thing this customer wants at this time is a successful implementation. If that fails, I am certain that they will want far more than that. We can not let that happen - nor should it. HR Development, as I have indicated, all out efforts in all HRMS areas.

Regards,

Joel

---

**Subject:** Re: (no subject)
**Date:** Wed, 08 Nov 2000 17:40:19 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>, "Summers,Joel" <JSUMMERS@US.ORACLE.COM>
**CC:** Safra Catz <safra.catz@oracle.com>

Joel, let's review this tomorrow

"Lawrence J. Ellison" wrote:

> *Ron, comments please. larry*
>
> *-------- Original Message --------*
> *Return-Path: <Helen.Sayles@LibertyMutual.com>*
> *Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com*
> *[130.35.61.114])by gmgw03.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id*
> *OAA27154for <larry.ellison@oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800*
> *(PST)*
> *From: Helen.Sayles@LibertyMutual.com*
> *Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com*
> *[209.246.15.57])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id*
> *OAA17452for <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800*
> *(PST)*
> *Received: from lmig-ims-01.lmig.com ([147.179.129.23])by*
> *inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id OAA02423for*
> *<lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:31 -0800 (PST)*
> *Received: by lmig-ims-01.lmig.com with Internet Mail Service*
> *(5.5.2650.21)id <W3S6CS2B>; Wed, 8 Nov 2000 17:34:43 -0500*
> *Message-ID: <E11465E67304D2118CFD0008C7288F1806509100@LMIG-MSG-18>*
> *To: lellison@us.oracle.com*
> *Date: Wed, 8 Nov 2000 17:34:41 -0500*
> *MIME-Version: 1.0*

ORACLE CONFIDENTIAL

> X-Mailer: Internet Mail Service (5.5.2650.21)
> Content-Type: text/plain;charset="ISO-8859-1"
>
> Liberty Mutual Group,
> November 7, 2000
>
> Oracle Corporation,
> Lawrence J. Ellison
>
> Dear Larry
>
> We are the Senior IT and Human Resource Executives for Liberty Mutual
> Group,
> a diversified international financial services group of companies with
> $13.6
> billion in consolidated revenue, more than $54 billion in consolidated
> assets and more than $67 billion in assets under management, and
> employing
> 37,000 people in more than 900 offices throughout the world.
>
> We are writing this to bring to your attention what we consider a major
> breach of promise from Oracle, and in the hope that we can yet recover
> to a
> mutually acceptable outcome.
>
> Having gone through extensive review of alternatives, we purchased the
> Oracle 11i Human Resource Management System in late 1999. Our decision
> was
> based on your team's explicit commitment to delivery of a product that
> would
> perform as intended in a time frame that would allow for smooth
> implementation - including all of the essential testing required.
>
> We believed that purchase of the HRMS would not only allow us to fulfil
> a
> critical internal need, but would also allow us to evaluate the
> technology
> platform, technical capabilities, service delivery and support as we
> look to
> the future technology platform required to support our multiple business
> units.
>
> Unfortunately, based on our most recent project review with our team
> today,
> our confidence in both the quality of the product, and in Oracle's
> ability
> to support us in meeting those objectives, is so low that we feel that
> without a major change on your part, the project has very little chance
> of
> success.
>
> To put it bluntly, we have encountered multiple software quality
> problems
> and we have struggled to get appropriate support and response to our
> issues.
> The situation is dire, and absent a concerted effort on your part, we
> now
> stand in great jeopardy on this implementation.
>
> The success of this project is crucial to Liberty Mutual's business
> plans
> for 2001, and represents a significant investment with Oracle. As our
> first

ORACLE CONFIDENTIAL

> enterprise-wide endeavor with Oracle, we entered this relationship with
> excitement, high hopes and expectations about a new working relationship
> with you. It has been represented by Oracle as a path to significant
> productivity gains, and to improved access to information for employees
> and
> external suppliers of benefits. We have made a substantial investment
> and
> commitment to its success, both personally and for the company, and have
> been deeply disappointed in the results. In summary:
>
> * the base system was promised by 3/31/00 - it was delivered on
> 6/2/00.
> * we were unable to run a first test payroll until 7/26/00
> * we have continually faced serious issues with your technical
> assistance request process, with multiple TAR's remaining dormant while
> our
> people have tried to escalate the issues within your organization.
> * when escalated, the issues appear to get a flurry of action, but the
> number of issues do not appear to diminish, and your customer support
> process has not been effective in resolving flaws in what would appear
> to be
> basic functionality.
> * we have been working with people over 9 different time zones -
> testing multiple potential solutions suggested by Oracle, only to find
> the
> solutions do not work.
> * The patch set that was planned to fix multiple outstanding issues on
> system functionality was promised by 10/15/00, then 11/1/00 - it was
> delivered on 11/3, only after we complained mightily about a further
> indicated delay. It has taken 5 days to complete the installation
> because
> of problems with the install package.
> * We are now burning our resources and time in every effort to resolve
> base functionality problems, when we should be directing those resources
> to
> building critical interfaces, testing, and bringing this project to a
> successful conclusion.
>
> We are at a critical juncture. We need to make a 'go - no go' decision
> by
> the end of November, and we have not yet, in our opinion, been delivered
> a
> system with enough functionality to even test adequately. We have
> approximately 25 TAR's still unresolved and we do not get a sense from
> your
> people of the appropriate urgency around resolving ALL of these
> outstanding
> issues. We MUST resolve and remove these if we are to move forward.
>
> As with any new major product implementation, our people have had many
> of
> the usual problems caused by lack of product specific knowledge.
> Nevertheless, the bottom line is that we have a product that does not
> work
> and it will take a great deal of joint effort to bring us to the outcome
> that was intended - one of the first successful installations of a
> product
> which we believe to be in a targeted growth area for Oracle .
>
> We have worked within the process and support channels provided by
> Oracle,
> but the work remaining, and the issues which will certainly still
> surface,

ORACLE CONFIDENTIAL

CA-ORCL 015519

NDCA-ORCL 018740

> paint a bleak picture of our chances of success. We simply cannot
> continue
> along this path.
>
> Your company has a superior reputation for delivering web-enabled,
> business
> focused products to support e-business and the technology platform of
> the
> future. It is a serious disappointment to us that our first Oracle
> delivery
> does not match the vision we believe you have for your organization.
> Like
> us and other successful companies, we believe your company's future
> success
> lies in excellent execution of your strategic goals and developing a
> reputation for delivery which matches the promise.
>
> Again, we write to you in the hope that you will bring your influence
> to
> bear on this situation and work with us to ensure a successful outcome.
> Neither of us wants the alternative:
>
> * We need a system that works - the one we had envisioned.
> * We presume you want this new, visible web-enabled application to be
> a demonstration of success - not failure.
>
> At this juncture, we are requesting that this project be made the
> highest
> level of priority possible in order to turn this situation around. We
> are
> committed to working on this in the same manner, and have dedicated
> teams
> working in a virtual 7 x 24 mode to insure that we do not fail. We have
> no
> plans to back off on our commitment to our company. We need your
> commitment
> at the same level. Anything short of that at this point virtually
> assures
> that we will fail, with both Oracle and Liberty suffering as a result.
>
> What we are formally requesting, at a minimum, is the assignment of a
> key
> Oracle executive to this project, with both the wherewithal and the
> commitment to make all necessary assets of your company available to
> bring
> this to fruition, on plan and on schedule. We also believe that we need
> Oracle assets on the ground that can cut through your processes to deal
> decisively with our issues, and rapidly deliver answers and solutions to
> problems. We can still do this, but only if Oracle rises to the
> occasion.
>
> We await your immediate response.
>
> Sincerely,
>
> Terry L. Conner Helen E.R. Sayles
> Senior Vice President and CIO Senior Vice
> President
> Information Systems Human Resources and
> Administration

ORACLE CONFIDENTIAL

CA-ORCL 015520

NDCA-ORCL 018741

Liberty Mutual[Fwd: (no subject)]

Ron Wohl <ron.wohl@oracle.com>

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015521

6

NDCA-ORCL 018742

**Subject:** **Liberty Mutual Action Plan: Proposal**
**Date:** Thu, 09 Nov 2000 20:48:26 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>, "Catz,Safra" <SAFRA.CATZ@oracle.com>, "Wohl,Ronald" <RON.WOHL@oracle.com>, "Santimauro,Robert" <ROBERT.SANTIMAURO@oracle.com>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@oracle.com>, "Kender,Anthony" <TONY.KENDER@oracle.com>, "Snyder,Allen" <ALLEN.SNYDER@oracle.com>, "Murphy,Michael" <MICHAEL.MURPHY@oracle.com>, "Larsen,Kurt" <KURT.LARSEN@oracle.com>, "Romanillos,Arden" <ARDEN.ROMANILLOS@oracle.com>, "CAFOLLA,JOHN" <JOHN.CAFOLLA@oracle.com>
**CC:** "Summers,Joel" <JOEL.SUMMERS@oracle.com>, "Correa,Beth" <BETH.CORREA@oracle.com>, "SWAN,CLIVE" <CLIVE.SWAN@oracle.com>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>, "ROUSSEL,ALVIN" <ALVIN.ROUSSEL@oracle.com>, "Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>, Robin Weiss <robin.weiss@oracle.com>, "Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>

All,

Following is the action plan that we discussed this morning as a basis for our conversation with Liberty Mutual tomorrow. I have highlighted issues that still need to be coordinated.

I. Product Issue Resolution / Responsiveness

A. TAR Analysis

- In addition to Support, HR Development has initiated a daily TAR review to ensure soonest possible turnaround on issue diagnosis and resolution. (in progress, all TARS currently have Development owners. Support is on highest response status.)
- Development and Support / Customer Care to conduct mutual daily TAR reviews (Assign designees and establish call time: at least Joel Summers, John Cafolla and Beth Correa from Development; at least Phil Tate from Customer Care)
- Development to offer onsite support (hot desk for direct issue analysis and product issue communication), upon client's agreement, starting as early as this Saturday and extending 2 to 3 weeks as appropriate up to 'go / no go' decision.

B. Customer Education on proper interaction with Support

The customer requires education on logging properly formed iTARs, (which will reduce excessive pinging for problem determination), on Support escalation procedures, and on being responsive to issues that are designated as theirs for retest or confirmation.

- Mike Murphy to initiate dialog with Liberty on the importance of their responsiveness. (done)
- Kurt Larsen and Arden Romanillos to offer onsite Customer Care education (discuss tomorrow with customer and establish date)

ORACLE CONFIDENTIAL

CA-ORCL 015522

NDCA-ORCL 018743

C. Issues Status Communication and Prioritization

- Establish frequency (daily / every two days) for issues status calls. Designate Oracle and customer attendees. Discuss new issues and priorities. Discuss resolution progress and availability.
- Identify implementation hot spots.
- Establish proposed date for inclusion of Larry on call early next week. To include recommendation on use of additional Oracle resources as appropriate.

D. Resolution Delivery Mechanism

- To discuss and resolve with Liberty desired resolution delivery mechanisms. Recommend: a) Instruction / Answer Delivery; Support and Development to provide answers / instructions to Liberty designee(s) as soon as available. (Some of Liberty's tax issues result from lack of clarity on obscure tax lav or system operation.) Establish customer contacts. b) Critical fixes: Deliver as one-off patches as available. c) Low priority fixes (e.g., bad message text, etc.): deliver as consolidated patches on agreed dates.

II. Determine Customer Implementation Status

Our largest single concern is the status of their implementation (e.g., setup, data conversion / migration, parallel test runs) and internal rollout (e.g., professional user community training / readiness, self-service deployment readiness). An unknown third party consulting organization, Oxford International, is implementing the product under Liberty management. (Liberty rejected OCS). While we have not seen flagrant implementation issues, we have no insight into their implementation status.

- Gain a thorough understanding of Liberty's implementation status / milestones / timeline. Determine whether OCS must be insinuated.

III. Account Management / Executive Communications

- Mike Murphy and Tony Kender to continue to provide ongoing customer communications / relations.
- Development and Support to enhance contact as described above and as agreed with Liberty.
- John Cafolla to continue as Development Customer Service contact.
- Larry to participate in appropriate call next week as offered. Establish date / time.
- Joel Summers to establish dialog with customer designee, Hardat Ramkhelawan (Ram).
- Ron Wohl to contact Terry Conner and Helen Sayles?

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015523

NDCA-ORCL 018744

Re:

**Subject:** Re:
**Date:** Thu, 09 Nov 2000 20:59:24 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Hardat.Ramkhelawan@LibertyMutual.com
**CC:** Ron Wohl <ron.wohl@oracle.com>

Ram,

I look forward to a conversation tomorrow. I hope to speak with you on our status call at 11:30 and thereafter one-on-one. I would like to establish ongoing dialog throughout the duration of your current implementation.

Regards,

Joel Summers

Ron Wohl wrote:

```
> Thank you.  Joel Summers, our Senior VP of HR Development, is taking personal
> responsibility for working with you to insure the success of your
> implementation.
>
> Hardat.Ramkhelawan@LibertyMutual.com wrote:
>
> > Ron, I have a better number than the one Helen enclosed below. It is (603)
> > 245-3300. If you cannot find me, please be sure to contact Tim Guilbert at
> > (603) 245-0035. Thanks and looking forward to hearing from you.
> >
> > Ram
> >
> >          -----Original Message-----
> >         From:   Sayles, Helen E R
> >         Sent:   Thursday, November 09, 2000 12:44 PM
> >         To:     'Lawrence J. Ellison'
> >         Cc:     Ron Wohl; Safra Catz; Ramkhelawan, Hardat
> >         Subject:        RE:
> >
> >         Thank you so much for your speedy response.
> >
> >         We have assigned Hardat Ramkhelawan (known as Ram) as our principal
> > contact for Ron Wohl.  Ram can be reached at (603) 431-8400, extension
> > 52473.
> >
> >         We look forward to working with your people to a successful outcome.
> >
> >         Helen Sayles
> >
> >                 -----Original Message-----
> >                 From:   Lawrence J. Ellison [SMTP:Larry.Ellison@oracle.com]
> >                 Sent:   Thursday, November 09, 2000 11:02 AM
> >                 To:     Helen.Sayles@LibertyMutual.com
> >                 Cc:     Ron Wohl; Safra Catz
> >                 Subject:        Re:
> >
> >                 I have asked Ron Wohl to assign the head of our HR
> > development organization to
> >                 take charge of this project personally.  I think that we
> > should schedule a call
> >                 every two days to review issues and monitor progress at
> > Liberty Mutual.  I will
```

ORACLE CONFIDENTIAL

CA-ORCL 015524

Re:

> > personally attend the second call to assess the level of
> > resources that will be
> > necessary to successfully meet the November go live date.
> > This is now our top
> > priority in HR. larry
> >
> > Helen.Sayles@LibertyMutual.com wrote:
> >
> > > Liberty Mutual Group,
> > > November 7, 2000
> > >
> > > Oracle Corporation,
> > > Lawrence J. Ellison
> > >
> > > Dear Larry
> > >
> > > We are the Senior IT and Human Resource Executives for
> > Liberty Mutual Group,
> > > a diversified international financial services group of
> > companies with $13.6
> > > billion in consolidated revenue, more than $54 billion in
> > consolidated
> > > assets and more than $67 billion in assets under
> > management, and employing
> > > 37,000 people in more than 900 offices throughout the
> > world.
> > >
> > > We are writing this to bring to your attention what we
> > consider a major
> > > breach of promise from Oracle, and in the hope that we can
> > yet recover to a
> > > mutually acceptable outcome.
> > >
> > > Having gone through extensive review of alternatives, we
> > purchased the
> > > Oracle 11i Human Resource Management System in late 1999.
> > Our decision was
> > > based on your team's explicit commitment to delivery of a
> > product that would
> > > perform as intended in a time frame that would allow for
> > smooth
> > > implementation - including all of the essential testing
> > required.
> > >
> > > We believed that purchase of the HRMS would not only allow
> > us to fulfil a
> > > critical internal need, but would also allow us to
> > evaluate the technology
> > > platform, technical capabilities, service delivery and
> > support as we look to
> > > the future technology platform required to support our
> > multiple business
> > > units.
> > >
> > > Unfortunately, based on our most recent project review
> > with our team today,
> > > our confidence in both the quality of the product, and in
> > Oracle's ability
> > > to support us in meeting those objectives, is so low that
> > we feel that
> > > without a major change on your part, the project has very
> > little chance of
> > > success.

ORACLE CONFIDENTIAL

CA-ORCL 015525

NDCA-ORCL 018746

> > >
> > > To put it bluntly, we have encountered multiple software
> > quality problems
> > > and we have struggled to get appropriate support and
> > response to our issues.
> > > The situation is dire, and absent a concerted effort on
> > your part, we now
> > > stand in great jeopardy on this implementation.
> > >
> > > The success of this project is crucial to Liberty Mutual's
> > business plans
> > > for 2001, and represents a significant investment with
> > Oracle. As our first
> > > enterprise-wide endeavor with Oracle, we entered this
> > relationship with
> > > excitement, high hopes and expectations about a new
> > working relationship
> > > with you. It has been represented by Oracle as a path to
> > significant
> > > productivity gains, and to improved access to information
> > for employees and
> > > external suppliers of benefits. We have made a
> > substantial investment and
> > > commitment to its success, both personally and for the
> > company, and have
> > > been deeply disappointed in the results. In summary:
> > >
> > > * the base system was promised by 3/31/00 - it was
> > delivered on
> > > 6/2/00.
> > > * we were unable to run a first test payroll until
> > 7/26/00
> > > * we have continually faced serious issues with your
> > technical
> > > assistance request process, with multiple TAR's remaining
> > dormant while our
> > > people have tried to escalate the issues within your
> > organization.
> > > * when escalated, the issues appear to get a flurry
> > of action, but the
> > > number of issues do not appear to diminish, and your
> > customer support
> > > process has not been effective in resolving flaws in what
> > would appear to be
> > > basic functionality.
> > > * we have been working with people over 9 different
> > time zones -
> > > testing multiple potential solutions suggested by Oracle,
> > only to find the
> > > solutions do not work.
> > > * The patch set that was planned to fix multiple
> > outstanding issues on
> > > system functionality was promised by 10/15/00, then
> > 11/1/00 - it was
> > > delivered on 11/3, only after we complained mightily about
> > a further
> > > indicated delay. It has taken 5 days to complete the
> > installation because
> > > of problems with the install package.
> > > * We are now burning our resources and time in every
> > effort to resolve
> > > base functionality problems, when we should be directing
> > those resources to

ORACLE CONFIDENTIAL

CA-ORCL 015526

NDCA-ORCL 018747

Re:

```
> >                   > building critical interfaces, testing, and bringing this
> > project to a
> >                   > successful conclusion.
> >                   >
> >                   > We are at a critical juncture.  We need to make a  'go -
> > no go' decision by
> >                   > the end of November, and we have not yet, in our opinion,
> > been delivered a
> >                   > system with enough functionality to even test adequately.
> > We have
> >                   > approximately 25 TAR's still unresolved and we do not get
> > a sense from your
> >                   > people of the appropriate urgency around resolving ALL of
> > these outstanding
> >                   > issues.  We MUST resolve and remove these if we are to
> > move forward.
> >                   >
> >                   > As with any new major product implementation,  our people
> > have had many of
> >                   > the usual problems caused by lack of product specific
> > knowledge.
> >                   > Nevertheless, the bottom line is that we have a product
> > that does not work
> >                   > and it will take a great deal of joint effort to bring us
> > to the outcome
> >                   > that was intended - one of the first successful
> > installations of a product
> >                   > which we believe to be in a targeted growth area for
> > Oracle .
> >                   >
> >                   > We have worked within the process and support channels
> > provided by Oracle,
> >                   > but the work remaining, and the issues which will
> > certainly still surface,
> >                   > paint a bleak picture of our chances of success.  We
> > simply cannot continue
> >                   > along this path.
> >                   >
> >                   > Your company has a superior reputation for delivering
> > web-enabled, business
> >                   > focused products to support e-business and the technology
> > platform of the
> >                   > future.  It is a serious disappointment to us that our
> > first Oracle delivery
> >                   > does not match the vision we believe you have for your
> > organization.   Like
> >                   > us and other successful companies, we believe your
> > company's future success
> >                   > lies in excellent execution of your strategic goals and
> > developing a
> >                   > reputation for delivery which matches the promise.
> >                   >
> >                   > Again, we write to you in the hope that you will bring
> > your  influence to
> >                   > bear on this situation and work with us to ensure a
> > successful outcome.
> >                   > Neither of us wants the alternative:
> >                   >
> >                   > *        We need a system that works - the one we had
> > envisioned.
> >                   > *        We presume you want this new, visible web-enabled
> > application to be
> >                   > a demonstration of success - not failure.
```

ORACLE CONFIDENTIAL

CA-ORCL 015527

NDCA-ORCL 018748

Re:

```
> >                 >
> >                 > At this juncture, we are requesting that this project be
> > made the highest
> >                 > level of priority possible in order to turn this situation
> > around.  We are
> >                 > committed to working on this in the same manner, and have
> > dedicated teams
> >                 > working in a virtual 7 x 24 mode to insure that we do not
> > fail.  We have no
> >                 > plans to back off on our commitment to our company.  We
> > need your commitment
> >                 > at the same level.  Anything short of that at this point
> > virtually assures
> >                 > that we will fail, with both Oracle and Liberty suffering
> > as a result.
> >                 >
> >                 > What we are formally requesting, at a minimum, is the
> > assignment of a key
> >                 > Oracle executive to this project, with both the
> > wherewithal and the
> >                 > commitment to make all necessary assets of your company
> > available to bring
> >                 > this to fruition, on plan and on schedule.  We also
> > believe that we need
> >                 > Oracle assets on the ground that can cut through your
> > processes to deal
> >                 > decisively with our issues, and rapidly deliver answers
> > and solutions to
> >                 > problems.  We can still do this, but only if Oracle rises
> > to the occasion.
> >                 >
> >                 > We await your immediate response.
> >                 >
> >                 > Sincerely,
> >                 >
> >                 > Terry L. Conner
> > Helen E.R. Sayles
> >                 > Senior Vice President and CIO
> > Senior Vice
> >                 > President
> >                 > Information Systems
> > Human Resources and
> >                 > Administration << File: Card for Lawrence J. Ellison >>
```

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015528

NDCA-ORCL 018749

**Subject:** **Liberty Mutual Status Update**
**Date:** Mon, 13 Nov 2000 19:17:59 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>, "Catz,Safra" <SAFRA.CATZ@oracle.com>, "Wohl,Ronald" <RON.WOHL@oracle.com>, "Santimauro,Robert" <ROBERT.SANTIMAURO@oracle.com>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@oracle.com>, "Kender,Anthony" <TONY.KENDER@oracle.com>, "Snyder,Allen" <ALLEN.SNYDER@oracle.com>, "Murphy,Michael" <MICHAEL.MURPHY@oracle.com>, "Larsen,Kurt" <KURT.LARSEN@oracle.com>, "Romanillos,Arden" <AROMANIL@US.ORACLE.COM>, "Smith,David" <DAVID.R.SMITH@oracle.com>, "CAFOLLA,JOHN" <JOHN.CAFOLLA@oracle.com>, "Hayden,Susan" <SJHAYDEN@US.ORACLE.COM>
**CC:** "Correa,Beth" <BETH.CORREA@oracle.com>, "SWAN,CLIVE" <CLIVE.SWAN@oracle.com>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>, "Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>, Robin Weiss <robin.weiss@oracle.com>, "Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>, "Summers,Joel" <JOEL.SUMMERS@oracle.com>

All,

Liberty Mutual 11i HR/Pay Product Issues:

The customer does not have critical 11i product issues (defined as issues which prevent ongoing implementation activities) - nor did they have last week.

The customer recognizes and has stated that they currently have no issues preventing ongoing implementation activities. Liberty's executive sponsor, Hardat Ramekhelawan, stated today that great progress has been made, and recommended on Friday that Liberty must appropriately identify and prioritize product issues.

Details:

Of the 25 issues raised in the letter to Larry (23 actual issues), three were serious (defined as no fix or workaround, needed for Jan 1 production), and one of those is an enhancement. (Had OCS been engaged, they would have handled the enhancement. Development is providing a recommended workaround.) Several issues were important (Arizona taxation issue), minor, or trivial (e.g., bad self-service error message, missing 'college and university' table to populate self-service list-of-values). Fixes, workarounds, or clarifications have been provided for 20 of the 23 issues. Three of the five taxation issues that the customer described as critical showstoppers were resolved as customer misunderstandings resulting from erroneous system setup / operation or incorrect tax treatment in their legacy system.

Current Status:

ORACLE CONFIDENTIAL

Of the original 23 issues, the customer currently still has 7 identified as essential for go-live. Three of these are with Development (including the enhancement that I mentioned above). Four are in the customer's hands for confirmation - either fixes applied or proper operation identified.

The customer raised 7 new issues today. None are critical as defined above. Preliminary analysis suggests the following disposition. Two additional customer misunderstandings on taxation. One new enhancement request. Three bugs: two with fixes into QA; one is an old issue that needs an up-port to 11i. One new issue requires research.

Implementation Status / Readiness for Jan 1 Go-live:

Preliminary indications are that Liberty Mutual's implementation is well behind where it should be for a Jan 1 go-live. ( By comparison, they are significantly behind Oracle's internal US implementation. Oracle has tested a full employee data migration and has run a limited parallel payroll.) Liberty is still concentrating on its initial test of 300 complex employees (out of 30,000 to be paid). 35% to 45% of their employees from that run do not reconcile with their current payroll. The majority of issues result from incorrect conversion data mapping. On Wednesday, Liberty will decide whether to progress with their 3,000 employee migration and test runs. The payroll issues they are finding do indicate a deep and thorough test of payroll.

To get a better sense of true implementation status and whether they can make Jan. 1, we have prepared and submitted to Liberty a ten page implementation status questionnaire. They intend to have that completed and returned by Wednesday.

This could well turn into a red flag.

Phil Tate (Oracle Customer Care) summarizes Liberty's status as follows:

"Liberty Mutual is our fifth largest HR/Payroll customer and this 11i implementation represents Liberty's first enterprise-wide project with Oracle Applications. A third-party consulting company is responsible for the implementation. At first glance, it seemed that the project was jeopardized by technical issues, some of which are defect related. However, after further investigation, via TAR reviews and an Oracle Developer on-site, we find that they are still early in the implementation cycle and they are not exactly sure how they are positioned. This could be a direct result of using an implementation team that is inexperienced with Oracle Applications and not having a documented project plan. We currently do not have any open technical issues that are blocking their go-live."

Actions Taken per Friday's Action Plan:

I. Product Issue Resolution / Responsiveness

A. TAR Analysis

- Development, Support / Customer Care and the Account team conduct a daily TAR review. All TARs are assigned designated owners. Development maintains a daily TAR status.

- Development, as of Saturday, placed a seasoned Developer, Ian Sterling, on site. Customer has expressed strong satisfaction with Ian.

B. Customer Education on proper interaction with Support

- Customer requests such education after the implementation cools down somewhat.

ORACLE CONFIDENTIAL

CA-ORCL 015530

NDCA-ORCL 018751

C. Issues Status Communication and Prioritization
- Customer, Development, Support / Customer care, and Account Management conduct a daily status call.

D. Resolution Delivery Mechanism
- Fixes to be delivered as one-off patches as available.

II. Determine Customer Implementation Status
- Ian Sterling conducted a preliminary implementation status review on Saturday.
- Implementation status questionnaire delivered and to be returned by Wednesday.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015531

NDCA-ORCL 018752

**Subject:** **Liberty Mutual Status Update**
**Date:** Mon, 13 Nov 2000 19:17:59 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>, "Catz,Safra" <SAFRA.CATZ@ORACLE.COM>, "Wohl,Ronald" <RON.WOHL@ORACLE.COM>, "Santimauro,Robert" <ROBERT.SANTIMAURO@ORACLE.COM>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@ORACLE.COM>, "Kender,Anthony" <TONY.KENDER@ORACLE.COM>, "Snyder,Allen" <ALLEN.SNYDER@ORACLE.COM>, "Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>, "Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>, "Romanillos,Arden" <AROMANIL@US.ORACLE.COM>, "Smith,David" <DAVID.R.SMITH@ORACLE.COM>, "CAFOLLA,JOHN" <JOHN.CAFOLLA@ORACLE.COM>, "Hayden,Susan" <SJHAYDEN@US.ORACLE.COM>
**CC:** "Correa,Beth" <BETH.CORREA@ORACLE.COM>, "SWAN,CLIVE" <CLIVE.SWAN@ORACLE.COM>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>, "Thompson,Lewis" <LEWIS.THOMPSON@ORACLE.COM>, Robin Weiss <robin.weiss@oracle.com>, "Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>, "Summers,Joel" <JOEL.SUMMERS@ORACLE.COM>

All,

Liberty Mutual 11i HR/Pay Product Issues:

The customer does not have critical 11i product issues (defined as issues which prevent ongoing implementation activities) - nor did they have last week.

The customer recognizes and has stated that they currently have no issues preventing ongoing implementation activities. Liberty's executive sponsor, Hardat Ramekhelawan, stated today that great progress has been made, and recommended on Friday that Liberty must appropriately identify and prioritize product issues.

Details:

Of the 25 issues raised in the letter to Larry (23 actual issues), three were serious (defined as no fix or workaround, needed for Jan 1 production), and one of those is an enhancement. (Had OCS been engaged, they would have handled the enhancement. Development is providing a recommended workaround.) Several issues were important (Arizona taxation issue), minor, or trivial (e.g., bad self-service error message, missing 'college and university' table to populate self-service list-of-values). Fixes, workarounds, or clarifications have been provided for 20 of the 23 issues. Three of the five taxation issues that the customer described as critical showstoppers were resolved as customer misunderstandings resulting from erroneous system setup / operation or incorrect tax treatment in their legacy system.

Current Status:

ORACLE CONFIDENTIAL

Of the original 23 issues, the customer currently still has 7 identified as essential for go-live. Three of these are with Development (including the enhancement that I mentioned above). Four are in the customer's hands for confirmation - either fixes applied or proper operation identified.

The customer raised 7 new issues today. None are critical as defined above. Preliminary analysis suggests the following disposition. Two additional customer misunderstandings on taxation. One new enhancement request. Three bugs: two with fixes into QA; one is an old issue that needs an up-port to 11i. One new issue requires research.

Implementation Status / Readiness for Jan 1 Go-live:

Preliminary indications are that Liberty Mutual's implementation is well behind where it should be for a Jan 1 go-live. ( By comparison, they are significantly behind Oracle's internal US implementation. Oracle has tested a full employee data migration and has run a limited parallel payroll.) Liberty is still concentrating on its initial test of 300 complex employees (out of 30,000 to be paid). 35% to 45% of their employees from that run do not reconcile with their current payroll. The majority of issues result from incorrect conversion data mapping. On Wednesday, Liberty will decide whether to progress with their 3,000 employee migration and test runs. The payroll issues they are finding do indicate a deep and thorough test of payroll.

To get a better sense of true implementation status and whether they can make Jan. 1, we have prepared and submitted to Liberty a ten page implementation status questionnaire. They intend to have that completed and returned by Wednesday.

This could well turn into a red flag.

Phil Tate (Oracle Customer Care) summarizes Liberty's status as follows:

"Liberty Mutual is our fifth largest HR/Payroll customer and this 11i implementation represents Liberty's first enterprise-wide project with Oracle Applications. A third-party consulting company is responsible for the implementation. At first glance, it seemed that the project was jeopardized by technical issues, some of which are defect related. However, after further investigation, via TAR reviews and an Oracle Developer on-site, we find that they are still early in the implementation cycle and they are not exactly sure how they are positioned. This could be a direct result of using an implementation team that is inexperienced with Oracle Applications and not having a documented project plan. We currently do not have any open technical issues that are blocking their go-live."

Actions Taken per Friday's Action Plan:

I. Product Issue Resolution / Responsiveness

A. TAR Analysis

- Development, Support / Customer Care and the Account team conduct a daily TAR review. All TARs are assigned designated owners. Development maintains a daily TAR status.

- Development, as of Saturday, placed a seasoned Developer, Ian Sterling, on site. Customer has expressed strong satisfaction with Ian.

ORACLE CONFIDENTIAL

B. Customer Education on proper interaction with Support

- Customer requests such education after the implementation cools down somewhat.

C. Issues Status Communication and Prioritization
- Customer, Development, Support / Customer care, and Account Management conduct a daily status call.

D. Resolution Delivery Mechanism
- Fixes to be delivered as one-off patches as available.

II. Determine Customer Implementation Status
- Ian Sterling conducted a preliminary implementation status review on Saturday.
- Implementation status questionnaire delivered and to be returned by Wednesday.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

**Subject:** Liberty Mutual Call
**Date:** Mon, 13 Nov 2000 19:33:14 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>
**CC:** "Balkenhol,Carolyn" <CAROLYN.BALKENHOL@ORACLE.COM>

Larry,

Liberty Mutual has asked that you participate in Thursday's status call, if your schedule permits. Our daily calls occur at 2:00pm pst. These are nuts and bolts issue review and implementation status calls. I sent a separate note this evening with current customer status.

As noted in that report, I believe that analysis will show that they will need significant consulting assistance from Oracle to meet a January 1 go-live - if this is even possible. We will have to determine whether we are willing / able to provide such - and at what cost to the customer. I will know more on this subject when they return the detailed implementation status questionnaire that I sent them today. They intend to return it on Wednesday. I will make a recommendation to you based on that. Depending on what that shows, it may be that your call should be a call to their executive sponsor and / or other senior executives from Liberty concerning our recommendation rather than participation in a daily status meeting.

Regards,

Joel

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015535

NDCA-ORCL 018756

**Subject:** Re: Liberty Mutual Call
**Date:** Tue, 14 Nov 2000 16:43:07 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Carolyn Balkenhol <Carolyn.Balkenhol@oracle.com>

Carolyn,

Thanks for the update. I'll let the customer know and we can attempt a reschedule - if that seems necessary.

Regards,

Joel

Carolyn Balkenhol wrote:

> I asked Larry about this yesterday, and with the pile of other urgent calls
> he needs to make, he didn't think it would be possible to schedule it.
> Sorry about that.
>
> Carolyn
>
> Joel Summers wrote:
>
> > Larry,
> >
> > Liberty Mutual has asked that you participate in Thursday's status call,
> > if your schedule permits. Our daily calls occur at 2:00pm pst. These
> > are nuts and bolts issue review and implementation status calls. I sent
> > a separate note this evening with current customer status.
> >
> > As noted in that report, I believe that analysis will show that they
> > will need significant consulting assistance from Oracle to meet a
> > January 1 go-live - if this is even possible. We will have to determine
> > whether we are willing / able to provide such - and at what cost to the
> > customer. I will know more on this subject when they return the
> > detailed implementation status questionnaire that I sent them today.
> > They intend to return it on Wednesday. I will make a recommendation to
> > you based on that. Depending on what that shows, it may be that your
> > call should be a call to their executive sponsor and / or other senior
> > executives from Liberty concerning our recommendation rather than
> > participation in a daily status meeting.
> >
> > Regards,
> >
> > Joel

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015536

**Subject:** **Liberty Mutual Update & Go-live Recommnedations**
**Date:** Mon, 20 Nov 2000 14:00:54 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>, "Catz,Safra" <SAFRA.CATZ@ORACLE.COM>, "Wohl,Ronald" <RON.WOHL@ORACLE.COM>, "Santimauro,Robert" <ROBERT.SANTIMAURO@ORACLE.COM>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@ORACLE.COM>, "Kender,Anthony" <TONY.KENDER@ORACLE.COM>, "Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>, "Snyder,Allen" <ALLEN.SNYDER@ORACLE.COM>, "Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>, "Smith,David" <DAVID.R.SMITH@ORACLE.COM>, Robin Weiss <robin.weiss@oracle.com>, "Tate,Phillip" <PHILLIP.TATE@ORACLE.COM>
**CC:** "Summers,Joel" <JOEL.SUMMERS@ORACLE.COM>, "SWAN,CLIVE" <CLIVE.SWAN@ORACLE.COM>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>, "Correa,Beth" <BETH.CORREA@ORACLE.COM>, "Thompson,Lewis" <LEWIS.THOMPSON@ORACLE.COM>

All,

Liberty Mutual had a good week last week. As of Friday, Development sent resolutions to several issues. By end of day Friday, eight of sixteen serious issues (defined as necessary for go live) had been closed - including resolutions to two enhancement requests. There were no patch failures. Solutions to three of the eight remaining issues were sent and were to be confirmed by the customer this weekend. Two of the remaining issues concern Mississippi and Alabama taxation and are to be addressed with our 3rd party tax engine provider, Vertex, today, Monday. The remaining issue has an agreed delivery date of Dec. 15 to the customer.

Ian Sterling, our developer who has been on site for over a week, has done an excellent job in filtering customer misunderstandings resolving many issues before they become TARs. On a daily basis he has ferried between the technical and functional teams / locations and addressed a broad spectrum of issues. His system expertise has allowed Development to rapidly diagnose system problems and to rapidly apply resolutions. On Thurday evening, Liberty asked for deep functional assistance to help complete the reconciliation of payroll for their complex 300 employee test bed. Deneen Burrows, of Central OCS, who is a payroll functional expert, was able to travel that night to Boston and spent Friday completing the reconcilliation as well as giving them detailed insight into backend payroll processes with which they were not familiar. Additionally, she proposed an automated test mechanism to help validate their 6000 employee test runs that are to commence this week. In one day, Deneen proved the value of Oracle Consulting. The positive demeanor of both Ian and Deneen has contributed to an improved relationship at the project level.

Overall, the last week of effort has improved the Oracle / Liberty relationship and brought the implementation forward significantly.

<u>Overall Project Status</u>

ORACLE CONFIDENTIAL

CA-ORCL 015537

NDCA-ORCL 018758

The Liberty January 1 HRMS implementation is straightforward. It includes HR for 32,500 employees in the US and Canada, basic employee and manager self-service for the same populations, and US payroll for 31,500 employees (3000 of whom require positive time entry). There are no unions. A review of their implementation status reveals that they are managing the appropriate implementation tasks - but none of those are completed. Thus, they are doing the right things but they are a month to two months behind where they should be for a smooth January 1 production implementation. They have not been well served by their 3rd party implementation firm in that that firm has imparted wrong or limited information particularly in the area of Payroll. Lack of expertise has resulted in improper setups for Business Groups and benefits. The system will function as it has been set up, but there will be ongoing functional issues (and likely customer dissatisfaction) due to oversegregation of employees into multiple Business Groups. Benefits were set up in 10.7 / 11.0 mode vs. the mechanisms provided in 11i. This setup greatly limits customer's benefits capabilities and creates a more difficult migration to OAB in the future should that be desired. These issues have longer impacts downstream and do not impede a January 1 production implementation.

The bottom line: with some luck, no untoward system failures and implementing the recommendatinos below, they could make their date, although there is no guarantee.

Jan. 1 Go-live Recommendations

1) Liberty must institute a non-partisan, strong leader for the end-stage of the project. There is a significant amount of factionalism within the customer ranks that detracts from cohesive, effective implementation progress. This factionalization has increased as project deadlines near and work loads and stress increase. IT is somewhat at odds with the user community. HR users are at odds with Finance (Payroll) users. Within payroll, two heads have assigned the same tasks to two different teams. We recommend that Liberty assign a senior, non-partisan leader to oversee the project, and that that leader manages a cohesive and comprehensive project. I recommend Tim Guilbert, Liberty CIO, for this task as he seems to display the leadership qualities necessary. A 'come-together' meeting of all parties is in order. Marshalling of time-off is also required as project team burn-out is beginning to set in.

2) Liberty should take on two OCS Payroll functional experts to remedy two areas of shortcommings left by the 3rd party consultants; namely, test reconcilliation techniques and education on payroll operation. The client has spent all of their time with payroll looking at calculations and the calculation process. They are unaware of and are uneducated on backend reporting and processes, payroll reconciliation tools and techniques, adjustment and correction processes - in other words the nuts and bolts of how to operate payroll on a daily basis. In addition, OCS could provide consulting on 2 new 11i areas that the client has asked for assistance with; namely, Mass Updates, and cross-business group access.

3) Liberty must improve timeframes for interface completion and testing. They have over 25 interfaces (time entry, tax filing, disbursement, benefits carriers, executive comp...) that are yet to be tested. One critical interface, that from their 3rd party Goldkey Time entry system to Oracle Payroll, has yet to be built. The vendor is still completing requirements. In addition they have a set of reports critical for Jan 1 that require completion. I do not believe that Oracle can provide significant help to these activities other than to assist in surfacing the system requirements / or current data stores for interfaces and reports. Onsite OCS should be abel to address this.

4) HR Development & Support must continue to proactively raise, analyze, and resolve system issues. Many customer issues have resulted from poor setup, system misunderstanding, and problems in their current legacy system to which they are comparing. Our onsite developer has been able to eliminate TARs associated with these issues before they are raised as TARs. In addition, he has done a lot of the leg work

ORACLE CONFIDENTIAL

to analyze and describe a problem so that it can be readily addressed. Development has been able to concentrate on real problem resolution. Elimination of spurious issues, rapid analysis and resolution will be critical throughout the process. Unfortunately, I will not be able to have Ian remain onsite throughout the implementation phase. We propose an onsite Support person, or daily Customer Care contact to take over for Ian when he departs. Al, Kurt, comments??

5) Institute automated payroll validation for the 6000 employee test run.

ORACLE
CONFIDENTIAL

CA-ORCL 015539

NDCA-ORCL 018760

**Subject:** **Liberty Mutual Update & Go-live Recommnedations**
**Date:** Mon, 20 Nov 2000 16:26:47 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>, "Catz,Safra" <SAFRA.CATZ@oracle.com>, "Wohl,Ronald" <RON.WOHL@oracle.com>, "Santimauro,Robert" <ROBERT.SANTIMAURO@oracle.com>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@oracle.com>, "Kender,Anthony" <TONY.KENDER@oracle.com>, "Murphy,Michael" <MICHAEL.MURPHY@oracle.com>, "Snyder,Allen" <ALLEN.SNYDER@oracle.com>, "Larsen,Kurt" <KURT.LARSEN@oracle.com>, "Smith,David" <DAVID.R.SMITH@oracle.com>, Robin Weiss <robin.weiss@oracle.com>, "Tate,Phillip" <PHILLIP.TATE@oracle.com>, "Romanillos, Arden" <ARDEN.ROMANILLOS@oracle.com>
**CC:** "Summers,Joel" <JOEL.SUMMERS@oracle.com>, "SWAN,CLIVE" <CLIVE.SWAN@oracle.com>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>, "Correa,Beth" <BETH.CORREA@oracle.com>, "Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>

All,

Liberty Mutual had a good week last week and over the weekend. As of Friday, Development sent resolutions to several issues. By end of day Friday, eight of sixteen serious issues (defined as necessary for go live) had been closed - including resolutions to two enhancement requests. There were no patch failures. Solutions to three of the eight remaining issues were sent and were to be confirmed by the customer this weekend. Two of the remaining issues concern Mississippi and Alabama taxation and are to be addressed with our 3rd party tax engine provider, Vertex, today, Monday. The remaining issue has an agreed delivery date of Dec. 15 to the customer.

Ian Sterling, our developer who has been on site for over a week, has done an excellent job in filtering customer misunderstandings resolving many issues before they become TARs. On a daily basis he has ferried between the technical and functional teams and addressed a broad spectrum of issues. His system expertise has allowed developers to rapidly resolve real system problems. On Thursday evening, Liberty asked for deep functional assistance to help complete the reconciliation of payroll for their complex 300 employee test bed. Deneen Burrows, of Central OCS, who is a payroll functional expert, was able to travel that night to Boston and spent Friday completing the reconciliation as well as giving them detailed insight into backend payroll processes with which they were not familiar. Additionally, she proposed an automated test mechanism to help validate their 6000 employee test runs that are to commence this week. In one day, Deneen proved the value of Oracle Consulting. The positive demeanor of both Ian and Deneen as well as the responsiveness of all Oracle parties has contributed to an improved relationship with the customer.

Overall, the last week of effort has improved the Oracle / Liberty relationship and brought the implementation forward significantly.

<u>Overall Project Status</u>

ORACLE CONFIDENTIAL

The Liberty January 1 HRMS implementation is straightforward. It includes HR for 32,500 employees in the US and Canada, basic employee and manager self-service for the same populations, and US payroll for 31,500 employees (3000 of whom require positive time entry). There are no unions. A review of their implementation status reveals that they are managing the appropriate implementation tasks - but none of those are complete. Thus, they are doing the right things but they are a month to two months behind where they should be for a smooth January 1 production implementation.

Liberty has not been well served by their 3rd party implementation firm in that that firm has imparted wrong or limited information particularly in the area of Payroll. Lack of expertise has resulted in improper setups for Business Groups and benefits. The system will function as it has been set up, but there will be ongoing usability issues due to oversegregation of employees into multiple Business Groups. Benefits were set up in 10.7 / 11.0 mode vs. the enhanced mechanisms provided in 11i. This setup greatly limits customer's benefits capabilities and creates a more difficult migration to OAB in the future should that be desired. (Not currently planned.) These issues have longer impacts downstream but do not impede a January 1 production implementation.

Payroll performance in volume tests looks good and is not a current issue. Liberty met a significant milestone over the weekend (sufficient completion of the validation of their 300 employee test bed) and have progressed to their final test of 6200 employees. They should run their initial payroll on that bed this evening.

The bottom line: with some luck, no untoward system failures, few new product issues, and implementing the recommendations below, there is a possibility of making Jan1 production.

Jan. 1 Go-live Recommendations

1) Liberty must institute a non-partisan, strong leader / overseer for the end-stage of the project. There is a significant amount of factionalism within the customer ranks that detracts from cohesive, effective implementation progress. This factionalism has increased as project deadlines near and work loads and stress increase. IT is somewhat at odds with the user community. HR users are at odds with Finance (Payroll) users. Within payroll, two heads have assigned the same tasks to two different teams. We recommend that Liberty assign a senior, non-partisan leader to oversee the project, and that that leader manages a cohesive and comprehensive end-stage plan. I recommend Tim Guilbert, Liberty CIO, for this task as he seems to display the leadership qualities necessary. A 'come-together' meeting of all parties is in order. Marshaling of time-off is also required as project team burn-out is beginning to set in.

2) Liberty should engage two OCS Payroll functional experts to remedy two areas of shortcomings left by the 3rd party consultants; namely, test reconciliation techniques and education on payroll operation. The client has spent all of their time with payroll looking at calculations and the calculation process. They are largely unaware of and are uneducated on backend reporting and processes, payroll reconciliation tools, adjustment and correction processes - in other words the nuts and bolts of how to operate payroll on a daily basis. In addition, OCS could provide consulting on 2 new 11i HR areas that the client has asked for assistance with; namely, Mass Updates, and cross-business group access. Liberty will raise an issue as to whether they or Oracle should / will pay for OCS.

3) Liberty must improve timeframes for interface completion and testing. They have over 25 interfaces (time entry, tax filing, disbursement, benefits carriers, executive comp...) that are yet to be tested. One critical interface, that from their 3rd party Goldkey Time Entry system, has yet to be built. The vendor is still completing requirements. (OCS has implemented custom time reporting for other customers. Noni, could any of these be implemented in a short period of time?) In addition Liberty has a set of reports

 ORACLE CONFIDENTIAL

critical for Jan 1 that require completion. I do not believe that Oracle can provide significant help to these activities (unless the OCS time solution is viable). OCS could assist in surfacing the system requirements / or current data stores for interfaces and reports.

4) HR Development & Support must continue to proactively and rapidly raise, analyze, and resolve system issues. Many customer issues have resulted from poor setup, system misunderstanding, and problems in their current legacy system to which they are comparing. Our onsite developer has been able to eliminate issues resulting from these areas before they are raised as TARs. In addition, he has done a lot of the leg work to analyze and describe problems so that they can be readily addressed. Development has been able to concentrate on real problem resolution. Elimination of spurious issues, rapid analysis and resolution will be critical throughout the process. Unfortunately, I will not be able to have Ian remain onsite throughout the implementation phase. We propose an onsite Support person, or daily Customer Care contact to take over for Ian when he departs. Al, Kurt, Arden comments??

5) Institute automated payroll validation for the 6000 employee test run. The manual checking process that the customer used to validate their 300 employee run will take far too long to complete for their 6000 employee run, thus guaranteeing a missed implementation date. OCS has a number of automated techniques using delivered backend payroll processes plus parameter driven scripts to be built onsite to execute large volume caparison to a legacy system. Deneen reviewed such techniques with them on Friday. A competent third party consultant (former Oracle) started creation of these scripts to her specification.

6) While not a current issue, Oracle should be prepared to step in, just before go-live to address any last minute performance issues that might arise. This would require approximately one week of effort.

7) Preparation and execution of a rollout plan. OCS onsite support should help the customer prepare within their payroll department for the first actual payroll run. Ideally, OCS would be onsite during that time to address any issues that arise. In addition, Liberty should start preparing employee communications on use of employee and manager self-service and on the differences in payroll calculations between their legacy system and Oracle. They should set up a 'hotline' to call if a payment is missed or looks out-of-order. They should have system experts identified to deal with such issues. Again, OCS could help both in rollout preparation and in background issue resolution.

As stated above, if all goes very well, Liberty has a chance of making Jan 1. Failure to do so would be a political blow to their e-business initiative. However, rolling out payroll without final system confirmation, without payroll user education and without appropriate employee rollout, could lead to a short-lived victory. Our recommendation would be to delay go-live if those issues are not appropriately addressed.

Alternatives

1) Given appropriate preparation, customer could go-live with a partial population, gaining a Jan 1 victory without incurring the risk of a full-scale implementation. This decision would have to be taken soon to ensure check-out and preparation for the population subset. A negative to this approach is that Liberty would be running two payroll systems (legacy plus Oracle) which might detract from the resources they would have to complete the remainder of the implementation.

2) Customer could (and should) delay the implementation if thorough check-out and production preparedness are not achievable by January 1. In this case they would continue to run their legacy system. However, they will have to add an additional implementation task; namely creation of a routine to load

payroll balances from their legacy system into Oracle. This is a significant piece of work and we would highly recommend OCS involvement.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015543

NDCA-ORCL 018764

**Subject:** Liberty Mutual Update & Go-live Recommnedations
**Date:** Mon, 20 Nov 2000 16:26:47 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>, "Catz,Safra" <SAFRA.CATZ@ORACLE.COM>, "Wohl,Ronald" <RON.WOHL@ORACLE.COM>, "Santimauro,Robert" <ROBERT.SANTIMAURO@ORACLE.COM>, "Fernicola,Anthony" <ANTHONY.FERNICOLA@ORACLE.COM>, "Kender,Anthony" <TONY.KENDER@ORACLE.COM>, "Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>, "Snyder,Allen" <ALLEN.SNYDER@ORACLE.COM>, "Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>, "Smith,David" <DAVID.R.SMITH@ORACLE.COM>, Robin Weiss <robin.weiss@oracle.com>, "Tate,Phillip" <PHILLIP.TATE@ORACLE.COM>, "Romanillos, Arden" <ARDEN.ROMANILLOS@ORACLE.COM>
**CC:** "Summers,Joel" <JOEL.SUMMERS@ORACLE.COM>, "SWAN,CLIVE" <CLIVE.SWAN@ORACLE.COM>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>, "Correa,Beth" <BETH.CORREA@ORACLE.COM>, "Thompson,Lewis" <LEWIS.THOMPSON@ORACLE.COM>

All,

Liberty Mutual had a good week last week and over the weekend. As of Friday, Development sent resolutions to several issues. By end of day Friday, eight of sixteen serious issues (defined as necessary for go live) had been closed - including resolutions to two enhancement requests. There were no patch failures. Solutions to three of the eight remaining issues were sent and were to be confirmed by the customer this weekend. Two of the remaining issues concern Mississippi and Alabama taxation and are to be addressed with our 3rd party tax engine provider, Vertex, today, Monday. The remaining issue has an agreed delivery date of Dec. 15 to the customer.

Ian Sterling, our developer who has been on site for over a week, has done an excellent job in filtering customer misunderstandings resolving many issues before they become TARs. On a daily basis he has ferried between the technical and functional teams and addressed a broad spectrum of issues. His system expertise has allowed developers to rapidly resolve real system problems. On Thursday evening, Liberty asked for deep functional assistance to help complete the reconciliation of payroll for their complex 300 employee test bed. Deneen Burrows, of Central OCS, who is a payroll functional expert, was able to travel that night to Boston and spent Friday completing the reconciliation as well as giving them detailed insight into backend payroll processes with which they were not familiar. Additionally, she proposed an automated test mechanism to help validate their 6000 employee test runs that are to commence this week. In one day, Deneen proved the value of Oracle Consulting. The positive demeanor of both Ian and Deneen as well as the responsiveness of all Oracle parties has contributed to an improved relationship with the customer.

Overall, the last week of effort has improved the Oracle / Liberty relationship and brought the implementation forward significantly.

<u>Overall Project Status</u>

ORACLE CONFIDENTIAL

CA-ORCL 015544

NDCA-ORCL 018765

The Liberty January 1 HRMS implementation is straightforward. It includes HR for 32,500 employees in the US and Canada, basic employee and manager self-service for the same populations, and US payroll for 31,500 employees (3000 of whom require positive time entry). There are no unions. A review of their implementation status reveals that they are managing the appropriate implementation tasks - but none of those are complete. Thus, they are doing the right things but they are a month to two months behind where they should be for a smooth January 1 production implementation.

Liberty has not been well served by their 3rd party implementation firm in that that firm has imparted wrong or limited information particularly in the area of Payroll. Lack of expertise has resulted in improper setups for Business Groups and benefits. The system will function as it has been set up, but there will be ongoing usability issues due to oversegregation of employees into multiple Business Groups. Benefits were set up in 10.7 / 11.0 mode vs. the enhanced mechanisms provided in 11i. This setup greatly limits customer's benefits capabilities and creates a more difficult migration to OAB in the future should that be desired. (Not currently planned.) These issues have longer impacts downstream but do not impede a January 1 production implementation.

Payroll performance in volume tests looks good and is not a current issue. Liberty met a significant milestone over the weekend (sufficient completion of the validation of their 300 employee test bed) and have progressed to their final test of 6200 employees. They should run their initial payroll on that bed this evening.

The bottom line: with some luck, no untoward system failures, few new product issues, and implementing the recommendations below, there is a possibility of making Jan1 production.

Jan. 1 Go-live Recommendations

1) Liberty must institute a non-partisan, strong leader / overseer for the end-stage of the project. There is a significant amount of factionalism within the customer ranks that detracts from cohesive, effective implementation progress. This factionalism has increased as project deadlines near and work loads and stress increase. IT is somewhat at odds with the user community. HR users are at odds with Finance (Payroll) users. Within payroll, two heads have assigned the same tasks to two different teams. We recommend that Liberty assign a senior, non-partisan leader to oversee the project, and that that leader manages a cohesive and comprehensive end-stage plan. I recommend Tim Guilbert, Liberty CIO, for this task as he seems to display the leadership qualities necessary. A 'come-together' meeting of all parties is in order. Marshaling of time-off is also required as project team burn-out is beginning to set in.

2) Liberty should engage two OCS Payroll functional experts to remedy two areas of shortcomings left by the 3rd party consultants; namely, test reconciliation techniques and education on payroll operation. The client has spent all of their time with payroll looking at calculations and the calculation process. They are largely unaware of and are uneducated on backend reporting and processes, payroll reconciliation tools, adjustment and correction processes - in other words the nuts and bolts of how to operate payroll on a daily basis. In addition, OCS could provide consulting on 2 new 11i HR areas that the client has asked for assistance with; namely, Mass Updates, and cross-business group access. Liberty will raise an issue as to whether they or Oracle should / will pay for OCS.

3) Liberty must improve timeframes for interface completion and testing. They have over 25 interfaces (time entry, tax filing, disbursement, benefits carriers, executive comp...) that are yet to be tested. One critical interface, that from their 3rd party Goldkey Time Entry system, has yet to be built. The vendor is still completing requirements. (OCS has implemented custom time reporting for other customers. Noni,

ORACLE CONFIDENTIAL

CA-ORCL 015545

NDCA-ORCL 018766

could any of these be implemented in a short period of time?) In addition Liberty has a set of reports critical for Jan 1 that require completion. I do not believe that Oracle can provide significant help to these activities (unless the OCS time solution is viable). OCS could assist in surfacing the system requirements / or current data stores for interfaces and reports.

4) HR Development & Support must continue to proactively and rapidly raise, analyze, and resolve system issues. Many customer issues have resulted from poor setup, system misunderstanding, and problems in their current legacy system to which they are comparing. Our onsite developer has been able to eliminate issues resulting from these areas before they are raised as TARs. In addition, he has done a lot of the leg work to analyze and describe problems so that they can be readily addressed. Development has been able to concentrate on real problem resolution. Elimination of spurious issues, rapid analysis and resolution will be critical throughout the process. Unfortunately, I will not be able to have Ian remain onsite throughout the implementation phase. We propose an onsite Support person, or daily Customer Care contact to take over for Ian when he departs. Al, Kurt, Arden comments??

5) Institute automated payroll validation for the 6000 employee test run. The manual checking process that the customer used to validate their 300 employee run will take far too long to complete for their 6000 employee run, thus guaranteeing a missed implementation date. OCS has a number of automated techniques using delivered backend payroll processes plus parameter driven scripts to be built onsite to execute large volume caparison to a legacy system. Deneen reviewed such techniques with them on Friday. A competent third party consultant (former Oracle) started creation of these scripts to her specification.

6) While not a current issue, Oracle should be prepared to step in, just before go-live to address any last minute performance issues that might arise. This would require approximately one week of effort.

7) Preparation and execution of a rollout plan. OCS onsite support should help the customer prepare within their payroll department for the first actual payroll run. Ideally, OCS would be onsite during that time to address any issues that arise. In addition, Liberty should start preparing employee communications on use of employee and manager self-service and on the differences in payroll calculations between their legacy system and Oracle. They should set up a 'hotline' to call if a payment is missed or looks out-of-order. They should have system experts identified to deal with such issues. Again, OCS could help both in rollout preparation and in background issue resolution.

As stated above, if all goes very well, Liberty has a chance of making Jan 1. Failure to do so would be a political blow to their e-business initiative. However, rolling out payroll without final system confirmation, without payroll user education and without appropriate employee rollout, could lead to a short-lived victory. Our recommendation would be to delay go-live if those issues are not appropriately addressed.

ORACLE CONFIDENTIAL

<u>Alternatives</u>

1) Given appropriate preparation, customer could go-live with a partial population, gaining a Jan 1 victory without incurring the risk of a full-scale implementation. This decision would have to be taken soon to ensure check-out and preparation for the population subset. A negative to this approach is that Liberty would be running two payroll systems (legacy plus Oracle) which might detract from the resources they would have to complete the remainder of the implementation.

2) Customer could (and should) delay the implementation if thorough check-out and production preparedness are not achievable by January 1. In this case they would continue to run their legacy system.

CA-ORCL 015546

NDCA-ORCL 018767

Liberty Mutual Update & Go-live Recommnedations

However, they will have to add an additional implementation task; namely creation of a routine to load payroll balances from their legacy system into Oracle. This is a significant piece of work and we would highly recommend OCS involvement.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015547

4

NDCA-ORCL 018768

**Subject:** GE Issues
**Date:** Tue, 28 Nov 2000 19:03:48 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison.Lawrence" <LARRY.ELLISON@ORACLE.COM>
**CC:** "Kender.Anthony" <TONY.KENDER@ORACLE.COM>, "Reid.Mark" <MARK.REID@ORACLE.COM>, "Schott.Randy" <RANDY.SCHOTT@ORACLE.COM>, "Wohl.Ronald" <RON.WOHL@ORACLE.COM>, "EVANS.ROBERT" <ROBERT.EVANS@ORACLE.COM>, "Daly,Patrick" <PATRICK.DALY@ORACLE.COM>, "CAFOLLA,JOHN" <JOHN.CAFOLLA@ORACLE.COM>, "PENTICOST.JACKIE" <JACKIE.PENTICOST@ORACLE.COM>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>, "Watson,Robert" <ROBERT.WATSON@ORACLE.COM>, "Swenson.William" <WILLIAM.SWENSON@ORACLE.COM>

Larry,

Per our conversation, here are my responses to the 6 issues cited by GE:

Items Planned and Scheduled

1) Recruiting and Staffing support: Oracle will provide iRecruitment (new price list item - not yet priced) targeted for May / June 2001. This will have substantially more functionality than PeopleSoft 8's recruitment capabilities - much of which we already support in current 11i product.

2) Compensation Workbench: This manager self-service module will manage mass salary increases, bonus allocations, and stock option grants. This is targeted for July / August 2001.
It will be included as part of HRMS self-service.

Items Planned - Not Scheduled

3) Stock Option Administration: Administration to the degree that PeopleSoft accommodates it will require about 2 person years to complete. This is planned for the same team who is building Comp Workbench, and therefore could be completed early 2002 if prioritized directly after Comp Workbench.

Item Addressed (substantially) in 11i Maintenance Packs

4) 'Business Group Issue': This issue is multifaceted. Some aspects have already been addressed in 11i. Some are planned for future maintenance packs. Some we don't yet have solutions for.

Items Not Planned - Not Intended as Standard Product

ORACLE CONFIDENTIAL

5) Pension Administration: Very low market demand, high cost to build. Current HR / Benefits provides a substantial foundation for GE requirements. We have proposed that OCS address those requirements. Taking the OCS / GE additions into standard product would still be far short of requirements for a

commercially viable Pension Administration system.

Insufficient Information

6) 401k Administration Support: Development has had no more than 5 minutes discussion with GE on this one, so we don't know their detailed requirements. PeopleSoft doesn't have much here.

Regards,

Joel

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015549

NDCA-ORCL 018770

**Subject:** [Fwd: GE Issues]
**Date:** Fri, 15 Dec 2000 08:08:59 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Kender,Anthony" <TONY.KENDER@oracle.com>, "Summers,Joel" <JOEL.SUMMERS@oracle.com>

Tony,

Here are the responses I gave to Larry.

Regards,

Joel

---

**Subject:** GE Issues
**Date:** Tue, 28 Nov 2000 19:03:48 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>
**CC:** "Kender,Anthony" <TONY.KENDER@ORACLE.COM>, "Reid,Mark" <MARK.REID@ORACLE.COM>, "Schott,Randy" <RANDY.SCHOTT@ORACLE.COM>, "Wohl,Ronald" <RON.WOHL@ORACLE.COM>, "EVANS,ROBERT" <ROBERT.EVANS@ORACLE.COM>, "Daly,Patrick" <PATRICK.DALY@ORACLE.COM>, "CAFOLLA,JOHN" <JOHN.CAFOLLA@ORACLE.COM>, "PENTICOST,JACKIE" <JACKIE.PENTICOST@ORACLE.COM>, "Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>, "Watson,Robert" <ROBERT.WATSON@ORACLE.COM>, "Swenson,William" <WILLIAM.SWENSON@ORACLE.COM>

Larry,

Per our conversation, here are my responses to the 6 issues cited by GE:

Items Planned and Scheduled

1) Recruiting and Staffing support: Oracle will provide iRecruitment (new price list item - not yet priced) targeted for May / June 2001. This will have substantially more functionality than PeopleSoft 8's recruitment capabilities - much of which we already support in current 11i product.

2) Compensation Workbench: This manager self-service module will manage mass salary increases, bonus allocations, and stock option grants. This is targeted for July / August 2001.
It will be included as part of HRMS self-service.

ORACLE CONFIDENTIAL

Items Planned - Not Scheduled

3) Stock Option Administration: Administration to the degree that PeopleSoft accommodates it will

require about 2 person years to complete. This is planned for the same team who is building Comp Workbench, and therefore could be completed early 2002 if prioritized directly after Comp Workbench.

Item Addressed (substantially) in 11i Maintenance Packs

4) 'Business Group Issue': This issue is multifaceted. Some aspects have already been addressed in 11i. Some are planned for future maintenance packs. Some we don't yet have solutions for.

Items Not Planned - Not Intended as Standard Product

5) Pension Administration: Very low market demand, high cost to build. Current HR / Benefits provides a substantial foundation for GE requirements. We have proposed that OCS address those requirements. Taking the OCS / GE additions into standard product would still be far short of requirements for a commercially viable Pension Administration system.

Insufficient Information

6) 401k Administration Support: Development has had no more than 5 minutes discussion with GE on this one, so we don't know their detailed requirements. PeopleSoft doesn't have much here.

Regards,

Joel

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

[Fwd: GE Issues]

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

3

CA-ORCL 015552

NDCA-ORCL 018773

**Subject:** CEO Roundtable
**Date:** 07 Jul 2000 08:13:04 -0700
**From:** ORACLE MARKETING <mktg@us.oracle.com>
**Organization:** Oracle Corporation
**To:** Corporate Broadcast <SM3@us.oracle.com>

- What are we announcing?
- What are the key messages?
- How to position the CEO Roundtables
- What is the target audience and what is the nomination procedure?
- CEO Roundtable agenda and proposed agenda

## LARRY ELLISON HOSTS "THE CEO ROUNDTABLE"

### What Are We Announcing:

Oracle Worldwide Marketing announces the upcoming FY01global launch of The CEO Roundtable, hosted by Larry Ellison, Chairman and Chief Executive Officer, Oracle Corporation.

Entitled "The E-Business Imperative: Successful Transformation at Internet Speed", the CEO Roundtable is an exclusive and unique forum where CEO prospects and customers can participate in an open and interactive discussion with Larry and their peers.

---

**What are the Key Messages:**

- E-Business or out-of-business
- Oracle has already realized a savings of over $1 billion dollars in its e-business transformation
- Oracle offers the industry's only complete, end-to-end e-business suite of products and services.
- Following its unique e-business blueprint, Oracle can transform your business into an e-business at internet speed.

This is an ideal Q1 forum for: Prospecting Opportunity / Closing Business / Developing Relationships

Back to top

---

ORACLE CONFIDENTIAL

CA-ORCL 015553

NDCA-ORCL 018774

**How to Position the CEO Roundtables**

An exclusive opportunity to discuss e-business transformation with industry leading executives and Larry Ellison, chairman and CEO of the world's leading supplier of information management software and the world's second largest independent software company.

The CEO Roundtable is also an unique opportunity to talk with Larry Ellison about how he leads the transformation of a multibillion dollar enterprise into a successful, thriving e-business.

■ Back to top

---

**Target Audience & Nominations**

10-15 CEOs (Prospects and Customers)
Majors, GB, Consulting, OSI, & OPI
Kick off event July 20 = Americas only, including LAD & Canada
***The nomination process for the July 20 event is closed and invitations have gone out***

The Field is responsible for nominating prospective CEOs for this program once the dates/locations have been finalized.Your EVP will notify you of when the next Roundtable will be.If you would like to nominate a customer to participate in a future CEO Roundtable, the process has to go up through your EVP for approval. The invitation process is centralized and managed by Jessica Bowers.

■ Back to top

---

ORACLE
CONFIDENTIAL

**Roundtable Schedule & Proposed Agenda:**

The CEO Roundtable is a global program and will occur every 1-2 months. Jessica Bowers currently manages our Speakers Bureau and will plan the Roundtables around his travel schedule and current programs on his calendar. Jessica can be reached at 650.506.8268.

Kick-off event scheduled for July 20, 2000, 1 p.m. in San Francisco.
Monthly and global events to be scheduled beginning in September 2000.

Proposed Agenda:

| | |
|---|---|
| 1:00 p.m. - 2:00 p.m. | Registration and Lunch |
| 2:00 p.m. - 3:00 p.m. | The E-Business Imperative / The E-Business Blueprint<br>*Larry Ellison, Chairman and CEO, Oracle Corporation* |
| 3:00 p.m. - 5:00 p.m. | Open Discussion and Roundtable Q&A |
| 5:00 p.m. - 7:00 p.m. | One-on-one Meetings or Cocktail Reception |
| 7:00 p.m. | Conclusion |

■ Back to top

---

Oracle Worldwide Marketing

**Subject:** The State of the Company
**Date:** 10 Jul 2000 00:31:53 -0700
**From:** "Larry Ellison" <SM3@us.oracle.com>
**To:** SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com, SM3@mailsun1.us.oracle.com

Team Oracle,

It's been a hell of a week. But then it's been a hell of a year. At the start of fiscal year 2000, we announced that Oracle would become an e-business, and in doing so, save one billion dollars. In other words, we would use our own application software - the Oracle e-business suite - to put every aspect of our business on the Internet. The success of our move into the new-economy would be measured the old-economy way - would our move to the Internet improve margins enough to save a billion? The answer turned out to be no. We're going to save a lot more.

A billion dollars in annual savings translates to a 10 point improvement in our margins. But by the fourth quarter our operating margins were up almost 14 points to over 41%. For the full year, net income without investment gains increased 59% to over $2 billion, or 69 cents per share. Net income including investment gains was over $6 billion. Cash increased from $2 billion to $8 billion. Sales topped $10 billion. The stock was up 400%. Oracle's market capitalization approached a quarter of a trillion dollars. It was a good year.

I know that some of you are concerned with the management changes at Oracle. Changes at the top are highly visible to the public, and that's resulted in a good deal of comment in the media this past week. But Oracle has been going through massive organizational and management changes throughout the entire year. This has been largely invisible. This note is a review of some of those changes, and an explanation of why they were necessary.

Five years ago we decided to move all of our products to the Internet. Over one year ago we started the process of transforming Oracle into an e-business. We had to put every aspect of our business on the Internet because the world was about to change. And if we didn't move fast we would miss by far the biggest opportunity in business history.

Our internal computer systems used to be managed by separate IT departments in many different countries. That had to change. We needed to build a single, integrated global system to transform Oracle into an e-business. We transferred the world-wide responsibility for all of our data centers and our networks to Gary Roberts, who works for Gary Bloom. Responsibility for implementing our application software as a world-wide system at Oracle went to Mark Barrenechea and Ron Wohl. Mark and Ron are responsible for the development of our e-business suite of applications products. In addition, they now had to make their applications work at Oracle. And they're doing it. Our IT costs are down, and service levels are up. Gary, Gary, Mark and Ron are leading Oracle's transformation into an e-business. I cannot imagine a better team.

In the last year, we also had numerous changes in our applications

ORACLE CONFIDENTIAL

CA-ORCL 015556

NDCA-ORCL 018777

product development organizations. We used to have separate development organizations dedicated to vertical industries such as CPG. Those so called "best of breed" industry suites included products from companies like IMI and I2. This flawed strategy, which included Oracle developing around and selling our competitors products, has been abandoned. The separate vertical development groups were all integrated into Mark Barrenechea's and Ron Wohl's teams. The emphasis here is on the word integrated. The features necessary for us to compete in specific vertical industries have now been developed as an integrated part of our e-business suite. These management and organizational changes were key to the fantastic success - 61% growth in Q4 - of our applications business this past year.

The technology development groups were not immune to change either. We moved our email system under Bill Maimone, who works for Chuck Rozwat. Bill's team along with Gary Roberts' IT group implemented a global Internet based email system at Oracle. By next month, we will have gone from 97 email servers to 2 - and 1 extra for backup. We are saving a fortune, and while service levels are not perfect, they are far superior to our old client-server email systems. Bill and Gary doing a wonderful job with email.

Gary Kelley, who also works for Chuck, took over our Application Server development. Gary along with Andy Mendelsohn and Sohaib Abbasi just released our brand new Internet Applications Server - iAS. Our new application server is a grand improvement over the old product. Thanks go to Gary, Andy and Sohaib and their teams for doing such a wonderful job with iAS. No big changes in the database team. None were needed with Chuck Rozwat and Mike Rocha making continuous improvements. The new releases of Oracle8i insure our technology and market leadership in database for years to come. Our products have never been more competitive.

About two years ago, headquarters marketing moved to Mark Jarvis, who works for Gary Bloom. This year we reassigned all the marketing people around the world to Mark's team. That is, we globalized marketing just like we globalized IT. Everyone in marketing now works for Mark. We are consolidating all of the different web sites in all of the different countries so there is but one oracle.com - not 150. We are using the Internet to communicate a uniform message around the world. Customers in the United States, France, Brazil and Japan see the same Oracle and pay the same price for our products. Our developer programs and seminar series are the same all over the world. And they all exploit the Internet. Marketing costs are way down but leads and sales are up. Our developer program has nearly a million members. Mark and his team have found new and innovative ways to take advantage of the Internet. The changes in marketing have been huge and have impacted every country in which we do business. Already, these changes are paying huge dividends to Oracle.

The field organization - sales and consulting - has also seen lots of changes. Our European organization is now headed by Sergio Giacoletto who headed European consulting last year. Sergio's proven track record of providing high quality services to our clients make him the ideal choice to lead our European team. Also new last year is Ian Smith, the head of our largest subsidiary, Oracle UK. Ian Smith, who also has a service background, joins Jimmy Anidjar, Mario Bonzano, Bob Gordon, Wolfgang Jaeger and Hans Jarnik. This brilliant team will lead Europe to a great year. Derek Williams, who had a great year last year in Asia Pacific, will have another. Chikara Sano will continue his brilliant career at Oracle Japan. Our international management team is deep and proven. We can count on them for a record setting year.

ORACLE CONFIDENTIAL

The responsibility for selling and consulting in the Americas is split

among Jay Nussbaum, George Roberts, Sandy Sanderson and Frank Varasano. All of them delivered record results last year and are poised to do even better this year. After years of success in our government business, Jay Nussbaum's responsibilities were expanded to run a number of different service industries for Oracle. Jay responded to his new responsibilities with new successes and record margins. George Roberts along with Hilarie Koplow have been very innovative in using the Internet to demo and sell our software products. George's results in his general business unit set a record for any US field sales organization. Sandy Sanderson and his team did a great job in Latin America, and provided much of the technical support helping Frank Varasano's team win numerous exchange deals last year. Sandy is also changing our consulting business by introducing programs like 'five day financials.' This lets our customer get access to our applications products for a fixed price over a short, fixed schedule. That is helping us sell to smaller businesses than we have ever sold to in the past. It is also a key enabler for our Oracle Business Online ASP, now run by Tim Chou. With Tim in charge, Business Online is beginning to take off.

Support had planned to hire thousands of new people last year, and margins were expected to go down. Then we had a better idea. The new support management team, Gary Bloom and Ian Thacker, figured out how to use the Internet to improve customer satisfaction while at the same time eliminating the need to hire lots of additional support people. They are also using the Internet to reorganize our thousands of support analysts by product expertise rather than by geography. These changes immediately made the support organization more efficient. Support services improved quickly. And margins got better - not worse.

At the beginning of last year, education submitted a budget for 13% profit margins. Then Gary Bloom and John Hall took over. John globalized education and ran classes on the Internet. Product development got more involved in creating class content. Things got better fast. John delivered over 40% margins last year. He is shooting for 50% margins this year.

The administration of the company has also changed radically. No longer do the individual countries do their own purchasing, accounting, pricing, etc. All of this has been globalized under Jeff Henley. The sales approval process that used to go through layers of bureaucracy made up of hundreds of people now comes directly from sales to Safra Catz's team of four people. The approval process which used to take weeks now averages a few hours, and is always less than a day.

Safra Catz, Oracle's Chief of Staff, is helping me and every other senior manager look at every detail of our business, so we can standardize our business processes around the world, and make them more efficient. Safra's job is best described as helping all Oracle executives do their jobs better. She leads project teams to standardize our contracts and make them more customer friendly, globalize pricing, simplify and standardize compensation plans - the list is endless. She participates in our product planning and development meetings. She is helping make every aspect of our business better.

There has been tremendous change at Oracle this past year. People have changed the way they do their jobs, taken on new responsibilities, and new people have been added to the team. The changes are working. Oracle keeps getting stronger. And smarter. But we have lost people in the process. So, the question is, have all these management changes - in marketing, sales, support, consulting, development, IT, administration - created more problems then they solved? Have the changes put our business at risk?

ORACLE CONFIDENTIAL

CA-ORCL 015558

NDCA-ORCL 018779

No. Quite the opposite. Without these changes, we would have missed the biggest opportunity in the history of business. Right now our products are better than they every have been before. Our business processes are more efficient. And our new management team is one that has proven that we can work together closely - as a team. That team was responsible for bringing a stunning increase in success to Oracle this past year. That team will do it again this year. We have, right now, the best management team we have ever had at Oracle. That team is going to lead Oracle to its best year ever. It is going to be an amazing year. Stay tuned. Stay focused. That big bet we placed on the Internet five years ago - and all those management and organizational changes we made last year - are about to pay off big-time.

Larry

ORACLE CONFIDENTIAL

CA-ORCL 015559

NDCA-ORCL 018780

**Subject:** Re: [Fwd: [Fwd: Return Message: LEADERS CIRCLE - Oct 2 & 3, San Francisco]]
**Date:** Mon, 11 Sep 2000 08:30:38 -0400
**From:** Tony Kender <Tony.Kender@oracle.com>
**Organization:** Oracle Corporation
**To:** Jeff Henley <Jeff.Henley@oracle.com>
**CC:** "JHENLEY.US.ORACLE.COM" <JHENLEY@us.oracle.com>, "Westerdahl.Joyce" <JWESTERD@us.oracle.com>, Joel Summers <jsummers@us.oracle.com>, George Roberts <groberts@us.oracle.com>, Anthony Kavanagh <akavanag@us.oracle.com>, SJHAYDEN <SJHAYDEN@us.oracle.com>

Jeff, you are absolutely correct. I just wanted to make sure HR gets a mention in your presentation, as we are seeing much interest from CIO's and CFO's o the topic lately.

Best regards,

Tony

Jeff Henley wrote:

> Joyce can best articulate potential savings for HR/Payroll. Certainly a variety of self service offerings plus integrated payroll and hr offer a lot of savings. Also, click wrap for stock options and stock purchase are also valuable. One good example is comparing how many people we used to have in the payroll department and hr admin dept before we went to fidelity and then how many people we will have after we re-implement. Also, general HR headcount is reduced as well through self service.
>
> It isn't just about savings money, however. Typically self service improvements speed and convenience plus better information is available.
>
> Tony Kender wrote:
>
> > Jeff,
> >
> > I hope this email finds you well.
> >
> > Regarding your presentation on the Oracle cost savings as a result of using our own e-business suite, do you review the HR savings at all? This has been of interest to CIO's and CFO's that we have spoken to, as in the past it has been difficult to quantify hard dollar savings in HR, but you and Joyce have been able to do so.
> >
> > I believe this would drive interest in Oracle HRMS directly from your presentation.
> >
> > Best regards,
> >
> > Tony

ORACLE CONFIDENTIAL

CA-ORCL 015560

**Subject:** [Fwd: Return Message: LEADERS CIRCLE - Oct 2 & 3, San Francisco]
**Date:** Fri, 08 Sep 2000 10:07:47 -0500
**From:** Elizabeth Hornberger <Elizabeth.Hornberger@Oracle.com>
**Organization:** Oracle Corporation
**To:** nagvp_us@Oracle.com, naavp_us@Oracle.com

```
-------- Original Message --------
From: "ORAPOST" <ORAPOST>
Subject: Return Message: LEADERS CIRCLE - Oct 2 & 3, San Francisco
To: elizabeth.hornberger@oracle.com

The included message could not be delivered to the following invalid
mail names.  Please verify these names and try them again.

Bad name:  naavp
Bad name:  nagvp
```

---

**Subject:** LEADERS CIRCLE - Oct 2 & 3, San Francisco
**Date:** Fri, 08 Sep 2000 09:33:21 -0500
**From:** Elizabeth Hornberger <Elizabeth.Hornberger@Oracle.com>
**Organization:** Oracle Corporation
**To:** nagvp@Oracle.com, naavp@Oracle.com,
"Pignatelli,Corinne" <CPIGNATE@US.ORACLE.COM>,
barbara mccullen <bmcculle@Oracle.com>, mmiles@ca.oracle.com,
"Fielder,Lynn" <LFIELDER@US.ORACLE.COM>,
"Prasad,Theresa" <TPRASAD@US.ORACLE.COM>,
"Cordell,Donald" <KCORDELL@US.ORACLE.COM>,
"Randolph,Julie" <JRANDOLP@US.ORACLE.COM>

Please forward to your groups...Thanks! - Liz

********************

Dear Sales Reps,

As you may have heard Oracle is launching a new sales program called "Leaders Circle". This event replaces Key Club and VIP programs of the past.
In recognition of the fact that you have attended past Key Club events we would like to extend an invitation to you and your customers to this new program. Review and respond to the attached sendmail and follow these four easy steps:

1. Identify your prospects
2. Determine prospect's availability
3. Go online and register your prospect
4. Send prospects the enclosed email invitation and evite

ORACLE CONFIDENTIAL

In addition, if you'd like to have one-on-one meetings set up for your customers and Oracle executives, please contact us as soon as possible.

CA-ORCL 015561

Please feel free to write or call if you have any questions. We look forward to working with you.

**Oracle Launches "Leaders Circle" in San Francisco**
**October 2nd and 3rd**

**New field program aims to help close Q2 & Q3 business**

This fall, Oracle is launching a "new and improved" executive level customer program designed to help field sales close new business. Reminiscent of Keyclubs and VIP Club programs in the past, "Leaders Circle" will include many of the successful "high-touch" elements that our field executives have utilized in the past. Some of the elements include a half day full of rich content, the prestigious "Leaders Circle Golf Invitational," an elegant executive networking luncheon, and of course, one-on-one access to key Oracle executives.

The content focus will include appearances and keynote presentations from top Oracle executives such as Jeff Henley, Gary Bloom and Mark Jarvis, highlighting tips and techniques and lessons learned on how Oracle saved $1 billion dollars becoming an E-Business. We will also have guest speakers including some of Oracle's top customers and partners, and a special guest appearance from Larry Ellison.

This is a great opportunity to get your hot prospects closer to signing that deal. Space is limited so act now to make sure your customer does not miss out.

**Who Should Attend?**

Sales reps should invite customer and prospect decision makers (C-level executives, directors and project managers) that have decision authority for Q2 and Q3 sales. Target prospects are those deals in excess of $1M and/or recent customers who can benefit from an Oracle e-business update are also invited.

**Your Role**

(1) Invite current e-business customers and prospects meeting the above criteria
(2) Confirm your prospect/customer availability to attend
(3) Register your prospects/customers online
(4) Follow-up with your prospects/customers

**How Do You Register Your Customers?**

There's an easy 2 step process:

(1) Oracle sales rep registers customer/prospect via the web at http://www.oracle.com/openworld/forms/leaders.html

ORACLE CONFIDENTIAL

(2) Leaders Circle management team will confirm with sales rep and customer their registration is complete and information concerning hotel registration and events

CA-ORCL 015562

NDCA-ORCL 018783

Re: [Fwd: [Fwd: Return Message: LEADERS CIRCLE - Oct 2 & 3, San Francisco]]

* Note: Sales reps are invited to accompany their prospects/customers to the event and luncheon, if appropriate.

**Draft Agenda**

| | |
|---|---|
| *Sunday, October 1* | *The Palace Hotel* |
| 3:00 p.m. - 7:00 p.m. | Leaders Circle<br>Check-In Opens |
| ***Monday, October 2*** | ***The Palace Hotel*** |
| 7:30 a.m. | Leaders Circle<br>Check-In Opens<br>Continental Breakfast |
| 11:00 a.m. - 11:15 a.m. | Welcome<br>Mark Jarvis, SVP, Oracle |
| 11:15 a.m. - 12:00 p.m. | The E-Business Blueprint<br>Mark Jarvis, SVP, Oracle |
| 12:00 p.m. - 12:30 p.m. | Oracle's $1 Billion Savings<br>Jeff Henley, CFO and EVP, Oracle |
| 12:30 p.m. - 12:45 p.m. | Lunch Registration |
| 12:45 p.m. - 1:00 p.m. | Luncheon hosted by Gary Bloom |
| 1:00 p.m. - 1:45 p.m. | Leaders Circle Luncheon<br>Sponsored by Compaq Corporation<br>Keynote by Michael Capellas,<br>Chairman and CEO of Compaq |
| 1:45 p.m. - 2:15 p.m. | Acxiom Corporation<br>Charles D. Morgan,<br>Chairman and President<br>Oracle/Compaq Customer |
| 2:15 p.m. - 3:15 p.m. | Customer Panel Discussion |
| 3:15 p.m. - 4:00 p.m. | Q&A<br>Larry Ellison, Chairman and CEO<br>Oracle Corporation |
| ***Tuesday, October 3*** | ***The Presidio Golf Course*** |
| 6:00 a.m. | Transportation to the<br>Golf Tournament |
| 6:30 a.m. - 7:15 a.m. | Breakfast on the Green<br>Short Game Clinic by Andy North |
| 7:30 a.m. - 12:30 p.m. | Tournament |
| 12:30 p.m. - 1:15 p.m. | Lunch and Awards |
| 1:15 p.m. - 1:45 p.m. | Transport to Moscone (optional)<br>and The Palace |
| 2:00 p.m. - 3:00 p.m. | Reserved Seating<br>for LJE Keynote at OpenWorld |

ORACLE CONFIDENTIAL

CA-ORCL 015563

NDCA-ORCL 018784

**Compaq Sponsored Executive Networking Luncheon**

The Executive Luncheon is an excellent opportunity to have your prospects and customers learn from some of the most prominent IT and business professionals in the industry. Oracle will share tips and techniques on how to save $1 billion dollars deploying Oracle's E-Business Suite. Michael Capellas, CEO of Compaq, and most recently seen on the cover of Business Week Magazine as "Compaq's Rockin' Boss" will share insights on what the future of E-Business means to customers, partners and suppliers. The agenda provides real world examples of how customers have changed their business to become an e-business.

**The Leaders Circle Celebrity Golf Invitational**

The Leaders Circle Invitational with Andy North, the lead golf analyst for ESPN and Senior PGA Tour Rookie, will be held on Tuesday, October 3, 2000 at the Presidio Golf Course. As a "modified" scramble tournament, all players drive for every tee and select the best shot. The tournament will be followed by an awards luncheon. Great food, special prizes and a fantastic course is all you need to know about this tournament.

To tee up at the Presidio is to stand in the footsteps of giants. A National Historical Landmark, the Presidio was originally established by the Spanish as a military post in 1776. The U.S. assumed control in 1846 and operated an Army base there until the National Park Service took possession of the Presidio in 1995. Presidents, generals and even the great Babe Ruth have roamed Presidio's fairways. With the dedicated service and quality added by Arnold Palmer Golf Management, expect a Presidio experience nothing short of "Presidential".

Transportation will be provided to and from the Presidio and the Palace Hotel.

**Who to Contact?**

Questions? **Contact Catherine Ferandin at Oracle's Worldwide Marketing Programs,** 650.506.9298/ catherine.ferandin@oracle.com or Billi Jo Cary at 650.506.7000/ billi.jo.cary@oracle.com.

**Oracle OpenWorld**

ORACLE CONFIDENTIAL

Oracle OpenWorld 2000 will take place October 1-6, 2000 at the San Francisco Moscone Center. This year's conference is focused on offering attendees essential information on e-business solutions. Oracle OpenWorld is the worlds largest e-business technology conference and exhibition providing visionary keynotes, comprehensive technical, educational, and hands on training that is integral to future of the internet industry.

Oracle OpenWorld is the world's largest conference of Oracle e-business solutions with more than 400 technical, keynote, educational, and hands-on sessions. The conference brings together a unique group of Oracle customers, the industry's top analysts and technicians, and Oracle executives and senior product experts.

Oracle OpenWorld has extended complimentary registrations to participants in the Leaders Circle. Direct all your customers partners and prospects to

CA-ORCL 015564

NDCA-ORCL 018785

www.oracle.com/openworld

**Sample Invitation and E-vite**

Sales reps should cut and paste this sample invitation to send to their customers and prospects.

*Note - this copy includes a live URL link to an e-vite for your customers.*

********

You are cordially invited to join a select group of executives at Oracle's Leaders Circle in San Francisco at the Palace Hotel, October 1-2, 2000.

We open the first day of Leaders Circle with keynote presentations from Oracle's senior executives, including Larry Ellison and Gary Bloom, and Compaq's CEO, Michael Capellas. Day two, kicks off our prestigious Leaders Circle Golf Invitational at the Presidio Golf Course.

In addition to participating in the Leaders Circle, we invite you to be our guest at Oracle OpenWorld, the worlds largest e-business technology conference and exhibition providing visionary keynotes, comprehensive technical, educational, and hands on training that is integral to future of the internet industry.

We hope you can join us. Space for this event is very limited and is by invitation only. For more information on the event including complete agenda, visit: **http://www.oracle.com/events/lcevite/lc_evite.html**

Sales Rep Name

---------------------------------------------------------------------

Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065
U.S.A.

Tony Kender <Tony.Kender@oracle.com>
Vice President, HR Sales

**ORACLE CONFIDENTIAL**

**CA-ORCL 015565**

NDCA-ORCL 018786

**Subject:** ORACLE NUMBER ONE IN MANUFACTURING
**Date:** 10 Jul 2000 18:18:02 -0700
**From:** ORACLE MARKETING <mktg@us.oracle.com>
**Organization:** Oracle Corporation
**To:** Corporate Broadcast <SM3@us.oracle.com>

- What are we announcing?
- Why is this important?
- What are the key benefits of Oracle's B2B solution?
- Why should a customer buy these products?
- When will these products be available?
- Where can I get more information?
- What is in the Press Release?

## ORACLE NUMBER ONE IN MANUFACTURING!

Oracle is the world's premier supplier of business applications to manufacturers, as determined by Manufacturing Systems magazine's latest list of the Top 100 Software Providers 2000.

### WHAT ARE WE ANNOUNCING?

*Manufacturing Systems* magazine has determined that Oracle Corporation is now the number one provider of business applications to manufacturing organizations globally. In achieving this position, Oracle was able to leapfrog the incumbent, SAP, which is now ranked number two. This ranking was based on a survey conducted by Plant-wide Research evaluating software vendors who sell enterprise, supply chain management and plant operations software for automating business and production processes. The top five is rounded out by JDEdwards, Baan, and Invensys, which is in the process of purchasing Baan.

Back to top

### WHY IS THIS IMPORTANT?

Oracle was already the market leader in databases and is the number one supplier of e-business applications. This ranking demonstrates that Oracle is now the number one supplier of B2B applications to manufacturers as well. It also shows that Oracle's solutions have been tested and accepted in the marketplace and that manufacturers agree with the need to have an integrated, internet-enabled solution from a single supplier.

Back to top

ORACLE CONFIDENTIAL

CA-ORCL 015566

**WHAT ARE THE KEY BENEFITS OF ORACLE'S B2B SOLUTION?**

By leveraging the Internet, Oracle's Supply Chain and Manufacturing applications and Exchange B2B platform provide global visibility and facilitate instantaneous information exchange across the supply chain. Businesses can focus on fulfilling customer demand profitably by delivering high quality products in the shortest time and at the lowest cost.

■Back to top

---

**WHY SHOULD A CUSTOMER BUY THESE PRODUCTS?**

No other supplier can offer a more comprehensive manufacturing solution today than with Oracle's E-Business Suite 11i. Oracle's pre-integrated "out-of-the-box"manufacturing solution enables rapid implementation, either standalone or integrated with other Oracle applications from the E-business Suite.

■Back to top

---

**WHEN WILL THESE PRODUCTS BE AVAILABLE?**

The products that enable manufacturing are available NOW!

■Back to top

---

**WHERE CAN I GET MORE INFORMATION?**

**For the Business to Business Landing Pad, go to:**
http://www.oracle.com/start/b2b

**For more technical information on the products that make it happen, go to:**
http://www.oracle.com/appsnet

**For press release information, go to:**
http://www.oracle.com/cgi-bin/press/pr.cgi

**For product information, go to:**
http://products.us.oracle.com
Scroll to E-Business Suite, Select Supply Chain Management

**For a copy of this story, go to:**
http://www.manufacturingsystems.com/software_finder/top100.asp

■Back to top

ORACLE CONFIDENTIAL

CA-ORCL 015567

NDCA-ORCL 018788

**WHAT IS IN THE PRESS RELEASE?**

**ORACLE TAKES # 1 SLOT FROM SAP IN MANUFACTURING SYSTEMS TOP 100**

The eighth annual Manufacturing Systems Top100 software list is out and it has Oracle written all over it. Hot off the presses, the publication?s eagerly awaited ranking has Oracle on top as the number one applications vendor to manufacturing companies. Oracle attained the number one position for the first time on the listing, based on revenue associated with sales to manufacturing companies estimated at $2.7 billion. SAP which held the top spot for the last five years, fell to second place, with revenues associated with sales to manufacturing companies estimated at $2.59 billion. The ranking is based in part on research from Plant-Wide Research Corp, a leading industry analyst firm that recently named Oracle the number one vendor in the mission critical applications software market. By leveraging the Internet, Oracle's award winning Supply Chain and Manufacturing applications provide global visibility and facilitate instantaneous information exchange across the supply chain.

Back to top

Oracle Marketing

ORACLE CONFIDENTIAL

**Subject:** **Re: ARINSO HRMS PARTNER RELEASE**
**Date:** Mon, 11 Sep 2000 12:19:00 -0700
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Stephanie Baker <stephanie.baker@oracle.com>
**CC:** "Summers,Joel" <JSUMMERS@US.ORACLE.COM>, "Milstead,Nicole" <NMILSTEA@US.ORACLE.COM>, "Tillman,Glen" <GTILLMAN@US.ORACLE.COM>

Stephanie,

The ARINSO release looks great. A minor suggestion for "my" quote (changes marked in green):

Joel Summers, senior vice president, Oracle HRMS development, recognizes Arinso's new Oracle HRMS service offering as an affirmation of the leadership role of the Oracle HRMS solution within the marketplace. "Arinso is a very focused, successful services organization dedicated strictly to the HR marketplace. They clearly understand e-HR solutions and the increasing demand for integrated global workforce management, and their capacity to apply their expertise to these areas . Arinso embracing Oracle HRMS is a testament to our solution as an e-HR or Business-to-Employee offering and to the fact that the ecosystem around our solution continues to expand with increased market adoption."

Stephanie Baker wrote:

> Joel--
> Attached is draft of an ARINSO release highlighting their new Oracle HRMS practice. They have asked that we provide an executive quote from you at the tail end of the release. They plan to distribute the release on Tuesday the 26th at the HR Tech show!
>
> Thanks Joel....
> Steph
>
> ------------------------------------------------------------------------
> Name: arinso2.doc
> arinso2.doc Type: Microsoft Word (application/msword)
> Encoding: base64

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015569

Re: ARINSO HRMS PARTNER RELEASE

ORACLE
CONFIDENTIAL

CA-ORCL 015570

2

NDCA-ORCL 018791

**Subject:** Re: Customer Press Release
**Date:** Mon, 11 Sep 2000 12:23:43 -0700
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Stephanie Baker <stephanie.baker@oracle.com>, "Tillman,Glen" <GTILLMAN@US.ORACLE.COM>

Stephanie,

Looks great as is.

Thanks!

Joel

Stephanie Baker wrote:

> Joel--
> Attached for your approval is a go live press release on HRMS customer
> Xilinx. It's fairly straightforward with a great quote from the HRIS
> manager. I've also included an exec quote from you at the end. We are
> currently getting release approvals from Xilinx and would like to get
> this out within the next three weeks......
>
> Many thanks--
> Steph
>
> ---
> Name: xilinx_v1.doc
> xilinx_v1.doc Type: Microsoft Word (application/msword)
> Encoding: base64
> Download Status: Not downloaded with message

---

Joel Summers <joel.summers@oracle.com>
VP. Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

**Subject:** **Re: Urgent - Gartner mobile demo**
**Date:** Thu, 21 Sep 2000 19:12:07 -0700
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Alvin Roussel <alvin.roussel@oracle.com>
**CC:** Anna Wong <ASWONG@US.oracle.com>

Alvin, Anna,

Thanks very much for your efforts on providing Dave's mobil demos. After reviewing them, unfortunately, these are Dave's test sessions with OU to provide a professional video capture of mobil demos. They are not actually the demos of any of the HRMS related apps - which he has evidently not re-filmed. Dave provided me with a URL of his self-serve filmed demo which I displayed for Gartner. The link is http://ukp13886.uk.oracle.com:16958/ramgen/hrms_mobile1.rm . While it would be better to have the professional version - this will have to do. Any assistance in zipping this appreciated.

Thanks,

Joel

PS (I know, Alvin, you are saying, "Why the hell didn't you provide me the URL in the first place." )

Alvin Roussel wrote:

> I've pushed a file mobile.zip to /hrtops. Please unzip it somewhere and liaise with Joel. It has three real player files in it that you should be able to play. Joel needs to review, then he may agree that we can send one (or all) of these files to Gartner. They might be too big for a flopped even when zipped individually; we might need to cut a CD.
>
> I've voicemailed Joel with this info - he should have any other info we might need (like what the hell this is all about :)
>
> Alvin

| Joel Summers <joel.summers@oracle.com><br>VP, Global HRMS Development<br>Oracle Applications<br>HRMS Development |
|---|

ORACLE CONFIDENTIAL

CA-ORCL 015572

NDCA-ORCL 018793

Re: Urgent - Gartner mobile demo

ORACLE
CONFIDENTIAL

CA-ORCL 015573

2

NDCA-ORCL 018794

**Subject:** Re: [Fwd: Canadian ASPs Hosting Oracle's ERP Apps]
**Date:** Wed, 17 Jan 2001 17:59:25 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Leslie Rubin <leslie.rubin@oracle.com>
**CC:** Steve Miranda <steven.miranda@oracle.com>, "NIAZI,UZAIR" <UZAIR.NIAZI@ORACLE.COM>

Leslie,

I am also not aware of any 'Canadian' ASPs for Oracle apps. Uzair, do you know of any?

Regards,

Joel

Steve Miranda wrote:

> I am not aware of any, but the question itself doesn't make much sense.
> Oracle Business on Line can host Canadian customers - it doesn't have to be in
> Canada - that is the point of ASPs, it doesn't matter where they are.
>
> Thanks,
> Steve
>
> Leslie Rubin wrote:
>
> > Hi Joel, Steve:
> > Can you offer any comments or suggestion for the following Gartner
> > analyst question? Thanks! Leslie
> >
> > ------------------------------------------------------------------------
> >
> > Subject: Canadian ASPs Hosting Oracle's ERP Apps
> > Date: Wed, 17 Jan 2001 12:00:47 -0500 (EST)
> > From: mary.knox@gartner.com
> > To: leslie.rubin@oracle.com, wendy.chan@oracle.com
> >
> > Dear Leslie and Wendy,
> >
> > Here is my question:
> >
> > Who are the Canadian ASPs (if any) hosting Oracle's ERP
> > applications (HRMS, finance, and/or treasury) for banks in
> > Canada?
> >
> > Any information identifying the ASPs (whether bank specific or
> > not), their contact information and current clients would be
> > very helpful. I have an initial target date of tomorrow noon --
> > any initial information you can forward to me by then would be
> > immensely helpful.
> >
> > I can be reached either through email or at 919-384-1500 x 206.
> >
> > Thanks, Mary.
> >
> > -------------------------------------------------------------
> > Reference #: 804-271-5
> > From: Mary Knox
> > Phone: 203-316-1288

ORACLE CONFIDENTIAL

CA-ORCL 015574

NDCA-ORCL 018795

```
> > Fax:
> > ---------------------------------------------------------------------
> > Attachments: (Total: 0)
> >
> > ---------------------------------------------------------------------
> >
> >                  CONFIDENTIALITY/PROPRIETARY NOTE
> > The document accompanying this transmission contains information
> > from GartnerGroup, Inc. which is confidential, proprietary or
> > copyrighted and is intended solely for the use of the individual
> > or entity named on this transmission.  If you are not the
> > intended recipient, you are notified that disclosing, copying,
> > distributing or taking any action in reliance on the contents of
> > this information is strictly prohibited.  This prohibition,
> > includes, without limitation, displaying this transmission, or
> > any portion thereof. on any public bulletin board.  If you are
> > not the intended recipient of this document, this document
> > should be returned to GartnerGroup, Inc. immediately.  Please
> > contact GartnerGroup so that we can arrange for the return of
> > this transmission to us at no cost to you.
> >
> >  ----------------------------------------------------------------------
> >
> >  Leslie Rubin <leslie.rubin@oracle.com>
> >  Manager
> >  Industry Analyst Relations, Applications
> >  Worldwide Marketing
> >
> >  Leslie Rubin
> >  Manager                                    <leslie.rubin@oracle.com>
> >  Industry Analyst Relations, Applications
> >  Worldwide Marketing
> >  500 Oracle Parkway                         Fax: 650-506-7598
> >  Redwood Shores                             Work: 650-506-8159
> >  CA
> >  94065
> >  USA
> >  Additional Information:
> >  Last Name      Rubin
> >  First Name     Leslie
> >  Version        2.1
```

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015575

**Subject:** **Re: Yahoo - Oracle(R) Goes Into Q4 With Over 30 New HRMS Customers**
**Date:** Mon, 26 Mar 2001 10:44:28 -0500
**From:** Tony Kender <tony.kender@oracle.com>
**To:** Lisa Hammack <lisa.hammack@oracle.com>
**CC:** hrsales_us <hrsales_us@oracle.com>, hrsc_us <hrsc_us@oracle.com>, George Roberts <George.Roberts@oracle.com>, "SUMMERS, JOEL" <JOEL.SUMMERS@oracle.com>

Lisa,

Fantastic job! I know how hard you worked to make this happen.

Tony

Lisa Hammack wrote:

> FYI - Please see Press Bullet below that went out this morning. All of these customers are 11i with the exception of Humana Healthcare who went live on 11.03 on January 1st. A little Information about each:
>
> Agilera - In E-Leaders program - Went live on HR and payroll with a two week implementation in the Fall.
>
> ATA - Now officially in E-Leaders program, will be hosting site visits with an Oracle Showcase in Early May.
>
> CMGI - 4700 employees, live in US and Europe. Upgraded from 11.03 to 11i in February, this is the only account I would not use as a reference at this time. With the upgrade they also brought on new billing system and CRM.
>
> Humana - 15,500 employees, live on 11.03 HR and Payroll as of Jan 1, 2001.
>
> Kelly Staff Leasing - In E-Leaders program - currently rolling out HRMS System to eventually support over 10,000 employees managed through staff leasing.
>
> Pemco Aviation Group - 1100 employee company, HR and Payroll stand alone account with complicated Union and PTO plans.
>
> Sageo - Spin off of Hewitt and Associates, Live on 11i in January 2001 with 171 employees. Could have chosen to stay on PeopleSoft system which was parent company standard but chose to go with the only truly integrated suite of applications - Oracle.
>
> Let me know if you have any questions.
>
> Lisa

ORACLE CONFIDENTIAL

http://biz.yahoo.com/prnews/010326/sfm032.html

YAHOO! FINANCE Finance Home - Yahoo! - Help PR NEWSWIRE

[ Latest Headlines | Market Overview | News Alerts ]

**Monday March 26, 9:00 am Eastern Time**

**Press Release**

*SOURCE: Oracle Corp.*

**Related Quotes**
ORCL 16.32 +0.4450
delayed 20 mins - disclaimer

# Oracle(R) Goes Into Q4 With Over 30 New HRMS Customers

REDWOOD SHORES, Calif., March 26 /PRNewswire/ -- ( http://www.oracle.com/tellmemore/?636261 ) Over 30 new customers have gone live on Oracle® Human Resource Management System in the past three months to drive workforce optimization, improve internal efficiencies and achieve enterprise access to business intelligence. The latest customers to recognize the power of the HRMS components of Oracle's E-Business Suite include, Agilera (HR and Payroll), ATA (Oracle Advanced Benefits), CMGI, Inc. (HR and Self-Service), Humana Inc. (HR and Payroll), Kelly Staff Leasing (HR, Payroll, Self-Service and Oracle Advanced Benefits), Pemco Aviation Group (HR and Payroll), Sageo LLC (HR and Self-Service). These customers and others continue to choose Oracle's integrated HRMS offering to meet their goals of workforce optimization, reduction of administrative tasks, and improvement of customer interaction and satisfaction, three major objectives of ``Business to Employee'' (B2E) E-Business transformations.

NOTE: Oracle is a registered trademark of Oracle Corporation (Nasdaq: ORCL - news).

*SOURCE: Oracle Corp.*

Email this story - Most-emailed articles - Most-viewed articles

**More Quotes and News:** Oracle Corp (NasdaqNM:ORCL - news)
**Related News Categories:** computers, internet, software

ORACLE CONFIDENTIAL

Re: Yahoo - Oracle(R) Goes Into Q4 With Over 30 New HRMS Customers

Search News Help

Copyright © 2001 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service

Copyright © 2001 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

Questions or Comments?

ORACLE CONFIDENTIAL

CA-ORCL 015578

3

NDCA-ORCL 018799

**Subject:** **[Fwd: Analyst tour presentation draft 3]**
**Date:** Mon, 26 Mar 2001 16:41:13 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Watson,Robert" <ROBERT.WATSON@ORACLE.COM>

Try again

Joel

---

**Subject:** **Analyst tour presentation draft 3**
**Date:** Mon, 26 Mar 2001 10:05:01 -0800
**From:** Glen Tillman <Glen.Tillman@oracle.com>
**Organization:** Oracle Corporation
**To:** "SUMMERS,JOEL" <JOEL.SUMMERS@oracle.com>, LESLIE_RUBIN <LESLIE.RUBIN@oracle.com>, "Milstead,Nicole" <NICOLE.MILSTEAD@oracle.com>
**CC:** "Hayden,Susan" <SUE.HAYDEN@oracle.com>

All,
Here's the 3rd draft of the analyst tour presentation for our review meeting this afternoon. It is still missing the release plan slides which Joel will provide.

Glen

--
Glen Tillman
Product Marketing Manager
Oracle Worldwide Marketing
(650) 506-2621

---

| analyst-tour_ppt_v3.zip | **Name:** analyst-tour_ppt_v3.zip<br>**Type:** Zip Compressed Data (application/x-zip-compressed)<br>**Encoding:** base64 |
|---|---|

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE CONFIDENTIAL

CA-ORCL 015579

NDCA-ORCL 018800

[Fwd: Analyst tour presentation draft 3]

ORACLE CONFIDENTIAL

CA-ORCL 015580

NDCA-ORCL 018801



ORACLE
SOFTWARE POWERS THE INTERNET℠

ORACLE
CONFIDENTIAL

CA-ORCL 015581

NDCA-ORCL 018802

# Agenda

- Customer/Organization Update
- Business-to-Employee (B2E)
- Oracle HRMS: Enabling the B2E Transformation
- Release 11i Highlights
- Key B2E Initiatives

CA-ORCL 015582
ORACLE CONFIDENTIAL

NDCA-ORCL 018803

# Oracle HRMS: Organized for Success

## HRMS Business Expertise

- Strong partnership between sales, marketing, development, and consulting
- 765 HR-focused Oracle employees
  - 350 HRMS Developers, deployed globally
  - 340 HRMS Consultants
  - Intensified dedicated U.S. HRMS sales organization - 75 today

## Success

- 1800+ HRMS customers in 60+ countries
- 1000+ HR/PR customers in NA
- 34 LIVE 11i customers (200 Live E-Bus Suite)
  - 29 US
- 90 OAB current installs
  - 5 live
- 200 customers went through YE '00 payroll - up from:
  - '98-37
  - '99-133+

ORACLE CONFIDENTIAL

CA-ORCL 015583
NDCA-ORCL 018804

# Significant FY'01 Wins

- Agility Communications
- Amber Networks
- American General Financial Group
- AMLI International
- ART Technology
- BBSR
- Belkin Components
- Bimbo Bakeries
- Brigade
- Broadvision
- C2Media
- Caspian Networks
- Central Arizona Water Conservation Department
- Certicom
- Chasecom
- CTEC
- Eagle Global Logistics
- Exodus
- Far and Wide Travel
- Finisar
- Giant Loop Network
- Knowles Electronics
- Laclede Gas
- Life Care Services
- Linbeck Construction
- Markwins
- Mastec, Inc
- Metiom
- NBCi
- Net.com
- Now Foods
- OCLI
- Optical Micro Machines
- Outpost.com
- Qsent.com
- Redback Networks
- RLX Technologies
- SAS Institute
- Scios Inc
- Southern Energy
- Terabeam Networks
- Third Federal Savings
- Universal Access
- University of Chicago Hospital
- Viant
- ViaSource

ORACLE CONFIDENTIAL

ORACLE

CA-ORCL 015584

NDCA-ORCL 018805

# Representative HRMS Live 11i Customers

*as of 3.01.01*

**Agilera*
Agility Communications
Airprime
American Bureau of Shipping
American Power Conversion
**American Trans Air*
Bank First
Blue Circle (UK)
CMGI
**Chipotle*
Curl Corporation

Empirix
Firepond
GCHQ (EMEA)
Giant Loop
**Hostcentric*
Hutchingson
Innogy (EMEA)
**Kelly Staff Leasing*
Kleinfield
Legerity
Liberty Mutual
Loudcloud
PacWest

Portal Software
Sageo
Select Medical
Telianet (EMEA)
Viasource
Virtual Ink
Vodafone (UK)
World Source 360
**Pemco Aviation Group*
Retek

*Reference Program Customers

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015585
NDCA-ORCL 018806

# US HRMS Customer Growth

- From # 19 to # 3 in market share since FY-95
- 72% license growth year end'00 over year end'99
- 100%+ growth globally from Q1-00 to Q1-01
- 700%+ growth US Q2-01 over Q2-00

ORACLE CONFIDENTIAL
CA-ORCL 015586
NDCA-ORCL 018807

# What is B2E?

**B2E is the automation of the entire business-to-employee relationship *via the Internet* to achieve dramatic productivity gains and to optimize the workforce for maximum ROI.**

ORACLE CONFIDENTIAL
CA-ORCL 015587

ORACLE

NDCA-ORCL 018808

# R11i E-Business Suite

*The Only Complete, Integrated, Global Application Offering in the Industry*

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015588
NDCA-ORCL 018809

# B2E Across the E-Business Suite:
## *Self-Service Automation*

Employee Data
Project/Time and Labor
Procurement
Benefits Enrollment
Purchasing
Manage Employee Events
Expense Reporting
Workflow
Career Management
Travel Management
ORACLE
Welcome, VP of HR
ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015589
NDCA-ORCL 018810

# B2E Across the E-Business Suite:
## *Business Intelligence*

Compensation as % of Operating Costs
Benefits costs vs Financial Budget
Revenue by Employee
Turnover by Location
Recruiting Costs by Job
Cost of Sales per ee
Cost of Training by Dept
Customer Satisfaction by Location
ORACLE
Welcome, VP of HR
Workflow
Production per Employee
Resource Utilization
Performance/Time Spent in Training
Productivity by Skill Level

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015590
NDCA-ORCL 018811

# B2E Across the E-Business Suite:
## *Roles-Based*

C-Level Executives
Employees
HR Professionals
Facility Managers
Line Managers
CRM Managers
Sales Managers
Project Managers
Workflow
Third Party Providers
Applicants
Purchasing Managers
Customers
ORACLE
Welcome, VP of HR

ORACLE CONFIDENTIAL
CA-ORCL 015591
NDCA-ORCL 018812

# B2E Across the E-Business Suite:
## *Knowledge Delivery*

ORACLE CONFIDENTIAL
CA-ORCL 015592
NDCA-ORCL 018813



ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015593

NDCA-ORCL 018814



# HRMS Product Family

Oracle HRMS
Payroll
Advanced Benefits
Time Management
Business Intelligence
Vertical Extensions
ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015594




ORACLE
CONFIDENTIAL

CA-ORCL 015595

# Human Resource Intelligence

Enterprise Data Warehouse

or

Oracle Applications Operational Data

Individual Web Access

Measures & Targets

Management View:
Trends & Actuals

Analyst View:
Detailed Analysis

Metadata for
Business Views

Pre-configured Data Access

Summarized Enterprise Data

Detailed Transactional Data

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015596
NDCA-ORCL 018817

# Global B2E Functionality

- Internet design
- Localizations
- Languages
- Multi--currency

... in a single solution

ORACLE
CONFIDENTIAL
CA-ORCL 015597

ORACLE



# HRMS Global/Local Approach

Local Reporting
Statutory Rules
Cultural Processes
Global Core
ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015598

NDCA-ORCL 018819

# HRMS Local Extensions



ORACLE
CONFIDENTIAL

CA-ORCL 015599

NDCA-ORCL 018820



HRMS
Release 11i
Highlights
ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015600

NDCA-ORCL 018821

# Release 11i HRMS Overview

- 3rd generation of 100% Internet solutions
- Next evolution of self-service solutions
- Enhanced usability; new professional UI
- Hosted & delivered deployment
- Open
- Configurable/Extensible
- Upgradeable
- Flexible People Management
- Taskflow / Workflow: notification, routing, approvals

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015601
NDCA-ORCL 018822

# Open

- Published Data Model
- 100+ inbound Application Programming Interfaces (APIs)
- The 'Data Pump'
- 100+ outbound Views
- HR-XML Consortium Charter Membership

ORACLE
CONFIDENTIAL
CA-ORCL 015602

ORACLE

NDCA-ORCL 018823

# Configurable / Extensible

- Add new fields without programming:
  - Flexfields, SITs, EITs
- Add new rules without programming:
  - Fast Formula
- Tailor User Interface 'Look and Feel'
  - Professional & Self-service UIs
- Configure HR Processes
  - Taskflow / Workflow: notification, routing, approvals
  - People Manager

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015603

NDCA-ORCL 018824

# Upgradeable

- 11i: Evolutionary Enhancement
  - Quarterly, cumulative feature releases
  - Product and Family level updates
- Extension through configuration = Upgradeability




ORACLE

NDCA-ORCL 018825



# HRMS

# Release Strategy

**place holder**

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015605

# Release 11i HRMS Highlights

- Professional Interface Updates
- Flexible People Management
- Benefits Administration
- Payroll
- Training Administration
- Enterprise Time
- Public Sector

ORACLE CONFIDENTIAL
CA-ORCL 015606

ORACLE

NDCA-ORCL 018827

# Demo 1

- People Manager
- New SSHR UI
- HR Intelligence
- Benefits (GeoAccess, Knowledge Deliv.)

ORACLE CONFIDENTIAL
CA-ORCL 015607

ORACLE

NDCA-ORCL 018828



ORACLE
CONFIDENTIAL

CA-ORCL 015608

# Key B2E Initiatives

- Knowledge Delivered Through Portal
- iRecruitment
- Enterprise Time & Labor
- Compensation Workbench
- Mobile HRMS

ORACLE
CONFIDENTIAL
CA-ORCL 015609

ORACLE

NDCA-ORCL 018830

# Knowledge Delivered Through Portal

- Configurable to specific roles, positions, and individual people
- Access related applications
- Just-in-time education
- Unified view

ORACLE

ORACLE CONFIDENTIAL

# Knowledge Delivery / Dynamic Content

- Two Knowledge Delivery categories
  - Broad-based information (portal delivery)
  - Dynamic Content - 'Content in Context'
- Two Dynamic Content styles
  - Partner Links (net link to partner site)
  - Embedded content (local structured data)
- Notes:
  - Limited partnerships per area
  - Dynamic content technology: Professional UI 'Pipe' complete

ORACLE
CONFIDENTIAL

CA-ORCL 015611

NDCA-ORCL 018832

# Knowledge Delivery Partners: Embedded

- Skillscape
- PDI
- Saratoga Institute
- E&Y
- RIA
- Authoria (embedded as well)
- GeoAccess

ORACLE
CONFIDENTIAL
CA-ORCL 015612

ORACLE

NDCA-ORCL 018833

# *i*Recruitment

## *End-to-End Recruitment Automation*

### Budget

- Establish plans
- Define requirements
- Set up job openings

### Hire

- Manager *i*Recruitment
- Candidate Recruitment Center
- College Recruitment Center
- Recruiter Self-Service

### Hiring Analysis

- Time to Fill
- Cost per Hire

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015613

NDCA-ORCL 018834

# *i*-Recruitment

- End to End Recruitment Automation (Budget -> Hire -> Hire Evaluation)
- Four Major Focus Areas:
  - Manager *i*-Recruitment
  - Candidate Recruitment Center
  - College Recruitment Center
  - Recruiter Self-Service

NDCA-ORCL 018835
CA-ORCL 015614
ORACLE CONFIDENTIAL

# Enterprise Time & Labor

Time worked by employees and contractors can drive your business and future profitability through OETL's ability to:

- Capture time via any method
- Store data in a central repository
- Retrieve time data for use by any application
- Access data when you need it

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015615

NDCA-ORCL 018836

# Enterprise Time & Labor

- Self Service entry for employee, contractor and/or timekeeper
- Rapid batch time entry for timekeeper
- Highly configurable timecard
- Parallel or serial approvals
- Multiple application approvals
- Disconnected entry via spreadsheet entry
- PDA support

CA-ORCL 015616
ORACLE CONFIDENTIAL

NDCA-ORCL 018837

# Compensation Workbench

- Line Manager self-service compensation management.
- Focus
  - Salary Increases
  - Stock Options
  - Bonuses
- Plan design through professional user interface
- Automated Workflow approvals process

CA-ORCL-015617
ORACLE
CONFIDENTIAL

ORACLE

NDCA-ORCL 018838

# Mobile HRMS

- Notifications
  - Approvals
  - Alerts
  - HR Intelligence Key Performance Indicators
- Workforce Directories
- Selected self-service
  - Pay / Deposit Advices
  - Leave requests
  - Absence recording
  - Demographic changes

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015618
NDCA-ORCL 018839

# Demo 2

- OTC
- iRecruitment
- Comp. Workbench

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015619

NDCA-ORCL 018840



ORACLE
SOFTWARE POWERS THE INTERNET

ORACLE
CONFIDENTIAL

CA-ORCL 015620

NDCA-ORCL 018841

Analyst stuff

**Subject:** **Analyst stuff**
**Date:** Tue, 27 Mar 2001 17:29:08 +0100
**From:** Jackie Penticost <Jackie.penticost@oracle.com>
**Organization:** Oracle Corporation
**To:** Joel.Summers@oracle.com

I have set up a Group folder entitled HRMSPM-Public on files.us.oracle.com. It has all the latest and greatest information, downloadable. But in case you aren't a registered user (some hope) here are the links to all my latest stuff presented at the APAC Conference, plus quite a lot more. Position control has a ppt, a white paper with Dinesh's assistance, viewlets etc.(see I AM a product manager!)

I also re-did the localization graphics in the localization overview to impress analyst types.

http://uknt1030.uk.oracle.com/user/prp/apac.html

| Jackie Penticost <jpentico@uk.oracle.com> |
|---|

ORACLE CONFIDENTIAL

CA-ORCL 015621

NDCA-ORCL 018842

**Subject:** more analyst stuff
**Date:** Tue, 27 Mar 2001 18:10:15 +0100
**From:** Jackie Penticost <Jackie.penticost@oracle.com>
**Organization:** Oracle Corporation
**To:** Joel.Summers@oracle.com

Peoplesoft FUD. Hate to say it, but rather a decent summary from Bob Greene. Also, we found out at APAC that Psft crystal reporting not web enabled.

Also, please find attached exec summary of first datawarehouse deliverables-if we are looking to announce exciting stuff, then data warehouse is out end march, just not demoable as they haven't yet built Discoverer front end on it. See also Business intelligence ppt on apac web site I sent you earlier.

Enjoy.

Jackie

---

| | |
|---|---|
| PS FUD.zip | **Name:** PS FUD.zip<br>**Type:** Zip Compressed Data (application/x-zip-compressed)<br>**Encoding:** base64 |

| | |
|---|---|
| hri_func_edw_workforce_planning_summary.zip | **Name:** hri_func_edw_workforce_planning_sumr<br>**Type:** Zip Compressed Data (application/x-zip-compressed)<br>**Encoding:** base64 |

| |
|---|
| Jackie Penticost <jpentico@uk.oracle.com> |

ORACLE CONFIDENTIAL

CA-ORCL 015622

NDCA-ORCL 018843

# Competitive Update

# Oracle HRMS Sales Meeting

# October 11, 2000

# Bob Greene

NDCA-ORCL 018844

CA-ORCL 015623

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.   

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

- Internet "Integration" ("Application Messaging")
  - "Benefits Community"
  - HRMS "Integration" w/Financials/Supply Chain Management
  - HRMS and Budgets "Integration"/Position Budgeting
  - HR/Travel Expenses
  - Time and Labor "Integration"
  - Expenses/North American Payroll
  - "Integration:" Payroll/Payables
- What is PPS application messaging?
  - PPS's application messaging appears to be a selective mix of (XML) application messaging, data extract utilities, and publish and subscribe packages.

NDCA-ORCL 018845

CA-ORCL 015624

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

- "Internet Integration" ("Application Messaging")
  - What is the good news for OHRMS?
    - These areas are NOT REALLY INTEGRATED! They are only interfaced. *(PPS competitive DISADVANTAGE to both SAP and Oracle.)*
    - The applications linked and technologies used are always SELECTIVE -- a given client's hot button integration issues may not be addressed at all, or in a way that meets the client's needs.
  - What is the bad news for OHRMS?
    - In theory, this approach allows different PeopleSoft components to exist on different instances, release levels, and/or tech stacks. *(PPS competitive ADVANTAGE to both SAP and Oracle.)*

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL
CA-ORCL 015625
NDCA-ORCL 018846

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

- "100 new panels for employee, manager and applicant self-service," to:
  - report time
  - enter expenses
  - enroll in benefits
  - view assets
  - view/update payroll information
  - view stock options
  - view career options
  - enroll in a training class
  - update basic demographic data
  - change assignment statuses
  - make salary changes with group comparisons
  - view compensation history

Copyright © Oracle Corporation, 2000. All rights reserved. ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015626
NDCA-ORCL 018847

## PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

- "100 new panels for employee, manager and applicant self-service," to:
  - create a job requisition
  - view employee options holdings
  - view job postings
  - inquire on paychecks and history
  - manage voluntary deductions
  - manage direct deposits
  - request W-2 replacement
  - enroll in benefits
  - view applicants
  - review screened applicants
  - request offer letters

NDCA-ORCL 018848

CA-ORCL 015627
ORACLE
CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE



# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

- **"100 new panels for employee, manager and applicant self-service," to:**
  - manager actions include:
    - **profit and loss reporting,**
    - **time,**
    - **compensation,**
    - **recruitment,**
    - **employment status changes**
  - managers can 'generate a list' of those who report to them and view data for those employees (???)

ORACLE
CONFIDENTIAL

NDCA-ORCL 018849

CA-ORCL 015628

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE



# PeopleSoft 8: Globalization - It's More than Just Flag Icons

## The Fundamentals:

- Oracle's global solution uses:
  - one set of core code
  - one global rules engine, and
  - one instance

... for a true "one-world" global solution.

- Compare to PPS's MISH-MASH of legacy, US, & European systems on different code trees.
- Oracle has a "go-anywhere" HRMS policy to allow unlocalized global HRMS engines for HR, payroll, OTA, OTM and self-service to be used anywhere in the world with full customer extensibility.

NDCA-ORCL 018850

CA-ORCL 015629

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

# PeopleSoft 8: Globalization - It's More than Just Flag Icons

## The Americas:

| Country | Oracle HR | Oracle Payroll | PPS 8 HR | PPS 8 Payroll | SAP HR | SAP Payroll |
|---|---|---|---|---|---|---|
| USA | Yes | Yes | Yes | Yes | Yes | Yes |
| Canada | Yes | Yes | Yes | Yes | Yes | Yes |
| Mexico | No | No | Sells Unlocalized | No (Legacy) | Yes Since 4.5b | Yes Since 4.5b |
| Brazil | No | No | Sells Unlocalized | No (Legacy) | Yes | Yes |
| Argentina | No | No | Sells Unlocalized | No (Legacy) | Unknown | Unknown |
| Puerto Rico | Yes | Consult Solution | Yes | Yes | Yes | Yes |
| Cayman Islands | Yes | Consult Solution | Unknown | Unknown | No | No |
| Panama | Yes | Consult Solution | Unknown | Unknown | Unknown | Unknown |

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL

CA-ORCL 015630

NDCA-ORCL 018851

# PeopleSoft 8: Globalization - It's More than Just Flag Icons

## Europe:

| Country | Oracle HR | Oracle Payroll | PPS 8 HR | PPS 8 Payroll | SAP HR | SAP Payroll |
|---|---|---|---|---|---|---|
| UK | Yes | Yes | Yes | No (Q4, 2000) | Yes | Yes |
| Germany | June, 2001 | June, 2002 | Yes | December, 2001 | Yes | Yes |
| France | Yes | June, 2001 | Yes | June, 2001 | Yes | Yes |
| Italy | Yes | No | June, 2001 | June, 2001 | Yes | Yes |
| Spain | No | No | June, 2001 | June, 2001 | Yes | Yes |
| Netherlands | June, 2001 | No | Yes | June, 2001 | Yes | Yes |
| Belgium | Yes | No | Yes | June, 2001 | Yes | Yes |
| Switzerland | Partner Solution | Partner (10.7) | December, 2000 | December, 2000 | Yes | Yes |
| Denmark | Partner Solution | Partner Solution | Unknown | No | Yes | Yes |
| Hungary | Partner Solution | Partner Solution | Unknown | No | Yes | Yes |

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL

CA-ORCL 015631

NDCA-ORCL 018852



# PeopleSoft 8: Globalization - It's More than Just Flag Icons

## Middle East and Africa:

| Country | Oracle HR | Oracle Payroll | PPS 8 HR | PPS 8 Payroll | SAP HR | SAP Payroll |
|---|---|---|---|---|---|---|
| South Africa | Local Support G:March, 2001 | Local Support G:March, 2001 | No | No | Yes | Yes |
| Saudi Arabia | Partner Solution | Partner Solution | No | No | Unknown | Unknown |
| Nigeria | Partner Solution | Partner Solution | No | No | Unknown | Unknown |
| Ghana | Partner Solution | Partner Solution | No | No | Unknown | Unknown |

NDCA-ORCL 018853
CA-ORCL 015632
ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.



# PeopleSoft 8: Globalization - It's More than Just Flag Icons

## Asia/Pacific:

| Country | Oracle HR | Oracle Payroll | PPS 8 HR | PPS 8 Payroll | SAP HR | SAP Payroll |
|---|---|---|---|---|---|---|
| Australia | Yes | Yes | Local (G in R8+) | Local (G in R9) | Yes | Yes |
| New Zealand | Yes | Yes | Local (G in R8+) | Local (G in R9) | Yes | Yes |
| Japan | Yes | Yes | Sells Unlocalized | Planned (R9+) | Yes | Yes |
| Hong Kong | Yes | March, 2001 | Future Partner | Future Partner | Yes | Yes |
| Singapore | Yes | Yes | Local (G in R8+) | Local (G in R9) | Yes | Yes |
| Korea | December, 2001 | December, 2001 | No | No | Unknown | Unknown |
| Phillipines | Consult Solution | Consult Solution | No | No | Unknown | Unknown |

NDCA-ORCL 018854

CA-ORCL 015633

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

## Miscellaneous PPS8 New Functionality Issues

- New single signon including access to benefits providers (XML attribute?)
- Addition of "primary job" indicator for emps w/multiple jobs
- Able to "administer" benefits in multiple job environment (How?)

NDCA-ORCL 018855

CA-ORCL 015634

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.     

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

## Miscellaneous PPS8 New Functionality Issues

- Can define which jobs contribute earnings to a deduction
- Payment of multiple jobs with a single check (Not a best practice and not prevalent in private sector.)
- Able to maintain ISO and ESPP data for employees

NDCA-ORCL 018856

CA-ORCL 015635

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.          

## PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

### Miscellaneous PPS8 New Functionality Issues

- "Group Build": Define a population based on varying parameters -- fields from almost any record -- to be used throughout the application, including security definition.
- Euro mass upgrade

NDCA-ORCL 018857

CA-ORCL 015636

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE



# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

## Miscellaneous PPS8 New Functionality Issues

- Introduce proficiency levels per competency.
- Certain Training upgrades:
  - track competencies for trainers/instructors
  - match trainer to course based on competency to teach
  - link resources to other resources (e.g., equipment to room)
  - define reimbursement limits for course expenses and warn when exceeded

NDCA-ORCL 018858
CA-ORCL 015637
ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.     

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

## Miscellaneous PPS8 New Functionality Issues

- Message users when competencies are updated as a result of course completion.
- Use of group build for mass enrollments.
- Link job or position descriptions to career path.

NDCA-ORCL 018859

CA-ORCL 015638

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.



## PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

### Miscellaneous PPS8 New Functionality Issues

- Commitment control: a "consistent approach to budgets and encumbrances." (Not a priority for most private sector companies.)
- Calculate pay increases based on seniority.
- Annualized pay

NDCA-ORCL 018860
CA-ORCL 015639
ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE

# PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

## Miscellaneous PPS8 New Functionality Issues

- Globalization of time product.
- "Market based pricing tool" (i.e., salary survey support).
- e-Recruitment revised to allow differentiation between employees and applicants.

NDCA-ORCL 018861
CA-ORCL 015640
ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved. ORACLE

## PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

### Miscellaneous PPS8 New Functionality Issues

- Multi-Source Assessment
- Individual Reviewer General Observations
- Access results distributions by group -- Facilitate forced rankings.

NDCA-ORCL 018862
CA-ORCL 015641
ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.



## PeopleSoft 8: Functional Upgrade: "Where's the Beef?"

### Miscellaneous PPS8 New Functionality Issues

- Payroll: Enhance FLSA Overtime calculation to span multiple pay periods.
- Lump sum retroactive payments for contracts
- Expanded Support for 403(b) plans and limits testing.

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL

CA-ORCL 015642

NDCA-ORCL 018863

# PeopleSoft 8: PPS Finally Stands Up to the BIS Challenge

- In version 8, PeopleSoft delivers a new concept called "Workforce Analytics," consisting of:
  - Workforce Analysis Workbench
  - Workforce Scorecard
  - Workforce Rewards
- In the next few slides, we will analyze their Workforce Analytics against BIS.

NDCA-ORCL 018864

CA-ORCL 015643
ORACLE
CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE



# PeopleSoft 8: PPS Finally Stands Up to the BIS Challenge

- Workforce Analysis Workbench
  - Assemble the HRMS data, financial data and external data needed for the Analytics
- Sources of external data which PPS promotes, include:
  - Benchmarking, such as Saratoga Institute
  - Salary Survey, such as Hey Group
  - Employee Surveys, either internal or external
- Expect the external data discussion to be supported by strong marketing relationships with the flagship providers of the data, but probably less in the way of execution on the relationship.

NDCA-ORCL 018865

CA-ORCL 015644

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.



# PeopleSoft 8: PPS Finally Stands Up to the BIS Challenge

- Workforce Scorecard
  - Visual "dashboard" of HR Strategy and achievement
  - Intuitive delivery of assessments
  - "Pre-defined Kay Performance Indicators"
  - Linkage to Workforce Analysis Workbench

| Factor | PeopleSoft | Oracle |
|---|---|---|
| E-business suite-wide source of information | NO | YES |
| Data access is to live database | NO | YES |
| Third release of upgraded KPIs and functionality | NO | YES |
| External data sources more than just marketing relationships | ??? | YES, with KDI |

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL
CA-ORCL 015645
NDCA-ORCL 018866

# PeopleSoft 8: PPS Finally Stands Up to the BIS Challenge

- Workforce Rewards
  - PPS's Powerpoints include a *laundry list* of desirable features for salary planning, including survey data import, normalization, regression, aging and weighting, etc.
  - It is doubtful that their system actually does anything more than facilitate the import of the data.

| Factor | PeopleSoft Workforce Analytics | Oracle Knowledge Delivery |
|---|---|---|
| Access to best practice information | YES | YES |
| Access to regulatory information | NO | YES |
| All access to external data is realtime | NO | YES |
| Connect to Consulting | NO | YES |

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL

CA-ORCL 015646

NDCA-ORCL 018867

# PeopleSoft 8: What is the Likelihood that It Will Work?

- **Well, if we can learn ANYTHING from history...**

| Module or Product Enhancement | Original Release Level | First Release Level at Which Module Actually Worked! |
|---|---|---|
| Benefits Administration | 5.0 | 7.5 |
| Payroll Interface Tool | 6.0 | 7.5 |
| Time and Labor | 6.0 | 8.0? |
| Pension Administration | 7.5 | 8.0? |
| Stock Option Management | 7.5 | 8.0? |
| Variable Compensation | 7.0 | 8.0? |
| Self-Service | 7.0 | 8.0? |

NDCA-ORCL 018868

CA-ORCL 015647

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved. ORACLE

# PeopleSoft 8: A "Love/Hate" Relationship with Java

- **PeopleSoft has been very vocal in their criticism of internet solutions which require Java; an obvious shot at Oracle's approach.**
- **Yet even their middleware provider, Bea Systems (develop of Jolt, a required element of the PPS internet approach), says about Java:**
  - "Java has become the defacto programming language for e-commerce applications."
    AND...
  - "Through careful design, BEA Jolt provides convenient object interfaces which offer simple, straightforward interfaces for simple applications as well as more sophisticated abstractions for those desiring greater control of their applications from Java."

NDCA-ORCL 018869

CA-ORCL 015648

ORACLE CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.



## PeopleSoft 8: A "Love/Hate" Relationship with Java

- The many transactional and UI conveniences not supported in a "pure HTML" environment is long, and includes *(quoted from excellent Shuster Java vs. HTML analysis)*:
  - MDI (Multiple Document Interface)
  - Dialog Messages, Drag and Drop
  - Business document-oriented screen layout
  - Type-ahead, auto-completion
  - Lists of values, etc.
- Bottom line? The only logical conclusion to these contradictions between PeopleSoft's words and industry best practice is that as a first generation internet application provider, they simply lack the experience to realize that Java is a necessary component for application usability and user convenience.

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL
CA-ORCL 015649
NDCA-ORCL 018870

## PeopleSoft 8: Not Just ANY Browser!...

- PeopleSoft indicates that Release 8 will run only on selective browsers:
  - For the professional (power) user
    - IE 5.x only
    - They will not support Netscape until version 6 (maybe) due to what they call "performance and reliability concerns."
  - For self-service users
    - IE 4.x or higher OR
    - Netscape 4.7x
- Why? (Inquiring minds WILL find out!!!)

NDCA-ORCL 018871

CA-ORCL 015650
ORACLE
CONFIDENTIAL

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE

## PeopleSoft 8: When is a "Free" Upgrade Not Really Free?

- For public consumption, PPS 8 is a free upgrade for all clients on maintenance.
- However, their migration from a c/s system to a supposed "100% internet" release necessitates a 30-500% increase in the number and size of application servers used by the application (due to movement of functionality from client to the apps server.)
- The additional license fees required to upgrade to PPS8 can easily come to millions of dollars for the "average" PeopleSoft client.
- This is called "Extended Enterprise Licensing" ("EEL").

ORACLE
CONFIDENTIAL

CA-ORCL 015651

Copyright © Oracle Corporation, 2000. All rights reserved.

NDCA-ORCL 018872

## PeopleSoft 8: When is a "Free" Upgrade Not Really Free?

- PPS is, of course, reminding their clients that Extended Enterprise Licensing is additional licensing fees, NOT a charge to upgrade. Not all PPS clients are buying this argument.
- Last July, PPS Account Executives were instructed to contact all their clients and offer them a substantial (50-70%) discount on EEL, but only if:
  - they bought immediately, in July, while the new release was still vaporware, and
  - they did not require a demo of PPS8, since they refused/were unable to demo at that point.
- One Account Executive reported that of 42 assigned clients, only 5 accepted this offer.

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL
CA-ORCL 015652
NDCA-ORCL 018873

# PeopleSoft 8: The Final Analysis

| Factor | PeopleSoft 8 | | Oracle 11i |
|---|---|---|---|
| Functionality | | We do some things better; they do some things better | |
| Global Reach | | Poor PPS global approach; untested; too many futures | |
| Technology | | PPS uses pure HTML; the hallmark mistake of internet development "virgins" | |
| Cost | | Add up the cost of "EEL" and customization upgrades – we MAY BE CHEAPER!!! | |
| Risk | | 1st generation internet vs. 4th generation; you decide! | |
| **Bottom Line** | | **It's a NO-BRAINER!** | |

Copyright © Oracle Corporation, 2000. All rights reserved.

ORACLE CONFIDENTIAL
CA-ORCL 015653
NDCA-ORCL 018874

## 10 Good Questions to Ask PeopleSoft About Release 8

10. **Why won't PeopleSoft's applications work with ANY browser? PeopleSoft's documentation indicates that in this FIRST release of internet-enabled software, Netscape is not supported because of what they call "Netscape's instability in its current releases." What's so unstable about Netscape? Why is it they can only use certain browsers? What other software limitations are there?**

    There are clearly limitations in this first attempt by PeopleSoft to internet-enable their HRMS that do not allow it to be deployed to the customer's choice of browsers. (We strongly suspect that this has to do with inconsistent ways in which varying browsers treat Java Script and other internet scripting. An AT can shed more light for your prospect, if needed.)

    We have learned, through the experience of developing *four* generations of internet technology since 1996, that internet-designed applications need to support all browsers. (Our Java applet "levels the playing field" and standardizes certain interactions of the application with the browser, so that all browsers can be used. Their lack of a Java plug-in likely limits their ability to "work and play well" with the user's choice of browsers.) And blaming Netscape, when virtually all other internet applications work just fine with it, is just plain scapegoating.

9. **What is Extended Enterprise Licensing, and why are customers currently on maintenance, who are supposedly entitled to free upgrades, being charged additional license fees to upgrade to version 8?**

ORACLE
CONFIDENTIAL

CA-ORCL 015654

We have been a true 3-tier software provider since before our first internet-*designed* release in 1996. Since PeopleSoft is just now, in 2000, coming up with their first generation of internet-*enabled* applications, their new architecture moves most of the functions which were previously deployed on client machines to applications servers. Those applications servers have scalability and networking challenges that individual client machines obviously did not. Therefore, the number and size of applications servers needed to make the PeopleSoft HRMS application work has increased dramatically. It is not surprising that PeopleSoft saw this new applications server licensing requirement on the part of their customers as an opportunity for a quick recoupment of some of the $500 million they spent internet-enabling thousands of People forms.

8. **What specialized upgrade tools has PeopleSoft offered its clients who are, say, more than one release back (which is most of them) and who have customized perhaps hundreds of PeopleSoft "panels?" Does the client have to re-write the customizations of each panel, one-by-one, into HTML?**

It is our understanding that PeopleSoft has offered their current clients virtually NO specialized help in upgrading the hundreds of "panels" that are a part of their HRMS application. The upgrade to version 8 can only take place from certain limited release levels (7.02 or 7.51 or later.) Many or most customers will have to sequentially upgrade two or more times to get to release 8.0.

7. **How can Workforce Analytics be effective if it uses data from a set of products that is not complete in scope? How can Workforce Analytics be effective if it uses frozen, point-in-time data built some time previously, using Workforce Analytics "Workbench?"**

PeopleSoft's Workforce Analytics is inherently flawed from at least three perspectives:

ORACLE CONFIDENTIAL

- it cannot take advantage of enterprise-wide intelligence because the applications from which it derives its data are not integrated,
- it cannot take advantage of real-time information because it is based on data warehouse technology ("Workforce Analytics Workbench"), and
- it cannot take advantage of worldwide HR information because the various country instances are not integrated on a single database or code tree.

Our Business Intelligence System (BIS) gives the user real-time access to enterprise-wide, global HR intelligence. We have been releasing and refining our KPIs (key performance indicators) for several years, and the BIS application is mature.

6. **Is release 8 written entirely in HTML? XML? Some combination? How can PeopleSoft be employing XML messaging for foreign applications when, according to the HR-XML Consortium, there are <u>no</u> XML messaging standards yet? Or are they only using XML to continue to try to tie together their own disparate modules?**

PeopleSoft has made a big deal about the fact that they apparently use no Java in their application. However, when confronted with the fact that pure HTML is an old approach to designing internet applications, they then emphasize their use of XML in the HRMS application.

XML (Extensible Markup Language) is a tool used for communicating between disparate internet-based applications. It is not a language which can be used to write an entire application (at least not with any degree of application efficiency.)

5. **Why are they not employing any Java, when according to BEA Systems (designer of Jolt, their required middle layer), Java "has become the <u>de facto programming language</u> for e-commerce applications"? Since they have been so critical of applications like ours which make appropriate use of Java as a plug-in, why do they indicate that compatible browsers must be "Java Script 1.1**

ORACLE
CONFIDENTIAL

CA-ORCL 015656

NDCA-ORCL 018877

**enabled"? Is PeopleSoft's new, designed-for-the-internet CRM application Java-enabled? (It is.) Why the double standard between CRM, which was designed from scratch for the internet, and the HRMS application?**

The new CRM press release PeopleSoft publicized on 10/23/00 during their annual user group meeting is most informative, when the reader compares what's said with what's been said in the past about the HRMS. The new CRM application (replacing the Vantive "slap-in" solution) brags about being 100% internet designed, and it does indeed look to be. What are some of the attributes of this new application that make it 100% internet designed? No need for middleware, full Java enablement, running on all browsers, and ALL functions performed via a browser alone. Compare this with the current state of the HRMS at version 8: BEA Systems Jolt! and Tuxedo middleware required, no Java support, runs only on some browsers, and PeopleTools still runs only client/server. The ONLY logical conclusion from this dichotomy is a simple one: PeopleSoft hurriedly tried to internet-*enable* their HRMS without re-designing from scratch, and faced the inevitable limitations and development compromises which arise from trying to "turn the Queen Mary in its berth."

Let's remember PeopleSoft's fateful words 11 years ago about their competitors at the time: "Look, you simply *cannot* re-design a mainframe legacy system into a client/server system. You can make it look like a client/server application, but it will never have the native client/server advantages that PeopleSoft does." Well, who's "legacy" now? PeopleSoft's HRMS is now in the same unenviable position that MSA, M&D, Cyborg and Integral's mainframe systems were then.

4. **How can a supposedly 100% internet-designed release of PeopleSoft's HRMS have available a "single-user" version that runs self-contained on a PC?**

We have learned that PeopleSoft will continue to offer, upon request, a single-user, self-contained, complete version of the HRMS, running on a PC or laptop. We are concerned that the typical demonstration

ORACLE CONFIDENTIAL

for PeopleSoft 8 might begin with a brief live demo from an off-site server (perhaps of a Portal or a link to Authoria or another content provider), and then segue, without the prospect's knowledge, to a functional demonstration off the single-user version of the product. (This would, of course, give PeopleSoft's system the appearance of far better response time than TRUE internet-designed applications...)

Our system is truly an internet-*designed* (from the ground up!) product. This means that it is not physically possible to demonstrate the software without being connected to one of our servers.

3. **How can a "110%" internet application exclude the internet-enablement of the entire PeopleTools toolkit? When can PeopleSoft clients expect the toolkit to be internet-enabled? How are clients expected to design internet forms using client-server based Panel Designer tools? Can super-users make changes to something as simple as a "pick-list" (e.g., list of values) or use PeopleSoft's Tree Manager for organizational changes, from ANY PC using ANY browser? Or only a PC that has been specially installed with the client/server files needed for PeopleTools? Similarly for ad hoc reporting, do they have a web-based reporting tool for end users to create and format reports? Don't Crystal and nVision still require client software (not to mention separate security)? Why didn't PeopleSoft use this internet development initiative to finally develop their own reporting tools so there'd be fewer tools and applications for which their clients would need to develop interfaces?**

It is absolutely astounding that PeopleSoft could internet-enable their HRMS without upgrading ANY of the PeopleTools or ad hoc reporting capabilities (though these are made possible via a third party toolset so perhaps they didn't have the right to internet-enable those products) to internet technology. Clearly, the effort required to take a fat client client/server toolkit into the internet was bigger than they thought, and virtually impossible at this time. It is questionable whether they will EVER be able to internet-enable PeopleTools.

ORACLE
CONFIDENTIAL

CA-ORCL 015658

NDCA-ORCL 018879

Remember that PeopleTools is a generic classification for more than two dozen separate tools, including things as simple and user-oriented as picklist maintenance and the Tree Manager.

2. **So, let me get this straight. Since version 7.5, PeopleSoft has developed a completely new global design, including application functionality and the data model, at the same time as developing their applications in a brand new technology, and at the same time as completely re-writing all of their panels (those many thousands). Really? How much did this cost? Did this all happen simultaneously? So, now all applications for all country versions can run on a single instance? Do they even use a single code tree?**

   PeopleSoft's Release 8.0 was an *incremental* release from a globalization perspective (in which a number of new country versions were added, and some localized versions were brought into Pleasanton for corporate support), NOT the revolutionary true globalization they would have their customers believe. PeopleSoft still uses separate instances for different country versions, and has not standardized to a single code tree.

   Our country versions are supported by a single code tree, single instance, and single consolidated database, for a true "Go Anywhere HR" product.

1. **How much, in hard dollars, did PeopleSoft save in the past fiscal year using their own internet-designed and deployed applications? How have they changed the way HR work is done by implementing such capabilities as workflow, manager and employee self-service?**

   We are fundamentally a company which practices what it preaches, and as such, we set out more than a year ago to transform every aspect of our business to leverage the Internet. We've now surpassed the $1 billion mark and are on our way to our second billion in savings, and the B2E aspect (the automation of the Business-to-Employee business functions) is an important contributor to that success. Because our e-business applications are inherently

ORACLE
CONFIDENTIAL

integrated, B2E spans well beyond HR to include such functions as travel, expense reimbursement, and procurement.

Specifically in the HR area, we've seen dramatic improvement in our staffing ratios, job content, budgeting and overall effectiveness as a result of deploying 100% internet-designed, workflow-enabled capabilities to all employees.  We have increased the number of employees our HR and benefits professionals can support at the same time as increasing data quality and internal customer satisfaction – all of these are measurable results.  We have eliminated nearly $1 million from the benefits enrollment process, while at the same time reducing the open enrollment cycle and changing carriers.  We have consolidated more than 70 disparate systems down to one (to be complete by the end 2000).  We have held a zero-increase budget for our HR headcount, and are saving approximately $1.5 million per year per 10,000 employees ongoing via the rollout of internet-based self-service in the US alone.

ORACLE
CONFIDENTIAL

CA-ORCL 015660

NDCA-ORCL 018881

# The State of HRMS Technology in 2000: A Presentation to XXX Company

ORACLE
SOFTWARE POWERS THE INTERNET

November 1, 2000

NDCA-ORCL 018882
CA-ORCL 015661
ORACLE CONFIDENTIAL

# The Internet *Changes* People Management

***but not all HRMS providers have recognized this...***

ORACLE CONFIDENTIAL
CA-ORCL 015662
NDCA-ORCL 018883

# Brand "X": The Long, Steep Fall From Grace

| ***In*** | ***When HRMS was:*** | ***Brand "X" Was:*** |
|---|---|---|
| 1988: | Mainframe technology, and looking for an alternative | Fat client (First generation) client/server and proud of it! |

CA-ORCL 015663
ORACLE
CONFIDENTIAL

ORACLE

NDCA-ORCL 018884

# Brand "X": The Long, Steep Fall From Grace

| ***In*** | ***When HRMS was:*** | ***Brand "X" Was:*** |
|---|---|---|
| 1988: | **Mainframe technology, and looking for an alternative** | **Fat client (First generation) client/server and proud of it!** |
| 1993: | **Developing thin client (Second generation) client/server applications** | **Defending the fat client approach, albeit a bit less proudly** |

ORACLE
CONFIDENTIAL

ORACLE

CA-ORCL 015664

NDCA-ORCL 018885

# Brand "X": The Long, Steep Fall From Grace

| *In* | *When HRMS was:* | *Brand "X" Was:* |
|---|---|---|
| 1988: | Mainframe technology, and looking for an alternative | Fat client (First generation) client/server and proud of it! |
| 1993: | Developing thin client (Second generation) client/server applications | Defending the fat client approach, albeit a bit less proudly |
| 1996: | Re-designing Human Resource systems for the internet | Still defending the fat client approach, but losing client base |

ORACLE CONFIDENTIAL

CA-ORCL 015665

NDCA-ORCL 018886

# Brand "X": The Long, Steep Fall From Grace

| In | When HRMS was: | Brand "X" Was: |
|---|---|---|
| 1988: | Mainframe technology, and looking for an alternative | Fat client (First generation) client/server and proud of it! |
| 1993: | Developing thin client (Second generation) client/server applications | Defending the fat client approach, albeit a bit less proudly |
| 1996: | Re-designing Human Resource systems for the internet | Still defending the fat client approach, but losing client base |
| 2000: | Refining and enhancing internet-*designed* HR systems for power users | Introducing their first, "110%" internet-*enabled* release of HRMS |

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015666
NDCA-ORCL 018887

# Oracle E-Business HRMS Solution

**100% Pure Internet**

*Web-designed, not "internet-enhanced," "web-enabled," "net-upgraded" or any other form of* ***net-not.***

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015667

NDCA-ORCL 018888

# Brand "X": What's Missing From Their "110%" Internet Release?

**The long list of capabilities not internet-enabled includes:**

- adding a field
- maintaining field attributes
- maintenance for their scores of "pick lists"
- changing field labels and descriptions
- making fields optional or required
- turning field audit reporting on and off
- field validation rules
- setting field defaults
- pop-ups and drill-arounds
- adding field formulae
- mass changes
- global translations

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015668
NDCA-ORCL 018889

# Brand "X": What's Missing From Their "110%" Internet Release?

**The long list of capabilities not internet-enabled includes:**

- Tree Manager
- Data Mover
- Business Process Maps
- Cube Manager
- adding standard reports (through SQR!)
- maintaining standard reports
- Query
- Panel Designer
- Data Designer
- Menu Designer
- operator and object security
- Import Manager
- process scheduler
- process monitor

ORACLE CONFIDENTIAL

CA-ORCL 015669

NDCA-ORCL 018890

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About the need for middleware:
  - they require Tuxedo and Jolt from BEA Systems which acts as the communications layer between the web server and the applications server, yet...
  - the recent press release for their new CRM application (10/23/00) emphasizes that, as a 100% internet-designed product, it requires no middleware of any kind!
- Why the contradiction? Truly 100% internet-designed applications, like amazon.com, E-bay and Oracle HRMS require no middleware.

CA-ORCL 015670
ORACLE
CONFIDENTIAL

ORACLE

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About the use of Java:
  - they have repeatedly criticized competitors (and Oracle specifically) for the use of Java, yet...
  - their browser requirements include the need for JavaScript 1.1 support, and,
  - the recent press release for their new CRM application (10/23/00) emphasizes that, as a 100% internet-designed product, it is fully Java enabled!
- Why the contradiction? Oracle HRMS, recognizing that power users need more functionality than pure HTML can support, uses a Java plug-in.

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015671

NDCA-ORCL 018892

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About their use of pure HTML:
  - at times they have pointed with pride to their use of pure HTML as the "right" way to enable internet applications, but...
  - when questioned on the issue of HTML as "old" internet technology, they emphasize the use of XML in their application.
- XML is a messaging language. It would be impossible to write an entire HRMS application in XML. Brand "X" is using XML to interface their own applications to each other.

ORACLE
CONFIDENTIAL

ORACLE

CA-ORCL 015672

NDCA-ORCL 018893

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About browser compatibility:
  - they state that any end user who has an HTML 4.0 and JavaScript 1.1 compliant browser can access the application, yet elsewhere...
  - they state that they do not support Netscape, but expect to have Netscape support for all applications when Netscape has addressed performance and reliability concerns
- Why the contradiction? Truly 100% internet-designed applications, like amazon.com, E-bay and Oracle HRMS run on any browser.

CA-ORCL 015673
ORACLE
CONFIDENTIAL

ORACLE

NDCA-ORCL 018894

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About database support:
  - with a release as "revolutionary" as Brand "X" version 8, completeness of rollout is always an issue.
  - they've stated that they are committed to the support of six different database versions through their internet transition.
  - yet they've only released two of those six versions thus far.
- Oracle HRMS supports the industry-leading Oracle database. There are no development priority issues. Oracle database users can't get a better designed HRMS for the Oracle database than Oracle's.

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015674

NDCA-ORCL 018895

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About client machine configuration:
  - they emphasize the simplicity of their internet design yet...
  - they have ***three*** (yes, 3!) separate minimum client configurations for the HRMS: one for self-service only, a second for the power user, and a third (still client/server) for those using the toolkit.
- Why the contradiction? Oracle HRMS offers one, universal client configuration for all three types of users. (Hint to Brand X: a Java plug-in, universally recognized as necessary for mature internet applications, will simplify your design.)

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015675
NDCA-ORCL 018896

# What is the Brand "X" Position on Internet Architecture?

**Brand "X" has been unusually contradictory in their statements about their internet development directions:**

- About their commitment to internet technology:
  - they describe their new "110%" internet technology as if they invented it (with apologies to all others who've claimed to do so), yet…
  - tools users still work with a client/server version, and
  - it is our understanding that they still have a "single-user" version of Release 8 available to clients on request (and perhaps for use in demos?)
- What, exactly, *is* a "single-user version" of an internet-designed application? Oracle HRMS is 100% internet by design. There is no "PC single-user version."

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015676

NDCA-ORCL 018897

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- The Integration Issue
- Global Deployment
- Business Intelligence
- Knowledge Delivery
- Miscellaneous Functionality Issues

ORACLE

NDCA-ORCL 018898

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- The Integration Issue
  - Brand "X" clients no doubt had high hopes that version 8 would finally bring them integrated applications.
  - Despite press releases to the contrary, it is clear that their "Application Messaging" strategy used in version 8 is not a true e-business suite.
  - Rather, they use a scattershot combination of traditional application messaging, store and forward (workflow), and XML messaging, giving the *illusion* of integration, but with nothing close to a single instance e-business suite.

ORACLE CONFIDENTIAL
CA-ORCL 015678
NDCA-ORCL 018899

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- Global Deployment
  - It is true that in version 8, Brand "X" supports more country versions than before (but not approaching the 54 country versions of Oracle HRMS.)
  - However, the real issue with global deployment is not which system supports more countries, but whether the vendor can support all these country versions with a single database, on a single instance.
  - Brand "X" cannot.

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015679
NDCA-ORCL 018900

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- Business Intelligence
  - With version 8, Brand "X" finally releases a capability they feel will compete with Oracle's Business Intelligence System. (They call it Workforce Analytics.) But are they really equal?

| Factor | Brand "X" | Oracle |
|---|---|---|
| E-business suite-wide source of information | NO | YES |
| Data access is to live database | NO | YES |
| Third release of upgraded KPIs and functionality | NO | YES |
| External data sources more than just marketing relationships | ??? | YES, with KDI |

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015680

NDCA-ORCL 018901

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- Knowledge Delivery
  - Worforce Analytics is being premoted as a means by which external web-based information can be incorporated into the HRMS application, competitive with Oracle's Knowledge Delivery capability. But...

| Factor | Brand "X" Workforce Analytics | Oracle Knowledge Delivery |
|---|---|---|
| Access to best practice information | YES | YES |
| Access to regulatory information | NO | YES |
| All access to external data is realtime | NO | YES |
| Connect to Consulting | NO | YES |

ORACLE CONFIDENTIAL

CA-ORCL 015681

NDCA-ORCL 018902

# Oracle's HRMS Vision (Oracle 11i vs. Brand "X" 8)

- Miscellaneous Functionality Issues
  - Since version 8 is primarily an internet enablement release, little in the way of functionality was upgraded. However, items like:
    - Group Build
    - Euro support
    - Salary surveys
    - Multi-source assessment

    are all catch-up to Oracle HRMS.

CA-ORCL 015682
ORACLE
CONFIDENTIAL

ORACLE

NDCA-ORCL 018903

# In Conclusion…

ORACLE CONFIDENTIAL
CA-ORCL 015683
NDCA-ORCL 018904



# Ten Great Questions to Ask PeopleSoft About their Release 8.0 Internet Upgrade

Produced by Oracle HRMS Sales Consulting
and Business Development
November 11, 2000

ORACLE

NDCA-ORCL 018905

CA-ORCL 015684

ORACLE
CONFIDENTIAL

# 10. About Browser Compatibility

Why won't PeopleSoft's applications work with ANY browser? PeopleSoft documentation indicates that in this FIRST release of internet-enabled software, Netscape is not supported because of what they call "Netscape's instability in its current releases." What's so unstable about Netscape? Why is it they can only use certain browsers? What other software limitations are there?

ORACLE

ORACLE CONFIDENTIAL
CA-ORCL 015685
NDCA-ORCL 018906

# 9. About the Cost of Release 8.0

What is Extended Enterprise Licensing, and why are customers currently on maintenance, who are supposedly entitled to free upgrades, being charged additional license fees to upgrade to version 8?

ORACLE®

ORACLE CONFIDENTIAL
CA-ORCL 015686
NDCA-ORCL 018907

# 8. About the Difficulty of Upgrading



What specialized upgrade tools has
PeopleSoft offered its clients who are, say,
more than one release back (which is most of
them) and who have customized perhaps
hundreds of PeopleSoft "panels?"  Does the
client have to re-write the customizations of
each panel, one-by-one, into HTML?

NDCA-ORCL 018908

CA-ORCL 015687

ORACLE
CONFIDENTIAL

ORACLE®

# 7. About Workforce Analytics

How can Workforce Analytics be effective if it uses data from a set of products that is not complete in scope? How can Workforce Analytics be effective if it uses frozen, point-in-time data built some time previously, using Workforce Analytics "Workbench?"

NDCA-ORCL 018909

CA-ORCL 015688

ORACLE CONFIDENTIAL

# 6. About "Pure" HTML

Is release 8 written entirely in HTML? XML? Some combination? How can PeopleSoft be employing XML messaging for foreign applications when, according to the HR-XML Consortium, there are no XML messaging standards yet? Or are they only using XML to continue to try to tie together their own disparate modules?

NDCA-ORCL 018910

CA-ORCL 015689

ORACLE CONFIDENTIAL

ORACLE®

# 5. About Their Non-Use of Java

Why are they not employing any Java, when according to BEA Systems (designer of Jolt, their required middle layer), Java "has become the de facto programming language for e-commerce applications"? Since they have been so critical of applications like ours which make appropriate use of Java as a plug-in, why do they indicate that compatible browsers must be "Java Script 1.1 enabled"? Is PeopleSoft's new, designed-for-the-internet CRM application Java-enabled? (It is.) Why the double standard between CRM, which was designed from scratch for the internet, and the HRMS application?

ORACLE®

ORACLE CONFIDENTIAL

CA-ORCL 015690

NDCA-ORCL 018911

# 4. About Their Commitment to Internet Technology

How can a supposedly 100% internet-designed release of PeopleSoft's HRMS have available a "single-user" version that runs self-contained on a PC?

NDCA-ORCL 018912

CA-ORCL 015691

ORACLE CONFIDENTIAL

ORACLE®

# 3. About Their "110%" Internet Strategy

How can a "110%" internet application exclude the internet-enablement of the entire PeopleTools toolkit? When can PeopleSoft clients expect the toolkit to be internet-enabled? How are clients expected to design internet forms using client-server based Panel Designer tools? Can super-users make changes to something as simple as a "pick-list" (e.g., list of values) or use PeopleSoft's Tree Manager for organizational changes, from ANY PC using ANY browser? Or only a PC that has been specially installed with the client/server files needed for PeopleTools?

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 015692

NDCA-ORCL 018913

# 3. About Their "110%" Internet Strategy (continued)

Similarly for ad hoc reporting, do they have a web-based reporting tool for end users to <u>create and format</u> reports? Don't Crystal and nVision still require client software (not to mention separate security)? Why didn't PeopleSoft use this internet development initiative to finally develop their own reporting tools so there'd be fewer tools and applications for which their clients would need to develop interfaces?

ORACLE

NDCA-ORCL 018914
CA-ORCL 015693
ORACLE CONFIDENTIAL

# 2. About Their Global Strategy

So, let me get this straight. Since version 7.5, PeopleSoft has developed a completely new global design, including application functionality and the data model, at the same time as developing their applications in a brand new technology, and at the same time as completely re-writing all of their panels (those many thousands). Really? How much did this cost? Did this all happen simultaneously? So, now all applications for all country versions can run on a single instance? Do they even use a single code tree?

ORACLE

NDCA-ORCL 018915

CA-ORCL 015694

ORACLE CONFIDENTIAL

# 1. About Proving Their Internet Concept with Hard Results

How much, in hard dollars, did PeopleSoft save in the past fiscal year using their own internet-designed and deployed applications? How have they changed the way HR work is done by implementing such capabilities as workflow, manager and employee self-service?

NDCA-ORCL 018916

CA-ORCL 015695

ORACLE CONFIDENTIAL

# ORACLE ® APPLICATIONS

# HRMS Business Intelligence System Release 11i

# Workforce Planning Functionality

# Management Summary

| Author: | Justin Hyde |
| --- | --- |
| Creation Date: | 31 October, 2000 |
| Last Updated: | November 16, 2000 - 14:11 |
| Last Updated By: | Justin Hyde |

Copyright (C) 1998 Oracle Corporation
All Rights Reserved

**Oracle Confidential**

**NOTE: The following information is confidential and is for internal use only. There is no commitment on content or scheduling for the functionality contained within this document.**

**Enabling the Information Age**

ORACLE CONFIDENTIAL

CA-ORCL 015696

NDCA-ORCL 018917

# Contents

**WORKFORCE PLANNING** .......... 5

Overview .......... 5
Introduction to Workforce Planning .......... 6
Reporting .......... 8
Alerts and Indicators .......... 16

**1. Workforce Composition** .......... 19
Introduction .......... 19
1.1. Business Questions and Other Requirements .......... 20

**2. Workforce Recruitment** .......... 23
Introduction .......... 23
2.1 Business Questions and Other Requirements .......... 24

**3. Workforce Separations** .......... 27
Introduction .......... 27
3.1 Business Questions and Other Requirements .......... 28

**4. Workforce Movements (Deployment and Progression)** .......... 30
Introduction .......... 30
4.1. Business Questions and Other Requirements .......... 31

**5. Budget** .......... 34
Introduction .......... 34
5.1 Business Questions and Other Requirements .......... 34

**RISKS** .......... 37

**APPENDIX 1 - CATEGORIES** .......... 39

**Time** .......... 40
Requirements .......... 40

**Organization (Hierarchy)** .......... 41
Requirements .......... 41

**Person** .......... 43
Requirements .......... 43

**Person Type** .......... 45
Requirements .......... 45

**Age (Band)** .......... 46
Requirements .......... 46

**Period of Work (Service or Placement)** .......... 47
Requirements .......... 47

**Assignment** .......... 49
Requirements .......... 49

**Job and Job Category** .......... 50
Requirements .......... 50

**Grade** .......... 52
Requirements .......... 52

ORACLE CONFIDENTIAL

CA-ORCL 015697

NDCA-ORCL 018918

Error! AutoText entry not defined.

**Position** ..... 54
Requirements ..... 54
**Assignment Status Type** ..... 55
Requirements ..... 55
**Change Type - inc. Gains, Movements, Losses** ..... 57
Requirements ..... 57
**Vacancy** ..... 58
Requirements ..... 58
**Recruitment Activity** ..... 59
Requirements ..... 59
**Budget** ..... 60
Requirements ..... 60
**Hire, Movement, Separation Event Reason** ..... 61
Requirements ..... 61

To update the table of contents, select it and press F9.

ORACLE
CONFIDENTIAL

CA-ORCL 015698

Error! AutoText entry not defined.

NDCA-ORCL 018919

Error! AutoText entry not defined.

# Document Control

### CHANGE HISTORY

| Version | Date | Author | Reason |
|---|---|---|---|
| Draft 0.1 | 1-Nov-2000 | Justin Hyde | Initial Version |
| | | | |

### CONTRIBUTORS

| Name | Position |
|---|---|
| | |
| | |

### REVIEWERS

| Name | Position |
|---|---|
| Jackie Penticost | |
| Deepjot Chhabra | |
| Philippa Nelson Gracie | |
| Samuel Smith | |
| | |
| | |

### DISTRIBUTION

| Name | Position |
|---|---|
| | |
| | |

ORACLE CONFIDENTIAL

CA-ORCL 015699

Error! AutoText entry not defined.

NDCA-ORCL 018920

# Workforce Planning

## Overview

### HR Datawarehouse Product Road Map

The HRMS data warehouse is intended to provide factual analysis about the workforce of the enterprise and also allows analysis of the effectiveness of the business processes which acquire and retain the workforce.

Figure 1 HRMS Datawarehouse Functional components

ORACLE CONFIDENTIAL

CA-ORCL 015700

The diagram above shows the main functional areas of the proposed HRMS data warehouse and the arrows between the areas indicate the cause and affect relationships between those areas. For example, Compensation and Benefits is a source of Costs, this information is derived from Utilization information (Overtime etc...) and Workforce information (Annual Salaries) and this information in turn will affect the HR Cost information. Note: The arrows do not indicate in any way the ability to 'link' or 'drill' between associated areas.

## Introduction to Workforce Planning

ORACLE CONFIDENTIAL

CA-ORCL 015701

**Figure 2** **Workforce Planning Components**
**Note: Boxes with diagonal lines indicate areas that will not be available for first release**

Workforce Planning consists of the following areas as indicated in Figure 2, above:

1. Workforce Composition - This area is intended to answer questions regarding the people that currently or historically make up an Enterprise, such as 'How many people do I have in any worker category?', ' What is my Headcount by Location or Organization?' and 'How many FTE do I have in particular Job Categories by Location?'.

2. Recruitment - The recruitment area examines the details regarding current and historical Job applications and the time taken for an applicant to go through the recruitment process, e.g. time to interview, offer, hire/terminate. This answers such questions as ' What is the efficiency of my Recruitment process in terms of time to recruitment or cost?' or 'Are we

NDCA-ORCL 018922

losing applicants because of time inefficiencies ?'

3. Separations - This area examines the details of workers that have separated or are in the process of separating from the Enterprise. This information forms a significant knowledge base pertaining to the reasons why people have left the Enterprise and their circumstances leading up to the separation and it provides an indication of future shortfalls due to pending separations or long term absences. This answers such questions as 'What are the most common reasons given for voluntary separations?', 'What are my short falls in FTE next month indicated by prospective separations and long term absences?' or 'Show me the people whose fixed term contracts are up for renewal in the next month?'.

4. Movements - This area is concerned with the analysis of the movements and changes of people within the Enterprise. These movements allow the gain and loss analysis from the perspective of an Organization, Location or Job etc.. due to re-Locations, re-Organization, Grade, Position, Job and Salary changes, separations, losses, contract changes etc... Furthermore in combination with the Workforce Composition area it allows an analysis of the 'cross section' of the Enterprise and provides an understanding of how this cross-section has changed.

5. Budgeting - This area is concerned with the analysis of the HR budgeting process. HR Budgeting allows the planning staffing levels using monetary and non monetary metrics, based on certain work structures, e.g. Organization, Job, Position. The area will allow the planned budgets to be analyzed against the reality of the actual staffing levels. This area answers business questions such as 'Show me my Budgets over the last year and how the Actuals compared to these Budgets'.

Other areas that are to be added in subsequent versions, indicated on the diagram by diagonal strips, are:

- Separations Risks - The information gathered in the Separations area will be used to produce predictions as to the most likely reasons for a person leaving, based on previous information. From this analysis, the employees or groups of employees who are most at risk of leaving the Enterprise, based on a calculated risk factor, may be identified. This area would support such questions as 'Who is most at risk of leaving in the next 6 months?' and 'Show me which Jobs have the highest average associated risk of separation'.
- Retention Planning - This area forms the antithesis of Separation Risks by projecting the best (most cost effective) methods of retaining the staff that have been identified by the Separations Risks Area. This would support the business question 'What would be the most effective way of retaining people that I've identified as being at risk from leaving?'.
- Salary Survey - The Salary Survey Area allows an understanding of how employees' salaries compare to the salaries in the rest of the Enterprise and with Benchmarking the industry as a whole'. The area would pre-calculate the distribution of the population and to allow various statistical analysis such as what the percentiles are for a certain population and where each employee lies within the population. This fact would support business questions such as: 'Who's annual salary is comparatively too low for their role?'.

In addition to the functional areas discussed Workforce planing also consists of 3 areas that add new dimensions to the Intelligence capabilities of the system, indicated on the diagram by checkered boxes . These are:

- Benchmarks - data from external sources, quantifying and typifying the performance of the rest of the 'market', i.e. the performance of Enterprises in the same industrial sector, Location etc. This data when compared to the Enterprises own performance can illustrate strengths and weakness in its performance. A source of such HR data is Saratoga.
- Projections - utilizing technologies such as Oracle Data Mining Suite, this allows an Enterprise to project forward based on models formulated from current and historical data. This analysis, based on current performance, and the ability to perform 'what if'

scenario based analysis, utilizing the same models, will significantly improve an Enterprise's capability to plan.

- Alerts and the Performance Management Framework- allow targets and thresholds to be set against a number of key metrics giving management the reassurance that they will be notified if the performance of the areas of their business goes outside of their defined tolerance levels.

The synergy between these areas, facilitated by the common dimensions, allows an in depth examination of the workforce of an Enterprise.

### Cross Area Business Questions

In the previous section the areas that constitute workforce planning were outlined. Each area in isolation can answer a number of business question. By combining these areas however further questions may be answered that are arguably more compelling. Examples of such questions are given below:

- How many filled FTE, as a proportion of total budgeted FTE, are there?
- What is my voluntary terminations as a percentage of total workforce FTE occurring within first n months of employment?
- What proportion of the contractors how have left the company join as permanent staff with 6 months, break this down by year over the last 5 years?
- What are my likely gains by next month based on:
  a) Recruitment Pipeline (average time to recruit)
  b) Long Term Leave of Absence
  c) Internal Transfers
- How many of the Separations resulted from a long term absence?
  Breakdown by type of Long term absence Type
- What percentage of employees re-locating to a different country terminate after 1 year, show by source country and by destination country?
- Ratio of promotions in reporting period against total number of FTE

## Reporting

With the technology available it must be noted that every Business Question should be considered a potential report that can be easily and quickly deployed on the system. In previous releases of HR BIS a number of powerful reports were produced in the workforce planning area. This section lists the reports that this Data Warehouse is re hosting, gives examples of other reports and the associated business questions that this area is capable of delivering and discusses the increased functionality that the technology, architecture and reporting tools can offer.

ORACLE
CONFIDENTIAL

CA-ORCL 015703

NDCA-ORCL 018924

Error! AutoText entry not defined.

## Across Workforce Planning

### 1. Workforce Summary (e.g. by Organization)

ORACLE
Business Intelligence System
WorkForce Summary :
Time:
Organization
Location
Grade
Job
Job Category
Position
Worker Type
Age Band
Measure
Workforce Summary
Headcount
Organization
Losses
Gains
Organization
Development
Sales
Personnel
Marketing 32 43
Others 85
Total :
Related Reports :

Showing gains and losses by Work structures over time

### 2. Workforce Summary by Worker Category (e.g. by gender, ethnicity)

Showing gains and losses by various Worker Categories.

ORACLE
CONFIDENTIAL

CA-ORCL 015704

Error! AutoText entry not defined.

NDCA-ORCL 018925

3. Workforce Losses Summary (e.g. by Organization)

4. Workforce Losses by Worker Category (e.g. by gender, ethnicity)

5. Workforce Gains Summary (e.g. by Organization)

6. Workforce Gains by Worker Category (e.g. by gender, ethnicity)

7. Workforce Recruitment and Separations Summary (e.g. by organization)

8. Workforce Actuals v Budget Summary (e.g. by organization)

## Workforce Composition

1. Workforce Composition Summary (e.g. by Organization, Position, Job, Grade)

This report will allow you to view the FTE/Headcount values by various groupings of your employees. You will be able to choose values from the following categories :

Time, Organization, Location, Job, Grade, Position, Person, Worker / Person Type

ORACLE CONFIDENTIAL

CA-ORCL 015705

NDCA-ORCL 018926

Error! AutoText entry not defined.

ORACLE
Business Intelligence System
WorkForce Composition Summary :
Time
Organization
Location
Grade
Job
Job Category
Position
Worker Type
Measure
WorkForce Composition Summary
Time(Year)
Related Reports :

| Organization | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|
| Development | 8874 | 6432 | 7643 | 5686 | 5612 | 6532 | 2364 |
| Manufacturing | 3678 | 2322 | 2989 | 3469 | 6432 | 4435 | 1264 |
| Sales | 1359 | 13456 | 1001 | 2123 | 3245 | 3245 | 3678 |
| Other | 2543 | 2123 | 2332 | 3678 | 3678 | 3678 | 3678 |
| Total | 14464 | 24333 | 13965 | 14946 | 16967 | 17990 | 10874 |

## 2. Workforce Composition by Worker Category (e.g. by gender, job category, part time/ full time)

This report will allow you to view the FTE/Headcount values by various groupings of your

ORACLE CONFIDENTIAL

CA-ORCL 015706

Error! AutoText entry not defined.

NDCA-ORCL 018927

## 3. Workforce Average Annual Salary Summary (e.g. by Organization, Position, Job, Grade)

This report will allow you to view the FTE/Headcount values by various groupings of your employees. You will be able to choose values from the following categories :

Time, Organization, Location, Job, Grade, Position, Person, Worker / Person Type

ORACLE CONFIDENTIAL

CA-ORCL 015707

**4. Workforce Average Annual Salary by Worker Category (e.g. by gender, job category, part time/ full time)**

This report will allow you to view the FTE/Headcount values by various groupings of your

**5. Workforce Average Annual Salary in Grade Range Summary (e.g. by Organization, Position, Job, Grade)**

This report allows you to view the FTE/Headcount values by various groupings of your employees. You will be able to choose values from the following categories :

Time, Organization, Location, Job, Grade, Position, Person, Worker / Person Type

**6. Workforce Average Annual Salary in Grade Range by Worker Category (e.g. by gender, job category, part time/ full time)**

This report will allow you to view the FTE/Headcount values by various groupings of your

**Recruitment**

**1.Workforce Recruitment Summary (e.g. Organization, Location, Job)**

Examines applicants in the recruitment 'pipeline' hence both an analysis of the number of applicants for each Organization, Job etc.. and giving an insight into the prospective numbers of new hires and hence allowing an estimation of whether there is likely to be a budget short fall or not.

**2.Workforce Recruitment by Person Attributes (e.g. gender, ethnicity)**

ORACLE CONFIDENTIAL

CA-ORCL 015708

As above but utilizing more person centric categories.

3. Contingent workers Recruitment Summary

4. Applicants Applying Summary (e.g. job, position, Organization etc)

## Separations

1. Workforce Separations Summary (e.g. by Organization)

2. Workforce Separations by Worker Category (e.g.gender, ethnicity)

3. Workforce Separations Reason Trend Summary

4. Workforce Separations Reason Trend by Worker Category (e.g.gender, ethnicity)

5. Workforce Separations by Period of Service Summary

6. Workforce Separations by Period of Service by Worker Category (e.g.gender, ethnicity)

ORACLE
CONFIDENTIAL

CA-ORCL 015709

NDCA-ORCL 018930

## Movements

1. Workforce Internal Transfers Summary (e.g. by Organization)

2. Workforce Average time in Grade Summary (e.g. by Organization)

3. Workforce Average time in Grade by Worker Category (e.g. by gender, ethnicity)

4. Workforce Average time in Position/Job Summary (e.g. by Organization)

5. Workforce Average time in Position/Job by Worker Category (e.g. by gender, ethnicity)

6. Workforce Long Term Absences Summary (e.g. by Organization)

7. Workforce Long Term Absences by Worker Category (e.g. by gender, ethnicity)

## Budgets

1. Budget, Actuals and Variance

Budget, Organization(Budgets for that Organization), Jobs (Budgets for that Job), Time

ORACLE CONFIDENTIAL

CA-ORCL 015710

## Alerts and Indicators

In this section the alerts are listed by functional area. Note that many of the more compelling alerts utilize information from more than one area hence the first section listing alerts that run across. All of the alerts can be configure for a range of parameters that define the cross section against which the targets are compared. So a target could be set to monitor an entire Organization, a particular Job and Grade or even the sub - ordinates of a supervisor, or certain Ethnicities within say a certain location, or combinations of these criteria.

### Across Workforce Planning

#### 1. Vacancy Budget Variance (E)

This would alert responsibilities to their being insufficient or excessive vacancies to fulfil / make up the budget variance. This alert could be operated in a 'strict' mode on any or all of the parameters where the vacancy criteria needs to match precisely those parameter 'strictly' selected.

#### 2. Separations Budget (E)

This would alert the responsibilities that certain Separations (involuntary or involuntary) that have already occurred has taken the budget to below

#### 3. Planned Separations Budget (D)

This would alert the requisite responsibilities that the Separations currently planned will take the Budget Actuals outside of the Budget Target tolerances.

#### 4. Separations Rate (E)

Alert when the rate of separations, i.e. number of separations (in a period)/ workforce (in period), exceeds the target percentage.

#### 5. Movements Rate (D)

This alert is raised when the number of Movements of all types or a specific type / the Workforce FTE moves outside of a target range. For example if the number of Voluntary Separations for a certain Length of Service and location exceeds 15 FTE a month.

### Workforce Composition

#### 1. Workforce Variance (E)

ORACLE CONFIDENTIAL

This alert fires if the Workforce Composition is outside the Target criteria.

CA-ORCL 015711

#### 2. Workforce Period Variance (D)

This alert is raised if the change in Workforce Composition from one period to the next period is outside the Target criteria. This is useful for detecting trends in the Workforce Composition, e.g. a slowing in the growth of the Workforce, or a decline, that otherwise may go unnoticed in Workforce Variance.

NDCA-ORCL 018932

## Recruitment

### 1. Recruitment (Closed Vacancy) Success (E)

This alert will fire if the ratio of Hires (or any other stage) to Openings of all Vacancies closed in the period is outside the target range.

### 2. Recruitment Vacancy Success (E)

This alerts a responsibility when the Hires (or any other stage) for a Vacancy per time period, e.g. per month or per quarter, are outside the target range.

### 3. Recruitment Time (E)

This alert is raised if the average time to for various recruitment processes are within/outside the Targets, e.g. the average time from application to hire is less than 36 days.

### 4. Recruitment Activity Success (E)

The success of a recruitment activity to attract applicants / recruit measured in Applicant / Hire ABV per time period.

### 5. Recruitment Activity Cost Success (D)

This alert examine the success of a recruitment activity to attract applicants / recruit based on the cost per Applicant / Hire ABV.

## Separations

### 1. Workforce Separations (E)

This alert is raised if the absolute Number of Separations in a period goes outside specified target parameters.

### 2. Planned Separations (D)

This will alert the required responsibilities when the number of workers planning to separate (voluntary) is outside the target range.

### 3. Contract Ends (D) - OLTP

This alerts the required responsibility when any contracts are within a predefined time of ending.

## Movements

### 1. Workforce Internal Movements (D)

ORACLE CONFIDENTIAL

This alert is raised when the number of Movements of all types or a specific type moves outside of a target range. For example if the number of Voluntary Separations for a certain Length of Service and location exceeds 15 FTE a month.

CA-ORCL 015712

NDCA-ORCL 018933

## Budgeting

### 1. Budget Variance (E)

This indicator will alert the requisite responsibilities when the actual is within a certain tolerance band of the budget value. This could be used to indicate:

- If the actual is between say 5% under and the target budget. This would be useful for recruiters and manager that are involved in recruitment that want to be alerted when they are approaching their budget.
- If the actual exceeds the budget by so many percent.
- If the actual is under the budget by so many percent.

## Other Alerts requiring Forecasting

### 1. Forecast Budget Variance

Alerts if Predictions on Losses and Gains add up to a Workforce Composition that is out side of the Budget requirements.

### 2. Forecast Vacancy Budget

Alerts if Current Vacancies are not sufficient to provide the Gains required to meet Budget requirements in the future based on current/predicted lead times for hiring.

### 3. Forecast Recruitment Budget

Alerts if predicted Gains are insufficient or there is a surplus of good recruits to meet future budget requirements, based on the current number of Recruits and the predicted/current recruitment statistics, including time to recruit and recruitment success

### 3. Forecast Separations Budget

Alerts if current number of Recruits are not sufficient to provide the Gains required to meet Budget requirements in the future recruitment statistics, including time to recruit and recruitment success

ORACLE CONFIDENTIAL

CA-ORCL 015713

NDCA-ORCL 018934

# 1. Workforce Composition

## Introduction

Workforce Composition analysis is used to analyze key metrics about selected groups of the workforce. This analysis is normally by the presentation of the data as a trend. The Workforce Composition measures will be viewed by a number of categories such as personal characteristics, Organization, Location, Job type or role.

<u>This area includes the following :</u>

- Quantify the workforce at any point in time up to the present, by using commonly used metrics such as FTE and Headcount and to subdivide this by a number of factors, such as Organization, age, worker type, Location etc.
- Support for legal compliance reporting by the provision of legislative specific data. Allowing for example reports on quotas of minority groups within the composition of the workforce. This area does not take into consideration specific local requirements or provide specific reporting layouts, but provides the underlying data on which these reports may be produced.

In conjunction with the other areas in Workforce planning it will allow:

ORACLE CONFIDENTIAL

- Predictions to be made as to the levels of workforce, based upon user defined criteria, such as termination rate, recruitment rate, progression rate..

CA-ORCL 015714

NDCA-ORCL 018935

**It does not include the following :**

- The costs associated with the workforce.
- Any Competence/Skills levels.

## 1.1. Business Questions and Other Requirements

For Alerting/KPI business questions please refer to the relevant section. For projections/what if business questions please refer to the Workforce Forecasting functional specification.

**Requirements and Scope**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| R1 | View workforce composition information on a weekly, monthly, quarterly and yearly basis | E | Based on fixed periods e.g. 1Jan, 1st Feb, 1st March etc |
| R2 | View information on a daily basis | D | This should be available to customers if required. |
| R3 | Provide some legally required reports based on the structure of the workforce (e.g ethnicity). | E | These reports are 'generic' and do not need to be legislative specific for this release. |
| R4 | Hierarchical breakdown of the workforce by the current Organization hierarchies | E | Organization hierarchies can be n level deep and hence this needs to be reflected. Please refer to the all categories functional specification for a detail on this issue.<br>Note :Hierarchies are based on the current hierarchy and no history of changes should be taken into consideration (i.e. Organizational changes over time) |
| R5 | Hierarchical breakdown of the workforce by Supervisor hierarchies | D | Out scoped for this release |
| R6 | Hierarchical breakdown of the workforce by Position hierarchies | D | Out scoped for this release |
| R7 | Hierarchy node rollup ability | E | Please refer to the all categories functional specification for clarification on this issue |
| R8 | Support for all existing and future assignment budget values | E | |

E-Essential, D-Desired, O-Out of Scope

CA-ORCL 015715

ORACLE CONFIDENTIAL

**Business Questions**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | **A. Solely in this Area** | | |
| A1 | What is my current number of FTE. Then break this figure down into various groups such as professional and managerial staff. | E | utilizing the Job categories concept to determine the groups |
| A2 | Give me the following Workforce ratios:<br>a. Ratio of revenue generating FTE to non-revenue generating FTE<br>b. Ratio of sales to non-sales staff FTE, or research to non-research staff, (quantified by an Assignment Budget Value | E | utilizing the Job categories concept to determine the groups |
| A3 | How many people, measured by head count, do I have in any worker category? | E | |
| A4 | Show me the total workforce FTE, broken down by length of service, of my revenue generating employees. | E | Revenue generating to be taken from Job category. |
| A5 | How has the cross section of ages (by age band), quantified by head count, in a particular Organization changed over the past 5 years? | E | see the all categories functional specification for a definition of the age bands. |
| A6 | Show me my head count trend over the last 2 years by product (highest level) allow me | D | **Product Category out scoped for first** |

| | | | |
|---|---|---|---|
| | to then drill into each product into the sub products. | | release |
| A7 | Show me the trend over the past 2 years of the ratio of headcount to FTE | E | |
| A8 | Show how my workforce has changed over the last 2 years, by showing a breakdown by permanent and non-permanent staff? | E | |
| A9 | What is the average annual salary by Job at present? Previous years? | E | See definition of annual salary in the detailed measures section. |
| A10 | What percentage of people in each Location are below their salary mid point for their grade and how has this changed over time? | E | |
| A11 | Show for each person in my Organization how their salary compares to their grade rate (min to max). | E | |
| A12 | Show the head count figures for the Organization and it's sub-ordinates rolled up into it:<br>a. Week on week for this year (on the Monday of each week with numbering)<br>b. Month on month (on the 1st of each month)<br>c. At the end of each financial quarter. | E | There are different ways in which Organizations can be rolled up. Please refer to the all categories functional specification for a detail of this. |
| A13 | Rollup each node of my Organization hierarchy and give me the headcount by each Organizational node. | E | There are different ways in which Organizations can be rolled up. Please refer to the all categories functional specification for a detail of this. |
| A14 | What is my Headcount figure based on my Financial Calendar? | D | |
| | **B. Including Other Areas in this Functional Specification** | | |
| B1 | How many filled FTE as a proportion of total budgeted FTE are there? | E | |
| B2 | Show me my turnover rate in any period. | E | Turnover Definition : percentage of workforce : quantified by FTE or head count |
| B3 | How am I doing against my budgeted FTE and which Organization continues to fall short of their budget or continually exceeds their FTE budget. | E | |
| B4 | Show me my top 10 Organizations which are above their budgets for last year by FTE. | | |
| | **C. Requiring other HRMS Areas not in this Functional Specification** | | |
| C1 | Show me the top Organizations with the highest HR costs per FTE /headcount etc. | E | |
| C2 | What is the total HR expenses divided by average total FTE during the period? | E | |
| C3 | What is the total training expenses divided by average total FTE during the period | E | |
| C4 | Show me :<br>a. the average remuneration / FTE<br>b. the average total compensation / FTE<br>c. the average costs per FTE<br>d. the net operating costs / FTE | E | |
| C5 | What is the revenue per FTE for a given reporting period? | E | |
| C6 | What is the wealth created per FTE ( (profit after tax - 10% shareholder equity) / FTE)? | E | |
| C7 | What is the average profit per FTE? | E | |
| C8 | Utilization / Absences | E | |
| C9 | What is the proportion of total FTE on disability leave? | E | |
| C10 | What is the proportion of total FTE on any long term leave of absence? | E | |
| C11 | What is my utilization / FTE ratio?<br>A) Week on week<br>B) Day on day (option of just showing working days)<br>C) Job Satisfaction | E | |
| C12 | Show me the number of EEO grievances as a proportion of the number of minority employees per reporting period for each Organization | E | |
| C13 | How many training hours per FTE have occurred within a defined reporting period? | E | |
| C14 | What is the proportion of FTE on sponsored education programs? | E | |
| C15 | Show my workforce FTE breakdown by performance band for the last 5 years. | E | |

ORACLE CONFIDENTIAL

CA-ORCL 015716

NDCA-ORCL 018937

Error! AutoText entry not defined.

| | | | |
|---|---|---|---|
| C16 | Show my workforce FTE breakdown by Competence band (for a specific Competence). | E | |
| | **D. Utilizing Cross Application Areas** | | |
| D1 | What is my revenue by sales person by Organization and what is the average revenue by FTE by my Financial periods? | D | We need to investigate to see if we can provide a link to Financial functionality to deliver this business question. |

E-Essential, D-Desired, O-Out of Scope

ORACLE
CONFIDENTIAL

CA-ORCL 015717

Error! AutoText entry not defined.

NDCA-ORCL 018938

## 2. Workforce Recruitment

### Introduction

Workforce Recruitment is fundamentally concerned with, the 'in flow' of people into the Enterprise and internal recruitment i.e. where an employee has transferred within the Enterprise but has gone through the recruitment process. It also examines the various stages of the recruitment process to determine the efficiency of the hiring process.

It seeks to quantify this flow in absolute measures and to breakdown these measures by various categories.

Furthermore by examining the recruitment 'pipeline' it is possible to predict future hires, make projections and to conduct what if analysis to satisfy future recruitment requirements.

ORACLE CONFIDENTIAL

CA-ORCL 015718

<u>This area includes the following :</u>

- New-Hires (configurable definition) - employees and contingent labor
- Re-Hires - ex employees and contingent labor
- Starts - those employees/contingent labor who have not been through the recruitment process but start the Enterprise.
- New Assignments Starts - employees who have existing assignments but a new

assignment start which is going through the recruitment process.

**It does not include the following :**

- Change in conditions - increases or decreases in FTE (see workforce movements and composition).
- Starts - additional assignments of current employees (see workforce composition and movements). Except were this new assignment is going through the recruitment process?
- Re-Activations - assignments coming off suspension, e.g. off maternity leave, sabbatical (see workforce composition and movements).
- Transfers - employees being transferred from one business unit to another (see workforce movements) except where they have been part of the recruitment process.

In the circumstance where an applicant is applying for two Positions simultaneously, and could for example be selected for both, and have two assignments, each of the applications are considered separately. So even though one interview has taken place this is considered as two selection processes and is recorded as two separate events.

**Out-scoped Functionality**

1. Costing and overall recruitment effectiveness.

2. Competencies and skill matching will not be included in the first release.

## 2.1 Business Questions and Other Requirements

For Alerting/KPI business questions please refer to the relevant section. For projections/what if business questions please refer to the Workforce Forecasting functional specification.

**Requirements and Scope**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| R1 | Configurability of the definition of a new hire. As the definition of a new hire may vary by Enterprise then this needs to be configurable at the customer site. | E | see the configuration functionality section<br>Does this also need to be configurable and seeded at the country level? |
| R2 | The granularity of the data must provide reports to be produced on a weekly or period basis (i.e. defined dates which the user can change by entering a to and from date range). | E | |
| R3 | Use of Global Organization Hierarchies across business groups and legislations | E | |
| R4 | Security must allow the line managers to only view those employees within their Organization / directly reporting to them. | E | |
| R5 | Security should allow different security depending on the granularity of the data and the source . i.e. data specific to an individual employee should have higher security and less people should have access to these details than summary data calculated from a number of employee records | D | |

E-Essential, D-Desired, O-Out of Scope

ORACLE CONFIDENTIAL

CA-ORCL 015719

NDCA-ORCL 018940

## Business Questions

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | A. Recruitment | | |
| A1 | What is the ratios of the following :<br>1. My Offer to Acceptance ratio (for the same recruits): Acceptance Rate<br>2. My Offer to Hire ratio (how many of the offers made have lead to a hire, i.e. same recruits.<br>3. My Interviewees to Offer ratio?<br>4. My Applications to Hire ratio: Selection ratio ? | E | |
| A2 | What is my selection ratio of applicants in a known minority group (ethnicity, gender, age) as a ratio of the selection ratio for all applicants? | E | |
| A3 | Show me the total recruitment by FTE per month for the last 2 years for a given Job. | E | |
| A4 | Show the breakdown of recruitment, by type, i.e. new hires, starts, re-starts, transfers (In), for this year compared to last year - (partially answered here and in workforce movements) | E | transfers in - this is not functionally part of recruitment (unless the applicant has come through the recruitment process) in which case movements is required to be able to answer this question. |
| A5 | What is the number of applicants who have applied each month this year for a given Job / Position / Vacancy? | E | |
| A6 | What percentage of applicants that have got/not got to each stage of interview - first, second, third? What is this broken down by reason? | E | Issue : Do we need a 3rd level of interview? |
| A7 | What is my applicant success rate (number of applicants that are recruited). How is this broken down by recruitment period/ Vacancy? | E | applicant success rate is the number of applicants that have been recruited ..... |
| A8 | How many contingent workers / contractors have I recruited over the past 6 months? | E | For a definition of what is a contractor and please refer to the following sections |
| A9 | What proportion of the new hires are contractors/ with temporary contracts over the past year? | E | |
| A10 | How long does it take to recruit a contractor compared to a permanent staff. Show this year on year for the last 5 years? | E | |
| A11 | What proportion of my recruits for the last period have been 'New Hires'? How many have been re-hired? | E | For a definition of new hires/hires please see the configuration functionality section. |
| A12 | Which recruiters are more successful in recruiting? For a given Organization/Position , skill etc: Success measured by:<br>1) Have the fewest Termination after a year?<br>2) Recruits most quickly?<br>3) Recruits most cheaply | <br>E<br>E<br>D | NOTE : the Skills are not part of the first release.<br><br><br>This requires Recruitment Activity Costs |
| A13 | What is the number of FTE actively being recruited (i.e. included in vacancies within open Job requisitions) as a proportion of unfilled Vacancy FTE | E | |
| A14 | How many open vacancies do I have? | E | |
| A15 | Show me the Average time to Hire | E | |
| A16 | Show me the Average time to Offer | E | |
| A17 | Show me the Average Time to First Interview | E | |
| A18 | What is the Average Time to Offer / Rejection: Time to Process | E | |
| A19 | From which Locations/Jobs do we have the greatest difficulty (based on average times to hire) or the greatest cost in hiring? | E | |
| A20 | What is the external recruitment rate, i.e. Total number of external recruits (new, not from within the Enterprise) / workforce headcount. | E | |
| A21 | What percentage of people getting through the 1st / 2ND /3rd interview eventually become recruited? This will enable me to estimate the effect on number of new recruits, assuming a linear correlation, if the number of people selected for 1st interview is reduced? | E | |

ORACLE CONFIDENTIAL

CA-ORCL 015720

NDCA-ORCL 018941

| | | | |
|---|---|---|---|
| A22 | What is the total annual salary bill of those recruited in the past six months. How does this breakdown by Job, Position/Organization/Locations? | | |
| A23 | Are we losing applicants because of time inefficiencies ? | | |
| | **B Including Other Areas in this Functional Specification** | | |
| B1 | What is my voluntary terminations as a percentage of total workforce FTE occurring within first n months of employment | E | |
| B2 | What is the number of new hires from each opening / recruitment campaign still employed after 1 year? | E | |
| B3 | What proportion of the contractors have left the company join as permanent staff with 6 months, break this down by year over the last 5 years? | E | |
| B4 | What proportion of my unfilled budgeted places do I have vacancies for, show this as a monthly trend over the last year? | E | |
| B5 | External addition rate is the total number of external recruits (new not from within the Enterprise) into newly approved requisitions / workforce headcount. | E | |
| B6 | What are my likely gains by next month based on:<br>Recruitment Pipeline (average time to recruit)<br>Long Term Leave of Absence<br>Internal Transfers | D | |
| | **C. Requiring other HRMS Areas not in this Functional Specification** | | |
| C1 | What is my Cost per hire? By Job/ Position / Vacancy / Organization/ Locations? | E | based on activity cost? How do we apportion? |
| C2 | Which recruitment methods (types) are :<br>a) the fastest<br>b) the cheapest for any given Job? | E | fastest - based on average times to recruit for a given Job, Position, Organization etc.<br>Cheapest - this is calculated using Recruitment activity cost. |
| C3 | How closely does my applicants match the Skills/competencies required for the Job they are applying for? | D | Competencies required to be held not only for Job / Position etc but also against the applicant - Only a desirable requirement for the first release |
| C4 | Of those applicants recruited how closely do they meet the competencies required for that Job/Position/Organization? Where are the deficiencies in Skills/competencies. | D | |
| C5 | What percentage of my a) applicants b) recruits were recruited due to a given recruitment activity?<br>Of those people is there a difference in<br>a) Competence<br>b) Job<br>c) Location<br>d) other demo graphics? | E<br><br><br>D<br>E<br>E<br>E | desirable by Competence |
| C6 | What is my Skills make up of all recruits over the past year? How is this different with previous years? | E | |
| C7 | What is the Skills gap between my new employees and the Jobs/Positions that they have been recruited into? How has this changed over the past 5 years? | E | |
| C8 | What Skills do I have the greatest problem recruiting? By Organization / Job / Position etc.? | E | |
| | **D. Utilizing Cross Application Areas** | | |
| D1 | What is the average cost of recruiting certain groups of employees and how much revenue have they generated in the last 5 years. | E | |

E-Essential, D-Desired, O-Out of Scope

ORACLE CONFIDENTIAL

CA-ORCL 015721

NDCA-ORCL 018942

# 3. Workforce Separations

## Introduction

This area examines the loss of workforce from the Enterprise i.e. those who have separated.

This area includes the following :

- Terminations
- Death in service
- Retirement

It does not include the following :

- Transfers between Organization within the Enterprise
- Movements across business groups
- Long term leaves of absence.

(these are covered within the movements area)

ORACLE CONFIDENTIAL

CA-ORCL 015722

NDCA-ORCL 018943

Any of the workforce who may have been on long term disability etc and then is either terminated or takes retirement is not treated as separated until they have been terminated and not from the date they were on long term disability. The same goes for all other types of long term absence such as maternity leave.

**Out-scoped Functionality**

1. Competencies and skill matching will not be included in the first release.

## 3.1 Business Questions and Other Requirements

For Alerting/KPI business questions please refer to the relevant section. For projections/what if business questions please refer to the Workforce Forecasting functional specification.

**Requirements and Scope**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| R1 | View information across Global Organizational Hierarchies | E | |
| R2 | Breakdown leavers by leaving reason | E | |
| R3 | Separations can be defined in different ways. There is a need of having a pre-seeded method and also allowing flexibility to change this pre- seeded version. | E | Is this true? If so can we do this through FF or should we just allow a coding solution? Not sure how strong this requirement actually is. |

E-Essential, D-Desired, O-Out of Scope

**Business Questions**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | **A. Requiring solely this Area** | | |
| A1 | How many (Headcount) separations have occurred in each of my Organizations over the past 12 months (by month)? | E | |
| A2 | What is the breakdown of the (FTE) separations by reason of separation (e.g. mandatory retirement, early retirement, redundancy, dismissal, termination due to disability, death in service)? | E | |
| A3 | What is the ratio of voluntary to involuntary terminations for a particular Job month on month / year on year? | E | |
| A4 | What is the breakdown of separations by worker type (exempt / non exempt, part - time full time) ? | E | |
| A5 | What are the separations by period of service band Placement) | E | |
| A6 | What are the main reasons given for those separating and what is this compared to last year (given by FTE, headcount, money and other ABV)? | E | |
| | **B Including Other Areas in this Functional Specification** | | |
| B1 | What are the number of separations by year (over the last 5 years) as a percentage of that years new hires? | E | |
| B2 | Compare my separations compared to my recruitment month on month over the past 3 years. | E | |
| B3 | How am I doing compared to my budget taking into consideration my leavers over the past month? | E | |
| B4 | Of my workforce which were at risk of leaving how many actually left and hence how accurate was my original prediction? | D | This is desirable and may not be answered in the functional specification. It may be better to |

ORACLE CONFIDENTIAL

CA-ORCL 015723

NDCA-ORCL 018944

| | | | |
|---|---|---|---|
| | | | create a new "Separations Risk" functional area. |
| B5 | How many of the Separations resulted from a long term absence?<br>Breakdown by type of Long term absence Type | D | |
| | **C. Requiring other HRMS Areas not in this Functional Specification** | | |
| C1 | How many of the people lost in the last year have had:<br>Base Pay less than Mid point<br>Pay below market average<br>Have Web development Skills<br>Have a Commute of > 1 hour<br>Have a Commute of > 2 hours<br>Have Bonus below 10% Salary<br>Have Bonus below 5% Salary | E | Can be partially answered within the scope of this functional specification. |
| C2 | Will a certain person leaving a Job/Position/Location cause a skill shortage in a given area? | E | |
| C3 | Who is most likely to replace a given leaver based on<br>a. Skills<br>b. Grade<br>c. Job/Position | E | |
| C4 | What Skills and experience are those leaving taking with them and how does this compare with my recruitment "pipeline"? | E | |
| | **D. Utilizing Cross Application Areas** | | |
| D1 | For those leaving the Organization what is the lost sales opportunity cost? | E | |
| D2 | For those leaving the Organization what was there total revenue generated over the past 5 years? | E | |

E-Essential, D-Desired, O-Out of Scope

ORACLE CONFIDENTIAL

CA-ORCL 015724

NDCA-ORCL 018945

## 4. Workforce Movements (Deployment and Progression)

### Introduction

Workforce Movements is concerned with the movements and changes of people within the Enterprise and therefore include those who have been recruited through the recruitment process and gained by the enterprise and those that have separated from the Enterprise as both are considered 'movements'.

ORACLE CONFIDENTIAL

<u>This area includes :</u>

- Deployment Location (a workers place where they are currently working)
- Suspensions
- Re-Starts
- Re-Location
- Re-Organizations
- Transfers - across Organizations or business groups (where they have not gone through the recruitment process)

CA-ORCL 015725

NDCA-ORCL 018946

- Changes in Grade
- Changes in Organization
- Changes in Position
- Changes in Job
- Changes in person types
- Extended leaves of absence

**This area does not include :**

- Promotions
- Demotions
- Changes in Status
- Changes in working conditions
- Salary Changes?

Mass move tracking as this is a process

**Out-scoped Functionality**

1. Competencies and skill matching will not be included in the first release.

## 4.1. Business Questions and Other Requirements

For Alerting/KPI business questions please refer to the relevant section. For projections/what if business questions please refer to the Workforce Forecasting functional specification.

**Requirements and Scope**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| R1 | View workforce information on a weekly, monthly, quarterly and yearly basis | E | Based on fixed periods e.g. 1Jan, 1st Feb, 1st March etc |
| R2 | View information on a daily basis | D | This should be available to customers if required. |
| R3 | Hierarchical breakdown of the workforce by the current Organization hierarchies | E | Organization hierarchies can be n level deep and hence this needs to be reflected. Please refer to the all categories functional specification for a detail on this issue. Note :Hierarchies are based on the current hierarchy and no history of changes should be taken into consideration (i.e. Organizational changes over time) |
| R4 | Use of Global Organization Hierarchies across business groups and legislations | E | |
| R5 | Projected gains due to re-starts from maternity, sabbatical and other suspensions | D | |
| R6 | Breakdown of information using 'Line of Business' cost key Flexfields. | D | |
| R7 | Flexible definition of certain Transition types including the definition that if someone is on extended leave they are counted as suspended. | D | |
| R8 | Recruitment cost analysis and Recruitment Process Effectiveness (examining effectiveness of filling vacancies) are out of the scope of this Functional Analysis. | O | |

ORACLE CONFIDENTIAL

CA-ORCL 015726

NDCA-ORCL 018947

E-Essential, D-Desired, O-Out of Scope

**Business Questions**

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | **A. Solely in this Area** | | |
| A1 | What is the number of transfers have occurred over the past 12 months ? | E | |
| A2 | How many of my workforce are :<br>a. restarting after suspensions?<br>b. restarting after other types of long term absence (sabbaticals etc)?<br>c. on long term disability? | E | |
| A3 | How many people are changing Location or have moved to a specific Location over the last year? | E | |
| A4 | What is the Grade change rate (the average length of time to move from one grade to another) in each Organization by worker classification (e.g. EEO category etc) | E/D | We can not assume that a grade change is a promotion hence we can not determine promotion rate. |
| A5 | What is the Job change rate (the average length of time to move from one Job title to another) in each Organization by worker classification (e.g. EEO category etc) | E/D | We can not assume that a Job change is a promotion hence we can not determine promotion rate. |
| A6 | What is the Position change rate (the average length of time to move from one Position to another) in each Organization by worker classification (e.g. EEO category etc) | E/D | We can not assume that a Position change is a promotion hence we can not determine promotion rate. |
| A7 | Show me my top and bottom 10 Organizations where the rate of grade/Job change is highest/lowest. | E/D | |
| A8 | What is the average time between Salary changes by EEO category ? | D | |
| A9 | How many of my workforce have changed from being on 6 month contracts to 12 month contracts in the last 6 months (due to my internal change of hiring policy - headcount freeze)? | D | |
| A10 | How many of my workforce, by worker category, have moved from being contingent labor to being permanent employees? | D | |
| A11 | What's the average time a worker is in a particular:<br>Grade<br>Position<br>Organization<br>Location<br>Salary Band<br>Is this dependant upon other factors:<br>Ethnicity<br>Age<br>Length of Service | E | |
| | **B. Including Other Areas in this Functional Specification** | | |
| B1 | Ratio of promotions in reporting period against total number of FTE | D | OUTSCOPED as we can not identify promotions. |
| B2 | What are my projected re-starts within the next 12 months or by a given date. How does this affect my FTE/Head count budget? | E | |
| B3 | What percentage of employees re-locating to a different country terminate after 1 year, show by source country and by destination country? | E | |
| B4 | How many of the employees from the mass re-Location have now terminated, break this down by home Location (would be nice to show this on a map showing clusters!). | E | |
| B5 | Is there a correlation between Job/grade/Position rate (or lack of it) and voluntary terminations. Show a scatter of average time to Job/grade/Position of each person (assignment) against length of service? | E | |
| B6 | Show me my FTE/headcount losses (including all those that have transferred) by type for the last year. | E | |
| B7 | Show me my FTE/headcount gains (including all those that have transferred) by type for the last year. | E | |

ORACLE CONFIDENTIAL

CA-ORCL 015727

NDCA-ORCL 018948

Error! AutoText entry not defined.

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | **C. Utilizing Areas outside of this Functional Specification** | | |
| C1 | What is the performance / productivity / after an employee has been in a Job or Position after 1 year, 2 years etc..? | D | |

E-Essential, D-Desired, O-Out of Scope

ORACLE
CONFIDENTIAL

CA-ORCL 015728

Error! AutoText entry not defined.

NDCA-ORCL 018949

# 5. Budget

## Introduction

HR Budgets provides a working budgeting system that provides the ability to restrict the number of people / assignments in a particular period, measured by various predefined budget metrics such as FTE of Head Count, that work in a particular areas of the Enterprise. The 'area' is defined by the Organization, Job Location, Grade or any combination of these entities.



## 5.1 Business Questions and Other Requirements

For Alerting/KPI business questions please refer to the relevant section. For projections/what if business questions please refer to the Workforce Forecasting functional specification.

ORACLE
CONFIDENTIAL

CA-ORCL 015729

## Requirements and Scope

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| R1 | View Budget information against its Budget Calendar for time | E | |
| R2 | Include Budget Rollup functionality to examine the performance of delegated budgets at each level of delegation. | E | 11.5.4 budget functionality |
| R3 | Allow drilling to the individual employee (Assignments) that make up the Budget Actuals. | E | |

E-Essential, D-Desired, O-Out of Scope

## Business Questions

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | **A. Solely in this Area** | | |
| A1 | Show me the Budget Values over time (using the budget calendar periods): | | |
| | 1. for a particular Budget Unit | E | |
| | 2. for multiple Budget Units on the same graph | E | HRMS 11.5.4 Budget Functionality |
| A2 | What are the Number of filled FTE as a proportion of total budgeted FTE ? | E | |
| A3 | Show me a breakdown of how the budget has been delegated by Organization over time and the corresponding breakdown of the constituent Actual Budget Values. | D | HRMS 11.5.4 Budget Functionality |
| A4 | Show me in order largest first, the budgets with the largest percentage deficits (100% * Budget - Actual / Budget ), for a particular Budget Measurement Type. | D | |
| A5 | Show me which budgets are 'consistently' over or under budget: | D | This could be done using a pre-calculated rolling average |
| A6 | Which managers are 'consistently' over/under budgeted | D | |
| A7 | Which positions have not been filled for over:<br>1. The last year<br>2. The last quarter<br>3. Since the start of this Quarter (budget calendar) | D | Can a position i.e. a job in an Organization for a certain manager, be tracked without a Position work structure? |
| A8 | Show delegated variance when rolling, i.e. when a budget is delegated. one mangers over budgeting may cancel out another managers under budgeting when rolled up. | D | HRMS 11.5.4 Budget functionality |
| A9 | Show the breakdown of my Budget Actuals by:<br>1. Job<br>2. Grade<br>3. Location<br>4. Gender | D | |
| A10 | How has my allocated budget grown over the last 5 years | D | |
| A11 | How many FTE years have I under/over budgeted for in:<br>1 The last financial year<br>2 The last budgeted<br>3 The last 5 calendar years with totals for each year | D | |
| | **B. Including Other Areas in this Functional Specification** | | |
| B1 | Show me the Number of FTE actively being recruited (i.e. included in vacancies within open job requisitions) as a proportion of unfilled (budgeted) FTE per page 7 | E | |
| B2 | Which budgeted positions are we unable to recruit for? | E | Issue of whether a position needs to be defined? |
| B3 | Which budgeted positions have we the highest turnover / worst retention? | E | As above |
| B4 | Show the breakdown in my Organization of Headcount by Budget, indicating those | D | |

ORACLE CONFIDENTIAL

CA-ORCL 015730

| No. | Description | Priority (E/D/O) | Comments |
|---|---|---|---|
| | assignments that are:<br>1. Not budgeted for<br>2. Are budgeted for more than once | | |
| | **C. Utilizing Areas outside of this Functional Specification** | | |
| C1 | Which budgets over the last year have given the:<br>a) Most Revenue (attributed) per FTE<br>b) Lowest Costs per FTE. | | May have to do this through an attributed revenue fact, down to perhaps the person level. |

ORACLE CONFIDENTIAL

CA-ORCL 015731

NDCA-ORCL 018952

# Risks

The following are a brief list of he main functional risks that are still to be resolved. They do not take into consideration other technical risks.

### Slowly Changing Dimensions

The nature of HRMS data requires both the use of the data warehousing concept of slowly changing dimensions and to support date tracking. The functionality is partly there and discussions are happening to include support for date tracking within this framework.

**Risk** : High

### Indefinite Hierarchies

Due to such hierarchies as Organization and not knowing the number of levels within each customer installation and the fact that a data warehouse needs to build definite lists of hierarchies to operate effectively then this is still an outstanding issue. This is supposedly supported in 11.5.4 but no one is using this and we do not know how this will work. Also what happens if a customer implements and then changes the number of levels within their hierarchies.

**Risk** : Medium

### Performance and Testing

How the warehouse will perform and how long it will take to test all the permutations and combinations is a big unknown. A lack of adequate QA resource is a big problem.

**Risk** : High

### Express Bridge

If we decide to deliver express content or not the question remains if the bridge actually works. This is untested and needs a lot of work. Delivering content for the first release is not feasible based on current delivery dates.

**Risk** : High

### Materialized Views (a vehicle for Summary information)

Fast refresh on multiple table joins still to be tested to ensure this is workable. This is very important for ensuring performance and functionality can be delivered. If this is not available then we may have to deliver our own summaries.

**Risk** : High/Medium

ORACLE CONFIDENTIAL

### Data Mining Content

After our initial look at Darwin this looks like a tool we would want to integrate as soon as possible. There are a lot of unknowns which mean this will take a long time before determining what we can deliver if anything for the first release.

**Risk** : High

CA-ORCL 015732

NDCA-ORCL 018953

### Bench marking

Working with Saratoga needs to resolved as soon as possible to try and get this in place for the first release. This is now looking unlikely based on current planned delivery. This is currently with product management.

**Risk :** High

### Budgeting

We have just started looking at budgeting from a functional perspective and hope this will be included in the first release.

**Risk :** High/Medium

### Performance Management Framework

The EDW and OLTP architecture for PMF is at the time of writing still under development. It has been scheduled for release for 11.5.4

**Risk :** Medium

ORACLE CONFIDENTIAL

CA-ORCL 015733

NDCA-ORCL 018954

# Appendix 1 - Categories

This section supports the body of the document by demonstrating the proposed functionality of the categories that accompany each measure. For each Category Business Questions are listed that provide examples of the type and scope of functionality required. Categories allow the both navigation within a measure and between measures, allowing:

- Pivoting (viewing the data by one category and then another),
- Drilling (viewing the detail of a summary),
- Breakdown (showing the constituent parts of a measure).

Most Categories are used by more than one measure effectuating both navigation between the measures and calculations involving more than measures (where the summaries of the information share the same measures) e.g. Revenue per FTE with the common dimensions of Time (Each Quarter this year), and Line Of Business and the Measures taken from Financials Revenue and Workforce Composition.

ORACLE
CONFIDENTIAL

CA-ORCL 015734

NDCA-ORCL 018955

## Time

Time is required to allow the user to examine measures that occurred:

- At selected points in time

  OR

- During a period of time.

### Out of scoped for this Functional Specification

It may be desirable however to refer to the measures from the perspective of other calendars in subsequent versions these may include:

- Other National / Cultural / Religious calendars
- Local / National Tax Calendars
- Project Calendars

## Requirements

Table 1

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | Show me the Enterprise Workforce FTE each month over the last 2 years | E |
| 2 | Show me the Business Groups total loses that have occurred each quarter for this year compared to last year | E |
| | B Types of View | |
| 1 | Trends over time showing the measure changing from one period to the next, e.g. on a daily, weekly, Monthly, Yearly etc. basis. | E |
| 2 | Comparison of a measure on a particular day to the same day a week, month etc.. previously. | E |
| | C Granularity | |
| 1 | Lowest granularity is Day. This will allow not only viewing the information over a given date range but also ensuring we can role the information up into other calendars which have a common starting point of day. | E |
| | D Usage | |
| 1 | Gregorian Calendar (see attributes section) | E |
| 2 | Budget / Payroll Calendar (see attributes section) | E |
| 3 | Financials Calendar (see attributes section) | E |
| 4 | Gregorian Bi Month | D |
| 5 | Gregorian Semi Year | D |

ORACLE CONFIDENTIAL

CA-ORCL 015735

NDCA-ORCL 018956

# Organization (Hierarchy)

Organization is required as a category to enable the workforce metrics to be shown or broken down into the particular Organization. Furthermore, because Organizations can be organized into to a Hierarchy a number of hierarchical functions may be applied, such as rollup and hide sub-ordinates, rollup into each sub-ordinate, or reveal the Organizations below this Organization on a certain Hierarchy.

## Requirements

**Table 2 Organization (Hierarchy) Requirements**

| No. | Requirement Description | Importance |
|---|---|---|
| | **A Business Questions** | |
| 1 | Show me my Workforce FTE broken down for each Organization in a Business Group | E |
| 2 | What is the Workforce Headcount for a specific Organization and all it's sub-ordinates with the metrics rolled-up into each respective Organization for a specific Organization Hierarchy version. | D |
| 3 | Show me my Total Losses for this year broken down for each Organization in a particular hierarchy. | D |
| 4 | Show me my Total Gains for all the Organizations in the Primary Hierarchy of a Business Group | D |
| 5 | Show me the total workforce FTE in my business group. | E |
| 6 | Organization current Hierarchy. | E |
| | **B Types of View** | |
| 1 | Use Organization as an axis to breakdown and group the measures. e.g. Losses by Organization for a year | E |
| 2 | Use Organization as a category to breakdown measures. e.g. Total Workforce trend over time breakdown by Organization. | E |
| 3 | Comparison of a measure on a particular day to the same day a week, month etc.. previously. | E |
| 4 | Trends over time showing the measure changing from one period to the next. e.g. on a daily, weekly, Monthly, Yearly etc.. basis. | E |
| | **C Granularity** | |
| 1 | Each Organization that has ever existed should be recorded even if the Organization does not currently exist. Historical Organizations are required because an employees may have assignments in the past, which are relevant for historical reporting, in an Organization that no longer exists. | E |
| 2 | Organizations do not have versions over time so the attributes and details of an Organization should not change over time and no history is required. Note: this is not to be confused with Hierarchy which can change over time from version to version. | E |
| | **D Usage** | |
| 1 | Current and Historical Organizations (with to and from dates showing whether they are current) | E |
| 2 | Business Group as an Attribute and not as a parent of Organization in any form of Hierarchy | E |
| 3 | Business Group as a separate Organization because assignments can be for the Business Group and not a specific Organization. | E |
| 4 | Indicate if an Organization is in the Current Primary Business Group Hierarchy Version | D |
| 5 | Implement the Primary Organization Hierarchy for each Business Group, using the current (at time of collection) version, used for all time. | E |
| 6 | Implement a second Organization Hierarchy Version per Business Group as in 17 above, which is selected by the user prior to collection time (say using Profiles), as an alternative to the Primary Hierarchy. | D |
| 7 | Implement a finite number of Hierarchy Levels - 30 (see 22 as upgrade to this) | E |
| 8 | Cross Business Group / Global Organization Hierarchies (Hierarchy attributes only not Hierarchy functions). | D |
| 9 | Organization Hierarchy Navigation, i.e. where an Organization lies in a Hierarchy and what are it's parents and children. | E |
| 10 | Infinite Levels in the Organization Hierarchy. | D |
| 11 | Organization Hierarchy summation functions - Rollup, Rollup Each. | E |

ORACLE CONFIDENTIAL

CA-ORCL 015736

NDCA-ORCL 018957

| | | |
|---|---|---|
| 12 | Organization Hierarchy versioning including historical versions i.e. changes over time. | D |
| 13 | Enterprise concept - used instead of or as an alternative to All Organizations. This concept would allow multiple Enterprises to be put on the same instance for bureaus. - Question for Jackie/Philppa and perhaps Uzair because of ASP. | D |
| 14 | The user at query time should be able to select whether the report is to be for<br>a) an Organization Hierarchy Version which is a constant structure unchanging throughout time,<br>b) or an Organization Hierarchy, using the Hierarchy Version corresponding to the Start Date of each period | D |
| 15 | If a report is run for a particular Hierarchy Version (see requirement 23 a) then this structure may be used at any period in time even outside (before or after) the duration of the Structure Version. | D |
| 16 | If a report is run for a particular Hierarchy (see requirement 23 b) then a structure must exist at the Start date of the period for any data to be shown. | D |
| 17 | Discrepancies between data from one period to the next due to changes in the Organization Hierarchy (see requirement 23 b) and 25) should be included and categorized in a way to show it was attributed to a Structure change, for example in Workforce Losses or Gains should show Losses due to an Organization being removed from the Organization Hierarchy as say an 'Organization Hierarchy Change Loss'. | D |
| 18 | A maximum of 10 Organization Types are required. If more that exist for an Organization then the most commonly used types should be selected. | E |

ORACLE CONFIDENTIAL

CA-ORCL 015737

NDCA-ORCL 018958

## Person

A Person can be employed by an Enterprise in more than one 'appointment', hence the concept of assignment exists to and hold the details of each of the separate relationships a person may have with the Enterprise. This relationship may be quantified using the metrics discussed above, i.e. Head count, FTE.

The Person category has a number of associated attributes that may also be used as categories, e.g. Gender, FTE Capacity, Nationality. Other attributes may require some special formatting such as categorization into a hierarchy e.g. home Location, or banding such as age.

A person may have one or many types of relationship with the Enterprise, simultaneously and / or over the period of their life. These are recorded in person types. These relationships include:

- Employee
- Contractor
- Applicant
- Supplier

This functionality is discussed in greater depth in the Person Type section. The attributes of the person however, may differ depending upon the type of person. For example for a contractor usually less personal information is record and the contact information may be to the contractors business address rather than personal. Furthermore some legislative reports do not count contingent labor (ADA?).

A person may be a supervisor to another employee and therefore these relationships between people through out the Enterprise forms a hierarchy. The functionality of this hierarchy is discussed in detail in the assignment category section.

ORACLE CONFIDENTIAL

## Requirements

CA-ORCL 015738

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | How many Sales Representatives do I have in each Location (measured in FTE taking into account all of their respective assignments)? | E |
| 2 | Show me by year, what proportion of Fast Track recruits leave after 1 year compared to normal recruits? | E |
| 3 | Show me those employees (by name) that have joined the Organization in the last 12 months | E |
| 4 | What is my workforce FTE broken down by Gender? | E |
| 5 | How many people in each Location are (considered) disabled? | E |
| 6 | What is the spare FTE capacity for my workforce by Location? | E |
| 7 | How many people in my workforce are currently over 60? - requires current age on person. | D |

NDCA-ORCL 018959

| | | |
|---|---|---|
| 8 | What is my workforce headcount composition by Nationality? Show this as a trend over time with a period of year.. | E |
| 9 | Show me all the people who live more than 80 miles from there home | D |
| 10 | Show me all the people who's estimated journey time is greater than an hour? | D |
| | **B Types of View** | |
| | C Granularity | |
| 1 | Each change in a person attribute (which requires tracking over time) should be a new category entry? | E |
| | D Usage | |
| 1 | Person within a single legislation at any one time but with the support for multiple legislations through the ability to change legislation from one date tracked row to the next. | E |
| 2 | Suppport for supervisor hierarchy (see assignment category) | E |
| 3 | Concept of a global person with many legislations simultaneously | D |

ORACLE CONFIDENTIAL

CA-ORCL 015739

NDCA-ORCL 018960

## Person Type

Person Type identifies the type of person / worker by the relationship the person has, at a point in time, with the Enterprise. To answer certain business questions it is also necessary to ascertain whether the person has had a prior relationship to the Enterprise, e.g. if they were a previous applicant, contractor, employee etc... and allow a person to have many of these relationships at the same time, e.g. a person can be an applicant and an employee at the same time.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | **A Business Questions** | |
| 1 | Show me the number of permanent staff (quantified by an ABV of the Vacancy). | E |
| 2 | Show me the number of employees who are currently applying for other Positions in the Enterprise. | E |
| 3 | Show me the percentage of applicants who are ex-employees. | E |
| 4 | Show me the percentage of applicants who have applied previously. | E |
| 5 | What is my applicant success rate (number of applicants that are employed). | E |
| 6 | What's the percentage of the applicants that get to 2nd interview. | E |
| 7 | How many (Headcount) of my Hires this year have previously been contractors, compared to last year? | E |
| 8 | How many of my current applicants are working for the Enterprise? | E |
| 9 | How many of my current applicants have ever worked for the Enterprise? | E |
| 10 | How many of my current applicants have applied previously but were not successful? | E |
| 11 | How many of my losses this year have been voluntary, involuntary or retirements? | E |
| 12 | How many of the requirements have been statutory and how many have been due to ill health? | E |
| | **B Types of View** | |
| 1 | Breakdown by category taking into account if the categories are mutually exclusive or not. | D |
| | **C Granularity** | |
| 1 | Lowest Level granularity of a single person type is not easily defined. The requirement is that is should be sufficiently flexible to meet the needs of any Enterprise and hence be low level as. | E |
| 2 | A person at anyone time may be a number of person types simultaneously e.g. Applicant, Ex Applicant and Ex Employee. Certain person types are mutually exclusive however e.g. Permanent and Student. | E |
| 3 | From an Oracle HRMS perspective a user defined status type may or may not be considered sufficiently low level. For example in the default Hierarchy one person type is student may be defined as having a System status type of Employee with a the student flag on person checked. | E |
| | **D Usage** | |
| 1 | Seeded Hierarchy covering Jackie Penticost Worker Type Hierarchy see below | E |
| 2 | Support for non-mutually inclusive categories, e.g. person can be Applicant, Employee, Beneficiary at the same time. | E |
| 3 | Support for other Hierarchies/categories that group the lowest level categories differently to the default Hierarchy, for example Saratoga Hierarchy | D |
| 4 | Flexible / User definitions of Hierarchies | D |
| 5 | Flexible / User definitions of lowest level categories in the Hierarchies | D |

ORACLE CONFIDENTIAL

CA-ORCL 015740

NDCA-ORCL 018961

## Age (Band)

This category allows the viewing of the measures by the Age of a person. A persons Age is a continuously changing measure however and apart from using it to compare data on a continuous axis, for most applications it is of little use in this form. A more usable form is to put the ages into Bands or even a Banding Hierarchy with various levels of accuracy.

*Note In Oracle HRMS 11.5.4, contingent workforce functionality* - The Contractors Age is not obtainable because the birth date is not recorded, unless the person was previously an employee.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | Show me my work force broken down by age band | E |
| 2 | Plot Age against Salary for my Sales Team. | E |
| 3 | What are the current Ages of my Sales Team? | E |
| 4 | What is the current Ages in Age Bands of my workforce? | E |
| 5 | At what Age Band do people have the most time off due to ill health (examine the last 10 years of data)? Represent this by a plot of average number of days absent by Age Band order by the average number of days descending. | E |
| | B Types of View | |
| 1 | Breakdown by<br>Age Band<br>Age (lowest Level) | E |
| 2 | Categorize ( on the x or y axis ) by:<br>Age Band<br>Age (lowest Level) | E |
| 3 | Drill from Age Band to Age. | D |
| | C Granularity | |
| 1 | The lowest granularity should be Months | E |
| | D Usage | |
| 1 | Age of a person at the time of a measure occurring, i.e. age of a person when their productivity was at its highest, this may have occurred several years ago but we require the age then. | E |
| 2 | Age (of a person at the time of the measure) put into Age Bands. | E |
| 3 | The Age Bands should be user defined. | E |
| 4 | The Age Bands should be hierarchical with a maximum of 2 levels | E |
| 5 | Age Bands should not overlap, e.g. 18-20 and 20-25 is not allowed it should b e18-19, 20-24. The End age represents a persons age up to the day before their birthday. | E |
| 6 | Current Age (as of today the reporting date) of a person. | D |
| 7 | Age Banding for Current age and associated hierarchies | D |
| 8 | Multiple User definable hierarchies and bands. | D |

ORACLE CONFIDENTIAL

CA-ORCL 015741

NDCA-ORCL 018962

## Period of Work (Service or Placement)

A Period of Work is the generic concept that tracks the amount of time a person has worked for the Enterprise , whether they are an employee or a contingent worker (or in some cases an Enterprises that has joined the Enterprise during the persons employment). For the employee it is referred to as the Period of Service and for the contingent worker it is referred to as the Period of Placement. A person may have many such periods with the Enterprise and each period should be tracked as a separate entity.

One of the most useful concepts of a Period of Work is Length of Service/Placement; this is the amount of time the person has been employed with /contracted to the Enterprise. Two Length of Work concepts are useful:

- Current Length of Work - the time spent in the Enterprise for the particular period of service up to the time the measure was taken for the person.
- Total Length of Work - the total time spent in the Enterprise, all the period of service added together, up to the time the measure was taken for the person.

From a functional perspective Length of Service in many respects has the same requirements as Age, above. It is a continuous measure that is increasing over time, it is useful in a limited number of cases in this 'raw' continuous form, but it is likely to be more useable in bands. Different bands and band hierarchies may be required by different users. One difference however is that unlike Age, the lowest granularity required could be as low as week or even day level.

It is a requirement that the Period of Work can take into account Adjusted periods of work. This is a Period of Work that has been adjusted to accommodate such things as:

- Legacy systems with incomplete data to supply a worker with sufficient data to give the correct period of service
- Mergers between Enterprises to allow the transfer of a persons previous period of service prior to the merger into the new conglomerated Enterprise's system.

*Note: In Oracle HRMS 11.5.4, contingent workforce functionality* - A period of placement is the contingent labor / contractor equivalent and requires banding also.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | Show me my work force broken down by Length of Service Band | E |
| 2 | Plot Length of Service in years against Salary for my Sales Team. | E |
| 3 | What is the spread of current Lengths of Service (lowest level) of my Sales Team? | E |
| 4 | What is the current Average Length of Service of my workforce? | E |
| 5 | Is there a correlation between Length of Work and the amount of absences a person takes? Represent this by a plot of average number of days absent by Length of Work order by the average number of days descending. | E |
| 6 | Length of Work when a person is most likely to leave (using data over the last 2 years) | D |
| | B Types of View | |
| 1 | Breakdown by<br>Length of Work (current Period)<br>Length of Work (Total) | <br>E<br>D |
| 2 | Categorize ( on the x or y axis ) by:<br>Length of Work (Band either Level) - Bar width not representing duration<br>Length of Work (Band either Level) - Point on scatter or Bar Width etc. proportional to period of work | <br>E<br>E |

ORACLE CONFIDENTIAL

CA-ORCL 015742

NDCA-ORCL 018963

| | C Granularity | |
|---|---|---|
| 1 | The lowest level should be user defined down to days but can describe the band using a text string because the user may have different requirements for length of service. from a few weeks to many years.. | E |
| 2 | The smallest length of period should be day | E |
| | D Usage | |
| 1 | Current Length of Service of a person at the time of a measure occurring | E |
| 2 | The Length of Service Bands should be user defined (down to the day level). | E |
| 3 | Only a single Length of Service Bands Hierarchy should be implemented for this version | E |
| 4 | The Length of Service Bands should be hierarchical with a maximum of 2 levels | E |
| 5 | Accommodation of Period of Placement for Contingent Workers | D |
| 6 | Total Length of Service for a person over their entire career with the Enterprise. This should be separate from Current Length of Service | D |
| 7 | Inclusion of Period of Work concept for a person including various attributes<br>Number<br>Start of Period of Service<br>End of Period of Service<br>This could be used to identify each period of service a person has worked for the Enterprise and it could also allow a versatile method of navigating to each period of service for a person. | D |
| 8 | Adjusted Periods of Service | E |

ORACLE CONFIDENTIAL

CA-ORCL 015743

NDCA-ORCL 018964

## Assignment

Assignments have different contexts depending on the Functional area and Measure. All assignments are date tracked because they can change over time and they can change status over time. The following discusses the contexts for an assignment.

It should be noted that many concepts that may be considered to be associated with the assignment category are discussed separately. This is because the categories are often required independently of the assignment concept. These categories are:

- Organization
- Geography
- Job / Job Category
- Grade
- Position
- Period of Service
- Change Reason - Event Reason
- Hire Reason - Event Reason

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | Show me the FTE of my assignments broken down by | |
| | a) Managers (and not) | E |
| | b) Primary (and Secondary) | E |
| | c) On Probation (and Not) | |
| 2 | Show me my Full-time to Part-time workforce FTE ratio year on year for the last 5 years. | E |
| 3 | Show me the top 20 supervisors with the highest FTE turnover rate (FTE Losses / Total FTE) in my Organization for: | |
| | a) Their immediate subordinates only | D |
| | b) Their rolled-up subordinates | D |
| 4 | Show me all the people that have left who: | |
| | a) Had Normal Working Hours greater than 45 Hours | E |
| | b) Had a Salary Review Frequency of Greater than 1 year | E |
| | c) Time Normal End > 18.00 Hours | E |
| | B Types of View | |
| | C Granularity | |
| 1 | Each change in a person's assignment attribute (which requires tracking over time) should be a new category entry. | E |
| | D Usage | |
| 1 | Supervisor Hierarchy | E |
| 2 | Supervisor Hierarchy aggregation functions: rollup. | D |

ORACLE CONFIDENTIAL

CA-ORCL 015744

## Job and Job Category

The functionality required from the work structure of Job and its associated Job Categories is discussed in this section. Job and Job Category have not been separated into separate areas because the Job Category concept is a method of grouping Jobs and therefore the functionality of the two is inextricably linked.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A. Business Questions | |
| 1 | What is my Workforce Ratio for<br>Sales / Non Sales<br>Revenue / Non Revenue<br>Research / Non Research | E |
| 2 | What is my Workforce Headcount breakdown by various Job Category mutual exclusive 'Sets' | E |
| 3 | What is my Workforce FTE by selected Job Categories. NOTE: these Categories may not be necessarily mutually exclusive and hence totals are likely to be irrelevant | E |
| 4 | What is Workforce Headcount breakdown by Job? | E |
| 5 | What is my Average Annual Salary for certain Jobs? | E |
| | B Types of View | |
| 1 | Breakdown by<br>Job Category in mutually exclusive sets<br>Job | E |
| 2 | Categorize ( on the x or y axis ) by:<br>Job Category (either in mutually exclusive sets or independent Job Categories)<br>Job | E |
| 3 | View the measures categorized by all the Job Categories for a certain Job. | D |
| | C Granularity | |
| 1 | Job should be the lowest granularity as it is not a date tracked concept only having dates between which it is relevant so versioning is not required. | |
| | D Usage | |
| 1 | A Job does not necessarily have to have a Job Category and should be available even if it does not have one. | E |
| 2 | A Job Category can not be reported on unless a Job has this Job Category | E |
| 3 | The concept of Mutually Exclusive Sets is required. | E |
| 4 | There should be no restriction to the number of Job Category Elements in a Job Category Set | E |
| 5 | At least 15 Job Category mutually exclusive sets are required | E |
| 6 | A Job Category Set should be included as an overflow if the number of Job Categories exceeds 15. | D |
| 7 | The concept of Primary Job Category is desirable however this is currently not supported in Oracle HRMS 11.5.4. The primary Job Category would form | D |
| 8 | As an alternative mode of operation to the Job Category Mutually Exclusive Sets, a list of all Job Categories, regardless of set, should be available to allow reporting and comparison on any combination of Job Categories. Selection of Categories across sets will not be mutually exclusive and hence breakdowns will (often) be meaningless | D |
| | **Oracle HRMS 11.5.4 implementation** | |
| 9 | Oracle HRMS 11.5.4 does not have a concept of Job Category mutually exclusive sets therefore as a minimum each Set should be based on a single Job Category and the elements should correspond to whether or not the Job is part of that Job Category. For example currently Revenue Generating is a seed Job Category so the Job Category Set should be Revenue Generating and the Job Category elements should be Revenue Generating (for those Jobs in the Revenue Generating Job Category) and Non - Revenue Generating (derived). | E |
| 10 | An extension of the above would be to use a user customizable grouping system that allows a user to select a number of Job | D |

Categories to constitute a Job Category Set.

| | | |
|---|---|---|
| 11 | This users definable Job Category Sets, discussed above, would also allow (where Mutual exclusivity is required) the concept of:<br>A) A mutually exclusive set and a non mutually exclusive set.<br>B) A 'Not in any of the categories' Job Category<br>C) A prioritization list so that if a Job is in 2 categories that are both listed in the Set, then the Job is categorized by the Job Category that is highest in the priority list, thus maintaining mutual exclusivity for the particular set.. | D |

ORACLE CONFIDENTIAL

CA-ORCL 015746

NDCA-ORCL 018967

## Grade

Grades are normally used to record the salary associated with a particular Job or Position. A grade can also be used as the eligibility criteria for a person to receive certain compensation and benefits. One or more valid grades can be defined for any Job or Position. When defining a Grade for an assignment, the list of values shows only the Grades that are valid for the particular assignment's Job and/or Position.

In Oracle HR the Grades are Date Tracked so a history of changes to the grade may be recorded, e.g. the change in actual values.

There are two ways a grade structure can be defined to control salary values:

*Grade Rates*

A grade rate defines a grade range for a grade: the minimum and maximum values for a salary or a particular value for a salary. A grade can be associated with many different grade rates and a single grade rate definition can incorporate many different grades. A salary basis links a grade rate to a pay basis.

When a grade is defined for an assignment, the relevant grade range is obtained by finding the grade rate associated with the assignment salary basis. If no salary basis exists, no meaningful grade range can be linked to the assignment.

*Grade Scales*

A pay scale consists of a sequence of points. Each point has an associated pay value. Many grade scales may be defined as subsets of these points. A grade is then associated with each point within a grade scale.

There are three different ways in which a Grade is required in a reporting context:

- A category to group people by.
- A guide within which salaries can be defined
- A system of salary definition and progression

Salaries which relate to grades must do so by only one of the two latter means. However, since it is not mandatory to link salary and grade, a way of viewing grade independently must be provided. The attributes required have been broken down into these areas:

## Requirements

ORACLE CONFIDENTIAL

| No. | Requirement Description | Importance |
|---|---|---|
| | __Business Questions__ | |
| 1 | Show me the distribution of my workforce in FTE by grade? | E |
| 2 | What would be the increase in Total Annual Salary required for moving people up a step on a given grade scale? | E |
| 3 | What is the spinal point distribution of workforce on a given grade scale Represented on a bar chart so that it takes the form of a distribution. | E |
| 4 | What salaries are outside the range for their grade - show this ordered by the amount the salary is over (at the top) or under (at the bottom)? | E |
| 5 | What percentage of workforce are above / below the salary mid-point for their grade range? | E |
| 6 | Show me how certain peoples Salary compare to their Grade range Salary. | E |
| | __Types of View__ | |

CA-ORCL 015747

NDCA-ORCL 018968

Error! AutoText entry not defined.

|  |  |  |
|---|---|---|
|  | Granularity |  |
| 6 | For grade steps, it should be possible to identify a grade step within a grade scale, and its relationship to the overall pay scale | E |
| 7 | For grade rates, it should be possible to identify the grade rate and basis (including the grade annualization factor). This will involve linking in salary bases | E |
|  | Usage |  |
|  | Not for this release greyed out in 5% | D |

ORACLE CONFIDENTIAL

CA-ORCL 015748

Error! AutoText entry not defined.

NDCA-ORCL 018969

## Position

There is going to be a separate dimension for Position, this information can be obtained from Position dimension

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | Business Questions | |
| | | E or D |
| | Types of View | |
| | Granularity | |
| | Usage | |
| | Not for this release greyed out in 5% | D |

ORACLE CONFIDENTIAL

CA-ORCL 015749

NDCA-ORCL 018970

## Assignment Status Type

These categories refer to the nature of the employment relationship between the worker and the company. They mainly refer to direct hires, although a contingent worker could be employed for a fixed period of time.

In Person Type Category the categorization is for predominantly a persons relationship with the Enterprise regardless of intention to change. In Assignment Type support is extended to examine a person's intention, in the context of an assignment, to change the relationship between themselves and the Enterprise with a view to supporting predictions of gains, losses, recruitment etc..

Examples of such categories include:

- Full Time / Part Time
- Permanent / Fixed Term / temporary (Person Type ?)
- Blue Collar / White Collar (varies by Legislation)
- Individual contract status (e.g. permanent contracts)
- Bargaining Unit Coverage
- Bargaining Unit
- Collective agreement governing assignment

This is from the requirements document - page 47. Elements of this however could be taken from other dimensions.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | How many FTE applicants are there currently at all stages in the recruitment process? | E |
| 2 | How many Headcount have currently given there notice to leave? | E |
| 3 | Over the last year how many people have been on:<br>Probation<br>Leave of Absence<br>Disciplinary suspension<br>Medical Leave | <br>D<br>E<br>D<br>D |
| 4 | How many of my contractor FTE have been as a result of contract extensions? | D |
| | B Types of View | |
| | C Granularity | |
| | D Usage | |
| | 3 Level Hierarchy for Work Status | E |
| | 3 Level Hierarchy for Separation Status | E |
| | Fixed Structure for Hierarchies | E |
| | User defined labels for Statuses | D |

ORACLE CONFIDENTIAL

CA-ORCL 015750

NDCA-ORCL 018971

Error! AutoText entry not defined.

Not for this release greyed out in 5% D

ORACLE CONFIDENTIAL

CA-ORCL 015751

Error! AutoText entry not defined.

NDCA-ORCL 018972

## Change Type - inc. Gains, Movements, Losses

For three of the five areas, there are various 'Changes' that can be identified that occur to the Person or Assignment that is used to identifies a transition that may be part of a process (for example the recruitment process) or that occurs as part of course of a persons employment with the Enterprise (for example a transfer from one Organization to another). Certain 'Changes' may be used in more than one area, such as suspension, this may be used in the separations / loss area and the movements area. Hence the combination of these categories into a single hierarchy.

The Hierarchy of Changes depends upon the Enterprise and sector and hence will ultimately have to be flexible and user definably, e.g. Internal Oracle Hr require a very specific definition for 'New Hires'. In the requirements the hierarchy structure is given for the particular version to be released, where flexibility exists a 'seeded' structure is given to represent the out-of the-box functionality.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A. Business Questions | |
| 1. | How many of my Gains this month have been 'New Hires'? | E |
| | B. Types of View | |
| | C. Granularity | |
| | D. Usage | |
| 1. | Concept of 'New Hires' as a subset of Hires | E |
| 2 | Flexible definition for New Hires | D |
| 3 | Flexible defintion of any lowest level (on the Hierarchy) Category | D |
| 4 | Support for Contract / Contingent Workforce | D |
| 5 | Same functionality for definition of New Hires etc.. for BIS and Headcount Report | E |
| 6 | Three Levels of Hierarchy | E |
| 7 | One Hierarchy | E |

ORACLE
CONFIDENTIAL

CA-ORCL 015752



NDCA-ORCL 018973

# Vacancy

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | **A. Business Questions** | |
| 1 | Show me the number of applicants for each Vacancy | E |
| 2 | Show me how many have made for each Requisition | E |
| | Show me by Vacancy the ratio of hires to openings | |
| | by number of Openings | E |
| | by Budget Measurement Type | E |
| | **B. Types of View** | |
| 1 | | |
| | **C. Granularity** | |
| 1 | The lowest granularity required is information regarding each Vacancy. | E |
| | **D. Usage** | |
| 1 | Need to be able to identify which Vacancies were part of which Requisition | E |

ORACLE CONFIDENTIAL

CA-ORCL 015753

NDCA-ORCL 018974

## Recruitment Activity

A Recruitment Activity is a general concept covering any event, campaign, meeting, advert etc. that will entice potential applicants. One of the more important uses is to store and track the attributed costs of the activity from which the cost effectiveness of recruitment can be assessed.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | A Business Questions | |
| 1 | Show me the applicants that resulted from each Recruitment Activity | E |
| 2 | | |
| 3 | Which Recruitment Activity was the most cost effective (smallest cost per hires ) | D |
| | B Types of View | |
| 1 | | |
| | C Granularity | |
| 1 | Granularity should be at the Recruitment Activity level, one entry per Recruitment Activity | E |
| | D Usage | |
| 1 | | |

ORACLE CONFIDENTIAL

CA-ORCL 015754

NDCA-ORCL 018975

# Budget

CURRENTLY BEING WORKED ON

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | **Business Questions** | |
| | What is my actual and budget values for a particular budget and budget measurement type? | E |
| | **Types of View** | |
| | Show all the budget measurement types for a particular budget (Oracle HR 11.5.5) against the same axis, allowing comparison | E |
| | **Granularity** | |
| | **Usage** | |
| | Not for this release greyed out in 5% | D |

ORACLE CONFIDENTIAL

CA-ORCL 015755

NDCA-ORCL 018976

## Hire, Movement, Separation Event Reason

For most changes that occur to a person or assignment a reason or reasons exist. This holds important strategic information. It can highlight issues or gives information when analyzing the performance of certain people or initiatives, e.g. advertising for a Vacancy or a managers ability to motivate people in their team. The reason may not always be from the person, an involuntary termination may be due to reason supplied by the manager.

It is possible to have multiple reasons for a change, e.g. a separation may be due to the amount of time spent commuting to work and an offer with better benefits. So a potential way of implementing this would be to give each reason a weighting. It may also be considered logical to organize reasons into a hierarchy so it is possible to generalize.

The gathering of reasons and the implementation there of is not an exact science and may be open to interpretation. The importance is to offer a frame work of reasons in which a response from the person in question can be interpreted and then put into a 'pigeon hole'. If the reasons were not categorized then no statistical analysis could be performed and its usability would be very limited.

## Requirements

| No. | Requirement Description | Importance |
|---|---|---|
| | Business Questions | |
| | | E or D |
| | Types of View | |
| | Granularity | |
| | Usage | |
| | Not for this release greyed out in 5% | D |

ORACLE CONFIDENTIAL

CA-ORCL 015756

NDCA-ORCL 018977