# EXHIBIT 22



**FORRESTER**

Home Page

Personal View

Full Research List

❚ The Forrester Brief

Print/PDF Format

Contact Us

Help

Glossary

Reset Login

Search

# THE FORRESTER BRIEF

## Memo To Oracle: Stop Blaming Customers

**March 19, 2001**

Oracle has stooped to a new low -- blaming its unhappy 11i apps customers for doing too much customization. Meanwhile, sales are off and the 11i bug list has passed the 5,000-item mark. Forrester's recommendation? Less blame and more customer support.

by Laurie M. Orlov with Charles Rutstein, Marli Porth

Oracle backed itself into a defensive corner all last week: facing a class action shareholder lawsuit for overhyping its apps business, claiming surprise at its own weak apps sales growth, and warning that things could get worse before they get better. For Oracle's apps customers, it's hard to imagine how, because:

- **Release 11i has undergone more than 5,000 patches.** Although 11i was originally promised for November 1999, it was delayed and released in sections in the late spring of 2000. Then the complaints began. At October's independent Oracle Applications User Group (OAUG) meeting in October 2000, users complained about receiving notice from Oracle of at least 5,000 patches -- and noted particular problems with payroll and order management.

- **Big deployments are hitting the wall.** In February 1999, DHL Worldwide was enthusiastic about the Oracle applications' support for the euro. But on March 12, 2001, *InformationWeek* reported DHL's frustration with 11i's euro currency-to-currency functions and disastrous upgrade. Further trouble: Walter Stokes, lead DBA for EDS' Oracle ASP unit, is advising ASP customers not to upgrade to 11i until EDS reviews the latest release. He remarked, "The earlier releases are the buggiest software I've ever seen come out of Oracle." ⟨NOTE⟩

- **They are getting the blame.** CEO Larry Ellison's keynote address at Oracle's February AppsWorld in New Orleans was notable for its finger-pointing at customers---

**ORACLE CONFIDENTIAL**

4/1/2001 3:55 AM

NDCA-ORCL 068004

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

blaming their customizations for 11i's instability. Why were customers so upset? Because Oracle touts its flexibility and rich developer tool kit.

## SKIP THE BLAME -- FIX THE RELEASE PROBLEM

It's time for Ellison and Oracle to stop blaming customers while touting Oracle's "billion-dollar savings" from use of the apps. The firm still has the opportunity to outperform competitors like SAP and PeopleSoft, but to do so, the ISV must:

- **Break up the chain links between the apps.** An eBusiness suite with full enterprise functionality is a compelling offer -- if it works and can be released in a timely manner. Oracle should break up the interdependencies between apps -- and release software that can easily be implemented separately or together. By unhinging apps like CRM from tight links to order management, the individual apps can be coupled with apps from other vendors and can then be revised or released in chunks.

- **Use the $1 billion in savings to hire quality assurance (QA) testers.** Despite Senior VP Mark Barrenechea's comment about 11i that "a version-one product always has issues," Oracle should know that pushing 5,000 patches out in six months is a sure indicator that the software release management process is broken. The alleged $1 billion saved by becoming an eBusiness should be redirected to the QA department with an army of testers running customer-supplied scenarios.

- **Announce new releases when they are being shipped.** In September 1999, analysts were updated about Oracle's "pending" release of 11i. Instead of driving sales so far in advance of delivery, Oracle should produce small releases more often -- a module or two at a time -- and start the full marketing blitz when the first customer declares happiness with the software.

## ADVICE TO CUSTOMERS: THE "i" IS FOR "ICY"

Firms considering a plunge into the 11i waters should consider their options carefully.

**ORACLE
CONFIDENTIAL**

4/1/2001 3:55 AM

NDCA-ORCL 068005

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



- **Current customers should sit on their hands until the software stabilizes.** With Oracle's current track record, being an early adopter is not an advantage. Customers using version 10.7 or earlier should wait until at least one OAUG meeting occurs with minimal noise about quality.

- **Prospects and current customers should seek reference proof points.** Unless the Oracle sales rep can refer either a prospect or a current customer to a satisfied 11i user with a similar scale/complexity profile, firms should assume that the software still isn't ready for prime time.

This document is relevant to the following:

> Applications & Services Market Focus
> Corporate Technology
> Applications, Development, & Data
> IT Leadership

For more information about any of Forrester's products, contact us.

[^ TOP]

Entire contents © 1997-2001, Forrester Research, Inc. All rights reserved. Forrester, Forrester eResearch, Internet AdWatch, Netquity, PowerRankings, Technographics, TechRankings, and Voyage Advisor are trademarks of Forrester Research, Inc. All other trademarks are the property of their respective companies. Forrester clients may make one attributed copy or slide of each figure contained herein. Additional reproduction is strictly prohibited. For additional reproduction rights and usage information, go to www.forrester.com. Information is based on best available resources. Opinions reflect judgment at the time and are subject to change.

**ORACLE
CONFIDENTIAL**

4/1/2001 3:55 AM

NDCA-ORCL 068006

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Holger Mueller <hmueller@us.oracle.com>
VP of CRM Development
CRM Division

**ORACLE
CONFIDENTIAL**

4/1/2001 3:55 AM

NDCA-ORCL 068007

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 23

Oracle Corporation
Technical White Paper

# Customer Relationship Management

Mark J. Barrenechea

ORACLE CONFIDENTIAL

NDCA-ORCL 061841

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Table of Contents

Foreword: The Great American Industry ............................................................. 1
Introduction ....................................................................................................... 5
        Results ....................................................................................................... 6
E-Business Table Stakes ..................................................................................... 10
        Global Sales Forecast ............................................................................... 10
        Global Lead Management ........................................................................ 10
        Global Order Position .............................................................................. 11
        Global Inventory Position ........................................................................ 11
        Global Marketing Expenditure ............................................................... 11
        Global Contracts ...................................................................................... 12
        Global Product Catalog ........................................................................... 12
        Global Customer Master Records ........................................................... 12
The Results ....................................................................................................... 14
The Technology Stack ....................................................................................... 18
A Trinity: Performance, Reliability, Scalability .................................................. 19
Going Global ..................................................................................................... 20
Implementation Approaches ............................................................................. 20
Integration: with ERP ...................................................................................... 21
Integration: Of Portals and Portlets ................................................................. 22
        Oracle Portal ........................................................................................... 22
        Oracle Portal and the E-Business Suite .................................................. 23
Integration: General .......................................................................................... 23
Standards .......................................................................................................... 24
Oracle Platinum ................................................................................................ 25
E-Squared: E-Business Environments ............................................................... 26
Key Industries ................................................................................................... 27
Partners ............................................................................................................ 28
Oracle Undertakes ........................................................................................... 29
        The 90-Day Option ................................................................................ 29
        Other Options ......................................................................................... 29
From Functions to Complete Business Flows ................................................... 30
    Introduction ....................................................................................................... 30
        Complete Business Flows ........................................................................ 30
        Suite-Level Business Flow ....................................................................... 31
        Process-Oriented Business Flows ............................................................ 31
        Responsibility-Based Business Flows ...................................................... 32
        Setting Up and Using the E-Business Suite with CBFs ......................... 32
        Defined Complete Business Flows .......................................................... 33
Suite vs. Kit, Flow vs. Function: An Example ................................................... 34

ORACLE CONFIDENTIAL

NDCA-ORCL 061842

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Eats its Own Dog Food _____ 36
    ... by using Oracle Contracts _____ 36
    ... by using Oracle Incentive Compensation _____ 37
    ... by using Oracle Installed Base _____ 37
    ... by using Oracle Marketing Online _____ 38
    ... by using Oracle Sales Online _____ 39
    ... by using Oracle TeleMarketing and TeleSales _____ 39
    ... by using Oracle iStore _____ 40
    ... by using Oracle iSupport _____ 42
Analyst References _____ 43
Products _____ 45
    Foundation _____ 46
        Oracle CRM Foundation _____ 46
            Trading Community Architecture _____ 48
        Oracle iMeeting _____ 50
            Key Features _____ 50
        Oracle Service Connect _____ 51
            Benefits _____ 52
        Oracle CRM Suite Intramural Integrations _____ 53
    Marketing _____ 54
        Oracle Marketing Online _____ 54
        Oracle Marketing Encyclopedia System _____ 55
            Key Features _____ 55
    Sales _____ 57
        Oracle Collections _____ 57
        Oracle Configurator _____ 58
        Oracle Incentive Compensation _____ 59
        Oracle Partners Online _____ 60
        Oracle Sales Online _____ 60
            Overview _____ 60
            Key Features _____ 61
            Key Differentiators vs. Siebel _____ 63
        Oracle Mobile Sales _____ 64
            Key Features _____ 64
        Oracle Wireless Sales _____ 64
            Key Features _____ 64
            Key Differentiators vs. Siebel _____ 64
        Oracle TeleSales _____ 66
            Key Features _____ 66
            Key Differentiators vs. Siebel _____ 67
    Service _____ 68
        Oracle Advanced Scheduler _____ 68
            Key Differentiators vs. ClickSoftware _____ 68
        Oracle Advanced Service Online _____ 70
        Oracle Defect and Enhancement Management System _____ 70
        Oracle Depot Repair _____ 72
        Oracle Field Service _____ 73
            Control Tower Key Features _____ 73
            Oracle Field Service Integrations _____ 73
        Oracle iSupport _____ 74
            Key Features _____ 74
        Oracle Knowledge Management _____ 75

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061843**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Mobile Field Service _____ 77
  Key Features _____ 77
  Mobile Field Service Integrations _____ 78
Oracle Spares Management _____ 79
  Key Features _____ 79
Oracle TeleService _____ 80
Contracts _____ 81
Oracle Contracts _____ 81
  Introduction _____ 81
Oracle Contracts for Subscription Services _____ 86
E-Commerce _____ 87
Introduction _____ 87
  Rich Functional Solution _____ 87
  Integrations with other Oracle Applications _____ 87
Oracle iMarketing _____ 88
  Benefits _____ 88
  Key Features _____ 88
Oracle iPayment _____ 90
  Key Features _____ 90
  Benefits _____ 90
Oracle iStore _____ 91
  Key Features _____ 91
Interaction Centers _____ 93
Introduction _____ 93
Shared Features and Technologies _____ 93
  Oracle Interaction Blending _____ 93
  Oracle Telephony Manager _____ 94
  Oracle Universal Work Portal _____ 95
  Oracle Voice Over IP (VoIP) _____ 95
Oracle Advanced Inbound _____ 97
  Key Features _____ 97
  Key Differentiators vs. Siebel _____ 97
Oracle Advanced Outbound _____ 98
  Key Features _____ 98
  Key Differentiators vs. Siebel _____ 98
Oracle eMail Center _____ 99
  Key Features _____ 99
  Technologies _____ 100
  Key Differentiators vs. Siebel _____ 100
Oracle Scripting _____ 100
  Key Features _____ 101
  Key Differentiators _____ 101
Business Intelligence _____ 102
Introduction _____ 102
Shared Features and Technologies _____ 103
  Personal Home Page _____ 103
  Performance Management Framework _____ 103
  Passing Parameters Between Reports _____ 103
  Enterprise Data Warehouse _____ 103
  Dun & Bradstreet Integration _____ 104
Oracle Interaction Center Intelligence _____ 105

ORACLE CONFIDENTIAL

NDCA-ORCL 061844

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Customer Intelligence _____ 106
    Key Features _____ 106
    Business Intelligence System via Wireless Application Protocol (BIS/WAP) _____ 106
Oracle Marketing Intelligence _____ 107
    Key Features _____ 107
Oracle Sales Intelligence _____ 108
    Key Features _____ 108
    Key Differentiator _____ 109
Oracle Service Intelligence _____ 110
Oracle Systems Intelligence _____ 110
Online Services _____ 111
    Oracle.com Online Services _____ 111
    Oracle Hosting Manager _____ 112
        Preface _____ 112
        Overview _____ 112
        Features _____ 112
Other Products _____ 114
    Oracle Clickstream Intelligence _____ 114
    Oracle Pure Extract _____ 114
    Oracle Pure Integrate _____ 115
        Optional Add-Ons _____ 115
    Oracle Data Mining Suite _____ 116
What's Next _____ 118
    Trends _____ 118
Acronym Glossary _____ 120

NDCA-ORCL 061845

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Foreword: The Great American Industry

Software has emerged as the most important industry on earth. Without software, armies cannot fight, bankers bank, CEOs direct, doctors operate, engineers build, financiers invest, governments tax. True, we have engineered our dependence on software, but we have done so willingly. Now software is necessary: for groceries to reach supermarkets, for benefits checks to reach veterans, for social-security checks to reach the elderly. Software keeps our cars and trains running and our planes flying, and it makes them safe. It keeps electricity flowing through the power grid—and it consumes its fair share. It keeps our water running—and the Internet.

Software has produced the world's most highly capitalized companies, many of its most successful, and many of its richest men and women. Status approaching that of movie stars has been won by some of the titans of the industry—Andreessen, Barksdale, Bezos, Case, Dell, Ellison, Gates, Gerstner, Jobs, McNealy, and more. Software is the sun of the information age. Banish software, and banish all the world.

The software industry is uniquely American, and posterity will judge it to be the greatest American achievement of the 20th century . . . and of the 21st.[1] But software as we know it is not yet 60 years of age. As a discipline, it is unnervingly immature. Indeed, its immaturity resonates with the sheer *Americanness* of the software enterprise. Software has only begun to scale heights that will prove Himalayan. Some expeditions that have tried to press farther have failed, and we stand now like climbers at Everest Base Camp looking up perilous slopes toward empty oxygen tanks and the dead.

In what way is the software business immature? It is an industry of parts and labor; its challenge now is to ripen into an industry of finished goods. Traditionally, any business that has sought to automate the full range of its operations has been compelled to use disparate software products from multiple vendors and to invest the time and effort required to integrate them to some passable degree—meaning, in some cases, not at all. The undeniable complexity of the operations of large business enterprises has been conceded by hundreds of vendors, each having chosen to focus on one or another specific area of operations; many products that have emerged have optimized the automation of such local areas, but their boundaries abut sometimes on voids, sometimes on alien applications that speak foreign languages. Business applications from disparate vendors are city-states, not at war with their neighbors but abiding by terms of an uneasy truce. The result has been not to simplify but to complicate further the business landscape, some of the oddest features of which are oxymora. The more a company spends on information technology, the less valuable the results. The more databases a company maintains, the less business intelligence it can marshal.[2]

Compare this to the situation in the automobile industry, which also has its materials, parts, labor, and service. Nobody who wants a car follows the "best of breed" approach, buying the engine from BMW, the transmission from Nissan, the fuel-injection system from Ferrari, the tires from Michelin, and the finish from Ford. Nobody hires Andersen Consulting to weld the parts together; even for a hobbyist to assemble an entire car is almost unheard of. If cars were produced this way, they would be too expensive to buy, would take too long to deliver, and would cost too much to maintain. Every car would be unique, not only in its personalization but in its basic components; all the benefits of mass production would be lost. Suppose Ferrari were to upgrade its fuel-injection system; would it confer with BMW and Nissan to ensure that its new system would match the next versions of the autoframe and the pistons? Or would

---

[1] One major non-American software company still survives: SAP. But, like many of its fallen comrades, SAP has proven bewilderingly slow to answer the challenge of business-software integration in the age of the Internet. The company's prolonged survival is open to question.

[2] This is Ellison's Law.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061846**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Implementation Business Mechanics have to stand by to undertake the upgrade and to service and maintain every "best-of-breed" car?

The software industry today is like the auto industry in the last few years BF.[3] Before 1912, the typical car company purchased most of the major auto components from parts manufacturers and integrated those parts into automobiles. And fifty companies a year were entering the auto-manufacturing business. (Sound familiar?)

Ford was the first to recognize that the "best of breed" approach does not scale. Under his leadership the manufacturing process was gradually concentrated, the vertical integration culminating in the 2000-acre River Rouge plant in the 1920s. When the last Model T rolled off the assembly line in 1927, more than half of the cars on the country's roads bore the same marque. Though the number of manufacturers has steadily declined since then, the consumer still has enormous breadth of choice, and quality has risen without interruption—even quality per cost.

A similar evolution has begun in the business-software industry. It began in the early 1990s with the coming of age of the World Wide Web, which is crucial for the integration of the operations of any multinational corporation, let alone their coordination with those of the corporation's suppliers, consumers, and business partners. By virtue of Larry Ellison's early recognition of the climactic importance of the Web, Oracle has become the first company in the world to bring to market a comprehensive suite of business products that enable global access to intuitive applications founded on a central corporate database, all maintained by a centralized—and down-sized—IT staff. This is the Oracle E-Business Suite.

By simplifying the automation of business practices and the practices themselves, the E-Business Suite empowers executives to take control of their businesses. The business intelligence it generates makes it possible to manage by force of fact, no longer by force of personality, with the upshot that managerial conflict is reduced. And the economies it enables are mind-boggling: Oracle has saved two billion dollars by using its own product and is working on a third billion, while its operating margins have grown from 20% to 40% over two years and are advancing toward 50%. Yet, even now, it is too early to grasp the full potential of this revolution. Once all the business data are brought together and reconciled, once the most effective processes are in place and the most revelatory business intelligence operating, what efficiencies, what innovations will be possible at Oracle? Or at any other company?

Today, the world's three leading software companies present a strange picture. Microsoft, babbling lip service to the Internet, remains huddled in its client/server cave of desktop systems and tools. IBM, finding its software business contracting at the same time its consulting business is expanding, trumpets its 500 application partners and its legions of gluegun slingers, every one of them ready to paste somebody's pistons and transmission together the first time, the next time, and every time—for a price. Oracle's consulting practice is dwindling, by design, while its license revenues are soaring. The Oracle byword is "all the software needed to run your business"; because the E-Business Suite is complete, it is simple. Customers may wish to tailor the software to their specific needs, but they will not need in-house product experts, or hired (glue) guns, to do integrations or major modifications.

Business software has the potential to spin $1 trillion a year in revenues. Competition for that prize will be in proportion to its magnitude. But, as with the auto industry, as with the PC retail business, as with the Internet, the number of companies that will survive to compete is bound to shrink. Oracle, the first to market with an e-business suite, will not only survive but thrive. It will be joined by others. And the marketplace will begin to cull.

---

[3] Before Ford (more precisely, before the Model T). A tip of the hat to Aldous Huxley.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061847**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

Number 1 of *The 22 Immutable Laws of Marketing*: "It's better to be first than it is to be better." Ideally, of course, one company's offering would be better in the second respect as well as in the first. Compared with the products of leading vendors of point solutions for business software, Oracle's products may not offer every feature a customer desires, but they probably offer every feature the customer needs. But to make such comparisons is to miss the point about point solutions: they will not answer the greatest challenge facing businesses today, which is to integrate and coordinate their full range of software operations. Companies operate according to business flows, and many business flows cannot be complete without the support of two, three, four—or more—applications from multiple point-solution vendors. Inevitably, the suite approach is simpler to implement and simpler to understand and operate with regard to business data and processes.

Oracle's use of the E-Business Suite driven the company's margins to historic heights; many of Oracle's customers are reporting similar results. But not everybody is pleased. Industry analysts would be happy with an arena full of equally armed gladiators. With the death or enfeeblement of so many former competitors—Ashton-Tate, BMC, Borland, Claris, Lotus, the Mac OS, the Norton Utilities, OS/2, WordPerfect—the analysts have increasingly had to fall back on Microsoft's earnings, sins, and strategies for their subject matter. They are not in a mood to welcome more consolidation. More importantly, system implementors are unhappy. King's ransoms have flowed into their pockets in return for their work in software evaluation, procurement, implementation, and maintenance; now they see their livelihoods hanging in the balance.

Oracle's vision implies that the orientation of system implementors will change. The company takes the position that the E-Business Suite is functionally complete, and that—for this reason—it is not rational for system implementors to work to "integrate" it or to extend its functionality. In relation to their customers, the implementors' position should align with Oracle's: their opening move is to challenge each customer to demonstrate that the customer truly needs e-business functionality that is absent from the suite or ill-integrated within it. If the customer so demonstrates, the implementor may take short-term action to address the e-business need; but it is Oracle's responsibility in the long term to make sure that all needed functionality is built in.

Thus the work of system implementors is likely, over time, to grow less technical and more strategic. They will continue to be involved in setup and implementation of Oracle software, but Oracle will be working continuously to minimize any need for them to modify that software. The company expects that their *raison d'être* will move toward business process reengineering, an activity which—because it addresses higher strategic levels—is potentially of much greater value to the customer.

Like system implementors, Oracle is in business to make money. But the Oracle strategy is to make money by saving money for its customers. To do so, the company must offer them a solution that is complete and—because complete—simple. That solution is the Oracle E-Business Suite.

---

[4] Al Ries & Jack Trout, New York: HarperBusiness, 1993.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061848**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

ORACLE CONFIDENTIAL

**NDCA-ORCL 061849**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# Introduction

Today we call it *e-Business*; tomorrow, *Business.*

The past five years have seen a profound upheaval in the commercial landscape. Businesses all over the world have been working feverishly to transform themselves into e-businesses, convinced that their ability to compete depends on doing so. They are not mistaken.

What are they trying to change? What is an e-business?

An e-business is distinguished by the deployment of its business data, which must meet several exacting standards:

- Its business data and rules reside in a single integrated database.
- The database is customer-centric.
- The database can be accessed globally via the Internet.
- Data access is mediated by simple easy-to-use applications that require little or no training.

Moreover, an e-business has consolidated and centralized its computer operations.

The Internet is the key to this model. Before the Internet, every global enterprise relied on multiple databases as a necessary evil: necessary, because Tokyo could not depend on data in Chicago; evil, because multiple databases meant duplication of data, conflicting data, inconsistent data formats, and potential multiplication of effort whenever information needed updating. Evil, moreover, because multiple databases meant multiple data centers and multiple IT staffs.

With the Internet, multiple databases remain an evil, for all the same reasons; but they are no longer a necessity. Every company leading the e-transformation has purged, reconciled, and integrated all its business data in one central database that is maintained by one IT staff in a single data center. To take one example, Oracle has done so, and it has done so by internal deployment of its own business applications. This self-transformation has enabled Oracle to save $2 billion—so far; it has also driven Oracle's operating margin from 20% to 40%, and 50% now looks attainable. Compare this achievement with that of Siebel Systems. How much has Siebel improved its operating margin by using its own products? Who knows whether Siebel even uses its own products? We can say only that if Siebel, and IBM, and PeopleSoft, have used their own products to improve their own operating efficiency, then they have been uncharacteristically quiet about it.

The Oracle E-Business Suite can enable any Oracle customer to realize the same prodigious business benefits that Oracle has. Customer employees, anywhere on the globe, can use a consistent and intuitive interface to access business data that are more reliable than ever before. Data integration will enable business intelligence more subtle and comprehensive than has ever been possible. Companies can execute to a single product and price book, to a single contracts system, and to a single master record per customer. Executives, able now to exert control that is both tighter and more responsive to dynamic business needs, will come to manage less by rhetoric and more by reality. The central database will enable fully integrated e-business flows that span all major corporate applications: marketing, sales, service, e-commerce, contracts, interaction centers, business intelligence, and so on.

And that's not all. Corporate expenses for training, for IT staff, and for computer equipment will plummet. Most important of all, system implementation will become simple, speedy, and straightforward, and companies will save the sums that they would otherwise have to spend—and have spent in the past—on gigantic system-integration projects. Oracle represents that customers will go live

**NDCA-ORCL 061850**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer Relationship Management White Paper*

on the E-Business Suite within 90 days of purchase—or within 5 days if they elect to use it as a service across the Internet. And the implementation costs will be low.

This is what the E-Business Suite means to Oracle customers: these are the strategic advantages that will differentiate them from many of their competitors. Some of those competitors are using applications from Siebel.

## Results

Oracle maintains that it can do a worldwide installation of its CRM suite at any customer location in just 90 days.

Three months after signing a contract with Oracle the company will have marketing, sales, service, and every other customer-facing function, on the Internet in every country in the world in which it does business. And Oracle will do this for a low fixed fee.

Sound impossible? How can Oracle install any one of a dozen CRM applications, globally, in less time and for less money than it takes Siebel to install just one application—sales automation—in one country? The reason Oracle can do it and Siebel can't is really quite simple.

Oracle's CRM suite is both complete and integrated (Figure 1). By *complete* we mean that every CRM application needed—marketing, sales, service, contracts, Web store, etc.—for sales and service to customers is included in the Oracle CRM suite. By *integrated* we mean that every application in the CRM suite has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information. So no systems integration is required to install the Oracle CRM suite.



*Figure 1. Oracle CRM Suite*

ORACLE CONFIDENTIAL

         Copyright Oracle Corporation 2001

NDCA-ORCL 061851

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

In contrast, Siebel's CRM offerings require systems integration—a lot of custom programming and a lot of architectural reconstruction—to make the different applications in the suite work together. That's because Siebel did not design or build most of the applications in the Siebel product set. They filled out their collection by acquiring companies: Scopus for service, Paragren for marketing, etc. They also resell other vendors' products, such as BroadVision's Web store and Kana's e-mail products. In effect, Siebel has outsourced much of its product development. Siebel buys most of their software rather than building it. So what! Why would anyone care?

Oracle writes software; Siebel writes checks. Because the various pieces of the Siebel offering have not been engineered to fit together, a systems integrator has to glue them together. That systems integration is complex, time-consuming, and very expensive. In fact, systems integration labor usually runs many times the cost of the software or the hardware needed to run the system—and the customer gets to pay for it. To install the Oracle CRM suite, no systems integration is required. And because the CRM suite consists of true Internet applications, every application works in every country, every major language, and every major currency.

Siebel's CRM offerings are neither complete nor integrated. Siebel resells products (Figure 2)



**Figure 2. Siebel Acquisitions and Alliances**

Siebel's product acquisition and product resale strategy enabled them to deliver the world's first CRM product set. But that set is not complete, not integrated, not global; hence it is not a suite. It is very difficult and expensive to install. Once it is installed, the customer has multiple systems with multiple customer and product databases. The data fragmentation caused by the multiple databases makes it more

**NDCA-ORCL 061852**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

difficult to get needed data out of a Siebel system. Extracting business intelligence is even more of a challenge.

The Oracle CRM suite keeps all your customer and product information in one place—a global CRM database. Your employees know where to look to get the up-to-date information they need to service your customers. And your customers can use the Internet—seven days a week and 24 hours a day—to access key sales and service information. Your service levels go up—while your service costs go down. Your sales go up, while the cost of sales goes down. And your business scales.

The Oracle CRM suite was not the first major offering in the market—that distinction goes to Siebel—but the Oracle suite is the first to be complete, integrated, and global. You can have it installed in 90 days. And if that's not fast enough, you can go live on our suite in 5 days if you elect to use it as an Internet service.

Don't fall into the ERP trap and install a separate system in each country (Figure 3). Do it once. Do it globally.



*Figure 3. The kit approach extended beyond national borders*

ORACLE CONFIDENTIAL

 Copyright Oracle Corporation 2001

NDCA-ORCL 061853

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer Relationship Management White Paper*



*Figure 4. The kit approach meets global upgrades.*

ORACLE CONFIDENTIAL

NDCA-ORCL 061854

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Business Table Stakes

There are essential targets—the table stakes—for companies undergoing e-transformation. They head our agenda because every global business needs these results, and because each represents a quintessential e-business practice. I highlight several here specifically as measures of progress on the road from traditional to electronic business.

- global sales forecast
- global lead management
- global order position
- global inventory position
- global marketing expenditure
- global contracts
- global product catalog
- global customer master records

The transactions that generate or are controlled by these data and processes form the bonds between an enterprise's customers, products, and contracts. The enterprise must understand who its customers are, what and why they have purchased, and the obligations that it has taken on in consequence. CRM applications that enable employees to view and act on this critical complex of business information must be installed, and they must be integrated before or after installation with ERP systems. This is the only way to secure the benefits of a global e-business strategy.

## Global Sales Forecast

Can you state your exact global sales forecast, up to the minute? . . . covering all geographies, all lines of business, all products, all services, all customers, all partners—and including all licenses, product renewals, support contracts, Web-based sales, call center telebusiness, direct business, mail catalogs, and business through partners and other channels? Can the forecast reflect management judgements as well as the estimates of the sales reps? Can you review opportunity data and identify which opportunities your sales organizations are committing to? Can you see multiple views of that information—one by manager and one by salesperson?

The Oracle CRM suite enables you to do these things.

## Global Lead Management

How many new leads did you get today? Where did they come from? How do they group by geography, by product, by line of business? Which leads went to partners? How many are sitting idle and aging? . . .

Suppose your business issues a press release introducing a new product and directing readers to the URL for a "landing pad" on your Web site where they can find further information. Suppose you've started to run a new TV commercial, or you've sent out a large set of e-mail proposals, or you've initiated a new call-center campaign. You can measure the cost-effectiveness of any of these efforts only if you can assess how many leads are being generated, and in response to which promotion. Without a centralized e-business application that can monitor leads globally, that information will be very difficult to collect and to analyze. The Oracle CRM suite enables you to do so with ease.

For more on lead management, see the section *Kit vs. Suite. An Example*.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061855**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

### Global Order Position

What orders are in and booked—up to the minute? . . . from campaigns through leads through opportunities, to a global sales forecast and a global order position. . . . Who determines whether business is booked or closed—sales, shipping, order administration, revenue recognition?

Understanding this position thoroughly depends on a detailed analysis. You need to know how many orders are generated through your Web site, through your interaction center(s), through your partners, through your retail sites. You need further to know how much business has been quoted, how much quoted but not signed, how much signed but not booked, how much booked but not processed because of some constraint—e.g., a shortage of materials or of inventory.

Finally, each of these figures needs to be broken down by language, by currency, and by country. Orders can be vitiated by an ineffective translation of an ad, or by pricing that responds too slowly to currency fluctuations; they can also be enhanced by factors that nobody has foreseen. The locations in which orders originate are important because of fulfillment issues. Executives need the ability to stay in close touch with these numbers and to react to them rapidly. The Oracle CRM suite gives it to them.

### Global Inventory Position

Manufacturing executives must be able to access detailed information as to what products exist, in which location(s), in what configurations, and in what condition, for sale or service. A part or parts needed may be available in multiple locations, raising issues as to the least expensive part(s) and path(s) available to meet the need (e.g., for the repair and/or sale of a jet engine). A full understanding of the global inventory position is the foundation of a rapid response to an available-to-promise inquiry.

The holy grail for every company is to maintain inventory at zero: not positive, meaning that goods are sitting idle on a shelf; but not negative, meaning that a customer is asking for what the company can't provide. Like the holy grail, zero inventory is not a realistic goal; but, as the Internet provides visibility into more and more links in the supply chain, it will enable the typical e-business to carry a much leaner inventory and to cut expenses associated with it. The Oracle E-Business Suite enables it to do so.

### Global Marketing Expenditure

Can you state your exact global marketing expenditure, and identify what proportion of that expenditure converts to booked orders? Can you interrupt or modify campaigns in real time—for instance, by adding more outbound call-center agents to campaigns that are disclosing unexpected opportunities? Can you measure the success of any campaign by region, by product, by channel? Can you identify what leads and opportunities were generated, what interaction channels were most used by consumers, in consequence of the marketing expenditure?

There are many valid objectives for marketing campaigns: to create awareness, to create demand for products or for training, to generate leads, to promote the electronic sales process. Ideally, the marketing executive would be able to measure the effectiveness of a campaign according to any or all such criteria—and then to tweak some knobs to increase or decrease spending on the campaign or on a target segment—or just to terminate the campaign entirely.

This level of control is made possible by an e-business suite that comprises business intelligence applications for gathering the information required and marketing applications that enable detailed real-time control of the campaign. The Oracle CRM suite, with its complete set of BIS products, fills the bill.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061856

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer Relationship Management White Paper*

## Global Contracts

Although service contracts are typically a major source of revenue for companies that offer them, their administration is often haphazard. Many service organizations have little understanding of how to map products sold to products to be serviced; their contracts are often poorly organized, and the result is debilitating leakage of license and service revenues. Indeed, for many such organizations the difficulty of staying in touch with which contracts need to be renewed means that the renewal process itself cannot be cost-effective.

Soon enough, such organizations will find it essential to implement global systems for contracting and leasing that enable automatic renewals. Once more, the watchword is "evolve or die." The Oracle CRM suite equips businesses for evolution.

## Global Product Catalog

Businesses need the ability to add, change, and delete product specifications, configurations, prices, and promotions, and to do so rapidly. The local and customized systems that survive from the 20th century typically prevent them from doing so, and changes can take as long as six to twelve months.

By contrast, the Oracle E-Business Suite enables users to add new products and services—in all countries, all major currencies, and all lines of business—over a weekend. Once a business completes its product catalog, it can implement that catalog instantaneously on its Internet store, its exchange, and its systems for direct and indirect sales, telesales and telemarketing, sales compensation, order management, accounting, and support. This is the global product catalog.

## Global Customer Master Records

A single global customer database with clean and pristine data: however desirable this may be as a goal, the road to reach it is long and difficult. Consider the challenge: GE Power, GE Aircraft, GE Medical, GE Capital . . . GE Power in France, GE Capital in Danbury . . . NBC. Caught in the ERP trap, mired in local customized systems, most large companies have hundreds or thousands of databases containing redundant customer data.

Regardless whether the Oracle E-Business Suite is used, merging such databases will yield invalid data if the data to be merged are invalid. Merging hundreds of databases may result in hundreds of conflicting records per customer. However, Oracle's TCA customer model (discussed in the section *Oracle CRM Foundation*) allows the accurate representation of the most complex data models, supporting the needed data elements and the appropriate hierarchical structure; it also accommodates the integration of business information from Dun & Bradstreet. Oracle also offers tools to merge and purge customer records.

I conjecture that—just as the position of database administrator (DBA) emerged for database management—data movement administrators (DMAs) will appear to manage data replication, and customer data administrators (CDAs) to manage customer data.

Answering these questions—hitting these eight targets—is what being an e-business is all about.

The Oracle E-Business Suite makes it possible to do all of this using out-of-the-box products and business scenarios—with minimal data migration—from one centralized data center—with minimal effort to integrate with ERP and/or legacy applications—in English, and using Internet technologies exclusively.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061857**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

These table stakes will create a global single instance and a platform for change within the enterprise. They will bring about dramatic reductions in general and administrative expenses, dramatic improvements in productivity. Further, the CEO will be able to take back his/her business and understand it again; and this will make possible additional capabilities and additional gains, to be realized in areas including the following:

- global store
- e-mail interaction centers
- telesales centers
- financials
- HR
- exchanges
- self-service support

Many companies still find that their business applications, data, networks, and people are so fragmented as to stymie any meaningful advance. Such companies can survive, but they can never thrive until they introduce radical change. But the confrontation with change may itself be paralyzing: how to drive change? what to change first? how to integrate new products with the rat's nest of history? how to realize the projected ROI?

The Oracle E-Business Suite is designed to work alongside those legacy systems, to get change under way, to enable executives to redefine their current systems and to back control of the business. For example, deploy a global store, on a global price book and product catalog—with little or no change to existing systems. Unbelievable! . . . no, the E-Business Suite. And the possibilities go on and on. (See the Products section.)

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061858**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

*Oracle Customer Relationship Management White Paper*

# The Results

Business nirvana . . . what would that be like?

- Management would be armed to regain control of the business, to a degree that geography had long since made unattainable by far-flung commercial operations—which typically relied on multiple client/server systems, one per country, each isolated from the others.
- Comprehensive and subtle business information would promote an evolution toward management by fact, not by force of personality—thus harmonizing executive teams.
- Business vitality would brush aside traditional limits to growth, enabling businesses to scale without obvious limits and to operate globally.
- Change would become the norm, happening so smoothly that it would be welcomed by a business's stakeholder community—its employees, customers, suppliers, and partners; happening so quickly that some of the old guard would view it as reckless. Stasis would emerge as the real enemy.
- Change would centralize and become strategic.
- A majority of all stakeholder activity would consist of self-service transactions, which participants could do from any point on the globe and at any time of the week.
- Product introductions and upgrades would be global, covering all lines of business, business partners, and supply-chain sources; each would take place during a weekend.
- Marketing would evolve into electronic selling.
- Direct sales and service organizations would shrink, displaced in large part by electronic sales and service.
- Expenses would be lowered across a wide range:
    - General and administrative expenses would drop dramatically.
    - Data centers would be reduced in size and/or number.
    - Larger machines would increasingly be replaced by smaller ones.
    - Data-center staff would be reduced.
    - Other infrastructure costs would be reduced.
    - Customization costs would be reduced.
- Nevertheless, human staff would represent the business at all times reasonable; for global enterprises this would mean 8*7 representation rolling from each to the next of three or four centers distributed around the world, thus covering the clock dial. (To illustrate, such centers might be located in Omaha, Sydney, Bombay, and London.)
- Supply chains would be pervasively optimized.
- Margins would increase asymptotically, approaching the maxima theoretically attainable.
- Customer satisfaction would soar.
- Executives could focus on core business competencies; they would no longer need to be—or to employ—computer hobbyists.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061859**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Something very close to this state of bliss will become obtainable over the next five years. Software will make it possible. The subject of this book is the nature and impact of the software required: the rules of software, and the software that will rule.

The argument of the book is segmented as follows:

- Businesses must wage war on complexity, in systems and in business processes
- The focus of business software is moving away from the automation of discrete functions toward that of logically complete business flows.
- The advent of the Internet means that every business now has an incentive to understand and to respond to global markets, to operate on a 24*7 basis, and to leverage its human capital to the hilt in serving its stakeholders.
- Customer self-service and the centralization of change and of software, all facilitated by the Internet, promote the collection and deployment of business intelligence, leading to increased management by fact.
- Case study after case study shows that businesses can save thousands, millions, and billions of dollars through heightened productivity.
- Software is metamorphosing into online services—more rapidly than most imagine.
- The software industry, dominantly and characteristically American, will ensure that the next hundred years will be recognized as the Second American Century.

Let's call this Vision #1. Is it outlandish? Compare it to Vision #2:

An America in which all cities are connected with great paved highways; standard automobiles, with standard parts and fuel, enable Americans to travel freely and with confidence from Boston to San Francisco. Businesses can move goods and labor freely. Produce from California can be sold on Beacon Hill, Maine lobsters in Berkeley.

At the dawn of the 20th century, this would have been nearly unimaginable. A Winton, in 1903, became the first car to struggle across the country from one coast to the other, chugging for 63 days through mud, across cobblestones, along corduroy roads, across unpaved deserts, over mountains. The horse was a more reliable means of transportation, and the airplane was still no more than a figment of many imaginations. In 1919, as a young army officer, Dwight Eisenhower took part in the first transcontinental convoy, which (still) took almost two months to get from Washington, D.C., to San Francisco. This experience, together with his later glimpse of the advanced autobahns of Germany, sowed the seeds of the Interstate Highway System, legislated in 1956.

To realize Vision #2, many fundamental changes were essential:

- from the horse to the car
- to standardization of parts
- to assembly-line manufacturing
- to greater centralization of manufaturing
- to vastly increased production, standardization, and distribution of gasoline
- from dirt roads to a massive interstate highway system
- from cash purchases to installment loans
- to standardization of service, including tools, skills, and training

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061860

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

To realize Vision #1, the transformations required at the start of the 21st century appear perhaps less daunting. But if this is so it is because much of the 20th century was invested in developing the infrastructure that makes the vision imaginable. Most importantly, this infrastructure included the nationwide telephone system, largely completed during the first quarter of the century, and the Internet, begun in the century's third quarter and still under rapid development. Smaller, but still crucial, were the recent development of the World Wide Web and that of WWW browsers, both of which made the Internet easier to use.

Many of the transformations needed to complete this business revolution are now under way within the Fortune 5000:

- from local to global operations
- from 40-hour (8*5) to smart, globally segmented 168-hour (24*7) workweeks
- from administrative functions to self-service transactions
- from business data to business intelligence
- from complex to simplified business processes
- from segregation to integration of back- and front-office processes
- from business isolation to business collaboration
- from the automation of isolated functions to that of complete business flows
- from parts-and-labor software to comprehensive e-business suites
- from massive customization of software to use of applications as released
- from software as distributed products to software as a service
- from high-cost to low-cost (electronic) channels

Once these transformations are complete, how will business be done?

Say that you're about to introduce a new product. You mine your global database for customers and prospects likely to be interested, extracting names for a control group, then for regional groups, finally for an exhaustive list. As a vehicle for the global launch you design a marketing campaign marshaling telesales, direct mail, e-mail, and print and Internet-based ads. You alert your business partners and communicate throughout your supply chain: Heads Up! Big demand is on its way!

The campaign takes off: e-mails with quotes and collateral are sent to your existing customers and to prospects drawn from third-party lists. Interested parties visit your Web site for demos, for references, and to communicate with other customers online. Purchases take place through your global Web store, through telesales, and in response to orders placed by field sales agents and by partners. Customers and prospects use automated tools to configure the product to their specific needsthen check availability to promise. Telesales agents use Web-based collaboration to help close business. Orders are filled from geographically appropriate locations.

And suddenly you run out of parts! Now your supply chain kicks into action, finding vendors to fill the demand, fast, reliably, and with high quality. Using automation, contracts are written, renewed, enhanced, merged. Customers come to your Web site for training, customer service, threaded discussions, order status, and perhaps for returns.

**ORACLE CONFIDENTIAL**

Printed 02/06/2001 01:29 PM  Copyright Oracle Corporation 2001

**NDCA-ORCL 061861**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

During the entire process you account financially for all these activities automatically, paying sales reps, support agents, and partners. Employees use self-service applications to handle their benefits, expenses, and travel-related services. Customers are involved, suppliers paid.

Oh, and you did this product introduction globally, in 100 countries, meeting distinct localization requirements in each—requirements like the serialization of invoice numbers, like translation of contract details. All stages in the process are interconnected through wireless and mobile communications, through conventional phones, through TV, and through the Web.

Want to drive from Boston to San Francisco ?

This level of automation will be delivered within five years by out-of-the-box software from one or more large software companies, and will have been deployed by as many as half of the Fortune 5000. This will mean a major advance in their competitive abilities. More important, it will spell the end of the last major chapter of the industrial revolution, because businesses will be closing in on maximum automation and optimal efficiency. The information age will have matured. "Data in, information out" will be the rule of the day.

It used to be said that IBM was not so much a company one competed with as the environment in which everybody competed. Analogously, suites of e-business software will define the competitive environment of the near future.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061862**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# The Technology Stack

The Oracle E-Business Suite is not only an integrated set of business capabilities[5] built by one company; it is also an integrated set of technologies built by the same company. The technology stack consists of:

- the Oracle database and related applications, including data-grooming tools
- the Internet Application Server
- Oracle HTML services: the Java Technical Foundation and the CORE (Common Oracle Runtime Environment) foundation services
- Oracle Workflow
- Oracle technology for UI authoring and display
- Oracle security technology
- performance-enhancement technology (as represented by caching mechanisms, materialized views, and Oracle Parallel Server)
- Oracle search technology
- the Oracle Email Server
- Oracle technologies for mobile communication, extending to handheld devices, mobile databases, and WAP protocol
- Oracle Internet messaging
- Oracle XML
- Oracle tools for monitoring and administration: the Oracle Enterprise Manager
- reporting, with Oracle Reports and Oracle Discoverer
- Oracle warehousing technology, including the products listed in the section *Other Products*
- Java. (Standing for generic Java, this item is unique within this bulleted set in that it does not consist of or incorporate Oracle development.)

Except for Java, these technologies have all been developed by Oracle; all, including Java, have been integrated, and all are certified with the Oracle E-Business Suite. One of the reasons it costs so much to deploy applications from other vendors is that the customer must get multiple disparate technologies to work together. Consider the challenge of integrating a dozen different technologies . . . then getting the result to scale, to work globally, to work in interaction centers, to work over the Internet, and so on. And then to tune its performance . . . to upgrade it . . . to get vendor service and support.

To do all this in-house would typically require searching an already tight labor market for highly skilled people to design, build, deploy, and maintain an extremely complex range of technologies. To do all this with contractual or consulting help would open up opportunities for finger-pointing that would make a strong man gag.

With Oracle, the technology is built and certified by Oracle developers, not by your consulting dollars.

---

[5] Discussed in the second half of this paper.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061863**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# A Trinity: Performance, Reliability, Scalability

The Oracle E-Business Suite has been founded on a single database and a single technology stack, both Oracle's. These are the same database and technology used to build the foremost Internet companies, online services, and exchanges, among them Yahoo!, Amazon, E*Trade, Covisint, and Oracle.com.

Other business-application vendors, in hot pursuit of portability, trade off performance, reliability, and scalability. In the Internet Age, this is dangerous.

Those vendors can often afford to ignore potential customers who are using one or another of the less popular databases. But they are typically reluctant to bypass any of the relatively large groups of prospects that are using DB2, Oracle, or SQL Server. For this reason they construct their applications to be compatible with each of these major databases, and sometimes with others as well. This constrains them to write their applications using a least-common-denominator form of SQL, which means that those applications cannot (without later customization) exploit the more unusual and sophisticated abilities belonging to any one database.

The highest available reliability is provided by Oracle RDBMS and Oracle Parallel Server, the highest available performance by Oracle RDBMS, materialized views, and cost-based optimizations (CBOs). CBOs, which reconfigure themselves according to your data, constitute one of the best ways to optimize performance; comparable results cannot be achieved by least-common-denominator PL/SQL. The greatest scalability is provided by Oracle RDBMS and Web caching via Calypso; Oracle has also built look-ahead caching into its HTML technology, with the consequence that every HTML page is generated before it is invoked.

Other vendors dumb down their SQL so that their applications can be ported across databases. This practice, which vitiates the performance, reliability, and scalability of their products, is directly contrary to the needs of third-millennium users. The Internet invites the modern enterprise to conduct its business globally, with thousands of users and gigabytes—or terabytes—of data. Such enterprises cannot afford to run SQL that has been hobbled by a need to work with DB2 *and* Informix *and* Oracle *and* SQL Server *and* Sybase—and sometimes even with company-specific custom databases.

To take a single example, Siebel's product set—originally designed for client/server configurations—is compromised by its use of technologies that are incompatible with Internet operation. Its use of ActiveX controls and of various proprietary protocols renders impossible the global deployment of Siebel products, each of which must typically be installed once in each country in which a multinational customer does business.

Because the Oracle E-Business Suite has been designed and built to work with the Oracle database and Oracle technology stack only, it can be installed globally, is highly reliable, and will perform and scale to the most demanding standards.

ORACLE CONFIDENTIAL

NDCA-ORCL 061864

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Going Global

Suppose your boss had told you, five years ago, that you had twelve months to roll out marketing, sales, service, e-commerce, interaction centers, and contracts—globally, to all countries and lines of business, in all major languages and currencies—or be fired?! Oh, and that you had to do this using a small set of local servers, with greatly reduced headcount, and without training the employees that remain! You would have left the room screaming that your boss needed sedation—or certification as a lunatic. Five years ago you would have gone berserk. Today you go global with the Oracle E-Business Suite.

But this raises some interesting issues. With all this capability at your finger tips, how can you deploy the E-Business Suite most rapidly? . . . most effectively? What is the most effective approach to replacing your existing local systems?

# Implementation Approaches

Which method of deployment makes most sense:

- by function?
- by complete business flow?
- by line of business?
- by region?
- or all at once, globally?

These are valid questions. The answer will vary according to your management skills and approach, your IT skills, your business organization, and the specific opportunities and challenges you confront.

Consider this assignment: Deploy global marketing, for products, pricing, price lists, campaigns, budgets, and list management. After that, regional sales force automation, followed by regional telesales. Then global sales compensation, followed by a global store. Subsequent steps: contracts, country by country. Then support, then global self-service, then regional teleservice. . . .

Five years ago this was fantasy. Today it is driving instructions.

Every business needs to move toward the goal of the *single global instance*. Today many businesses have hundreds, if not thousands, of production databases managing production data. The Oracle E-Business Suite is designed to work with and to promote the use of a single database with a single logical schema. Realistically, however, two instances seems to be the realistic minimum: the first is for internal operations; the second, which must maintain high availability, faces customers and business partners. Customer-facing functions, like those of iStore and iSupport, must aim for availability as high as 99.9%.

Thus Oracle, for instance, maintains two global instances. One serves to ensure high systems availability for external business, mainly e-commerce and support; the second supports internal operations. Any customer implementing an analogous operation might go live first with the high-availability externally-oriented instance, so as to enable global order taking. Order taking and some aspects of customer service are perhaps the only operations that every business needs to support continuously in real time. Sophistications including calculation of taxes and shipping expenses can wait until the customer transaction reaches the order-fulfillment system.

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061865**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Following this road to a pair of global single instances will mean centralizing the company's IT operations: support personal, operations, DBAs, functional folks, business liaisons and planners, network engineers, and of course, the data centers.

# Integration: with ERP

The E-Business Suite uses a single schema, a single data definition, a single set of APIs and business logic, and a single technology stack—all built from the ground up by one company with a single set standards. A single set of skills is needed to deploy it and to leverage its capabilities.

Never before has an applications vendor used complete business flows as the central concept of its offerings. Why not? Because the existence of gaping holes where *sales force automation*, or *exchange*, or *Web store* would fit mean that applications vendors have not been able to support such flows from beginning to end—for instance, from list processing through marketing, sales, fulfillment, service contract, and support, then to the extraction of business information. Until now, to attempt such support would have been like writing a novel with no consonants, only vowels: lots of "u-ing" and "o-ing", but no plot.

Many companies try to cover the spectrum of their business needs by buying one product—the one with the leading reputation—for each application or business unit, regardless of which vendor it originates with. The industry jargon for this approach is "best of breed." But imagine attending an American Kennel Club competition, waiting for twelve "best of breed" ribbons to be bestowed, and then trying to harness the twelve champions together as a team!

From the Oracle perspective, the full range of BroadVision's offerings is analogous to one product feature within the Oracle E-Business Suite; from this point of view, BroadVision looks more like a feature than like a company. Oracle is the only vendor that fully integrates CRM and ERP to create the world's only comprehensive e-business suite. Consider the data that must be shared and thus must be centralized:

- single global customer definition, attributes and business logic across all lines of business
- single global definition of each product, its configurations, its pricing rules, and related items and promotions
- global history of all customer interactions
- global ability to take orders through any channel: via interaction center, service center, sales agent, administrative staff, autorenewal, or self-service over the Web
- single, global, consistent, and understandable definition of contracts and their elements, with the ability to rationalize licenses, warranties, and service levels, and to ensure that renewals are high in the tenth decile, with leakage below 3%. Records of contracts executed must be archived for extended periods but readily accessible at need. The E-Business Suite supports the application of contracts across its full functional range—for financial commitments, procurement, exchange, service, licenses, projects, and so forth.
- global archiving of promotions—their budgeting, pricing, and configurations; how they relate to products, to geography, to lines of business; what campaigns delivered what booked orders, at what cost of sales, and so on. This is an important focus of the E-Business Suite.
- sales-process information. The opportunity and pipeline process is fully integrated into the E-Business Suite, which provides for a single HR hierarchy with clear assignments and definitions of roles and responsibilities. It supports a single general-ledger and forecasting period, with a single period, which may be weekly, monthly, or quarterly. Sales forecasts are processed to feed demand plans. The opportunity process shares quoting and ordering

**NDCA-ORCL 061866**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer Relationship Management White Paper*

information. The ensemble enables, at the client's discretion, an integrated business process spanning opportunity management, pipeline, contracting, quoting, and order entry.

The possibilities are awesome.

# Integration: Of Portals and Portlets

How does the Oracle E-Business Suite integrate with the Internet, and how can a customer build a company-specific portal (MyCompany.com) that incorporates the Oracle E-Business Suite?

## Oracle Portal

Oracle Portal is Oracle's complete solution for building and deploying an enterprise information portal. Oracle Portal provides a common, integrated starting point for accessing all your data. Oracle Portal can expose content from various sources:

- repositories containing corporate information such as images, documents, spreadsheets, and presentations
- internal Web sites
- external Web sites such as those providing stock quotes and news information
- Web-enabled applications
- custom sources built with the Oracle Portal Development Kit

### Portlets

Oracle Portal includes a set of tools for building dynamic data-driven interface components called *portlets* that can be published easily to a portal. Even portlets created outside of your organization can be included in your portal. Portlets provide at-a-glance views of information from various sources both inside and outside of your corporate network. Oracle Portal provides simple self-service tools for creating portlets.

### Customizing Pages

Oracle Portal lets customers personalize the look of a page by selecting which portlets are displayed and where on the page they are placed. The same content can be personalized to suit individual or group preferences and requirements. If assigned the proper privileges, a user can even personalize pages that someone else created.

### Browser-Based Development

Oracle Portal offers customers a point-and-click interface for building custom portlets that integrate company-specific information with the E-Business Suite. Oracle Portal is rich with self-service publishing features that allow customers to add and edit items of different types, to create folders, to link to content, to design different styles and layouts, and to easily define powerful search categories. These same tools can be used for integrating third-party information such as news, leads, travel information, etc. And these tools can be used from a browser; no technical knowledge is required. Once content has been created, it can easily be made into a portlet and placed on any page.

Portlets can also be used to bridge the gap between existing Web applications and the Oracle Portal. For example, to provide access to an existing Web application through Oracle Portal, a customer could create several portlets that expose reasonable entry points into an application. These portlets could contain hyperlinks that enable users to drill down into the existing application from one or more portal pages. By

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061867**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

leveraging the capabilities of Oracle Portal, the existing application can be exposed without having to change it.

## Oracle Portal and the E-Business Suite

The common home page of the applications of the Oracle E-Business Suite leverages Oracle Portal. The suite comes with a set of customizable portlets that aggregate key business information. Each portlet supports further drill-down to specific screens of the application providing the data.

As an example, Oracle Sales products provide aggregated information such as opportunities won and lost, leads acquired within a selected period, and forecasts submitted. Oracle iStore provides portlet information relatinmg to orders captured, and the portlets of Oracle Contracts provide information directed to forecasting recurring revenue opportunities and potential leakage.

Each user can create a unique view by selecting predefined portlets from a list. A salesperson, for example, might include portlets that display top opportunities, win/loss analyses, approvals, and a calendar; whereas a marketing person would include portlets providing campaign information.

Oracle Portal provides the Oracle E-Business Suite with a single sign-on capability, whether information is accessed locally via the native Web interface or via wireless devices like WAP phones. Single sign-on is achieved via Oracle Portal's inherent integration with Oracle Login Server, which offers validation against any LDAP server.

# Integration: General

Although it has orchestrated the E-Business Suite to harmonize with other Oracle products, Oracle offers many options by which the suite may be integrated with legacy or third-party systems. As a traditional enterprise transforms itself into an e-business, it may need to build bridges between local or unrelated systems as the older systems are phased out. The E-Business Suite relies on a single business object layer, and Oracle Applications Interconnect (OAI) enables that layer to connect to legacy, local, and third-party systems (including SAP).

The business object layer can be called from PL/SQL or Java. In most cases, the layer is XML-enabled for both inbound and outbound transactions. Wherever it makes sense to do so, the suite adheres to the object standards of the Open Application Group.

Lastly, Oracle Advanced Queuing is growing in popularity as an effective way for applications to inter-operate: this guaranteed-delivery mechanism allows applications to insert data items in a queue for processing and other applications to extract items as appropriate and to process them as intended. Such queuing is more efficient than data transfer through tables and makes possible improvements in availability, accessibility, and ease of use. Oracle also supports a variety of interconnectivity products and protocols for legacy mainframe applications, enabling the E-Business Suite to pass LU6.2/APPC verbs.

ORACLE CONFIDENTIAL

NDCA-ORCL 061868

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

# Standards

The need for quick global deployment of scalable e-business applications means that adherence to standards is more important now than it has ever been.

Multinationals that have deployed back-office systems understand the ERP trap: applications for order entry, for financials, for human resources, were implemented once in every country, then—typically—customized. Once a company was caught in this trap it found that its systems, skills, and processes could not scale to meet the needs of the enterprise. The fragmentation of IT operations meant, in a vicious circle, that standards were diminished in importance and were so perceived. Corporate presentations of standards often meant sets of colorful slides shown to multitudes of nodding heads and attentive stares . . . a bit like dogs watching TV. Any impact on IT staff and infrastructure tended to be minimal.

Standards are now essential. Their role is to reduce complexity and to advance the ability to deploy and maintain the systems to which they pertain. Major companies around the world have found that competitive time has accelerated to Internet speed: they can no longer afford to be hobbled by aggregations of heterogeneous and incompatible products.

This compels our attention to a comparison of the kit approach with the suite approach. Kits of products will typically employ dozens or hundreds of methods and technologies each of which was once intended to serve as a standard but now finds itself yoked to others that are often unrelated and sometimes irreconcilable. Work on a product kit will typically try first to standardize the user interface, so as to convey to prospects the impression of a pervasive unity. The Oracle E-Business Suite, by contrast, has been built from the ground up to use consistent standards applying specifically to:

- the database schema
- coding, notably for SQL, APIs, and Java—including Java Server Pages and Business Components for Java
- user interface and usability
- performance
- workflows, alerts, and processes, with regard to the area of implementation of their functionality: whether a) within the transactional system, a data warehouse, or a business-intelligence technology; b) within functionality for the client side, for mid-tier servers, or for the database
- translations
- installation, upgrades, and maintenance

Suite is to finished goods as kit is to parts and labor.

ORACLE CONFIDENTIAL

Printed 02/06/2001 01:29 PM        Copyright Oracle Corporation 2001

NDCA-ORCL 061869

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle Platinum

Oracle Platinum is a prepackaged e-business environment that can be accessed online or via distributed CDs. Available on major platforms including Sun Solaris and HP-UX (and forthcoming on Windows NT), Platinum's purpose is to simplify and expedite the installation and stabilization of Oracle e-business applications. It is patched at short intervals to ensure that it is never more than a few weeks behind code levels current within Oracle development and that it corresponds to the software that Oracle itself is using.

Because Platinum is built using only production code and patches released to MetaLink, the environment it provides could be constructed by customers using traditional procedures. A complete history detailing the steps taken to build it is provided with each version; the history specifies every patch applied and in what order. No *ad hoc* SQL or special procedure is used to tweak the environment to solve known problems. Oracle insists on officially released patches to resolve any issues.

Platinum allows customers to employ a fully patched release of the Oracle e-business applications without having to spend the time, money, and effort required to patch and stabilize their environments on their own. Literally within hours, Platinum can be installed on top of the current base release of the Oracle E-Business Suite.

Customers may choose among several databases contained by Platinum:

- An empty install: this database contains no setup.
- A Vision install: this database contains Oracle's Vision demo setups.
- An Oracle install: this database contains the setups that Oracle uses to run its own business.
- An NLS install, which contains configurations that enable users to support operations in two to seven of Oracle's tier-1 languages (U.S. English, Brazilian Portuguese, Dutch, French, German, Italian, Spanish) or in Japanese.

Platinum is a mechanism of high importance for rapid installation and stabilization of fresh instances on the latest code levels of the E-Business Suite. In effect a complete code replacement, it is not to be used for upgrades and is not itself subject to upgrades, though it is frequently replaced. Installations of Platinum take place on "single-node" configurations; i.e., the database servers and all accompanying servers (for applications, forms, reports, telephony, etc.) reside on a single machine. (However, Oracle provides utilities to support migration from single-node to multinode configurations.) Once Platinum is installed, the customer maintains and supports the environment just as if it were from a base release.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061870**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# E-Squared: E-Business Environments

E-Squared is a set of hosting environments sourced from Oracle Platinum. These are accessible via the Web to Oracle Field Sales, Oracle Partners, Oracle University, and other internal Oracle lines of business; they are also accessible, via third-party implementations, to Oracle customers. For each class of users, Oracle has defined rules of engagement that help to define the available services, support, and infrastructure. These environments can facilitate implementations by customers; they allow users early access to the latest features and functionality for training and general experience, and they enable customers to exploit the competitive advantages of the Oracle e-business applications.

Oracle has designed E-Squared to provide or to support the following:

- implementation
- training
- sandboxes for applied technologists
- third-party system implementers
- testing

E-Squared is designed to host hundreds of instances.

Here's the plan: the customer buys the Oracle E-Business Suite through Oracle's online store. Oracle e-mails the customer a URL that addresses an online set of instances, pre-installed, preconfigured, up to date and ready to go. The customer uses those instances to begin implementation of the suite. That is E-Squared. Once the implementation is complete, the customer can move the resulting instance to Oracle BOL or into the customer's own environment(s).

Both Oracle Consulting and third-party consultants will have access to E-Squared. Each E-Squared environment will contain three databases: one Vision install and two empty installs. The Vision install will enable an implementation to move into a CRP (conference-room pilot) in as little as five days. One of the empty installs can be used for development and user acceptance testing, the other for production. By managing all other activities, E-Squared allows consultants to focus on implementing complete business practices, data migration, and integration.

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061871**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# Key Industries

The Oracle CRM Suite is serviceable across a wide range of industries, including:

- aerospace and defense
- communications
- computer hardware and software
- consumer packaged goods
- education
- financial services
- government
- health care
- industrials
- leasing and renting
- media
- pharmaceuticals
- process manufacturing
- retail

Oracle takes the view that, the more generic business functionality it can embed and integrate in its product set, the more easily and more profitably customers will be able to use it. Functionality specific to one or a few industry sectors needs more circumspect treatment. But much more or less generic functionality is already substantiated in the CRM Suite. To take a few examples:

Trade management functionality, available as an option with Oracle Marketing Online, enables business-to-business-to-consumer marketing.

Lease contracts, available as an option with Oracle Contracts, provides the asset and financial management tools necessary to manage a global leasing business.

Collections, available as an option with Oracle TeleSales, integrates with Oracle Assets, Oracle Financials, and Oracle Installed Base to provide a complete call-center-based application for the collections process.

Provisioning, available with Oracle Service for Communications, integrates with Oracle Installed Base, Oracle Order Management, and Oracle Workflow to coordinate the capture of network events, provisioning for them, then supporting the appropriate functions for customer care and service.

Business functionality that is still more generic is provided by scripting, APIs, flexfields, and more.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061872**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Partners

Software is sometimes like life. The more partners you have, the less significance each holds. Oracle's CRM Products Division takes a particular interest in a few product/distribution partners. each of which has enormous impact.

**Cisco** is the world's most successful exploiter of the Internet. Oracle CRM has standardized on CTI middleware from GeoTel Communications, which was acquired by Cisco in 1999. Reciprocally, Cisco has standardized on Oracle Contracts and Oracle applications for installed-base management. Oracle's partnership with Cisco means that, whereas a typical call center relies on hardware and software from a dozen or more vendors, an interaction center for the third millennium can implement its entire operation with support from only two vendors for software and infrastructure.

**Hewlett-Packard** has standardized on Oracle CRM products globally, while Oracle has standardized its CRM development on HP database servers. Moreover, all production data at Oracle resides on HP hardware. Oracle has invested heavily in HP equipment to promote its internal testing for performance, reliability, and scalability.

**Lucent** partners with Oracle to support Oracle's billing process. Oracle has integrated Oracle TeleService and Receivables with what was originally the Keenan billing system; the company now stores billing detail within Oracle Receivables as well as in the customer master record. TeleService handles service requests, bill inquiries, and bill dispute and resolution. The Keenan system manages event collection, calculations, rating, and the calculation and printing of invoices.

ORACLE CONFIDENTIAL

NDCA-ORCL 061873

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle Undertakes . . .

Oracle offers three go-live options to purchasers of the E-Business Suite. All three cover the entire process between the purchase date and the production date. Each will result in a fixed-time, low-cost implementation.

## The 90-Day Option

Oracle affirms that the business of any purchaser of the E-Business Suite can go live on the suite within 90 days of purchase. This option does not cover data migration or integration with third-party systems, but it does cover setup procedures, performance issues, user acceptance testing, internationalization initiatives, and purchaser signoff standards. It includes most of the capabilities of the CRM Suite, and in particular the complete business flows defined.

## Other Options

As always, Oracle guarantees satisfaction with the implementation and use of the E-Business Suite if the purchaser chooses the **traditional** approach, which is to specify the additional or modified complete business flows, data migrations, and integrations desired and to contract for these to be performed in whole or in part by Oracle Consulting. The purchaser may of course retain other consultants, but Oracle then naturally qualifies its guarantee accordingly.

Customers interested specifically in Oracle Sales Online and Oracle iSupport may choose to subscribe for the use of these two products across the Internet as online services. The sales and support capabilities thus available are currently provided for use by Oracle customers on a global basis. For this option Oracle affirms that within **five days** the customer enterprise will be up and running on the services subscribed to.

In each of these three categories, we challenge every possible purchaser to begin the transition to e-business by selecting the fastest possible return on investment—limiting data migration and integrations in the first phases of implementation—not modifying the E-Business Suite but using its preconfigured capabilities and complete business flows. Doing so will provide customers a fast and straightforward path toward putting up the e-business table stakes: global product catalog and pricing, single customer records, and electronic processes for marketing, sales, and support.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061874

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

# From Functions to Complete Business Flows

## Introduction

A number of products in the marketplace provide functions needed by e-businesses. Each product automates a subset of a company's total business processes, and, with the help of systems integrators, can be made to work with products from other vendors. Choosing the best individual products in the market and using consultants to connect them is referred to as the "best of breed" approach to integrating functionality. It is, as an elephant was once described, a horse designed by committee.[6]

A company that wants to succeed as an e-business needs to identify its critical business processes, without regard for where processes cross organizational and functional boundaries, and then support those processes with applications that are equally unconstrained. Continuous and comprehensive business flows can be supported only by a suite of business applications that is integrated by design, built on a single database, and complete—business flows that automate and coordinate all lines of business: marketing, sales, service, contracts, commerce, interaction centers, e-mail, financials, human resources, manufacturing, procurement, exchanges, order management, and support. Setting aside e-mail and exchange applications, conventional 20th-century companies could in theory have achieved complete business flows that were fully computerized. It's not clear that any company did, but if one or another succeeded it did so by virtue of a great deal of complex and expensive program integration. In the 21st century, the Internet obviates a large proportion of all such work, so it makes sense that all such business flows need now to be enabled for the Internet.

Only when all these software pieces exist and work together does it make sense to talk about complete business flows at an enterprise level. For example, it becomes possible to go beyond automating contracts—however important that step may be—to addressing capabilities such as automatic contract renewals, self-service renewals, ordering within a Web store, and negotiating customized contract elements.

## Complete Business Flows

Oracle uses complete business flows (CBFs) to identify the business processes required to support a comprehensive e-business strategy, one that provides a 360-degree view of the customer. Complete business flows are a keystone of Oracle's software development process; they serve to map critical business processes to applications and specific features, and to identify required integration points for E-Business Suite applications. They are incorporated into integration testing and flow demonstrations and are used to develop methods of implementation.

Complete business flows communicate the business challenges facing companies who want to transform themselves into e-businesses. Best-of-breed vendors can implement only islands of functionality—they cannot implement the broad business flows required by companies seeking to transition from the traditional fragmented and function-based approach to one that is integrated, comprehensive, and process-oriented.

---

[6] This statement was used to make a point about people, not horses and elephants. No animals were denigrated in the writing of this white paper.

ORACLE CONFIDENTIAL

NDCA-ORCL 061875

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

### Suite-Level Business Flow

*The business flow at the highest level of the Oracle E-Business Suite comprises six process-oriented flows that span the entire enterprise (Figure 5).*



*Figure 5. E-Business Suite Business Flow*

### Process-Oriented Business Flows

The process-oriented business flows are divided into two sets: Campaign → Cash (presales) and Problem → Resolution (postsales). Campaign → Cash includes Campaign → Lead, Opportunity → Quote, and Order → Compensation. Problem → Resolution includes Customer Inquiry → Entitlement, Service Request → Resolution, and Installed Base – Production Planning.

Figure 6 shows the *Campaign → Lead* flow. Process-oriented flows show the steps Oracle has defined for the flow and which E-Business Suite applications and modules need to be installed and implemented to support the flow. They also show which roles within the organization are involved at each step.



*Figure 6.  Campaign → Lead Business Flow*

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061876

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

### Responsibility-Based Business Flows

Responsibility-based business flows cover the activities and tasks associated with the various roles within the enterprise. They provide a channel-specific view. Figure 7 shows *Inbound Call → Lead*.

Inbound Call to Lead
Receive Call
Receive Inbound Call
Determine Routing Rules
Route Call to Appropriate Agent
Agent Receives Screen Pop
Lead Script
Agent Establishes Call
Create Lead
Agent Reads Scripts
Capture Customer/ Prospect Profile
Assign Lead
Determine Lead Owner
Legend
Current
Next Release
Future

***Figure 7. Responsibility-Based Business Flow***

## Setting Up and Using the E-Business Suite with CBFs

Or some such, coming here, maybe

Include diagram showing *application* integration and flow, similar to CBF diagrams.

Talk about setting up E-Business Suite to implement flows. (possible?)

ORACLE CONFIDENTIAL

 Copyright Oracle Corporation 2001

NDCA-ORCL 061877

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

## Defined Complete Business Flows

| |
|---|
| *Campaign → Cash* |
| *Campaign → Lead* |
| *Create and Execute Web Campaign* |
| *Create and Execute E-mail Campaign* |
| *Create and Execute Telemarketing Campaign* |
| *Create and Execute Marketing Event* |
| *Create and Execute Affiliate Web Campaign* |
| *Create and Execute Wave Campaigns* |
| *Create and Execute Trigger Campaign* |
| *Inbound Call → Lead* |
| *Lead → Opportunity* |
| *Lead → Opportunity (PRM)* |
| *Lead → Opportunity (Web)* |
| *Opportunity → Quote* |
| *Contract → Order* |
| *Sales Forecast → MRP* |
| *Opportunity → Configure* |
| *Configure → Quote* |
| *Configure → Quote (Web)* |
| *Order → Compensation* |
| *Order → Payment* |
| *B2C Walk-In → Order* |
| *B2B Register → Order* |
| *Sales Force Performance → Incentive Planning* |
| *Problem → Resolution* |
| *Customer Inquiry → Entitlement* |
| *Customer Inquiry → Customer Support* |
| *Customer Inquiry → Customer Support (Bill Adjustment)* |
| *Service Request → Resolution* |
| *Service Request → Depot* |
| *Service Request → Dispatch* |
| *Service Request → Warranty* |
| *Reverse Logistics for Defective Part* |
| *Self-Support → Return* |
| *Self-Support → Web Call-back* |
| *Web Request → Automated Response* |
| *E-mail Request → Automated Response* |
| *E-mail Request → Assisted Response* |
| *Service Contract → Repair Order* |
| *Transfer Service Request* |
| *Walk-In → Service Request* |
| *Installed Base – Production Planning* |
| *Automated Spares Replenishment* |
| *Installed Base Transfer and Update* |

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061878**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# Suite vs. Kit, Flow vs. Function: An Example

Lead processing provides an example, in broad terms, of how complete business flows differ from function-based processing.

When—or even before—a product or service has been developed, the purpose of marketing is to drive demand for it. Marketing may set a price for the offering; it will normally design a promotional campaign, and the campaign will beget leads. Leads may originate at marketing events, by direct response, via telesales, through a company's primary Web site, with its direct or indirect sales force, or through its Web store (sometimes taking the form of abandoned shopping carts); or they may be automatically generated from installed-base data, as with some leads for product options, add-ons, and upgrades.

The next step, once a lead is captured, is to assign it. Consideration of agent skills, responsibilities, account and territory definitions, and availability helps to identify the sales or marketing agent most suited to the opportunity. Preferably at the same time, potential sales credit is assigned to the lead: early accounting for sales credits heightens the agent's motivation and reduces later administrative expense. Once these processes are complete, the lead data are "in."

The data that come "out" are the basis for business intelligence. They will answer such questions as these: How many leads came in today? Of what value? Through what channels? How were they generated? To which agents or groups were they assigned? Are they sitting in a queue, aging? Does each lead generate a new customer ID? (If leads are not checked against established customers, redundant customer data may be created.) What proportion of leads are failing validation? Measured in terms of lead conversion, how effective is the current marketing campaign?

The more plentiful and reliable the data going in, the more plentiful and reliable the intelligence flowing out. And this process is cyclical, because sound business intelligence leads to more effective business practices, which produce more leads and more incoming data. Closing this loop is imperative for third-millennium businesses, and to do so requires working with a single global database and a single customer-facing global instance of an integrated software suite.

The process of lead management is not inherently complex, but it requires thorough coordination of several applications, each oriented toward a distinct process. How would a company implement it using the "best of breed" approach? It would go buy the relevant products from (say) BEA Systems, BroadVision, E.piphany, Kana, PeopleSoft, Siebel, and Vignette, and would subscribe to Dun & Bradstreet data services. It would specify business rules customized for its own operation, and it would then contract with Implementation Business Mechanics to glue all these data and products together. IBM would do its damnedest, identifying "key reference data" and tweaking the schema for one vendor's database to try to accommodate alien data from another, building an entire ecosystem around the various flora and fauna in the zoo.

The result? A Frankenstein's monster of a lead-management system, implemented typically in 12 to 18 months for the first country and first language. To add a new product or service, the proud sponsor will often need to call the mechanics back in to disassemble and reglue. By the time the system is operational, new product versions will have issued from most of the vendors; now IBM must be summoned again to rip out the old liver and lungs of the creation and stitch in the new. The more money spent on parts and labor, the less value to the end result.

And traditionally there has been no alternative! But now there is the Oracle E-Business Suite. True, the suite does not pose as the ultimate answer to the prayers of every businessman. Installed as issued, it is not going to operate exactly as customer X might wish. But it *will* meet 80% or 90% of the full business needs of most enterprises. For the remainder, each enterprise has two options: it can undertake to change

ORACLE CONFIDENTIAL

NDCA-ORCL 061879

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

its traditional business processes—usually slightly—to conform to those embodied in the suite, and by doing so it can avail itself of the Oracle 90-day go-live option, with its fixed time, low cost, and implementation out of the box; or it can call in consultants from Oracle or elsewhere to customize the E-Business Suite to its needs, with the comfort of knowing that because it is beginning with a coordinated set of business applications it is more likely to emerge with one. In either case, the result will be a single global instance, usable in every country of the globe, in every major language, in every major currency. And adding new products or services—to Oracle Marketing Online, Sales Online, iMarketing, iStore, or TeleSales—requires only a single person, for a single weekend, with a simple set of profile screens.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061880**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Oracle Eats its Own Dog Food

In late 1999, Larry Ellison integrated Oracle's IT staff with its development organization. The message was threefold: Oracle must build the applications it is going to use, must improve its development and implementation processes, and must use the applications it has built. Who better to deploy what Oracle has built than its builders? This integration we have affectionately named "eating our own dog food."

This diet has had a dramatic impact on the development process: the quality of the products developed is soaring. Why? Because before Oracle offers its products to customers, those products are being hosted and used by Oracle personnel. Shortcomings—whether they be bugs, missing functionality, performance issues, or data complexities—are identified and resolved at high speed.

Nor is this all. Traditionally, deployment environments have been too complex, driving up the labor and costs required to implement applications. Because Oracle now rolls out its own applications internally, the company has set "environmental simplification" as a goal. Oracle development is responsible for the complexity of the environment; now that development must execute internal rollouts, it must deal up front with that complexity, and it is strongly motivated to simplify. (As an additional incentive, Larry decreed that each dollar saved on IT infrastructure would be redirected to development.) One consequence is that Oracle now maintains a single code line for traditional CD-based implementations and for services the company hosts online. Another is that major releases are being brought to market much more rapidly: a typical product cycle at Oracle used to cover 18 months; this has now been compressed to 4.

The need to drive performance has led to insights into effective machine configuration. Oracle has discovered that large database servers and smaller but more abundant mid-tier servers constitute more effective topologies for most business applications. Future Oracle products and configurations will increasingly reflect this recognition. Performance considerations have also highlighted the importance of caching technology; as a result, the company is adding a lookahead-cache option to its technology stack. This option will allow frequent regeneration of the entire customer-facing application, enabling near-instantaneous displays.

Oracle's transformation into an E-Business has saved Oracle two billion dollars and has improved the company's operating margin from 20% to 40%. The company is now working on the third billion. Most of these savings come from Oracle's use of its own products to run its internal business applications. Here are some of the ways in which that money has been saved.

## . . . by using Oracle Contracts

For Oracle, first-year licenses, first-year support, and support renewals constitute a multibillion annual business. To handle this business, Oracle has deployed Oracle Contracts globally for two of its three lines of business—sales and support. Consulting, the third, will follow in Oracle's fiscal 2002. At the current level of business, Oracle Contracts enables a renewal rate of 98%; this is achieved using a staff of 200 contract administrators, which the company expects to reduce by more than 80% through the use of auto-invoicing, autorenewals, and self-service renewals.

Among many sophisticated features of Oracle contracts is one that enables an administrator to merge multiple contracts, reconciling net present values, refunds, and other stipulations into one umbrella contract. Between any two large companies there may easily be 50 or more different contracts—sometimes hundreds. For administrative purposes, it is desirable to arrange for the cotermination and

ORACLE CONFIDENTIAL

NDCA-ORCL 061881

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

reconciliation of as many as possible into one or a few; but this must be done with some care. Suppose that between vendor V and customer C there is an existing one-year contract valued at $20,000 and terminating on December 31st; the customer now wishes to enter into a contract of equal length and value that terminates on August 31st. The customer pays in advance on each contract. How does vendor V merge and coterminate the two contracts without impacting the incoming cash flow? Such issues are not only delicate but crucial, because the resulting contract becomes the single source of truth relating to obligations between the contracting parties.

Oracle Contracts provides support for the establishment and enforcement of business rules to govern such operations. It also supports authoring of terms and conditions, combats leakage through non-renewals, and supports the enforcement of entitlements. These are a few of its many business benefits.

## . . . by using Oracle Incentive Compensation

Paying sales, service, or consulting staff can be an extremely complex proposition. It may involve multiple internal organizations that control how staff are compensated; it may be directed by a range of complex rules. Even allocating credit for a single order can be complicated: sales credit assignments, whether manual or automated, may be influenced by considerations of territories, assignments, splits, and so on.

Of all the CRM modules and complete business flows, this is among the most fascinating. Incentive plans sometimes compensate sales teams two, three, or four times over for a single sale. Evaluations of compensation plans are sometimes led by those who have the most invested in those plans—those who proliferate multipayments and control (and theoretically optimize) how leads and sales credits are allocated.

Oracle Incentive Compensation allows customers to rationalize their compensation strategies. It enables users to auto-assign sales credits, to manage hierarchies, plans, and disputes, and to set up flexible and open plans and engines that allow them to view their own projected compensation.

## . . . by using Oracle Installed Base

Oracle today is running on its own installed-base software. The company can track not only what items customers have purchased but the exact status of each of those items, as ordered, shipped, deployed, and maintained.

The installed-base software affords two views, Oracle's and the customer's. The customer can revise the installed-base records to reconcile them with its actual inventory, such revisions being subject to review and approval from Oracle. This method takes advantage of the fact that nobody understands the customer's configuration more reliably than the customer, and that nobody is more motivated to keep the records up to date.

Reliable records of the customer's installed base ensure the accuracy of many related items and processes:

- level of support
- support renewals

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061882

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- call routing
- upgrade information
- marketing collateral
- product announcements

. . . and so forth.

# . . . by using Oracle Marketing Online

Oracle has completed a global implementation of Oracle Marketing Online, which in the spring quarter of 2001 will support more than 900 internal users, more than 1690 marketing programs, and more than 930 events—at Oracle headquarters and in 58 countries, using a single global instance of Oracle 8i on a 168-hours-per-week basis. The OMO implementation supports multiple marketing units, spanning multiple time zones and using multiple languages and currencies. Many of the events Oracle hosts are now Web-based "e-events", during which people can communicate in groups without needing to be physically in the same place.

Oracle is using the following OMO capabilities: campaign management and execution, budget allocation, monitoring, and reconciliation. Sophisticated workflow and approval systems ensure that campaign dollars are spent effectively; an online "checkbook" enables managers to review key budget indicators including total funds, remaining funds, funds committed, and funds spent. Oracle will soon begin using OMO to set up its product catalog, prices, pricing rules, and promotions.

Campaign management is a critical area in which development is continuous. OMO features support for campaign authoring and budgeting; it enables the management of contacts and lists as centralized, even for the largest corporate customers, in a single database. It also allows users in a single location to execute global definitions of prices and products before distributing such information to ERP or legacy systems.

Oracle's campaigns are prepared in each of seven languages and are then executed globally; they are coordinated across multiple channels, including e-mail, direct mail, call centers, and the Web. Oracle management in each country has the authority to spend as much as the budget allocated. Oracle's marketing effort remains centralized in the sense that campaigns can be distributed globally, on demand, or retracted on the basis of a decision at headquarters. However, such decisions are made on the basis of business intelligence, not of arbitrary impulse.

Oracle also uses OMO for lead management. This encompasses decisions as to budgeting for direct mailings, for print advertising, and for online awareness. The product supports worldwide assignment of leads as among accounts, territories, channels, and sales reps. And it includes functionality for the assessment of the effectiveness of lead generation initiatives.

Currently, Oracle can do real-time monitoring of the effectiveness of press releases and marketing campaigns, using "landing pads"—Web pages to which respondents are directed. OMO provides for user review of the effectiveness of any campaign, whether that effectiveness is measured in prospect awareness or in lead generation. Costs, revenues, and ROI can be measured for campaigns and events. All Web-related activity goes through a central location on Oracle.com; Oracle asks consumers to fill in a standard set of information and go through a registration process before encouraging them to move forward.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061883**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

The ultimate in campaign effectiveness is the ability to drill down from a campaign code and see what booked orders resulted from the associated marketing expenditure. Oracle will implement that ability in the near future.

Global list management and a single global contact database are next.

## . . . by using Oracle Sales Online

Oracle employs more than 7,000 direct sales representatives in 60 countries and in seven global business units. All Oracle sales reps are using Oracle Sales Online for customer management, pipeline management, forecasting, and external financial reporting. Sales Online further enhances sales-rep productivity by functionality for calendaring, events, to-dos, and task management, and the application provides a portal through which the reps access other systems they need in order to manage their business.

Oracle's financial organization also uses this application to prepare reports for management and for analyst calls. The company does business in 25 local currencies, with one reporting currency (U.S. dollars). After e-mail, Sales Online is the most-used application at Oracle.

Sales automation can be segmented into three parts: data in, data out, and process automation. Sales reps, management, and executives enter deal information in real time from all around the world, using an interface that requires no user training. Data out are the basis for business intelligence, allowing analysis of where leads are coming from . . . from Oracle.com, via direct response, from the field, from partners, from responses to press releases; such intelligence should enable users to assess and adjust, in real time, the effectiveness of their marketing dollars.

Process automation enables choreography of the sales process. Users can plan and coordinate sales initiatives spanning a wide spectrum—e-mail blasts, online demos and marketing, telephone numbers to reach call-center agents, online collateral and fulfillment of proposals, online references—all working together to move the sales cycle forward, electronically and at low cost. And these are buttressed by quoting, discounting, and order entry through the Oracle Web Store.

## . . . by using Oracle TeleMarketing and TeleSales

Today Oracle TeleSales is used by 1,000 Oracle agents to automate telemarketing, telesales, and direct response functions in Canada, all Latin American countries, operations for the U. S. federal government, and all the United States: everywhere from Hudson Bay to Tierra del Fuego. Accounting for more than $1 billion in annual Oracle revenues, these call centers constitute the largest direct-response operation in the Americas.

Oracle TeleSales gives agents lead management, opportunity management, universal work queues, and quoting/ordering. The importance of the central goal, to maximize agent productivity, is underscored by rapid staff turnover: in highly productive call centers the average life span of a telemarketing or telesales agent approximates 16 months. Given the volumes of calls coming in to these revenue centers, how many calls can be directed to an agent? How can calls for which the responses require special training be routed reliably to qualified agents?

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061884**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Collateral fulfillment and event registration are also conducted through these centers. The level of business integration required is high: a lead comes in from Oracle.com, from a seminar, or from a field sales agent; before it can be assigned to an agent from the Internet Sales Division (iSD), the most appropriate agent must be selected on the basis of the agent's skills, quota, workload, and territory assignment. Once the lead has been assigned, the agent may need to prioritize the work in the agent's "in" queue. Then, as appropriate, the agent must call the prospect, persuade the prospect, and close the deal. This process, as it moves forward, is attended by administrative responsibilities: providing pipeline reports, forecasts, quoting, compensation, etc. Oracle TeleSales and Telemarketing enable users to track sales teams, purchase interests, contacts, obstacles, quotes, order information, notes, interaction histories, and more.

An outstanding feature of these applications is their support for Web-mediated demos. Using the Web to demonstrate new products is far less expensive than thousand-mile plane flights to customer locations. It can be done on demand, often completely automatically; and, when staff involvement is essential, the ability to demo over the Web make it much easier to suit the appropriate staff skill sets to the most important sales opportunities.

The next step in Oracle's use of the Oracle TeleMarketing and TeleSales products is to extend them to cover the remaining geographical areas, EMEA and APAC, with all the major languages required to do so.

# . . . by using Oracle iStore

Deployments of online stores can usefully be segmented into four phases:

Phase 1—Implementation of basic functionality: handling of walk-ins, repeat purchasing, registration, order status, pricing, taxation, shipping charges, credit cards, static content (ads, promotions, descriptions), and a process that stops with order taking, not extending to order fulfillment.

Phase 2—Implementation of all remaining functionality, including fully dynamic content, advanced pricing, product configuration, payment, available to promise, order fulfillment, accounts-receivable processing.

Phase 3—Extending full functionality to embrace all products.

Phase 4—Doing this globally.

Let's examine these four phases:

**Phase 1**—This extends only to the most basic processing, supporting basic products without configuration, availability to promise, related items, and perhaps dynamic promotions and content descriptions. Pricing and discounting are basic, with one price per item and with discounting at a given percentage or on a sliding scale. Support may or may not be present for taxation and other dynamic charges, e.g., shipping. The Phase-1 process stops at order taking. Back-office processes are not implemented, and functions supported are narrowly constrained to ensure 99.99% uptime for order taking. Payment support may extend to simple collection of a credit-card or purchase-order number, but payments are not processed. At some point the order must be fulfilled.

**Phase 2**—Complete functionality. This is very difficult to achieve, and it is safe to say that no e-business has yet attained this goal. It will mean:

- dynamic content, extending to promotions, production descriptions, and personalization

 Copyright Oracle Corporation 2001

ORACLE CONFIDENTIAL

NDCA-ORCL 061885

CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER

- advanced pricing rules
- product configuration
- taxation
- shipping and freight
- real-time payment processing
- integration with contracts, terms, negotiations
- approvals
- order history, tracking
- full product catalog

**Phase 3**—Phases 1 and 2 are categorized according to product type: license, support, renewal, education, books, consulting, specialty contracts, etc.

**Phase 4**—Phase 3 undergoes global rollout, across all countries, all major languages, all major currencies, all tax rules (within reason), all shipping and freight carriers and charges, all order-fulfillment systems, and all financial systems.

Oracle's Web store uses the Oracle iStore product. The corporate target is to drive its Web-store revenues to 80% of all revenues accrued online. Product lines that are eligible to recognize revenues through the Web store are Consulting, Education, Licenses, and Support.

To reach this goal, Oracle must provide:

- a global price list
- a standard license contract
- standard terms to be negotiated
- partner agreements
- bulk agreements for independent service vendors
- education "burn-down" agreements (which provide for a composite total of education hours to be decremented gradually)
- support for existing terms within custom agreements
- price overrides
- off-schedule discounts of various kinds:
  - one-time discounts
  - price holds
  - volume discounts
  - contractual discounts for major customers
- support for:
  - old price lists
  - support renewals
  - nonpackaged consulting needs
- a self-service interface governed by a set of digital rules

**ORACLE CONFIDENTIAL**

This is clearly a complex undertaking. Oracle hopes to reach this goal in the spring of 2002.

---

**NDCA-ORCL 061886**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## . . . by using Oracle iSupport

iSupport is Oracle's application to support self-service for businesses; its purpose is to replace MetaLink.

Oracle receives over 1.2 million support calls per month, at a cost of $60 per call. iSupport is expected to reduce this expense by as much as 40%. The prospective savings fall into four categories.

**Knowledge Management.** iSupport enables Oracle's customers to search knowledge bases for problems like their own in order to identify probable solutions; the knowledge-base repository is accessible alike to businesses, teleservice agents, and the application developers responsible for the pertinent products and resolutions. Continued use and updating of the knowledge base means that it is continually augmented and refined, thus increasing in value for all the parties that need to use it.

**Call Avoidance.** Businesses can maintain their address, contact, and installed-base data through iSupport. This means that they can now be sure—for the first time—that such data are correct; and they are no longer required to deal with a human agent except in extraordinary circumstances. The cost to Oracle of automated support is tiny compared to that of human support.

**Service Request Management.** iSupport also enables customers to log and update service requests, check the statuses of those SRs, escalate problems (in certain circumstances), and receive SR resolutions across the Internet. For Oracle's customers, as for Oracle itself, the cost savings and operational benefits are potentially huge. iSupport further provides support for threaded discussions and online forums, making it easy for customers to access useful information such as valid product configurations.

**Data Library.** iSupport allows customers to become their own data librarians. In addition to maintaining customer-specific information and installed-base data, customers can review online postings about product updates and collateral and can select such updates and information as they are interested in.

ORACLE CONFIDENTIAL

**NDCA-ORCL 061887**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Analyst References

"Customers are tired of doing the integration; once they have alternatives they will choose integrated suites for e-CRM over best-of-breed providers. . . . Point solutions for e-sales, e-marketing, e-service, e-commerce, and content have had a great run, but by early 2001, enterprises will sacrifice functionality for the benefits of integrated e-CRM offerings."

> **Gartner Group, "Management Update: The Future of E-Service is E-CRM," June 28, 2000**

"There is no better integration method than designing the entire application suite to work together to begin with, and here Oracle has a huge head start on the industry. Oracle E-Business Suite 11i gives users an unprecedented breadth of functionality without the messy integration challenges associated with best-of-breed approaches."

> **Hurwitz Group**, "Oracle Analyst Summit Sends Consistent Message," December 8, 2000

"No longer are there boundaries between a direct sales force and an electronic store. In fact, the electronic store becomes another tool for the sales rep to use. Arbitrary lines between sales, order management, and payroll are also erased. The bottom line is that reps will focus on selling instead of creating personal spreadsheets to make sure they got paid correctly. This level of CRM permeates throughout Oracle 11i, seamlessly blending enterprise-wide information. As much as 80% of Oracle's CRM sales are to new customers. This indicates the vitality of its enterprise-wide story. But Oracle is winning standalone CRM deals as well. With CRM 11i, Oracle leaves an ugly adolescence behind as it matures into a highly competitive market force."

**AMR Research**, "Oracle CRM Underscores Advantages of Integrated Front and Back Offices," September 5, 2000

"'One network, one data model' was the descriptive mantra for the new release that includes a full suite of ERP, CRM, and SCM applications, integrated from the outset and utilizing one data model. By doing this, Oracle allows the enterprise to make decisions on who owns the data, not the application providers. . . .

In August 2000, Oracle deployed its sales force automation application, Oraclesalesonline.com, as a free service over the Web. The traction has been staggeringly successful. Oracle boasts 150,000 users, 10,000 companies, and a global reach of over 100 countries. This is even more noteworthy given the fact that marketing spend for the release totaled a whopping zero dollars. And, to drive the message home even more convincingly, Oracle is able to back up this success with its own deployment of the technology for its global direct sales force of over 7,000 reps. . . .

Oracle is able to make the argument more compelling by referencing its own financial milestones. In 2000, it saved a billion dollars by using its own product suite. As it continues to refine its own implementation, it has earmarked a second billion for 2001 and a third for 2002. Oracle exemplifies its own best practices in terms of refining and enhancing application deployment with the specific business goals in mind. . . .

Oracle has already demonstrated successful penetration of the midmarket. The latest version of 11i will serve to further solidify its competitive advantage."

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061888

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

**Hurwitz Group, "The Hurwitz Trend Watch: Oracle AppsWorld 2001", March 1, 2001**

"Despite Oracle's stated strategy of focusing solely on suites, R11i of Configurator/Advanced Pricing provides BOB capability. . . . Users believe the tight integration with the data schema (e.g., native storage of configuration instances) and access from other Oracle applications, such as Oracle iStore, Oracle TeleSales and Oracle Order Management, would be difficult to obtain by external configuration vendors. . . .

Oracle Configurator Developer, the back-end administration environment for maintaining configuration rules and model structures, is flexible and provides good organization facilities for rules and model definitions. . . . The Oracle Advanced Pricing module is a significant advantage for Oracle, because there are currently only five vendors providing pricing configuration functionality. . . . With its 11i release, Oracle has increased the functionality, integration and scalability of its sales configuration capabilities. In combination with its strong vendor viability, this release positions Oracle as a challenger for sales configuration leadership."

**Gartner Group**, "Research Note: Oracle Closing the Gap on Sales Configuration Competitors," March 5, 2001

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061889**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# Products

| Product Group | Product | Author |
|---|---|---|
| Foundation | CRM Foundation | Reza Sondagar |
| | Oracle iMeeting | Ahmad Naser |
| | Oracle Service Order | Ami Parekh |
| Marketing | Oracle Marketing Online | Lawrence Lindsay |
| | Oracle Marketing Encyclopedia System | Ena Singh, Shin Song, Amit Zavery |
| Sales | Oracle Collections | Bob St. Ledger |
| | Oracle Configurator | Lois Wortley |
| | Oracle Incentive Compensation | Sudhakar Vissapragada |
| | Oracle Partners Online | Evonne Lai |
| | Oracle Sales Online | Karen Gozdeck, Fred Voltmer |
| | Oracle Mobile Sales | Fred Voltmer |
| | Oracle Wireless Sales | Fred Voltmer |
| | Oracle TeleSales | Bob St. Ledger |
| Service | Oracle Advanced Scheduler | Poorna Rajidi |
| | Oracle Advanced Service Online | Hannes Sandmeier |
| | Oracle Defect and Enhancement Management | Colleen Morris, Ramesh Jayaraman |
| | Oracle Depot Repair | Ron Berman |
| | Oracle Field Service | Poorna Rajidi |
| | Oracle iSupport | Ramesh Jayaraman, Amit Zavery |
| | Oracle Knowledge Management | David Chou |
| | Oracle Mobile Field Service | Poorna Rajidi |
| | Oracle Spares Management | Ron Berman |
| | Oracle TeleService | Ron Berman |
| Contracts | Oracle Contracts | Boz Elloy, Elizabeth Robins |
| | Oracle Contracts for Subscription Services | Matt Connors |
| E-Commerce | Introduction | Amit Zavery |
| | Oracle iMarketing | Ena Singh, Amit Zavery |
| | Oracle iPayment | Ena Singh, Amit Zavery |
| | Oracle iStore | Ena Singh, Amit Zavery |
| Interaction Centers | Oracle Advanced Inbound | Walt Sedlazek |
| | Oracle Advanced Outbound | Walt Sedlazek |
| | Oracle eMail Center | Dave Pickering |
| | Oracle Scripting | Dave Pickering |
| Business Intelligence | Introduction | Tyce Fields |
| | Oracle Call Center Intelligence | Tyce Fields |
| | Oracle Customer Intelligence | Tyce Fields |
| | Oracle Marketing Intelligence | Tyce Fields |
| | Oracle Sales Intelligence | Tyce Fields |
| | Oracle Service Intelligence | Tyce Fields |
| | Oracle Systems Intelligence | Jesper Andersen |
| | Other Products | Tyce Fields |
| Online Services | Oracle.com Online Services | Jesper Andersen |
| | Oracle Hosting Manager | Christine Guthrie |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061890

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Foundation

The CRM Foundation provides a variety of services that can be exploited, as appropriate, by any of the other applications of the Oracle CRM Suite. Oracle iMeeting and Oracle Service Order are categorized as Foundation products because they also may be called upon, in theory, by any other Oracle CRM application.

## Oracle CRM Foundation

The Oracle E-Business Suite is designed and built as an integrated suite of applications that share Foundation components. This approach uses a layered architecture to ensure that all applications interact with key business objects in consistent ways.

The CRM Foundation provides standard APIs for accessing and manipulating business objects such as customer, resource, and task records. In addition to these APIs, the Foundation also provides robust processing engines exemplified by Territory Manager and 1-to-1 Fulfillment. One of the most important components of the Oracle Foundation is the customer data model known as the Trading Community Architecture (TCA). This powerful model permits the capture of complex customer relationships and supports flexible business models across industries. Finally, the Foundation's business APIs facilitate integration of the CRM suite with legacy or third-party applications in environments where that is essential.



*Figure 8. High-Level View of CRM Foundation*

The Foundation comprises the following components:

**1-to-1 Fulfillment** supports high-volume document fulfillment. For example, the sales and marketing applications use 1-to-1 Fulfillment for outbound sales and marketing activities.

The **Assignment Manager** weighs availabilities and skill sets to determine the assignment of resources to tasks and of tasks to individuals or groups of people. Tasks can be assigned automatically or manually.

**Escalation Management** provides the workflow capabilities to model business rules, monitor the completion of tasks, and escalate automatically when business rules are violated. Users can create exception conditions that result in automatic escalations; they can also escalate tasks and service requests manually on a case-by-case basis. This module is used extensively by the service applications to ensure that service level agreements are understood and enforced.

**Interaction History** provides a framework for capturing and accessing all interaction data associated with customer contacts. Interaction History includes a central repository and provides a consistent API for tracking all customer interactions, whether automatic or involving an agent. For example, when a

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061891**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

customer visits an Oracle iStore e-commerce site, an interaction is logged in the repository; when a call-center agent later handles a call from the customer, the agent is apprised of the prior interaction.

Notes enables the creation, maintenance, and sharing of notes related to customers, opportunities, service requests, etc.

The **Resource Manager** includes a single repository for defining business resources: people, equipment, venues, and so forth. Once an entity is defined as a resource, it becomes visible to the entire CRM suite; now, for example, tasks and calendars can be associated with it.

Through the use of the **Sales Credit Engine** across the CRM suite, users can determine exactly who is to receive credit for any sales order, independent of the transaction channel. When a sales rep creates an order, credit typically goes to the rep; the purpose of the Sales Credit Engine is to deal with the other cases, which are more difficult. These include transactions carried out over the Internet (e.g., through a Web store) or via an automated voice response (AVR) unit; they also include instances in which orders are entered directly into an order management system. In such cases the Sales Credit Engine uses the territory definition to determine whom to credit for the order. This facility enables user organizations to create and promote new sales channels without jeopardizing traditional field sales operations.

The **Task Manager** provides a single model for all tasks processed by the CRM suite. Tasks are created and assigned to groups or individuals.

The **Territory Manager** uses flexible criteria, including geography, zip code, and area code, to define territories. This engine enables automatic assignment of transactions. For example, the Territory Manager routes leads and opportunities to the appropriate sales professionals.

The **Calendar** module serves two purposes in the Oracle EBusiness Suite—it is used to define resource availability, and it is a productivity tool that can be used at the individual, group, or organization level.

The availability of personnel defined as resources in the Resource Manager is specified in the Calendar module. For each resource, a Calendar user can define the work day and hours, exceptions, holidays, etc. This flexibility is important to accommodate the varying requirements of global deployment. The scheduling modules—Assignment Manager and Advanced Scheduler—use the Calendar information to assign tasks and service requests to resources.

As a personal productivity tool, the Calendar enables users to create individual calendars, which can be viewed in multiple formats (daily, weekly, monthly, and a combination view). Users can invite other Calendar users to meetings and check whether or not the invitations have been accepted. Calendars can be shared; a user can check the availability of coworkers prior to scheduling meetings or activities. Calendar entries may be designated as private or public. Access to public entries may be granted to specific users as read-only or full access. With full access, a user can view and edit another user's personal calendar (excluding private entries).

The Calendar module also supports public and group calendars by which organizations and groups can share information. Public calendars allow information to be disseminated to everyone within the organization. Public calendars are ideal for communicating company holidays, corporate events, important news, employee option grants, etc. With group calendars, users can manage schedules and information at the group/team level. Group calendars are ideal for communicating events such as meetings and deadlines.

Calendar functionality is integrated with that of the Task, 1-to-1 Fulfillment, and Notes modules. This integration results in added functionality for Calendar users, including the ability to link notes, attachments, and relevant business objects to appointments. One advantage of this level of integration is the additional information that can be retrieved in a search. For example, searching for all items related

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061892

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

to *IBM* could yield knowledge of three meetings involving IBM, two tasks related to IBM, and several notes about IBM.

## Trading Community Architecture

The Trading Community Architecture (TCA) is a customer model designed to support complex trading communities. TCA strives to model *all* relationships within a trading community. For example, the trading community of an appliance manufacturer may include suppliers, distributors, resellers, retailers, service providers, business consumers, and end users. The appliance manufacturer not only wishes to track relationships between itself and other entities within this trading community, it also takes an interest in relationships that other community members have with each other. The manufacturer may not even have direct relationships with all such members; nevertheless, it needs to know about them and how each relates to other entities within the community.

The TCA architecture is unique to the Oracle E-Business Suite and differentiates it from other products through the following capabilities:

**Single Source of Truth.** Because the entire Oracle E-Business Suite uses the TCA customer model, Oracle offers users a *single source of truth* for customer data. A customer record is *exactly the same* whether it is viewed through Oracle Sales Online, Oracle Marketing Online, Oracle Customer Care, Oracle Financials, or Oracle iStore.

No other product on the market today can offer a single source of truth for customer information, because no software vendor except Oracle offers a complete suite of integrated applications that cover the entire spectrum from front office to back office.

**The "Party" Concept.** The concept of *party* enables the customer model to treat all business entities equally. This means that each customer, regardless of type (*organization, person, group,* or *relationship*), is handled in the same way by the model.

Because all business entities are treated alike, the customer model can easily handle B2B, B2C, or mixed business models. Although the model tracks attributes for people different from those it tracks for organizations (e.g., date of birth, title, and gender for people; DUNS number, SIC code, and fiscal year end for organizations), both people and organizations are parties, and their records are therefore stored in the same physical table in the database. This in turn means that the same business relationships that can be formed with an organization can be formed with a person.

Any number of parties can be grouped into a single entity. This allows the modeling of complex business entities such as households and buying consortiums. A group can be viewed as a single entity; meanwhile, each of its members can still be viewed as a distinct entity.

The relationship between two parties may be viewed as a party in its own right. For example, if John works at Oracle, three parties could exist: John (party of type *person*), Oracle (party of type *organization*), and John@Oracle (party of type *relationship*). Because John@Oracle is a party in its own right, addresses, phone numbers, and customer accounts can be directly associated with the John@Oracle entity.

The customer models of other products typically treat organizations and people as entities of two distinct types, which makes dealing with mixed business models difficult. Many CRM products on the market today were originally designed to support only a B2B business model. In a pure B2B environment, customers are always organizations and people are simply contacts for those organizations. For such models, it makes sense to distinguish organizations from people and to provide functionalities specific to each. For example, in a pure B2B environment, the data model would probably support associating leads, opportunities, and accounts with organizations but not with people (because people would be simply contacts for organizations, not customers).

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061893**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

As CRM vendors came to realize that their models needed to support B2C and mixed models as well, they began trying to reshape their existing B2B-only models. In many cases, the result is a data model designed for B2B with a few patches to support basic B2C functionality.

**Many-to-Many Relationships.** The customer model supports many-to-many relationships between parties and locations (i.e., addresses). Because an address can be associated with multiple parties, the address need not be duplicated; if it changes, it only has to be updated once.

**Advanced Relationship Modeling.** The customer model stores party relationships as distinct entities, allowing any party to be a member of any number of relationships. Additionally, because each relationship has a specific type (e.g., *parent of, employee of, subsidiary of, reseller for*), two parties can have multiple relationships with each other (e.g., John is the spouse of Mary, but John is also the business partner of Mary). Many other customer models hard-code relationships into person or organization entities; for example, the record for a person might have a *Manager* column to identify the person's manager. This method of defining relationships is very rigid: it limits both the number of relationships that can be recorded for an entity and the number of types of such relationships. By contrast, the TCA customer model, though it comes with several seeded relationship types, allows customers to define any number of additional types.

The Oracle customer model also supports matrix hierarchies (relationship networks). This means that any party record may have one or more parent records. Additionally, the customer model supports nonhierarchical relationships such as *spouse of* and *partner of*. Other customer models tend to offer only simple hierarchies in which each record may have only one parent and nonhierarchical relationships are not supported.

The Oracle customer model supports current and historical relationships. Because party relationships are stored in their own table, they can have their own attributes. The two key attributes for historical relationship information are *start date* and *end date*. When a party relationship ends, the application prompts the user to provide an end date for the relationship instead of deleting the relationship record. Thus valuable relationship history may be maintained indefinitely. In many other customer models, contrariwise, relationships are hard-coded: this requires a new relationship to replace a prior one, with the loss of the associated historical information.

**Separation of Party and Customer Account.** The Oracle customer model separates the business entity (party) from the business relationship (e.g., *customer of*). This allows each party to have multiple customer accounts (i.e., to have multiple business relationships with any other party). Additional parties (e.g., an authorized buyer or guarantor) can also be associated with any customer account .

**Flexible Party Classifications.** The customer model allows for any number of user-defined party classifications, which can be used for reporting and assignment purposes. A user may wish to stratify customers by industry, size, and buying behavior. The user decides not only these categories but also the classes (or values) within each category. Classes can then be broken down into subclasses, which allows for rollup and reporting at different class levels. Such structures can also facilitate assignments.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061894**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer RelationshipManagement White Paper*

## Oracle iMeeting

Since the advent of the Internet as a business channel, technology vendors have rushed to build Internet applications that support content sharing and interactions among people. Until recently, however, these products have been built and deployed as ad hoc services for business applications; hence they have failed to advance business processes effectively.

Oracle iMeeting integrates with other Oracle E-Business Suite applications to support Web-collaboration techniques for business processes. It can be used to:

- conduct product demos and presentations over the Internet—with Oracle Sales Online or TeleSales
- schedule and run virtual marketing events—with Oracle Marketing Online
- schedule and run online training events and field communications—with Oracle Marketing Online or Oracle Sales Online
- offer customers live assistance on demand—with Oracle iStore
- assist customers in solving support problems—with Oracle iSupport or TeleService

These examples indicate how Oracle iMeeting can cut costs associated with marketing, sales, training, communication, Web-store operation, and support. iMeeting can further improve profitability by accelerating the sales cycle, increasing close rates, and improving customer satisfaction.

## Key Features

iMeeting is characterized by highly scalable architecture, intuitive user interfaces, high performance, and general ease of use. Specific Web-collaboration features include:

- Web touring, which enables multiple users to cobrowse Web sites and HTML-based applications
- meeting logistics whereby users can schedule, conduct, and attend meetings; associate content with meetings; enroll and invite prospective attendees; and record meetings for later replay
- synchronization of data and voice channels, with archiving of voice exchanges for later replay as desired
- integration with Oracle Interaction Center applications that supports the routing of Web-originated requests for live assistance to call-center agents with appropriate skills.

Competing vendors such as Evoke, Placeware, and WebEx focus only on the technology dimension and offer only ad hoc collaboration products; Oracle iMeeting brings technology, content, and people together in a manner that advances the business context.

Future releases of Oracle iMeeting will deploy collaborative technologies such as application sharing, document viewing, and whiteboarding to enhance other e-business processes such as remote technical support.

ORACLE CONFIDENTIAL

NDCA-ORCL 061895

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Service Connect

Connecting third-party applications with the Oracle E-Business Suite is not difficult, but it requires time and some specialized skills. Oracle Service Connect provides a single point of contact for synchronous and asynchronous communication between third-party applications and applications in the E-Business Suite. Oracle Service Connect also integrates with Oracle Applications Interconnect (OAI) to enable complete integration of the E-Business Suite with third-party applications. Refer to Figure 9.



*Figure 9.  Third-Party Integration with Oracle Service Connect*

### Key Components of Service Connect

Oracle Service Connect has three main components:

- Service Connect Order
- Service Connect Message Engine
- Service Connect Adapter

Together these components handle communications with other systems. The other systems can include Oracle applications, third-party applications, or systems such as an LDAP server, DNS server, or e-mail server.

The **Service Connect Order (SCO)** manages the execution of multiple line items, where each line item represents the service fulfillment process for a product and a customer. For each line item, the Service Connect Order executes business rules to determine which workflows to execute and in what order. Using the Service Connect Message Engine, the SCO manages all communication with external systems, including sending request messages to applications and processing response messages from applications; and error handling, timer management, and synchronization. The Service Connect Order extends the capability of Oracle Workflow by providing an additional 35 workflow activities that can be combined to create a Service Connect Order with a business context—one that describes services and actions relating to a specific customer.

----

Copyright Oracle Corporation 2001         Printed 02/06/2001 01.29 PM

NDCA-ORCL 061896

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

The **Service Connect Message Engine (SCME)** constructs outgoing XML messages for delivery to other applications. The source data for the messages can be derived from custom tables, from components of the shared schema, or directly from a Service Connect Order. The SCME executes user-defined message-processing logic to handle incoming and outgoing messages; it also publishes outgoing messages to subscribing applications.

The **Service Connect Adapter (SCA)** delivers outgoing messages to receiving applications, using the specified protocol and type of communication (synchronous, asynchronous, different types, custom). The SCA also receives and processes incoming messages from other applications and, if necessary, delivers them to the Service Connect Order waiting for the response. The Service Connect Adapter supports synchronous and asynchronous communication with applications. The supported adapter types include Interactive Session, Unix Executable, File Transfer, HTTP, and custom adapters that can be built by overloading the Java methods provided by the Service Connect Adapter framework.

### Benefits

Oracle Service Connect has the following benefits for users of the E-Business Suite:

- It is complete and simple to use: no coding is required.
- It provides proven performance and scalability.
- It can generate outgoing XML messages that contain data from multiple Oracle applications and multiple schemas such as the product catalog, customer model, and installed base.
- It can be used to extend connectivity at the business-logic level between applications of the Oracle E-Business Suite.

**ORACLE CONFIDENTIAL**

Copyright Oracle Corporation 2001

**NDCA-ORCL 061897**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

Case 3:01-cv-00988-SI Document 1548-13 Filed 11/17/08 Page 64 of 133

## Oracle CRM Suite Intramural Integrations

This chart does *not* extend to integrations between Oracle's CRM products and its ERP products.

***Figure 10. Integrations among Oracle CRM Applications and Components***

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061898**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Marketing

Oracle CRM marketing applications include Oracle Marketing Online and the Oracle Marketing Encyclopedia System.

## Oracle Marketing Online

With Oracle Marketing Online (OMO) an enterprise can plan and execute marketing programs from campaign to order to cash. The application leverages Oracle's TCA customer model to enable the user to maintain all customer, prospect, partner, and related information in a single repository and to deliver consistent messages and offers across all channels. Oracle Marketing Online takes its users beyond simple campaign planning and execution, empowering them to achieve and to measure true marketing ROI.

As a key module of the Oracle E-Business Suite, Oracle Marketing Online:

- automates planning and processes. By providing a centralized data repository and approval management, OMO enables the user organization to focus more on marketing and less on planning and processes.

- enables multichannel execution. Seamlessly integrated with execution solutions including Oracle iStore, TeleSales, and/or 1:1 Fulfillment, OMO can help to plan and execute campaigns across multiple channels and marketing media.

- increases marketing velocity. OMO helps increase personal productivity while facilitating team collaboration and information sharing. Marketers can plan and execute better campaigns faster, gaining first-mover advantage.

- makes marketing a profit center. By integrating with Oracle Financials to track and manage cost, revenue, and budget components, OMO helps its users manage their money, from campaigns to orders. This enables marketing organizations to transform themselves into profit centers.

- maximizes ROI. Users can drive ROI by automating processes, executing campaigns across multiple channels, and slashing time to market.

**Trade Management.** OMO's trade-management functionality supports the optimization of marketing efforts across the entire B2B2C demand chain, from manufacturer to wholesaler to retailer and ultimately to the consumer. Trade-management functionality, designed for consumer packaged goods companies, includes trade planning, budget management, and claims.

Trade planning provides closed-loop planning, execution, and evaluation of headquarters, field-sales, and customer plans. Budget management enables fact-based fund allocation and control of discretionary sales spending and marketing budgets. Claims management enables research, validation, and settlement of all reimbursement claims.

**Event Management.** OMO capabilities support management of events ranging from intimate best-customer open houses to full-blown global product launches. OMO integrates with Oracle iStore and TeleSales to provide seamless event registration.

**Segmentation and List Management.** Users can employ OMO to create sophisticated and effective market-segmentation strategies for all direct-marketing campaigns. List creation, modification, import, and cleansing capabilities are easily accessible and require no knowledge of SQL. Tight integration with Oracle Discoverer allows nontechnical users to build sophisticated segmentation rules to identify promising target groups.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061899**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

**Budget and Cash Management.** OMO provides facilities to create a complete budget hierarchy and to track marketing expenses against budgets. Budgeting cycles and processes can be automated by use of flexible budget-approval rules. Budgets are also linked to Oracle Financials for accurate accounting and costing.

**Deliverable and Message Management.** OMO helps marketers to create and maintain marketing collateral and deliverables digitally or as discrete inventory objects. Managers can use OMO to define marketing messages and to enforce consistent usage across enterprise marketing programs.

## Oracle Marketing Encyclopedia System

The Oracle Marketing Encyclopedia System (MES) provides a comprehensive solution that streamlines information management by enabling sales and marketing professionals to communicate and disseminate information both inside and outside an organization. Oracle MES uses push communications and channel subscriptions to simplify the gathering and delivering of information to the extended sales chain.

With the Oracle Marketing Encyclopedia System, sales and marketing professionals can swiftly and precisely deliver the right information to the right people, at the right time. MES can provide employees, business partners, and customers with pertinent, business-critical information such as product pricing, competitive data, industry news, and sales presentations.

### Key Features

The Oracle Marketing Encyclopedia System provides the following features, discussed in detail in the sections below:

- content repository
- role- and permission-based access
- notification, approval, and message capabilities
- keyword- and content-based searching
- integrated solution

### Content Repository

The Oracle Marketing Encyclopedia System provides a central repository for storing and retrieving information in a variety of formats such as HTML, digital video, and Microsoft PowerPoint. MES provides views of all the categories and channels of information maintained by an organization.

### Role- and Permission-Based Access

The Oracle Marketing Encyclopedia System includes access-control features for managing the publishing process more efficiently. Security is based on group privileges and on user roles. Users can assign, update, or change access privileges, depending on their roles and responsibilities.

### Notification, Approval, and Message Capabilities

The Oracle MES interface contains bins for holding messages, notifications, and items pending approval. Message bins hold broadcast messages; they are useful for sharing urgent information. The Notification bin allows channel creators to receive notices when new content items are published to their channels. The Approval bin holds content that requires approval for publication to a given channel.

ORACLE CONFIDENTIAL

NDCA-ORCL 061900

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Keyword- and Content-Based Searching**

The application offers search capabilities for finding specific information. Users can search for information by using metadata such as title, author, keyword, and/or the date of publication. Search results include the percentage of the result matched to the search criteria and links to content.

**Integrated Solution**

Oracle Marketing Encyclopedia System is integrated with Oracle Sales Online and Oracle Marketing Online so that users of either of these applications can browse and search the content of the system. Oracle Marketing Online users can use Oracle Marketing Encyclopedia System to publish and access marketing information and other material.

ORACLE CONFIDENTIAL

Printed 02/06/2001 01:29 PM Copyright Oracle Corporation 2001

**NDCA-ORCL 061901**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Sales

The Oracle CRM Sales suite includes eight products:

- Oracle Collections
- Oracle Configurator
- Oracle Incentive Compensation
- Oracle Partners Online
- Oracle Sales Online
- Oracle Mobile Sales
- Oracle Wireless Sales
- Oracle TeleSales

## Oracle Collections

Oracle Collections will appear as part of the CRM 11.5.5 release. It is intended for use by managers and agents working in corporate or independent collections centers; they are responsible for collecting debts from businesses and consumers that have received products or services but are delinquent in paying the sellers. Designed to meet key requirements of the collections business, the product will provide a collections-oriented GUI; though it will be purchasable on a standalone basis, it will integrate out of the box with many other CRM products and is intended for use in conjunction with one or more of them.

Analysts predict that the demand for collections applications will continue to grow over the next few years. Driven by high-pressure sales techniques and aggravated by changes in the B2B and B2C marketplaces, delinquent receivables are expected to grow—and with them the need for companies to recover the outstanding funds. Meanwhile, the collections industry has been subject to growing pressure to stick to fair and legal practices in dealing with debtors. Collections agents need to be aggressive, but they must not be abusive. Oracle Collections will arm agents and their managers to plan and execute collections strategies that

- identify delinquent customers
- provide snapshots of their payment histories
- recommend and support standard payment methods designed for prompt resolution of delinquencies

Oracle Collections will provide a variety of essential functions:

- management of financial accounts and transactions
- provision of views showing calls, disputes, payments, and delinquencies
- processing of promises to pay and of payments made by cash, bank check, credit card, purchase order, or electronic funds transfer
- processing for payment disputes and payment reversals
- automated processing for dunning
- near-real-time reporting that tracks collections efforts in relation to collections agents, teams, and campaigns

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061902

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Collections leverages a broad range of CRM Foundation components. It will integrate with Oracle iPayment for real-time credit card and check authorization, and it will use APIs from Oracle Receivables to coordinate payments, debits, disputes, and reversals. The product is designed to integrate and coordinate with Oracle TeleSales, Oracle Marketing Online, and the interaction-center products Oracle Advanced Inbound and Advanced Outbound. These comprehensive integrations with related Oracle CRM and ERP products position Oracle Collections to be uniquely effective for its purpose.

## Oracle Configurator

In December 1998, Oracle acquired Concentra Corporation, the developer of SellingPoint, a state-of-the-art sales-configuration product. With Oracle Applications Release 11i, Oracle introduced Oracle Configurator, a strategic guided selling and configuration product based on SellingPoint technology. Sold as a powerful add-on to Oracle's CRM and Manufacturing applications, this product supports configurations throughout the enterprise from a centrally maintained configuration model.

Oracle's family of configurator products includes Oracle Configurator and Oracle Configurator Developer.

Oracle Configurator provides interactive configuration and batch validation throughout the enterprise for complex sales and manufacturing applications. At run time, Oracle Configurator interactively guides the customer through a series of buying/selling and option selection screens, resulting in a valid configuration that meets the customer's specific requirements. Oracle Configurator integrates with Oracle Order Management, iStore, and Telesales. It can also be easily integrated into any custom Internet/intranet application.

Oracle Configurator Developer is a graphical development environment designed to allow business managers and product specialists to build and maintain configuration models, without the need for technical programming skills. Oracle Configurator Developer extends model structures defined in Oracle Bills of Material to handle simple or complex model configurations for any configure-to-order, build-to-order, pick-to-order, or assemble-to-order environment. Oracle Configurator Developer's rule-authoring environment lets nonprogrammers define logic, numeric, compatibility, and design-chart rules by dragging and dropping elements from the model structure into a rule-expression window. A graphical expression builder is also provided to construct complex rules.

Oracle Configurator provides comprehensive configuration capability. By interactively gathering the customer's requirements and mapping them to a set of product options, Oracle Configurator determines the initial specification of the configuration and automatically limits the available options to those that meet the customer's requirements. Option selections can be changed at any time during the configuration session. The interactive configuration engine provides real-time feedback about selection impact, ensuring that the end result is a valid solution that meets the customer's unique set of requirements.

Oracle Configurator is a key component of the Oracle E-Business Suite. Customers can configure a product or service in Oracle TeleSales or iStore, save the results on a quote or shopping cart and submit the order to Oracle Order Management. From within Order Management, users can review the order and make any necessary changes, including changes to the configured item. Order errors are eliminated and fulfillment is streamlined through integration with Oracle's manufacturing and supply-chain applications.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061903**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

## Oracle Incentive Compensation

Oracle Incentive Compensation (OIC) quickly matches incentives to business objectives, providing instant online information to motivate sales forces, resellers, and partners. OIC integrates financial-compensation processes and sales-oriented functions within the enterprise, enabling global compensation management.

Using OIC, managers can configure new sales-incentive plans, approve them online, and deploy them worldwide through integration with Oracle Sales Online. Responses to changing markets need no longer be retarded by technical and administrative handoffs.

Integrating out of the box with Oracle Sales Online, OIC meets the needs of both sales and finance organizations. Sales organizations receive up-to-the-minute earnings and performance information through Oracle Sales Online.



*Figure 11. Incentive Compensation Integration*

Complex compensation plans can be simplified using OIC, which enables users to define sales relationships across a wide range, tailoring them as needed to individual sales representatives. Users can build their own formulas for calculating commissions and bonuses, using measures from sources both internal and external to OIC.

OIC provides sales representatives and managers secure Internet access to compensation information. Users can drill down through summary compensation information to transaction details and performance-ranking reports, so that sales managers can measure their teams' performances and each salesperson can analyze his or her own performance.

OIC features "Payment Plans," which are effectively user-defined rules that control payment amounts; these facilitate any adjustments that may be required at the time of payment. OIC also enables both regular and off-cycle payments by supporting the definition of pay groups and the assignment of sales personnel to such groups. In addition, it supports the payment of nonmonetary commissions—air miles, free long-distance minutes, and the like.

Oracle is currently using OIC to pay some 4000 sales personnel in four countries (U.S., UK, Germany, and Canada); additional countries will be coming online during the next few months.

**NDCA-ORCL 061904**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

*Oracle Customer RelationshipManagement White Paper*

## Oracle Partners Online

Oracle Partners Online deals specifically with indirect channels. Partners Online supports partner relationship management to strengthen partner alliances and to increase overall sales revenues and customer satisfaction. The product manages and disseminates information among vendors and their partners; vendors can work efficiently with partners to address customer purchasing needs for products, services, and industry expertise. Partners Online automatically matches appropriate partners with sales opportunities, shortening the sales cycle.

Secure information management strengthens strategic alliances by reducing the complexity of partner relationships and improving vendor communications with partners and customers. Partner records are created using Oracle's flexible TCA customer model to set up the relationships between the partners and the vendor. Sales opportunities that come in through Oracle Sales Online and/or Oracle TeleSales can be redirected to partners, or opportunities can be directly entered into Partners Online. Opportunities are then automatically or manually ranked and matched and routed to different partners according to vendor-defined attributes (e.g., geographic coverage, industry vertical, vendor certification, campaign code). The partner manager or channel manager in the vendor organization has the option to review and approve the opportunities distributed to partners in his or her territory.

Opportunities are offered to partners in several different ways. Single assignment offers an opportunity to the highest-ranking partner on the matched-partner list. Serial assignment goes down the line from highest to lowest partner until the opportunity is accepted. Multiple-parallel assignment offers an opportunity to partners on a first-come-first-served basis. Oracle Workflow supports opportunity routing, status updates, and automatic e-mail notifications to channel managers and partners.

Partners Online offers task management, saved queries, personalization features, and—on the vendor side—forecasting. The product leverages Foundation components to manage content through the Marketing Encyclopedia System and to allow vendors to fulfill collateral requests from partners through 1-to-1 Fulfillment. The Foundation modules Territory Manager and Resource Management serve to map partners to specific territories. Partners Online provides two user-interface paradigms: vendor-facing screens to support internal business processes and partner-facing screens to orient specific transactions and information to the partners. For a more comprehensive solution, businesses can add Oracle Incentive Compensation, Oracle TeleSales, and Oracle Marketing Online to provide compensation, sales, and campaign-management capabilities to partners.

Integration points for Partners Online include Oracle TeleSales, Oracle Sales Online, Oracle Marketing Online, Oracle Inventory, and Oracle Order Capture. The initial creation options and routing of sales deals to partners are flexible, enabling Partners Online to match the channel strategy of the vendor.

## Oracle Sales Online

### Overview

Oracle Sales Online (OSO) is an HTML-based application for field sales representatives (FSRs), sales executives, distributors, and resellers. Its Web architecture enables global deployment, painless upgrades for remote users, and easy customization. Once implemented, it is accessible to every user at any time and place. Its easy user interface promotes intensive use, which drives the accumulation of data in the system and the value of those data to the company and its sales reps. FSRs, distributors, and telesales reps can use OSO to share customer information, which they can then exploit to advance work on high-value deals and to coordinate selling.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061905**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Key Features

| Feature Group | Feature |
|---|---|
| Enhanced User Interface | Zero training |
| | Improved navigation |
| | Personalized profiles |
| | Easy customization |
| Personalization | Currency |
| | Date format |
| | Table display |
| | Saved queries |
| Customer and Contact | Complex relationships |
| | View of relationships |
| Organization Management | Manage complex organization hierarchies |
| | Territory management |
| Integration with Oracle Incentive Compensation | Quote planning and distribution |
| | View of actual compensation |
| | View of historical compensation |
| Forecasting | Global forecasting |
| | Product-level forecasting |
| | Opportunity-level forecasting |
| Personal Productivity | Attachments |
| | Notes |
| | Tasks |
| Globalization | Support for multiple languages and currencies |
| | Cross-organization visibility |
| | Euro support |
| | Amount formatting |
| Integration with Foundation Modules | Mass mailings |
| | Collateral fulfillment |
| | Unified repository for tasks and interactions |
| | Enhanced territory definition |
| Data Synchronization | Three-tier architecture promotes scalability and deployment for data-synchronization load-balancing uses |
| | Full security for access to control data |

**Easy-to-Use Interface.** Oracle Sales Online capitalizes on new HTML standards to present a user-friendly interface that minimizes the numbers of screens, keystrokes, and drill-downs necessary to perform common business functions. Salespeople can readily access key information, and minimal training is required.

**Customer/Opportunity Management.** OSO exploits the TCA customer model to provide sales professionals with complete customer overviews at every stage of the sales process. Sales organizations can define complex relationships among multiple parties (partners, subsidiaries, competitors, etc.) and can maintain the resulting data in accordance with changes in the relationships. Views of customer data can be global—spanning major regions and business units—or detailed. Salespeople, before making calls, can review customer information that embraces key contacts, order and payment history, open opportunities, products installed, service requests outstanding, and associated sales-team members; this wealth of data empowers sales reps to plan each customer interaction more effectively and to manage

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061906

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

their accounts more productively. OSO helps them to cross-sell and up-sell, to offer high-value customers the products they need, and thus to expand the installed bases they oversee.

**Partner Management.** OSO aligns closely with Oracle Partners Online, providing oversight of distributor and reseller sales activity and thus facilitating selling through indirect channels. Opportunity-exchange functionality in Partners Online enables OSO users to coordinate with partners their responses to opportunities and to close the resulting deals jointly.

**Forecasting.** With Oracle Sales Online, sales organizations enjoy great flexibility in developing forecasts, which can be created and revised at the deal and product levels. The product supports the consolidation of divisional forecasts across multiple currencies, affording sales executives a global view of the company's revenue outlook. Executives can view global roll-ups of sales forecasts across regions, product lines, and sales organizations; they can also drill down from such global forecasts to the details of deals and opportunities represented in local currencies. Management teams can review worksheets used to create forecasts at the opportunity or product level, allowing them to adjust forecasts on the basis of their judgment and experience.

**Sales Compensation.** By integrating with Oracle Incentive Compensation, OSO enables salespeople to calculate their future compensation based on product line forecasts. Using what-if scenarios, they can view the associated compensation and compare it with results for prior periods. A simple HTML interface allows sales managers to use this integration with OIC to plan and distribute quotes to sales professionals and groups.

**Activity/Task Management.** Salespeople can create tasks and assign them to themselves or to other team members. They can organize tasks in work queues, sorting them by priority, due date, status, and other properties. OSO uses the CRM Foundation's Interaction History component to provide views of all recorded interactions with customers and prospects—service requests, inbound and outbound calls, and collateral sent.

**Personalization.** OSO's intuitive profile screen gives sales professionals many ways to personalize the application. Each user has a home page that can be customized to show relevant information including reports, competitor news, and important sales metrics. Users can configure their views of various tables and can select and save display and sorting options; the same screen enables them to select language, currency, and date formats. They can also set up and save frequently used queries, such as which deals are in the pipeline or are closing within the next 30 days.

**Other Integrations within the CRM Suite.** OSO exploits the 1-to-1 Fulfillment component of the CRM Foundation to allow users to send collateral directly to their prospects instead of having to request such support from others. In this way the sales professional can respond more quickly to prospects' concerns while reducing overall sales expenses.

OSO also integrates with the Oracle Marketing Encyclopedia System. Sales and marketing professionals can use MES to organize product, customer, and competitive data into categories and channels for use by sales forces. Oracle MES also mediates access to business data from third-party content providers.

Professionals can use OSO to access all the operational and intelligence reports provided by the Oracle Business Intelligence products. In particular, Oracle Sales Intelligence provides real-time enterprise-wide views of sales, helping sales teams to assess current performance, to make needed improvements, and to meet sales quotas. Sales Intelligence's robust report set covers seven key areas: sales force performance, sales effectiveness, revenue management, customer analysis, product analysis, channel analysis, and pipeline analysis.

ORACLE CONFIDENTIAL

**NDCA-ORCL 061907**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## Key Differentiators vs. Siebel

OSO's **Internet architecture** employs pure HTML. This makes it easy to deploy, even globally, and enhances its reliability, scalability, and performance. By contrast, Siebel's sales products stick to the old client/server architecture. Their thin-client components consist of fat-client applications with browser wrappers. These must be installed on client PCs, and they are limited in functionality and scalability.

OSO's **integration** with the rest of the CRM Suite provides coordinated incentive-compensation functionality and completes the campaign-to-cash business flow. By integrating with Oracle Inventory, Order Management, and Receivables, OSO coordinates front- and back-office processing of customers, orders, products, and inventory. By contrast, Siebel's product set does not extend to workflow management, collections support, bill presentment and payment, contract management, or business intelligence for customers, call centers, and sales. For these functions Siebel relies on applications from business partners, which means that customers must allocate budget not only for implementation but for integration. As of early 2001, the only integration connector available for Siebel is for SAP R/3, and only two customers are using it.

OSO's use of the **TCA customer model** provides a comprehensive and integral view of customer data. Siebel's products maintain one customer record for front-office purposes, but the back-office products with which Siebel applications must interact maintain their own customer records, meaning that customer master information must be duplicated. This results in redundant and potentially inconsistent customer data as well as higher operating and maintenance costs. Further, the Siebel architecture does not support a true business-to-consumer model: every contact record associates an individual with a single organization, so that associating that person with two or more organizations (as is often appropriate) means creating multiple contact records.

Siebel relies on third parties (e.g., Actuate) for **reporting** tools. This constrains Siebel users' ability to access data in real time, and it means potential problems as third parties struggle to synchronize their offerings with successive Siebel upgrades. By contrast, OSO provides standard opportunity and forecasting reports and integrates reliably with Oracle Sales Intelligence to take advantage of its comprehensive reporting abilities.

OSO's **forecasting** abilities have been presented in detail. The client component of the Siebel sales product has no support for forecasting; sales reps that want to review their opportunities and project their month-end situations must open the sales server application to do so.

ORACLE CONFIDENTIAL

NDCA-ORCL 061908

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Mobile Sales

Oracle Mobile Sales comprises two products—Oracle Field Sales/Laptop and Oracle Field Sales/Palm. Both products provide salespeople access to sales-related data when they're traveling. The salesperson can create, view, and update customer sales information on the laptop PC or Palm device. All changes are synchronized with the Oracle E-Business Suite, giving all system users updated information from the field. Similarly, data on the laptop PC or Palm is updated with new information from the central database for the suite. Thus the Field Sales products provide a means for the mobile sales force and the head office to remain up to date on customer interactions.

### Key Features

| Feature Group | Feature |
| --- | --- |
| Customer and Contact | Complex relationships |
| | View of relationships |
| Personal Productivity | Attachments |
| | Notes |
| | Tasks |
| Data Synchronization | Three-tier architecture promotes scalability and deployment for data-synchronization load-balancing uses |
| | Full security for access to control data |

## Oracle Wireless Sales

Oracle Wireless Sales uses Wireless Application Protocol (WAP), the recognized industry-wide standard for wireless services. This application provides mobile connectivity leveraging CRM content. It integrates fully with other Oracle CRM applications, enabling wireless users to access critical customer information, to manage leads and opportunities, to track sales, to receive service requests, and to handle service escalations. In addition, wireless users can use the application to locate other employees and to receive e-mail and workflow notifications.

### Key Features

| Feature Group | Feature |
| --- | --- |
| Customer and Contact | Complex relationships |
| | View of relationships |
| Forecasting | Global forecasting |
| | Product-level forecasting |
| | Opportunity-level forecasting |
| Personal Productivity | Attachments |
| | Notes |
| | Tasks |

### Key Differentiators vs. Siebel                                    ORACLE CONFIDENTIAL

Siebel's Internet architecture is immature and provides limited functionality. The Siebel CRM suite is not yet complete: it lacks an e-commerce module, hence does not support Web-based selling, and its Incentive Compensation application is weak. To supply ERP functionality, Siebel must partner with ERP vendors; the resulting integrations are never ideal, and information critical to salespeople is often stored

NDCA-ORCL 061909

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

in non-CRM systems. The Siebel Sales Configurator is a single-threaded application, constricting scalability. Each user connected to the server must have a dedicated process and data set.

## Siebel

- Siebel does not have an integrated foundation to support a multichannel e-business interaction suite.
- The Siebel 2000 release did not include connectors to the back-office systems of J. D. Edwards, Great Plains, or Lawson, and recent intelligence indicates that Siebel will no longer provide connectors. Connectivity will be achieved through partners.
- For each customer, Siebel creates a duplicate master record that must coexist with master records belonging to back-office systems.
- Siebel has been distributing free single-user versions of Siebel Sales Enterprise at trade shows and conferences and over the Web.
- Siebel Sales will be bundled on Compaq desktop and laptop systems. Both the free version and the Compaq version include basic contract management, pipeline tracking, expense reporting, and graphical presentation tools.

## Oracle

- Oracle seamlessly supports the entire relationship cycle and makes a single view of customer information available through all interaction channels. This approach covers marketing, sales (direct, indirect, and Internet-based), service, and ERP. Siebel cannot match these advantages.
- Siebel has announced that it will port to IBM's DB2 and will begin bundling DB2 with Siebel applications. This will not be achieved overnight; meanwhile, IBM is entering the CRM arena with its Corepoint spinoff.
- Upgrading the Oracle solution is not an integration nightmare requiring large amounts of custom work.
- Oracle has the only 360-degree business-intelligence solution that supports all business processes.
- The inclusion of iStore in the E-Business Suite provides users with a more complete view of sales. This powerful offering enables a company to analyze the success of each of various methods of selling.

ORACLE CONFIDENTIAL

NDCA-ORCL 061910

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle TeleSales

Oracle TeleSales is a call-center application designed for inside sales professionals, whether they are inbound telesales or outbound telemarketing agents. Oracle TeleSales provides a versatile set of tools to help the inside sales team manage the sales cycle, from prospecting for customers to booking orders. Oracle TeleSales offers a true multichannel selling solution that manages leads, opportunities, and forecasts across all sales channels—over the phone, via the Web, or through mobile devices.

Oracle TeleSales can be used standalone or in conjunction with other Oracle CRM products. Oracle TeleSales is CTI-enabled and integrates with Oracle Interaction Center products to provide inbound intelligent call routing, predictive dialing, and scripting functionality to further simplify and automate tasks. TeleSales integrates with Oracle Marketing Online to provide a true closed-loop marketing solution that incorporates campaign management, lead generation, event registration, and collateral fulfillment into the managed process. Oracle TeleSales works with Oracle iStore to enable interactive selling on the Web. Used with Oracle Sales Online, Oracle TeleSales allows field-sales and inside-sales organizations to collaborate in selling.

Oracle TeleSales provides easy access to other Oracle E-Business Suite products to provide tele-agents with dramatic insight into their customers. Tele-agents can search all customer transactions, from payment histories to delinquent invoices, for real-time updates from Oracle Receivables. Oracle TeleSales allows tele-agents to query and open service requests from Oracle TeleService. And Oracle TeleSales supports Web-based and telephone-based directory-assistance queries to find missing phone and address information.

### Key Features

- **Extensive customer management**—contact and relationship views; purchase, lead, opportunity, and contact histories; complex organization hierarchies; demographic data; configurable profiling for key data; and sales-team assignments.
- **Lookup management**—private and public target lists; reusable searches; sorting and exporting of lists; searches by customer, lead, opportunity, event, collateral; and optimized searches.
- **Lead management**—multichannel lead management, lead ranking, lead import and routing, linking of leads to opportunities and duplication checking, and notes and interaction histories.
- **Opportunity management**—creation, tracking, and management of opportunities; forecasting based on win probability, sales stage, status, and/or deal size; generation of quotes and orders; support for sales-team assignments and revenue sharing across channels; and pipeline management.
- **Quote and order management**—linkage to opportunities; versioning; validation of credit-card purchases; freight and handling charges; calculation of sales tax and discounts; product configuration; up-sell/cross-sell opportunities; launching of inventory, invoicing, etc.
- **Event management**—registration tracking and updating and collateral fulfillment.
- **Collateral support**—campaign and event-specific collateral; fulfillment via e-mail, fax, postal/print.
- **Integration with other CRM products**—inbound screen pops and call routing, predictive dialing, marketing, scripting, territory management, fulfillment, interaction history, Universal Work Portal, and e-mail.
- **Forecasting**—global, product-level, and opportunity-level forecasting.   **ORACLE CONFIDENTIAL**
- **Personal productivity**—attachments, tasks, pipeline management, notes, and searches.

NDCA-ORCL 061911

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- **Quick menu access**—payment history, invoices and other transactions, service requests, and directory assistance.
- **True team selling**—sharing leads and opportunities across channels; selling across interaction center, Web, and mobile; and passing leads to partners.

## Key Differentiators vs. Siebel

The strength of Oracle TeleSales emerges less through a feature-by-feature comparison with Siebel than through an examination of its comprehensive integration with the full Oracle E-Business Suite. Oracle TeleSales takes advantage of Oracle's position on Internet architecture to combine the wide reach of the Internet with Oracle's globalized products to run businesses consistently, efficiently, and accurately worldwide.

### Siebel

- Siebel has to partner with one or another CTI vendor to provide any call-center functionality.
- Siebel does not have an integrated foundation to support multichannel e-business interactions.
- The Siebel 2000 release did not include connectors to the back-office systems of J. D. Edwards, Great Plains, or Lawson, and recent intelligence indicates that Siebel will no longer provide connectors. Connectivity will be achieved through partners. Oracle CRM's integration with SAP, which uses Oracle Applications Interconnect, will be a big differentiator over Siebel.
- Siebel creates a duplicate customer master record that must coexist with back-office systems.

### Oracle

- Oracle TeleSales is a streamlined application developed especially for call-center use.
- The use of the Oracle TCA customer model streamlines B2B and B2C contact management.
- Integration with Oracle Interaction Center products and with Oracle ERP applications efficiently channels the campaign-to-cash sales cycle, including shipping and invoicing.
- Oracle offers its integrated suite of interaction-center products as a solution instead of calling on multiple vendors for inbound and outbound call handling.
- Oracle TeleSales and Oracle Sales Online are fully integrated, to share leads, opportunities, notes, interaction histories. etc.
- Oracle TeleSales leverages Territory Management to share leads and opportunities across channels.
- Oracle supports leading ACD, PBX, and IVR vendors through its interaction-center suite
- Oracle seamlessly supports the entire relationship cycle and makes a single view of customer information available through all interaction channels. This approach covers marketing, sales (direct, indirect and Internet), service, and ERP. Siebel cannot match this capability.
- Oracle TeleSales can access accounts-receivable information to identify delinquent invoices or verify payment histories.
- Oracle TeleSales can access Oracle TeleService to review service requests or to open new ones.
- Oracle TeleSales provides access to directory assistance.
- Upgrading the Oracle solution is not an integration nightmare requiring large amounts of custom work.

NDCA-ORCL 061912

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

# Service

The Oracle CRM Service suite includes ten products:

- Oracle Advanced Scheduler
- Oracle Advanced Service Online
- Oracle Defect and Enhancement Management System
- Oracle Depot Repair
- Oracle Field Service
- Oracle iSupport
- Oracle Knowledge Management
- Oracle Mobile Field Service
- Oracle Spares Management
- Oracle TeleService

## Oracle Advanced Scheduler

Oracle Advanced Scheduler is an optional module available with Oracle Advanced Service Online. By enabling optimal scheduling of field service technicians, companies can improve customer service and increase customer satisfaction. Advanced Scheduler uses a set of predefined constraints and associated costs to create the most efficient and cost-effective schedules for service representatives. Travel times are calculated to optimize field service trips. Constraints and travel times are translated to and represented as costs. The Oracle Advanced Scheduler option enables more sophisticated scheduling than the Assignment Manager, the standard Foundation module that handles assigning and scheduling resources.

Advanced Scheduler provides two options for assigning tasks: Intelligent and Window-to-Promise.

**Intelligent** scheduling assigns a task to the lowest-cost qualified representative. The organization predefines constraints as costs and sets them up to meet its business needs. Intelligent scheduling offers either an automated or a manual process for assigning tasks according to these predefined constraints. Dispatchers can assign single or multiple tasks, optimize field service trips later before committing schedules, and determine whether it is more economical to reassign tasks or to reschedule them. Intelligent scheduling is most useful for business-to-business organizations.

**Window-to-Promise** scheduling lets dispatchers offer customers predefined time intervals for visits by field service representatives (FSR)s. It displays time intervals available and the related costs. If a dispatcher assigns a task to a time slot, the available time for that time slot is updated; tasks can be reassigned to other resources later if necessary.

### Key Differentiators vs. ClickSoftware

**ORACLE CONFIDENTIAL**

#### Product Concepts

*ClickSoftware provides a toolkit.* The customer receives an API with which ClickSoftware functionality can be integrated into the customer's application environment and called when required. The result of a scheduling call is defined by rules that reflect the customer's scheduling requirements.

*Oracle Advanced Scheduler is a complete, ready-to-use product.* Although the software is based on an API, this is transparent to the customer; no development is required. The scheduling results are

NDCA-ORCL 061913

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

determined by assigning a value to each factor that Oracle Advanced Scheduler considers when creating a schedule.

### Implementation, Integration, and Upgrades

*ClickScheduler requires more effort.* Implementation also requires more IT skills, integration with other applications will require yet more programming, and data in one application may still be unusable by other applications. Upgrades to ClickScheduler could require additional systems integration effort and involve data migration issues. ClickSoftware positioning in terms of marketing is to use definitions from previous projects as starting points for new implementations.

*Oracle Advanced Scheduler is easy to implement and upgrade.* And integration is not an issue, because the product comes fully integrated with the other applications of the Oracle E-Business Suite. Upgrades pose no data migration issues because Advanced Scheduler uses the same customer records, installed base information, tasks, resources, calendar, service requests, etc., as the other CRM suite applications, while providing them its scheduling capabilities. Improved integration with Oracle Spares Management will further extend the capabilities of Oracle Advanced Scheduler.

### Geographic Awareness

Both ClickScheduler and Oracle Advanced Scheduler use RoadNetWork, but the implementations are very different.

*A ClickSoftware planner is isolated from the actions of other planners.* In a district-based geographic model, this means that tasks and personnel assigned by a planner in one district are not known to a planner in another district. The information is not available to ClickScheduler. This does not promote or allow for the most efficient use of resources.

*With Oracle Advanced Scheduler, scheduling activities in one district can be considered by planners in other districts.* Because district borders are generally conceptual, not physical, this "geographic awareness" can result in more efficient planners and more efficient schedules. Figure 12 and Figure 13 show the benefit of such advanced scheduling. In the figures, the circles represent FSRs, and the squares represent locations to which the FSRs need to go. Note in Figure 13, compared to Figure 12, that a shorter overall route was created for each FSR by creating routes that cross district boundaries. Driving time can consume a considerable portion of an engineer's time; reducing travel time represents a considerable savings.



**Figure 12. Scheduling Constrained by Boundary**          **Figure 13. "Geographically Aware" Scheduling**

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061914**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## Oracle Advanced Service Online

Oracle intends Advanced Service Online (ASO) for providers of maintenance, repair, and overhaul services. ASO is an integrated suite designed to support the servicing of complex equipment such as jet engines, airframes, locomotives, and medical and semiconductor-manufacturing equipment. ASO comprises new applications specifically designed for the service environment and ASO functionality added to existing Oracle ERP applications.

The maintenance, repair, and overhaul (MRO) industry differs fundamentally from manufacturing. In the manufacturing environment, the product is owned by the manufacturer, and a purchase agreement relates to that product. In the service environment, the physical item belongs to the customer, and the purchase agreement relates to services to be performed on that item. In some cases, customer and service provider may be different departments of a single organization.

The service environment requires more inventory management. When a part is replaced, for example, the replacement part may come from the inventory of the service provider, of a third party, or of the customer; or the replacement may be effected by redirecting a part being repaired for a different service task. In addition, replacement parts must be verified against the sales order, the scope of work, industry regulations, and part requirements specified in the relevant illustrated parts catalog (IPC).

MRO shop-floor procedures are more complex and dynamic than manufacturing procedures. The scope of work is often unknown until disassembly is under way, and floating shop-floor bottlenecks can further complicate procedures.

Oracle ASO addresses the processes that are unique to the after-market service industry and the challenges inherent in maintaining complex equipment; these include job scheduling and execution, service costing and billing, unit service-history tracking, and the management of routing, parts inventory, service contracts, service orders, crews, skills, and technical documentation. Service providers can use ASO to streamline their advanced-service process by automating data-entry tasks, by integrating planning and execution, by storing service history and routes for faster lookups, and by automating cost collection.

Oracle ASO manages key advanced-service processes including receiving a unit for service; disassembling, cleaning, and inspecting it; and dispositioning the parts. The system automates creating and modifying repair routes and scheduling repair procedures. ASO collects all costs associated with jobs throughout the repair cycle and sends them automatically to the integrated Oracle financial applications.

The Oracle ASO product suite integrates seamlessly with Oracle ERP applications and with other Oracle CRM applications, enabling service providers to manage their inventory and human resources through advanced planning and to serve their customers faster and more efficiently. This integration also helps businesses to unify all their enterprise-management operations, providing them a 360° view of their service processes and facilitating more informed business decisions.

## Oracle Defect and Enhancement Management System

The Oracle Defect and Enhancement Management System (DEMS) is a comprehensive Web-based service product with which a company can manage its application development. Customer support representatives, developers, and quality assurance engineers can create defect records and track their status through the development process. The integration of DEMS with Oracle iSupport empowers customers to review existing enhancement requests and log new ones, providing the company with valuable strategic information about the features its customers want. Integration with Oracle TeleService provides service request functionality that facilitates an efficient support process for both customers and

**ORACLE CONFIDENTIAL**

         Copyright Oracle Corporation 2001

**NDCA-ORCL 061915**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

employees. DEMS allows organizations to consistently meet or exceed the provisions of service level agreements, improving product quality and customer satisfaction.

### Configurable Defect Management Process

Each organization can configure DEMS to match its unique processes for recording and correcting defects and receiving and assessing enhancement requests. The workflows associated with DEMS can be configured to automatically assign defects and enhancement requests, ensuring that issues are addressed rapidly and efficiently by the appropriate resources. Users are guided by templates to create complete defect records. For enhancement requests, templates ensure that business needs and justifications are documented sufficiently to permit a cost-benefit analysis and subsequent decision. For both types of records, information a user needs to use often, such as a product name or version number, can easily be transferred from record to record.

Multiple processes can be associated with a record; this enables multiple related tasks to be initiated from a single defect record or enhancement request. For example, logging a defect could initiate tasks to modify documentation, alter regression tests, and create a support escalation.

Detailed audit information enables managers to analyze business processes and detect inefficiencies.

DEMS provides the following key functionality:

- flexible prioritization of service-level goals
- improved monitoring of product quality and ongoing product development
- closed service-process loop
- powerful and customizable search capabilities

### Flexible Prioritization of Service-Level Goals

Requirements for each of the levels of service an organization offers can be configured to ensure compliance with its service-level goals. Service priorities can be established in accordance with:

- customer-designated severities
- development-associated priorities
- escalation management concerns, e.g., such that a priority 1 bug that has been escalated is addressed before one not yet escalated
- fix-by versions
- specific fix commitments
- counts, response dates, and resolution dates of related service requests

### Improved Monitoring

For defect records, DEMS gathers user-defined metrics classified by type of problem (stability, usability, performance, etc.), by type of resolution (code fix, data fix, documentation change, not a defect, duplicate defect, etc.), and/or by version (version reported in, earliest version found in, version fixed in, etc.). Metrics include detailed audit information and may be queried using the advanced search facility.

For enhancement requests, functional suggestions are tracked.

### Closed Service-Process Loop

Organizations can increase their efficiency and close the service-process loop by taking advantage of the integration of Oracle DEMS with other products in the CRM suite. Examples of leveraged processes include:

- quick creation of templates
- use of notifications and alerts

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061916

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- escalation management
- automated creation of a defect record by transferring existing information from a service request, thereby reducing errors and capture time
- extension to customers of access to defect records, allowing customers to read and update records within configurable constraints. DEMS supports this ability by interacting with Oracle iSupport; authorized customer updates result in knowledge-base entries in iSupport.

**Powerful and Customizable Search Capabilities**

DEMS provides a powerful search mechanism that offers the following features:

- out-of-the-box queries whose results can be displayed on Web pages
- the ability to create and save custom queries
- the ability to save the results of queries for historical reporting

## Oracle Depot Repair

Oracle Depot Repair is designed to plan, manage, and track the complete repair process for service organizations. It integrates seamlessly with Oracle ERP applications and with Oracle CRM service applications, notably Oracle iSupport, TeleService, and Field Service. Oracle Depot Repair delivers a complete view of customers, products, and service records. User-friendly UIs, combined with the flexibility to handle single-item or mass-lot repair orders, make this application ideal for depot-repair operations of all sizes.

Oracle Depot Repair offers an enterprise-wide solution for managing an in-house service repair business. Its comprehensive functionality allows agents to create repair orders, repair estimates, and RMAs for repairs of many types. Full integration with contracts entitlements serves to improve efficiency while enhancing service delivery and assuring accurate billing.

The depot-repair process starts with RMA generation. Oracle Depot Repair automates and manages five different return processes, including advanced exchanges, loaners, and repair/returns. Incoming serialized-parts verification, access to historical knowledge-base solution sets, and automatic invoice generation are a few of many capabilities designed to maximize productivity and increase margins.

A user dashboard gives the depot planner complete views of all current and planned activities and easy access for quick and accurate scheduling, routing, and reporting on repairs. The product generates automatic notifications in real time as appropriate. A complete item-repair history is available; and, as with all Oracle CRM applications, a complete customer interaction history is but a tab away. From this central control UI the user can create, update, view, and report on a number of repair activities including RMAs, repair orders, work in progress, inventory, service requests, and billing.

Each repair process gathers vital information (entered manually or automatically) needed to analyze work completed and enhance future performance. Data including costs, parts usage, repair times, and solution codes are captured and used in intelligence processing. The closing of any service request triggers automatic updates to records detailing customer installed base, knowledge base, repair history, and inventory levels.

Depot-repair billing is automatic and accommodates calculations based on warranties, contracts, and special pricing considerations. Invoicing can be stand-alone or can be grouped with other service activities, e.g., field-service visits.

When used as part of the Oracle E-Business Suite, or as part of the more focused Oracle CRM Service solution set, Oracle Depot Repair can significantly reduce costs and increase revenue while ensuring customer satisfaction and loyalty.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061917

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Field Service

Oracle Field Service is an automated enterprise-wide solution for field service organizations. By streamlining all aspects of customer support, field service, spares management, and depot repair, Oracle Field Service makes service delivery efficient and cost-effective. Oracle Field Service broadens the role of the field service technician from simple provision of service to comprehensive customer relationship management.

The field service technician can leverage post-sale interactions to improve customer service while providing the service company with information needed to identify cross-selling and up-selling opportunities. Oracle Field Service automates the field service process with tools including account management, call routing, customer support, dispatching, spares management, reporting, and billing. Oracle Field Service ensures consistent customer service via Web, e-mail, and phone, and supports mobile communications devices so that engineers have real-time access to information.

The **Control Tower** gives dispatchers a centralized graphical overview of planned activities for FSRs, including their locations on maps.

## Control Tower Key Features

With the Control Tower, dispatchers can control scheduling, monitoring, dispatching, and prioritizing of tasks for FSRs. Dispatchers have a unified view of all service calls, resulting in shorter response times and improved inventory management; these in turn lower service-call costs and increase revenues. Dispatchers can schedule activities according to contractual entitlements with customers, resulting in improved service management.

The Control Tower offers the following features:

- A Plan Board contains a grid populated with FSRs' names, task start and end times, and customer addresses.
- Gantt charts provide graphical overviews of planned service requests, assigned resources, statuses, etc.
- A map provides a graphical overview of each FSR's current location along with time and status.
- Statistics provide dispatchers with overviews of the performance of FSRs during specified periods.

## Oracle Field Service Integrations

Oracle Field Service makes extensive use of capabilities offered by the components of the CRM Foundation. The Assignment Manager lets dispatchers change assignment criteria in real time to enable more efficient and effective assignments. (The Oracle Advanced Scheduler option allows more sophisticated scheduling than the Assignment Manager.) Escalation Management is used to manage task completion proactively. The Resource Manager supports the definition of resources, including contact information and competencies. The Task Manager allows dispatchers to create, update, and assign tasks. Calendar functionality in the Foundation allows FSRs to define their availability through shift appointments and to-do lists; dispatchers can then assign tasks to FSRs according to their availability.

Oracle Field Service further integrates with other CRM applications: with knowledge-base functionality in Oracle TeleService to enable dispatchers to diagnose symptoms and potential resolutions for service calls before FSRs visit the sites, and with Oracle Installed Base to track customer product-installation details, product status, and service history. Field Service can track, update, and maintain configurations of products (as built, as shipped, or as maintained).

NDCA-ORCL 061918

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Field Service captures all information regarding visits to customer sites, including material usage, labor time, and expense reports. Its full integration with Oracle Contracts lets users verify contractual entitlements and warranties before generating final customer invoices.

Refer to the *Oracle CRM Foundation* section in this document for more information on Foundation components.

## Oracle iSupport

Oracle iSupport is a comprehensive customer-service product that allows users to perform self-service and to receive assisted service over the Internet. iSupport provides a secure, personalized experience for a wide range of self-service functions. By diverting common requests to the Internet and offering automated response mechanisms, Oracle iSupport enables service organizations to minimize the total cost of call centers and other customer support operations. Empowering customers through self-service and self-administration helps service organizations remain competitive and successful.

Oracle iSupport completes the support loop by virtue of its seamless integration with Oracle TeleService, the call-center-enabled, agent-facing application. iSupport features integration with Oracle Telephony Manager for Web call-back, Oracle eMail Center for e-mail management, Oracle Order Management for order and returns history, Oracle Receivables for invoices and payments, and Oracle Service Contracts for entitlements.

### Key Features

Oracle iSupport provides the following features, discussed in detail in the sections below:

- service request management
- user-accessible knowledge management tools
- installed base repository
- transaction history and status
- personalized home page
- interactive online forums

**Service Request Management**

iSupport customers can create and review service requests online. Templates guide the completion of the service request, and the request is routed to the appropriate customer support agent or queue. Immediate assistance from a call-center agent can be requested via the Web call-back feature.

**User-Accessible Knowledge Management Tools**

With the Knowledge Management module, customers can perform their own searches for documents or solutions to problems. The Knowledge Management system provides basic search capabilities, and advanced search capabilities for power users. Customers can search for solutions by entering keywords or problem statements or phrases. The Knowledge Management module leverages Oracle InterMedia as well as Oracle proprietary solution-relationship technology.

**Installed Base Repository**

Oracle iSupport draws on the Installed Base repository to maintain customer-specific product information, including all customer details, associated service agreements, and product attributes. Installed Base can maintain product information in a tree structure that shows all parent and child assemblies for each product. The user can drill down through any branch to view the detailed information. In addition, the Installed Base repository can track, update, and maintain a customer's product configuration—as built, as shipped, or as maintained—whenever a new part or component is

ORACLE CONFIDENTIAL

NDCA-ORCL 061919

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

installed or replaced. Customer products can be grouped logically into systems. Installed Base tracks serialized and nonserialized products and provides powerful search capabilities to rapidly locate information about customer products. Upon the receipt of an RMA, product returns are automatically updated in the Installed Base.

### Transaction History and Status

iSupport dramatically improves productivity by providing easy access to transaction history and status information on orders, invoices, payments, shipments, and contracts. Users can query and sort data according to a range of criteria.

### Personalized Home Page

iSupport provides a flexible home page that customers can personalize according to their specific working requirements. The home page is divided into content areas, or *bins*. Customers can select their own bins, the content within each bin, and the format or layout of the bins. iSupport can proactively alert customers when important events occur.

### Interactive Online Forums

iSupport provides interactive discussion forums: interactive areas for discussion and commentary, each dedicated to a specific subject. Forums are organized in a tree structure to allow easy access and navigation. Customers can also search for specific forum subjects and browse within a specific forum.

## Oracle Knowledge Management

For the current release, Oracle Knowledge Management is a part of Oracle iSupport; in future releases it will be positioned as a distinct product. Oracle Marketing Encyclopedia System, currently a distinct product, will then be directly incorporated into Knowledge Management.

Oracle Knowledge Management is a comprehensive system for document access and solution management. Integrating tightly with Service Request Management functionality in iSupport, it provides for document capture and retrieval and for fast and simple identification of solutions.



*Figure 14. Knowledge Management Integration Points*

ORACLE CONFIDENTIAL

NDCA-ORCL 061920

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

The central GUI for Oracle Knowledge Management uses tabs to provide access to two underlying sources of KM functionality:

- SMS (Solution Management System), a problem and solution database
- Oracle MES (Marketing Encyclopedia System), the application, which is essentially a document management system

These two systems allow users to search for and among sets of information including lists of frequently asked questions (FAQs), installation instructions, product documents, technical bulletins, and white papers.

Knowledge Management leverages Oracle InterMedia for text searching, and it uses an Oracle-proprietary solution-relationship technology to enable users to optimize their solution searches. The user interface is intuitive and easy to use; it provides basic searching capabilities, augmented by advanced capabilities for power users.

SMS functionality includes:

- text queries formatted in natural languages
- searches by keywords
- searches for similar statements
- searches by symptom/cause/action, by problem/solution, and so on
- basic and advanced searches within iSupport
- text searches using Oracle InterMedia Text 8.1.6 (which comes with Oracle DB 8.1.6)
- a flexible solution model
- a solution-scoring system based on both text and relationship matching
- simple solution creation and submission

SMS functionality is definable to meet merchant requirements, and it allows multiple models to be run simultaneously. It integrates fully with the CRM Service suite, and particularly with Oracle Depot Repair, Field Service, and TeleService. It also integrates with Oracle eMail Center to accommodate direct submission of questions by customers and responses to them.

MES functionality includes:

- support for multiple document formats
- support for arbitrary numbers of category levels
- hierarchical search mechanisms
- ability to browse
- integrated workflow
- support for approval processing of document input
- definition of group and individual privileges

Key benefits provided by Knowledge Management are:

- minimization of installation time and issues and of maintenance costs
- improved monitoring of support issues
- a knowledge base progressively elaborated as support issues are resolved
- reduced workloads for customer service agents
- reduced support costs
- speedier responses to customers, with enhanced customer satisfaction

ORACLE CONFIDENTIAL

NDCA-ORCL 061921

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Mobile Field Service

Oracle Mobile Field Service applications—Oracle Field Service/Palm and Oracle Field Service/Laptop—facilitate the integration of the field force into the business process and make them relationship managers as well as service technicians. Field service representatives (FSRs) make ideal relationship managers because they are the ones who really understand customer needs and issues. Oracle has created several products to support FSRs.

Using Mobile Field Service, a company can control its field service process from job creation through job completion and final billing.

### Key Features

Oracle Mobile Field Service controls and integrates the following processes:

- creating service requests and tasks
- finding a solution through knowledge management
- scheduling and dispatching field service tasks to mobile personnel
- executing jobs and reporting time, material, and expenses
- completing and closing jobs and creating the invoices

Oracle Field Service/Palm and Oracle Field Service/Laptop can communicate with the Oracle Field Service central database in real time. In combination with Escalation Management and Workflow, this feature provides the planner/dispatcher with an accurate overview of the status of work in the field, enabling early recognition and proactive management of situations requiring action.

Oracle Field Service/Palm is simple-to-use, intuitive software highly suitable for the utility, copier, telecommunications, and office-supply industries. Oracle Field Service/Laptop is a customizable solution suitable for any field service market. It allows an FSR to communicate with the central office, print service reports, view and update installed–base records, create RMAs, and more. It is a complete job-management system for the field worker.

The Mobile Field Service applications feature the **Agenda**, which enables FSRs to access comprehensive information as to service requests and tasks assigned to them by the dispatcher. The Agenda allows service reps to create task records, and it displays the following information:

- service request and task data
- task start and end times
- task status—actual start and end times with related labor lines
- escalations, such as performing a task beyond the allocated time
- parts information for a specific task
- field service reports for service requests or specific tasks
- future and past agendas
- shift information (on-duty and off-duty)
- task priorities

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061922

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

## Mobile Field Service Integrations

Mobile Field Service is integrated with the rest of the E-Business Suite with respect to the following items:

- logistics and spares
- charges for time, materials, and expenses
- tasks and calendar
- counters and installed-base data
- messaging and notes

### Logistics and Spares

Oracle Field Service/Laptop integrates with Oracle Spares Management. Dispatchers can view spares-management requirements for tasks and create move orders for parts required by FSRs at customer sites. Oracle Field Service/Laptop enables FSRs to view car stock and to update it by ordering parts.

### Charges for Time, Materials, and Expenses

Oracle Field Service for Palm/Laptop can capture all information regarding visits to customer sites, including material usage, labor time, and expense reports. Its full integration with Oracle Spares Management, Installed Base, Contracts, and TeleService enhances automated processes including maintenance of the customer installed base, automatic replenishment of car stock, and invoicing for time, materials, and expenses that reflects contract-specified discounts.

### Tasks and Calendar

Mobile Field Service uses CRM Foundation functionality to create tasks and to assign them to groups or individuals. The Foundation's Calendar module allows Mobile Field Service to keep track of resource schedules and availability; it provides the flexibility to define work days and work hours so as to accommodate global deployment, and users can define shift assignments and exceptions to such assignments.

### Counters and Installed–Base Data

On completing a machine repair at a customer site, the FSR can record the counter reading at the time the machine was serviced. This functionality is used in many industries, e.g., utility, automotive, and office-products. Counter records include FSR name, time stamp, unit of measure for the counter, and counter value (including initial and current readings). For example, a utility engineer reads a gas meter, records the reading, then reports it back to the main office; the installed-base record is updated, and an invoice can be created.

### Messaging and Notes

Oracle Field Service/Laptop provides for messaging to and from the dispatcher and other service representatives. The Laptop and Palm products both integrate with the Foundation's Notes component, enabling personnel to create notes and to view notes created against a service request, task, product, or customer.

ORACLE CONFIDENTIAL

NDCA-ORCL 061923

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Spares Management

Oracle Spares Management serves the specific needs of the service-parts operating environment. Drawing on core logistics functionality found in Oracle Inventory, the product provides the additional features required for planning and logistics activities in the service-parts environment. It is designed for out-of-the-box integration to Oracle Field Service and for easy integration with other products (e.g., Depot Repair) in the Oracle CRM service suite.

The cost of carrying and managing a spare-parts inventory is typically the largest single cost component of any service operation. Demanding service level agreements (SLAs) dictate that inventories be tightly controlled with respect to overall quantity. Service-level requirements often stipulate further that inventory must be deployed in numerous locations as close to various *points of use* as is economically feasible. (SLA inventories, or *initial spares*, are often positioned in support of specific commitments to customers—and cannot otherwise be justified based on actual levels of usage and cost.) Close coordination with field service operations calls for available parts to be effectively allocated to service engineers actively working on customer service requests.

The service parts environment typically includes many locations networked across a geographical area that may be global but may range downward in size to a single metropolitan area or location. The extent to which planning and logistics in these locations can be effectively coordinated will determine the success or failure of the spares-management activity.

### Key Features

Oracle Spares Management meets virtually every need of the service-parts business. Key product features include the following:

- parts tracking at the warehouse, subinventory, and locator levels
- visibility of inventory across multiple locations
- segmentation of inventory locations into serviceable and defective categories
- order processing designed for both automatic stock replenishment and individual order fulfillment
- grouping of stocking locations into hierarchies for reporting
- closed loops for aggregate planning
- replenishment networks for automatic replenishment
- inclusion of defective-inventory pipelines in the aggregate planning process
- fast transfers between stocking locations
- dashboard-mediated planning for complete inventory control and views

Customers can use Oracle Spares Management to ensure that they have the parts they need, and *only* those they need, when and where they are needed. This will substantially lower costs at the same time that it raises customer and employee satisfaction.

ORACLE CONFIDENTIAL

NDCA-ORCL 061924

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle TeleService

Oracle TeleService is a customer-centric application designed to resolve customer concerns, regardless of their nature, with one quick phone call. It promotes customer satisfaction by enabling personalized professional management of customer accounts. Enabling agents to perform functions traditionally requiring special training, it promotes employee retention and significantly reduces hiring and training costs.

Oracle TeleService uses CTI functionality to ensure that each incoming call is routed to an agent armed with the necessary information about the caller. That agent can now handle the customer's request quickly, accurately, and at a level of personal service traditionally unknown except in neighborhood shops.

Oracle TeleService gives agents access to complete customer interaction histories. Agents can still take down phone numbers and addresses, but they can also validate product ownership and support entitlements, place and track orders, report statuses, and automatically assign tasks to other employees. The application monitors personal profiles and relationship plans; it automatically prompts agents, as appropriate, with regard to contract renewals, to shipment dates, and to up-sell/cross-sell opportunities. Oracle TeleSales uses scripting, not only to ensure consistent service levels but to slash training time for new agents.

For product-related issues, agents can try first-level support, using suggestions from an historical knowledge base. They can arrange for the repair or return of products and can assign tasks to a field organization. Using powerful out-of-the-box workflows, they can automatically notify anyone within the company, including account managers, finance personnel, and executives.

Many features of Oracle TeleService help agents to respond quickly and appropriately to customer needs. The product supports flash notifications. It enables agents to drill down to the details of any past or current activity. They can attach notes and e-mails to any documents sent to others within the company. Customer intelligence alerts them to customers' satisfaction levels, and predefined relationship plans direct agents to appropriate response actions. A universal work portal lists all activities and priorities for each agent, taking the guesswork out of task management.

Oracle TeleService helps agents to take the initiative in serving customers. It uses Oracle Alerts and Oracle Workflow to prompt agents to contact customers (using each customer's preferred method of contact as recorded in the customer's profile). Agents can then advise customers as to upcoming service activities or contract renewals, account statuses, shipping statuses, and/or new product and service offerings.

Oracle TeleService enables global support by providing multilanguage functionality and supporting international addressing and phone numbers. All functionality rests on a single integrated customer master record.

ORACLE CONFIDENTIAL

NDCA-ORCL 061925

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Contracts

The Oracle CRM Contracts suite includes two products, Oracle Contracts and Oracle Contracts for Subscription Services.

## Oracle Contracts

### Introduction

Oracle Contracts is a modular suite of applications providing global contract management for today's enterprises. The suite is comprehensive, covering contracts related to selling, servicing, making, buying, leasing, and governing. All contracts are maintained in a single database, supporting global visibility and analysis across all contracts managed by the user enterprise. The Contracts architecture, enabling multiple modules to use the same database and core services, ensures standard behavior across different classes of contracts, reducing training and increasing information reliability.

Oracle Contracts supports contracts for buying and selling, providing views of the user's obligations and of obligations to the user; these improve efficiency and reduce administrative costs as well as financial exposure related to missed deliverables. Fully integrated with the Oracle E-Business Suite, Contracts provides for standard definitions of terms and conditions including payment terms, sales credits, price lists, deliverables, assigned tasks, etc. This standardization facilitates the user organization's deployment of best practices to all its contract-related professionals. The integration further supports application setup and management for contracts of all types.

Flexible metadata architecture and view layers support the creation of new contract types, intelligently assist users in authoring contracts, and enable custom reference data without changes to application code. Standard text to be used in contracts of various types can be stored in the standard-article library for easy inclusion in new contracts and for tracking of prior use in existing contracts. To expedite negotiations, preapproved alternatives to standard articles can also be stored.

User-defined statuses can be employed to track a contract's progress through its life cycle and to define the operations currently valid for each contract. For example, *active* status for contracts of certain types may mean that they can be updated only via change request; certain hold statuses may disallow service entitlement. Access to any contract may be delimited by type of contract, by individual, or by group: this enables the organization to set up system-enforceable rules aligned with its business processes.

### Contracts Core

The Contracts Core module is the basis for all other Contracts modules, providing common functionality including the creation of records for parties, deliverables, rules, and events. Through its integration with the Oracle Sales suite, it also enables complete sales-cycle and license-cycle contract automation, mediating the workflow-driven automation of opportunity to quote to contract to order to invoice to cash. It enables authoring, execution, and management of corporate contracts for sales and procurement of products and services, for master agreements, and for all associated subcontracts.

The Core module controls the repository for all contracts, providing global visibility, global security, global standardization, and global enforcement of contract terms and conditions. It enforces corporate business rules for pricing, payment terms, products, etc., across organizations, countries, and lines of business. No longer merely words on paper, these are now enforceable; coupled to the terms of a contract, they drive the way in which an enterprise's activities (selling, invoicing, buying, paying) are performed.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061926

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

The Core module controls the standard-article library of terms and conditions, mediating the transformation of article text into automated business rules. It supports event-driven contract execution, enabling proactive contract management through automated processes for quote creation, tasks and deliverables, activation/expiration of contracts, and renewals. Rule-based checks ensure consistent quality standards, promoting discipline in the contracting process.

**Launch Screens.** The Contracts LaunchPad was designed with the needs of contract administrators in mind. It provides a set of visual bins holding specific information—these may include a personal in-box and links to recently-used and/or bookmarked documents. In this way, the LaunchPad provides a personalized window into specific contracts or activities that the administrator cares about.

The **Contract Navigator** facilitates the creation of new contracts, the viewing of existing ones, and actions in relation to outstanding contracts including subcontracting, renewing, extending, and terminating. Users can quickly view the history, schedule rules (for deliverables), and communications for a given contract.

The Navigator organizes items within groups. Public groups are suitable for structuring contracts to company standards. By contrast, administrators can use private groups and hierarchies of private groups to structure access to contracts by more personal standards. Such personal structuring, which has no effect on any other user, enables each administrator to organize the desktop in a way suited to his or her responsibilities.

**Subcontracting.** One party to an existing two-sided contract may need to contract with one or more third parties— as sources of goods or services—to fulfill its obligations under the original contract. For such cases, Oracle Contracts Core provides subcontracting capability. Terms, lines, etc., of each subcontract generated are coordinated with those of the parent contract.

**Integrations with Sales and Service Applications.** Customers often need to create contracts in consequence of sales (as of service agreements) and orders in consequence of contracts. Contracts Core integrates with Oracle iStore to enable Web customers to view standard agreement terms and to accept those terms or request other wording. Negotiated changes to standard agreements can be made available for them to view and accept.

By integrating with Oracle applications for order capture and order management, Contracts Core enables quotes to be converted into contracts, and items on contracts to generate orders. When a contract is about to expire, a renewal quote can be created and managed as a renewed opportunity. This ability closes the loop on contracts, ensuring that renewal opportunities are never again overlooked.

### Contracts for Service

The Contracts for Service module integrates tightly with the Oracle Service suite, an integrated set of applications for managing service businesses. It supports creation and management of service contracts, warranties, and extended warranties, making entitlements easily visible and acting on contractual commitments. It enables advance definition of standard service offerings that can then be tailored in the actual contract to the customer's specific needs. Through integration or Oracle Order Management, the sale of a serviceable product can automatically trigger the creation of appropriate warranty and/or extended contracts.

This module uses productivity tools, including contract copying and templates, to expedite authoring and management of complex service agreements. Interfacing with Oracle Incentive Compensation, it supports tracking of credits for sales of services. It can also track usage of products and services, including numbers of support calls or of copies made. It can group and average counter readings to simplify customer invoices.

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061927**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

**Entitlement Processing.** Centralization and integration of contractual commitments makes it easy to view all customer entitlements through warranties, extended warranties, and complex service agreements from a number of other Oracle CRM applications. In doing so, it arms users to enhance customer satisfaction by ensuring that services are supplied in a timely manner, to make sure that revenue is not lost through unbilled support and services, and to calculate automatically any service charges for work performed under contract.

**Proactive Event Management.** Events can be defined so as to ensure timely attention to contract milestones such as critical counter values or contract renewals. An event might be defined as occurring 30 days before the expiration of a contract and triggering contract renewal.

**Contract Renewal.** Changes to a contract can be automatically applied on contract renewal, e.g., raising the service price by 5%, applying a new price list, repricing the contract, estimating revenue from the renewal, and acting to secure the renewal. Quote printing allows customers to review new service agreements prior to giving their approval. This feature set automatically notifies the sales representatives and engages them in the renewal cycle. Integration with Oracle sales applications allows sales reps to track and manage these opportunities through to successful renewals without requiring information to be rekeyed or duplicated across multiple systems. Contracts can also be evergreen, as appropriate, renewing automatically without human intervention. Renewal forecasting assists with revenue projections.

**Lifecycle Management.** Contract status can be tracked and controlled: contracts can be put on hold, terminated, or canceled, and billing and/or entitlements can be suspended. Automated processes for creation, management, renewal, and termination of contracts are leveraged. A mass-selection feature reduces administration time.

**Contract Billing.** Billing of services and usage can be performed directly from the contract and can be integrated with Oracle Receivables for invoicing and collection. This enables easy use of billing scheduling to define and review complex billing cycles. Billing history can be tracked against the billing schedule. Credits due upon contract termination can be processed automatically.

## Contracts for Rights

The Contracts for Rights module allows any holder of intellectual property to define, manage, and leverage the business definition of that property. Moreover, intellectual property rights can be defined, commodified, and traded in an open but secure marketplace.

**Intellectual Property Catalog.** Many media companies need the ability to create centralized catalogs of all their intellectual property. Existing catalogs may be scattered around the company within individual divisions or among specific people. Oracle Contracts for Rights enables a big step forward by compiling a single globally accessible catalog of a company's intellectual-property information.

**Managing, Defining, and Exploiting Rights.** It is extremely important for companies to know what rights they own or have acquired or licensed for an intellectual property (enabling them to avoid infringements and potential lawsuits, to identify new opportunities to increase revenue, etc). This information is typically not available online and thus—whenever needed—must be redetermined by reading through all contracts associated with a property. Once rights are centrally managed as contracts and can be commodified, a controlled contract-management process makes it possible to trade them profitably and to minimize associated litigation.

**Rights Contract Management.** Companies can create and manage their contracts online from predefined templates (containing standard terms and conditions, rights conveyed, rights reserved, etc.). These contracts are associated with the relevant properties in the Property Catalog and serve as a single source of truth for rights information.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061928**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Contracts for Lease**

The Contracts for Lease module (to be released in mid-2002) is an end-to-end lease/loan management system, built on top of the Contracts Core module, that automates the leasing function. Spanning the complete lease life cycle, from origination to disposition, it is fully integrated with Oracle Financials and the CRM applications suite.

**Lease Sales and Origination.** Enables the sales staff to assess the prospect's needs, identify available assets, provide alternative financing options to structure the lease, and calculate the cost basis. Lease Sales and Origination supports the effective matching of lessor/lender to lessee/borrower. The lessor uses Oracle Contracts for Lease to define the product to be quoted. The product determines the quotation type (lease or loan) and all terms and conditions. Oracle Contracts for Lease then calculates installments based on costs and product definition. The salesperson may add fees, such as for service and maintenance, to the quotation. Oracle Contracts for Lease supports an iterative process and the flexibility to reselect multiple assets and products until there is agreement on the terms and conditions.

**Multiparticipant Agreements.** Provides lessors flexibility to offer financing arrangements involving one or more participants, e.g., vendors/manufacturers, brokers, and/or dealers. The rules that govern a lessor's relationships with third parties are known as program relationship management rules.

**Lease/Loan Authoring.** Enables the sales team to book the lease contract once all parties agree on its terms. The user can generate workflow streams to create draft journal entries. When the lessor activates the contract the journal entries are booked and the asset records are created in Oracle Assets.

**Lease/Loan Accounting and Product Rules.** Processes accounting transactions for leases and loans. Lease/Loan Accounting also supports formulas, product rules, and various concurrent programs necessary for lease/loan accounting.

**Invoicing.** Oracle Contracts for Lease invoicing is an automated process that identifies the fees due and payment due date for the contract and calculates the amount with the appropriate accounting entries. The invoicing process offers flexibility in the calculation of billing for both variable- and fixed-rate contracts. Users can also initiate billing on a one-off basis.

**Usage-Based Billing (UBB).** Invoice amounts may be based on asset usage. The user defines the usage limit at the time of lease authoring and UBB compares this limit to actual usage readings and bills any excess to the lessee. UBB integrates with Oracle Installed Base and Oracle Contracts for Service to use existing data without duplication, providing process speed and accuracy.

**Payments.** Allows either the lessor or the lessee to initiate the transfer of funds to pay invoices. The lessor defines rules in Oracle Contracts for Lease to govern application of payments. Oracle Receivables then applies these rules to the appropriate invoices, transfers the funds, and creates the required accounting entries.

**Disbursements.** Processes payments to the vendor or dealer. Oracle Contracts for Lease disbursements automates the entire process to account for and pay supplier invoices. Invoice costs may include equipment cost, maintenance, insurance, and other service costs collected from the lessee to be paid to third-party providers. The disbursement process also creates appropriate accounting entries.

**Asset Tracking.** Tracks revenue that leased assets are projected to generate at or near the end of the term. The asset manager creates a portfolio-management-strategy profile that includes the strategy, budget amount, execution date, and assignment group to generate the automated asset-tracking process. The asset manager can modify the profile at various times in the life of the contract.

**Collections and Litigation.** Manages the collection process from the point at which a customer is identified as delinquent to the end of the delinquency. The lessor creates the case and assigns it to a collection agent or team, basing the assignment on attributes that may include agent skill set, geography,

ORACLE CONFIDENTIAL

NDCA-ORCL 061929

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

vendor program, and/or work load. The 360° view of customer history and future payment options provided by Oracle Contracts for Lease then enables the collector to execute an effective collections strategy. Oracle Contracts for Lease also makes Contracts Interaction Center information visible to the collector.

**Renewal and Termination Quotations.** Manages the renewal or termination of a contract. The user may initiate a renewal or termination quote and manage processes to calculate, store, consolidate, and modify the quote. When the quote is complete, Oracle Contracts for Lease enables the user to manage related transactions. The end user can approve termination requests, verify documentation, complete contract termination, apply payments, and update asset records.

**Remarketing.** Manages the disposition of assets upon expiration of a lease contract. Oracle Contracts for Lease manages the remarketing process whether through sale of the asset to a third-party remarketer or through internal remarketing efforts. Oracle Contracts for Lease integrates with Oracle iStore to provide the efficiency of e-commerce to appropriate customers, vendors, and investors interested in leased assets.

**Contract Interaction Center.** Oracle Contracts for Lease provides a Contract Interaction Center through which lessors can identify and resolve problems quickly, thus helping to retain customers and improve profitability. The Contract Interaction Center integrates with Oracle Interaction Center technology to enable lessors to provide customer service that is accurate, fast, personalized, and proactive.

**Internet Self-Service.** Oracle Contracts for Lease provides Web access for self-service to customers, suppliers, and partners. Via the Internet, authorized users can generate quotes, view receivables data, initiate transactions, generate reports, perform contract maintenance, and obtain information on termination and restructuring of contracts. This ability persists throughout the lease life cycle, from origination through asset disposition and remarketing; it reduces process time and administration costs and headcount while promoting data accuracy and customer satisfaction.

ORACLE CONFIDENTIAL

**NDCA-ORCL 061930**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

*Oracle Customer Relationship Management White Paper*

## Oracle Contracts for Subscription Services

Oracle Contracts for Subscription Services is an enterprise solution for defining, selling, providing, and billing for subscription services. Its target markets include ASPs, fee-based Web services, and media delivery.

*Subscription services* is a broad term that can apply to businesses of many types. For the purposes of this application, a subscription service ensues when a customer purchases access to a resource of some type. Purchased access is typically limited by time or number of uses and may be subject to other constraints as well. Delivery of the resource may be passive—i.e., the subscriber may access it at will—or it may be active, as when e-mails are sent out periodically with attached installments of an investment newsletter.

Subscription services include:

- services from an ASP
- downloadable MP3s from a record label
- eBook book-of-the-month club
- cable movie channels
- investment newsletters and industry-specific research reports
- distance learning
- iSupport as a component of a service bundle

The subscription service may be included in, or may include, traditional service delivery channels—including telephone support, field service, and depot repair. For example, Oracle could include access to iSupport as a component of product support.

These services are to be orderable through self-service or agent-assisted channels. There are several possibilities. A first-time user registers on a site and is taken to a specialty store that lists the subscription services applicable to that site. A customer calls a call center to purchase access to a site. A customer buys a product and associated service, where that service includes a Web-access component.

In the upcoming release, Oracle Contracts for Subscription Services will address ASPs and fee-based Web access; with later releases, its scope will expand into other market segments.

ORACLE CONFIDENTIAL

NDCA-ORCL 061931

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Commerce

## Introduction

Oracle offers a comprehensive suite of integrated e-commerce applications for unassisted B2B and B2C marketing, selling, and servicing via the Internet. Covering the entire spectrum of the e-commerce value cycle from effective marketing campaigns to postsales customer service, the Oracle E-Commerce suite encompasses merchant administration, affiliate linking, sophisticated catalog management, guided selling, merchandising, order management, payment processing, and intelligence reporting. The E-Commerce applications integrate seamlessly with other Oracle CRM and ERP applications, enabling companies to bring products to market faster and to provide effective customer care.

## Rich Functional Solution

Oracle's E-Commerce solution offers compelling functionality through the following set of integrated products.

**Oracle iStore** is an end-to-end electronic-commerce application which encompasses online marketing, selling, and payment-processing functionality. Oracle iStore enables companies to build, deploy, and manage powerful and scalable Internet storefronts that can serve customers through both B2B and B2C shopping models. Seamlessly integrated with other Oracle E-Business Suite applications, iStore provides complete Web-based order-taking integrated with applications for order management and inventory management.

iStore is packaged with **Oracle iMarketing**, an application for comprehensive Web-based marketing and personalized content delivery to the Web store or other sections of a company's site or affiliates' sites. It enables the creation and personalized display of targeted offers, advertisements, and product recommendations on the Web storefront and on affiliate sites.

Oracle iStore includes the functionality of **Oracle iPayment**, which may be purchased separately. iPayment makes it easy to enable a Web-based storefront for payments. Allowing merchants to accept payments by credit cards, purchase orders, and/or account transfers, Oracle iPayment provides a single enterprise-spanning solution for electronic payments.

## Integrations with other Oracle Applications

Oracle's CRM E-Commerce suite integrates out of the box with the rest of Oracle's E-Business Suite. This integration enables an e-commerce site to metamorphose into a true e-business, reinforcing the site with complete enterprise information; it also augments storefront features and provides strong functionality in a number of key areas. The following is a list of key integration points:

- *Oracle Advanced Inbound* for Web call-back facility
- *Oracle Advanced Pricing* for complex and personalized pricing
- *Oracle Configurator* for guided selling and sales configuration
- *Oracle Contracts* for complete management of contracts and service agreements
- *Oracle eMail Center* for e-mail management
- *Oracle Incentive Compensation* for managing sales compensation across all channels
- *Oracle Inventory* for centralized item definition and real-time item reservations

**NDCA-ORCL 061932**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

- *Oracle Marketing Online* for managing marketing campaigns, budgets, and segments
- *Oracle Master Scheduling MRP* for real-time ATP checks and accurate delivery commitments
- *Oracle Order Management* for order fulfillment and tracking, returns, and history
- *Oracle Receivables* for tax calculations and invoices
- *Oracle Shipping* for tracking shipping status
- *Oracle TeleService* for completing the support loop with an agent-facing call center

## Oracle iMarketing

Oracle iMarketing enables the delivery of Web-based content delivery to the Web store, other areas of a company's Web site, and affiliate sites. With iMarketing, merchants can create and personalize the display of targeted offers, advertisements, and product recommendations.

### Benefits

E-commerce functionality that merely enables online selling has become a commodity. As merchants gain experience and technologies mature, the market focus has shifted to tools that create competitive advantage and increase revenues. New e-commerce technologies must not merely enable e-commerce but optimize its value. Oracle iMarketing is designed to do just that by providing functionality that maps directly to marketing practices.

iMarketing dramatically increases sales generated by an e-commerce site by:

- converting leads into customers
- maximizing customer value
- building customer loyalty
- increasing brand presence

### Key Features

Oracle iMarketing offers the benefits described above with functionality that provides for:

- personalized, one-to-one relationship marketing
- merchandising and cross-selling
- automating campaign offers and ads
- product recommendations
- posting content on affiliate sites
- flexible display formats

**ORACLE CONFIDENTIAL**

### Personalized, One-to-One Relationship Marketing

Oracle iMarketing provides sophisticated mechanisms for targeting and personalizing the display of Web content according to a merchant's business objectives and the customer's preferences and interests.

**NDCA-ORCL 061933**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Merchants can define flexible rules for segmenting customers, targeting various marketing campaigns, and displaying product recommendations. Various conditions can also be evaluated dynamically, and the most relevant content can then be delivered.

### Merchandising and Cross-Selling

With Oracle iMarketing, a merchant can define rules that enable the dynamic selection and display of content related to the products a customer is viewing or has placed in the shopping cart. This functionality is closely integrated with Oracle iStore to identify cross-sell, up-sell, or substitute items and to retrieve the shopping context for Oracle iMarketing.

### Automating Campaign Offers and Ads

Oracle iMarketing enables the association of selected products with offers targeting specific customer segments. Specific Web content can be displayed with the offers, and offers can be assigned effectivity dates. Types of offers include:

- discounts on line items or orders: receive a fixed-amount or percentage discount
- straight and tiered volume discounts: receive $5 off on $10–$50, $10 off on $50–$100, etc.
- bundle discounts: buy $x$, get $y$ at $n$% off

### Product Recommendations

Oracle iMarketing provides a fast and effective way of recommending products by using product relationships defined in Oracle iStore, such as cross-sell, up-sell, and merchant-defined relationships. Merchants can define rules to create sophisticated recommendation strategies.

### Posting Content on Affiliate Sites

Oracle iMarketing enables merchants to register affiliates and post campaign content on their sites. Merchants can control the display on the affiliate site and ensure that the content is current. Through *smart link* technology, iMarketing seamlessly draws traffic from affiliate sites into a product catalog or shopping cart on its own site. iMarketing can even place items in the shopping cart.

### Flexible Display Formats

Through XSL style sheets, merchants can specify various display styles for the same campaign or product recommendation. Before delivering the content, iMarketing builds the HTML according to the style sheet specifications. Content can be created once and displayed in various formats.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061934

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle iPayment

Oracle iPayment makes it easy to enable any e-business for processing of electronic payments of all kinds.

## Key Features

Oracle iPayment provides the following features, discussed in detail in the sections below:

- flexible electronic payment options
- routing to multiple payment systems
- payment method flexibility
- easy implementation with leading third-party payment systems
- risk management

## Benefits

Oracle iPayment provides the following benefits:

- faster deployment because of out-of-the-box integration with third-party applications
- secure environment for payment processing
- easy administration of payment methods
- integrated payment processing with partners
- insurance covering evolution of technology, as new payment methods are adopted, upgrades to the product will accommodate them

### Complete Payment Solution

Oracle iPayment can support the payment processing needs of an entire enterprise because it is fully integrated with Oracle iStore, Oracle Interaction Center applications, and the back-office applications Oracle Receivables and Oracle Order Management.

### Flexible Electronic Payment Options

Oracle iPayment provides multiple payment options for B2B and B2C transactions. Flexible electronic payment options enable e-commerce merchants to quickly and easily add, remove, or reconfigure payment methods, and to change business rules associated with payment processing.

### Routing to Multiple Payment Systems

Oracle iPayment supports multiple simultaneous payment processing systems, and provides a powerful and intelligent routing system that gives businesses and merchants full control over transaction processing. Payments are routed to the appropriate payment processing system according to flexible business rules defined by the merchant.

### Payment Method Flexibility

Oracle iPayment currently supports credit cards, electronic funds transfers, and corporate purchase cards (which support tracking of tax amounts and purchase-order information). Other payment and financing methods will be supported soon.

ORACLE CONFIDENTIAL

NDCA-ORCL 061935

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Customer Relationship Management White Paper*

**Ready to Use with Leading Third-Party Payment Systems**

Oracle iPayment is pre-integrated with leading third-party back-end payment systems. iPayment is ready to use with CyberCash for credit card and bank transfer payment methods, and with CheckFree for bank transfer functionality. The products of other payment partners such as Verisign (using Signio technology) and ClearCommerce offer out-of-the-box integration with Oracle iPayment.

**Risk Management**

Oracle iPayment provides reliable risk management of business customers and consumers. iPayment's risk management solution is unique in that risk factors are derived from the purchaser's credit scores and credit limits in Oracle Receivables.

## Oracle iStore

Oracle iStore is an end-to-end online store solution that encompasses online marketing, selling, and payment processing. With Oracle iStore, companies can build, deploy, and manage powerful and scalable Internet storefronts that support both B2B and B2C shopping models. iStore provides online customers with a personalized shopping experience that can include product recommendations, targeted promotions (through ad banners and affiliate links), coupons, and more. Additionally, iStore offers merchants the flexibility to accept multiple types of payment, including credit cards, purchase orders, and lease options. Integrating with other Oracle E-Business Suite applications, iStore provides complete Web-based order taking, order management, advanced pricing, and inventory management.

### Key Features

Oracle iStore provides the following features, discussed in detail in the sections below:

- business-to-business and business-to-consumer e-commerce
- enhanced product catalog and content management
- advanced quoting capabilities
- flexible checkout process
- configuration control
- inventory checks
- multilingual, multicurrency, multi-organization, and multistore support
- state-of-the-art tools for increasing site traffic
- automated payment processing

**Business-to-Business and Business-to-Consumer E-Commerce**

iStore supports both business-to-business and business-to-consumer commerce by providing flexible checkout processes and payment processing, including the ability to take purchase orders, credit cards, and tax-exempt orders. In addition, iStore logically integrates multiple sales channels, including the Web, interaction center, and traditional sales.

**Enhanced Product Catalog and Content Management**

All online merchants face the challenge of managing a storefront, which includes the products to be sold and any content that helps the sales process. iStore features the Store Manager interface for maintaining the product catalog and managing content. The catalog sits on top of an inventory system but may have hierarchies that are independent of the inventory hierarchy in the ERP system.

**Advanced Quoting Capabilities**

An employee with appropriate privileges can use iStore to administer existing quotes, to create a quote for a customer, and to publish a quote to the customer.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061936

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Either through iStore or Oracle Sales Online, a salesperson can rapidly create a quote for an existing customer or create a new customer record and then create a quote. Sales Online and iStore share a fully integrated interface that incorporates a dashboard view of quotes through which a salesperson can easily view and search all quotes created by him/her and perform a variety of actions on the selected quote(s). A Sales Online user can link an opportunity created in that application to a quote created in iStore; all relevant customer information contained in the opportunity is automatically copied to the quote.

Once a quote is created, the salesperson can add items to the quote—including configurable items and services—by browsing or searching the product catalog; items can also be copied from one quote to another. When an item is added to the quote, the pricing engine automatically applies all adjustments that pertain to the customer. The salesperson can further adjust the price with manual price overrides, special promotion codes, and contractual pricing agreements.

In addition to adding items to the quote, a salesperson can include an allowance for a trade-in. If the product traded in was originally sold by the salesperson's company, the salesperson can search the installed base for product information.

Publishing functionality supports real-time, paperless transactions. Once a quote is complete, it can be published to the customer, who can then log in to iStore and view the quote in the *Saved Carts* listing. If the customer is satisfied with the quote, it can be submitted as an order.

**Flexible Checkout Process**

Merchants enjoy flexibility in defining the store checkout process, which allows them to provide each customer with a unique shopping experience. Checkout options include configurable buy-button behavior, ability to add single or multiple products to a shopping cart, shopping lists for repeat-purchase items, save-and-share shopping carts for purchases involving approval(s) and/or multiple people, and express checkout.

**Configuration Control**

iStore is integrated with Oracle Configurator to enable the configuration of complex products. The Configurator can also be used by merchants to guide users through product selection based on their specific needs.

**Inventory Checks**

iStore permits available-to-promise (ATP) checks through use of the real-time ATP API provided by Oracle Master Scheduling MRP. If the product is not available in inventory, the relationship feature of the product catalog enables the merchant to show substitute products.

**Multilingual, Multicurrency, Multi-Organization, and Multistore Support**

With iStore, merchants can deploy a storefront that consists of pages with various languages, currencies, and general-ledger organizations. In addition, merchants can deploy multiple "specialty stores"—stores that share the same product catalog but vary in look and feel.

**State-of-the-Art Tools for Increasing Site Traffic**

Every Web store needs the latest tools and techniques to attract Web traffic, stimulate purchases, enhance customer loyalty, and create a personalized and dynamic Web experience. iStore includes state-of-the-art tools for doing this and more.

**Automated Payment Processing**

Oracle iStore comes bundled with Oracle iPayment, which makes it easy to enable any Web-based storefront for electronic payments of all types.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061937

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Interaction Centers

## Introduction

Traditional call centers have been major strategic assets for businesses, centralizing and coordinating their efforts to serve their customers and to sell products over the phone. The advent of the Internet has complicated matters by adding e-mails and Web call-backs to traditional telephone interactions. The continuing convergence of voice and data communications poses for third-millennium businesses the challenge of adding support for the new media and coordinating the media mix that results. Oracle is currently the only software company that has invested heavily in programs to simplify the integration of those multiple media with business applications and data, supporting the principles underlying the emerging *interaction center*.

Oracle's Interaction Center offering allows a modern, customer-focused enterprise to improve customer-contact efficiencies by using a suite of pre-integrated components that integrate telephony, e-mail, and the Internet. These products further integrate with the Oracle E-Business Suite, especially with Oracle TeleService and TeleSales. By bringing together multiple media types, unifying routing and queuing methodologies, and integrating the underlying data, Oracle enables its customers to route the needed data to the most appropriate agents—when and where those data are needed.

Oracle Advanced Inbound offers interaction processing (phone, e-mail, Web), with robust queue management and routing rules that are easy to instantiate. Oracle Advanced Outbound provides the ability to process focused, telephone-based sales programs. Oracle eMail Center automates processing for growing volumes of e-mails, and Oracle Scripting effectively guides agents through telephone exchanges with customers, simplifying such interactions and promoting the ability of the business to put the customer first.

## Shared Features and Technologies

Oracle has developed a number of enabling technologies that provide functional infrastructure for the Interaction Center product suite. In some cases they extend support as well to other products in the CRM suite. These technologies include Oracle Interaction Blending, an optional extension to Oracle Advanced Inbound. The other three technologies, as described below, are Oracle Telephony Manager and Universal Work Portal (both of which support Oracle Advanced Inbound, Oracle Advanced Outbound, and eMail Center) and Oracle Voice Over IP (VoIP).

### Oracle Interaction Blending

Interaction centers are goaded by skyrocketing volumes, increased labor costs, pressures for increased productivity, and the need to support customer access via multiple channels (phone, e-mail, and Web). Oracle Interaction Blending addresses these concerns, helping interaction centers to manage service levels across multiple media and diverse agent skill sets.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061938**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer RelationshipManagement White Paper*

**Details of Processing**

- Interaction Blending monitors interaction activity across the inbound and outbound telephony channels, e-mail, and the Web. It supports Oracle Advanced Inbound (for inbound telephony, e-mail, and Web) and Oracle Advanced Outbound (for outbound telephony).

- Service-level management is specific to each medium. Users can set guidelines for service interval length, percentage of interactions to be processed within a service interval, agent quota (number of interactions), and minimum number of agents.

- Interaction Blending uses agent skills or campaign-assignment and service-level logic to select the agent most qualified for an interaction.

- Interaction Blending interfaces with the Universal Work Portal (see next page) to enable media blending by Oracle interaction-center e-business applications.

**Benefits**

- improved service level management, leading to enhanced service levels and thus to increased customer satisfaction and revenues

- automation of agent transfers across media, allowing for peak staffing across media and skill sets rather than within each medium and/or skill set

- selection of the most effective combination of agent skill and service level, promoting more effective interactions with customers

Oracle Interaction Blending is distinguished by being:

- dynamic (Siebel relies on third parties.)

- skills-based (Siebel relies on third parties and/or consulting.)

Interaction Blending also provides certified telephony-platform integration. (Siebel does not offer certification.)

## Oracle Telephony Manager

Oracle Telephony Manager (OTM) enables intelligent routing and queuing of e-mails; it provides blended queue information to the Universal Work Portal.

OTM is also the locus of Oracle's support for digital phone switches (ACDs). Oracle certifies the smooth interoperation of its Interaction Center products, the third-party middleware involved, and the switch itself for each of seven switches, as tabulated below. The middleware certified is either the CT Connect product from Dialogic or Cisco's Intelligent Contact Manager (ICM).

| Switch | CTC | ICM |
|---|---|---|
| Alcatel | Y | N |
| Aspect | N | Y |
| Lucent | Y | Y |
| Nortel Meridian | Y | Y |
| Nortel Symposium CCS | Y | N |
| Siemens International | Y | N |
| Siemens U.S. | Y | N |

Oracle plans to announce, by the end of May 2001, certified support for two additional switches, both through CTC: these are Ericsson's and Rockwell's.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061939**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Universal Work Portal

As corporations strive to win and to retain customers, they are calling on their frontline call-center sales and service employees for ever greater productivity. Oracle's Universal Work Portal makes this possible by enabling agents to manage their workloads—embracing multiple business activities and spanning multiple media.

The benefits of the Universal Work Portal include the following:

- Call-center agents become interaction-center agents equipped to handle customer interactions across multiple channels—telephones, e-mail, and the Web.
- Each agent becomes more productive by exploiting a single unified view of work assignments across multiple media. Agents can view all their business assignments (service requests, escalations, leads, opportunities, call-backs, etc.) regardless of channel; each agent can select and complete any assignment.
- Enabling each agent to work across multiple channels assures that customer-service levels can be maintained across all channels.

## Oracle Voice Over IP (VoIP)

Oracle Voice Over IP (VoIP) enables companies to use standards-based IP technology instead of proprietary switch technology to develop and deploy their interaction centers more quickly and less expensively. Although traditional technology brings several key benefits to the interaction center (time-saving automation of screen pops, intelligent routing, and better call-center tracking and business intelligence), users must deal with highly complex and expensive proprietary hardware from ACD vendors.

IP telephony replaces the traditional digital phone switch (ACD) with a software-based IP switch. New agents may be added either to the central site or to remote locations simply by configuring IP telesets that can be plugged into any standard LAN or WAN. This reduces the costs of hardware and of implementation, and it exploits public networking standards (e.g., ISDN or DSL) to accommodate remote or virtual agents.

Oracle VoIP provides support for IP telephony to Oracle TeleSales and TeleService as well as to interaction-center components including the Universal Work Portal, Oracle Telephony Manager, and intelligent routers. UWP makes VoIP available transparently in a multimedia product offering that integrates out of the box with industry IP leaders including Cisco and Intel.

By using Oracle VoIP, an enterprise can:

- displace complex proprietary hardware required by traditional telephony technologies
- reduce hardware costs
- reduce cost and increase speed of implementation
- eliminate "greeters" through intelligent routing
- use screen pops and agent automation to reduce interaction time
- use interaction histories and business intelligence to improve agent tracking
- support blending of IP telephony, e-mail, and other media
- enable remote agents and virtual interaction centers

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061940

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Voice Over IP comprises two revolutionary components:

- **Software-based Cisco IPCC**, which includes the IP switch and IVR functionality
- **Oracle Call Center Connectors for IP**, which provides the technological bridge between IP components and traditional interaction-center components including Universal Work Portal and Oracle Telephony Manager

Oracle VoIP also relies on several other enabling technologies:

- **Oracle Universal Work Portal** shows all work for each agent in a blended-media environment; the agent can choose items according to their priorities, without concern for the media by which they were presented.
- **Oracle Telephony Manager** provides blended queue information to UWP.
- **Oracle Business Data Servers** configure for Cisco IP routing technology the CRM business data necessary to make advanced routing decisions.

**Features**

- support for Web-based IP telesets
- provision of access (through Universal Work Portal) across media in a multimedia environment: e-mail, telephony, and Web tasks are blended seamlessly. Siebel and most other vendors depend exclusively upon partners for support for some of these technologies, meaning that the e-mail vendor will often differ from the IP vendor, and both may be incompatible with Siebel tasks. This applies to nearly every other CRM competitor as well.
- automated screen pops
- interaction histories and business intelligence for improved call and interaction tracking
- automatic configuration for Cisco IP routing of CRM data required for optimal routing decisions. Oracle Business Data Servers integrate out-of-the-box with Cisco IPCC. Consulting can bridge the gap between Cisco routing and any data repository to allow intelligent routing based on data such as contract status, bug status, amount spent last year, etc. Maintaining support for Oracle and Cisco is easy even across version upgrades.
- industry-standard IP technology from Cisco and Intel
- elimination of the need for costly and complex ACD hardware
- support for remote agents and virtual call centers
- agent creation and group definition shared between Oracle and Cisco IPCC out of the box. By virtue of Oracle's close partnership with Cisco, each definition of an agent or group in Oracle CRM automatically duplicates that definition within Cisco IPCC, making maintenance easier and eliminating problems related to synchronizing the business data.

By maintaining its own technology lab, equipped with IP switches and conventional ACDs, Oracle confers one more competitive advantage on its VoIP product. Siebel and most other vendors rely upon third parties exclusively and do not have many, if any, switches permanently in house for the exclusive use of development and support.

ORACLE CONFIDENTIAL

NDCA-ORCL 061941

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Advanced Inbound

Getting a customer to the right call-center agent the first time provides a double benefit, simultaneously reducing expenses and increasing customer satisfaction . . . and thus revenue potential. Oracle Advanced Inbound (OAI) is a management solution for interaction centers handling inbound customer communications across the Web and by phone.

### Key Features

When OAI is deployed in the interaction center as part of the Oracle Interaction Center suite of applications, its benefits include:

- more effective connections between customers and agents by virtue of intelligent call routing based on agent skills and business rules and data—resulting in improved revenues and customer retention

- increased customer satisfaction resulting from consistent interactions with agents across the telephone, e-mail, and the Web

- improved call-center staff productivity made possible by intelligent call routing (Web and telephone) and out-of-the-box support for customer screen pops (based on ANI, DNIS, and IVR technology) for the Oracle CRM applications

- cost savings enabled by out-of-the-box integration with many leading inbound telephony platforms

- further cost savings and customer satisfaction resulting from a virtual-call-center feature that connects each customer, via the telephone or the data network (using VoIP), to the most suitable available agent in any geographic area

Oracle Advanced Inbound comprises several components, including telephony and Web integration, IVR integration, intelligent routing, screen pops, virtual interaction center, and VoIP. The product supports intelligent IVRs from leading IVR vendors.

OAI's easy-to-use rules engine weighs agent skills as well as business rules and data to make complex routing decisions. OAI provides Oracle TeleSales and TeleService and the E-Commerce and Interaction Center applications with screen-pop support that spans all channels—telephony/IVR, e-mail (in Oracle eMail Center), and the Web (in Oracle iStore and iSupport). It integrates with Cisco's Intelligent Contact Manager (ICM) to support virtual interaction centers, and with Cisco's Internet Protocol Contact Center (IPCC) for VoIP support.

### Key Differentiators vs. Siebel

- out-of-the-box integration with other e-business applications (Siebel calls on third parties.)

- routing rules based on business data (Siebel relies on third parties and/or consulting.)

- certification of telephony-platform integrations (Siebel does not certify these.)

- unified view of agent work across all customer channels and business activities (Siebel does not provide such a view.)

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061942

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Advanced Outbound

Staying ahead of the competition means that companies must reach out to their customers and prospects. Those that do so enjoy increased revenue and improved customer loyalty. Oracle Advanced Outbound is a sophisticated interaction management product for call centers running outbound telesales and telemarketing campaigns.

### Key Features

When deployed in the call center as part of the Oracle Interaction Center suite of applications, the benefits of Oracle Advanced Outbound include:

- increased customer contacts via intelligent customer list management, which results in improved revenues and customer retention
- improved call-center staff productivity via out-of-the-box integration with the Oracle sales automation solution for the call center, Oracle TeleSales, and via its automation of outbound calling (including predictive dialing)
- rapid outbound telesales and telemarketing campaign deployment (and feedback) via out-of-the-box integration with Oracle Marketing Online
- cost savings through use of existing telephony infrastructure

Advanced Outbound functional components include campaign list execution and management, stop list management, and an automated dialing engine. Campaign list execution manages knowing whom to contact and knowing when to contact them. Intelligent contact decisions are based on multiple parameters, including call outcomes, time/day/date, call history, and more. Calling list management provides controls to optimize and prioritize contact lists through list segmentation and the monitoring of call outcomes. Stop list management manages when not to call. Automated software-based dialing eliminates dialing errors and increases productivity. Calls can be made "predictively," which delivers only live callers to agents.

### Key Differentiators vs. Siebel

The following differentiators set Oracle Advanced Outbound apart in the market:

- Out-of-the-box integration with Oracle TeleSales. (Siebel relies on third parties for integration.)
- Out-of-the-box integration with Oracle Marketing Online. (Siebel relies on third parties for integration.)
- Sophisticated list management and execution engine. (Siebel relies on third parties for list management.)
- Software-based automated dialing (including predictive dialer). (Siebel relies on third parties for automated dialing.)

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061943**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

## Oracle eMail Center

Oracle eMail Center helps businesses manage increasing volumes of e-mail through the use of automated analysis and automatic responses to standard or routine e-mail. For e-mails that are more complex or unstructured, Oracle eMail Center offers the ability to analyze the body and attachments and provide suggested responses for interaction center agents. This key analytical capability is achieved with Oracle's Intermedia Text, which resides in the Oracle 8i database. Various themes can be matched against a knowledge base of appropriately managed answers (either from previously used responses or responses that are continually updated).

Once the e-mail is passed through Intermedia Text, the best suggested response can be used to automatically respond to the sender, thereby eliminating the need for agent contact. In either the TeleSales or TeleService business application, for cases where an automated response is not appropriate, the e-mail can be routed to an agent with a screen pop containing customer information. The eMail Center UI contains suggested responses that an e-mail agent can use to respond to the issues in the original e-mail.

### Key Features

Oracle eMail Center has the following features:

- automated e-mail analysis and themes
- suggested responses and past e-mails for the agent
- automated responses to commonly asked questions without agent interaction
- thin-client agent GUI
- out-of-the-box integration to business applications, with automated screen pops of customer data
- improved call and interaction tracking through foundation component interaction history and CRM business intelligence applications
- remote agent and virtual calls centers
- e-mail media blending through UWP with tasks, telephony, and Web collaboration (soon).

The following enterprise goals can be achieved by using Oracle eMail Center:

- reduced time, cost, and complexity of implementation, because eMail Center is fully integrated with Oracle TeleSales and Oracle TeleService
- improved agent effectiveness, because agents work only on the e-mails that require intervention
- reduced organizational costs deriving from increased agent efficiency
- highly efficient e-mail interaction management, realized by intelligent routing
- tighter adherence to corporate standards, using prewritten suggested responses to improve operational performance of agents and satisfaction of customers
- improved access to knowledge base, putting information at agents' fingertips
- multimedia blending in a universal work portal spanning e-mail, tasks, and telephony
- improved agent tracking through Interaction History and business intelligence

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061944**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer RelationshipManagement White Paper*

## Technologies

Oracle eMail Center (OES) consists of several e-mail specific technologies and several existing interaction-center supporting products:

- Oracle E-mail Server—The e-mail server itself, including such integration and features as virus detection, loop detection, and incoming e-mail warehousing.
- eMail Center (EMC) Server—The EMC server bridges the OES into innovative technologies such as InterMedia Text for e-mail analysis, Oracle Telephony Manager and Universal Work Portal.
- Oracle Telephony Manager (OTM) —OTM provides intelligent routing and queuing of e-mails, getting the correct e-mail to the correct agent in the correct order.
- Oracle Universal Work Portal (UWP) —UWP gives the agent a unified view of all of personal tasks and interactions blended across media.
- eMail Center Client—Edits the e-mail in HTML, gives access to the knowledge base, and shows both the themes and suggested response documents for the inbound e-mail.

## Key Differentiators vs. Siebel

The following differentiators set Oracle eMail Center apart in the market:

- Blended environment. E-mails, telephony and tasks are blended seamlessly within Universal Work Portal. Siebel and most other vendors depend exclusively upon partners for their technology, so the e-mail vendor would differ from the telephony vendor, and both would be incompatible with the Siebel Tasks. This would apply to nearly every other CRM competitor as well.
- Full integration with the Oracle CRM application desktop. Oracle eMail Center shares the same technology stack as all Oracle E-Business Suite applications and was designed and written to be fully integrated with them.
- Intelligent routing to CRM business data. Siebel uses third parties for e-mail integration, which means that out of the box they have screen pops, but any access to customer data such as contract information, payment information, or support level must be accessed through a custom integration.

## Oracle Scripting

Oracle Scripting provides call guides, or scripts, for interaction center agents. When agents use Oracle CRM applications such as TeleSales and TeleService, scripts guide them through the call flow needed as they interact with the customer. A script leads an agent through appropriate sales and/or troubleshooting queries, prompts for cross-sell and up-sell opportunities at the right time within the context of the call, and provides detailed information to help the agent resolve customer questions. Scripts also help reduce agent training time in the high-turnover interaction center industry, because they provide simple navigation through complex customer interactions, giving agents all the information as part of a guided call flow.

**ORACLE CONFIDENTIAL**

Copyright Oracle Corporation 2001

**NDCA-ORCL 061945**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## Key Features

By using Oracle Scripting, an enterprise can achieve the following goals:

- improve the quality and consistency of the messages agents deliver to customers
- reduce the time spent on each customer call
- provide a more satisfactory experience for the customer because the agent has all the information needed at the time of the call
- respond to dynamic requirements to change scripts "on the fly" by using the state-of-the-art Script Author

Oracle Scripting presently consists of two components, the Script Engine and the Script Author. These components have a number of features that make it easy to create and evaluate scripts.

- The Script Engine is a thin-client, pure-Java applet that agents run from within Oracle CRM applications such as TeleSales or TeleService. The user interface is simple, with built-in tools that allow agents to navigate the script easily. The agent's path through the script is saved automatically, along with the time spent in each panel and any responses collected within each panel. This information can be analyzed to determine script effectiveness.
- The Script Author is a utility for authoring scripts for interaction center applications. It features a graphical paradigm that provides authors with unparalleled visual-layout tools that make it easy to define and visualize complex branching. Scripts are created with simple drag-and-drop techniques. New scripts and changes to existing scripts deploy rapidly; agents can access the new/changed script as soon as they complete their current customer transaction. Scripts and portions of scripts can be reused as building blocks, speeding up the time it takes to create new scripts.

## Key Differentiators

The following differentiators set Oracle Scripting apart in the market:

- The Script Engine GUI is very user-friendly. Agents can easily back up to previously accessed panels to correct mistakes or add information. Siebel's SmartScript does not allow an agent to back up within script panels. The agent must actually quit the current script and restart it in order to trace the correct path.
- All of the question/answer data that an agent collects within a script are automatically saved in the scripting database. Such data are available for reporting and statistical analysis.
- The Script Author's visual-layout facility sets a new standard for the industry. No competitor makes it as easy for script developers to define complex branching logic through simple graphical techniques.
- The Script Author features reusable groups of panels for common business needs. For example, a group of panels used to set up a customer call-back can be saved in a building block library and dragged into a new script to speed development.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061946

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Business Intelligence

## Introduction

The Internet has led to fundamental changes in competitive business strategies and processes; traditional business models are being replaced with more efficient, more flexible e-business models. Meanwhile, competition for customers has increased, driven by the deregulation and privatization of many industries and an increase in the number of companies entering global markets. To succeed in this rapidly changing and highly competitive environment, businesses must continuously adapt.

To modernize itself fully, a business must employ a suite of integrated, Internet-enabled applications to connect its supply chain, operations, and customer management processes, thereby becoming an enterprise that enjoys—among many other benefits—easy access to previously unavailable levels of information. The next challenge is how to use this information to run the enterprise more efficiently and to capture and retain customers more effectively.

The Oracle CRM Business Intelligence applications help build a smarter e-business by bringing together all of the applications, tools, and technology required to generate cogent business intelligence. Customer information can be gathered from every touch point, and customized analysis can be delivered to key decision-makers throughout the enterprise. With detailed analytical tools, management can identify different types of customers and create product and service offerings appropriate for each. The business can identify its most profitable customers and can direct special attention to them. Oracle CRM Business Intelligence applications help build greater customer awareness while reducing response times at many points in the CRM process.

Better analysis means that risks are more easily detected and opportunities are more often capitalized on. Business intelligence makes it possible to link strategic planning directly to operational execution, allowing closer alignment of operations with corporate goals and objectives. This promotes effective management of the bottom line.

**ORACLE CONFIDENTIAL**

Printed 02/06/2001 01:29 PM   Copyright Oracle Corporation 2001

**NDCA-ORCL 061947**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

## Shared Features and Technologies

The Oracle Business Intelligence applications are tightly integrated within the Oracle E-Business Suite. The following features and technologies span the BIS applications to make them especially powerful:

- Personal Home Page
- Performance Management Framework
- use of metadata to direct the generation of reports
- Oracle Enterprise Data Warehouse (EDW)
- integration with Dun & Bradstreet data services

## Personal Home Page

The Oracle CRM Business Intelligence applications feature a configurable personal home page on which the user can view the information he or she considers most important, such as charts, graphs, and a list of favorite reports. Users can view alerts defined for performance measures and identify problems that need immediate attention. From the personal home page, users can navigate to any of the Business Intelligence applications.

## Performance Management Framework

The Performance Management Framework (PMF) enables users to define thresholds for key performance measures and to set up alerts and notifications. When setting performance measures, users can enter values manually or enable the import of target information from external systems through PMF APIs; this provides for direct external data feeds to the repository for performance measures. Performance measure targets can also be derived at run time from values in the database and database functions. Performance-measure functions, which are programmable using PL/SQL, provide unlimited flexibility. Such functions can use the actual or target value of any performance measure in their calculations. For example, the customer-satisfaction performance target at the company level could be defined as the average of the actual performance values for the company's various business units.

Users can define business flows to be triggered when a performance measure passes a defined threshold. Alerts and/or notifications can be directed as appropriate throughout the enterprise.

## Passing Parameters Between Reports

Report generation is designed for maximum flexibility and ease of use. Each report type is built using predefined parameters; this enables users to create complex queries simply by making selections from a calendar, a list of values, and/or drop-down lists. The use of such parameters makes the reports easy to customize, scale, and maintain. Selected parameters (e.g., start and end dates) can be readily propagated from one report to another, as appropriate, enhancing consistency of analysis; thus parameters for a marketing report can be passed to a sales report, a customer report, a service report, and so on, in any desired sequence.

## Enterprise Data Warehouse

All of the Business Intelligence applications take advantage of the Oracle Enterprise Data Warehouse (EDW), a module powered by robust data-warehousing tools and featuring an open schema and extensible architecture. Cross-functional analysis capabilities provide a unified view of the enterprise. This technology includes predefined enterprise schemas and hierarchies and prebuilt programs for data collection and integration, making it faster and easier to implement.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061948**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Customer Relationship Management White Paper*

Oracle EDW comprises a set of tools for ETL—extraction, transformation, and loading—of data from transactional systems into a data warehouse. Once warehoused, the data serve as the raw material for Oracle Discoverer workbooks, which enable not only the tabular display of selected data but the resequencing of columns and the selection among multiple dimensions of one or more by which data presentation is to be governed.

## Dun & Bradstreet Integration

For customers using data from Dun & Bradstreet (D&B), the Spend Analysis (Discoverer) workbook provides enhanced analysis capabilities made possible through integration with Dun & Bradstreet's supplier and commodity data. The workbook enhancements include the following:

- For DUNS and UN/SPSC, dimensions are available for analysis for all worksheets.

- Where the Trading Partner and Item dimensions were used for analysis, the DUNS and UN/SPSC dimensions have been substituted. This means that analysis using these worksheets takes advantage of the robust UN/SPSC commodity structure and the D&B information about supplier relationships.

- The Social/Economic Indicators worksheet takes advantage of the detailed D&B supplier information to display the various demographic categories for each supplier. The 8A Disadvantaged category is a new worksheet column made possible by this information.

- System performance is enhanced by the use of materialized views (the results of queries executed in advance of the anticipated need) and caching.

This integration facilitates—for instance—the comparison of statistics for the user enterprise with those of other companies in the same sector.

ORACLE CONFIDENTIAL

         Copyright Oracle Corporation 2001

NDCA-ORCL 061949

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Interaction Center Intelligence

The typical call-center manager relies on statistics generated by the ACD being used. This usually results in strong call management but weak customer management. With call centers rapidly becoming customer interaction centers, managers need a tool such as Oracle Interaction Center Intelligence, an Internet-ready performance-management product for Oracle Interaction Center applications. Interaction Center Intelligence merges call data with business data to provide unique insight into interaction center operations and business results. The program helps coordinate customer interactions with enterprise-wide goals and objectives.

Oracle Interaction Center Intelligence interacts with other CRM Business Intelligence products to generate reports that present integrated data. The product comes with 21 reports that leverage the power of Oracle Reports 6.0. Each report falls into one of the following eight types.

- **Interaction Center Technology** reports look at the flow of calls into and out of the interaction center. Many of the traditional metrics of call-center management fall into this category.

- **Abandoned Call** reports record inbound calls terminated by callers before an agent answers, and calls that a predictive outbound application drops because no agent is ready to take the call.

- **Activity, Transfer, and Transaction** reports look at call details such as agent time spent in various activities and how often calls are transferred (frequently because the caller has been directed to an agent with an unsuitable skill set).

- **Occupancy** reports help determine whether agents are available to take calls and are making proper use of their time.

- **Calls Answered and Offered** reports tell the interaction center manager about call arrival, distribution, and type.

- **Speed to Answer** reports show how well a team is meeting its goals for customer service.

- **Summary** reports look at overall call metrics such as talk time and idle time.

- **Time** reports present time metrics to a level of detail finer than that of Summary reports.

Users can easily customize these reports or create new ones.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061950**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## Oracle Customer Intelligence

Oracle Customer Intelligence gathers customer information from every touch point in the enterprise. Through detailed analyses of customer profitability, retention, and life cycle, Oracle Customer Intelligence helps organizations improve short-term and long-term profitability.

### Key Features

Oracle Customer Intelligence features the following analyses:

- **Customer Overview.** Acquisition, retention, gross product margin, and satisfaction charts are displayed together for a 360-degree customer view. Users can specify how analytical measures are calculated.

- **Customer Acquisition** data can be analyzed for new customers. Customer activation rate can be analyzed by customer and viewed by segment.

- **Customer Retention Rate** can be analyzed according to user-defined metrics within a provided framework to furnish insight about the relative impact on margins. Subjects of retention analyses include life cycle, profitability, loyalty, and satisfaction.

- **Customer Gross Margin** can be viewed by segment and analyzed by gross product margin, revenue, and cost of goods sold.

- **Customer Loyalty** can be determined through user-defined quantitative metrics and formulas for internal measures such as orders, contracts, years of association, number of referrals, interactions, on-time payment rate, and products in installed base. Results can be viewed by segment.

- **Customer Lifecycle** can be assessed by grouping customers into six different categories based on their buying trends: new, growing, stable, declining, defected, and insignificant. This information identifies the right customers for targeted relationship plans and retention campaigns.

- **Customer Satisfaction** can be determined through customer surveys, industry standards entered by the user, and user-defined quantitative metrics and formulas for internal measures such as shipment, quality, service, billing and contract satisfaction. Results can be viewed by segment.

- **Performance Measures** are calculated in accordance with user-defined target values for four key parameters: retention rate, gross product margin, satisfaction index, and loyalty index.

- **Comprehensive Customer Information** is available for the following areas, providing a 360-degree view of the customer: orders, invoices, installed base, contacts, service requests, contracts revenue, quotes, opportunities, interactions profile, and campaigns.

### Business Intelligence System via Wireless Application Protocol (BIS/WAP)

BIS/WAP is Oracle's customer-intelligence offering for the wireless WAP) market. Although that market continues to grow, penetrating it is difficult. Users demand and expect more from WAP providers as better technology provides better services, better content, and smoother execution. By the year 2002, the world will experience one billion WAP users, an increase of approximately 50% from the present number of users of the major digital standards worldwide: 331 million GSM users, 67 million CDMA users, and 48 million TDMA users.

**ORACLE CONFIDENTIAL**

       Copyright Oracle Corporation 2001

**NDCA-ORCL 061951**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

With Oracle BIS/WAP, a WAP phone provides sales personnel with real-time access to CRM data, specifically Notifications, Contacts (using the new TCA customer model), Mobile Reports, and Tasks.

The user does not need a laptop; all he or she needs is a WAP-enabled cellular phone or PDA (personal digital assistant). Most sales personnel carry mobile phones for business purposes, and new mobile phones are WAP-enabled. With a WAP phone, a user can access Oracle CRM Foundation and Business Intelligence modules to look up contact information, tasks, and mobile reports. The product is positioned as a no-charge add-on to Oracle Customer Intelligence, but to be effective it must be supported by the other constituents of Oracle's mobile solution. Its functionality is then limited only by usability on the mobile phone.

On the way to meet with a customer, a user can look for information on a WAP-enabled mobile phone and retrieve customer details such as phone number, e-mail, and address, without the delay of having to boot a laptop and connect to the corporate intranet.

While connected, users know all the active accounts at the customer level and the primary contacts for those active accounts. Discovery of new contacts in real time is just one of the benefits of this platform.

### Key Features

Oracle BIS/WAP has the following features:

- find, view, and update person/contact information
- view and update appointments and to do list
- view opportunities
- check product availability
- view key indicators

## Oracle Marketing Intelligence

Oracle Marketing Intelligence, through its extensive analytical and reporting capabilities, supports the marketing needs of an e-business. Marketing Intelligence meets needs in all aspects of marketing, from planning and budgeting to segmentation, campaign execution, and measurement.

With Oracle Marketing Intelligence, marketing personnel can review campaign and event effectiveness, calculate campaign return on investment (ROI), and analyze customer/market-segment performance. They can monitor campaign results to date and view performance results along various dimensions including geography, sales channel, campaign, event, product, and market segment.

### Key Features

Oracle Marketing Intelligence features the following key analyses:

- **Campaign.** Supports closing the marketing loop by analyzing campaigns for effectiveness: campaign execution is followed by analysis and assessment, which guide the enterprise as to how to enhance its strategies for dealing with customers. Analyses available address response rate, campaign success (leads generated, revenue per lead, etc.), campaign ROI, and campaign acquisition measures (number of new customers, sales to new customers, etc.).
- **Sales Channel.** Analyzes sales channels to maximize target-segment penetration while minimizing costs. Analyzes product performance by sales channel, including margin, customer segment, and the length of the sales cycle.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061952**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

- **Product.** Analyzes gross margin by sales channel and campaign. Analyzes margins at the product level to improve product marketing strategy. Analyzes products across multiple dimensions to measure the results of marketing activities and cross-sell effectiveness.

- **Sales Cycle by Sales Channel.** Analyzes how long a sale took to move through a sales channel.

- **Lead.** Analyzes leads as they move through the sales pipeline. Analyzes the conversion ratio of leads and opportunities into orders.

- **Customer.** Customer sets can be analyzed according to key metrics: sales, revenues, response rates, and the like.

- **Market-Segment Performance.** Analyzes response rates to campaigns and offers, and associated revenues, by market segment, order size, and quantity.

## Oracle Sales Intelligence

In today's hyper-competitive marketplace, every company needs a high-performance sales organization—one that outperforms the competition and consistently meets or surpasses customer needs. A company with such a sales organization can grow revenues much more quickly than its competitors; it does so by attracting and retaining the most desirable customers and by expanding its business with them.

Oracle Sales Intelligence is a flexible and comprehensive tool that enhances the effectiveness of the sales products offered in the Oracle E-Business Suite. Oracle Sales Intelligence provides answers to questions posed by sales professionals of all types—from analysts and sales reps to managers and vice presidents—questions such as:

- Which sales rep would be most effective at closing this deal?

- Are my compensation plans having any impact on sales?

- Who are my top customers?

- Which accounts are generating the most revenue?

- How often are my customers buying from me?

- Which sales channels are effective at selling our products?

- What products sell best in a sales territory?

### Key Features

Oracle Sales Intelligence functionality covers eight important areas: sales-force performance, sales effectiveness, revenue management, customers, pipeline, products, sales channels, and pipeline analysis. Functionality in these areas is supported with the following features.

- predefined analytics and performance measures
- user-defined weighting of categories
- parameter filtering for dynamic report generation
- predefined data views

**Predefined Analytics and Performance Measures.** Oracle Sales Intelligence contains predefined analytics and a variety of queries and performance measures that are generally accepted as industry standards.

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061953**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

**User-Defined Weighting.** The analysis of some performance measures can be customized with user-defined weights. For example, sales representatives can be evaluated according to win/loss ratio, gross margin, sales-cycle time, compensation amount (bonuses and commissions), units sold, and sales revenue. A sales manager can weight the value of each category by assigning it a number from 1 to 5. In response, the application calculates a weighted average for each sales representative.

**Parameter Filtering for Dynamic Report Generation.** Because sales managers typically confront enormous volumes of information, Oracle Sales Intelligence enables them to filter the data to be presented by specifying parameters such as start and end date, product group, and job title.

**Predefined Data Views.** Data are typically presented using a graph and a corresponding table. The presentation may be controlled by selecting a predefined view from a drop-down list. Each view defines the x-axis of the graph and constrains the data displayed in the table, providing a distinct focus for analyzing information. Views include period, product family, sales channel, sales representative, line of business, and customer. Available views vary from report to report.

### Key Differentiator

The following differentiator sets Oracle Sales Intelligence apart in the market:

- Oracle Sales Intelligence is the only reporting tool that fully integrates, out of the box, with a broad range of sales applications across the continuum of sales-intelligence needs.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061954**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

## Oracle Service Intelligence

Oracle Service Intelligence provides information that can be used to analyze support issues such as the resolution of service requests and the efficiency of service agents. Senior executives can use Oracle Service Intelligence to view the overall performance of the enterprise. Middle management can monitor the performance of service sites, territories, and other areas of responsibility. Business analysts can study trends and investigate cause-and-effect relationships among service activities.

Oracle Service Intelligence includes the following reports:

- Daily Logged Service Requests
- Daily Opened Service Requests
- Escalated Service Requests
- Daily Closed Service Requests
- Reopened Service Requests
- Resolution Time Per Service Request
- Response Time Per Service Request
- Agent Tenure
- Agent Workload

## Oracle Systems Intelligence

Oracle Systems Intelligence provides an overview of all aspects of the use of Oracle E-Business applications. An information dashboard provides easy access to:

- **Key Performance Indicators:** Availability, capacity, usage, service levels
- **Configuration Information:** Mid-tier servers and database servers
- **Trend Analysis:** Usage, capacity, users
- **Reports:** Most active users, most- and least-used modules, most frequent errors, transaction data, distributions
- **Click-Stream Analysis:** User click paths, most-used pages, least-used pages, transactions abandoned most frequently
- **Performance Analysis:** Average response time, median response time, maximum response time, minimum response time

**ORACLE CONFIDENTIAL**

Copyright Oracle Corporation 2001

**NDCA-ORCL 061955**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Online Services

Oracle CRM Online Services comprise Oracle Hosting Manager and a range of services offered through Oracle.com.

## Oracle.com Online Services

Oracle offers a wide range of options for companies planning to begin or to extend their transformation into e-businesses. A natural way to begin is through Oracle.com, which carries a link to the Oracle E-Business Suite hosted on the public Internet as an online service. This service builds on the success of OracleSalesOnline.com, now in use by more than 15,000 companies and 200,000 users around the world. Through Oracle.com, customers can set up the E-Business Suite, use it, and administer and monitor their use. A few days after a customer signs up, its staff can begin to use sales force automation, service management, and customer management, globally, over the Internet. The product suite and code line are the same as those that Oracle offers on CDs or through Business OnLine (BOL).

Suppose you have a sales force on the West Coast, on the East Coast, in the southern states, in the UK, in Germany, in France, in Hong Kong, in Japan, and in Australia. You want to ensure that they access a single pipeline and forecast management system. And you want to go live in a matter of days—with no startup costs, no hardware, and no training required. You can simply go to Oracle.com and begin using the software. It is that easy. This online service will scale to thousands of sales professionals per company. Suppose you have a support organization: you need to take calls, track customer notes, detail customer issues and resolutions, share this information within your organization, manage expectations and escalations—all with reference to a single master record per customer. You may need to do so across time zones, from remote locales, and from multiple countries; you may need "follow the sun" support, probably with distributed support organizations. The E-Business Suite enables operations of this level of complexity, and it will scale to support thousands of service personal globally, whether or not decentralized.

There is not one large business on earth that cannot use these services. Oracle.com is a low-risk, high-value first step to becoming an e-business.

Oracle.com currently includes the following services:

- sales automation—including calendaring; forecasting; management of customers, contacts, and tasks; and a wide range of online reports
- support automation—including management of customers, contacts, interactions, tasks, and service requests
- rights management
- WAP services, supported via integration with OracleMobile.com
- several third-party services, including Hoover's Online

Complete integration of these services enables sales and support professionals to maximize information exchange between the sales and support areas. Thus a sales professional is instantly made aware of any support and service issues with a given client before visiting the client to close new business. This level of integration, facilitated by the Oracle E-Business Suite, clearly differentiates Oracle from its niche competitors. In the coming months Oracle will be adding features to this online service, including:

- online collaboration, implemented via a hosted iMeeting service

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061956**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

- automated Web-store management, including catalog creation and management, order management, and taxation
- marketing automation, including management of budgets, collateral, and events

Common to all these services is simple easy-to-use self-service setup and administration, enabling entire user organizations to go live in a matter of days—if not hours. Designed as it is for businesses of all sizes, Oracle.com provides optional consulting packages to assist organizations in managing their transition to this online service.

## Oracle Hosting Manager

### Preface

Traditionally, software has been distributed as products to be licensed by customers and installed on their hardware. This has meant high overhead for customers: for purchase and installation of hardware, license and installation of software, upgrades, maintenance, and administration. With the advent of the Internet, another mode of software use has become practicable—applications hosting, which relieves customers of the costs and responsibilities of system ownership. Oracle is championing the new mode by providing access to its own software as an Internet service and by providing a hosting product—Oracle Hosting Manager (OHM)—that enables applications service providers (ASPs) to do likewise. The typical ASP will provide its services on a prescription basis; the term *subscribers*, as used below, refers to companies subscribing to the services of such an ASP.

### Overview

OHM enables ASPs to host and manage the E-Business Suite efficiently and cost-effectively. The major advantage it offers is economies of scale to be achieved when running and managing applications for large numbers of hosted customers. OHM uses Oracle's Virtual Private Database (VPD) functionality to enable any ASP to host very large numbers of customers with a single instance of the Oracle E-Business Suite. OHM includes hosting-specific modules that manage service-subscriber information and facilitate billing for hosting services.

### Features

Oracle Hosting Manager consists of systems-management modules and business-management modules.

The systems-management modules install, set up, and manage hosting database(s) that will accommodate large numbers of subscription customers. The features available in these modules are:

- Subscription Customer Generation generates subscription slots for customers when they register; it can also generate subscription slots in anticipation of registrations.
- Hosting Database Upgrade Management upgrades hosting databases without affecting existing setups for subscribers; it helps to ensure the integrity of the Oracle applications installation.
- Multiple Hosting Database Implementation supports the implementation of two or more hosting databases for a given ASP service. OHM manages the routing of user logins to multiple databases and ensures the uniqueness of subscribers across multiple hosting databases.
- Hosting Database Space Management manages the distribution of subscribers across multiple hosting databases and allows the ASP to move customers from one database to

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061957**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

another, OHM can also remove a subscriber from a database and reclaim the associated DB space.

OHM's business-management modules receive and process subscription prospect registrations, support self-service setups by registered customers, and generate contracts and bills based on usage profiles of subscribers.

The following features are provided:

- Subscription Registration receives subscription prospects and either automatically authorizes registrations or provides the ASP with an approval engine for processing the registrations.
- Self-Service Setups provide the subscribing customer with self-service setup screens that gather information about the subscribing company including main contact information, billing information, users, user roles, etc.
- Subscription Services Management captures the ASP-defined list of available subscription services and their prices. It also manages the subscribers' access to their selected services.
- Subscription Terms and Conditions Definition captures subscription terms and conditions as defined by the ASP.
- Subscription Contract Creation creates subscription contracts upon successful registration. The contract is based on the terms and conditions defined by the ASP and defines the registrant's entitlement to selected services.
- Subscription Billing Management creates bills for subscribers based on their use of services, whether at fixed or at variable rates.
- Subscription Suspension and Termination enables the ASP to suspend or terminate subscriptions for any of its subscribers.
- Subscription Reporting provides reports related to subscription services and showing usage, customers, billing, etc.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061958**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

# Other Products

Oracle's range of offerings for CRM extends beyond the CRM Suite to include the four products presented in this section. In addition to being ancillary to the suite, these products share several characteristics: they are not subject to Oracle's Rapid Install technology (documented elsewhere); partly for this reason, implementation of each calls for a higher level of consultant involvement than is needed for the suite products. Also, these four are nonpatchable, nonupgradable, and nontranslatable, being available in English only. Moreover, each is meant for use by DBAs or similarly qualified technical staff, not by general users. Not applications in the ordinary sense, they are intended instead to enhance and exploit the productivity of the applications embraced by the CRM Suite.

## Oracle Clickstream Intelligence

Oracle Clickstream Intelligence, a component of Oracle's Internet Application Server (iAS), analyzes Web-site data together with other company data to support improvements to Web-site effectiveness and thus to customer retention. To do so, Clickstream Intelligence leverages functionality from other Oracle products: from Oracle Warehouse Builder to provide a prebuilt and open datamart, and from Oracle Portal to provide a set of preconfigured reports—which can be extended, while new reports can be added.

Oracle Warehouse Builder uses an open data model dubbed the Common Warehouse Model (CWM). Adoption of this model by Clickstream Intelligence gives the product access not merely to its own datamart but to all CWM-compliant data repositories, whether or not originating with Oracle. Clickstream Intelligence thereby has the potential to draw on data from ERP as well as from CRM systems and thus to enable data analysis spanning the full range of company operations.

Clickstream Intelligence supports the analysis and tuning of Web-site sales, marketing campaigns, and customer loyalty. Reports showing the results of its data compilation and analysis can be published automatically to a business-intelligence interface based on Oracle Portal, and such reports can readily be customized (e.g., so as to include the using company's logo or to reflect its conventions for Web design). As compared to the business-intelligence products in the CRM Suite, Clickstream Intelligence focuses more sharply on Web-site activity and supports a more subtle understanding of the contribution of that activivity to overall corporate goals.

Clickstream Intelligence exploits abilities provided by the Oracle technology stack for rapid aggregation and analysis of potentially massive amounts of data. It provides exceptional response times and produces easily customizable results that are accessible using standard Web browsers. Combining high performance with scalability, availability, manageability, and easy implementation, it meets the Web-analysis needs of leading-edge e-businesses.

## Oracle Pure Extract

Pure Extract is a tool for the movement into Oracle repositories of data from various sources associated with IBM mainframes: DB2, IMS (Information Management System), and VSAM (Virtual Storage Access Method) and sequential files. Running on the Windows NT platform, Pure Extract presents a graphical design tool with which the user can drag and drop icons representing the data-extraction process. This method is augmented by simple dialog menus that enable the selection of data-filtering and data-ordering options.

**ORACLE CONFIDENTIAL**

Copyright Oracle Corporation 2001

**NDCA-ORCL 061959**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Once the graphical configuration is approved, Pure Extract generates the source code required to control the extraction as configured. This code is then ported from the development to the execution platform, where it is compiled, linked, and run; JCL to control these three steps is optionally generated by Pure Extract.

The product provides an intuitive interface whereby users can implement fast and convenient extraction of large amounts of data, even when those data must be drawn from multiple record types and complex data structures that necessitate the use of *occurs*, *occurs depending on*, and *redefines* clauses. Legacy-system complexity is hidden from the user. Pure Extract supports conditional processing, batch-mode processing, and unidirectional processing from source to target.

## Oracle Pure Integrate

A companion to Pure Extract, Oracle Pure Integrate similarly offers GUI-configured processing and is designed to complement Oracle Warehouse Builder. Pure Integrate addresses the challenge of moving from multiple disparate repositories of customer data to a single global customer database. Candidate data sources include Oracle, Informix, Sybase, SQL Server, and other ODBC repositories as well as flat files. Pure Integrate's flexibility obviates the use of multiple data-cleansing tools and custom code. It provides advanced capabilities for data integration, cleansing, and enhancement, including:

- integrated processing to standardize, correct, and enhance customer names and addresses
- advanced probabilistic matching to identify unique consumers, businesses, households, super-households, and other entities for which no common identifiers exist
- powerful rule-based merging to create the most plausible integrated result from conflicting data

The Pure Integrate GUI enables the user to drag and drop icons to configure the stages of data processing: input, standardization, matching, merging, and output. As with Pure Express, the drag-and-drop approach is supplemented with dialog menus for selection of processing details. A Results Analyzer allows users to trace data processing in order to assess the effectiveness of the generated rules.

Pure Integrate can also help the user to assess how each customer entity relates to the user's business, and it can incorporate external demographics to enhance the business's understanding of its customers.

### Optional Add-Ons

The abilities of Oracle Pure Integrate can be extended by the use of one or both of two add-ons, each of which integrates seamlessly with Pure Integrate's GUI and processing stream:

**Pure Name and Address** provides name-and-address cleansing specific to either the United States or Canada. This option, which resolves data-quality issues relating to abbreviations, misspellings, transpositions, and obsolete or inconsistent data, can be used to attain CASS (Coding Accuracy Support System) certification, which qualifies certified companies' mailings for postage-rate discounts.

**The Geocode** option, for which Pure Name & Address is prerequisite, augments address data with latitudes, longitudes, and census IDs to enable tighter customer profiling. Updates for this option are delivered quarterly.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061960**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Oracle Data Mining Suite

The Oracle Data Mining Suite can search masses of corporate data for patterns that can be exploited to enhance the personalization and profitability of a corporation's relations with its customers. Other tools used for similar purposes—SQL query and reporting tools, and OLAP and conventional statistical tools—tend to be overwhelmed by the masses of data and numbers of variables provided by recent data-collection mechanisms. By contrast, Oracle Data Mining's sophisticated statistical techniques and parallelized algorithms allow it to deliver rapid results even as it scales to multi-terabyte data repositories.

Data mining can provide insights about market segments and about customer behavior and demand; it can generate early warnings of churn and attrition; it can identify cross-sell and up-sell opportunities; and it can help to combat fraud. Enabling greater scope and accuracy in customer profiling, it works to reduce the costs of customer acquisition and retention.

The Oracle Data Mining Suite provides a set of wizards to simplify and automate data-mining processes. Import and export wizards simplify extracting data from an Oracle database and storing results and predictions in the database. A Model Seeker wizard builds various data-mining models, presenting the results in interactive graphs and tables and recommending one model for the current purpose. A Key Fields wizard uses classification and regression trees (decision trees) to identify data fields most relevant to the problem at hand. The use of decision trees is supplemented by algorithms of several other types: clustering, neural-network, and $k$-nearest-neighbors.



*Figure 15. Screens for the Model Seeker and Key Fields wizards*

The suite integrates readily with Oracle's business intelligence applications, allowing scoring of customers and opportunities and enabling tightly focused marketing campaigns. It also integrates with Microsoft Office, so that Excel, Word, and PowerPoint can be used to manipulate and enhance the data and charts it produces.

The Oracle Data Mining Suite includes Oracle Personalization, which analyzes customer and prospect data including clickstreams, transactions, demographics, and ratings to find answers to questions like these:

- Which $n$ items is person $A$ most likely to like or to buy?

**ORACLE CONFIDENTIAL**

 Copyright Oracle Corporation 2001

**NDCA-ORCL 061961**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

- What other items are people who bought item *x* most likely to buy?
- How likely is person *A* to like or to buy item *x*?
- Given that person *A* likes or is buying item *x*, which *n* other items is person *A* most likely to like or to buy?
- Which *n* items are most similar to item *x*?

With Oracle Personalization, Oracle data-mining functionality achieves greater efficiency by tighter integration with the Oracle database.

The Oracle Data Mining Suite, including Oracle Personalization, is distinguished by its speed and scalability, by its multi-algorithmic approach, and by its use of user-friendly wizards and intuitive Windows conventions.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061962**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# What's Next

## Trends

Here I'll bite the bullet and hazard a view as to where the priorities will lie for CRM over the next few years. Businesses will transform themselves extensively, especially by broadening their horizons to meet the market needs in areas related to their current competencies; some, but relatively few, will develop suites of products or services that comprehensively address one or more major business areas. In most cases such developments will be driven in part by acquisitions: the current ranks of competitors will be thinned by consolidation and, in some cases, by failure.

But the most important trend, now that many great—and thousands of not-so-great—business ideas have been realized, will be optimization, which will manifest itself along several important axes. This optimization, like the proliferation of e-businesses that we have already experienced, will take place with bewildering speed; and it will encompass five pivotal transitions, as follows:

- from local to global commerce
- from duality to community
- from batch to real-time processing
- from physical to virtual inventory
- from nascent to mature order automation

**Local to Global Commerce.** Any company that establishes an Internet presence is, by definition, global. But the barriers to conducting actual business across national boundaries are substantial. Over the next five years, a great deal of effort will be dedicated by Internet enablers to lowering those barriers, and by e-businesses to vaulting them. Companies will increasingly conduct business in multiple languages and currencies, employing global price books and using license and renewal contracts that may vary from one country to the next in order to accommodate varying national law codes. Companies with physical presences in multiple countries will increasingly develop payroll policies and sales-compensation plans that will be global in reach but sensitive to regional differences.

This transition will forcefully impact entire national economies. The increased difficulties of doing business internationally mean that the efficiencies of domestic business will, in varying degrees, be sacrificed—not a desirable outcome for either the companies or the consumers they serve. And, as a company from country X pushes its way into country Y it will encounter increasing resistance from homegrown competitors—not a desirable outcome for the invading company, but probably a plus for consumers.

**Duality to Community.** In the past, it was hard enough to arrange two-way business interactions, and a company would typically deal with only one of its customers, or one of its employees, or one of its partners, or one of its suppliers, at any one time. The physical constraints yielded in some degree to airplane flights and conference calls, but it remained unusual to convene stakeholders from even three different categories. Now it is possible for everybody involved with a business to interact with everybody else in a single forum: the electronic business can bring together customers, employees, partners, and representatives from both its demand and its supply chains. To convene them simultaneously, though still problematic, is much easier than it used to be: to convene them virtually, by providing a Web site that all

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061963**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

can access at any time of the week to register comments or execute transactions, is now standard operating procedure.

The manifestations of this change include mechanisms for collaboration in product design, in demos, and in selling. But the ultimate in collaborative environments are the countless online exchanges that are springing into existence. While most of these will continue to be forums for procurement, new varieties will emerge, including demand and customer exchanges. New laws will be created and challenged as this form of business continues to evolve. The entrepreneurial opportunities that will bubble up in this environment, where every business idea can be evaluated at once by everybody who would be affected by it, will prove innumerable.

**Batch to Real-Time Processing.** Once virtually all computerized business practices used batch processing, because machine power was inadequate to respond satisfactorily in real time. And batch processing continues to figure importantly in contemporary business applications, whether for client/server systems or for e-businesses. But the transition to real-time processing, already well advanced, will continue, and eventually applications such as sales credits, order processing, order status, support renewals, and customer care and support will be conducted almost exclusively in real time.

**Physical to Virtual Inventory.** Businesses will increasingly deal in virtual inventory. Where the standard model today is buy-sell-ship, the standard model tomorrow will be sell-buy-ship. This change is enabled by real-time inventory systems, and it is necessitated by growing consumer selectivity. Retailers will gradually phase out their warehouses, and what warehousing business survives will consolidate in the hands of companies that do nothing else; and these, to stay competitive, will have to develop very high-tech operations.

**Nascent to Mature Order Automation.** Order entry was first automated only a few years ago. Since then, the progress in this arena of automation has been breathtaking, with the technology sequentially embracing teleplacement of orders, Web stores, product configuration, Web auctions, and Web exchanges. Now the front-line action addresses the available-to-promise model, in which order placement is answered in real time by automatic confirmation of the availability of the goods ordered; and the build-to-order model, in which automatic support is provided for configuring ordered items to the exact specifications of the order (so that a consumer may be assured delivery of an item different from anything ever produced).

This process is advancing toward its culmination in the capable-to-promise model, in which the item ordered, if it already exists, is selected at once, and stock automatically replenished; if the item does not exist, its manufacture is automatically initiated.

ORACLE CONFIDENTIAL

NDCA-ORCL 061964

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Acronym Glossary

| | |
|---|---|
| ACD | Automatic Call Distributor (or Distribution) |
| ANI | Automatic Number Identification |
| AOL | (Oracle's) Application Object Library |
| APAC | Asia and Pacific |
| API | Application Programming Interface |
| APPC | Advanced Program-to-Program Communication |
| AR | Accounts Receivable |
| ASO | (Oracle's) Advanced Service Online |
| ASP | Application Service Provider |
| ATP | Available to Promise |
| B2B | Business-to-Business |
| B2B2C | Business-to-Business-to-Consumer |
| B2C | Business-to-Consumer |
| BIS | Business Intelligence Systems |
| BOL | (Oracle's) Business OnLine (application service) |
| CASS | Coding Accuracy Support System |
| CBF | Complete Business Flow |
| CBO | Cost-Based Optimization |
| CCM | Concurrent Manager |
| CD | Compact Disk |
| CDA | Customer Data Administrator |
| CDMA | Code Division Multiple Access (telephony protocol) |
| CEO | Chief Executive Officer |
| COGS | Cost of Goods Sold |
| CRM | Customer Relationship Management |
| CRP | Conference-Room Pilot |
| CTI | Computer Telephony Integration |
| CWM | (Oracle's) Common Warehouse Model |
| D&B | Dun & Bradstreet |
| DB | database |
| DB2 | (IBM's) DataBase 2 |
| DBA | Database Administrator |
| DEMS | (Oracle's) Defect and Enhancement Management System |
| DMA | Data Management Administrator |
| DNIS | Dialed Number Identification Service |
| DSL | Digital Subscriber Line |
| DUNS | (D&B's) Data Universal Numbering System |
| EDW | (Oracle's) Enterprise Data Warehouse |
| EMC | (Oracle's) eMail Center |
| EMEA | Europe, Middle East, and Africa |
| ERP | Enterprise Resource Planning |
| ETL | Extraction, Transformation, and Loading (of data) |
| FSR | Field Service Representative |
| GSM | Global System for Mobile (telephony protocol) |
| GUI | Graphical User Interface |
| HP-UX | Hewlett-Packard Unix |

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061965**

**CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER**

| HR | Human Resources |
|---|---|
| HTML | Hypertext Markup Language |
| ICM | (Cisco's) Intelligent Contact Manager |
| IMS | (IBM's) Information Management System |
| IP | Internet Protocol |
| IPC | Illustrated Parts Catalog |
| IPCC | (Cisco's) Internet Protocol Contact Center |
| iSD | (Oracle's) Internet Sales Division |
| ISDN | Integrated Services Digital Network (telephony system) |
| IT | Information Technology |
| IVR | Interactive Voice Response |
| JSP | Java Server Page |
| JTF | (Oracle's) Java Technical Foundation |
| LAN | Local Area Network |
| LU6.2 | Logical Unit (protocol) 6.2 |
| MES | Marketing Encyclopedia System |
| MP3 | Motion Pictures *(short for* Motion Pictures Expert Group) 3 (digital audio format) |
| MRO | Maintenance, Repair, and Overhaul |
| MRP | Material Requirements Planning |
| NT | *(in* "Windows NT") New Technology |
| OAI | Oracle Advanced Inbound |
| OAI | Oracle Applications Interconnect |
| OC | Order Capture |
| OCI | Oracle Call Interface |
| OCSS | Oracle Contracts for Subscription Services |
| OES | Oracle Email Server |
| OHM | Oracle Hosting Manager |
| OIC | Oracle Incentive Compensation |
| OLAP | OnLine Analytical Processing |
| OLTP | OnLine Transaction Processing |
| OMO | Oracle Marketing Online |
| OTM | Oracle Telephony Manager |
| PA | Project Accounting |
| PBX | Private Branch Exchange (business phone system) |
| PC | Personal Computer |
| PDA | Personal Digital Assistant |
| PL/SQL | Procedural Language / Structured Query Language |
| PMF | (Oracle's) Performance Management Framework |
| PRM | Partner Relationship Management |
| RDBMS | Relational Database Management System |
| RMA | Returned Merchandise Authorization |
| ROI | Return on Investment |
| SIC | Standard Industrial Classification |
| SLA | Service Level Agreement |
| SOAP | Simple Object Access Protocol |
| SPSC | Standard Products & Services Codes |
| SQL | Structured Query Language |
| SR | Service Request |
| TCA | (Oracle's) Trading Community Architecture |

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061966**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

| | |
|---|---|
| TDMA | Time Division Multiple Access (telephony protocol) |
| UBB | Usage-Based Billing |
| UI | User Interface |
| UK | United Kingdom |
| UN/SPSC | United Nations / Standard Products & Services Codes |
| URL | Uniform Resource Locator |
| UWP | (Oracle's) Universal Work Portal |
| VoIP | Voice over Internet Protocol (telephony protocol) |
| VP | Vice President |
| VPD | Virtual Private Database |
| VSAM | (IBM's) Virtual Storage Access Method |
| WAN | Wide-Area Network |
| WAP | Wireless Application Protocol |
| WML | Wireless Markup Language |
| XML | Extensible Markup Language |
| XSL | Extensible Stylesheet Language |

**ORACLE CONFIDENTIAL**

Printed 02/06/2001 01:29 PM          Copyright Oracle Corporation 2001

**NDCA-ORCL 061967**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**