# EXHIBIT 24

ORACLE PRESENTATION

1
2
3   Q   Okay.  It's a pleasure to welcome Oracle
4   Corporation to our conference.  We have with us today
5   from the company Andy Sanderson, EVP of Product Industry
6   Sales Division & Consulting.
7       The rest of the management I believe is over in
8   Europe right now at the Applications User Conference.
9       We also have Stephanie Aas, Senior Director of
10  Investor Relations, up here with us.
11  A   This is a big week for us.  We have what we
12  call Oracle Applications World.  It's this week in
13  Paris.  And then Larry's over there for that and a number
14  of our developer -- heads of development.  And then next
15  week we're in New Orleans having our conference there,
16  the America's version of that.
17      I-- just to touch on my responsibilities.  I've
18  spoken at a number of these events, but I think it's
19  worthwhile just giving you a sense -- since I may be a
20  new face to some of you.  I have responsibility probably
21  for four things at Oracle.
22      One of them is all our products industries.  So
23  our discrete and process manufacturing, retail industries
24  are my responsibility.  That includes automotive, A & D,
25  high tech, in the discrete side.

REASON REPORTING

ORCL 0122947

NDCA-ORCL 03281
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Δ π EXHIBIT 27
Deponent Sanderson
Date 7/24/08  Rptr. KG
WWW.DEPOBOOK.COM

1    I also have global responsibility for
2    consulting. And some interesting things going on in that
3    regard which I'll tell you about as well briefly while I
4    speak.
5    I also have Latin America, which is more out of
6    an area of personal interest, having lived there when I
7    was a kid. And that responsibility.
8    And finally really have been driving a lot of
9    the B to B initiative for Oracle in the marketplace.
10   And so, for example, a number of the key
11   exchanges, Covis and GNC, RMX, those all fall into my
12   space. Where we're working with the automotive
13   companies. Sears, Carcor, Chevron, the claims division
14   of Wal-Mart, those kinds of things. So that all falls
15   into my space as well. So a little bit of the
16   background.
17   Another thing, I've been at Oracle about six
18   years. And I don't normally point that out, but I'm
19   actually one of the junior members in that regard, tenure
20   of the management team, even though I think I run about
21   25 percent of the business. Because when you look at it
22   below Larry, the average tenure of the management team is
23   ten years. So I'm just a junior guy, being there six
24   years at Oracle. So that gives you a sense of how long
25   we've been around as a management team.

REASON REPORTING

ORCL 0122948
NDCA-ORCL 03282
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

2

1       What I want to do is give you an overview about

2  three things.  A little bit about the numbers, which you

3  might find interesting.

4       Secondly, talk to you about our applications

5  business and give you a perspective on that.

6       And then talk to you about B to B and our

7  technology business.

8       Here's the Safe Harbor Act.  I'm not going to

9  take time to read it, but I'm sure you're all familiar

10  with it.

11       Just to give you an update on our financial

12  performance.  Our Q2, which ended in November -- we're on

13  a June 1 fiscal year.  In November, you can see what the

14  revenue was.  And then our net income continues to grow

15  substantially as we have been transforming Oracle into an

16  e-business; and I'll tell you more about that in a

17  minute.

18       Operating margin, this is an area in part

19  because we're transforming ourselves into an E-business,

20  leveraging our e-business applications, and have been

21  very successful in that regard in our business.  We've

22  been able to really take cost out of our business and

23  become much more efficient.  And as you can see, we're

24  sitting here at about 35-1/2 percent in the quarter

25  versus what we did about a year ago.  So close to 11

ORCL 0122949
NDCA-ORCL 03283
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

3

1      point improvement.

2             You can see here that our database business, 19

3      percent growth, and then our applications license

4      business was 66 percent.

5             On a rolling four-quarter basis, I think the key

6      numbers here, as you can see, is that we've continued to

7      drive the -- our net income both in actual dollars and

8      our operating margin.  We're now at a 35 percent

9      operating margin.  Our target is 40.  Time frame for

10     achieving that is by end of this fiscal year to about --

11     I'm sorry, in the next six months, maybe the end of this

12     fiscal year, which would be May 31st, or by the end of

13     the calendar year.

14            So some time in that time we hope to get to the

15     40 percent, and you can see we're well on our way.

16            Database growth, 21 percent on a rolling

17     four-quarter basis, and our applications license, 54

18     percent.

19            Where are we getting the growth in our

20     business?

21            We -- clearly in the United States where we've

22     had about 34 percent growth in our business.  Europe is

23     strong as well where we've been driving about 30

24     percent.  Continued demand for database in Europe.  And

25     also now that we really have a strong answer around the

ORCL 0122950
NDCA-ORCL 03284
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

4

1    Euro, the localized requirements in Europe, we've been

2    able to drive fairly significant growth there as well.

3         I think now -- and I may -- I think our

4    applications are written in 23 different languages. So

5    not only do we have, you know, for example, an E-Business

6    Suite, which I'll tell you more about. But it's

7    basically ERP and CRM all integrated together. But it's

8    written in 23 different languages, including Spanish

9    Spanish and Latin American Spanish, Portugal Portuguese

10   and Brazilian Portuguese, as being four different

11   languages. But we also have taken care of the

12   localization requirements of all these countries around

13   the world as well. So fiduciary requirements that are in

14   these countries, we've addressed that as well. So that's

15   been very appealing to Asia-Pac. I'm sorry, Asia-Pac 30

16   percent growth, I misquoted that, and then AMEA 17

17   percent growth. So nice growth around the world.

18        I think this is the story that a lot of people

19   focus on. It's the one that I share with customers. It

20   is probably one of the biggest things that opens the door

21   for Oracle when any of the -- any of us executives go in

22   and speak with the customer. It's also the kind of thing

23   that's giving us great access to senior managers and

24   customers when they want to know more about the story.

25        When you can put these kind of numbers up

ORCL 0122951

NDCA-ORCL 03285
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1       that -- it's excellent margin improvement across the

2       board, but when you look at the last four quarters that

3       we've been able to drive ten points of improvement in

4       operating margin, they want to understand the Oracle

5       story. So it's been a very significant story for us.

6              So let me tell you a little bit about how we got

7       there.

8              This is -- what I want to talk to you about is

9       the Best of Breed versus the Integrated Solution.

10             And we've opted to take the Integrated Solution

11      strategy. But let me talk to you a little bit about Best

12      of Breed.

13             In Best of Breed you look at the different

14      solutions or areas that you need to address within a

15      company. And as you see, here's marketing, sales and

16      service and financials and supply chain. Even exchanges

17      that have to be addressed.

18             And what a lot of companies have historically

19      done is they've gone out there and selected the Best of

20      Breed solution to meet their needs. And one of the

21      reasons they did that is they didn't have a choice.

22      That's what they did.

23             And then they had the challenge of getting all

24      these different applications to work together. They had

25      different technologies. You know, for example, different

ORCL 0122952
NDCA-ORCL 03286
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

6

1   database, different tools, different architectures in the
2   way it was done.  Each of them have their own customer
3   schema or own products -- customer database, product
4   database.  So companies are trying to fit all that
5   together.  And that was the choice that they had.
6           But one of the challenges that companies have
7   faced in this with this Best of Breed solution is that a
8   number that seems to be about right, every time we test
9   it, is about 40 percent of a company's IT budget is being
10  spent on integration of applications and legacy systems.
11          And so that is actually one of the ways that we
12  truly have been able to save costs at Oracle and drive
13  the kind of operating margins that we have, because we
14  haven't had to deal with this interfacing among these
15  different Best of Breed solutions.
16          Because even after the interfacing and getting
17  them all working together, you still oftentimes have to
18  create, for example, a data warehouse to take the
19  different pieces of information and try to put it all in
20  one place.
21          We've also seen that this chip solution or Best
22  of Breed solution is what we sometimes refer to as the
23  gift that keeps on giving.  Because once you have gotten
24  this all interfaced together and working together, it
25  works until one of these vendors changes their product.

REASON REPORTING

ORCL 0122953
NDCA-ORCL 03287
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

7

1   And then it's now the obligation of the customer to go

2   back and do the maintenance to try to get that

3   interfacing back so that it's working.  And that's a

4   constant demand on the customer that they have to take

5   care of.

6        Again, this is what contributes in part to the

7   40 percent cost that they've got.

8        It ends up taking too long to implement.  And

9   candidly, you know, we are trying at Oracle leading into

10  the E-Business Suite is that we want to get our ratios --

11  our target is to get our ratios down between license and

12  consulting, whether it's our consulting or one of the

13  system integrators' consulting, to a two-to-one ratio.

14  So for every dollar of license, it's $2 of consulting.

15  And we've achieved significant success there.

16        For example, in the general business space, the

17  mid-market space, where we've had a number of rapid

18  implementation programs, we've actually been able to get

19  down to less than a dollar for consulting for every

20  dollar of license.  And so this is a significant benefit.

21        It's counter to, for example, to IBM's strategy,

22  IBM Global Services' strategy, where Gerzner has publicly

23  announced that for every dollar of license, customers

24  should plan on spending 4 to $7 in consulting.

25        We think that's wrong.

REASON REPORTING

ORCL 0122954
NDCA-ORCL 03288
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

8

1          One of the missions, for example, within Oracle

2     consulting and working with our partners is to make

3     Oracle successful, not the consulting business

4     successful. And in fact, as you look at our numbers --

5     and in consulting we're forecasting this year that we'll

6     be somewhere about zero to 5 percent growth.

7          And you can really attribute that to two

8     factors. One is that we're doing everything we can to

9     increase the implementation of our applications. And

10    secondly, leveraging partners more, which has been

11    something that we've really needed to do.

12         So we really have been successful there.

13         But here is the issues that you see around the

14    Best of Breed solution. It's -- it was up until recently

15    the only choice that customers had. It's expensive.

16    It's about -- it drives about 40 percent of a customer's

17    IT budget. That they can have now discretion if they

18    didn't spend that on either dropping that to the bottom

19    line or investing elsewhere. It takes a long time to

20    implement. It's the IBM model. And it's also, as I

21    said, it's the gift that keeps on giving.

22         Let me just give you a quick example of that in

23    the E-Business Suite kit. Here's an example. And it's

24    just a real simple example.

25         But in a marketing solution, for example, if a

ORCL 0122955
NDCA-ORCL 03289
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

9

1    customer was using Epiphany, they would have to capture

2    this kind of information around just say a customer.  If

3    it's a sales solution, there's other information that you

4    would want to capture in there.  Some cases the same

5    information that's captured differently.  And then other

6    cases it's new information.  And then if it's a service

7    application, there's additional information that has to

8    be captured.  In some cases redundant, in some cases

9    different.

10         So now this is where the data warehousing starts

11   to come in where companies that take this Best of Breed

12   approach have to build these data warehouses and maintain

13   them over time as each of those vendors changes their

14   product to keep it up to date.

15         It even becomes more compounded when you think

16   about that these implementations that have to take place

17   oftentimes, particularly in a client server environment,

18   we're talking about in a large company it's not unusual

19   to do 30 implementations around the world.  And the way

20   that Europe -- you don't think about Europe.  The way

21   that France implements and what they want in their

22   solution, their "requirement" is different than Germany,

23   different than U.K., different than Hungary, different

24   than the United States, different than Brazil.

25         And so what you end up doing with this Best of

REASON REPORTING

**ORCL 0122956**

**NDCA-ORCL 03290**        10
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1  Breed solution, which is already very complicated, it now

2  gets multiplied by a significant factor because you're

3  having to implement these applications all over the

4  world.

5      You know, no wonder the CIO life span tends to

6  be very short.  And no wonder do you see CIOs out there

7  constantly having to ask for more budget in order to

8  implement and operate their -- the IT systems in a

9  company.

10      The notion that we have at Oracle is to spend

11  less and get more.  Get more by spending less.

12      And how we've done it is we've built the

13  E-Business Suite.  And the E-Business Suite as you can

14  see where there's marketing, sales and service.  All of

15  these that -- they're all Oracle-based solutions.  Common

16  architecture, common technology, and a common single view

17  of the customer.

18      We have a single-customer database, whether that

19  customer is a business or a consumer.  And whether you

20  touch that customer through creating a lead with that

21  customer in marketing, selling to them within sales,

22  servicing them in the after market.  Whether you're

23  touching them there.  Whether you're touching them

24  through once you've taken the order, through orders that

25  once you capture that order, that that impacts your

REASON REPORTING

ORCL 0122957

NDCA-ORCL 03291
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

11

1    manufacturing, if it's available to promise, for example.

2    That impacts supply chain.  That impacts manufacturing.

3    That impacts logistics.  It impacts collecting the money

4    from the customer.

5           All of that, all of that integration that's

6    built in.  That 40 percent factor that the customer has,

7    40 percent of their IT budget can be dramatically

8    impacted by leveraging the Oracle E-Business Suite.

9           The notion of the Suite isn't a new notion.  If

10   you think about some of the analogs out there, when you

11   go out and buy a PowerPoint presentation or a

12   presentation, we don't think about what one we're going

13   to get.  We all buy Microsoft Office.  Whether it's

14   Spreadsheet, whatever it is we're using, we just select

15   the Microsoft Office.

16          When it comes to -- I remember in the early days

17   in my business that I was at a customer where they would

18   select a different customer for accounts payable and a

19   different customer for general ledger just to make the

20   point.

21          But then it quickly moved to customers making

22   decisions around financials.  And now the decision is

23   that you see customers making decisions around ERP.  CRM

24   is the next thing.  And what we're seeing is that

25   customers aren't making decisions now just around sales

ORCL 0122958
NDCA-ORCL 03292
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

12

1    automation.  What they're making decisions around are

2    sales automation, service, marketing and, oh, by the way,

3    I want to have an integrated business view of the

4    customer and I want it to all work for me.  I don't want

5    to pay for it.  Whether -- if I'm going to transact --

6    just take a CRM, marketing sales and service, whether I

7    interact with that customer over the Internet, through

8    telesales or through a field sales force or franchisee or

9    distributor, something like that.  I want to have a

10   common interaction integrated solution for that

11   customer.  Just like the ERP model.

12        So it's happened in ERP, it's very rapidly

13   happening in CRM, and thus the E-Business Suite.  Because

14   it's a single view of the customer.

15        It is -- it's one that can dramatically reduce

16   costs.  Not only on an implementation basis, but on an

17   ongoing basis.

18        It also -- it can provide a global

19   implementation versus local implementation.  Let me give

20   you an example of one of the things we've done at Oracle.

21        For example, in the sales area, in the sales

22   automation area, I can now -- Larry can look at, for

23   example, our forecast on a global basis, our forecast

24   around the world up to the minute at any level of detail

25   that you want to see.  You can go down to that account

ORCL 0122959

NDCA-ORCL 03293     13
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    rep in Hungary or you can look at it on a global basis
2    around the world.

3        And if we go back in five minutes later and look
4    at what our forecast is, it's different.  Because some
5    rep around the world has changed the forecast.

6        I now have insights too because the way we're
7    collecting this information is to deals in Latin America
8    or in the products industries that I run.

9        I had a deal the other day where I wouldn't have
10   seen it without the -- our applications in place.  It's a
11   significant opportunity.  The rep had it, but in a way
12   typically systems work you wouldn't capture that
13   information.  Because if you got implementations all
14   around the world, somebody then is building a warehouse,
15   somebody's deciding what deals you see and what deals you
16   don't see.

17       Now I can see every deal out there that my reps
18   around the world are working.  So that's a significant
19   benefit.

20       And you'll see that one of the things -- and in
21   fact again factoring in consulting and what we're doing
22   with our partners is that we're also -- we've been very
23   successful in reducing those times to implement, as I
24   talked about.  And you're going to shortly hear about
25   programs around where we're implementing CRM in 90 days

ORCL 0122960
NDCA-ORCL 03294
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

14

1    on a global basis.

2            Why can we do that?  Because we have an

3    integrated E-Business Suite.

4            Let me tell you just two other points about the

5    Suite that you might find interesting.

6            Number one is companies also have the choice

7    that they don't have to buy it all.  And oftentimes

8    you're going to walk in to a customer and they've just

9    made a decision and they have financials from somebody

10   else and they're happy with that.  And we have that

11   capability.  And I'll talk more about that, the ability

12   to integrate with other products.

13           But the more of the E-Business Suite that the

14   customer selects and leverages, the more that we can

15   drive that IT integration cost down.

16           So a significant point to think about there,

17   and actually I'll move on.  But just there, the thought

18   around the E-Business Suite.

19           So in this case, as you can see, what it's

20   saying is that now that we've got a single customer

21   schema, again whether that customer is a business or

22   consumer, we can collect all that.

23           It's all about 11i.  That's our E-Business

24   Suite.  Here is the status of our internal rollout,

25   because we're implementing these in Oracle.  And as you

ORCL 0122961
NDCA-ORCL 03295      15
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

can see here, we've made significant progress around
marketing, sales compensation, contracts, sales online,
financials, telesales, all of those applications have
been implemented at Oracle worldwide.   Worldwide.

Our i-store -- so our online store you'll see
that we'll do in spring targeting the April time frame,
and also our support, our service capability or
applications that we'll implement in spring as well.

So we still have a ways to go, and this is why
when I say that our target is to achieve that 40 percent
margins in the company is very doable because we still
have part of the E-Business Suite to implement.

In the end, it will be about a two-year journey
to go from where we were before driving 24 or 25 percent
margins to where we will be where we're driving 40
percent margins in the business.

I get asked a lot of times what are we doing --
when I say "a lot of times," particularly recently --
with what's going on with the economy and "What are you
doing at Oracle to protect against that?"

Well, it's interesting.  Because we really have
focused on efficiency, because we really have focused on
leveraging the Internet, the simple answer is we're not
doing much different.

We really have built the efficiencies into the

ORCL 0122962
NDCA-ORCL 03296     16
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    company and already have those there to protect against

2    any kind of challenges that we might face in the economy.

3    We focused on revenue. We spend -- if you watch

4    what we've done on head count as a company, we've had

5    anywhere from modest to no head count increase in sales,

6    marketing -- I'm sorry -- sales, consulting, education,

7    support. We've had virtually no increase. Where we've

8    had the increase is in R & D and building better

9    products. And so we've made significant progress there.

10    So you can see where we are, and we've really

11    been able to manage our cost. And a lot of it is around

12    the E-Business Suite.

13    Just one other point I'll make about the Suite.

14    Is that I call the approach that we take to the

15    E-Business Suite the Jack Welch portfolio management

16    approach.

17    And what I mean by that is if you know what he

18    says is that they're going to be No. 1 or No. 2 in every

19    business. If you take a particular point solution,

20    there's a chance -- and in some cases you'll see it --

21    where somebody else out there may have in that particular

22    solution, in that point solution, a better -- they might

23    have a piece of functionality or a feature that Oracle

24    doesn't have. Well, we also have 6,000 application

25    developers that are out there building our product and

ORCL 0122963
NDCA-ORCL 03297
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

17

1    addressing that.

2          But candidly, even when we address that, we

3    might fall behind in another area. So our goal is to be

4    No. 1 or No. 2 in every area. Ideally our goal is to be

5    No. 1 in every area, but we understand it's going to

6    happen, but because we've got this integration solution

7    and we've built all that integration in so that it allows

8    more rapid implementation, lower cost for a customer's IT

9    perspective, it's tremendously appealing. This is one of

10   the key reasons why we can get access to CEOs and COOs in

11   ways that we never had before.

12         Other quick updates on 11i E-Business Suite.

13   You can see here we've had 69 percent worldwide

14   applications growth in the first half of the year.

15         In AMEA, our applications growth -- this is what

16   I was referring to earlier -- 90 percent, almost a

17   hundred percent growth in applications.

18         We got 2,500 11i implementations going on around

19   the world now and we've got 160 live customers, and that

20   increases by 50 to a hundred and will even more

21   logarithmically increase as we go along in each month.

22         And then our version -- our third release of 11i

23   shipped in January. We found in launching 11i that it

24   was a significant challenge building a completely

25   integrated E-Business Suite, leveraging common

ORCL 0122964
NDCA-ORCL 03298          18
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   architecture, common technology, single-customer schema,

2   so that you truly can get this single view from around

3   the world in whatever business that -- aspect of the

4   business that you want to look at, was a significant

5   effort.

6       And with the Release 3 of 11i, we think that we

7   now have got a product that is clearly stable and meets

8   the needs. And we just launched that at the end of

9   January.

10      Also, this, just by the way, is our third

11  generation, not to confuse here with the Release 3, but

12  our third generation of Internet-based applications.

13  We've been at it. There's learning that we -- we've got

14  a ton of learning that we gained out of this and we built

15  that all back into the product.

16      So we think it's good that some of our

17  competitors now are building Internet-based applications,

18  but think that they've got some learning to do that we've

19  gone through as well.

20      Here's some examples of 11i Enterprise

21  customers. As you can see here, these either are live or

22  implementing, Bell South, Citibank, Compaq. You can read

23  the list. And if you notice a number of GE companies as

24  well. GE has identified Oracle applications as a key way

25  to pull the costs out in their business. And you can see

REASON REPORTING

ORCL 0122965

NDCA-ORCL 03299        19
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    the number of businesses here that we're working with.

2    And this doesn't include all of them.  So a nice list of

3    Enterprise customers.

4              And then if you look at the mid-market customers

5    also, we continue to be very successful in that space as

6    well with 11i.

7              We also just on the partner front -- it's

8    actually quite interesting.  I haven't seen the interest

9    among the partners in the way that we've seen now.  We've

10   got -- I told Larry a while ago.  I said, "It really

11   takes three things for us to be successful with our

12   partners.  We have to have great product, we have to have

13   mind share, and we have to have a good go-to-market plan

14   with a partner."

15             We've got great product.  We have mind share

16   now.  We've -- I'm sure you've been watching what we're

17   doing from an advertising perspective.  As well as the

18   billion dollar story is something that companies want to

19   understand and creates tremendous market share as well.

20             Harvard Business School has just written an

21   article on us.  And we've got one of the major management

22   consulting firms now that also is writing a case study on

23   what we've been able to do at Oracle.  So it's creating

24   mind share.

25             And the last piece is a strong go-to-market

ORCL 0122966
NDCA-ORCL 03300
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

20

1    plan. And you can see here the kind of impact now that

2    we're having among the system integrators, which we all

3    know that -- those that have been following us -- that

4    have not been the case. And it's an interesting dilemma

5    for them, because what we're talking about is the

6    E-Business Suite more rapid implementation. And that

7    could be a challenge to their culture and their

8    philosophy about driving large implementation projects.

9           And we've really -- but what's interesting is

10   we're getting attention from the very top of these

11   companies. Pricewaterhouse, Deloitte & Touche, CGEY,

12   KPMG, all at the very top, now coming to us wanting to

13   understand the Oracle story and build this capability in

14   their practice.

15          Let me just talk about the B to B strategy

16   quickly.

17          When we talk about B to B, we really think about

18   three components.

19          The Oracle Exchange, which I'm going to talk to

20   you more about. It's much more than the marketplace.

21          I want to talk about our applications, which I

22   actually have. But it includes applications.

23          And then our technology. Built around our 8i

24   database -- 9i to be released the first half of this

25   year, database -- and our 9i application server, which is

PEASON REPORTING

ORCL 0122967
NDCA-ORCL 03301        21
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   already released and does run with our 8i database.

2           So when we're talking about B to B, those are

3   the components.

4           Let me just talk about exchanges. This is an

5   area that I spend a lot of my time.

6           There is a lot of drive and a lot momentum

7   around exchanges about a year ago around "exchanges" and

8   "marketplaces" were being used interchangeably,

9   "exchange" and "marketplace" being viewed as the same

10  thing. Our argument is that they're quite different.

11          Marketplaces were launched. This is focusing on

12  procurement. More specifically around auctions, reverse

13  auctions, spot buys, contract buys. And a lot of energy

14  that's been put into that space.

15          And the energy is still there, but as things are

16  starting to be sorted out in B to C, it happens obviously

17  in B to B as well, and companies are now looking at what

18  are truly the advantages here.

19          What they're seeing is interestingly a

20  double-edged sword. And just taking some of these

21  consortium -- industry consortium-based exchanges, it's

22  really a double-edged sword, because a lot of these

23  exchanges have focused on the marketplace. The companies

24  that they're working with are all providing input to

25  those exchanges and back to us and our competitors about

ORCL 0122968
NDCA-ORCL 03302          22
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

what should be in these exchanges. The functionality. But interestingly, what's also emerged is that the top-line growth around marketplaces isn't there.

A company has a choice of buying tires from Covason, from free markets, or from e-bay. I mean if you think about it. And so there's a real price point pressure, and this is one of the reasons why Covason is not only leveraging the marketplace, but also looking at other areas which are important to their business which I'll tell you about in a minute.

But the key is there's much more to exchanges than just the marketplace, because it has done some things, it's pulled the costs down on goods sold that are bought over the Internet through the marketplace. But as you might imagine, it hasn't built those terrific relationships with the suppliers that companies would like to achieve.

So is it marketplace or is it businessplace? It's much more than that. As you're going to see, it's much more that we're seeing that it's much more than just the marketplace about auctions. In fact, it's much more than supply chain. It's about the value chain. It's not about the marketplace. It's about the businessplace.

So when we're talking about that, we're talking about all the processes in buying and selling. And again

ORCL 0122969
NDCA-ORCL 03303
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

23

1   here's this integration story.  It's about seamless
2   integration across the marketplace, which you see at the
3   bottom of the slide.  It's about supply chain where
4   you're capturing the demand from the manufacturer and
5   feeding that back to the suppliers.  It's about
6   transportation and getting that good once it's been
7   procured to that particular plant or location that's
8   needed in the most efficient and quickest way possible.
9   And it's also about electronic collaboration around
10  product development.
11       Let me take each one of these.
12       Let's talk about supply chain, the old way.  It
13  was done manually, very manually, in your collecting
14  demand from customers or from marketing, from sales,
15  however you're capturing that customer demand, typically
16  on paper.  A supply chain plan is put together where
17  you're trying to optimize, say, from the known business
18  requirements.  You're sharing that supply chain.  But
19  that's oftentimes done, for example, in the automotive
20  industry, just with the Tier 1 suppliers.  That Tier 1
21  supplier may build the interior of a car.  But if that
22  Tier 3 or Tier 4 supplier that builds the door handle
23  doesn't know what that demand is and they can't be ready,
24  then in the end the Tier 1 supplier can't deliver.
25       So this is one of the challenges inherent in

ORCL 0122970
NDCA-ORCL 03304      24
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1      today's way of doing supply chain, and so there's a lot

2      of focus on having to resolve exceptions.

3             So -- okay.  So in the -- the way that it works

4      now is now in supply chain by doing it over the Internet

5      all that information can be driven by the advance

6      planning system, for example, within Oracle's

7      applications E-Business Suite fed into the supply chain

8      exchange, and then all of that can be fed out to not only

9      the Tier 1, but the Tier 3 suppliers as well.

10            Product development, interesting situation as

11     well.  In the sense that there -- in the supplier company

12     A and company B working together on a product all kinds

13     of information is exchanged.  Typically through e-mail,

14     through spreadsheets, through CAD/CAM documents, that

15     kind of thing.  And then there's all kinds of people

16     involved.  And what you do is you end up getting this

17     kind of approach to a very complicated issue.

18            In fact, in the automotive industry the CEO of

19     General Motors said in a conference I was recently at,

20     80 percent of their R & D costs go to change orders.  So

21     if you can build electronic collaboration where the

22     development of -- the manufacturer establishes the

23     project, sources suppliers and again integrates back into

24     the marketplace to identify suppliers if they don't know

25     who they are already or want to get a broader reach on

ORCL 0122971
NDCA-ORCL 033D5
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1  suppliers, and then collaboratively between the suppliers

2  and manufacturers to work together to build the product

3  online using Oracle's product and other products out

4  there, for example, PTC, that will run under Oracle, then

5  we really can take a lot of those product development

6  costs out.  And in the meantime executives can check the

7  progress.

8      Same thing in transportation.  The issue there

9  is now with the Internet in our transportation exchange,

10  then you can go out there and actually capture this

11  information that's needed about what products are being

12  produced, when they have to be delivered, and how can

13  they be done efficiently.  So we've done significant work

14  in that area as well.

15      So we have an integrated solution around -- in

16  our exchange space around the marketplace, supply chain,

17  transportation, and product development, and all

18  integrated together so that you can meet the needs of the

19  customer and that integrated with our E-Business Suite.

20      What does it do?  It provides tremendous

21  visibility and drives a lot of efficiency.

22      For example, allows developers to see the

23  suppliers in the marketplace.  Allows the supply chain to

24  see the sales demand.  Those kinds of things.  So it's

25  driven tremendous value for customers.  And that's going

ORCL 0122972
NDCA-ORCL 03306
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1      to be the differentiator for the exchanges out there.

2              It's not about the marketplace.  It's about the

3      businessplace.

4              Moving ahead.  Just on the technology side, for

5      example, within B to B there's three requirements.

6              One is around personalization.  So that

7      companies participating in these exchanges, for example,

8      can get personalized views of exchanges.

9              It's around integrating third-party software so

10     they can plug and play different software companies or

11     different products out there, because we recognize, for

12     example, Oracle's not going to be the answer to

13     everything.  And so we have to have that capability to

14     integrate.

15              And then also we have to provide that

16     performance, scaleability, reliable, security.

17              So those are the requirements that we're seeing

18     in the B to B space.

19              So what we've done is we have our Oracle

20     Exchange, for example, leveraging our 9ias product to

21     provide that portal technology so that customized portals

22     can be built.

23              9ias integration.  We can integrate third-party

24     applications and other value-added services.  And we can

25     leverage our database and our after service to provide

ORCL 0122973
NDCA-ORCL 03307     27
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    the performance and scaleability.

2            In the interest of time I'm going to skip over

3    this, but this is just an example of our portal.

4            In integration we're using XML standards,

5    OAG's XML standards.  Not Oracle's standards.  Not

6    proprietary to us, as you see with a number of our

7    competitors.  Industry standard where we've built the

8    integration and the XML gateways into our products.

9            And we have supplier integration kits out there,

10   for example, with SAP, JD Edwards, PeopleSoft.  So if

11   that's what suppliers or participants in these exchanges

12   are using in addition to the Oracle solution, we've built

13   the integration kits to support that as well.  All

14   leveraging open standards.

15           With our database, it's 9i -- I'm sorry.  It's

16   8i data base.  It's a terrific product.  As one of my

17   sales reps said the other day, "9i, I thought 8i was

18   everything."  But we found things that we can do in our

19   database to make it even better and faster, and we've

20   done that.

21           Oracle 9i Application Server is one of the

22   reasons why we have the challenge out there for IBM, DEA,

23   Microsoft that we'll bet a million dollars that we can

24   make a company's Web site run faster than what they have

25   today if they're using any of those products.

ORCL 0122974
NDCA-ORCL 03308
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

28

1    We have the confidence because of the
2  technology.  For example, caching capability technology
3  that we've built into our database and our after-server
4  to really drive speed.
5    So B to B -- I apologize for going through this
6  so quickly.  Yesterday it was transactional.  It was
7  around marketplaces.  It drives millions of dollars of
8  savings.  Today we're seeing that it's much more around
9  collaborative businessplaces which are driving billion
10  dollars of saving.  And that's it.
11    Q    Sandy, I'm curious about this new sales
12  forecasting you have, how that's working.
13    A    It's working great.
14    Q    As you get together every week and sort of roll
15  up your numbers, the economy -- what's the sense, what
16  are you hearing from the field in terms of how -- the
17  economy and sales cycles, anything changing there?
18    A    We're actually -- I guess I'd start out by
19  saying that our pipelines are -- at application and
20  database have never been stronger.  And that continues to
21  be the case.  They evolve over time as they do in any
22  corridor.  In some cases they're growing.  In some cases
23  it may be deals moving to the next quarter.
24    But interestingly, one of the things we're not
25  seeing is very few deals that actually fall out.  They're

REASON REPORTING

ORCL 0122975

NDCA-ORCL 03309

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

29

1    either staying in the quarter, a few might be moving to
2    next quarter. We're interestingly seeing -- not a
3    dilemma, but two different paths being taken by
4    companies.
5         We're seeing some companies out there with the
6    economy that are doing -- taking more due diligence or
7    doing more due diligence in making their selection, which
8    in the end can slow down the buy cycle.
9         But we're also seeing other companies out there
10   because of the economy, knowing the competition isn't
11   going away, that see the power of leveraging the Internet
12   that are actually accelerating their decisions around
13   applications.
14        I was with a company that they were going -- it
15   was going to be our Q4, March, April, May time frame is
16   when we had them targeted for making a decision. I met
17   with the COO. They want to do it in February. The COO
18   brought his entire management team out to Oracle. We
19   spent two days together helping them understand what we
20   had. And that deal happened this month and it would have
21   happened two to three months later.
22        Q    Why don't we try one or two questions if there
23   are from the audience and there's a break out at 1:30 in
24   the Fiesta 3 room. Research reports in the back of the
25   room.

ORCL 0122976
NDCA-ORCL 03310
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

30



1       Any quick questions?

2         Sandy, Stephanie, thanks so much.

3   A     Thank you.   Thank you, everybody.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REASON REPORTING

ORCL 0122977
NDCA-ORCL 03311    31
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

# EXHIBIT 25

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION.
 7           Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9
10   ALL ACTIONS.
11   _____/
12
13             ---o0o---
14            CONFIDENTIAL
15   DEPOSITION OF LAWRENCE ELLISON
16             VOLUME I
17       THURSDAY, JULY 13, 2006
18             ---o0o---
19
20   SHEILA CHASE & ASSOCIATES
         REPORTING FOR:
21      LiveNote World Service
        221 Main Street, Suite 1250
22   San Francisco, California 94105
         Phone: (415) 321-2311
23           Fax: (415) 321-2301
24   Reported by:
     DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

2

```
 1            I N D E X
 2        INDEX OF EXAMINATION
 3                       PAGE
 4   EXAMINATION BY MR. SOLOMON        12
 5
 6
 7             ---o0o---
 8        INDEX OF EXHIBITS
 9   EXHIBIT     DESCRIPTION        PAGE
10   Exhibit 1   E-mail from Stephanie Aas,
11       dated March 31, 2000 to Jeff
12       Henley              17
13   Exhibit 2   E-mail from Ka Wai Leung,
14       dated May 24, 2000 to
15       snaroff@apple.com        20
16   Exhibit 3   E-mail from Jay Nussbaum, sent
17       July 20, 2000 to John Wheeler   22
18   Exhibit 4   E-mail from Sandy Sanderson,
19       dated July 30, 2000 to George
20       Roberts              26
21   Exhibit 5   E-mail dated August 11, 2000 to
22       Sandy Sanderson from Vincent
23       Bodsworth            32
24
25
```

3

```
 1   Exhibit 6   One-page document, first line
 2       indicating in part:  In
 3       August of 1998 we signed a $10
 4       million dollar agreement     40
 5   Exhibit 7   Two-page document, first line
 6       indicating in part:  In August
 7       of 1998 we signed a $10 million
 8       dollar agreement          42
 9   Exhibit 8   One-page document, first line
10       indicating:  See keith
11       block's comments re:  11i
12       training and product quality.   43
13   Exhibit 9   E-mail from Frank Varasano,
14       dated October 11, 2000 to
15       ron.wohl@oracle.com        45
16   Exhibit 10  Two-page document, Subject:
17       BellSouth              56
18   Exhibit 11  E-mail from John Fikany, sent
19       October 19, 2000 to Tom, Frank
20       Varasano, Sandy Sanderson...     60
21   Exhibit 12  One-page document, first line
22       indicating:  For tomorrow with
23       Karen              66
24
25
```

4

```
 1   Exhibit 13  E-mail from Safra A. Catz,
 2       dated November 30, 2000
 3       to Thomas Williams       67
 4   Exhibit 14  E-mail from Ron Wohl, dated
 5       December 12, 2000 to
 6       Kevin Miller            69
 7   Exhibit 15  E-mail from Safra A. Catz,
 8       dated January 2, 2001 to
 9       Wohl,Ronald            73
10   Exhibit 16  E-mail from Cliff Godwin,
11       dated January 3, 2001 to
12       Sanders,Roger          77
13   Exhibit 17  E-mail from Safra A. Catz, sent
14       January 5, 2001 to Carolyn
15       Balkenhol            79
16   Exhibit 18  E-mail from Cliff Godwin, dated
17       January 10, 2001 to
18       Huda,Andrew            83
19   Exhibit 19  E-mail from Gayle Fitzpatrick,
20       sent January 12, 2001 to James
21       McHugh              85
22   Exhibit 20  E-mail from Lawrence Ellison,
23       dated August 5, 2000 to Safra A.
24       Catz              89
25
```

5

1  Exhibit 21  E-mail from Jeff Henley, dated
2     September 6, 2000 to
3     saas@us.oracle.com    99
4  Exhibit 22  E-mail from Jeff Henley, dated
5     September 14, 2000 to jminton  102
6  Exhibit 23  E-mail from Jay Nussbaum,
7     dated October 10, 2000 to
8     Police    102
9  Exhibit 24  E-mail from Michael Rocha,
10     dated October 12, 2000 to
11     larry.ellison@oracle.com    112
12  Exhibit 25  E-mail from Sandy Sanderson,
13     dated October 12, 2000 to
14     Larry Ellison    116
15  Exhibit 26  FY 02 Consulting Budget Review
16     April 3, 2001    118
17  Exhibit 27  E-mail from Joel Summers,
18     dated November 8, 2000 to
19     Larsen,Kurt    121
20  Exhibit 28  E-mail from Jennifer Minton,
21     dated November 16, 2000 to
22     Williams,Thomas    126
23  Exhibit 29  2000 Annual Report entitled:
24     Oracle Software Powers the Internet  129
25

7

1  Exhibit 39  E-mail from Safra A. Catz,
2     dated January 16, 2001 to
3     Ellison,Lawrence    168
4  Exhibit 40  E-mail from Safra A. Catz,
5     dated January 23, 2001 to
6     HQAPP    169
7  Exhibit 41  E-mail from Ron Wohl, dated
8     January 21, 2001 to
9     Sergio Giacoletto    171
10  Exhibit 42  E-mail from Lawrence J. Ellison,
11     dated January 27, 2001 to
12     Lawrence J. Ellison    177
13  Exhibit 43  E-mail from Safra A. Catz,
14     dated January 29, 2001 to
15     Ellison,Lawrence    182
16  Exhibit 44  E-mail from Safra A. Catz,
17     dated January 30, 2001 to
18     Ellison,Lawrence    186
19  Exhibit 45  E-mail from Ron Wohl, dated
20     January 31, 2001 to
21     Ellison,Lawrence    192
22  Exhibit 46  E-mail from Michael DeCesare,
23     dated November 28, 2000 to
24     Ellison,Lawrence    195
25

6

1  Exhibit 30  E-mail from Ron Wohl, dated
2     December 4, 2000 to Kirsten,Shaw  134
3  Exhibit 31  E-mail from Jay Nussbaum,
4     sent December 7, 2000 to
5     dafreedman@bellsouthips.com  138
6  Exhibit 32  E-mail from Sergio Giacoletto,
7     dated December 9, 2000 to
8     Lawrence J. Ellison    141
9  Exhibit 33  E-mail from Ron Wohl, dated
10     December 16, 2000 to
11     Kshaw@oracle.com    144
12  Exhibit 34  E-mail from Ami Vora, dated
13     January 5, 2001 to Lowry Fenton  149
14  Exhibit 35  E-mail from Safra A. Catz, dated
15     January 9, 2001, cc to
16     Ellison,Lawrence    156
17  Exhibit 36  E-mail from Ron Wohl, dated
18     January 9, 2001 to
19     Shaw.Kirsten    159
20  Exhibit 37  E-mail from Safra A. Catz,
21     dated January 9, 2001 to
22     Ellison,Lawrence    163
23  Exhibit 38  E-mail from Rebecca Enonchong,
24     dated January 11, 2001 to
25     Kirsten Shaw    166

8

1  Exhibit 47  E-mail from Ron Wohl, dated
2     February 6, 2001 to
3     Ellison,Lawrence    208
4  Exhibit 48  E-mail from Jeff Henley,
5     sent February 7, 2001 to
6     Renee Knee    211
7  Exhibit 49  Two-page document, second page
8     being an e-mail from Ron
9     Wohl, dated February 8, 2001
10     to Ellison,Lawrence    214
11  Exhibit 50  E-mail from Jeff Henley,
12     dated February 19, 2001 to
13     Jennifer Minton    219
14  Exhibit 51  E-mail from Lawrence J. Ellison,
15     dated March 8, 2001 to
16     Catz.Safra    223
17
18
19
20
21
22
23
24
25

Ellison, Lawrence (Confidential)  7/13/2006  9:33:00 AM

9

1     BE IT REMEMBERED that on Thursday, July 13,
2   2006, commencing at the hour of 9:33 a.m., thereof, at
3   the LAW OFFICES OF LERACH, COUGHLIN, STOIA, GELLAR,
4   RUDMAN & ROBBINS, LLP, 100 Pine Street, Suite 2600,
5   San Francisco, California, before me, DIANA NOBRIGA, a
6   Certified Shorthand Reporter in and for the State of
7   California, personally appeared
8           LAWRENCE ELLISON,
9   as a witness by the plaintiffs herein, who, being by me
10  first duly sworn, was thereupon examined and testified
11  as hereinafter set forth.
12
13             ---oOo---
14
15  Appearing as counsel on behalf of the Plaintiffs:
16      MARK SOLOMON, ESQUIRE
        STACY KAPLAN, ESQUIRE
17      VALERIE McLAUGHLIN, ESQUIRE
        LERACH, COUGHLIN, STOIA, GELLAR,
18      RUDMAN & ROBBINS
        655 West Broadway, Suite 1900
19      San Diego, CA 92101-3301
        marks@lerachlaw.com
20
        SHAWN A. WILLIAMS, ESQUIRE
21      ELI GREENSTEIN, ESQUIRE
        JENNIE LEE ANDERSON, ESQUIRE
22      LERACH, COUGHLIN, STOIA, GELLAR,
        RUDMAN & ROBBINS
23      100 Pine Street, Suite 2600
        San Francisco, CA 94111
24      Shawnw@lerachlaw.com
25

10

1   Appearing as counsel on behalf of Defendants:
2       GREGORY P. LINDSTROM, ESQUIRE
        LATHAM & WATKINS
3       505 Montgomery Street, Suite 2000
        San Francisco, CA 94111-2562
4       gregory.lindstrom@lw.com
5       PATRICK E. GIBBS, ESQUIRE
        LATHAM & WATKINS
6       140 Scott Drive
        Menlo Park, CA 94025-1008
7       patrick.gibbs@lw.com
8
9   Present via Internet:  Keith Mautner, Esq.;  Doug
10  Lerach, Esq.; Doug Britton, Esq.; John Mayer, Esq.;
11  Monique Winkler, Esq.
12
13  Also Present:  Dorian Daley, Esq., Oracle;
14  James Terrell, Videographer
15
16
17
18
19
20
21
22
23
24
25

11

1       VIDEOGRAPHER:  This begins the videotaped
2   deposition of Larry Ellison, tape one, Volume I, in the
3   matter entitled:  In Re Oracle Corporation Securities
4   Litigation, as filed in the United States District Court
5   for the Northern District of California, Master File
6   No. C-01-0988-MJJ, today's date is July 13, 2006.  The
7   time on the video monitor is 9:33.  The video operator
8   today is James Terrell representing LiveNote World
9   Service, located at 221 Main Street, Suite 1250 in
10  San Francisco, California 94105.  The phone number is
11  415 321-2300.  The court reporter is Diana Nobriga of
12  Sheila Chase and Associates, reporting on behalf of
13  LiveNote World Service.
14      Today's deposition is being taken on behalf of
15  plaintiffs and is taking place at 100 Pine Street in
16  San Francisco, California.  Would counsel now please
17  introduce yourselves and whom you represent.
18      MR. SOLOMON:  Mark Solomon of Lerach,
19  Coughlin, representing plaintiffs.
20      MS. KAPLAN:  Stacy Kaplan of Lerach, Coughlin,
21  representing plaintiffs.
22      MS. McLAUGHLIN:  Valerie McLaughlin, Lerach,
23  Coughlin, representing plaintiffs.
24      MR. WILLIAMS:  Shawn Williams, Lerach,
25  Coughlin, representing plaintiffs.

12

1       MS. ANDERSON:  Jennie Lee Anderson, Lerach,
2   Coughlin, representing plaintiffs.
3       MR. GREENSTEIN:  Eli Greenstein, Lerach,
4   Coughlin, representing plaintiffs.
5       MR. LINDSTROM:  Greg Lindstrom, Latham and
6   Watkins, representing the defendants and the witness.
7       MR. GIBBS:  Patrick Gibbs, Latham and Watkins,
8   representing the defendants and witness.
9       MS. DALEY:  Dorian Daley, Oracle, representing
10  the witness.
11      VIDEOGRAPHER:  You may swear in the witness.
12          LAWRENCE ELLISON,
13  having been duly sworn, testified as follows:
14          EXAMINATION BY MR. SOLOMON
15      MR. SOLOMON:  Q.  Good morning, Mr. Ellison.
16      A.  Good morning.
17      Q.  You know you're here to give your deposition
18  today in a securities class action?
19      A.  I do.
20      Q.  And you've had your deposition taken many
21  times in the past?
22      A.  I have.
23      Q.  And you've actually given testimony at trial
24  on occasion in the past, too; is that correct?
25      A.  I have.

13

1    Q.  So you're familiar with these proceedings?
2    A.  I am.
3    Q.  Okay.  Are you prepared for your deposition
4  today?
5    A.  I think so.
6    Q.  Did you -- first of all I want to break down
7  the preparation.  In terms of preparation not involving
8  your lawyers, how did you prepare?
9    A.  I didn't.
10    Q.  Okay.  And in terms of preparation involving
11  your lawyers, did you meet with your lawyers?
12    A.  I did.
13    Q.  When did you meet with them?
14    A.  Yesterday.
15    Q.  How long did you meet with them for?
16    A.  Pardon me?
17    Q.  How long did you meet with them for?
18    A.  Four or five hours.
19    Q.  Okay.  And did you review some documents?
20    A.  I did.
21    Q.  Did those documents help refresh your
22  recollection?
23    A.  They did.
24    Q.  And as to what topics did they help you
25  refresh your recollection?

14

1    A.  The topics around the time period in late
2  2000, earlier 2001.
3    Q.  Did you read the -- have you ever read the
4  complaint in this matter?
5    A.  I have not.
6    Q.  Do you have an understanding what this action
7  is about?
8    A.  A general understanding, yes.
9    Q.  What is that understanding?
10    A.  That we missed our quarter in Q3 of fiscal
11  2001, and people -- the complaint was we -- I think the
12  complaint said we knew we were going to miss it.
13    Q.  Do you have any understanding of any other
14  allegations other than missing Q3?
15    A.  No.
16    Q.  You met with your lawyers yesterday for four
17  or five hours.  And did you meet with them this morning
18  as well?
19    A.  Just when I stepped out this moment.
20    Q.  Okay.  And I guess just before we start, just
21  for the record, I know you came in a little bit late,
22  and it is understandable given the traffic.  We're
23  entitled to 14 hours of deposition time, I'm not sure if
24  we need it all.  We're certainly entitled to it.  We're
25  going to finish at 5:00 today.  To the extent that I

15

1  need the extra time I lost this morning, that will
2  happen on some subsequent occasion.  Do you understand
3  that?
4    A.  I do.
5    MR. LINDSTROM:  That's fine, counsel.  And
6  also I offered to Shawn, and I will offer to you, we'll
7  try and take a shorter lunch break than we would
8  otherwise to try and make up the half hour we lost.
9    MR. SOLOMON:  Totally appreciate that.
10    Q.  Now, is it part of your understanding of this
11  case that your sales of Oracle stock are involved?
12    A.  Yes, generally.
13    Q.  Because in the last week of January 2001, it's
14  true that you exercised options and sold stock to the
15  tune of around $894 million?
16    A.  That is not correct.
17    Q.  Tell me what's correct.
18    A.  Throughout the month of January.  I believe I
19  sold throughout the month of January.  Wasn't a one-week
20  period.
21    Q.  You started at the beginning of January and
22  ended at the end?
23    A.  I believe so.
24    Q.  And you're aware, are you not, that there is a
25  prohibition on trading stock as an executive of a

16

1  publicly traded corporation if you have in your
2  possession material knowledge that's not available to
3  the general public?  Are you aware of that?
4    MR. LINDSTROM:  Objection to the extent it
5  calls for a legal conclusion.  He may answer according
6  to his lay understanding.
7    MR. SOLOMON:  Q.  Go ahead.
8    A.  Yes.
9    Q.  And it's your defense, is it, or is it part of
10  your defense that when you traded your stock throughout
11  the month of January, you didn't have in your possession
12  material facts that the investing public didn't have?
13    MR. LINDSTROM:  Same objection.
14    You may answer according to your understanding
15  of material and the other legal aspects that were
16  inherent in that question.
17    THE WITNESS:  I thought we were in a very
18  strong position to make our number.
19    MR. SOLOMON:  Q.  So is the answer to the
20  question, yes, you know you were not in possession of
21  material information the investing public didn't have,
22  or you were?
23    MR. LINDSTROM:  Same objection.
24    THE WITNESS:  I wasn't in possession of any
25  material information that would make it seem like we

Ellison, Lawrence (Confidential) 7/13/2006 9:33:00 AM

17

1 would miss our quarter. We had signed the largest deal
2 in our history early in the quarter. I don't think that
3 was generally available. So the information I had was
4 that we were off to a very, very strong start.
5 MR. SOLOMON: Q. So you would say you weren't
6 in possession of any material adverse information?
7 A. That's correct.
8 Q. Is that fair?
9 A. That's correct.
10 MR. SOLOMON: I want to take you through some
11 documents, Mr. Ellison. Have marked as Ellison
12 Exhibit 1 a document produced by defendants in this
13 action, with a Bates range NDCA-ORCL -- I won't mention
14 the pretext in the future, I'll just mention the
15 numbers -- 031608 though 09.
16 (Exhibit 1 marked for
17 identification.)
18 MR. SOLOMON: Q. And if you take a chance to
19 look at it, it is dated Friday, March 31st, 2000, and it
20 is an e-mail exchange involving Stephanie Aas and Jeff
21 Henley. Once you've had a chance to look at it, just
22 let me know.
23 A. Okay.
24 Q. First, have you seen this e-mail exchange
25 before?

18

1 A. I don't recall.
2 Q. Okay. On the first page, almost halfway down
3 where it says, "Jeff Henley wrote: Larry now says that
4 Mark was wrong and that all of CRM will be available end
5 of May," do you see that?
6 A. I do.
7 Q. Do you know if that refers to you, Larry
8 Ellison?
9 A. I would be guessing, but I'm guessing, yes.
10 Q. And do you know who the Mark is referenced
11 there?
12 A. Again, I assume it is Mark Barrenechea.
13 Q. And do you recall an incident that's reflected
14 here where you were saying that Mark was wrong, as
15 stated in that sentence?
16 A. I don't recall.
17 Q. Okay. If we go to the first sentence, it
18 reads -- the first two sentences, "Yesterday I worked
19 with marketing and Gary to provide Larry with all the
20 facts before he made that decision. It is unfortunate
21 because all the major audiences, industry analysts,
22 financial analysts/investors, partners, OAUG board,
23 already know about the delay."
24 Do you see that?
25 A. I do.

19

1 Q. Does that reference the delay in bringing the
2 suite 11i to market?
3 MR. LINDSTROM: Objection; no foundation,
4 calls for speculation.
5 MR. SOLOMON: Q. If you know.
6 A. I don't know.
7 Q. Okay. And where it says, "We will lose even
8 more credibility if we go back on what is already out on
9 the market," do you have an understanding what that
10 refers to?
11 A. In a general sense, yes.
12 Q. What is your general sense?
13 A. Well, when you say one thing and something
14 else happens, you lose credibility.
15 Q. Okay. Did you experience a loss of
16 credibility in this situation, do you know?
17 MR. LINDSTROM: Objection; no foundation.
18 THE WITNESS: Again, I'm not -- I'm not quite
19 sure what she's referring to, so ...
20 MR. SOLOMON: Okay.
21 THE WITNESS: She's --
22 MR. LINDSTROM: Don't speculate.
23 THE WITNESS: I'm just saying she's an
24 investor relations analyst.
25 MR. SOLOMON: Q. When you say she?

20

1 A. Stephanie Aas.
2 Q. Do you work closely with her?
3 A. No.
4 Q. In those days did you?
5 A. No.
6 MR. SOLOMON: I'll have marked as Ellison 2
7 another document produced in this litigation with the
8 Bates number 019152, dated Wednesday, May 24th, 2000.
9 (Exhibit 2 marked for
10 identification.)
11 MR. SOLOMON: Q. And again, if you just take
12 a chance to look at it. And while you're looking at it,
13 this is an e-mail from Ka, K-a, Wai, W-a-i, Leung,
14 L-e-u-n-g, to S-n-a-r-o-f-f and to Joe Bishop, and it
15 copies Peri Frantz. Have you seen this before?
16 A. I have not.
17 Q. It starts with, "Hi, Sohaib updated Larry on
18 the latest status. He is glad that things are
19 progressing well and wants to be informed on program
20 status. He expressed concerns about the performance
21 issue as expected and its impact on customer perception
22 of Apps 11i on Apple."
23 Do you see that?
24 A. I do.
25 Q. Do you recall -- first of all, do you believe

21

1   this refers to you, Larry Ellison?
2       A.   I believe so.
3       Q.   And do you recall being concerned about the
4   performance issues reflected here?
5       A.   On the Apple Computer?
6       Q.   With respect to Apps 11i on Apple, yes.
7       A.   Apple is a very, very small market, and to
8   make -- our software is primarily designed to work on
9   PCs.  And to make it work on Apple, we had to have a
10  Java virtual machine that performed on Apple
11  effectively, approximately the same performance that it
12  performs on a PC.
13          The Java virtual machine is not built by us,
14  it is built by Sun Computer or other companies.  And we
15  had gone back to Sun and asked for several performance
16  fixes and several fixes to make it work on Apple.
17          And the general concern was us getting that
18  Java virtual machine to work on Apple and getting the
19  Sun fixes in a reasonable time frame.
20      Q.   Second paragraph goes on to say, "The big risk
21  is" -- in part, I should say, "The big risk is that we
22  do a big public splash and the performance fix does not
23  appear in July.  We hope this scenario does not happen,
24  but we're also dealing with future code that hasn't been
25  verified yet."

22

1       Do you see that?
2       A.   I do.
3       Q.   Do you understand what that's referring to?
4       A.   Again, about less than one percent of our
5   customers or users are on Apple machines.  However, a
6   few universities and Apple themselves, who was a
7   prospect at the time, are important customers.  So we
8   were concerned that if the Java virtual machine bugs
9   were not fixed, there was nothing we could do within our
10  power to make our application perform adequately on
11  Apple, and we were concerned.
12      Q.   Was this an issue that would have an impact on
13  Oracle's credibility, in your view?
14      A.   Among Apple customers, among those industries
15  that used Apple computers, sure.
16      MR. SOLOMON:  I've marked as the next
17  exhibit documents produced by defendants, Bates range
18  150893 to 895.
19          (Exhibit 3 marked for
20          identification.)
21      MR. SOLOMON:  Q.  While you are looking at it,
22  this is another e-mail exchange, and involved in these
23  exchanges are, apparently, John Wheeler, Kevin Summers,
24  Izecher, Mark Barrenechea, and Jay Nussbaum.
25  And when you've had a chance to look at it, the question

23

1   will be have you seen it before?
2       MR. LINDSTROM:  Take your time to review the
3   entire document.
4       THE WITNESS:  I will.
5       Okay.
6       MR. SOLOMON:  Q.  Have you seen it before?
7       A.   I have not.
8       Q.   Are you familiar with BellSouth?
9       A.   Yes, I am.
10      Q.   And are you familiar with the BellSouth
11  implementation of 11i in 2000/2001?
12      A.   Yes.
13      Q.   And if you go to the second page of the
14  document, you'll see that down towards the bottom of the
15  page there is a subject line, "Testing," dated Friday,
16  7th of July.  The first line saying, "The testing is not
17  going well at this time, which is a disappointment to
18  everyone involved."
19          Do you see that?
20      A.   I do.
21      Q.   Do you have an understanding what the testing
22  is referring to?
23      A.   Yes.  There was a large project, huge
24  consulting effort combined with some new software from
25  Oracle Corporation to automate a system at BellSouth.

24

1   And there was a huge amount of custom code combined with
2   a brand new product from Oracle, and it wasn't
3   delivering the functionality that BellSouth had
4   expected.
5       Q.   Were you aware around Friday, 7th of July, I
6   say around, that the testing was not going well at
7   BellSouth?
8       A.   I certainly came to be aware that things did
9   not go well at BellSouth.  There were lots of meetings,
10  but I can't pinpoint the date of when I first became
11  aware of the problems.
12      Q.   Okay.  And if you go to the first page of the
13  document, you'll see that a third of the way, nearly
14  half the way down in the e-mail exchange it says, "Will
15  let you know if Friday is in jeopardy, if so, you will
16  need to get Ellison involved to fly cover."
17          Do you see that?
18      A.   I do.
19      Q.   Do you have an understanding what that means,
20  "You need to get Ellison involved to fly cover"?
21      A.   I'm not sure.  I would be guessing.
22      Q.   Okay.  Did you get involved in response to
23  this e-mail, do you know?
24      A.   I don't think in response to this e-mail.  I
25  subsequently -- I met with BellSouth about this project.

25

1 But I have no idea if it was in response to this e-mail
2 or the exact date I met with them.
3    Q.   Okay.  Do you know if it was in July of 2000?
4    A.   I do not.
5    Q.   And then just ahead of that, the first line of
6 that e-mail, "The pressure is building, we are due to
7 turn over the system this Friday for the system testing
8 to start."
9        Do you know what system testing is being
10 referred to there?
11   A.   Yes.
12   Q.   What is that?
13   A.   It was the combination -- again we had large
14 consulting projects, the consultants had written a great
15 deal of code, and we had a new Oracle software product.
16 And the combination of those, the consulting code and
17 the Oracle product, they began to run the BellSouth data
18 through that code.
19   Q.   In preparing for this deposition, did you see
20 any documents relating to BellSouth that refreshed your
21 recollection?
22   A.   I don't recall.
23   MR. LINDSTROM:  You've answered the question.
24   MR. SOLOMON:  Q.   If I just measure on the
25 desk, how many documents did you look at?

26

1    A.   An inch.
2    MR. SOLOMON:  Have marked as the next exhibit
3 a document produced by Oracle with the Bates numbers
4 101654 to 656.
5            (Exhibit 4 marked for
6             identification.)
7    MR. SOLOMON:  Q.   Again, once you had a chance
8 to look at it, the question is going to be, have you
9 seen it before?
10   A.   I have not seen it before.
11   Q.   I want to go to the second page, first of all.
12 And you'll see there is an e-mail exchange there at the
13 top, it's to Safra Catz, Edward Sanderson, Ron Wohl and
14 Mark Barrenechea from George Roberts.  And it says, "We
15 are having challenges with the 11i demo system that is
16 costing us Q1 business."  I think it is supposed to say
17 "are," but it seems to say, "Ro are aware."  Do you know
18 what that means, by the way?
19   A.   The R-o?
20   Q.   Yes.
21   A.   No.
22   Q.   "-- are aware of this and working the issues
23 but I believe we should have calls weekly/b to track the
24 progress on this like we do forecasts because of how
25 crucial it is to" -- then it says "s" -- I think we

27

1 missed some lines here -- "e-Business suite story."
2        Do you see that?
3    A.   Yes.
4    Q.   Were you aware around July of 2000 of
5 challenges with the 11i demo system that was costing you
6 Q1 business?
7    A.   I was certainly aware that the demonstration
8 system was sometimes months behind the actual product,
9 and because 11i was relatively new, we didn't have as
10 comprehensive set of demos for it as we did some of the
11 older products.  That is not an uncommon situation, when
12 we come up with a new product it takes a while to
13 actually build the sales-oriented demonstrations for
14 that product.
15   Q.   Do you know whether there were the calls
16 weekly or biweekly to track the progress as suggested
17 here?
18   A.   I assume there were.  I don't know it to be a
19 fact.
20   Q.   You weren't involved, as far as you know?
21   A.   I was not.
22   Q.   And then under the first page, it's an e-mail
23 from Kevin Glynn to Sandy Sanderson.  Do you know who
24 Kevin Glynn is?
25   A.   I do not.

28

1    Q.   You do know who Sandy Sanderson is?
2    A.   Yes.
3    Q.   It starts off saying, "Yes, we have several
4 demo challenges.  ADS does not complete their build out
5 of" -- this is a little bit frustrating, because I think
6 we're missing some of the print.  Do you think it is
7 possible -- is this the way it was produced?
8        We'll sort of muddle our way through a little
9 bit, but, counsel, apparently this is how this was
10 produced.  If it is possible to produce a legible copy
11 with more detail on the right-hand side, that would be
12 helpful.
13   MR. LINDSTROM:  We'll take your request under
14 advisement.
15   MR. SOLOMON:  Q.   So it says, "Yes, we have
16 several demo challenges.  ADS does not complete their
17 build out of new -- something -- after product is
18 released or close to release.  This means they are
19 always behind."
20       Then it goes on to say, "Specifically, Order
21 Management performance has been poor.  ADS believes this
22 has been resolved in -- something -- week."
23       Then 2 is, "Lack of data in CRM."  Then
24 language about that.
25       And 3 is, "Lack of stable integrated

29

1  instance."
2      It goes on to say, "To the best of my
3  knowledge we have only one" -- I think that would say
4  "instance," I don't know -- "development that is an
5  integrated version of CRM and ERP," and more language.
6  "4 - Lack of data in emerging modules such as APS."
7      Goes on to say, "This is also causing us
8  delivery problems. Clients install Vision first to
9  learn," then there is some more language.
10     Just with respect to those sort of bullet type
11 points, were you aware of those issues around July of
12 2000?
13         MR. LINDSTROM: Objection; compound.
14         MR. SOLOMON: Q.  Just because of that
15 objection, let's take it one at a time.
16     A.  Okay.
17     Q.  So, were you aware, first of all, of several
18 demo challenges in the first line?
19     A.  I'll probably get in trouble for doing this,
20 but I can help you interpret the second page.
21     The "RO" was Ron Wohl, and probably Mark
22 Barrenechea you're probably missing, that was Ron was
23 aware of it.
24     The first paragraph on the front page was
25 referring to the fact that the demo system was not

30

1  keeping up to date with the actual production code.  So
2  the development teams released production code.  That
3  code has to be taken into the demo system, then data has
4  to be supplied in the demonstration system to complete
5  the demo.  Sometimes the demonstration system was months
6  behind the actual product release.
7      Q.  Okay.
8      A.  Which was a problem, because we're demoing one
9  thing, we're demoing older code, which is not something
10 we really wanted to do.  Because we wanted to show them
11 our latest and best stuff.  So the salespeople weren't
12 happy about that.
13     And the rest -- the rest of the memo is
14 referring to the problems associated not with the
15 product, but the problems associated with demoing and
16 selling the product.
17     So the demo systems, we have a bunch of
18 servers that are available to the sales force to show
19 prospective clients what our product can do.  And if it
20 doesn't have the latest version of the software, if it
21 doesn't have what we refer to as a Vision database,
22 doesn't have example data or demonstration data, it is
23 that much harder to sell the product, to demonstrate and
24 sell the product.  And the general -- there is that
25 general concern.

31

1      And the final concern was sometimes in an
2  implementation customers who had then decided to buy the
3  product would begin to familiarize themselves, train
4  themselves on the product by using the demonstration
5  system with the synthetic data.
6      So all of those issues are raised in this
7  memo.  Also, that there aren't enough servers, there
8  aren't enough what are called instances to do
9  demonstrations.  So if I'm -- if I'm one of the
10 salespeople and I'm doing a demonstration, I reserve a
11 server for myself, and we literally have thousands of
12 salespeople, and if we don't have enough what are called
13 demo instances or servers, they end up having to queue
14 up and take turns or wait to be able to do a demo.
15 Again, all of these things are --
16     Q.  Okay.  So in reaction to these demo issues,
17 what, if anything, did you do?
18     A.  I believe, you know, I asked our people -- you
19 know, again, there is not a lot I could do directly.  I
20 mean, indirectly our development organization worked
21 hard at finishing the demos.  But it's a project.  First
22 thing -- it is a linear process.  The first thing you
23 have to do is build the production code, you have to
24 move it over to the demonstration system.  You had to go
25 ahead and build -- create the synthetic data, test the

32

1  demonstration, build it.  So it is a separate
2  development process in itself.  It is building the code
3  and then building the demo.  So one was likely to trail
4  the other by some amount of time.
5      Q.  Is it your testimony that, in fact, the 11i
6  product or modules that you were developing at this time
7  were, in fact, superior to what was being tested?
8          MR. LINDSTROM: Demoed?
9          MR. SOLOMON: Q.  Yes.
10     A.  They were -- absolutely.  It was newer, it was
11 later.  Later code, right.
12     Q.  You were demoing the wrong product?
13     A.  They were demoing an older version, demoing an
14 older version.
15         MR. SOLOMON: Mark as the next exhibit a
16 document produced by Oracle, Bates number 013665 to 668.
17         (Exhibit 5 marked for
18          identification.)
19         MR. SOLOMON: Q.  And while you're looking at
20 it, this is an e-mail exchange or e-mail exchanges
21 involving Vincent Bodsworth, Sandy Sanderson and Ron
22 Wohl -- Wohl, excuse me.  Dated August 11, 2000.  And
23 attached at the third page is a letter from Kyeong-Ryul,
24 Ryoo, K-y-e-o-n-g-R-y-u-l, R-y-o-o, to Larry Ellison.
25 And attached to that is a schedule, it would appear,

33

1 entitled, "POSCO Critical Issues List."
2 Have you seen -- first of all, have you seen
3 each of these e-mails before? When I say each, I'm
4 looking at the first page. The second page doesn't seem
5 to be containing any real information. So the first
6 e-mail exchange followed by the next two pages.
7 A. I think, again, I'm not certain, I think these
8 are attachments to the same e-mail. So these are
9 documents that were attached to the e-mail.
10 Q. Have you seen them before?
11 A. I don't believe so.
12 MR. LINDSTROM: Objection; compound. Are you
13 referring to the collection that's been marked Exhibit 5
14 or some subset?
15 MR. SOLOMON: I'm now asking about these four
16 pages, has he seen them before.
17 MR. LINDSTROM: Together?
18 MR. SOLOMON: Yes.
19 THE WITNESS: I don't recall.
20 MR. SOLOMON: Q. Let's go to the second two
21 pages, 13667 and 68.
22 So we're looking at the letter from Ryoo to
23 you. Have you seen that before? I'm looking at 13667.
24 A. I don't recall.
25 Q. Okay. Do you know what POSCO, P-O-S-C-O, is?

34

1 A. I certainly do.
2 Q. And what is it?
3 A. They are one of the world's largest and most
4 profitable steel companies located in Korea.
5 Q. He starts off, "Dear Mr. Ellison, I am the CIO
6 of POSCO, the world's largest steel producer based in
7 Korea, and we are actively engaged in implementing
8 Oracle Applications Release 11i."
9 He then references that he's writing to you
10 because Ray Lane has left.
11 Then goes on in the third paragraph to say,
12 "Ray was the Executive Sponsor for our Release 11i
13 implementation project and his departure has left a gap
14 which is now having an impact on this project."
15 Stopping there, do you recall around August of
16 2000 the fact Mr. Lane had left had created a gap with
17 respect to POSCO?
18 A. Ray was the executive sponsor for POSCO, our
19 senior contact, and that contact was then transitioned
20 to a combination of Ron Wohl and me.
21 Q. And so were you aware in August there was a
22 gap, as referred to here?
23 A. That the transition --
24 Q. Yes.
25 A. I'm not sure there was a gap. When Ray left,

35

1 we decided to -- you know, I decided to become an
2 executive sponsor to POSCO, combined with Ron Wohl. I'm
3 not sure we had gone through the formal process that is
4 required in the Korean culture to make that transition.
5 Q. All right. I'm looking at the fourth
6 paragraph. "In this project we are implementing over 50
7 modules of Oracle Applications Release 11i in an 18
8 month time frame with a go live date of July 2001. The
9 project is the largest one in POSCO's 30-year history,
10 involving over 1,170 people in this development stage
11 alone. At present we are in the stage of building a
12 complete enterprise prototype with a target completion
13 date of September this year. Unfortunately the number
14 of issues we have encountered with the product and the
15 time to clear them has seriously affected our progress,
16 putting this target date at risk."
17 Were you aware as of August 2000, POSCO was
18 expressing the concern that they had encountered a
19 number of issues that was putting the target date at
20 risk?
21 A. Absolutely. In fact, I monitored this all the
22 way through to staying up all night during the day they
23 turned the system on live.
24 Q. Do you know when that was?
25 A. On schedule, July of 2001.

36

1 Q. Okay. What about the target completion date
2 of September this year for the complete enterprise
3 prototype?
4 A. Again, I can't tell you exactly all the
5 intermediate milestones on the POSCO project. But they
6 are one of our largest and most successful
7 implementations in the world. And I remember vividly --
8 you didn't ask the question.
9 Q. You shouldn't answer.
10 A. I'll get in trouble, my lawyers will get mad
11 at me and will punch me, and I probably won't get a good
12 lunch.
13 Q. It is going to be a short one, anyway.
14 A. You can tell me to stop, if you want me to.
15 But if the system doesn't work at POSCO, if it is a
16 steel rolling mill -- if you shut down a digital
17 factory, it is actually fairly easy, the assembly line
18 just stops. If you shut down the steel rolling mill,
19 the steel cools and the factory has to be rebuilt.
20 Q. I am asking you to stop.
21 A. Okay.
22 Q. Next page.
23 A. Okay.
24 Q. "POSCO Critical Issues List, August 2000,"
25 1st of August 2000.

37

1    A.  Okay.

2    Q.  There is a list of eight issues.  Looking at

3 issue number 1, "Activity Based Activa still not on

4 production release, no firm date."

5        Were you aware in August of 2000 of that

6 issue?

7    A.  I was aware there were a variety of issues

8 that POSCO had raised of things that had to work in a

9 certain way to meet their needs, and that we met them

10 all.

11   Q.  Let me put it another way.  Looking at this,

12 is there any issue reflected 1 to 8 that in August 2000

13 you believe you were unaware of?

14       MR. LINDSTROM:  The specific enumerated items

15 on this page Bates stamped 668?

16       MR. SOLOMON:  You got it.

17       THE WITNESS:  Again, I didn't know -- I don't

18 recall every single issue POSCO had.  They had a variety

19 of issues.  Again, I think they said they had 50 issues,

20 and new issues kept coming up.

21       I do know we met our dates, went live, and

22 they are one of our happiest and most successful

23 customers in the world.

24       MR. SOLOMON:  Q.  I heard that.  I heard that.

25 You don't dispute that you received this in around

38

1 August of 2000, do you?

2    A.  No, I do not.

3    Q.  On to the first page.  You'll see that there

4 is an e-mail from Vincent Bodsworth.  Do you know who

5 Vincent Bodsworth is?

6    A.  No.

7    Q.  It says, "I had another conversation with

8 Mr. Ryoo about his visit to RWS and Larry Ellison's

9 non-availability.  I explained to Mr. Ryoo that Larry

10 would not be back until 1th September and is presently

11 not accessible."  It is "1th September."

12       "Nevertheless, he still wants to have a

13 meeting with Larry after 14th September.  Mr. Ryoo will

14 travel to wherever is necessary to do this."

15       And down the page, the last paragraph says,

16 "Also no response has been received from Larry's office

17 to Mr. Ryoo's fax and e-mail.  I think this will be

18 viewed as discourteous at the very least.  Even if there

19 is no reply from Larry, can his office send at least an

20 acknowledgment of receipt or tell me if nothing was

21 received."  And it goes on.

22       Do you recall there being a concern that you

23 weren't being responsive to Mr. Ryoo at around this

24 time?

25    A.  Again, my office -- if someone -- a senior

39

1 executive contacts my office, it is our practice to get

2 back to them very quickly.  So I'm not sure what they

3 are referring to.

4    Q.  Okay.  And at the top of the page, it says in

5 the second paragraph, "In terms of actual bugs, I told

6 Mr. Ryoo that all the critical bugs (i.e. those actually

7 holding the project up) have been cleared this week.  We

8 have still outstanding some 30 or so further TARs (not

9 all bugs) on which good progress is being made (i.e.

10 we're closing them at a faster rate than opening them at

11 the moment).  The issues that are substantive and on

12 which I'm not able to provide any satisfactory reply are

13 those concerning the availability of the production

14 version of ABM, the TRM for ABM and the HP (middle tier)

15 port for ARM."

16       Do you see that?

17    A.  I do.

18    Q.  Do you understand the references to the

19 concern concerning the production versions of ABM?

20    A.  Again, the Oracle e-business suite is an

21 enormously complex product.  There are bugs, and

22 sometimes there are functions that don't operate exactly

23 as a given customer wants them to operate.  And in the

24 process of an implementation, we go through, you know,

25 again, go through a process of fixing those bugs and

40

1 addressing the functional gaps.  That's what was going

2 on in this project.

3       MR. SOLOMON:  Okay.  Mark as the next exhibit

4 a document produced by defendants with the Bates number

5 275637.

6            (Exhibit 6 marked for

7             identification.)

8       MR. SOLOMON:  And the question, once

9 you've had a chance to look at it, will be, have you

10 seen it before?

11    A.  I don't believe so.  This is it, the one page?

12    Q.  This is what we've got, yeah.

13       MR. LINDSTROM:  Can I ask just for sake of

14 clarity of the record that the exhibits that are being

15 handed to Mr. Ellison for his review be the actual ones

16 being marked by the reporter for attachment to the

17 transcript, so we don't need to be concerned that the

18 copies don't match what --

19       MR. SOLOMON:  That's fine.

20       MR. LINDSTROM:  Make that change, Larry.  And

21 from now on you may look at the versions given to you

22 earlier by counsel, but your testimony ought to run off

23 the one that bears the stamped exhibit number.

24       THE WITNESS:  Okay.

25       MR. LINDSTROM:  Thank you, counsel.

41

1    MR. SOLOMON: Q.  Do you know, in the first
2    line, do you know what GEAE refers to?
3    A.   General Electric Aircraft Engines.
4    Q.   And MRO?
5    A.   It is a maintenance system to maintain large,
6    complicated equipment.  Maintenance and repair, MR.
7    Q.   Now, there is some asterisks, then a third
8    asterisk and some bolded language, "Oracle has missed
9    every date and commitment made for MRO."
10   Do you see that?
11   A.   I do.
12   Q.   Do you know what that refers to?
13   A.   MRO was a specialty product we were building
14   pretty much just for GE.  GE is our largest commercial
15   customer.  We do unusual things for GE.  Building this
16   MRO product for GE was something they asked us to do and
17   we endeavored to do.  It wasn't ever a product we made
18   generally available to the public.
19   Q.   And did you know -- and since this isn't
20   dated, it is hard to be precise.  But it refers to,
21   above that, you see, "Final delivery of the software in
22   second calendar quarter of 2000."
23   Do you see that?  Above the bolded language
24   that I just read to you.
25   A.   Yes.

42

1    Q.   Were you aware at any time of Oracle missing
2    every date and commitment made for MRO?
3    A.   I'm not sure we missed every date and
4    commitment, but we certainly failed to deliver on MRO.
5    MR. SOLOMON: Mark as the next exhibit a
6    document produced by Oracle bearing the Bates numbers
7    377275 and 276.
8    (Exhibit 7 marked for
9    identification.)
10   MR. SOLOMON: Q.  When you've had a chance to
11   look at it, the question is, have you seen it before?
12   A.   Not that I recall.
13   Q.   You'll see that the very last sentence reads,
14   "Safra, I hope this background is informative.  I will
15   contact you today to answer any subsequent questions."
16   Obviously, that would refer to Safra Catz.  But does
17   that help you identify who this is from?  First of all,
18   did you write this?
19   A.   No.
20   Q.   Do you know who wrote it?
21   A.   I do not.
22   Q.   Do you remember talking to Safra about this
23   e-mail, or this message?
24   A.   No.
25   Q.   I'm halfway down the page, looking at the

43

1    following language, "In order for the relationship to
2    continue, we need to deliver MRO.  The potential revenue
3    impact to Oracle from aircrafts for FY '01 is $12 to $14
4    million in lost revenue, $4 million in MRO license
5    revenue, $8 to $10 million in APS, ERP, CRM and Exchange
6    revenue that will be difficult to bring in without
7    delivering on MRO."
8    Do you see that?
9    A.   I do.
10   Q.   Do you recall having a concern that there may
11   be lost revenue as a result of being unable to timely
12   deliver MRO?
13   A.   I was convinced, you know, that we -- there
14   would be lost revenue because we couldn't deliver MRO.
15   Q.   Do you know when MRO ultimately was delivered?
16   A.   Never.
17   Q.   Never?
18   A.   (Nodding.)
19   MR. SOLOMON: Let's have marked as the next
20   exhibit a document produced by defendants bearing Bates
21   number 023076.
22   (Exhibit 8 marked for
23   identification.)
24   MR. SOLOMON: Q.  Once you've taken a look at
25   it, the question will be, have you seen it before?

44

1    A.   I don't recall.
2    Q.   You see it says the following, and I'm not
3    sure if it is part of a larger document, but this is
4    what we have, it says, "See Keith Block's comments re:
5    11i training and product quality.  Clients are deciding
6    and in some cases consulting is recommending based on
7    experience to delay 11i implementations.  Product
8    quality in Q1 alone impacted profitability by $3
9    million.  Is Larry getting routine updates on product
10   training and quality?  Sandy."
11   Do you recall having any discussions in which
12   the concerns here were the topic?
13   A.   Yes.
14   Q.   And who did you have those discussions with?
15   A.   The entire management team.
16   Q.   And when were you having those discussions?
17   A.   Again, in the general -- on the general issues
18   of product quality, we have them constantly.  I should
19   say routinely.
20   Q.   And do you know, there is a reference to
21   "delay 11i implementations," in calendar 2000 and early
22   2001, were 11i implementations delayed?
23   A.   We certainly had no policy to delay
24   implementations.
25   Q.   And to the extent this reflects someone

45

1 suggesting that there be such a policy, are you saying
2 that that was rejected?
3    A.  Whenever we deliver a new product, typically
4 it takes a larger consulting effort to implement the new
5 product.  The consultants themselves have to be trained.
6 The product -- the early versions of the product are
7 never as stable as the later versions of the product.
8 And that usually means that the consulting
9 implementation is -- can be delayed.
10    It is just much more problematic than later
11 implementations.  We just have to go through the
12 learning curve.  It happens on virtually every product
13 we deliver.
14    MR. SOLOMON:  Have marked as the next exhibit
15 a document produced by defendants, Bates range 039547
16 through 551.
17         (Exhibit 9 marked for
18          identification.)
19    MR. SOLOMON:  Q.  And if you take a chance to
20 look at these, and again the question is going to be,
21 have you seen them before?
22    A.  Not that I recall.
23    Q.  I want to start with the second from the last
24 page, which has the number 039550.
25    MR. LINDSTROM:  Larry, do you need to read the

46

1 entire document to have the context?  Or have you had a
2 chance to do so?
3    THE WITNESS:  I think -- I think I know what's
4 going on.
5    MR. SOLOMON:  Q.  Okay.  Do you know, first of
6 all, who Steve Carrington at Ingersoll-Rand is?
7    A.  I do not.
8    Q.  And I think there is names at the top,
9 Walrath, Johnson.  Do you have any idea who those people
10 are?
11    A.  I do not.
12    Q.  See at the top it appears to be forwarded, it
13 says, "Ingersoll-Rand Critical Situation."
14    Do you see that?  Very top of the page.
15    A.  You're on the second to the last page?
16    Q.  Yes.
17    MR. LINDSTROM:  What page are you on, counsel?
18    MR. SOLOMON:  039550.
19    THE WITNESS:  I can't find where it says
20 critical situation.
21    MR. SOLOMON:  Q.  Top left hand below the fax
22 reference it says, "Fwd, Fwd, Ingersoll-Rand, Critical
23 Situation."
24    A.  I've got it now.  I was looking at the body of
25 the text.

47

1    Q.  And then it appears to be dated 10/10/00.  Do
2 you see that?
3    A.  I do.
4    Q.  Good.  It says, "Topics for discussion.  We
5 made the decision to move to 11i for the G2 project for
6 two reasons.  A.  The functionality in 11i was needed."
7 And it goes on with some more language.  And then it
8 says, "B.  We were assured this version was of a quality
9 level that we would have no major issues relating to the
10 new release."
11    Do you see that?
12    A.  I do.
13    Q.  Point 3 says, "The system is running in an
14 Oracle center managed by Oracle DBAs and Oracle Unix
15 people and supported by onsite Oracle consultants, yet
16 we cannot get the software to function.  We have little
17 confidence in Oracle's ability to provide us a stable
18 working environment in a time frame we need.  Our onsite
19 consultants are spending valuable time debugging
20 software instead of working on the project activities."
21    Do you see that?
22    A.  I do.
23    Q.  Were you aware at around October of 2000 that
24 these issues were being raised by Ingersoll-Rand?
25    A.  I was certainly aware that a small percentage

48

1 of our customers that were implementing release 11i were
2 having problems, and one of them was Ingersoll-Rand.
3    Q.  Point 4, "We are in fact a full month delayed
4 on the CRP and we expect the CRP could not begin until
5 the week after next at the earliest.  This assumes all
6 the issues are resolved.  We have little confidence in
7 any dates given to us at this point.  While we feel the
8 onsite people are good, we feel Oracle as an
9 organization has let us down."
10    Were you aware of that sentiment from
11 Ingersoll-Rand in October of 2000?
12    A.  There were several customers who were
13 implementing 11i, a small percentage of our total
14 customers.  We have 30,000 application customers.  A
15 small percentage that were implementing 11i were having
16 problems.  The vast majority of those that had problems
17 are successful, happy customers now, like POSCO and
18 Ingersoll-Rand.
19    Doesn't mean they didn't have problems during
20 the implementation.  These are very complicated
21 engineering projects.
22    Q.  Point 5, "We need the same level of guarantee
23 that Larry gave GE when it looks like SSP would not
24 work."  Do you understand that?
25    A.  I'm not sure what SSP is.  But I am the

49

1  corporate sponsor to General Electric.
2      Q.  What sort of guarantee is being referred to,
3  do you know?
4      A.  I don't know.  I am -- I spend a lot of time
5  with General Electric.  As I say, I'm the corporate
6  sponsor for GE, I attend their management meeting.
7      MR. LINDSTROM:  He doesn't want you to
8  speculate.  He's asking if you know with respect to this
9  specific reference.
10      THE WITNESS:  I don't know.
11      MR. SOLOMON:  Q.  Was it, "Don't worry, you
12  don't have to pay," or, "Don't worry, you'll get your
13  money back"?
14      A.  No.
15      Q.  But you don't know what it was?
16      A.  If you want me to guess, I will guess.
17      MR. LINDSTROM:  He doesn't want to guess.
18  And I don't either.
19      MR. SOLOMON:  You don't want him to guess.  I
20  may want you to.
21      THE WITNESS:  Okay.
22      MR. SOLOMON:  Q.  What is your guess?
23      MR. LINDSTROM:  Objection; calls for
24  speculation.
25      THE WITNESS:  What I normally -- normally tell

50

1  anybody is that we will work as hard as we can to make
2  this work.  And the vast majority -- we have 300,000
3  customers around the world.  You know, 99.99 percent of
4  those customers, the software is working successfully.
5      When you're doing a company and building a big
6  engineering project, what these guys do is they
7  interface 11i, it is not just 11i, but they are
8  connecting it to a lot of other systems, there is a lot
9  of consulting and engineering going on, these businesses
10  are changing their business processes, often going from
11  a local to global systems.  There is a lot -- these are
12  huge engineering projects when you put in all new
13  systems.
14      And all we can guarantee is that we'll work as
15  hard as we can to make this successful in your company.
16  Again, the vast majority of our customers were
17  successful.  And Ingersoll-Rand was very successful with
18  the implementation.
19      MR. SOLOMON:  Q.  Again, when you are talking
20  about level of guarantee then, it is your guess that it
21  was basically -- that it is you saying, "We'll do it"?
22      A.  "We'll do everything in our power to make you
23  successful."
24      Q.  Do you recall giving, issuing that guarantee
25  to GE?

51

1      MR. LINDSTROM:  The one he just described as
2  his guess?
3      MR. SOLOMON:  Correct.
4      THE WITNESS:  It is a routine thing that I
5  say, that we will work as hard as we can to make our
6  customers successful.
7      MR. SOLOMON:  Q.  Okay.  The last sentence of
8  that point 5 says, "The issues we are facing make it
9  difficult to support our Oracle position."
10      Do you see that?
11      A.  Yes.
12      Q.  Do you know what the Oracle position is that's
13  being referred to here?
14      A.  Yes.  It means that there are a number of
15  people inside of Ingersoll-Rand that are champions for
16  Oracle, that they pick the Oracle product, they were
17  enthusiastic about the implementation.  And now there
18  are some bumps along the road and they are concerned.
19      But we did work closely with them, and
20  Ingersoll-Rand again is now implemented successfully and
21  is very happy.
22      Q.  I just want to jump back up to 1.B where it
23  says, "We were ensured" -- and I believe it probably
24  means "assured," but, "We were ensured that this version
25  of a quality -- that this version was of a quality level

52

1  that we would have no major issues related to the new
2  release."
3      Do you know of any such assurance emanating
4  from Oracle?
5      A.  I do not.
6      Q.  And can you take a guess as to who wrote this?
7      MR. LINDSTROM:  Objection; calls for
8  speculation.
9      MR. SOLOMON:  Excuse me.  Strike that.  Not
10  who wrote it.
11      Q.  Can you take a guess as to who was interfacing
12  with Ingersoll-Rand from Oracle?
13      MR. LINDSTROM:  Same objection.
14      THE WITNESS:  You want me to guess?
15      MR. SOLOMON:  Q.  Yes.
16      A.  Our accountants, the people at Oracle
17  responsible for selling and consulting to
18  Ingersoll-Rand.
19      Q.  You wouldn't know the names of the people?
20      A.  Not offhand.
21      Q.  I'm looking now at the next page back, which
22  is 039548.  Two pages back, excuse me.  You'll see again
23  it refers to "Subject:  Ingersoll-Rand Critical
24  Situation."  And it is addressed to Mark and Ron.  It
25  says, "I am the account manager for Ingersoll-Rand."

53

1  Then it mentions Frank Varasano.  Do you know who Frank
2  Varasano is?
3  A.  Yes.
4  Q.  Who is he?
5  A.  A sales executive.
6  Q.  It says, "Frank Varasano and I met today with
7  Mary Walrath, CIO for Ingersoll-Rand.  It was not a
8  pleasant meeting.  Given the urgency of the situation,
9  Frank asked that I generate this e-mail to you both."
10     And it goes on to say, "As indicated in Steve
11  McLaughlin's e-mail of 9/28, we are failing with our
12  attempts to install 11i CRM and ORM Applications in a
13  Conference Room Pilot (CRP) at IR's G2 sector.  As a
14  result, we are missing a related opportunity for $10 to
15  $20 million in CRM, OM and manufacturing incremental
16  revenue.  We are trying to offer a deal two times as
17  larger but can't get the customer to listen until we get
18  existing applications up and running.  This account is
19  eager to become a reference, but we are not giving them
20  a chance to do so."
21     Do you see that?
22  A.  I do.
23  Q.  And do you understand -- excuse me.  Do you
24  recall being aware of this particular exchange in and
25  around September/October of 2000?

54

1  A.  No.
2  Q.  Are you aware, or were you aware around that
3  time of the suggestion that Ingersoll-Rand stood to lose
4  a revenue opportunity of $10 to $20 million?
5  A.  I was not.
6  Q.  Goes on to say, "Situation.  We are in a
7  crisis situation."
8     Were you aware in or around September or
9  October of 2000 that Ingersoll-Rand was in a crisis
10  situation?
11  A.  Again, that is someone's characterization of
12  it.
13     I was aware of what was going on at
14  Ingersoll-Rand.  It was a complicated implementation.
15  They had run into some problems.  This is not uncommon.
16  It was happening at a small number of our customers, but
17  it was happening.  We put in the necessary resources,
18  fixed the problems.
19  Q.  Okay.  It goes on to say, "IR believes 11i CRM
20  and OM are not ready for deployment."
21     Do you recall that being a sentiment expressed
22  from Ingersoll-Rand in or around September/October 2000?
23  A.  Not specifically, no.
24  Q.  Was it your view that 11i CRM and OM was ready
25  for deployment?

55

1  A.  Absolutely.
2     MR. LINDSTROM:  In this time frame of this
3  e-mail?
4     MR. SOLOMON:  Correct.
5     THE WITNESS:  Absolutely, yes.
6     MR. SOLOMON:  Q.  It goes on to say, "They are
7  considering replacement strategies for Oracle at the G2
8  implementation that includes Siebel (see e-mail below)."
9  Were you aware of that at the time?
10  A.  No.
11  Q.  "There appears to be little 11i
12  documentation."
13     Were you aware of that at the time?
14  A.  I don't think it's true.
15  Q.  "There appears to be little 11i training."
16     Were you aware of that at the time?
17  A.  I don't believe that's true either.
18  Q.  Are you aware that some of your former
19  consultants have testified in this case that there was
20  little 11i training?
21  A.  No.
22  Q.  Goes on to say, "Since we are trying to bring
23  the CRP up together with the IR project team, they are
24  seeing firsthand our daily failures and shortcomings."
25     Were you aware of that at the time?

56

1  A.  No.
2  Q.  And then on to the first page, which bears the
3  number 039547, and you'll see that it's from Frank
4  Varasano at the top to Ron Wohl, copying Sandy
5  Sanderson, and it says, "I believe your personal
6  involvement in fixing this would be time well spent.
7  This could be a critical reference for us, but the
8  management team is very frustrated.  We are about to
9  lose the CRM opportunity and a lot of additional ERP
10  business because of the situation that Dan summarized in
11  his e-mail."
12     Do you see that?
13  A.  I do.
14  Q.  And were you aware of these risks being
15  expressed at the time?
16  A.  I was not.
17  Q.  And the time now we see is October 2000.
18  A.  Right.
19     MR. SOLOMON:  Have marked as the next exhibit
20  a document produced by defendants, Bates numbers 144262
21  and 263.
22        (Exhibit 10 marked for
23         identification.)
24     MR. SOLOMON:  Q.  The question is, have you
25  seen it before?

57

1    A.  Not that I recall.
2        MR. SOLOMON:  And, counsel, this is a document
3    that appears to not have been produced completely.  It
4    says 2 of 3 and 3 of 3.  I don't believe we have 1 of 3.
5    I ask that be produced.
6        MR. LINDSTROM:  It is my understanding that
7    you do.  And if we are able to get you it, could we have
8    the full document substituted as an exhibit?
9        MR. SOLOMON:  Absolutely.
10        MR. LINDSTROM:  Thank you.
11        MR. SOLOMON:  Q.  Now, I'm looking at -- you
12    are familiar with the BellSouth implementation; correct?
13    A.  Yes.
14    Q.  Were you personally involved in that?
15    A.  Yes.
16    Q.  In what way?
17    A.  I met with the project teams and I met with
18    the customer.
19    Q.  And did you meet with them in the fall of
20    2000?
21    A.  I don't recall.
22    Q.  You see under "Big Issues," there are a number
23    of items.
24        "17 product defects that need to be fixed,"
25    and some more language.

58

1        "23 product defects by October 23rd."
2        It says, "115" -- I'm leaving out some
3    language, but, "115 consulting enhancements.  We have
4    only tested 80 percent of the solution.  Go live plan is
5    Big Bang, all users at once.  Far too little time for
6    system and integration testing.  No out of the box
7    environment at BS.  Performance and a performance plan
8    are big unknown.  Onsite environments need better
9    management."
10        Do you see all those big issues?
11    A.  I do.
12    Q.  Were you aware of those big issues in October
13    or November -- September, October or November of 2000?
14        MR. LINDSTROM:  Objection; compound.
15        THE WITNESS:  I was aware of the fundamental
16    issue at BellSouth, which was that it wasn't really a
17    product implementation, it was really a big consulting
18    project, that BellSouth wanted a lot of features and
19    functions that were not in the product nor did we have
20    plans to put them in the product, so they were
21    implemented through consulting.  It was a huge project.
22    Because it was all custom, it had an enormous amount of
23    risk associated with it.
24        MR. SOLOMON:  Q.  Do you believe that you
25    promised BellSouth something that you didn't deliver?

59

1    A.  When you say me, you mean me or anyone in the
2    company?
3    Q.  Correct.
4    A.  I can't speak for anyone in the company.  I
5    certainly didn't promise BellSouth something we couldn't
6    deliver.  In fact, my comments to BellSouth was -- my
7    comments were, "This is a huge consulting project.  We
8    cannot make our product do everything BellSouth wants it
9    to do."
10        This is not uncommon that the product does 80
11    percent of the functions, then there is some amount of
12    customization that is needed on top of it.
13        In this case it wasn't 80 percent.  The
14    product probably did -- as it says here in this memo,
15    does half of what the customer needs.  That means half
16    the features and functions are going to have to be a
17    huge custom consulting project.  Given the time frames
18    and the size of project, I always thought it was an
19    enormously risky project.
20    Q.  Which takes me to the bottom of the page where
21    it says, "Extremely Risky"?
22    A.  Yes.
23    Q.  Were you aware of that at the time?
24    A.  Absolutely.
25    Q.  Are you aware of executives from Oracle

60

1    stating that, in fact, they believed that BellSouth was
2    promised something that they didn't get and couldn't
3    get?
4        MR. LINDSTROM:  You're asking him about
5    statements apart from this document?
6        MR. SOLOMON:  Correct.
7        MR. LINDSTROM:  Do you have the question in
8    mind?
9        THE WITNESS:  You're asking me to state --
10        MR. SOLOMON:  Q.  I'm asking if you are aware
11    of other Oracle executives --
12    A.  I don't know what other Oracle executives
13    represented to BellSouth.
14    Q.  Okay.  You know Jay Nussbaum?
15    A.  I do.
16    Q.  Do you know what he said about BellSouth in
17    the derivative case related somewhat to this case?
18    A.  I do not.
19        MR. SOLOMON:  Have marked as the next exhibit
20    a document produced by the defendants with the numbers
21    169718 to 720.
22        (Exhibit 11 marked for
23        identification.)
24        MR. SOLOMON:  Q.  Question is, once you've had
25    a chance to look at it, have you seen this document

61

1  before?
2      A.  I have not.
3      Q.  Okay.  I -- first of all, I guess, it's from
4  John Fikany, F-i-k-a-n-y.  Do you know who that is?
5      A.  Yes.
6      Q.  Who is he?
7      A.  A sales rep.
8      Q.  And it is dated October 19, 2000.  And it is
9  to a number of addressees that I won't list now.  But it
10 begins with Frank Varasano and Sandy Sanderson.  And the
11 subject is "Ford Supply Chain Status."
12         And I'm looking two-thirds of the way down the
13 first page and it says, "Todd Allen wrote."
14         Do you know who Todd Allen is?
15     A.  I do not know.
16     Q.  And it says, "Mike, we have been on the calls,
17 we've expressed our concerns during the calls.  The
18 problem we are dealing with is that we're getting
19 inconsistent information on a daily basis regarding
20 11.5.2 release and patches.  At this time we have put in
21 every available patch for CRM up to 10/17 (this is over
22 100 CRM patches in the last two and a half weeks!)  We
23 still can't get contracts to work.  We have no idea what
24 awaits us as we implement the rest of CRM!  The products
25 do not integrate to the back office, they don't work

62

1  period.  The customer knows what we have been going
2  through and is wondering, as we are, when will the
3  system be stable?"
4         Do you see that?
5      A.  I do.
6      Q.  Are you aware of these concerns being raised
7  in or around October 2000?
8      A.  Not these specific concerns.  I'm aware of the
9  general concern that our products sometimes have bugs in
10 them and those bugs have to be fixed.
11     Q.  Okay.  It goes on to say, "The CRM
12 organization needs to step up and provide its
13 development resources on site in Webster, New York.  We
14 know that Mark's organization has done this for
15 Ingersoll-Rand and BellSouth.  We need the same
16 attention!  Xerox is threatening to write a letter to
17 Larry and will be asking for their money back."  Just
18 stopping there.
19         Did you ever receive a letter from Xerox, do
20 you know?
21     A.  Not that I know of.
22     Q.  Were you aware of an intention to escalate it
23 to you in the way that was suggested?
24     A.  Again, this was a problem we had in an
25 implementation.  We fixed the problem.  Xerox is now

63

1  successful and buying more software from us.
2      Q.  The next sentence reads, "They have also used
3  words like 'your company is two steps away from
4  fraudulent.'"
5         Do you see that?
6      A.  I do.
7      Q.  Were you aware that some people thought your
8  company was as far away as two steps away from
9  fraudulent at the time?
10     A.  I mean, clearly they were very upset with a
11 problem.  What I can say is they are a happy customer
12 buying more software.  If they thought we were
13 fraudulent, I don't think they would be buying more
14 software from us.
15     Q.  Okay.  But we're talking about the time frame,
16 as you know, of October 2000.
17     A.  At any point in time we have large
18 implementations ongoing, 2000, 2001, today.  There are
19 customers who are doing these enormously complicated
20 engineering projects, and they have problems.  This is
21 just not an uncommon occurrence.
22         You do this enormous engineering project,
23 you're connecting our software to a lot of existing
24 systems, you're changing business processes.  These are
25 hard engineering projects, and people, you know, get

64

1  frustrated.
2      Q.  And you don't dispute, though, if you upset
3  too many customers in a particular time frame, it could
4  affect your financial results, do you?
5      A.  Absolutely.
6      Q.  And those customers may ultimately end up
7  happy, but that doesn't necessarily mean that the impact
8  on your financial results was entirely innocent, does
9  it?
10         MR. LINDSTROM:  Objection; calls for
11 speculation, argumentative.
12         THE WITNESS:  Sure.
13         MR. SOLOMON:  Q.  The last sentence says, "If
14 that can't get us some help, I don't know what can."
15         Do you see that on the second page at the top?
16     A.  Yep.
17     Q.  Okay.  And then further down it says, "Do I
18 need to take this to Mark?  We have a BellSouth
19 situation at Xerox and I need you guys to step up!"
20         Do you see that?
21     A.  Yes.
22     Q.  Do you recall this situation being like at
23 around this time to the BellSouth situation?
24     A.  Just incorrect, fundamentally incorrect.  We
25 had a small -- at this point in time we had a small

65

1  number of customers that were having problems.  Very
2  similar to pretty much at any time in our history.  And
3  where the BellSouth project was an enormous consulting
4  project, Xerox was implementing fairly standard
5  software.  So it was erroneous to compare the two.
6      Q.  Okay.
7      A.  Again, Xerox was implemented successfully,
8  very close to on schedule.
9      Q.  And down to the bottom of that page, it starts
10  with, "Bruce."
11      Do you know who Bruce is?
12      A.  I do not.
13      Q.  It says, "You might recall when we were in the
14  final stages of the Xerox OTC contract, we discussed the
15  occasional need for development triage support.  With
16  the 11.5.2 release our consultants are requesting this
17  resource based on significant customer escalations due
18  to the code quality of the current release of 11i.  We
19  have struggled with both code quality and patch issues
20  and we are reaching a critical point with Xerox."
21      Do you recall at around that time, October of
22  2000, these concerns concerning code quality and the
23  patch issues being raised by Xerox?
24      A.  Whenever we come up with a new version of our
25  product, we have to patch bugs, we have to fix bugs.

66

1  Again, this is a routine thing that happens in our
2  business.
3      Q.  I understand that you want to say that, and
4  there is probably a better time to say it.
5      My question is, were you aware at the time
6  that Xerox was raising these issues?
7      A.  I was not aware there were specific problems
8  at Xerox.
9      MR. SOLOMON:  Have marked as the next exhibit
10  a document produced by defendants with a Bates number
11  620842.
12      (Exhibit 12 marked for
13      identification.)
14      MR. SOLOMON:  Q.  And the question will be,
15  have you seen this document before?
16      A.  No.
17      Q.  And do you have an understanding who the Karen
18  is at the top of the page, "For tomorrow with Karen"?
19      A.  No.
20      Q.  You see it references Hewlett-Packard?
21      A.  Yes.
22      Q.  The third bullet point, "Premium Support
23  Order.  Oracle has handled this very poorly.  Internally
24  we have been told the quality of the individuals is poor
25  and that HP put these folks on site at their own risk."

67

1  Do you see that?
2      A.  Yes.
3      Q.  Were you aware of this issue of HP being
4  handled poorly by Oracle and individuals being put on
5  site at their own risk?
6      MR. LINDSTROM:  Objection; compound.
7      THE WITNESS:  HP is one of our largest
8  customers.
9      MR. SOLOMON:  Q.  I'm talking about at the
10  time.
11      A.  Has been one of our largest customers for a
12  very, very long period of time, and I wasn't aware of
13  any problems at HP.
14      MR. SOLOMON:  Okay.  Have marked as the next
15  exhibit a document with Bates number 025018 to 019.
16      (Exhibit 13 marked for
17      identification.)
18      MR. SOLOMON:  Q.  The question will be, have
19  you seen this before?
20      A.  No.
21      Q.  It is dated Thursday, November 30th, 2000.
22  And it is from Safra Catz to Tom Williams and Jennifer
23  Minton.  That's the top addressee line.  Then below that
24  from Gary Roberts to Safra Catz.
25      Reads, "Safra, I understand Larry and Carly

68

1  are discussing their purchase of our products this
2  quarter if we commit to purchase $20 to $30 million of
3  their product over the next 18 to 24 months."
4      Do you see that?
5      A.  I do.
6      Q.  Do you recall this -- do you recall having any
7  discussion with Carly?  Who is Carly?
8      A.  Carly Fiorina, the event CEO of Hewlett
9  Packard.
10      Q.  Do you recall the conversation or the
11  discussion reflected here?
12      A.  I don't believe I had that discussion with
13  her.
14      Q.  No?  So Gary Roberts is wrong, is what you're
15  saying?
16      A.  I didn't discuss the sale of our products to
17  Carly, no.
18      Q.  Do you know if anybody did?
19      A.  I'm sure our sales teams did.
20      Q.  But to your knowledge, it wasn't you.  Was it
21  Safra?
22      A.  I don't know.
23      Q.  Did you discuss with anybody at HP the deal
24  reflected here?
25      A.  No.

69

1    Q.  You were very heavily involved with the GE
2  transaction in the fall of 2000, or a GE transaction?
3    A.  Which one.
4    Q.  GE Power?
5    A.  Yes, GE Power.  I shouldn't say I was very
6  heavily involved with the transaction.  I attend GE
7  Power management meetings.  But I actually am not
8  involved with sales transactions.
9    Q.  Was GE Power complaining about problems with
10  the 11i in around the fall of 2000?
11    A.  I don't think they were complaining.  They
12  were listing issues, and we were working through the
13  issues.  I wouldn't characterize that as complaining.
14    MR. SOLOMON:  Mark as the next exhibit a
15  document with the numbers 063405 to 407.
16      (Exhibit 14 marked for
17      identification.)
18    MR. SOLOMON:  Q.  And the question will be
19  when you've had a chance to look at it, have you seen it
20  before?
21    A.  Not that I recall.
22    Q.  Front page, it is dated Tuesday,
23  December 12th, 2000.  It's to Kevin Miller and Shawn
24  Kirsten from Ron Wohl.  And it says, "Who can supply a
25  list of upgrade issues they have encountered?  I would

70

1  like to understand them better before the call.
2  Thanks."
3      And below that it says, "Kevin Miller wrote:
4  This is likely going to be a rough call with the upgrade
5  issues they've encountered," signed "Kevin."
6      First of all, are you aware -- were you aware
7  in or around December of 2000 of GE having upgrade
8  issues?
9    A.  Routine --
10    MR. LINDSTROM:  Vague and ambiguous.
11    THE WITNESS:  The answer is, yes.  But they
12  are routine.
13    MR. SOLOMON:  Q.  That's fine.  The answer is
14  yes?
15    A.  Yes.
16    Q.  And it says it was going to be a rough call.
17      Now, you say they are not complaining, but it
18  is going to be a rough call.  What does that mean, if
19  you know?
20    MR. LINDSTROM:  Objection; calls for
21  speculation, vague and ambiguous.
22    THE WITNESS:  I don't know what he meant by
23  the word rough.  The calls with GE are disciplined and
24  organized, and they expect results.  And that's how it
25  works.

71

1    MR. SOLOMON:  Q.  Would that be rough?
2    A.  I guess some people might find that rough.
3    MR. LINDSTROM:  You've answered the question.
4    MR. SOLOMON:  Q.  If you go on to the second
5  page, you will see it says, "Reminder message:
6  Everyone, the following conference call has been
7  scheduled for Friday, December 15th, GE Oracle monthly
8  call," and a list of people headed by you.
9      Do you see that?
10    A.  I do.
11    Q.  Did you participate in that call as scheduled?
12    A.  I did.
13    Q.  Do you recall it being rough?
14    A.  I wouldn't characterize it as rough.  We go
15  through a list of issues and we attach resources to get
16  issues fixed.  And the issues are normally on the GE
17  side and on the Oracle side.  And we fix our problems,
18  and, again, we delivered it on time, successfully, to
19  GE.
20    Q.  And do you know who, on the first page, do you
21  know who Kevin is who was talking about the rough call?
22    A.  He is one of our engineering managers.
23    Q.  Okay.
24    A.  I'd like to recharacterize what I just said.
25  I said we delivered on time successfully.  I'm not sure

72

1  we delivered every single component on time, that would
2  be an exaggeration.  But we were in the end successful.
3    MR. LINDSTROM:  While counsel is selecting the
4  next exhibit, we've been going about an hour and a half,
5  and if you need a break at any time, let us know.
6    MR. SOLOMON:  That might be a signal.
7    MR. LINDSTROM:  It is not a signal from me.  I
8  just wanted to make sure you understand that you have
9  that option.
10    MR. SOLOMON:  Let me tell you something that
11  your counsel is going to tell you when you take a break.
12  Counsel is going to tell you you weren't selling
13  throughout the month of January.
14    THE WITNESS:  Say again.
15    MR. SOLOMON:  Q.  Your counsel will tell you
16  when you take your break that you were not selling your
17  stock throughout the month of January.  You testified to
18  that when you first moved in -- when you first arrived
19  here today.  That, in fact, is wrong.
20      Do you want to reflect on that?
21    MR. LINDSTROM:  Let me first interpose an
22  objection.  You have no idea what I'm going to talk to
23  him about, if anything.
24      If you want to pose a question to him, do so.
25  Do not lecture him about what you believe the evidence

73

```
1    to be.
2            He's giving you the best of his testimony
3    according to his recollection today.  If you have
4    documents that suggest otherwise, show them to him.
5            MR. SOLOMON:  Fine.
6            I'm giving you a chance here to try and test
7    your memory a little bit better.
8            MR. LINDSTROM:  Pose the question.
9            MR. SOLOMON:  Q.  Is it still your testimony
10   that you sold your stock throughout the month of January
11   2001?
12       A.  I believe so.  That's my recollection.
13           MR. SOLOMON:  Have marked as the next exhibit
14   a document with the Bates range 035243 to 35264.
15               (Exhibit 15 marked for
16               identification.)
17           MR. SOLOMON:  And if you could take a look
18   at it and tell me if you've seen it before.
19           MR. LINDSTROM:  Again, counsel, this document
20   is many, many pages.  I assume you're talking about the
21   entire collection as it's been placed before him?
22           MR. SOLOMON:  Correct.
23           THE WITNESS:  Okay.
24           MR. SOLOMON:  Q.  Have you seen it before?
25       A.  I don't believe so.  Even though there was a
```

74

```
1    letter written to me at the end, I don't recall seeing
2    it.
3        Q.  You see the letter at the end is from a
4    William Grebe?
5        A.  Yes.
6        Q.  Is that name familiar to you?
7        A.  No.
8        Q.  Letter aside, if you look at the letter, are
9    you -- do you have a recollection of the issues
10   reflected in the letter?
11       A.  Not really.  Only in the general sense.
12       Q.  Okay.  On the first page, I'm looking at the
13   message from Renee Knee.  Do you know who that is?
14       A.  Renee Knee, yes.
15       Q.  Who is she?
16       A.  I believe she ran our partner programs, our
17   independent software vendor reseller programs.
18       Q.  It is Ron Wohl, Donald Klaiss, and copies to
19   Ian Thacker, Safra Catz, Mike Rocha.
20       A.  Rocha.
21       Q.  And starts off saying, "Ron Don and Drew, I
22   cannot answer these questions for this partner and as
23   you can see it is a very poor reflection on the partner
24   program and Oracle overall, but we're not able to
25   address the quality issues we are facing with 11i OM
```

75

```
1    right now across all of our partners."
2        Do you see that?
3        A.  Um-hum.
4        Q.  And "across all of our partners" is
5    underlined.
6        Do you see that?
7        A.  Yes.
8        Q.  Were you aware of that concern being raised
9    internally at Oracle in or around -- on or around
10   Tuesday, December the 19th, 2000?
11       A.  No.
12       Q.  And if you go to the next paragraph, she says,
13   "Rebecca represents a small implementation firm but one
14   whose business is only successful when we support her
15   with our products.  She is a squeaky wheel and I have
16   had many conversations with her over the last several
17   months on her views of our product quality, support and
18   partner program.  However, her views are the same as all
19   of our partners implementing 11i OM."
20       Do you see that?
21       A.  I do.
22       Q.  Then goes on to say, "They all have
23   significant backlogs of implementation service.  They
24   are trying to deliver and cannot either install our
25   products successfully in a reasonable amount of time,
```

76

```
1    manage their customers' orders processing with our OM
2    due to outstanding and answered Tars/Bugs, nor stabilize
3    their customers' environments with our patches.  I need
4    to know what we in Alliances can do to help you set the
5    partner's expectations about OM and the 11i product
6    quality.  If you cannot give me honest and accurate
7    information as to when 11i product quality will improve,
8    I am not going to be able to keep the partners from
9    stopping their implementations in the marketplace."
10       Do you see all that?
11       A.  I do.
12       Q.  Were you aware of these concerns being raised
13   internally at Oracle in December of 2000?
14           MR. LINDSTROM:  Objection; compound.
15           THE WITNESS:  I can give you a general answer,
16   but not specifically, in response to this letter.
17           MR. SOLOMON:  Q.  Okay.  So were you aware in
18   2000 that there was a concern among all of your partners
19   that 11i product qualities were impeding their business?
20       A.  I don't believe that to be the case.
21       Q.  Okay.
22           MR. SOLOMON:  Would you like to take a break
23   now?
24           MR. LINDSTROM:  The witness hasn't requested
25   one, so if you would like to take a break, that's fine.
```

77

1     MR. SOLOMON: Would you like to take a break,
2  Mr. Ellison?  Either way; I don't mind.
3     THE WITNESS: Let's go on.
4     MR. LINDSTROM: I would like to break for
5  lunch within an hour.
6     MR. SOLOMON: Okay. Let's have marked as the
7  next exhibit a document with the Bates numbers 058291 to
8  293.
9         (Exhibit 16 marked for
10          identification.)
11     MR. SOLOMON: Q. The question, after you've
12  had a chance to look at it, will be have you seen it
13  before?
14     A. I have not seen it before.
15     Q. And looking halfway down the page, it appears
16  to be an e-mail from Joel Summers.
17     A. Yes.
18     Q. To Clifford Godwin and a number of other
19  people.
20         Do you know who Clifford Godwin is?
21     A. Yes.
22     Q. And who is he?
23     A. He's the chief architect of the applications.
24     Q. And do you know who Joel Summers is?
25     A. Yes.

78

1     Q. And who is he?
2     A. He's in charge of our human resources -- he
3  was in charge then of our human resources payroll
4  products.
5     Q. And it says, "Cliff, per our conversation, we
6  are working with a critical R11i HR/Payroll customer in
7  the US, Liberty Mutual, who received a commitment from
8  Larry that Development would ensure their ability to go
9  live on January 1. They did in fact make that date,
10  however, in our daily call today they indicated that
11  both forms and self-service performance is atrocious,
12  degrading over the course of the day as the number of
13  concurrent users increase.  (Performance is good under
14  limited load conditions.)"
15         Do you see that?
16     A. Yes.
17     Q. And then it goes on to say, "I am asking for
18  assistance in analyzing the issues and proposing
19  resolution," then miss some language. Go to the end of
20  the paragraph on the second page, and you'll see it
21  says, "As usual, this is a critical issue, and we are
22  asking for this to be worked on an escalated basis."
23         My question is, are you aware of these issues
24  being raised by Liberty Mutual in or around the date of
25  this e-mail, which is January 3rd, 2001?

79

1     A. Yes. I recall the Liberty Mutual issues.
2     Q. Okay. And were you involved in responding to
3  the issues raised?
4     A. I was certainly briefed on their problems, and
5  we fixed the problems.
6     Q. And do you know when you were briefed? Was it
7  sometime after this e-mail?
8     A. I can't tell you the date I was briefed.
9     Q. And do you remember how you addressed the
10  problem? What did you do?
11     A. Again, this is -- pretty standard operating
12  procedure. They had done an implementation, they were
13  having performance problems. We have a team of people
14  that do performance tuning. The performance tuning
15  group went to work and fixed the problem.
16     MR. SOLOMON: Have marked as the next exhibit
17  a document produced by defendants with the Bates numbers
18  219294 to 296.
19         (Exhibit 17 marked for
20          identification.)
21     MR. SOLOMON: Q. When you've had a chance to
22  look at it, I'll ask you if you've seen it before. In
23  the meantime, it is dated January 5, 2001, e-mail
24  exchanges involving Safra Catz, Carolyn Balkenhol,
25  Sergio Giacoletto, Andrew Derrer, Michele Delvaux and

80

1  Juan Rada, R-a-d-a.
2         Have you seen this before?
3     A. Not that I recall.
4     Q. Okay. Do you know who Alison Hutchinson is?
5     A. Senior executive at Barclays, I believe.
6     Q. Have you communicated with her in the past?
7     A. I don't think I've ever communicated with her,
8  no.
9     Q. And the reference to "Please find the
10  suggested updated letter from Larry to Alison
11  Hutchinson," do you believe "Larry" refers to you?
12     A. I do. I do.
13     Q. Just go back to you saying you never
14  communicated with her, is that because neither this
15  draft letter ever went out in final signed by you, and
16  there was no other letter?
17     A. It is possible a letter went out under my name
18  but was drafted by someone in European or UK operations.
19  But I can't ever remember speaking to her or drafting a
20  letter myself.
21     Q. Okay. You'll see in the second paragraph it
22  says, "It is important that Larry's letter reach them
23  this week. If this is not possible a short note stating
24  that it's coming will be helpful. A meeting around the
25  15, 16 of January is critical as Barclays wants to

81

1  review the situation on January 19th, the next board
2  meeting, and they might decide to revisit alternative
3  software providers.  This is even more critical as
4  yesterday we informed them that our 'get well plan' has
5  slipped significantly."
6      Do you see that?
7      A.  I do.
8      Q.  Do you know what the reference is to the get
9  well plan?
10     A.  It is just a project to usually fix bugs in
11 the software or resolve consulting problems or whatever
12 it is.  If a customer is not happy about something and
13 we're putting a project in place to make them happy.
14     Q.  So this is bad news heaped on bad news then,
15 right?  There is a problem and a get well plan to fix
16 the problem?
17     MR. LINDSTROM:  Objection; mischaracterizes
18 the document.
19     THE WITNESS:  Again, I'm not familiar with the
20 Barclays problems.
21     MR. SOLOMON:  Q.  When we look at the draft
22 letter on the second page, and this would, had you
23 signed it, apparently have you saying -- not saying you
24 said it, because we don't know if you signed it, but you
25 would have, had you signed it, you would have said, "We

82

1  are aware that our UK support and technical operations
2  are inadequate.  We are addressing this in the migration
3  to an improved call handling process, will streamline
4  support for many operational problems and reduce the
5  likelihood of internal communication and escalation
6  problems."
7      Were you aware of those issues as described in
8  this draft?
9      A.  I'm aware in the general sense sometimes our
10 overseas customers prefer communicating directly with
11 California rather than the people in the UK, because the
12 California support teams are closer to the engineering
13 organization.  So again, it is not an uncommon
14 situation.
15     Q.  Okay.
16     A.  I'm not aware specifically what was going on
17 at Barclays.
18     MR. SOLOMON:  Let's go off the record and take
19 a ten-minute break.
20     VIDEOGRAPHER:  This marks the end of tape one,
21 Volume I, in the deposition of Larry Ellison at 11:21.
22 Going off the record.
23     (Recess, 11:21 a.m. - 11:38 a.m.)
24     VIDEOGRAPHER:  On record at 11:38.  This marks
25 the beginning of tape two, Volume I, in the deposition

83

1  of Larry Ellison.
2      MR. SOLOMON:  I suggest we go for an hour and
3  have lunch.
4      MR. LINDSTROM:  That's fine.
5      MR. SOLOMON:  Does that suit you?
6      MR. LINDSTROM:  That's fine.
7      MR. SOLOMON:  Mark the next document produced
8  by defendants 058335 to 338.
9          (Exhibit 18 marked for
10          identification.)
11     MR. SOLOMON:  Q.  While you're looking at it,
12 it's dated Wednesday, January 10th, 2001.  Reflects
13 e-mail exchanges including Cliff Godwin, Phil Tate,
14 eburshti, B-u-r-s-h-t-i, and copying some other people.
15 And the reference is, "Liberty Mutual Escalation."
16     A.  Okay.
17     Q.  Have you seen this before?
18     A.  Not that I recall.
19     Q.  You see on the first page, there is a
20 reference to you being involved.  It says, "I need your
21 help with getting an on-site to assist with Liberty
22 Mutual.  Liberty Mutual is our fifth largest HR/Payroll
23 customer and went live early this January.  Prior to
24 going live they escalated their situation with 11i to
25 Larry.  Even though they are now live, they have

84

1  considerable performance problems and will not be
2  satisfied until they are resolved due to the negative
3  impact to their business."
4      Do you see that?
5      A.  I do.
6      Q.  And there is reference, as I mentioned, to it
7  being escalated to you.  Do you recall that escalation?
8      A.  Not specifically the event of an escalation.
9  I certainly remember the Liberty Mutual issue.
10     Q.  And in terms of the use of the phrase
11 escalation, escalation means going through various
12 levels as a problem was sought to be resolved?
13     A.  Yes.
14     Q.  And the top escalation would be to you; is
15 that right?
16     A.  That's right.
17     Q.  Then on the second page, you'll see that in
18 the middle of that e-mail exchange involving -- from
19 Joel Summers to Mike Murphy, and other people copied, in
20 the middle of that message it says, "Nevertheless,
21 Liberty is not satisfied that the implementation is
22 complete until the performance issues are resolved."
23     Do you recall being aware around January 9,
24 2001 that Liberty was not satisfied that the
25 implementation of 11i was complete?

85

1  A.  Well, I can't tell -- I don't recall the exact
2  date, but I remember we had performance problems at
3  Liberty Mutual, which we fixed.  That's all I recall.
4  Q.  Do you know when they were fixed?
5  A.  I don't.  But I think it was pretty
6  expeditiously.  Because, as I say, they were live and we
7  did put our best people on it.  And they are a very
8  large customer.
9  MR. SOLOMON:  I've marked as the next exhibit
10  a document with the control numbers 618166 to 169.
11  (Exhibit 19 marked for
12  identification.)
13  MR. SOLOMON:  Q.  And while you're looking at
14  it, this is dated Friday, January 12th, 2001.  And it is
15  from James McHugh -- excuse me, from Gayle Fitzpatrick
16  to James McHugh.
17  Have you seen this before?
18  A.  Not that I recall.
19  Q.  See on the first page, James McHugh wrote to
20  Gayle, and there is some language followed by a heading,
21  "Production Demonstration Difficulties," and it goes
22  through six itemized difficulties.
23  Do you see that?
24  A.  I do.
25  Q.  Okay.  Were you aware around January 2001 of

86

1  the product demonstration difficulties as itemized here?
2  MR. LINDSTROM:  Objection; compound.
3  THE WITNESS:  I was aware of some of the
4  specific issues, but not all of them.
5  MR. SOLOMON:  Q.  Let's go through number 1.
6  Were you aware of the sales comp difficulty?
7  A.  Not specifically, no.
8  Q.  What about the number 2, the mobile field
9  sales, "We are getting our clocks cleaned by Siebel."
10  Do you see that?
11  A.  Yes.
12  Q.  Were you aware of that?
13  A.  Again, not the specific details.  I certainly
14  know that Siebel routinely sold more CRM than we did.
15  They were the number one player in that market.
16  Q.  Number 3, "Certain applications have
17  performance issues during demonstration cycles."  And
18  the reference is to "Planner's Workbench, Self Service
19  Expenses, Web Discoverer."
20  Were you aware of that in January 2001?
21  A.  Again, not those specific details.
22  Q.  And number 4, "BIS."
23  Do you know what that stands for?
24  A.  I think it is Business Intelligence.
25  Q.  And it says, "BIS depending on the type is

87

1  either inconsistent or not available to demonstrate."
2  Were you aware of that issue in January 2001?
3  A.  Not specifically.
4  Q.  And number 5 says, "Although the ADS demo
5  dashboard is good, accessing CRM and ERP requires two
6  separate demonstrations from the dashboard.  Prospects
7  have picked up on this and questioned why?  Are they
8  different systems?  Then they see the different
9  interfaces."
10  Do you know what that refers to?
11  A.  The CRM products were somewhat newer, using
12  somewhat newer technology than the ERP products;
13  therefore, the user interface cosmetically was
14  different.
15  Q.  Were you aware of that issue in January of
16  2001?
17  A.  Yes.
18  Q.  And number 6, it says, "In existing clients
19  who are currently implementing 11i, heavy patching due
20  to product instability is impacting our ability to
21  engage them in additional sales cycles."
22  Were you aware of that in January 2001?
23  A.  I was certainly aware in the early version of
24  11i and all of our products we do a lot of patching and
25  bug fixing, yes.

88

1  Q.  "There are currently four Northeast accounts
2  that are on an implementation triage plan."
3  Do you know what those accounts were?
4  A.  I do not.
5  Q.  "Areas receiving heavy TIR activity thus far
6  are OSO, OSC, Advanced Benefits."
7  Do you see that?
8  A.  I do.
9  Q.  Were you aware of that in January 2001?
10  A.  Not specifically.
11  Q.  And again, we talked earlier about product
12  demonstration issues in earlier 2000.  Are these the
13  same sort of demonstration issues that were confronting
14  you in 2000?
15  A.  Yes.
16  MR. LINDSTROM:  Which?
17  THE WITNESS:  Some of them.  I have to read
18  them one at a time.  Certainly the biggest issue I
19  recall -- again, I wasn't aware of all of them
20  specifically.  This mentions performance issues, that's
21  different than the previous memo.  Some of the things I
22  certainly recall, that is that the demo system did not
23  have the latest production software, which was the
24  biggest complaint.  But, again, so it is back to knew
25  about some of them, not all of them.

89

1    MR. SOLOMON: Let's have marked as the next
2  exhibit a document produced by the defendants with the
3  Bates range 035038 to 39.
4        (Exhibit 20 marked for
5        identification.)
6    MR. SOLOMON: Q. The question will be, once
7  you've had a chance to look at it, do you recognize it?
8    A. Okay.
9    Q. Do you recognize it?
10   A. I don't.
11   Q. You see that at the top on the first page
12 there is a reference to an e-mail from you to Safra
13 Catz.
14   A. Yes.
15   Q. Right? And it simply says, "Approved, Larry"?
16   A. Right.
17   Q. You have no recollection of that?
18   A. I do not.
19   Q. You don't dispute though that this is, in
20 fact, a document that you wrote?
21   A. Well --
22   Q. To that extent?
23   A. I wrote "Approved, Larry," yes. And I read
24 that I'm -- I read the document at the time, I'm sure.
25   Q. Okay. And after "Approved, Larry," it says,

90

1  "Safra Catz wrote: Spoke to Sandy about this. This is
2  a company in tough financial condition. Clearly some of
3  our software didn't help."
4        Do you see that?
5    A. Yes.
6    Q. Do you recall Safra Catz or anybody else
7  talking to you around this time of Oracle's software not
8  helping this customer?
9    A. All I know is what I just read in the
10 document.
11   Q. And then below that there is a reference to
12 "National Pen/Modern Mold." And I want to skip a few
13 lines to start with, "National Pen is making the
14 following claims: 1. They were shown features in the
15 software demonstrations that were not available for
16 implementation. 2. The orders entry software is not
17 suitable for a high-volume order entry environment like
18 theirs. 3. The software performance and flow causes
19 them extreme difficulty in processing orders. In their
20 minds they are worse off now than before the
21 implementation. 4. They claim that the implementation
22 was flawed in some way. They also claim that they were
23 'unaware' of and did not agree to certain consulting
24 engagement decisions that were made."
25        Do you see that?

91

1    A. I do.
2    Q. Were you aware around August of 2000 that
3  National Pen was making the following claims with
4  respect to Oracle's software?
5    A. I really don't recall anything about National
6  Pen, other than what I learned in this document.
7    Q. But, again, as I think you testified, you
8  don't dispute you would have read this around the time?
9    A. That's correct.
10   Q. And then on the second page, I'm looking at
11 where it has a heading, "Justification." And it says,
12 "National Pen (Modern Mold) is a privately held general
13 business account located in San Diego. The customer is
14 extremely upset with the gap between their expectations
15 and actual business results of the software
16 implementation performed by Oracle. National Pen is
17 also in extreme financial difficulty. They have lost
18 their financial backing and are running the business
19 with cash from operations. They claim the
20 implementation of the Oracle Applications has been a
21 major factor in their business decline."
22        Do you see that?
23   A. I do.
24   Q. Do you have any current recollection of those
25 facts?

92

1    A. No, not at all.
2    Q. And you don't know what, if anything, was ever
3  done to resolve the concerns?
4    A. I have no idea.
5    Q. Back to the first page. This is an e-mail
6  from you.
7        Are you aware that in this litigation there
8  are some documents that are sourced to you? Do you
9  understand what I'm saying when I say that?
10   A. No, I don't.
11   Q. Do you have an understanding what your files
12 are?
13   A. My files?
14   Q. Right.
15     MR. LINDSTROM: As they've been produced in
16 the litigation?
17     MR. SOLOMON: Correct.
18     THE WITNESS: Yes.
19     MR. SOLOMON: Q. And what's your
20 understanding?
21   A. Copies of my e-mails and other documents
22 that -- hard copy, hard drive documents that I was asked
23 to retain at the time the suit was initiated.
24   Q. And who asked you to retain documents when the
25 suit was initiated?

93

1     A.  Our legal department.
2     Q.  And what did you do to comply with that
3  request?
4     A.  I stopped deleting all e-mails and all other
5  files; though, virtually everything I do is in e-mail.
6     Q.  And did you do that immediately when you got
7  the instruction?
8     A.  I stopped deleting all business e-mails
9  immediately, yes.
10    Q.  And aside from stopping deleting business
11 e-mails, what else did you do?
12    A.  I didn't throw away any other files.
13    Q.  Aside from not throwing away files and not
14 deleting e-mail, did you affirmatively retrieve any
15 information yourself?
16    MR. LINDSTROM:  Objection; vague and
17 ambiguous.
18    THE WITNESS:  I can't answer?
19    MR. LINDSTROM:  You may answer if you
20 understand.
21    MR. SOLOMON:  Lawyers often don't understand
22 what the witness clearly does understand.
23    THE WITNESS:  I relied on the legal department
24 to go through my -- I was asked to look for documents.
25 I really wasn't exactly certain what was relevant, what

94

1  wasn't relevant.  I thought the safest thing for me to
2  do was turn everything over to the legal department and
3  let them decide what was relevant or not.
4     MR. SOLOMON:  Q.  And when you say turning
5  everything over, what did you literally turn over?
6     A.  All of my -- they got access to all of my
7  e-mail, I believe they got access to all of my
8  computers, and looked at the hard drive, had experts
9  come out.
10    But I'm not exactly -- I'm not 100 percent
11 sure of what they did.  In general that's what they did.
12    Q.  Now, I know that, for example, that you have
13 computers on your boats.
14    A.  Yes, I do.
15    Q.  Were those actually taken by legal and
16 preserved?
17    A.  I don't know.  If I change -- I can tell you
18 my practice today is if a computer is upgraded, that
19 computer then goes to the legal department for storage.
20    I'm not sure they took the computers, in other
21 words, took them, because -- but they made periodic
22 visits to those computers and searched the hard drive
23 for information.
24    Q.  So people from your legal department went onto
25 your boats and looked at your computers and did

95

1  something, whatever it was, to preserve what was on
2  those computers on your boats?
3     A.  I believe so.  I'm not sure if they were from
4  the legal department.  They were either a technical
5  representative working on behalf of the legal
6  department, or someone from the legal department did
7  that, yes.
8     Q.  Do you know when that happened?
9     A.  I don't know when they did that.
10    Q.  Is there a record of that happening?
11    A.  I don't know.
12    Q.  If I wanted to know, as obviously I do, when
13 that happened, how would I find out?
14    A.  I would ask one of our lawyers, I guess.
15 Dorian is not here.  But I believe Dorian was in charge
16 of all that.
17    Q.  Now, apart from the computers on your boat,
18 you had computers at your homes?
19    A.  Yes.
20    Q.  Is it the same answer with respect to the
21 computers at your homes?
22    A.  Yes.
23    Q.  As of getting the instruction, do you know how
24 many e-mails you had in your computer or computers?
25    A.  No.  No idea.

96

1     Q.  Did you have a practice in 2000, first of all,
2  did you have a practice in 2000 of purging or deleting
3  e-mail?
4     A.  Periodically -- I would keep everything but
5  spam, pretty much everything for long periods of time.
6  And then I would spend several hours -- you know, once a
7  year, again, a generalization, I'm not sure, once a year
8  I go through and do a cleanup.
9     Q.  And do you know if you did that in 2000?
10    A.  I don't.
11    Q.  And do you know if you did that in 2001?
12    A.  Certainly after the instruction, I stopped all
13 cleanup activity.
14    Q.  All right.  Now, this first e-mail is dated
15 August 5th, 2000, and it is from you.
16    MR. LINDSTROM:  Referring to Exhibit 19 again?
17    MR. SOLOMON:  Correct, yes.
18    Q.  And it is from you.  And it was not produced
19 from your files.  It was produced from somewhere else.
20    Can you tell me why this e-mail was not
21 produced from your files?
22    A.  I cannot.
23    Q.  Let me ask you another question about this
24 e-mail.  If I wanted to somehow access this e-mail from
25 your file, is there any disaster recovery tape or backup

97

1   tape at Oracle that would permit me to do so?
2       A.  I'm not sure what our -- what our document
3   retention tapes, being documents, what our backup tape
4   retention cycle is for those documents.  I do know now,
5   though I don't know when it was initiated, literally
6   none of my e-mails are deleted.  All of my e-mails go
7   into a special server that the legal department keeps.
8   So I'm unable to delete anything.  That's been true for
9   several years.
10      MR. LINDSTROM:  He's asking a different
11  question.
12      THE WITNESS:  Okay.
13      MR. SOLOMON:  Q.  You don't believe that was
14  the case in 2000 or 2001; do you?
15      A.  No.  I'm pretty sure it was not.  It was
16  subsequent to me receiving that retention -- that
17  retention notice.  And I'm also saying -- I answered too
18  many things with that one answer.  You're saying is
19  there a backup tape where you could find this in my
20  e-mail.  And the answer is, I don't know, because I
21  don't know what our -- how old our backup tape, our
22  e-mail backup tapes are.
23      Q.  Okay.  Have you made any attempt to retrieve
24  through backup tapes any information for production in
25  this lawsuit?

98

1       A.  Me personally?
2       Q.  Yes.
3       A.  No.  I've relied on our legal department to do
4   all the production.  They've had the access to our
5   technical people.
6       Q.  In 2000, if you deleted an e-mail and did no
7   more, would that stay on a server somewhere?
8       MR. LINDSTROM:  No foundation.  Calls for
9   speculation.
10      You may answer, if you know.
11      THE WITNESS:  Okay.  There are different kinds
12  of deletes.  There is a delete to get it off the Window
13  on your screen, but it is still actually in your file,
14  desktop files and on the server.  There is another
15  delete that will actually purge it from your desk top
16  files, but it will still be on the server and backup
17  tapes.
18      Eventually if you do the more complete delete,
19  I think it is called a purge, it will still be on the
20  backup tapes for some period of time.  It depends on how
21  long those backup tapes are retained.
22      MR. SOLOMON:  Q.  What if you don't do the
23  purge, but you just do the delete, how long would it
24  simply sit on the server?
25      A.  Forever.

99

1       Q.  Did you often purge as opposed to just delete?
2       A.  Every time I do my cleanup, I did deletes plus
3   purges, to free up the disk space.
4       Q.  Is there any way of identifying when you did
5   those cleanups?
6       A.  It would depend on the availability of the
7   backup tapes, which I'm not aware of.
8       Q.  There wouldn't be a notation anywhere, as far
9   as you know, that you cleaned it out today or whatever?
10      A.  No.
11      MR. SOLOMON:  I marked as the next exhibit a
12  document produced by the defendants with the numbers
13  02544 to 547.
14          (Exhibit 21 marked for
15           identification.)
16      MR. SOLOMON:  Q.  And when you've had a chance
17  to look at it, let me know whether you recall seeing
18  these exchanges before.
19      A.  Okay.
20      Q.  Have you seen this before?
21      A.  I believe I have, though I don't recall it
22  specifically.
23      Q.  You'll see on the first page, the first e-mail
24  exchange is dated Wednesday, September 6, 2000.  It is
25  from Ron Wohl to you and others.  And the first message

100

1   is, "This past weekend we had three more 11i go lives,
2   bringing us up to 15."
3       Do you see that?
4       A.  I do.
5       Q.  And on the next page, there is another
6   exchange dated, I believe, 28th of August 2000.  And if
7   you go to the bottom, it says, "Ron, I would like to
8   know precisely which modules are running in each
9   customer.  We have a hard time to believe they have ERP
10  and CRM running together."
11      Do you see that?
12      A.  Yes.
13      Q.  And then the response appears to be from Ron
14  Wohl, "Mary Ann has the detail.  I believe the first ten
15  customers are running various parts of ERP.  I'm not
16  sure if any are running CRM components yet."
17      Do you see that?
18      A.  Yes.
19      Q.  And then above that, a message from Mary Ann,
20  "I'm not aware of any customers who are live on CRM at
21  this time."
22      Do you see that?
23      A.  I do.
24      Q.  Were you aware as of August 2000 that there
25  were no live customers on CRM?

101

1    A.  Again, I don't specifically recall, but I
2  certainly knew in general that CRM was a new business
3  for us.  So we had been in ERP for a decade, and CRM was
4  brand-new.  Not only was 11i a new version of our ERP
5  products, it was also an all-new -- it was our
6  introduction into the CRM business largely, and that we
7  had a lot more ERP customers than we had CRM customers.
8    Q.  And again, this is -- these exchanges involve
9  you and your e-mail address.  But this document, again,
10  has not been produced.  The document pertaining to your
11  e-mail address has not been produced from your files.
12    Is it your testimony that you don't know why
13  that's the case?
14    A.  That's correct.
15    Q.  And you think Ms. Gray is probably the only
16  person who can tell me; is that right?
17    MR. LINDSTROM:  Objection; calls for
18  speculation, mischaracterizes his testimony.
19    THE WITNESS:  As I say, the document retrieval
20  and production was done by our legal department, so they
21  know a lot more about it than I do.
22    MR. SOLOMON:  I meant Ms. Daley.
23    Have marked as the next exhibit a document
24  produced by defendants with the Bates numbers 020631
25  through 634.

102

1    (Exhibit 22 marked for
2    identification.)
3    MR. SOLOMON:  Q.  And let me know if you've
4  seen this before, when you've had a chance to look at
5  it.
6    A.  Again, I believe I have.  I'm on the
7  distribution list, although I don't recall it
8  specifically.
9    Q.  And with respect to the fact that this didn't
10  come from your files, again, you would have no knowledge
11  as to why?
12    A.  No.
13    MR. LINDSTROM:  Again, you're making that
14  representation to him?
15    MR. SOLOMON:  I'm making that representation.
16    Let's have marked as the next exhibit a
17  document with a Bates range 013717 through 720.
18    (Exhibit 23 marked for
19    identification.)
20    THE WITNESS:  Okay.
21    MR. SOLOMON:  Q.  Do you recognize this?
22    A.  No, I do not.
23    Q.  Do you dispute receiving this in or around
24  October of 2000?
25    A.  No.

103

1    Q.  It is -- well, at the very top of the first
2  page there is a communication from Jay Nussbaum to
3  Police, RPOLICE or Police.
4    It says, "Ron, fyi.  Didn't know who should
5  see this."
6    Do you see that?
7    A.  I do.
8    Q.  And below that there's a message from George
9  Roberts to Gayle Fitzpatrick, and it cc's a number of
10  people including you?
11    A.  Yes.
12    Q.  Do you see that?
13    A.  I do.
14    Q.  The first message below that is, "I've asked
15  the team to get more specific our on ADS systems issues.
16  Below is the Majors detail.  I know it goes against our
17  message, but do we need to stop doing demos at the
18  clients' site wherever possible and pull them into the
19  offices for better integrity?  As we stated in our
20  meeting last week, these difficulties are now common
21  knowledge by our competition, and they position our
22  inability to competently pull these off as 'proof' that
23  the e-Business suite is not a reality."
24    Do you see that?
25    A.  I do.

104

1    Q.  Were you aware of that sentiment being
2  expressed internally at Oracle in or around October of
3  2000?
4    A.  Well, I am aware that we had a new demo system
5  where we demonstrated the product not in our offices,
6  but at the client offices.  That's what this is
7  referring to.
8    And when you demo at the client offices you're
9  going across the public Internet on a client computer.
10  And making that network connection -- we were the only
11  ones to actually do this kind of demonstration where we
12  went to the client office directly, they connected to
13  our servers via a network.  And this is a new way of
14  demoing our products, it was a new approach.  And we
15  were always kind of pushing that we were a modern
16  Internet company.
17    And we were having a good deal of difficulty
18  making the demonstrations work across the Internet.  I
19  think if you read the specific examples in here, the
20  bulk of the problem doesn't have so much to do with our
21  software, it has to do with the fact that working in
22  client offices and getting it to work across the public
23  Internet was very, very challenging.  And when the
24  customer saw bad performance, they didn't know it was
25  really a network issue, as opposed to a software issue.

105

1   I think that is the bulk of what is said in here.
2       Q.  I understand.  But, again, if you could just
3   focus on the question.
4           And the question was, were you aware of those
5   concerns being expressed internally at Oracle at the
6   time?
7       A.  I was certainly aware that we had problems
8   with our demonstration system.
9       Q.  Then let's go on to page 2.  And at the top of
10  the page it says, "The problems fall into three
11  categories:  1) system stability and performance, 2)
12  product integration and stability, and 3) deviation from
13  the ADS scripts.  The system stability and performance
14  issues and our inability to show an integrated demo
15  leaves doubt in our customers' minds that Oracle can
16  show or deliver the e-Business solution."
17          And the question is, were you aware of those
18  concerns being raised internally at Oracle in 2000?
19          MR. LINDSTROM:  Objection; compound.
20          THE WITNESS:  I certainly was aware we had a
21  new demonstration system.
22          MR. SOLOMON:  Q.  That's not what I'm asking.
23      A.  And there were problems with it.
24      Q.  Okay.  And with respect to the problems
25  identified here, system stability and performance,

106

1   product integration and stability, and the deviation
2   from the ADS scripts, were you aware of each of those
3   issues being expressed internally at Oracle in October
4   of 2000?
5       A.  If you read this memo in its entirety, you
6   read the different examples, you will see that the bulk
7   of these examples have to do with the fact that we're
8   doing it at a client site rather than in our office, and
9   they are network related issues.
10          However, I certainly knew that 11i was a new
11  product, and the first version of a new product will
12  have more bugs than later versions.
13      Q.  I understand that.  And as we get shorter in
14  time, I'm going to have to cut you off more and more.
15      A.  Sure.
16      Q.  Because I need answers to my questions.
17      A.  Okay.
18      Q.  If you skip a paragraph, and I'm talking now
19  about the paragraph beginning with "Detail below."
20      A.  Okay.
21      Q.  And I'm halfway through that paragraph, the
22  "The ADS support team has done a great job in trying to
23  resolve some of these issues with us, but I'm not sure
24  they are equipped to deal with the complexity of the
25  solutions we need to show the customer.  The end result

107

1   is a poor showing in front of the customer and we need
2   to be able to demonstrate that our e-Business solution
3   and architecture are better performing than our
4   competitors, particularly those who bring in their own
5   servers."
6           Were you aware of that being expressed in
7   October of 2000?
8       A.  I was aware of it being expressed.  I didn't
9   agree with the approach, the solution they proposed.
10      Q.  Okay.  Then there is reference to a
11  demonstration at Pier One, a demonstration at Litton, a
12  demonstration at Clopay, at Warner Brothers and
13  McGraw-Hill, J&J, Schreiber Foods.
14          Were you aware of demonstrations being
15  attempted at those clients in and around the fall of
16  2000?
17          MR. LINDSTROM:  Objection; compound.
18          THE WITNESS:  Not specifically.
19          MR. SOLOMON:  Q.  What about Pier One, were
20  you aware of that?
21      A.  Not specifically.
22      Q.  What about Litton?
23      A.  Not specifically.
24      Q.  Clopay?
25      A.  Not specifically.

108

1       Q.  Warner Brothers?
2       A.  No.
3       Q.  McGraw-Hill?
4       A.  Nope.
5       Q.  J&J?
6       A.  Nope.
7       Q.  Schreiber Foods?
8       A.  No.
9       Q.  If you go to Clopay, it says, "The first
10  Clopay demo was held in the Oracle office in Cincinnati
11  with our internal web connection."
12          Do you see that?
13      A.  Yes.
14      Q.  "Response time was awful.  Mike Metcalf
15  described it as worse than 2400 baud."
16          Do you know what that means?
17      A.  Yes.
18      Q.  What does that mean?
19      A.  It is an old-fashioned, very slow teletype
20  connection.
21          It's just his way of emphasizing how slow the
22  connection was.
23      Q.  "In addition, drop ship functionality was not
24  working and fake data was required."
25          Do you know what that means?

109

1    A.  I do not.

2    Q.  And you don't recall around the fall of 2000

3  being made aware of that as a result of getting this

4  e-mail?

5    A.  Not specifically, no.

6    Q.  If you look at J&J on page 13719, you'll see

7  it says, "Presented financials to J&J at the Oracle

8  Iselin office."

9        Do you see that?

10    A.  I do.

11    Q.  "With an audience in attendance of over 20,

12  one hour into the demo we experienced extreme

13  performance degradation (latency was well over 250ms).

14  Jim McHugh immediately called the ADS hotline.  ADS said

15  the issue was not with the data center and referred him

16  to the Corporate Help Desk.  Upon calling the Corporate

17  Help Disk, Jim was immediately placed on hold for

18  several minutes before the call was handled.  Both ADS

19  and the Corporate Help Desk said there was nothing they

20  could do.  Meanwhile, the prospect, J&J, was asking if

21  the demo performance was illustrative of expected post

22  implementation performance.  After several additional

23  minutes the Corporate Help Desk issued a P1.  Issues

24  were resolved after one hour of SC dancing/powerpoints

25  waiting for the situation to improve."

110

1        Do you recall those issues being raised with

2  you in the fall of 2000?

3        MR. LINDSTROM:  In conjunction with the J&J

4  presentation?

5        MR. SOLOMON:  Correct, yes.

6        THE WITNESS:  No.

7        MR. SOLOMON:  Q.  Let's go over to the last

8  page, which is 013720.  There is a summary.  You see

9  that?

10    A.  I do.

11    Q.  Okay.  It says, "Our demo

12  deployment/methodology strategy is the right one,

13  however, the lead time between the release of our

14  products to the market and our ability to show these to

15  our customers is hurting the business.  The

16  uncontrollable elements between the data center and demo

17  site need to be addressed.  These elements, equipment,

18  demo laptops, connection method, port restrictions, poor

19  modem speeds and Oracle's own internal network and

20  office performance need to be performing controllable

21  and quantifiable elements to ensure a favorable customer

22  perception of our architecture and applications

23  performance.  The need for an integrated demo is high.

24  I know that it's coming soon, but we've had to stall our

25  scheduled demos to customers so that we can show them

111

1  their business requirements in the demo.  Our

2  competitors know that we're struggling with this and do

3  an outstanding job of setting up customers to see a

4  'live integrated demo' from Oracle.  Once the integrated

5  demo environment is available, we have to be able to

6  customize the demos to meet our customers' requirements.

7  This is key to our success in Majors.  We can't keep

8  going back to the customers to ask for a 'do-over' when

9  it comes to demos.  This has been the norm rather than

10  the exception of late."

11        Do you see that?

12    A.  Yes.

13    Q.  In the fall of 2000, were you aware of the

14  issues as expressed in that summary?

15        MR. LINDSTROM:  Objection; compound.

16        THE WITNESS:  Again, in a general sense, I was

17  certainly aware as we went to this global demo system

18  across the network, whenever you introduce a new piece

19  of technology, there are problems.  And there were

20  specific problems in network performance.  So, in a

21  general sense I was aware we had problems bringing up

22  our global demo system.

23        MR. SOLOMON:  Q.  And, again, this is an

24  e-mail with your address on it.  You can't tell me why

25  it was not produced from your files, can you?

112

1    A.  I cannot.

2        MR. SOLOMON:  I've marked as the next exhibit

3  a document produced by the defendants, Bates number

4  014244 and 45.

5        (Exhibit 24 marked for

6        identification.)

7        MR. SOLOMON:  Q.  If you take a look at it,

8  please, then let me know if you've seen it before.  Do

9  you recognize this?

10    A.  Yes.

11    Q.  And it's a memo to you from Mike Rocha?

12    A.  Yes.

13    Q.  Copying some other people, dated October 12th,

14  2000?

15    A.  Yes.

16    Q.  And there is a reference to Carly Fiorina?

17    A.  Yes.

18    Q.  You testified earlier, I thought, that you

19  didn't negotiate with Carly --

20        MR. LINDSTROM:  Objection.

21        MR. SOLOMON:  Q.  -- in the fall of 2000; is

22  that right?

23        MR. LINDSTROM:  Objection; mischaracterizes

24  his testimony.

25        THE WITNESS:  I have never negotiated a

113

1 transaction with Carly Fiorina.
2     MR. SOLOMON: Q. All right. It says here
3 there is an understanding you were meeting with her the
4 next day.
5     A. Yes.
6     Q. Did you meet with her?
7     A. Yes.
8     Q. And it wasn't to negotiate any transaction?
9     A. No.
10     Q. What was the meeting about?
11     A. Just general, you know, general climate --
12 general climate of business for both Oracle and HP and
13 how we might better work together.
14     Q. But not to the level of a transaction?
15     A. No.
16     Q. So just general macro type things?
17     A. It is my practice not to negotiate business
18 transactions with any of our customers.
19     Q. Okay. Just looking at point 1, it says, "HP
20 isn't happy with the quality of the CRM products. While
21 the lead sharing system is operational, HP believes that
22 they received an uninstallable product and were asked to
23 pay consulting fees to make it work. They have withheld
24 payment of consulting fees. Mark is directly involved
25 in the account. HP will ask that you get involved."

114

1     Do you see that?
2     A. Yes.
3     Q. Do you recall being made aware of that around
4 the time of this e-mail?
5     A. Yes.
6     Q. Okay. And did HP ask that you get involved?
7     A. No.
8     Q. So that was a prediction that just didn't come
9 true?
10     A. That's correct.
11     Q. Okay. Did you discuss the quality of the CRM
12 products with Carly Fiorina when you met her the
13 following day?
14     A. No.
15     Q. If you go to point 4, it says, "HP expects
16 that we will purchase the hardware required to make our
17 build and integration environments comparable to Sun,
18 (power unit equivalent). I'm sitting on a $1.7 million
19 request for the 9i line (complete with OPS). My opinion
20 is based on the Wall Street Journal article Bill Russell
21 feels that he was screwed by us, therefore, he isn't
22 willing to be reasonable on the development
23 environments. Given the size of our software sales
24 opportunity, you may want to agree that we'll purchase
25 the hardware. We need it."

115

1     Do you see that?
2     A. I do.
3     Q. Do you recall being made aware of that as a
4 result of getting this e-mail in October of 2000?
5     A. Yes.
6     Q. Were you aware of that outside of receiving
7 this e-mail, or is this the vehicle by which you became
8 aware?
9     A. No. I certainly knew about a general
10 expectation. HP certainly would like to sell us
11 hardware. In a general sense, they are always trying to
12 sell us more hardware and we were always trying to sell
13 them software.
14     Q. And did you hear, other than from this e-mail,
15 of the concerns HP had with the CRM?
16     MR. LINDSTROM: We're back to item 1 now?
17     MR. SOLOMON: Back to item 1, yes.
18     THE WITNESS: I could just tell you in a
19 general sense that -- you know, I can't say this
20 specific document made me aware exactly at this time.
21 But HP is a big Siebel customer, and we were trying to
22 get our CRM in, you know, to displace Siebel, and it was
23 just a hard road.
24     Siebel is the market leader in this. Their
25 products are quite good. And we had a hard time

116

1 competing with them at HP and other places in CRM.
2     MR. SOLOMON: Q. And, again, this would have
3 been in your e-mail file, and you can't explain why it
4 wasn't produced from your source in this litigation?
5     MR. LINDSTROM: Objection; mischaracterizes
6 the testimony as to what would or would not have been in
7 his e-mail file at this time.
8     MR. SOLOMON: Q. Let's back up.
9     This would have been in your e-mail in October
10 of 2000; true?
11     A. True.
12     Q. And you can't explain why it was not
13 retrievable and retrieved in March of 2001 and produced
14 in this litigation from your file?
15     A. I cannot.
16     MR. SOLOMON: Have marked as the next exhibit
17 a document produced by Oracle with the Bates number
18 039546.
19     (Exhibit 25 marked for
20     identification.)
21     MR. SOLOMON: Q. Let me know if you've seen
22 it before when you've had a chance to look at it,
23 please.
24     A. Okay.
25     Q. Have you seen this before?

117

1    A.  Yes.  Yes, I have.
2    Q.  And you recognize it as an e-mail you received
3  on or around October 12th, 2000?
4    A.  Yes.
5    Q.  And from Sandy Sanderson?
6    A.  Yes.
7    Q.  And it says "Larry, please see the e-mail
8  below from our account team and the client.
9  Ingersoll-Rand has been a big supporter of Oracle, this
10  should have been an easy sale.  We have $2.5 million in
11  forecasts with $5 million in upside for IR.  The $2.5
12  million is for db, upside is apps.  They are now
13  seriously considering holding off on the db this quarter
14  because of the apps issues."
15    Do you see that?
16    A.  I do.
17    Q.  Were you aware of that being a, I won't say
18  threat, but a suggestion, at least, from Ingersoll-Rand
19  in or around October of 2000?
20    A.  I don't -- clearly I was made aware of it in
21  this e-mail note, but I don't recall it.
22    Q.  But you don't dispute you were aware of it
23  then?
24    A.  No.
25    Q.  And then you testified earlier that

118

1  Ingersoll-Rand is now a happy customer?
2    A.  Yes.
3    Q.  Is that right?  And isn't it true that you had
4  to pay Ingersoll-Rand $2 million to placate it with
5  respect to its apps issues?
6    A.  I don't recall.
7    Q.  You don't dispute that?
8    A.  I don't.  I have no idea.
9    MR. SOLOMON:  Have marked as the next exhibit
10  a document produced by Oracle with a Bates range 159545
11  through 575.
12    (Exhibit 26 marked for
13    identification.)
14    MR. SOLOMON:  Q.  You see this is entitled,
15  "FY 02 Consulting Budget Review," and is dated April 3,
16  2001?  And just so you know, by all means flip through
17  it, I'm only going to be asking you questions at least
18  right now about page 169568.
19    MR. LINDSTROM:  So that would be page 24 of
20  the PowerPoint?
21    MR. SOLOMON:  That's correct.
22    MR. LINDSTROM:  Thank you.
23    THE WITNESS:  What is the date of this
24  document again?
25    MR. SOLOMON:  Q.  On the front it says --

119

1    A.  April 13th, 2001.
2    Q.  Yes.
3    A.  Okay.
4    Q.  And this is just for the consulting
5  organization; correct?
6    A.  I believe so, yes.
7    Q.  Looking at 159568, which is page 24 of the
8  presentation, and it talks about, "R11i Product Issues
9  have resulted in a 2 point deterioration in fiscal year
10  01 Margin Percentage."
11    Do you see that?
12    A.  I do.
13    Q.  Then there is some figures then an asterisk,
14  then it talks about -- it says the following, "Largest
15  customers include Paxar ($2M), Ingersoll-Rand ($2M),
16  Xerox ($1M), Greenway Medical ($1M), Honeywell ($1M),
17  and Franklin Covey ($1M).
18    Do you see all that?
19    A.  No, I don't.  Page 25 -- are we on the same
20  page?
21    Q.  Maybe not.
22    A.  We're not on the same page.  That's page 24 of
23  the presentation.
24    Q.  Did I say 25?  I apologize.
25    MR. LINDSTROM:  And I think counsel -- go

120

1  ahead.  If you will, I think he's referring to the
2  asterisk at the bottom of the page.
3    THE WITNESS:  Because that's not consistent
4  with the next page of the presentation.
5    MR. LINDSTROM:  Now that we have the right
6  page, why don't you repose the question.
7    THE WITNESS:  It is interesting that the
8  document, page 24, says, "$2M Ingersoll-Rand," and here
9  it says Ingersoll-Rand is less than a million.
10    MR. LINDSTROM:  There is no pending question.
11    THE WITNESS:  Okay.  I just noticed they are
12  not consistent.
13    MR. SOLOMON:  This is your document.
14    THE WITNESS:  Not mine personally.  Someone at
15  Oracle wrote this document.  Okay.
16    MR. SOLOMON:  So, anyway, I was looking at
17  page 24 of the presentation and I was -- I referenced
18  the 2 point deterioration in margin as a result of R11i
19  product issues.  Then I was going to the asterisk where
20  it says, "Largest customers include," then we went
21  through the dollar amounts.
22    This appears, does it not, to reflect the fact
23  that Oracle had to make concessions to those customers
24  with respect to the implementation of 11i; is that fair?
25    A.  Go on.  But it was a new product.  New product

Ellison, Lawrence (Confidential)  7/13/2006  9:33:00 AM

121

1  takes more consulting to deliver.  The customers
2  sometimes get upset if the size of the consulting bill
3  is too big, because the consultants are learning about
4  the products as they go, and it is not uncommon for us
5  to have to make concessions under those circumstances.
6  Q.  Okay.  So you agree?
7  A.  Yes.
8  MR. SOLOMON:  I've marked as the next exhibit
9  a document produced by defendants with a Bates range
10  018737 to 742.
11  (Exhibit 27 marked for
12  identification.)
13  MR. SOLOMON:  Q.  Take a chance to look at it,
14  then tell me if you recognize it, please.
15  A.  Okay.
16  Q.  Do you recognize it?
17  A.  I do.
18  Q.  And you received it on or around November 8th
19  of 2000?
20  A.  Parts of it, yes.
21  Q.  If you go to the third page of the document,
22  which is 018379, it is addressed to you, Larry Ellison?
23  A.  Yes.
24  Q.  And it is signed Terry Conner, Senior Vice
25  President and CIO, President of Information Systems.  Do

122

1  you see that?
2  A.  I do.
3  Q.  The last page.
4  It appears it was also perhaps signed by Helen
5  Sayles, Senior Vice President of Human Resources.
6  Do you see that on the right bottom?
7  A.  I do.
8  Q.  Do you know those individuals?
9  A.  I do not.
10  Q.  Did you read this e-mail when it was sent to
11  you?
12  A.  I did.
13  Q.  And you'll see that after identifying the
14  company, the writers say -- I'm on page 018739 -- "We
15  are writing this to bring to your attention what we
16  consider a major breach of promise from Oracle and in
17  the hope that we can yet recover to a mutually
18  acceptable outcome."
19  Do you see that?
20  A.  I do.
21  Q.  It goes on to say, "Having gone through
22  extensive review of alternatives, we purchased the
23  Oracle 11i Human Resources Management System in late
24  1999.  Our decision was based on your team's explicit
25  commitment to delivery of a product that would perform

123

1  as intended in a time frame that would allow for smooth
2  implementation - including all of the essential testing
3  required.  We believed that purchase of the HRMS would
4  not only allow us to fulfill a critical internal need,
5  but would also allow us to evaluate the technology
6  platform, technical capabilities, service delivery and
7  support as we look to the future technology platforms
8  required to support our multiple business units.
9  Unfortunately, based on our most recent project review
10  with our team today, our confidence in both the quality
11  of the product and in Oracle's ability to support us in
12  meeting those objectives is so low that we feel that
13  without a major change on your part, the project has
14  very little chance of success.  To put it bluntly, we
15  have encountered multiple software quality problems and
16  we have struggled to get appropriate support and
17  response to our issues.  The situation is dire, and
18  absent a concerted effort on your part, we now stand in
19  great jeopardy on this implementation.  The success of
20  this project is crucial to Liberty Mutual's business
21  plans for 2001 and represents a significant investment
22  with Oracle."  And it goes on.
23  Do you remember reading that in or around
24  November 2000?
25  A.  I sure do

124

1  Q.  Then on the next page they take you through
2  problems they've been experiencing.  And they say, "The
3  base system was promised by 3/31/00 - it was delivered
4  on 6/2/00.  We were unable to run a first test payroll
5  until 7/26/00.  We have continually faced serious issues
6  with your technical assistance request process, with
7  multiple TARs remaining dormant while our people have
8  tried to escalate the issues within your organization.
9  When escalated, the issues appear to get a flurry of
10  action, but the number of issues do not appear to
11  diminish, and your customer support process has not been
12  effective in resolving flaws in what would appear to be
13  basic functionality.  We have been working with people
14  over 9 different time zones - testing multiple potential
15  solutions suggested by Oracle, only to find the
16  solutions do not work."  It goes on to detail their
17  problems.
18  Do you recall reading this in November of
19  2000?
20  A.  Yes.
21  Q.  What was your reaction?
22  A.  This is an escalation that we had to make sure
23  our best people in development and engineering were
24  aware of it and worked to fix the problem.
25  Q.  On the first page now, it says, "As you can

125

1  see from the attached, Liberty Mutual has escalated
2  their significant dissatisfaction with Oracle HRMS to
3  Larry. This will be a topic of discussion tomorrow."
4       Do you know what meeting is being referenced
5  when it says, "topic for discussion tomorrow"?
6       A.  I think I called for a meeting. We have
7  regular -- I chair regularly scheduled engineering
8  meetings both for applications and database technology,
9  and I think it was the regularly scheduled -- I wanted
10  to put it on the agenda. When I said "Joel, let's
11  review this tomorrow," my comment was to put it on the
12  agenda of our regularly scheduled applications meeting.
13       MR. SOLOMON:  Okay. Let's take a five-minute
14  break. Actually, you know what, let's go for lunch.
15       MR. LINDSTROM:  That's fine.
16       VIDEOGRAPHER:  This marks the end of tape two,
17  Volume I, in the deposition of Larry Ellison. At 12:50
18  going off the record.
19       (Lunch recess - 12:50 p.m. - 1:36 p.m.)
20       VIDEOGRAPHER:  On record at 1:36. This marks
21  the beginning of tape three, Volume I, in the deposition
22  of Larry Ellison.
23       MR. SOLOMON:  I want to have marked as the
24  next exhibit a document produced by defendants with
25  control number 024862 through 864.

126

1            (Exhibit 28 marked for
2             identification.)
3       MR. SOLOMON:  Q.  And if you just let me know
4  when you've had a chance to look at it, if you recognize
5  it, please.
6       A.  Okay.
7       Q.  Do you recognize it?
8       A.  Not really.
9       Q.  Okay.
10       A.  Not specifically. I recognize the general
11  dispute between the two parties, but --
12       Q.  Okay. Who are the two parties you're
13  referring to?
14       A.  Ron Wohl and Mark Barrenechea.
15       Q.  And one was responsible for ERP and the other
16  for CRM; is that right?
17       A.  That's correct.
18       Q.  You don't dispute receiving this around the
19  date of the document where you were an addressee, which
20  is 15th of November 2000?
21       A.  I do not.
22       Q.  And what was the dispute?
23       A.  Ron was complaining about Mark, you know,
24  Mark's code, and Mark was complaining about Ron's code.
25       Q.  Is that a problem, or was that a problem that

127

1  confronted Oracle?
2       A.  Still to some degree confronts Oracle, that
3  groups are interdependent upon one another. They will
4  say: I'm late because the database team didn't -- it
5  wasn't my fault, it was his fault that I was late.
6       So a lot of our software is interdependent, so
7  our applications, for example are built on top of our
8  database and on top of our middleware, and sometimes
9  there will be finger pointing to some people. Sometimes
10  people prefer to assign blame to someone other than
11  themselves or their own group.
12       Q.  This -- when I say "this" I'm looking at the
13  e-mail dated November 15th, 2000, second -- two-thirds
14  of the first page, this refers to the internal roll-out
15  of 11.5.2?
16       A.  It does.
17       Q.  And then on Thursday, November 16th, 2000,
18  there is an e-mail from Jeff Henley to Jennifer Minton
19  where it says, "FYI, I actually like this exchange with
20  copies to Larry, it escalates the pressure to get to the
21  bottom of what is really happening here.  I took my shot
22  at EC on Monday, so this is supplemental ammo."
23       Do you recall seeing that?
24       A.  Not specifically. But I certainly remember
25  the climate at the time this was all occurring.

128

1       Q.  EC refers to executive committee?
2       A.  That's correct.
3       Q.  Do you recall the meeting that's referred to
4  there on the Monday?
5       A.  Again, not specifically. But in general, yes,
6  absolutely.
7       Q.  And were there heated exchanges in these
8  meetings between Ron Wohl and Mark Barrenechea?
9       A.  Mark would be heated; Ron would be
10  quantitative and analytical.
11       Q.  Who would be at these meetings?
12       A.  The senior -- the senior managers in the
13  company.
14       Q.  And that would be Sandy Sanderson, George
15  Roberts?
16       A.  Yes, they were there.
17       MR. LINDSTROM:  We're talking about the EC
18  meetings referred to in this document?
19       MR. SOLOMON:  Yes.
20       MR. SOLOMON:  Q.  Jay Nussbaum?
21       A.  Yes.
22       Q.  And Wohl and Barrenechea and you, and who else
23  other than that group?
24       A.  Safra Catz, Jeff Henley.
25       Q.  Okay.

129

1    A.  Chuck Rozwat.
2    Q.  And what was his position?
3    A.  He ran database engineering.
4    Q.  Anybody else?
5    A.  Mike Rocha, who at the time ran support.
6    Q.  The reference is, "Get to the bottom of what
7   is really happening here."
8        Do you recall ever getting to the bottom of
9   what was really happening?
10   A.  I wonder if I ever get to the bottom of what's
11  really happening.  No.  It was a normal -- it was kind
12  of a normal development process.  We had a new product,
13  there was problems with Ron's code, there were problems
14  with the CRM code.  They were both under tremendous
15  pressure to fix those problems as quickly as they could.
16  And they were just feeling the pressure.
17       MR. SOLOMON:  Okay.  Have marked as the next
18  exhibit a document not produced by Oracle, at least not
19  this version.
20           (Exhibit 29 marked for
21            identification.)
22       MR. SOLOMON:  Q.  You see this is the Oracle
23  2000 Annual Report, as referenced on the front page?
24   A.  Yes.
25   Q.  I'm going to focus on the fifth page of the

130

1   document which has your photograph on the right.
2    A.  Okay.
3    Q.  And this is part of a letter that you wrote to
4   the shareholders; is that right?
5    A.  Yes.
6    Q.  And I'm looking on that page with your
7   photograph on it, at the bottom of the page, and it says
8   the following, "We also developed several new
9   applications so that the E-Business Suite would be
10  complete.  Today the suite includes every application
11  you need to run your business, marketing, sales, supply
12  chain, manufacturing, customer service, accounting,
13  human resources - everything.  It works in every country
14  and in every language.  The E-Business Suite is the
15  first and only complete set of applications ever to have
16  been built."
17       Do you see that?
18   A.  I do.
19   Q.  That wasn't true when you wrote it, was it?
20   A.  Yes, it was.
21   Q.  Are you saying that it worked at that time in
22  every country, in every language?
23   A.  I didn't say it worked perfectly.  But with
24  the engineering -- it was engineered to do all of those
25  things, it had all of those components.  It had

131

1   marketing, it had sales, it had supply chain, it had
2   manufacturing, customer service, human resources.  It
3   had all of those things.  And it had the ability -- it
4   had virtually the ability to put it in every language.
5   It doesn't mean that every feature, every feature you
6   could possibly want for your business was in there, but
7   ever major functional area was covered.
8    Q.  You see it says, back to the page with your
9   picture on it, it says, "Today," not yesterday, not
10  tomorrow, it says, "Today the suite includes every
11  application you need to run your business," and it goes
12  through that.  And you say "everything," and you say,
13  "it works in every country."
14       You don't agree that gives the impression that
15  everything was there, everything was ready and it
16  worked?
17   A.  I mean, I suppose, to make it very precise, it
18  should say every major country, probably it would work
19  in Afghanistan, with the tax laws in Afghanistan.  So
20  you can take exception that it was general rather
21  than -- general and imprecise, and it didn't work -- if
22  you were a bank, it didn't have every application a bank
23  would use.  But that's why I enumerated the applications
24  that we had.
25       So what I mean by everything, it's everything

132

1   that's common across businesses.  Everyone has
2   marketing, everyone has sales.  I shouldn't say
3   everyone.  The legal business doesn't have marketing.
4   Most businesses have marketing, most businesses have
5   sales, most businesses have supply chain, customer
6   service, accounting, human resources.  All those things
7   were there, all engineered to work together.  And it was
8   designed and engineered to support every language.
9    Q.  Now, you say that, but isn't it true that you
10  were engineering them, perhaps, to go together, but to
11  suggest that it was complete and ready, as this
12  suggests, is not accurate?
13       MR. LINDSTROM:  Objection; argumentative.
14       THE WITNESS:  What was the date of this
15  document?
16       MR. SOLOMON:  Q.  I believe it was October of
17  2000.
18   A.  I believe we delivered the e-business suite in
19  May of 2000.  So we were in the midst of our first
20  deliveries.  If you mean by finish and ready that all
21  the bugs were fixed and all those things -- it was
22  certainly a new product.  I concede to you it was a new
23  product and as a new product it had a lot of bugs that
24  needed to be fixed.
25   Q.  You say it was already delivered.  Who was it

133

1  delivered to?
2      MR. LINDSTROM:  As of what point in time?
3      MR. SOLOMON:  I think -- let's go back.  Can
4  you read back the question before this question and the
5  answer.
6      (Record read as follows:  QUESTION:  Now, you
7      say that, but isn't it true that you were
8      engineering them, perhaps, to go together, but
9      to suggest that it was complete and ready, as
10     this suggests, is not accurate?  THE WITNESS:
11     What was the date of this document?
12     QUESTION:  I believe it was October of 2000.
13     THE WITNESS:  I believe we delivered the
14     e-business suite in May of 2000.  So we were in
15     the midst of our first deliveries.)
16     MR. SOLOMON:  Q.  What did you deliver in May
17  of 2000?
18     A.  The basic -- marketing, sales, supply chain,
19  manufacturing, customer service, accounting and human
20  resources, I think.  I think those things.
21     Q.  So is it fair to say that in May of 2000, you
22  delivered CRM and ERP to a customer; is that what you're
23  saying?
24     A.  I'm not sure that all of -- I mean, customer
25  service is a portion of CRM.  I'm not certain exactly

134

1  what dates the different customer service -- for
2  example, I did not -- so I'm not exactly certain what
3  dates the first CRM components came out.  But I believe
4  all the pieces were in the May release, that's my
5  recollection.
6      Q.  Do you reference in this document any of the
7  problems that your customers were having with
8  implementations?
9      A.  No, I don't think so.
10     MR. SOLOMON:  Mark as the next exhibit a
11  document produced by Oracle with the numbers 012381
12  through 83.
13         (Exhibit 30 marked for
14         identification.)
15     MR. SOLOMON:  Q.  Take a while to look at it,
16  then let me know if you recognize it, please.
17     A.  Okay.
18     MR. LINDSTROM:  Again, counsel, this document
19  consists of a number of e-mails, plus I see there's what
20  appears to be an analyst statement or article that's
21  embedded in here.  I assume you are asking whether he's
22  seen all these together in the way they are presented to
23  him as Exhibit 30?
24     MR. SOLOMON:  Thank you for that.  It will be
25  two-part.  If he hasn't seen it all, then I will get

135

1      into what appears to be a separate message.
2      MR. LINDSTROM:  Thank you for that
3  clarification.
4      THE WITNESS:  The first piece I have not seen.
5      MR. SOLOMON:  Q.  The first page?
6      A.  The first -- I think the first messages, the
7  first three pages, the first e-mails, the first three
8  pages.
9      MR. SOLOMON:  Can you pull off the others,
10  because I've got just the first three pages.
11     MR. LINDSTROM:  So, for the record, which --
12     MR. SOLOMON:  You should hang on to 012381
13  through 383.
14     THE WITNESS:  Okay.
15     MR. SOLOMON:  And the others, pass back to me.
16     THE WITNESS:  I have not seen this document
17  before.
18     MR. SOLOMON:  Q.  You see your name is
19  referenced on the first page against "Escalation Level,"
20  "LELLISON"?  You see that?
21     A.  Right.
22     Q.  And do you recall the escalation that's
23  referred to here, regardless of whether you saw the
24  document?
25     A.  Again, GE is a funny case, because I am the

136

1  account manager for GE, so theoretically I'm involved in
2  everything that goes on with GE.
3      Q.  I want to look at some language at the bottom
4  of the page where it starts with, "Problem Summary."
5  And it reads, "As I understand, the CIO of GE Corp has
6  biweekly calls with LJE."
7      That's you; right?
8      A.  Yep.
9      Q.  "LJE recommended that GE upgrade to 11.5.2
10  from 11.0.3."
11     Then over the page, "GE began the upgrade on
12  11.6 and has not been able to completely upgrade a
13  single instance after almost four weeks of trying.  The
14  upgrade should have been completed on 12/1.  Tactically,
15  GE Corp is now behind in their project plans which
16  seriously jeopardizes their 2/5/01 go-live.  Further,
17  they have had to work around or bypass many steps in the
18  upgrade process, which is of their -- which in their
19  opinion has left them with an 'unreproducible' upgrade
20  path from 10.0.3 to 11.5.2.  Additionally, GE is
21  expressing strong concern regarding the maintainability
22  of 11.5.2, for example, the time it takes to build
23  search indexes, the amount of disk space required (2GB
24  per language)."  And I'll stop there.
25     Were you aware around this time, which is

137

1  December, beginning of December 2000, that GE was
2  expressing its concerns as reflected in that e-mail?
3      A.  Again, GE is such a large company with so many
4  divisions and there is so much going on at General
5  Electric, again, I don't specifically remember this
6  e-mail or this set of problems.
7      But there is always, I mean, literally, the
8  last ten years I worked at GE, there is always a set of
9  problems that we're focused on.
10     Q.  As a sponsor, would you have expected to have
11  received this e-mail in the normal course of business?
12     A.  I would certainly expect to be made aware of
13  what was going on at GE.  I don't expect to be copied on
14  every single e-mail regarding GE.
15     Q.  And then at the top of that first page, it
16  says, "I'm confused about what is going wrong with the
17  11i.2 upgrade here."  And that's from Ron Wohl, it would
18  appear.
19     A.  Right.
20     Q.  Do you recall having any conversations with
21  Ron Wohl about that?
22     A.  I mean, not specifically related to this
23  document.
24     MR. SOLOMON:  Next document is a document
25  dated December 7, 2000, with the Bates number 154023.

138

1      (Exhibit 31 marked for
2      identification.)
3  THE WITNESS:  Okay.
4  MR. SOLOMON:  Q.  Do you remember this
5  exchange?
6      A.  Vaguely, yeah.
7      Q.  Do you know who Fran Dram is?
8      A.  Senior executive, IT executive at BellSouth.
9      Q.  And he says, "Larry, I have been told that
10  you're aware of this ut" -- I imagine that meant "but,"
11  don't you?
12     Anyway, "Larry, I have been told that you're
13  aware of this ut.  We may not be able to cut over the
14  Oracle CRM system this weekend for BellSouth because of
15  performance problems in scripting."
16     Do you see that?
17     A.  I do.
18     Q.  Is ut some kind of techno thing or --
19     A.  I don't know what UT is.
20     Q.  "I would appreciate any help you can give" --
21     A.  I don't think it's techno.
22     Q.  Okay.  "I would appreciate any help you can
23  give.  This potential cancellation will be highly
24  visible."
25     Do you see that?

139

1      A.  I do.
2      Q.  What is the cancellation being referred to, do
3  you know?
4      A.  I think the cancellation of the upgrade or the
5  cutover.  When they are turning one system off and
6  turning another system on, they had a specific date and
7  plans, and had to postpone, cancel.  That's what they
8  mean by cancellation.
9      Q.  When they say visible, do you understand what
10  the visibility is they are concerned about?
11     A.  There will be a lot of people inside of
12  BellSouth that would be aware that the upgrade was
13  postponed.
14     Q.  Then your response was to Fran; is that right?
15     A.  Yes.
16     Q.  Is that your response?
17     A.  Yes.
18     Q.  You say you were involved every third, but I
19  think you mean every 30 minutes?
20     A.  I think I was getting updates -- I think this
21  was one of those situations like POSCO we discussed
22  earlier where they are in the verge of a cutover, I
23  really do monitor it almost constantly.  And I was in
24  constant contact with our support people.  They were
25  actually logged on to the BellSouth system.

140

1      Q.  How were you communicating then every 30
2  minutes?  What mode of communication?
3      A.  It varies.  Sometimes we'll actually have a
4  conference call that is continuously ongoing, just a
5  line that is open, as well as e-mail messages and other
6  things.  But normally for that it is a conference call
7  or something that looks like a little chat room.
8      Q.  Okay.  The top says, "Debbie/Linda, I just
9  wanted to share this information with you.  Larry and
10  Fran are communicating.  Let's keep our fingers crossed
11  that this will work out.  We are all on it."
12     Do you recall a resolution to that particular
13  issue?
14     A.  You know, I'm not certain what happened in the
15  end with BellSouth.  I don't, you know.  I've said POSCO
16  is a happy customer, GE is a happy customer,
17  Ingersoll-Rand.  I'm not sure if we ever got the system
18  at BellSouth working.  Again, it was a huge consulting
19  project.  It was a very, very complicated
20  implementation.  And this was a long time -- I should
21  remember, but I just don't remember what the ultimate
22  resolution was.
23     Q.  Do you recall that you had to give away $20
24  million worth of consulting in connection with the
25  BellSouth deal?

141

1    A.  You're refreshing my memory. I don't know
2    exactly if it was $20 million, but that number doesn't
3    surprise me.
4    Q.  This again is an e-mail that comes from your
5    files, but was not produced from your files. We got it
6    through some other file.
7        You can't tell me why it is that this wasn't
8    in your file at the time of the litigation?
9    A.  I cannot.
10        MR. SOLOMON:  I've marked as the next document
11    a document produced by the defendants with the Bates
12    numbers 013401 and 402.
13        (Exhibit 32 marked for
14        identification.)
15        THE WITNESS:  Okay.
16        MR. SOLOMON:  Q.  Okay, do you recognize it?
17    A.  I mean, not specifically.
18    Q.  Okay. But you don't dispute that you would
19    have received it and read it around Saturday,
20    December 9th, 2000?
21    A.  That's right.
22    Q.  Looking at page 2 to start with, I guess I
23    should first of all say this appears to be an e-mail
24    exchange between you and Sergio Giacoletto; is that
25    right?

142

1    A.  That's correct. I don't think it's an
2    exchange. I think it is Sergio can't attend the Monday
3    EC meeting, and he's giving a forecast report via e-mail
4    in lieu of that.
5    Q.  So on that second page under "CRM,"
6    Mr. Giacoletto is saying, "We're losing a bit of
7    momentum. Salespeople are reluctant to engage to the
8    product problems, lack of references and local language
9    issues. We are also losing" -- it says "loosing," I
10    think he means "losing many people to Siebel still, and
11    we are short of 50 sales consultants across EMEA.
12    Hopefully the situation will turn in January once we get
13    11.5.3 running in local language."
14        Do you see that?
15    A.  I do.
16    Q.  Mr. Giacoletto wasn't an Oracle executive in
17    Afghanistan, was he?
18    A.  Yes, he actually has -- is he responsible for
19    Afghanistan? He does. He's got all of Europe, Middle
20    East Africa, which includes Afghanistan.
21    Q.  Is he referring to Afghanistan when he's
22    talking about local language issues?
23    A.  I think he's referring to some of the CRM
24    components.
25    Q.  Do you think he's referring in terms of the

143

1    language issues to Afghanistan?
2    A.  No, I don't think he is.
3    Q.  More like European language, do you think?
4        MR. LINDSTROM:  Objection; calls for
5    speculation.
6        THE WITNESS:  I don't know. I don't know
7    which languages he's referring to.
8        MR. SOLOMON:  Q.  Do you recall being aware of
9    these issues when they were raised by Mr. Giacoletto?
10        MR. LINDSTROM:  Which issues?
11        MR. SOLOMON:  The issues under "CRM"?
12    A.  Again, the note gives me a very strong -- it
13    is a note of very strong forecasts, and CRM is a very
14    small business. Understand, it is a brand new business
15    for Oracle and it is tiny, so he's raising the fact
16    we've got this brand new, tiny business, and there is
17    risk associated with it.
18        Until we bought Siebel, it's always been a
19    very, very tiny business for us.
20    Q.  Weren't you saying at the time applications
21    were going to drive database sales?
22    A.  Applications do to some degree drive database
23    sales, but only to some degree.
24        We have 30,000 application customers, and we
25    have almost 300,000 database customers.

144

1    Q.  Put another way, were you not saying at the
2    time that the e-business suite was complete, working and
3    in such a state that it was going to drive database
4    sales in the third quarter of 2001?
5    A.  No. I mean, again, the application
6    contribution of database sales even today is still a
7    very small number, versus the total software databases.
8    But it doesn't mean it doesn't contribute. It does
9    contribute. But it just doesn't contribute a very large
10    amount.
11        MR. SOLOMON:  Okay. Have marked as the next
12    exhibit document with Bates range 297892, 893.
13        (Exhibit 33 marked for
14        identification.)
15        MR. SOLOMON:  Q.  And if you take a look at
16    this and let me know if you recall seeing this before.
17    A.  Okay.
18    Q.  Do you recall seeing this before?
19    A.  Not specifically. But once again, I received
20    it and I'm sure you got it.
21    Q.  Do you know John Rourke?
22    A.  I don't.
23    Q.  Excuse me, John Bourke?
24    A.  No.
25    Q.  He wrote to you on or around the 15th of

145

1   December 2000.
2        Do you dispute that you would have read this
3   around that date?
4        A.  No, I don't.
5        Q.  He says, and I'll read some of it, "I'm a
6   director of finance at the Pepsi Cola concentrate plant
7   in Cork, Ireland. I've been an admirer of yours for a
8   number of years and have noted with interest, although
9   not necessarily agreeing with, some of your
10  pronouncements on technology developments. This e-mail
11  to you is in some respects an appeal for help, as well
12  as a way of venting my frustration which is caused by
13  one of your product. By the way, I've been around long
14  enough to know my appeal will almost certainly be
15  ignored." It goes on to say, "JD Edwards financial have
16  performed very well for us for a number of years, but
17  the Pepsico corporation decided that Oracle was to be
18  the standard software for the future. So rather than go
19  with a necessary upgrade of JDE, we decided to transfer
20  to Oracle because we were sold on the increased
21  functionality of Oracle 11i. Our Oracle project has
22  been an unmitigated disaster for us from both a cost,
23  employee and relationship perspective. We have spent a
24  fortune (to us) on consultants trying merely to get your
25  product to work, and months later we still do not have

146

1   even a system to test. How can you release software
2   that does not work is simply beyond my comprehension.
3   Is it only businesses that buy totally defective
4   products? If you were selling me groceries, your
5   organization would have been out of business long ago.
6   We have had a small number of employees fully focused on
7   the project and they are totally demoralized. They are
8   some of our most dedicated and best individuals and it
9   annoys me to witness their frustration. One of our
10  goals is to make Cork an outstanding place to work,
11  visit and do business with. The team are having a bad
12  time putting in very long hours trying to play catch-up.
13  They are viewing the failure of the project to date as a
14  reflection on themselves. They are all young
15  professionals trying to forge their own careers. No
16  matter how often I repeat the delay in the project is
17  due to faulty software, they still feel presently at
18  fault."
19       Are you blaming them, by the way?
20       A.  Blaming?
21       Q.  Do you blame the young professionals for what
22  they have been experiencing here?
23       A.  I have no firsthand knowledge of what happened
24  in Cork.
25       MR. LINDSTROM:  Objection. No foundation.

147

1        MR. SOLOMON:  Q.  It goes on to say, "Our
2   reputation will now be tarnished as we will have to
3   announce shortly the delay, and worse still we have to
4   admit we do not know how long the delay will be. A
5   number of world-wide best practice initiatives, e.g.,
6   marketing effectiveness, T&E, et cetera, are on hold
7   pending implementation of Oracle. I am not looking
8   forward to the reaction to our announcement. I thought
9   I would be feel better after writing down my thoughts.
10  Unfortunately, I think I feel worse. I also did not
11  think I would write so much."
12       Do you recall now reading this around that
13  time?
14       A.  Not specifically.
15       Q.  You then reply on December 15th, is that
16  right, and you say, "Well, we'll look into this
17  immediately. Have you modified the 11i software? What
18  version are you using? Ron, please follow up. Larry."
19       Is that right?
20       A.  Yes.
21       Q.  Do you recall writing that?
22       A.  Not specifically.
23       Q.  And then the response to that message is,
24  "Thank you for showing an interest. Our intention is to
25  go as much as possible with the vanilla Oracle software

148

1   and to avoid modifications. As we cannot load 11i, no
2   modifications have been made."
3        Do you recall receiving that response?
4        A.  No, I don't.
5        Q.  Okay. And then it looks like John Bourke then
6   writes to Ron Wohl saying, "This e-mail does not appear
7   to have got through to you."
8        Then a message from Ron Wohl saying, "Thank
9   you for resending it, John. Courtney, Bill, can you
10  review the situation below and figure out what action is
11  needed and close the loop with John. Please update me
12  on status regularly until resolved."
13       Do you see that?
14       A.  I do.
15       Q.  Do you recall getting Wohl involved?
16       A.  Not specifically.
17       Q.  Do you recall any resolution to this?
18       A.  I do not.
19       Q.  Okay. This, at least part of these documents,
20  if not all of them, were in your file apparently as an
21  addressee, yet none of them were produced in this
22  litigation from your file.
23       You can't tell me or explain why that's the
24  case; is that right?
25       A.  I cannot.

149

1    MR. SOLOMON: I've marked as the next exhibit
2  a document produced by defendants with control numbers
3  039324 to 328.
4          (Exhibit 34 marked for
5          identification.)
6    THE WITNESS: Okay.
7    MR. SOLOMON: Q.  Have you seen this before?
8    A.  Not that I recall.
9    Q.  Okay. You'll see that on the second page you
10  are an addressee.  Do you see that?
11   A.  Yes.
12   Q.  And there is a message, a forwarding message
13  saying essentially that you should be aware of what
14  follows.  Do you see that?
15   A.  Yes.
16   Q.  And then on the next page there is an e-mail
17  exchange from Michael Cochran to George Roberts, Jeff
18  Henley and a number of others.  Do you see that?
19   A.  I do.
20   Q.  Do you know, are you familiar with Paxar?
21   A.  Not really.
22   Q.  Okay.  It starts, "Victor Heschaft,
23  H-e-s-c-h-a-f-t, "Paxar's vice-chairman has been dealing
24  with an extremely critical 11i implementation.  By all
25  accounts from those involved, this has been very ugly

150

1  and we've put the customer through extreme hardship."
2          Do you see that?
3    A.  I do.
4    Q.  Do you recall being made aware of that with
5  respect to Paxar in December of 2000?
6    A.  I do not.
7    Q.  If you go to the forth paragraph it says,
8  "Paxar's Oracle History - Paxar's marketing system
9  division in Ohio had implemented 10.7 in the 1997 time
10  frame.  The implementation was painful, late and over
11  budget, but Paxar decided that they needed one global
12  system for all their businesses, and since Oracle was
13  already implemented at one of their divisions, it made
14  sense to implement Oracle apps globally in their Apparel
15  Division.  Paxar's 11i Product History - After a 6 month
16  sales cycle and reassurances from Drew Campbell and Ron
17  Wohl that 11i (specifically Order Management) would be a
18  tested and stable release, they decided to go forward
19  with Oracle."
20          Stopping there, were you aware that Ron Wohl
21  and Drew Campbell had made a representation to Paxar
22  that Order Management was a tested and stable release?
23   A.  I'm really not familiar with Paxar at all.
24   Q.  Are you aware that around December of 2000,
25  Drew Campbell and Ron Wohl were representing or had

151

1  represented that Order Management was a stable and
2  tested release?
3    MR. LINDSTROM:  To Paxar?
4    MR. SOLOMON: Q.  At all.  At all, to anyone.
5    A.  Yeah.  I think we were selling the components
6  that -- Order Management is a central portion of ERP,
7  and we were delivering it to customers.  We certainly
8  knew it was brand new, and it had bugs.  But we thought
9  we would be able to fix those bugs in the process -- in
10  the period of an implementation and get customers live
11  and running.  And almost -- and in almost all cases we
12  did.
13   Q.  And to get back to the question so we have a
14  good record, were you aware that those two gentlemen
15  were making -- were stating to anybody at that time that
16  Order Management was a tested and stable release?
17   A.  I have no firsthand knowledge of the
18  representations that they were making.
19   Q.  Did you make such a representation to anyone
20  around that time?
21   MR. LINDSTROM:  You're referring to the
22  specific representation that is attributed to those two
23  gentlemen here?
24   MR. SOLOMON: Q.  That Order Management was a
25  tested and stable --

152

1    A.  I don't think I commented about Order
2  Management specifically.
3    MR. LINDSTROM:  Thank you for the
4  clarification.
5    MR. SOLOMON: Q.  If you look down a little
6  bit in that same paragraph, it says, "Paxar was one of
7  the EARLIEST" -- in capitals -- "customer to commit to a
8  large scale, single instance implementation of 11i."
9          Do you see that?
10   A.  I do.
11   Q.  That would make them a particularly important
12  customer to you at that time, would it not?
13   A.  I'm not sure what you mean by particularly
14  important.
15   Q.  I just saw the language that they were one of
16  the earliest customers to commit to a large scale,
17  single instance implementation of 11i.
18   A.  Nothing against Paxar, but Liberty Mutual or
19  General Electric -- I mean, Paxar is a medium size
20  company, and the customers that we take the best care of
21  are our largest customers.
22   Q.  Okay.
23   A.  Or -- yeah.
24   Q.  I'm on the second page now.  Heading at the
25  top, "Order Management" -- I don't know if it is a

153

1   heading. "Order Management Functionality only in 11i."
2   Then the paragraph has some language, and I'm reading
3   now from the second half of that paragraph, which says,
4   "The 11/2000 date was moved out to 12/2000, then 1/2001,
5   and is now projected for 3/15/01 because of the
6   necessity for more significant parallel testing due to
7   the lack of confidence in the integrity of the 11i
8   release."
9        Do you see that?
10       A.  I do.
11       Q.  And then it goes on to say, "In the late
12   summer time frame, Paxar's vice-chairman first expressed
13   his dissatisfaction with the 11i quality and stability.
14   A conference call with Ron Wohl was arranged and Bill
15   Bounds from the development triage team was assigned to
16   assist.  The situation has been improving slowly, but
17   after hundreds of patches and a significant number of
18   severity 1 bugs which prevented conference room pilots
19   and user acceptance testing.  OCS has logged over 1,700
20   hours of non-billable time on such issues."
21       Do you see that?
22       A.  I do.
23       Q.  Were you aware around December 2000 that OCS
24   had been logging over 1,700 hours of nonbillable time in
25   connection with this project?

154

1        A.  I really was not that familiar with the
2   situation at Paxar.
3        Q.  Skipping down to -- two-thirds of the way down
4   the page, there is a paragraph that says, "Paxar has
5   been contacting other 11i customers to assess their
6   experience with 11i.  They've also made some veiled
7   threats about public disclosure of their challenges, so
8   we need to act quickly."
9        Do you see that?
10       A.  I do.
11       Q.  Were you aware of the threat or suggestion
12   that they would go public if their problems weren't
13   resolved?
14       A.  I really wasn't familiar with Paxar.
15       Q.  Okay.  And if you go back to the first page,
16   third paragraph, it says, "Paxar Corporation
17   Background - Paxar is a $700 million publicly traded,
18   worldwide enterprise," et cetera.
19       MR. LINDSTROM:  Where are you, counsel?
20       THE WITNESS:  Right here.
21       MR. SOLOMON:  Third paragraph.
22       MR. LINDSTROM:  Third; thank you.
23       MR. SOLOMON:  Q.  Does that refresh your
24   recollection as to what Paxar is?
25       A.  Until I saw this document, I had no

155

1   recollection of anything about Paxar.
2        Q.  Now, on the second page where you are the
3   addressee, that would suggest that this was in your file
4   at some stage; correct?
5        A.  Yes.
6        Q.  And it was not produced from your file in this
7   litigation.  Can you explain why?
8        A.  I cannot.
9        Q.  Second page of the document.  Looking at the
10   message, "Larry," it says, "Larry, you should be aware
11   of this one in case it continues to escalate.  It may
12   make sense to discuss this one and any additional
13   critical situations at the next EC.  As you know, some
14   of our earliest 11i customers (especially CRM and Order
15   Management) are exhausted from the effort of
16   implementing the products."
17       Do you see that?
18       A.  I do.
19       Q.  Were you aware of the earliest clients being
20   exhausted, especially those with respect to CRM and
21   Order Management?
22       A.  I certainly knew that CRM and Order Management
23   had more bugs in them than some of the other more mature
24   products.  CRM and Order Management were, if you will,
25   rewrites, it was all fresh code, it was all new code,

156

1   and there's usually a longer period of debugging when
2   the product is all new.
3        Q.  And do you recall getting that message to the
4   effect that the customers were exhausted with those
5   efforts?
6        A.  Not specifically.
7        Q.  But you don't dispute you got that message at
8   the time?
9        A.  No.  No, I don't.
10       MR. LINDSTROM:  When you say the message, you
11   mean the e-mail that's been marked as Exhibit 34?
12       MR. SOLOMON:  That's correct.
13       Have marked as the next exhibit a document
14   produced by the defendants, 035275.
15            (Exhibit 35 marked for
16            identification.)
17       MR. SOLOMON:  Q.  This is dated January 9th,
18   2001.
19       A.  Got it.
20       Q.  Seen it before?
21       A.  Yes.
22       Q.  Do you recall Mark Barrenechea expressing, "Do
23   not burn me"?
24       A.  Not specifically, no.
25       Q.  And you'll see at the top it is entitled, "Re:

157

1  Do not forward, BellSouth."
2      Do you see that?
3      A.  Yes.  I think that means by "Don't burn me;
4  "don't forward it to the people I'm raising issues
5  about."
6      Q.  And it's a document that copies you from Safra
7  Catz.  And it says, "Wheeler and OSI consulting not a
8  pretty picture."
9      That appears to be from Safra Catz; is that
10  right, that message that I just read?
11     A.  Yes.
12     Q.  Then she has then forwarded to you, perhaps,
13  the Barrenechea note; is that right?
14     A.  That's right.
15     Q.  And it says, "Mark Barrenechea wrote: Do not
16  forward, do not burn me.  1.  This OSI consulting team
17  is whacked, Larry, and is wasting our F-N time.
18  2.  I have dispatched Andrew Holsworth to being on site,
19  best ST Kernel person to be on site, best CRM
20  performance person to be on site.  OSI has enormous bind
21  variable problems in their custom code, needs to be
22  fixed.  They are running file system and not raw
23  devices.  No use of jprobe.  They do not know the
24  difference between library cache pin or lock.  I will be
25  on call every hour for the next 48 hours to personally

158

1  manage this.  This is a real waste and I'm getting
2  pissed.  Do not forward, do not burn me."
3      Hard to forget this, hum?
4      A.  It is.
5      Q.  So you were aware around January 9, 2001 of
6  these issues that Barrenechea is raising; is that right?
7      A.  It doesn't say here; this is a BellSouth
8  issue.  This is a big consulting project where they
9  wrote a huge amount of code, of custom code, and as a
10  result they were having tremendous performance problems.
11  So I'm very familiar with the situation.
12     Q.  Okay.  And again, this would have -- go ahead.
13     A.  So because it was a combination of the
14  consulting project plus Mark Barrenechea's CRM code,
15  Mark was pulled into it.  Where the consulting group was
16  saying, "It's Mark's problem," Mark was saying, "It's
17  the consulting group's problem."
18     Q.  Okay.  This again was in your files in or
19  around January of 2001.  It wasn't produced from your
20  files.
21     Can you explain why?
22     A.  I cannot.
23     MR. SOLOMON:  Have marked as the next exhibit
24  a document produced by defendants, the control number
25  012414 through 417.

159

1      (Exhibit 36 marked for
2      identification.)
3      THE WITNESS:  I think the body -- most of this
4  you gave me in a previous document.
5      MR. SOLOMON:  Q.  Is that right?
6      A.  They are attachments.  The first page is new,
7  then the other stuff is connected --
8      Q.  That's correct.  Thank you.
9      Have you seen this first page before?
10     A.  I was certainly copied on it.  I assume I read
11  it, but I don't recall specifically reading this
12  document.
13     Q.  Okay.  Look at the second page of the
14  document, I guess, to start.  And I'm looking at, "Hi,
15  my name is Rebecca."
16     A.  I believe this is the part you asked me about
17  before.
18     Q.  Correct.
19     MR. LINDSTROM:  15, Exhibit 15.
20     MR. SOLOMON:  Thank you.
21     Q.  Now, are you familiar were Brock Tools?
22     A.  I'm not.
23     Q.  And you don't recall prior to today knowing
24  about Brock Tools?
25     A.  No.

160

1      Q.  And if you look at the first page there is
2  expressed -- I could read it all, I guess, but there
3  seems to be expressed frustration that the Order
4  Management issues were not being addressed.  Is that
5  fair?
6      A.  Give me a second.
7      MR. LINDSTROM:  Can you direct the witness to
8  some specific language?
9      MR. SOLOMON:  Sure.
10     MR. LINDSTROM:  Other than simply on the first
11  page.
12     MR. SOLOMON:  Q.  If you look to "Renee and
13  Ron, I still have not received any reply."
14     A.  Okay.
15     Q.  Do you see that?
16     A.  Okay.
17     Q.  Just the first few lines.
18     A.  Okay.
19     Q.  Okay.  Were you aware at the time that issues
20  concerning Order Management were being raised by Oracle
21  customers?
22     A.  Yes.
23     Q.  Was the resolution of any of those problems
24  costing Oracle money?
25     MR. LINDSTROM:  Does your question go beyond

161

1   Brock Tools?
2         MR. SOLOMON: Yes.
3         THE WITNESS: The development of -- I'm not
4   sure I understand your question. I'm not trying to be
5   cute.
6         But clearly, to develop the software, to debug
7   the software, to test the software, to deliver the
8   software, always costs us money.
9         MR. SOLOMON: Q. I'm getting at either legal
10  settlements or free consulting or free implementation.
11        A. I think there were certainly cases where we
12  couldn't bill for consulting. Not very many cases. But
13  again -- but there were certainly some cases of not
14  being able to charge for consulting. And I'm sure there
15  are a few cases of legal settlements, but not very many.
16        Q. Okay. I don't know if I asked you the file
17  question, but in case I didn't, this would have been in
18  your file in January, it wasn't produced from your file.
19  You don't know why?
20        A. I do not know why.
21        MR. LINDSTROM: Well, again, when you say
22  wouldn't it have been in his file January 2001, that
23  mischaracterizes his testimony, or would have been in
24  his file. So I'll object to the question on that
25  ground. The answer may stand.

162

1         MR. SOLOMON: I'm not sure I followed that,
2   but that's fine.
3         MR. LINDSTROM: Well, he told you that prior
4   to the institution of the litigation that he had a
5   practice of periodically cleaning up his e-mails, and so
6   when you preface your statement by saying, "This would
7   have been in his files as of January 2001," we don't
8   know that. We don't know whether that might have been
9   cleaned up as one of his periodic --
10        MR. SOLOMON: It is dated January. Do you
11  think he deleted it before he got it?
12        MR. LINDSTROM: I'm missing the point.
13        MR. SOLOMON: It is dated January. I'm just
14  saying it was in his file at some stage.
15        MR. LINDSTROM: No, no. What you're saying is
16  it would have been in his file.
17        MR. SOLOMON: Of course it would have been.
18        MR. LINDSTROM: I see. What you're saying it
19  was in his file initially.
20        MR. SOLOMON: Yeah.
21        MR. LINDSTROM: I was taking your question as
22  you stated it to mean that it was in his file when the
23  litigation commenced. I apologize.
24        MR. SOLOMON: That's not what I said.
25        So let's look at the next exhibit, which is

163

1   610546 through 548.
2         THE WITNESS: I have been answering that
3   question understanding that if it showed up -- if it has
4   this date, on that date it should have been in my file,
5   on the date it was sent.
6         MR. SOLOMON: Q. At least?
7         A. Exactly. That is my understanding.
8         MR. SOLOMON: Appreciate it.
9         THE WITNESS: All right.
10        MR. SOLOMON: Actually, I'm going to withdraw
11  this. Sorry.
12        And we'll have marked as the next exhibit a
13  document produced by the defendants with control number
14  035276 through 279.
15             (Exhibit 37 marked for
16             identification.)
17        THE WITNESS: Okay.
18        MR. SOLOMON: Q. Do you recognize this?
19        A. I recognize the issues being discussed in the
20  document. But I don't recognize the specific document.
21        Q. You don't dispute that you received it on or
22  around Tuesday, January 9th, 2001?
23        A. I do not.
24        Q. I'm going to the second page of the document.
25  And just for the record, this is a January 9th, 2001

164

1   e-mail from Mark Barrenechea to Mark Barrenechea, which
2   then gets forwarded to Larry Ellison on the same date.
3         And on the second page towards the bottom it
4   says, "Mark Barrenechea wrote: I have been advised that
5   GEAC is not interested in ASO."
6         Do you know what GEAC is?
7         A. GE Aircraft -- I think it means GEAE. It is
8   GEAE up above. I think it's just a typo. That's GE
9   Aircraft Engines.
10        Q. ASO?
11        A. It's a successor product to MRO. We discussed
12  MRO earlier.
13        Q. It says, "Further, they have not signed a new
14  agreement and I have been told they have no interest in
15  doing so. We presented over three months ago and we
16  were told they are no longer interested. There are
17  three developers finishing maintenance on the 10.7
18  baseline."
19        Do you see that?
20        A. I do.
21        Q. Were you aware of those facts in January of
22  2001?
23        A. I was -- I think I followed the entire MRO ASO
24  saga at GE Aircraft Engines from beginning to end.
25        Q. And they said they were no longer interested.

165

1   Did they ever become interested?
2        MR. LINDSTROM:  In what?
3        MR. SOLOMON:  Q.  In ASO.
4        A.  As we discussed briefly earlier, that MRO was
5   a custom project, a maintenance repair project for GE
6   Aircraft Engines to maintain and repair aircraft
7   engines, jet engines, and it was custom built for GE.
8   GE was not happy with the work that we did and decided
9   not to proceed with the product.
10       We then decided to take the MRO work and
11  productize, make it a major general product.  Rather
12  than specifically for GE Engines, we decided to make it
13  a more generally applicable maintenance and repair
14  product, and released something called ASO.  And the
15  first customer for ASO is mentioned on the top of this,
16  that's the Israeli Air Force.  But GE Aircraft Engines
17  wasn't interested in ASO.
18       Q.  Thank you.  The message at the top of that
19  page reads in part, "Steve McLaughlin wrote:  Mark, what
20  GEAE told Oracle is the upgrade to MRO 11i without the
21  work benches did not offer any incremental functionality
22  to justify the consulting cost to upgrade.  GE's
23  hesitation was also based on incremental slide in the
24  project deliverables which effectively eliminated ROI
25  for 2002."

166

1        Do you see that?
2        A.  I do.
3        Q.  And were you aware of that sentiment coming
4   from GE Aircraft Engines in January of 2001?
5        A.  Again, I can't recall the specifics.  Along
6   the way I know we built this custom project for GE.
7   Aircraft Engines was not happy with it; in the end they
8   cancelled.
9        Q.  And this document, let's be clear this time,
10  shall we, at least on Tuesday the 9th of January 2001
11  would have been in your e-mail file?
12       A.  Yes.
13       Q.  And it wasn't produced from your file in this
14  litigation and you can't explain why; is that right?
15       A.  That's correct.
16       MR. SOLOMON:  Have marked as the next document
17  a document produced -- next exhibit, a document produced
18  by defendants, Bates range is 013041 through 47.
19            (Exhibit 38 marked for
20             identification.)
21       MR. SOLOMON:  Q.  You will see it is dated
22  Thursday, 11th of January 2001.
23       A.  Yes.
24       Q.  And I think you will recognize the topics,
25  since we've been looking at different exhibits relating

167

1   to this.
2        A.  Yes.
3        Q.  I'm looking halfway down the page where it
4   says, "The problem is with the product which was far
5   from ready to be shipped.  Just because a TAR is not
6   considered to be a 'showstopper' does not mean it is
7   less important.  We will end up delivering a solution to
8   the customer -- for the customer, excuse me, that will
9   be less than satisfactory.  After all the efforts we
10  have made to make this a success, we will not have a
11  referenceable site for our 11i Oracle Order Management
12  experience.  You can imagine what this means to a small
13  organization like ours.  Bill Grebe, Brock's CEO, has
14  resigned himself to be unimportant to Oracle."
15       Do you see that?
16       A.  I do.
17       Q.  Was that an appropriate resignation?
18       MR. LINDSTROM:  No foundation, calls for
19  speculation, vague and ambiguous.
20       THE WITNESS:  No.  I mean, I think we value
21  all of our customers.
22       MR. SOLOMON:  Q.  So did Brock become
23  important or it was important at the time to you?
24       A.  I think all -- all of our customers are
25  important.

168

1        Q.  This again has a copy of the e-mail going into
2   your e-mail file.  So at least as of January 11, 2001,
3   it would have been in your file; correct?
4        A.  That's correct.
5        Q.  It wasn't produced from your files and you
6   can't explain why; is that correct?
7        A.  That's correct.
8        MR. SOLOMON:  Have marked as the next exhibit
9   a document with the control number 035298 through 300.
10            (Exhibit 39 marked for
11             identification.)
12       MR. SOLOMON:  Q.  Do you recognize it?
13       A.  Again, not this specific document, but I'm
14  very familiar with the contents.
15       Q.  And again, it relates to GE?
16       A.  Yes, it does.
17       Q.  On the second page there is a message from
18  Sandy Sanderson.  And it reads, "Because they are making
19  a huge commitment to Oracle, we have been anything but
20  stellar on MRO.  When we did the deal, we said we would
21  step up to this kind of commitment.  They expect us to
22  stand by our word.  Finally, if we don't do this, our
23  relationship will go south big time.  They are asking
24  that we give guarantees that we don't cancel the
25  project.  They are not asking that we commit to

Ellison, Lawrence (Confidential)  7/13/2006  9:33:00 AM

169

1  delivering functionality jointly documented with Mark
2  and his team.  Sandy."
3      Do you see that?
4  A.  I do.
5  Q.  Do you recall seeing that before?
6  A.  Again, I'm very familiar with the negotiation
7  around this deal, the product, everything to do with it.
8  I just don't remember the specific document.
9  Q.  The reference to Oracle being anything but
10  stellar on MRO, do you understand that?
11  A.  Oh, yeah.  As I said, the MRO project failed
12  at GE.  So when -- I can stop there?
13      MR. LINDSTROM:  Yes, you've answered the
14  question.
15      THE WITNESS:  Okay.
16      MR. SOLOMON:  Have marked as the next exhibit
17  the document with the Bates range 035362 to 64.
18          (Exhibit 40 marked for
19           identification.)
20      THE WITNESS:  Same document?
21      MR. SOLOMON:  Q.  That's right.  I think there
22  may be just a little bit more information on the first
23  page, and a little bit more perhaps on the second page.
24  I just have a couple questions on it.
25  A.  Okay.

170

1  Q.  First, do you recognize the first page, the
2  exchanges?
3  A.  Again, I'm very familiar with the exchanges, I
4  just don't recognize this specific document.
5  Q.  Okay.  I'm looking at the second page, going
6  up to the first page.  And it says, "Mark Barrenechea
7  wrote:  Why are they not asking for these commitments in
8  other areas?"  Then there is some language.
9      And above that, "Sandy Sanderson wrote:  Are
10  you still committed to delivering asset leasing?"
11      And if you go to the first page, the response
12  to that is, "100 percent."
13      Then above that, "It is a strange request, but
14  it is fine with me if we end up signing it.  Larry."
15      The reference, "It is a strange request, but
16  it is fine with me," that's you?  That's you making that
17  reference on the first page?
18  A.  Yes.
19  Q.  What request is strange?
20  A.  Well, as best I recall, GE wanted us to -- as
21  we had attempted to build an MRO system for GE Aircraft
22  Engines, which is a relatively small portion of GE, now
23  their largest division, which is GE Capital, was asking
24  us to build a lease management system.  They were very
25  concerned, because we failed with this one project.  We

171

1  had lots of success with GE, but we had failed in this
2  custom MRO system.
3      Now we're going to build again a custom lease
4  system that we're going to turn into a product, a huge
5  project for them.  Multiple years, lots and lots of
6  money for them, lots and lots of money for us.  So they
7  wanted us to sign up for penalties if we cancelled, if
8  we decided to walk away from this.
9      So I believe that we signed up for penalties
10  in the tens of millions of dollars if we walked away
11  from it.  We didn't.  It is now a huge success at GE
12  Capital.  But it was a risky project, and this one
13  worked.
14  Q.  And again, at least as of Wednesday, 17th of
15  January 2001, these documents would have been in your
16  e-mail file?
17  A.  Yes, sir.
18  Q.  They weren't produced from your file and you
19  cannot explain why; is that right?
20  A.  That's correct.
21      MR. SOLOMON:  Have marked as the next exhibit
22  a document produced by defendants with the control
23  numbers 035356 through 358.
24          (Exhibit 41 marked for
25           identification.)

172

1      THE WITNESS:  Okay.
2      MR. SOLOMON:  Q.  Do you recognize this?
3  A.  Same answer I usually give.  I'm very familiar
4  with the issues raised in this, but I don't recall the
5  specific document.
6  Q.  But you don't dispute you would have received
7  this and read the contents around the time it was sent?
8  A.  I'm sure I did.
9  Q.  And I'm looking at an exchange between Sergio
10  Giacoletto and a number of people, including yourself;
11  correct?
12  A.  Yes.
13  Q.  And he says that he has some good and some bad
14  news.  I'm looking at the second page, a few lines down.
15  "I'm sure some of those problems also exist in the USA."
16  He's referencing problems that he's just identified.
17  "But there we have no language issue and we have
18  critical mass and more help from development.  In order
19  for us to achieve 30 percent growth overall, we need to
20  grow applications at least 65 percent each quarter and
21  we need to fix those issues."
22      Do you see that?
23  A.  I do.
24  Q.  Do you remember being made aware of that at
25  the time?

173

1    A.  Yes.  And I would like to clarify what, you
2   know, what, quote, the language issues are, if I may.
3    Q.  What are the language issues?
4    A.  Okay, so -- well, the applications work in all
5   languages, what I mean by that is you can store a
6   service request in Chinese or even the Afghanistan
7   language, all of it.  So we could accept data from any
8   language.
9        That does not mean that every manual that we
10  publish, like how to install the software, is also --
11  that manual is also available in Chinese, or specific
12  error messages that come out of the system is also going
13  to translate into Chinese.
14       So even though the systems work with all these
15  different languages doesn't mean we finished every
16  document that we have related to those products, we've
17  translated all of those.
18       That's what he's referring to.  Often in the
19  sales process one of the things you show them is you
20  show them the documentation.  That's how they learn to
21  install the system.  If they are Chinese engineers, most
22  aren't familiar with English, but if they are not,
23  that's a problem.
24       So, again, the systems work in all languages,
25  but not all the documentation was available in all

174

1   languages.
2    Q.  Okay.  Then going down, he says he expands
3   each point, and he talks about issues with gaps between
4   code freeze, and he talks about patches and he talks
5   about new functionality.
6        Were you aware of these issues prior to him
7   outlining these to you?
8    A.  You're talking about "Let me explain these
9   points," that section there?
10   Q.  I just really want to know if there is
11  anything here that is new to you, that's news, or is it
12  stuff that you knew before he outlined it to you?
13   A.  I'm sure there is -- some of the details were
14  new.  But I certainly knew that our translations were
15  lagging, some of the languages were lagging English.  It
16  is a matter of we have priority, we do five to eight
17  languages first, we do English first, we translate to
18  five to eight languages, then eventually we had a couple
19  of dozen different languages.
20   Q.  Let's look at point 1.  It says, "The gap
21  between code freeze NLS availability is growing again.
22  For example 11.5.3 NLS will not be fully translated
23  including help until May 2001 for the first languages
24  and August 2001 for the last language.  The code was
25  frozen (I believe) in October 2000.  So from a field

175

1   point of view we have a minimum gap of four months and a
2   maximum of ten!  This is due to translation workload and
3   lack of full automation."
4        Do you see that?
5    A.  Yes.
6    Q.  Were you aware of that prior to it being
7   disclosed to you in this e-mail?
8    A.  I'm not sure I was aware of four months and
9   ten months, those specific gaps.  I certainly knew that
10  there were gaps in translation.
11   Q.  Next, "We just completed the testing of the
12  translation of 11.5.1 NLS and we found almost 5,000
13  translation issues to be fixed.  This is a problem for
14  our mid market strategy where NLS is critical."
15       The question is, were you aware of that prior
16  to it being outlined to you here?
17   A.  Certainly not the number 5,000.
18   Q.  Number 2, "Due to the gap between code freeze
19  and CD, we have to do a lot of patching at each customer
20  site.  Platinum is helping a lot, but is only available
21  in English and we still need to apply manually
22  translation patches, assuming they exist.  Mark is
23  looking to provide Platinum in four to five languages.
24  This would be good."
25       Do you see that?

176

1    A.  I do.
2    Q.  Were you aware of that before this was
3   outlined to you?
4    A.  No.
5    Q.  Continuing, "The patching process is prone to
6   errors.  There is no central patch log database and
7   automation could be improved.  Ron has this as a top
8   priority.  This will help us to improve customer
9   satisfaction and consulting margin."
10       Do you see that?
11   A.  I do.
12   Q.  Then it goes on to 3.  "New functionality is
13  being added to each new release.  The training material
14  is not kept up to date and there is too much information
15  to use traditional methods of teaching in any case, so
16  we need to use web training and to have more support in
17  the field for development.  As discussed at the EC, we
18  should have a few experts from development in new
19  products deployed in EMEA."
20       Do you see that?
21   A.  I do.
22   Q.  Were you aware of these suggestions prior to
23  them being suggested to you in January of 2000?
24   A.  I mean, not this specific question about the
25  experts from development in each new product deployed.

177

1   Q.  And EMEA, Europe, Middle East and Africa?
2   A.  That's right.
3   Q.  And Afghanistan is in the Middle East?
4   A.  It is.
5   Q.  Again, this would have been in your files on
6   or around Sunday, January 21, 2001?
7   A.  Yes.
8   Q.  And it has not been produced from your files
9   in this litigation, and you cannot explain why; right?
10  A.  That's correct.
11      MR. SOLOMON:  Have marked as the next exhibit
12  a document with the control numbers 035381 through 383.
13      (Exhibit 42 marked for
14      identification.)
15      MR. SOLOMON:  Once you had a chance to
16  look at it, let me know if you recognize it.
17  A.  Yes, I do.
18  Q.  The first sheet suggests that it's from you to
19  you, and to Safra Catz and Mark Barrenechea; is that
20  right?
21  A.  Yes.
22  Q.  And there's an article or a statement headed
23  "Oracle's eCRM Suite in 90 Days."
24      Do you see that?
25  A.  That's right.  Yes.

178

1   Q.  And that first sentence, "Oracle guarantees it
2   can do a worldwide installation of our eCRM suite at
3   your company in just 90 days."
4       Do you see that?
5   A.  Yes.
6   Q.  And then there is a question mark.  Is that
7   your question mark?
8   A.  No.  Don't know where that came from.
9   Q.  Okay.
10  A.  Truth is, I have no idea.
11  Q.  Now, this document I'm going to represent to
12  you, was not -- this particular document wasn't sourced
13  to your files, but we actually do have this document
14  produced from your files as well.
15      MR. LINDSTROM:  Which document?  The second
16  page?
17      MR. SOLOMON:  The second page, yeah.
18  Q.  So can you explain to me how it is that at
19  least the second page of this document was produced from
20  your files, and yet we haven't been able to get the
21  other documents that I've referred to, haven't been able
22  to establish that they were in your files?
23  A.  (Shaking head.)
24  Q.  Don't know?
25  A.  No.

179

1   Q.  I guess what I'm trying to say is that we've
2   been through a series of e-mails going from the summer
3   of 2000 into January, and I've represented to you even
4   though you're an addressee, they weren't produced from
5   your files.
6       And what I'm also representing to you now is
7   that this second page, a version of it has been produced
8   from your files.
9       My question is, do you know what permitted
10  that to be in your files but not the other documents?
11  A.  I can guess.  But I assume you don't want me
12  to do that.
13      MR. LINDSTROM:  I don't want you to do that.
14  As he's asked you before for speculation, he can do so
15  again, but I'll object.
16      MR. SOLOMON:  Q.  What's your guess?
17      MR. LINDSTROM:  Objection; calls for
18  speculation.
19      You may answer according to your guess.
20      THE WITNESS:  Well, I made a point of not
21  throwing away things.  During a cleanup period I
22  wouldn't throw away things that I would need later on,
23  that would be useful later on.
24      MR. SOLOMON:  Got you.
25      MR. LINDSTROM:  Counsel, just for sake of

180

1   clarification, you said the second page had been
2   produced from Mr. Ellison's files.  Is it actually the
3   second and third pages or just the second page?
4       MR. SOLOMON:  I can tell you now, it is
5   actually the first and second page.
6       MR. LINDSTROM:  But not the third?
7       MR. SOLOMON:  And I'm not going to represent
8   one way or the other whether it was the third.
9       MR. LINDSTROM:  For clarification, the e-mail
10  was produced in this instance with the attachment?  Is
11  that what you're saying?
12      MR. SOLOMON:  I believe it may well have been.
13  But this isn't the one from his source.
14      MR. LINDSTROM:  I see.
15      MR. SOLOMON:  Do you understand?
16      MR. LINDSTROM:  Yes.  The one marked as
17  Exhibit 42 is not the one from his source file.
18      MR. SOLOMON:  Right.  My representation is
19  this is a very similar if not exactly the same copy in
20  his source file.
21      MR. LINDSTROM:  Thank you.
22      MR. SOLOMON:  Q.  I want to go into the body
23  of the "Oracle eCRM Suite in 90 Days" document.  Looking
24  where it says, "Siebel CRM suite is neither complete nor
25  integrated.  Complete.  They resell products."  It goes

181

1 on to say, "Siebel product acquisition and product
2 resale strategy enabled them to deliver the world's
3 first CRM suite, but that suite is not complete, not
4 integrated, not global. It is very difficult and
5 expensive to install. Once installed you have multiple
6 systems with multiple customers and product databases.
7 The data fragmentation caused by the multiple databases
8 makes it more difficult to get information out of a
9 Siebel system."
10      Do you see that?
11   A. I do.
12   Q. Is that true?
13   A. This is a draft of a marketing promotion, a
14 special offer we were going to make to sell CRM. I
15 don't know what state the draft was in at this stage.
16 We did actually come up with the CRM in 90 Days program
17 and -- but I don't think this is a finished document.
18 That's one thing I would like to say.
19      The next -- in answer to your question, is
20 the -- Siebel implementations generally were done a
21 country at a time. So France would have their own
22 version, Japan would have their own version, that's the
23 way Siebel was typically implemented. One of the unique
24 things about our system is it did work in multiple
25 languages and could co-exist in a single system with all

182

1 these different character sets, with Japanese, Chinese,
2 English and Russian all in the same database. It was a
3 unique advantage we had over Siebel, being global in a
4 single database. I hope that's responsive.
5   Q. Is that paragraph true?
6      MR. LINDSTROM: Again, for sake of the record,
7 can you identify the paragraph?
8      MR. SOLOMON: It starts with the sentence,
9 "Siebel CRM suite is neither complete," that sentence,
10 then the paragraph below beginning, "Siebel products"
11 and ending "Siebel system."
12      MR. LINDSTROM: Those two paragraphs together
13 you're asking him about?
14      MR. SOLOMON: Yes.
15      THE WITNESS: I really don't remember the
16 state of Siebel when I drafted this. I'm just not --
17 I'm just not sure I can answer that question.
18      MR. SOLOMON: Okay. I marked as the next
19 exhibit a document produced by defendants with the Bates
20 range 035384, 385, 386.
21          (Exhibit 43 marked for
22            identification.)
23      MR. SOLOMON: Q. Do you recognize this?
24   A. Pretty much, yeah.
25   Q. Do you know who Scott Stoll is?

183

1   A. No.
2   Q. How about Sohaib Abbasi?
3   A. Yes.
4   Q. Who is Sohaib Abbasi?
5   A. He was one of our engineering managers, but he
6 also ran education for a while.
7   Q. And looking at the second page of the
8 document, dated Friday, January 26, 2001, and you are an
9 addressee, do you see that?
10   A. Yes.
11   Q. The good news, if you look down to the bottom
12 of the page, was "Everybody used the new application and
13 didn't resort to the web queue for a crutch at all."
14      Do you see that?
15   A. Yes.
16   Q. Then the bad news is reported as "The
17 application performance was fair, (total time to create
18 and book an order) in the morning, (8 to 9 minutes) and
19 waned as the day progressed, (15 to 30 minutes). The
20 application was very unstable, one minute certain
21 functionality worked, the next minute it doesn't
22 (Feedback from reps and managers)." It goes on to say,
23 "The telesales reps also have recorded close to 5 new
24 major and/or minor bugs an hour. They've been so busy
25 with upset customers, we have little time to log them

184

1 all. Our call statistics suffered to a point where we
2 can't process calls in a timely fashion nor help most of
3 our customers."
4      Do you see all that?
5   A. I do.
6   Q. Were you made aware of these issues as a
7 result of this e-mail, or did you know about them
8 beforehand?
9   A. I don't know. I was only aware of the issues.
10   Q. Okay. And you will see on the front page
11 there is reference to "Serious trouble for education.
12 JLH."
13      Is that Mr. Hall, John Hall?
14   A. Yes.
15   Q. Did you consider what is contained here as
16 serious trouble for education?
17      MR. LINDSTROM: Are you asking him that as of
18 the time --
19      MR. SOLOMON: When he received this, yes.
20      THE WITNESS: Would I characterize that this
21 way?
22      MR. SOLOMON: Q. Yes.
23   A. No. We put in an all new order entry system
24 for education, and the reps had to be trained and the
25 system had to be tuned.

185

1    Whenever you cut over from one system to
2  another, it is a difficult process whether it is
3  internal or with one of our customers.
4    Q.  But what I'm asking you is, do you agree
5  with -- maybe you did answer.  Let me ask you again.  Do
6  you agree with Mr. Hall's characterization that there
7  was serious trouble for education?
8    A.  No.  I don't think it had significant impacts
9  on our business.  It certainly made -- it was difficult
10  for the reps to make the transition from one system to a
11  new system.
12    Q.  Do you recall receiving the message from
13  Mr. Hall?
14    A.  Again, not specifically.  But I'm -- I recall
15  very clearly what was going on at the time.
16    Q.  Do you recall doing anything in response to
17  this?
18    A.  I think we reviewed it periodically in
19  meetings, looking at reports not unlike the one that's
20  on page 3, looking at how long it was taking to process
21  orders and how many calls were dropped and the usual
22  statistics until we got comfortable that the new system
23  was working at least as well as the old one.
24    Q.  On the bottom of page 3, there is an
25  interesting quote, you may not be interested in it, but

186

1  it says, "Prefer a loss to a dishonest gain.  One brings
2  pain for the moment, the other for the remainder of
3  time."
4    Do you see that?
5    A.  I do.
6    Q.  How did that find its way on here?
7    A.  I think a lot of people have -- they attach --
8  have little -- have quotes attached to their e-mails
9  automatically.  One of the things e-mail systems will do
10  for you automatically, it will attach your quotes.
11    MR. SOLOMON:  Let's take a ten-minute break.
12    VIDEOGRAPHER:  This marks the end of tape
13  three in the deposition of Larry Ellison.  At 3:23,
14  going off the record.
15    (Recess, 3:23 p.m. - 3:48 p.m.)
16    VIDEOGRAPHER:  On record at 3:48.  This marks
17  the beginning of tape four in the deposition of Larry
18  Ellison.
19    MR. SOLOMON:  I've marked as the next exhibit
20  a document produced by defendants with a Bates range
21  035425 through 428.
22    (Exhibit 44 marked for
23    identification.)
24    MR. SOLOMON:  Q.  And, as usual, just take a
25  look at it, please, then let me know if you recognize

187

1  it.
2    A.  Okay.
3    Q.  Okay, do you recognize it?
4    A.  No.  I remember the issue, but I don't
5  recognize this specific document.
6    Q.  But you don't dispute that you received it and
7  read it around the time, the time being January 30th,
8  2001?
9    A.  No, I don't.
10    Q.  I should be more precise.
11    A.  I do not dispute that I read this document.
12    Q.  Around the time --
13    A.  Yes.
14    Q.  -- of the e-mails?  And the e-mails are dated
15  the 30th of January 2001 and the 25th of January 2001.
16    Going to the second page of the exhibit, and
17  I'm looking under the heading, "The facts."  And in the
18  middle of the first paragraph, or the paragraph under
19  "The Facts," it says, "They're experiencing major
20  performance problems with 11i, as well as there still
21  are some features/function gaps.  The performance
22  problem could be network issues, DB/app tuning, 11i
23  product issues or combinations of all three.  BOL and
24  Oracle support have been working with the customer to
25  resolve the issues for the past week."

188

1    And the business in question is Chipotle.  Do
2  you see that?
3    A.  Yes.
4    Q.  And were you aware of the issues referenced
5  here prior to receiving this e-mail?
6    A.  Again, I don't know.  I certainly was aware of
7  the issues, which are multi.
8    Q.  The next paragraph under "The Problem," it
9  reads in part, "We are getting very bad press from the
10  Columbus Accounting Group based on the poor performance
11  of 11i.  In fact, the CIO of McDs and the worldwide
12  controller called my yesterday to express their concern
13  over our apps performance.  Both of these execs are
14  Oracle advocates, and in the CIO's words, 'Oracle is not
15  doing themselves any favors with our inability to
16  quickly address these performance issues.'  The 11i
17  performance issues need to be fixed at Chipotle or BOL,
18  or lose one of their strongest references, and Oracle
19  will be in a poor position to be McDonald's global
20  applications provider."
21    Do you see that?
22    A.  I do.
23    Q.  And McDonald's was a big enough company for
24  you to be concerned about?
25    A.  Yes.

189

1    Q.   And do you remember being concerned about
2  McDonald having issues, performance issues with 11i at
3  around this time?
4    A.   They weren't -- to be precise, this was an
5  unusual situation in that not only were they running
6  11i, they were running 11i in our data center.  BOL is
7  Oracle Business Online or on demand.  It's a method of
8  delivering your applications over the Internet.  Not
9  unlike our demo systems, we would actually host the
10  Chipotle application in our data center in Austin,
11  Texas, and deliver their application across the
12  Internet.
13        And we were having -- and they were one of our
14  earlier customers for Business Online, a new service,
15  and they were having what turned out to be network
16  performance problems, and it was a problem.
17    Q.   Then the next heading is, "How Oracle turns a
18  negative into a positive."  And it says, "Oracle (sales
19  BOL, Support and OCS) needs to respond and fix this
20  performance problem quickly.  Right now we appear to be
21  very reactive with no real plan for resolution."
22        Do you see that?
23    A.   I do.
24    Q.   You were aware at the time of there being a
25  perception within Oracle that Oracle was being reactive

190

1  with respect to McDonald's and had no real plan for
2  resolution?
3    A.   Again, I just don't agree with that
4  characterization.  We were aware of the problem, we were
5  trying to fix the problem.  There was some -- there was
6  some uncertainty what exactly was causing the problem.
7  So we put our people on it, and it turned out to be a
8  network performance issue, and we fixed the problem.
9    Q.   Okay.  And, again, this was a document that
10  would have been in your files in or around late January
11  2001?
12    A.   Yes, I believe I received this specific
13  document as a result of Safra Catz forwarding it to me
14  on the, what, on the 30th of January.
15    Q.   Okay.
16    A.   Right.
17    Q.   Yet, it was not produced or sourced to you
18  from your files in this litigation and you cannot
19  explain why; is that right?
20    A.   That's right.
21    Q.   Page 2, there is a message, it says, "Keith,
22  Can you make sure we get a top resource to lead this.
23  Funding will get covered by the appropriate
24  organizations which will be decided later.  McDonald's
25  may be in danger of missing their close of books for the

191

1  end of the year.  We obviously can't allow that to occur
2  if at all possible."
3        Do you see that?
4    A.   I do.
5    Q.   Do you recall being aware at the time that
6  owing to 11i issues that McDonald's was in danger of not
7  being able to close its year?
8    A.   There was no 11i issues with regard to
9  Chipotle.  It was a network performance issue from
10  business from the Austin data center to McDonald's
11  accounting headquarters.  It was a network issue, not
12  11i issue.  There was never any danger in McDonald's not
13  being able to close their books.  That's just a
14  hyperbolic statement.
15    Q.   Okay.  Do you know who wrote that?
16    A.   George Roberts.
17    Q.   And is he prone to hyperbole?
18    A.   Not very often.  But that was --
19    Q.   That was his moment?
20    A.   Yeah, that was his moment.  That was the
21  moment.  Needless to say, a large public company like
22  McDonald's not being able to close their books would
23  have gotten enormous attention.
24        MR. SOLOMON:  Have marked as next exhibit a
25  document produced by Oracle with the control number

192

1  012439 through 41.
2             (Exhibit 45 marked for
3             identification.)
4        MR. SOLOMON:  Q.  And do you recognize seeing
5  this before?
6    A.   I don't.  Don't recall seeing it.  I'm sure I
7  did, but don't recall.
8    Q.   You don't dispute you would have seen it and
9  read it around the date it was sent, which appears to be
10  January 31, 2001?
11    A.   It looks like 30 January.  But, no, I don't
12  dispute that.
13    Q.   I'm looking at the top one that says 31.  But
14  you're right, the one below that says the 30th.  So
15  those two days.
16    A.   Right.
17    Q.   And the bottom of the page, the subject is
18  "Critical AOL/J bugs."  And the message on the second
19  page at the top reads, "Skees, please let us know the
20  moment this patch," then there is a number, "is
21  released.  It's still 'checkin in Progress' as of 11:35
22  p.m.  This issue is hurting ADS and two external
23  customers."
24        Do you see that?
25    A.   I do.

193

1    Q. First of all, do you recall becoming aware of
2  that on January 30th of 2001?
3    A. I don't recall.
4    Q. Okay. Where it says, "The issue is hurting
5  ADS and two external customers," do you know what that
6  is referring to?
7    A. ADS is the demonstration system, the network
8  demonstration system. And what he's saying is there is
9  a bug in our software that's -- that AOL is a layer of
10  tools beneath the applications that is shared by both
11  CRM and ERP. And he is saying -- and that group was
12  managed by Ron Wohl, and there is a bug that he'd like
13  to get fixed --
14    Q. Okay.
15    A. -- in AOL.
16    Q. Do you know who the two external customers are
17  referenced there?
18    A. I do not.
19    Q. On the first page it says from Ron Wohl to
20  you, at the top, with no message. And then below that
21  it is from Mark Barrenechea to you, and to some others
22  including Safra Catz and Ron Wohl.
23    And it says, "Ron, we have blown AppsWorld
24  Paris for CRM html demos. We've been blocked for days.
25  I can say there is not enough time left to complete."

194

1    Do you see that?
2    A. I do.
3    Q. Do you recall hearing that information around
4  this time?
5    A. I don't, but I'm certainly familiar with the
6  issue.
7    Q. Okay. Again, this is a document that would
8  have been in your files, or each of these e-mails would
9  have been in your files in late January 2001?
10    A. Yes.
11    Q. And they were not produced from your files,
12  and you can't explain why they weren't in your files at
13  the time of documents being produced in this litigation;
14  correct?
15    A. That's correct.
16    Q. Now, regardless of when you traded stock in
17  January, this is dated January 31, 2001, do you recall
18  when you stopped trading stock in 2001?
19    A. I don't.
20    Q. Is it fair to say by this date you had
21  accomplished a lot of your sales?
22    A. I remember clearly I did not trade in
23  February. So the 31st, if it was a weekday, would have
24  been the last day I could have traded. I don't know if
25  I traded on the 31st or the 30th. I just don't know.

195

1    MR. LINDSTROM: Are we finished with
2  Exhibit 45?
3    MR. SOLOMON: Yes, we have.
4    Have marked as the next exhibit a document
5  produced by Oracle, bearing the Bates numbers 020844
6  through 849.
7    (Exhibit 46 marked for
8    identification.)
9    MR. SOLOMON: Q. I want you to take a look at
10  this document and let me know if you recognize it.
11    A. Okay.
12    Q. And if you go to page 1, you testified earlier
13  that you never engaged in a transaction -- negotiated a
14  transaction with Carly Fiorina?
15    A. That's correct.
16    Q. And you look at the first bullet point, and it
17  reads, "Production Spend - Consistent with Larry's
18  conversations with Carly, HP will expect a purchase
19  order for the following amounts. They will expect this
20  purchase order to be binding and commit Oracle to using
21  the full amounts by the dates we promise. 10 million by
22  December 31. (I asked for this to give us time to scope
23  out the configurations we currently need) 10 million by
24  May 31."
25    Do you see that?

196

1    A. I do.
2    Q. Is that just simply completely and utterly
3  inaccurate?
4    A. That's correct. It is completely and utterly
5  inaccurate. I just don't negotiate business terms, it
6  is just not my practice to do so. I just never do it.
7  I should say, hold up; "never" is a bit extreme.
8    I didn't do it in this case, and I haven't
9  done it for a very long time.
10    Q. Now, you are on this e-mail, it is addressed
11  to you. Do you see that?
12    A. I am.
13    Q. Did you respond to this?
14    A. Not that I recall. This is from the sales
15  rep, the sales -- the HP sales rep.
16    Q. Did you fire him for telling a bunch of lies?
17    A. No. He wasn't with my -- in my meeting with
18  Carly Fiorina. We just don't go in -- we don't sit
19  there and negotiate contracts between the two of us. It
20  just doesn't happen. It is not what we talk about.
21    The sales, that's the responsibility of the
22  sales rep and the purchasing people at HP.
23    Q. The second bullet point says, "CRM
24  Development - As a follow-up to Larry's conversation
25  with Carly, Mark Barrenechea will be sending me a note

197

1  tonight which will spell out exactly what Oracle will do
2  within our CRM development environment to move to HP."
3      Again, complete nonsense?
4      A.  No.  It was complete nonsense that it is
5  following my -- well, I certainly spoke to Carly, I had
6  meetings with Carly.  We just didn't discuss the details
7  of individual transactions at any of those meetings.
8  The -- those transactions were negotiated by people
9  lower down in the organization.
10      Q.  Who is Michael DeCesare?
11      A.  He's a sales -- you know, he was the sales
12  manager in charge of HP.
13      Q.  What was his official title?
14      A.  I don't know.  It would be director,
15  vice-president.  I'm not sure.
16      MR. LINDSTROM:  Don't speculate.
17      THE WITNESS:  I don't know.
18      MR. SOLOMON:  Q.  Area vice-president,
19  perhaps.
20      A.  He could have been an AVP, right.
21      Q.  I'm looking now at the third page of the
22  document, which has the number 20846.
23      A.  Yes.
24      Q.  And it says, among other things, with a bullet
25  point against it, "Documents - We are currently working

198

1  on a document that will be given to HP tomorrow that
2  explicitly spells out what Oracle will do within our CRM
3  environment.  We are prepared to make this binding, but
4  should this cause problems from a timing perspective
5  with HP legal, then we will get 'executive sign off'
6  from Larry."
7      Do you see that?
8      A.  I do.
9      Q.  Do you agree that most likely references Larry
10  Ellison?
11      A.  Yes.
12      Q.  And you don't have any knowledge of this; is
13  that right?
14      A.  What do you mean, any knowledge of what?
15      Q.  Any knowledge of the potential for an
16  executive sign-off from you in connection with this
17  proposed transaction?
18      A.  The only thing I would typically sign off -- I
19  approve a lot of the large purchases.  So if it is -- I
20  don't get involved in selling, practically I don't get
21  involved in selling and negotiating the terms of our
22  selling activity.  I do get directly involved in
23  approving our hardware purchases.  So if it is a large
24  purchase, I do approve those things.
25      Q.  So this could be accurate?

199

1      A.  Again, I'm not quite sure it's -- if they are
2  asking for a large purchase to be executed with
3  Hewlett-Packard, they would have to get my approval,
4  yes.
5      MR. LINDSTROM:  Again, we're talking about the
6  top of Bates stamp page 20846?
7      MR. SOLOMON:  Correct.
8      MR. LINDSTROM:  The third bullet point down
9  entitled "Documents" in italics?
10      MR. SOLOMON:  Correct.
11      MR. LINDSTROM:  Right?
12      MR. SOLOMON:  Correct.
13      THE WITNESS:  So as a business practice if
14  they are going to buy a bunch of HP machines, I would
15  have to approve it.
16      MR. SOLOMON:  Q.  Now, there is a few more
17  bullet points below, under the heading "Hardware Spend
18  Document."  And among those points, it says, "Instead of
19  allowing each owner within Oracle to purchase HP when
20  the machines they are currently using need to be
21  upgraded, this is a corporate wide commitment to move
22  everything to HP according to the schedule we've
23  discussed.  This will result in more money and a more
24  rapid sales process than HP would ever be able to
25  achieve, selling business unit by business unit."

200

1      Do you see that?
2      A.  It is --
3      MR. LINDSTROM:  The question is, do you see
4  it?
5      THE WITNESS:  I see it.
6      MR. SOLOMON:  Q.  And then skip a bullet
7  point, "Larry Ellison will issue an internal note to
8  Oracle confirming the commitment to HP (CRM development,
9  production)."
10      Do you see that?
11      A.  I do.
12      Q.  Does that make sense?
13      A.  The things you just read me?
14      Q.  That Larry Ellison will issue an internal
15  note.
16      A.  None of this makes sense.
17      Q.  Okay.
18      A.  In fact, may I explain, or not?  I would be
19  happy not to.
20      Q.  You may in a second.
21      A.  Okay.
22      Q.  Do you often get e-mails from people in your
23  organization suggesting that you've had conversations
24  with other senior executives that you're doing a
25  transaction that's absolutely inaccurate and wrong that

Ellison, Lawrence (Confidential)  7/13/2006  9:33:00 AM

201

1  you do nothing about, that you take no action on?
2       MR. LINDSTROM:  Mischaracterizes his
3  testimony, argumentative.
4       THE WITNESS:  Do I see people write things
5  that are incorrect and me not correct them?
6       MR. SOLOMON:  Q.  When an e-mail within your
7  organization is directed to you that contains complete
8  and utter inaccuracies and falsehoods concerning you and
9  your relationship with other executives, do you not take
10  any action?
11       A.  If it's -- if clarifying what really happened
12  wouldn't change our behavior very much, no.
13       There are other patently inaccurate statements
14  in this document which I also didn't correct.
15       Q.  You didn't correct any statement in this
16  document?
17       A.  I don't think so.
18       Q.  So now at 020849, last page.
19       My first question is, do you recognize the
20  writing?
21       A.  No.
22       Q.  Halfway down there is a bullet point which
23  reads, "Our end goal is to generate a document which
24  Larry and Carly can agree to as the game plan both
25  companies will execute against.  It will contain what

202

1  Oracle will do, metrics for measuring success against
2  these goals and an escalation path if either company
3  feels the other is not delivering.  Currently this has
4  been reviewed by Jim Clark and Mike Rocha."
5       Do you see that?
6       A.  I do.
7       Q.  Do you have a recollection of reading this
8  around the time of end of November 2000?
9       MR. LINDSTROM:  The sentence you just quoted?
10       MR. SOLOMON:  Yes.
11       THE WITNESS:  No.
12       MR. SOLOMON:  Q.  The it goes on below that,
13  "Hardware Requirements to get to 100% database servers
14  on HP."  And it says, "In August 1999 Oracle committed
15  to 50% of all production servers on HP.  Since then
16  Larry confirmed to Carly that Oracle would now move 100%
17  of our production database servers to HP."
18       Do you see that?
19       A.  I do.
20       Q.  Did you say that to Carly?
21       A.  I don't think so.
22       Q.  At the end of this document, "Q2 CRM Order to
23  HP.  HP will not require the additional licenses until
24  January 2001 to June 2000 (sic) but is willing to commit
25  to these licenses in exchange for the above points.  The

203

1  list price on these new licenses is 46M and we are
2  currently in front of them at a 50% discount for net
3  license deal of 23M."
4       Do you see that?
5       A.  I do.
6       Q.  Do you recall reading that in late November
7  2000?
8       A.  I do not.
9       Q.  Do you recall reading any of this in late
10  November 2000?
11       MR. LINDSTROM:  Now, when you say any of this,
12  you mean anything contained within Exhibit 46?
13       MR. SOLOMON:  You got it.
14       THE WITNESS:  I do not.
15       MR. SOLOMON:  Q.  Did you ever discuss with
16  anybody the concept of you and Carly doing business
17  together?
18       MR. LINDSTROM:  I'm not sure what you mean by
19  doing business.
20       THE WITNESS:  I met with Carly Fiorina many
21  times.  We discussed business every time we met.
22       MR. SOLOMON:  Q.  You have no idea why Michael
23  DeCesare is saying these things?
24       A.  No.  I know exactly why he's saying these
25  things.

204

1       Q.  You know exactly why he's saying these things?
2       A.  I think so.
3       Q.  What's the exact reason why he's telling these
4  lies?
5       MR. LINDSTROM:  Objection; argumentative.
6       THE WITNESS:  He's not telling lies.  I think
7  a lot of people believe they know when two CEOs of large
8  companies get together what they talk about.  And they
9  think what we talk about is what is most important to
10  them as a sales rep.  So they think when we get together
11  -- and that's also true of people inside of Oracle, they
12  think we get together and are just going to go down all
13  of the issues that are important to them.  But there are
14  a lot of issues between the two companies besides us
15  buying their hardware and their buying some of our
16  software.  It's particularly important to Mike DeCesare,
17  not necessarily the most important thing on our list to
18  discuss.
19       MR. SOLOMON:  Q.  Okay.
20       A.  But it is what Mike would like us to discuss.
21       Q.  He sort of knows a lot of -- seems to know --
22  if you look at page 1, "Production Spend" and "CRM
23  Development."  He seems to know a lot of this
24  non-occurring conversation, hum?
25       MR. LINDSTROM:  Objection; mischaracterizes

205

1  the document, argumentative.
2      THE WITNESS: He's trying to get a deal done,
3  and he's putting together a deal between Oracle and HP
4  and that's his job.
5      MR. SOLOMON: Q.  Didn't he oddly address it
6  to you?
7      A.  No.  There is another document you showed me
8  from Mike Rocha who gave me a list of things that Carly
9  would want to discuss.  It was from the Oracle side.  I
10  think it was a preparatory document that said, "Before
11  you go into your meeting with Carly Fiorina, I'm sure
12  she'll mention all of these things."
13      I guess we can go back and plow through it and
14  try to find that.  She mentioned none of them.
15      This is exactly the same situation from the
16  other side.
17      Q.  Okay.  Has this ever happened before?
18      A.  It happens all the -- well --
19      Q.  Really?
20      A.  Well --
21      Q.  Sorry.  You were going to say it happens all
22  the time.
23      A.  It happens whenever I have a meeting with a
24  senior executive of another company.  Let's say we have
25  business pending with Sun, I'll get a note saying, "I'm

206

1  sure Scott McNealy will" -- Scott is no longer the CEO
2  there -- "I'm sure Scott McNealy will want to discuss A,
3  B and C."
4      What they're really saying is, "Larry, when
5  you see Scott, please mention our deal and try to help
6  move the deal along."
7      Q.  That perhaps is understandable.
8      What about, though, not, "I'm sure they're
9  going to ask you this," what about, "These are the
10  conversations Larry had with Carly" and then detailing
11  them?
12      MR. LINDSTROM: Objection; argumentative, and
13  it also mischaracterizes the document.  You've been over
14  this ground with him two or three times now.
15      MR. SOLOMON: We're almost done.  It's a
16  little bit different.
17      THE WITNESS: Ask the question again.
18      MR. SOLOMON: Q.  That's a little bit
19  different.  Speculating what someone might ask you is a
20  little bit different from recording a conversation that
21  you supposedly had; do you agree?
22      MR. LINDSTROM: Mischaracterizes the document.
23  This document doesn't record a conversation.
24      MR. SOLOMON: Q.  Why don't you go ahead and
25  answer Mr. Ellison.

207

1      A.  Yes.  There are documents that are
2  prospective, "She'll want to talk about this."  It is
3  different than documents that are retrospective, "She
4  has talked about this."
5      Q.  Did Safra Catz meet with Carly Fiorina around
6  that time?
7      A.  I don't think so.
8      COURT REPORTER: Could we go off the record?
9      MR. SOLOMON: Sure.
10      VIDEOGRAPHER: Off record at 4:22.
11      (Off the record.)
12      VIDEOGRAPHER: On record at 4:24.
13      THE WITNESS: I can volunteer one more
14  explanation why I believe I did not discuss the terms of
15  this deal with Carly Fiorina.
16      MR. SOLOMON: Good.
17      THE WITNESS: I don't like discussing terms
18  and conditions with other customers and prospective
19  customers.  I don't like the negotiating process, and
20  I've avoided it for years and years and years.  So it's
21  very unlikely I would have made an exception for Carly.
22      MR. SOLOMON: I thought for a second you were
23  going to say, "I don't like Carly."
24      THE WITNESS: I would never say that.
25      MR. SOLOMON: Q.  On the last page, I want to

208

1  go back, because I think I read something wrongly into
2  the record.  On the very last page, I may have got the
3  date wrong.
4      So what I should have read into the record was
5  the last page, "Q2 CRM Order to HP," this is how it
6  should read, "HP will not require the additional
7  licenses until late 2001 to June 2002, but is willing to
8  commit to these licenses in exchange for the above
9  points.  The list price on these new licenses is 46M and
10  we are currently in front of them at a 50 percent
11  discount for net license deal of 23M."
12      I believe that's now accurate.  No question,
13  Mr. Ellison.
14      I marked as the next exhibit a document
15  produced by the defendants with the control number
16  063429.
17      (Exhibit 47 marked for
18      identification.)
19      MR. SOLOMON: Q.  And, Mr. Ellison, before you
20  go into 47, just if you look at 46 again, I don't think
21  I went through it with you, but this would have been a
22  document that would have been in your e-mail file on or
23  around Tuesday, 28th of November 2000 at least; correct?
24      A.  That's correct.
25      Q.  And it wasn't produced from your source file

209

1    and you can't tell us why?
2        A.  That's correct.
3        Q.  Thank you.  Then we'll go on to 47.  For the
4    record, this is an e-mail dated Tuesday, 6th of February
5    2001, from Ron Wohl to Larry Ellison and others.
6        A.  Yes.
7        Q.  Question is, do you recognize seeing this
8    before?
9        A.  Yes.
10       Q.  It says, "All, let me give you a heads up on
11   some serious quality complaints we will get at the
12   Appsworld over the next two weeks.  For several months
13   we've had persistent problems with your NT version of
14   our product.  These problems stem from issues in the 8.0
15   NT Pro C code.  Despite the best efforts of Chuck's
16   team, these problems persist and we are still in the
17   position where it is very difficult to predict a
18   resolution.  For a long period of time the development
19   team has hoped that we were within two weeks resolution
20   of the problem.  We need to be prepared for both
21   customer and press criticism on this issue.  Some
22   customers may ask us why we didn't withdraw the product
23   from the market once we became aware of the problems.
24   At least one customer has returned the product and is in
25   legal discussions with us."

210

1        Do you see that?
2        A.  Yes.
3        Q.  Do you remember receiving this information at
4    around this date?
5        MR. LINDSTROM:  The information or the e-mail?
6        MR. SOLOMON:  The information.
7        THE WITNESS:  Yes.
8        MR. SOLOMON:  Q.  And did you get the
9    information via the e-mail or by some other source?
10       A.  I don't recall.
11       Q.  And there is a reference to the customer
12   having returned the product and having legal
13   discussions.
14       Do you know what customer that refers to?
15       A.  I do not.
16       Q.  Do you know if there was any litigation
17   concerning this?
18       A.  I do not.
19       Q.  And did you take any action in response to
20   this e-mail?
21       A.  This is a problem with our database.
22       Q.  Yes.
23       A.  So it's -- that affects the version of our
24   applications that run on the Windows operating system.
25   So we -- the action I took is I escalated the problem

211

1    and we fixed it.
2        Q.  Do you know when it was fixed?
3        A.  I don't know when it was fixed.
4        Q.  Are you sure it was fixed?
5        A.  Oh, yes.
6        Q.  And again, this came from your -- excuse me.
7    This would have been in your files at least on or around
8    the 6th of February 2001?
9        A.  That's correct.
10       Q.  And it wasn't produced from your files in this
11   litigation and you'll explain why; correct?
12       A.  Correct.
13       MR. SOLOMON:  Have marked as the next exhibit
14   a document produced by the defendants with Bates range
15   175158 to 161.
16           (Exhibit 48 marked for
17            identification.)
18       MR. SOLOMON:  Q.  Do you recognize having seen
19   this before?
20       A.  Again, not this specific document, but I'm
21   aware of the issue.
22       Q.  You don't dispute that you would have received
23   the document and read the contents around the 7th of
24   February 2001?
25       A.  No, I do not.

212

1        Q.  I'm looking on the second page where it says,
2    "Renee Knee wrote:" and she says, "We are facing a
3    serious threat in our partner base, not only by IBM and
4    Siebel and the highly competitive go to market
5    commitments and partner programs they offer to the major
6    customer influencing partners, but with our local
7    (country level) partners who are finding they can no
8    longer do profitable business with Oracle when we limit
9    the training, support and implementation method/tools we
10   offer them."
11       Do you see that?
12       A.  I do.
13       Q.  Do you recall receiving this information in
14   February of 2001?
15       A.  I don't.
16       Q.  Okay.  So it is fair to say you don't dispute
17   that you received it and read it, but you don't
18   remember?
19       A.  Not specifically this paragraph you just read.
20       Q.  Okay.
21       A.  Again, once again, I'm very familiar with the
22   issues that she's raising in this e-mail note.  I just
23   don't remember that specific paragraph.
24       Q.  Okay.  Did you perceive a serious threat to
25   your partner base in February of 2001?

213

1      A.  The way I read this note is she's concerned
2    that IBM and Siebel are partnering, and that's a very
3    formidable partnership.  And it's true, I mean, IBM is a
4    large company, and Siebel is number one in CRM.  And the
5    combination of those two is a very formidable opponent
6    in the marketplace.  I think she's just raising that
7    issue.
8      Q.  It is something she raised earlier?
9      A.  Renee was in charge of our partner programs,
10   and there aren't many partners of the size of IBM.  And
11   when IBM decides to partner with Siebel and CRM, it
12   means we're terribly disadvantaged.
13          It's true.  I'm not exactly sure what we do
14   about it.  I mean, there are only two class A partners
15   in our business, one is IBM, the other is Accenture.
16     Q.  This represents bad news, but not bad news you
17   can do much about?
18     A.  It's not bad news.  IBM has been partnering
19   with Siebel for a very long time.  We knew about this.
20          I think she's just emphasizing it.  IBM was --
21   I'm not sure that is true.  Accenture partners were
22   early investors in Siebel, and IBM is Siebel's largest
23   customer.
24          The combination of those two things meant that
25   the largest partners we might work together with in the

214

1    CRM marketplace were gone and were wedded to Siebel.
2          MR. SOLOMON:  Okay.  Have marked as the next
3    exhibit a document produced by defendant with the
4    control numbers 297837, and 838.
5          (Exhibit 49 marked for
6              identification.)
7          THE WITNESS:  Okay.
8          MR. SOLOMON:  Q.  Do you recall seeing this
9    before?
10     A.  Yes.  Yes, I do.
11     Q.  And did you receive it around the 8th of
12   February 2001?
13     A.  Yes.
14     Q.  And it is from Ron Wohl to you.  And it says,
15   "I've confirmed that CRM has not turned in any minipacks
16   yet."
17          Do you see that?
18     A.  Yes.
19     Q.  What is a minipack?
20     A.  It is a series of patches or bug fixes or
21   enhancements.  A patch is either an enhancement or a bug
22   fix.  It could be several different things.
23     Q.  When it says, "Has not turned in," what does
24   that mean?
25     A.  Hasn't delivered.

215

1      Q.  Then it goes on to say, "At this point though
2    I would ask that you not slam Mark hard to deliver fast.
3    I'm concerned that all that would do is cause Mark to
4    get his teams to deliver code before testing is
5    complete, causing more work for everyone all around.  I
6    think we're just stuck with the delay.  In the meantime
7    Greg's group continues to do the initial build work with
8    the ERP code and is finding and fixing the first wave of
9    build errors.  What pisses me off about this is that had
10   we known in advance, we would have used the time more
11   effectively.  It's hard trying to have an e-Business
12   suite with someone who lies."
13          Do you know who is the liar being referred to
14   there?
15     A.  Ron is calling Mark Barrenechea a liar.
16     Q.  Okay.  And did you agree with that?  Is Mark
17   Barrenechea a liar?
18     A.  No, I don't think so.
19     Q.  He's not the first person who has called Mark
20   Barrenechea a liar, is he?
21     A.  Probably not.  But during his whole life?  I'm
22   not sure what you're referring to.
23     Q.  At Oracle.
24          MR. LINDSTROM:  Objection; no foundation.
25          MR. SOLOMON:  Q.  Other Oracle executives have

216

1    called Mark Barrenechea a liar?
2          MR. LINDSTROM:  No foundation.
3          THE WITNESS:  I can't recall offhand.  You
4    could be right.  I don't recall.
5          MR. SOLOMON:  Q.  Would it surprise you to
6    learn that Jay Nussbaum called Mark Barrenechea a liar?
7      A.  Not really.
8      Q.  Just so we're sure, you don't subscribe to him
9    being a liar, but you don't know if he's not a liar?
10   You don't know either way?
11     A.  I would not characterize him as a liar, no.
12     Q.  Okay.  Did it upset you that Ron Wohl was
13   calling Barrenechea a liar?
14     A.  I think they were both under -- when you're
15   delivering a new product, whether it is Microsoft,
16   Oracle, IBM, doesn't really matter, which are a huge
17   piece of code, you're under tremendous pressure to get
18   that code out and then to fix bugs when it is first
19   delivered.  It is -- their people are working 16, 17, 18
20   hours a day.  They are under a lot of pressure, working
21   very, very hard.  The teams are working hard.  They get
22   frustrated, they get upset.  So I look at Ron as being
23   extremely frustrated and upset with Mark, who he is
24   partially dependent upon to get his work done.
25     Q.  Symbiotic relationship, the two of them?

217

1    A.  I think they worked extremely well together in
2  the past.  And as pressure dials up, people, you know,
3  get upset.
4    Q.  Did you fire Jay Nussbaum?
5    A.  Jay Nussbaum resigned.
6    Q.  Did you fire Ray Lane?
7    A.  Yes.  Well, hold it, slow down, slow down.  I
8  think technically -- I think fired is -- might be a
9  legal term of art.  I'm not sure exactly what you mean.
10  I think technically Ray resigned, but I asked him to
11  resign.
12    Q.  Is that different?
13    A.  Ray Lane wrote -- there's a book.  Ray
14  Lane -- let me -- Ray Lane wrote me an e-mail note
15  saying I fired -- you know, the term fired came from
16  him, not from me.  And he wrote me an e-mail note saying
17  I fired my best guy.  And that e-mail note subsequently
18  found its way into a book.
19    Q.  Is that different -- was it a different sort
20  of a circumstance than Jay Nussbaum?  Did you ask Jay
21  Nussbaum to resign?
22    A.  We were reviewing different business practices
23  in Jay's organization, and it wasn't me, it was Jeff
24  Henley and other people were reviewing different
25  business practices in Jay's organization, and Jay

218

1  decided under the circumstances that it would be better
2  if he left.  But it was quite different than the Ray
3  Lane situation.
4    Q.  Okay.  With this exhibit, again, it's dated
5  February 8th, 2001.  And it is -- would have been in
6  your file around that date; correct?
7    A.  Yes.
8    Q.  And this was not produced from your files, and
9  you can't explain to me why it was not; is that right?
10    A.  That's right.
11    MR. LINDSTROM:  Counsel, in each case in these
12  questions the preface is that the document hasn't been
13  produced in the litigation.  And I assume in each case
14  you're making a representation to the witness that
15  that's true; that correct?
16    MR. SOLOMON:  Yes, I am.
17    MR. LINDSTROM:  Thank you.
18    MR. SOLOMON:  And if you demonstrate to me I'm
19  wrong, I will acknowledge it and apologize.
20    MR. LINDSTROM:  My concern is the way the
21  question is posed, I think the witness has no idea
22  what's been produced in the litigation or not, and one
23  could look at the question as having been posed in a way
24  that requires him to adopt the preface in order to
25  respond.  I don't think that's what you intend.

219

1    MR. SOLOMON:  I think it is all clear.
2    MR. LINDSTROM:  Thank you.
3    MR. SOLOMON:  Q.  I want to go back to the
4  prior exhibit, which I think would have been 48, maybe.
5    I'm not sure we went through the line of
6  questioning about your file.  This would have been in
7  your file around February 7th, 2001; correct?
8    A.  Correct.
9    Q.  And you can't -- and I want to represent it
10  wasn't produced from your source files.  And you can't
11  explain why; correct?
12    A.  I cannot.
13    MR. SOLOMON:  Have marked as the next exhibit
14  a document produced by Oracle with the Bates numbers
15  097883 and 884.
16    (Exhibit 50 marked for
17    identification.)
18    THE WITNESS:  Okay.
19    MR. SOLOMON:  Q.  Do you recognize having seen
20  this before?
21    A.  Again, I'm familiar with the issues.  I don't
22  remember seeing this specific document.
23    Q.  But you don't dispute that you received and
24  read it on or around Monday, February 19th, 2001?
25    A.  That's correct.

220

1    Q.  It is from Jeff Henley, at least at the top,
2  to Jennifer Minton, and you're copied.
3    Do you see that?
4    A.  Yes.
5    Q.  First paragraph, "Seems like a disaster based
6  on the large drop in support revenue growth for Q3.  For
7  the past several quarters we've been falling behind, and
8  for Q3 it seems like it's getting worse rather than
9  better.  We'll need extraordinary effort until we get
10  caught up.  I doubt we can catch up in time for Q3.  If
11  there are lots of transactions involved we should focus
12  on the large dollar items first.  We need operations, IT
13  and finance to be all activity involved.  I suggest
14  daily meetings for a while to make sure we're doing all
15  we can do."
16    Do you see that?
17    A.  I do.
18    Q.  Do you recall being aware of this described
19  disaster at around this time?
20    A.  I knew we had fallen behind in support
21  renewals.  It is not that customers weren't renewing,
22  it's just that we weren't getting the documents done in
23  time.
24    Q.  All right.  Then below it says, "Jennifer
25  Minton wrote:  Jeff, please call me to discuss the

221

1 status. I have not been able to prove the shortfall in
2 support revenue is due to a systems issue. I have had a
3 PI focus on this issue from ERP IT to ensure that there
4 was not a conversion issue. Unfortunately, we have not
5 found any problems as of tonight."
6     Do you see that?
7 A. I do.
8 Q. And then I just wanted to skip the next
9 paragraph. It says, "If the support renewals rate is
10 decreased significantly, I suspect it is attributed to
11 the following: Lack of management reporting for the new
12 system, OKS, which has crippled management's ability to
13 detect an underlying problem in the renewal rate in a
14 timely fashion."
15 A. Of course, that's not what happened.
16 Q. You see that; right?
17 A. I see it.
18 Q. And then there is a bunch of other bullet
19 points. And let's focus in on what you were just about
20 to say. And you were about to say that OKS wasn't the
21 problem; is that right?
22 A. No. I was about to say that -- no. I was
23 about to say our renewal hadn't declined. So customers
24 were still renewing at the same rates they had been
25 renewing before.

222

1 Q. What about OKS?
2 A. It was a new system and, as I say, whenever
3 you put in a new system, there are problems.
4 Q. How long had you been aware of the drop in
5 support revenue growth?
6 A. I think -- I think at the time of this note,
7 it was near the end of the quarter, because that's when
8 accounting is making its forecasts. We tend not to -- I
9 shouldn't say that. We tend to refine the forecast for
10 support revenue right at the end of the quarter, and
11 this issue came up the 19th, so.
12 Q. Okay.
13 A. A week before the quarter closed.
14 Q. You didn't know about it before then, is that
15 what you're saying?
16 A. Not -- not this specific set of system issues.
17 It turned out to be they were system issues, not renewal
18 rate issues.
19 Q. And, again, this is dated Monday,
20 February 19th. And at least on that date it would have
21 been in your files; correct?
22 A. That's correct.
23 Q. And I want to represent to you it wasn't
24 produced from your files. And you can't explain to me
25 why it was not; correct?

223

1 A. That's correct.
2     MR. SOLOMON: Have marked as the next exhibit
3 a document produced by the defendants with control
4 number 053228 through 229.
5     (Exhibit 51 marked for
6     identification.)
7     MR. SOLOMON: Q. And just take a look and
8 tell me if you've seen it before, please.
9 A. I'm sure I have. I don't recall it
10 specifically, but I'm sure I have.
11 Q. Okay. And it's dated March 8th, 2001, and on
12 the first page it is from you to Safra Catz.
13     Do you see that?
14 A. Yes.
15 Q. And it says, "One more time"; right?
16 A. Yes.
17 Q. What does that mean?
18 A. It means GE is a very demanding customer, so,
19 you know, we got to get our routine -- if GE doesn't ask
20 us to do something special for them every two weeks, we
21 feel like they don't love us anymore.
22 Q. And two-thirds of the way down the page it
23 says, "Larry, we are still having very significant
24 problems with the 11i roll out of indirect procurement.
25 Here are the top five issues. They have caused us to

224

1 halt the continuation of the roll out until they are
2 fixed. I'm having a difficult time keeping the
3 businesses motivated to go forward. Anything you could
4 do to accelerate progress would be enormously
5 appreciated. Thanks very much. Gary."
6 A. Yes.
7 Q. Who is Gary?
8 A. Gary Rohner is executive vice-president and
9 chief information officer of General Electric.
10 Q. The next page, see a chart?
11 A. I do.
12 Q. Have you seen this before? Do you remember
13 seeing this before?
14 A. I don't remember seeing it before. But I've
15 seen so many charts from GE in my lifetime.
16 Q. That was what I was going to actually say.
17 This appears to be a GE document; is that right?
18 A. Yes, it is.
19 Q. And the bottom it says, "Oracle deliverable
20 quality is poor. We feel as though we are their QA
21 department. We sent three different copies of our
22 database to Oracle in an effort to have Oracle get
23 'ahead of the curve' and test patches/fixes in our
24 environment so that the end product is solid. To date
25 this has yielded no benefit."

225

1    Do you see that?
2    A.  I do.
3    Q.  Was that a concern to you in March of 2001?
4    A.  Absolutely.  But we got their database, we
5    fixed the problems, made them successful, and they're
6    our largest customer in the world -- largest commercial
7    customer in the world, largest standardized Oracle top
8    to bottom.
9    Q.  But at the time they were having significant
10   problems; is that fair?
11   A.  Yeah.  Again, when 11i came out and people
12   were doing these new implementations, these -- I know
13   I'm repeating myself -- these are enormously complicated
14   engineering projects, and there is a lot involved in
15   both the customer side and our side, and there are
16   always a long list of problems that have to be solved
17   before we make one of these implementations successful.
18   And GE still is the largest -- it is just a huge
19   company, a huge and complicated company.  It is even
20   harder there.
21   Q.  It is fair to say there is huge risks on both
22   sides; is that right?
23   A.  Yes.  Yeah.  Let me take that back.  I'm not
24   sure, huge risks, if risk is the right word.  There is a
25   huge amount of effort on both sides required to make it

226

1    successful.  Not necessarily risk.
2    MR. SOLOMON:  I think we just about hit 5:00.
3    And we look forward to reconvening most likely in a date
4    in late September.
5    We've had a bit of trouble scheduling this,
6    Mr. Ellison.  What I want to do is try to schedule a
7    second a day in late September.  Do you know of anything
8    that would prevent you from being able to meet a date in
9    late September?
10   THE WITNESS:  I don't have a calendar in front
11   of me.  But I can't think of anything offhand.  But
12   again --
13   MR. SOLOMON:  Try to work it out with your
14   counsel?
15   MR. LINDSTROM:  So, counsel, according to my
16   watch, we're at six hours.
17   MR. SOLOMON:  Yes.
18   MR. LINDSTROM:  And the witness is here and
19   available to continue his deposition for the seven hours
20   that we had committed to you for today.  So do you want
21   to continue?
22   MR. SOLOMON:  No, no, I don't.  I'm not upset.
23   I understand there were traffic issues; but you guys
24   were late today, and I want to catch up with that time.
25   Not now, it will have to be in the future.

227

1    MR. LINDSTROM:  For the record, we started 33
2    minutes late.
3    MR. SOLOMON:  Okay.
4    MR. LINDSTROM:  And you're --
5    MR. SOLOMON:  We don't need to do it now.
6    There is a clock, we counted it up.  We know what the
7    issue is.  We can either resolve it among ourselves or
8    go to Magistrate Judge Infante.
9    MR. LINDSTROM:  Fine.
10   MR. SOLOMON:  Is that okay?
11   The other thing I want to do is let you know
12   that we're going to want to meet and confer again, to
13   the extent you think it is necessary we're going to
14   renew our spoliation motion.  Okay, thanks.  Off the
15   record.
16   VIDEOGRAPHER:  This marks the end of videotape
17   number four, Volume I, in the deposition of Larry
18   Ellison.  The original videotapes will be retained by
19   LiveNote World Service.  At 4:58, going off the record.
20
21   (Deposition adjourned at 4:58 p.m.)
22
23
24
25

228

1    CERTIFICATE OF WITNESS
2
3    I, the undersigned, declare under
4    penalty of perjury that I have read the foregoing
5    transcript, and I have made any corrections,
6    additions, or deletions that I was desirous of
7    making; that the foregoing is a true and correct
8    transcript of my testimony contained therein.
9
10   EXECUTED this _____ day of _____,
11
12   2006, at _____, _____.
13        (City)          (State)
14
15
16
17        _____
18        LAWRENCE ELLISON
19
20
21
22
23
24
25

229

1        CERTIFICATE OF DEPOSITION OFFICER

2            I, DIANA NOBRIGA, hereby certify that the

3    witness in the foregoing deposition was by me duly sworn

4    to testify to the truth, the whole truth, and nothing

5    but the truth in the within-entitled cause; that said

6    deposition was taken at the time and place therein

7    stated; that the testimony of said witness was reported

8    by me, a Certified Shorthand Reporter and disinterested

9    person, and was thereafter transcribed into typewriting,

10   and that the pertinent provisions of the applicable code

11   or rules of civil procedure relating to the notification

12   of the witness and counsel for the parties hereto of the

13   availability of the original transcript of the

14   deposition for reading, correcting and signing have been

15   met.

16        I further certify that I am not of counsel or

17   attorney for either or any of the parties to said

18   deposition, nor in any way interested in the outcome of

19   the cause named in said action.

20        In WITNESS WHEREOF, I have hereunto

21   subscribed by my hand this 19th day of July 2006.

22

23

24         _____

25       DIANA NOBRIGA, CSR NO. 7071

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2              I, DIANA NOBRIGA, hereby certify that the

 3    witness in the foregoing deposition was by me duly sworn

 4    to testify to the truth, the whole truth, and nothing

 5    but the truth in the within-entitled cause; that said

 6    deposition was taken at the time and place therein

 7    stated; that the testimony of said witness was reported

 8    by me, a Certified Shorthand Reporter and disinterested

 9    person, and was thereafter transcribed into typewriting,

10    and that the pertinent provisions of the applicable code

11    or rules of civil procedure relating to the notification

12    of the witness and counsel for the parties hereto of the

13    availability of the original transcript of the

14    deposition for reading, correcting and signing have been

15    met.

16              I further certify that I am not of counsel or

17    attorney for either or any of the parties to said

18    deposition, nor in any way interested in the outcome of

19    the cause named in said action.

20              In WITNESS WHEREOF, I have hereunto

21    subscribed by my hand this 19th day of July 2006.

22

23

24

25              DIANA NOBRIGA, CSR NO. 7071
```

**EXHIBIT 26**

t: 11.5.x challenges: NLS, Patching, Training - some suggestions

**Subject: Re: 11.5.x challenges: NLS, Patching, Training - some suggestions**
**Date:** Sun, 21 Jan 2001 19:38:04 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** Sergio Giacoletto <Sergio.Giacoletto@oracle.com>
**CC:** "Lawrence J. Ellison" <larry.ellison@oracle.com>,
"Safra A. Catz" <Safra.Catz@oracle.com>,
Mark J Barrenechea <mark.barrenechea@oracle.com>,
"Rocha,Michael" <MICHAEL.ROCHA@oracle.com>

Sergio,

on the translation availability issue, we have made a priority of getting the translated software out as
quickly as possible, at the cost of allowing translated help files to slip. In the case of 11.i.3, the translated
software will be out in most languages extremely fast -- I believe you have the schedule from Ric. We will
work with Mike Rocha's team to see how if it is possible to bring forward the help translation.

Sergio Giacoletto wrote:

*Recommended coding for first letter of e-mail subject line*

| Urgent | Permission (approval) required | Action required | Reply required | Information only |
|--------|-------------------------------|-----------------|----------------|------------------|

Larry,
as briefly discussed, I would like to share with you some of the *new and good* challenges we are facing
to deploy 11.5.x internationally, and ask for your support to Mark and Ron and Mike Rocha to fix those
issues.

Mark, Ron: I hope I have the right information - if not, sorry, please correct me.

Following the various reviews I had this week, I'm pleased with the progress being made in fixing bugs,
improving functionality and introducing new features. I can see the light at the end of the tunnel and
11.5.3 and 11.5.4 etc. are bringing a lot of improvements.

We are now facing three process issues, which I believe must be resolved to enable the international
operations to successfully deploy the applications and to continue to grow revenue.

1. NLS availability time gap
2. Patching control and automation
3. Continuous Training

**CA-ORCL 025562**

I'm sure some of those problems also exist in the USA - but there we have no language issue, and we
have critical mass and more help from development. In order for us to achieve 30% growth overall we
need to grow applications
at least 65% each quarter and we need to fix those issues.

Let me expand each point:

**ORACLE**
**CONFIDENTIAL**

1. The gap between code freeze and NLS availability is growing again. For example 11.5.3 NLS will not

e: 11.5.a challenges: NLS, Patching, Training - some suggestions

be fully translated including help until May 2001 for the first languages and August 2001 for the last language.
The code was frozen ( I believe) in October 2000.
So from a field point of view we have a minimum gap of 4 months and maximum of 10!
This is due to translation workload and lack of full automation.

We just completed the testing of the translation of 11.5.1 NLS and we found almost 5,000 translation issues to be fixed.
This is a problem for our mid market strategy where NLS is critical.

2. Due to the gap between code freeze and CD we have to do a lot of patching at each customer site.

Platinum is helping a lot, but is only available in English and we still need to apply manually.
translation patches - assuming they exist. Mark is looking to provide Platinum in 4-5 main languages.
This would be good.

The patching process is prone to errors. There is no central patch log database, and automation could be improved.
Ron has this as a top priority - this will help us to improve customer satisfaction and consulting margin.

3. New functionality is being added to each new release. The training material is not kept up to date and there
is too much information to use traditional methods of teaching in any case, so we need to use web training
and to have more support in the field from development. As discussed at the EC we should have a few experts from development in new products deployed in EMEA (located at the ISD).

I have also suggested to have a monthly webcast on new features.

Thanks and best regards

Sergio Giacoletto               Phone: +41 22 799 99 30
EVP EMEA                        Mobile:+41 79 200 75 06

Assistant :  Michele Delvaux
             E-mail:michele.delvaux@oracle.com  Phone:41 22 799 99 31

**CA-ORCL 025563**

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

ORACLE
CONFIDENTIAL

# EXHIBIT 27

**ORACLE**

News Release

Oracle Corporation
500 Oracle Parkway
Redwood Shores
California 94065

phone   650/506-7000
fax   650/506-7200

**For Immediate Release**

Contact:   Kevin McGuirk          Renée Edelman
           Oracle Corp.           PR21
           650/506-8273           917/532-2988
           kevin.mcguirk@oracle.com   renee.edelman@pr21.com

### ORACLE: THE STATE OF E-BUSINESS IS STRONG

#### Oracle Saved a Billion Dollars; Now its Customers Can Too

ORACLE APPSWORLD, NEW ORLEANS, Feb. 20, 2001 ---

(http://www.oracle.com/tellmemore/?613181) Eight months after shipping its E-Business Suite, Oracle
Corp., the largest provider of software for e-business, today announced that, just as it realized its
own billion dollar savings by becoming an e-business, its customers and partners are realizing
similar benefits by rapidly adopting the industry's first integrated suite of enterprise applications.
Through new e-business offerings announced today, Oracle is setting the stage for additional
large scale advances for customers and partners in the years ahead.

Already more than 180 customers have gone live with the Oracle E-Business Suite and more
than 2,500 implementations are underway.  These customers, including Compaq Computer
Corporation, Hewlett-Packard and Staff Leasing, have realized increased efficiencies in their
operations and more profitable relationships with their customers by making a commitment to e-
business.

"By utilizing our own E-Business Suite, we are halfway towards our objective of saving two
billion dollars, and we have increased our operating margins by more than 10 points. Now we
have undertaken a new challenge—to save yet an additional billion dollars by the end of the next
fiscal year.  Our goal, of course, is to help our customers achieve similar savings," said Mark
Jarvis, Oracle's chief marketing officer.

—more—

NDCA-ORCL 102009

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

The State of E-Business Is Strong                                   2-2-2-2-2-2

ORACLE'                    News Release      Oracle Corporation        phone   ... ...        
                                              ... ... ... Parkway        fax    ... ... ...     
                                              Redwood Shores
                                              C. ... ... ...

**E-Business Pays Off for Customers**

Companies adopting e-business are doing a better job of running their businesses globally. Among the companies that have finished their implementations of the suite are Barclays Bank PLC, Compaq Computer Corporation, Hitachi Data Systems, HostCentric, Staff Leasing and Tropian. Compaq has completed the rollout of Oracle's Internet procurement solution to the first increment of its 3,000 employees in North America. When fully implemented, Compaq expects to save $48 million by the end of 2001.

"Oracle has been instrumental in helping Compaq implement our procurement solution, and more importantly, craft a strategy to encourage all Compaq employees to use the system," said Paul Box, director, General Procurement at Compaq. "We expect our savings to grow substantially as we complete the global rollout to our 68,000 employees."

**E-Business Pays off for Partners**

The rise of e-business has brought significant opportunities for ISVs and other partners in application hosting. To supplement its own Business OnLine applications hosting business, Oracle has signed several partners who also host the E-Business Suite as part of the Oracle Authorized Application Provider (OAAP) program.

The OAAP partners include such companies as Agilera, AppsAbility, Appshop, Avasta, BlueMeteor, Center 7, Exodus, Hencie Consulting, HostCentric, Interliant, Nupremis and RSL COM USA. These companies develop and sell value-added services that extend the use of the Oracle E-Business Suite, providing integration with legacy and custom-developed systems or expertise in business processes or vertical industries such as state and local governments and higher education.

"While other ISVs were thrown for a loop by the death of client/server, we've seen great opportunity from the rise of e-business," said Nicolas Colletti, director of strategic alliances, BlueMeteor inc. "The E-Business Suite has given us a great platform on which to build our

—more—

NDCA-ORCL 102010

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

The State of E-Business Is Strong                                    3-3-3-3-3-3

**ORACLE**               News Release        Oracle Corporation        phone   650 506 7000
                                             500 Oracle Parkway         fax     650 506 7200
                                             Redwood Shores
                                             California 94065

business model.  By leveraging its capabilities, we are able to focus on what we do best—
providing value-added hosting services."

### E-Business Means an End to Expensive, Lengthy Implementations

The central advantages of e-business—integration of all applications across the extended
enterprise, the use of Internet technology to make applications more collaborative and more
accessible—are radically reshaping the software implementation services business.  Not only
does e-business integration obviate the need for the majority of software integration projects—
which make up 50% of all IT consulting work—but also the very techniques of e-business are
themselves transforming the way software consulting services are being designed and delivered.

Because Oracle's E-Business Suite provides complete integration out of the box, Oracle
customers have not had to waste valuable time, budget and resources on the kinds of integration
projects necessary when companies adopt a so-called "best of breed" approach.

To make implementations even faster and more predictable, Oracle has introduced more than
a dozen FastForward fixed price, fixed scope implementation offerings targeted at the small-to-
mid-sized markets respectfully.  These offerings leverage the best practices expertise Oracle has
gained performing thousands of implementations of its e-business software, so that each new
customer can benefit from Oracle's experience with previous customers.  Today Oracle
introduced a new FastForward Advanced Planning and Scheduling program.

Oracle believes even more can be done to eliminate the nightmare of implementation
problems while at the same time allowing customers to achieve a faster return on their software
investments.  Today Oracle announced Oracle E-Consulting, a major initiative that will
transform how customers work with software implementation consultants.  Oracle E-Consulting
utilizes the Internet to rapidly deliver strategy, technology and implementation services.

Oracle E-Consulting will allow companies to begin their implementation work on the same
day they purchase the software.  These customers will be able to work online with a live copy of
the Oracle E-Business Suite, utilizing a project framework based on best practice knowledge
Oracle has gleaned from previous implementations, and collaborating with Oracle consultants in

—more—

NDCA-ORCL 102011

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

The State of E-Business Is Strong                    4-4-4-4-4-4

ORACLE'              News Release    Oracle Corporation    Phone  ...
                                      500 Oracle Parkway    ...
                                      Redwood Shores
                                      California 94065

real time. In many cases a customer—even a large, Fortune 500 business—will be able to
finish their implementations in 90 days or less.

### E-Business Opportunities Expand as Oracle Expands its E-Business Suite

The next frontier of B2B applications is online collaboration, through which companies reach
beyond their firewalls to the extended enterprise, working in close conjunction with customers,
suppliers and other partners over the Internet.  Oracle today introduced its E-Business Hub, the
industry's first collection of collaborative B2B applications.  The Oracle E-Business Hub enables
many businesses to work simultaneously on a wide range of business activities, from product
development through supply chain planning to transportation logistics.  By collaborating over
these kinds of activities via the Internet, companies will be able to optimize their extended supply
chains, improve their manufacturing quality, increase their customer service, work more closely
with partners and improve their operating margins.

### About Oracle

Oracle Corporation provides the software that powers the Internet.

For more information about Oracle, please call 650/506-7000.

### # # #

### Trademarks

Oracle is a registered trademark of Oracle Corporation.  Other names may be trademarks of their respective owners.

NDCA-ORCL 102012

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 28

Matthew Symonds Interviews

## ORACLE

Interview with Larry Ellison on January 18th 2002

**Present:**

Interviewer:    Matthew Symonds

**Interviewee:  Larry Ellison**

Larry, could we start off by dealing with something that a number of other Oracle Executives I have been talking to over the last few days have raised, which is how much damage has been done to the brand as a result of really the launch problems of the 11i and the publicity that eventually came out of that rather kind of lagged impact after the event and also to what extent that was exacerbated by some of the arguments that were going on with the Oracle Youth Group and the sort of campaign that I think it was [InfoWorld] or [Computerworld], I'm not sure which of the two it was but one of those magazines was really using them to beat Oracle.

**Yes, I'm afraid the phrase "brand damage" is something that I use and I remember when I first used it, one of the things that happens internally is that both Mark, we talked about the progress in the company and how things were getting much better and 11i is stabilising and 5.5 and 5.6 and I wanted people to stay focused on improving the quality as opposed to throwing in still thousands of more [features] and I was pushing very far in development saying yes we have got to keep adding features but this thing has to be very easy to install.**

Well when was this?

**In the last three months, so I invented the phrase "brand damage", basically to emphasis how serious an issue this was that we had to have a get out of the box experience, we had to maintain our intensity, we just had keep working on getting rid of bugs and mainly making it much easier to install and much more standard and much more standard software and focus on quality, quality, quality that there wasn't time to come up and take a breath so I used the expression of "brand damage" which I thought would get their attention and it did and it's kind of funny. What tells me I've got to be a little bit more careful is that when I am marketing inside the company and**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

trying to get them to really focus on quality issues and ease of installation issues sometimes my internal marketing filters to the outside, I mean they take it so to heart.

They may not have been saying this to anybody else, I mean I think I have a little bit of a position of trust, I mean they talk to me in a way that perhaps..

**But I have used that phrase several times and one of the mandates recently, I don't know if I told you, we started getting information out, we started getting daily quality reports on all of the applications and I mandated that we have to have a 5% reduction, not in bugs, but in surplus requests.**

Quality Reports on all the ongoing implementations.

**Everything.**

So where 11i was running on a customer site...

**Everywhere. Our support organisation logged and our global support system was running, using our own software, so every time there is a service request we logged the service request and we called them...**

So what they type something into the web.

**Well we know how many requests there are and our application server and our database and [ ] we have all this data and there was a fascinating dichotomy before, if I use that word one more time you're going to hit me! between development and support and support owned service requests, in turning service requests around unless that service request, the origin of that service request was that an actual bug or a quality defect in the product and then development was responsible for that so it was absolutely fascinating the dynamics that went on as support wanted to say this is not something I can clear up, I've got to hand this off to development and say this is defect related so it's either a supports problem or developments problem and we sort of managed service requests separately from bugs or defects and support have two ways to get a service request out of their queue, they can say development we think this is a bug now you work on it, it's in your work queue or convince a customer that we didn't have enough information, we can't really log this as a proper service we can take no further action unless you give us more data and those would go through [ ] soft [ ] for a service request in terms of monitoring, so support has this nasty habit of just passing it to development and saying we think it's a defect or calling the customer back so they would manage their work queues, so when you start**

NDCA-ORCL 1529158

measuring data you are going to measure [ ] data so I kind of look at all this and this is complete nonsense. Okay development support you jointly own, I don't care if you don't have a single bug development, but if you have a product that's difficult to use that generates lots of service requests you have a problem. It's not a bug it's just simply you have to have two degrees from [ ] to use this product and that's your problem, that support and development you jointly own, service requests, in fact defects are interesting to me but in fact if there are millions of defects and only two people call a year I don't really care about the defect I care about how many people are having problems with the product, so service requests, so I kind of moved away from defects and just to what's the impact of these are, by the way if you need more information on the customer that's even worse because it means that you are monitoring tools aren't good enough, you can't even analyse these and that's really a horrible problem and ....

Yes, because customers need a lot of help in identifying what the core of the problem is.

So you have delivered a product that doesn't work very well and you can't support very well, so all I care about is service requests and that's all I measure so that that was a key point and saying by the way service requests must go down 5% a month.

And is that going to be one of the metrics from the daily business kind of..

Absolutely, I mean we [drilled] down from product development, by product, by area and all of this it's just looking at service requests and there is no way to cheat your way out of it now, the only thing where you cheat your way out of it is to say call us or go to the web page and since that happened, the behaviour in development has been incredible and the behaviour in support has been incredible, all of a sudden they say well there is no way for us to associate service requests with the defects, if this bug causes 100 service requests and this bug causes 1,000 service requests, we want to work on the bug that caused 1,000 service requests, but we really don't know, we are not aggregating the service requests from similar origins we don't know exactly what's going on, so we basically restructured the bug database or defect database, the whole support quality system has had little tweaks now as they try to figure out what to work on gets the most leverage because now we've got this 5% target a month in terms of service requests, so several things have happened. The first thing that happened they started cleaning up the data the kind of crummy data in the service requests, now they are trying to get more information about service requests and find out what the origin is, is it an installation problem, is it an [ ] abuse documentation

**problem, it's an actual defect in the product and which are the most important ones to work first, there's no silly avoidance behaviour, there's actually an analytical process of good data leaving to go to [ ], this is back to the original theory of what is the age of information what goes on, if you can start measuring the right information it radically influences behaviour, it's just like my favourite example about the kid in the schoolyard trying to, you know you take the basket away from the kid and just give him a ball and he loses interest, if you give him constant feedback and they can see that graph turning down and there is now way to cheat around it, it's absolutely amazing what's going on, but anyway I was really focused on this whole follow the issue, we have put up the system and to get the most shocking term I could come up with about what we had done to ourselves through 11i was "brand damage" and again I'm actually pretty good about coming up with phrases from marketing, I've got to be a little bit careful, my phrases are negative rather than positive.**

I think Mark Jarvis has obviously been extremely worried about some of the adverts and publicity and he has said that he has quite sort of feared for the relationships with you at times over the last six months or so that he has some kind of memos from you in that you have suggested that Oracle is having it's worst press for over a decade and that sort of thing.

**Yes, well I was concerned for two reasons, I was concerned, it's true but I can't blame Mark for the terrible press though he could have managed it a bit better and I wasn't happy with the lack of seniority in Mark's PR team but that's another story, so I ..**

I'll need to give you an update on [ ] actually.

**Yes, how's she doing?**

Well she's actually I don't know if I told you this, she's going to try and make her living kind of in the eventing world, so she..

**On a horse?**

Running a team of horses and riding and also breeding and selling horses, trading horses and she says she's going to give it a go for 18 months there and see if she can, she says it's what she's always kind of loved most and if she can make a new life doing that then she's going to be fantastically happy, if not then she will try and get back into the software industry.

**I think that's, even if she doesn't make and it's hard, she'll have a great time.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

I don't think that she has any expectations that she is going to become a very top rider herself because it's a little late to do that but she thinks that she can have a top team and she thinks she's good at training horses and then selling them on at a big profit.

**Well that's a great business if you have direct clients or a perfect client, my daughter is the best young rider in the United States and she is very good.**

She wants to have quite a lot of links with the kind of US Equestrian team and basically train all the horses in England and sell in the US.

**I'm going to introduce her to my daughter.  One of the things Mark doesn't do very well and it's my fault is recruiting, I mean he's got very good people, I mean I love [ ] some of the people round him are fabulous, but it's thin at the top.**

Well [ ] I think was a good addition, I think he's got a kind of unfortunate [ ] appearance kind of thing, you don't sort of think this is necessarily kind of guy [ ] and it really sort of comes out in body language and that kind of thing, he's kind of uptight.

**And he's still very nervous around me, he says things to me and then waits for a reaction, he's not very spontaneous.**

It's that kind of insecurity which made him kind of unable to deal with having Ali around.

**And all the mystery about, who is this blond?  Anyway I am very fond of Ali but not like that.  So I did put some pressure on Mark to beef up the PR team and also to beef up the [product expertise] Germany was going it all and we needed very strong people in each product area that really did know the technology and were quite articulate and coaching and explaining it.**

[ ] talk to the analyst community as well as press.

**Absolutely and also the developers to get feedback and get feedback because it all helps, so that would be someone pretty smart.**

Mark's talking quite a lot about...

**Mark's job was never in danger, I would be sobbing if he left.**

I said that nothing you had ever said communicated that you no longer approved of him.  The whole spat of the users group and one of the things that Mark was saying about that was at a time when he'd always known that he was going to get quite a lot of difficulty from the

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

technology analysists as opposed to the [ ] analysts because in many ways the whole kind of idea behind the e-Business suite is an attack on some of those vested interests, so that was always going to be inevitable but by having the users group there as a sort of ready made [ ] critical voice about Oracle's [ ] and saying how nobody was kind of upgrading to 11i because they represent the olden base essentially that that really added to the problems quite a lot.

**Yes well there is a huge battle between the, there wasn't the users so much as the user group management and not all but a lot of these were just independent consultants who were their prestige and their position as user group managers were important to their careers and they want to control these meetings and we gave them money and there were largely independent and we had all these meetings to go and I thought this was ridiculous I mean the database business is a lot bigger than the applications business and we had, I think it was [ ] applications.**

It's a huge load on kind of executive time apart from anything else.

**Executive time was bad, executive development time was awful and I thought this is ridiculous I want these things together and I think I pulled the trigger to say we might as well get this thing solved now and retrospectively the timing, I could have waited a year before, I probably should have. So it was unfortunate that while we were having the quality problems with 11i at the same time we were having the spat with the users group and the users group just used that as a bat to hit us over the head with.**

Was it [InfoWorld] or Computerworld who sort of ran a campaign against you?

**I don't recall.**

But I mean it was over a twelve month period and Mark did quite an interesting analysis did a search on Oracle, a search on IBM, a search on Microsoft [ ], the ratio sort of positive to negative stories about your arrivals was something like 8-1 positive and it was kind of 11-1 negative so far as Oracle was concerned and they basically, you know every time they wanted to run a negative Oracle story they had the user group management there to give them really good quotes, and that was damaging I think.

**Oh absolutely and again we were [ ] and once this starts it's very hard to turn around.**

What is going to turn that around?

**I think the user group, the users, there are an awful lot of positive stories out now. What's amazing is this is like childbirth in that it's very, very painful and then it's all**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

quickly forgotten. No one really remembers what's happened and when Oracle 7 came out I mean no one really remembers Oracle version 6 it sort of disappeared.

You've been kind of thinking increasingly about the parallels sort of the last twelve months and the technology transition that was represented by Oracle 6 and they [ ] as it were.

Well 11i was never as bad as Oracle version 6 because there were lots of different bugs here and there and 11i didn't simply not work, I mean 6 in a database it has to work and work all the time and if there are any problems with it [ ] it's just problematic whether you should be selling that product so I think it was much worse with the 6 7 transition than the 11i transition.

And also you were financially much weaker.

Right. [ ] oh my god this is as bad as 1991 and we had to laugh, you know there we were almost bankrupt, here we have £5billion cash, there we were losing money here our markets have dropped to the mid 30s.

But one of the things that people have been saying to me and say it daily to me is that will you turn it around in a good quarter?

Well I said that the only thing, that's a little bit simplistic, the fact is the second you get a good quarter, I mean what analysts do is not try to foretell the future, they are not, they try to explain the recent past and if you suddenly have a bad quarter, if your sales are going down, they will try to explain why because you have had product problems here and some other kind of problems, if you have a really good quarter they have got to explain that as well and it's because you have a really wonderful product and it's kind of as simple as that, they look at the numbers, but the only number that's really, really important but I still say that what will give us the good quarter is our users get more and more comfortable with the e-Business suite they will start buying a lot more of it and if they start buying a lot more of it our sales will pick up suddenly and then it will become visible to everybody that people will talk to users again and say oh well pretty good product.

Do you take a view in terms of measuring the success of the investments that you have made in the e-Business suite, do you sort of look at it in terms of vis-à-vis development dollars that we have put into the size of the development organisation that we have built in order to produce things and this is what is has got to be earning a year, two years, three years from now in order to justify that?

**Yes, absolutely and I think that one of the ways of looking at the, interestingly about the e-Business suite is that we can look at just service requests or a service request divided by dollars and clearly a product that has no customers has no service requests [ ] the database   you look at how much revenue is coming in from the database development and divide that into service requests and how much money you have to spend so I think dollars is a constant denominator, sometimes you get ratios of RND to revenue ratios of service requests to products specific revenue we always look at the metrics.**

And roughly how do the comparisons run between the database and...

**The database is a bit more [ laughing ]..**

I mean is the applications business at all profitable?

**Yes it is profitable but it's not widely profitable, the database should be the cash card.**

And can you ever see a time when applications might be as profitable as the database business?

**Yes, actually when we are running the whole thing and the irony of us running everything is our support costs go down dramatically because it's actually easier for us to do it for you than to explain to you how to do it and even if we give the hardware free it turns out that's a much better model for us, so two things happen -- our costs actually go down not up when we are doing the hosting and our revenue goes up so you get this wonderful virtuous transformation.**

And do you need to keep in place this very large applications development organisation that you have built up over the last few years.

**Yes, but I think it gets [ ] in a different industry as we go to Healthcare, banking and I think our next big one is retail, finish up retail.**

Finally CPG?

**Exactly. We have actually turned around a number of the CPG customers with a lot of effort. CPG is in pretty good shape right now.**

But I mean have you moved a lot of the CPG customers over to an increasingly kind of Oracle solution?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1529164

**Absolutely, I mean that really in the end was, the strategy [ ] give them an option [ ] Oracle and we are going to keep supporting the integrated suites and we will give them an Oracle option as well and knowing full well that 99% of our effort went into the Oracle option and that's where they are all going.**

Can you just tell me a little bit about [ ] who was obviously kind of critical in the whole CPG and the early TRM days, because he's actually not somebody who I've talked to but he clearly is quite an interesting, somewhat quite ambiguous figure.

**Well, [ ] was loved by Ray and Robert, they put some of their own people in charge of development but the person they actually got [ ] was someone with a development background was [ ].**

So he came out of development to work with them when they were trying to do more of their own stuff.

**Yes, [ ] was someone that they found metabolically, you know compatible and so [ ] got along very well with Ray, got along very well with Robert and the others and they behaviour he exhibited that they liked so much was that he was talkative about everything, he would [ ] we can do that, we can make that happen, we will make that happen and so during the sales cycle they like taking [ ] with them and [ ] would come up with some kind of plan to go ahead and meet [ ].**

So the customers liked him?

**Yes, absolutely, very bright [ ] is very bright, very articulate, very good at putting proposals together and all of those things, the problem is in the end he had a great deal of difficulty delivering because the hard thing [ ] when things are hard and this is a very complicated business and [ ] in the end couldn't deliver the products that he had promised.**

He left at the same time as Robert I think in fact the same month in August 1999. Were those two departures linked?

**I think, well Robert clearly left voluntarily and what happened and [ ]'s job was kind of reorganised away...**

Because I think Mark said he couldn't actually work for [ ] I think and Mark was threatening to leave?

 NDCA-ORCL 1529165

**I don't remember Mark threatening to leave I really don't and maybe he did.**

Well he might not have been so explicit about it but he seemed to be saying anyway that I can't make a positive contribution here if I'm going to be working under this guy.

**Well we made several changes, I mean if you look at all, again I can't give you dates, but Thomas Curran taking over application server for Beatrice [ ] again Beatrice was not asked to leave [ ] so we started reorganising and a new group and a new development management team, Charlie [ ] he was running CPG, so Ray had a couple of consultants running development and there were a number of people, I made a bunch of development changes.**

Was it all kind of flowing through from your going into applications [ ]?

**Yes and Thomas has done a brilliant job with the application server, really fabulous. So we went from let's deal with the customer launch to a whole different strategy of let's do what's possible.**

And was [ ] asked to leave or?

**No, again I think a lot of his responsibilities were reassigned and he elected to leave and Beatrice was assigned to work for Gerry Blume and Beatrice didn't get along very well with Gerry and she chose to leave.**

The order management issue, I mean this is a red herring clearly a red herring.

**This is [ ] there a bunch of new features going into order management but there are a bunch of new features going into [ ] there is more than usual going [ ] and Mark is very concerned about it destabilising his stuff.**

I think one of the big gripes clearly was that because the implementations were not going well, customers were using up all their kind of implementation dollars simply to get the ERP part of the suite and there was nothing left for CRM so if they were having problems in terms of their CRM numbers it was Ron's fault?

**You know smart people make this wonderful argument, but actually I'm never interested in explanations of why you're not succeeding, if you're really smart you'll figure out a way [ ] if you are semi-smart you will explain why you are not succeeding.**

But why do you say that the order management issue is a red herring because that's been raised certainly Chuck Philips quite a lot of times?

NDCA-ORCL 1529166

Well a long time ago, one of the problems the early sources of problems with 11i is we decided and we had this interesting strategy early on – my god 11i is so late we could actually put the brand new order management in, so we waited this long why don't we just sneak in a new order management, well that would be very risky because it's a huge rewrite of order management, it's kind of the centre of everything, so we had this great idea why don't we, we ~~bump~~ *put crm* the order managements in the system so that was the decision ~~we made~~, so the conservative people can use the old order management the avant guard people can use the new order management.[ talking over each other].

.. upgrade the new one and find the product. *We don't actually know how to do this, the data*

It wasn't technically possible but it was a hell of an idea. [] ~~but~~ Ron and I decided on a *the data* [] strategy so stage one was - god maybe we could wait for 11i, stage two - too risky ~~they~~ *let they* can't do that, stage three – we could have them both, absolutely fantastic idea, stage four – [] fantastic idea but we can't do that, stage five – well then let's put in the new one, what the hell, classic Oracle, let's take the high risk strategy.

So what was the problem, the old one didn't work now? *io-exclstent*

No, well we had to choose, we couldn't have them [] so me and my nature, let's take the, what's the highest risk strategy we can have, the highest [] that's mine. *highest risk reward* / *cross.*

So was this just prior to the launch.

It was pretty close to the launch.

Kind of March 2000 that kind of thing. *It was brand new*

And there were huge problems ~~about [] so~~ we went from having a very weak order management product to having the premiere order management product on the planet except it was all new.

And it hadn't been used in Oracle at all?

It hadn't been used anywhere it had just been finished, the paint was drying.

I mean can you explain for a kind of lay reader why the order management module was so important?

Sure, it is the first thing that happens to information when it flows into ERP it's the funnel that actually ~~separates~~ and depending on how the rich the order management *catches every thing*

*32 + VAT / 2000*

system is you either now very little about the order or a great deal about the order, you have all the contract information, the contract a detailed description of the products, different kind of payment terms, all sorts of marketing promotion terms, [ ] CPG, you know enough about the product and you know that the sale occurred on this date with this product and this territory so the vendor gets a rebate you can deal with marketing promotions, there is all these complicated things that happen around an order, sales people get compensated, vendors get rebated, the price engine needs to be very, very flexible depending on your pricing rules, you know buy three, get the fourth one free, automatic configuration, buy a, b and c, oh no a, b and c don't go together you have to get a and b, you have got to get a, b and d. But there's a lot that goes into the order management in terms of different industries, it's probably the hardest. *heart of the ERP system*

So when did you first realise that it wasn't really working very well?

**Oh I knew there was a huge risk up front and so I kind of walked into this, I can't plead ignorance on this but it took much longer.**

Were you warning any of your customers at all?            *Release — you had to get syn off from Ron*

**When the product came out we were in control [ ] so when we released it, we didn't realise it willy nilly anyone can get this, so we immediately went into control release, what I never anticipated was the length of time it took us to stabilise all of this.**

So this was after May after the first phase of the release was controlled [ ] a number of sort of hand picked customers who were hot to do the upgrade.

**Yes, so we were implementing ourselves, we were implementing a handful of customers who were going through this controlled thing, phased release and come out of that hopefully with a product that was stable and proven and would fan out. Now we had a lot of time constraints and we met some very interesting problems in Europe in that we had to release the product for the Euro conversion and there were a lot of pressures on us to upgrade customers. The Euro was the existing upgrade plan and expansion plan we were already late with 11i, they already had projects ongoing and they suspending the project for 6 months was not something people wanted to do, they had planned for 11i, 11i slipped the planning permission which** *proves* **dragged out, the contracts with [ ] that put the stuff in.**      *or to PNG to put to ch*

And what was the main risk to your business?           *Austin*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Immobilisation [].**   *L/ke   WW1 — mobilisation — had to turn off*

But was there also a risk that if you hadn't gone ahead with that, that you might have lost [ ] for example because some of those customers would have wanted the CRM or was that not a factor.

**No I think that's part of it, it's a little as though we were trying to reign it in and we couldn't because, I think it just kind of got away from us.**

So, people kind of did for a little bit about when the real kind of awareness of the problem with order management started to come through, I mean some people say it was in August, other people say that didn't start to happen until December 2000 and I think Mark and Ron clearly had a different view as to what the extent of the problem was or if they had a different view about running into December and this is when you say that we have to go live on our own order management implementation.

**Yes, I think there is a certain amount of denial going on, but it wasn't denial so much as we really, it's hard to note, the trouble with software is that you don't know when you are going to finish until you are finished.**

We were talking in October when we were saying to you that I thought I was ready to kind of go ahead with the project and you seemed to be as if you didn't have a care in the world at that point?

**Well I knew there were bugs, I didn't know the extent of it or how long it would take to fix and I didn't know how visible it would become so I guess I was optimistic, silly but it was optimistic that we could fix the problems pretty quickly and it would happen in controlled release and the problems would never be broadly apparent as they became.**

So when you said that Oracle had to go live on it's own, order management on it's own in December, what caused you to say that?

**Well what caused me to say that?**

Well I understand what caused you to say that was you thought that by doing that you would force the issues up.

**I would say it worked and I know we were down for a couple of weeks but this is a massive change, it's not unusual when you are installing a huge system, first of all December is a great time and it's the quietest month of the year, in fact this past**

December we have just done our reorganisation, rather than waiting until June [ ] December's the right time to [ ] for Oracle, so I thought it was a good time to put the system in, I knew that it was going to put a certain amount of stress on the system but overall the fact that we kind of got that up and running in a couple of weeks I thought was a victory not a problem.

When it actually went down as a consequence of that, I mean it impacted quite a lot on the education business didn't it?

Well the education business was different and the problem was the fact that we knew we actually didn't have an order management solution that worked for eduction period. The eduction reservation system wasn't done so that was different, so in terms of the general business and all that, there was almost no, there was very little consequence, I mean there were some very late nights for a lot of people in Gerry's group and a lot of people in engineering but never a great consequence. The fact that went live before we really had a solution for the education reservation system and we just made a huge mistake, Ron implemented the system for education and directly ordered orders into order management, idiocy, what we should have done was used tele-sales and entered the orders into our tele-sales module that's Mark's [ ] and that's the complexity order management so they were tele-sales operators and they should have been sitting, so they went native order management which was a horrible, horrible idea and we couldn't take orders in education but that was more because of a decision to not use tele-sales, to use order management and that was more the Mark – Ron conflict, you know Ron saw me [ ] order management is a wonderful thing for a tele-sales type [ ] you must be kidding.

And how quickly were you able to help customers who were struggling with the problems that they had encountered with order management once you had sorted out how to deal with it yourself?

Well when we went through the post [ ] of putting it in internally we covered lots and lots of problems and just having the laboratory, having the problems that close let us know [ ] a lot of the problems and clearly got much better once we put our own system in and had that running [ ] and we were also putting in [ ] pretty much by the time we had finished the Oracle implementation we were over the worse of the order management problems.

So there was almost a [ ] which enabled that knowledge to go through to customers instantly.

**And I think there is a general understanding of the people inside of development, in fact some of the problems were fairly serious and needed to be fixed and it is very hard to deny, you know denial is very difficult when the guy across the hall is complaining.**

And when I talked to some people this week about when did they think 11i became stable, most of them said three days ago.

**Yes and I think if you ask the question three months from now you will get the same answer.**

I was going to say, because virtually every time I have asked this question over the last year, you know it's – last week we've just done it.

**Yes, it gets so much better [] and now we've got it.**

And you can't believe that it was so bad before.

**I think just the absence of the [ ] we just couldn't get any data out of the system before, now with the [] and that's the exciting part of the fact that we're on right now is that the improvement is so rapid and there are so many cool things coming out, every release will seem like okay now we're really there, now we're really there.**

But what point last year did customers start to come through with satisfactory implementations.

*Chegwere*

**Well we had that all along, it was very [ ] we had some very good statistics. The [] ..**

*Hagen*

Well that was March last year.

**Right.**

And that was also from the ERP [].

**[ ] order management [ ] a lot of stuff, so we have had, I think we are very hard on ourselves again and I think that we have got this database, this unbreakable database next to our applications we are kind of hard on ourselves which is okay and I'm not saying we've not had much of 11i problems but I think we had a bunch of successes a year ago that had to be managed properly and it wasn't foolproof and I'm not calling [ ] in full but we really would like foolproof software that's very easy to install and everyone is successful with it and you don't have to have super confident technical**

NDCA-ORCL 1529171

*Voneynan*

people doing this but that [ ] technical people can do a nice job and do it rather quickly
and we had certainly a lot more successes than we had failures but we did have some
failures and if you weren't very familiar with the products and you didn't know how to
install them and you didn't get the right [ ] you would get yourself in a lot of trouble.

*brightness*

And how would you categorise something like the [ ] implementation, the initial call centre –
well it's more provisioning?

Well two things [ talking over each other ] and also it was asking the product to do
something it didn't do, so there was really [ ] and do all the provisioning we had lots
and lots of customisations initially so we were really working our product to do
something it didn't do and then in phase two what we did there was not so much the
quality improvement but filling in the functional gaps and that's the other part of this
whole process, we definitely had quality problems.

But they tend to sort of be [ ] with the functional issues.

Exactly, so now there's these functional gaps which is traditionally solved by an [ ]
customising the software and that's what we did [ ] we actually customised the
software and got it working and my reaction to that when it was working was who
cares? this is a custom solution [ ] really in the process now of finishing that, kind of [
] was to [ ] every single modification and make it [ ] into the product so we do that
provisioning automatically [ ] out of the box. [ talking over each other ] very very
different, I mean no one has tried to do that with us, you know IBM and SAP would say
we're very happy now, we got it running [ ].

With a lot of effort with Chris [ ] team you know they sort of got this capitalised solution
running that saved their day and their intention was to kind of learn from that and turn it into a
productionised product.

And the whole customised approach was [ ] to what we were trying to do and so okay
now we understand what our functional gaps are but our consulting organisation [ ] so
it wasn't just product functional gaps it was data limitation so [ ]

[laughing and inaudible]

So we're back and taking out the customised [ ] throwing away all the customised [ ]
and going [ ] which should make a high quality [ ].

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

What were kind of the key developments in the middle of last year which made you think that you were kind of heading over the hill?

**But we had had these successes and the interesting thing about all of this and I think that it's important to say it, it's not as if it was oh my god this doesn't work, it was – it's working most of the time but we are having problems here and problems here and tragically I wish they were all the same, they are all slightly different. Why [ ] it was just too hard to install.**

And that was partly [ ] the product, I mean if you have such a large product when you are in this kind of early [ ] phase then it's inevitable that problems are going to start popping up in different places.

**And it's your worse nightmare, it's not consistently failing in this way, but these three things and you are there, this screwed up for that reason, the customer got in trouble because the installation was too complex and the packing process is too complex so it's not that it's broken exactly, it's just too hard and so some consultant groups do very well with it, some consultant groups would not do too well with it, sometimes it was a functional gap, sometimes it was just general defects in order management so we had all these different things, so it was a little bit like watching Michael Angelo paint the ceiling in the chapel, a brush stroke at a time we had to fill in that functional gap, make the install easier, make the change of [ ] process, do all of these things, it was a very tedious process and again the well managed implementation, all along [ ] it was very early [ ] but this didn't work long.**

And inevitably the ones where there are problems are the ones that tend to gain the most publicity.

**Unfortunately yes, in fact people write very little about the fact that [ ] GE Medical now [ ] they didn't even mention GE Medical.**

How much has GE Medical taken?

**It's all of ERP, a little bit of CRM, I think it's about the whole suite, but right now it's ERP globally and it's a huge system and they've put it in and this would scare the hell out of me, they put it in with a consulting firm that I've never heard of, GE being the world's cheapest company, which is admirable unless you are selling them stuff – god [ ] CEO said GE Medical is going live in a week and I said what! [ ] to make sure this thing worked and it worked, it worked so most of the time it worked but we had**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

enough problems and just because you have fixed one over here, we just had to go through this terrible, terrible process.

When looking at the slower rate of adoption and the loss of market share gaps, certainly in the periods of two and three quarters, how much of that do you attribute to kind of new business that you didn't get because people were scared off by the publicity, how much of it was simply people [ ] base delaying upgrades until they felt that kind of other people had got through merits of the problems and therefore you can see that that business hasn't actually been lost it's going to come back quite strongly and then there was obviously the economy but nonetheless it was clear market share loss.

In terms of new customers, probably one-third new customers and two-thirds install base because the interesting thing about our business and our business closely resembles SAP's business I mean we have more customers than [Cebo] [ ] combined and our huge opportunity is to upgrade those customers from their existing ERP modules to all the new ERP things we have and all the CRM things that we have and that was the most difficult thing to deal with, the good news is that again that will be forgotten very, very quickly, I have seen this happen so many things, I'll go back to the childbirth analogy, a lot of pain followed by joy.

But Oracle has rarely had a period like that in applications as it were, I mean it's never really been smooth in applications.

No 11i was pretty good, we were really [ ] in 11i and then we kind of [ ], it's really an extraordinary product [ ].

And what about the kind of new customers, do you think that they will are lost fulltime or some are waiting as it were?

I think some of them went with SAP might be lost for all time or for a very long time, and I think that what happens now is let's start with [Cebo], I think that [Cebo] will literally die and [Cebo] will die because they are living on primarily the SAP base and to a lessor extent to our base, [ ] SAP, ERP and as the ERP suite vendors get better and better, [Cebo]'s [ ] because it's so hard to install.

So from the people I was talking to last night [ ].

And it's too expensive and what's worse it's too expensive and you get less information because it's not integrated and it costs you more and you know less, so I think [ ]...

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Both you and, I will come on to the pricing thing in a minute, but both you and SAP as the reliability or the completeness of your suites becomes more established in the market place can then price and bundle in ways to make it very unattractive aside from technology issues.

**It's a bit like IAF [ ] and when we compete with BEO, so putting in all the pieces together for IAF just to sell them, we are really going to sell on three products, the database, the application server and the e-Business suite [ ] we don't keep track [ ] what module [ ] turned on.**

So in a way regardless of the economic cycle when do you think we are going to see some turn in Oracle's application to market share?

**Well talk to Sergio, I think Sergio.**

I did, I talked to him yesterday.

**I think now, again this is a very different, I mean we have tonnes of good references for 11i, the 11i demos are quite compelling now with the daily business close, we are going to get quite a bit of brand building going on, in terms of brand damage I used brand damage [ ] the database actually the unbreakable [ ] our stuff needs to not break all the time! [ ] entire month of February putting in security and the interesting thing is it's the shortest month of the year, you would think you would at least give us March! The whole month of February we are going to work on this [ ] but I think there is going to be a lot of Oracle brand building that will happen quite naturally, the IS product is fantastic, the 9i is fantastic and actually 11i is really quite remarkable.**

Did the release of 9i have any sort of short term negative impact on 11i that you know people would have said I'm going to get more functionality out of the aps if I install on 9i so therefore I will just wait a little bit longer for that.

**Well the aps work on both 11i and 9i, but [talking over each other] .. and all the new [ ] it's really amazing stuff.**

But if you had just been carrying on with 8i for another year, I just wonder whether that would...

**Well [ ] is always saying you know be conservative, wait a year [ ] but they were certainly wrong [ ] clustering would be [ ] they don't believe it.**

That's the only explanation that they don't believe it's true.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**But I think that's almost everybody and I think the single most interesting thing that's going to happen to Oracle, as interesting as 11i is when people understand clustering actually works, the impact on the whole computer industry will be phenomenal.**

I agree, I agree.

**That's why I am spending more and more time with Michael [ ].**

I was saying to Mark yesterday that I really thought that you should make more of the dell 11i [ ] and he was saying well we haven't done very much of it because it's another technology company and I said to him it's not a technology company it's a process company, it's not an analogist with HP, quite apart from the fact that [ ] but everybody who runs a process business is interested in what Dell does and follows Dell and he said oh I hadn't thought of that.

**I totally agree with you and if you look at it this campaign that I don't think they've quite got yet but will get better explaining it [ ] actually that's not so, General Electric runs Oracle and Siemens runs SAP [ ] runs Oracle some very unprofitable field companies run SAP and so on [ ] for example [ ] Michael's a pretty smart guy but however smart he is is irrelevant it's an extremely well management, well thought out company, they understand their business and they do a good job in their business and they just look at our stuff and say yes it's kind of a new brand [ ].**

I think you should make a lot of that.

**Our data centre [ ]**

Which one the California one?

**Yes, California, huge data centre and office and we are going to do joint marketing with Dell, that's going to be [ ] Dell surfers.**

Compaq as well? You've made quite a lot of your alliance with Compaq over the 9i release and clustering.

**Yes, and Compaq did a nice job with [ ] around servers and they have [ ] [ talking over each other] but the volume server Michael owns and Michael has ambitions in that area and the fact that Dell is less of an engineering company in some ways makes it easier for us to work with them than Compaq, you know Compaq is another important partner.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL 1529176

So I was going to come on to the competitive [ ] later but we are kind of on that now really, so you are still kind of insisting that as the two big suite players gain [ ] that [Cebo] gets creamed.

**Yes, and you will see the weaker speciality players just dying, the [ ], the [ ] all of those [ ], [ ] and that's a pretty powerful company getting just absolutely crushed and people [ ].**

Sergio was saying that in Europe there are a vast number of second and third tier kind of ERP companies who have quite a high penetration.

**In the mid market in Italy.**

And partly because kind of in particularly in Germany and Italy there are a large number of quite successful small and medium sized companies.

**And I think that is actually quite hard, how it's going to play out and the whole suite play is extreme [ ] is very difficult, but I think we get some Siemens division, I think so, it's 11I against the popularity traction and all of this the suite kind of becomes the acknowledged winner there are two big suite players us and SAP, SAP has all of these large companies, so how do we ever get back into those companies, thank god the SAP implementation [ ] costly [ ] they are not running and it's not like GE Medical, they're over, they're done [ ] they'll have 10, 20, 30 different SAP instances around the world, big chunks of the business won't be automated and we'll get a chance to go in there and do this division or that division and kind of [ ] but at this high end, even at the high end [ ] the vast mid market is where we will I think crush them and mid market and the mid market deals are very interesting because in the end they become hosting deals as well as software deals, they become a blend of service and [ ] outsourcing or whatever [ ] very, very lucrative deals for us, then in terms of small business suites we will have the chance to do that.**

Although I was talking to Sergio about that and he is really desperate for you to produce some kind of European country version to the small business suite.

**Well the reason we have been very reluctant to do that for a while − (a) is let's get some momentum in the US first, get all that stuff finished.**

Yes, but you know he thinks it's perfect for those small European countries.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

He's totally right except for one small problem, an internet based system in Europe given the current cost of wire lines is a huge barrier [ ] small business suite is very attractively priced, you know we can't do that, it's just too expensive, so [ ] we'll kind of really get some [ ] in North America and at the same time we are picking up certain countries.

I think he's just really worried you know not too much that you are going to lose to SAP that Microsoft.

Microsoft gave up, they just stopped, they said we give up, that's absolutely amazing, they're on-line accounting turned off. They just gave up.

So do you think they have temporarily lost interest in applications?

I would really be interested in your take on it but they just literally turned off their servers [ talking over each other ] two months ago, they didn't have a press release and so we have [ ] and scaled back their ambitions of what's on-line and what's off-line we got some fabulous reviews on small business week versus [ ] picking on both of them I think [ ] well on-line it's premature.

And tell me about the Peoplesoft situation because it is the case that they are going to be forced to [ ] their development arm and that's going to have a serious impact on their numbers.

Yes I think it will have, they can't do their [ ] accounting that they have been doing and they also have tougher comparisons, the company that came into fashion has made a fashion switch, those who have been doing very well as a result of the internet had all the tough comparison problems so you are in fashion, out of fashion [ ] and they were out of fashion so they kind of automatically kind of flop back in fashion with these comparisons and it's also an interesting thing, I hate to say anything good about Peoplesoft, it shows talk about brand damage -- they were buried, they were dead and buried and they came out with a new software release, which actually doesn't work very well but [ ] they were able to get some method back in the market place, so it happens very fast, it's not like [ ]

And can you see that turn from happening quite quickly as far as [Cebo] is concerned?

Yes, look at what happened with [i2], I mean you blinked and [i2] [ ] central to your business and [i2] being one of the most strategic software companies in the world, they're dead.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

The new pricing plan for 11i, how does that compare with the previous pricing plan and what was the thinking behind it?

**Well we had the a-la-carte menu which is enormously complicated [ ] SAP or even Peoplesoft but it's still complex, we had lots of different pricing metrics, we had processors and order lines and all sorts and now we say we could have priced the database that way, well are you doing complicated, are you doing star queries because we have a very cool optimiser, we do star queries better than anyone else in the world for data warehouses so if you do this kind of query, it costs you that much and again we are always [ ] the simplicity of the database business and no you don't modify this hardware, what are you crazy, what change our database, what are you nuts, it won't work [ ] the same thing with pricing, so rather than pricing all these features if you really think of the e-Business suite as a product and you may not use it all, you don't use everything [ ] well why should we pay for [ ] if we don't use them, what a dumb question [ ] well we don't care what you are using, this is what the price is and we have some very high value features, we have some routine features, we will give you one price for everything.**

Presumably in terms of the customer, even if they are just using say the financial [ ] that's the power user price and if you add any additional modules then for power users you are going to be adding [ ] anyway.

**Yes, the whole thing was silly, it was just ridiculous, everyone has it wrong [ ] order management [ ] HR and payroll and then payroll is per paid person [ ] retirees, part-time people and all of this other stuff and so this is all silly, why do this, make it up in the roundabout so we will just lump everything together, it's just per user, if you are buying the suite [ ] .**

I'm just conscious of the time situation, I don't know whether anyone's going to come and get you but 1 o'clock is the business [ ] and we're on 1 o'clock now, so shall we just carry on until somebody comes to get you or do you think we ought to go down?

**Well let's just wait 5 minutes [ ].**

Let's talk about your other sort of pricing offers.

**Any by the way the nice thing about [ ] application server where [ ] warehousing products they are incredibly high value [ ] than our competitor in warehousing and business objects were 7-1 cheaper, this worked with Microsoft.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[Sound file ends]**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER